# EXHIBIT A

FORM 310 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT     DISTRICT OF Delaware | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>American Home Mortgage Holding Inc. | Case Number<br>07-11047 (CSS) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): Kelly Services Inc. | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent:<br>Kelly Services Inc.<br>999 W. Big Beaver Road<br>Troy, Michigan 48084<br>Telephone number: 248-273-4430 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor: 1032331 | Check here if this claim   ☐ replaces   ☒ amends   a previously filed claim, dated: **11/9/2007** | |

**1. Basis for Claim**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS#: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)              (date)

**2. Date debt was incurred: 04-07**

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 77,468.40

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $ _____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $ 77,468.40 _____ _____ 77,468.40
                   (unsecured)    (secured)    (priority)    (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of* orders, invoices, itemized statements of run agreements, and evidence of perfection of documents are not available, explain. If the...

**8. Date-Stamped Copy:** To receive an ackn addressed envelope and copy of this proof of claim.

Filed: USBC - District of Delaware
American Home Mortgage Holdings, Inc., Et Al.
07-11047 (CSS)    0000010786

[barcode]

...hase security the ...ed, self-

THIS SPACE IS FOR COURT USE ONLY

| Date<br>6-11-10 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>[signature] Coll. Mgr. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

American Home Mortgage  
Accounts Payable  
520 Broadhollow Rd  
Melville NY 11747  

6/4/2010

| Customer # | Branch | Invoice | Original Invoice | Invoice Date | Invoice Balance | Original Amount |
|---|---|---|---|---|---|---|
| 1032331 | | PREF-DR 7 | | | 809.49 | 809.49 |
| 1032331 | | PREF-DR 12 | | | 33.26 | 33.26 |
| 1032331 | | PREF-DR 8 | | | 2,376.71 | 2376.71 |
