**CERTIFICATE OF SERVICE**

Garvan F. McDaniel hereby certifies that on July 7, 2010, copies of the foregoing *Notice of Withdrawal of Proof of Claim of Kelly Services, Inc., d/b/a Kelly Services, Pasadena, CA* to be served by electronic notification through the CM/ECF System for the United States Bankruptcy Court for the District of Delaware on all parties registered in the case and on the following parties via First Class Mail:

Bonnie Glantz Fatell, Esquire
Victoria A. Guilfoyle
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

/s/ Garvan F. McDaniel
Garvan F. McDaniel (No. 4167)