<u>**NO ORDER REQUIRED**</u>

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | (Jointly Administered) |
| *et al.*[1], | ) | |
| | ) | Objection Deadline: July 6, 2010 at 4:00 p.m. |
| Debtors. | ) | Hearing Date: May 4, 2010 at 9:00 a.m. |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 8905**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Second Interim Fee Application Request of Hennigan, Bennett & Dorman LLP for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Official Committee of Unsecured Creditors for the Period from February 1, 2010 through April 30, 2010 ("the Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than July 6, 2010 at 4:00 p.m.

Dated: July 8, 2010

FERRY, JOSEPH & PEARCE, P.A.

/s/ Lisa L. Coggins
Rick S. Miller, Esq. (#3418)
Lisa L. Coggins, Esq. (#4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
*Special Conflicts Counsel to the Official
Committee Of Unsecured Creditors*

---

[1] Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.