## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                                                    : Chapter 11

                                                          :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,                    : Case No. 07-11047 (CSS)

a Delaware corporation, et al.,[1]                        :

                                                          : Jointly Administered

                                                          :

Debtors.                                                  : Ref. Docket Nos. 5181 & 5463

---------------------------------------------------------------- x

### CERTIFICATION OF COUNSEL SUBMITTING PROPOSED ORDER RESOLVING DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NO. 5237

On December 11, 2007, Jon Lucas filed claim number 5237 ("Claim 5237") asserting a claim in the total amount of $12,860.27, of which $10,950 was listed as being entitled to priority unsecured status, on account of an unpaid bonus payment. Claim 5237 failed to name the debtor entity against which such claim was asserted.

On July 18, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "Objection") [Docket No. 5181]. By the Objection, the Debtors requested, *inter alia*, that the Court disallow and expunge Claim 5237 on the grounds that Mr. Lucas was not entitled to the claimed amount pursuant to the terms of his employment contract. On August 18, 2008, the Court entered an order [Docket No. 5463] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 5237.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Following the adjournment of the Objection with respect to, *inter alia*, Claim 5237, the Debtors further reviewed the relevant records and determined that Claim 5237 should be allowed in the full amount asserted and American Home Mortgage Holdings, Inc. (Case No. 07-11047) is the correct debtor entity against which Claim 5237 should have been asserted.  The Debtors have attempted in good faith to contact Mr. Lucas in order to reach an agreement with respect to the reassignment of Claim 5237 to American Home Mortgage Holdings, Inc. (Case No. 07-11047). However, all attempts to speak with Mr. Lucas concerning the foregoing have been unsuccessful.

In order to correct the claims register and to continue moving forward with the claims reconciliation process, the Debtors respectfully request that Claim 5237 be reassigned from no case number to American Home Mortgage Holdings, Inc. (Case No. 07-11047) and allowed in the following priorities and amounts: (i) a priority unsecured claim in the amount of $10,950; and (ii) a general unsecured claim in the amount of $1,910.27, which are exactly the same amounts and priorities Mr. Lucas asserted by Claim 5237.

A proposed form of order (the "Proposed Order") reflecting this treatment of Claim 5237 is attached hereto as Exhibit A.  Based on the foregoing, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: July 8, 2010
      Wilmington, Delaware

                  **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                  */s/ Michael S. Neiburg*
                  Sean M. Beach (No. 4070)
                  Michael S. Neiburg (No. 5275)
                  The Brandywine Building
                  1000 West Street, 17th Floor
                  Wilmington, Delaware  19801
                  Telephone: (302) 571-6756
                  Facsimile: (302) 571-1253

                  Counsel to the Debtors and Debtors in Possession

YCST01:9155116.1
066585.1001

## EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------ x
In re:                                                 :    Chapter 11
                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                 :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                       :
                                                       :    Jointly Administered
        Debtors.                                       :
                                                       :    Ref. Docket Nos. 5181 and 5463
------------------------------------------------------ x
```

## ORDER RESOLVING DEBTORS' THIRTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO. 5237

Upon consideration of the thirteenth omnibus (substantive) objection to claims (the "Objection") [Docket No. 5181] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having entered an order [Docket No. 5463] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, claim number 5237 ("Claim 5237") filed by Jon Lucas; and upon consideration of the statements made by counsel in the *Certification of Counsel Submitting Proposed Order Resolving Debtors' Thirteenth Omnibus (Substantive) Objection to Claims With Respect to Claim No. 5237*; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that Claim 5237 is reassigned to American Home Mortgage Holdings, Inc. (Case No. 07-11047) and allowed in the following priorities and amounts:

(i) a priority unsecured claim in the amount of $10,950; and (ii) a general unsecured claim in the amount of $1,910.27; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ ___, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

YCST01:9155116.1                                    066585.1001