IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                              :
                                                                             :   Jointly Administered
         Debtors.                                                            :
                                                                             :   Ref. No. 8903
---------------------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION TO**
**APPLICATION RE: DOCKET NO. 8903**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Thirteenth Application of Cadwalader, Wickersham & Taft LLP as Special Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period February 1, 2010 through April 30, 2010 (the "Application").  The Court's docket which was last updated July 9, 2010, reflects that no objections to the Application have been filed.  Objections to the Application were to be filed and served no later than July 6, 2010 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($1,294,277.20) of requested fees ($1,617,846.50) and 100% of requested expenses ($332,054.21) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       July 9, 2010

                                                  YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                                  /s / Ryan M. Bartley
                                                  Sean M. Beach (No. 4070)
                                                  Patrick A. Jackson (No. 4976)
                                                  Ryan M. Bartley (No. 4985)
                                                  The Brandywine Building
                                                  1000 West Street, 17th Floor
                                                  Wilmington, Delaware 19801
                                                  Telephone: (302) 571-6600
                                                  Facsimile: (302) 571-1253

                                                  Counsel for Debtors and
                                                  Debtors in Possession

YCST01:6435126.9                                                                                   066585.1001