IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
    Debtors.                                                     :
                                                                 :   **Ref. Docket Nos. 8864**
                                                                 :
---------------------------------------------------------------- x

**STIPULATED ORDER REGARDING DEBTORS' FIFTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NUMBER 8158 FILED BY MORGAN STANLEY MARKET PRODUCTS, INC.**

WHEREAS, on January 10, 2008, Morgan Stanley Market Products, Inc. ("Morgan Stanley MPI") filed proof of claim number 8158 ("Claim 8158") against debtor American Home Mortgage Corp. ("AHM Corp.") (Case No. 07-11051);

WHEREAS, pursuant to Claim 8158, Morgan Stanley MPI asserted a secured claim in the amount of $4,975,548.26 for amounts allegedly owed to Morgan Stanley MPI by AHM Corp. in connection with transactions involving purchases and sales of U.S. Government agency securities backed by to-be-announced pools of mortgages, i.e. the TBA Transactions (as defined in Claim 8158);

WHEREAS, effective September 1, 2008, Morgan Stanley MPI merged into Morgan Stanley & Co. Incorporated ("Morgan Stanley").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

WHEREAS, on May 21, 2010, the Debtors filed their Fifty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "Objection") [Docket No. 8864];

WHEREAS, by the Objection, the Debtors requested, *inter alia*, that the Court reclassify and modify Claim 8158 to a general unsecured claim in the total amount of $4,936,125.00 and reassign a portion thereof ($153,125.00) to American Home Mortgage Investment Corp. (Case No. 07-11048);

WHEREAS, the Parties have conferred regarding a potential resolution of the foregoing and have agreed to submit this stipulated order to accurately reflect the Parties' agreement with respect to the treatment of Claim 8158.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

1. Claim 8158 is reclassified to an allowed general unsecured claim in the amount of $4,975,548.26 against AHM Corp. (Case No. 07-11051).

2. Upon the Court's approval of this Stipulation, Morgan Stanley and the Debtors do hereby fully release and discharge each other, and any and all past, present and future persons, employees, former employees, independent contractors, entities, affiliates, stockholders, investors, attorneys, representatives, corporations, successors, assigns, agents, and partnerships associated with them, from any and all debts, claims, demands, liens, actions, rights, covenants, judgments, controversies, damages, losses, suits, attorney's fees, costs, expenses and causes of action of any kind in law, in equity, or otherwise, relating solely to Claim 8158, whether presently in existence or which may hereafter accrue, be asserted and/or held by the Parties. This Stipulation is intended to relate only to Claim 8158.

3. Each of the Parties shall bear its own costs and attorney's fees incurred in connection with the Objection.

4. This Court shall retain jurisdiction to resolve any disputes or controversy arising from or related to this Stipulation.

5. The undersigned counsel represent that they have the authorization to execute this Stipulation on behalf of their respective client.

6. This Stipulation may be executed in counterparts, any of which may be transmitted by facsimile, and each of which should be deemed an original and all of which together shall constitute one and the same instrument.

STIPULATED AND AGREED this 1st day of ~~June~~ July, 2010

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*

MORGAN STANLEY & CO. INCORPORATED

_____
Morgan Stanley & Co. Incorporated
1221 Avenue of the Americas, 35th Floor

3

New York, New York 10020
Telephone: (212) 762-7226
Facsimile: (212) 507-1446

*Morgan Stanley Market Products, Inc.*

SO ORDERED:

Dated: Wilmington, Delaware
        7/12, 2010

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE