IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------- x
In re:                                                                   :    Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.[1],                                 :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :    Jointly Administered
        Debtors.                                                         :
                                                                         :    Ref. No. 8906
----------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer, Motion or

other responsive pleading to Debtors' Motion for Entry of an Order Approving Settlement

Agreement with Aon Consulting, Inc. (the "Motion") has been received.  The Court's docket

which was last updated July 14, 2010, reflects that no responses to the Motion have been filed.

Responses to the Motion were to be filed and served no later than July 12, 2010 at 4:00 p.m.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
      July 14, 2010

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Curtis J. Crowther
                Sean M. Beach (No. 4070)
                Curtis J. Crowther (No. 3238)
                Patrick A. Jackson (No. 4976)
                Michael S. Neiburg (No. 5275)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Counsel for Debtors and
                Debtors in Possession