IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x    Chapter 11

In re:                                                               :

                                                                     :    Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :
a Delaware corporation, et al.,[1]                                   :    Jointly Administered

                                                                     :

    Debtors.                                                         :

------------------------------------------------------------------- x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JULY 19, 2010 AT 11:00 A.M. (ET)

### ADJOURNED/RESOLVED MATTERS

1.    Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to
      Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule
      3007-1 [D.I. 4028, 5/12/08]

      Response Deadline:    June 4, 2008 at 4:00 p.m.

      Related Documents:

            a)      Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

      Responses Filed:      See Exhibit A, attached

      Status: An Order has been entered that partially sustains the Objection.  With respect to
            the remainder of the relief requested and the remaining responses set forth on
            Exhibit A, this matter will be adjourned.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland
corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a
Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a
New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company
(1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New
York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

2.  Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:    See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned

3.  Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4661, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection To Claims [D.I. 5175, 7/18/08]

b)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:    See Exhibit C, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned.

4.  Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

      a)      Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

Responses Filed:     See Exhibit D, attached

Status: Orders have been entered that partially sustain the Objection.  This matter will be adjourned.

5.     Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:    September 8, 2008 at 4:00 p.m.

Related Documents:

      a)      Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1   [D.I. 6217, 10/10/08]

      b)      Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

      c)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:     Please see Exhibit E, attached

Status:  An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses, this matter will be adjourned.

6.     Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:    September 25, 2008 at 4:00 p.m.

Related Document:

      a)     Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

      b)     Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed: See Exhibit F, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned.

7.    Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6009, 9/22/08]

Response Deadline:   October 15, 2008 at 4:00 p.m.

Related Document:

      a)     Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

Responses Filed:    See Exhibit G, attached

Status: Orders have been entered that partially sustain the Objection. This matter will be adjourned.

8.    Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

Objection Deadline:   December 7, 2009 at 4:00 p.m.

Objections Filed:    None

Status: This matter will be adjourned.

9.    Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline:   December 3, 2008 at 4:00 p.m.

Related Document:

    

    a)    Order Sustaining Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6703, 12/10/08]

Responses Filed:    See Exhibit H, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit H, this matter will be adjourned.

10.    Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6610, 11/21/08]

Responses Deadline:  December 15, 2008 at 4:00 p.m.

Related Documents:

    a)    Order Sustaining Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6765, 12/22/08]

    b)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit I, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit I, this matter will be adjourned.

11.    Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6825, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 7022, 2/17/09]

Responses Filed:    See Exhibit J, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned.

12.    Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

Responses Filed:    See Exhibit K, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned.

13.    Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7084, 3/6/09]

Response Deadline:    March 30, 2009 at 4:00 p.m.

Related Documents:

    a)    Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7234, 4/6/09]

    b)    Second Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7267, 4/13/09]

    c)    Third Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7281, 4/15/09]

    d)    Fourth Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7327, 4/18/09]

    e)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

6

f)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit L, attached.

Status: Orders have been entered that partially sustain the Objection. This matter will be adjourned.

14.    Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7280, 4/15/09]

Response Deadline:    May 8, 2009 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Thirty-Third Omnibus Substantive) Objection to Claims [D.I. 7399, 5/15/09]

b)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:    See Exhibit M, attached

Status: With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter will be adjourned.

15.    Debtors' Thirty-Fifth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7347, 5/6/09]

Response Deadline:    May 29, 2009 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7506, 6/5/09]

7

      b)     Second Order Regarding the Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7550, 6/19/09]

      c)     (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:     See Exhibit N, attached

Status: Orders have been entered that partially sustain the Objection.  This matter will be adjourned.

16.     Debtors' Thirty-Seventh Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7473, 6/10/09]

Response Deadline:    June 25, 2009 at 4:00 p.m.

Related Documents:

      a)     Order Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims [D.I. 7584, 7/1/09]

      b)     (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:     See Exhibit O, attached

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested this matter will be adjourned.

17.     Debtors' Forty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7915, 8/7/09]

Response Deadline:    August 30, 2009 at 4:00 p.m.

