# EXHIBIT A

### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555        Fax:    (302) 575-1714

American Home Mortgage Holdings, Inc.,                    June 1, 2010 to June 30, 2010
Official Committee of Unsecured Creditors
Hahn & Hessen, LLP
488 Madison Avenue                                       Invoice No. 35697
New York, NY 10022
**Attention:**    Mark T. Power, Esquire

**RE:**    Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|------|------:|-------:|
| B14 | Case Administration - | 1.20 | 216.00 |
| B18 | Fee Applications, Others - | 3.40 | 714.00 |
| B25 | Fee Applications, Applicant - | 7.70 | 1,243.00 |
| B32 | Litigation and Litigation Consulting - | 1.40 | 378.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 4.40 | 1,540.00 |
| | **Total** | **18.10** | **$4,091.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|------:|------:|-------:|
| Lisa L. Coggins | 270.00 | 3.80 | 1,026.00 |
| Rick S. Miller | 350.00 | 4.60 | 1,610.00 |
| Legal Assistant - MH | 150.00 | 9.70 | 1,455.00 |
| **Total** | | **18.10** | **$4,091.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                   **$819.91**

**Invoice No. 35697**                          **Page 2 of 4**                          **July 15, 2010**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jun-03-10 | *Fee Applications, Others* - E-mail from J. Morse re: HBD 6th monthly fee app | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail from J. Wolf re: HBD 6th monthly fee app | 0.10 | LLC |
| Jun-04-10 | *Fee Applications, Others* - Review HBD 6th monthly fee app for filing and e-mail to M. Hedden re: same | 0.20 | LLC |
| | *Fee Applications, Others* - Trade e-mails with M. Hedden re: HBD 6th monthly fee app | 0.20 | LLC |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - E-mail from L. Coggins re HBD's 6th monthly (Feb.-April 10); review fee app/cno chart re due date for quarterly; e-mail to L. Coggins to remind HBD of same | 0.10 | MH |
| | *Fee Applications, Others* - E-mail from L. Coggins re HBD's 6th monthly fee application; prepare certificate of service re same | 0.20 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HBD's 6th monthly fee application | 0.30 | MH |
| | *Fee Applications, Others* - E-mail to L. Coggins re reminder to HBD that quarterly fee application is due 6/14/10 | 0.10 | MH |
| Jun-08-10 | *Fee Applications, Others* - Confer with M. Hedden re: upcoming Certificate of No Objection's to be filed re: certain fee applications | 0.10 | LLC |
| Jun-10-10 | *Fee Applications, Applicant* - Review Certificate of No Objection re: monthly fee app for April 2010 for filing | 0.10 | LLC |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Case Administration* - E-mail to accounting re expect wire transfer Friday | 0.10 | MH |
| | *Case Administration* - E-mail D. Laskin re hearing date/time for 11th quarterly period | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re April 10 fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re April 10 fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Prepare quarterly fee application and related documents re Feb.-April 2010 fee period for filing on 6/14/10; prepare database re same | 4.20 | MH |
| Jun-14-10 | *Case Administration* - Confer with M. Hedden re: adding fee auditor to service list and follow- up e-mail from M. Hedden re: same | 0.20 | LLC |
| | *Fee Applications, Others* - E-mail from J. Wolf re: HBD quarterly fee app for 11th period | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail to J. Wolf re: HBD quarterly fee app for 11th period | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail from J. Wolf re: HBD quarterly fee app and forward same to M. Hedden | 0.10 | LLC |
| | *Fee Applications, Others* - Review HBD second interim fee app for filing and confer with M. Hedden re: same | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review quarterly fee app for 11th interim period for filing | 0.20 | LLC |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Case Administration* - Confer with L. Coggins re whether to send fee applications to new fee auditor; e-mail to D. Laskin re same | 0.10 | MH |

