IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.¹                                        :
                                                                       :   Jointly Administered
      Debtors.                           :
---------------------------------------------------------------------- x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

      Sean M. Beach, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Christopher Updike (the "Admittee"), Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, NY 10281, as special counsel to the Debtors and Debtors-in-Possession.

                                        /s/ Sean M. Beach
                                        Sean M. Beach (No. 4070)
                                        Young Conaway Stargatt & Taylor, LLP
                                        1000 N. West Street, 17th Floor
                                        Wilmington, Delaware 19801
                                        P.O. Box 391
                                        Wilmington, Delaware 19899-0391
                                        Telephone: (302) 571-6707
                                        Facsimile: (302) 571-1253

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

YCST01:9835793.1                                                                       066585.1001

7/14/10
9007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

/s/ Christopher Updike
Christopher Updike
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

Motion granted.

BY THE COURT:

Date: 7-15-10

_____
UNITED STATES BANKRUPTCY JUDGE