IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
            Debtors.                                                   :
---------------------------------------------------------------------- x

NOTICE OF WITHDRAWAL OF CLAIM NO. 6000
FILED BY FRED J. DERY AS TRUSTEE FOR
THE BANKRUPT ESTATE OF ADELBERT MOSS

PLEASE TAKE NOTICE that the Fred J. Dery, as trustee for the bankrupt estate of Adelbert Moss, by and through its undersigned representative, hereby withdrawals proof of claim numbered 6000 filed against American Home Mortgage Acceptance, Inc. (Case No. 07-11049) on December 20, 2007.

Dated: July 14, 2010
       Southfield, Michigan

                                            SEYBURN, KAHN, GINN, BESS AND SERLIN, P.C.

                                            _____
                                            Terrance A. Hiller (MI P55699)
                                            2000 Town Center
                                            Suite 1500
                                            Southfield, MI 48075
                                            Telephone: 248-353-7620
                                            Facsimile: 248-353-3727

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.