IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                          Chapter 11
AMERICAN HOME MORTGAGE HOLDINGS,               Case No. 07-11047 (CSS)
INC., *et al.*,[1]                             (Jointly Administered)

                        Debtors.               Re: Dkt. No. 8965
---------------------------------------------------------------x

**ORDER GRANTING DEBTORS' MOTION FOR ORDER APPROVING
SETTLEMENT AGREEMENTS WITH CERTAIN PREFERENCE DEFENDANTS**

Upon consideration of the Debtors' Motion for Order Approving Settlement Agreements With Certain Preference Defendants (the "*Motion*") filed by the above-captioned debtors and debtors-in-possession (the "*Debtors*"); and due and adequate notice of the Motion having been given under the circumstances; and all parties in interest having been heard or having had the opportunity to be heard; and it appearing that the relief requested is in the best interest of the Debtors' estates and their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is granted in all respects; and it is further

ORDERED that the Settlement Agreements with Ajilon Professional Staffing, LLC and ADP, Inc. (as defined in the Motion) are approved in all respects pursuant to 11 U.S.C. § 105(a) and Bankruptcy Rule 9019; and it is further

ORDERED that the parties shall have all rights and privileges as set forth therein; and it is further

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.,; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

ORDERED that the Debtors are authorized to take any and all such actions necessary under the Settlement Agreements; and it is further

ORDERED that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
       7/15 , 2010

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE