# EXHIBIT A

**Wrong Debtor Claims**

# Exhibit A
## Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number |
|---|---|---|---|---|---|
| CBCINNOVIS, INC<br>ATTN DIRK M. CANTRELL, SEC/TREAS.<br>250 E. BROAD STREET, SUITE 1200<br>COLUMBUS, OH 43215 | 7639 | 1/8/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$162,069.12 (U)<br>$162,069.12 (T) | 07-11051 |
| LANER MUCHIN DOMBROW<br>BECKER LEVING & TOMINBERG, LTD<br>ATTN ROBERT H. BROWN, DIRECTOR<br>515 NORTH STATE STREET, SUITE # 2800<br>CHICAGO, IL 60610 | 6442 | 12/26/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$2,122.50 (U)<br>$2,122.50 (T) | 07-11051 |
| SBC YELLOW PAGES<br>ATTN MICHAEL PERRY, BANKRUPTCY<br>100 E. BIG BEAVER<br>TROY, MI 48083 | 3329 | 11/27/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$8,478.29 (U)<br>$8,478.29 (T) | 07-11051 |
| TAX VERIFICATION BUREAU, INC.<br>ESTEBAN REYES, DIRECTOR<br>200 SE FIRST ST, STE 702<br>MIAMI, FL 33131 | 623 | 9/10/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$110,834.07 (U)<br>$110,834.07 (T) | 07-11051 |
| TRINITY INSPECTION SERVICES, LLC<br>ATTN PRESIDENT<br>4851 LBJ FRWY # 410<br>DALLAS, TX 75244 | 79 | 8/27/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$5,985.00 (U)<br>$5,985.00 (T) | 07-11051 |
| Totals: | 5 Claims | | | - (S)<br>- (A)<br>- (P)<br>$289,488.98 (U)<br>$289,488.98 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.