# EXHIBIT II

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------  x
In re:                                                              :    Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                  :
                                                                    :    Jointly Administered
        Debtors.                                                    :
------------------------------------------------------------------  x    Ref. Docket No. ___
```

### ORDER SUSTAINING DEBTORS' SIXTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the sixtieth omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), disallowing each of the Disputed Claims[2] identified on Exhibit A and B attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]      All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A and B are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      August __, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2

# EXHIBIT A

**Amended Claims**

**Exhibit A**

Amended Claim

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| LASALLE BANK NATIONAL ASSOCIATION ATTN RITA LOPEZ, VICE PRESIDENT C/O GLOBAL SECURITIES AND TRUST SERVICES 135 SOUTH LASALLE STREET, STE 1511 CHICAGO, IL 60603 | 9014 | 1/11/08 | 07-11051 | Unspecified* | 10616 | 1/2/09 | 07-11051 | Unspecified* |
| | | | | | 10618 | 1/2/09 | 07-11051 | Unspecified* |
| | | | | | 10619 | 1/2/09 | 07-11051 | Unspecified* |
| | | | | | 10620 | 1/2/09 | 07-11051 | Unspecified* |
| | | | | | 10621 | 1/2/09 | 07-11051 | Unspecified* |
| | | | | | 10622 | 1/2/09 | 07-11051 | Unspecified* |
| | | | | | 10623 | 1/2/09 | 07-11051 | Unspecified* |
| | | | | | 10624 | 1/2/09 | 07-11051 | Unspecified* |
| | | | | | 10625 | 1/2/09 | 07-11051 | Unspecified* |
| | | | | | 10626 | 1/2/09 | 07-11051 | Unspecified* |
| | | | | | 10770 | 5/20/10 | 07-11051 | Unspecified* |
| | | | | | 10771 | 5/20/10 | 07-11051 | Unspecified* |
| | | | | | 10772 | 5/20/10 | 07-11051 | Unspecified* |
| | | | | | 10773 | 5/20/10 | 07-11051 | Unspecified* |
| | | | | | 10774 | 5/20/10 | 07-11051 | Unspecified* |
| | | | | | 10776 | 5/20/10 | 07-11051 | Unspecified* |
| | | | | | 10779 | 5/20/10 | 07-11051 | Unspecified* |
| | | | | | 10781 | 5/20/10 | 07-11051 | Unspecified* |
| | | | | | 10782 | 5/20/10 | 07-11051 | Unspecified* |
| | | | | | 10783 | 5/20/10 | 07-11051 | Unspecified* |
| | | | | | 10784 | 5/20/10 | 07-11051 | Unspecified* |
| LASALLE BANK NATIONAL ASSOCIATION ATTN RITA LOPEZ, VICE PRESIDENT C/O GLOBAL SECURITIES AND TRUST SERVICES 135 SOUTH LASALLE STREET, STE 1511 CHICAGO, IL 60603 | 9015 | 1/11/08 | 07-11050 | Unspecified* | 10627 | 1/2/09 | 07-11050 | Unspecified* |
| | | | | | 10628 | 1/2/09 | 07-11050 | Unspecified* |
| | | | | | 10629 | 1/2/09 | 07-11050 | Unspecified* |

*Printed on 7/15/2010 at 11:21:9AM*

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| LASALLE BANK NATIONAL ASSOCIATION ATN RITA LOPEZ, VICE PRESIDENT C/O GLOBAL SECURITIES AND TRUST SERVICES 135 SOUTH LASALLE STREET, STE 1511 CHICAGO, IL 60603 | 9016 | 1/11/08 | 07-11051 | Unspecified* | 10775 | 5/20/10 | 07-11050 | Unspecified* |
| | | | | | 10777 | 5/20/10 | 07-11050 | Unspecified* |
| | | | | | 10778 | 5/20/10 | 07-11050 | Unspecified* |
| | | | | | 10780 | 5/20/10 | 07-11050 | Unspecified* |
| | | | | | 10617 | 1/2/09 | 07-11051 | Unspecified* |
| | | | | | 10630 | 1/2/09 | 07-11051 | Unspecified* |
| | | | | | 10631 | 1/2/09 | 07-11051 | Unspecified* |
| | | | | | 10632 | 1/2/09 | 07-11051 | Unspecified* |
| | | | | | 10633 | 1/2/09 | 07-11051 | Unspecified* |
| | | | | | 10634 | 1/2/09 | 07-11051 | Unspecified* |
| | | | | | 10635 | 1/2/09 | 07-11051 | Unspecified* |
| | | | | | 10770 | 5/20/10 | 07-11051 | Unspecified* |
| | | | | | 10772 | 5/20/10 | 07-11051 | Unspecified* |
| | | | | | 10776 | 5/20/10 | 07-11051 | Unspecified* |
| | | | | | 10781 | 5/20/10 | 07-11051 | Unspecified* |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10373 | 4/28/08 | 07-11051 | - (S)<br>$321.13 (A)<br>- (P)<br>- (U)<br>$321.13 (T) | 10742 | 10/29/09 | 07-11051 | - (S)<br>$319.30 (A)<br>- (P)<br>- (U)<br>$319.30 (T) |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10742 | 10/29/09 | 07-11051 | - (S)<br>$319.30 (A)<br>- (P)<br>- (U)<br>$319.30 (T) | 10762 | 2/5/10 | 07-11051 | - (S)<br>$325.51 (A)<br>- (P)<br>- (U)<br>$325.51 (T) |
| **Totals:** | | | 5 Claims | - (S)<br>$640.43 (A)<br>- (P)<br>- (U)<br>$640.43 (T) | | | | - (S)<br>$644.81 (A)<br>- (P)<br>- (U)<br>$644.81 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Late Filed Claims**

## Exhibit B
### Late Filed Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| | | | **Objectionable Claim** | | |
| BECKMAN, DENISE<br>274 OLD COMMACK RD<br>KINGS PARK, NY 11754 | 10768 | 4/22/10 | 07-11051 | - (S)<br>- (A)<br>$1,192.31 (P)<br>- (U)<br>$1,192.31 (T) | 1/11/2008 |
| CITY OF SAN DIEGO, THE<br>DELINQUENT ACCOUNT COLLECTIONS PROGRAM<br>OFFICE OF THE CITY TREASURER<br>1010 SECOND AVENUE SIXTH FLOOR WEST WING<br>SAN DIEGO, CA 92101-4904 | 10756 | 1/19/10 | No Case | Unspecified* | 2/4/2008 |
| CLEVELAND COUNTY TREASURER<br>201 S JONES SUITE 100<br>NORMAN, OK 73069 | 10769 | 5/11/10 | 07-11047 | - (S)<br>- (A)<br>$114.91 (P)<br>- (U)<br>$114.91 (T) | 2/4/2008 |
| **Totals:** | **3 Claims** | | | - (S)<br>- (A)<br>$1,307.22 (P)<br>- (U)<br>$1,307.22 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.