# EXHIBIT II

**Proposed Order**

YCST01:9921374.1

066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
         Debtors.                                                      :
                                                                       :   **Ref. Docket No. _____**
---------------------------------------------------------------------- x

### ORDER SUSTAINING DEBTORS' SIXTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Sixty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") modifying, reclassifying and, as applicable, reassigning each of the Disputed Claims[2] identified on Exhibits A, B and C attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit A is hereby (i) modified to the dollar value under the column titled "Modified Amount" in Exhibit A; and (ii) reassigned to the case number listed under the column titled "New Case Number" in Exhibit A; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit B is hereby (i) reclassified to the priority level indicated in the column titled "Modified Amount" in Exhibit B; and (ii) reassigned to the new case number as indicated in Exhibit B; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibits C is hereby disallowed and expunged in its entirety; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      August ___, 2010

                                           CHRISTOPHER S. SONTCHI
                                           UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Modified Amount Wrong Debtor Claim**

# Exhibit A

## Modified Amount, Wrong Debtor Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| BROWARD COUNTY, DEPT. OF FINANCE<br>ATTN HOLLIE N HAWN, ASST COUNTY ATTY<br>REVENUE COLL DIV, GOVERNMENTAL CTR ANNEX<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | 2905 | 11/20/07 | 07-11047 | $6,033.20 (S)<br>- (A)<br>- (P)<br>- (U)<br>$6,033.20 (T) | 07-11051 | $5,562.33 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,562.33 (T) | Claim relates to 2007 personal property tax for four parcels; Parcel 3C000-00366985 relates to a non Debtor entity, American Home Loan Mortgage and therefore the claims should be reduced by $470.87. |
| **Totals:** | **1 Claim** | | | $6,033.20 (S)<br>- (A)<br>- (P)<br>- (U)<br>$6,033.20 (T) | | $5,562.33 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,562.33 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Reclassified Wrong Debtor Claim**

# Exhibit B

## Reclassified Wrong Debtor Claim

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| KRISTIN JACOBSON APPRAISAL COMPANY<br>ATTN KRISTIN JACOBSON, OWNER<br>15 W SECOND ST<br>MORGAN HILL, CA 95037 | 3865 | 11/30/07 | No Case | - (S)<br>- (A)<br>$1,750.00 (P)<br>- (U)<br>$1,750.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,750.00 (U)<br>$1,750.00 (T) | Claim relates to five (5) appraisals performed by an appraisal company. Because the appraisals were performed by the vendor company (not an individual), the claim is not entitled to priority under § 507(a)(4) as requested. Moreover, four of the five appraisals were performed prior to 180 days before the Petition Date and, accordingly, would not fall within the requirements of § 507(a)(4). No other basis for priority exists. |

| Totals: | 1 Claim | | | - (S)<br>- (A)<br>$1,750.00 (P)<br>- (U)<br>$1,750.00 (T) | | - (S)<br>- (A)<br>- (P)<br>$1,750.00 (U)<br>$1,750.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**No Liability Claim**

# Exhibit C

## No Liability Claim

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CANNON, JAMIN P. 526 SPRING GROVE AVENUE TOLEDO, OH 43605 | 7955 | 1/9/08 | 07-11050 | - (S)<br>- (A)<br>$50,000.00 (P)<br>- (U)<br>$45,466.07 (T) | Claimant was a defendant in a foreclosure action and attached the Debtors' complaint and claimant's answer as supporting documentation. No counterclaims were asserted. When counsel for the Debtors contacted claimant's counsel, claimant's counsel advised that the claim should be withdrawn, yet no notice of withdrawal has been submitted. Accordingly, the Debtors believe that no liability exists and the claim should be disallowed and expunged. |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>$50,000.00 (P)<br>- (U)<br>$45,466.07 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.