IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re : | x : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | : : : | Case No. 07-11047 (CSS) Jointly Administered |
| Debtors. | : x | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | : : : : : | |
| Plaintiff, | : : : : | Adversary No. 10-51228 (CSS) |
| DELOITTE & TOUCHE LLP, | : : | |
| Defendants. | : x | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Robert J. Malatak of the law firm of Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022, to represent the Official Committee of Unsecured Creditors in the above-captioned cases and any related adversary proceedings.

Dated: July 16, 2010

BLANK ROME LLP

By: /s/ David W. Carickhoff
Bonnie Glantz Fatell (DE No. 3809)
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464
Email: fatell@blankrome.com
Email: carickhoff@blankrome.com

128189.01600/21891830v.1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Robert J. Malatak of the law firm Hahn & Hessen LLP is granted.

### BY THE COURT:

Dated: July ___, 2010

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Judge

128189.01600/21891830v.1

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: July 15, 2010

By: _____
Robert J. Malatak, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Telephone: 212-478-7200
Facsimile: 212-478-7400
Email: rmalatak@hahnhessen.com