# EXHIBIT A

**Duplicate Claims**

## Exhibit A

### Duplicate Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| LOPEZ, MARTHA<br>8975 LAWRENCE WELK DRIVE # 314<br>ESCONDIDO, CA 92026 | 10749 | 12/7/09 | 07-11051 | - (S)<br>- (A)<br>$466.23 (P)<br>$41.23 (U)<br>$507.46 (T) | 7507 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$495.00 (P)<br>$41.23 (U)<br>$536.23 (T) |
| LOPEZ, MARTHA<br>8975 LAWRENCE WELK DRIVE # 314<br>ESCONDIDO, CA 92026 | 10750 | 12/7/09 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$20.00 (U)<br>$20.00 (T) | 7506 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$20.00 (U)<br>$20.00 (T) |
| Totals: | 2 Claims | | | - (S)<br>- (A)<br>$466.23 (P)<br>$61.23 (U)<br>$527.46 (T) | | | | - (S)<br>- (A)<br>$495.00 (P)<br>$61.23 (U)<br>$556.23 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Wrong Debtor Claims**

**Exhibit B**

**Wrong Debtor Claims**

| Name/Address of Claimant | Objectionable Claims ||||| New Case Number |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | Case Number |
| CANYON COUNTY<br>ATTN TRACIE LLOYD, TREASURER<br>P.O. BOX 1010<br>CALDWELL, ID 83606 | 3357 | 11/26/07 | No Case | $304.42 (S)<br>- (A)<br>- (P)<br>- (U)<br>$304.42 (T) | 07-11051 |
| INDIAN RIVER COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY DEPARTMENT<br>1800 27TH STREET, BUILDING B<br>VERO BEACH, FL 32960 | 10640 | 12/22/08 | 07-11047 | - (S)<br>- (A)<br>$481.95 (P)<br>- (U)<br>$434.97 (T) | 07-11051 |
| SHPS, INC.<br>9200 SHELBYVILLE ROAD, SUITE 700<br>LOUISVILLE, KY 40222 | 10752 | 1/4/10 | No Case | - (S)<br>- (A)<br>- (P)<br>$70,000.00 (U)<br>$70,000.00 (T) | 07-11051 |
| **Totals:** | **3 Claims** | | | $304.42 (S)<br>- (A)<br>$481.95 (P)<br>$70,000.00 (U)<br>$70,739.39 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Satisfied Claims**

## Exhibit C

### Satisfied Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| ADA COUNTY TREASURER<br>P.O. BOX 2868<br>BOISE, ID 83701 | 10701 | 4/13/09 | 07-11051 | $1,145.10 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,145.10 (T) | Claim relates to 2007 personal property taxes for parcel R8120810045. The Debtor has verified on the Ada County Treasurer's website and by calling their office that there are no outstanding taxes due for 2007. |
| ADA COUNTY TREASURER<br>P.O. BOX 2868<br>BOISE, ID 83701 | 10702 | 4/13/09 | 07-11051 | $445.82 (S)<br>- (A)<br>- (P)<br>- (U)<br>$445.82 (T) | Claim relates to 2007 personal property taxes for parcel R5760230070. The Debtor has verified on the Ada County Treasurer's website and by calling their office that there are no outstanding taxes due for 2007. |
| FLAGLER COUNTY TAX COLLECTOR<br>SUZANNE JOHNSTON<br>P.O. BOX 846<br>BUNNELL, FL 32210 | 6273 | 12/24/07 | 07-11051 | $322.64 (S)<br>- (A)<br>- (P)<br>- (U)<br>$322.64 (T) | Claim relates to 2007 personal property taxes for parcel 8242425. The Debtor has verified on the Flagler County Tax Collector website that the claimed taxes were paid on 3/26/2009. |
| **Totals:** | **3 Claims** | | | $1,913.56 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,913.56 (T) | |

— Objectionable Claim —

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.