IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[2]           :
                                                             : Jointly Administered
    Debtors.                                                 :
                                                             : 8902, 8905, 8907, 8910, 8930, 8940 and 8941
------------------------------------------------------------ x

## ORDER APPROVING INTERIM FEE REQUESTS REGARDING PROFESSIONALS

Upon consideration of the interim fee requests ("Fee Requests") of the professionals in the above-captioned chapter 11 cases (collectively, the "Professionals"), a list of which is attached hereto as Exhibit A, for allowance of compensation and reimbursement of expenses (collectively, the "Applications"); and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code (the "Bankruptcy Code"), as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), have been satisfied; and it further appearing that the fees and expenses incurred were reasonable and necessary; and that notices of the Fee Requests were appropriate; and after due deliberation and sufficient good cause appearing therefor; it is hereby

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

ORDERED, that the Fee Requests are hereby APPROVED in the amounts set forth in Exhibit A; and it is further

ORDERED, that the Professionals are granted interim allowance of compensation in the amounts set forth on Exhibit A; and it is further

ORDERED, that the Professionals are allowed, on an interim basis, the reimbursement of reasonable and necessary expenses in the amounts set forth on Exhibit A; and it is further

ORDERED, that the Debtors are authorized and directed to remit payment to Professionals in the amounts set forth on Exhibit A, less all amounts previously paid on account of such fees and expenses.

Dated: July 19, 2010
Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge