# EXHIBIT A

YCST01:9908229.1

066585.1001

**Eleventh Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 8907]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 2/1/10-2/28/10<br>4/20/10<br>8790 | 197,851.50 | 12,523.31 |
| 3/1/10-3/31/10<br>6/8/10<br>8895 | 176,354.00 | 23,699.31 |
| Totals | 374,205.50 | 36,222.62 |

7

**Eleventh Interim Fee Request Of Allen & Overy, LLP, Special Counsel for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 1/1/10-3/31/10<br>5/6/10<br>8828 | 4,898.00 | 241.05 |
| Totals | 4,898.00 | 241.05 |

YCST01:9908229.1                                                                 066585.1001

**Eleventh Interim Fee Request of Cadwalader, Wickersham & Taft LLP [D.I. 8907]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 2/1/10-4/30/10<br>6/14/10<br>8903 | 1,617,846.50 | 332,054.21 |
| Totals | 1,617,846.50 | 332,054.21 |

9

**Eleventh Interim Fee Request of Quinn Emanuel Urquhart Oliver & Sullivan LLP**
**[D.I. 8907]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 2/1/10-2/28/10 6/9/10 8897 | 3,663.00 | 30.50 |
| 3/1/10-3/31/10 6/9/10 8898 | 6,050.50 | 102.64 |
| 4/1/10-4/30/10 6/9/10 8899 | 5,575.00 | 45.74 |
| Totals | 15,288.50 | 178.88 |

10

**Eleventh Interim Fee Request of BDO Seidman, LLP, Financial Advisor to the Committee
of Unsecured Creditors [D.I. 8910]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 2/1/10-2/28/10 3/19/10 8706 | 65,131.00 | 1,641.24 |
| 3/1/10-3/31/10 4/23/10 8793 | 79,166.50 | 1,772.76 |
| 4/1/10-4/30/10 5/19/10 8859 | 58,472.50 | 1,734.72 |
| Totals | 202,770.00 | 5,148 72 |

066585.1001

**Interim Fee Application for Ferry, Joseph & Pearce, P.A. as Special Conflicts Counsel for the Official Committee of Unsecured Creditors [D.I. 8902]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 2/1/10-2/28/10<br>3/16/10<br>8682 | 3,837.00 | 95.70 |
| 3/1/10-3/31/10<br>4/15/10<br>8772 | 3,828.00 | 712.32 |
| 4/1/10-4/30/10<br>5/17/10<br>8855 | 1,773.00 | 1,173.75 |
| Totals | 9,438.00 | 1,981.77 |

YCST01:9908229.1                                                    066585.1001

**Interim Fee Application for Hennigan, Bennett & Dorman, LLP as Special Conflicts
Counsel for the Official Committee of Unsecured Creditors [D.I. 8905]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 2/1/10-4/30/10<br>6/4/10<br>8886 | 103,441.00 | 509.03 |
| Totals | 103,441.00 | 509.03 |

13

**Interim Fee Application for Blank Rome, LLP, Co Counsel Official Committee of
Unsecured Creditors [D.I. 8930]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 1/1/10-1/31/10<br>2/16/10<br>8580 | 11,030.00 | 4,842.50 |
| 2/1/10-2/28/10<br>3/19/10<br>8707 | 16,921.50 | 725.73 |
| 3/1/10-3/31/10<br>5/13/10<br>8854 | 12,563.00 | 901.39 |
| Totals | 40,514.50 | 6,469.62 |

14

**Interim Fee Application for Hahn & Hessen, LLP as Co- Counsel for the Official Committee of Unsecured Creditors [D.I. 8940]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 5/1/09-5/31/09 12/4/09 | 179,391.00 | 2,998.22 |
| 6/1/09-6/30/09 12/4/09 | 126,055.00 | 1,863.05 |
| 7/1/09-7/30/09 12/4/09 | 199,320.00 | 3,557.19 |
| Totals | 504,766.00 | 8,418.46 |

**Interim Fee Application for Hahn & Hessen, LLP as Co- Counsel for the Official Committee of Unsecured Creditors [D.I. 8941]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 8/1/09-8/31/09 12/4/09 | 113,866.00 | 3,398.51 |
| 9/1/09-9/30/09 12/4/09 | 138,373.00 | 2,293.70 |
| 10/1/09-10/31/09 12/4/09 | 139,662.00 | 1,837.87 |
| Totals | 391,901.00 | 7,530.08 |

YCST01:9908229.1 066585.1001