# EXHIBIT A

**Modified Amount Reclassified Wrong Debtor Claim**

## Exhibit A

### Modified Amount, Reclassified, Wrong Debtor Claim

| | Objectionable Claim | | | | | | |
|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
| EMPLOYMENT SECURITY DEPARTMENT UI TAX AND WAGE ADMINISTRATION PO BOX 9046 OLYMPIA, WA 98507-9046 | 10031 | 2/29/08 | 07-11047 | $1,724.16 (S) - (A) $12,475.52 (P) - (U) $14,199.68 (T) | 07-11051 | - (S) - (A) $12,593.59 (P) $1,724.16 (U) $14,317.75 (T) | Claim relates to 2006 and 2007 unemployment tax. Modified priority amount to match tax and interest amounts from recent Notice of Assessment sent by claimant on 10/06/2009. Reclassified amount claimed on account of penalties to general unsecured since no basis for priority status exists for this portion of the claim. |
| **Totals:** | 1 Claim | | | $1,724.16 (S) - (A) $12,475.52 (P) - (U) $14,199.68 (T) | | - (S) - (A) $12,593.59 (P) $1,724.16 (U) $14,317.75 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.