# SIGN - IN - SHEET

**CASE** American Home Mortgage Holdings
**CASE NO: 07-11047 (CSS)**

**COURTROOM LOCATION: 6**
**DATE: 7/19/10 AT 11:00 AM**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Patrick Banigan | Cross & Simon, LLC | Trustee of Agents; ITG |
| Sean Beach | Young Conaway Stargatt & Taylor LLP | Debtors |
| Mike Neiburg | " | " |
| Curtis Crowther | " | " |
| Tori Guilfoyle | Blank Rome LLP | |
| Laurie Selber Silverstein | Potter Anderson Corroon | Creditors Committee |
| Stan Stanvlis | Stanvlis Weinblatt | BoA, as Agent |
| | | Deborah Mills |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

**Calendar Date:** 07/19/2010
**Calendar Time:** 11:00 AM ET

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
## #6

Amended Calendar 07/19/2010 07:21 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 3581250 | Ana M. Alfonso | Willkie Farr & Gallagher LLP | Creditor, Bank of America / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 3625945 | Pamela Chepiga | Allen & Overy, LLP | Interested Party, Allen & Overy, LLP / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 3632828 | Anthony Esquivel | Anthony Esquivel - In Pro Per/Pro Se | In Propria Persona, Anthony Esquivel / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 3632861 | Deborah Mills | Deborah Mills - In Pro Per/Pro Se | Claimant, Deborah Mills / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 3617375 | Edward Schnitzer | Hahn & Hessen | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 3632236 | Christopher Updike | Cadwalader Wickersham Taft LLP | Debtor, American Mortgage Holdings, Inc., et al / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 3632250 | Eileen Wanerka | (631) 622-2414 American Home Mortgage | Client, Eileen Wanerka / LIVE |