IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :    Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                :
                                                               :    Jointly Administered
        Debtors.                                               :
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 2, 2009, I caused to be served the following:

   a)   "Notice of Motion," dated August 9, 2009, to which is attached the "Debtors' Motion Pursuant to Section 107 of the Bankruptcy Code for an Order Authorizing and Directing the Filing Under Seal of the Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 2, 2009 [Docket No. 7999],

   b)   "Debtors' Motion to Shorten Notice with Respect to Debtors' Motion Pursuant to Section 107(b) of the Bankruptcy Code for an Order Authorizing and Directing the Filing Under Seal of the Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 2, 2009 [Docket No. 8000],

    c)    "Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 2, 2009 [Docket No. 8001],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes, to be delivered by overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              Angharad Bowdler

Sworn to before me this

____ day of September, 2009

_____
Notary Public

**EXHIBIT "A"**

AMERICAN HOME MORTGAGE
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DIONISIO, JOSEPH | 79 OCEAN AVE MASSAPEQUA PARK NY 11762 |
| ELDER-HILL, ADELE K. | 127 W BAYSHORE BLVD JACKSONVILLE NC 285405303 |
| GE MONEY BANK/WMC MORTGAGE | ATTN SHARON L. MASON, VP OR LEGAL DEPT. 3100 THORNTON AVE BURBANK CA 91504 |
| KALMONSON, MICHAEL | 7 FAIR ELMS LAGUNA NIGUEL CA 92677 |
| LETORT MORTGAGE GROUP INC | ATTN KARI DELANY, PRESIDENT 1701 SPRING ROAD CARLISLE PA 17013 |
| LUKE, JENNIFER | 190-18 CROCHERON AVE FLUSHING NY 11358 |
| MCGAHA, JUDY A. | 328 POSSUM PATH LOUISVILLE KY 40214 |
| O'BRIEN, BARON | 2550 FIFTH AVE #167 SAN DIEGO CA 92103 |
| PROMOTIONAL PRODUCTS PARTNERS, LLC | ATTN MICHAEL GOMBERG 405 WASHINGTON BLVD. MUNDELEIN IL 60060 |
| RIVERSIDE COUNTY TREASURER-TAX COLLECTOR | MARTHA E. ROMERO PAUL MCDONNELL 6516 BRIGHT AVE. WHITTIER CA 90601 |
| ZIMMERMAN, JAMES | 209 CYPRESS DR MASTIC BEACH NY 11951 |

**Total Creditor Count 11**