IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------------x
In re:                                                     :   Chapter 11
                                                           :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                     :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                            :
                                                           :   Jointly Administered
          Debtors.                                         :
------------------------------------------------------------------------x   Ref. Docket Nos. 8938-8939
```

## AFFIDAVIT OF MAILING

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.    I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.    On June 18, 2010, I caused to be served the:

   a)    "Notice of Debtors' Fifty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local rule 3007-1," dated June 18, 2010, to which is attached the "Instructions for Telephonic Appearances Effective January 5, 2005," filed on June 18, 2010, to which is attached the "Debtors' Fifty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated June 18, 2010 [Docket No. 8938] (the "Fifty Eighth Omnibus Objection"), and

   b)    "Notice of Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated June 18, 2010, to which is attached the "Instructions for Telephonic Appearances Effective January 5, 2005," filed on June 18, 2010, to which is attached the "Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated June 18, 2010 [Docket No. 8939] (the "Fifty Ninth Omnibus Objection"),

by causing true and correct copies of the:

    i.    Fifty Eighth Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes, to be delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii.    Fifty Ninth Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes to be delivered via first class mail to those parties listed on the annexed Exhibit B.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Panagiota Manatakis

Sworn to before me this
22nd day of June, 2010

_____
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CBCINNOVIS, INC | ATTN DIRK M. CANTRELL, SEC/TREAS. 250 E. BROAD STREET, SUITE 1200 COLUMBUS OH 43215 |
| LANER MUCHIN DOMBROW | BECKER LEVING & TOMINBERG, LTD ATTN ROBERT H. BROWN, DIRECTOR 515 NORTH STATE STREET, SUITE # 2800 CHICAGO IL 60610 |
| SBC YELLOW PAGES | ATTN MICHAEL PERRY, BANKRUPTCY 100 E. BIG BEAVER TROY MI 48083 |
| TAX VERIFICATION BUREAU, INC. | ESTEBAN REYES, DIRECTOR 200 SE FIRST ST, STE 702 MIAMI FL 33131 |
| TRINITY INSPECTION SERVICES, LLC | ATTN PRESIDENT 4851 LBJ FRWY # 410 DALLAS TX 75244 |

**Total Creditor count  5**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ASSURED GUARANTY CORP. | ATTN LING CHOW, ESQ. 1325 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ASSURED GUARANTY CORP. | ATTN DONNA L. CULVER MORRIS NICHOLS ARSHT & TUNNELL LLP 1201 N. MARKET T., P.O. BOX 1347 WILMINGTON DE 19899-1347 |
| EMPLOYMENT SECURITY DEPARTMENT | UI TAX AND WAGE ADMINISTRATION PO BOX 9046 OLYMPIA WA 98507-9046 |

**Total Creditor count  3**