IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x
| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
------------------------------------------------------------------------x   Ref. Docket Nos. 8913-8916

## **AFFIDAVIT OF MAILING**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 15, 2010, I caused to be served the:

   a)  "Notice of Motion," dated June 15, 2010, to which is attached the "Debtors' Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a) for an Order Approving and Authorizing Settlement Agreement Resolving all Claims and Other Matters with Paula Lynn Rush," dated June 15, 2010 [Docket No. 8913],

   b)  "Debtors' Motion to Shorten Notice with Respect to Debtors' Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a) for an Order Approving and Authorizing Settlement Agreement Resolving all Claims and Other Matters with Paul Lynn Rush," dated June 15, 2010 [Docket No. 8914],

   c)  "Notice of Motion," dated June 15, 2010, to which is attached the "Motion to File Rush Settlement Under Seal," dated June 15, 2010 [Docket No. 8915], and

   d)  "Debtors' Motion to Shorten Notice with Respect to Joint Motion to File Rush Settlement Under Seal," dated June 15, 2010 [Docket No. 8916],

by causing true and correct copies, to be enclosed securely in separate postage pre-paid envelopes to be delivered by overnight mail to those parties listed on the annexed Exhibit A,

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Panagiota Manatakis

Sworn to before me this
16th day of June, 2010

_____
Notary Public

```
ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014
```

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| A.G. EDWARDS & SONS, INC. | ATTN: JONATHAN GRIFFITH 2801 MARKET STREET, 9TH FL, F BLDG. ST. LOUIS MO 63103 |
| ABN AMRO BANK | ATTN: DAVID STACK 101 PARK AVENUE, 6TH FL NEW YORK NY 10178 |
| ADA COUNTY TREASURER | ATTN: JANICE NEWELL 200 W. FRONT STREET, ROOM 3191 BOISE ID 83702 |
| ADAM CURRIER | 258 SPIELMAN HIGHWAY PO BOX 2033 BURLINGTON CT 06013 |
| ALSTON & BIRD LLP | ATTN: J. WILLIAM BOONE 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| ARCHER & GREINER | ATTN: CHARLES BROWN 300 DELAWARE AVENUE, SUITE 1370 WILMINGTON DE 19801 |
| ARONAUER, GOLDFARB, SILAS & RE, LLP | ATTN: KENNETH YUDELL 444 MADISON AVENUE, 17TH FL NEW YORK NY 10022 |
| ARONAUER, RE & YUDELL, LLP | ATTN: JOSEPH ARONAUER 444 MADISON AVENUE, 17TH FLOOR NEW YORK NY 10022 |
| ASHBY & GEDDES | ATTN: RICARDO PALACIO 500 DELAWARE AVENUE, 8TH FLOOR WILMINGTON DE 19899 |
| ASHBY & GEDDES, P.A. | ATTN: WILLIAM BOWDEN 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 WILMINGTON DE 19899 |
| ASHBY & GEDDES, P.A. | ATTN: AMANDA WINFREE 500 DELAWARE AVENUE, 8TH FLOOR WILMINGTON DE 19899 |
| ASSISTANT COUNTY ATTORNEY | ATTN: KAREN STAPLETON ONE HARRISON STREET, S.E. 5TH FLOOR LEESBURG VA 20175 |
| ASSURED GUARANTY | ATTN: LING CHOW 1325 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BAKER & HOSTETLER, LLP | ATTN: DONALD WORKMAN 1050 CONNECTICUT AVENUE, N.W. SUITE 1100 WASHINGTON DC 20036 |
| BARTLETT HACKETT FEINBERG, P.C. | ATTN: FRANK MCGINN 155 FEDERAL STREET, 9TH FLOOR BOSTON MA 02110 |
| BECKET AND LEE LLP | ATTN: GILBERT WEISMAN P.O. BOX 3001 MALVERN PA 19355 |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | ATTN: RAYMOND LEMISCH 222 DELAWARE AVENUE, SUITE 810 WILMINGTONT DE 19801 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: DAVID NEUMANN 2300 BP TOWER 200 PUBLIC SQUARE CLEVELAND OH 44114-2378 |
| BERNSTEIN SHUR | ATTN: JONATHAN WINNICK 100 MIDDLE STREET PORTLAND ME 04104 |
| BINGHAM MCCUTCHEN | ATTN: STEVEN WILAMOWSKY 399 PARK AVENUE NEW YORK NY 10022-4689 |
| BINGHAM MCCUTCHEN | ATTN: JONATHAN ALTER ONE STATE STREET HARTFORD CT 06103 |
| BLANK ROME LLP | ATTN: BONNIE GLANTZ FATELL 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| BRICE, VANDER LINDEN & WERNICK, P.C. | ATTN: HILARY BONIAL 9441 LBJ FREEWAY, SUITE 350 DALLAS TX 75243 |
| BROWN STONE NIMEROFF LLC | ATTN: JAMI NIMEROFF 4 EAST 8TH STREET, SUITE 4000 WILMINGTON DE 19801 |
| BUCHALTER NEMER P.C. | ATTN: SHAWN CHRISTIANSON 333 MARKET STREET, 25TH FLOOR SAN FRANCISCO CA 94105-2126 |
| BUCHANAN INGERSOLL & ROONEY P.C. | ATTN: TERESA CURRIER THE BRANDYWINE BUILDING 1000 WEST STREET, SUITE 1410 WILMINGTON DE 19801 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: MARY CALOWAY THE BRANDYWINE BUILDING 1000 WEST STREET, SUITE 1410 WILMINGTON DE 19801 |
| BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC | ATTN: STEPHEN ROSENBLATT P.O. BOX 22567 JACKSON MI 39225 |
| C/O KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR | ATTN: SUSAN PROFANT 819 U.S. 301 BLVD. WEST P.O. BOX 25300 BRADENTON FL 34206-5300 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: MARK ELLENBERG 1201 F STREET, N.W. WASHINGTON DC 20004 |
| CAMPBELL & LEVINE, LLC | ATTN: MARK HURFORD 800 NORTH KING STREET, SUITE 300 WILMINGTON DE 19801 |
| CHAPMAN AND CUTLER LLP | ATTN: FRANKLIN TOP, III 111 WEST MONROE ST. CHICAGO IL 60603 |
| CHARLES ZIEGLER | 1030 LAFAYETTE ST. PO BOX 53513 LAFAYETTE LA 70505 |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER MOSLEY 1000 THROCKMORTON STREET FORT WORTH TX 76102 |
| CLEARY GOTTLIEB STEEN & HAMILTON | ATTN: LISA SCHWEITZER ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | ATTN: MARK POLITAN 25 MAIN STREET HACKENSACK NJ 07601 |
| COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | ATTN: PATRICK REILLEY 1000 N. WEST STREET, SUITE 1200 WILMINGTON DE 19801 |
| CONNOLLY BOVE LODGE & HUTZ LLP | ATTN: KAREN BIFFERATO THE NEMOURS BUILDING 1007 NORTH ORANGE STREET WILMINGTON DE 19899 |

