**DAVID W. HUSTON, ESQ.**                    Electronically Filed: **July 22, 2010**
**Nevada Bar No. 00855**
**THE LAW OFFICE OF DAVID W. HUSTON, P.C.**
**601 South Seventh Street**
**Las Vegas, Nevada  89101**
**702/384-9555**
**702/384-9517   (Fax)**

**Counsel for MVCC Sierra, LLC**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br>                                        Debtors. | Case No. 07-11047 (CSS)<br>Chapter 11<br>**Jointly Administered**<br>**Doc. Ref. Nos. 137 and 357** |

### NOTICE AND REQUEST TO REMOVE COUNSEL FROM SERVICE LIST

Counsel for MVCC Sierra, LLC, David W. Huston, Esq., and the Law Office of David W. Huston, p.c., request that they be removed from the service list and that no further service be made upon them by this Court or by the parties to this matter.  MVCC Sierra, LLC's interest in this matter has been resolved.

Respectfully submitted this 22nd day of July, 2010.

By: /s/David W. Huston
**DAVID W. HUSTON, ESQ.**
The Law Office of David W. Huston, p.c.
Nevada Bar No. 00855
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada  89101
Counsel for MVCC Sierra, LLC

1

# **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of The Law Office of David W. Huston, p.c., and that on July 22, 2010, I did deposit in the United States Post Office at Las Vegas, Nevada, via first-class mail, in a sealed envelope with postage fully pre-paid thereon, a true and correct copy of the to the following:

| | |
|---|---|
| Alan Horn, General Counsel<br>American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, New York 11747 | James L. Patton, Jr., Esq.<br>Young Conway Stargatt & Taylor, LLP<br>1000 West Street<br>17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391 |
| Jeffrey M. Levine<br>Milestone Advisors, LLC<br>1775 Eye Street, NW<br>Suite 800<br>Washington, DC  20006 | Curtis Hehn, Esq.<br>Pachulski Stang Ziehl Young Jones & Weintraub<br>919 North Market Street<br>17th Floor<br>Wilmington, Deleware 19899 |
| Frederick D. Holden, Jr., Esq.<br>Orrick Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, California  94105 | Kara Hammond Coyle, Esq.<br>Young Conway Stargatt & Taylor, LLP<br>1000 West Street<br>17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391 |

/s/ Susan E. McColl
SUSAN E. MC COLL, an employee of The Law Office of David W. Huston, p.c.