```
                IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF DELAWARE

IN RE:                          )    Case No. 07-11047 (CSS)
                                )
AMERICAN HOME MORTGAGE          )
HOLDINGS, INC.,                 )
a Delaware Corporation, et al.) Chapter 11
                                )
                                )    Courtroom 6
                                )    824 Market Street
           Debtors.             )    Wilmington, Delaware
                                )
                                )    July 19, 2010
                                )    11:08 a.m.

                    TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE CHRISTOPHR S. SONTCHI
                 UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:

For the Debtors:             Young, Conaway, Stargatt &
                             Taylor, LLP
                             BY: SEAN M. BEACH, ESQ.
                             BY: CURTIS J. CROWTHER, ESQ.
                             BY: MICHAEL S. NEIBURG, ESQ.
                             The Brandywine Building
                             1000 West Street, 17th Floor
                             Wilmington, DE 19801
                             (302) 571-6600
                                  -AND-
                             Cadwalader, Wickersham, Taft
                             BY: CHRISTOPHER UPDIKE, ESQ.
                             One World Financial Center
                             New York, NY 10281
                             (212) 504-6683

(Appearances continued.)

ECRO:                        LESLIE MURIN

Transcription Service:       DIAZ DATA SERVICES
                             331 Schuylkill Street
                             Harrisburg, Pennsylvania 17110
                             (717) 233-6664
                             www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

APPEARANCES:
(Continued)

| | |
|---|---|
| For Eileen Wanerka: | American Home Mortgage<br>BY: Eileen Wanerka<br>(631) 622-2414 |
| For Creditors Committee: | Blank Rome, LLP<br>BY: TORI GUILFOYLE, ESQ.<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801<br>(302) 425-6400 |
| For Official Committee of<br>Unsecured Creditors: | Hahn & Hessen<br>BY: EDWARD SCHNITZER, ESQ.<br>BY: MARK POWER, ESQ.<br>488 Madison Avenue<br>New York, NY 10022<br>(212) 478-7200 |
| For Bank of America,<br>as agent: | Potter, Anderson & Corroon<br>BY: LAURIE SELBER SILVERSTEIN, ESQ.<br>Hercules Plaza<br>1313 North Market Street<br>6th Floor<br>Wilmington, DE 19801<br>(302) 984-6033<br>     -AND-<br>Willkie, Farr & Gallagher, LLP<br>BY: ANA M. ALFONSO, ESQ.<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8244 |
| For Showcase of Agents &<br>Orsi: | Cross & Simon, LLC<br>BY: PATRICK BRANNIGAN, ESQ.<br>913 North Market Street<br>11th Floor<br>Wilmington, DE 19801<br>(302) 777-4200 |
| For Allen & Overy, LLP: | Allen & Overy, LLP<br>BY: PAMELA CHEPIGA, ESQ.<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 756-1168 |

```
Appearances
(Continued):

For Deborah Mills:         Stamoulis & Weinblatt, LLC
                           BY: STAM STAMOULIS, ESQ.
                           Two Fox Point Centre
                           6 Denny Road, Suite 307
                           Wilmington, DE 19809
                           (302) 999-1540
                                -AND-
                           Deborah Mills, In Pro Per
                           (805) 400-5249

For Anthony Esquivel:      Anthony Esquivel, In Pro Per
                           (805) 400-5249
```

1   WILMINGTON, DELAWARE, MONDAY, JULY 19, 2010, 11:08 A.M

2              THE CLERK:  All rise.

3              THE COURT:  Please be seated.

4              Good morning.

5              MR. NEIBURG:  Good morning, Your Honor.  Michael
6   Neiburg from Young, Conaway, Stargatt & Taylor on behalf of the
7   debtors.

8              Your Honor, Items Number 1 through 28 have been
9   either adjourned or resolved via certificate of no objection,
10  for which I understand orders have been entered.

11             THE COURT:  Okay.

12             MR. NEIBURG:  That leads us to Item Number 29, which
13  is the debtors' 59th omnibus objection to claims.  Your Honor,
14  prior to the response deadline the debtors received an informal
15  response from Assured Guaranteed Corp. with respect to three
16  claims that are being addressed on the 59th.  Through all the
17  discussions we have agreed to adjourn the 59th with respect to
18  those claims and are moving forward with negotiations in an
19  attempt to consensually resolve these claims.

20             THE COURT:  Okay.

21             MR. NEIBURG:  I believe that leaves us only with one
22  remaining claim being addressed by the 59th, Your Honor, and we
23  received no responses, informal or otherwise, with respect to
24  our objection.

25             THE COURT:  All right.  I'll grant the objection.

1         MR. NEIBURG:  Okay.

2         May I approach, Your Honor?

3         THE COURT:  Yes.  Thank you.  Okay.

4         MR. NEIBURG:  With that, Your Honor, for Item Number 30 on the agenda I would like to cede the podium to my colleague, Sean Beach.

7         THE COURT:  Mr. Beach, good morning.

8         MR. BEACH:  Good morning, Your Honor.  May it please the Court, Sean Beach from Young, Conaway on behalf of the debtors.

11        Your Honor, Item Number 30 on the agenda is the interim fee applications of the debtor and committee professionals through the period of April 30th, 2010.

14        Your Honor, the debtor submitted a form of order for debtor and committee professionals.  There was, I think, one interim fee application for Hahn & Hessen where the objection period hadn't lapsed at that point.  Last we looked at the docket, Your Honor, we didn't see an executed order for the order that we submitted under certification of counsel.  So unless Your Honor has any questions, I can approach with that form of order.

