**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **IN RE:** | ) | Chapter 11 |
| | ) | |
| **American Home Mortgage Holdings, Inc.** | ) | Case No. 07-11047-CSS |
| | ) | |
| **Debtor** | ) | |
| | ) | |

### NOTICE AND REQUEST TO REMOVE COUNSEL FROM SERVICE LIST

Counsel for Regions Mortgage, Inc., Adam R. Elgart, Esquire, an associate of the law firm of Mattleman, Weinroth & Miller, P.C., requests that they be removed from the service list and that no further service be made upon them by this Court or by the parties in this matter. Regions Mortgage, Inc.'s interest in this matter has been resolved.

All parties served by ECF Notification by the Court.

Respectfully submitted this  **26**th  day of  **July** , 20**10**.

/s/ Adam R. Elgart
Adam R. Elgart, Esquire
Attorney I.D. No. 3372
MATTLEMAN WEINROTH & MILLER, P.C.
200 Continental Drive
Suite 215
Newark, DE 19713
(302) 731-8349