## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, <u>et al.</u>, | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | **Hearing Date: August 16, 2010 at 10:00 a.m.** |
| | : | **Objection Deadline: August 9, 2010 at 4:00 p.m.** |
| | : | |

-------------------------------------------------------------------x

### <u>NOTICE OF MOTION</u>

TO:    (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) DR.
DAVID AND ELISABETH JACKSON; (III) COUNSEL TO THE COMMITTEE; AND
(IV) ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(b)

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession
(collectively, the "<u>Debtors</u>") have filed the attached Debtors' Motion to File Jackson Settlement
Under Seal (the "<u>Motion</u>").

Responses to the Motion, if any, must be filed on or before **August 9, 2010 at 4:00 p.m.
(ET)** (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District of
Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned
counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE MOTION WILL BE HELD ON **August 16, 2010 AT 10:00
A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES
BANKRUPTCY COURT, 5th FLOOR, 824 N. MARKET STREET, WILMINGTON,
DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
      July 26, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____

Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Morgan L. Seward (No. 5388)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to the Debtors

YCST01:9960951.1                                                                                    066585.1001