UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    : Jointly Administered
    Debtors.                                        :
                                                    :
                                                    : Hearing Date: August 16, 2010 at 10:00 a.m.
                                                    : Objection Deadline: August 9, 2010 at 4:00 p.m.
                                                    :
                                                    :
------------------------------------------------------------x

## NOTICE OF MOTION

TO:   :(A) COUNSEL TO THE COMMITTEE; (B) SILVERGATE; (C) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (D) THE INTERNAL REVENUE SERVICE; (E) THE U.S. SECURITIES AND EXCHANGE COMMISSION; (F) THE OTS; AND (G) ALL PARTIES THAT HAVE REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002 (b)

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed the attached Motion of the Debtors for an Order (A) Authorizing American Home Mortgage Holdings, Inc. to (I) Form a Special Purpose Entity Subidiary; (II) Transfer Its Right to Receive Certain Assets as Dividends From American Home Bank to the Wholly Owned Special Purpose Entity, and (B) Granting Related Relief (the "Motion").

Responses to the Motion, if any, must be filed on or before **August 9, 2010 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE MOTION WILL BE HELD ON **August 16, 2010 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 5th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
       July 26, 2010

                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                    /s/ Sean M. Beach
                    Sean M. Beach (No. 4070)
                    Margaret Whiteman Greecher (No. 4652)
                    Morgan L. Seward (No. 5388)
                    The Brandywine Building
                    1000 West Street, 17th Floor
                    Wilmington, Delaware 19801
                    Telephone: (302) 571-6600
                    Facsimile: (302) 571-1253

                    Counsel to the Debtors