**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------------- x
In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE                                          :    Case No.  07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                 :
                                                                :    Jointly Administered
        Debtors.                                                :
                                                                     Ref. Docket No. _____
--------------------------------------------------------------- x
```

**ORDER (A) AUTHORIZING AMERICAN HOME MORTGAGE HOLDINGS, INC. TO (I) FORM A SPECIAL PURPOSE ENTITY SUBSIDIARY;(II) TRANSFER ITS RIGHT TO RECEIVE CERTAIN ASSETS AS DIVIDENDS FROM AMERICAN HOME BANK TO THE WHOLLY-OWNED SPECIAL PURPOSE ENTITY; AND (B) GRANTING RELATED RELIEF**

Upon the consideration of the motion (the "Motion")[1] of American Home

Mortgage Holdings, Inc., and certain of its direct and indirect affiliates and subsidiaries, the

debtors and debtors in possession in the above cases (collectively, "AHM" or the "Debtors"),[2]

pursuant to sections 105(a) and 363 of title 11 of the United States Code (the "Bankruptcy

Code") and Rules 2002, 6004, and 9014 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules") for entry of an order substantially in the form annexed to the Motion as

Exhibit A (the "Order") (A) authorizing AHM Holdings to (i) form a special purpose single

member limited liability company (the "SPE"), and (ii) transfer its right to receive certain assets

as dividends from the Bank to the SPE in exchange for one hundred percent (100%) of the

limited liability company interests in the SPE, and (B) granting related relief; and the Court

---

[1]  Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[2]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

having determined that the relief provided herein is in the best interest of the Debtors, their estates, their creditors and other parties in interest; and due and adequate notice of the Motion having been given under the circumstances; and upon the record of the hearing on the Motion held on August 16, 2010, and the full record of these cases; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**FOUND AND DETERMINED THAT:**

A.    The findings and conclusions set forth herein constitute the Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052, made applicable to this proceeding pursuant to Bankruptcy Rule 9014.

B.    This Court has jurisdiction over the Motion and the transactions contemplated the Motion, to the extent the transactions involve the Debtors, pursuant to 28 U.S.C. §§ 157 and 1334, and this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (M).  Venue in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.    Good and sufficient notice of the Motion and the relief sought therein has been given under the circumstances, and no other or further notice is required.  A reasonable opportunity to object or be heard regarding the relief provided herein has been afforded to parties in interest.

D.    The entry of this Order is in the best interests of the Debtors, their estates, their creditors and other parties-in-interest.

E.    The relief proposed in the motion is an exercise of sound business judgment by the Debtors and is reasonably designed to expedite the liquidation of the Bank and provide short-term liquidity to AHM Holdings from the value of the Mortgage Loans.

YCST01:9960717.1

066585.1001

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.    The Motion is granted.

2.    All objections to the Motion or the relief provided herein that have not been withdrawn, waived or settled, and all reservations of rights included therein, are hereby overruled and denied on the merits.

3.    AHM Holdings may create a wholly owned limited liability company, or similar entity, in furtherance of the Transaction, and may transfer all of its rights, title, and interest in and to the receipt of the Mortgage Loans from the Bank in exchange for a one hundred percent (100%) interest in such entity.

4.    This Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.


Dated:    August ____, 2010
          Wilmington, Delaware


                                        _____
                                        Christopher S. Sontchi
                                        United States Bankruptcy Judge