**ROBINSON BROG LEINWAND GREENE**
 **GENOVESE & GLUCK P.C.**
**Attorneys for 3445 North Causeway Limited**
875 Third Avenue, 9th Floor
New York, New York 10022
Tel. No.: 212-603-6300
**Fred B. Ringel, Esq.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
----------------------------------------------------X
In Re:                                                          Chapter 11
                                                                   Case No. 07-11047 (CSS)

**AMERICAN HOME MORTGAGE**
**HOLDINGS, INC.**, *et al.*,
                                                                   Jointly Administered

                          Debtors.
----------------------------------------------------X

### WITHDRAWAL OF NOTICE OF APPEARANCE
### AND DEMAND FOR SERVICE OF PAPERS

        **PLEASE TAKE NOTICE,** that the undersigned hereby withdraws its appearance for **3445**

**North Causeway Limited**, Creditor, Landlord and party in interest herein, effective immediately.

**DATED:**    New York, New York
                   July 27, 2010

                                    **ROBINSON BROG LEINWAND GREENE**
                                     **GENOVESE & GLUCK P.C.**
                                    **Attorneys for 3445 North Causeway Limited**
                                    875 Third Avenue, 9th Floor
                                    New York, New York  10022
                                    Tel. No.: 212-603-6300

                                    **By:___/s/ Fred B. Ringel_____**
                                         **Fred B. Ringel (FBR-7713)**

**TO:    JAMES C. PATTON, JR.**
        **Young Conaway Stargatt & Taylor, LLP**
        The Brondywick Building
        1000 West Street, 17th Floor
        Wilmington, DE 19801

492174                                        1