**ROBINSON BROG LEINWAND GREENE**
  **GENOVESE & GLUCK P.C.**
**Attorneys for 3445 North Causeway Limited**
875 Third Avenue, 9th Floor
New York, New York 10022
Tel No.: 212-603-6301
**Fred B. Ringel, Esq.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------X

In Re:

                                                                             Chapter 11
                                                                             Case No. 07-11047 (CSS)

**AMERICAN HOME MORTGAGE**         [Jointly Administered]
**HOLDINGS, INC.,** *et al.***,**

                    Debtors.
-----------------------------------------------------X        <u>**AFFIDAVIT OF SERVICE**</u>


STATE OF NEW YORK    )
                             : ss.:
COUNTY OF NEW YORK  )


    **Tina Fogel**, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in New York, NY.

2. On the **27th** day of **July, 2010,** I served **WITHDRAWAL OF NOTICE OF**

**APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** via *FIRST CLASS MAIL*

upon:       *James C. Patton , Jr.*
              *Young Conaway Stargatt & Taylor, LLP*
              *The Brondywick Building*
              *1000 West Street, 17th Floor*
              *Wilmington, DE 19801*

{00492184.DOC;1 }492184

by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me this        /S/TINA FOGEL
**27th** day of **July, 2010**        **TINA FOGEL**

/s/Robert M. Sasloff
Notary Public, State of New York
No. 31-4966401
Qualified in Kings County
Commission Expires 5-7-2014

{00492184.DOC;1 }492184