IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re ) | | Chapter 11 |
| ) | | |
| AMERICAN HOME MORTGAGE ) | | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, ) | | Jointly Administered |
| et al., ) | | |
| ) | | Hearing Date: 08/16/10 @ 10:00 a.m. |
| Debtors. ) | | Objections Due: 08/09/10 @ 4:00 p.m. |
| _____) | | |

## NOTICE OF MOTION

**To: All parties identified on the 2002 service list**

PLEASE TAKE NOTICE that on July 28, 2010, the Official Borrowers Committee and Certain Individual Borrowers filed the "Official Borrowers Committee's and Certain Individual Borrowers' Motion To Allow Borrowers To Pursue Discovery in Furtherance of Claims and Defenses Against Non-Debtor Third Parties and, if Necessary, for Relief from the Automatic Stay, and Request for Inspection of Debtors' Documents and Examinations Concerning Debtors' Records Pursuant to Federal Rule of Bankruptcy Procedure 2004."

Responses to the Motion, if any, must be filed with the United States Bankruptcy Court, 824 N. Market Street, Wilmington, DE 19801, and served on undersigned counsel so it is received no later than 4:00 p.m. on August 9, 2010.

PLEASE TAKE NOTICE THAT A HEARING WILL BE HELD ON August 16, 2010, at 10:00 a.m. before the Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801.

2658320.1

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
       July 28, 2010

                                              Thomas G. Macauley (ID No. 3411)
                                              Zuckerman Spaeder LLP
                                              919 Market Street, Suite 990
                                              P.O. Box 1028
                                              Wilmington, DE 19899
                                              (302) 427-0400

                                              Counsel to the Official Committee of Borrowers