IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X  Chapter 11
In re                                                          :
                                                               :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDING, INC.,                          :  Jointly Administered
a Delaware corporation, et al.,                                :
                                                               :
                                      Debtors.                 :  Re: D.I. _____
                                                               :
---------------------------------------------------------------X

**ORDER AUTHORIZING BORROWERS COMMITTEE AND CERTAIN INDIVIDUAL BORROWERS TO PURSUE DISCOVERY IN FURTHERANCE OF CLAIMS AND DEFENSES AGAINST NON-DEBTOR THIRD PARTIES AND, IF NECESSARY, FOR RELIEF FROM THE AUTOMATIC STAY, AND TO INSPECT DEBTORS' DOCUMENTS AND CONDUCT EXAMINATIONS CONCERNING DEBTORS' RECORDS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

Upon consideration of the Official Borrowers Committee's (the "Borrowers Committee") and Certain Individual Borrowers' Motion To Allow Borrowers To Pursue Discovery in Furtherance of Claims and Defenses Against Non-Debtor Third Parties and, If Necessary, for Relief from the Automatic Stay, and Request for Inspection of Debtors' Documents and Examinations Concerning Debtors' Records Pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Motion"):

IT IS HEREBY ORDERED THAT:

1. The Borrowers Committee, through its counsel, and the individual borrower Movants[1] are authorized to file the Motion.

2. The Borrowers Committee and individual borrower Movants may conduct discovery of the Debtors in furtherance of borrower claims and defenses against non-Debtor third parties.

---

[1] Capitalized terms used an not otherwise defined herein shall have the meanings ascribed to them in the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 and in the Motion.

3. The Borrowers Committee and individual borrower Movants may conduct an examination of one or more knowledgeable representatives of the Debtors for the purposes of identifying the location, content and format of documents that may be relevant to borrower claims and defenses against non-Debtor third parties.

4. The Borrowers Committee and individual borrower Movants may inspect the Debtors' documents for the purpose of identifying documents that may be relevant to borrower claims and defenses against non-Debtor third parties, and copy or obtain copies of such documents.

5. The Borrowers Committee and individual borrower Movants may conduct an examination of one or more custodians of the Debtors' records for the purpose authenticating such documents.

6. The individual borrower Movants are authorized to cross-notice their discovery requests to the Debtors in their individual cases so that they can use documents and information obtained from the Debtors to support their claims and defenses against non-Debtor third parties.

7. Documents designated by either the Borrowers Committee or individual borrower Movants will be copied and held by the Debtors (and, upon the Plan becoming effective, the Borrower Information Ombudsperson) and made available to individual borrowers upon request.

8. Relief from the automatic stay is granted to the Movants to the extent necessary to effectuate this Order.

9. This Court shall retain exclusive jurisdiction over any matters related to or arising from the implementation of this Order.

Dated: August ____, 2010

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge