IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                                               :   Chapter 11
                                                                     :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                               :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                      :
                                                                     :   Jointly Administered
      Debtors.                                                     :
---------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

        MARY CHRISTINE BASILE, being duly sworn, deposes and says:

    1.    I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On July 10, 2009, I caused to be served the following:

    a)    "Notice of Debtors' Thirty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated July 10, 2009, to which is attached the "Instructions for Telephonic Appearances, Effective January 5, 2005, Revised April 27, 2009," and the "Debtors' Thirty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," [Docket No. 7609], (the "Thirty-Eighth Omnibus Objection") and

    b)    "Notice of Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated July 10, 2009, to which is attached the "Instructions for Telephonic Appearances, Effective January 5, 2005, Revised April 27, 2009," and the "Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," [Docket No. 7610], (the "Thirty-Ninth Omnibus Order"),

by causing true and correct copies to be enclosed securely in separate postage-prepaid envelopes, delivered by first class mail as follows:

a) the Thirty-Eighth Omnibus Objection to those parties listed on the attached Exhibit A, and

b) the Thirty-Ninth Omnibus Objection to those parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Mary Christine Basile*
Mary Christine Basile

Sworn to before me this
13th day of July, 2009

*Time Darden*
Notary Public

TIME DARDEN
Notary Public, State Of New York
No. 01DA6198919
Qualified In Kings County
Commission Expires January 5, 2013

EXHIBIT "A"

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CLARK COUNTY TREASURER | DOUG LASHER, TREASURER PO BOX 5000 VANCOUVER WA 98666 |
| COUNTY OF DENTON | MICHAEL REED MCCREARY VESELKA BRAGG & ALLEN PC 700 JEFFREY WAY STE 100 - PO BOX 1269 ROUND ROCK TX 78680 |
| HANCOCK, MICHAEL G. | 109 ESKER RD HAMPTON NH 03842 |
| HILLSBOROUGH COUNTY TAX COLLECTOR | DOUG BELDEN PO BOX 172920 601 E KENNEDY BLVD 14TH FLOOR TAMPA FL 33672-2920 |
| L.A. COUNTY TREASURER AND TAX COLLECTOR | PO BOX 54110    Account No. 2008 LOS ANGELES CA 90051-0110 |
| MOBILE COUNTY | MARILYN E. WOOD, REVENUE COMMISSIONER PO BOX DRAWER 1169 MOBILE AL 36633-1169 |
| MOORE COUNTY TAX DEPARTMENT | ATTN ESTHER R. CUMMINGS, DEPUTY TAX ADMINISTRATOR PO BOX 428 CARTHAGE NC 28327 |
| NUECES COUNTY | NUECES COUNTY PO BOX 2810 CORPUS CHRISTI 78403-2810 |
| NUECES COUNTY | DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP 1949 S IH 35 (78741) PO BOX 17428 AUSTIN TX 78760-7428 |
| POLK COUNTY FLORIDA | JOE G TEDDER CFC TAX COLLECTOR DELINQUENCY AND ENFORCEMENT PO BOX 2016 BARTOW FL 33831 |
| POLK COUNTY FLORIDA TAX COLLECTOR | JOE G TEDDER CFC / SARI E MEADOR DELINQUENCY AND ENFORCEMENT PO BOX 2016 BARTOW FL 33831 |
| POTTER COUNTY ET AL | D'LAYNE PEEPLES PERDUE BRANDON FIELDER COLLINS MOTT LLP PO BOX 9132 AMARILLO TX 79105-9132 |
| QUINLAN, JEFFREY S. | 10401 LONG HOME RD LOUISVILLE KY 402914023 |
| QUINLAN, JEFFREY S. | 3714 WILLOW AVENUE JEFFERSONTOWN KY 40299 |
| SNOHOMISH COUNTY TREASURER | ATTN DEBI GAHRINGER, BANKRUPTCY OFFICER 3000 ROCKEFELLER AVE M/S 501 EVERETT WA 98201-4060 |
| SOUTHERN CALIFORNIA EDISON COMPANY | ATTN CECILIA BAESA CREDIT AND PAYMENT SERVICES 300 N LONE HILL AVE SAN DIMAS CA 91773 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY | MICHAEL A. COX, ATTORNEY GENERAL CADILLAC PLACE 3030 W. GRAND BLVD., 10-200 DETROIT MI 48202 |
| TEHRANI, HANRI Y. | 125 S CLARK DR BEVERLY HILLS CA 90211-2603 |
| THERMOLICE, JEAN | 4510 THREE LAKES CIRCLE ORLANDO FL 32808 |
| THURSTON COUNTY TREASURER | ATTN SUSAN SHEFLER, REVENUE OFFICER 2000 LAKERIDGE DR SW OLYMPIA WA 98502 |
| TRUSTEES OF MALL ROAD TRUST | C/O J. DAVID FOLDS MCKENNA LONG & ALDRIDGE LLP 1900 K STREET, NW WASHINGTON DC 20006 |
| WHEELER, MICHAEL JAMES | 9180 LOS LAGOS CIRCLE GRANITE BAY CA 95746 |
| WOLF, KRISTIN | 622 SOUTH 8TH    Account No. ACCT#1001710666 PETERSBURG IL 62675 |

