IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------x
In re:                                      :    Chapter 11
                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,      :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,             :
                                            :    Jointly Administered
        Debtors.                            :
-------------------------------------------------------------------x
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.      I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.      On September 11, 2009, I caused to be served the "Notice of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 11, 2009, to which is attached the "Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," [Docket No. 8049], by causing true and correct copies to be enclosed securely in separate postage-prepaid envelopes and delivered by first class mail to those parties listed on the attached Exhibit A.

3.      All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_Angharad Bowdler_
Angharad Bowdler

Sworn to before me this
17th day of September, 2009

_Notary Public_
Notary Public

TIME DARDEN
Notary Public, State Of New York
No. 01DA6186919
Qualified In Kings County
Commission Expires January 5, 2013

**EXHIBIT "A"**

ARAPAHOE COUNTY
ATTN GEORGE ROSENBERG, ASST ATTORNEY
5334 S PRINCE STREET
LITTLETON, CO 80166

BEALL, LAURA A.
11002 BLUE ROAN RD
OAKTON, VA 22124

COUNTRYWIDE HOME LOANS, INC.
ATTN: DAVID SOBUL, ESQ.
4500 PARK GRANADA - MS: CH-11
CALABASAS, CA 91302

DOBBEN, MONA S.
9208 N. 107TH DRIVE
SUN CITY, AZ 85351

DOBBEN, MONA S.
YAMAMURA, ALEX
POWER OF ATTORNEY FOR MONA S DOBBEN
12429 N 68TH STREET
SCOTTSDALE, AZ 85254

MACCORMACK, JOSEPH & MARY
4800 CHRISTIE JANE LANE
FAIRFAX, VA 22030

MONAGHAN, JOHN
SONIA C LAWSON, PA
PO BOX 320901
TAMPA, FL 33679

STRAIGHT LINE ROOFING & CONTRUCTION
PORTER LAW GROUP, INC.
WILLIAM L. PORTER
7801 FOLSOM BLVD., SUITE 101
SACRAMENTO, CA 95826

AHM Omni 42 (9-11-09)

Jeff Barnes, Esq.
Las Vegas, Nevada office:
6655 West Sahara Avenue, Suite B200
Las Vegas, Nevada 89146

AHM Omni 42 (9-11-09)

Jeff Barnes, Esq.
W.J. Barnes, P. A. and
International Mediation Associates, Inc.
Boca Raton, Florida office:
1515 North Federal Highway, Suite 300
Boca Raton, Florida 33432