IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                 :
                                                :    Jointly Administered
        Debtors.                                :
-------------------------------------------------------------------x
```

## AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.    I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.    On June 10, 2009, I caused to be served the following:

a)    "Seventh Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," June 5, 2009 [Docket No. 7504], (the "Seventh Thirty First Omnibus Order")

b)    "Order Sustaining Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated June 5, 2009 [Docket No. 7505], (the "Thirty Fourth Omnibus Order"),

c)    "Order Sustaining Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated June 5, 2009 [Docket No. 7506], (the "Thirty Fifth Omnibus Order")

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes, delivered by first class mail as follows:

a)    the Seventh Thirty First Omnibus Order to those parties listed on the attached Exhibit A,

b)    the Thirty Fourth Omnibus Order to those parties listed on the attached <u>Exhibit B</u>, and

c)    the Thirty Fifth Omnibus Order to those parties listed on the attached <u>Exhibit C</u>.

3.    All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Angharad Bowdler

Sworn to before me this

16ᵗʰ day of June, 2009

Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6172079
QUALIFIED IN NASS COUNTY
COMMISSION EXPIRES 10-24-24

**EXHIBIT A**

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| ILOG, INC. | ATTN HARVEY A. STRICKON, PAUL HASTINGS, JANOFSKY & WALKER LLP, 75 EAST 55TH STREET, NEW YORK, NY 10022-3205 |
| LOTSOFF, BRETT S | 249 DENNIS LANE, GLENCOE, IL 600222180 |
| LYTWYN, P. PETER | 960 BERGER RD, EASTON, PA 18042 |
| PALMER, JERROLD | 1931 E RIDGEWOOD, GLENVIEW, IL 60025 |
| VIRGINIA HOUSING DEVELOPMENT AUTHORITY | C/O MCGUIREWOODS LLP, JOSEPH S. SHEERIN, ONE JAMES CENTER, RICHMOND, VA 23219 |

**Total Creditor Count 5**

**EXHIBIT B**

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| BEXAR COUNTY | DAVID G AELVOET, LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 711 NAVARRO STE 300, SAN ANTONIO, TX 78205 |
| BOARD OF COUNTY COMMISSIONERS OF | JOHNSON COUNTY, KANSAS, ATTN ROGER L TARBUTTON -LEGAL DEPT, 111 SOUTH CHERRY STREET, SUITE 3200, OLATHE, KS 66061 |
| BOSWELL, LORI A. | 2051 FAWN LN, BATAVIA, OH 45103 |
| CARLTON, BONNIE | 11918 FOX GLEN RD, CHARLOTTE, NC 28269 |
| CRITCHFIELD, STEPHEN | 10 WHITE TAIL LANE, BEDMINSTER, NJ 07921 |
