IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x

In re:

American Home Mortgage Holdings, Inc., *et al*[1]

    Debtors.

Chapter 11

Case No. 07-11047 (CSS)
Jointly Administered

Ref. No. 8967

---------------------------------------------------------------------x

**CERTIFICATION OF COUNSEL WITH RESPECT TO ORDER APPROVING
INTERIM FEE REQUEST REGARDING HAHN & HESSEN LLP**

On or about June 29, 2010, Hahn & Hessen LLP ("H&H") co-counsel to the Official Committee of Unsecured Creditors filed its tenth interim quarterly fee request [Docket No. 8967] (the "Interim Fee Request").  Pursuant to the Interim Fee Request, Hahn & Hessen LLP requested the Court to enter an order authorizing and approving interim quarterly allowance of compensation and reimbursement of expenses for its Tenth Interim Fee Applications filed during the quarterly period covering November 1, 2009 through and including January 31, 2010.

As no objections to the Interim Fee Request were filed, attached hereto as Exhibit 1 is a proposed form of order (the "Proposed Order") approving the Interim Fee Request. The Official Committee of Unsecured Creditors respectfully request the Court to enter the Proposed Order at its earliest convenience without further notice of hearing.

---

[1] The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

Dated: Wilmington, Delaware
      August 2, 2010

                BLANK ROME LLP

                /s/ Bonnie Glantz Fatell
                Bonnie Glantz Fatell (No. 3809)
                David W. Carickhoff (No. 3715)
                1201 Market Street, Suite 800
                Wilmington, Delaware 19801
                Telephone: (302) 425-6400
                Facsimile: (302) 425-6464

                And

                Mark S. Indelicato
                Hahn & Hessen LLP
                488 Madison Avenue
                New York, NY 10022
                Telephone: (212) 478-7200
                Facsimile: (212) 478-7400

                Co-Counsel to the Official Committee of Unsecured
                Creditors of American Home Mortgage, Inc., et al.