## EXHIBIT 1

Proposed Order

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

In re:                                                    Chapter 11

American Home Mortgage Holdings, Inc., *et al*[2]         Case No. 07-11047 (CSS)
                                                          Jointly Administered
                    Debtors.
                                                            Ref. No. 8967

------------------------------------------------------------x

## ORDER APPROVING INTERIM FEE REQUEST REGARDING
## HAHN & HESSEN LLP

Upon consideration of the interim fee request ("Fee Request") of Hahn & Hessen LLP, for

allowance of compensation and reimbursement of expenses (the "Application"); and it appearing to

the Court that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the

United States Code (the "Bankruptcy Code"), as well as Rule 2016 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), have been satisfied; and it further appearing that

the fees and expenses incurred were reasonable and necessary; and that the notice of the Fee

Request was appropriate; and after due deliberation and sufficient good cause appearing therefore it

is hereby

ORDERED, that the Fee Request is hereby APPROVED in the amounts set forth in Exhibit

A; and it is further ORDERED, that Hahn & Hessen LLP is granted interim allowance of

compensation in the amounts set forth on Exhibit A; and it is further

ORDERED, that Hahn & Hessen LLP is allowed, on an interim basis, the reimbursement of

reasonable and necessary expenses in the amounts set forth on Exhibit A; and it is further

---

[2] The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment
Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home
Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak
Abstract Corp.

ORDERED, that the Debtors are authorized and directed to remit payment to Professionals in the amounts set forth on Exhibit A, less all amounts previously paid on account of such fees and expenses.

Dated: August __,2010
Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge

**Exhibit A**

**Tenth Interim Fee Application for Hahn & Hessen, LLP as Co- Counsel for the Official Committee of Unsecured Creditors [Doc. No. 8967]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested |
|---|---|---|
| 11/1/2009-11/30/2009<br>4/30/2010<br>8816 | $165,166.50 | $1,781.83 |
| 12/1/2009-12/31/2009<br>4/30/2010<br>8817 | $128,532.00 | $2,376.11 |
| 1/1/2010-1/31/2010<br>6/29/2010<br>8966 | $137,410.50 | $2,722.14 |
| **Total:** | **$431,109.00** | **$6,880.08** |