IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------x
In re:                                          :     Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :     Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                 :
                                                :     Jointly Administered
        Debtors.                                :
-------------------------------------------------------------------x     Ref. Docket Nos. 9018 & 9019
```

## AFFIDAVIT OF MAILING

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

SENA SENGUN, being duly sworn, deposes and says:

1.      I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.      On July 16, 2010, I caused to be served the:

   a)   "Notice of Debtors' Sixtieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated July 16, 2010, to which was attached the "Debtors' Sixtieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated July 16, 2010 [Docket No. 9018] (the "Sixtieth Omnibus Notice"), and

   b)   "Notice of Debtors' Sixty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated July 16, 2010, to which was attached the "Debtors' Sixty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated July 16, 2010 [Docket No. 9019] (the "Sixty-First Omnibus Notice"),

by causing true and correct copies of:

   i.   the Sixtieth Omnibus Notice, to be enclosed securely in separate postage pre-paid envelopes to be delivered by first class mail to those parties listed on the annexed Exhibit A, and

    ii.   the Sixty-First Omnibus Notice, to be enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Sena Sengun

Sworn to before me this
19th day of July, 2010

_____
Notary Public

```
PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014
```

**EXHIBIT A**

AMERICAN HOME MORTGAGE
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BECKMAN, DENISE | 274 OLD COMMACK RD KINGS PARK NY 11754 |
| CITY OF SAN DIEGO, THE | DELINQUENT ACCOUNT COLLECTIONS PROGRAM OFFICE OF THE CITY TREASURER 1010 SECOND AVENUE SIXTH FLOOR WEST WING SAN DIEGO CA 92101-4904 |
| CLEVELAND COUNTY TREASURER | 201 S JONES SUITE 100 NORMAN OK 73069 |
| LASALLE BANK NATIONAL ASSOCIATION | AMELIA M. CHARAMBA, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| LASALLE BANK NATIONAL ASSOCIATION | AMELIA M. CHARAMBA, ESQ. NIXON PEABOSY LLP 100 ASUMMER STREET BOSTON MA 02110 |
| LASALLE BANK NATIONAL ASSOCIATION | ATTN RITA LOPEZ, VICE PRESIDENT C/O GLOBAL SECURITIES AND TRUST SERVICES 135 SOUTH LASALLE STREET, STE 1511 CHICAGO IL 60603 |
| LASALLE BANK NATIONAL ASSOCIATION | ATN RITA LOPEZ, VICE PRESIDENT C/O GLOBAL SECURITIES AND TRUST SERVICES 135 SOUTH LASALLE STREET, STE 1511 CHICAGO IL 60603 |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE | BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 |

**Total Creditor count  8**

**EXHIBIT B**

AMERICAN HOME MORTGAGE
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BROWARD COUNTY, DEPT. OF FINANCE | ATTN HOLLIE N HAWN, ASST COUNTY ATTY REVENUE COLL DIV, GOVERNMENTAL CTR ANNEX 115 S ANDREWS AVENUE FORT LAUDERDALE FL 33301 |
| CANNON, JAMIN P. | ANDREW D. NEUHAUSER, ESQ. 520 MADISON AVE., STE. 740 TOLEDO OH 43604 |
| CANNON, JAMIN P. | 526 SPRING GROVE AVENUE TOLEDO OH 43605 |
| KRISTIN JACOBSON APPRAISAL COMPANY | ATTN KRISTIN JACOBSON, OWNER 15 W SECOND ST MORGAN HILL CA 95037 |

**Total Creditor count  4**