IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------- x
In re:                                                                  :   Chapter 11
                                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                  :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                      :
                                                                        :   Jointly Administered
        Debtors.                                                        :
                                                                        :   Ref. No. 9019
----------------------------------------------------------------------- x

**NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM REGARDING DEBTORS' SIXTY FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

PLEASE TAKE NOTICE that the American Home Mortgage Holdings, Inc., et al., (the "Debtors") have delivered to Chambers copies of the proofs of claim, along with all of the attachments, that are the subject of the Debtors' Sixty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  (the "Objection") [Docket No. 9019]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Dated: Wilmington, Delaware
       August 2, 2010

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Michael S. Neiburg
                Sean M. Beach (No. 4070)
                Margaret Whiteman Greecher (No. 4652)
                Michael S. Neiburg (No. 5275)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Counsel for Debtors and Debtors in Possession