UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AMERICAN HOME MORTGAGE HOLDINGS <br> INC., a Delaware corporation, *et al.*, <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 07-11047 (CSS) <br> ) <br> ) Jointly Administered <br> ) <br> ) <br> ) |

### REQUEST TO BE REMOVED FROM THE MAILING LIST AND THE E-NOTIFICATION LIST

Please remove Darrell M. Daley, Esq., counsel for Corporate Express Office Products, Inc., from the mailing list and the e-notification list in this bankruptcy proceeding.

Dated:   July 29, 2010

FAEGRE & BENSON LLP

_____
Darrell M. Daley
1900 – 15th Street
Boulder, CO 80302
Phone: (303) 447-7700
Fax: (303) 447-7800
ddaley@faegre.com

*Attorneys for Corporate Express Office Products, Inc.*

fb.us.5406933.01