IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
------------------------------------------------------------------------x   Ref. Docket Nos. 8997-8998

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK     )
                                           ) ss.:
COUNTY OF NEW YORK  )

SENA SENGUN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 27, 2010, I caused to be served the:

    a) "Order Resolving Debtors' Thirteenth Omnibus (Substantive) Objection to Claims with Respect to Claim No. 5237," dated July 12, 2010 [Docket No. 8997] (the "Thirteenth Omnibus Order"), and

    b) "Stipulated Order Regarding Debtors' Fifty-Seventh Omnibus (Substantive) Objection to Claims with Respect to Claim Number 8158 Filed by Morgan Stanley Market Products, Inc.," dated July 12, 2010 [Docket No. 8998] (the "Fifty-Seventh Omnibus Order"),

    by causing true and correct copies of:

    i.  the Thirteenth Omnibus Order, to be enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit A, and

    ii. the Fifty-Seventh Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Sena Sengun

Sworn to before me this
28th day of July, 2010

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

**EXHIBIT A**

**AHM 13th Obj. 7/27/10**

LUCAS, JOHN
20 TEAL POND RD
NARRAGANSETT, RI 02882-5323

**EXHIBIT B**

**AHM 57th Obj. 7/27/10**

MORGAN STANLEY MARKET PRODUCTS INC
C/O MORGAN STANLEY & CO., INC
ATTN: RICHE MCKNIGHT, ESQ
1633 BROADWAY 25TH FLOOR
NEW YORK, NY 10019

**AHM 57th Obj. 7/27/10**

MORGAN STANLEY MARKET PRODUCTS INC
C/O STROOCK STROOCK & LAVAN LLP
ATTN: HAROLD A OLSEN, ESQ
180 MAIDEN LANE
NEW YORK, NY 10038