IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, ) | Jointly Administered |
| et al., ) | |
| ) | |
| Debtors. ) | |
| ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Thomas G. Macauley, hereby certify that on this 3rd day of August 2010, the "Official Borrowers Committee's and Certain Individual Borrowers' Motion To Allow Borrowers to Pursue Discovery in Furtherance of Claims and Defenses Against Non-Debtor Third Parties and, If Necessary, For Relief From The Automatic Stay, and Request For Inspection of Debtors' Documents and Examinations Concerning Debtors' Records Pursuant to Federal Rule of Bankruptcy Procedure 2004" was sent by regular first class mail, postage prepaid, to the following parties:

William G. Wright, Esquire
John Weaver, Esquire
Farr, Burke, Gambacorta & Wright
Atrium 1, Suite 401
1000 Atrium Way, Box 669
Mount Laurel, NJ 08054

Patrick J. Reilley, Esquire
Cole, Schotz, Meisel, Forman &
  Leonard, P.A.
500 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Lisa C. McLaughlin, Esquire
Stephen W. Spence, Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

2663908.1

Dated: Wilmington, Delaware
      August 3, 2010

                ZUCKERMAN SPAEDER LLP

                _____
                Thomas G. Macauley (ID No. 3411)
                919 Market Street, Suite 990
                P.O. Box 1028
                Wilmington, DE 19899
                Telephone: (302) 427-0400
                **Facsimile: (302) 427-8242**

                Counsel to the Official Committee of Borrowers

2663908.1