IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------------x
In re:                                                :        Chapter 11
                                                      :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                 :        Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                       :
                                                      :        Jointly Administered
          Debtors.                                    :
-----------------------------------------------------------------------x

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

SIDNEY GARABATO, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 10, 2009, I caused to be served the following:

    a)      "Order Sustaining Debtors' Twenty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated January 13, 2009 [Docket No. 6840] (the "Twenty Sixth Omnibus Order"),

    b)      "Ninth Order Sustaining Debtors' Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 8, 2009 [Docket No. 8024] (the "Ninth Fifteenth Omnibus Order"),

    c)      "Fourth Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 8, 2009 [Docket No. 8025] (the "Fourth Nineteenth Omnibus Order"),

    d)      "Second Order Sustaining Debtors' Twenty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 8, 2009 [Docket No. 8026] (the "Second Twenty First Omnibus Order"),

e) "Second Order Sustaining Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 8, 2009 [Docket No. 8027] (the "Second Thirty Fifth Omnibus Order"),

f) "Second Order Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 8, 2009 [Docket No. 8028] (the "Second Thirty Seventh Omnibus Order"),

g) "Seventh Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 8, 2009 [Docket No. 8029] (the "Seventh Thirteenth Omnibus Order"),

h) "Order Sustaining Debtors' Forty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 8, 2009 [Docket No. 8031] (the "Forty First Omnibus Order"),

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail as follows:

a) the Twenty Sixth Omnibus Order to those parties listed on the annexed <u>Exhibit A</u>,

b) the Ninth Fifteenth Omnibus Order to those parties listed on the annexed <u>Exhibit B</u>,

c) the Fourth Nineteenth Omnibus Order to those parties listed on the annexed <u>Exhibit C</u>,

d) the Second Twenty First Omnibus Order to those parties listed on the annexed <u>Exhibit D</u>,

e) the Second Thirty Fifth Omnibus Order to those parties listed on the annexed <u>Exhibit E</u>,

f) the Second Thirty Seventh Omnibus Order to those parties listed on the annexed <u>Exhibit F</u>,

g) the Seventh Thirteenth Omnibus Order to those parties listed on the annexed <u>Exhibit G</u>, and

h) the Forty First Omnibus Order to those parties listed on the annexed <u>Exhibit H</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sidney Garabato

