# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
         Debtors.                                                :
                                                                 :  Ref. Docket No. 8863
---------------------------------------------------------------- x

## CERTIFICATE OF COUNSEL REGARDING STIPULATION BETWEEN THE DEBTORS AND MARCELLA PINKAS

Ms. Pinkas filed proofs of claim numbered 9548 and 9549 (the "Original Claims") against American Home Mortgage Investment Corp., totaling $21,887.55, for damages incurred through losses on equity shares in the Debtor entities. On July 10, 2008, Ms. Pinkas filed an amended general unsecured claim numbered 10433 in amount of $21,887.55 against all Debtors (the "Amended Claim") (together, with the Original Claims, the "Pinkas Claims")

On March 6, 2009, the Debtors filed the *Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [D.I. 7084] (the "31st Objection"). On April 6, 2009, this Court entered the *Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [D.I. 7234] which subordinated the Original Claims to other claims in these chapter 11 cases.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

On May 21, 2010, the Debtors filed the *Debtors' Fifty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [D.I. 8863] (the "56th Objection"). Pursuant to the 56th Objection, the Debtors requested that this Court enter an order disallowing the Amended Claim as duplicative of the Original Claims.

The Parties have engaged in good-faith negotiations regarding the resolution of the Pinkas Claims and have reached a consensual resolution of the 56th Objection (the "Stipulation"), attached hereto as Exhibit A.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order approving the Stipulation, in the form attached hereto as Exhibit B, at its earliest convenience.

Dated: August 5, 2010
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

_____
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Morgan L. Seward (No. 5388)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                :    Jointly Administered
     Debtors.                                                   :
                                                                :    Ref. Docket Nos. 8863
---------------------------------------------------------------- x

### STIPULATION REGARDING DEBTORS' FIFTY- SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE AND RULES 3001, 3003 AND 3007, AND LOCAL RULE 3007-1

The above-captioned debtors and debtors in possession (collectively, the "Debtors") and Marcella A. Pinkas ("Ms. Pinkas" and collectively with the Debtors, the "Parties") hereby agree and stipulate as follows:

### RECITALS

WHEREAS, Ms. Pinkas filed proofs of claim numbered 9548 and 9549 (the "Original Claims") against American Home Mortgage Investment Corp., totaling $21,887.55, for damages incurred through losses on equity shares in the Debtor entities; and

WHEREAS, on July 10, 2008, Ms. Pinkas filed an amended general unsecured claim numbered 10433 in amount of $21,887.55 against all Debtors (the "Amended Claim") (together, with the Original Claims, the "Pinkas Claims"); and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

WHEREAS, on March 6, 2009, the Debtors filed the *Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [D.I. 7084] (the "31st Objection");

WHEREAS, pursuant to the 31st Objection, the Debtors requested that this Court enter an Order subordinating equity fraud claims, including the Original Claims, to other claims pursuant to section 510(b) of the Bankruptcy Code;

WHEREAS, on April 6, 2009, this Court entered the *Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [D.I. 7234] which subordinated the Original Claims to other claims in these chapter 11 cases;

WHEREAS, on May 21, 2010, the Debtors filed the *Debtors' Fifty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [D.I. 8863] (the "56th Objection"); and

WHEREAS, pursuant to the 56th Objection, the Debtors requested that this Court enter an order disallowing the Amended Claim as duplicative of the Original Claims; and

WHEREAS, the Parties have engaged in good-faith negotiations regarding the resolution of the Pinkas Claims; and

WHEREAS, the Parties have concluded such good faith negotiations and seek to resolve the Pinkas Claims.

NOW, THEREFORE, subject to approval of the Court, in order to avoid the cost and inconvenience of litigation, it is hereby stipulated and agreed as follows:

1. The Original Claims will be deemed amended and superseded by the Amended Claim. As a result, the Original Claims shall be disallowed and expunged in their entirety.

2. The Amended Claim shall be an allowed claim against the American Home Mortgage Investment, Corp. in the amount of $21,877.55. The Amended Claim shall be subordinate to general unsecured claims pursuant to §510(b) of the Bankruptcy Code.

3. The 56th Objection is withdrawn as to the Pinkas Claims.

4. Ms. Pinkas shall not amend or modify the Amended Claim to an increased amount or priority or file any other or further claims in the Debtors' bankruptcy cases without further order of the Court. Any such amendments or claims by Ms. Pinkas are void unless otherwise ordered by the Court.

5. The Debtors shall not file any further objection to the Amended Claim without further order of the Court. Any such objection shall be void unless an order of the Court is obtained permitting such objection prior to its filing.

6. No part of the agreement set forth herein shall constitute an admission on the part of any party hereto. If the settlement set forth herein is not approved by the Court, the Parties revert to their pre-settlement positions and the terms of the settlement are not admissible for any purpose.

7. Each party shall bear its own attorneys' fees and costs.

8. This stipulation shall be binding on the Parties' successors and assigns, including but not limited to any chapter 11 or chapter 7 trustee appointed in this bankruptcy case.

9. Each party hereto represents (with respect to the Debtors, upon approval by the Bankruptcy Court of this Stipulation) that (a) this Stipulation (i) has been duly and validly authorized, executed and delivered by such party, and (ii) is the legal, valid and binding obligation of such party, and (b) it has full power and authority to perform its obligations hereunder.

Dated: Wilmington, Delaware
July __, 2010

_____
Ms. Marcella A. Pinkas

Dated: Wilmington, Delaware
July 20, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Morgan L. Seward (No. 5388)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

## **EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
                                                                 :
    Debtors.                                                     :  Ref. Docket No. 8863
---------------------------------------------------------------- x

## ORDER APPROVING STIPULATION BETWEEN THE DEBTORS AND MARCELLA PINKAS

Upon consideration of the Stipulation[2]; and the Court having determined that due and adequate notice of the Stipulation has been provided under the circumstances; and the Court having determined that approval of the Stipulation is in the best interest of the Debtors and their estates; it is therefore

ORDERED that the Stipulation is hereby APPROVED.

Dated: _____, 2010
       Wilmington, Delaware

                                            _____
                                            Christopher S. Sontchi
                                            United States Bankruptcy Judge

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Stipulation.

YCST01:9997694.1                                                              066585.1001