IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
    Debtors.                                                     :
                                                                 :   Ref. Docket Nos. 7915 & 8031
---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER
SUSTAINING IN PART DEBTORS' FORTY-FIRST OMNIBUS (SUBSTANTIVE)
OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NO. 10712
FILED BY THE FRANKLIN COUNTY TREASURER**

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies as follows:

1. On April 11, 2009, the Franklin County Treasurer ("Franklin County") filed claim number 10712 ("Claim 10712") against AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) (Case No. 07-11050). By Claim 10712, Franklin County asserts a secured claim in the amount of $8,126.57 on account of unpaid 2008 and 2009 real property taxes in connection with five (5) parcels.

2. On August 7, 2009, the Debtors filed their Forty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "Objection") [Docket No. 7915]. By the Objection, the Debtors requested, *inter alia*, that the Court disallow and expunge Claim 10712 on the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

grounds that the Debtor did not have an interest in the properties for the claimed tax years because the rights to such properties were transferred to a non-debtor entity in November 2007. On September 8, 2009, the Court entered an order [Docket No. 8031] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 10712.

4. Following good faith discussions and further review of the relevant records, the parties have agreed that Claim 10712 should be expunged and disallowed in its entirety on the grounds that the claimed taxes have been paid in full and/or the applicable parcels are not held in the name of the Debtors.

5. A proposed form of order (the "Proposed Order") reflecting this agreement is attached hereto as Exhibit A. Based on the foregoing, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: August 5, 2010
     Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

## EXHIBIT A

**Proposed Order**

YCST01:9990079.1

066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :    Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   :    Jointly Administered
    Debtors.                                                       :
                                                                   :    Ref. Docket Nos. 7915 & 8031
                                                                   :
------------------------------------------------------------------ x

**CONSENSUAL ORDER SUSTAINING IN PART DEBTORS' FORTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NO. 10712 FILED BY THE FRANKLIN COUNTY TREASURER**

Upon consideration of the forty-first omnibus (substantive) claims objection (the "Objection") [Docket No. 7915] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having entered an order [Docket No. 8031] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, claim number 10712 ("Claim 10712") filed by the Franklin County Treasurer; and the Debtors and the Franklin County Treasurer having agreed that Claim 10712 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that Claim 10712 is expunged and disallowed in its entirety; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE