EXHIBIT "A"

## AMERICAN HOME MORTGAGE
### Time Summary
#### June 1, 2010 to June 30, 2010

| Professional | Category | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| DAVID E BERLINER | PARTNER | 24.7 | 610.00 | $15,067.00 |
| MICHELE MICHAELIS | DIRECTOR | 18.5 | 450.00 | 8,325.00 |
| CHRIS AWONG | SENIOR | 31.3 | 275.00 | 8,607.50 |
| MATTHEW J STEWART | SENIOR | 27.7 | 240.00 | 6,648.00 |
| CHARLES BROWN | SENIOR | 8.9 | 225.00 | 2,002.50 |
| NAUSHON E VANDERHOOP | SENIOR | 2.3 | 190.00 | 437.00 |
| JASON M FRIEDMAN | STAFF | 37.8 | 180.00 | 6,804.00 |
| MARISSA HERMANN | STAFF | 3.3 | 180.00 | 594.00 |
| DAVID REYNOLDS | STAFF | 6.9 | 150.00 | 1,035.00 |
| JENNIFER SARKIS | STAFF | 3.8 | 150.00 | 570.00 |
| MIGDALIA GOMEZ | PARA-PROF. | 1.9 | 150.00 | 285.00 |
| | **TOTAL:** | **167.1** | | **$50,375.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2010 to June 30, 2010**

## A.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/1/2010 | C.A. | Reviewed the Plaintiff's responses to the interrogatories posed by the preference Defendant, Vector Consulting, and provided a notarized verification statement to Counsel. | 1.1 |
| 6/1/2010 | C.A. | Coordinated a conference call between S. Brown (BDO EDI) and the Debtors to investigate why certain checks were excluded in the preference provided to Counsel yet cleared in the preference period.  Also coordinated new data to be rerun. | 1.9 |
| 6/1/2010 | C.B. | Conference call with P. Moran about comparison of new check data. | 0.8 |
| 6/1/2010 | C.B. | Prepared for conference call with P. Moran about comparison of new check data. | 0.5 |
| 6/1/2010 | C.B. | Loading, quality checked, and documented new check data into SQL Server. | 2.5 |
| 6/1/2010 | C.B. | Compared new check data with original check data. | 1.5 |
| 6/1/2010 | C.B. | Downloaded new check data for comparison of original check data. | 1.3 |
| 6/1/2010 | J.F. | Pulled checks for AT&T and Bell South requested by Counsel. | 1.8 |
| 6/2/2010 | C.A. | Met with S. Brown (BDO EDI) to assist in determining which checks were paid in the preference period yet were not included in the original data query provided by the Debtors.  Prepared a schedule of these checks to Counsel. | 3.2 |
| 6/2/2010 | C.B. | Call with C. Awong about new check data comparison. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2010 to June 30, 2010**

## A.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/2/2010 | C.B. | Compared check numbers in old data but not in new. | 2.0 |
| 6/2/2010 | J.F. | Searched for and recovered ATT and Bell South checks as requested by Counsel. | 2.6 |
| 6/2/2010 | J.F. | Searched for and recovered ATT and Bell South checks as requested by Counsel. | 3.2 |
| 6/2/2010 | J.F. | Searched for and recovered checks and invoices for ABN Amro, AFP Associates, PMC, Radian, and Tito Ortiz. | 1.8 |
| 6/2/2010 | M.M. | Reviewed and discussed updated preference issues. | 1.5 |
| 6/3/2010 | J.F. | Discussions with BDO team on analysis of ABN Amro, AFP Associates, PMC, Radian, and Tito Ortiz checks, invoices, and invoice detail. | 0.6 |
| 6/3/2010 | J.F. | Analyzed invoices and checks of ABN Amro, AFP Associates, PMC, Radian, and Tito Ortiz. | 1.4 |
| 6/3/2010 | J.F. | Analyzed invoice detail provided of checks requested by Counsel of the following vendors: ABN Amro, AFP Associates, PMC, Radian, and Tito Ortiz. | 1.4 |
| 6/3/2010 | M.M. | Reviewed and discussed preference issues. | 1.6 |
| 6/4/2010 | J.F. | Searched for and recovered checks and invoices of Vector Consulting as requested by Counsel. | 1.9 |
| 6/4/2010 | J.F. | Reviewed the Debtors' entities responsible for the PMC transfers as requested by Counsel. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2010 to June 30, 2010**

