IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
     Debtors.                                                            :
                                                                         : Ref. No. 9000
------------------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 9000

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the Thirty-Third Monthly Application of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period April 1, 2010 through April 30, 2010 (the "Application"). The Court's docket which was last updated August 5, 2010, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than August 2, 2010 at 4:00 p.m.

YCST01:9082691.7                                                                                066585.1001

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($79,926.40) of requested fees ($99,908.00) and 100% of requested expenses ($6,644.24) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       August 5, 2010

       YOUNG CONAWAY STARGATT & TAYLOR, LLP

       /s/ Pauline K. Morgan
       Pauline K. Morgan (No. 3650)
       Sean M. Beach (No. 4070)
       Patrick A. Jackson (No. 4976)
       The Brandywine Building
       1000 West Street, 17th Floor
       Wilmington, Delaware 19801
       Telephone: (302) 571-6600
       Facsimile: (302) 571-1253

       Counsel for Debtors and
       Debtors in Possession