IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | Jointly Administered |
| et al., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Thomas G. Macauley, hereby certify that on this 5th day of August 2010, the "Official Borrowers Committee's and Certain Individual Borrowers' Motion To Allow Borrowers to Pursue Discovery in Furtherance of Claims and Defenses Against Non-Debtor Third Parties and, If Necessary, For Relief From The Automatic Stay, and Request For Inspection of Debtors' Documents and Examinations Concerning Debtors' Records Pursuant to Federal Rule of Bankruptcy Procedure 2004" was sent by regular first class mail, postage prepaid, to:

Eric M. Sutty, Esquire
Fox Rothschild LLP
919 Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899

Dated: Wilmington, Delaware
August 5, 2010

ZUCKERMAN SPAEDER LLP

Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19899
Telephone: (302) 427-0400
**Facsimile: (302) 427-8242**

Counsel to the Official Committee of Borrowers

2665188.1