**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| American Home Mortgage Holdings, Inc., *et al.* [1] | : Case No. 07-11047 (CSS) |
| | : (Jointly Administered) |
| Debtors | : |
| | Re: 758 |

---

## ORDER AUTHORIZING THE RETENTION OF
## HAHN & HESSEN LLP AS COUNSEL FOR THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Official Committee of Unsecured Creditors (the "Committee") of American Home Mortgage Holdings, Inc., *et al.*, the above-referenced debtors and debtors-in-possession (collectively, the "Debtors"), by application dated September 14, 2007, for entry of an order pursuant to Section 327 of the Bankruptcy Code authorizing the Committee to retain Hahn & Hessen LLP ("Hahn & Hessen") to represent it in these cases (the "Motion"); and upon the affidavit of Mark T. Power, a member of the firm of Hahn & Hessen, duly sworn to on the 13th day of September, 2007 and the Supplemental Affidavit of Mark T. Power, sworn to on the 27th day of November 2007, and it appearing that notice of the within application has been given to the Office of the United States Trustee, counsel to the Debtors, the Debtors' pre-petition and post-petition secured lender, other parties-in-interest and those entities filing notices of appearance pursuant to Bankruptcy Rule 2002 and that no further notice need be given; and the Court being satisfied based upon the representations made in the annexed Motion, and affidavit that (i) the employment of Hahn & Hessen is necessary and in the best interest of the Debtors'

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

1342082 v2

estates, (ii) Hahn & Hessen serves no interest adverse to the Debtors and their estates, and (iii) Hahn & Hessen is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code; and after due deliberation, and sufficient cause appearing therefor; it is

**ORDERED**, that the Committee is authorized to employ Hahn & Hessen LLP as attorneys to represent it in this proceeding effective as of August 14, 2007; and it is further

**ORDERED**, that Hahn & Hessen shall be compensated at its customary hourly rates in effect at the time its services are rendered, in accordance with the procedures set forth in Sections 330 and 331 of the Bankruptcy Code, such Bankruptcy Rules as may then be applicable and any procedures established by orders of this Court.

Dated: Wilmington, Delaware
November 28, 2007

*/s/ Christopher S. Sontchi*
UNITED STATES BANKRUPTCY JUDGE