**<u>Exhibit B</u>**

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 28, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 142658

For professional services rendered from February 1, through February 28, 2010 in connection with the following:

| | | | |
|---|---|---|---:|
| 002 | CREDITORS COMMITTEE | $ | 21,433.50 |
| 003 | RETENTIONS | | 42.50 |
| 006 | SALES OF ASSETS | | 595.50 |
| 007 | PROFESSIONIAL FEES | | 4,727.50 |
| 008 | AVOIDANCE ACTIONS | | 55,305.00 |
| 009 | LITIGATION | | 12,868.00 |
| 012 | CLAIMS ADMINISTRATION | | 1,245.50 |
| 013 | INVESTIGATION OF COMPANY | | 58,569.00 |
| 014 | TRIAD WORKOUT | | 3,055.00 |
| | **Total Time** | $ | 157,841.50 |
| | | | |
| | LONG DISTANCE TELEPHONE CHARGES | $ | 2.13 |
| | CARFARE | | 236.47 |
| | DUPLICATING | | 309.70 |
| | LEXIS | | 243.87 |
| | MEALS | | 122.02 |
| | OVERNIGHT DELIVERY | | 49.85 |
| | POSTAGE | | 15.63 |
| | SEARCH FEES | | 92.80 |
| | TELEPHONE CONFERENCE CALL | | 211.42 |
| | TRAVEL | | -193.00 |
| | **Total Disbursements** | $ | 1,090.89 |
| | | | |
| | **TOTAL BILL** | **$** | **158,932.39** |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 28, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 142658

For professional services rendered from February 1, through February 28, 2010 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
002         CREDITORS COMMITTEE

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/01/10 | Dobben - meeting with MSI and emails to Beach and Pettibone re: same (.30); review default pleadings re: Murphy/AHM, forward same to Beach and phone call with Murphy's attorney re: same (.70). | ELS | 1.00 | 595.00 |
| 02/01/10 | Review docket and recent pleadings (.20); review and revise critical dates memo (.80); calendar events (.10). | JS | 1.10 | 269.50 |
| 02/01/10 | Review docket/scheduling order and calendar maintenance (.10). | JXZ | 0.10 | 42.50 |
| 02/01/10 | Teleconference with Sass regarding status, complaint and effective date issues (.20); Review e-mails regarding same (.20). | MSI | 0.40 | 304.00 |
| 02/01/10 | Discuss effective date issues with MSI | MTP | 0.10 | 76.00 |
| 02/02/10 | Review order setting omnibus hearing dates (.20); update calendar events (.30); review and revise critical dates memo (.20); review docket and recent pleadings (.30); file maintenance (.40). | JS | 1.40 | 343.00 |
| 02/02/10 | Review correspondence, docket and recent pleadings (.20). | JXZ | 0.20 | 85.00 |
| 02/03/10 | Dobben - conference call with MSI, Beach and Crowther re: proposed response to their motion demanding a bond and meeting with MSI re: same (.80); review and revise JO's summaries of Corporate Center settlement and Broadhollow/Melville settlement (.70). | ELS | 1.50 | 892.50 |
| 02/03/10 | Drafting summaries of Debtors motion re Corporate Center and Broadhollow settlements. | JO | 3.30 | 1,056.00 |
| 02/03/10 | Monitor docket and recent pleadings (.30). | JS | 0.30 | 73.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/03/10 | Revise and edit summaries to the Committee (.40); Review e-mails from BDO (.20); Teleconference with Beach, Crowther & ELS to discuss strategy on Dobben motion (.60); Teleconference with D. Drebsky (.20). | MSI | 1.40 | 1,064.00 |
| 02/03/10 | Review JO summary memo on motions. | MTP | 0.20 | 152.00 |
| 02/04/10 | Emails and phone call re: committee call and attend/participate in committee call. | ELS | 0.80 | 476.00 |
| 02/04/10 | Circulating summaries of motion memos to Committee (.10); Preparing for Committee call (.10); Committee call (.60); Drafting minutes of committee call (.40). | JO | 1.20 | 384.00 |
| 02/04/10 | Review Transmittal of record on appeal to DC District Court (.10); review Orders resolving debtors' 13th omnibus objection to claims (.20); monitor docket (.20). | JS | 0.50 | 122.50 |
| 02/04/10 | Review motion summaries (.10); Committee call (.50). | JXZ | 0.60 | 255.00 |
| 02/04/10 | Review materials in preparation for Committee call (.20); Attend Committee meeting by phone to go over Deloitte, Bank, Broadhollow and other pending motions (.70); Teleconference with S. Sass regarding same (.20). | MSI | 1.10 | 836.00 |
| 02/04/10 | E-mails re Committee call | MTP | 0.10 | 76.00 |
| 02/05/10 | Review and revise JO's draft 2/4 committee call minutes. | ELS | 0.40 | 238.00 |
| 02/05/10 | Editing committee meeting minutes. | JO | 0.10 | 32.00 |
| 02/05/10 | Review docket and recent pleadings (.30); file maintenance (.10). | JS | 0.40 | 98.00 |
| 02/08/10 | Review and revise critical dates memo (.50); update calendar (.10); monitor docket (.20). | JS | 0.80 | 196.00 |
| 02/08/10 | Teleconference with Beach regarding BDO retention issues, Ross, Broadhollow and Bank (.40); Teleconference with Beach regarding Waterfield (.20). | MSI | 0.60 | 456.00 |
| 02/09/10 | Dobben - review and revise Debtors' joint response to Dobben's bond motion. | ELS | 0.80 | 476.00 |
| 02/09/10 | Review and forward order granting the official committee's fifth omnibus motion for an order approving settlements (.20); review notice of appearance (.10); update and review services list to ensure property parties are added and withdrawn (1.20). | JS | 1.50 | 367.50 |
| 02/09/10 | Teleconference with Beach regarding BDO and status and review same. | MSI | 0.30 | 228.00 |
| 02/10/10 | Revise and edit Dobben objection. | MSI | 1.00 | 760.00 |
| 02/11/10 | Dobben - review revised joint response to motion for a bond. | ELS | 0.50 | 297.50 |
| 02/11/10 | Review docket and recent pleadings (.20). | JS | 0.20 | 49.00 |
| 02/11/10 | Review final draft of the Dobben objection (.30); E-mails with Beach and ELS regarding same (.10). | MSI | 0.40 | 304.00 |
| 02/12/10 | Review latest draft of Broadhollow document and order (.60); Review and respond to e-mails regarding same (.30). | MSI | 0.90 | 684.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/12/10 | Attention to Broadhollow pleading | MTP | 0.50 | 380.00 |
| 02/16/10 | Emails with Debtors re: 2/18 agenda. | ELS | 0.40 | 238.00 |
| 02/16/10 | Review docket and recent pleadings (.30); review critical dates memo (.30); calendar events (.10); review agenda and amended agenda and prepare for hearing (.80); coordinate court call appearance for MSI (.10). | JS | 1.60 | 392.00 |
| 02/17/10 | Dobben - Review their reply, e-mails with debtors re same, e-mails and phone calls with Dobben's attorney re same. | ELS | 0.80 | 476.00 |
| 02/17/10 | Reviewing H&H memo re D&T claims. | JO | 0.20 | 64.00 |
| 02/17/10 | Review consensual order regarding the debtors' 42th omnibus objection to claims (.10); review order re: 13th omnibus objection to claims (.10); review reply to objection to motion for supersede as bond to protect judgment for Dobben clarification of facts (.20); review motion to approve 9019 (.20); calendar events (.10); file maintenance (.40). | JS | 1.10 | 269.50 |
| 02/17/10 | Review memo re Deloitte issues | MTP | 0.50 | 380.00 |
| 02/18/10 | Meeting with Sass and Plank re case status (.80); travel to and from 2/18 American Home hearing at 1/2 time (2.60); prepare for 2/18 hearing (.50); attend hearing re Dobben motion for a bond, RMS fee application and initial court conference re 5 preferences (1.30). | ELS | 5.20 | 3,094.00 |
| 02/18/10 | Preparation for committee call (.20); Committee call (1.00); Drafting minutes of call (.50) | JO | 1.70 | 544.00 |
| 02/18/10 | Review and forward amended agenda for 2/18 hearing (.20); review various orders and 9019 motion on docket (.50); calendar events (.20); file maintenance (.20). | JS | 1.10 | 269.50 |
| 02/18/10 | Review hearing agenda (.10); review committee update (.30); review Citibank 9019 Motion (.50); Committee conference call (.50); attention to meeting minutes (.10). | JXZ | 1.50 | 637.50 |
| 02/18/10 | Review DT memo and pleadings in preparation for meeting with the Committee (.30); Update with BDO regarding Bank sales and Ross claims (.20); Attend Committee meeting to address above issues (1.10); Teleconference with Committee members regarding issues (.20). | MSI | 1.80 | 1,368.00 |
| 02/18/10 | Review changes to Broadhollow agreement | MTP | 0.20 | 152.00 |
| 02/19/10 | Revising Committee minutes. | JO | 0.10 | 32.00 |
| 02/19/10 | Review application to employ BDO as tax advisor (.20); calendar events (.20); review and forward post confirmation reports (.50); review and update contact list (.30). | JS | 1.20 | 294.00 |
| 02/19/10 | Review recent orders (.10); review correspondence (.10). | JXZ | 0.20 | 85.00 |
| 02/23/10 | Dobben - review draft order and e-mails with debtors' counsel re same. | ELS | 0.40 | 238.00 |
| 02/25/10 | Calendar amended notice of hearing regarding DI8622 (.10); review docket and recent pleadings (.10). | JS | 0.20 | 49.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/25/10 | Meeting with ELS regarding update; e-mail to the Committee. | MSI | 0.40 | 304.00 |
| 02/26/10 | Review docket (.10). | JXZ | 0.10 | 42.50 |
| 02/26/10 | Draft e-mails to Olson regarding status (.20); Review Dobben order (.10); Teleconference with Beach to discuss Ross, administrative claims and settlements (.80). | MSI | 1.10 | 836.00 |

