# Exhibit C

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 2/5/2010 | Schnitzer, Edward L. | CAR | $ (11.00) | Cancellation of: VENDOR: Linowes and Blocher, LLP; INVOICE#: 53; DATE: 1/25/2010 |
| 2/18/2010 | Schnitzer, Edward L. | CAR | $ 12.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 55; DATE: 2/23/2010 |
| 2/18/2010 | Indelicato, Mark S | CAR | $ 117.76 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 123891; DATE: 2/23/2010 |
| 2/18/2010 | Schnitzer, Edward L. | CAR | $ 46.57 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 123891; DATE: 2/23/2010 |
| 2/18/2010 | Zawadzki, Jeffrey | CAR | $ 62.64 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 610784; DATE: 2/28/2010 |
| 2/23/2010 | Patwardhan, Huria N. | CAR | $ 8.50 | VENDOR: HURIA PATWARDHAN; INVOICE#: 17; DATE: 3/10/2010 |
| | | | **$ 236.47** | |
| 2/1/2010 | Schnitzer, Edward L. | DUPL | $ 0.20 | |
| 2/1/2010 | Schnitzer, Edward L. | DUPL | $ 0.20 | |
| 2/1/2010 | Schnitzer, Edward L. | DUPL | $ 0.70 | |
| 2/1/2010 | | DUPL | $ 0.70 | |
| 2/1/2010 | | DUPL | $ 1.60 | |
| 2/1/2010 | | DUPL | $ 0.20 | |
| 2/1/2010 | | DUPL | $ 0.40 | |
| 2/1/2010 | | DUPL | $ 0.20 | |
| 2/1/2010 | | DUPL | $ 0.20 | |
| 2/1/2010 | | DUPL | $ 0.10 | |
| 2/1/2010 | | DUPL | $ 0.10 | |
| 2/1/2010 | | DUPL | $ 0.10 | |
| 2/1/2010 | | DUPL | $ 0.20 | |
| 2/1/2010 | | DUPL | $ 0.40 | |
| 2/1/2010 | | DUPL | $ 0.20 | |
| 2/1/2010 | | DUPL | $ 0.10 | |
| 2/1/2010 | | DUPL | $ 0.10 | |
| 2/1/2010 | | DUPL | $ 0.10 | |
| 2/1/2010 | | DUPL | $ 0.20 | |
| 2/1/2010 | | DUPL | $ 0.40 | |
| 2/1/2010 | | DUPL | $ 0.20 | |
| 2/1/2010 | | DUPL | $ 0.10 | |
| 2/1/2010 | | DUPL | $ 0.10 | |
| 2/1/2010 | | DUPL | $ 0.10 | |
| 2/1/2010 | | DUPL | $ 0.20 | |
| 2/1/2010 | | DUPL | $ 0.40 | |

| | | | |
|---|---|---|---|
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.20 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.20 |
| 2/1/2010 | DUPL | $ | 0.40 |
| 2/1/2010 | DUPL | $ | 0.20 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.40 |
| 2/1/2010 | DUPL | $ | 0.20 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.20 |
| 2/1/2010 | DUPL | $ | 0.40 |
| 2/1/2010 | DUPL | $ | 0.20 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.20 |
| 2/1/2010 | DUPL | $ | 0.40 |
| 2/1/2010 | DUPL | $ | 0.20 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.20 |
| 2/1/2010 | DUPL | $ | 0.20 |
| 2/1/2010 | DUPL | $ | 0.40 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 2.10 |
| 2/1/2010 | DUPL | $ | 0.40 |
| 2/1/2010 | DUPL | $ | 0.20 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.20 |
| 2/1/2010 | DUPL | $ | 0.40 |
| 2/1/2010 | DUPL | $ | 0.20 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.20 |

| | | | |
|---|---|---|---|
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.40 |
| 2/1/2010 | DUPL | $ | 0.20 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.20 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.40 |
| 2/1/2010 | DUPL | $ | 0.20 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.20 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.20 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.20 |
| 2/1/2010 | DUPL | $ | 0.20 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/1/2010 | DUPL | $ | 0.20 |
| 2/1/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.40 |
| 2/2/2010 | DUPL | $ | 0.50 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.20 |
| 2/2/2010 | DUPL | $ | 0.20 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.50 |

| | | | |
|---|---|---|---|
| 2/2/2010 | DUPL | $ | 0.20 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.20 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.40 |
| 2/2/2010 | DUPL | $ | 2.20 |
| 2/2/2010 | DUPL | $ | 0.40 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.20 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.20 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 3.20 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |

