IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          : Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                : Jointly Administered
    Debtors.                                                    :
                                                                : Response Deadline: August 13, 2010 at 4:00 p.m. (ET)
                                                                : Hearing Date: August 16, 2010 at 10:00 a.m. (ET)
---------------------------------------------------------------- x

## NOTICE OF DEBTORS' MOTION TO COMPEL

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL FOR THE COMMITTEE; (III) COUNSEL TO PARK NATIONAL; AND (III) THOSE PARTIES WHO HAVE REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002, IN ACCORDANCE WITH DEL. BANKR. LR 2002-1(B).

PLEASE TAKE NOTICE the above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Motion to Compel** (the "Motion"), a copy of which is attached hereto.

PLEASE TAKE FURTHER NOTICE that objections to the Motion, if any, must be filed on or before **August 13, 2010 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the objection upon the undersigned counsel to the Debtors so that the objection is received on or before the Objection Deadline.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

      A HEARING ON THE MOTION WILL BE HELD ON **AUGUST 16, 2010 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 6, 2010  
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Andrew A. Lundgren  
Sean M. Beach (No. 4070)  
Sharon M. Zieg (No. 4196)  
Andrew A. Lundgren (No. 4429)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*