**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation, *et al.*, | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |

## ORDER

Upon consideration of the *Debtors' Motion to Compel* (the "Motion") filed by the above-captioned debtors and debtors-in-possession (the "Debtors"); and due and adequate notice of the Motion having been given under the circumstances; and all parties in interest having been heard or having had the opportunity to be heard; and after due deliberation and sufficient cause appearing therefor; it is hereby:

ORDERED, that the Motion is GRANTED in all respects; and it is further

ORDERED, that Park National Bank and Trust of Chicago, the predecessor to North Star Trust Company, as successor-trustee to Park National Bank and Trust Company of Chicago ("Park National") shall immediately provide the Requested Documents[1] to the Debtors; and it is further

ORDERED, that Park National shall pay the Debtors' costs, including reasonable attorneys' fees, in prosecuting the Motion; and it is further

ORDERED, that it is established that Park National sought to disguise a low value of the Property by failing to provide the Requested Documents; and it is further

---

[1]    Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

ORDERED that the Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation of this Order.

Dated: Wilmington, Delaware
           _____, 2010


                        _____
                        THE HONORABLE CHRISTOPHER S. SONTCHI
                        UNITED STATES BANKRUPTCY JUDGE