IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
                                                                       :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :
a Delaware corporation, et al.,[1]                                     :   Jointly Administered
                                                                       :
                           Debtors.                                    :
                                                                       :   **Objection Deadline: N/A**
                                                                       :   **Hearing Date: N/A**
---------------------------------------------------------------------- x

## DEBTORS' MOTION TO SHORTEN NOTICE
## WITH RESPECT TO DEBTORS' MOTION TO COMPEL

The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), having contemporaneously filed herewith the *Debtors' Motion to Compel* (the "Motion to Compel"), hereby move the Court (the "Motion to Shorten"), pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry of an order shortening time for notice of the hearing to consider approval of the Motion to Compel so that the matter may be heard at the Debtors' next omnibus hearing, scheduled on August 16, 2010 at 10:00 a.m. (ET) (the "Hearing"). The Debtors further request that the Court order that any objections to the relief requested in the Motion to Compel must be filed by August 13, 2010 at 12:00 p.m. (ET). In support of this Motion to Shorten, the Debtors respectfully represent as follows:

1. The Local Rules require that all motion papers, other than those related to discovery, be filed and served fourteen (14) days prior to the hearing date if service of such motion is by overnight delivery. *See* Del. Bankr. L.R. 9006-1(c). Pursuant to Local Rule 9006-

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc.

1(e), however, such period may be shortened by order of the Court upon written motion specifying the exigencies supporting shortened notice. The Debtors submit that there is sufficient cause to justify shortening the notice period so that this Court may consider approval of the Motion to Compel at the Hearing.

2. As set forth more fully in the Motion to Compel, Park National[2] has failed to respond to the Debtors' repeated attempts to obtain certain documents and interrogatory responses (the "Requested Discovery"). The Debtors have attempted to resolve this matter without Court intervention; however, such efforts were unsuccessful. Given that trial in this matter is scheduled for September 29, 2010 – less than a week following the next scheduled omnibus hearing on September 23 – the Debtors submit that it is essential to request consideration of the Motion to Compel at the Hearing or at a time convenient to the Court before the September 23 omnibus hearing. Without obtaining the Requested Discovery in a timely manner, the Debtors would be substantially prejudiced in developing the factual record necessary to present their case at trial. Accordingly, expedited consideration of the Motion to Compel at the Hearing (or at another date convenient to the Court) is critical and in the best interests of the Debtors, their estates, creditors and other parties in interest.

3. To minimize any potential prejudice to parties as a result of shortened notice, the Debtors propose that the objection deadline for the Motion to Compel be set for August 13, 2010 at 12:00 p.m. (ET). Under these circumstances, the Debtors seek relief from this Court, pursuant to Bankruptcy Rule 9006(c)(1) and Local Rule 9006-1(e), to have the Motion to Compel heard on shortened notice as set forth herein.

---

("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

## NOTICE

4. Notice of the Motion to Compel and this Motion to Shorten will be served by courier service or overnight delivery, as appropriate, on the Office of the United States Trustee for the District of Delaware, counsel for Park National, and those parties requesting notice pursuant to Bankruptcy Rule 2002. The Debtors respectfully submit that no other or further notice is necessary under the circumstances.

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto, granting the relief requested herein and any further relief the Court may deem just and proper.

Dated: Wilmington, Delaware
August 6, 2010

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Andrew A. Lundgren
                Sean M. Beach (No. 4070)
                Sharon M. Zieg (No. 4196)
                Andrew A. Lundgren (No. 4429)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                *Counsel to the Debtors and Debtors in Possession*

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Motion to Compel.