IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
In re:                                                          :
                                                                :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :
a Delaware corporation, et al.,[1]                              :  Jointly Administered
                                                                :
          Debtors.                                              :
                                                                :  Ref. Docket No. _____
                                                                :
---------------------------------------------------------------- x

## ORDER SHORTENING NOTICE FOR HEARING ON
## DEBTORS' MOTION TO COMPEL

Upon consideration of the motion (the "Motion to Shorten")[2] of the above captioned debtors and debtors-in-possession (the "Debtors") for entry of an order providing that the applicable notice period for the *Debtors' Motion to Compel* (the "Motion to Compel") be shortened pursuant to Local Rule 9006-1(e); and the Court having determined that granting the relief requested by the Motion to Shorten is in the best interests of the Debtors, their estates and creditors; and it appearing that due and adequate notice of the Motion to Compel and the Motion to Shorten has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion to Shorten is GRANTED; and it is further

ORDERED that a hearing to consider the Motion to Compel will be held on August 16, 2010 at 10:00 a.m. (ET); and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Motion to Shorten.

ORDERED that objections, if any, to the relief requested in the Motion to Compel must be filed and served by August 13, 2010 at 4:00 p.m. (ET); and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       August ___, 2010

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE