## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------- X
In re                                             :     Chapter 11
                                                  :
American Home Mortgage Holdings,                  :     Case No. 07-11047 (CSS)
Inc., et al.,                                     :
                                                  :     (Jointly Administered)
                              Debtors.            :
------------------------------------------------- X
```

## MOTION AND ORDER FOR
## PRO HAC VICE APPEARANCE

Michael Busenkell, Esquire, a member of the bar of this Court, pursuant to Local Rule 9010-1 and the attached Certification, the undersigned moves the admission pro hac vice of Kenneth S. Yudell, Esq., of the law firm Aronauer, Re & Yudell, 444 Madison Avenue, New York, NY 10022 to represent U. S. Bank, N.A., successor to Park National Bank. The Admittee is admitted, practicing, and in good standing of the bars of the State of New York, the United States District Courts for the Eastern, Southern, Northern and Western Districts of New York, the United States Court of Appeals for the Second Circuit, the State of New Jersey and the United States District Court for the District of New Jersey.

      /s/ Michael G. Busenkell
Michael G. Busenkell (Del. Bar No. 3933)
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801
Telephone: (302) 252-4363
Facsimile: (302) 661-7724
E-mail: mbusenkell@wcsr.com

Motion Granted.

BY THE COURT:

Dated: _____          _____
                                    United States Bankruptcy Judge

WCSR 4432627v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing of the bars of the State of New York, the United States District Courts for the Eastern, Southern, Northern and Western Districts of New York, the United States Court of Appeals for the Second Circuit, the State of New Jersey and the United States District Court for the District of New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the United States District Court for the District of Delaware.

_____
Kenneth S. Yudell, Esq.
Aronauer, Re & Yudell, LLP
444 Madison Avenue, 17th Floor
New York, NY 10022
T: (212) 755-6000
F: (212) 755-6006