IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:

American Home Mortgage Holdings, Inc., <u>et al</u>[2]

Debtors.

---------------------------------------------------------------x

Chapter 11

Case No. 07-11047 (CSS)
Jointly Administered

Ref. No. 8967

## ORDER APPROVING INTERIM FEE REQUEST REGARDING HAHN & HESSEN LLP

Upon consideration of the interim fee request ("Fee Request") of Hahn & Hessen LLP, for allowance of compensation and reimbursement of expenses (the "Application"); and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code (the "Bankruptcy Code"), as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), have been satisfied; and it further appearing that the fees and expenses incurred were reasonable and necessary; and that the notice of the Fee Request was appropriate; and after due deliberation and sufficient good cause appearing therefore it is hereby

ORDERED, that the Fee Request is hereby APPROVED in the amounts set forth in <u>Exhibit A</u>; and it is further ORDERED, that Hahn & Hessen LLP is granted interim allowance of compensation in the amounts set forth on <u>Exhibit A</u>; and it is further

ORDERED, that Hahn & Hessen LLP is allowed, on an interim basis, the reimbursement of reasonable and necessary expenses in the amounts set forth on <u>Exhibit A</u>; and it is further

---

[2] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

ORDERED, that the Debtors are authorized and directed to remit payment to Professionals in the amounts set forth on Exhibit A, less all amounts previously paid on account of such fees and expenses.

Dated: August 9, 2010  
Wilmington, Delaware

_____  
Christopher S. Sontchi  
United States Bankruptcy Judge