**Exhibit A**

**Tenth Interim Fee Application for Hahn & Hessen, LLP as Co- Counsel for the Official Committee of Unsecured Creditors [Doc. No. 8967]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested |
|---|---|---|
| 11/1/2009-11/30/2009 4/30/2010 8816 | $165,166.50 | $1,781.83 |
| 12/1/2009-12/31/2009 4/30/2010 8817 | $128,532.00 | $2,376.11 |
| 1/1/2010-1/31/2010 6/29/2010 8966 | $137,410.50 | $2,722.14 |
| **Total:** | **$431,109.00** | **$6,880.08** |