# CERTIFICATE OF SERVICE

I, *Victoria A. Guilfoyle*, certify that on August 9, 2010, I caused service of the attached *Objection Of The Official Committee Of Unsecured Creditors To The Motion Of Borrowers Committee And Certain Individual Borrowers To Allow Borrowers To Pursue Discovery In Furtherance Of Claims And Defenses Against Non-Debtor Third Parties And, If Necessary, For Relief From The Automatic Stay, And Request For Inspections Of Debtors' Documents And Examinations Concerning Debtors' Records Pursuant To Federal Rule Of Bankruptcy Procedure 2004* to be made (i) electronically via the Court's ECF system upon all subscribed parties and (ii) via overnight mail, unless indicated otherwise, upon the parties listed on the Service List attached hereto as Exhibit A.

Dated: August 9, 2010

*/s/ Victoria A. Guilfoyle*
Victoria A. Guilfoyle (DE Bar. No 5183)

128189.01600/21897860v.1

SERVICE LIST

# EXHIBIT A

## VIA HAND DELIVERY

James L. Patton, Jr., Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Counsel for the Debtors*

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Counsel for the Administrative Agent*

Victoria Counihan, Esquire
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
*Counsel for DIP Agent*

Joseph McMahon, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Thomas G. Macauley, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801
*Counsel to the Official Committee of Borrowers*

## VIA OVERNIGHT MAIL

Margot B. Schonholtz, Esquire
Ana Alfonso, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
*Counsel for the Administrative Agent*

Corinne Ball, Esquire
Erica M. Ryland, Esquire
Jones Day
222 East 41st Street
New York, NY 10017
*Counsel for DIP Agent*

Rawle Andrews, Jr., Esquire
AARP Maryland
200 St. Paul Place, Suite 2510
Baltimore, MD 21202
*Counsel for Gracie Graves*

Hope Del Carlo, Esquire
Oregon Law Center
921 SW Washington, Suite 516
Portland, Oregon 97205
*Counsel for Penny Montague*
Peter Bibler, Esquire

Meghan Faux, Esquire
South Brooklyn Legal Services
105 Court Street, 3rd Floor
Brooklyn, NY 11201
*Counsel for Marjorie Crawford*

Margaret Becker, Esquire
Staten Island Legal Services
36 Richmond Terrace, Ste. 205
Staten Island, NY 10301
*Counsel for Florence Dandridge*

Tamara F. Kushnir Groman, Esquire
Legal Assistance Foundation of
   Metropolitan Chicago
111 West Jackson Blvd., 3rd Floor
Chicago, Illinois 60604
*Counsel for Johnny and Linda Culpepper*

Stephen A. Weisbrod, Esquire
W. Hunter Winstead, Esquire
Gilbert LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
*Counsel to the Official Committee of Borrowers*

128189.01600/21897860v.1

2

Legal Assistance Foundation of
  Metropolitan Chicago
111 West Jackson Blvd., 3rd Floor
Chicago, Illinois 60604
*Counsel for Annie M. Gordon*

128189.01600/21897860v.1