IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                   :
                                                                    :   Jointly Administered
                                    Debtors.                        ::
---------------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

       Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on August 5, 2010 she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Certification of Counsel Regarding Stipulation Between the Debtors and Marcella Pinkas [D.I. 9080]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this ___ day of August 2010

_____
Notary Public

KASSANDRA ANN RIDDLE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 10, 2012

SERVICE LIST

Marcella Pinkas
4119 Carrollwood Village Dr.
Carrollwood, FL 33618
*By First Class Mail*