# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                   :
                                                                    :   Jointly Administered
                                  Debtors.                          ::
------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on August 5, 2010 she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Certification of Counsel Submitting Consensual Order Sustaining in Part Debtors' Forty-First Omnibus (Substantive) Objection to Claims with Respect to Proof of Claim No. 10712 filed by the Franklin County Treasurer [D.I. 9081\

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 6 day of August 2010

_____
Notary Public

KASSANDRA ANN RIDDLE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 10, 2012

SERVICE LIST

Franklin County, Ohio Treasurer
373 S. High St., 17th Fl.
Columbus, OH 43215
*By First Class Mail*