## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ----------------------------------------------------------------------- x | |
| In re: | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : Case No. 07-11047 (CSS) |
| a Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : **Ref. Docket Nos. 5569, 6178, 6009 &** |
| ----------------------------------------------------------------------- x | : **6462** |

### CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER REGARDING CLAIM NOS. 9204, 9205 & 10423 FILED BY AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies as follows:

1.      On January 11, 2008, American Express Travel Related Services Company, Inc. ("AMEX") filed claim numbers 9204 ("Claim 9204") and 9205 ("Claim 9205") against debtors American Home Mortgage Corp. (Case No. 07-11051) ("AHM Corp.") and AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) (Case No. 07-11050) ("AHMSV"), respectively.

2.      By Claim 9204 and Claim 9205, AMEX asserts essentially identical priority unsecured claims in the amount of $24,287.31 for amounts owed to AMEX in connection with fees and costs that AMEX credited to consumer loan applicants on account of the Debtors' alleged failure to provide the contracted for consumer services.    AMEX further asserts that Claims 9204 and 9205 are entitled to priority status pursuant to 11 U.S.C. § 507(a)(7).

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

3. On June 20, 2008, AMEX filed claim number 10423 ("Claim 10423" and collectively with Claim 9204 and Claim 9205, the "AMEX Claims") against AHMSV. By Claim 10423, AMEX asserts a priority unsecured claim in the amount of $28,593.25 based, again, on the Debtors' alleged failure to provide the contracted for consumer services. Claim 10423 amends AMEX's previously filed claims and the increase in the claimed amount is apparently due to fees and costs credited to additional consumer loan applicants.

4. On September 2, 2008, the Debtors filed their Seventeenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "17th Objection") [Docket No. 5569]. By the 17th Objection, the Debtors requested, *inter alia*, that the Court modify and reclassify Claim 9204 to an allowed general unsecured claim in the amount of $21,698.25. On October 2, 2008, the Court entered an order [Docket No. 6178] sustaining the 17th Objection in part and adjourning the 17th Objection with respect to, *inter alia*, Claim 9204.

5. On September 22, 2008, the Debtors filed their Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "19th Objection") [Docket No. 6009]. By the 19th Objection, the Debtors requested, *inter alia*, that the Court expunge and disallow Claim 9205 on the grounds that AMEX filed identical claims against multiple debtors and Claim 9205 was asserted against the wrong debtor. On October 24, 2008, the Court entered an order [Docket No. 6462] sustaining the 19th Objection in part and adjourning the 19th Objection with respect to, *inter alia*, Claim 9205.

6.     Following good faith negotiations and further review of the relevant records, the parties have agreed that the AMEX Claims should receive the following treatment:  (a) Claims 9204 and 9205 shall be expunged and disallowed in their entirety; and (b) Claim 10423 shall be allowed against AHMSV (Case No. 07-11050) in the following amounts and priorities: (i) a priority unsecured claim in the amount of $12,500; and (ii) a general unsecured claim in the amount of $16,093.25.

7.     A proposed form of order (the "Proposed Order") reflecting this agreement is attached hereto as Exhibit A.  Based on the foregoing, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: August 9, 2010
       Wilmington, Delaware

                                   **YOUNG CONAWAY STARGATT & TAYLOR, LLP**


                                   /s/ Michael S. Neiburg
                                   Sean M. Beach (No. 4070)
                                   Michael S. Neiburg (No. 5275)
                                   The Brandywine Building
                                   1000 West Street, 17th Floor
                                   Wilmington, Delaware  19801
                                   Telephone: (302) 571-6756
                                   Facsimile: (302) 571-1253

                                   Counsel to the Debtors and Debtors in Possession

066585.1001

## EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x

In re:                                                          :       Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :       Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                             :
                                                               :       Jointly Administered
      Debtors.                                                 :
                                                               :       **Ref. Docket Nos. 5569, 6178, 6009 &**
                                                               :       **6462**

------------------------------------------------------------------- x

## CONSENSUAL ORDER REGARDING CLAIM NOS. 9204, 9205 & 10423 FILED BY AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.

Upon consideration of the seventeenth and nineteenth omnibus (substantive) claims objections (the "Objections") [Docket Nos. 5569 and 6009, respectively] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having entered orders [Docket Nos. 6178 and 6462, respectively] sustaining the Objections in part and adjourning the Objections with respect to, *inter alia*, claim numbers 9204 ("Claim 9204") and 9205 ("Claim 9205") filed by American Express Travel Related Services Company, Inc. ("AMEX"); and the Debtors and AMEX having agreed that Claim 9204, Claim 9205 and claim number 10423 ("Claim 10423") filed by AMEX should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that Claim 9204 and Claim 9205 are expunged and disallowed in their entirety; and it is further

ORDERED that Claim 10423 shall be allowed against AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) (Case No. 07-11050) in the following amounts and priorities: (i) a priority unsecured claim in the amount of $12,500; and (ii) a general unsecured claim in the amount of $16,093.25; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ ___, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

YCST01:10004577.1                                    066585.1001