IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   :   Jointly Administered
    Debtors.                                                       :
                                                                   :   Ref. Docket No. 8863
------------------------------------------------------------------ x

## ORDER APPROVING STIPULATION BETWEEN THE DEBTORS AND MARCELLA PINKAS

Upon consideration of the Stipulation[2]; and the Court having determined that due and adequate notice of the Stipulation has been provided under the circumstances; and the Court having determined that approval of the Stipulation is in the best interest of the Debtors and their estates; it is therefore

ORDERED that the Stipulation is hereby APPROVED.

Dated: 8/9, 2010
Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Stipulation.