IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------x
In re                                                    Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS,                         Case No. 07-11047 (CSS)
INC., *et al.*,[1]                                       (Jointly Administered)

                        Debtors.
---------------------------------------------------------------------------x
AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.,    )
                                                  )
                        Plaintiff,                )
   v.                                             )
                                                  )
ABN AMRO SERVICES, INC.,                          )    Adv. Proc. No. 09-51561
DE LAGE LANDEN FINANCIAL SERVICES, INC.           )    Adv. Proc. No. 09-51567
GRUBB & ELLIS MANAGEMENT SERVICES, INC.           )    Adv. Proc. No. 09-51749
MCI COMMUNICATIONS SERVICES, INC. a/k/a           )
VERIZON BUSINESS SERVICES,                        )    Adv. Proc. No. 09-51569
                        Defendant(s).             )
---------------------------------------------------------------------------x

## STATUS REPORT

Plaintiffs, American Home Mortgage Holdings, Inc., *et al*. by and through their undersigned counsel, hereby submit the attached status report of adversary proceedings.

Dated: August 6, 2010

> YOUNG CONAWAY STARGATT &
> TAYLOR, LLP
>
>
> /s/ *Curtis J. Crowther*
> Curtis J. Crowther (No. 3238)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> Telephone: (302) 571-6600
> Facsimile: (302) 571-1253
>
> Counsel for Plaintiff

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

1

## AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.,*

| STATUS A | | |
|---|---|---|
| **Service is complete, but answers are still due.  Give answer due date.** | | |
| **DEFENDANT** | **ADV. NO.** | **STATUS** |
| De Lage Landen Financial Services, Inc. | 09-51567 | Answer due date is currently August 16, 2010. |
| MCI Communications Services, Inc. a/k/a Verizon Business Services. | 09-51569 | Answer due date is currently August 16, 2010. |

| STATUS C | | |
|---|---|---|
| **Service is Complete, no answer has been filed; are making motion or request for Default Judgment.** | | |
| **DEFENDANT** | **ADV. NO.** | **STATUS** |
| ABN AMRO  Services, Inc. | 09-51561 | Entry of Default entered 8/9/10 (Docket No. 9). Judgment by Default entered 8/9/10 (Docket No. 10). |
| Grubb & Ellis Management Services, Inc. | 09-51749 | Entry of Default entered 8/9/10 (Docket No. 9). Judgment by Default entered 8/9/10 (Docket No. 10). |