IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                 :
                                                                :   Jointly Administered
     Debtors.                                                   :
----------------------------------------------------------------x   Ref. Docket No. 9016

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 5, 2010, I caused to be served the "Order Sustaining Debtors' Fifty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated July 15, 2010 [Docket No. 9016], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Pete Caris
Pete Caris

Sworn to before me this
6th day of August, 2010

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\AHM\Affidavits\58th Omni Obj Order_DI_9016_AFF_8-5-10.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CBCINNOVIS, INC | ATTN DIRK M. CANTRELL, SEC/TREAS. 250 E. BROAD STREET, SUITE 1200 COLUMBUS OH 43215 |
| LANER MUCHIN DOMBROW | BECKER LEVING & TOMINBERG, LTD ATTN ROBERT H. BROWN, DIRECTOR 515 NORTH STATE STREET, SUITE # 2800 CHICAGO IL 60610 |
| SBC YELLOW PAGES | ATTN MICHAEL PERRY, BANKRUPTCY 100 E. BIG BEAVER TROY MI 48083 |
| TAX VERIFICATION BUREAU, INC. | ESTEBAN REYES, DIRECTOR 200 SE FIRST ST, STE 702 MIAMI FL 33131 |
| TRINITY INSPECTION SERVICES, LLC | ATTN PRESIDENT 4851 LBJ FRWY # 410 DALLAS TX 75244 |

**Total Creditor count  5**