IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
     Debtors.                                                    :
                                                                 :   Ref. Docket Nos. 5569, 6178, 6009 &
                                                                 :   6462
---------------------------------------------------------------- x

**CONSENSUAL ORDER REGARDING CLAIM NOS. 9204, 9205 & 10423 FILED BY AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.**

Upon consideration of the seventeenth and nineteenth omnibus (substantive) claims objections (the "Objections") [Docket Nos. 5569 and 6009, respectively] of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having entered orders [Docket Nos. 6178 and 6462, respectively] sustaining the Objections in part and adjourning the Objections with respect to, *inter alia*, claim numbers 9204 ("Claim 9204") and 9205 ("Claim 9205") filed by American Express Travel Related Services Company, Inc. ("AMEX"); and the Debtors and AMEX having agreed that Claim 9204, Claim 9205 and claim number 10423 ("Claim 10423") filed by AMEX should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that Claim 9204 and Claim 9205 are expunged and disallowed in their entirety; and it is further

ORDERED that Claim 10423 shall be allowed against AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) (Case No. 07-11050) in the following amounts and priorities: (i) a priority unsecured claim in the amount of $12,500; and (ii) a general unsecured claim in the amount of $16,093.25; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
\_\_\_\_8/11\_\_\_\_, 2010

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE