IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.[1],                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
         Debtors.                                                      :
                                                                       :   Ref. No. 9048
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer, Motion of the Debtors for an Order (A) Authorizing American Home Mortgage Holdings, Inc. to (I) Form a Special Purpose Entity Subsidiary; (II) Transfer its Rights to Receive Certain Assets as Dividends from American Home Bank to the Wholly Owned Special Purpose Entity, and (B) Granting Related Relief (the "Motion") has been received. The Court's docket which was last updated August 11, 2010, reflects that no responses to the Motion have been filed. Responses to the Motion were to be filed and served no later than August 9, 2010 at 4:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
August 11, 2010

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Margaret Whiteman Greecher
        Sean M. Beach (No. 4070)
        Margaret Whiteman Greecher (No. 4652)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and
        Debtors in Possession