IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :   Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                :
                                                               :   Jointly Administered
    Debtors.                                                   :
                                                               :   Related Docket No. 8483
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SIDNEY GARABATO, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 8, 2010, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on January 12, 2010 at 9:00 a.m. (ET)," dated January 8, 2010 [Docket No. 8483], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered by overnight mail to the parties listed on the attached Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Sidney Garabato

Sworn to before me this
11th day of January, 2010

_____
Notary Public

MAGALI L. LEE
Notary Public, State of New York
No. 01LE6069014
Qualified in New York County
Commission Expires Jan. 22, 2010

T:\Clients\AHM\Affidavits\Agenda of Matters Notice_8483_Aff_01-08-10.doc

**EXHIBIT A**

ANDREW M. CUOMO, ATTORNEY GENERAL
OF THE STATE OF NEW YORK
C/O NORMAN P. FIVEL, ASST ATTY GENERAL
LITIGATION BUREAU
THE CAPITOL
ALBANY, NY 12224-0341
(NY STATE DEPARTMENT OF FINANCE)

EECO ELECTRIC CORP.
35650 COUNTY ROAD 48
PECONIC, NY 11958
(ATTN: STEVEN BREEST)

HUNTINGTON PAVING, INC.
12 NEW ST
GREAT RIVER, NY 11739
(ATTN: JAMES BROWN, PRESIDENT)

HUNTINGTON PAVING, INC.
270 BROADWAY
HUNTINGTON STATION, NY 11746

WESTERMANN HAMILTON SHEEHY
AYDELOTT & KEENAN, LLP
(COUNSEL TO: HUNTINGTON PAVING, INC.)
GARDEN CITY CENTER
100 QUENTIN ROOSEVELT BOULEVARD
SUITE 502
GARDEN CITY, NY 11530