IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :  Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                :  Jointly Administered
       Debtors.                                                 :
                                                                :  **Ref. Docket No.: 9018**
---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING REVISED ORDER
WITH RESPECT TO THE DEBTORS' SIXTIETH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

The undersigned counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1.  On July 16, 2010, the Debtors filed the Debtors' Sixtieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 9018] (the "Objection"). By the Objection, the Debtors sought, *inter alia*, to expunge claim numbers 9014, 9015 and 9016 filed by LaSalle Bank National Association (collectively, the "LaSalle Claims") on the grounds that such claims had been amended and superseded by subsequently-filed proofs of claim.

2.  Following the filing of the Objection, LaSalle Bank National Association ("LaSalle") informally contacted the Debtors in an attempt to consensually resolve the matters raised in the Objection. As a result of these discussions, the Debtors and LaSalle have agreed to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

adjourn the Objection with respect to LaSalle Claims pending further discussions to consensually resolve the parties' issues. A revised proposed form of order (the "Revised Proposed Order") with revised exhibits reflecting the adjournment of the Objection solely with respect to the LaSalle Claims is attached hereto as Exhibit 1.

3.    Responses to the Objection were to be filed and served no later than 4:00 p.m. (ET) on August 9, 2010. The undersigned hereby certifies that, as of the date hereof, no other answer, objection or other responsive pleading to the Objection has been received. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Objection appears thereon.

WHEREFORE, based on the foregoing, the Debtors respectfully request that the Court enter the Revised Proposed Order at its earliest convenience.

Dated: August 12, 2010
Wilmington Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Michael S. Neiburg
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# EXHIBIT 1

**Revised Order**

YCST01:10026650.1

066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x
In re:                                           :  Chapter 11
                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                 :
                                                 :  Jointly Administered
             Debtors.                            :
                                                 :  Ref. Docket No. 9018
------------------------------------------------------------------ x
```

### REVISED ORDER SUSTAINING IN PART DEBTORS' SIXTIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the sixtieth omnibus (non-substantive) claims objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging each of the Disputed Claims[2] identified on Exhibits A and B attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

2

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Objection is adjourned with respect to claim numbers 9014, 9015 and 9016 filed by LaSalle Bank National Association; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A and B are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      August ___, 2010

                                              CHRISTOPHER S. SONTCHI
                                              UNITED STATES BANKRUPTCY JUDGE

2

YCST01:10026650.1                                  066585.1001

# EXHIBIT A

**Amended Claims**

# Exhibit A

## Amended Claim

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 10373 | 4/28/08 | 07-11051 | - (S)<br>$321.13 (A)<br>- (P)<br>- (U)<br>$321.13 (T) | 10742 | 10/29/09 | 07-11051 | - (S)<br>$319.30 (A)<br>- (P)<br>- (U)<br>$319.30 (T) |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 10742 | 10/29/09 | 07-11051 | - (S)<br>$319.30 (A)<br>- (P)<br>- (U)<br>$319.30 (T) | 10762 | 2/5/10 | 07-11051 | - (S)<br>$325.51 (A)<br>- (P)<br>- (U)<br>$325.51 (T) |
| Totals: | 2 Claims | | | - (S)<br>$640.43 (A)<br>- (P)<br>- (U)<br>$640.43 (T) | | | | - (S)<br>$644.81 (A)<br>- (P)<br>- (U)<br>$644.81 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

## Late Filed Claims

**Exhibit B**

**Late Filed Claim**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| BECKMAN, DENISE<br>274 OLD COMMACK RD<br>KINGS PARK, NY 11754 | 10768 | 4/22/10 | 07-11051 | - (S)<br>- (A)<br>$1,192.31 (P)<br>- (U)<br>$1,192.31 (T) | 1/11/2008 |
| CITY OF SAN DIEGO, THE<br>DELINQUENT ACCOUNT COLLECTIONS PROGRAM<br>OFFICE OF THE CITY TREASURER<br>1010 SECOND AVENUE SIXTH FLOOR WEST WING<br>SAN DIEGO, CA 92101-4904 | 10756 | 1/19/10 | No Case | Unspecified* | 2/4/2008 |
| CLEVELAND COUNTY TREASURER<br>201 S JONES SUITE 100<br>NORMAN, OK 73069 | 10769 | 5/11/10 | 07-11047 | - (S)<br>- (A)<br>$114.91 (P)<br>- (U)<br>$114.91 (T) | 2/4/2008 |

Totals: 3 Claims

- (S)
- (A)
$1,307.22 (P)
- (U)
$1,307.22 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.