IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, ) | Jointly Administered |
| et al., ) | |
| ) | |
| Debtors. ) | |
| _____ ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Thomas G. Macauley, hereby certify that on August 9, 2010, the "Official Borrowers Committee's and Certain Individual Borrowers' Motion To Allow Borrowers to Pursue Discovery in Furtherance of Claims and Defenses Against Non-Debtor Third Parties and, If Necessary, For Relief From The Automatic Stay, and Request For Inspection of Debtors' Documents and Examinations Concerning Debtors' Records Pursuant to Federal Rule of Bankruptcy Procedure 2004" was sent by regular first class mail, postage prepaid, to:

Arnold Gulkowitz, Esquire
Brian Goldberg, Esquire
Dickstein Shapiro
1633 Broadway Lower 2 C2
New York, NY 10019-6708

Richard Stern, Esquire
Michael Luskin, Esquire
Hughes Hubbard
One Battery Park Plaza
New York, NY 10004

2677183.1

Dated: Wilmington, Delaware
August 12, 2010

ZUCKERMAN SPAEDER LLP

/s/Thomas G. Macauley
Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19899
Telephone: (302) 427-0400
**Facsimile: (302) 427-8242**

Counsel to the Official Committee of Borrowers