IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re ) | | Chapter 11 |
| ) | | |
| AMERICAN HOME MORTGAGE ) | | Case No. 07-11047 (CSS) |
| HOLDING, INC., a Delaware corporation, ) | | Jointly Administered |
| et al., ) | | |
| ) | | |
| Debtors. ) | | **Re: D.I. 9053** |
| ) | | |

## MOTION FOR LEAVE TO FILE REPLY

The Official Committee of Borrowers (the "Borrowers Committee") hereby moves for leave to file the reply, annexed as Exhibit 1 hereto (the "Reply"), in support of the "Official Borrowers Committee's and Certain Individual Borrowers' Motion To Allow Borrowers To Pursue Discovery in Furtherance of Claims and Defenses Against Non-Debtor Third Parties and, if Necessary, for Relief from the Automatic Stay, and Request for Inspection of Debtors' Documents and Examinations Concerning Debtors' Records Pursuant to Federal Rule of Bankruptcy Procedure 2004" (the "Information Motion"), and to reply to the objections filed by the Debtors and the Creditors Committee (the "Objections"), and respectfully states as follows:

1. Local Rule 9006-1(d) requires that any replies to be filed and served so as to be received by 4:00 p.m. on the day prior to the day on which the hearing agenda is due. The hearing on the Information Motion is presently scheduled to commence at 10:00 a.m. on Monday, August 16, 2010. The Objections were filed on Monday August 9, 2010, and total twenty-eight (28) pages.

2. The Borrowers Committee seeks to file its Reply totaling just twelve (12) pages less than twenty-four (24) hours after the deadline set forth in Local Rule 9006-1(d) and prior to

2678850.1

the deadline for submission of the hearing agenda. The Borrowers Committee submits that the proposed and focused reply will benefit the Court in considering the Information Motion at the hearing next Monday.

3. The Borrowers Committee is serving this Motion (including the Reply) by electronic mail and facsimile on counsel to the Debtors and the Committee and the Office of the United States Trustee.

WHEREFORE, the Borrowers Committee respectfully requests that the Court enter an order allowing the Borrowers Committee to file the Reply outside the time allowed by Local Rule 9006-1(d) and granting to the Borrowers Committee such other and further relief as is just.

Dated: Wilmington, Delaware
      August 12, 2010

                         ZUCKERMAN SPAEDER LLP

                         Thomas G. Macauley (ID No. 3411)
                         919 Market Street, Suite 990
                         Wilmington, DE 19801
                         Telephone: (302) 427-0400
                         Facsimile: (302) 427-8242

                                - and -

                         GILBERT LLP
                         Stephen A. Weisbrod
                         1100 New York Avenue, N.W., Suite 700
                         Washington, DC 20005
                         Telephone: (202) 772-1962
                         Facsimile: (202) 772-3962

                         Attorneys for the Official Committee of Borrowers

2678850.1