# **<u>ATTACHMENT A</u>**

Hope Del Carlo, OSB No. 00241
Oregon Law Center
921 SW Washington St., Suite 516
Portland, OR 97205
Telephone: 503/473-8319
Facsimile: 503/295-0676
hdelcarlo@oregonlawcenter.org

Mark E. Griffin, OSB No. 76152
R. Bradley Griffin, OSB No. 072390
Griffin & McCandlish
215 SW Washington St, Suite 202
Portland, OR 97202
Telephone: (503) 224-2348
Facsimile:  (503) 224-3634
mark@markgriffin.com

Attorneys for Plaintiff Penny Montague

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| PENNY MONTAGUE;<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN HOME MORTGAGE CORP., A CORPORATION OF NEW YORK, dba AMERICAN HOME MORTGAGE, AMERICAN HOME MORTGAGE ACCEPTANCE, INC., METROPOLITAN MORTGAGE GROUP, INC., CHRIS MILLER, EMC MORTGAGE CORPORATION, WELLS FARGO BANK, NA, as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc. Structured Asset Mortgage Investments II Trust 2007-AR4, Mortgage Pass-Through Certificate, Series 2007-AR-4, and DOES 3 THROUGH 5; | Defendants. | Case No. 3:08-CV-674-PK<br><br>PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS AMERICAN HOME MORTGAGE CORP., dba AMERICAN HOME MORTGAGE, AND AMERICAN HOME MORTGAGE ACCEPTANCE, INC. |

Page 1 -    PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT AMERICAN HOME MORTGAGE CORP., *et al.*

To: American Home Mortgage Corp., dba American Home Mortgage, and American Home Mortgage Acceptance, Inc., through their attorney Patrick Jackson, Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, P.O. Box 391 Wilmington, DE 19899-0391.

## INSTRUCTIONS

In accordance with FRCP 26 and FRCP 34, plaintiff requests that you produce for copying and inspection by plaintiff's attorney, complying with the definitions and instructions set forth herein, the documents described below which are or have been in your possession, custody or control. These documents shall be produced no later than 30 days after service of these requests upon you. Documents shall be produced to Hope A. Del Carlo, Oregon Law Center, 921 SW Washington St., Suite 516, Portland, OR 97205.

This request for production shall be deemed to be continuous through the trial of this case. In the event you create, receive or become aware of any document responsive to the requests below after the date set for production, you shall produce such document promptly.

In responding to these requests, documents shall be segregated by the request number to which they are responsive. Any information responsive to these document requests which is contained in any computer input, database or memory, including machine readable disks, tapes or cards, or any other medium, should be produced in the form of computer printouts and in an electronic form that is easily readable. Whenever a computer printout or other output is produced, a glossary of all computer symbols or codes appearing on such documents shall also be produced. All documents that respond, in whole or in part, to any portion of these requests shall be produced in their original form and any non-identical copies.

If any document was, but is no longer, in your possession or subject to your control, state

Page 1 -    PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT AMERICAN HOME MORTGAGE CORP., *et al.*

whether it : (a) Is missing or lost; (b) Has been destroyed; (c) Has been transferred, voluntarily or involuntarily; and (d) Has been otherwise disposed of, and in each instance explain the circumstances surrounding said disposition and state the date or approximate date.

If any document is withheld, in whole or in part, for any reason, including but not limited to any claim of privilege, confidentiality or trade secret, set forth with respect to each document: (a) The nature of the document (e.g., memorandum, letter, computer tape, etc.); (b) The author or preparer; (c) The addressee of the document; (d) The present custodian of the document; (e) The date of the document; (f) The identity of all persons who have been shown a copy of the document; (g) The subject matter of the document; (h) A brief statement or synopsis of the matter dealt with in the document and the circumstances surrounding the making of the document; (i) Each and every basis in fact and law relied upon for withholding the document. If you claim only a portion of a document is privileged, the remainder of the document must be produced after excision of the privileged portion.

## DEFINITIONS

The following definitions apply to the Request for Production set forth below. They are intended as an elaboration upon the terms used in the Request for Production. Thus, each response must take cognizance of the defined terms in order to be complete, full and accurate.

1. The term "you" and "your" means American Home Mortgage Corp., dba American Home Mortgage, and/or American Home Mortgage Acceptance, Inc., their present and former officers, directors, employees, agents and all other persons acting or purporting to act on their behalf.

2. "Documents," as used in these requests, is a comprehensive term. It includes all printed, graphic, or recorded items subject to production and inspection under FRCP 34, as long

Page 1 -    PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT AMERICAN HOME MORTGAGE CORP., *et al.*

as it is within your possession or control. Information stored or recorded electronically, optically, magnetically or on any form of tape is within the definition of "documents."

