# ATTACHMENT B

# Power
# Selling Skills
# (PASS)



**developed for**
**American Home Mortgage Sales**

**by**
**Training and Performance Improvement**



American Home Mortgage
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00554

Confidentiality
Reminder

The material contained in this manual is proprietary and confidential. It is for the exclusive use of AHM employees. The contents of the manual should not be duplicated or in any way made available to non-AHM personnel. All employees of AHM are bound by the confidentiality agreement that is signed at orientation. This manual is part of that agreement.

Copyright © 2004 by AHM

"Property of AHM: Internal Document"

The information in this manual is current as of December 2004.



American Home Mortgage
TRAINING AND PERFORMANCE IMPROVEMENT

*i*

# Table of Contents

Introduction ..................................................................................................................... I

Power ARM<sup>SM</sup> Misconceptions ........................................................................................ 3

Program Description ........................................................................................................ 5

    Start Rate ..................................................................................................... 6

    Index ............................................................................................................. 6

    Margin ........................................................................................................... 6

    Fully Indexed Rate ........................................................................................ 7

    Qualifying Rate ............................................................................................. 7

    Payment Options .......................................................................................... 7

    Payment and Interest Rate Caps ................................................................. 7

    Deferred Interest vs. Negative Amortization .............................................. 8

    Recast ............................................................................................................ 8

    Subordinate Financing ................................................................................ 10

Payment Options ............................................................................................................. 9

    Sample Monthly Billing Statement ............................................................ 10

    Option 1 – Minimum Monthly Payment ................................................... 11

    Option 2 – Interest Only Payment ........................................................... 12

    Option 3 – P&I Payment – 30 or 40-Year ............................................... 13

    Option 4 – P&I Payment – 15 Year ......................................................... 14

Benefits ......................................................................................................................... 15

    General Benefits ......................................................................................... 15

    Benefits of Payment Options ..................................................................... 15

    Benefits of Payment Caps .......................................................................... 16

    Benefits of the Deferred Interest Payment Option ................................... 16

Power ARM<sup>SM</sup> Worksheet (PAW) .............................................................................. 17

The Power ARM<sup>SM</sup> Products ...................................................................................... 21

    Full / Alt Doc Power ARM<sup>SM</sup> .................................................................. 21

    Full / Alt Doc Lender Paid MI Power ARM<sup>SM</sup> ....................................... 29

    Stated Income / Full Asset Power ARM<sup>SM</sup> ............................................. 34

    Stated Income / Stated Asset Power ARM<sup>SM</sup> ......................................... 41



**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00556

# Table of Contents (continued)

Documentation Requirements..........................................................................................................47

    Full / Alt Documentation...........................................................................................................47

    Stated Income / Full Asset (SIFA).........................................................................................47

    Stated Income / Stated Asset (SISA)....................................................................................47

Reading Your Rate Sheet..............................................................................................................49

Sales Tools....................................................................................................................................53

    Realtors®....................................................................................................................................53

    Financial Planners / Stock Brokers.........................................................................................53

    Borrowers...................................................................................................................................53

    Investors.....................................................................................................................................54

    Core Questions..........................................................................................................................55

    High Gain Questions.................................................................................................................55

Overcoming Objections.................................................................................................................57

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00557

# Introduction



American Home Mortgage is proud to announce our new product, the Power ARM<sup>SM</sup>! These ARMs replace traditional 3/1 and 5/1 ARMs in many situations. The interest rate is typically half to one percent lower than traditional 3/1 and 5/1 ARMs.

The following topics are discussed in this manual:

* "Power ARM<sup>SM</sup> Misconceptions" on page 3.
* "Program Description" on page 5.
* "Payment Options" on page 11.
* "Benefits" on page 18.
* "Power ARM<sup>SM</sup> Worksheet (PAW)" on page 20.
* "The Power ARM<sup>SM</sup> Products" on page 24.
* "Documentation Requirements" on page 50.
* "Reading Your Rate Sheet" on page 52.
* "Sales Tools" on page 56.
* "Overcoming Objections" on page 60.

*American Home Mortgage is announcing the Power ARM<sup>SM</sup>!*

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00558

## Notes

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00559

## Power ARM<sup>SM</sup> Misconceptions



*The misconceptions regarding the Power ARM<sup>SM</sup> are easily explained away by the facts*

There are a few misconceptions regarding the Power ARM<sup>SM</sup>, from both borrowers and LCs!  Some of the main misconceptions are displayed below, as well as the facts.

### "This is a mortgage of last resort."

This product is in fact a powerful personal financial tool that gives the borrowers control of their home loan by providing a choice each month of how they will conduct their finances.  As part of our REIT portfolio, it is another powerful weapon to take to the streets and compete in today's market

### "Having an ARM means that I have to refinance in a couple of years."

The stability and predictability of this index allows borrowers to reasonably estimate their future payments.  The inherent flexibility and structure of the product allows some protection in a rising rate environment.  In addition, the borrowers retain control of the payment.

### "The Power ARM<sup>SM</sup> is only good for high-end markets like California and New York."

This product has applications for any market.  It is a product designed to meet borrowers' needs, rather than a market's characteristics.

### "I cannot sell this product in a fixed rate environment."

The success here is simply one of you doing your job and listening to your borrowers, properly identifying their needs and providing a product (the Power ARM<sup>SM</sup>) to meet those needs.


American Home Mortgage
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00560

## "This product is only for the well to do."

This product can be appreciated by any income level. Listed below are types of people that can benefit from the Power ARM<sup>SM</sup>.

- self employed borrowers
- divorced borrowers
- newlywed borrowers
- real estate agents
- commissioned sales persons
- seasonal income borrowers
- active stock market investors
- real estate investors
- retired persons
- medical residents
- graduate school students
- trailing spouses
- anyone who wants the control and flexibility of this product



**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00561

## Program Description

The Power ARM$^{SM}$ is initially amortized over a 30 or 40-year period with a 1, 3, 6 or 12-month initial fixed interest period. After the fixed interest period, the borrower is given four payment options.

Prepayment penalty options are available on Power ARMs$^{SM}$ (there are some state restrictions). Some products offer improved pricing if the borrower agrees to a prepayment penalty for a limited period of time.

Listed below are the four AHM Power ARM$^{SM}$ Programs.

*The Power ARM$^{SM}$ is a product that many lenders are not offering, giving you a competitive edge on the streets!*

- Non-Conforming Full / Alt Doc 1, 3, 6 and 12-Month Power ARM$^{SM}$

- Non-Conforming Full / Alt Doc 1, 3, 6 and 12-Month Power ARM$^{SM}$ – Lender Paid MI

- Non-Conforming Stated Income / Full Asset 1, 3, 6 and 12-Month Power ARM$^{SM}$

- Non-Conforming Stated Income / Stated Asset 1, 3, 6 and 12-Month Power ARM$^{SM}$



| **Note** |
| --- |
| This product is supported by our CDU Underwriting Engine. |

Some of the features of this product are explained on the following pages.

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00562

## Start Rate

The Start Rate is the initial interest rate that is used to calculate the minimum payment option for the fixed period of the loan (1, 3, 6 or 12 months). This low interest rate is also used as the basis for future payment changes. The Start Rate is also known as the "teaser rate."

The Start Rate can be found on your Rate Sheet (Bear in mind that it varies by program).

The start rate is used to calculate Payment Option 1 – Minimum Monthly Payment. This minimum payment stays fixed for 12 months. After the fixed period, the Minimum Monthly Payment is calculated using the Fully Indexed Rate. This payment, however, is protected by the 7.5% Payment Cap, ensuring it continues to require a lower amount than the other payment options.



**Note**

After the fixed period of 1, 3, 6 or 12 months, the Start Rate adjusts to market, but the minimum payment stays fixed for the first year.

## Index

The Index for this product is based on the Monthly Treasury Average (MTA). This is a rolling average, or 12 month average of the monthly average yields of US Treasury Securities adjusted to a constant maturity of one year.

While this Index changes monthly, it is extremely stable. It moves slower than most other Indices due to its inherent characteristics. The MTA Index can be tracked via business financial pages or the Internet at the following sites.

- www.moneycafe.com
- www.bloomberg.com
- www.cbsmarketmatch.com
- www.campusmba.org

## Margin

The margin for the Power ARM<sup>SM</sup> varies according to product, term and LTV Ratio. In addition, it can be adjusted through points or other marketing specials. The Margin can be found on your Rate Sheet.

Although the Index for this product changes monthly, the Margin does not. It remains constant throughout the life of the loan.



**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00563

## Fully Indexed Rate

The Fully Indexed Rate is also known as the Fully Amortized Rate. It is calculated by adding the Index and Margin. This rate changes monthly as the Index changes.

## Qualifying Rate

The Qualifying Rate is the interest rate in which you qualify your borrowers. This is found on your Rate Sheet.

## Payment Options

This product offers up to four payment options each month. These payment options are fully explained later in this manual.

## Payment and Interest Rate Caps

The Power ARM<sup>SM</sup> has an annual Payment Cap of 7.5% with Payment Option 1 – Minimum Monthly Payment only. The borrowers' payments cannot increase or decrease more than 7.5% each year. Exceptions to this rule occur when the loan is recast or if the principal balance exceeds 125% (110% in NY) of the original loan amount.

The Power ARM<sup>SM</sup> also has a Life Cap, which dictates how much the Fully Indexed Rate can increase or decrease over the life of the loan. The Life Cap varies by product, LTV and occupancy. You can find the Life Cap for each specific loan scenario on your Product Fact Sheets. This is the highest rate the borrower will ever have.




American Home Mortgage
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00564

## Deferred Interest vs. Negative Amortization

<u>Deferred Interest</u> occurs when the monthly payment is not sufficient to cover the interest accrued during the month prior.

<u>Negative Amortization</u> is the term used when referring to adding the Deferred Interest to the Unpaid Principal Balance.

