IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------X  Chapter 11
In re                                                        :
                                                             :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDING, INC.,                        :
a Delaware corporation, et al.                               :  Jointly Administered
                                                             :
                                              Debtors.       :
                                                             :
                                                             :
-------------------------------------------------------------X
```

## DECLARATION OF W. HUNTER WINSTEAD

I, **W. HUNTER WINSTEAD**, declare:

1. I am over 18 years old, have personal knowledge of the facts set forth herein, and am otherwise competent to execute this declaration.

2. I submit this declaration in support of the Official Borrowers Committee's And Certain Individual Borrowers' Reply to Debtors' and UCC's Objections To Motion To Allow Borrowers To Pursue Discovery In Furtherance Of Claims And Defenses Against Non-Debtor Third Parties And, If Necessary, For Relief From The Automatic Stay, And Request For Inspection Of Debtors' Documents And Examinations Concerning Debtors' Records Pursuant To Federal Rule Of Bankruptcy Procedure 2004 (the "Reply").

3. I am an attorney admitted to practice in the District of Columbia and Virginia. Since 2004, I have worked as an associate at the law firm of Gilbert LLP in the District of Columbia.

4. I represent the Official Committee of Borrowers in this case.

5. Attached as Attachment A to the Reply is a true and accurate copy of draft discovery that the plaintiff plans to serve on defendant American Home Mortgage Corp. in substantially the same form, if the Motion is granted, in the case pending before the United States District Court for the District of Oregon captioned as *Montague v. American Home Mortgage Corp., et al.*, Case No. 3:08-CV-674-PK.

6. Attached as Attachment B to the Reply is a true and accurate copy of a document titled "Power ARM Selling Skills," which was provided to the Official Committee of Borrowers in 2008 by an anonymous source.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 12, 2010 in Washington, D.C..

By: _____
W. Hunter Winstead
GILBERT LLP
1100 New York Avenue, N.W.
Suite 700
Washington, D.C. 20005
Telephone: (202) 772-2200
Facsimile: (202) 772-3333