# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August 2010, a copy of the foregoing was sent by electronic mail and facsimile to:

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Fatell@BlankRome.com*
*Carickhoff@BlankRome.com*
Facsimile: 425-6464

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox 35
Wilmington, DE 19801
*Joseph.McMahon@usdoj.gov*
Facsimile: 573-6497

Papuline K. Morgan, Esquire
Sean M. Beach, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
*pmorgan@ycst.com*
*sbeach@ycst.com*
Facsimile: 571-1253

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
*mindelicato@hahnhessen.com*
*eschnitzer@hahnhessen.com*
Facsimile: (212) 478-7400

_____
Thomas G. Macauley (ID No. 3411)

2678890.1