IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------- x
In re:                                                            :   Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                   :
                                                                  :   Jointly Administered
       Debtors.                                                   :
                                                                  :   Ref. No. 3020
----------------------------------------------------------------- x
```

**CERTIFICATE OF NO OBJECTION TO STATEMENT
RE: DOCKET NO. 9020**

The undersigned hereby certifies that, as of the date hereof, he has received no

answer, objection or other responsive pleading to Monthly Statement of Zolfo Cooper as

Restructuring Specialists for the Debtors and Debtors-in-Possession for Allowance of

Compensation and Reimbursement of Expenses Incurred for the Period June 1, 2010 through

June 30, 2010 (the "Statement"). The Court's docket which was last updated August 12, 2010,

reflects that no objections to the Statement have been filed. Objections to the Statement were to

be filed and served no later than August 5, 2010 at 4:00 p.m.

Pursuant to the Order Under Sections 105 and 363 of the Bankruptcy Code

Approving the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom

entered on September 5, 2007 [Docket No. 606], the Debtors are now authorized to pay 100% of

requested interim fees ($157,310.00) and 100% of requested interim expenses ($5,438.15) on an

interim basis without further Court order.


Dated: Wilmington, Delaware
   August 12, 2010

       YOUNG CONAWAY STARGATT & TAYLOR, LLP


       /s/ *Matthew B. Lunn*
       Sean M. Beach (No. 4070)
       Matthew B. Lunn (No. 4119)
       Ryan M. Bartley (No. 4985)
       The Brandywine Building
       1000 West Street, 17th Floor
       Wilmington, Delaware 19801
       Telephone: (302) 571-6600
       Facsimile: (302) 571-1253

       Counsel for Debtors and
       Debtors in Possession