## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2010, I caused a copy of the foregoing to be served upon the following party in the manner indicated:

<u>Via Electronic Mail</u>

| | |
|---|---|
| Eric J. Janssen | Kenneth S. Yudell, Esq. |
| 932 W. Grace | Aronauer, Goldfarb, Silas & Re, LLP |
| Chicago, Illinois 60613 | 444 Madison Avenue, 17th Floor |
| <u>ericj@crer.com</u> | New York, NY 10022 |

Michael G. Busenkell, Esq.
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

I hereby further certify that on August 11, 2010, I caused a copy of the foregoing to be served upon the following party in the manner indicated:

<u>Via Process Server and Federal Express</u>

Eric J. Janssen
932 W. Grace
Chicago, Illinois 60613

August 12, 2010            YOUNG CONAWAY STARGATT & TAYLOR, LLP

                           /s/: *Andrew A. Lundgren*
                           _____
                           Andrew A. Lundgren (No. 4429)
                           The Brandywine Building
                           1000 West Street, 17th Floor
                           P.O. Box 391
                           Wilmington, Delaware  19899-0391
                           Telephone: (302) 571-6600
                           Facsimile: (302) 571-1253