**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2010, I caused a copy of the foregoing to be served upon the following party in the manner indicated:

<u>Electronic Mail</u>

Sean W. Bezark, Esquire
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
*bezarks@gtlaw.com*

Michael G. Busenkell, Esq.
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Kenneth S. Yudell, Esq.
Aronauer, Goldfarb, Silas & Re, LLP
444 Madison Avenue, 17th Floor
New York, NY 10022


August 12, 2010                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                   */s/ Andrew A. Lundgren*
                                   Andrew A. Lundgren (No. 4429)
                                   The Brandywine Building
                                   1000 West Street, 17th Floor
                                   P.O. Box 391
                                   Wilmington, Delaware  19899-0391
                                   Telephone: (302) 571-6600
                                   Facsimile: (302) 571-1253