# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DiPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DiLIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON

CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY
ADAM W. POFF
SEAN M. BEACH
JOSEPH M. BARRY
SHARON M. ZIEG
DAVID R. HURST
TIMOTHY E. LENGKEEK
MATTHEW B. LUNN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338
WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6741
DIRECT FAX: (302) 576-3391
jrucki@ycst.com

RYAN M. BARTLEY
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
EMILY V. BURTON
ERIKA R. CAESAR
JEFFREY T. CASTELLANO
DOUGLAS T. COATS
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
JUSTIN P. DUDA (NY ONLY)
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
KERRIANNE MARIE FAY
MARIS FINNEGAN
WILLIAM E. GAMGORT
MARGARET WHITEMAN GREECHER
SEAN T. GREECHER
MEGAN C. HANEY
A. DAVID HANSEN
STEPHANIE L. HANSEN
JAMES L. HIGGINS
LAUREN HUDECKI
PATRICK A. JACKSON

SPECIAL COUNSEL
KAREN L. PASCALE

KAREN E. KELLER
JENNIFER M. KINKUS
SARA BETH A. R. KOHUT
EVANGELOS KOSTOULAS
PILAR G. KRAMAN
JOHN C. KUFFEL
ANDREW A. LUNDGREN
JAIME N. LUTON
ANDREW L. MAGAZINER
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
TAMMY L. MERCER
MARIBETH L. MINELLA
LAUREN E. MOAK
MICHAEL S. NEIBURG
JENNIFER R. NOEL
ROBERT F. POPPITI, JR.
NICHOLAS J. ROHRER
ANDREW E. RUSSELL
JUSTIN H. RUCKI
CHERYL A. SANTANIELLO
MORGAN L. SEWARD
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
RICHARD J. THOMAS
JAMES M. YOCH, JR.

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND
JOSY W. INGERSOLL

August 5, 2010

**BY HAND DELIVERY AND E-MAIL**

Michael Busenkell, Esquire
Womble, Carlyle, Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801

      Re:    *In re American Home Mortgage Holdings, Inc.*, Case No. 07-11047 (CSS) – Supplemental Production of Documents to Park National

Dear Mike:

      Enclosed please find (1) a disc containing documents Bates-stamped AHM_Mt_Prospect_007047 to AHM_Mt_Prospect_007771, and (2) a disc containing documents Bates-stamped AHM_Mt_Prospect_007772 to AHM_Mt_Prospect_007812. Additional responsive, non-privileged documents not otherwise subject to an objection will be produced on a rolling basis, as necessary.

[Remainder of page intentionally left blank]

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

Michael Busenkell, Esquire
August 5, 2010
Page 2

      This production is made subject to (1) Bankr. D. Del. Local Rule 9018-1, and therefore shall be treated as "attorneys' eyes only" until the Court enters a protective order in these proceedings, and (2) the Debtors' *Responses and Objections to Park National's First Request for the Production of Documents and Things*. The Debtors reserve all rights concerning the clawback of inadvertently produced documents.

                                      Regards,

                                      Justin H. Rucki

JHR
Enclosures

cc:    Kenneth S. Yudell, Esquire (with enclosure, by Federal Express)
       Sharon M. Zieg, Esquire (without enclosure)
       Andrew A. Lundgren, Esquire (without enclosure)