IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                        :
                                                                         :   Jointly Administered
                                         Debtors.                        ::
------------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on August 11, 2010 she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Objection and Responses to the Amended Notice of 30(b)(6) Deposition of Debtors [D.I. 9118]]

                                       _____
                                       Debbie Laskin

      SWORN TO AND SUBSCRIBED before me this 12 day of August 2010

_____
Notary Public

                    KASSANDRA ANN RIDDLE
                    NOTARY PUBLIC
                    STATE OF DELAWARE
                    My commission expires July 10, 2012

## SERVICE LIST

Michael G. Busenkell
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(Calyon; Park National)
*Email*

Kenneth S. Yudell, Esq.
Joseph Aronauer, Esq.
Aronauer, Goldfarb, Silas & Re, LLP
444 Madison Avenue, 17th Fl
New York, NY 10022
Park National
*Email*