# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDING, INC., a Delaware corporation, ) | Jointly Administered |
| et al., ) | |
| ) | |
| Debtors. ) | Re: D.I. 9126 |
| ) | |

## ORDER GRANTING LEAVE TO FILE REPLY

Upon consideration of the Borrowers Committee's Motion for Leave To File Reply (the "Motion") relating to the objections filed by the Debtors and the Creditors Committee to the Official Borrowers Committee's and Certain Individual Borrowers' Motion To Allow Borrowers To Pursue Discovery in Furtherance of Claims and Defenses Against Non-Debtor Third Parties and, if Necessary, for Relief from the Automatic Stay, and Request for Inspection of Debtors' Documents and Examinations Concerning Debtors' Records Pursuant to Federal Rule of Bankruptcy Procedure 2004; and after due deliberation and sufficient cause appearing therefor; and upon the record of these chapter 11 cases; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that counsel for the Borrowers Committee shall file the reply annexed as Exhibit 1 to the Motion.

Dated: Wilmington, Delaware
August 13, 2010

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

2121800.1