# EXHIBIT A

## Amended Claims

## Exhibit A
### Amended Claim

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 10373 | 4/28/08 | 07-11051 | - (S)<br>$321.13 (A)<br>- (P)<br>- (U)<br>$321.13 (T) | 10742 | 10/29/09 | 07-11051 | - (S)<br>$319.30 (A)<br>- (P)<br>- (U)<br>$319.30 (T) |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 10742 | 10/29/09 | 07-11051 | - (S)<br>$319.30 (A)<br>- (P)<br>- (U)<br>$319.30 (T) | 10762 | 2/5/10 | 07-11051 | - (S)<br>$325.51 (A)<br>- (P)<br>- (U)<br>$325.51 (T) |
| Totals: | 2 Claims | | | - (S)<br>$640.43 (A)<br>- (P)<br>- (U)<br>$640.43 (T) | | | | - (S)<br>$644.81 (A)<br>- (P)<br>- (U)<br>$644.81 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.