# EXHIBIT B

## Late Filed Claims

# Exhibit B

## Late Filed Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Bar Date |
|---|---|---|---|---|---|---|
| | | | | — Objectionable Claim — | | |
| BECKMAN, DENISE<br>274 OLD COMMACK RD<br>KINGS PARK, NY 11754 | 10768 | 4/22/10 | 07-11051 | $1,192.31 | (S)<br>(A)<br>(P)<br>(U) | 1/11/2008 |
| | | | | $1,192.31 | (T) | |
| CITY OF SAN DIEGO, THE<br>DELINQUENT ACCOUNT COLLECTIONS PROGRAM<br>OFFICE OF THE CITY TREASURER<br>1010 SECOND AVENUE SIXTH FLOOR WEST WING<br>SAN DIEGO, CA 92101-4904 | 10756 | 1/19/10 | No Case | Unspecified* | | 2/4/2008 |
| CLEVELAND COUNTY TREASURER<br>201 S JONES SUITE 100<br>NORMAN, OK 73069 | 10769 | 5/11/10 | 07-11047 | $114.91 | (S)<br>(A)<br>(P)<br>(U) | 2/4/2008 |
| | | | | $114.91 | (T) | |
| Totals: | | | 3 Claims | $1,307.22 | (S)<br>(A)<br>(P)<br>(U) | |
| | | | | $1,307.22 | (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.