# EXHIBIT A

**Modified Amount Wrong Debtor Claim**

# Exhibit A

## Modified Amount, Wrong Debtor Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| BROWARD COUNTY, DEPT. OF FINANCE<br>ATTN HOLLIE N HAWN, ASST COUNTY ATTY<br>REVENUE COLL DIV, GOVERNMENTAL CTR ANNEX<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | 2905 | 11/20/07 | 07-11047 | $6,033.20 (S)<br>- (A)<br>- (P)<br>- (U)<br>$6,033.20 (T) | 07-11051 | $5,562.33 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,562.33 (T) | Claim relates to 2007 personal property tax for four parcels; Parcel 3C000-00366985 relates to a non Debtor entity, American Home Loan Mortgage and therefore the claims should be reduced by $470.87. |
| **Totals:** | **1 Claim** | | | **$6,033.20 (S)**<br>**- (A)**<br>**- (P)**<br>**- (U)**<br>**$6,033.20 (T)** | | **$5,562.33 (S)**<br>**- (A)**<br>**- (P)**<br>**- (U)**<br>**$5,562.33 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.