# EXHIBIT B

**Reclassified Wrong Debtor Claim**

**Exhibit B**

**Reclassified Wrong Debtor Claim**

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| KRISTIN JACOBSON APPRAISAL COMPANY<br>ATTN KRISTIN JACOBSON, OWNER<br>15 W SECOND ST<br>MORGAN HILL, CA 95037 | 3865 | 11/30/07 | No Case | - (S)<br>- (A)<br>$1,750.00 (P)<br>- (U)<br>$1,750.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,750.00 (U)<br>$1,750.00 (T) | Claim relates to five (5) appraisals performed by an appraisal company. Because the appraisals were performed by the vendor company (not an individual), the claim is not entitled to priority under § 507(a)(4) as requested. Moreover, four of the five appraisals were performed prior to 180 days before the Petition Date and, accordingly, would not fall within the requirements of § 507(a)(4). No other basis for priority exists. |

**Totals:** 1 Claim

- (S)
- (A)
$1,750.00 (P)
- (U)
$1,750.00 (T)

$1,750.00 (U)
$1,750.00 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.