# EXHIBIT C

**No Liability Claim**

## Exhibit C

## No Liability Claim

| Name/Address of Claimant | Objectionable Claim | | | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | |
| CANNON, JAMIN P.<br>526 SPRING GROVE AVENUE<br>TOLEDO, OH 43605 | 7955 | 1/9/08 | 07-11050 | - (S)<br>- (A)<br>$50,000.00 (P)<br>- (U)<br>$45,466.07 (T) | Claimant was a defendant in a foreclosure action and attached the Debtors' complaint and claimant's answer as supporting documentation. No counterclaims were asserted. When counsel for the Debtors contacted claimant's counsel, claimant's counsel advised that the claim should be withdrawn, yet no notice of withdrawal has been submitted. Accordingly, the Debtors believe that no liability exists and the claim should be disallowed and expunged. |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>$50,000.00 (P)<br>- (U)<br>$45,466.07 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.