# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

| | |
|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, AUGUST 16, 2010 10:00 AM    CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | JENNIFER PASIERB |

### *Matter:*

Omnibus

**R / M #:**    0 / 0

### *Appearances:*

See sign-in sheet

### *Proceedings:*

Hearing Matters

   Agenda Items:

   26. Judge signed order

   Judge also signed Scheduling Order