IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE, | ) Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware Corporation, | ) Jointly Administered |
| et al., | ) |
| | ) |
| Debtors. | ) |
| | ) |

## ORDER DISBANNING OFFICIAL COMMITTEE OF BORROWERS

The Court having considered the status of the above-captioned cases and the *Order Granting Motion for an Order Appointing Official Committee of Borrowers Pursuant to Section 1102(a)(2) of the Bankruptcy* Code (D.I. 6220) and the supplemental order related thereto (D.I. 6495); and the Court finding that (1) the Court has jurisdiction over these matters, pursuant to 28 U.S.C. §1334; (2) this is a core proceeding pursuant to 28 U.S.C. §§ 157(a) and (b); and (3) notice of the motion was adequate under the circumstances.

NOW, THEREFORE, IT IS HEREBY FOUND, ORDERED AND DECREED THAT:

1. The Official Committee of Borrowers is hereby DISBANNED.

2. To the extent outstanding, professionals for the Official Committee of Borrowers have 60 days from the date hereof to file a final request for professional fees and reimbursement of expenses. A hearing to consider any final fee applications filed by the Official Committee of Borrowers will be scheduled thereafter upon agreement of the parties.

3. The Court retains jurisdiction over all matters relating to the interpretation and enforcement of this Order.

/s/ CSS
United States Bankruptcy Judge

Dated: August 16, 2010