# **EXHIBIT A**

Invoice # 36248                                              2                                      August 17, 2010

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555        Fax:   (302) 575-1714

American Home Mortgage Holdings, Inc.,                       July 1, 2010 to July 31, 2010
Official Committee of Unsecured Creditors                    Invoice # 36248
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022

**Attention:**    Mark T. Power, Esquire
**RE:**    Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| **Task** | | **Hours** | **Amount** |
|---|---|---|---|
| B14 | Case Administration - | 1.60 | 300.00 |
| B18 | Fee Applications, Others - | 0.80 | 168.00 |
| B25 | Fee Applications, Applicant - | 2.10 | 511.00 |
| B32 | Litigation and Litigation Consulting - | 2.10 | 567.00 |
| B42 | Litigation/Adversary Proceedings (Non- Claims) - | 0.30 | 105.00 |
| | **Total** | **6.90** | **$1,651.00** |

## SUMMARY BY TIMEKEEPER

| **Timekeeper** | **Rate** | **Hours** | **Amount** |
|---|---|---|---|
| Lisa L. Coggins | 270.00 | 4.30 | 1,161.00 |
| Rick S. Miller | 350.00 | 0.50 | 175.00 |
| Legal Assistant - KC | 150.00 | 2.10 | 315.00 |
| **Total** | | **6.90** | **$1,651.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                         **$686.47**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jul-01-10 | Fee Applications, Applicant - Review FJ&P time records for June 2010 | 0.20 | RSM |
| Jul-06-10 | Litigation/Adversary Proceedings (Non-Claims) - Review court order; email to co-counsel | 0.20 | RSM |
| Jul-07-10 | Fee Applications, Others - Review CNO re: second interim fee app of HBD for filing | 0.10 | LLC |
| | Fee Applications, Applicant - Confer with M. Hedden re: preparation of Certificate of No Objection re: 11th monthly fee app | 0.10 | LLC |
| | Fee Applications, Applicant - Review CNO re: quarterly fee app for 11th interim period for filing | 0.10 | LLC |
| | Fee Applications, Applicant - Review and revise CNO re: 11th monthly fee app and confer with KC re: same | 0.20 | LLC |
| | Litigation and Litigation Consulting - Review signed order denying motion to dismiss in JP Morgan adversary action | 0.10 | LLC |
| | Litigation and Litigation Consulting - Confer with RSM re: entry of order denying motion to dismiss in JP Morgan action | 0.10 | LLC |
| | Fee Applications, Others - Review docket and draft CNO for HBD's monthly fee app for May 2010 and Certificate of Service of same | 0.10 | KC |
| | Fee Applications, Applicant - Review docket and draft Certificate of No Objection of FJP's monthly fee app for May 2010 and 11th Quarterly with COS's of same | 0.30 | KC |
| Jul-08-10 | Fee Applications, Applicant - Confer with KC re: filing and service of CNO's for certain fee apps | 0.20 | LLC |
| | Fee Applications, Others - Revision to Certificate of Service for HBD's Certificate of No Objection of monthly fee application for May 2010 | 0.10 | KC |
| | Fee Applications, Others - E-file and service of HBD's Certificate of No Objection for monthly fee app for May 2010 | 0.20 | KC |
| | Fee Applications, Applicant - Revisions to Certificate of No Objection of FJP's monthly fee app for May 2010 and 11th Interim Quarterly and Certificate of Service of same in preparation for filing | 0.10 | KC |
| | Fee Applications, Applicant - E-file and service of FJP's Certificate of No Objection's for month of May 2010 and 11th Quarterly | 0.20 | KC |
| Jul-13-10 | Fee Applications, Others - Confer with KC re: upcoming HBD fee app | 0.10 | LLC |
| | Fee Applications, Applicant - E-mail from D. Laskin re: proposed order approving interim quarterly fee apps and confer with KC re: same | 0.20 | LLC |
