UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :   Jointly Administered
                    Debtors.                                     :
                                                                 :   Ref. Docket Nos. 9090 and 9131
---------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING
## ORDER GRANTING DEBTORS' MOTION TO COMPEL [D.I. 9090]

On August 6, 2010, the debtors and debtors-in-possession in the above captioned cases (collectively, the "Debtors") filed the Motion to Compel [D.I. 9090] (the "Motion") against U.S. Bank National Association, as successor in interest to Park National ("U.S. Bank"). On August 13, 2010, U.S. Bank filed Opposition of U.S. Bank, N.A. (f/k/a Park National Bank) to Debtors' Motion to Compel [D.I. 9131].

On August 16, 2010, the Court held a hearing on the Motion (the "Hearing"). At the Hearing the Court granted the Motion in its entirety, including fees and costs incurred by the Debtors in bringing the Motion. While granting the Motion in its entirety would include entry of an order finding that U.S. Bank sought to disguise a low value of the Property by failing to supplement its Discovery Responses (*see* Motion ¶25), the Court did not specifically rule that it was making this finding. Accordingly, out of an abundance of caution, attached hereto are two alternative proposed orders. Attached as Exhibit 1 is a proposed order that includes the finding

---

[1] The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holdings"); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580) (collectively, "AHM" or the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

sought by the Debtors in the Motion. Attached as <u>Exhibit 2</u>, is an alternative proposed order that excludes the finding sought by the Debtors in the Motion. The proposed orders attached as Exhibit 1 and 2, as well as the substance of this Certification of Counsel, were circulated to counsel for U.S. Bank, but the Debtors have not received any response. The Debtors respectfully request that the Court enter the order that accurately reflects the Court's ruling at the Hearing.

Dated: Wilmington, Delaware
       August 18, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sharon M. Zieg*
Sharon M. Zieg (No. 4196)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Counsel for Debtors and Debtors-in-Possession

2