## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2010, I caused a copy of the foregoing to be served upon the following parties in the manner indicated:

**VIA FIRST CLASS MAIL AND E-MAIL**
Mark S. Indelicato, Esq.
Mark Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
mpower@hahnhessen.com
mindelicato@hahnhessen.com
*(Counsel to Official Committee of Unsecured Creditors)*

**VIA HAND DELIVERY AND E-MAIL**
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
fatell@blankrome.com
*(Counsel to Official Committee of Unsecured Creditors)*

**VIA HAND DELIVERY AND E-MAIL**
Michael G. Busenkell, Esq.
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
mbusenkell@wcsr.com
*(Counsel to Park National)*

**VIA FIRST CLASS MAIL AND E-MAIL**
Kenneth S. Yudell, Esq.
Aronauer, Goldfarb, Silas & Re, LLP
444 Madison Avenue, 17th Floor
New York, NY 10022
jaronauer@aryllp.com
kyudell@aryllp.com
*(Counsel to Park National)*

**VIA HAND DELIVERY AND E-MAIL**
Joseph McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
joseph.mcmahon@usdoj.gov

August 18, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sharon M. Zieg*
Sharon M. Zieg (No. 4196)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253