IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 9090 and 9131** |

## ORDER

Upon consideration of the *Debtors' Motion to Compel* (the "Motion")[1] filed by the above-captioned debtors and debtors-in-possession (the "Debtors"); and due and adequate notice of the Motion having been given under the circumstances; and all parties in interest having been heard or having had the opportunity to be heard; and after due deliberation and sufficient cause appearing therefor; it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that U.S. Bank National Association, as successor in interest to Park National ("U.S. Bank") shall immediately provide the Requested Documents to the Debtors; and it is further

ORDERED, that U.S. Bank shall pay the Debtors' costs, including reasonable attorneys' fees, in prosecuting the Motion; and it is further

ORDERED, that it is established that U.S. Bank sought to disguise a low value of the Property by failing to provide the Requested Documents; and it is further

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

ORDERED that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
_____8/18_____, 2010

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE