IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

### AMENDED NOTICE OF DEPOSITION DIRECTED TO FREDERICK D. BODY

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable by Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") will take the deposition upon oral examination of Frederick D. Body in connection with the Debtors' *Amended Motion for Recovery of Costs and Expenses Pursuant to 11 U.S.C. § 506(c) from Mount Prospect, Illinois Property* [D.I. 8665].

The deposition shall commence at **10:00 a.m. (CDT) on September 1, 2010** at the offices of Greenburg Traurig, 77 West Wacker Drive, Suite 3100, Chicago, Illinois 60601, or at another date, time, or location as agreed to by the parties. The deposition will be taken pursuant to all applicable rules of the Court before a notary public or other such person authorized by law to administer oaths.

The deposition will be recorded by stenographic means and may also be recorded by sound and visual means.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>August 19, 2010 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ Sharon M. Zieg<br>_____<br>Sean M. Beach (No. 4070)<br>Sharon M. Zieg (No. 4196)<br>Andrew A. Lundgren (No. 4429)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel to Debtors and Debtors in Possession* |