# **CERTIFICATE OF SERVICE**

I, Pamela J. Groff, certify that I am not less than 18 years of age, and that service of the foregoing document was made on August 19, 2010, on the parties listed below via U.S. First Class Mail:

> Andrew A. Lundgren
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE  19801

Under penalty of perjury, I declare that the foregoing is true and correct.

| 8/19/10 | */s/ Pamela J. Groff* |
|---|---|
| Date | Pamela J. Groff |

WCSR 3894900v1