**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., et al.,

    Debtors.

_____/

Case No.: 07-11047-CSS
(Jointly Administered)

**WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST TO BE
REMOVED FROM MAILING MATRIX AND TO STOP ELECTRONIC NOTICES**

PLEASE TAKE NOTICE that the undersigned hereby files this Withdrawal of Notice of Appearance and Request for Removal from Matrix and to Stop Electronic Notices, and requests that the name, mailing address and email address listed below be removed from the mailing matrix and from the Court's electronic system for this case.

    Jacob A. Brown, Esq.
    Akerman Senterfitt
    50 North Laura Street, Suite 2500
    Jacksonville, Florida 32202
    Telephone: 904/798-3700
    Facsimile: 904/798-3730
    Email: jacob.brown@akerman.com

Date: August 20, 2010.

AKERMAN SENTERFITT

By: */s/ Jacob A. Brown*
    Jacob A. Brown
    Florida Bar No.: 0170038
    Email: jacob.brown@akerman.com
    50 North Laura Street, Suite 2500
    Jacksonville, FL 32202
    Telephone: (904) 798-3700
    Facsimile: (904) 798-3730

Attorneys for MarketWise Advisors, LLC

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing was furnished either by electronic notification or U.S. Mail, postage prepaid and properly addressed, this 20th day of August, 2010, to:

Curtis J Crowther, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

                                                  */s/ Jacob A. Brown*
                                                  Attorney