| 1032331 | | PREF-DR 9 | | | 80.56 | 80.56 |
| 1032331 | | PREF-DR 3 | | | 510.4 | 510.4 |
| 1032331 | | PREF-DR 2 | | | 4.72 | 4.72 |
| 1032331 | | PREF-DR 13 | | | 87.86 | 87.86 |
| 1032331 | | PREF-DR 11 | | | 656.18 | 656.18 |
| 1032331 | | PREF-DR 10 | | | 1.57 | 1.57 |
| 1032331 | | PREF-DR 1 | | | 146.61 | 146.61 |
| 1032331 | | PREF-DR 5 | | | 198.14 | 198.14 |
| 1032331 | | PREF-DR 6 | | | 68.04 | 68.04 |
| 1032331 | | PREF-DR 4 | | | 26.46 | 26.46 |
| 1032331 | 4728 | 0746540407 | | 2/19/2007 | 23.38 | 23.38 |
| 1032331 | 4350 | 1045567307 | | 3/12/2007 | 70.78 | 70.78 |
| 1032331 | 4350 | 1045565707 | | 3/12/2007 | 157.07 | 157.07 |
| 1032331 | 5915 | 1365763507 | | 4/2/2007 | 169.2 | 169.2 |
| 1032331 | 4350 | 1351176607 | | 4/2/2007 | 70.78 | 70.78 |
| 1032331 | 4350 | 1351178207 | | 4/2/2007 | 130.87 | 130.87 |
| 1032331 | 3625 | 1442547407 | | 4/9/2007 | 789.6 | 789.6 |
| 1032331 | 5740 | 1565644507 | | 4/16/2007 | 496.32 | 496.32 |
| 1032331 | 3117 | 1542195107 | | 4/16/2007 | 626.04 | 626.04 |
| 1032331 | 4350 | 1646863407 | | 4/23/2007 | 26 | 26 |
| 1032331 | 4350 | 1848218707 | | 5/7/2007 | 21.28 | 21.28 |
| 1032331 | 4341 | 1848093407 | | 5/7/2007 | 1,277.46 | 1277.46 |
| 1032331 | 4350 | 1848216607 | | 5/7/2007 | 53.07 | 53.07 |
| 1032331 | 4341 | 1947183807 | | 5/14/2007 | 879.84 | 879.84 |
| 1032331 | 4350 | 5545939007 | | 5/21/2007 | -71.57 | -71.57 |
| 1032331 | 4350 | 5545937407 | | 5/21/2007 | -4.18 | -4.18 |
| 1032331 | 4350 | 2047097207 | | 5/21/2007 | 18.78 | 18.78 |
| 1032331 | 4350 | 2047095607 | | 5/21/2007 | 70.78 | 70.78 |
| 1032331 | 4350 | 5545938207 | | 5/21/2007 | -22 | -22 |
| 1032331 | 4350 | 5545941607 | | 5/21/2007 | -22 | -22 |
| 1032331 | 4350 | 2047090207 | | 5/21/2007 | 18.78 | 18.78 |
| 1032331 | 4350 | 2047088107 | | 5/21/2007 | 18.78 | 18.78 |
| 1032331 | 4341 | 2046921907 | | 5/21/2007 | 862.92 | 862.92 |
| 1032331 | 4350 | 5545940807 | | 5/21/2007 | -4.18 | -4.18 |
| 1032331 | 3625 | 5546695707 | | 5/22/2007 | -31.48 | -31.48 |
| 1032331 | 4341 | 2138353907 | | 5/28/2007 | 834.72 | 834.72 |
| 1032331 | 3625 | 2239516907 | | 6/4/2007 | 22.86 | 22.86 |