Responses Filed:     See Exhibit P, attached

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested this matter will be adjourned.

YCST01:9900096.2        066585.1001

18.     Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 8049, 9/11/09]

        Response Deadline:    October 5, 2009 at 4:00 p.m.

        Related Documents:

                a)      Reply in Support of Debtors' Forty-Second Omnibus (Substantive)
                        Objection to Claims with Respect to Claim of Laura Beall [D.I. 8148,
                        10/7/09]

                b)      Order Sustaining Debtors' Forty-Second Omnibus (Substantive) Objection
                        to Claims [D.I. 8186, 10/14/09]

                c)      Order Setting Briefing Schedule re: Laura Beall's Response to Debtors'
                        Objection to Claim [D.I. 8507, 1/15/10]

                d)      Laura Beall's Sur-Reply Reply in Support of Debtors' Forty-Second
                        Omnibus (Substantive) Objection to Claims with Respect to Claim of
                        Laura Beall [D.I. 8629, 2/26/10]

        Responses Filed:

                e)      Laura Beall's Response to Debtors' Objection to Claim [D.I. 8137,
                        10/7/09]

        Status: An Order has been entered that partially sustains the Objection.  This matter will
                be adjourned by agreement with respect to the claim of Laura Beall.

19.     Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-
        1 [D.I. 8174, 10/13/09]

        Response Deadline:    November 6, 2009 at 4:00 p.m.

        Related Document:

                a)      Order Sustaining Debtors' Forty-Fourth Omnibus (Substantive) Objection
                        to Claims [D.I. 8299, 11/13/09]

        Responses Received:  See Exhibit Q, attached

        Status: An Order has been entered that partially sustains the Objection.  With respect to
                the remainder of the relief requested this matter will be adjourned.

YCST01:9900096.2                                                    066585.1001

20.    Debtors' Fifty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8650, 3/5/10]

Response Deadline:    March 30, 2010 at 4:00 p.m.

Related Document:

a)    Order Sustaining in Part Debtors' Fifty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8746, 4/6/10]]

Responses filed:    See Exhibit R, attached

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested this matter will be adjourned.

21.    Debtors' Fifty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8737, 4/1/10]

Response Deadline:    April 27, 2010 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Fifty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8819, 5/4/10]

Responses Filed:    See Exhibit S, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested this matter will be adjourned.

YCST01:9900096.2                                    066585.1001

22. Debtors' Fifty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8863, 5/21/10]

Response Deadline:    June 14, 2010 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Fifty-Sixth Omnibus (Non-Substantive) Objection to Claims [D.I. 8948, 6/21/10]

Responses Filed:    See Exhibit T, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested this matter will be adjourned..

23. Pretrial Conference – Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., v. Deloitte & Touche LLP, Adv. No. 10-51228

Status: This matter will be adjourned by agreement to August 16, 2010 at 10:00 a.m.

24. Dr. David and Elisabeth Jackson v. Deutsche Bank National Trust Co., AHMIT 2006-2 Trust a Statutory Trust, American Home Mortgage Securities LLC, Michael Strauss, Wells Fargo Bank, N.A., Wilbur Ross, WLR Recovery Fund IIII, L.P., AH Mortgage Acquisitions, AHMSI, Adv. No. 10-50915 [D.I. 8770, 4/13/10]

Status: This matter will be adjourned by agreement to August 16, 2010 at 10:00 a.m.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

25. Debtors' Motion for Entry of an Order Approving Settlement Agreement with Aon Consulting, Inc. [D.I. 8906, 6/14/10]

Objection Deadline:    July 12, 2010 at 4:00 p.m.

Related Documents:

    a)    Certificate of No Objection [D.I. 9002, 7/14/10]

    b)    Proposed Order

Objections Filed:    None

Status: A Certificate of No Objection has been filed.  No hearing is required.

26.    Debtors' Fifty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8938, 6/18/10]

Response Deadline:    July 12, 2010 at 4:00 p.m.