| | | | |
|---|---|---|---|
| | *Case Administration* - E-mail FJP' s 2/1/10-4/30/10 quarterly fee application to fee auditor | 0.10 | MH |
| | *Case Administration* - E-mail HBD's monthly and quarterly fee applications re 2/1/10-4/30/10 to fee auditor | 0.10 | MH |
| | *Fee Applications, Others* - Review HBD's 2nd quarterly fee application; prepare notice and certificate of service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HBD's 2nd quarterly fee application | 0.60 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file 11th quarterly fee application and notice thereof; serve fee application; arrange for service of notice on 2002 service list | 0.90 | MH |
| Jun-15-10 | *Fee Applications, Applicant* - Review monthly fee app for May 2010 for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review FJ&P May time records | 0.20 | RSM |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Modify May 2010 statement; use spreadsheet to calculate re expenses chart in fee application; prepare fee application and related documents | 0.90 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve May 2010 fee application | 0.50 | MH |
| Jun-24-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Review JP Morgan Discovery requests | 0.10 | RSM |
| Jun-25-10 | *Fee Applications, Others* - Confer with M. Hedden re: status of HBD CNO for recent monthly fee app | 0.10 | LLC |
| | *Fee Applications, Others* - Follow- up conference with M. Hedden re: status of HBD CNO | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Call from D. Laskin re; oral argument on motion to dismiss filed in JP Morgan adversary action | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail to RSM re: status of oral argument in JP Morgan adversary action | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from RSM re: status of oral argument in JP Morgan adversary case | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Email correspondence with Ms. Irving re: June 30 hearing | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Email correspondence with Mr. Morris re: June 30 hearing | 0.10 | RSM |
| Jun-28-10 | *Litigation and Litigation Consulting* - Review agenda re: oral argument scheduled for 6-30-2010 | 0.10 | LLC |
| Jun-29-10 | *Case Administration* - Confer with TJT re: various fee app issues | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with M. Hedden re: status of Certificate of No Objection re: HBD 6th monthly fee app | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail to J. Morris re: status of Certificate of No Objection on HBD's 6th monthly fee app | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail from J. Morris re: status of Certificate of No Objection on HBD's 6th monthly fee app, confer with M. Hedden re: same | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: HBD 6th monthly fee app for filing | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from RSM re: status of co-counsel's admission pro hac | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review docket and e-mail to RSM | 0.20 | LLC |

|  | re: status of co- counsel pro hac admission |  |  |
|---|---|---|---|
|  | *Litigation and Litigation Consulting* - Confer with RSM re: oral argument in JP Morgan adversary | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - E-mail to RSM re: Court calendar for oral argument in JP Morgan adversary | 0.10 | LLC |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Meeting with Mr. Morris and Ms. Irving re: prepare for hearing | 2.00 | RSM |
| Jun-30-10 | *Litigation and Litigation Consulting* - E-mail from RSM re: retrieval of recent 3rd circuit opinion | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Retrieve recent 3rd circuit opinion and forward same to RSM | 0.20 | LLC |
|  | *Litigation and Litigation Consulting* - Confer with RSM re: court's decision after oral argument in JP Morgan adversary and related case issues | 0.20 | LLC |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Attend Court hearing; meeting with co-counsel | 2.00 | RSM |
|  | Totals | 18.10 |  |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Jun-04-10 | Photocopy Cost | 4.00 |
|  | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 2.10 |
|  | Photocopy Cost | 0.60 |
| Jun-10-10 | Photocopy Cost | 3.00 |
|  | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 1.20 |
|  | Photocopy Cost | 0.80 |
| Jun-14-10 | Photocopy Cost | 0.90 |
|  | Photocopy Cost | 1.20 |
|  | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 27.00 |
|  | Photocopy Cost | 8.40 |
|  | First State Deliveries - expedited hand deliveries | 32.00 |
|  | postage | 14.61 |
| Jun-15-10 | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 19.00 |
|  | First State Deliveries - hand deliveries 6/14/10 | 32.00 |
| Jun-17-10 | First State Deliveries - hand deliveries | 32.00 |
| Jun-22-10 | Blue Marble -  hand deliveries | 598.50 |
| Jun-29-10 | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 2.00 |
|  | postage | 2.20 |
| Jun-30-10 | Photocopy Cost | 1.00 |
|  | First State Deliveries - hand deliveries 6/29/10 | 32.50 |
|  | Totals | $819.91 |

**Total Fees & Disbursements**                                    **$4,910.91**