| Claim Name | Address Information |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP | ATTN: MARC PHILLIPS THE NEMOURS BUILDING 1007 NORTH ORANGE STREET WILMINGTON DE 19899 |
| CONNOLLY BOVE LODGE & HUTZ LLP | ATTN: CHRISTINA THOMPSON THE NEMOURS BUILDING 1007 NORTH ORANGE STREET WILMINGTON DE 19899 |
| COOCH & TAYLOR | ATTN: SHELLEY KINSELLA THE BRANDYWINE BUILDING 1000 WEST STREET, 10TH FLOOR WILMINGTON DE 19801 |
| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | ATTN: SAMUEL RUDMAN 58 SOUTH SERVICE ROAD, SUITE 200 MELVILLE NY 11747 |
| COUNTY ATTORNEY FOR BROWARD COUNTY | ATTN: JEFFREY NEWTON 115 SOUTH ANDREWS AVE., SUITE 423 GOVERNMENTAL CENTER FORT LAUDERDALE FL 33301 |
| COVINGTON & BURLING LLP | ATTN: SUSAN POWER JOHNSTON THE NEW YORK TIMES BUILD., 620 EIGHTH AVENUE NEW YORK NY 10018 |
| COZEN & O'CONNOR | ATTN: MARK FELGER 1201 N. MARKET STREET, SUITE 1400 WILMINGTON DE 19801 |
| COZEN O'CONNOR | ATTN: JOHN CARROLL, III CHASE MANHATTAN CENTER, SUITE 1400 1201 N. MARKET STREET WILMINGTON DE 19801 |
| CRISLIP, PHILIP & ASSO. | ATTN: JOHN PHILIP 4515 POPLAR AVENUE, SUITE 322 MEMPHIS TN 38117 |
| CROSS & SIMON, LLC | ATTN: CHRISTOPHER SIMON 913 NORTH MARKET STREET, 11TH FL. WILMINGTON DE 19801 |
| CUMMINGS PROPERTIES, LLC | ATTN: CRAIG ZIADY 200 WEST CUMMINGS PARK WOBURN MA 01801 |
| DANA MCRAE | 701 OCEAN STREET, ROOM 150 SANTA CRUZ CA 95060 |
| DAVIS & GILBERT LLP | ATTN: JOSEPH CIOFFI 1740 BROADWAY NEW YORK NY 10019 |
| DEAN BRUNEL | 75 CENTRAL STREET, UNIT ONE SOMERVILLE MA 02143 |
| DEILY, MOONEY & GLASTETTER, LLP | ATTN: MARTIN MOONEY 8 THURLOW TERRACE ALBANY NY 12203 |
| DEPRT OF TAX ADMIN - FAIRFAX CO. | ATTN: NANCY LOFTUS 12000 GOVERNMNET CENTER PARKWAY, SUITE 549 FAIRFAX VA 22035 |
| DIAMOND MCCARTHY LLP | ATTN: ALLAN DIAMOND 909 FANNIN STREET, 15TH FL. TWO HOUSTON CENTER HOUSTON TX 77010 |
| DICKSTEIN SHAPIRO | ATTN: ARNOLD GULKOWITZ 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DORSEY & WHITNEY | ATTN: ERIC LOPEZ SCHNABEL 1105 NORTH MARKET STREET, 16TH FL. WILMINGTON DE 19801 |
| DORSEY & WHITNEY | ATTN: CHARLES SAWYER 50 SOUTH SIXTH ST., SUITE 1500 MINNEAPOLIS MN 55402 |
| DORSEY & WHITNEY, LLP | ATTN: KATHERINE CONSTANTINE 50 SOUTH SIXTH STREET, SUITE 1500 MINNEAPOLIS MN 55402 |
| DOUGLAS PETTIBONE | 17848 SKY PARK CIRCLE, SUITE C IRVINE CA 92614 |
| DRAPER & GOLDBERG, P.L.L.C. | ATTN: THOMAS BARNETT 512 EAST MARKET STREET PO BOX 947 GEORGETOWN DE 19947 |
| DRAPER & GOLDBERG, PLLC | ATTN: ADAM HILLER 1500 NORTH FRENCH STREET, 2ND FLOOR WILMINGTON DE 19899 |
| DUANE MORRIS LLP | ATTN: MICHAEL LASTOWSKI 1100 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 |
| DUANE MORRIS LLP | ATTN: RICHARD RILEY 1100 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: WILLIAM CHIPMAN 919 N. MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| ELLIOTT GREENLEAF | ATTN: RAFAEL ZAHRALDDIN-ARAVENA 1000 WEST STREET, THE BRANDYWINE BLDG. WILMINGTON DE 19801 |
| EMPIRE BLUE CROSS BLUE SHIELD | ATTN: LOUIS BENZA 15 METRO TECH CENTER SOUTH - 6TH FLOOR BROOKLYN NY 11201 |
| FANNIE MAE | ATTN: PETER MCGONIGLE 1835 MARKET STREET, SUITE 2300 PHILADELPHIA PA 19103 |
| FARR, BURKE, GAMBACORTA & WRIGHT | ATTN: WILLIAM WRIGHT PO BOX 5375 MOUNT LAUREL NJ 08543 |
| FEATHERSTONE PETRIE DESISTO LLP | ATTN: ANDREW PETRIE 600 17TH STREET, SUITE 2400 S DENVER CO 80202 |
| FINESTONE & MORRIS | ATTN: STUART FINESTONE 3340 PEACHTREE ROAD, NE, SUITE 2540 TOWER PLACE ATLANTA GA 30326 |
| FIRST AMERICAN CAPITAL LLC | ATTN: JOHN KRIGSMAN 7286 SIENA WAY BOULDER CO 80301 |
| FLEISCHER FLEISCHER & SUGLIA | ATTN: NICOLA SUGLIA PLAZA 1000 AT MAIN STREET, SUITE 208 VOORHEES NJ 08043 |
| FOX ROTHSCHILD | ATTN: ERIC SUTTY 919 NORTH MARKET STREET, SUITE 1600 WILMINGTON DE 19801 |
| FOX ROTHSCHILD LLP | ATTN: PRINCE ALTEE THOMAS 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA PA 19103-3291 |