22        THE COURT:  Yeah, go ahead.  I don't -- I don't see it, so.

24        THE CLERK:  It may --

25        THE COURT:  What did you do, just send it over?  You

1  don't know?  Okay.

2         MR. BEACH:  Yeah, Your Honor.  I'll hand it up in
3  just a minute.

4         With respect to the interim fee app for the last
5  Hahn & Hessen fee application, I'm told that a certification of
6  counsel will be submitted in connection with that one as well.

7         THE COURT:  Okay.  Thank you.  Anyone wish to be
8  heard?

9     (No verbal response)

10        THE COURT:  I'll approve the fees.

11        MR. BEACH:  Your Honor, that brings us to Item
12 Number 31 on the agenda, which is the motion of Deborah Mills
13 for an order to amend her proof of claim for an administrative
14 expense claim for adequate protection under Section 361, and
15 for an avoidance action under Section 549.

16        Your Honor, prior to the last hearing the parties
17 agreed that the debtors would not contest the filing of an
18 amended proof of claim by Ms. Mills, but that the debtors were
19 fully reserving all their rights to object to that claim at a
20 later date.  So there are three remaining items left with
21 respect to this motion:  One is the request for an
22 administrative expense claim; the adequate protection claim;
23 and the 549 action.

24        Your Honor, the parties have agreed that we would go
25 forward with oral argument on this as we -- the debtors

1   certainly don't believe that there is any -- are any facts that
2   have been pleaded that would allow for an administrative
3   expense claim, and the other requests we don't believe are
4   appropriate as a matter of law.
5           Ms. Mills is represented, so I'll let her counsel
6   argue the motion.
7           THE COURT:  Thank you.
8           MR. STAMOULIS:  Good morning, Your Honor.  Stam
9   Stamoulis, Stamoulis & Weinblatt, on behalf of Ms. Mills.
10          I was retained by Ms. Mills on Friday to represent
11  her in the hearing today; promptly contacted debtors' counsel
12  to request an adjournment so that we could come up to speed,
13  put the facts together and get before the Court what we believe
14  to be the basis for Ms. Mills' administrative expense claim.
15          I was informed by counsel for debtors that while Ms.
16  Mills was pro se they had granted her one adjournment.  They
17  were not interested in granting another adjournment, and that
18  they wanted to go forward today on a motion to dismiss basis
19  claiming that, as a matter of law, no facts could be put
20  forward that could justify an administrative expense claim in
21  this matter.
22          I'll contest that in having reviewed the proof of
23  claim that was submitted by -- I will consent that in having
24  reviewed the proof of claim that there are not adequate facts
25  presently before the Court to support the administrative

1  expense claim, but am here requesting that, as a matter of law,
2  there is a basis for her to assert such a claim and that, if
3  given the opportunity, we would amend the proof of claim to
4  include the necessary facts.
5            THE COURT:  How long do you need?
6            MR. STAMOULIS:  I could probably get it --
7            THE COURT:  I have -- I have a hearing in mid-August
8  and I have a hearing in mid-September.
9            MR. STAMOULIS:  Obviously, mid-September would
10 work --
11           THE COURT:  All right.
12           MR. STAMOULIS:  -- much better, Your Honor.
13           THE COURT:  The matter is continued to September
14 23rd at 11:30 a.m.
15           MR. STAMOULIS:  Thank you, Your Honor.
16           THE COURT:  Mr. Beach, when somebody gets
17 represented by counsel, it's -- I mean, I understand your
18 frustration, but --
19           MR. BEACH:  No.  It's not --
20           THE COURT:  -- I'm --
21           MR. BEACH:  -- just frustration, Your Honor.
22           THE COURT:  -- I'm surprised that you didn't agree
23 to a continuance.
24           MR. BEACH:  Well, Your Honor, there was an agreement
25 with Ms. Mills at the last hearing that this would not be

1  continued again.  We had that discussion with counsel.  I sent
2  him an email on Friday detailing the issue and I never received
3  a call back.  So -- but, Your Honor, this is a $634,000
4  administrative claim that's been asserted on facts that, if
5  reviewed -- or on alleged facts that clearly don't provide for
6  an administrative expense claim.
7          Your Honor, we're fine with going forward, if they
8  can put forth facts that would amount to an administrative
9  expense claim, going forward with an evidentiary hearing at a
10 later date.
11         What I would ask Your Honor to do so that we don't
12 have to reserve $634,000 is -- as counsel has indicated, there
13 are no facts before the Court right now that are appropriate
14 for an administrative expense claim.  So I would ask Your Honor
15 sustain the objection without prejudice and if they -- if they
16 come forward with facts later on, the administrative bar date
17 has not passed.  They can assert those facts.
18         THE COURT:  No.
19         MR. BEACH:  But at this point there are no facts
20 before the Court that support an administrative expense claim.
21         THE COURT:  No.  I'll continue the matter in its
22 entirety until the 23rd of September.
23         MR. BEACH:  Thank you, Your Honor.
24         THE COURT:  You're welcome.
25         Anything else?

1    MR. BEACH: Your Honor, there's one other item on
2 the agenda. I'll cede the podium to Mr. Crowther.