**Total Creditor Count 23**

**EXHIBIT "B"**

| Claim Name | Address Information |
|---|---|
| ADKINS, THOMAS E. JR. | 8298 WOODGROVE RD JACKSONVILLE FL 32256 |
| ARTHURS, STEPHANIE | 316 SILVER CLIFF DR MOUNT HOLLY NC 28120 |
| COLE COUNTY, MISSOURI | ATTN LARRY VINCENT, COLLECTOR 311 E. HIGH ST. ROOM 100 JEFFERSON CITY MO 65101 |
| CRAWFORD, CHARLOTTE | 4601 LIPO LANE HOUSTON TX 77092 |
| CRITES, TERRI E | 6569 LONG LAKE DR NINE MILE FLS WA 990269543 |
| DELBRIDGE, JEFFREY W. | PO BOX 1540 BRUSH PRAIRIE WA 986060047 |
| ENNIS, WARREN J (JOE) | 14555 RIVER OAKS DRIVE COLORADO SPRINGS CO 80921 |
| FARNAN, WILLIAM P | 176 5500 MILITARY TRL STE 22 JUPITER FL 334582871 |
| ILLINOIS DEPARTMENT OF REVENUE | BANKRUPTCY UNIT 100 W RANDOLPH ST #7-400 CHICAGO IL 60601 |
| KERR, KEVIN | 1614 MYRTLEWOOD ST. COSTA MESA CA 92626 |
| LALIME, KATHERINE | 4040 8TH PL VERO BEACH FL 32960 |
| LARSEN, LINDA | 16252 TREASURE COVE BULLARD TX 75757 |
| LONG ISLAND LIGHTING COMPANY DGA LIPA | ELISA M PUGLIESE, ESQ 175 E OLD COUNTRY RD HICKSVILLE NY 11801 |
| LUSSIER, TRACY | 4 OLD SUNDERLAND RD MONTAGUE MA 01351 |
| MATTHEWS, GEORGE T | 41986 KUDU CT ALDIE VA 20105 |
| MCCONKEY, MILTON G | 9325 BAKER STREET   Account No. 1001628815 OWINGS MD 20736 |
| MCKEIRNAN, BRYCE & KIMBERLY | 5505 S SOUTHVIEW LN SPOKANE WA 992231595 |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE | BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 |
| NETWORK TELEPHONE CORPORATION | DBA CAVALIER TELEPHONE C/O R LEE GRANT JR 2134 W LABURNUN AVE RICHMOND VA 23227 |
| OAKLAND COUNTY TREASURER | ATTN DIANE L ROARK, DEPUTY TREASURER 1200 N TELEGRAPH PONTIAC MI 48341 |

**Total Creditor Count 20**

AHM 39th Obj. Ntc. 7-10-09  
Terri E. Crites  
6449 Lakeview Drive  
Nine Mile Falls, WA 99026

AHM 39th Obj. Ntc. 7-10-09  
William P. Farnan  
122 Knoll Way  
Jupiter, FL 33477

AHM 39th Obj. Ntc. 7-10-09  
Jeffrey W. Delbridge  
19409 NE 227th Ct.  
Brush Prairie, WA 98606

AHM 39th Obj. Ntc. 7-10-09  
Bryce & Kimberly McKeirnan  
5111 S. Regal # 35  
Spokane, WA 99223