| CUMBERLAND CO TAX COLLECTOR | PO BOX 449, FAYETTEVILLE, NC 28302-0449 |
| FRANCIS, DARLA M | 1308 RICHARD RD, NORTH HUNTINGDON, PA 15642 |
| GILMER COUNTY TAX COMMISISONER | ATTN REBECCA A MARSHALL, PO BOX 361, ELLIJAY, GA 30540 |
| GUYTON, JAMES | 220 PINE RIDGE LANE, MONTGOMERY, IL 60538 |
| GWINNETT COUNTY TAX COMMISSIONER | DEPARTMENT OF PROPERTY TAX, ATTN: WILLIAM HARPER, CLAIM PROCESSOR, P.O. BOX 372, LAWRENCEVILLE, GA 30046-0372 |
| HARRIS COUNTY | JOHN P DILLMAN, LINEBARGER GOGGAN BLAIR & SAMPSON LLP, PO BOX 3064, HOUSTON, TX 77253-3064 |
| HARRIS COUNTY, ET AL | JOHN P DILLMAN, LINEBARGER GOGGAN BLAIR & SAMPSON LLP, PO BOX 3064, HOUSTON, TX 77253-3064 |
| HERMAN, COREY L. | 73 GREEN FIELD ST, MANCHESTER, PA 17345 |
| HOMIC, KATHLEEN KIMBERLY | 801 ELDERSVILLE RD, BURGETTSTOWN, PA 15021 |
| IKON OFFICE SOLUTIONS | ATTN BANKRUPTCY TEAM, ACCOUNTS RECEIVABLE CENTER, 3920 ARKWRIGHT RD. - SUITE 400, MACON, GA 31210 |
| ILLINOIS DEPARTMENT OF REVENUE | BANKRUPTCY UNIT, 100 W RANDOLPH ST #7-400, ATTN TONI PRICE-MAYS RTS3, CHICAGO, IL 60601 |
| INTERTHINX, INC./SYSDOME, INC./ | APPINTELLIGENCE INC, C/O INSURANCE SERVICES OFFICE, INC., 545 WASHINGTON BLVD, JERSEY CITY, NJ 07310-1686 |
| KOHL, KRISTEN M. | 32 AUDLEY CIRCLE, PLAINVIEW, NY 11803 |
| LAROSA, VICTOR | 12910 E SUMMIT DR, SCOTTSDALE, AZ 85259 |
| MANATEE COUNTY | KEN BURTON JR CFC TAX COLLECTOR, PO BOX 25300, BRADENTON, FL 34206-5300 |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE | BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY 12205-0300 |
| NUECES COUNTY | DIANE W SANDERS, LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 1949 S IH 35 (78741) PO BOX 17428, AUSTIN, TX 78760-7428 |
| O'CALLAGHAN, DENISE | PO BOX 408, 4 HIGHLAND AVE, PEAPACK, NJ 07977 |
| ORANGE COUNTY TREASURER-TAX COLLECTOR | ATTN RATNA D BUTANI, DEPUTY, P.O. BOX 1438, SANTA ANA, CA 92702 |
| ORANGE COUNTY TREASURER-TAX COLLECTOR | ATTN BANKRUPTCY UNIT, P.O. BOX 1438,  ACCOUNT NO. BK0700337  SANTA ANA, CA 92703 |
| PUMA, CHRISTIAN | 50 CHEEMAUN TRAIL, RIDGE, NY 11961 |
| RICHLAND COUNTY TREASURY | ATTN DAVID A ADAMS-RICHLAND, TREASURER, POST OFFICE BOX 11947, COLUMBIA, SC 29211 |
| ROANOKE COUNTY TREASURER | F KEVIN HUTCHINS, PO BOX 21009, ROANOKE, VA 24018 |
| RUTHERFORD COUNTY TRUSTEE | ATTN TEB BATEY, PO BOX 1316, MURFREESBORO, TN 37133-1316 |
| SCOTTO, ANTHONY | 59 34 50TH AVE, WOODSIDE, NY 11377 |
| STATE BOARD OF EQUALIZATION | ATTN AMY E EVERSON, AUTHORIZED REP, SPECIAL PROCEDURES SECTION, MIC:55, PO BOX 942879, SACRAMENTO, CA 94279-0055 |