Sworn to before me this

_____ day of September, 2009

Notary Public _____

**EXHIBIT A**

AMERICAN HOME MORTGAGE HOLDINGS INC.
DEBTORS' 26TH OMNIBUS OBJECTION

| Name | Address |
|------|---------|
| ADVANTAGE APPRAISAL SERVICES | ATTN THOMAS R. RUDOFSKI, PRESIDENT 4786 JUNIPER DR. COMMERCE MI 48382 |
| ANDERS APPRAISAL ASSOC., INC. | ATTN ALLEN KENT ANDERS, PRES/DIRECTOR 9414 OLD GEORGETOWN ROAD BETHESDA MD 20814 |
| AVAYA INC. | C/O RMS BANKRUPTCY SERVICES P.O. BOX 5126 TIMONIUM MD 21094 |
| BORDIGNON, VICTORIA | C/O CHRISTIAN P. PORTER, ESQ. 841 BISHOP STREET, SUITE 2125 HONOLULU HI 96813 |
| BOTTOM, DARYL L. | 15745 SNODGRASS WAMEGO KS 66547 |
| BOYLE, BEVERLY | 32 HEMLOCK DRIVE PARLIN NJ 08859 |
| BRYAN, WILLIAM | PO BOX 11664 CLAYTON MO 63105 |
| BUTTERWORTH, SHANNON | 672 WEDGEWOOD DR WOODSTOCK GA 301896818 |
| CARDNER, JEANINE H. | 2024 KENNY COURT LEWISVILLE TX 75067 |
| CARRELLI, ANTHONY | 114 SOPHIA MARIE CV. SANFORD FL 32771 |
| CHAKRABORTY, RABIN K. | 247 GOLF COURSE ROAD AMSTERDAM NY 12010 |
| CHOCTAW COUNTY | P. O. BOX 907 ACKERMAN MS 39735 |
| CHOICE ONE REAL ESTATE | ATTN WENDY EISNAUGLE, BIC 117A E REED ST ANDERSON SC 296242343 |
| CITY OF PROVIDENCE, KENTUCKY | C/O RICHARD E. PEYTON FRYMIRE EVANS PEYTON TEAGUE & CARTWRIGHT PO BOX 695 MADISONVILLE KY 42431-0695 |
| CLAUSS, HELMUT | KLOSTERBUSCH 22 MUENSTER  48167 GERMANY |
| COMSYS SERVICES LLC | ATTN CHANDLER YELTON, DIRECTOR A/R PO BOX 60260 CHARLOTTE NC 28260 |
| COUNTY OF BASTROP | MICHAEL REED MCCREARY VESELKA BRAGG & ALLEN, P.C. 700 JEFFREY WAY, SUITE 100- PO BOX 1269 ROUND ROCK TX 78680 |
| COUNTY OF BASTROP | MICHAEL REED MCCREARY VESELKA BRAGG & ALLEN, P.C. 700 JEFFREY WAY, SUITE 100- PO BOX 1269 ROUND ROCK TX 78680 |
| CUNNINGHAM, JULIE A. | 2615 CREST AVENUE CHEVERLY MD 20785 |
| DOMANTAY, JOHN | PO BOX 116 FRANKLIN PARK IL 601310116 |
| DUARTE, DEBORAH | 504 MARTHA AVE BELLPORT NY 11713 |
| ELMORE, BRIAN A. | 66 CLARK STREET DOWNSVILLE NY 13755 |
| FIELD, JEFF | 54 GRANT AVENUE ISLIP NY 11751 |
| FINZEL, ROBERT B. | 9362 BRUNELLO CT BAKERSFIELD CA 93314 |
| FISHMAN, BRIAN | 1695 PORTAGE PASS DEERFIELD IL 60015 |
| FRAMINGHAM TOWN | ATTN DENNIS E ONEIL, TREASURER COLLECTOR 150 CONCORD ST. RM 109 FRAMINGHAM MA 01702 |
| GIACHETTI, JENNIFER | 170 TYRCONNELL AVE MASSAPEQUA PARK NY 11762 |