### A.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/7/2010 | C.A. | Per request from Counsel, reviewed the Debtors' computation of the 2006 bonus payment to two AHM executives (J. Johnston and R. Bergum), and discussed this with the Debtors. | 1.8 |
| 6/7/2010 | C.A. | Reviewed the employment agreements related to the 2006 bonus payment to two AHM executives (J. Johnston and R. Bergum). | 1.1 |
| 6/7/2010 | C.A. | Reviewed the 2006 10K for AHM to verify the various metrics used in calculating the 2006 bonus payment to two AHM executives (J. Johnston and R. Bergum). | 0.9 |
| 6/7/2010 | C.A. | Reviewed the draft responses to the Preference Defendant's (PMC Investigations) interrogatories to the preference demand. | 1.2 |
| 6/8/2010 | C.A. | Prepared a detailed explanation for the inputs and calculations used in determining the 2006 performance bonuses to two key executives of the Debtors, coordinated response with the Debtors and submitted to Counsel for their review. | 2.3 |
| 6/9/2010 | D.R. | Searched for and recovered checks. | 1.3 |
| 6/9/2010 | J.F. | Provided copies of checks paid to preference Defendants AT&T and Bellsouth during the preference period, as per request from Committee counsel. | 2.2 |
| 6/9/2010 | J.F. | Provided copies of checks paid to preference Defendants AT&T and Bellsouth during the preference period, as per request from Committee counsel. | 3.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2010 to June 30, 2010**

**A.      PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/10/2010 | D.R. | Searched for and recovered checks. | 4.3 |
| 6/10/2010 | J.F. | Provided copies of all checks paid to preference Defendants AT&T and Bellsouth during the preference period for use in their preference negotiations with the Defendants per request of Counsel. | 0.7 |
| 6/10/2010 | J.S. | Provided copies of all checks paid to preference Defendants AT&T and Bellsouth during the preference period per request of Committee Counsel. | 3.0 |
| 6/11/2010 | C.A. | Reviewed the Committee's response to the preference Defendant's (J. Johnston) interrogatories, and provided a notarized verification page. | 1.1 |
| 6/11/2010 | C.A. | Per request from Counsel, analyzed Defendant J. Johnston's bonus calculation for 2005 and compared to the 2006 calculation.  Also traced various bonuses to the earning statement.  Prepared a detailed explanation to Counsel. | 3.9 |
| 6/11/2010 | C.A. | Per request from Counsel, reconciled asserted unpaid new value from preference Defendant Experian to the Debtors records and coordinated response with the Debtors. | 1.2 |
| 6/11/2010 | J.F. | Provided copies of all checks paid to preference Defendants AT&T and Bellsouth during the preference period per request of Committee Counsel. | 3.8 |
| 6/14/2010 | C.A. | Reviewed J. Johnston's employment agreement for key search terms to be used in the Debtors' archive e-mail search for information regarding the computation of Johnston's 2006 bonus. | 0.3 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### June 1, 2010 to June 30, 2010

**A.    PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/14/2010 | C.A. | Per request from Counsel, investigated various assertions of unpaid new value from the Preference Defendant Experian, and inquired with the Debtors regarding delivery of payment, as well as invoice review and approvals. Coordinated the responses with the Debtors and communicated findings to Counsel. | 1.1 |
| 6/14/2010 | C.A. | Supervised J. Friedman (BDO) in responding to various preference requests from Committee Counsel. | 0.4 |
| 6/15/2010 | C.A. | Per request from Counsel, investigated various payments made to vendor NAMB (National Association of Mortgage Brokers) in the preference period, and determined (with the Debtors' assistance) whether the services paid for were actually provided. | 1.2 |
| 6/15/2010 | C.A. | Assisted Committee Counsel in responding to various discovery requests from Preference Defendant iLinc, such as historical check and invoices documents available. Coordinated response with the Debtors. | 0.3 |
| 6/15/2010 | C.A. | Supervised J. Friedman (BDO) in responding to various preference requests from Committee Counsel. | 0.6 |
| 6/15/2010 | D.R. | Searched for and recovered checks. | 0.7 |
| 6/15/2010 | J.F. | Discussion with BDO team regarding iLinc checks. | 0.3 |
| 6/15/2010 | J.F. | Reviewed iLinc A/P register and historical payment schedule provided by the Debtors. | 0.6 |

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### June 1, 2010 to June 30, 2010