TOTAL HOURS                                43.50

TOTAL SERVICES........................................................................$    21,433.50

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $1.76 |
| CARFARE | $238.97 |
| DUPLICATING | $23.70 |
| LEXIS | $1.75 |
| MEALS | $60.11 |
| SEARCH FEES | $3.20 |
| TELEPHONE CONFERENCE CALL | $211.42 |
| TRAVEL | $283.00 |

TOTAL DISBURSEMENTS............................................................$    823.91

TOTAL FEES & DISBURSEMENTS ............................................$    22,257.41

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--------|-------|-----------------|-------------|
| 556 | Smith | 11.40 | 245.00 | 2,793.00 |
| 583 | Orbach | 6.60 | 320.00 | 2,112.00 |
| 493 | Zawadzki | 2.70 | 425.00 | 1,147.50 |
| 486 | Schnitzer | 11.80 | 595.00 | 7,021.00 |
| 260 | Indelicato | 9.40 | 760.00 | 7,144.00 |
| 364 | Power | 1.60 | 760.00 | 1,216.00 |
| ATTY TOTAL | | 43.50 | | 21,433.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 28, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 142658

For professional services rendered from February 1, through February 28, 2010 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
003        RETENTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/22/10 | Review BDO retention application (.10). | JXZ | 0.10 | 42.50 |

TOTAL HOURS                           0.10

TOTAL SERVICES..........................................................................$        42.50

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 0.10 | 425.00 | 42.50 |
| ATTY TOTAL | | 0.10 | | 42.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 28, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 142658

For professional services rendered from February 1, through February 28, 2010 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
006         SALES OF ASSETS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/01/10 | Review Broadhollow sale motion (.60). | JXZ | 0.60 | 255.00 |
| 02/12/10 | Review changes to Broadhollow documents, e-mails regarding same. | DDG | 0.30 | 213.00 |
| 02/18/10 | Review amended sale agreements/Order (.30). | JXZ | 0.30 | 127.50 |

TOTAL HOURS                         1.20

TOTAL SERVICES.........................................................................$      595.50

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 0.90 | 425.00 | 382.50 |
| 426 | Grubman | 0.30 | 710.00 | 213.00 |
| ATTY TOTAL | | 1.20 | | 595.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 28, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 142658

For professional services rendered from February 1, through February 28, 2010 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
007         PROFESSIONIAL FEES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/01/10 | Review numerous fee applications draft summaries and e-mails MSI same (.90). | JXZ | 0.90 | 382.50 |
| 02/02/10 | Review YCST's November 09 fee application (.50). | JS | 0.50 | 122.50 |
| 02/02/10 | Review certifications (.10) | JXZ | 0.10 | 42.50 |
| 02/08/10 | Forward fee statements to Fee Examiner (.50). | JS | 0.50 | 122.50 |
| 02/08/10 | Review certifications (.10). | JXZ | 0.10 | 42.50 |
| 02/11/10 | Review fee summary chart. | JS | 1.20 | 294.00 |
| 02/11/10 | Work on monthly fee applications | MTP | 1.40 | 1,064.00 |
| 02/12/10 | Review Weiner's December 09 fee application (.20); review Cadwalader's November 09 fee application (.20); review BDO's January 10 fee application (.10); calendar events (.20). | JS | 0.50 | 122.50 |
| 02/12/10 | Review numerous fee applications/draft summaries (1.00). | JXZ | 1.00 | 425.00 |
| 02/18/10 | Review edits to H&H fee statements regarding miscalculations in time and spelling/grammar issues (2.50). | JS | 2.50 | 612.50 |
| 02/18/10 | Review Certifications (.10); review numerous fee applications, draft summaries and e-mail MTP same (1.10). | JXZ | 1.20 | 510.00 |
| 02/18/10 | Initial Drafting of Hahn & Hessen fee applications for October, 09' (.50) November, 09' (1.00); December, 09' (1.00); January, 10' (1.00). | KP | 4.00 | 600.00 |
| 02/18/10 | Review JXZ summaries of fees | MTP | 0.20 | 152.00 |
| 02/19/10 | Further drafting October, 09' Fee Application (.50). | KP | 0.50 | 75.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/22/10 | Further drafting of Hahn Hessen's November, 09' fee application (.50). | KP | 0.50 | 75.00 |
| 02/25/10 | Review fee application (.10); review certifications (.10). | JXZ | 0.20 | 85.00 |

TOTAL HOURS 15.30

TOTAL SERVICES.........................................................................$    4,727.50

DISBURSEMENT SUMMARY

DUPLICATING $24.80

TOTAL DISBURSEMENTS.............................................................$    24.80

TOTAL FEES & DISBURSEMENTS ............................................$    4,752.30

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 608 | Primm | 5.00 | 150.00 | 750.00 |
| 556 | Smith | 5.20 | 245.00 | 1,274.00 |
| 493 | Zawadzki | 3.50 | 425.00 | 1,487.50 |
| 364 | Power | 1.60 | 760.00 | 1,216.00 |
| ATTY TOTAL | | 15.30 | | 4,727.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 28, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 142658

For professional services rendered from February 1, through February 28, 2010 in connection with the following:

          703159          AMERICAN HOME MORTGAGE HOLDINGS, INC.
          008          AVOIDANCE ACTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/01/10 | Review and respond to RMS emails re: Manpower, Google (.40); MERS - email to defendant's attorneys re: analysis (.20); Digital Storage Solutions - phone calls with defendant's attorney re: defenses, review their analysis and send same to RMS for their review (1.20); update master preference chart (.20); On Guard - review their defense analysis and forward same to RMS for review (.40). | ELS | 2.40 | 1,428.00 |
| 02/01/10 | Reviewing Google settlement (.10); Returning call to ilinc counsel (.10). | JO | 0.20 | 64.00 |
| 02/01/10 | Draft Cadwalader Tolling Agreement and e-mail G. Petrick same (.20); attention re open preferences (.10); call C. Kunz (Johnson)(.10). | JXZ | 0.40 | 170.00 |
| 02/01/10 | Review file re Aspect Software (.40); and American Corporate Record Center (.40). | KGC | 0.80 | 388.00 |
| 02/01/10 | Drafting and review of Sir Speedy fact affidavit (.30); communication with opposing counsel regarding affidavit (.20); meeting with ELS to discuss open matters and discovery issues (.30). | ZV | 0.80 | 256.00 |
| 02/02/10 | Reviewed Elite Fire Protection's initial disclosures (.10); Reviewed initial disclosures served by Com-Bell Systems, CT Networks, Client Services, Dartmouth Ventures, Capital Contractors (.20); Email correspondence with ELS re Digital Storage and its financial information (.10). | CJK | 0.40 | 200.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/02/10 | Review and respond to RMS emails re: On Guard and DSS (.70); Microsoft - meeting with MSI re: matter and review HNP memo (.50); MERS - review their analysis and settlement letter and draft email to RMS re: same (.50); PCM - emails with defendant's attorney re: matter (.20); emails re: claim waivers in settlements (.20). | ELS | 2.10 | 1,249.50 |
| 02/02/10 | Review of email correspondence and attachments thereto from ELS and E. Plank regarding settlement of action against Mers Corp (.50); Completed memorandum regarding the preference action against Microsoft and email the memorandum to ELS and to MSI (1.60). | HNP | 2.10 | 787.50 |
| 02/02/10 | Conversation with KP regarding multiple default pleadings (.30). | JS | 0.30 | 73.50 |
| 02/02/10 | Review Vector Consulting initial disclosures (.10); review Uniquex discharge (.10); review scheduling order (.10); e-mails ELS (Cadwalader)(.10). | JXZ | 0.40 | 170.00 |
| 02/02/10 | Drafting documents ie: Request for entry of Default and Affidavit of Counsel re: Default for Multiple parties (2.50) | KP | 2.50 | 375.00 |
| 02/03/10 | Email correspondence with ELS/BDO re information re transfers to Digital Storage (.10). | CJK | 0.10 | 50.00 |
| 02/03/10 | MERS - emails and phone call with Plank re: settlement of same (.60); Digital Storage -- review RMS email re: analysis of defenses and email to Awong re: post-petition use (.50); meeting with NCR re: Protis, Sprint and Nextel (.50); review settlements with claim waivers and draft email to AHM and Equip re: same for updating claim register (.50); Aon - review debtors' draft settlement agreement and send comments (.40); Newsday - review RMS email re: matter and phone call with Plan re: same (.30). | ELS | 2.80 | 1,666.00 |
| 02/03/10 | Review of email correspondence regarding tolling and settlement discussions regarding the action against Mers Corp (.20); Update of preference chart to reflect change in various preference actions (.40). | HNP | 0.60 | 225.00 |
| 02/03/10 | Review adversarial dockets to ensure cases are ok to default (3.50). | JS | 3.50 | 857.50 |
| 02/03/10 | E-mail ECS (various), G. Petrick (Cadwalader)(.20); review settlements/claims waivers (.10); review AP dockets (.10). | JXZ | 0.40 | 170.00 |
| 02/03/10 | Review software contract information re defenses from Aspect Software (.40); review case from MSI re American Corporate Record (.30). | KGC | 0.70 | 339.50 |
| 02/03/10 | Drafting requests for entry of default and affidavits of counsel for multiple preference matters (3.00). | KP | 3.00 | 450.00 |
| 02/03/10 | Review discovery and e-mails from counsel (.40); meeting with ELS regarding same (.20). | MSI | 0.60 | 456.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/03/10 | Met with ELS re Protis, Sprint and Nextel preferences (.50); reviewed Protis analysis (.30); reviewed Nextel analysis (.30); reviewed Sprint analysis (.40); drafted reply email to Protis counsel (1.30); drafted reply email to Sprint and Nextel counsel (1.50). | NCR | 4.30 | 1,290.00 |
| 02/03/10 | Call with R. Lindahl regarding RMIC settlement (.30); meeting with ELS to discuss open matters (.30); Communication with local counsel regarding dismissals and clearing of settlement payments for settled matters (.20); review and drafting of initial response to S-Tron discovery requests (.80). | ZV | 1.60 | 512.00 |
| 02/04/10 | Email correspondence with BDO/ELS re invoices and other preference information for Digital Storage (.10); e-mail correspondence with local counsel re Della Femina's request for discovery requests in Word format (.10). | CJK | 0.20 | 100.00 |
| 02/04/10 | Review and respond to RMS email re: RMIC and PIP (.50); Pitney - conference call with Sass and Rowland re: further extension to answer complaint and discuss reduced claim; emails to Neiburg re: related claim objection (.50); draft scheduling order and notice for February 18th preferences (.90); Digital Storage - review Awong email re: post-petition use, review plan email re: defenses and draft email to defendant's attorney re: same (.40); Microsoft - meeting with HNP and MSI re: defenses (.60); MERS - review revised agreement and emails with debtors re: full release request and email with MERS re same (.60). | ELS | 3.50 | 2,082.50 |
| 02/04/10 | E-mails ELS (various)(.10); attention to tolling agreements (.10); calendar maintenance (.10); G. Petrick (Cadwalader)(.10). | JXZ | 0.40 | 170.00 |
| 02/04/10 | Drafting notices of default and affidavits of counsel for multiple preference matters (3.00). | KP | 3.00 | 450.00 |
| 02/04/10 | Advised Ron Rowland and Steve Sass that discovery went out for Pitney Bowes entities after reviewing stipulations and such (.60); reviewed email re PIP settlement offer (.20); reviewed exhibit to upcoming scheduling order (.20). | NCR | 1.00 | 300.00 |
| 02/04/10 | Analysis and drafting of S-tron discovery responses (.80); meeting with ELS to discuss open matters (.30). | ZV | 1.10 | 352.00 |
| 02/05/10 | Conference with ELS re discovery requests served by Client Services and discovery requests to same (.10); Reviewed draft discovery requests to Client Services (.10). | CJK | 0.20 | 100.00 |
| 02/05/10 | Media Recovery - review RMS email, analyze ordinary course of business and new value and draft reply to RMS (.90); Manpower - emails re: further tolling (.30). | ELS | 1.20 | 714.00 |
| 02/05/10 | Review of emails regarding extending the tolling agreement with Manpower (.20); review of email correspondence between K. Knuckey and ELS regarding preference against Media Recovery (.20). | HNP | 0.40 | 150.00 |
| 02/05/10 | Review KPs changes made to default pleadings (2.50). | JS | 2.50 | 612.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/05/10 | Review AP dockets (.20); review/revise affidavits (.20); calendar maintenance (.10); review Zensar answer (.10); draft discovery requests, affidavits, counsel correspondence and supervise service of same (.50); e-mails T. Guilfoyle (various)(.10). | JXZ | 1.20 | 510.00 |
| 02/05/10 | Continue drafting Notices of Default and Affidavits of Counsel for Various preference matters (1.00). | KP | 1.00 | 150.00 |
| 02/05/10 | Communication with R. Rowland regarding RMIC and other open matters pending settlement (.20); meeting with ELS to discuss open matters (.40). | ZV | 0.60 | 192.00 |
| 02/08/10 | Email correspondence with ELS re Diners Club (.10); reviewed letter from Corporate Resources' counsel and conference with ELS re same (.10); email correspondence with RMS/ELS re Corporate Resources' letter and defense (.10); email correspondence with Chandler Signs' counsel re Plaintiff's discovery requests (.10); email correspondence with local counsel re filing of affidavits of service of Plaintiff's discovery requests (.10). | CJK | 0.50 | 250.00 |
| 02/08/10 | Pitney Bowes - review debtors' emails re: claim objection and email same to RMS(.30); review escrow accounts and determine which accounts can be closed (.30); Corporate Resources - review their letter and meeting with CJK re: same (.20). | ELS | 0.80 | 476.00 |
| 02/08/10 | Review AP dockets (.20); attention to discovery (.20). | JXZ | 0.40 | 170.00 |
| 02/08/10 | Teleconference with Citi's counsel regarding Diner's Club (.10); review answers and discovery (.40); e-mails with ELS regarding same (.20). | MSI | 0.70 | 532.00 |
| 02/08/10 | Reviewed Pitney Bowes correspondence (.40). | NCR | 0.40 | 120.00 |
| 02/08/10 | Review of correspondence regarding RMIC settlement (.20); review of correspondence regarding McGraw Hill discovery responses (.20); communication with opposing counsel regarding revisions to extension stipulation (.30). | ZV | 0.70 | 224.00 |