| | | | |
|---|---|---|---|
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.50 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.50 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.40 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.20 |
| 2/2/2010 | DUPL | $ | 0.20 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/2/2010 | DUPL | $ | 0.20 |
| 2/2/2010 | DUPL | $ | 0.40 |
| 2/2/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.10 |

| | | | |
|---|---|---|---|
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 2.00 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.60 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.20 |

| | | | |
|---|---|---|---|
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.70 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 16.80 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.30 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 4.00 |
| 2/3/2010 | DUPL | $ | 2.40 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 1.60 |
| 2/3/2010 | DUPL | $ | 1.20 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.60 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |

| | | | |
|---|---|---|---|
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 2.20 |
| 2/3/2010 | DUPL | $ | 3.50 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.70 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.10 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.20 |
| 2/3/2010 | DUPL | $ | 0.40 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.10 |
| 2/4/2010 | DUPL | $ | 0.10 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.10 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.10 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.40 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.10 |
| 2/4/2010 | DUPL | $ | 0.20 |

| | | | |
|---|---|---|---|
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 1.50 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.10 |
| 2/4/2010 | DUPL | $ | 0.40 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.40 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.60 |
| 2/4/2010 | DUPL | $ | 0.10 |
| 2/4/2010 | DUPL | $ | 0.10 |
| 2/4/2010 | DUPL | $ | 0.10 |
| 2/4/2010 | DUPL | $ | 0.10 |
| 2/4/2010 | DUPL | $ | 0.10 |
| 2/4/2010 | DUPL | $ | 0.10 |
| 2/4/2010 | DUPL | $ | 0.10 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.10 |
| 2/4/2010 | DUPL | $ | 0.10 |
| 2/4/2010 | DUPL | $ | 0.10 |
| 2/4/2010 | DUPL | $ | 0.10 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.40 |
| 2/4/2010 | DUPL | $ | 0.40 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 0.20 |
| 2/4/2010 | DUPL | $ | 1.00 |
| 2/4/2010 | DUPL | $ | 0.10 |
| 2/4/2010 | DUPL | $ | 0.10 |
| 2/4/2010 | DUPL | $ | 0.10 |
| 2/4/2010 | DUPL | $ | 0.10 |
| 2/4/2010 | DUPL | $ | 0.10 |

| Date | | Type | | Amount |
|------|---|------|---|-------:|
| 2/4/2010 | | DUPL | $ | 0.10 |
| 2/4/2010 | | DUPL | $ | 0.10 |
| 2/4/2010 | | DUPL | $ | 0.10 |
| 2/4/2010 | | DUPL | $ | 0.10 |
| 2/4/2010 | | DUPL | $ | 0.10 |
| 2/4/2010 | | DUPL | $ | 0.10 |
| 2/4/2010 | | DUPL | $ | 0.10 |
| 2/4/2010 | | DUPL | $ | 0.20 |
| 2/4/2010 | | DUPL | $ | 0.10 |
| 2/4/2010 | | DUPL | $ | 0.10 |
| 2/4/2010 | | DUPL | $ | 0.10 |
| 2/4/2010 | | DUPL | $ | 0.10 |
| 2/4/2010 | | DUPL | $ | 0.10 |
| 2/4/2010 | | DUPL | $ | 1.60 |
| 2/4/2010 | | DUPL | $ | 0.10 |
| 2/4/2010 | | DUPL | $ | 0.30 |
| 2/5/2010 | Delapaz, | DUPL | $ | 8.10 |
| 2/5/2010 | | DUPL | $ | 0.60 |
| 2/5/2010 | | DUPL | $ | 0.30 |
| 2/5/2010 | | DUPL | $ | 0.20 |
| 2/5/2010 | | DUPL | $ | 0.10 |
| 2/5/2010 | | DUPL | $ | 0.10 |
| 2/5/2010 | | DUPL | $ | 0.20 |
| 2/5/2010 | | DUPL | $ | 0.20 |
| 2/5/2010 | | DUPL | $ | 0.20 |
| 2/5/2010 | | DUPL | $ | 0.20 |
| 2/5/2010 | | DUPL | $ | 0.20 |
| 2/5/2010 | | DUPL | $ | 0.20 |
| 2/5/2010 | | DUPL | $ | 0.20 |
| 2/5/2010 | | DUPL | $ | 0.20 |
| 2/5/2010 | | DUPL | $ | 0.20 |
| 2/5/2010 | | DUPL | $ | 0.20 |
| 2/5/2010 | | DUPL | $ | 0.20 |
| 2/5/2010 | | DUPL | $ | 0.10 |
| 2/5/2010 | | DUPL | $ | 0.20 |
| 2/5/2010 | | DUPL | $ | 0.20 |
| 2/5/2010 | | DUPL | $ | 0.20 |
| 2/5/2010 | | DUPL | $ | 0.20 |
| 2/5/2010 | | DUPL | $ | 0.20 |
| 2/5/2010 | | DUPL | $ | 0.20 |
| 2/5/2010 | | DUPL | $ | 0.20 |
| 2/5/2010 | | DUPL | $ | 0.20 |
| 2/5/2010 | | DUPL | $ | 0.20 |
| 2/5/2010 | | DUPL | $ | 0.20 |
| 2/5/2010 | | DUPL | $ | 0.20 |
| 2/5/2010 | | DUPL | $ | 0.20 |
| 2/5/2010 | | DUPL | $ | 0.40 |