3. "In the possession of the defendants" is a comprehensive term. It includes all documents within the possession or control of defendants or any of their officers, directors, employees, attorneys, other agents, principals, or affiliated entities.

4. "Credit transaction" as used in these requests, refers to all home-secured loans entered into by the plaintiff that were (or are) brokered, originated, owned, or serviced by American Home Mortgage Corp., dba American Home Mortgage, or American Home Mortgage Acceptance, Inc., or for which American Home Mortgage Corp., dba American Home Mortgage, or American Home Mortgage Acceptance, Inc., serves or served as the trustee under a pooling and servicing agreement.

## DOCUMENTS REQUESTED

1. All documents which pertain to any credit transactions that involved the plaintiff, including but not limited to applications, documents used to assess creditworthiness, property appraisals, instructions, notes, letters, and disclosures.

2. All accountings, ledger cards, ledger sheets, or other documents, including computer data, reflecting payments, charges, and costs incurred on any of the credit transactions that involved the plaintiff.

3. All correspondence in your possession, custody, or control between anyone concerning any credit transaction that involved the plaintiff.

4. All telephone log sheets, recorded telephone conversations, or other internal records in your possession, custody, or control concerning any transaction that involved the plaintiff.

5. All documents containing the statements, recollections, or impressions of witnesses

Page 1 -     PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT AMERICAN HOME MORTGAGE CORP., *et al.*

with knowledge of any aspect of any transaction between you and the plaintiff, whether prepared by your employees, customers, agents or others.

6. All correspondence between you and any mortgage broker, signing service, title company, or escrow office, or any of their agents, regarding any of plaintiff's credit transactions.

7. All documents relating to any policies or internal procedures you used:

a.) to insure that your company and any originating brokers were in compliance with the Truth in Lending Act, including its rescission procedures, found at 15 USC § 1635 et seq.

b.) to insure that your originating brokers, employees, and agents understood their duties in the event of a consumer's exercise of the extended right to rescind under the Truth in Lending Act;

c.) to inform you of possible violations of the Truth in Lending Act by your employees.

8. All documents that describe your status in connection with the loan that is the subject of this action, whether as owner, originator, trustee, or servicer.

9. All documents not already produced that relate to any of plaintiff's credit transactions with you.

10. A copy of any insurance agreement or policy under which a person transacting insurance may be liable to satisfy part or all of a judgment which might be entered in this action or to reimburse for payments made to satisfy the judgment.

11. All documents which describe your relationship with any of the other defendants in this case, whether that relationship is contractual or a corporate affiliation.

Page 1 -    PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT AMERICAN HOME MORTGAGE CORP., *et al.*

12. All documents created in connection with underwriting and processing plaintiff's loan application for any credit transaction she entered into with you.

13. All pooling and servicing agreements which relate to plaintiff's credit transaction.

14. All assignments, allonges, or other documents which transfer or purport to transfer to you the ownership of any interest in the notes and trust deeds that document plaintiff's credit transactions.

15. Any documents that in your possession that relate to complaints filed against Metropolitan Mortgage Group, Inc., or any of its loan originators or other agents, by borrowers.

16. All internal policy and procedure manuals used by your employees and agents to evaluate and underwrite the plaintiff's credit transaction with you.

17. All broker submission guidelines, or other written policies and procedures, provided to Metropolitan Mortgage Group by you for use in submitting loans to you for funding.

18. All guidelines for the payment of compensation or bonuses to originating brokers at the time that plaintiff's credit transaction with you was originated.

19. All rate sheets or other documents describing the various credit products you offered at the time that plaintiff's credit transaction with you was originated.

20. All of your document retention policies or practices.

Page 1 -     PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT AMERICAN HOME MORTGAGE CORP., *et al.*

///

        DATED this \_\_th day of August, 2010.

        OREGON LAW CENTER

        By:_____
          Hope A. Del Carlo, OSB No. 00241
          Oregon Law Center
          921 SW Washington St., Suite 516
          Portland, OR 97205
          hdelcarlo@oregonlawcenter.org
          Telephone: 503/473-8319
          Facsimile: 503/295-0676

        GRIFFIN & McCANDLISH
          Mark E. Griffin, OSB No. 76152
          R. Bradley Griffin, OSB No. 072390
          215 SW Washington St, Suite 202
          Portland, OR 97202
          Telephone: (503) 224-2348
          Facsimile:  (503) 224-3634
          mark@markgriffin.com

        Of Attorneys for Plaintiff

Page 1 -    PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT AMERICAN HOME MORTGAGE CORP., *et al.*