The deferred interest is added to the unpaid principal balance each month becoming Negative Amortization. For the purpose of a tax benefit, AHM allows the borrower to prepay this deferred interest at any time before the recast of the loan occurs. In order to protect our interest, negative amortization is capped at 125% (110% in New York) of the original loan amount. Once this is reached, the loan automatically recasts.

While the possibility of deferred interest or negative amortization can be worrisome to many borrowers, you can alleviate their reservations by reminding them of the following facts.

- The deferred interest / negative amortization is 100% optional and controlled by the borrowers. They can prevent the situation from ever occurring by avoiding the Minimum Payment Option.

- The borrower may pay all or part of the deferred interest at any time. The outstanding balance of deferred interest is displayed on their monthly statements.

Deferred interest is considered a positive attribute of this loan program by investors, as the interest might be tax deductible and can be written off as a loss. Advise your clients to consult with their Tax Advisor regarding the deferred interest. In addition, this option allows investors to spend the extra money in other ways.

## Recast

A recast of the loan is a recalculation of the payments based on the current principal balance. A recast will take place on the fifth year and every five years thereafter. There will also be an immediate recast at any time during the loan if the current balance exceeds 125% of the original loan amount (110% in NY). The borrowers will only notice a difference in payment if they have elected to use any payment option other than the 30 or 40-year P&I Payment. At the time of the recast Payment Option I – Minimum Monthly Payment will be set to current index plus margin. The 7.5% payment cap does not apply at this time.

## Subordinate Financing

Subordinate financing is only permitted on refinance transactions when an existing 2nd lein is being resubordinated. Certain transactions do not permit subordinate financing. Refer to the Maximum LTV / CLTV and Subordinate Financing Sections of the Product Fact Sheets.


American Home Mortgage
TRAINING AND PERFORMANCE IMPROVEMENT

## Payment Options



*Payment options are a unique benefit of the Power ARM<sup>SM</sup>.*

There are four payment options available on the Power ARMs<sup>SM</sup>. These options are available after the initial fixed period and are listed below.

- Option 1 – Minimum Monthly Payment
- Option 2 – Interest Only Payment
- Option 3 – P&I Payment – 30 or 40-Year
- Option 4 – P&I Payment – 15 Year

Each payment option offers a different benefit. Option 1 keeps the borrower's payments manageable. Option 2 pays all the interest due on the loan each month. Option 3 pays all the interest due on the loan each month as well paying down the principal. Option 4 builds quick equity. These options are discussed at length later in this manual. The following page displays a sample Monthly Billing Statement that borrowers with a Power ARM<sup>SM</sup> receive.



**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00566

*Power ARM<sup>SM</sup> Selling Skills (PASS)*



## American Home Mortgage
7142 Columbia Gateway Drive
P.O. Box 3050
Columbia, MD 21045-6050

Customer Service Number: 800-444-7963
Website: www.americanhm.com

John Doe
Jane Smith
123 East Main Street
Any Town, USA

456 Town Street
Property Address Any Town, USA

### MONTHLY BILLING STATEMENT

| | |
|---|---|
| Statement Date: | Sept 15, 2004 |
| Account Number: | 123456789 |
| Due Date: | Oct 1, 2004 |

| Item Description | Amount |
|---|---|
| **Balances** | |
| Principal Balance | $562,500.00 |
| Escrow Balance | $2,792.53 |
| Unpaid Late Charges | $ |
| Other Unpaid Charges | $ |
| **Payment Factors** | |
| Principal & Interest | $1,559.10 |
| Escrow Payment | $548.09 |
| Other | $ |
| Total Payment | $2,107.19 |
| **Year-to-Date** | |
| Interest Paid | $ |
| Taxes Paid | $ |

### IMPORTANT MESSAGES

### TRANSACTIONS SINCE LAST STATEMENT

### SPECIAL MESSAGES

**Your loan is an Adjustable Rate Mortgage with payment options.**
**You may choose one of four payment options.**

Option 1: Minimum Payment: This amount pays the interest and if applicable, principal that is currently due under your loan note. this amount may not be sufficient to pay all of the accrued interest for the previous month or to pay the loan in full over the remaining scheduled term. Negative amortization may result, which means that any unpaid interest will be added to the principal balance and will accrue additional interest.

Option 2: Interest Only Payment: This amount pays all of the accrued interest for the previous month (including the amount that exceeds the Minimum Payment). However, no portion of the payment will be applied to reduce the principal balance of your loan.

Option 3: Full Principal and Interest Payment (based on the remaining term of your loan): This amount pays all of the accrued interest for the previous month (including the amount that exceeds the Minimum Payment) and a sufficient amount of the principal to pay off your loan based on the remaining scheduled term under your loan documents.

Option 4: Full Principal and Interest Payment (based on a 15 year term): This amount pays all of the accrued interest for the previous month (including the amount that exceeds the Minimum Payment) and a sufficient amount of principal to pay off your loan based on a 15 year term.

The Minimum Payment is the LEAST amount that you must pay. One or more of the options may not be available each month. If other options are available, the payment amounts in that option will always be equal to or greater than the Minimum Payment. The payment amount shown for each available option, as applicable, also includes an escrow payment, and fees for any optional products.



## American Home Mortgage

☐ To change mailing address or phone number, check here
and complete the back of this form.

American Home Mortgage Servicing
P.O. Box 3050
Columbia, MD 21045-6050

Payment Coupon
Loan Number:
Payment Due Date:
☐ Option 1                          ☐ Option 3

☐ Option 2                          ☐ Option 4
Past Due Amount:            $
Unpaid Late Charges:       $
Other Fees:                      $
Total Amount Due:            $
To avoid additional charges, we must have your
payments by 10/16/04 during regular business hours.
Additional Principal          $_____
Additional Escrow            $_____
Other                              $_____
Total Amount Paid           $_____
**Payments in excess of funds due, unless otherwise
noted will be applied to escrow.

American Home Mortgage
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00567

## Option 1 – Minimum Monthly Payment

This payment option offers the lowest monthly payment available on the borrowers' payment coupon. The interest rate used to calculate this payment is the Start Rate located on your Rate Sheet. This Start Rate is in effect for the initial fixed period of the loan (1, 3, 6, or 12 months). The payment is calculated on a 30-year amortization term. After the fixed period of 1, 3, 6, or 12 months, the rate moves with the market and the minimum payment stays fixed for 12 months. This payment can be lower than Option 2- Interest Only Option. Deferred Interest is a possibility if the borrowers always select this option. In order to protect AHM, the current balance is not allowed to exceed 125% (110% in NY) of the original loan amount. If at any time the current balance exceeds these limits, the loan is immediately recast. At the end of the loan term, the principal balance is higher than when the loan was originated unless additional principal has been applied.





**Note**

Selecting this payment each month will cause the borrowers principal balance to *increase*.


American Home Mortgage
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00568

## Option 2 – Interest Only Payment

This payment option allows the borrowers to pay the monthly interest due on the loan without reducing the principal balance. The interest rate used to calculate this payment is the Fully Indexed Rate (12 month MTA Index plus the selected Margin). Occasionally, this option requires a payment lower than Option 1. In that case, this option is not displayed on the borrowers' payment coupon. At the end of the loan term, the principal balance is the same as when the loan was originated unless additional principal has been applied.





**Note**

Selecting this payment each month will cause the borrowers principal balance to *remain the same.*


American Home Mortgage
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00569

## Option 3 – P&I Payment – 30 or 40-Year

This payment options reflects the full P&I Payment that will fully amortize the loan within the 30 or 40-year loan term.  The interest rate used to calculate this payment is the Fully Indexed Rate (12 month MTA Index plus the selected Margin).  This payment will be higher than Options 1 and 2.  At the end of the loan term, the principal balance is paid in full if this option is selected every payment.





**Note**

Selecting this payment each month will cause the borrowers principal balance to *decrease,* paying the loan in full at the end of the mortgage term.

 **American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00570

## Option 4 – P&I Payment – 15 Year

This payment options reflects the full P&I Payment that will fully amortize the loan within the 15 year loan term. The interest rate used to calculate this payment is the Fully Indexed Rate (12 month MTA Index plus the selected Margin). This option offers the highest payment reflected on the borrowers' payment coupon. If selected consistently, this option is the fastest way to pay off the loan. At the end of the loan term, the principal balance is paid in full if this option is selected every payment.





**Note**

Selecting this payment each month will cause the borrowers principal balance to *decrease,* therefore paying the loan off at an accelerated rate.

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00571

# Benefits



*Power ARMs$^{SM}$ offer many benefits!*

Power ARMs$^{SM}$ offer many benefits to your borrowers, your business partners and you!  Listed below are some of the major benefits that the Power ARM$^{SM}$ offers.

## General Benefits

- lower rate
- easier for self employed borrowers
- stated income
- lower credit scores
- multiple investment loans
- LLCs
- great for self employed borrowers and investors
- pays more towards principle at a lower interest rate (if option 4 is chosen)
- great for people on commission or people who's monthly income varies
- qualifies for more home – benefits borrower
- qualifies for more home – benefits Realtor® with potential for higher commission
- CDU eligible
- borrower has control of their loan

## Benefits of Payment Options

- flexibility
- potential tax advantages
- low monthly payment
- accelerated amortization


**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00572

## Benefits of Payment Caps

- payment shock prevented
- future payment predictability
- payments stay manageable
- borrowers know the maximum that they will pay
- slight and fairly predictable payment changes due to a stable index

## Benefits of the Deferred Interest Payment Option

- tax flexibility
- cash flow management
- housing payment low



**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00573

# Power ARM<sup>SM</sup> Worksheet (PAW)



*The Power ARM<sup>SM</sup> Worksheet (PAW) is the best sales tool used for selling the Power ARM<sup>SM</sup>!*

One of the greatest tools you have for selling this loan to your borrowers is the Power ARM<sup>SM</sup> Worksheet (PAW). This worksheet is an excel spreadsheet that you can use to show your borrowers real life examples of their payment options. You can print the worksheet out for your borrowers or email it to them.