| | Fee Applications, Applicant - Confer with KC re: June fee app | 0.10 | LLC |
| | Fee Applications, Applicant - E-mail from and to KCallahan re; proposed order approving interim quarterly fee apps | 0.10 | LLC |
| | Case Administration - E-mail from L. Coggins re: Proposed Order and fee amounts, review fee application and e-mail to D. Laskin at YCS&T re: verifying same | 0.20 | KC |
| Jul-14-10 | Fee Applications, Others - E-mail from J. Morse re: no comments or changes from HBD to proposed order re: interim quarterly fee app | 0.10 | LLC |
| Jul-15-10 | Fee Applications, Others - Confer with KC re: HBD monthly fee apps | 0.10 | LLC |
| | Fee Applications, Applicant - Review June 2010 fee app for filing and confer with KC re: same | 0.30 | LLC |
| Jul-19-10 | Case Administration - Review notice of appearance and forward same to KC re: updating service list | 0.10 | LLC |
| | Case Administration - Review additional notice of appearance and forward same to KC re: updating service list | 0.10 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Case Administration - Review order approving interim fee requests | 0.10 | LLC |
| | Case Administration - Update service list re: request for service notice | 0.10 | KC |
| Jul-22-10 | Case Administration - Confer with KC re: general fee application issues | 0.10 | LLC |
| | Case Administration - Service of discovery and letter re: verification forthcoming to same | 0.20 | KC |
| Jul-23-10 | Litigation and Litigation Consulting - E-mail from RSM re: service of discovery responses | 0.10 | LLC |
| | Litigation and Litigation Consulting - Follow-up e-mail from RSM re: notice of service for discovery responses | 0.10 | LLC |
| | Litigation and Litigation Consulting - Review discovery responses and e-mail to co-counsel re: same | 0.40 | LLC |
| | Litigation and Litigation Consulting - E-mail from J. Irving re: revised discovery responses | 0.10 | LLC |
| | Litigation and Litigation Consulting - Review and finalize discovery responses in JP Morgan suit and prepare and file notice of service re: same | 1.00 | LLC |
| | Litigation and Litigation Consulting - Confer with KC re: service of discovery | 0.10 | LLC |
| Jul-26-10 | Litigation and Litigation Consulting - Confer with KC re: JP Morgan action file organization | 0.10 | LLC |
| | Litigation/Adversary Proceedings (Non-Claims) - Review correspondence from Mr. Green | 0.10 | RSM |
| Jul-27-10 | Case Administration - Review notice of withdraw of appearance and forward same to KC | 0.10 | LLC |
| Jul-28-10 | Case Administration -Review Notice of withdrawal of appearance and update service list re: same | 0.20 | KC |
| Jul-30-10 | Case Administration - Review docket, organize pleadings | 0.40 | KC |
| | Totals | 6.90 | |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Jul-06-10 | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.80 |
| Jul-08-10 | Photocopy Cost | 7.00 |
| | Cost Advance - Blue Marble - cc 224.00; service 359.33 (Inv # 43231) | 583.33 |
| | Cost Advance - postage 5 @ $.44 | 2.20 |
| Jul-09-10 | Cost Advance - First State Deliveries - hand deliveries 7/8/10 | 32.50 |
| Jul-15-10 | Photocopy Cost | 18.00 |
| | Photocopy Cost | 1.00 |
| Jul-23-10 | Photocopy Cost | 13.20 |
| | Photocopy Cost | 4.00 |
| Jul-27-10 | Cost Advance - Pacer Service Center - (RSM) 4/1/10- 6/30/10 (Account # FJ0091) | 9.04 |
| | Cost Advance - First State Deliveries - 2 hand deliveries on 7/23/10 | 13.00 |
| | Cost Advance - Pacer Service Center - (TJT) 4/1/10- 6/30/10 (Account # FJ0093) | 1.60 |
| | Totals | $686.47 |

**Total Fees & Disbursements**     **$2,337.47**