American Home Mortgage
Accounts Payable
520 Broadhollow Rd
Melville NY 11747

| | | | | | | |
|---|---|---|---|---|---|---|
| 1032331 | 4341 | 2244352707 | | 6/4/2007 | 688.08 | 688.08 |
| 1032331 | 4341 | 2341746707 | | 6/11/2007 | 879.84 | 879.84 |
| 1032331 | 5915 | 2356093607 | | 6/11/2007 | -0.05 | 110.05 |
| 1032331 | 4341 | 2439491307 | | 6/18/2007 | 902.4 | 902.4 |
| 1032331 | 4350 | 5550814707 | | 6/22/2007 | -696.54 | -696.54 |
| 1032331 | 4350 | 5550821207 | | 6/22/2007 | -382.8 | -382.8 |
| 1032331 | 4350 | 5550809707 | | 6/22/2007 | -2,064.98 | -2064.98 |
| 1032331 | 4350 | 5550813907 | | 6/22/2007 | -592.2 | -592.2 |
| 1032331 | 4350 | 5550817007 | | 6/22/2007 | -585 | -585 |
| 1032331 | 4350 | 5550815407 | | 6/22/2007 | -676.8 | -676.8 |
| 1032331 | 4350 | 5550812107 | | 6/22/2007 | -705.71 | -705.71 |
| 1032331 | 4350 | 5550816207 | | 6/22/2007 | -930.6 | -930.6 |
| 1032331 | 4350 | 5550806307 | | 6/22/2007 | -925.33 | -925.33 |
| 1032331 | 4350 | 5550810507 | | 6/22/2007 | -949.12 | -949.12 |
| 1032331 | 4350 | 5550807107 | | 6/22/2007 | -2,100.00 | -2100 |
| 1032331 | 4350 | 5550808907 | | 6/22/2007 | -360 | -360 |
| 1032331 | 4350 | 5550818807 | | 6/22/2007 | -512.33 | -512.33 |
| 1032331 | 4350 | 5550811307 | | 6/22/2007 | -1,205.55 | -1205.55 |
| 1032331 | 4350 | 5550819607 | | 6/22/2007 | -611.94 | -611.94 |
| 1032331 | 4350 | 5550820407 | | 6/22/2007 | -478.5 | -478.5 |
| 1032331 | 5915 | 2503218607 | 2356093607 | 6/22/2007 | -0.77 | -0.77 |
| 1032331 | 4350 | 2537937607 | | 6/25/2007 | 566.82 | 566.82 |
| 1032331 | 4350 | 2537939707 | | 6/25/2007 | 121.8 | 121.8 |
| 1032331 | 4350 | 2537942107 | | 6/25/2007 | 791.01 | 791.01 |
| 1032331 | 4350 | 2537940507 | | 6/25/2007 | 226.2 | 226.2 |
| 1032331 | 5915 | 2551511507 | | 6/25/2007 | 18.17 | 18.17 |
| 1032331 | 4350 | 2537943907 | | 6/25/2007 | 364.25 | 364.25 |
| 1032331 | 4350 | 2537939207 | | 6/25/2007 | 612.89 | 612.89 |
| 1032331 | 4350 | 2537936807 | | 6/25/2007 | 879.84 | 879.84 |
| 1032331 | 4350 | 2537942607 | | 6/25/2007 | 687.38 | 687.38 |
| 1032331 | 4350 | 2537936307 | | 6/25/2007 | 943.29 | 943.29 |
| 1032331 | 4350 | 2537937107 | | 6/25/2007 | 613.35 | 613.35 |
| 1032331 | 5915 | 2551512307 | | 6/25/2007 | 239.7 | 239.7 |
| 1032331 | 4350 | 2537940007 | | 6/25/2007 | 618.59 | 618.59 |
| 1032331 | 4341 | 2537795307 | | 6/25/2007 | 879.84 | 879.84 |
| 1032331 | 4350 | 2537993407 | | 6/25/2007 | 2,100.00 | 2100 |
| 1032331 | 5915 | 2646349207 | | 7/2/2007 | 282 | 282 |
| 1032331 | 4341 | 2633254907 | | 7/2/2007 | 902.4 | 902.4 |
| 1032331 | 3117 | 2726484007 | | 7/9/2007 | 473.76 | 473.76 |
| 1032331 | 5915 | 2750646807 | | 7/9/2007 | 218.55 | 218.55 |
| 1032331 | 5716 | 2746615507 | | 7/9/2007 | 137.48 | 137.48 |