Related Documents:

a)    Certificate of No Objection [D.I. 9005, 7/14/10]

b)    Proposed Order

Responses Filed:    None

Status: A Certificate of No Objection has been filed.  No hearing is required.

27.    Official Committee of Unsecured Creditors' Tenth Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limited Notice Thereof [D.I. 8950, 6/21/10]

Objection Deadline:    July 9, 2010 at 4:00 p.m.

Related Documents:

a)    Certificate of No Objection [D.I. 9001, 7/13/10]

b)    Proposed Order

Status: A Certificate of No Objection has been filed.  No hearing is required.

28.    Debtors' Motion for Entry of an Order Approving Settlement Agreement with Certain Preference Defendants [D.I. 8965, 6/28/10]

Objection Deadline:    July 12, 2010 at 4:00 p .m.

Related Document:

a)    Certificate of No Objection [D.I. 9004, 7/14/10]

b)    Proposed Order

Objections Filed:    None

Status: A Certificate of No Objection has been filed.  No hearing is required.

YCST01:9900096.2                                   066585.1001

## UNCONTESTED MATTERS GOING FORWARD

29.     Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 8939, 6/18/10]

        Response Deadline:    July 12, 2010 at 4:00 p.m., extended to August 9, 2010 for Assured
                              Guaranty Corp.

        Responses Filed:

                a)      Informal Response of Assured Guaranty Corp.

        Status: This matter will be adjourned by agreement with respect to the claims of Assured
                Guaranty Corp. to August 16, 2010 at 10:00 a.m.  The remainder of this matter
                will be going forward.

30.     Interim Fee Requests

        Related Document:

                a)      See Schedule 1, attached

                b)      Certification of Counsel [D.I. 9006, 7/14/10]

        Status: A Certification of Counsel has been filed regarding related documents listed on
                Schedule 1 except for item (K) which will be addressed by the Committee of
                Unsecured Creditors at the hearing.

## CONTESTED MATTERS GOING FORWARD

31.     Motion of Deborah Mills for Order to (I) Amend Proof of Claim and (II) Motion for
        Order of Allowed Administrative Expense Claim Priority Against the Estate Pursuant to
        Section 503(b) of the Bankruptcy Code in Immediately Available Funds and (III) Order
        of Right to Protections of Certain Property Interests Under Section 361 or (IV)
        Avoidance Action Against Debtors Pursuant to Section 549 [D.I. 8812, 4/30/10]

        Objection Deadline:   May 11, 2010 at 4:00 p.m.

Objections Filed:

a)   Opposition of the Official Committee of Unsecured Creditors to Motion of Deborah Mills' Motion for an Order (I) Amending Proof of Claim, (II) Allowing an Administrative Expense Claim Pursuant to Section 503(b), (III) Ordering a Right of Protections of Certain Property Interests Pursuant to Section 361 and (IV) an Avoidance Action Against the Debtors Pursuant to Section 549 [D.I. 8846, 5/11/10]

b)   Debtors' Objection to Deborah Mills' Motion for an Order (I) Amending Proof of Claim, (II) Allowing an Administrative Expense Claim Pursuant to Section 503(b), (III) Ordering a Right of Protections of Certain Property Interests Pursuant to Section 361 and (IV) an Avoidance Action Against the Debtors Pursuant to Section 549 [D.I. 8847, 5/11/10]

Status: The Debtors and the movant have agreed that movant may file an amended proof of claim, subject to a full reservation of rights by the Debtors to object to any and all claims (including the amended proof of claim) filed by Ms. Mills on any grounds at a later date.  With respect to the movant's requests for an administrative expense claim, adequate protection and a fraudulent transfer under section 549 of the Bankruptcy Code, the parties have agreed to go forward with oral argument only.