| Claim Name | Address Information |
|---|---|
| FREDDIE MAC | ATTN: GEORGE KIELMAN 8200 JONES BRANCE DRIVE - MS 202 MCLEAN VA 22102 |
| FRIEDLANDER, MISLER, SLOAN, KLETZKIN | & OCHSMAN, PLLC ATTN: ROBERT GREENBERG 1101 SEVENTEENTH STREET, N.W., SUITE 700 WASHINGTON DC 20036-4704 |
| GALAXY ASSOCIATES | ATTN: JAMES HARDY 1220 ENSENADA AVENUE LAGUNA BEACH CA 92651 |
| GAY MCCALL ISAACKS GORDON & ROBERTS, P.C. | ATTN: DAVID MCCALL 777 E. 15TH STREET PLANO TX 75074 |
| GENERAL GROWTH MANAGEMENT, INC., | ATTN: SAMUEL GARBER 110 N. WACKER CHICAGO IL 60606 |
| GEOFFREY AARONSON | 100 SE 2ND ST., 27TH FL MIAMI FL 33131 |
| GIL QUENTIN ALVAREZ | 542 MOUNT ARGYLL COURT APOPKA FL 32712 |
| GILBERT OSHINSKY | ATTN: WEISBROD STEPHEN 1100 NEW YORK AVE., NW SUITE 700 WASHINGTON DC 20005-3987 |
| GREENBERG TRAURIG | ATTN: VICTORIA COUNIHAN THE NEMOURS BUILDING 1007 NORTH ORANGE STREET, SUITE 1200 WILMINGTON DE 19801 |
| GRIFFITH MCCAGUE & WALLACE | ATTN: S. JAMES WALLACE 707 GRANT STREET PITTSBURGH PA 15219 |
| GUST ROSENFELD P.L.C. | ATTN: MADELEINE WANSLEE 201 E. WASHINGTON STREET, SUITE 800 PHOENIX AZ 85004 |
| HAHN & HESSEN LLP | ATTN: MARK INDELICATO 488 MADISON AVENUE, 14TH AND 15TH FLOOR NEW YORK NY 10022 |
| HELLER EHRMAN LLP | ATTN: ROBERT TRODELLA 333 BUSH STREET SAN FRANCISCO CA 94104 |
| HUGHES HUBBARD & REED LLP | ATTN: JEFFREY MARGOLIN ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| HUNTON & WILLIAMS | ATTN: PETER PARTEE 200 PARK AVENUE, 53RD FLOOR NEW YORK NY 10166-0136 |
| HUNTON & WILLIAMS | ATTN: BENJAMIN ACKERLY RIVERFRONT PLAZA, EAST TOWER, 951 EAST BYRD STREET RICHMOND VA 23219 |
| HUNTON & WILLIAMS | ATTN: MICHAEL WILSON RIVERFRONT PLAZA, EAST TOWER, 951 EAST BYRD STREET RICHMOND VA 23219 |
| HUNTON & WILLIAMS LLP | ATTN: PETER WEINSTOCK 1445 ROSS AVENUE, SUITE 3700 DALLAS TX 75202 |
| IKON FINANCIAL SERVICES | ATTN: ROSA DOMINY 1738 BASS ROAD P.O. BOX 13708 MACON GA 31208-3708 |
| IKON OFFICE SOLUTIONS | ATTN: RUMPH 3920 ARKWRIGHT ROAD, SUITE 400 MACON GA 31210 |
| INDIANA DEPT. OF REVENUE | ATTN: BRIAN SALWOWSKI INDIANA GOVERNMENT CENTER SOUTH, FIFTH FLOOR 302 WEST WASHINGTON STREET INDIANAPOLIS IN 46204-2770 |
| INTERNAL REVENUE SERVICE | 11601 ROOSEVELT BLVD., MAIL DROP N781 PO BOX 21126 PHILADELPHIA PA 19114 |
| IRON MOUNTAIN INFORMATION MANAGEMENT | ATTN: FREDERICK LINFESTY 745 ATLANTIC AVENUE BOSTON MA 02111 |
| IRVING THAU | 1139 AMALFI DRIVE PACIFIC PALISADES CA 90272 |
| JENNER & BLOCK | ATTN: CATHERINE STEEGE 330 N. WABASH AVENUE CHICAGO IL 60611 |
| JONES DAY | ATTN: BRETT BARRAGATE 901 LAKESIDE AVENUE, NORTH POINT CLEVELAND OH 44114 |
| JONES DAY | ATTN: DANIEL WINIKKA 2727 NORTH HARWOOD STREET DALLAS TX 75201 |
| KATTEN MUCHIN ROSENMAN | ATTN: THOMAS LEANSE 2029 CENTURY PARK EAST, SUITE 2600 LOS ANGELES CA 90067 |
| KAYE SCHOLER LLP | ATTN: MARGOT SCHONHOLTZ 425 PARK AVENUE NEW YORK NY 10022-3596 |
| KAYE SCHOLER LLP | ATTN: SCOTT TALMADGE 425 PARK AVENUE NEW YORK NY 10022 |
| KENNEDY COVINGTON LOBDELL & HICKMAN | ATTN: JOHN CAPITANO 214 N. TRYON STREET, 47TH FL. CHARLOTTE NC 28202 |
| KILPATRICK & ASSOCIATES | ATTN: RICHARDO KILPATRICK 903 NORTH OPDYKE ROAD, SUITE C AUBURN HILLS MI 48326 |
| KING & SPALDING LLP | ATTN: STEFANIE BIRBROWER GREER 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KING & SPALDING LLP | ATTN: BARRY SEIDEL 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KIRKLAND & ELLIS | ATTN: LISA LAUKITIS 153 EAST 53RD STREET CITICORP CENTER NEW YORK NY 10022 |
| KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP | ATTN: RICHARD MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| KLEHR HARRISON HARVEY BRANZBURG & ELLERS, LLP | ATTN: JEFF KURTZMAN 919 MARKET STREET, SUITE 1000 WILMINGTON DE 19801 |
| KUTAK ROCK LLP | ATTN: BRUCE WILSON 1650 FARNAM ST. OMAHA NE 68102 |
| LAMM RUBENSTONE LESAVOY BUTZ & DAVID LLC | ATTN: SHERRY LOWE 3600 HORIZON BOULEVARD, SUITE 200 TREVOSE PA 19053 |
| LANDIS RATH & COBB LLP | ATTN: ADAM LANDIS 919 MARKET STREET, SUITE 600 WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| LATHAM & WATKINS LLP | ATTN: MARK BROUDE 885 THIRD AVENUE, SUITE 1000 NEW YORK NY 10022 |