3    THE COURT: Thank you.
4    MR. CROWTHER: May it please the Court, Curtis
5 Crowther from Young, Conaway on behalf of the debtors.
6    Your Honor, this is a -- also a status conference
7 and scheduling conference with respect to an adversary
8 proceeding commenced by American Home Mortgage Corp. against
9 Showcase of Agents, LLC and Piero Orsi.
10    The defendants have filed a motion to dismiss, which
11 has been now fully briefed before Your Honor. We have, in
12 addition to the motion to dismiss, there is a request in that
13 -- in the briefing to convert it to a motion for summary
14 judgment. The debtors have suggested that we should enter into
15 a scheduling order to commence discovery because of two
16 reasons:
17    One is that we don't believe the motion to dismiss
18 is meritorious;
19    But, second, if the Court decides that a motion for
20 summary judgment conversion is proper, if we were given that
21 notice we would ask for the same discovery anyway. We don't
22 want to unnecessarily delay the case.
23    We have agreed upon the dates in the scheduling
24 order, but the defendants do not want discovery to proceed at
25 all. So, basically, we're at the Court's mercy as to whether

1  or not the Court wishes to allow discovery to proceed in a --
2              THE COURT:  Discovery may proceed.  It's -- it's a
3  motion to dismiss.  I don't know when I'll get to it.
4              MR. CROWTHER:  And that's exactly what we thought.
5              THE COURT:  We're treading water.  Go forward.
6              MR. CROWTHER:  Your Honor, if I may approach with a
7  form of scheduling order so Your Honor can see it.
8              THE COURT:  Yes.
9              Thank you, Mr. Crowther.
10             MR. CROWTHER:  As I indicated to Your Honor, the
11 dates have all been agreed upon.  We've made changes requested
12 by the defendants.  I don't know if Your Honor wishes -- and
13 Your Honor has actually crossed this section out of our
14 proposed scheduling orders before -- with respect to a final
15 pretrial conference at this point.  I'm not sure if Your Honor
16 wishes to have a final pretrial conference scheduled at this
17 time, which would be some time, basically, in early 2011 given
18 the scheduling order.
19             There is a --
20             THE COURT:  Let's hold off at this point, not --
21 just because the case, it -- as you know, they have a tendency
22 to -- cases have a tendency to slip.  It may be that something
23 I do in reference to the -- to the pending motions might have
24 an effect as well.
25             MR. CROWTHER:  And just so Your Honor's aware, in

1  this adversary proceeding the parties don't believe expert
2  discovery is necessary, but we've put a proviso in there that
3  the parties can give notice if they do think it is required by
4  December 5th of this year.  So we would then try to seek to
5  consensually resolve or revise the scheduling order accordingly
6  to allow for expert discovery.
7           THE COURT:  Very good.
8           MR. CROWTHER:  Thank you, Your Honor.
9           THE COURT:  Thank you. I'll sign the order as
10 modified.
11          Okay.  Hearing adjourned.
12       (Whereupon at 11:19 a.m., the hearing was adjourned)
13                         CERTIFICATION
14          I   certify   that   the   foregoing   is   a   correct
15 transcript   from   the   electronic   sound   recording   of   the
16 proceedings in the above-entitled matter.
17
18
19 Sherri Breach                           July 20, 2010
20 AAERT Cert. No. 397
21 Certified Court Transcriptionist