| STATE OF CALIFORNIA | FRANCHISE TAX BOARD, SPECIAL PROCEDURES SECTION, PO BOX 2952, SACRAMENTO, CA 95812-2952 |
| TAKACS, JENNIFER | 11 JOHNSON AVE, EAST MORICHES, NY 11940 |
| TENNESSEE DEPARTMENT OF REVENUE | ATTN WILBUR E HOOKS, C/O ATTORNEY GENERAL, PO BOX 20207, NASHVILLE, TN 37202-0207 |
| VAN EYKEN, DIANNE | 684 COUNTY LINE RD, AMITYVILLE, NY 11701 |
| VASQUEZ, ARACELI | 11205 W ATLANTIC, BLVD K305, CORAL SPRINGS, FL 33071 |

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| WOOD COUNTY SHERIFF | PO BOX 1985, PARKERSBURG, WV 26102 |

**Total Creditor Count 37**

# EXHIBIT C

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ANGELINA COUNTY | JOHN P DILLMAN,LINEBARGER GOGGAN BLAIR & SAMPSON LLP,PO BOX 3064, HOUSTON, TX 77253-3064 |
| BAKER, LAYCE | 7519 CEDAR DR., CITRUS HEIGHTS, CA 95610 |
| BAKER, LAYCE | 6335 NACHEZ CT, CITRUS HTS, CA 956215219 |
| BAKER, LAYCE PATRICIA | 7519 CEDAR DRIVE, ACCOUNT NO. 3940  CITRUS HEIGHTS, CA 95610 |
| BEXAR COUNTY | DAVID G. AELVOET,LINEBARGER GOGGAN BLAIR & SAMPSON LLP,711 NAVARRO STE 300, SAN ANTONIO, TX 78205 |
| CDR OF SOUTHWEST FLORIDA LLC | ATTN CAROL J. D. - MGR. /MEMBER,950 TAMIAMI TRL UNIT 101, PT CHARLOTTE, FL 339533102 |
| COPPELL ISD | ELIZABETH WELLER,LINEBARGER BOGGAN BLAIR & SAMPSON LLP,2323 BRYAN ST STE 1600, ACCOUNT NO. 99060613940000000  DALLAS, TX 75201-2691 |
| COPPELL ISD - ELIZABETH WELLER, | MICHAEL W. DEEDS, & LAURIE A. SPINDLER,LINEBARGER GOGGAN BLAIR & SAMPSON LLP,2323 BRYAN ST STE 1600, DALLAS, TX 75201 |
| DALLAS COUNTY | ELIZABETH WELLER,LINEBARGER BOGGAN BLAIR & SAMPSON LLP,2323 BRYAN ST STE 1600, ACCOUNT NO. 99060613940000000  DALLAS, TX 75201-2691 |
| DALLAS COUNTY - ELIZABETH WELLER | MICHAEL W. DEEDS, & LAURIE A. SPINDLER,LINEBARGER GOGGAN BLAIR & SAMPSON LLP,2323 BRYAN ST STE 1600, DALLAS, TX 75201-2691 |
| DENNIS, DENNIS J. | 12 WILDFLOWER TRAIL, ROBBINSVILLE, NJ 08691 |
| EMC CORPORATION | ATTN PHYLLIS A HAYES, RMS, AGENT,C/O RECEIVABLE MANAGEMENT SERVICES (RMS),PO BOX 5126, TIMONIUM, MD 21094 |
| FULTON COUNTY TAX COMMISSIONER | 141 PRYOR ST SUITE 1113, ATLANTA, GA 30303 |
| GOMEZ, ROLAND | 12422 S HAROLD, PALOS HEIGHTS, IL 60463 |
| HARDIN COUNTY | ATTN RYAH A. ZERBY, ASST PROSECUTOR,1 COURTHOUSE SQ.,STE 230, KENTON, OH 43326 |
| HARRIS COUNTY, ET AL | JOHN P DILLMAN,LINEBARGER GOGGAN BLAIR & SAMPSON LLP,PO BOX 3064, HOUSTON, TX 77253-3064 |
| HART, WILLIAM H. | 6927 WORCESTER DR, SPRING, TX 77379 |
| HENN, MELANIE A | 1082 HUMMINGBIRD CT, COLORADO SPRINGS, CO 80921 |
| HERMAN, COREY L. | 73 GREEN FIELD ST, MANCHESTER, PA 17345 |