| GIBSON COUNTY | ATTN SALLY TAYLOR, DEPUTY TRUSTEE PO BOX 259 TRENTON TN 38382 |
| GRIFFIN, SILJA H. | 5542 33RD AVENUE NORTHEAST SEATTLE WA 98105 |
| GRUNDY, GARY AND KAREN R | JTWROS 9552 NORWAY HILLS TRAIL LAKEVILLE MN 55044 |
| GRUNDY, GARY L. | 9552 NORWAY HILLS TRAIL LAKEVILLE MN 55044 |
| GRUNDY, KAREN R. | 9552 NORWAY HILLS TRAIL LAKEVILLE MN 55044 |
| HARRIS, STEPHEN | 9560 LITZSINGER LADUE MO 63124 |
| HARTLINE, DONALD R AND LOIS P, TTEES | U/A DTD 03/21/01 FOR DONALD HARTLINE REV TRUST 3221 GRAND AVE APT 7 DES MOINES IA 50312-4129 |
| HEIDBRINK, WILLIAM & CATHERINE | 359 BLUFF VIEW CIRCLE SAINT LOUIS MO 63129 |
| HERTLING, SHANNON | C/O RONALD S COOK ESQ 180 E MAIN ST STE 308 SMITHTOWN NY 11787 |
| HINSHAW, ELIZABETH M (LIZ) | 25 PACIFICA NUMBER 6237 IRVINE CA 92618 |
| HOLDEN APPRAISAL | ATTN PATRICK A. HOLDEN 7735 WINDSOR DRIVE DUBLIN OH 43016-4465 |
| HOLLEY, TORREY | 3354 RODERDALE RD NUMBER 638 HOUSTON TX 77042 |
| HORRACH, MARISOL | 1198 ROYAL GLEN DRIVE #312B GLEN ELLYN IL 60137 |
| HUSSER, CAROL | 933 ARVLE CIRCLE SYCAMORE IL 60178 |
| HUSSER, CAROL C. | 933 ARVLE CIRCLE SYCAMORE IL 60178 |
| INMAN, MICHAEL P. | 1209 GREEN MOUNTAIN DRIVE LITTLE ROCK AR 72211-2421 |
| KESSLER SIGN CO. | 2669 NATIONAL RD. PO BOX 785 ZANESVILLE OH 43702-0785 |
| KISIEL, FRED A. & JUDITH A. | 1477 TURQUOISE DREIVE CARLSBAD CA 92011-1245 |
| KISIEL, FREDERICK A., TTEE | 1477 TURQUOISE DRIVE CARLSBAD CA 92011-1245 |
| KRISTIN JACOBSON APPRAISAL COMPANY | ATTN KRISTIN JACOBSON, OWNER 15 W SECOND ST MORGAN HILL CA 95037 |
| L.A. COUNTY TREASURER AND TAX COLLECTOR | PO BOX 54110 LOS ANGELES CA 90051-0110 |
| LAW OFC OF KEITH S. SHAW & ASSOCIATES, | LLC ATTN KEITH S. SHAW, ITS MANAGING MEMBER 1160 SILAS DEANE HIGHWAY WETHERSFIELD CT 06109 |
| LAWRENCE APPRAISAL GROUP HAWAII, INC. | 308 KAMEHAMEHA AVENUE, SUITE PH-3 HILO HI 96720 |
| LESELROD, MICHAEL | C/O RONALD S COOK ESQ 180 E MAIN ST STE 308 SMITHTOWN NY 11787 |
| LEVINE, STEWART | 10 BERKLEY PLACE COLTS NECK NJ 07722-2031 |
| LICKO, CLIFFORD W. | IRA E*TRADE CUSTODIAN 17 AVENIDA FIORI HENDERSON NV 89011 |
| LOS ANGELES COUNTY TREASURER & TAX COLL | REVENUE AND ENFORCEMENT PO BOX 54110 LOS ANGELES CA 90054-0110 |
| LOS ANGELES COUNTY TREASURER AND | TAX COLLECTOR ATTN DICH DO PO BOX 54110 LOS ANGELES CA 90051-0110 |
| LOUIS STAYER LIVING | 4340 SEQUOYAH ROAD OAKLAND CA 94605 |