### A.  PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/15/2010 | J.S. | Provided copies of all invoices paid to preference Defendants Experian and iLinc during the preference period per request of Committee Counsel. | 0.8 |
| 6/16/2010 | D.R. | Searched for and recovered checks. | 0.6 |
| 6/17/2010 | M.M. | Revisited preference related summary. | 0.3 |
| 6/18/2010 | J.F. | Analyzed invoice detail for Experian invoices and checks as per Counsel's request. | 0.6 |
| 6/18/2010 | J.F. | Produced and reviewed Experian invoices and checks and e-mailed to Counsel. | 0.3 |
| 6/18/2010 | J.F. | Produced and reviewed iLinc invoices and checks and e-mailed to Counsel. | 1.6 |
| 6/21/2010 | J.F. | E-mailed Debtors regarding Placement Solutions' unpaid invoices as requested by Counsel. | 0.1 |
| 6/21/2010 | M.M. | Reviewed updated preference summary file. | 0.6 |
| 6/23/2010 | C.A. | Reviewed the Committee's response to the Preference Defendant Experian's interrogatories and notarized the verification page.  Provided to Counsel. | 0.9 |
| 6/23/2010 | J.F. | Created new exhibits for Lender Due Diligence report. | 2.4 |
| 6/23/2010 | J.F. | Reviewed Debtors' explanation of invoices for Placement Solution and reviewed 5/2/07 invoices. | 1.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2010 to June 30, 2010**

### A.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/25/2010 | C.A. | Per request from Counsel, researched various issues regarding the invoice and payment made to Preference Defendant J. Laurie Commercial Flooring, and provided responses to Counsel in its response to the Defendant's interrogatories. | 1.2 |
| 6/25/2010 | M.M. | Reviewed updated information relative to preference requests and revisited prior timing issues. | 0.7 |
| 6/28/2010 | C.A. | Reviewed the Committee's response to the Preference Defendant J. Laurie Commercial Floors interrogatories and notarized the verification page.  Provided to Counsel. | 0.6 |
| 6/28/2010 | C.A. | Per request from Counsel, coordinated the historical check registers (from 2005 through filing) for 18 vendors. | 2.1 |
| 6/30/2010 | C.A. | Per request from Counsel, reviewed and coordinated the historical check registers (from 2005 through filing) for 18 vendors, and provided to Counsel for its use in negotiations with these Preference Defendants. | 1.4 |
| 6/30/2010 | C.A. | Coordinated a conference call with the Debtors and Counsel to discuss Johnston's stock compensation during the last three years, and possible documentation of taxation. | 0.7 |
| 6/30/2010 | C.A. | Per request from Counsel, investigated whether a particular payment in the preference period to vendor Varga Berger was expedited, and provided guidance to Counsel. | 0.8 |
| | | **TOTAL:** | **87.5** |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2010 to June 30, 2010**

**A.    PREFERENCE ANALYSIS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| M. MICHAELIS (M.M.) | 4.7 | 450.00 | 2,115.00 |
| C. AWONG (C.A.) | 31.3 | 275.00 | 8,607.50 |
| C. BROWN (C.B.) | 8.9 | 225.00 | 2,002.50 |
| J. FRIEDMAN (J.F.) | 31.9 | 180.00 | 5,742.00 |
| D. REYNOLDS (D.R.) | 6.9 | 150.00 | 1,035.00 |
| J. SARKIS (J.S.) | 3.8 | 150.00 | 570.00 |
| **TOTAL:** | **87.5** | | **20,072.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### June 1, 2010 to June 30, 2010

### B.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/1/2010 | D.B. | Reviewed revised draft of AHM complaint received from counsel. | 1.3 |
| 6/1/2010 | M.M. | Discussion re: D&T complaint. | 0.4 |
| 6/1/2010 | M.M. | Reviewed additional information re: D&T Complaint. | 0.6 |
| 6/3/2010 | D.B. | Reviewed revised draft of AHM complaint and prepared additional comments for counsel. | 2.0 |
| 6/3/2010 | M.M. | Revisited cause of action complaint. | 0.4 |
| 6/4/2010 | D.B. | Reviewed revised draft of AHM complaint and prepared additional comments for counsel. | 2.1 |
| 6/4/2010 | D.B. | Met with M. Michaelis to discuss comments on AHM complaint and to prepare combined comments for counsel and inserts for complaint. | 1.9 |
| 6/4/2010 | M.M. | Reviewed correspondence related to Rush/Jackson Settlement. | 0.4 |
| 6/4/2010 | M.M. | Revisited cause of action complaint (D&T). | 0.8 |
| 6/7/2010 | D.B. | Reviewed comments and provided additional insert for counsel to AHM complaint; discussed comments with M. Michaels. | 1.7 |
| 6/7/2010 | M.M. | Revisited cause of action complaint (D&T). | 1.1 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### June 1, 2010 to June 30, 2010