| 02/09/10 | Email correspondence with Diners Club counsel re call (.10); reviewed Diners Club file for call with counsel (.10); Teleconference with Diners Club counsel and ELS re defenses, settlement and answer (.70); prepared stipulation extending Diners Club's time to answer the complaint (.10); email correspondence with Diners Club re stipulation and proposed scheduling order (.10); email correspondence with RMS/ELS/BDO re Corporate Resources' defenses and response (.20); email correspondence with BDO/ELS re defenses of Digital Storage (.20); reviewed proposed scheduling order for February defendants (.10). | CJK | 1.60 | 800.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/09/10 | Corporate Resources - review and respond to RMS email re: matter and email to Awong re: late historical payment and meeting with CJK re: same (.40); Diners Club - conference call with CJK and defendant's attorney re: matter; analyze history, meeting with CJK re: same (.70); MERS - review defendant's revised agreement, revise same and send to defendant's counsel; email to defendant's counsel re: edits (.90); Microsoft - conference call with HNP and Jackson re: Microsoft cure claim; meeting with HNP re: offer (.70). | ELS | 2.70 | 1,606.50 |
| 02/09/10 | Review of email correspondence regarding settlement agreement with preference defendant MERS (.10); telephone discussion with ELS and Debtors counsel regarding Microsoft preference and discussion with ELS regarding same (.40); review of notes regarding the above noted preference action (.30). | HNP | 0.80 | 300.00 |
| 02/09/10 | Review AP dockets (.20); e-mails T. Guilfoyle/ELS (Wyman)(.10); review settlement order (.10); calendar maintenance (.10). | JXZ | 0.50 | 212.50 |
| 02/09/10 | Review pleading and answers. | MSI | 0.40 | 304.00 |
| 02/09/10 | Review and filing of extension stipulation for Sir Speedy response (.20). | ZV | 0.20 | 64.00 |
| 02/10/10 | Email correspondence with Corporate Resource counsel/ELS re settlement. | CJK | 0.20 | 100.00 |
| 02/10/10 | Corporate Resource - review and revise CJK draft response to their letter asserting ordinary course of business. | ELS | 0.20 | 119.00 |
| 02/11/10 | Email correspondence with ELS/BDO re Diners Club stopped payment, preference analysis and supporting information (.30); Email correspondence with ELS/RMS re Com-Bell's request for extension of time to respond to discovery (.10); Email correspondence with Elite Fire Protection's counsel re discovery requests (.10); Correspondence with Client Services' counsel re response to discovery (.10). | CJK | 0.60 | 300.00 |
| 02/11/10 | Diners' Club - emails re: unpaid invoice and email to CJK re: settlement recommendation (.60); begin preparing schedule for 6th 9019 (.30). | ELS | 0.90 | 535.50 |
| 02/11/10 | Review scheduling order (.10). | JXZ | 0.10 | 42.50 |
| 02/11/10 | Review and respond to e-mails on answer and extension. | MSI | 0.20 | 152.00 |
| 02/12/10 | S&P - review RMS analysis re: matter and draft reply (.40); Pitney - phone call with attorney, review of RMS revised analysis and draft email re: same (.80); Diners Club - review RMS analysis of ordinary course of business and new value, email to CJK re: same, review defendant's attorney's comments re: scheduling order and draft reply (.60); prepare notice and motion for 6th omnibus 9019 (.50). | ELS | 2.30 | 1,368.50 |
| 02/12/10 | Review and revise default chart regarding settlements, extended deadlines and answers (3.50). | JS | 3.50 | 857.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/12/10 | E-mails ELS, K. Manean, CS (Triad)(.10); draft Triad stipulation (.10). | JXZ | 0.20 | 85.00 |
| 02/12/10 | Review responses and discovery (.40); Meeting with ELS regarding same (.20). | MSI | 0.60 | 456.00 |
| 02/12/10 | Review and analysis of Richard Michael Group discovery requests (.80); analysis of S&P defenses and communication with opposing counsel regarding extension of time to respond to complaint (.60). | ZV | 1.40 | 448.00 |
| 02/15/10 | Reviewing RMS emails re FNC and Eplus preferences. | JO | 0.20 | 64.00 |
| 02/16/10 | Email correspondence with ELS re settlement offer to Diners Club (.10); email correspondence with Diners Club counsel re revisions to stipulation extending time to answer and settlement offer (.20); email correspondence with local counsel re CT Network counsel's request for discovery and format of document production (.10); email correspondence with local counsel/RMS/ELS re dismissal of action against Corporate Resources Group (.10); email correspondence with Corporate Resources counsel/ELS re settlement (.20); reviewed files for all cases re status and deadlines (1.00). | CJK | 1.70 | 850.00 |
| 02/16/10 | Corporate Resources - review of emails and bank statements and draft dismissal stipulation (.30); EPlus - review revised settlement stipulation and email to Plank re: same and email to Beach/Crowther re: general release (.30); American Corporate Records - meeting with KGC re: matter and review of post-petition settlement, meeting with MSI re: same and email to debtor's counsel re: same (.50); MERS - review their revised agreement and send proposed comments to Plank (.70); FNC - review RMS analysis and draft reply (.70). | ELS | 2.50 | 1,487.50 |
| 02/16/10 | Reviewing RMS emails re settlements. | JO | 0.20 | 64.00 |
| 02/16/10 | Pull American Corp Records docket and pleadings for ELS and KC (.30). | JS | 0.30 | 73.50 |
| 02/16/10 | Discussion with ELS and MSI re American Corp. Records and going forward strategy (.50); review of Warehouseman's lien (.80). | KGC | 1.30 | 630.50 |
| 02/16/10 | Meeting with ELS regarding various settlements and discovery issues. | MSI | 0.20 | 152.00 |
| 02/16/10 | Review of Richard Michael Group discovery requests (.70). | ZV | 0.70 | 224.00 |
| 02/17/10 | MERS - review MERS' revised settlement, prepare revised version and send redline and comments to RMS (.80); Advisor Centric - e-mails re settlement of same (30); 6th Omnibus - draft e-mail to Committee explaining the basis for each settlement proposed for the 6th omnibus 9019, revise motion (1.80); S-Tron - meeting with ZV re defenses and discovery (.30). | ELS | 3.20 | 1,904.00 |
| 02/17/10 | Reviewing AHM settlements. | JO | 0.10 | 32.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/17/10 | Analysis and review of S-Tron defenses (.50); meeting with ELS to discuss S-Tron defenses and extension of time to respond to discovery (.30); communication with H. Berzow regarding Nash Printing deadline to respond to complaint and discussion of scheduling order (.20). | ZV | 1.00 | 320.00 |
| 02/18/10 | Conference with JXZ re facts surrounding transfers to Client Services (.40); reviewed discovery requests and responses in another preference action against Client Services to prepare same (.20); reviewed our responses to Client Services Customer Care's discovery requests in the other preference action (.30); reviewed scheduling order entered in the Diners Club case (.10); email correspondence with RMS/ELS/ BDO  re information re Digital Storage and settlement (.10); email correspondence with BDO re checks and invoices for Client Services Customer Care (.10); reviewed payments/invoices for Client Services Customer Care (.30). | CJK | 1.50 | 750.00 |
| 02/18/10 | Pitney - review proposed stipulations and e-mails with NCR re same (.30); MERS - draft reply to their e-mail re settlement terms, review their response and draft further reply (.80); Digital Storage - phone call with debtors re post-petition use and e-mails re same (.40). | ELS | 1.50 | 892.50 |
| 02/18/10 | Review of email correspondence between ELS and counsel for Mers Corp regarding stipulation to resolve preference action and email correspondence with ELS regarding the same (.30). | HNP | 0.30 | 112.50 |
| 02/18/10 | Reviewing emails from Blank Rome and RMS re 9019 and scheduling order. | JO | 0.30 | 96.00 |
| 02/18/10 | Review settlement schedule (.10); attention to discovery (.10); calls, meetings, e-mails ELS/T. Guilfoyle (various), M. Finnegan (WSS), CJK (CSI)(.50); attention to open preferences (.10). | JXZ | 0.80 | 340.00 |
| 02/18/10 | Check all outstanding files re deadlines on discovery (1.50); conduct preliminary research on Warehouseman liens (.50). | KGC | 2.00 | 970.00 |
| 02/18/10 | Reviewed Pitney Bowes stipulations (.20); call with Pitney Bowes' counsel (.30). | NCR | 0.50 | 150.00 |
| 02/19/10 | Drafted responses to Client Services Customer Care's interrogatories, document requests and requests for admissions (2.00); email correspondence with BDO re checks and invoices for Elite Fire Protection and CT Networks (.10); drafted discovery requests to Client Services Customer Care (.50). | CJK | 2.60 | 1,300.00 |
| 02/19/10 | FNC - review and reply to RMS re settlement authority (.20); Johnston - e-mails with BDO re sale of restricted stock (.20). | ELS | 0.40 | 238.00 |
| 02/19/10 | Call with Expirian. | JO | 0.10 | 32.00 |
| 02/19/10 | Review scheduling order (.10); review AP dockets (.10); draft affidavit (.10); research service addresses (.10); review Zensar answer (.10); calendar maintenance (.20); e-mails ELS/MSI/T. Guilfoyle various (.20). | JXZ | 0.90 | 382.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/22/10 | Email correspondence with local counsel re stipulation with Diners Club extending time to answer (.10); email correspondence with ELS re request by Elite Fire Protection for extension of time to respond to discovery (.10); teleconference with Elite Fire Protection counsel re same (.10); teleconference/email correspondence with Client Services Customer Care counsel re extension of time to respond to their discovery (.20); teleconference/email correspondence with CT Networks counsel re same (.20); drafted/revised responses to Client Services Customer Care's interrogatories, document requests, and request for admissions (.50); teleconference with Dartmouth Ventures counsel re settlement (.20); conference with ELS re checks to Client Services Customer Care (.20); email correspondence with ELS re Digital Storage (.10); email correspondence with ELS re response to Com-Bell discovery requests (.10). | CJK | 1.80 | 900.00 |