| Date | Name | Type | | Amount |
|---|---|---|---|---|
| 2/8/2010 | | DUPL | $ | 16.20 |
| 2/8/2010 | | DUPL | $ | 4.60 |
| 2/8/2010 | | DUPL | $ | 0.30 |
| 2/8/2010 | | DUPL | $ | 2.50 |
| 2/9/2010 | Kang, Christina | DUPL | $ | 11.10 |
| 2/9/2010 | | DUPL | $ | 1.70 |
| 2/9/2010 | | DUPL | $ | 0.80 |
| 2/9/2010 | | DUPL | $ | 0.80 |
| 2/9/2010 | | DUPL | $ | 0.10 |
| 2/9/2010 | | DUPL | $ | 0.10 |
| 2/9/2010 | | DUPL | $ | 0.10 |
| 2/9/2010 | | DUPL | $ | 0.10 |
| 2/9/2010 | | DUPL | $ | 0.10 |
| 2/9/2010 | | DUPL | $ | 0.10 |
| 2/9/2010 | | DUPL | $ | 0.10 |
| 2/9/2010 | | DUPL | $ | 0.10 |
| 2/9/2010 | | DUPL | $ | 0.10 |
| 2/9/2010 | | DUPL | $ | 0.10 |
| 2/9/2010 | | DUPL | $ | 0.10 |
| 2/9/2010 | | DUPL | $ | 0.20 |
| 2/9/2010 | | DUPL | $ | 0.20 |
| 2/9/2010 | | DUPL | $ | 3.00 |
| 2/9/2010 | | DUPL | $ | 0.10 |
| 2/9/2010 | | DUPL | $ | 0.60 |
| 2/9/2010 | | DUPL | $ | 0.70 |
| 2/9/2010 | | DUPL | $ | 0.10 |
| 2/9/2010 | | DUPL | $ | 0.60 |
| 2/9/2010 | | DUPL | $ | 0.70 |
| 2/9/2010 | | DUPL | $ | 0.60 |
| 2/9/2010 | | DUPL | $ | 0.30 |
| 2/9/2010 | | DUPL | $ | 0.30 |
| 2/9/2010 | | DUPL | $ | 0.30 |
| 2/9/2010 | | DUPL | $ | 0.60 |
| 2/9/2010 | | DUPL | $ | 0.70 |
| 2/9/2010 | | DUPL | $ | 0.70 |
| 2/9/2010 | | DUPL | $ | 1.00 |
| 2/9/2010 | | DUPL | $ | 3.00 |
| 2/10/2010 | | DUPL | $ | 0.40 |
| 2/11/2010 | Schnitzer, Edward L. | DUPL | $ | 0.30 |
| 2/11/2010 | Kang, Christina | DUPL | $ | 0.90 |
| 2/11/2010 | | DUPL | $ | 0.20 |
| 2/11/2010 | | DUPL | $ | 0.10 |
| 2/11/2010 | | DUPL | $ | 0.20 |
| 2/11/2010 | | DUPL | $ | 0.30 |
| 2/11/2010 | | DUPL | $ | 16.20 |
| 2/11/2010 | | DUPL | $ | 0.60 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 2/11/2010 | | DUPL | $ 0.30 |
| 2/11/2010 | | DUPL | $ 0.60 |
| 2/11/2010 | | DUPL | $ 0.30 |
| 2/11/2010 | | DUPL | $ 4.80 |
| 2/11/2010 | | DUPL | $ 0.50 |
| 2/11/2010 | | DUPL | $ 0.20 |
| 2/12/2010 | | DUPL | $ 1.10 |
| 2/12/2010 | | DUPL | $ 0.50 |
| 2/12/2010 | | DUPL | $ 0.50 |
| 2/12/2010 | | DUPL | $ 0.50 |
| 2/16/2010 | | DUPL | $ 0.50 |
| 2/16/2010 | | DUPL | $ 0.10 |
| 2/16/2010 | | DUPL | $ 0.50 |
| 2/16/2010 | | DUPL | $ 0.10 |
| 2/16/2010 | | DUPL | $ 0.50 |
| 2/16/2010 | | DUPL | $ 0.10 |
| 2/16/2010 | | DUPL | $ 0.10 |
| 2/16/2010 | | DUPL | $ 1.40 |
| 2/16/2010 | | DUPL | $ 0.50 |
| 2/16/2010 | | DUPL | $ 0.10 |
| 2/16/2010 | | DUPL | $ 0.50 |
| 2/16/2010 | | DUPL | $ 4.00 |
| 2/16/2010 | | DUPL | $ 0.60 |
| 2/16/2010 | | DUPL | $ 0.10 |
| 2/16/2010 | | DUPL | $ 0.60 |
| 2/16/2010 | | DUPL | $ 0.70 |
| 2/17/2010 | | DUPL | $ 0.10 |
| 2/17/2010 | | DUPL | $ 0.30 |
| 2/17/2010 | | DUPL | $ 0.50 |
| 2/17/2010 | | DUPL | $ 0.40 |
| 2/17/2010 | | DUPL | $ 0.20 |
| 2/17/2010 | | DUPL | $ 0.70 |
| 2/17/2010 | | DUPL | $ 0.20 |
| 2/18/2010 | Orbach, Joseph | DUPL | $ 0.50 |
| | Schnitzer, | | |
| 2/18/2010 | Edward L. | DUPL | $ 0.30 |
| 2/18/2010 | | DUPL | $ 0.50 |
| 2/18/2010 | | DUPL | $ 1.50 |
| 2/18/2010 | | DUPL | $ 3.90 |
| 2/18/2010 | | DUPL | $ 3.90 |
| 2/18/2010 | | DUPL | $ 0.80 |
| 2/18/2010 | | DUPL | $ 0.30 |
| 2/18/2010 | | DUPL | $ 0.30 |
| 2/18/2010 | | DUPL | $ 0.30 |
| 2/18/2010 | | DUPL | $ 0.10 |
| 2/18/2010 | | DUPL | $ 0.20 |
| 2/18/2010 | | DUPL | $ 0.10 |