The Power ARM<sup>SM</sup> Worksheet (PAW) is also a great comparison tool for those die-hard 30-year fixed rate mortgage borrowers. The PAW compares their current monthly payment with what their new payments would be with a Power ARM<sup>SM</sup>. It also displays the difference between their current payment and Options 1 and 3 payments!

The PAW allows you to change certain figures to give a realistic quote to your borrowers. The following fields can be updated on the PAW.

- Arm Option (1, 3, 6 or 12 Months)
- Points
- Term
- Loan Amount
- LTV
- Current Index
- Final Margin
- Life Cap
- 30-Year Fixed Rate Mortgage Interest Rate
- Start Rate



American Home Mortgage
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00574

Updating the fields listed on the previous page manipulates the following fields.

- Fully Indexed Rate
- Maximum Payments for Years 1 Through 5
- 30-Year Fixed Rate Mortgage Payment
- Option 3 Payment Difference
- Option 1 Payment Difference
- Monthly Payments for Options 1 Through 4
- Deferred Interest



**Note**

After updating the fields you wish to change, press the [F9] Key to update the PAW.

The table displayed below explains each editable field on the PAW. This table corresponds with Letter Fields* displayed on the PAW shown on page 20.

| PAW FIELD DESCRIPTIONS | | |
|---|---|---|
| *Letter Field | Field Name | Field Information |
| A | Initial Fixed Interest Period | Enter 1, 6, 9 or 12 months. |
| B | Loan Amount | Enter the loan amount. |
| C | Points | Enter the points the borrowers will pay at closing. |
| D | LTV | Enter the loan-to-value. |
| E | Loan Term | Enter the loan term in years. |
| F | 12 Month MTA Index | Enter the 12 month MTA Index. |
| G | Margin | Enter the Margin from your Rate Sheet. |
| H | Life Cap | Enter the Life Cap for the loan. |
| I | Start Rate | Enter the Start Rate from your Rate Sheet. |
| J | Interest Rate | Enter the interest rate from which loan the borrowers would like to see compared to the Power ARM<sup>SM</sup>. This could be their current loan rate, or the rate from another product in which they are interested. |

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00575



## Notes



**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00577

## The Power ARM<sup>SM</sup> Products



**Power ARM<sup>SM</sup>**

*There are four products offered with the Power ARM<sup>SM</sup>.*

### Full / Alt Doc Power ARM<sup>SM</sup>

The table shown below and on the following pages displays the highlights of the Non-Conforming Full / Alt Doc 1, 3, 6 and 12-Month Power ARM<sup>SM</sup>. This is for training purposes only. Additional information is available on the Product Fact Sheet.

This product is subject to enhancements. Be sure to take advantage of the Product Fact Sheets to ensure you have the most up to date information.

| FULL / ALT DOC POWER ARM<sup>SM</sup> | |
|---|---|
| **Category** | **Eligibility** |
| Product Codes | **Primary Residence and Second Home**      **Investment Property** <br><br> 1-Month ARM 30-Year Term - **1291**    1-Month ARM 30-Year Term - **1349** <br> 3-Month ARM 30-Year Term - **1299**    3-Month ARM 30-Year Term - **1351** <br> 6-Month ARM 30-Year Term - **1307**    6-Month ARM 30-Year Term - **1353** <br> 12-Month ARM 30-Year Term - **1315**    12-Month ARM 30-Year Term - **1355** <br><br> 1-Month ARM 40-Year Term - **1292**    1-Month ARM 40-Year Term - **1350** <br> 3-Month ARM 40-Year Term - **1300**    3-Month ARM 40-Year Term - **1352** <br> 6-Month ARM 40-Year Term - **1308**    6-Month ARM 40-Year Term - **1354** <br> 12-Month ARM 40-Year Term - **1316**    12-Month ARM 40-Year Term - **1356** |
| State Restrictions | This program is not available in the following states. <br> • Alaska <br> • Arkansas <br> • Hawaii <br> • Maine <br> • New Hampshire <br> • North Dakota <br> • West Virginia <br><br> Minnesota – Loan amounts < $100K are not permitted. <br><br> Texas – Cash-out refinance transactions are not permitted on primary residences. <br><br> New York – Current balance may not exceed 110% of the original loan amount. |

American Home Mortgage
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00578

| FULL / ALT DOC POWER ARMS™ (continued) | |
| --- | --- |
| **Category** | **Eligibility** |
| State Restrictions (continued) | Coops are restricted to the following areas. <br> • five boroughs of New York <br> • Nassau County <br> • Suffolk County <br> • Rockland County <br> • Westchester County |
| State Restrictions – One Year Prepayment Penalty | Prepayment penalties are prohibited for this product in the following states. <br> • Iowa <br> • Kansas <br> • Maryland <br> • New Jersey <br> • New Mexico <br> • New York <br> • Vermont <br><br> The following state prepayment restrictions apply. <br> • Minnesota – prohibited on loans < $100K, or upon sale, partial payments <br> • North Carolina – prohibited on loans < $150K <br> • South Carolina – prohibited on loans < $150K <br> • Pennsylvania – prohibited on loans < $50K |
| Maximum Loan Amount | **Primary Residence** <br> • 1-unit, condo, PUD and coops – $2.5M <br> • 2 to 4-units – $1.0M <br><br> **Second Homes** <br> • 1-unit, condo and PUD – $2.0M <br> • coops – $700K <br> • 2 to 4-units – not allowed <br><br> **Investment Properties** <br> 1 to 4-units, condo, PUD and coops – $650K |

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00579

| FULL / ALT DOC POWER ARMS (continued) | | | |
|---|---|---|---|
| **Category** | **Eligibility** | | |
| Maximum LTV / CLTV<br><br><br><br><br><br><br><br><br><br>*Subordinate financing is **only permitted** on refinance transactions when an existing 2nd lien is being resubordinated.* | **Primary Residence**<br>**Purchase / Limited Cash-Out Refinance** | | |

**Primary Residence — Purchase / Limited Cash-Out Refinance**

| | **Maximum Loan Amount** | **Maximum LTV/CLTV** | **Minimum Credit Score** |
|---|---|---|---|
| **I-Unit, Condo and PUD** | $400,000 | 95% / N/A<br>(80% in NY)<br>80% / 90%* | 620 |
| | $500,000 | 90% / N/A<br>(80% in NY)<br>80% / 90%* | 620 |
| | $650,000 | 90% / N/A<br>(80% in NY)<br>80% / 90%* | 680<br><br>620 |
| | $800,000 | 80% / 80%* | 620 |
| | $1,000,000 | 80% / 80%*<br>75% / 75%* | 680<br>620 |
| | $1,500,000 | 80% / 80%*<br>70% / 70%* | 680<br>620 |
| | $2,500,000 | 70% / 70%*<br>65% / 65%* | 680<br>620 |
| **2-Unit** | $427,150 | 95%/ N/A<br>(80% in NY)<br>80% / 90%* | 620 |
| | $500,000 | 80% / 90%* | |
| | $650,000 | 75% / 75%* | |
| | $1,000,000 | 70% / 70%* | |
| **3-Unit** | $516,300 | 90% / N/A<br>(80% in NY)<br>75% / 85%* | 620 |
| | $650,000 | 75% / 75%* | |

American Home Mortgage
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00580

| FULL / ALT DOC POWER ARM (continued) | |
|---|---|
| **Category** | **Eligibility** |
| Maximum LTV (continued) | **Primary Residence** <br> **Purchase / Limited Cash-Out Refinance** |

**Primary Residence**
**Purchase / Limited Cash-Out Refinance**

| | **Maximum Loan Amount** | **Maximum LTV** | **Minimum Credit Score** |
|---|---|---|---|
| **4-Unit** | $641,650 | 90% / N/A (80% in NY) 75% / 85%* | 620 |
| | $650,000 | 75% / 75%* | |
| | $1,000,000 | 70% / 70%* | |
| **Co-op** | $650,000 | 80% / N/A 75% / 80%* | 620 |
| | $1,000,000 | 75% / 75%* | |
| | $1,500,000 | 70% / 70%* | |
| | $2,500,000 | 65% / 65%* | |

*Subordinate financing is **only permitted** on refinance transactions when an existing 2nd lien is being resubordinated.

**Primary Residence**
**Cash-Out Refinance**

| | **Maximum Loan Amount** | **Maximum LTV** | **Minimum Credit Score** |
|---|---|---|---|
| **1-Unit, Condo and PUD** | $650,000 | 80% / 80%* | 620 |
| | $1,000,000 | 80% / 80%* <br> 75% / 75%* | 680 <br> 620 |
| | $1,500,000 | 80% / 80%* <br> 70% / 70%* | 680 <br> 620 |
| | $2,500,000 | 70% / 70%* <br> 65% / 65%* | 680 <br> 620 |
| **2-Unit** | $427,150 | 75% / 75%* | 620 |
| | $500,000 | 75% / 75%* | 680 |
| | $650,000 | 70% / 70%* | |
| **3-Unit** | $516,300 | 70% / 70%* | 620 |
| | $650,000 | 65% / 65%* | 680 |
| **4-Unit** | $641,650 | 70.00% | 620 |

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00581

| FULL / ALT DOC POWER ARM$^{SM}$ (continued) | | | |
|---|---|---|---|
| **Category** | **Eligibility** | | |
| Maximum LTV (continued) | **Primary Residence** **Cash-Out Refinance** | | |

**Primary Residence — Cash-Out Refinance**

| | Maximum Loan Amount | Maximum LTV | Minimum Credit Score |
|---|---|---|---|
| **Co-op** | $650,000 | 75% / 75%* | 620 |
| | $1,000,000 | 70% / 70%* | |
| | $1,500,000 | 65% / 65%* | |
| | $2,500,000 | 60% / 60%* | |

**Second Home — Purchase / Limited Cash-Out Refinance**

| | Maximum Loan Amount | Maximum LTV | Minimum Credit Score |
|---|---|---|---|
| **1-Unit, Condo and PUD** | $400,000 | 90% / N/A (80.00% in NY) 80% / 90%* | 620 |
| | $650,000 | 80% / N/A 75% / 80%* | |
| | $700,000 | 80% / 80%* 75% / 75%* | 680 620 |
| | $1,000,000 | 75% / 75%* | 680 |
| | $1,500,000 | 70% / 70%* | |
| | $2,000,000 | 60% / 60%* | |
| **Co-op** | $650,000 | 80% / N/A 75% / 80%* | 620 |
| | $700,000 | 75% / 75%* | |

**Second Home — Cash-Out Refinance**

| | Maximum Loan Amount | Maximum LTV | Minimum Credit Score |
|---|---|---|---|
| **1-Unit, Condo and PUD** | $333,700 | 80% / 80%* | 620 |
| | $700,000 | 80% / 80%* 70% / 70%* | 680 620 |
| | $1,000,000 | 65% / 65%* | 680 |
| **Co-op** | $700,000 | 65% / 65%* | 620 |

*Subordinate financing is **only permitted** on refinance transactions when an existing 2nd lien is being resubordinated.