American Home Mortgage
Accounts Payable
520 Broadhollow Rd
Melville NY 11747

| | | | | | | |
|---|---|---|---|---|---|---|
| 1032331 | 3117 | 2726484507 | | 7/9/2007 | 488.57 | 488.57 |
| 1032331 | 4341 | 2736988807 | | 7/9/2007 | 721.92 | 721.92 |
| 1032331 | 4350 | 2833479007 | | 7/16/2007 | 387.5 | 387.5 |
| 1032331 | 4350 | 2833478707 | | 7/16/2007 | 1,037.76 | 1037.76 |
| 1032331 | 4350 | 2833478207 | | 7/16/2007 | 687.38 | 687.38 |
| 1032331 | 5716 | 2843320407 | | 7/16/2007 | 549.9 | 549.9 |
| 1032331 | 5716 | 2843321207 | | 7/16/2007 | 127.26 | 127.26 |
| 1032331 | 4350 | 2833476607 | | 7/16/2007 | 1,159.02 | 1159.02 |
| 1032331 | 4350 | 2833476107 | | 7/16/2007 | 495.9 | 495.9 |
| 1032331 | 4350 | 2833474607 | | 7/16/2007 | 784.67 | 784.67 |
| 1032331 | 5915 | 2847159707 | | 7/16/2007 | 225.6 | 225.6 |
| 1032331 | 4350 | 2833475807 | | 7/16/2007 | 629.97 | 629.97 |
| 1032331 | 4350 | 2833475307 | | 7/16/2007 | 793.13 | 793.13 |
| 1032331 | 3117 | 2823054307 | | 7/16/2007 | 597.14 | 597.14 |
| 1032331 | 5716 | 2843321707 | | 7/16/2007 | 733.2 | 733.2 |
| 1032331 | 3117 | 2823053507 | | 7/16/2007 | 439.92 | 439.92 |
| 1032331 | 1471 | 2810775807 | | 7/16/2007 | 30.21 | 30.21 |
| 1032331 | 1471 | 2810776107 | | 7/16/2007 | 846 | 846 |
| 1032331 | 4512 | 2834621607 | | 7/16/2007 | 279.18 | 279.18 |
| 1032331 | 4350 | 2833523007 | | 7/16/2007 | 846 | 846 |
| 1032331 | 4350 | 2833477407 | | 7/16/2007 | 1,191.90 | 1191.9 |
| 1032331 | 4350 | 2833523507 | | 7/16/2007 | 2,100.00 | 2100 |
| 1032331 | 3625 | 2828929107 | | 7/16/2007 | 713.48 | 713.48 |
| 1032331 | 4341 | 2833319807 | | 7/16/2007 | 936.24 | 936.24 |
| 1032331 | 5716 | 2843320907 | | 7/16/2007 | 1,759.68 | 1759.68 |
| 1032331 | 4350 | 2833477907 | | 7/16/2007 | 778.32 | 778.32 |
| 1032331 | 4350 | 2833474107 | | 7/16/2007 | 782.55 | 782.55 |
| 1032331 | 4350 | 2833473307 | | 7/16/2007 | 930.6 | 930.6 |
| 1032331 | 3117 | 2823054807 | | 7/16/2007 | 733.2 | 733.2 |
| 1032331 | 4350 | 2833473807 | | 7/16/2007 | 936.95 | 936.95 |
| 1032331 | 1471 | 2910518607 | | 7/23/2007 | 803.7 | 803.7 |
| 1032331 | 4350 | 2933430707 | | 7/23/2007 | 752.94 | 752.94 |
| 1032331 | 4341 | 2933297007 | | 7/23/2007 | 902.4 | 902.4 |
| 1032331 | 4350 | 2933432807 | | 7/23/2007 | 613.35 | 613.35 |
| 1032331 | 4350 | 2933429907 | | 7/23/2007 | 911.57 | 911.57 |
| 1032331 | 4350 | 2933430207 | | 7/23/2007 | 702.18 | 702.18 |
| 1032331 | 3117 | 2922688307 | | 7/23/2007 | 507.6 | 507.6 |
| 1032331 | 3625 | 2928868007 | | 7/23/2007 | 283.06 | 283.06 |
| 1032331 | 4350 | 2933431007 | | 7/23/2007 | 925.33 | 925.33 |
| 1032331 | 5716 | 2943181407 | | 7/23/2007 | 20.33 | 20.33 |
| 1032331 | 4350 | 2933434407 | | 7/23/2007 | 417.6 | 417.6 |