32.   American Home Mortgage Corp. v. Showcase of Agents, L.L.C. and Piero Orsi, Adv. No. 10-50913

Related Documents:

a)   Complaint [D.I. 1, 4/13/10]

b)   Summons [D.I. 3, 4/15/10]

c)   Notice of Filing of Exhibits to Complaint [D.I. 4, 4/28/10]

d)   Defendants' Motion to Dismiss [D.I. 11, 5/27/10]

e)   Opening Brief in Support of Defendants' Motion to Dismiss [D.I. 12, 5/27/10]

f)   American Home Mortgage Corp.'s Opposition to Defendants' Motion to Dismiss [D.I. 13, 6/24/10]

g)   American Home Mortgage Corp.'s Request for Oral Argument [D.I. 16, 7/1/10]

h)   Defendants' Request for Oral Argument [D.I. 17, 7/8/10]

14

i)    Notice of Completion of Briefing

Status: This matter will be going forward as a scheduling conference. A Notice of
Completion of Briefing has been filed and a binder previously provided to the
Court containing the relevant documents.

Dated: Wilmington, Delaware
July 15, 2010

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Margaret Whiteman Greecher*
Sean M. Beach (No. 4070)
Curtis J. Crowther (No. 3238)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*

15

### Exhibit A, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned |

### Exhibit B, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned |

### Exhibit C, Tenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Samuel A. Case | 5054, 7/9/08 | Adjourned |

### Exhibit D, Thirteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Countrywide | 5337, 8/8/08 | Adjourned |
|  | FGIC | 5351, 8/11/08 | Adjourned |
|  | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned |
|  | Deutsche Bank | 5356, 8/11/08 | Adjourned |
|  | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned |
|  | AT&T Global Services |  | Adjourned |

### Exhibit E, Fifteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Shervonne Powell | 5814, 9/11/08 | Adjourned |
|  | John Johnston | 5818, 9/11/08 | Adjourned |
|  | Grailing Carter | 5947, 9/17/08 | Adjourned |
|  | Office Max |  | Adjourned |

## Exhibit F, Seventeenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned |
| | American Express Travel Related Services | | Adjourned |

## Exhibit G, Nineteenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | American Express Travel Related Svc. Co. | | Adjourned |

## Exhibit H, Twenty-Second Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Maricopa County Treasurer | 6658, 12/3/08 | Adjourned |
| | Scott Jossart | | Adjourned |

## Exhibit I, Twenty-Fifth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Riverside County Treasurer-Tax Collector | 8019, 9/8/09 and 8121-8130, 10/1/09 | Adjourned |

## Exhibit J, Twenty-Eighth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | DB Structured Products, Inc. | | Adjourned |

### Exhibit K, Twenty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Indiana Dept. Revenue | 6968, 2/9/09 | Adjourned |
|  | Credit Suisse |  | Adjourned |
|  | Sharaine Hughes |  | Adjourned |

### Exhibit L, Thirty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 7176, 3/30/09 | Adjourned |
|  | Douglas Huston |  | Adjourned |
|  | David Michaud |  | Adjourned |

### Exhibit M, Thirty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | State of Hawaii | 7341, 4/30/09 | Adjourned |

### Exhibit N, Thirty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Bexar County | 7447, 5/28/09 | Adjourned |
|  | EMC | 7466, 5/29/09 | Adjourned |

### Exhibit O, Thirty-Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Marion County Treasurer | 7566, 6/24/09 | Adjourned |

## Exhibit P, Forty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Los Angeles County Treasurer and Tax Collector | 7985, 8/28/09 | Adjourned |

## Exhibit Q, Forty-Fourth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Washington Mutual Mortgage Securities Corporation | 8258, 11/6/09 | Adjourned |
|  | UBS Real Estate Securities Inc. |  | Adjourned |
|  | EMC Mortgage Corp. |  | Adjourned |
|  | U.S. Bank National Association |  | Adjourned |
|  | Bank of America, N.A. |  | Adjourned |
|  | HSBC |  | Adjourned |
|  | CitiMortgage Inc. |  | Adjourned |
|  | Impac Funding Corporation |  | Adjourned |
|  | Merrill Lynch Mortgage Lending |  | Adjourned |
|  | Residential Funding Company LLC |  | Adjourned |
|  | Aurora Loan Services LLC |  | Adjourned |