| LATHAM & WATKINS LLP | ATTN: ROBERT ROSENBERG 885 THIRD AVENUE, SUITE 1000 NEW YORK NY 10022 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: JAMES HEANEY 400 MADISON AVENUE, 4TH FL. NEW YORK NY 10017 |
| LAW OFFICES OF JOSEPH J. BODNAR | ATTN: JOSEPH BODNAR 1201 ORANGE STREET, STE. 400 WILMINGTON DE 19801 |
| LEE MONDSHEIN | 7600 JERICHO TURNPIKE WOODBURY NY 11797 |
| LINEBARDER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DAVID AELVOET 711 NAVARRO, SUITE 300 SAN ANTONIO TX 78205 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN DILLMAN PO BOX 3064 HOUSTON TX 77253 |
| LINEBARGER GOGGAN BLAIR PENA & SAMPSON LLP | ATTN: ELIZABETH WELLER 2323 BRYAN STREET SUITE 1600 DALLAS TX 75201 |
| LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP | ATTN: ENID COLSON 1100 GLENDON AVENUE, 14TH FLOOR LOS ANGELES CA 90024 |
| LOCKE LIDDELL & SAPP | ATTN: THOMAS GRACE 3400 JPMORGAN CHASE TOWER 600 TRAVIS STREET, SUITE 3400 HOUSTON TX 77002 |
| LOEB & LOEB | ATTN: VADIM RUBINSTEIN 345 PARK AVENUE NEW YORK NY 10154 |
| LOEB & LOEB LLP | ATTN: LANCE JURICH 10100 SANTA MONICA BOULEVARD, SUITE 2200 LOS ANGELES CA 90067-4164 |
| LOIZIDES, P.A. | ATTN: CHRISTOPHER LOIZIDES 1225 KING STREET, SUITE 800 WILMINGTON DE 19801 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL ETKIN 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | ATTN: VINCENT D'AGOSTINO 65 LIVINGSTON AVENUE ROSELAND NJ 07068-1791 |
| LUSKIN, STERN & EISLER LLP | ATTN: RICHARD STERN 330 MADISON AVENUE, SUITE 3400 NEW YORK NY 10017 |
| MARGOLIS EDELSTEIN | ATTN: JAMES HUGGETT 750 SHIPYARD DRIVE, SUITE 102 WILMINGTON DE 19801 |
| MARISCAL, WEEKS, MCINTYRE & FREIDLANDER, P.A. | ATTN: WILLIAM NOVOTNY 2901 N. CENTRAL AVENUE, SUITE 200 PHOENIX AZ 85012 |
| MATTLEMAN, WEINROTH & MILLER, P.C. | ATTN: ADAM ELGART 200 CONTINENTAL DRIVE, SUITE 215 NEWARK DE 19713 |
| MBK AND ASSOCIATES | ATTN: MICHAEL KATZ 1136 WASHINGTON AVENUE, SUITE 905 ST. LOUIS MO 63101 |
| MCCALLA RAYMER, LLC | ATTN: WHITNEY GROFF 1544 OLD ALABAMA ROAD ROSWELL GA 30076-2102 |
| MCCALLA RAYMER, LLC | ATTN: A. MICHELLE HART 1544 OLD ALABAMA ROAD ROSWELL GA 30076-2102 |
| MCCARTER & ENGLISH, LLP | ATTN: WILLIAM TAYLOR 405 N. KING STREET, 8TH FL. WILMINGTON DE 19801 |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: MICHAEL REED P.O. BOX 26990 AUSTIN TX 78755 |
| MCDERMOTT, WILL & EMERY | ATTN: GARY RAVERT 340 MADISON AVENUE NEW YORK NY 10173 |
| MCDERMOTT, WILL & EMERY | ATTN: STEPHEN SELBST 340 MADISON AVENUE NEW YORK NY 10173 |
| MCDONALD HOPKINS CO., LPA | ATTN: SEAN MALLOY 600 SUPERIOR AVENUE EAST, SUITE2100 CLEVELAND OH 44140 |
| MCGRATH MEACHAM & SMITH | ATTN: GREGORY MEACHAM 414 SHOUP AVENUE PO BOX 50731 IDAHO FALLS ID 83405 |
| MCKENNA LONG & ALDRIDGE LLP | ATTN: J. DAVID FOLDS 1900 K. STREET, NW WASHINGTON DC 20006 |
| MERCED COUNTY TAX COLLECTOR | ATTN: KAREN ADAMS 2222 "M" STREET MERCED CA 95340 |
| MESSANA ROSNER & STERN, LLP | ATTN: FREDERICK ROSNER 1000 N. WEST STREET, SUITE 1200 WILMINGTON DE 19801 |
| MEYERS, RODBELL & ROSENBAUM, P.A. | ATTN: ROBERT ROSENBAUM 6801 KENILWORTH AVE., SUITE 400 BERKSHIRE BUILDING RIVERDALE PARK MD 20737-1385 |
| MICHAEL COX | CADILLAC PLACE 3030 W. GRAND BLVD., SUITE 10-200 DETRIOT MI 48202 |
| MILBANK TWEED HADLEY & MCCLOY, LLP | ATTN: ERIC MOSER 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005-1413 |
| MILBANK TWEED HADLEY & MCCLOY, LLP | ATTN: GREGORY BRAY 601 SOUTH FIGUEROA STREET, 30TH FLOOR LOS ANGELES CA 90017 |
| MONZACK MERSKY MCLAUGLIN AND BROWDER | ATTN: RACHEL MERSKY 400 COMMERCE CENTER, 1201 ORANGE STREET P.O. BOX 2031 WILMINGTON DE 19899-2031 |
| MORRIS JAMES LLP | ATTN: BRETT FALLON 500 DELAWARE AVENUE, SUITE 1500 PO BOX 2306 WILMINGTON DE 19899 |
| MORRIS JAMES LLP | ATTN: THOMAS HORAN 500 DELAWARE AVENUE, SUITE 1500 PO BOX 2306 WILMINGTON DE 19899 |
| MORRIS NICHOLS ARSHT & TUNNELL | ATTN: DEREK ABBOTT 1201 NORTH MARKET STREET P.O. BOX 1347 WILMINGTON DE 19899 |
| MORRIS, NICHOLS, ARSHT & TUNNELL | ATTN: DONNA CULVER 1201 N. MARKET STREET P.O. BOX 1347 WILMINGTON DE 19899-1347 |