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **a.m**(4) | 1:15 4:1 8:14 12:12 | **because**(2) | 10:15 11:21 | **creditors**(2) | 2:8 2:16 | **form**(3) | 5:14 5:21 11:7 |
| **above-entitled**(1) | 12:16 | **been**(6) | 4:8 4:10 7:2 9:4 10:11 11:11 | **cross**(1) | 2:40 | **forth**(1) | 9:8 |
| **accordingly**(1) | 12:5 | **before**(7) | 1:18 7:13 7:25 9:13 9:20 10:11 11:14 | **crossed**(1) | 11:13 | **forward**(8) | 4:18 6:25 7:18 7:20 9:7 9:9 9:16 11:5 |
| **action**(2) | 6:15 6:23 | | | **crowther**(10) | 1:27 10:2 10:4 10:5 11:4 11:6 11:9 11:10 11:25 12:8 | | |
| **actually**(1) | 11:13 | | | | | **fox**(1) | 3:6 |
| **addition**(1) | 10:12 | **behalf**(4) | 4:6 5:9 7:9 10:5 | **css**(1) | 1:4 | **friday**(2) | 7:10 9:2 |
| **addressed**(2) | 4:16 4:22 | **being**(2) | 4:16 4:22 | **curtis**(2) | 1:27 10:4 | **from**(5) | 4:6 4:15 5:9 10:5 12:15 |
| **adequate**(3) | 6:14 6:22 7:24 | **believe**(6) | 4:21 7:1 7:3 7:13 10:17 12:1 | **data**(1) | 1:44 | **frustration**(2) | 8:18 8:21 |
| **adjourn**(1) | 4:17 | **better**(1) | 8:12 | **date**(3) | 6:20 9:10 9:16 | **fully**(2) | 6:19 10:11 |
| **adjourned**(3) | 4:9 12:11 12:12 | **blank**(1) | 2:8 | **dates**(2) | 10:23 11:11 | **gallagher**(1) | 2:34 |
| **adjournment**(3) | 7:12 7:16 7:17 | **brandywine**(1) | 1:29 | **deadline**(1) | 4:14 | **get**(3) | 7:13 8:6 11:3 |
| **administrative**(12) | 6:13 6:22 7:2 7:14 7:20 7:25 9:4 9:6 9:8 9:14 9:16 9:20 | **brannigan**(1) | 2:41 | **deborah**(3) | 3:4 3:11 6:12 | **gets**(1) | 8:16 |
| | | **breach**(1) | 12:19 | **debtor**(3) | 5:12 5:14 5:15 | **give**(1) | 12:3 |
| | | **briefed**(1) | 10:11 | **debtors**(13) | 1:12 1:24 4:7 4:13 4:14 5:10 6:17 6:18 6:25 7:11 7:15 10:5 10:14 | **given**(3) | 8:3 10:20 11:17 |
| **adversary**(2) | 10:7 12:1 | **briefing**(1) | 10:13 | | | **going**(2) | 9:7 9:9 |
| **aert**(1) | 12:20 | **brings**(1) | 6:11 | | | **good**(6) | 4:4 4:5 5:7 5:8 7:8 12:7 |
| **again**(1) | 9:1 | **building**(1) | 1:29 | **december**(1) | 12:4 | **grant**(1) | 4:25 |
| **against**(1) | 10:8 | **but**(8) | 6:18 8:1 8:18 9:3 9:19 10:19 10:24 12:2 | **decides**(1) | 10:19 | **granted**(1) | 7:16 |
| **agenda**(4) | 5:5 5:11 6:12 10:2 | | | **defendants**(3) | 10:10 10:24 11:12 | **granting**(1) | 7:17 |
| **agent**(1) | 2:25 | | | **delaware**(4) | 1:2 1:8 1:12 4:1 | **guaranteed**(1) | 4:15 |
| **agents**(2) | 2:40 10:9 | **cadwalader**(1) | 1:34 | **delay**(1) | 10:22 | **guilfoyle**(1) | 2:9 |
| **agree**(1) | 8:22 | **call**(1) | 9:3 | **denny**(1) | 3:7 | **had**(2) | 7:16 9:1 |
| **agreed**(5) | 4:17 6:17 6:24 10:23 11:11 | **can**(5) | 5:20 9:8 9:17 11:7 12:3 | **detailing**(1) | 9:2 | **hadn't**(1) | 5:17 |
| **agreement**(1) | 8:24 | **case**(3) | 1:4 10:22 11:21 | **diaz**(1) | 1:44 | **hahn**(3) | 2:16 5:16 6:5 |
| **ahead**(1) | 5:22 | **cases**(1) | 11:22 | **did**(1) | 5:25 | **hand**(1) | 6:2 |
| **alfonso**(1) | 2:35 | **cede**(2) | 5:5 10:2 | **didn't**(2) | 5:18 8:22 | **harrisburg**(1) | 1:46 |
| **all**(7) | 4:2 4:16 4:25 6:19 8:11 10:25 11:11 | **center**(1) | 1:36 | **discovery**(7) | 10:15 10:21 10:24 11:1 11:2 12:2 12:6 | **has**(5) | 5:20 9:12 9:17 10:11 11:13 |
| **alleged**(1) | 9:5 | **centre**(1) | 3:6 | | | **have**(18) | 4:8 4:10 4:17 6:24 7:2 8:7 8:7 8:8 9:12 10:10 10:11 10:14 10:23 11:11 11:16 11:21 11:22 11:23 |
| **allen**(2) | 2:47 2:47 | **cert**(1) | 12:20 | **discussion**(1) | 9:1 | | |
| **allow**(3) | 7:2 11:1 12:6 | **certainly**(1) | 7:1 | **discussions**(1) | 4:17 | | |
| **also**(1) | 10:6 | **certificate**(1) | 4:9 | **dismiss**(5) | 7:18 10:10 10:12 10:17 11:3 | **having**(2) | 7:22 7:23 |