| HOPKINS, CARA B | 23601 TORERO,CIRCLE, MISSION VIEJO, CA 92691 |
| IMWOLD, DONALD J. | 1109 LONGBROOK ROAD, LUTHERVILLE, MD 21093 |
| INTERTHINX, INC. / SYSDOME, INC./ | APPINTELLIGENCE INC / ISO, INC LAW DEPT,ATTN KENNETH E. THOMPSON, SECRETARY,545 WASHINGTON BLVD, JERSEY CITY, NJ 07310 |
| JOHNSON, ALISA | 7921 WOODCREEK LN, FORT WAYNE, IN 46815 |
| LEE COUNTY TAX COLLECTOR | CATHERINE M. CURTIS,C/O LEGAL DEPARTMENT,PO BOX 850, FORT MYERS, FL 33902-0280 |
| LONG ISLAND LIGHTING COMPANY DGA LIPA | ELISA M PUGLIESE, ESQ,175 E OLD COUNTRY RD, HICKSVILLE, NY 11801 |
| LUKE, JENNIFER | 190-18 CROCHERON,AVE, FLUSHING, NY 11358 |
| MCINTOSH COUNTY | ATTN WANDA G NELSON, TAX COMMISSIONER,MCINTOSH CO TAX OFC,PO BOX 571, DARIEN, GA 31305 |
| MEADOR, SANDRA | 1560 SPRINGFIELD DR, VINTON, VA 24179 |
| MILLER, GLENWOOD D. | 6309 GLENWOOD RD., OMAHA, NE 68132 |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE | BANKRUPTCY SECTION,PO BOX 5300, ALBANY, NY 12205-0300 |
| NETWORK TELEPHONE CORPORATION | DBA CAVALIER TELEPHONE,C/O R LEE GRANT JR,2134 W LABURNUN AVE, RICHMOND, VA 23227 |
| NEVADA DEPARTMENT OF TAXATION | ATTN BANKRUPTCY SECTION,555 E WASHINGTON AVE #1300,  ACCOUNT NO. 1558  LAS VEGAS, NV 89101 |
| NEW YORK STATE DEPARTMENT OF TAXATION | AND FINANCE,BANKRUPTCY SECTION,PO BOX 5300, ALBANY, NY 12205-0300 |
| NUECES COUNTY - ATTN:DIANE W. SANDERS | LINEBARGER GOGGAN BLAIR & SAMPSON LLP,THE TERRACE II, 2700 VIA FORTUNA DR.,SUITE 400, PO BOX 17428, AUSTIN, TX 78760-7428 |
| OHIO DEPARTMENT OF TAXATION | ATTORNEY GENERAL, COLLECTION ENFORCEMENT,150 E. GAY STREET, 21ST FLOOR, COLUMBUS, OH 43215 |
| OHIO DEPARTMENT OF TAXATION | STATE OF OHIO,30 EAST BROAD STREET, COLUMBUS, OH 43215 |

# AMERICAN HOME MORTGAGE HOLDINGS, INC

## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| OHIO DEPARTMENT OF TAXATION | ATTORNEY GENERAL OF THE STATE OF OHIO, C/O REBECCA DAUM, OHIO DEPARTMENT OF TAXATION, 150 E. GAY STREET, 21ST FLOOR, COLUMBUS, OH 43215 |
| OHIO DEPARTMENT OF TAXATION | REBECCA L DAUM, ATTORNEY-BANKRUPTCY DIVISION, PO BOX 530, COLUMBUS, OH 43216-0530 |
| OHIO DEPARTMENT OF TAXATION | REBECCA L DAUM, ATTORNEY-BANKRUPTCY DIVISION, OHIO DEPARTMENT OF TAXATION, PO BOX 530, COLUMBUS, OH 43216-0530 |
| ORANGE COUNTY TREASURER-TAX COLLECTOR | ATTN BANKRUPTCY UNIT, P.O. BOX 1438,  ACCOUNT NO. BX0700337  SANTA ANA, CA 92702 |
| POLENZANI BENEFITS & INSURANCE SERVICES, | INC.  PROFIT SHARING TRUST DTD 1/01/00, POLENZANI, THOMAS A. & ELIZABETH, TTEES, 2580 DEODAR CIRCLE, PASADENA, CA 91107 |