TIME: 16:13:46
DATE: 09/15/09

Case 07-11047-CSS    Doc 9079    Filed 08/04/10    Page 6 of 21
AMERICAN HOME MORTGAGE HOLDINGS, INC.
DEBTORS' 26TH OMNIBUS OBJECTION

PAGE:    2

| Name | Address |
|------|---------|
| LUEPKE, KATHLEEN | 5405 HEATHERBLUFF CT SAINT LOUIS MO 63128 |
| MARIN COUNTY TAX COLLECTOR | P.O. BOX 4220 SAN RAFAEL CA 94913 |
| MARION TWP 145 | ATTN GUDREY RUKOWSKY, SUPERVISOR 10925 SOUTH MERRILL ROAD BRANT MI 48614 |
| MCCARTHY, JOHN | 4610 PERSHING PLACE SAINT LOUIS MO 63108 |
| MCCOLLOUGH KEYS, JUANITA A | 3520 SARGEANT DR CHARLOTTE NC 28217 |
| MERZBACK, WILLIAM R & LARRISA | 3565 WONDER VIEW DR LOS ANGELES CA 90068-1537 |
| MONTGOMERY COUNTY | CAROLYN RICE, TREASURER 451 W. THIRD ST. DAYTON OH 45422 |
| MONTGOMERY COUNTY | JOHN P. DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON, LLP PO BOX 3064 HOUSTON TX 77253-3064 |
| MONTGOMERY COUNTY | JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON TX 77253-3503 |
| MONTGOMERY COUNTY | CAROLYN RICE TREASURER 451 W THIRD ST DAYTON OH 45422 |
| MONTGOMERY COUNTY | CAROLYN RICE TREASURER 451 W THIRD ST DAYTON OH 45422 |
| MONTGOMERY COUNTY | CAROLYN RICE TREASURER 451 W THIRD ST DAYTON OH 45422 |
| MONTGOMERY COUNTY | CAROLYN RICE TREASURER 451 W THIRD ST DAYTON OH 45422 |
| MONTGOMERY COUNTY | CAROLYN RICE TREASURER 451 W THIRD ST DAYTON OH 45422 |
| MOREEN, ANN T. | 22996 ASHWOOD LAKE FOREST CA 92630 |
| NATER, CARL J | 5 DENISE ST MASSAPEQUA NY 11758 |
| ORBACZ, JEFFREY | 18 INDIAN SPRINGS ROAD KINGSTON NY 12401 |
| PETITTI, ANGELO | 8014 FERNHILL AVE PARMA OH 44129 |
| PLACIDE, PARISA | 66 GOLF ROAD GOLF IL 60029 |
| POLLIS, LORI | 18727 TAMMY DRIVE MOKENA IL 60448 |
| POSNER, IRA | 3080 NORTH 34TH STREET HOLLYWOOD FL 33021-2624 |
| PRIORITY SIGN INC | C/O SHAWN G RICE ESQ RICE & GOTZMER SC 605 NORTH 8TH STREET SUITE 350 SHEBOYGAN WI 53081 |
| PROMOTIONAL PRODUCTS PARTNERS, LLC | ATTN MICHAEL GOMBERG 405 WASHINGTON BLVD MUNDELEIN IL 60060 |
| RAMKISSOON, ROBIN | 5 FAIRFIELD CIRCLE APT 6A BRENTWOOD NY 11717 |
| REIMER LORBER/ARNOVITS CO LPA | ATTN DENNIS REIMER, PRESIDENT 2450 EDISON BLVD TWINSBURG OH 44087 |
| REVAL, INC. | ATTN FINANCE MANAGER 100 BROADWAY 22ND FLOOR NEW YORK NY 10005 |
| RIVERSIDE COUNTY | TREASURER TAX COLLECTOR ATTN TAX ENFORCEMENT PO BOX 12005 RIVERSIDE CA 92502 |
| ROSARIO, LUCRETIA (CREE) | 9760 PARK TERRACE DR 18 SANTEE CA 92071 |
| SAN DIEGO COUNTY TREASURER-TAX COLLECTOR | DAN MCALLISTER 1600 PACIFIC HIGHWAY, ROOM 162 SAN DIEGO CA 92101 |
| SAN DIEGO COUNTY TREASURER-TAX COLLECTOR | DAN MCALLISTER 1600 PACIFIC HIGHWAY, ROOM 162 SAN DIEGO CA 92101 |
| SAN MATEO COUNTY | LEE BUFFINGTON, TAX COLLECTOR 555 COUNTY CENTER - 1ST FLR REDWOOD CITY CA 94063 |
| SCOTT R. JOSSART | 2319 ELMWOOD AVE BERWYN IL 604022421 |
| SCOTT, KATHRYN | 240 33A OAK PARK DR DOUGLASTON NY 11362 |
| SCOTTRADE | ATTN REORG DEPT ANTHONY RAYNER P.O. BOX 31759 ST. LOUIS MO 63131 |
| SEALS, WAYNE | 13286 WINDHAM DR WASHINGTON TWP MI 48094 |
| SHEPHERD, CHARLES MM | 222 S CENTRAL AVE STE 804 ST LOUIS MO 63105 |
| SINES APPRAISAL SERVICE | PATTY SINES 561 HUMBERSON ROAD FRIENDSVILLE MD 21531 |
| SNYDER, TAMARA | 731 CHICKIES DR COLUMBIA PA 17512 |
| SOLOMON, MICHAEL R. | PO BOX 21210 WICKENBURG AZ 85390 |
| SOLOMON, MICHAEL R. | PO BOX 21210 WICKENBURG AZ 85390 |
| SOLOMON, MICHAEL R. | PO BOX 21210 WICKENBURG AZ 85390 |
| SOLOMON, MICHAEL R. | PO BOX 21210 WICKENBURG AZ 85390 |
| SOUTHERN MARYLAND ELECTRIC COOPERATIVE | P.O. BOX 1937 HUGHESVILLE MD 20637-1937 |
| ST. LOUIS COUNTY COLLECTOR OF REVENUE | ATTN RICHARD ROBISON MANAGER REV SERV 41 S CENTRAL AVENUE CLAYTON MO 63105 |
| ST. LOUIS COUNTY COLLECTOR OF REVENUE | ATTN RICHARD ROBISON MANAGER REV SERV 41 S CENTRAL AVENUE CLAYTON MO 63105 |
| ST. LOUIS COUNTY COLLECTOR OF REVENUE | ATTN RICHARD ROBISON MANAGER REV SERV 41 S CENTRAL AVENUE CLAYTON MO 63105 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY | MICHAEL A COX, ATTORNEY GENERAL CADILLAC PLACE, STE. 10-200 3030 W. GRAND BLVD. DETROIT MI 48202 |
| SUMMERS, STEPHEN | C/O RANDALL A WOLFF, ATTORNEY AT LAW 3325 N ARLINGTON HTS. RD., #500 ARLINGTON HEIGHTS IL 60004 |
| TEITELBAUM, KAREN - TRUSTEE | 4436 FOUR WINDS LANE NORTHBROOK IL 60062 |
| THOMPSON, LYNDELL P. | 5817 LEBANON RD. CHARLOTTE NC 28227 |
| THOMSON, DOUGLAS MCDONALD SR. | PO BOX 1033 FORESTHILL CA 956311033 |
| TRAN-STAR EXECUTIVE TRANSPORTATION | SERVICES, INC. PO BOX 2574 NORTH BABYLON NY 11703 |
| TRAVIS COUNTY | C/O KARON Y. WRIGHT PO BOX 1748 AUSTIN TX 78767 |
| TRUSTMARK NATIONAL BANK | ATTN SHEILA KING, INVESTOR ACCTG MANAGER LOAN ADMINISTRATION PO BOX 522 JACKSON MS 39205 |
| VELLINGA, CAPI E | 5550 BLACKWOOD RD BOZEMAN MT 59718 |
| VELSOR, MIRTHA | 7120 162ND ST #2 FLUSHING NY 113654237 |