### B.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/7/2010 | M.S. | Correspondences with D. Berliner re: causes of action. | 0.1 |
| 6/7/2010 | M.S. | Provided materials to D. Berliner re: causes of action investigation. | 0.6 |
| 6/8/2010 | M.S. | Reviewed draft complaint in connection with the causes of action investigation. | 1.4 |
| 6/8/2010 | M.S. | Prepared materials relating to the causes of action investigation. | 1.8 |
| 6/9/2010 | D.B. | Reviewed 6/7 draft of AHM complaint and prepared additional comments for counsel. | 2.2 |
| 6/9/2010 | D.B. | Met with M. Stewart to review comments on revised draft of complaint and prepared consolidated comments for counsel. | 0.6 |
| 6/9/2010 | D.B. | Reviewed final draft of AHM complaint. | 0.6 |
| 6/9/2010 | M.S. | Meeting with D. Berliner re: complaint updates. | 0.3 |
| 6/9/2010 | M.S. | Reviewed draft complaint and materials relating to the causes of action investigation. | 3.7 |
| 6/9/2010 | M.S. | Prepared inserts for the draft complaint for counsel. | 1.2 |
| 6/9/2010 | M.S. | Reviewed draft complaint for counsel. | 1.4 |
| 6/10/2010 | D.B. | Prepared final comments on AHM draft complaint and discussed with M. Stewart. | 0.6 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### June 1, 2010 to June 30, 2010

## B.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/10/2010 | M.S. | Reviewed draft complaint for counsel and prepared suggested revisions. | 1.4 |
| 6/10/2010 | M.S. | Reviewed final complaint to be filed. | 0.4 |
| 6/15/2010 | M.S. | Reviewed materials related to the causes of action investigation. | 1.4 |
| 6/16/2010 | M.M. | Reviewed correspondence, including public documents, with regards to D&T complaint. | 0.2 |
| 6/17/2010 | D.B. | Reviewed final D&T complaint filed. | 0.7 |
| 6/25/2010 | M.M. | Revisited cause of action memos and motion. | 0.4 |
| 6/29/2010 | M.M. | Reviewed current outstanding items status and issues related to cause of action statues. | 0.7 |
| | | **TOTAL:** | **32.4** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 13.7 | 610.00 | 8,357.00 |
| M. MICHAELIS (M.M.) | 5.0 | 450.00 | 2,250.00 |
| M. STEWART (M.S.) | 13.7 | 240.00 | 3,288.00 |
| **TOTAL:** | **32.4** | | **13,895.00** |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2010 to June 30, 2010**

**C.      MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/1/2010 | D.B. | Telephone call with K. Nystrom and S. Martinez re: AHM case update. | 0.3 |
| 6/2/2010 | D.B. | E-mails with Zolfo re: Johnston preference and Waterfield litigation. | 0.1 |
| 6/2/2010 | J.F. | E-mailed Debtor regarding missing checks and invoices for ABN Amro, AFP Associates, and Radian. | 0.2 |
| 6/2/2010 | M.S. | Various correspondences with counsel and the Debtors re: claims and preferences. | 0.4 |
| 6/3/2010 | D.B. | E-mails with Zolfo re: Johnson preference inquiries. | 0.3 |
| 6/3/2010 | J.F. | E-mail correspondence with Debtors concerning ABN Amro and AFP Associates missing invoices. | 0.1 |
| 6/3/2010 | J.F. | E-mail correspondence with the Debtors regarding the Radian check requested by Counsel. | 0.4 |
| 6/4/2010 | J.F. | Discussions with the Debtors regarding the employees who worked on the PMC account 2 years prior to the filing date. | 0.2 |
| 6/8/2010 | M.S. | Correspondences with counsel and the Debtors re: preference accounts. | 0.2 |
| 6/9/2010 | D.B. | Telephone call with S. Martinez re: case status update. | 0.3 |
| 6/9/2010 | M.S. | Conference call with the Debtors re: case updates. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2010 to June 30, 2010**