| 02/22/10 | Client Services - meeting with CJK re matter (.10); Mortgage Contracting - review and respond to RMS analysis and e-mail re matter, e-mail to A. Wong re historical differences (.60); Richard Michael Group - review defendant's e-mail and e-mail from RMS re matter and respond to both (.20); Digital Storage - review debtors' e-mail re post-petition use of services and draft reply, prepare analysis of value of action (.30); update escrow spreadsheet (.20); MERS - e-mails with Plank re matter (.20). | ELS | 1.60 | 952.00 |
| 02/22/10 | Review of email correspondence from K. Knuckey and ELS regarding analysis of preference defendant Mortgage Contracting Services and review of letter from counsel to the same (.60); Email correspondence with ELS and with counsel for the above noted preference defendant regarding the same (.30). | HNP | 0.90 | 337.50 |
| 02/22/10 | Review default chart (.40); draft default pleadings (1.20). | JS | 1.60 | 392.00 |
| 02/22/10 | Review AP dockets (.10); e-mails T. Guilfoyle (Warehouseline)/ELS (Johnson)(.10). | JXZ | 0.20 | 85.00 |
| 02/22/10 | Draft discovery and review re 8965 LLC. | KGC | 0.60 | 291.00 |
| 02/23/10 | Email correspondence with CT Networks counsel re extension of time to respond to discovery (.10); reviewed historical and preference payment data for Client Services Customer Care to respond to Interrogatories (.30); checked claims data re new value defense to respond to Client Services Customer Care interrogatories (.20); email correspondence with ELS/BDO re claims data for Client Services Customer Care (.10); email correspondence with RMS re ordinary course analysis for Client Services Customer Care (.10); email correspondence with RMS/ELS re CT Networks request for extension of discovery (.10); reviewed files of all preference actions for discovery deadlines and status (.50). | CJK | 1.40 | 700.00 |
| 02/23/10 | Review and respond to RMS e-mails re Intercity Agency; Lipa; Robert Half; Mortgage Contracting; Insight; and Metavante (1.60); meeting with KGC re Balweb and Bellagio (.20). | ELS | 1.80 | 1,071.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/23/10 | Review of emails between ELS and K. Knuckey regarding settlement proposal with preference defendant, Mortgage Contracting Services (.10); review of preference schedule, review of docket for certain preference actions and updated the preference schedule accordingly (.70); review of multiple email correspondence between ELS and K. Knuckey regarding proposed settlements with preference defendants Insight, Intercity and Metavante, and Long Island Power Authority and review of letters regarding defenses and settlement proposals from Intercity and Metavante and Long Island Power Authority (1.00); telephone discussion and email correspondence with counsel for Metavante regarding extension of time to respond to discovery request (.30); prepared initial disclosures for service on preference defendant Mortgage Guaranty Insurance Company and email to DEG regarding service of same (.30); review of notes regarding the preference action against Microsoft and review of order approving sale of the servicing platform regarding assumed and assigned contracts (.60). | HNP | 3.00 | 1,125.00 |
| 02/23/10 | Drafting Fairmont dismissal stipulation. | JO | 0.20 | 64.00 |
| 02/23/10 | E-mails and phone calls to counsel for Bellagio and Balweb re extensions of discovery response deadlines (.60); review all active files re discovery deadlines (1.40). | KGC | 2.00 | 970.00 |
| 02/23/10 | Reviewed Protis Innovation Services response (.30); extend discovery deadlines for PMC, Sprint, and Nextel (.40). | NCR | 0.70 | 210.00 |
| 02/23/10 | Communication with C. Griffiths regarding Shred-it discovery extension (.20).  Analysis of Richard Michael Group discovery requests and drafting of initial responses (.80). | ZV | 1.00 | 320.00 |
| 02/24/10 | Email correspondence with ELS re response to CT Networks' discovery requests (.10); email correspondence with ELS re policy re requests for discovery extension (.10); email correspondence with RMS/ELS re Diners Club settlement (.10); Email correspondence with ELS/RMS re Digital Storage settlement (.10). | CJK | 0.40 | 200.00 |
| 02/24/10 | Digital Storage - review defense counsel's e-mail re post-petition use and settlement offer and e-mail to Debtors re Kodak issue (.80); Mortgage Contractors - review debtors and Awong's information re discrepancy in histories (.50); review, analyze and respond to RMS e-mails re Metavante, Insight, Robert Half, Intercity Agency (1.20); Diners Club - review and analyze defense counsel's counter-offer, draft e-mail response for clarification, draft e-mail to Plank re settlement recommendation (.50); Protis - meeting with NCR re defenses and settlement offer (.30). | ELS | 3.30 | 1,963.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/24/10 | Review of multiple email correspondence from ELS and K. Knuckey regarding proposed settlements with preference defendants Insight and Metavante (.50); Review of email correspondence and attachments regarding defenses asserted by Mortgage Contracting Services (.50); Review of email correspondence from ELS regarding granting extensions to preference defendants (.10); Email to T. Guilfoyle with affidavit of service for service of initial disclosures on Mortgage Guaranty Insurance Company (.10); Telephone discussion with counsel for Microsoft regarding settlement of preference action (.40); Review of file for the above noted preference action (.20). | HNP | 1.80 | 675.00 |
| 02/24/10 | Call with Liz Plank re extension. | JO | 0.10 | 32.00 |
| 02/24/10 | Review adversary dockets and update critical dates (1.20). | JS | 1.20 | 294.00 |
| 02/24/10 | E-mails R. Rowland/M. Ralston (Xerox), ELS (various)(.30); calendar maintenance (.10). | JXZ | 0.40 | 170.00 |
| 02/24/10 | Various e-mails and phone calls with counsel for Bellagio, Balweb, American Security and Broker Agent re discovery deadlines (1.20); research re issues with Aspect Software defenses (2.60). | KGC | 3.80 | 1,843.00 |
| 02/24/10 | Review responses to discovery (.30); Meeting with ELS regarding various issues (.20). | MSI | 0.50 | 380.00 |
| 02/24/10 | Drafted email to Chris Awong re Protis Innovation Services (.50); met with ELS re Protis defenses (.30); reviewed deadline to respond to Defendant discovery requests and sought extensions where appropriate (.30). | NCR | 1.10 | 330.00 |
| 02/24/10 | Communication with opposing counsel regarding Nash Printing scheduling order (.30); meeting with ELS for review and discussion of outstanding matters (.30); review of settlement negotiations status of outstanding matters (.60). | ZV | 1.20 | 384.00 |
| 02/25/10 | Email correspondence with ELS re stipulation extending discovery deadline in Elite Fire Protection (.10). | CJK | 0.10 | 50.00 |
| 02/25/10 | Review and respond to RMS e-mails re Digital Storage, Dartmouth Ventures and Media Recovery (.90); MERS - review revised settlement agreement and e-mail/phone call with Plank re comments (.40); Microsoft - meetings with HNP re settlement offer (.40). | ELS | 1.70 | 1,011.50 |
| 02/25/10 | Review of multiple email correspondence regarding settlement of actions against Media Recovery and Mortgage Contracting (.30); Discussion with ELS regarding preference action against Microsoft (.20); Email correspondence to counsel for Microsoft regarding the same (.30). | HNP | 0.80 | 300.00 |
| 02/25/10 | Follow up on discovery extensions with counsel for Balweb (.20); follow up on Aspect Software issues and analysis (.50). | KGC | 0.70 | 339.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/26/10 | Teleconference with ELS/Diners Club counsel re settlement (.40); conference with ELS re Elite Fire Protection stipulation extending discovery (.10); teleconference/email correspondence with Elite Fire Protection counsel re stipulation extending discovery (.10); email correspondence with RMS/ELS re Dartmouth Ventures settlement (.10); email correspondence with BDO re historical payments and claims for Client Services Customer Care (.10); email correspondence with RMS/ELS re discovery extension request by First American Corelogic (.10). | CJK | 0.90 | 450.00 |
| 02/26/10 | MERS - revise settlement agreement and send same to Plank (.80); Diners - phone call with defendant's attorney re settlement terms and e-mail to debtors re same (.70). | ELS | 1.50 | 892.50 |
| 02/26/10 | Review of multiple email correspondence regarding settlement of preference actions against Mers Corp and Media Recovery (.30); review draft of settlement agreement with Mers Corp (.20); email correspondence with counsel for Kelly Services regarding extension to respond to discovery requests (.20); email correspondence with counsel for Microsoft regarding settlement of preference action (.20). | HNP | 0.90 | 337.50 |
| 02/26/10 | Review AP dockets (.10). | JXZ | 0.10 | 42.50 |
| 02/26/10 | Drafting of multiple initial disclosures and preparation of service (1.10); review of outstanding matters and follow up with multiple opposing parties regarding settlement negotiations (.60). | ZV | 1.70 | 544.00 |