| | | | |
|---|---|---|---|
| 2/18/2010 | DUPL | $ | 0.20 |
| 2/18/2010 | DUPL | $ | 0.50 |
| 2/18/2010 | DUPL | $ | 3.80 |
| 2/18/2010 | DUPL | $ | 4.20 |
| 2/18/2010 | DUPL | $ | 2.80 |
| 2/18/2010 | DUPL | $ | 1.10 |
| 2/18/2010 | DUPL | $ | 0.70 |
| 2/18/2010 | DUPL | $ | 1.10 |
| 2/18/2010 | DUPL | $ | 0.40 |
| 2/18/2010 | DUPL | $ | 0.60 |
| 2/18/2010 | DUPL | $ | 8.70 |
| 2/18/2010 | DUPL | $ | 0.60 |
| 2/19/2010 | DUPL | $ | 0.20 |
| 2/19/2010 | DUPL | $ | 0.20 |
| 2/19/2010 | DUPL | $ | 0.20 |
| 2/19/2010 | DUPL | $ | 0.20 |
| 2/19/2010 | DUPL | $ | 0.10 |
| 2/19/2010 | DUPL | $ | 0.90 |
| 2/19/2010 | DUPL | $ | 0.10 |
| 2/19/2010 | DUPL | $ | 0.80 |
| 2/19/2010 | DUPL | $ | 0.90 |
| 2/19/2010 | DUPL | $ | 0.10 |
| 2/19/2010 | DUPL | $ | 0.30 |
| 2/19/2010 | DUPL | $ | 0.30 |
| 2/19/2010 | DUPL | $ | 0.30 |
| 2/19/2010 | DUPL | $ | 0.30 |
| 2/19/2010 | DUPL | $ | 0.30 |
| 2/19/2010 | DUPL | $ | 0.30 |
| 2/19/2010 | DUPL | $ | 0.10 |
| 2/19/2010 | DUPL | $ | 0.10 |
| 2/19/2010 | DUPL | $ | 0.10 |
| 2/19/2010 | DUPL | $ | 0.10 |
| 2/19/2010 | DUPL | $ | 0.10 |
| 2/19/2010 | DUPL | $ | 0.10 |
| 2/19/2010 | DUPL | $ | 0.30 |
| 2/19/2010 | DUPL | $ | 0.30 |
| 2/19/2010 | DUPL | $ | 0.30 |
| 2/19/2010 | DUPL | $ | 0.30 |
| 2/19/2010 | DUPL | $ | 0.30 |
| 2/19/2010 | DUPL | $ | 0.30 |
| 2/19/2010 | DUPL | $ | 0.10 |
| 2/19/2010 | DUPL | $ | 0.10 |
| 2/19/2010 | DUPL | $ | 0.10 |
| 2/19/2010 | DUPL | $ | 0.10 |
| 2/19/2010 | DUPL | $ | 0.10 |
| 2/19/2010 | DUPL | $ | 0.10 |
| 2/19/2010 | DUPL | $ | 0.30 |