25

**American Home Mortgage** TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00582

| FULL / ALT DOC POWER ARM™ (continued) | |
|---|---|
| **Category** | **Eligibility** |
| Maximum LTV (continued) | **Investment Property**<br>**Purchase / Limited Cash-Out Refinance** |

| | | Maximum Loan Amount | Maximum LTV | Minimum Credit Score |
|---|---|---|---|---|
| 1-Unit, Condo and PUD | | $333,700 | 80% / N/A<br>80% / 90%* | 620<br>680 |
| | | $650,000 | 75% / 75%* | 680 |
| 2-Unit | | $427,150 | 80% / N/A<br>80% / 90%* | 620<br>680 |
| | | $650,000 | 75% / 75%* | 680 |
| 3-Unit | | $516,300 | 80% / N/A<br>75% / 85%* | 620 |
| | | $650,000 | 75% / 75%* | 680 |
| 4-Unit | | $641,650 | 80% / N/A<br>75% / 85%* | 620 |
| | | $650,000 | 75% / 75%* | 680 |
| Co-op | | $333,700 | 80% / N/A<br>75% / 80%* | 620 |
| | | $400,000 | 75% / 75%* | |
| | | $500,000 | 70% / 70%* | 680 |
| | | $650,000 | 65% / 65%* | |

*Subordinate financing is **only permitted** on refinance transactions when an existing 2nd lien is being resubordinated.

**Investment Property**
**Cash-Out Refinance**

| | Maximum Loan Amount | Maximum LTV | Minimum Credit Score |
|---|---|---|---|
| 1-Unit, Condo and PUD | $333,700 | 70% / 70%* | 620 |
| | $650,000 | 65% / 65%* | 680 |
| 2-Unit | $427,150 | 70% / 70%* | 620 |
| | $650,000 | 65% / 65%* | 680 |



American Home Mortgage
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00583

| Category | Eligibility | | | |
|---|---|---|---|---|
| Maximum LTV (continued)<br><br>*Subordinate financing is **only permitted** on refinance transactions when an existing 2nd lien is being resubordinated.* | **Investment Property (continued)**<br>**Cash-Out Refinance (continued)** | | | |
| | | **Maximum Loan Amount** | **Maximum LTV** | **Minimum Credit Score** |
| | 3-Unit | $516,300 | 70% / 70%* | 620 |
| | | $650,000 | 65% / 65%* | 680 |
| | 4-Unit | $641,650 | 70% / 70%* | 620 |
| | | $650,000 | 65% / 65%* | 680 |
| Cash-Out Refinance | Maximum cash-out is unlimited to permissible LTV parameters. | | | |
| Minimum Loan Amount | $30,000 ($100K in MN) | | | |
| Index | 12-month MTA Index | | | |
| Caps | **Payment Change Cap**<br>7.5% maximum annual payment cap increase or decrease except every 5 years at recast or when the principal balance exceeds 125% (110% in NY)<br><br>**Life Cap**<br>The Fully Indexed Rate cannot exceed the amounts displayed below.<br>Primary Residence and Second Homes – 9.95%<br>Investment Properties – 10.35% | | | |
| Margin | Refer to your Rate Sheet for eligible margins. | | | |
| Recast | A recast will take place on the fifth year and every five years thereafter. There will also be an immediate recast at any time during the loan if the current balance exceeds 125% (110% in NY) of the original loan amount. | | | |
| Terms | 30 and 40-years | | | |
| Escrow Waiver | Escrow waivers for real estate taxes and hazard insurance allowed up to a maximum 80.00% LTV (89.99% in CA).<br><br>Monthly PMI must be escrowed. | | | |
| Minimum Credit Score | 620<br><br>Loans that are evaluated by CDU to have significant compensating factors will receive approvals for lower scores. | | | |
| Mortgage Insurance | PMI is required for LTVs > 80.00% | | | |

Table header: **FULL / ALT DOC POWER ARM™ (continued)**

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00584

| FULL / ALT DOC POWER ARMS (continued) | |
|---|---|
| **Category** | **Eligibility** |
| Qualifying Ratios | **Interest Rate** <br> Primary Residence with LTV ≤ 90% - qualify at a rate of 4.25% <br> Primary Residence with LTV > 90% - qualify at a rate of 4.95% <br> Second Homes – qualify at a rate of 4.25% <br> Investment Property – qualify at a rate of 4.5% <br><br> **Ratios** <br> 35 / 45 for credit score ≥ 620 <br><br> Loans that are evaluated by CDU to have significant compensating factors will receive approvals for lower scores.  These are limited to the following qualifying ratios. <br> 28 / 36 for LTV > 80.00% <br> 30 / 38 for LTV ≤ 80.00% |
| Reserves | **Primary Residence and Second Homes** <br> • $30k to $500k – two months PITI <br> • $500K to $1.0M – four months of the borrowers' total monthly debt <br> • $1.0M to $1.5M – six months of the borrowers' total monthly debt <br> • $1.5M to $2.5M – nine months of the borrowers' total monthly debt <br><br> **Investment Properties** <br> six months PITI |
| Multiple Property Ownership | **Loans secured by Primary Residence or Second Home** <br> There is no limitation on the number of properties that may be financed if the loan is a Primary Residence or Second Home.  See Product Fact Sheet for guidelines regarding Investment Properties. <br><br> **Loans secured by Investment Properties** <br> • There is no limit on loans secured by other lenders. <br> • Borrowers are limited to a maximum of 20 properties secured by AHM provided total dollar amount (including the property being financed) does not exceed $5,000,000. |

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00585

## Full / Alt Doc Lender Paid MI Power ARM<sup>SM</sup>

The table shown below and on the following pages displays the highlights of the Non-Conforming Full / Alt Doc 1, 3, 6 and 12-Month Power ARM<sup>SM</sup> with Lender Paid MI. This is for training purposes only. Additional information is available on the Product Fact Sheet.

This product is subject to enhancements. Be sure to take advantage of the Product Fact Sheets to ensure you have the most up to date information.

| FULL / ALT DOC LENDER PAID MI POWER ARM<sup>SM</sup> | |
|---|---|
| **Category** | **Eligibility** |
| Product Code | **Primary Residence and Second Home**<br>**Product Codes for LTV's ≤90%**<br>**Not eligible for NY – Please see Product codes for NY**<br><br>1-Month ARM 30-Year Term - 1295    1-Month ARM 40-Year Term - 1296<br><br>3-Month ARM 30-Year Term - 1303    3-Month ARM 40-Year Term - 1304<br><br>6-Month ARM 30-Year Term - 1311    6-Month ARM 40-Year Term – 1312<br><br>12-Month ARM 30-Year Term – 1319    12-Month ARM 40-Year Term – 1320<br><br><br>**Primary Residence and Second Home**<br>**Product Codes for NY Properties LTV's ≤90%**<br><br>1-Month ARM 30-Year Term - 1463    1-Month ARM 40-Year Term - 1467<br><br>3-Month ARM 30-Year Term - 1464    3-Month ARM 40-Year Term - 1468<br><br>6-Month ARM 30-Year Term - 1465    6-Month ARM 40-Year Term – 1469<br><br>12-Month ARM 30-Year Term – 1466    12-Month ARM 40-Year Term – 1470<br><br><br>**Primary Residence and Second Home**<br>**Product Codes for LTV's 90%-100%**<br>**(Use for all eligible states)**<br><br>1-Month ARM 30-Year Term – 1455    1-Month ARM 40-Year Term – 1459<br><br>3-Month ARM 30-Year Term – 1456    3-Month ARM 40-Year Term – 1460<br><br>6-Month ARM 30-Year Term – 1457    6-Month ARM 40-Year Term – 1461<br><br>12-Month ARM 30-Year Term – 1458    12-Month ARM 40-Year Term – 1462 |

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00586

| FULL / ALT DOC LENDER PAID MI POWER ARM℠ (continued) | |
|---|---|
| **Category** | **Eligibility** |
| State Restrictions | This program is not available in the following states.<br>• Alaska<br>• Arkansas<br>• Hawaii<br>• Maine<br>• New Hampshire<br>• North Dakota<br>• West Virginia<br><br>Minnesota – Loan amounts < $100K are not permitted.<br><br>New York – Current balance may not exceed 110% of the original loan amount.<br><br>Coops are restricted to the following areas.<br>• five boroughs of New York<br>• Nassau County<br>• Suffolk County<br>• Rockland County<br>• Westchester County |

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

| FULL / ALT DOC LENDER PAID MI POWER ARM[SM] (continued) | |
|---|---|
| **Category** | **Eligibility** |
| State Restrictions — One Year Prepayment Penalty | Prepayment penalties are prohibited for this product in the following states.<br>• Iowa<br>• Kansas<br>• Maryland<br>• New Jersey<br>• New Mexico<br>• New York<br>• Vermont |
| State Restrictions — One Year Prepayment Penalty (continued) | The following state prepayment restrictions apply.<br>• Minnesota – prohibited on loans < $100K, or upon sale, partial payments<br>• North Carolina – prohibited on loans < $150K<br>• South Carolina – prohibited on loans < $150K<br>• Pennsylvania – prohibited on loans < $50K |
| Maximum Loan Amount | **Primary Residence**<br>• 1-unit, condo, PUD and coops – $500,000<br>• 2-units – $427,150<br>• 3 to 4-units – not allowed<br><br>**Second Homes**<br>• 1-unit, condo and PUD – $400,000<br>• 2 to 4-units and coops – not allowed<br><br>**Investment Properties**<br>  not allowed |

American Home Mortgage
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00588

| FULL / ALT DOC LENDER PAID MI POWER ARM^SM (continued) | | | |
|---|---|---|---|
| **Category** | **Eligibility** | | |
| Maximum LTV | **Primary Residence** | | |

**Purchase / Limited Cash-Out Refinance**

| | Maximum Loan Amount | Maximum LTV | Minimum Credit Score |
|---|---|---|---|
| **1-Unit, Condo and PUD** | $500,000 | 100%* / NA 95%* / NA 90%* / NA | 700 680 620 |
| **2-Unit** | $427,150 | 100%* / NA 95%* / NA 90%* / NA | 700 680 620 |
| **Co-op** | $500,000 | 100%* / NA 95%* / NA 90%* / NA | 700 680 620 |

*Triad must be utilized for MI for LTV's >90%.