American Home Mortgage
Accounts Payable
520 Broadhollow Rd
Melville NY 11747

| | | | | | | |
|---|---|---|---|---|---|---|
| 1032331 | 4350 | 2933433107 | | 7/23/2007 | 1,345.85 | 1345.85 |
| 1032331 | 4350 | 2933432307 | | 7/23/2007 | 759.29 | 759.29 |
| 1032331 | 4350 | 2933434907 | | 7/23/2007 | 1,006.74 | 1006.74 |
| 1032331 | 4350 | 2933433607 | | 7/23/2007 | 624.28 | 624.28 |
| 1032331 | 5915 | 2946979307 | | 7/23/2007 | 102.23 | 102.23 |
| 1032331 | 5716 | 2943180107 | | 7/23/2007 | 45.07 | 45.07 |
| 1032331 | 4350 | 2933488007 | | 7/23/2007 | 2,100.00 | 2100 |
| 1032331 | 5716 | 2943179807 | | 7/23/2007 | 1,466.40 | 1466.4 |
| 1032331 | 5716 | 2943180607 | | 7/23/2007 | 733.2 | 733.2 |
| 1032331 | 4512 | 2934509707 | | 7/23/2007 | 457.55 | 457.55 |
| 1032331 | 4350 | 2933431507 | | 7/23/2007 | 473.76 | 473.76 |
| 1032331 | 5716 | 2943179307 | | 7/23/2007 | 20.33 | 20.33 |
| 1032331 | 4350 | 2933487707 | | 7/23/2007 | 846 | 846 |
| 1032331 | 4350 | 2933437207 | | 7/23/2007 | 341 | 341 |
| 1032331 | 3117 | 2922688807 | | 7/23/2007 | 577.4 | 577.4 |
| 1032331 | 4350 | 2933436907 | | 7/23/2007 | 1,297.20 | 1297.2 |
| 1032331 | 4350 | 2933436407 | | 7/23/2007 | 687.38 | 687.38 |
| 1032331 | 4350 | 2933435607 | | 7/23/2007 | 791.01 | 791.01 |
| 1032331 | 4350 | 2933435107 | | 7/23/2007 | 1,035.30 | 1035.3 |
| 1032331 | 4350 | 3037478907 | | 7/30/2007 | 507.6 | 507.6 |
| 1032331 | 4350 | 3037479207 | | 7/30/2007 | 233.33 | 233.33 |
| 1032331 | 4303 | 3036243307 | | 7/30/2007 | 507.6 | 507.6 |
| 1032331 | 3117 | 3026798307 | | 7/30/2007 | 733.2 | 733.2 |
| 1032331 | 1471 | 3014794607 | | 7/30/2007 | 507.6 | 507.6 |
| 1032331 | 3117 | 3026797507 | | 7/30/2007 | 1,031.42 | 1031.42 |
| 1032331 | 4341 | 3037348907 | | 7/30/2007 | 846 | 846 |
| 1032331 | 5716 | 3047070207 | | 7/30/2007 | 714.87 | 714.87 |
| 1032331 | 4512 | 3038577207 | | 7/30/2007 | 465.3 | 465.3 |
| 1032331 | 5716 | 3047069907 | | 7/30/2007 | 1,319.76 | 1319.76 |
| 1032331 | 5915 | 3050869107 | | 7/30/2007 | 56.4 | 56.4 |
| 1032331 | 3625 | 3032959307 | | 7/30/2007 | 430.4 | 430.4 |
| 1032331 | 4350 | 3037481307 | | 7/30/2007 | 126.9 | 126.9 |
| 1032331 | 4350 | 3037536407 | | 7/30/2007 | 1,680.00 | 1680 |
| 1032331 | 4350 | 3037535607 | | 7/30/2007 | 169.2 | 169.2 |
| 1032331 | 4350 | 3037484207 | | 7/30/2007 | 93 | 93 |
| 1032331 | 4350 | 3037483907 | | 7/30/2007 | 1,394.50 | 1394.5 |
| 1032331 | 4350 | 3037483407 | | 7/30/2007 | 691.96 | 691.96 |
| 1032331 | 4350 | 3037482607 | | 7/30/2007 | 791.01 | 791.01 |
| 1032331 | 4350 | 3037482107 | | 7/30/2007 | 955.98 | 955.98 |
| 1032331 | 4350 | 3037481807 | | 7/30/2007 | 158.63 | 158.63 |
| 1032331 | 3117 | 3026797007 | | 7/30/2007 | 600.66 | 600.66 |

American Home Mortgage  
Accounts Payable  
520 Broadhollow Rd  
Melville NY 11747