## Exhibit R, Fifty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | City of Portland Oregon | 8716, 3/25/10 | Adjourned |

## Exhibit S, Fifty-Fourth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Marcella Pinkas |  | Adjourned |

## Exhibit T, Fifty-Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Marcella Pinkus |  | Adjourned |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------------- x
--                                              :   Chapter 11
In re:                                          :
                                                :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :
a Delaware corporation, et al.,                 :   Jointly Administered
                                                :
        Debtors.                                x
---------------------------------------------------------------- 
--
```

**Schedule 1**
**Index to Fee Applications**

A.    **Eleventh Interim Fee Request of Young Conaway Stargatt & Taylor, LLP, Counsel to the Debtors for the Period February 1, 2010 through March 31, 2010  [D.I. 8907, 6/14/10**

     1.    Fee Application for the Period February 1, 2010 through February 28, 2010 [D.I. 8790, 4/20/10

     2.    Certificate of No Objection [D.I. 8851, 5/12/10]]

     3.    Fee Application for the Period March 1, 2010 through March 31, 2010 [D.I. 8895, 6/8/10]

     4.    Certificate of No Objection [D.I. 8978, 7/1/10]

B.    **Eleventh Interim Fee Request of Cadwalader, Wickersham & Taft LLP as Special Counsel to the Debtors for the Period February 1, 2010 through April 30, 2010 [D.I. 8907, 6/14/10]**

     1.    Fee Application for the Period February 1, 2010 through April 30, 2010 [D.I. 8903, 6/14/10]

     2.    Certificate of No Objection [D.I. 8996, 7/9/10]

**C.**    **Eleventh Interim Fee Request of Allen & Overy, Special Regulatory Counsel to the Debtors for the Period January 1, 2010 through March 31, 2010 [D.I. 8907, 6/14/10]**

    1.    Fee Application for the Period January 1, 2010 through March 31, 2010 [D.I. 8828, 5/6/10]

    2.    Certificate of No Objection [D.I. 8893, 6/7/10]]

**D.**    **Eleventh Interim Fee Request of Quinn Emanuel Urquhart & Sullivan LLP, (formerly Quinn Emanuel Urquhart Oliver & Hedges LLP) Special Investigatory Litigation and Conflicts Counsel to the Debtors for the Period February 1, 2010 through April 31, 2010 [D.I. 8907, 6/14/10]**

    1.    Fee Application for the Period February 1, 2010 through February 28, 2010 [D.I. 8897, 6/9/10]

    2.    Certificate of No Objection [D.I. 8980, 7/1/10]

    3.    Fee Application for the Period March 1, 2010 through March 31, 2010 [D.I. 8898, 6/9/10]

    4.    Certificate of No Objection [D.I. 8981, 7/1/10]

    5.    Monthly Application for the Period April 1, 2010 through April 30, 2010 [D.I. 8899, 6/9/10]

    6.    Certificate of No Objection [D.I. 8982, 7/1/10]

**E.**    **Eleventh Interim Fee Application of BDO Seidman, LLP Financial Advisor to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period February 1, 2010 through April 30, 2010  [D.I. 8910, 6/15/10]**

    1.    Application for the Period February 1, 2010 through February 28, 2010 [D.I. 8706, 3/19/10]

    2.    Certificate of No Objection [D.I. 8763, 4/12/10]]

    3.    Fee Application for the Period March 1, 2010 through March 31, 2010 [D.I. 8793, 4/23/10]

    4.    Certificate of No Objection [D.I. 8908, 6/14/10]]

    5.    Fee Application for the Period April 1, 2010 through April 30, 2010 [D.I. 8859, 5/19/10]

    6.    Certificate of No Objection [D.I. 8909, 6/14/10]]