| MORRISON COHEN LLP | ATTN: JOSEPH MOLDOVAN 909 THIRD AVENUE NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| MOSS CODILIS LLP | ATTN: MICHAEL MARGOLL 6560 GREENWOOD PLAZA, SUITE 100 ENGLEWOOD CO 80111 |
| NEVADA COUNTY OFFICE OT THE TREASURER | ATTN: KIM NUNER 950 MAIDU AVENUE PO BOX 908 NEVADA CITY CA 95959 |
| NEW JERSEY ATTORNEY GENERAL'S OFFICE | ATTN: MARIKAE TOYE R.J. HUGHES JUSTICE COMPLEX PO BOX 106 TRENTON NJ 08625 |
| NICHOLS KASTER & ANDERSON | ATTN: MATTHEW HELLAND 80 SOUTH 8TH STREET, SUITE 4600 MINNEAPOLIS MN 55402 |
| NIXON PEABODY, LLP | ATTN: DENNIS DREBSKY 437 MADISON AVENUE NEW YORK NY 10022 |
| NIXON PEABODY, LLP | ATTN: LEE HARRINGTON 437 MADISON AVENUE NEW YORK NY 10022 |
| NIXON PEABODY, LLP | ATTN: JOHN ROSENTHAL ONE EMBARCADERO CENTER, 18TH FLOOR SAN FRANCISCO CA 94111-3600 |
| NOMURA CREDIT & CAPITAL, INC. | ATTN: JULIET BUCK 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281 |
| NORTH FORK | 275 BROADHOLLOW ROAD MELVILLE NY 11747 |
| NYS DEPT. OF LAW | ATTN: NORMAN FIVEL THE CAPITOL ALBANY NY 12224 |
| OFFICE OF JOE G. TEDDER, CFC | ATTN: SARI MEADOR P.O. BOX 2016 BARTOW FL 33831 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH MCMAHON J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 - LOCKBOX #35 WILMINGTON DE 19801 |
| OFFICE THE TAX COLLECTOR | ATTN: FLORA GARCIA 940 WEST MAIN STREET, SUITE 106 EL CENTRO CA 92243 |
| OLSON CANNON GORMLEY & DESRUISSEAUX | ATTN: CHRISTINE ROBERTS 9950 WEST CHEYENNE AVENUE LAS VEGAS NV 89129 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: ALYSSA ENGLUND 666 FIFTH AVENUE NEW YORK NY 10103 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | ATTN: FREDERICK HOLDEN 405 HOWARD STREET SAN FRANCISCO CA 94105 |
| OUTTEN & GOLDEN | ATTN: RENE ROUPINIAN 3 PARK AVENUE, 29TH FL. NEW YORK NY 10016 |
| PACHULSKI, STANG, ZIEHL, YOUNG & JONES LLP | ATTN: LAURA DAVIS JONES 919 N. MARKET STREET, 17TH FLOOR WILMINGTON DE 19899-8705 |
| PARKER & MARKS PC | ATTN: TALLY PARKER 1333 CORPORATE DRIVE, SUITE 209 IRVING TX 75038 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: LIA BROOKS 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: BRIAN GUINEY 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: KELLEY CORNISH 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: DOUGLAS DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PEABODY & ARNOLD, LLP | ATTN: ROBERT MCCALL 600 ATLANTIC AVE. BOSTON MA 02210 |
| PENNSYLVANIA ATTORNEY GENERAL'S OFFICE | ATTN: CHRISTOPHER MOMJIAN 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: ELIZABETH BANDA P.O. BOX 13430 ARLINGTON TX 76094-0430 |
| PHILLIPS, GOLDMAN & SPENCE, P.A. | ATTN: LISA MCLAUGHLIN 1200 N BROOM STREET WILMINGTON DE 19806 |
| PILLSBURY WINTHROP LLP | ATTN: LEO CROWLEY 1540 BROADWAY NEW YORK NY 10036 |
| PILLSBURY WINTRHROP SHAW PITTMAN LLP | ATTN: RICK ANTONOFF 1540 BROADWAY NEW YORK NY 10036 |
| PIMA COUNTY CIVIL DIVISION | ATTN: BARBARA LAWALL 32 NORTH STONE AVENUE, SUITE 2100 TUCSON AZ 85701 |
| PITE DUNCAN LLP | ATTN: STEVEN PITE 525 E. MAIN STREET PO BOX 12289 EL CAJON CA 92022 |
| PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW | ATTN: SCOTT LEVINE 1065 AVENUE OF AMERICAS, 18TH FL. NEW YORK NY 10018 |
| POLIS & ASSOCIATES | ATTN: THOMAS POLIS 19800 MACARTHUR BOULEVARD SUITE 1000 IRVINE CA 92612 |
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC | ATTN: CHRISTOPHER WARD 222 DELAWARE AVENUE, SUITE 1101 WILMINGTON DE 19801 |
| POST & SCHELL, PC | ATTN: BRIAN BISIGNANI 17 NORTH 2ND STREET, 12TH FLOOR HARRISBURG PA 17101-1601 |
| POTTER ANDERSON & CORROON LLP | ATTN: LAURIE SILVERSTEIN 1313 N. MARKET STREET, 6TH FLOOR P.O. BOX 951 WILMINGTON DE 19899 |
| PRYOR CASHMAN SHERMAN & FLYNN, LLP | ATTN: TINA MOSS 410 PARK AVENUE NEW YORK NY 10022 |
| RAY FREDERICKS | 1600 PACIFIC HIGHWAY, ROOM 162 SAN DIEGO CA 92101 |
| REED SMITH LLP | ATTN: ELENA LAZAROU 599 LEXINGTON AVENUE, 27TH FLOOR NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: CLAUDIA SPRINGER 2500 ONE LIBERTY PLACE 1650 MARKET STREET PHILADELPHIA PA 19103-7301 |