| **amend**(2) | 6:13 8:3 | **certification**(3) | 5:19 6:5 12:13 | **district**(1) | 1:2 | **heard**(1) | 6:8 |
| **amended**(1) | 6:18 | **certify**(1) | 12:14 | **docket**(1) | 5:18 | **hearing**(8) | 6:16 7:11 8:7 8:8 8:25 9:9 12:11 12:12 |
| **america**(1) | 2:24 | **changes**(1) | 11:11 | **don't**(12) | 5:22 5:22 6:1 7:1 7:3 9:5 9:11 10:17 10:21 11:3 11:12 12:1 | | |
| **american**(2) | 2:4 10:8 | **chapter**(1) | 1:8 | | | | |
| **americas**(1) | 2:49 | **chepiga**(1) | 2:48 | | | **her**(5) | 6:13 7:5 7:11 7:16 8:2 |
| **amount**(1) | 9:8 | **christopher**(1) | 1:35 | | | **hercules**(1) | 2:28 |
| **ana**(1) | 2:35 | **christophr**(1) | 1:18 | **early**(1) | 11:17 | **here**(1) | 8:1 |
| **and**(21) | 1:33 2:33 3:10 4:18 4:22 5:12 5:15 6:14 6:23 7:3 7:13 7:17 8:2 8:8 9:2 9:15 10:7 10:9 11:4 11:12 11:25 | **claim**(20) | 4:22 6:13 6:14 6:18 6:19 6:22 6:22 7:3 7:14 7:20 7:23 7:24 8:1 8:2 8:3 9:4 9:6 9:9 9:14 9:20 | **ecro**(1) | 1:42 | **hessen**(3) | 2:16 5:16 6:5 |
| | | | | **edward**(1) | 2:17 | **him**(1) | 9:2 |
| | | | | **effect**(1) | 11:24 | **hold**(1) | 11:20 |
| | | | | **eileen**(2) | 2:4 2:5 | **holdings**(1) | 1:7 |
| **anderson**(1) | 2:25 | **claiming**(1) | 7:19 | **either**(1) | 4:9 | **home**(3) | 1:6 2:4 10:8 |
| **another**(1) | 7:17 | **claims**(4) | 4:13 4:16 4:18 4:19 | **electronic**(2) | 1:50 12:15 | **honor**(35) | 4:5 4:8 4:13 4:22 5:2 5:4 5:8 5:11 5:14 5:18 5:20 6:2 6:11 6:16 6:24 7:8 8:12 8:15 8:21 8:24 9:3 9:7 9:11 9:14 9:23 10:1 10:6 10:11 11:6 11:7 11:10 11:12 11:13 11:15 12:8 |
| **anthony**(2) | 3:14 3:14 | **clearly**(1) | 9:5 | **else**(1) | 9:25 | | |
| **any**(3) | 5:20 7:1 7:1 | **clerk**(2) | 4:2 5:24 | **email**(1) | 9:2 | | |
| **anyone**(1) | 6:7 | **colleague**(1) | 5:6 | **enter**(1) | 10:14 | | |
| **anything**(1) | 9:25 | **come**(2) | 7:12 9:16 | **entered**(1) | 4:10 | | |
| **anyway**(1) | 10:21 | **commence**(1) | 10:15 | **entirety**(1) | 9:22 | **honor's**(1) | 11:25 |
| **app**(1) | 6:4 | **commenced**(1) | 10:8 | **esq**(12) | 1:26 1:27 1:28 1:35 2:9 2:17 2:18 2:27 2:35 2:41 2:48 3:5 | **honorable**(1) | 1:18 |
| **appearances**(2) | 1:40 3:1 | **committee**(4) | 2:8 2:15 5:12 5:15 | | | **how**(1) | 8:5 |
| **application**(2) | 5:16 6:5 | **conaway**(4) | 1:24 4:6 5:9 10:5 | | | **i'll**(9) | 4:25 6:2 6:10 7:5 7:22 9:21 10:2 11:3 12:9 |
| **applications**(1) | 5:12 | **conference**(4) | 10:6 10:7 11:15 11:16 | **esquivel**(2) | 3:14 3:14 | | |
| **approach**(3) | 5:2 5:20 11:6 | **connection**(1) | 6:6 | **evidentiary**(1) | 9:9 | | |
| **appropriate**(2) | 7:4 9:13 | **consensually**(2) | 4:19 12:5 | **exactly**(1) | 11:4 | **i'm**(4) | 6:5 8:20 8:22 11:15 |
| **approve**(1) | 6:10 | **consent**(1) | 7:23 | **executed**(1) | 5:18 | **inc**(1) | 1:7 |
| **april**(1) | 5:13 | **contacted**(1) | 7:11 | **expense**(10) | 6:14 6:22 7:3 7:14 7:20 8:1 9:6 9:9 9:14 9:20 | **include**(1) | 8:4 |
| **are**(9) | 4:16 4:18 6:20 7:1 7:3 7:24 9:13 9:13 9:19 | **contest**(2) | 6:17 7:22 | | | **indicated**(2) | 9:12 11:10 |
| | | **continuance**(1) | 8:23 | | | **informal**(2) | 4:14 4:23 |
| | | **continue**(1) | 9:21 | **expert**(2) | 12:1 12:6 | **informed**(1) | 7:15 |
| **argue**(1) | 7:6 | **continued**(5) | 1:40 2:2 3:2 8:13 9:1 | **facts**(12) | 7:1 7:13 7:19 7:24 8:4 9:4 9:5 9:8 9:13 9:16 9:17 9:19 | **interested**(1) | 7:17 |
| **argument**(1) | 6:25 | **conversion**(1) | 10:20 | | | **interim**(3) | 5:12 5:16 6:4 |
| **ask**(3) | 9:11 9:14 10:21 | **convert**(1) | 10:13 | | | **into**(1) | 10:14 |
| **assert**(2) | 8:2 9:17 | **corp**(2) | 4:15 10:8 | **farr**(1) | 2:34 | **issue**(1) | 9:2 |