| R.I. DIVISION OF TAXATION | ATTN DAVID M SULLIVAN, TAX ADMINISTRATOR, ONE CAPITOL HILL, PROVIDENCE, RI 02908 |
| RASMUSSEN, JAN | 58 CARSON, IRVINE, CA 92620 |
| REMAX | ATTN: DENNIS FOX, 3400 CALLOWAY DR. # 800, BAKERSFIELD, CA 93312 |
| RICHMOND, DEBORAH | 5063 HAVENSIDE DR, HILLIARD, OH 43026 |
| ROCKPORT TOWN | ATTN ROBERT JOSEPHSON, TREASURER, P.O. BOX 150, ROCKPORT, MA 01966 |
| SAN DIEGO COUNTY TREASURER | DAN MCALLISTER - TAX COLLECTOR, 1600 PACIFIC HIGHWAY, ROOM 162, SAN DIEGO, CA 92101 |
| SAN DIEGO COUNTY TREASURER | SAN DIEGO COUNTY TREASURER-TAX COLLECTOR, ATTN: BANKRUPTCY DESK, 1600 PACIFIC HIGHWAY, ROOM 162, SAN DIEGO, CA 92101 |
| SHORE, JEFFREY | 2265 BOTANICA CIRCLE, WEST MELBOURNE, FL 32904 |
| ST. TAMMANY PARISH COUNTY, LOUISIANA | ST. TAMMANY PARISH, TAX COLLECTOR, P O BOX 608, COVINGTON, LA 70434-0608 |
| STATE OF CALIFORNIA | FRANCHISE TAX BOARD, SPECIAL PROCEDURES SECTION, PO BOX 2952, SACRAMENTO, CA 95812-2952 |
| STATE OF NEW JERSEY | ANNE MILGRAM, ATTORNEY GENERAL OF NEW JERSEY, RICHARD J. HUGHES COMPLEX, PO BOX 106, TRENTON, NJ 08625-0106 |
| STATE OF NEW JERSEY | ANNE MILGRAM, ATTORNEY GENEERAL OF NEW JERSEY, RICHARD J HUGHES COMPLEX, PO BOX 106, TRENTON, NJ 08625-0106 |
| STATE OF NEW JERSEY | MICHAEL READING, AUTHORIZED AGENT, DIVISION OF TAXATION-COMPLIANCE ACTIVITY, PO BOX 245, TRENTON, NJ 08646 |
| STATE OF NEW JERSEY | DIVISION OF TAXATION, COMPLIANCE ACTIVITY PO BOX 245, MICHAEL READING AUTHORIZED AGENT, TRENTON, NJ 08646 |
| SUTTER COUNTY TAX COLLECTOR | ATTN JIM STEVENS, TREASURER TAX COLLECTOR, PO BOX 546, YUBA CITY, CA 95992 |
| SWEARINGEN REALTY GROUP, LLC | ATTN GRANVILLE JENKINS, 5950 BERKSHIRE LANE, # 700, DALLAS, TX 75225 |
| TARRANT COUNTY | WELLER, ELIZABETH, LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2323 BRYAN ST STE 1600, DALLAS, TX 75201 |
| TARRANT COUNTY | ELIZABETH WELLER, LINEBARGER BOGGAN BLAIR & SAMPSON LLP, 2323 BRYAN ST STE 1600, ACCOUNT NO. 00011705485  DALLAS, TX 75201-2691 |
| TENNESSEE DEPARTMENT OF REVENUE | ATTN WILBUR E HOOKS, C/O ATTORNEY GENERAL, PO BOX 20207, NASHVILLE, TN 37202-0207 |
| TOMLINSON, SEAN | 11914 WASHINGTON ST, PEMBROKE PNES, FL 330255750 |
| TOWN OF POMFRET | PAMELA S. LEWERENZ, CCMC TAX COLLECTOR, PO BOX 286, POMFRET CENTER, CT 06259 |
| TOWN OF POMFRET | TAX COLLECTOR, PO BOX 286, POMFRET CENTER, CT 06259 |
| TULSA COUNTY TREASURER | J. DENNIS SEMLER, 500 S DENVER, TULSA, OK 74103 |
| WA STATE DEPT. OF LABOR & INDUSTRIES | ATTN PAULA ROMINES, REVENUE AGENT, BANKRUPTCY UNIT, PO BOX 4170, OLYMPIA, WA 98504-4170 |

**Total Creditor Count 65**