TIME: 16:13:46
DATE: 09/15/09
Case 07-11047-CSS    Doc 9079    Filed 08/04/10    Page 7 of 21
AMERICAN HOME MORTGAGE HOLDINGS INC.
DEBTORS' 26TH OMNIBUS OBJECTION
PAGE:    3

| Name | Address |
|------|---------|
| VOGELSANG, KIMBERLY | 1936 GRANT ST HOLLYWOOD FL 330203544 |
| WALKER, NINA D. | 6343 GRAY SEA WAY COLUMBIA MD 210457423 |
| WALLACH, JOHN | 100 S BRENTWOOD BLVD STE 300 ST LOUIS MO 63105 |
| WALLACH, JOHN | 100 S BRENTWOOD BLVD STE 300 ST LOUIS MO 63105 |
| WELLS, EARL C | 515 ORCHARD LANE FINDLAY OH 45840 |
| WHATCOM COUNTY TREASURER | ATTN BANKRUPTCY DEPUTY PO BOX 5268 BELLINGHAM WA 98227 |
| WILDHORN, STUART JAY | 470 GOLDEN EAGLE DRIVE BROOMFIELD CO 80020 |
| WIRICK, LORI A. | 6309 MAYWOOD CIR FORT WAYNE IN 46819 |
| WOOTAN, SHANNON | 11815 SOPHOCLES DRIVE RANCHO CORDOVA CA 95742 |
| YOUNG, HERBERT | 7621 VELVET MIST ST LAS VEGAS NV 89131-3651 |
| ZODINS SUPERANNUATION FUND | ATTN MATTHEW ZSCHECH PER OPTION PARTNERS 136 LINDEN ST SUTHERLAND  2232 NSW AUSTRALIA |