<u>C.</u>    **MEETINGS - DEBTOR**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|---|---|---|---|
| 6/10/2010 | J.F. | E-mailed Debtors regarding AT&T and BellSouth checks. | 0.2 |
| 6/10/2010 | M.S. | Correspondences with counsel and the Debtors re: draft complaint. | 0.6 |
| 6/11/2010 | J.F. | E-mail correspondence with Debtors regarding AT&T checks. | 0.2 |
| 6/14/2010 | D.B. | E-mails with S. Martinez re: Johnston preference litigation. | 0.1 |
| 6/14/2010 | J.F. | E-mail correspondence with Debtors regarding Wyndham checks. | 0.3 |
| 6/15/2010 | J.F. | E-mail correspondence with the Debtors regarding Experian invoices and missing iLinc invoices. | 0.3 |
| 6/15/2010 | J.F. | E-mail correspondence with Debtors regarding iLinc checks, invoices and check register. | 0.4 |
| 6/15/2010 | M.S. | Correspondences with the Debtors and M. Michaelis re: updates. | 0.2 |
| 6/16/2010 | J.F. | E-mail correspondence with Debtors regarding checks paid to Wyndham. | 0.3 |
| 6/16/2010 | J.F. | E-mail correspondence with Debtors regarding Experian invoices. | 0.2 |
| 6/16/2010 | M.M. | Call with Debtors re: status update. | 0.3 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### June 1, 2010 to June 30, 2010

**C.      MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/16/2010 | M.S. | Prepared for and participated in conference call with the Debtors: re updates. | 0.4 |
| 6/17/2010 | J.F. | E-mail correspondence with Debtors concerning Experian invoices requested by Counsel. | 0.3 |
| 6/21/2010 | M.S. | Correspondences with the Debtors and M. Michaelis re: BofA. | 0.3 |
| 6/23/2010 | D.B. | Reviewed e-mails related to BofA Funds Flow statement. | 0.1 |
| 6/24/2010 | D.B. | Conference call with Zolfo re: Bank status and case status update. | 0.3 |
| 6/24/2010 | J.F. | E-mail correspondence with Debtors regarding Placement Solution invoices dated 5/2/07. | 0.2 |
| 6/30/2010 | D.B. | Reviewed e-mail from K. Nystrom re: Milestone letter; reviewed 4 page letter and discussed with M. Michaelis. | 0.4 |
| | | **TOTAL:** | **8.0** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2010 to June 30, 2010**

**C.    MEETINGS - DEBTOR**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.9 | 610.00 | 1,159.00 |
| M. MICHAELIS (M.M.) | 0.3 | 450.00 | 135.00 |
| M. STEWART (M.S.) | 2.5 | 240.00 | 600.00 |
| J. FRIEDMAN (J.F.) | 3.3 | 180.00 | 594.00 |
| **TOTAL:** | **8.0** | | **2,488.00** |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2010 to June 30, 2010**

**D.      REPORT PREPARATION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/9/2010 | M.S. | Prepared update report for the Trustee. | 0.6 |
| | | **TOTAL:** | **0.6** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. STEWART (M.S.) | 0.6 | 240.00 | 144.00 |
| **TOTAL:** | **0.6** | | **144.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### June 1, 2010 to June 30, 2010

### E.    MEETINGS WITH CREDITORS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/1/2010 | D.B. | Conference call with UCC re: case status update. | 0.6 |
| 6/1/2010 | M.M. | Conference call with Committee re: update on  mediation and D&T. | 0.8 |
| 6/4/2010 | D.B. | Various e-mails from UCC members re: Rush & Jackson mediation. | 0.2 |
| | | **TOTAL:** | **1.6** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.8 | 610.00 | 488.00 |
| M. MICHAELIS (M.M.) | 0.8 | 450.00 | 360.00 |
| **TOTAL:** | **1.6** | | **848.00** |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2010 to June 30, 2010**