TOTAL HOURS                    127.50

TOTAL SERVICES..........................................................................$    55,305.00

DISBURSEMENT SUMMARY

LONG DISTANCE TELEPHONE CHARGES                              $0.37

CARFARE                                                                              $-2.50

DUPLICATING                                                                      $85.00

LEXIS                                                                                 $211.31

MEALS                                                                                $27.47

POSTAGE                                                                            $14.58

SEARCH FEES                                                                     $21.44

TRAVEL                                                                            $-476.00

TOTAL DISBURSEMENTS.............................................$    -118.33

TOTAL FEES & DISBURSEMENTS .............................$    55,186.67

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 608 | Primm | 9.50 | 150.00 | 1,425.00 |
| 556 | Smith | 12.90 | 245.00 | 3,160.50 |
| 544 | Rigano | 8.00 | 300.00 | 2,400.00 |
| 574 | Virani | 12.00 | 320.00 | 3,840.00 |
| 583 | Orbach | 1.40 | 320.00 | 448.00 |
| 546 | Patwardhan | 11.60 | 375.00 | 4,350.00 |
| 493 | Zawadzki | 6.40 | 425.00 | 2,720.00 |
| 478 | Craner | 11.90 | 485.00 | 5,771.50 |
| 931 | Kang | 14.20 | 500.00 | 7,100.00 |
| 486 | Schnitzer | 36.40 | 595.00 | 21,658.00 |
| 260 | Indelicato | 3.20 | 760.00 | 2,432.00 |
| ATTY TOTAL | | 127.50 | | 55,305.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 28, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 142658

For professional services rendered from February 1, through February 28, 2010 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
009         LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/01/10 | Review docket and update (1.50). | KP | 1.50 | 225.00 |
| 02/01/10 | Review D&T engagement letter and financial statements in connection with tolling agreement and confer with J. McCahey re same. | RJM | 0.10 | 57.00 |
| 02/02/10 | Review JPM's revised draft of tolling agreement and cover emails (.20); prepare for BDO meeting (.90). | RJM | 1.10 | 627.00 |
| 02/04/10 | Review additional cases re Wagoner Rule. | RJM | 2.50 | 1,425.00 |
| 02/11/10 | Finalize draft detailed memorandum to Committee. | RJM | 3.10 | 1,767.00 |
| 02/12/10 | Revise and edit DT memo to the Committee; draft e-mail regarding same. | MSI | 1.10 | 836.00 |
| 02/12/10 | Confer with J. McCahey re memorandum to Committee; review final edits and circulate same to BDO and M. Indelicato. | RJM | 0.40 | 228.00 |
| 02/16/10 | Review and analyze BDO December and August 09 memos in dealing with the DT memo (2.80); Discuss same with RJM and JPM (.20); Review and edit DT memo (.40). | MSI | 3.40 | 2,584.00 |
| 02/16/10 | Final edits to report to Committee and confer with MSI re same (.60); prepare for telephone conference with BDO (.60); telephone conference with BDO (.90). | RJM | 2.10 | 1,197.00 |
| 02/17/10 | Review Dobben response (.30); Review e-mails from ELS regarding same (.20); Teleconference with Beach and ELS regarding same (.20); Review prior pleadings and order (.40). | MSI | 1.10 | 836.00 |
| 02/18/10 | Meeting MSI, RJM; JPM re litigation issues. | JXZ | 0.20 | 85.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/18/10 | Review Dobben pleadings and attend court hearings regarding same (1.80); Discussions with ELS regarding same (.30). | MSI | 2.10 | 1,596.00 |
| 02/18/10 | Review and respond to M. Seidel's e-mail re Waterfield (.20). | ZGN | 0.20 | 132.00 |
| 02/19/10 | Review issues on DT (.60); and discuss alternatives with Drebsky (.20). | MSI | 0.80 | 608.00 |
| 02/22/10 | Meeting with RJM regarding damage issues with DT (.20); Review same and other issues raised by the Committee (.20). | MSI | 0.40 | 304.00 |
| 02/22/10 | Confer with MSI and JPM re DT claims. | RJM | 0.10 | 57.00 |
| 02/23/10 | Review Dobben order and meeting with ELS regarding same. | MSI | 0.20 | 152.00 |
| 02/25/10 | Review issues on Dobben order. | MSI | 0.20 | 152.00 |