| Date | Name | Type | Amount | |
|---|---|---|---|---|
| 2/19/2010 | | DUPL | $ 1.00 | |
| 2/19/2010 | | DUPL | $ 0.10 | |
| 2/19/2010 | | DUPL | $ 0.40 | |
| 2/22/2010 | Craner, Katherine G. | DUPL | $ 5.80 | |
| 2/22/2010 | | DUPL | $ 1.80 | |
| 2/22/2010 | | DUPL | $ 1.80 | |
| 2/22/2010 | | DUPL | $ 1.80 | |
| 2/22/2010 | | DUPL | $ 0.50 | |
| 2/22/2010 | | DUPL | $ 0.30 | |
| 2/22/2010 | | DUPL | $ 0.70 | |
| 2/22/2010 | | DUPL | $ 0.40 | |
| 2/22/2010 | | DUPL | $ 0.90 | |
| 2/22/2010 | | DUPL | $ 0.70 | |
| 2/22/2010 | | DUPL | $ 0.90 | |
| 2/22/2010 | | DUPL | $ 0.10 | |
| 2/22/2010 | | DUPL | $ 0.10 | |
| 2/22/2010 | | DUPL | $ 2.60 | |
| 2/22/2010 | | DUPL | $ 2.60 | |
| 2/22/2010 | | DUPL | $ 1.80 | |
| 2/22/2010 | | DUPL | $ 6.00 | |
| 2/22/2010 | | DUPL | $ 1.80 | |
| 2/23/2010 | | DUPL | $ 0.30 | |
| 2/23/2010 | | DUPL | $ 0.20 | |
| 2/23/2010 | | DUPL | $ 0.10 | |
| 2/23/2010 | | DUPL | $ 0.10 | |
| 2/23/2010 | | DUPL | $ 0.40 | |
| 2/23/2010 | | DUPL | $ 0.10 | |
| 2/23/2010 | | DUPL | $ 0.20 | |
| 2/24/2010 | | DUPL | $ 0.40 | |
| 2/24/2010 | | DUPL | $ 0.20 | |
| 2/24/2010 | | DUPL | $ 0.20 | |
| 2/24/2010 | | DUPL | $ 0.20 | |
| 2/24/2010 | | DUPL | $ 0.10 | |
| 2/24/2010 | | DUPL | $ 0.20 | |
| 2/24/2010 | | DUPL | $ 0.20 | |
| | | | **$ 309.70** | |
| | | | | |
| 2/5/2010 | Kang, Christina | LEXI | $ 30.81 | VENDOR: LEXIS - NEXIS; INVOICE#: 1002004489; DATE: 3/9/2010 |
| 2/9/2010 | Virani, Zahir | LEXI | $ 211.31 | VENDOR: LEXIS - NEXIS; INVOICE#: 1002004489; DATE: 3/9/2010 |
| 2/16/2010 | Schnitzer, Edward L. | LEXI | $ 1.75 | VENDOR: LEXIS - NEXIS; INVOICE#: 1002004489; DATE: 3/9/2010 |
| | | | **$ 243.87** | |