**Second Home**

**Purchase / Limited Cash-Out Refinance**

| | Maximum Loan Amount | Maximum LTV | Minimum Credit Score |
|---|---|---|---|
| **1-Unit, Condo and PUD** | $500,000* | 100%* / NA 95%* / NA 90%* / NA | 700 680 620 |

*Triad must be utilized for MI for LTV's > 90% and loan amounts >$400,000

| Category | Eligibility |
|---|---|
| Minimum LTV | 80.01% |
| Cash-Out Refinance | not permitted |
| Minimum Loan Amount | $30,000 ($100K in MN) |
| Index | 12-month MTA Index |
| Caps | **Payment Change Cap**<br>7.5% maximum annual payment cap increase or decrease except every 5 years at recast or when the principal balance exceeds 125% for LTV's ≤ 90% (110% in NY), 110% for LTV's > 90%-100%<br><br>**Life Cap**<br>The Fully Indexed Rate cannot exceed 10.55%. |
| Margin | Refer to your Rate Sheet for eligible margins. |



**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00589

| FULL / ALT DOC LENDER PAID MI POWER ARM<sup>SM</sup> (continued) | |
|---|---|
| **Category** | **Eligibility** |
| Recast | A recast will take place on the fifth year and every five years thereafter. There will also be an immediate recast at any time during the loan if the current balance exceeds 125% for LTV's ≤ 90% (110% in NY) 110% for LTV's > 90%-100%. |
| Terms | 30 and 40-years |
| Minimum Credit Score | 620<br><br>Loans that are evaluated by CDU to have significant compensating factors will receive approvals for lower scores. |
| Mortgage Insurance | Lender paid MI is required, subject to applicable pricing adjustments. Monthly MI coverage to be ordered in conjunction with standard MI Policy and Procedures. Triad, Radian or PMI are to be utilized for LTV's ≤ 90%.<br>NY properties: Radian and Triad are to be utilized. |
| Qualifying Ratios | LTV's ≤ 90% : 35 / 45 for credit score ≥ 620<br>LTV's > 90% : 28 / 36 (refer to Max. LTV/CLTV grid for required credit scores)<br><br>Loans that are evaluated by CDU to have significant compensating factors will receive approvals for lower scores. These are limited to<br>28 / 36 for LTV > 80.00%. |
| Reserves | two months PITI |
| Multiple Property Ownership | There is no limitation on the number of properties that may be financed if the loan is a Primary Residence or Second Home. |

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00590

## Notes

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00591

## Stated Income / Full Asset Power ARM[SM]

The table shown below and on the following pages displays the highlights of the Non-Conforming Stated Income / Full Asset 1, 3, 6 and 12-Month Power ARM[SM]. This is for training purposes only. Additional information is available on the Product Fact Sheet.

This product is subject to enhancements. Be sure to take advantage of the Product Fact Sheets to ensure you have the most up to date information.

| STATED INCOME / FULL ASSET POWER ARM | |
|---|---|
| **Category** | **Eligibility** |
| Product Code | **Primary Residence and Second Home** / **Investment Property**<br><br>1-Month ARM 30-Year Term - 1323 · 1-Month ARM 30-Year Term - 1357<br>3-Month ARM 30-Year Term - 1327 · 3-Month ARM 30-Year Term - 1359<br>6-Month ARM 30-Year Term - 1341 · 6-Month ARM 30-Year Term - 1361<br>12-Month ARM 30-Year Term - 1345 · 12-Month ARM 30-Year Term - 1363<br><br>1-Month ARM 40-Year Term - 1324 · 1-Month ARM 40-Year Term - 1358<br>3-Month ARM 40-Year Term - 1338 · 3-Month ARM 40-Year Term - 1360<br>6-Month ARM 40-Year Term - 1342 · 6-Month ARM 40-Year Term - 1362<br>12-Month ARM 40-Year Term - 1346 · 12-Month ARM 40-Year Term - 1364 |
| State Restrictions | This program is not available in the following states.<br>• Alaska<br>• Arkansas<br>• Hawaii<br>• Maine<br>• New Hampshire<br>• North Dakota<br>• West Virginia<br><br>Minnesota – Loan amounts < $100K are not permitted.<br><br>Texas – Cash-out refinance transactions are not permitted on primary residences.<br><br>New York – Current balance may not exceed 110% of the original loan amount. |

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00592

| STATED INCOME / FULL ASSET POWER ARM[SM] (continued) | |
|---|---|
| **Category** | **Eligibility** |
| State Restrictions (continued) | Coops are restricted to the following areas.<br>• five boroughs of New York<br>• Nassau County<br>• Suffolk County<br>• Rockland County<br>• Westchester County |
| State Restrictions – One Year Prepayment Penalty | Prepayment penalties are prohibited for this product in the following states.<br>• Iowa<br>• Kansas<br>• Maryland<br>• New Jersey<br>• New Mexico<br>• New York<br>• Vermont<br><br>The following state prepayment restrictions apply.<br>• Minnesota – prohibited on loans < $100K, or upon sale, partial payments<br>• North Carolina – prohibited on loans < $150K<br>• South Carolina – prohibited on loans < $150K<br>• Pennsylvania – prohibited on loans < $50K |
| Maximum Loan Amount | **Primary Residence**<br>• 1-unit, condo and PUD – $2,500,000<br>• 2-units – $650,000<br>• coops – $1,000,000<br>• 3 to 4-units – not allowed<br><br>**Second Homes**<br>• 1-unit, condo and PUD – $1,000,000<br>• coops – $650,000<br>• 2 to 4-units – not allowed<br><br>**Investment Properties**<br>• 1-unit, condo, PUD and coops – $333,700<br>• 2 units – $427,150 |

American Home Mortgage
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00593

| STATED INCOME / FULL ASSET POWER ARM<sup>SM</sup> (continued) | |
|---|---|
| **Category** | **Eligibility** |
| Maximum LTV | **Primary Residence** **Purchase / Limited Cash-Out Refinance** |

**Primary Residence**
**Purchase / Limited Cash-Out Refinance**

| | Maximum Loan Amount | Maximum LTV | Minimum Credit Score |
|---|---|---|---|
| **1-Unit, Condo and PUD** | $650,000 | 80% / 80%* | 620 |
| | $1,000,000 | 80% / 80%* | 680 |
| | | 75% / 75%* | 620 |
| | $1,500,000 | 75% / 75%* | 680 |
| | | 70% / 70%* | 620 |
| | $2,500,000 | 70% / 70%* | 680 |
| | | 65% / 65%* | 620 |
| **2-Unit** | $427,150 | 75% / 75%* | 620 |
| | $650,000 | 70% / 70%* | 680 |
| **Co-op** | $650,000 | 80% / N/A* | 620 |
| | $1,000,000 | 75% / 75%* | |

**Primary Residence**
**Cash-Out Refinance**

| | Maximum Loan Amount | Maximum LTV | Minimum Credit Score |
|---|---|---|---|
| **1-Unit, Condo and PUD** | $650,000 | 75% / 75%* | 620 |
| | $1,000,000 | 75% / 75%* | 680 |
| | | 70% / 70%* | 620 |
| | $1,500,000 | 70% / 70%* | 680 |
| | | 65% / 65%* | 620 |
| | $2,500,000 | 65% / 65%* | 680 |
| | | 60% / 60%* | 620 |
| **2-Unit** | $427,150 | 70% / 70%* | 620 |
| | $500,000 | 65% / 65%* | 680 |
| | $650,000 | 60% / 60%* | |
| **Co-op** | $650,000 | 65% / 65%* | 620 |
| | $1,000,000 | 60% / 60%* | |

*Subordinate financing is **only permitted** on refinance transactions when an existing 2nd lein is being resubordinated.