| | | | | | | |
|---|---|---|---|---|---|---|
| 1032331 | 4350 | 3037479707 | | 7/30/2007 | 135.36 | 135.36 |
| 1032331 | 4350 | 3037480507 | | 7/30/2007 | 135.36 | 135.36 |
| 1032331 | 4350 | 3037480007 | | 7/30/2007 | 232.65 | 232.65 |
| 1032331 | 3117 | 3132080707 | | 8/6/2007 | 364.49 | 364.49 |
| 1032331 | 4303 | 3141587507 | | 8/6/2007 | 507.6 | 507.6 |
| 1032331 | 3117 | 3132081007 | | 8/6/2007 | 467.42 | 467.42 |
| 1032331 | 3540 | 3137744307 | | 8/6/2007 | 394.8 | 394.8 |
| 1032331 | 4350 | 3142836507 | | 8/6/2007 | 439.92 | 439.92 |
| 1032331 | 4350 | 3142835707 | | 8/6/2007 | 1,035.30 | 1035.3 |
| 1032331 | 4350 | 3142838607 | | 8/6/2007 | 518.88 | 518.88 |
| 1032331 | 4350 | 3142836007 | | 8/6/2007 | 258.06 | 258.06 |
| 1032331 | 4350 | 3142838107 | | 8/6/2007 | 389.51 | 389.51 |
| 1032331 | 4350 | 3142837307 | | 8/6/2007 | 452.4 | 452.4 |
| 1032331 | 4350 | 3142837807 | | 8/6/2007 | 609.12 | 609.12 |
| 1032331 | 3117 | 3132080207 | | 8/6/2007 | 245.34 | 245.34 |
| 1032331 | 5716 | 3152611407 | | 8/6/2007 | 1,251.02 | 1251.02 |
| 1032331 | 3625 | 3138236907 | | 8/6/2007 | 748.39 | 748.39 |
| 1032331 | 2311 | 3126454207 | | 8/6/2007 | 70.5 | 70.5 |
| 1032331 | 4341 | 3142636407 | | 8/6/2007 | 564 | 564 |
| 1032331 | 5716 | 3152611907 | | 8/6/2007 | 394.1 | 394.1 |
| 1032331 | 3117 | 3111357407 | 2330353507 | 8/6/2007 | -270.72 | -270.72 |
| 1032331 | 5716 | 3246610907 | | 8/13/2007 | 497.66 | 497.66 |
| 1032331 | 5716 | 3246610407 | | 8/13/2007 | 20.33 | 20.33 |
| 1031450 | 2025 | 5578833505 | | 11/17/2005 | -1,500.00 | -1500 |
| 1031450 | 152N | 5568384106 | | 8/8/2006 | -2,000.00 | -2000 |
| 1031450 | 2025 | 4522095106 | | 11/13/2006 | 858.34 | 858.34 |
| 1031450 | 2025 | 4601580606 | 2920870906 | 11/16/2006 | -32.49 | -32.49 |
| 1031450 | 2025 | 4601586306 | 3121582006 | 11/16/2006 | -8.55 | -8.55 |
| 1031450 | 2025 | 4601588906 | 3420121506 | 11/16/2006 | -22.23 | -22.23 |
| 1031450 | 2025 | 4601590506 | 3516986106 | 11/16/2006 | -74.16 | -74.16 |
| 1031450 | 2025 | 4601600206 | 3619235406 | 11/16/2006 | -46.4 | -46.4 |
| 1031450 | 2025 | 4601607706 | 3727440406 | 11/16/2006 | -55.1 | -55.1 |
| 1031450 | 2025 | 4601582206 | 3825177306 | 11/16/2006 | -15.39 | -15.39 |
| 1031450 | 2025 | 4601592106 | 3924298706 | 11/16/2006 | -8.98 | -8.98 |
| 1031450 | 2025 | 4601609306 | 4022090206 | 11/16/2006 | -58 | -58 |
| 1031450 | 2025 | 4601612706 | 4122818006 | 11/16/2006 | -46.4 | -46.4 |
| 1031450 | 2025 | 4601614306 | 4221229006 | 11/16/2006 | -44.22 | -44.22 |
| 1031450 | 2025 | 4603641406 | 1921531306 | 11/20/2006 | -38.47 | -38.47 |
| 1031450 | 2025 | 4603643006 | 2020022106 | 11/20/2006 | -66.26 | -66.26 |
| 1031450 | 2025 | 4603645506 | 2117187106 | 11/20/2006 | -66.26 | -66.26 |
| 1031450 | 2025 | 4603647106 | 2219384106 | 11/20/2006 | -65.41 | -65.41 |