**F.**    **Interim Fee Application for Ferry, Joseph & Pearce, P.A. as Special Conflicts Counsel for the Debtors for the Services Rendered and Reimbursement of Expenses for the Period February 1, 2010 through April 30, 2010 [D.I. 8902, 6/14/10]]**

    1.    Fee Application for the Period February 1, 2010 through February 28, 2010 [D.. 8682, 3/16/10]

    2.    Certificate of No Objection [D.I. 8752, 4/7/10]]

    3.    Fee Application for the Period March 1, 2010 through March 31, 2010 [D.I. 8772, 4/15/10]

    4.    Certificate of No Objection [D.I. 8834, 5/7/10]]

    5.    Fee Application for the Period April 1, 2010 through April 30, 2010 [D.I. 8855, 5/17/10]

    6.    Certificate of No Objection [D.I. 8900, 6/10/10]]

**G.**    **Interim Fee Request of Hennigan, Bennett & Dorman, LLP, as Special Conflicts Counsel for the Official Committee of Unsecured Creditors for the Services Rendered and Reimbursement of Expenses for the February 1, 2010 through April 30, 2010 [D.I. 8905, 6/14/10]**

    1.    Fee Application for the Period February 1, 2010 through April 30, 2010 [D.I. 8886, 6/4/10]

    2.    Certificate of No Objection [D.I. 8968, 6/29/10]

**H.**    **Interim Fee Request of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period January 1, 2010 through March 31, 2010 [D.I. 8930, 6/17/10]**

    1.    Fee Application for the Period January 1, 2010 through January 31, 2010 [D.I. 8580, 2/16/10]

    2.    Certificate of No Objection [D.I. 8704, 3/19/10]

    3.    Fee Application for the Period February 1, 2010 through February 28, 2010 [D.I. 8707, 3/19/10]

    4.    Certificate of No Objection [D.I. 8762, 4/12/10]

    5.    Fee Application for the Period March 1, 2010 through March 31, 2010 [D.I. 8854, 5/13/10]

    6.    Certificate of No Objection [D.I. 8912, 6/15/10]

I.  **Interim Fee Request of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period May 1, 2009 through July 31, 2009 [D.I. 8940, 6/18/10]**

    1.    Fee Application for the Period May 1, 2009 through May 31, 2009 [D.I. 8359, 12/4/09]

    2.    Certificate of No Objection [D.I. 8440, 12/28/09]

    3.    Fee Application for the Period June 1, 2009 through June 30, 2009 [D.I. 8360, 12/4/09]

    4.    Certificate of No Objection [D.I. 8441, 12/28/09]

    5.    Fee Application for the Period July 1, 2009 through July 31, 2009 [D.I. 8361, 12/4/09]

    6.    Certificate of No Objection [D.I. 8442, 12/28/09]

J.  **Interim Fee Request of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period August 1, 2009 through October 31, 2009 [D.I. 8941, 6/18/10]**

    1.    Fee Application for the Period August 1, 2009 through August 31, 2009 [D.I. 8364, 12/4/09]

    2.    Certificate of No Objection [D.I. 8443, 12/28/09]

    3.    Fee Application for the Period September 1, 2009 through September 30, 2009 [D.I. 8365, 12/4/09]

    4.    Certificate of No Objection [D.I. 8444, 12/28/09]

    5.    Fee Application for the Period October 1, 2009 through October 31, 2009 [D.I. 8721, 3/26/10]

    6.    Certificate of No Objection [D.I. 8795, 4/23/09]

        

**K.**  **Interim Fee Request of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period November 1, 2009 through January 31, 2010 [D.I. 8967, 6/29/10]**

1. Fee Application for the Period November 1, 2009 through November 30, 2009 [D.I. 8816, 4/30/10]

2. Certificate of No Objection [D.I. 8880, 6/2/10]

3. Fee Application for the Period December 1, 2009 through December 31, 2009 [D.I. 8817, 4/30/10]

4. Certificate of No Objection [D.I. 8881, 6/2/10]

5. Fee Application for the Period January 1, 2010 through January 31, 2010 [D.I. 8966, 6/29/10]

6. Certificate of No Objection [D.I. TBD]