| Claim Name | Address Information |
|---|---|
| REED SMITH LLP | ATTN: J. CORY FALGOWSKI 1201 MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | ATTN: KURT GWYNNE 1201 N. MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | ATTN: KIMBERLY LAWSON 1201 MARKET STREET SUITE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | ATTN: GASTON LOOMIS 1201 MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | ATTN: JOSEPH O'NEIL 1201 MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | ATTN: ROBERT SIMONS 435 SIXTH AVENUE PITTSBURGH PA 15230-2009 |
| RICE & GOTZMER | ATTN: SHAWN RICE 605 N. 8TH STREET, SUITE 350 SHEBOYGAN WI 53081 |
| RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK COLLINS ONE RODNEY SQUARE P.O. BOX 551 WILMINGTON DE 19899 |
| RICHARDS, LAYTON & FINGER, P.A. | ATTN: RUSSELL SILBERGLIED ONE RODNEY SQUARE P.O. BOX 551 WILMINGTON DE 19899 |
| RIDDELL WILLIAMS, P.S. | ATTN: JOSEPH SHICKICH, JR. 1001 FOURTH AVENUE, SUITE 4500 SEATTLE WA 98154 |
| RIEMER & BRAUNSTEIN | ATTN: GUY MOSS THREE CENTER PLAZA BOSTON MA 02108 |
| RMS | ATTN: PHYLLIS HAYES 307 INTERNATIONAL CIRCLE, SUITE 270 HUNT VALLEY MD 21030 |
| ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC | ATTN: FRED RINGEL 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ROMERO LAW FIRM | ATTN: MARTHA ROMERO 6516 BRIGHT AVENUE WHITTIER CA 90601 |
| ROSENTHAL MONHAIT & GODDESS | ATTN: NORMAN MONHAIT 919 MARKET ST./STE. 1401 MELLON BANK CTR P.O. BOX 1070 WILMINGTON DE 19899 |
| RUSKIN MOSCOU FALTISCHEK | ATTN: HAROLD BERZOW EAST TOWER, 15TH FL 1425 REXCORP PLAZA UNIONDALE NY 11556 |
| SANTORO DRIGGS WALCH KEARNEY HOLLEY & THOMPSON | ATTN: RICHARD HOLLEY 400 SOUTH FOURTH STREET, 3RD FL LAS VEGAS NV 89101 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | ATTN: CHRISTOPHER BELMONTE 230 PARK AVENUE NEW YORK NY 10169 |
| SAUL EWING LLP | ATTN: MARK MINUTI 222 DELAWARE AVE., SUITE 1200 P.O. BOX 1266 WILMINGTON DE 19899-1266 |
| SCHNADER HARRISON SEGAL & LEWIS LLP | ATTN: BARRY BRESSLER 1600 MARKET ST., SUITE 3600 PHILADELPHIA PA 19103-7286 |
| SCHNADER HARRISON SEGAL & LEWIS LLP | ATTN: MICHAEL BARRIE 824 N. MARKET ST., SUITE 1001 WILMINGTON DE 19801 |
| SCHOEMAN, UPDIKE & KAUFMAN, LLP | ATTN: NANCY CONNERY 60 EAST 42ND ST. NEW YORK NY 10165 |
| SCHRIFFIN BARROWAY TOPAZ & KESSLER, LLP | ATTN: STUART BERMAN 280 KING OF PRUSSIA ROAD RADNOR PA 19087 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: MAUREEN PEYTON KING 3 WORLD FINANCIAL CENTER, ROOM 400 NEW YORK NY 10281 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: PATRICIA SCHRAGE 3 WORLD FINANCIAL CENTER, ROOM 400 NEW YORK NY 10281 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: DAVID STOELTING 3 WORLD FINANCIAL CENTER, ROOM 400 NEW YORK NY 10281 |
| SEWARD & KISSEL | ATTN: JOHN ASHMEAD ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| SEWARD & KISSEL | ATTN: RONALD COHEN ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| SEWARD & KISSEL | ATTN: ANDREW SILVERSTEIN ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| SHALOV STONE & BONNER LLP | ATTN: RALPH STONE 485 7TH AVENUE, RM 1000 NEW YORK NY 10018-7241 |
| SIDLEY AUSTIN | ATTN: WILLIAM GOLDMAN 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SIDLEY AUSTIN | ATTN: DAVID KUNEY 1501 K. ST. N.W. WASHINGTON DC 20005 |
| SIDLEY AUSTIN LLP | ATTN: MATTHEW FERGUSON 787 SEVENTH AVENUE NEW YORK NY 10018 |
| SIDLEY AUSTIN LLP | ATTN: LEE ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SIDLEY AUSTIN LLP | ATTN: PAUL CARUSO ONE SOUTH DEARBORN CHICAGO IL 60603 |
| SIDLEY AUSTIN LLP | ATTN: MATTHEW CLEMENTE ONE SOUTH DEARBORN ST. CHICAGO IL 60603 |
| SIDLEY AUSTIN LLP | ATTN: LARRY NYHAN ONE SOUTH DEARBORN CHICAGO IL 60603 |
| SILVER & DEBOSKEY | ATTN: STEVEN KELLY 1801 YORK STREET DENVER CO 80206 |
| SILVERMAN PERLSTEIN & ACAMPORA LLP | ATTN: GERARD LUCKMAN 100 JERICHO QUADRANGLE, SUITE 300 JERICHO NY 11753 |
| SIRLIN GALLOGLY & LESSER, P.C. | ATTN: DANA PLON 1529 WALNUT STREET, SUITE 600 PHILADELPHIA PA 19102 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: ERIC GORMAN 155 N. WACKER DRIVE, SUITE 2700 CHICAGO IL 60606 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: ERIC DAVIS ONE RODNEY SQUARE P.O. BOX 636 WILMINGTON DE 19899 |
| SNELL & WILMER LLP | ATTN: MICHAEL REYNOLDS 600 ANTON BLVD., SUITE 1400 COSTA MESA CA 92626 |
| SQUIRE SANDERS & DEMPSEY L.L.P. | ATTN: THOMAS SALERNO 40 NORTH CENTRAL AVENUE, SUITE 2700 PHOENIX AZ 85004 |
| STATE OF MARYLAND | 1100 NORTH EUTAW ST., ROOM 401 BALTIMORE MD 21201 |