| **asserted**(1) | 9:4 | **corporation**(1) | 1:8 | **fee**(4) | 5:12 5:16 6:4 6:5 | **it's**(4) | 8:17 8:19 11:2 11:2 |
| **assured**(1) | 4:15 | **correct**(1) | 12:14 | **fees**(1) | 6:10 | **item**(5) | 4:12 5:4 5:11 6:11 10:1 |
| **attempt**(1) | 4:19 | **corroon**(1) | 2:25 | **filed**(1) | 10:10 | **items**(2) | 4:8 6:20 |
| **avenue**(3) | 2:19 2:36 2:49 | **could**(4) | 7:12 7:19 7:20 8:6 | **filing**(1) | 6:17 | **its**(1) | 9:21 |
| **avoidance**(1) | 6:15 | **counsel**(8) | 5:19 6:6 7:5 7:11 7:15 8:17 9:1 9:12 | **final**(2) | 11:14 11:16 | **judge**(1) | 1:19 |
| **aware**(1) | 11:25 | | | **financial**(1) | 1:36 | **judgment**(2) | 10:14 10:20 |
| **back**(1) | 9:3 | | | **fine**(1) | 9:7 | **july**(3) | 1:14 4:1 12:19 |
| **bank**(1) | 2:24 | **court**(37) | 1:1 4:3 4:11 4:20 4:25 5:3 5:7 5:9 5:22 5:25 6:7 6:10 7:7 7:13 7:25 8:5 8:7 8:11 8:13 8:16 8:20 8:22 9:13 9:18 9:20 9:21 9:24 10:3 10:4 10:19 11:1 11:2 11:5 11:8 11:20 12:7 12:9 | **floor**(3) | 1:30 2:30 2:43 | **just**(5) | 5:25 6:3 8:21 11:21 11:25 |
| **bankruptcy**(2) | 1:1 1:19 | | | **for**(31) | 1:2 1:24 2:4 2:8 2:15 2:24 2:40 2:47 3:4 3:14 4:10 5:4 5:14 5:16 5:18 6: 6:13 6:13 6:14 6:15 6:21 7:2 7:14 7:15 8:2 9:5 9:14 10:13 10:19 10:21 12:6 | **justify**(1) | 7:20 |
| **bar**(1) | 9:16 | | | | | **know**(4) | 6:1 11:3 11:12 11:21 |
| **basically**(2) | 10:25 11:17 | | | | | **lapsed**(1) | 5:17 |
| **basis**(3) | 7:14 7:18 8:2 | | | | | **last**(4) | 5:17 6:4 6:16 8:25 |
| **beach**(14) | 1:26 5:6 5:7 5:8 5:9 6:2 6:11 8:16 8:19 8:21 8:24 9:19 9:23 10:1 | **court's**(1) | 10:25 | | | | |
| | | **courtroom**(1) | 1:10 | **foregoing**(1) | 12:14 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **later**(3) | 6:20 9:10 9:16 | **out**(1) | 11:13 | **seated**(1) | 4:3 | **there's**(1) | 10:1 |
| **laurie**(1) | 2:26 | **over**(1) | 5:25 | **second**(1) | 10:19 | **these**(1) | 4:19 |
| **law**(3) | 7:4 7:19 8:1 | **overy**(2) | 2:47 2:47 | **section**(3) | 6:14 6:15 11:13 | **they**(9) | 7:16 7:16 7:18 9:7 9:15 9:15 9:17 11:21 12:3 |
| **leads**(1) | 4:12 | **pamela**(1) | 2:48 | **see**(3) | 5:18 5:22 11:7 | | |
| **leaves**(1) | 4:21 | **parties**(4) | 6:16 6:24 12:1 12:3 | **seek**(1) | 12:4 | | |
| **left**(1) | 6:20 | **passed**(1) | 9:17 | **selber**(1) | 2:26 | **think**(2) | 5:15 12:3 |
| **leslie**(1) | 1:42 | **patrick**(1) | 2:41 | **send**(1) | 5:25 | **this**(13) | 6:21 6:25 7:21 8:25 9:3 9:19 10:6 11:13 11:15 11:16 11:20 12:1 12:4 |
| **let**(1) | 7:5 | **pending**(1) | 11:23 | **sent**(1) | 9:1 | | |
| **let's**(1) | 11:20 | **pennsylvania**(1) | 1:46 | **september**(2) | 8:13 9:22 | | |
| **like**(1) | 5:5 | **per**(2) | 3:11 3:14 | **service**(2) | 1:44 1:51 | **those**(2) | 4:18 9:17 |
| **llc**(3) | 2:40 3:4 10:9 | **period**(2) | 5:13 5:17 | **services**(1) | 1:44 | **thought**(1) | 11:4 |
| **llp**(5) | 1:25 2:8 2:34 2:47 2:47 | **piero**(1) | 10:9 | **seventh**(1) | 2:36 | **three**(2) | 4:15 6:20 |
| **long**(1) | 8:5 | **plaza**(1) | 2:28 | **sherri**(1) | 12:19 | **through**(3) | 4:8 4:16 5:13 |
| **looked**(1) | 5:17 | **pleaded**(1) | 7:2 | **should**(1) | 10:14 | **time**(2) | 11:17 11:17 |
| **made**(1) | 11:11 | **please**(3) | 4:3 5:8 10:4 | **showcase**(2) | 2:40 10:9 | **today**(2) | 7:11 7:18 |
| **madison**(1) | 2:19 | **podium**(2) | 5:5 10:2 | **sign**(1) | 12:9 | **together**(1) | 7:13 |
| **mark**(1) | 2:18 | **point**(5) | 3:6 5:17 9:19 11:15 11:20 | **silverstein**(1) | 2:26 | **told**(1) | 6:5 |
| **market**(4) | 1:11 2:10 2:29 2:42 | **potter**(1) | 2:25 | **simon**(1) | 2:40 | **tori**(1) | 2:9 |