Total Number of Records Printed        123

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT B**

```
TIME: 18:42:08                                    AMERICAN HOME MORTGAGE HOLDINGS INC.
DATE: 09/10/09                                    9TH ORDER RE DEBTORS' 15TH OMNIBUS OBJ                        PAGE:     1
```

| Name | Address |
| --- | --- |
| CALIFORNIA CLEANING CONCEPTS | ATTN JAMES E MASSICOTTE 635 BARSTOW # 19 CLOVIS CA 93612 |
| CARTER, GRAILING J. | 9863 BUCKNER ROAD MANASSAS VA 20110 |
| DIONISIO, JOSEPH | 79 OCEAN AVE MASSAPEQUA PARK NY 11762 |
| JOHNSTON, JOHN A. | 23 CHAMPNEY PL. LAGUNA NIGUEL CA 92677 |
| JOHNSTON, JOHN A. | 23 CHAMPNEY PL. LAGUNA NIGUEL CA 92677 |
| KALMONSON, MICHAEL | 7 FAIR ELMS LAGUNA NIGUEL CA 92677 |
| MCGAHA, JUDY A. | 328 POSSUM PATH LOUISVILLE KY 40214 |
| OFFICEMAX | ATTN ANNE FULLER CREDIT SUPERVISOR 263 SHUMAN BLVD NAPERVILLE IL 60563-1255 |
| POWELL, SHERVONNE | 18902 MILLS CHOICE RD, #4 GAITHERSBURG MD 20886 |

Total Number of Records Printed        9

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT C**

TIME: 18:59:03
DATE: 09/10/09

AMERICAN HOME MORTGAGE HOLDINGS INC.
4TH ORDER RE DEBTORS' 19TH OMNIBUS OBJ

PAGE:    1

| Name | Address |
| --- | --- |
| AMERICAN EXPRESS TRAVEL RELATED SVC CO. | ATTN EUGENE J CHIKOWSKI/JOSHUA M GAFFNEY FLASTER/GREENBERG PC EIGHT PENN CTR, 1628 JFK BLVD, 15TH FL PHILADELPHIA PA 19103 |
| HARMON, JEFFREY A. | 6554 S KEARNEY CIR CENTENNIAL CO 80111 |
| O'BRIEN, BARON | 2550 FIFTH AVE #167 SAN DIEGO CA 92103 |
| PAROTTI, PAUL | 1521 MIRAMAR DR NEWPORT BEACH CA 92661 |
| SEGALL, ERIC | 5914 LE SAGE AVE WOODLAND HILLS CA 91367 |

Total Number of Records Printed        5

**EXHIBIT D**

TIME: 19:08:39
DATE: 09/10/09

AMERICAN HOME MORTGAGE HOLDINGS INC.
2ND ORDER RE DEBTORS' 21ST OMNIBUS OBJ

PAGE:     1

| Name | Address |
| --- | --- |
| LETORT MORTGAGE GROUP INC | ATTN KARI DELANY, PRESIDENT 1701 SPRING ROAD CARLISLE PA 17013 |
| SOUTHERN HORIZON FINANCIAL GROUP, LLC | 4366 SEB R B RUSELL SQ #200 ACWORTH GA 301015467 |