## F.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/1/2010 | D.B. | Reviewed docket report for period 5/16/2010 through 5/31/2010 and motion of Debtors for order authorizing AHM to exercise its controlling interest in non-debtor AH Bank. | 0.3 |
| 6/1/2010 | M.M. | Discussion with D. Berliner re: status call with Zolfo. | 0.2 |
| 6/1/2010 | M.S. | Reviewed historical 10-k financial information and correspondences with counsel re: same. | 0.4 |
| 6/3/2010 | D.B. | Reviewed AHM notice of sale of mortgage loan and 2 REO under miscellaneous loan sale procedures and compare amounts to BDO notes. | 0.1 |
| 6/4/2010 | M.M. | Reviewed updated budget. | 0.3 |
| 6/7/2010 | D.B. | Reviewed cash flow budget for period 5/28/2010 through 9/3/2010. | 0.1 |
| 6/7/2010 | D.B. | Reviewed docket report for period 6/1/2010 through 6/7/2010. | 0.1 |
| 6/8/2010 | M.S. | Conference call re: Waterfield. | 0.6 |
| 6/9/2010 | D.B. | Reviewed stipulation by and between the Debtors and UCC to pursue claims against Deloitte. | 0.1 |
| 6/10/2010 | M.H. | Searched for Professional Fee Dockets and Printed for records. | 1.2 |
| 6/10/2010 | M.H. | Updated Document of Professional Fees Summary. | 1.9 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2010 to June 30, 2010**

**F.     BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/10/2010 | M.S. | Reviewed professional fee analysis prepared by M. Hermann. | 0.4 |
| 6/10/2010 | M.S. | Correspondences with M. Hermann re: professional fees. | 0.3 |
| 6/11/2010 | M.H. | Updated Document of Professional Fees Summary with Docket Numbers. | 0.2 |
| 6/11/2010 | M.S. | Reviewed cash flow forecast and updated Effective Date analysis. | 0.4 |
| 6/11/2010 | M.S. | Reviewed professional fee analysis prepared by M. Hermann. | 0.7 |
| 6/14/2010 | M.S. | Reviewed docket filings and related documents. | 0.4 |
| 6/15/2010 | M.S. | Reviewed cash flow forecast and updated Effective Date analysis. | 0.8 |
| 6/16/2010 | M.M. | Prepared summary of update for counsel and Committee. | 0.4 |
| 6/16/2010 | M.M. | Reviewed current updated budget. | 0.2 |
| 6/17/2010 | M.M. | Revisited issues in summary for counsel. | 0.2 |
| 6/18/2010 | M.M. | Reviewed and discussed revised budget for effective date. | 0.9 |
| 6/18/2010 | M.S. | Correspondences with D. Berliner re: outstanding issues and case planning. | 0.2 |
| 6/18/2010 | M.S. | Reviewed docket and related filings. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2010 to June 30, 2010**

## F.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/21/2010 | J.F. | Reviewed Debtors' master file of payments and unpaid invoices for records of Placement Solutions' invoices as requested by Counsel. | 0.3 |
| 6/21/2010 | M.M. | Reviewed data related to BofA settlement and discussion of same. | 0.8 |
| 6/21/2010 | M.S. | Reviewed documents relating to BofA. | 0.4 |
| 6/21/2010 | M.S. | Reviewed updated Effective Date analysis and cash flow forecast. | 1.2 |
| 6/22/2010 | M.S. | Reviewed professional fee applications filed through 6/22/10. | 0.3 |
| 6/23/2010 | D.B. | Reviewed docket report for period 6/9/2010 - 6/23/2010 including notices of sale of miscellaneous assets, Paula Rush settlement and 10th omnibus preference settlements. | 0.3 |
| 6/23/2010 | M.M. | Reviewed updated professional fee summary. | 0.6 |
| 6/23/2010 | M.M. | Revisited current effective date budget. | 0.6 |
| 6/24/2010 | M.M. | Reviewed current update memos and bank sale issues. | 0.8 |
| 6/25/2010 | M.M. | Reviewed final correspondence relative to BofA funds. | 0.3 |
| 6/25/2010 | M.S. | Reviewed docket and related filings. | 0.7 |
| 6/28/2010 | M.M. | Reviewed updated cash flow summary and effective date summary. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2010 to June 30, 2010**

**F.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/28/2010 | M.S. | Reviewed docket and related filings. | 0.4 |
| 6/29/2010 | M.S. | Reviewed cash flow forecast and updated Effective Date analysis. | 0.8 |
| 6/30/2010 | D.B. | Reviewed cash flow budget for period 6/25/2010 - 10/1/2010. | 0.2 |
| 6/30/2010 | D.B. | Reviewed docket report for period 6/24/2010 - 6/30/2010. | 0.1 |
| 6/30/2010 | M.M. | Reviewed Milestone fee request and discussed same. | 0.4 |
| 6/30/2010 | M.M. | Reviewed bank liquidation analysis and outstanding status from prior memos. | 0.2 |
| 6/30/2010 | M.S. | Reviewed AH bank memo and financials and correspondences with D. Berliner and M. Michaelis re: same. | 0.7 |
| | | **TOTAL:** | **20.2** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2010 to June 30, 2010**