TOTAL HOURS                    20.60

TOTAL SERVICES..........................................................................$    12,868.00

DISBURSEMENT SUMMARY

| | |
|---|---|
| DUPLICATING | $63.90 |
| MEALS | $34.44 |
| OVERNIGHT DELIVERY | $49.85 |
| POSTAGE | $1.05 |
| SEARCH FEES | $68.16 |

TOTAL DISBURSEMENTS............................................................$    217.40

TOTAL FEES & DISBURSEMENTS ............................................$    13,085.40


SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|------|-------|-----------------|-------------|
| 608 | Primm | 1.50 | 150.00 | 225.00 |
| 493 | Zawadzki | 0.20 | 425.00 | 85.00 |
| 952 | Malatak | 9.40 | 570.00 | 5,358.00 |
| 428 | Newman | 0.20 | 660.00 | 132.00 |
| 260 | Indelicato | 9.30 | 760.00 | 7,068.00 |
| ATTY TOTAL | | 20.60 | | 12,868.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 28, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 142658

For professional services rendered from February 1, through February 28, 2010 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|--|--------|----------------------------------------|
|  | 012 | CLAIMS ADMINISTRATION |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/01/10 | Review Dobben motion for Bond (.20). | JXZ | 0.20 | 85.00 |
| 02/01/10 | Review Dobben motion for bond (.60); Review e-mails and discuss issues with ELS (.20). | MSI | 0.80 | 608.00 |
| 02/02/10 | Review claims orders (.10). | JXZ | 0.10 | 42.50 |
| 02/05/10 | Review claims Orders (.10); review omnibus claims objection (.20). | JXZ | 0.30 | 127.50 |
| 02/08/10 | Review Eininger Stipulation/order. | JXZ | 0.10 | 42.50 |
| 02/11/10 | Review response papers. | JXZ | 0.30 | 127.50 |
| 02/12/10 | Review FPSS response to claims objection. | JXZ | 0.10 | 42.50 |
| 02/18/10 | Review claims certifications/orders  (.20); review Dobben reply papers (.20). | JXZ | 0.40 | 170.00 |

TOTAL HOURS                                            2.30

TOTAL SERVICES.........................................................................$        1,245.50

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 1.50 | 425.00 | 637.50 |
| 260 | Indelicato | 0.80 | 760.00 | 608.00 |
| ATTY TOTAL | | 2.30 | | 1,245.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

June 28, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 142658

For professional services rendered from February 1, through February 28, 2010 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
013         INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/01/10 | Telephone conferences (2) with Deloitte counsel re changes to draft tolling agreement (.50); review of Deloitte engagement letter and 2007 audit report and confer with RJM re same (.50); revise draft to tolling agreement (.50); email to BDO re issues raised by Deloitte's comments (.40). | JPM | 1.90 | 1,425.00 |
| 02/02/10 | Reviewed key Wagoner rule/in pari delicto cases (1.50). | CJK | 1.50 | 750.00 |
| 02/02/10 | Review of engagement letter, 2006 audit report and several revisions of Deloitte tolling agreement (1.80); emails and telephone conference with D. Berliner (BDO) re Deloitte issues (.40); email to Skadden forwarding revised toling agreement (.30); review of BDO material and notes re Deloitte audit issues and potential damages (3.00). | JPM | 5.50 | 4,125.00 |
| 02/03/10 | Conference with JPM re amount of class action plaintiffs' settlement with D&T (.10); checked EDNY docket to retrieve settlement documents re class action plaintiffs' settlement with D&T and reviewed same (.50); reviewed BDO's damages analysis for meeting with BDO/JPM/RJM (.50); conference with JPM/RJM/BDO re damages analysis and potential claims (2.00); conference with RJM re applicability of Wagoner rule where management engaged in mere negligence and not fraud (.40); research for secondary legal sources re whether the Wagoner rule/in pari delicto applies where management engaged in mere negligence and not fraud (2.00). | CJK | 5.50 | 2,750.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/03/10 | Review of materials re potential claim against Deloitte and issues related thereto (2.00); confer with RJM (2) re meeting with Deloitte and pari delicto issues (.80); confer with CJK re Deloitte settlement with class action plaintiffs (.20); review of Deloitte's suggested changes to tolling agreement (.30); emails internally and to Debtors' counsel re same (.10); telephone conference with Skadden counsel (2) re tolling agreement and meeting (.40); revise tolling agreement (.40); emails with Skadden counsel re tolling agreement (.40); meeting with BDO re Deloitte (2.00); confer with MSI re Deloitte (.10); email to CJK and RJM re pari delicto issues (.30). | JPM | 7.00 | 5,250.00 |
| 02/03/10 | Prepare for and attend meeting with BDO, JPM and CJK (3.10); litigation strategy conferences with JPM and CJK (.50). | RJM | 3.60 | 2,052.00 |
| 02/04/10 | Conference with JPM re Wagoner rule (.20); email correspondence with JPM/RJM re Wagoner rule (.10); email correspondence with JPM/RJM/Deloitte & Touche counsel/local counsel re tolling agreement and meeting (.10); research re applicability of Wagoner/in pari delicto rule where managers engage in negligence and not fraud (4.00). | CJK | 4.40 | 2,200.00 |
| 02/04/10 | Revise and finalize tolling agreement with Deloitte (.50); email same to Skadden, Debtors' counsel and internally for signature (.30); emails internally, Skadden and BDO re meeting to discuss Deloitte, claims (.50); confer with CJK re pari delicto issues, research (.30); emails with RJM re same (.20); review of SEC civil complaint, Strauss settlement of same (.60); review of pari delicto issues (2.00). | JPM | 4.40 | 3,300.00 |
| 02/05/10 | Conference with JPM re applicability of Wagoner rule and effect, if any, of SEC's complaint alleging fraud on the part of AHM management (.20); follow up research re same (2.50); email correspondence with JPM/RJM/BDO/Deloitte Touch counsel re tolling agreement and meeting (.10). | CJK | 2.80 | 1,400.00 |
| 02/05/10 | Attend to execution of Tolling Agreement and circulation of signatures (1.00); review of class action settlement motion/order (.50); emails with Deloitte counsel, BDO, internally re scheduling meeting (.40); review of pari delicto issues (2.00). | JPM | 3.90 | 2,925.00 |
| 02/08/10 | Conference with RJM re applicability of Wagoner rule (.80); checked docket in In re Magnesium case for complaint and briefs, and reviewed same (1.20); checked docket for complaint and briefs in the American Tissue case to determine applicability of Wagoner rule, and reviewed brief (.50); email correspondence with D&T counsel/JPM/RJM re tolling agreement and meeting (.10). | CJK | 2.60 | 1,300.00 |
| 02/08/10 | Emails with Deloitte counsel re execution of Tolling Agreement and proposed meeting (.30); internal emails re same (.20); review of potential claims against Deloitte (3.00); confer with RJM re pari delicto issues (.30). | JPM | 3.80 | 2,850.00 |
| 02/08/10 | Several conferences with CJK re Wagoner Rule and review related cases. | RJM | 2.60 | 1,482.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/09/10 | Conference with RJM re Wagoner/in pari delicto issues and research (.40); Gathered key cases re Wagoner/in pari delicto rule for RJM (.20); Email correspondence with BDO/JPM/RJM re damages analysis (.10); Reviewed BDO's damages analysis (.30); Reviewed SEC complaint to assess Wagoner/in pari delicto defense issues (.30). | CJK | 1.30 | 650.00 |
| 02/09/10 | Emails with BDO re Deloitte (.10); emails with MSI re Deloitte (.10). | JPM | 0.20 | 150.00 |
| 02/09/10 | Detailed review of further damages analysis provided by BDO and confer with BDO re same (.90); review SEC complaint and related documents and confer with CJK re same (1.80). | RJM | 2.70 | 1,539.00 |
| 02/10/10 | Review of AHM materials re damages/Deloitte. | JPM | 2.00 | 1,500.00 |
| 02/10/10 | Continue research and review of cases addressing in pari delicto, Wagoner Rule. | RJM | 4.10 | 2,337.00 |
| 02/11/10 | Email correspondence with JPM/RJM/BDO re damages analysis (.20); reviewed RJM's draft memo to Committee re potential claims against D&T (.40); reviewed BDO's damages analysis (.50); conference with JPM re Wagoner rule/in pari delicto issues (.20); reviewed Symbol Technologies case re Wagoner rule (.30); reviewed Kirschner and other key cases re Wagoner rule/in pari delicto (.50). | CJK | 2.10 | 1,050.00 |
| 02/11/10 | Emails with debtors' counsel re Tolling Agreement with Deloitte (.20); confer with RJM and CJK re claims against Deloitte (.40); review of potential damages re Deloitte audit (.50); emails with BDO re same (.30); review of materials from CJK (.80). | JPM | 2.20 | 1,650.00 |
| 02/12/10 | Emails with Debtors' counsel and Steve Sass re Tolling Agreement (.30); review and revise memorandum to Committee re Deloitte, potential claims and 3/1/10 meeting (3.50); confer with RJM (2) (.40) and MSI (.20) re Deloitte and Committee memorandum. | JPM | 4.40 | 3,300.00 |
| 02/13/10 | Review of potential damages in claims against Deloitte (2.00). | JPM | 2.00 | 1,500.00 |
| 02/15/10 | Review of BDO comments to memorandum to Committee on Deloitte issues (.50); emails with MSI re same (.20). | JPM | 0.70 | 525.00 |
| 02/16/10 | Teleconference with BDO/JPM/RJM re damages analysis and meeting with D&T (.80); conference with JPM/RJM re same (.20). | CJK | 1.00 | 500.00 |
| 02/16/10 | Attend to distribution of original signature pages to Deloitte and Deloitte's counsel (.60); review of revised memorandum to Committee (.50); confer with RJM re Deloitte issues (.20); prepare for conference call with BDO (1.50); conference call with BDO and follow-up discussion with RJM and CJK (1.10). | JPM | 3.90 | 2,925.00 |
| 02/17/10 | Review of finalized memorandum and email to Committee re Deloitte (.70). | JPM | 0.70 | 525.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/18/10 | Review of materials re Deloitte potential claim (2.50); confer with MSI and RJM re BDO issue (.10); conference call with Committee re Deloitte (1.10) and follow-up conference with RJM and MSI re same (.30); emails with Deloitte's counsel (.20). | JPM | 4.20 | 3,150.00 |
| 02/18/10 | Committee meeting re possible Deloitte claims. | RJM | 1.20 | 684.00 |
| 02/19/10 | Confer with MSI re BDO (.20); review of issues raised during Committee call (1.50). | JPM | 1.70 | 1,275.00 |
| 02/22/10 | Emails with BDO re Deloitte (.20); emails with Deloitte's counsel re moving meeting to 3/11 (.30); confer with RJM re Deloitte issues (.30); review of BDO materials re Deloitte damages (1.00). | JPM | 1.80 | 1,350.00 |
| 02/24/10 | Emails and confer with Deloitte/Committee call (.30); prepare for call (1.00). | JPM | 1.30 | 975.00 |
| 02/26/10 | Email correspondence with JPM/MSI/RJM re PCAOB report (.10). | CJK | 0.10 | 50.00 |
| 02/26/10 | Emails with Debtors' counsel re PCAOB request for documents and review of request (.40); emails with BDO re PCAOB request and with MSI and RJM (.40); review of notes re PCAOB review of DT audits of AHM (.70). | JPM | 1.50 | 1,125.00 |