| Date | Name | Type | | Amount | Description |
|------|------|------|---|--------|-------------|
| 2/16/2010 | Indelicato, Mark S | MEAL | $ | 15.86 | VENDOR: INDELICATO; INVOICE#: 43; DATE: 3/26/2010 |
| 2/18/2010 | Schnitzer, Edward L. | MEAL | $ | 36.90 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 55; DATE: 2/23/2010 |
| 2/18/2010 | Schnitzer, Edward L. | MEAL | $ | 23.21 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 640590; DATE: 2/21/2010 |
| 2/18/2010 | Indelicato, Mark S | MEAL | $ | 18.58 | VENDOR: INDELICATO; INVOICE#: 43; DATE: 3/26/2010 |
| 2/28/2010 | Patwardhan, Huria N. | MEAL | $ | 27.47 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 644193; DATE: 2/28/2010 |
| | | | $ | **122.02** | |
| | | | | | |
| 2/16/2010 | McCahey, John P | ODEL | $ | 5.50 | VENDOR: UNITED PARCEL SERVICE; INVOICE#: 0000V9211E080; DATE: 2/20/2010 |
| 2/16/2010 | McCahey, John P | ODEL | $ | 5.50 | VENDOR: UNITED PARCEL SERVICE; INVOICE#: 0000V9211E080; DATE: 2/20/2010 |
| 2/19/2010 | Kang, Christina | ODEL | $ | 38.85 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 7-005-64770; DATE: 3/1/2010 |
| | | | $ | **49.85** | |
| | | | | | |
| 2/3/2010 | Rigano, Nicholas C. | POST | $ | 5.56 | |
| 2/5/2010 | Zawadzki, Jeffrey | POST | $ | 3.46 | |
| 2/19/2010 | Kang, Christina | POST | $ | 1.05 | |
| 2/19/2010 | Zawadzki, Jeffrey | POST | $ | 1.05 | |
| 2/19/2010 | Zawadzki, Jeffrey | POST | $ | 1.05 | |
| 2/22/2010 | Craner, Katherine G. | POST | $ | 3.46 | |
| | | | $ | **15.63** | |
| | | | | | |
| 2/2/2010 | Power, Mark | SEAR | $ | 3.20 | VENDOR: PACER SERVICE CENTER; INVOICE#: 03312010; DATE: 3/31/2010 |
| 2/4/2010 | Power, Mark | SEAR | $ | 68.16 | VENDOR: PACER SERVICE CENTER; INVOICE#: 03312010; DATE: 3/31/2010 |
| 2/4/2010 | Power, Mark | SEAR | $ | 21.44 | VENDOR: PACER SERVICE CENTER; INVOICE#: 03312010; DATE: 3/31/2010 |
| | | | $ | **92.80** | |

| Date | Name | Type | Amount | Description |
|---|---|---|---|---|
| 2/1/2010 | Craner, Katherine G. | TELCON | $ 6.94 | VENDOR: AMERICAN EXPRESS; INVOICE#: 032910; DATE: 3/29/2010 |
| 2/3/2010 | Schnitzer, Edward L. | TELCON | $ 15.57 | VENDOR: AMERICAN EXPRESS; INVOICE#: 032910; DATE: 3/29/2010 |
| 2/4/2010 | Schnitzer, Edward L. | TELCON | $ 41.86 | VENDOR: AMERICAN EXPRESS; INVOICE#: 032910; DATE: 3/29/2010 |
| 2/18/2010 | Indelicato, Mark S | TELCON | $ 82.05 | VENDOR: AMERICAN EXPRESS; INVOICE#: 032910; DATE: 3/29/2010 |
| 2/25/2010 | Indelicato, Mark S | TELCON | $ 65.00 | VENDOR: INDELICATO; INVOICE#: 43; DATE: 3/26/2010 |
| | | | $ 211.42 | |
| 2/12/2010 | Rigano, Nicholas C. | TELE | $ 0.15 | |
| 2/23/2010 | Smith, Jason | TELE | $ 0.10 | |
| 2/23/2010 | Rigano, Nicholas C. | TELE | $ 0.10 | |
| 2/23/2010 | Patwardhan, Huria N. | TELE | $ 0.12 | |
| 2/24/2010 | Smith, Jason | TELE | $ 1.66 | |
| | | | $ 2.13 | |
| 2/5/2010 | Schnitzer, Edward L. | TRAV | $ (476.00) | Cancellation of: VENDOR: Linowes and Blocher, LLP; INVOICE#: 53; DATE: 1/25/2010 |
| 2/18/2010 | Schnitzer, Edward L. | TRAV | $ 283.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 55; DATE: 2/23/2010 |
| | | | $ (193.00) | |

**Total:**                        **$ 1,090.89**