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00594

## STATED INCOME / FULL ASSET POWER ARM (continued)

| Category | Eligibility | | | |
|---|---|---|---|---|
| Maximum LTV (continued) | **Second Home**<br>**Purchase / Limited Cash-Out Refinance** | | | |
| | | **Maximum Loan Amount** | **Maximum LTV** | **Minimum Credit Score** |
| | **1-Unit, Condo and PUD** | $650,000 | 80% / 80%*<br>75% / 75%* | 680<br>620 |
| | | $1,000,000 | 70% / 70%* | 680 |
| | **Co-op** | $650,000 | 70% / 70%* | 620 |
| | **Second Home**<br>**Cash-Out Refinance** | | | |
| | | **Maximum Loan Amount** | **Maximum LTV** | **Minimum Credit Score** |
| | **1-Unit, Condo and PUD** | $650,000 | 70% / 70%*<br>65% / 65%* | 680<br>620 |
| | **Co-op** | $650,000 | 70.00% | 620 |
| | **Investment Property**<br>**Purchase / Limited Cash-Out Refinance** | | | |
| | | **Maximum Loan Amount** | **Maximum LTV** | **Minimum Credit Score** |
| | **1-Unit, Condo and PUD** | $333,700 | 70% / 70%* | 620 |
| | **2-Unit** | $427,150 | 70% / 70%* | 620 |
| | **Co-op** | $333,700 | 70% / 70%* | 620 |
| Subordinate financing is **only permitted** on refinance transactions when an existing 2nd lein is being resubordinated. | **Investment Property**<br>**Cash-Out Refinance** | | | |
| | | **Maximum Loan Amount** | **Maximum LTV** | **Minimum Credit Score** |
| | **1-Unit, Condo and PUD** | $333,700 | 65% / 65%* | 620 |
| | **2-Unit** | $427,150 | 65% / 65%* | 620 |


**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00595

| STATED INCOME / FULL ASSET POWER ARM$^{SM}$ (continued) | |
|---|---|
| **Category** | **Eligibility** |
| Cash-Out Refinance | Maximum cash-out is unlimited to permissible LTV parameters. |
| Minimum Loan Amount | $30,000 ($100K in MN) |
| Index | 12-month MTA Index |
| Caps | **Payment Change Cap**<br>7.5% maximum annual payment cap increase or decrease except every 5 years at recast or when the principal balance exceeds 125% (110% in NY)<br><br>**Life Cap**<br>The Fully Indexed Rate cannot exceed the amounts displayed below.<br>Primary Residence and Second Homes – 9.95%<br>Investment Properties – 10.35% |
| Margin | Refer to your Rate Sheet for eligible margins. |
| Recast | A recast will take place on the fifth year and every five years thereafter. There will also be an immediate recast at any time during the loan if the current balance exceeds 125% (110% in NY) of the original loan amount. |
| Terms | 30 and 40-years |
| Escrow Waiver | Escrow waivers for real estate taxes and hazard insurance allowed up to a maximum 80.00% LTV (89.99% in CA).<br><br>Monthly PMI must be escrowed. |
| Minimum Credit Score | 620<br><br>Loans that are evaluated by CDU to have significant compensating factors will receive approvals for lower scores. |
| Mortgage Insurance | not applicable |
| Qualifying Ratios | **Interest Rate**<br>Primary Residence – qualify at a rate of 4.25%<br>Second Homes – qualify at a rate of 4.25%<br>Investment Property – qualify at a rate of 4.5%<br><br>**Ratios**<br>35 / 45 for credit score $\geq$ 620<br><br>Loans that are evaluated by CDU to have significant compensating factors will receive approvals for lower scores. These are limited to 30 / 38 for LTV $\leq$ 80.00%. |

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00596

| Category | Eligibility |
|----------|-------------|
| **STATED INCOME / FULL ASSET POWER ARM (continued)** | |
| Reserves | **Primary Residence and Second Homes**<br>&bull; $30k to $500k – two months PITI<br>&bull; $500K to $1.0M – four months of the borrowers' total monthly debt<br>&bull; $1.0M to $1.5M – six months of the borrowers' total monthly debt<br>&bull; $1.5M to $2.5M – nine months of the borrowers' total monthly debt<br><br>**Investment Properties**<br>six months PITI |
| Multiple Property Ownership | No restrictions on the number of properties owned free and clear.<br><br>A borrower may not have more than six financed properties total.<br><br>The number of financed properties by Investor AH is limited to four, of which only two may be investment properties. |

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00597

## Stated Income / Stated Asset Power ARM<sup>SM</sup>

The table shown below and on the following pages displays the highlights of the Non-Conforming Stated Income / Stated Asset 1, 3, 6 and 12-Month Power ARM<sup>SM</sup>. This is for training purposes only. Additional information is available on the Product Fact Sheet.

This product is subject to enhancements. Be sure to take advantage of the Product Fact Sheets to ensure you have the most up to date information.

| STATED INCOME / STATED ASSET POWER ARM<sup>SM</sup> | |
|---|---|
| **Category** | **Eligibility** |
| Product Code | **Primary Residence and Second Home** **Investment Property** <br><br> 1-Month ARM 30-Year Term - 1376    1-Month ARM 30-Year Term - 1384 <br> 3-Month ARM 30-Year Term - 1377    3-Month ARM 30-Year Term - 1385 <br> 6-Month ARM 30-Year Term - 1378    6-Month ARM 30-Year Term - 1386 <br> 12-Month ARM 30-Year Term - 1379    12-Month ARM 30-Year Term - 1387 <br><br> 1-Month ARM 40-Year Term - 1380    1-Month ARM 40-Year Term - 1388 <br> 3-Month ARM 40-ear Term - 1381    3-Month ARM 40-Year Term - 1389 <br> 6-Month ARM 40-Year Term - 1382    6-Month ARM 40-Year Term - 1390 <br> 12-Month ARM 40-Year Term - 1383    12-Month ARM 40-Year Term - 1391 |
| State Restrictions | This program is not available in the following states. <br><br> • Alaska <br> • Arkansas <br> • Hawaii <br> • Maine <br> • New Hampshire <br> • North Dakota <br> • West Virginia <br><br> Minnesota – Loan amounts < $100K are not permitted. <br><br> Texas – Cash-out refinance transactions are not permitted on primary residences. <br><br> New York – Current balance may not exceed 110% of the original loan amount. |

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00598

| STATED INCOME / STATED ASSET POWER ARMS (continued) | |
|---|---|
| **Category** | **Eligibility** |
| State Restrictions (continued) | Coops are restricted to the following areas.<br>• five boroughs of New York<br>• Nassau County<br>• Suffolk County<br>• Rockland County<br>• Westchester County |
| State Restrictions – One Year Prepayment Penalty | Prepayment penalties are prohibited for this product in the following states.<br>• Iowa<br>• Kansas<br>• Maryland<br>• New Jersey<br>• New Mexico<br>• New York<br>• Vermont<br><br>The following state prepayment restrictions apply.<br>• Minnesota – prohibited on loans < $100K, or upon sale, partial payments<br>• North Carolina – prohibited on loans < $150K<br>• South Carolina – prohibited on loans < $150K<br>• Pennsylvania – prohibited on loans < $50K |
| Maximum Loan Amount | **Primary Residence**<br>• 1-unit, condo and PUD – $1,000,000<br>• 2-units – $650,000<br>• coops – $1,000,000<br>• 3 to 4-units – not allowed<br><br>**Second Homes**<br>• 1-unit, condo, PUD and coop – $650,000<br>• 2 to 4-units – not allowed<br><br>**Investment Properties**<br>• 1-units, condo, PUD and coops – $333,700<br>• 2-units – $427,150 |

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00599

## STATED INCOME / STATED ASSET POWER ARMs (continued)

| Category | Eligibility | | | |
|---|---|---|---|---|
| Maximum LTV/CLTV | **Primary Residence** | | | |
| | **Purchase / Limited Cash-Out Refinance** | | | |
| | | **Maximum Loan Amount** | **Maximum LTV** | **Minimum Credit Score** |
| | **1-Unit, Condo and PUD** | $1,000,000 | 75% / 75%* | 620 |
| | **2-Unit** | $427,150 | 75% / 75%* | 620 |
| | | $650,000 | 70% / 70%* | 680 |
| | **Co-op** | $650,000 | 75% / 75%* | 620 |
| | | $1,000,000 | 70% / 70%* | |
| | **Primary Residence** | | | |
| | **Cash-Out Refinance** | | | |
| | | **Maximum Loan Amount** | **Maximum LTV** | **Minimum Credit Score** |
| | **1-Unit, Condo and PUD** | $650,000 | 75% / 75%* | 620 |
| | | $1,000,000 | 70% / 70%* | |
| | **2-Unit** | $427,150 | 70% / 70%* | 620 |
| | | $500,000 | 65% / 65%* | 680 |
| | | $650,000 | 60% / 60%* | |
| | **Co-op** | $650,000 | 65% / 65%* | 620 |
| | | $1,000,000 | 60% / 60%* | |
| *Subordinate financing is **only permitted** on refinance transactions when an existing 2nd lein is being resubordinated. | **Second Home** | | | |
| | **Purchase / Limited Cash-Out Refinance** | | | |
| | | **Maximum Loan Amount** | **Maximum LTV** | **Minimum Credit Score** |
| | **1-Unit, Condo and PUD** | $650,000 | 75% / 75%* | 620 |
| | **Co-op** | $650,000 | 70% / 70%* | 620 |

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00600

Case 07-11047-CSS    Doc 9126-3    Filed 08/12/10    Page 49 of 63

*Power ARM<sup>SM</sup> Selling Skills (PASS)*

| Category | Eligibility | | | |
|---|---|---|---|---|
| **STATED INCOME / STATED ASSET POWER ARMs\* (continued)** | | | | |
| Maximum LTV (continued) | **Second Home** **Cash-Out Refinance** | | | |

**STATED INCOME / STATED ASSET POWER ARMs\* (continued)**

| Category | Eligibility |
|---|---|
| Maximum LTV (continued) | **Second Home** <br> **Cash-Out Refinance** |

**Second Home — Cash-Out Refinance**

| | Maximum Loan Amount | Maximum LTV | Minimum Credit Score |
|---|---|---|---|
| 1-Unit, Condo and PUD | $650,000 | 65% / 65%* | 620 |
| Co-op | $650,000 | 60% / 60%* | 620 |

**Investment Property — Purchase / Limited Cash-Out Refinance**

| | Maximum Loan Amount | Maximum LTV | Minimum Credit Score |
|---|---|---|---|
| 1-Unit, Condo and PUD | $333,700 | 70% / 70%* | 620 |
| 2-Unit | $427,150 | 70% / 70%* | 620 |
| Co-op | $333,700 | 70% / 70%* | 620 |

**Investment Property — Cash-Out Refinance**

| | Maximum Loan Amount | Maximum LTV | Minimum Credit Score |
|---|---|---|---|
| 1-Unit, Condo and PUD | $333,700 | 65% / 65%* | 620 |
| 2-Unit | $427,150 | 65% / 65%* | 620 |