American Home Mortgage
Accounts Payable
520 Broadhollow Rd
Melville NY 11747

| | | | | | | |
|---|---|---|---|---|---|---|
| 1031450 | 2025 | 4603649706 | 2319837206 | 11/20/2006 | -64.98 | -64.98 |
| 1031450 | 2025 | 4603651306 | 2419604506 | 11/20/2006 | -66.26 | -66.26 |
| 1031450 | 2025 | 4603653906 | 2520648306 | 11/20/2006 | -66.26 | -66.26 |
| 1031450 | 2025 | 4603657006 | 2617947806 | 11/20/2006 | -66.26 | -66.26 |
| 1031450 | 2025 | 4603659606 | 2717355806 | 11/20/2006 | -59.42 | -59.42 |
| 1031450 | 2025 | 4603661206 | 2816882106 | 11/20/2006 | -66.26 | -66.26 |
| 1031450 | 2025 | 4603663806 | 2920870906 | 11/20/2006 | -64.12 | -64.12 |
| 1031450 | 2025 | 4603665306 | 3020103706 | 11/20/2006 | -67.12 | -67.12 |
| 1031450 | 2025 | 4603667906 | 3121582006 | 11/20/2006 | -143.62 | -143.62 |
| 1031450 | 2025 | 4603669506 | 3216470906 | 11/20/2006 | -155.8 | -155.8 |
| 1031450 | 2025 | 4603671106 | 3319855206 | 11/20/2006 | -105.6 | -105.6 |
| 1031450 | 2025 | 4603673706 | 3420121506 | 11/20/2006 | -84.18 | -84.18 |
| 1031450 | 2025 | 4603681006 | 3516986106 | 11/20/2006 | -146.46 | -146.46 |
| 1031450 | 2025 | 4603688506 | 3619235406 | 11/20/2006 | -79.37 | -79.37 |
| 1031450 | 2025 | 4603690106 | 3727440406 | 11/20/2006 | -101.75 | -101.75 |
| 1031450 | 2025 | 4603695006 | 3825177306 | 11/20/2006 | -41.04 | -41.04 |
| 1031450 | 2025 | 4603702406 | 3924298706 | 11/20/2006 | -135.36 | -135.36 |
| 1031450 | 2025 | 4603706506 | 4022090206 | 11/20/2006 | -58.74 | -58.74 |
| 1031450 | 2025 | 4603708106 | 4122818006 | 11/20/2006 | -61.64 | -61.64 |
| 1031450 | 2025 | 4603710706 | 4221229006 | 11/20/2006 | -55.88 | -55.88 |
| 1031450 | 2025 | 4707554406 | 3619235406 | 11/29/2006 | -57.04 | -57.04 |
| 1031450 | 2025 | 4707558506 | 3727440406 | 11/29/2006 | -71.4 | -71.4 |
| 1031450 | 2025 | 4707560106 | 3825177306 | 11/29/2006 | -85.31 | -85.31 |
| 1031450 | 2025 | 4707562706 | 3924298706 | 11/29/2006 | -90.37 | -90.37 |
| 1031450 | 2025 | 4707568406 | 4022090206 | 11/29/2006 | -85.31 | -85.31 |
| 1031450 | 2025 | 4707572606 | 4221229006 | 11/29/2006 | -77.72 | -77.72 |
| 1031450 | 2025 | 4707574206 | 4323517506 | 11/29/2006 | -49.01 | -49.01 |
| 1031450 | 2025 | 4806272306 | 4122818006 | 12/1/2006 | -84.05 | -84.05 |
| 1031450 | 2025 | 1720400407 | | 4/30/2007 | 1,628.05 | 1628.05 |
| 1031450 | 2025 | 2914258007 | | 7/23/2007 | 818 | 818 |
| 1031450 | 2025 | 3018321907 | | 7/30/2007 | 818 | 818 |
| 1031450 | 2025 | 3123533107 | | 8/6/2007 | 470.35 | 470.35 |
| 1189843 | 3117 | 0927519904 | | 3/1/2004 | -858.81 | -858.81 |
| 1189843 | 3117 | 4331528704 | | 10/25/2004 | 406.67 | 406.67 |
| 1189843 | 3117 | 4431101704 | | 11/1/2004 | 643.51 | 643.51 |
| 1189843 | 3117 | 5578292404 | | 12/6/2004 | -480.39 | -480.39 |
| | | **Total** | | | | **77468.4** |