| Claim Name | Address Information |
|---|---|
| STATE OF MICHIGAN, DEPARTMENT OF TREASURY | ATTN: JULIUS CURLING 3030 W. GRAND BOULEVARD, SUITE 10-200 CADILLAC PLACE DETROIT MI 48202 |
| STECKBAUER WEINHART JAFFEE, LLP | ATTN: BARRY GLASER 333 S. HOPE ST., SUITE 3600 LOS ANGELES CA 90071 |
| STEVEN J. BAUM, P.C. | ATTN: NICOLE GAZZO 220 NORTHPOINTE PARKWAY, SUITE G AMHERST NY 14228 |
| STEVEN LEFKOFSKY | 31500 NORTHWESTERN HIGHWAY, SUITE 105 FARMINGTON HILLS MI 48334 |
| STITES & HARBISON PLLC | ATTN: MADISON MARTIN 401 COMMERCE ST., SUITE 800 NASHVILLE TN 37219 |
| STROOCK & STROOCK & LAVAN, LLP | ATTN: HAROLD OLSEN 180 MAIDEN LANE NEW YORK NY 10038 |
| STUTZMAN, BROMBERG, ESSERMAN & PLIFKA | ATTN: ANDREA NIEDERMEYER 2323 BRYAN STREET, SUITE 2200 DALLAS TX 75201 |
| SULLIVAN – HAZELTINE – ALLINSON LLC | ATTN: ELIHU ALLINSON, III 4 EAST 8TH STREET, SUITE 400 WILMINGTON DE 19801 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM HAZELTINE 4 EAST 8TH STREET, SUITE 400 WILMINGTON DE 19801 |
| SUNTRUST BANK | ATTN: KATHLEEN O'CONNELL 303 PEACHTREE STREET, 36TH FL. MAIL CODE 0662 ATLANTA GA 30308 |
| SUSAN FUERTES | 14910 ALDINE-WESTFIELD ROAD HOUSTON TX 77032 |
| TAX COLLECTOR PALM BEACH COUNTY | ATTN: JAMES BRAKO 301 NORTH OLIVE AVENUE, 3RD FLOOR P.O. BOX 3715 WEST PALM BEACH FL 33402-3715 |
| TENNESSEE DEPARTMENT OF LABOR | & WORKFORCE DEVELOPMENT-UNEMPLOYMENT INS. ATTN: LAURA MCCLOUD P.O. BOX 20207 NASHVILLE TN 37202-0207 |
| THE BAYARD FIRM | ATTN: STEVEN YODER 222 DELAWARE AVENUE SUITE 900 WILMINGTON DE 19801 |
| THE HOGAN FIRM | ATTN: DANIEL HOGAN 1311 DELAWARE AVENUE WILMINGTON DE 19806 |
| TIME WARNER TELECOM INC. | ATTN: LINDA BOYLE 10475 PARK MEADOWS DRIVE, #400 LITTLETON CO 80124 |
| TRAINOR ROBERTSON | ATTN: NANCY HOTCHKISS 980 FULTON AVENUE SACRAMENTO CA 95825 |
| TRAVIS COUNTY ATTORNEY | ATTN: KARON WRIGHT P.O. BOX 1748 AUSTIN TX 78767 |
| U.S. ATTORNEY'S OFFICE | ATTN: ELLEN SLIGHTS 1007 ORANGE STREET, SUITE 700 PO BOX 2046 WILMINGTON DE 19899 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: MARY DEFALAISE 1100 L ST., NW, ROOM 10002 WASHINGTON DC 20005 |
| VANTIUM CAPITAL | ATTN: DANIEL ISRAELI 9 WEST 57TH ST., 37TH FLOOR NEW YORK NY 10019 |
| WASHINGTON MUTUAL | ATTN: DAVID ZIELKE 1301 SECOND AVENUE, W – MC 3501 SEATTLE WA 98101 |