| **matter**(7) | 7:4 7:19 7:21 8:1 8:13 9:21 12:16 | **power**(1) | 2:18 | **slip**(1) | 11:22 | **transcript**(3) | 1:17 1:51 12:15 |
| | | **ppearances**(2) | 1:22 2:1 | **some**(1) | 11:17 | **transcription**(2) | 1:44 1:51 |
| | | **prejudice**(1) | 9:15 | **somebody**(1) | 8:16 | **treading**(1) | 11:5 |
| **may**(7) | 5:2 5:8 5:24 10:4 11:2 11:6 11:22 | **presently**(1) | 7:25 | **something**(1) | 11:22 | **try**(1) | 12:4 |
| **mean**(1) | 8:17 | **pretrial**(2) | 11:15 11:16 | **sontchi**(1) | 1:18 | **two**(2) | 3:6 10:15 |
| **mercy**(1) | 10:25 | **prior**(2) | 4:14 6:16 | **sound**(2) | 1:50 12:15 | **under**(3) | 5:19 6:14 6:15 |
| **merican**(1) | 1:6 | **pro**(3) | 3:11 3:14 7:16 | **speed**(1) | 7:12 | **understand**(2) | 4:10 8:17 |
| **meritorious**(1) | 10:18 | **probably**(1) | 8:6 | **stam**(2) | 3:5 7:8 | **united**(2) | 1:1 1:19 |
| **michael**(2) | 1:28 4:5 | **proceed**(3) | 10:24 11:1 11:2 | **stamoulis**(9) | 3:4 3:5 7:8 7:9 7:9 8:6 8:9 8:12 8:15 | **unless**(1) | 5:20 |
| **mid-august**(1) | 8:7 | **proceeding**(2) | 10:8 12:1 | | | **unnecessarily**(1) | 10:22 |
| **mid-september**(2) | 8:8 8:9 | **proceedings**(3) | 1:17 1:50 12:16 | | | **unsecured**(1) | 2:16 |
| **might**(1) | 11:23 | **produced**(1) | 1:51 | **stargatt**(2) | 1:24 4:6 | **until**(1) | 9:22 |
| **mills**(10) | 3:4 3:11 6:12 6:18 7:5 7:9 7:10 7:14 7:16 8:25 | **professionals**(2) | 5:13 5:15 | **states**(2) | 1:1 1:19 | **updike**(1) | 1:35 |
| | | **promptly**(1) | 7:11 | **status**(1) | 10:6 | **upon**(2) | 10:23 11:11 |
| | | **proof**(5) | 6:13 6:18 7:22 7:24 8:3 | **street**(6) | 1:11 1:30 1:45 2:10 2:29 2:42 | **verbal**(1) | 6:9 |
| **minute**(1) | 6:3 | **proper**(1) | 10:20 | **submitted**(4) | 5:14 5:19 6:6 7:23 | **very**(1) | 12:7 |
| **modified**(1) | 12:10 | **proposed**(1) | 11:14 | **such**(1) | 8:2 | **via**(1) | 4:9 |
| **monday**(1) | 4:1 | **protection**(2) | 6:14 6:22 | **suggested**(1) | 10:14 | **wanerka**(2) | 2:4 2:5 |
| **morning**(5) | 4:4 4:5 5:7 5:8 7:8 | **provide**(1) | 9:5 | **suite**(2) | 2:11 3:7 | **want**(2) | 10:22 10:24 |
| **mortgage**(3) | 1:6 2:4 10:8 | **proviso**(1) | 12:2 | **summary**(2) | 10:13 10:20 | **wanted**(1) | 7:18 |
| **motion**(10) | 6:12 6:21 7:6 7:18 10:10 10:12 10:13 10:17 10:19 11:3 | **put**(4) | 7:13 7:19 9:8 12:2 | **support**(2) | 7:25 9:20 | **was**(7) | 5:15 7:10 7:15 7:16 7:23 8:24 |
| | | **questions**(1) | 5:20 | **sure**(1) | 11:15 | **water**(1) | 11:5 |
| **motions**(1) | 11:23 | **reasons**(1) | 10:16 | **surprised**(1) | 8:22 | **we're**(3) | 9:7 10:25 11:5 |
| **moving**(1) | 4:18 | **received**(3) | 4:14 4:23 9:2 | **sustain**(1) | 9:15 | **we've**(2) | 11:11 12:2 |
| **much**(1) | 8:12 | **recorded**(1) | 1:50 | **taft**(1) | 1:34 | **weinblatt**(2) | 3:4 7:9 |
| **murin**(1) | 1:42 | **recording**(2) | 1:50 12:15 | **taylor**(2) | 1:25 4:6 | **welcome**(1) | 9:24 |
| **necessary**(2) | 8:4 12:2 | **reference**(1) | 11:23 | **tendency**(2) | 11:21 11:22 | **well**(3) | 6:6 8:24 11:24 |
| **need**(1) | 8:5 | **remaining**(2) | 4:22 6:20 | **thank**(9) | 5:3 6:7 7:7 8:15 9:23 10:3 11:9 12:8 12:9 | **were**(3) | 6:18 7:17 10:20 |
| **negotiations**(1) | 4:18 | **represent**(1) | 7:10 | | | **west**(1) | 1:30 |
| **neiburg**(7) | 1:28 4:5 4:6 4:12 4:21 5:1 5:4 | **represented**(2) | 7:5 8:17 | | | **what**(4) | 5:25 7:13 9:11 11:4 |
| **never**(1) | 9:2 | **request**(3) | 6:21 7:12 10:12 | **that**(45) | 4:12 4:16 4:21 5:4 5:17 5:19 5:20 6:5 6:6 6:11 6:17 6:18 6:19 6:24 7: 7:1 7:2 7:12 7:15 7:17 7:19 7:20 7:22 7:23 7:23 7:24 8:1 8:2 8:22 8:25 9:1 9:4 9:5 9:8 9:11 9:13 9:20 10:12 10:14 10:17 10:19 10:20 11:22 12:2 12:14 | **when**(2) | 8:16 11:3 |