Total Number of Records Printed          2

**EXHIBIT E**

```
TIME: 19:15:17                                    AMERICAN HOME MORTGAGE HOLDINGS INC.
DATE: 09/10/09                                    2ND ORDER RE DEBTORS' 35TH OMNIBUS OBJ                              PAGE:    1
```

| Name | Address |
|------|---------|
| BEXAR COUNTY | DAVID G. AELVOET LINEBARGER GOGGAN BLAIR & SAMPSON LLP 711 NAVARRO STE 300 SAN ANTONIO TX 78205 |
| EMC CORPORATION | ATTN PHYLLIS A HAYES, RMS, AGENT C/O RECEIVABLE MANAGEMENT SERVICES (RMS) PO BOX 5126 TIMONIUM MD 21094 |
| LEE COUNTY TAX COLLECTOR | CATHERINE M. CURTIS C/O LEGAL DEPARTMENT PO BOX 850 FORT MYERS FL 33902-0280 |
| LUKE, JENNIFER | 190-18 CROCHERON AVE FLUSHING NY 11358 |

```
Total Number of Records Printed        4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT F**

TIME: 19:21:48
DATE: 09/10/09

AMERICAN HOME MORTGAGE HOLDINGS INC.
2ND ORDER RE DEBTORS' 37TH OMNIBUS OBJ

PAGE:    1

| Name | Address |
| --- | --- |
| MARION COUNTY TREASURER | 200 E. WASHINGTON STREET, SUITE 1041 INDIANAPOLIS KS 46204 |
| ZIMMERMAN, JAMES | 209 CYPRESS DR MASTIC BEACH NY 11951 |

Total Number of Records Printed        2

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT G**

```
TIME: 17:26:39                                        AMERICAN HOME MORTGAGE HOLDINGS INC.
DATE: 09/15/09                                    7TH ORDER RE DEBTORS' 13TH OMNIBUS OBJ                              PAGE:     1
```

| Name | Address |
|------|---------|
| AT&T GLOBAL SERVICES | JAMES GRUDUS, ESQ. AT&T INC ONE AT&T WAY, ROOM 3A218 BEDMINSTER NJ 07921 |
| COUNTRYWIDE BANK, F.S.B. | ATTN KATHLEEN CONTE 4500 PARK GRANDA - MS CH-20 CALABASAS CA 91302 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION 1761 EAST ST ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION 1761 EAST ST ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION 1761 EAST ST ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION 1761 EAST ST ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION 1761 EAST ST ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION 1761 EAST ST ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION 1761 EAST ST ANDREW PLACE SANTA ANA CA 92705 |
| FDIC AS CONSERVATOR FOR INDYMAC FED BANK | TRANSFEROR: INDYMAC BANK, F.S.B. ATTN: SUNNY K HUR LITIGATION COUNSEL 3465 FOOTHILL BLVD PASADENA CA 91107 |
| FINANCIAL GUARANTY INSURANCE COMPANY | BRUCE A. WILSON, ESQ. KUTAK ROCK LLP 1650 FARNAM STREET OMAHA NE 68102-2186 |
| FINANCIAL GUARANTY INSURANCE COMPANY | BRUCE A. WILSON, ESQ. KUTAK ROCK LLP 1650 FARNAM STREET OMAHA NE 68102-2186 |
| FINANCIAL GUARANTY INSURANCE COMPANY | BRUCE A. WILSON, ESQ. KUTAK ROCK LLP 1650 FARNAM STREET OMAHA NE 68102-2186 |
| FINANCIAL GUARANTY INSURANCE COMPANY | BRUCE A. WILSON, ESQ. KUTAK ROCK LLP 1650 FARNAM STREET OMAHA NE 68102-2186 |
| FINANCIAL GUARANTY INSURANCE COMPANY | BRUCE A. WILSON, ESQ. KUTAK ROCK LLP 1650 FARNAM STREET OMAHA NE 68102-2186 |
| GE MONEY BANK/WMC MORTGAGE | ATTN SHARON L. MASON, VP OR LEGAL DEPT. 3100 THORNTON AVE BURBANK CA 91504 |
| MBIA INSURANCE CORPORATION | BRUCE A. WILSON, ESQ. KUTAK ROCK LLP 1650 FARNAM STREET OMAHA NE 68102-2186 |
| MBIA INSURANCE CORPORATION | ATTN BRUCE A. WILSON, ESQ. KUTAK ROCK LLP 1650 FARNAM STREET OMAHA NE 68102-2186 |
| MBIA INSURANCE CORPORATION | BRUCE A. WILSON, ESQ. KUTAK ROCK LLP 1650 FARNAM STREET OMAHA NE 68102-2186 |
| MBIA INSURANCE CORPORATION | BRUCE A. WILSON, ESQ. KUTAK ROCK LLP 1650 FARNAM STREET OMAHA NE 68102-2186 |
| MBIA INSURANCE CORPORATION | BRUCE A. WILSON, ESQ. KUTAK ROCK LLP 1650 FARNAM STREET OMAHA NE 68102-2186 |

Total Number of Records Printed        22

**EXHIBIT H**