**F.      BUSINESS ANALYSIS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.3 | 610.00 | 793.00 |
| M. MICHAELIS (M.M.) | 6.2 | 450.00 | 2,790.00 |
| M. STEWART (M.S.) | 9.1 | 240.00 | 2,184.00 |
| J. FRIEDMAN (J.F.) | 0.3 | 180.00 | 54.00 |
| M. HERMANN (M.H.) | 3.3 | 180.00 | 594.00 |
| **TOTAL:** | **20.2** | | **6,415.00** |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2010 to June 30, 2010**

## G.    COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/2/2010 | D.B. | E-mail from R. Malatek re: question on AHM compliant; researched and discussed issue with M. Michaelis. | 0.7 |
| 6/2/2010 | D.B. | E-mails and telephone call from E. Schnitzer re: Johnston preference issues and additional information required. | 0.8 |
| 6/3/2010 | D.B. | E-mails with E. Schnitzer, M. Indelicato and J. Zawadzki re: Johnston preference litigation, AHM sale of 3 loans and JPM litigation update. | 0.7 |
| 6/3/2010 | J.F. | E-mailed Counsel invoices, checks, invoice detail, and analysis of these records for the checks of ABN Amro, AFP Associates, PMC, Radian, and Tito Ortiz. | 0.4 |
| 6/4/2010 | D.B. | E-mails to Hahn & Hessen re: Johnston and Bergum preference issues. | 0.2 |
| 6/4/2010 | D.B. | Various e-mails from Hahn & Hessen re: Rush & Jackson mediation and settlement parameters. | 0.2 |
| 6/4/2010 | J.F. | E-mailed checks and invoices for Vector Consulting to Counsel. | 0.2 |
| 6/4/2010 | J.F. | E-mailed Counsel detail on PMC transfers and employees who worked on the accounts during the two years prior to the filing date. | 0.2 |
| 6/7/2010 | D.B. | Telephone calls and e-mails with R. Malatak re: question on BDO comments to complaint. | 0.8 |
| 6/9/2010 | D.B. | Telephone call and e-mails with J. McCahay re: damage computation and additional comments to AHM complaints. | 0.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2010 to June 30, 2010**

## G.    COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/9/2010 | D.B. | Reviewed e-mails with E. Schnitzer re: Johnston preference litigation. | 0.2 |
| 6/10/2010 | D.B. | E-mails with Hahn & Hessen re: final comments on AHM complaint, Waterfield litigation, and Johnston litigation and summary of BDO update call with Zolfo. | 0.9 |
| 6/10/2010 | M.S. | Prepared update email for counsel re: bank and loans. | 0.3 |
| 6/14/2010 | D.B. | E-mails with Hahn & Hessen re: search for Johnston preference litigation. | 0.1 |
| 6/14/2010 | J.F. | E-mail correspondence with Counsel regarding Wyndham checks. | 0.1 |
| 6/14/2010 | J.F. | Provided Counsel with checks regarding Wyndham as per Counsel's request. | 0.4 |
| 6/15/2010 | J.F. | E-mail correspondence with Counsel regarding iLinc checks and check register. | 0.3 |
| 6/16/2010 | D.B. | Reviewed e-mail to Hahn & Hessen re: case status update and discussed with M. Michaelis. | 0.2 |
| 6/16/2010 | J.F. | Provided the checks paid to Wyndham to Counsel as requested by Counsel. | 0.6 |
| 6/16/2010 | M.S. | Prepared updates for counsel re: Bank and other issues. | 0.4 |
| 6/17/2010 | D.B. | Reviewed e-mails from E. Schnitzer re: preference litigation settlements and e-mails from J. McCahay and M. Indelicato re: filing of D&T complaint. | 0.2 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### June 1, 2010 to June 30, 2010