TOTAL HOURS                                                      88.60

TOTAL SERVICES.........................................................................$     58,569.00

DISBURSEMENT SUMMARY

DUPLICATING                                                                        $112.30

LEXIS                                                                                      $30.81

TOTAL DISBURSEMENTS............................................................$        143.11

TOTAL FEES & DISBURSEMENTS ...........................................$     58,712.11

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 931 | Kang | 21.30 | 500.00 | 10,650.00 |
| 952 | Malatak | 14.20 | 570.00 | 8,094.00 |
| 226 | McCahey | 53.10 | 750.00 | 39,825.00 |
| ATTY TOTAL | | 88.60 | | 58,569.00 |

# Hahn & Hessen LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

June 28, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 142658

For professional services rendered from February 1, through February 28, 2010 in connection with the following:

703159       AMERICAN HOME MORTGAGE HOLDINGS, INC.
014          TRIAD WORKOUT

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/01/10 | Attention to communication with financial institution, re: status (.10). | CAJ | 0.10 | 59.50 |
| 02/05/10 | Communication from counsel for Triad, re: contacts for financial institutions (.20); research (.30); and communication with Triad's counsel, re: forward same (.10). | CAJ | 0.60 | 357.00 |
| 02/09/10 | Multiple communications from/to Debtors' counsel (.20); and Hahn & Hessen team (.20); re: Countrywide motion; Communication to/from Triad's counsel, re: extension (.20). | CAJ | 0.60 | 357.00 |
| 02/12/10 | Multiple communications Hahn & Hessen team and RR, re: stipulation. | CAJ | 0.60 | 357.00 |
| 02/16/10 | Communications to/from Debtors' counsel, re: Triad stipulation (.20); Prepare additional stipulation (.30); and communications to/from Triad's counsel, re: same (.20). | CAJ | 0.70 | 416.50 |
| 02/17/10 | Multiple communications with Debtors' counsel and internal Hahn & Hessen team, re: issues related to the stipulation and insurance policies (.90); communications to/from counsel for Triad and internal Hahn & Hessen team, re: insurance policies (.20). | CAJ | 1.10 | 654.50 |
| 02/17/10 | E-mails with CAJ re Triad. | MTP | 0.20 | 152.00 |
| 02/18/10 | Communications with Debtors' counsel, re: status of filing of fourth stipulation. | CAJ | 0.20 | 119.00 |
| 02/19/10 | Communications with Debtors' counsel, re: status of stipulation. | CAJ | 0.20 | 119.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 02/21/10 | Communications to/from Debtors' counsel, re: stipulation issue. | CAJ | 0.20 | 119.00 |
| 02/22/10 | Attention to receipt/review entry of stipulation/order by Court and communication with Debtors' counsel, re: same. | CAJ | 0.20 | 119.00 |
| 02/22/10 | Review email from CAJ regarding extention to respond to complaint (.10); calendar re: same (.10); review docket (.10). | JS | 0.30 | 73.50 |
| 02/22/10 | Review 4th Answer extension stipulation. | MTP | 0.20 | 152.00 |

TOTAL HOURS                                                5.20

TOTAL SERVICES..........................................................................$      3,055.00


### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 556 | Smith | 0.30 | 245.00 | 73.50 |
| 588 | Jarvinen | 4.50 | 595.00 | 2,677.50 |
| 364 | Power | 0.40 | 760.00 | 304.00 |
| ATTY TOTAL | | 5.20 | | 3,055.00 |