*\*Subordinate financing is **only permitted** on refinance transactions when an existing 2nd lein is being resubordinated.*

| Category | Eligibility |
|---|---|
| Cash-Out Refinance | Maximum cash-out is unlimited to permissible LTV parameters. |
| Minimum Loan Amount | $30,000 ($100K in MN) |
| Index | 12-month MTA Index |

44

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00601

| STATED INCOME / STATED ASSET POWER ARM<sup>SM</sup> (continued) | |
|---|---|
| **Category** | **Eligibility** |
| Caps | **Payment Change Cap**<br>7.5% maximum annual payment cap increase or decrease except every 5 years at recast or when the principal balance exceeds 125% (110% in NY)<br><br>**Life Cap**<br>The Fully Indexed Rate cannot exceed the amounts displayed below.<br>Primary Residence and Second Homes – 9.95%<br>Investment Properties – 10.35% |
| Margin | Refer to your Rate Sheet for eligible margins. |
| Recast | A recast will take place on the fifth year and every five years thereafter. There will also be an immediate recast at any time during the loan if the current balance exceeds 125% (110% in NY) of the original loan amount. |
| Terms | 30 and 40-years |
| Escrow Waiver | Escrow waivers for real estate taxes and hazard insurance allowed up to a maximum 80.00% LTV (89.99% in CA). |
| Minimum Credit Score | 620 |
| Mortgage Insurance | not applicable |
| Qualifying Ratios | **Interest Rate**<br>Primary Residence – qualify at a rate of 4.25%<br>Second Homes – qualify at a rate of 4.25%<br>Investment Property – qualify at a rate of 4.5%<br><br>**Ratios**<br>35 / 45 for credit score ≥ 620 |
| Reserves | **Primary Residence and Second Homes**<br>• $30k to $500k – two months PITI<br>• $500K to $1.0M – four months of the borrowers' total monthly debt<br><br>**Investment Properties**<br>six months PITI |
| Multiple Property Ownership | No restrictions on the number of properties owned free and clear.<br><br>A borrower may not have more than six financed properties total.<br><br>The number of financed properties by Investor AH is limited to four, of which only two may be investment properties. |


**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00602

## Notes

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00603

# Documentation Requirements



Listed below are the documents required for each type of loan available in this program. Refer to the Product Fact Sheets for complete details.

## Full / Alt Documentation

*The documentation requirements used for other AHM products apply to the Power ARM<sup>SM</sup>.*

- Two (2) most recent W-2s are required.

- Two (2) most recent two pay stubs are required.

- Employment is verified with the Verification of Employment (VOE).

- Two (2) most recent bank statements are required.

## Stated Income / Full Asset (SIFA)

- Income is stated on the application.

- Stated income is used to qualify.

- Employment is stated on the application and verified.

- Full asset documentation is required to meet program requirements.

## Stated Income / Stated Asset (SISA)

- Income is stated on the application.

- Stated income is used to qualify.

- Employment is stated on the application and verified.

- Assets are stated on the application and not verified.

- Stated assets must be sufficient to meet program requirements.


American Home Mortgage
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00604

## Notes

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00605

*Power ARM<sup>SM</sup> Selling Skills (PASS)*

## Reading Your Rate Sheet



There are no Power ARM<sup>SM</sup>-specific changes when you Auto Lock the Power ARM<sup>SM</sup> in Loansoft. However, there are fields that you must complete that are not used on other types of loan programs.

The adjustments to this program are all margin-based. You will either add or subtract from the margin. Please note that the adjustments are based on criteria listed at the bottom of your Rate Sheet. The following page shows a sample of the Rate Sheet used for Power ARMs<sup>SM</sup>.

*Power ARM<sup>SM</sup>
pricing adjustments
are all margin-
based.*



49

OBC 00606

*Power ARM<sup>SM</sup> Selling Skills (PASS)*

## AH Power ARM℠ (MTA)  —  12 MO MTA  1.463

PLEASE REFER TO GUIDELINES FOR STATE AVAILABLITY
OWNER OCCUPIED

PLEASE SEE ADJUSTMENTS AT THE BOTTOM OF THE PAGE

### 1 MONTH — Life Cap 9.95%

| START RATE | MARGIN | QUAL RATE | PTS | PREPAY | LTV |
|---|---|---|---|---|---|
| 1.000 | 2.400 | 4.250 | 0.250 | N/A | <=80 |
| 1.000 | 2.500 | 4.250 | (0.250) | N/A | <=80 |
| 1.000 | 2.780 | 4.250 | (0.750) | 1YR* | <=80 |
| 2.000 | 2.400 | 4.250 | 0.250 | N/A | <=90 |
| 2.000 | 2.590 | 4.250 | (0.250) | N/A | <=90 |
| 2.000 | 2.780 | 4.250 | (0.750) | 1YR* | <=90 |
| 3.000 | 2.400 | 4.250 | 0.250 | N/A | <=95 |
| 3.000 | 2.590 | 4.250 | (0.250) | N/A | <=95 |
| 3.000 | 2.780 | 4.250 | (0.750) | 1YR* | <=95 |

MIN QUAL RATE = 4.95% FOR > 90% LTV

### PRODUCT CODES

| | 30 YR | 40 YR |
|---|---|---|
| FFA | 1291 | 1292 |
| INVESTMENT PROPERTY - LIFE CAP 10.35% | 1349 | 1350 |
| SFA - MAX 80% LTV | 1323 | 1324 |
| SFA - MAX 70% LTV, INVEST PROP, LIFE CAP 10.35 | 1357 | 1358 |
| NON-WARRANTABLE NEW CONSTRUCTION CONDO | 1365 | N/A |
| SISA MAX 75% LTV | 1376 | 1380 |
| SISA INVEST PROP MAX 70 LTV | 1384 | 1388 |

### 3 MONTH — Life Cap 9.95%

| START RATE | MARGIN | QUAL RATE | PTS | PREPAY | LTV |
|---|---|---|---|---|---|
| 1.750 | 2.500 | 4.250 | 0.250 | N/A | <=80 |
| 1.750 | 2.690 | 4.250 | (0.250) | N/A | <=80 |
| 1.750 | 2.880 | 4.250 | (0.750) | 1YR* | <=80 |
| 2.750 | 2.500 | 4.250 | 0.250 | N/A | <=90 |
| 2.750 | 2.690 | 4.250 | (0.250) | N/A | <=90 |
| 2.750 | 2.880 | 4.250 | (0.750) | 1YR* | <=90 |
| 3.750 | 2.500 | 4.250 | 0.250 | N/A | <=95 |
| 3.750 | 2.690 | 4.250 | (0.250) | N/A | <=95 |
| 3.750 | 2.880 | 4.250 | (0.750) | 1YR* | <=95 |

MIN QUAL RATE = 4.95% FOR > 90% LTV

### PRODUCT CODES

| | 30 YR | 40 YR |
|---|---|---|
| FFA | 1299 | 1300 |
| INVESTMENT PROPERTY - LIFE CAP 10.35% | 1351 | 1352 |
| SFA - MAX 80% LTV | 1327 | 1338 |
| SFA - MAX 70% LTV, INVEST PROP, LIFE CAP 10.35 | 1359 | 1360 |
| NON-WARRANTABLE NEW CONSTRUCTION CONDO | 1366 | N/A |
| SISA MAX 75% LTV | 1377 | 1381 |
| SISA INVEST PROP MAX 70 LTV | 1385 | 1389 |

OWNER OCCUPIED

### 1 MONTH 98% LPMI — Life Cap 10.55%
30 YR FIFA PROD CODE - 1295, 40 YR CODE - 1296

| START RATE | MARGIN | QUAL RATE | PTS | PREPAY | LTV |
|---|---|---|---|---|---|
| 2.600 | 3.000 | 4.750 | 0.250 | N/A | <=90 |
| 2.600 | 3.100 | 4.750 | 0.000 | N/A | <=90 |
| 2.600 | 3.200 | 4.750 | (0.250) | N/A | <=90 |
| 2.600 | 3.300 | 4.750 | (0.500) | 1YR* | <=90 |
| 2.600 | 3.400 | 4.750 | (0.750) | 1YR* | <=90 |

### 3 MONTH 98% LPMI — Life Cap 10.55%
30 YR FIFA PROD CODE - 1303, 40 YR CODE - 1304

| START RATE | MARGIN | QUAL RATE | PTS | PREPAY | LTV |
|---|---|---|---|---|---|
| 3.350 | 3.100 | 4.750 | 0.250 | N/A | <=90 |
| 3.350 | 3.300 | 4.750 | (0.250) | N/A | <=90 |
| 3.350 | 3.500 | 4.750 | (0.750) | 1YR* | <=90 |

### 6 MONTH 98% LPMI — Life Cap 10.55%
30 YR FIFA PROD CODE - 1311, 40 YR CODE - 1312

| START RATE | MARGIN | QUAL RATE | PTS | PREPAY | LTV |
|---|---|---|---|---|---|
| 5.500 | 3.150 | 5.500 | 0.250 | N/A | <=90 |
| 5.500 | 5.500 | 5.500 | 5.500 | N/A | <=90 |
| 5.500 | 5.500 | 5.500 | 5.500 | 1YR* | <=90 |

### 12 MONTH 98% LPMI — Life Cap 10.55%
30 YR FIFA PROD CODE - 1319, 40 YR CODE - 1328

| START RATE | MARGIN | QUAL RATE | PTS | PREPAY | LTV |
|---|---|---|---|---|---|
| 6.050 | 3.350 | 4.750 | 0.250 | N/A | <=90 |
| 6.050 | 3.450 | 4.750 | (0.250) | N/A | <=90 |
| 6.050 | 3.550 | 4.750 | (0.750) | 1YR* | <=90 |