| WEIL GOTSHAL & MANGES, LLP | ATTN: LORI FIFE 767 FIFTH AVENUE NEW YORK NY 10153 |
| WEIL GOTSHAL & MANGES, LLP | ATTN: MARCIA GOLDSTEIN 767 FIFTH AVENUE NEW YORK NY 10153 |
| WERB & SULLIVAN | ATTN: DUANE WERB 300 DELAWARE AVENUE, SUITE 1300 P.O. BOX 25046 WILMINGTON DE 19801 |
| WHITTINGTON & AULGUR | ATTN: KRISTI DOUGHTY 313 N. DUPONT HWY., SUITE 110 P.O. BOX 617 ODESSA DE 19730 |
| WIER & PARTNERS LLP | ATTN: JEFFREY CIANCIULLI 824 MARKET STREET PO BOX 708 WILMINGTON DE 19801 |
| WILES & WILES | ATTN: ELOISE MAY 800 KENNESAW AVENUE, NW, SUITE 400 MARIETTA GA 30060 |
| WILLIAM D. SULLIVAN, LLC | ATTN: WILLIAM SULLIVAN 4 EAST 8TH STREET, SUITE 400 WILMINGTON DE 19801 |
| WILLIAM JEFF BARNES | 1515 N. FEDERAL HIGHWAY, SUITE 300 BOCA RATON FL 33432 |
| WILLIAMS KASTNER & GIBBS | ATTN: SHAWN REDIGER 601 UNION STREET, SUITE 4100 SEATTLE WA 98101 |
| WILMINGTON TRUST CO. | ATTN: PATRICK HEALY 1100 NORTH MARKET STREET RODNEY SQUARE NORTH WILMINGTON DE 19801 |
| WITTSTADT & WITTSTADT, P.A. | ATTN: LISA HATFIELD 284 EAST MAIN STREET NEWARK DE 19711 |
| WOLF BLOCK SCHORR & SOLIS-COHEN, LLP | ATTN: TODD SCHILTZ 1100 N. MARKET STREET, #1001 WILMINGTON DE 19801 |
| WOLFBLOCK LLP | ATTN: HERSH KOZLOV 1940 ROUTE 70 70 EAST, SUITE 200 CHERRY HILL NJ 08003 |
| WOMBLE CARLYLE SANDRIDGE & RICE PLLC | ATTN: STEVEN KORTANEK 222 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE PLLC | ATTN: KEVIN MANGAN 222 DELAWARE AVENUE, SUITE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE PLLC | ATTN: ERIN ROBERTS 8065 LEESBURG PIKE, FOURTH FLOOR TYSONS CORNER VA 22182 |
| WOMBLE CARLYLE SANDRIDGE & RICE PLLC | ATTN: RICHARD RICE ONE WEST FOURTH STREET WINSTON-SALEM NC 27101 |
| WOMBLE CARLYLE SANDRIDGE & RICE PLLC | ATTN: GARTH GERSTEN 2530 MERIDIAN PARKWAY, SUITE 400 RESEARCH TRIANGLE PARK NC 27713 |
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | ATTN: MICHAEL BUSENKELL 222 DELAWARE AVENUE, SUITE 1501 WILMINGTON DE 19801 |
| ZUCKERMAN SPAEDER LLP | ATTN: THOMAS MACAULEY 919 MARKET STREET, SUITE 990 PO BOX 1028 WILMINGTON DE |

| Claim Name | Address Information |
|---|---|
| ZUCKERMAN SPAEDER LLP | 19899 |
| ZUCKERMAN SPAEDER LLP | ATTN: LINDA SINGER 1800 M. STREET, N.W., SUITE 1000 WASHINGTON DC 20036 |

**Total Creditor count  284**