| **new**(4) | 1:37 2:20 2:37 2:50 | **requested**(1) | 11:11 | | | **where**(1) | 5:16 |
| **north**(2) | 2:29 2:42 | **requesting**(1) | 8:1 | | | **whereupon**(1) | 12:12 |
| **not**(10) | 6:17 7:17 7:24 8:19 8:25 9:17 10:24 11:1 11:15 11:20 | **requests**(1) | 7:3 | | | **whether**(1) | 10:25 |
| | | **required**(1) | 12:3 | | | **which**(5) | 4:10 4:12 6:12 10:10 11:17 |
| | | **reserve**(1) | 9:12 | | | **while**(1) | 7:15 |
| **notice**(2) | 10:21 12:3 | **reserving**(1) | 6:19 | **that's**(2) | 9:4 11:4 | **wickersham**(1) | 1:34 |
| **now**(2) | 9:13 10:11 | **resolve**(2) | 4:19 12:5 | **the**(126) | 1:1 1:2 1:18 1:24 1:29 2:49 4:2 4:3 4:6 4:11 4:13 4:14 4:14 4:16 4:16 4:17 4:20 4:22 4:25 4:25 5:5 5:5 5:7 5:9 5:9 5:11 5:11 5:12 5:13 5:14 5:16 5:17 5:18 5:22 5:24 5:25 6:4 6:4 6:7 6:10 6:10 6:12 6:12 6:16 6:16 6:17 6:17 6:18 6:21 6:22 6:23 6:24 6:25 7:3 7:6 7:7 7:1 7:13 7:13 7:14 7:22 7:24 7:25 8:3 8:3 8:4 8:5 8:7 8:11 8:13 8:13 8:16 8:20 8:22 8:25 9:2 9:13 9:15 9:16 9:18 9:20 9:21 9:21 9:22 9:24 10:2 10:2 10:3 10:4 10:5 10:10 10:12 10:13 10:14 10:17 10:19 10:21 10:22 10:23 10:23 10:24 10:25 11: 11:2 11:5 11:8 11:10 11:12 11:18 11:20 11:21 11:23 11:23 12:1 12:3 12:5 12:7 12:9 12:9 12:12 12:14 12:15 12:15 12:16 | **will**(2) | 6:6 7:23 |
| **number**(5) | 4:8 4:12 5:4 5:11 6:12 | **resolved**(1) | 4:9 | | | **willkie**(1) | 2:34 |
| **object**(1) | 6:19 | **respect**(7) | 4:15 4:17 4:23 6:4 6:21 10:7 11:14 | | | **wilmington**(7) | 1:12 1:31 2:12 2:31 2:44 3:8 4:1 |
| **objection**(6) | 4:9 4:13 4:24 4:25 5:16 9:15 | | | | | | |
| **obviously**(1) | 8:9 | **response**(3) | 4:14 4:15 6:9 | | | **wish**(1) | 6:7 |
| **off**(1) | 11:20 | **responses**(1) | 4:23 | | | **wishes**(3) | 11:1 11:12 11:16 |
| **official**(1) | 2:15 | **retained**(1) | 7:10 | | | **with**(19) | 4:15 4:17 4:18 4:21 4:23 5:4 5:20 6:4 6:6 6:20 6:25 8:25 9:1 9:7 9:9 9:16 10:7 11:6 11:14 |
| **okay**(7) | 4:11 4:20 5:1 5:3 6:1 6:7 12:11 | **reviewed**(3) | 7:22 7:24 9:5 | | | | |
| **omnibus**(1) | 4:13 | **revise**(1) | 12:5 | | | | |
| **one**(8) | 1:36 4:21 5:15 6:6 6:21 7:16 10:1 10:17 | **right**(3) | 4:25 8:11 9:13 | | | **without**(1) | 9:15 |
| | | **rights**(1) | 6:19 | | | **work**(1) | 8:10 |
| | | **rise**(1) | 4:2 | | | **world**(1) | 1:36 |
| **only**(1) | 4:21 | **road**(1) | 3:7 | **their**(1) | 6:19 | **would**(13) | 5:5 6:17 6:24 7:2 8:3 8:9 8:25 9:8 9:11 9:14 10:21 11:17 12:4 |
| **opportunity**(1) | 8:3 | **rome**(1) | 2:8 | **then**(1) | 12:4 | | |
| **oral**(1) | 6:25 | **same**(1) | 10:21 | **there**(11) | 5:15 6:20 7:1 7:24 8:2 8:24 9:12 9:19 10:12 11:19 12:2 | | |
| **order**(11) | 5:14 5:18 5:19 5:21 6:13 10:15 10:24 11:7 11:18 12:5 12:9 | **scheduled**(1) | 11:16 | | | **www.diazdata.com**(1) | 1:48 |
| | | **scheduling**(7) | 10:7 10:15 10:23 11:7 11:14 11:18 12:5 | | | **yeah**(2) | 5:22 6:2 |
| **orders**(2) | 4:10 11:14 | | | | | **year**(1) | 12:4 |
| **orsi**(2) | 2:41 10:9 | **schnitzer**(1) | 2:17 | | | **yes**(2) | 5:3 11:8 |
| **other**(2) | 7:3 10:1 | **schuylkill**(1) | 1:45 | | | **york**(4) | 1:37 2:20 2:37 2:50 |
| **otherwise**(1) | 4:23 | **sean**(3) | 1:26 5:6 5:9 | | | | |
| **our**(2) | 4:24 11:13 | | | | | | |

**AMERICAN HOME MFG 7-19-10.DOC**

| Word | Page:Line |
|---|---|

**you**(14) 5:3  5:25  5:25  6:7  7:7  8:5  8:15
8:22  9:23  10:3  11:9  11:21  12:8  12:9

**you're**(1) 9:24
**young**(4) 1:24  4:6  5:9  10:5
**your**(37) 4:5  4:8  4:13  4:22  5:2  5:4  5:8
5:11  5:14  5:18  5:20  6:2  6:11  6:16  6:24
7:8  8:12  8:15  8:17  8:21  8:24  9:3  9:7  9:11
 9:14  9:23  10:1  10:6  10:11  11:6  11:7
11:10  11:12  11:13  11:15  11:25  12:8