```
TIME: 19:35:26                                    AMERICAN HOME MORTGAGE HOLDINGS INC.
DATE: 09/10/09                                 ORDER RE DEBTORS' 41ST OMNIBUS OBJECTION                                        PAGE:     1
```

| Name | Address |
|------|---------|
| BOWLES, PIERRE L. | 137 HOUSTON CT GRIFFIN GA 302249595 |
| BOWMAN, MONICA | PO BOX 1288 SANTA CRUZ CA 95061 |
| CORPORATE CENTER V, L.L.C. | BY: AMERICAN NEVADA COMPANY LLC ATTN: PHILLIP N. RALSTON, EXEC. VP/TRES. 901 NORTH GREEN VALLEY PARKWAY, STE 200 HENDERSON NV 89074 |
| DOMOTOR, SHELLEY J. | 6412 CALLOWAY DR MCKINNEY TX 750709422 |
| FISHMAN, BRIAN | 1695 PARTAGE PASS DEERFIELD IL 60015 |
| FRANKLIN COUNTY, OHIO TREASURER | 373 S HIGH ST, 17TH FLOOR COLUMBUS OH 43215 |
| GARCIA, NICOLE | 2759 N JERUSALEM RD EAST MEADOW NY 11554 |
| HOFFMAN, DANIEL F. | 2456 GREENRIDGE DRIVE MEDFORD OR 97504 |
| JEFFERSON COUNTY TREASURER | ATTN: DAVE VILLANO, DEPUTY TREASURER 100 JEFFERSON COUNTY PARKWAY GOLDEN CO 80419 |
| KING COUNTY, WASHINGTON | KING COUNTY LINDA CRANE NELSEN 500 FOURTH AVE. SEATTLE WA 98104 - 15 |
| LA COUNTY TREASURER AND TAX COLLECTOR | PO BOX 54110 LOS ANGELES CA 90054-0110 |
| LEWIS, BETH D | 787 KIMBALL HIGHLAND PARK IL 60035 |
| MARION COUNTY TAX COLLECTOR | PO BOX 970 OCALA FL 34478-0970 |
| MECKLENBURG COUNTY | TTN CITY-COUNTY NC TAX COLLECTOR PO BOX 31637 CHARLOTTE NC 28231 |
| OAKLAND COUNTY TREASURER | ATTN DIANE L ROARK, DEPUTY TREASURER 1200 N TELEGRAPH ROAD DEPARTMENT 479 PONTIAC MI 48341 |
| PITNEY BOWES CREDIT CORPORATION | ATTN RECOVERY DEPT 27 WATERVIEW DR SHELTON CT 06484-4361 |
| PITNEY BOWES CREDIT CORPORATION | ATTN EVA MILANOWSKI, BANKRUPTCY ADMIN. 27 WATERVIEW DR SHELTON CT 06484-4361 |
| RE/MAX METROPOLITAN | ATTN: CHUCK CACCHIONE 8300 HALL ROAD UTICA MI 48317 |
| SAPRE, PRAVIN | 47805 RED RUN DR CANTON MI 48187 |
| SCHALLER, CHRIS | 3516 HOYLAKE DRIVE SPRINGFIELD IL 62712 |
| STATE OF CALIFORNIA | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO CA 95812-2952 |
| WILKINSON, FAITH C | 8775 CELESTE RD SARALAND AL 36571 |

```
Total Number of Records Printed        22
```