### G.      COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/17/2010 | M.S. | Reviewed documents relating to and conference call with counsel re: JP Morgan subpoena. | 0.8 |
| 6/24/2010 | D.B. | Reviewed e-mail to UCC counsel re: case status update. | 0.1 |
| 6/24/2010 | J.F. | E-mailed Counsel confirmation of the validity of Placement Solutions' list of unpaid invoices. | 0.1 |
| 6/24/2010 | M.M. | Reviewed recent correspondence from counsel and Debtors re: issues of note. | 0.6 |
| 6/24/2010 | M.S. | Reviewed update and correspondences with counsel. | 0.3 |
| | | **TOTAL:** | **10.6** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 5.9 | 610.00 | 3,599.00 |
| M. MICHAELIS (M.M.) | 0.6 | 450.00 | 270.00 |
| M. STEWART (M.S.) | 1.8 | 240.00 | 432.00 |
| J. FRIEDMAN (J.F.) | 2.3 | 180.00 | 414.00 |
| **TOTAL:** | **10.6** | | **4,715.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2010 to June 30, 2010**

**H.      FEE APPLICATIONS / MONTHLY STATEMENTS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/4/2010 | M.G. | Prepared monthly data. | 0.3 |
| 6/9/2010 | M.G. | Prepared May monthly data. | 0.6 |
| 6/10/2010 | N.V. | Prepared draft of Eleventh Interim Application for the period February 1, 2010 through April 30, 2010. | 1.9 |
| 6/11/2010 | D.B. | Reviewed and approved 11th interim application of BDO as FA to UCC for period 2/1/2010 through 4/30/2010. | 0.3 |
| 6/14/2010 | N.V. | Reviewed and edited May 2010 time detail; updated project categories. | 0.2 |
| 6/15/2010 | M.G. | Prepared monthly data; prepared monthly application. | 0.7 |
| 6/15/2010 | N.V. | Reviewed and edited May 2010 time detail; updated project categories. | 0.2 |
| 6/18/2010 | D.B. | Reviewed 32nd monthly application of BDO as FA to UCC for May 2010 and Berliner Declaration. | 0.8 |
| 6/21/2010 | M.G. | Updated May monthly application and sent out. | 0.3 |
| | | **TOTAL:** | **5.3** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**June 1, 2010 to June 30, 2010**

**H.    FEE APPLICATIONS / MONTHLY STATEMENTS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.1 | 610.00 | 671.00 |
| N. VANDERHOOP (N.V.) | 2.3 | 190.00 | 437.00 |
| M. GOMEZ (M.G.) | 1.9 | 150.00 | 285.00 |
| **TOTAL:** | **5.3** | | **1,393.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### June 1, 2010 to June 30, 2010

### I.      CASE ADMINISTRATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/28/2010 | M.M. | Reviewed AHM - litigation billing issues. | 0.3 |
| 6/29/2010 | M.M. | Addressed continuing billing issues. | 0.6 |
| | | **TOTAL:** | **0.9** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 0.9 | 450.00 | 405.00 |
| **TOTAL:** | **0.9** | | **405.00** |

EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses*
June 1, 2010 through June 30, 2010

| | | |
|---|---|---|
| 1. | PHOTOCOPYING | |
| | a. Internal | |
| | b. External | |
| | | |
| 2. | TELECOMMUNICATIONS | |
| | a. Toll Charges | $86.00 |
| | b. Facsimile | |
| | | |
| 3. | COURIER, FRIEGHT AND POSTAL SERVICES | |
| | *For overnight and hand delivery to Counsel* | |
| | *and Committee members* | |
| | | |
| 4. | COURT REPORTER AND TRANSCRIPTS | |
| | | |
| 5. | TECHNOLOGY SERVICES – *Concordance Database* | 1,500.00 |
| | *Monthly Hosting Fee* | |
| | | |
| 6. | OUT-OF-TOWN TRAVEL | |
| | a. Transportation | |
| | b. Lodging | |
| | c. Meals | |
| | | |
| 7. | OUTSIDE SERVICES | |
| | | |
| 8. | LOCAL MEALS | |
| | | |
| 9. | LOCAL TRANSPORTATION, TOLLS, MILEAGE | |
| | AND PARKING – for cabs to/from meetings, car service | |
| | *for employees working after 8:00 p.m. and local mileage* | |
| | *using personal auto* | |
| | | |
| 10. | MISCELLANEOUS – *Publications/Subscriptions* | 27.44 |
| | | |
| | **TOTAL** | **$1,613.44** |

*Details available upon request to BDO.