## NOTES AND ADJUSTMENTS (ALL PRODUCTS)

| ADJUSTMENTS | + MARGIN |
|---|---|
| COOPS - NY PROPERTIES ONLY | 0.050% |
| 40 YR (ADD .050% TO START RATE) | 0.070% |
| LOAN AMT >1.5MM (ADD .25% TO RATE) | 0.250% |
| SISA 1 MO, CREDIT SCORE< 680 | 0.250% |
| SISA 1 MO INVEST PROP, CDT SC<680 | 0.250% |
| C/O OR R/T REFI (1 MO AND 3 MO ONLY) | 0.200% |
| LOAN AMOUNTS $30,000 - $59,999 | 0.250% |
| 3 - 4 UNITS (NOT AVAILABLE FOR LENDER PD) | 0.140% |

| ADJUSTMENTS | + MARGIN |
|---|---|
| NOO (.40% TO START RATE, 40% TO CAP, .25% QUAL RATE) | 0.400% |
| * NC & SC FOR LOAN AMT < $150k IN PLACE OF 1 YR PP | 0.150% |
| SISA 3, 6, & 12 MO, CDT SC< 680 (+ 0.25% TO RATE) | 0.250% |
| SISA 3, 6, & 12 MO INVEST PROP CDT SC<680 (+ 0.25% TO RATE) | 0.250% |

PLEASE NOTE
3 - 4 UNITS - NOT AVAILABLE FOR LENDER PD
NOO - NOT AVAILABLE FOR LENDER PD

PLEASE REFER TO GUIDELINES FOR STATE AVAILABILITY

| ADDITIONAL FIFA ADJUSTMENTS | |
|---|---|
| PRIMARY PURCH & LIMITED C/O REFI 1 UNIT, CONDO, PUD ONLY | + MARGIN |
| >$500K<= $850K, 85.01-90% LTV, 680-699 CDT SCR | 0.175% |
| >$500K<= $850K, 85.01-90% LTV, >= 700 SCR | 0.140% |
| >$1M <= $1.5M, 75.01-80% LTV, 680-699 CDT SCR | 0.175% |
| >$1M <= $1.5M, 75.01-80% LTV, >= 700 SCR | 0.140% |
| PRIMARY - C/O REFI 1 UNIT, CONDO, PUD ONLY | |
| >$1M <= $1.5M, 75.01-80% LTV, 680-699 CDT SCR | 0.210% |
| >$1M <= $1.5M, 75.01-80% LTV, >= 700 SCR | 0.175% |
| 2ND HOME PURCH & LIMITED C/O REFI | |
| >$700K <= $1M, 70.01-75% LTV, 680-699 CDT SCR | 0.175% |
| >$700K <= $1M, 70.01-75% LTV, >= 700 CDT SCR | 0.140% |
| >$1M <= $1.5M, 65.01-70% LTV, 680-699 CDT SCR | 0.175% |
| >$1M <= $1.5M, 65.01-70% LTV, >= 700 SCR | 0.140% |
| 2ND HOME C/O REFI | |
| $333,701<= $1M, 75.01-80% LTV, 680-699 CDT SCR | 0.210% |
| $333,701 <= $1M, 75.01-80% LTV, >=700 CDT SCR | 0.175% |
| >$700K <= $1M, 60.01-75% LTV, 680-699 CDT SCR | 0.210% |
| >$700K <= $1M, 60.01-75% LTV, >=700 CDT SCR | 0.175% |

The following pages display sections of Loansoft that contain Power ARM℠ specific fields. The first screen is the Loan Term Screen, which can be found by scrolling to the bottom of the screen selections.


**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00607



In the Loan Terms Screen, ensure that the Interest Rate displayed is the Start Rate you have selected for your borrowers. The Current Index Rate and Index Name Fields auto-populate when you select a Power ARM^SM loan program. Enter the margin in the Margin I Field. This manual entry is based off your Rate Sheet.



**Note**

Loansoft is NOT calculating the Margin for you based on program specifics and requires you to determine the Margin by referring to the current day's Rate Sheet.

---



**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00608



In the Auto Lock Loan Screen, you can select the increment value in the Margin Adjustment Field. This value selected is determined by the price quoted to your borrower. This value is added to the Base Margin, resulting in the final Margin. The adjustment from the Margin is displayed in the Reason and Adjustments Fields.

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00609

## Sales Tools



*The TPI Team provides you with sales tools to use with borrowers, Investors, Realtors®, Financial Planners and Stock Brokers!*

This training material provides you with some tools to sell this product to your borrowers. Listed below are specific benefits for each type of borrower. Also listed below are core questions and high gain questions that you can use to help your borrowers realize the benefits of the Power ARM<sup>SM</sup>.

### Realtors®

A borrower with $100,000 annual income qualifies for approximately $100,000 more house when comparing the Power ARM<sup>SM</sup> (at 4.25%) to a conventional fixed rate mortgage (at 5.75%). Based on an average sales commission of 3%, the Power ARM<sup>SM</sup> will net the Realtor® about $3,000 more in commission. If that Realtor® refers you ten Power ARM<sup>SM</sup> deals a year, you can help increase the Realtor's® income by $30,000 per year!

Many mortgage companies do not offer a product like this. This gives you an advantage on the streets!

Shown below is scripting from the presentation that AHM Top Producer, Don Koser, makes to Realtors® on the Power ARM<sup>SM</sup>.

*"American Home Mortgage has many products that will fit the needs of your clients. One of them is called the Power ARM<sup>SM</sup>. This product can be less risky than many other cost of money loans, while allowing your customers to qualify for more home and offering you another way to help your clients realize their dreams."*

### Financial Planners / Stock Brokers

Financial Planners and Stock Brokers manage their clients' financing in many ways. Here is another Power ARM<sup>SM</sup> Script from Don Koser that he uses for Financial Planners and Stock Brokers.

*"As a mortgage planner, I have a variety of products that will fit the long and short-term financial planning goals and payment objectives of your clients. One of the products that we have is called a Power ARM<sup>SM</sup>. The Power ARM<sup>SM</sup> is a product that gives flexibility to your client. This product can actually be used as an income tax planning device. How this works is, you can pay less than the cost of the money on an*



*annualized basis, take that interest deferral and decide if you want to pay it in this calendar year or in a subsequent calendar year. This is dependant upon income. From a tax planning device, an interest deferral type loan can be very advantageous to you and to your clients, in terms of adding value to them."*

### Borrowers

- The Power ARM<sup>SM</sup> offers a lower qualifying rate, which allows you to qualify for more home.

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

- American Home Mortgage's Power ARM<sup>SM</sup> gives you flexibility with payment options. You control your monthly cash flow by choosing which option you are going to pay. The minimum payment allows you to put money towards other higher interest rate bills or to meet your investment goals.

- The flexibility of REIT Underwriting Guidelines means that more options are available to you.

- The reduced and alternative documentation requirements for the Power ARM<sup>SM</sup> can make for an easier transaction for self employed and commissioned borrowers.

## Investors

- American Home Mortgage's Power ARM<sup>SM</sup> gives you the flexibility of managing your cash flow even without tenants in the property. You control your monthly cash flow by choosing which option you are going to pay. The minimum payment allows you to put money towards other higher interest rate bills or to meet your investment goals.

- The flexibility of REIT Underwriting Guidelines means that you can finance more properties for investment purposes.

- The deferred interest accrued on the Power ARM<sup>SM</sup> can be paid in a subsequent calendar year. You have five years to pay this interest before the loan is recast, as long as the current balance does not exceed 125% (110% in NY) of the original loan amount. Also, the deferred interest may be tax deductible. Please consult with your Tax Advisor.


**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00611

## Core Questions

- How long are you going to be in the house?
- What is the predictability of your income?
- Do you like the idea of payment options?
- Is your neighborhood appreciating?
- Do you receive large bonuses on a regular or irregular basis?

## High Gain Questions

Would you like to have...

- the flexibility to have some extra money when you wanted it or needed it?
- control over what you pay each month?
- more of your money for yourself?
- the ability to make the minimum payment and let the loan take care of itself?
- a chance for accelerated amortization?



**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00612

## Notes

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00613

# Overcoming Objections

Borrowers can have objections to this new product. The table below displays some common objections heard from borrowers and some responses to help the borrowers overcome their objections.

| BORROWER OBJECTIONS | |
|---|---|
| **Objection** | **Response** |
| "The payments change monthly." | Yes, this is an adjustable product. Your payments will fluctuate up or down, depending on market conditions. The great thing about this product is that the Index to which this loan is tied is historically the most stable in the market. It also is a slow moving Index. This means that your interest rate will fluctuate at a much slower pace with this product rather than any other adjustable rate loans, making your monthly payment changes minimal. |
| | The greatest peace of mind that I can offer you is that your payment cannot increase more than 7.5% annually. This is a payment cap rather than an interest rate cap. For example, if your minimum monthly payment was $1000.00, the maximum your payment could increase over a one year period is $75.00. This is a gradual increase that may never reach the payment cap. |
| | Keep in mind, any deferred interest that is added to your principal balance during the recast stage is not subject to this rule. An easy way to avoid payment increases during the recast stage is to select the interest only payment or P&I payment options. |
| "This could result in negative amortization." | I think of this as deferred interest, rather than negative amortization. <u>Negative amortization</u> is automatically added to the existing principal balance. <u>Deferred interest</u> can be paid in full within a five year period, as long as your loan balance and deferred interest does not reach 125% (110% in NY.) of the original loan amount. You are in total control of this. By opting to pay the interest only or P&I payment options, you will not accrue deferred interest. |
| "The interest rate does not remain the same." | Not only does this product protect your monthly cash flow by capping the amount that the payment can fluctuate each year, it also caps how much your interest rate can change over the life of your loan. |

57

**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

# Congratulations!

You have completed the Power ARM<sup>SM</sup> Selling Skills (PASS) Course!  You have been given a powerful tool that gives you an edge over many of your competitors.  Hit the streets, flex your muscles and sell the AHM Power ARM<sup>SM</sup>!



**American Home Mortgage**
TRAINING AND PERFORMANCE IMPROVEMENT

OBC 00615