# EXHIBIT A

PAGE 2                                    In Reference To:                                    DATE: 8/19/2010
American Home Mortgage
Our File Number:  AMERICA.AHM


PROFESSIONAL SERVICES RENDERED

| Description | Amount |
| --- | ---: |
| 0040 - Fee/Employment Application | 2,981.00 |
| 0120 - Litigation | 168,227.00 |
| TOTAL: | $171,208.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

TIMEKEEPER SUMMARY

<u>0040 - Fee/Employment Application</u>

| Name | Hours | Amount |
|---|---|---|
| Jason Wolf | 1.30 | $513.50 |
| Joshua D. Morse | 4.70 | $2,467.50 |
| TOTALS:  0040 - Fee/Employment Application | 6.00 | $2,981.00 |

In Reference To:                                  DATE: 8/19/2010
American Home Mortgage
Our File Number:  AMERICA.AHM


0040 - Fee/Employment Application

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 5/3/2010 | Joshua D. Morse | Review fee applications in advance of hearing on interim fee approval. | 0.60 | $315.00 |
| 5/4/2010 | Joshua D. Morse | Attend hearing on interim fee applications (telephonic). | 0.90 | $472.50 |
| 5/6/2010 | Joshua D. Morse | Review prebill for fourth monthly fee application. | 0.70 | $367.50 |
| 6/1/2010 | Joshua D. Morse | Review pre-bill for April. | 0.50 | $262.50 |
| 6/2/2010 | Joshua D. Morse | Confer with Mr. Wolf regarding sixth monthly fee application. | 0.30 | $157.50 |
| 6/2/2010 | Jason Wolf | Discuss monthly fee application with Mr. Morse and draft same. | 0.80 | $316.00 |
| 6/3/2010 | Joshua D. Morse | Review and revise monthly fee application. | 0.40 | $210.00 |
| 6/3/2010 | Joshua D. Morse | Confer with Mr. Wolf regarding monthly fee application. | 0.20 | $105.00 |
| 6/3/2010 | Jason Wolf | Finalize monthly fee application and emails regarding same. | 0.30 | $118.50 |
| 6/14/2010 | Joshua D. Morse | Draft second interim fee application; coordinate with Mr. Wolf regarding filing and service of same. | 0.90 | $472.50 |
| 6/14/2010 | Jason Wolf | Coordinate filing of interim fee application. | 0.20 | $79.00 |
| 7/14/2010 | Joshua D. Morse | Review order approving interim fee application. | 0.10 | $52.50 |
| 7/14/2010 | Joshua D. Morse | Review and respond to email correspondence from Ms. Laskin regarding order approving interim fee application. | 0.10 | $52.50 |

TOTALS:  0040 - Fee/Employment Application                                  6.00          $2,981.00

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

0120 - Litigation

| Name | Hours | Amount |
| --- | --- | --- |
| Alek Strygin | 44.70 | $15,645.00 |
| Celestino Santos | 30.90 | $6,798.00 |
| Jeanne E. Irving | 91.70 | $62,356.00 |
| Jonathan White | 3.00 | $630.00 |
| Joshua D. Morse | 4.80 | $2,520.00 |
| Luis Padilla | 5.40 | $783.00 |
| Luis Perez | 7.00 | $1,225.00 |
| Melissa Ziady | 22.10 | $4,309.50 |
| Michael Morris | 84.40 | $64,144.00 |
| Robert Reed | 67.70 | $9,816.50 |
| TOTALS:  0120 - Litigation | 361.70 | $168,227.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

<u>0120 - Litigation</u>

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 5/2/2010 | Celestino Santos | Prepare/process documents for attorney review. | 3.00 | $660.00 |
| 5/3/2010 | Jeanne E. Irving | Review and analyze electronically stored information received from debtors. | 3.00 | $2,040.00 |
| 5/3/2010 | Jeanne E. Irving | Review Rocco and Singh email. | 2.60 | $1,768.00 |
| 5/3/2010 | Celestino Santos | Prepare/process documents for attorney review. | 1.50 | $330.00 |
| 5/4/2010 | Jeanne E. Irving | Draft email to Litigation Support regarding Pino electronic documents. | 0.10 | $68.00 |
| 5/4/2010 | Jeanne E. Irving | Review and analyze Singh and Rocco electronic documents. | 0.40 | $272.00 |
| 5/4/2010 | Jeanne E. Irving | Draft email to Litigation Support regarding status of Pino electronic documents; telephone conference with Mr. Perez regarding same. | 0.10 | $68.00 |
| 5/4/2010 | Jeanne E. Irving | Review and analyze Pino electronic documents. | 1.20 | $816.00 |
| 5/4/2010 | Luis Perez | Prepare and import documents into Introspect for attorney review. | 1.50 | $262.50 |
| 5/4/2010 | Celestino Santos | Prepare/process documents for attorney review. | 2.00 | $440.00 |
| 5/5/2010 | Jeanne E. Irving | Review and analyze electronic documents of Singh, Rocco and Pino. | 2.40 | $1,632.00 |
| 5/5/2010 | Michael Morris | Telephone conference with Ms. Irving regarding open matters and Singh and Rocco meetings. | 0.40 | $304.00 |
| 5/5/2010 | Michael Morris | Review documents regarding Pino emails and REO meetings. | 1.20 | $912.00 |
| 5/5/2010 | Michael Morris | Review prior disclosures to JPM regarding relief from stay and forward to Ms. Irving. | 0.50 | $380.00 |
| 5/5/2010 | Celestino Santos | Prepare/process documents for attorney review. | 2.00 | $440.00 |
| 5/6/2010 | Jeanne E. Irving | Review and analyze Pino, Singh and Rocco electronic documents. | 3.40 | $2,312.00 |
| 5/6/2010 | Jeanne E. Irving | Telephone conference with Mr. Mosre regarding discovery and motion to dismiss hearing. | 0.10 | $68.00 |
| 5/6/2010 | Jeanne E. Irving | Draft email to Mr. Morris regarding Rocco/Singh binders. | 0.10 | $68.00 |
| 5/6/2010 | Joshua D. Morse | Telephone conference with Ms. Irving regarding Exhibit A to complaint. | 0.10 | $52.50 |
| 5/6/2010 | Joshua D. Morse | Continue review and analysis of Pino, Singh and Rocco electronic documents. | 3.50 | $1,837.50 |
| 5/6/2010 | Celestino Santos | Prepare/process documents for attorney review. | 1.00 | $220.00 |

In Reference To:

American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 5/7/2010 | Jeanne E. Irving | Review and analyze Rocco/Singh documents. | 0.30 | $204.00 |
| 5/7/2010 | Jeanne E. Irving | Conference with Ms. Heim regarding index to Rocco/Singh documents. | 0.10 | $68.00 |
| 5/7/2010 | Jeanne E. Irving | Draft email to Mr. Strygin regarding research project regarding mortgage requirements. | 0.20 | $136.00 |
| 5/7/2010 | Jeanne E. Irving | Conference with Mr. Strygin regarding research project regarding mortgage requirements. | 0.10 | $68.00 |
| 5/7/2010 | Jeanne E. Irving | Prepare documentation for Mr. Strygin to use in connection with research project regarding mortgage requirements. | 0.20 | $136.00 |
| 5/7/2010 | Jeanne E. Irving | Draft further email to Mr. Strygin regarding research project regarding mortgage requirements. | 0.10 | $68.00 |
| 5/7/2010 | Celestino Santos | Prepare/process documents for attorney review. | 2.00 | $440.00 |
| 5/7/2010 | Alek Strygin | Confer with Ms. Irving regarding research requirements to create a mortgage in various states; attention to locating documents regarding same. | 0.30 | $105.00 |
| 5/8/2010 | Celestino Santos | Prepare/process documents for attorney review. | 3.00 | $660.00 |
| 5/9/2010 | Celestino Santos | Prepare/process documents for attorney review. | 5.00 | $1,100.00 |
| 5/10/2010 | Jeanne E. Irving | Draft email to Mr. Santos regarding upload of electronically stored information. | 0.10 | $68.00 |
| 5/10/2010 | Celestino Santos | Prepare/process documents for attorney review. | 2.00 | $440.00 |
| 5/11/2010 | Luis Perez | Prepare and import documents into Introspect for attorney review. | 3.50 | $612.50 |
| 5/11/2010 | Celestino Santos | Prepare/process documents for attorney review. | 2.00 | $440.00 |
| 5/12/2010 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding discovery. | 0.20 | $136.00 |
| 5/12/2010 | Michael Morris | Draft correspondence to YCST regarding meeting with Rocco/Singh. | 0.40 | $304.00 |
| 5/12/2010 | Michael Morris | Correspondence with Ms. Irving regarding discovery. | 0.20 | $152.00 |
| 5/12/2010 | Luis Perez | Import documents into Introspect for attorney review. | 0.50 | $87.50 |
| 5/12/2010 | Alek Strygin | Review pertinent document regarding whether a mortgage was created under the JPMorgan credit agreement. | 0.30 | $105.00 |
| 5/12/2010 | Alek Strygin | Research regarding requirements for creation of mortgage in California. | 2.70 | $945.00 |

In Reference To:                        DATE: 8/19/2010
                                    American Home Mortgage
                                Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 5/12/2010 | Alek Strygin | Research regarding doctrine of equitable mortgage. | 1.20 | $420.00 |
| 5/12/2010 | Alek Strygin | Draft email memorandum to Ms. Irving and Mr. Morris regarding mortgage creation requirements. | 0.50 | $175.00 |
| 5/13/2010 | Jeanne E. Irving | Telephone call to office of Jodie Rocco regarding conference call. | 0.10 | $68.00 |
| 5/13/2010 | Jeanne E. Irving | Review email from Mr. Martinez regarding Bonnie Singh; draft email to Mr. Morris regarding same. | 0.10 | $68.00 |
| 5/13/2010 | Jeanne E. Irving | Telephone call to office of Ms. Singh. | 0.10 | $68.00 |
| 5/13/2010 | Jeanne E. Irving | Draft letter to Mr. Beach regarding Singh/Rocco binders. | 0.20 | $136.00 |
| 5/13/2010 | Michael Morris | Correspondence with Ms. Irving regarding Pino terms in emails. | 0.20 | $152.00 |
| 5/13/2010 | Michael Morris | Review documents from Rocco/Singh and Pino. | 0.70 | $532.00 |
| 5/14/2010 | Jeanne E. Irving | Review research material provided by Mr. Strygin regarding mortgage requirements; draft email regarding same to Mr. Strygin; draft email regarding same to Mr. Morris. | 0.40 | $272.00 |
| 5/14/2010 | Michael Morris | Review research regarding state law and mortgage formalities. | 0.70 | $532.00 |
| 5/14/2010 | Michael Morris | Correspondence to Mr. Strygin regarding state law research and issues. | 0.50 | $380.00 |
| 5/15/2010 | Alek Strygin | Research regarding mortgage creation requirements; equitable mortgage doctrine; and rules regarding bona fide purchaser without knowledge in various states. | 2.20 | $770.00 |
| 5/16/2010 | Alek Strygin | Research regarding mortgage creation requirements; equitable mortgage doctrine; and rules regarding bona fide purchaser without knowledge in various states. | 1.80 | $630.00 |
| 5/17/2010 | Jeanne E. Irving | Draft email to Ms. Rocco regarding conference call. | 0.10 | $68.00 |
| 5/17/2010 | Celestino Santos | Prepare/process documents for attorney review. | 3.10 | $682.00 |
| 5/18/2010 | Michael Morris | Review research regarding state law and mortgage formalities. | 0.70 | $532.00 |
| 5/18/2010 | Michael Morris | Correspondence to Mr. Strygin regarding state law research and issues. | 0.50 | $380.00 |
| 5/18/2010 | Celestino Santos | Prepare/process documents for attorney review. | 0.90 | $198.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 5/18/2010 | Alek Strygin | Research regarding mortgage creation requirements; equitable mortgage doctrine; and rules regarding bona fide purchaser without knowledge in various states. | 3.20 | $1,120.00 |
| 5/19/2010 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding research regarding mortgage requirements. | 0.10 | $68.00 |
| 5/19/2010 | Jeanne E. Irving | Review email from Mr. Santos regarding status of upload of electronically stored information. | 0.10 | $68.00 |
| 5/19/2010 | Jeanne E. Irving | Plan document production. | 0.10 | $68.00 |
| 5/19/2010 | Jeanne E. Irving | Telephone call to office of Ms. Rocco regarding conference call. | 0.10 | $68.00 |
| 5/19/2010 | Jeanne E. Irving | Telephone call to home of Ms. Singh regarding conference call. | 0.10 | $68.00 |
| 5/19/2010 | Michael Morris | Correspondence with Ms. Irving regarding Rocco/Singh and miscellaneous document issues. | 0.30 | $228.00 |
| 5/20/2010 | Jeanne E. Irving | Draft email to Ms. Rocco regarding conference call; draft email to Mr. Morris regarding same. | 0.10 | $68.00 |
| 5/20/2010 | Jeanne E. Irving | Draft correspondence to Ms. Singh regarding conference. | 0.10 | $68.00 |
| 5/20/2010 | Luis Perez | Update document production in Introspect. | 1.00 | $175.00 |
| 5/20/2010 | Melissa Ziady | Retrieve cases for Ms. Irving. | 1.00 | $195.00 |
| 5/21/2010 | Jeanne E. Irving | Review material received from Mr. Burzenski. | 0.20 | $136.00 |
| 5/21/2010 | Luis Perez | Update document production in Introspect. | 0.50 | $87.50 |
| 5/21/2010 | Alek Strygin | Research regarding mortgage creation requirements; equitable mortgage doctrine; and rules regarding bona fide purchaser without knowledge in various states. | 3.40 | $1,190.00 |
| 5/22/2010 | Alek Strygin | Research regarding mortgage creation requirements; equitable mortgage doctrine; and rules regarding bona fide purchaser without knowledge in various states. | 1.70 | $595.00 |
| 5/23/2010 | Alek Strygin | Finalize summary of mortgage creation requirements, equitable mortgage doctrine, and bona fide purchaser for value rules in various states.  Email same to Ms. Irving and Mr. Morris. | 1.70 | $595.00 |
| 5/24/2010 | Jeanne E. Irving | Review email from Mr. strygin and Mr. Morris regarding mortgage requirements. | 0.10 | $68.00 |

DATE: 8/19/2010

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 5/24/2010 | Jeanne E. Irving | Review email from Mr. Morris regarding discovery strategy. | 0.10 | $68.00 |
| 5/24/2010 | Jeanne E. Irving | Draft email to Mr. Santos regarding new shipment of electronic files. | 0.10 | $68.00 |
| 5/24/2010 | Jeanne E. Irving | Review of early Pino emails. | 0.40 | $272.00 |
| 5/24/2010 | Jeanne E. Irving | Telephone conference with Mr. Martinez regarding Ms. Rocco, Ms. Singh and current status of REO. | 0.10 | $68.00 |
| 5/24/2010 | Jeanne E. Irving | Draft email to Mr. Morris regarding intra-month restores. | 0.10 | $68.00 |
| 5/24/2010 | Jeanne E. Irving | Review and respond to email from Mr. Moran regarding contacting Ms. Rocco and Ms. Singh; review email from Mr. Martinez regarding same; draft email to Mr. Morris regarding same. | 0.10 | $68.00 |
| 5/24/2010 | Jeanne E. Irving | Conference with Ms. Ziady regarding hard drive received today from AHM. | 0.10 | $68.00 |
| 5/24/2010 | Jeanne E. Irving | Draft email to Mr. Burzenski regarding intra-monthly restores. | 0.10 | $68.00 |
| 5/24/2010 | Jeanne E. Irving | Review and respond to further email from Mr. Morris regarding discovery. | 0.10 | $68.00 |
| 5/24/2010 | Michael Morris | Review research regarding state law regarding meetings and after acquired property. | 1.30 | $988.00 |
| 5/24/2010 | Michael Morris | Correspondence to Mr. Strygin regarding research and additional issues. | 0.20 | $152.00 |
| 5/24/2010 | Michael Morris | Correspondence to Ms. Irving regarding potential requests for admission and related discovery issues. | 0.60 | $456.00 |
| 5/24/2010 | Michael Morris | Correspondence with Ms. Irving regarding Rocco/Singh. | 0.30 | $228.00 |
| 5/25/2010 | Robert Reed | Production of documents; organize files & folders. | 1.80 | $261.00 |
| 5/26/2010 | Jeanne E. Irving | Telephone conference with Mr. Patty regarding document review. | 0.10 | $68.00 |
| 5/26/2010 | Jeanne E. Irving | Review documents for production. | 0.80 | $544.00 |
| 5/26/2010 | Michael Morris | Telephone conference with Mr. Stennett regarding informal meeting with Pino and Larkin. | 0.30 | $228.00 |
| 5/26/2010 | Michael Morris | Correspondence to Ms. Irving regarding call with Mr. Stennett. | 0.30 | $228.00 |

In Reference To:                    DATE: 8/19/2010
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 5/26/2010 | Michael Morris | Correspondence to Ms. Irving regarding potential requests for admission and related discovery issues. | 0.60 | $456.00 |
| 5/26/2010 | Michael Morris | Correspondence with Ms. Irving regarding Rocco/Singh. | 0.30 | $228.00 |
| 5/26/2010 | Joshua D. Morse | Review and respond to email correspondence from Mr. Morris regarding discussions with Mr. Stennett. | 0.20 | $105.00 |
| 5/26/2010 | Robert Reed | Production of documents; process electronic discovery. | 2.20 | $319.00 |
| 5/27/2010 | Jeanne E. Irving | Review and respond to email from Ms. Ziady regarding search of production folder for attorney names. | 0.20 | $136.00 |
| 5/28/2010 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding motion to dismiss and discovery. | 0.30 | $204.00 |
| 5/28/2010 | Jeanne E. Irving | Telephone conference with Ms. Ziady regarding materials needed for motion to dismiss. | 0.10 | $68.00 |
| 5/28/2010 | Jeanne E. Irving | Review and revise message to Mr. Stennet regarding discussions with Mr. Pino and Ms. Larkin; draft email to Mr. Morris regarding same. | 0.20 | $136.00 |
| 5/28/2010 | Jeanne E. Irving | Review and analyze Ms. Larkin email. | 1.30 | $884.00 |
| 5/28/2010 | Michael Morris | Telephone conference with Mr. Stennett regarding meeting with Pino/Larkin and information request. | 0.20 | $152.00 |
| 5/28/2010 | Michael Morris | Draft correspondence to Mr. Stennett regarding description of information requested and review related documents. | 0.70 | $532.00 |
| 5/28/2010 | Michael Morris | Telephone conference with Ms. Irving regarding correspondence to Mr. Stennett and privilege issues. | 0.30 | $228.00 |
| 5/28/2010 | Michael Morris | Revise and transmit correspondence to Mr. Stennett. | 0.30 | $228.00 |
| 5/28/2010 | Robert Reed | Production of documents; process electronic discovery, batch & port files. | 0.50 | $72.50 |
| 6/1/2010 | Jeanne E. Irving | Conference with Ms. Ziady regarding materials for motion to dismiss. | 0.10 | $68.00 |
| 6/1/2010 | Jeanne E. Irving | Review and analyze Larkin electronic documents. | 3.40 | $2,312.00 |
| 6/1/2010 | Michael Morris | Correspondence to Mr. Stennett regarding meeting with Pino/Larkin. | 0.60 | $456.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 8/19/2010

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 6/1/2010 | Robert Reed | Production of documents; process electronic discovery, batch & port files. | 3.30 | $478.50 |
| 6/1/2010 | Melissa Ziady | Retrieve cases for Ms. Irving. | 4.00 | $780.00 |
| 6/2/2010 | Jeanne E. Irving | Prepare discovery strategy. | 0.20 | $136.00 |
| 6/2/2010 | Robert Reed | Production of documents; process electronic discovery, batch & port files. | 2.90 | $420.50 |
| 6/2/2010 | Alek Strygin | Research regarding enforceability of after-acquired property clauses in mortgages. | 3.40 | $1,190.00 |
| 6/2/2010 | Melissa Ziady | Prepare case binder for Ms. Irving. | 3.00 | $585.00 |
| 6/3/2010 | Jeanne E. Irving | Review and respond to emails from Mr. Morris regarding status of REO properties. | 0.20 | $136.00 |
| 6/3/2010 | Jeanne E. Irving | Review emails from Mr. Strygin and attached research. | 0.20 | $136.00 |
| 6/3/2010 | Michael Morris | Telephone conference with Mr. Beach regarding discovery and status. | 0.30 | $228.00 |
| 6/3/2010 | Michael Morris | Correspondence to Ms. Irving regarding telephone call with Mr. Beach. | 0.30 | $228.00 |
| 6/3/2010 | Michael Morris | Draft status report to committee. | 0.50 | $380.00 |
| 6/3/2010 | Michael Morris | Review comments from Ms. Irving on status report. | 0.10 | $76.00 |
| 6/3/2010 | Michael Morris | Correspondence to committee regarding status. | 0.30 | $228.00 |
| 6/3/2010 | Robert Reed | Production of documents; process electronic discovery, batch & port files. | 3.40 | $493.00 |
| 6/3/2010 | Alek Strygin | Research regarding enforceability of after-acquired property clauses in mortgages. | 2.90 | $1,015.00 |
| 6/4/2010 | Michael Morris | Review research regarding after acquired property in mortgage. | 0.80 | $608.00 |
| 6/4/2010 | Robert Reed | Production of documents; process electronic discovery, batch & port files. | 3.30 | $478.50 |
| 6/5/2010 | Robert Reed | Production of documents; process electronic discovery, batch & port files. | 3.40 | $493.00 |
| 6/7/2010 | Jeanne E. Irving | Telephone conference with Mr. McGuire and Mr. Green regarding status of discovery. | 0.10 | $68.00 |
| 6/7/2010 | Jeanne E. Irving | Telephone conference with Mr. McGuire and Mr. Green regarding status of discovery. | 0.10 | $68.00 |
| 6/7/2010 | Michael Morris | Correspondence from Ms. Irving regarding discovery status. | 0.30 | $228.00 |
| 6/7/2010 | Robert Reed | Production of documents; process electronic discovery, batch & port files. | 3.50 | $507.50 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 6/8/2010 | Jeanne E. Irving | Review and analyze Larkin electronic documents. | 2.60 | $1,768.00 |
| 6/8/2010 | Robert Reed | Organize files & folders & update status report. | 0.50 | $72.50 |
| 6/8/2010 | Robert Reed | Production of documents; process electronic discovery, batch & port files. | 3.10 | $449.50 |
| 6/9/2010 | Jeanne E. Irving | Review email from Mr. Stennett regarding Pino/Larkin interviews; review and respond to email from Mr. Morris regarding same; review settlement agreement between debtors and Servicing. | 0.20 | $136.00 |
| 6/9/2010 | Michael Morris | Correspondence from Mr. Stennett regarding meeting with Mr. Pino. | 0.30 | $228.00 |
| 6/9/2010 | Michael Morris | Correspondence to Mr. Beach regarding costs for meeting with Mr. Pino. | 0.20 | $152.00 |
| 6/9/2010 | Michael Morris | Correspondence from Mr. Martinez regarding costs for Pino meeting. | 0.20 | $152.00 |
| 6/9/2010 | Luis Padilla | Prepare documents for batch printing from Introspect. | 3.40 | $493.00 |
| 6/9/2010 | Robert Reed | Production of documents; process electronic discovery, batch, port & copy files into Introspect folders. | 3.30 | $478.50 |
| 6/9/2010 | Celestino Santos | Discuss and review status of import project with Mr. Reed; assist in import of the same | 1.00 | $220.00 |
| 6/10/2010 | Jeanne E. Irving | Review and respond to various emails from Mr. Morris regarding Pino/Larkin interviews. | 0.10 | $68.00 |
| 6/10/2010 | Michael Morris | Correspondence to Mr. Martinez regarding costs for meeting and additional documents. | 0.30 | $228.00 |
| 6/10/2010 | Michael Morris | Correspondence to Ms. Irving regarding costs for Pino. | 0.20 | $152.00 |
| 6/10/2010 | Michael Morris | Correspondence to Mr. Stennett regarding meeting with Mr. Pino. | 0.20 | $152.00 |
| 6/10/2010 | Robert Reed | Production of documents; process electronic discovery, batch, port & copy files into Introspect folders. | 3.40 | $493.00 |
| 6/10/2010 | Robert Reed | Organize files & folders; communicate project status to relevant parties involved. | 1.00 | $145.00 |
| 6/11/2010 | Michael Morris | Review motion to dismiss papers in preparation for hearing. | 0.80 | $608.00 |
| 6/11/2010 | Michael Morris | Review cases for motion to discuss hearing. | 0.70 | $532.00 |
| 6/11/2010 | Robert Reed | Production of documents. | 2.10 | $304.50 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 6/14/2010 | Jeanne E. Irving | Preparation for hearing on motion to dismiss; draft email to Mr. Morris regarding same. | 0.40 | $272.00 |
| 6/14/2010 | Michael Morris | Review motion to dismiss papers in preparation for hearing. | 0.80 | $608.00 |
| 6/14/2010 | Michael Morris | Review cases for motion to discuss hearing. | 0.70 | $532.00 |
| 6/14/2010 | Michael Morris | Correspondence with Ms. Irving regarding hearing. | 0.20 | $152.00 |
| 6/15/2010 | Michael Morris | Outline argument for hearing. | 1.50 | $1,140.00 |
| 6/16/2010 | Jeanne E. Irving | Review and analyze motion to dismiss. | 2.10 | $1,428.00 |
| 6/16/2010 | Robert Reed | Production of documents; process, OCR & batch. | 3.40 | $493.00 |
| 6/17/2010 | Jeanne E. Irving | Conference with Mr. Morris regarding motion to dismiss and discovery. | 0.30 | $204.00 |
| 6/17/2010 | Jeanne E. Irving | Telephone conference with Linda Morris (BDO Seidman counsel) regarding discussions with JPMorgan regarding subpoena to BDO Seidman. | 0.10 | $68.00 |
| 6/17/2010 | Jeanne E. Irving | Review email from Ms. Morris regarding JPMorgan subpoena to BDO Seidman; draft email to Mr. Morris regarding same. | 0.10 | $68.00 |
| 6/17/2010 | Michael Morris | Outline argument for hearing and review cases in support of motion. | 3.50 | $2,660.00 |
| 6/17/2010 | Michael Morris | Conference with Ms. Irving regarding hearing and discovery status. | 0.30 | $228.00 |
| 6/17/2010 | Michael Morris | Review cases regarding MTD (conversion and TWA) in preparation for hearing. | 2.00 | $1,520.00 |
| 6/17/2010 | Michael Morris | Correspondence to Mr. Stennett regarding meeting with Mr. Pino and discovery outstanding. | 0.50 | $380.00 |
| 6/17/2010 | Michael Morris | Correspondence to Mr. McGuire regarding May 2007 custody agreement. | 0.20 | $152.00 |
| 6/17/2010 | Michael Morris | Correspondence with Ms. Irving regarding BDO subpoena. | 0.10 | $76.00 |
| 6/17/2010 | Joshua D. Morse | Review emails from Mr. Morris regarding discovery issues. | 0.20 | $105.00 |
| 6/18/2010 | Jeanne E. Irving | Conference with Mr. Morris regarding motion to dismiss and summary judgment motion. | 0.40 | $272.00 |
| 6/18/2010 | Jeanne E. Irving | Legal research regarding interjection of new issues in opposition to summary judgment motion. | 0.10 | $68.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 6/18/2010 | Michael Morris | Draft outline of motion for summary judgment argument. | 2.80 | $2,128.00 |
| 6/18/2010 | Michael Morris | Correspondence to Ms. Irving regarding equitable lien and waiver. | 0.30 | $228.00 |
| 6/18/2010 | Michael Morris | Revise outline for motion to dismiss argument. | 2.00 | $1,520.00 |
| 6/18/2010 | Michael Morris | Review May 2007 custody agreement with Mr. McGuire. | 0.30 | $228.00 |
| 6/18/2010 | Michael Morris | Correspondence to Ms. Irving regarding May 2007 custody agreement. | 0.10 | $76.00 |
| 6/18/2010 | Michael Morris | Correspondence to Ms. Irving regarding argument outline and comments. | 0.50 | $380.00 |
| 6/18/2010 | Joshua D. Morse | Confer with Mr. Morris regarding hearing on summary judgment motion. | 0.50 | $262.50 |
| 6/18/2010 | Celestino Santos | Prepare/process documents for review | 0.30 | $66.00 |
| 6/21/2010 | Michael Morris | Review cases regarding motion to dismiss in support of argument. | 1.50 | $1,140.00 |
| 6/21/2010 | Robert Reed | Production of documents including OCR. | 2.10 | $304.50 |
| 6/21/2010 | Alek Strygin | Research regarding whether equitable lien is an affirmative defense that must be raised in the responsive pleading or be deemed waived; whether it is a compulsory counterclaim.  Draft email to Mr. Morris regarding same. | 2.80 | $980.00 |
| 6/22/2010 | Jeanne E. Irving | Review and analyze motion papers in preparation for hearing on motion to dismiss. | 3.40 | $2,312.00 |
| 6/22/2010 | Michael Morris | Review Strygin research regarding waiver and equitable lien. | 0.40 | $304.00 |
| 6/22/2010 | Michael Morris | Correspondence to Ms. Irving, Messrs. Strygin and Morse regarding question for hearing and potential problems. | 0.60 | $456.00 |
| 6/22/2010 | Michael Morris | Correspondence from Ms. Irving regarding additional issues in hearing. | 0.20 | $152.00 |
| 6/22/2010 | Robert Reed | Production of documents; process & batch. | 2.30 | $333.50 |
| 6/23/2010 | Jeanne E. Irving | Telephone conference with Ms. Ziady regarding organizing Larkin emails. | 0.10 | $68.00 |
| 6/23/2010 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding Pino and Larkin emails. | 0.20 | $136.00 |
| 6/23/2010 | Jeanne E. Irving | Conferences with Ms. Ziady regarding organization of Larkin emails. | 0.20 | $136.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 6/23/2010 | Jeanne E. Irving | Review and analyze Larkin and Pino emails; telephone conference with Ms. Ziady regarding same. | 1.30 | $884.00 |
| 6/23/2010 | Jeanne E. Irving | Conference with Ms. Botta regarding collecting Pino emails. | 0.10 | $68.00 |
| 6/23/2010 | Jeanne E. Irving | Review and respond to email from Ms. Zieg regarding call regarding discovery. | 0.10 | $68.00 |
| 6/23/2010 | Jeanne E. Irving | Review discovery requests and draft email from Ms. Ziady regarding deadline regarding same. | 0.10 | $68.00 |
| 6/23/2010 | Jeanne E. Irving | Legal research regarding motion to dismiss counterclaims. | 0.90 | $612.00 |
| 6/23/2010 | Jeanne E. Irving | Review and analyze JPMorgan's first discovery requests to Committee. | 0.30 | $204.00 |
| 6/23/2010 | Jeanne E. Irving | Review and analyze motion papers in preparation for hearing on motion to dismiss. | 2.00 | $1,360.00 |
| 6/23/2010 | Jeanne E. Irving | Prepare written response to first discovery requests to Committee. | 0.30 | $204.00 |
| 6/23/2010 | Jeanne E. Irving | Draft email to Ms. Ziady and Litigation Support regarding Pino emails; review response to same. | 0.10 | $68.00 |
| 6/23/2010 | Jeanne E. Irving | Telephone conference with Mr. Santos regarding Pino and Larkin emails. | 0.10 | $68.00 |
| 6/23/2010 | Michael Morris | Correspondence with Mr. Stennett regarding meeting with Mr. Pino. | 0.20 | $152.00 |
| 6/23/2010 | Michael Morris | Review Pino documents and select for transmittal to Mr. Pino in preparation for hearing. | 1.50 | $1,140.00 |
| 6/23/2010 | Michael Morris | Correspondence with Ms. Irving regarding Pino documents. | 0.30 | $228.00 |
| 6/23/2010 | Luis Padilla | Set-up documents for batch printing. | 2.00 | $290.00 |
| 6/23/2010 | Robert Reed | Production of documents | 0.50 | $72.50 |
| 6/23/2010 | Celestino Santos | Prepare/process documents for attorney review. | 1.80 | $396.00 |
| 6/23/2010 | Melissa Ziady | Review documents to be sorted for Ms. Irving. | 0.50 | $97.50 |
| 6/24/2010 | Jeanne E. Irving | Prepare for motion to dismiss hearing; draft email to Mr. Morris regarding outline for hearing. | 3.40 | $2,312.00 |
| 6/24/2010 | Jeanne E. Irving | Conference with Ms. Ziady regarding Pino and Larkin email. | 0.10 | $68.00 |
| 6/24/2010 | Michael Morris | Review comments from Ms. Irving on hearing outline. | 0.70 | $532.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 6/24/2010 | Michael Morris | Revise hearing outline. | 0.60 | $456.00 |
| 6/24/2010 | Michael Morris | Organize cases for hearing. | 0.80 | $608.00 |
| 6/24/2010 | Melissa Ziady | Review documents to be sorted for Ms. Irving. | 1.50 | $292.50 |
| 6/25/2010 | Jeanne E. Irving | Review email from Mr. Green regarding conference regarding conference call regarding discovery; draft email to Mr,. Morris regarding same. | 0.10 | $68.00 |
| 6/25/2010 | Jeanne E. Irving | Prepare for hearing on motion to dismiss. | 2.20 | $1,496.00 |
| 6/25/2010 | Jeanne E. Irving | Draft email to Mr. Miller regarding hearing, review response and reply to same. | 0.10 | $68.00 |
| 6/25/2010 | Jeanne E. Irving | Draft email to Mr. McGuire regarding hearing and review response. | 0.10 | $68.00 |
| 6/25/2010 | Jeanne E. Irving | Telephone conference with Ms. Ziady regarding JPMorgan's proposed email searches. | 0.10 | $68.00 |
| 6/25/2010 | Jeanne E. Irving | Draft email to Ms. Ziady regarding JPMorgan's proposed email searches. | 0.10 | $68.00 |
| 6/25/2010 | Jeanne E. Irving | Perform test searches on JPMorgan's proposed search terms. | 2.70 | $1,836.00 |
| 6/25/2010 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding argument on motion to dismiss. | 0.10 | $68.00 |
| 6/25/2010 | Michael Morris | Correspondence with Ms. Irving regarding hearing. | 0.20 | $152.00 |
| 6/25/2010 | Michael Morris | Correspondence with Mr. Beach regarding hearing and preparation for hearing. | 0.40 | $304.00 |
| 6/25/2010 | Michael Morris | Correspondence with Mr. Miller regarding preparation for hearing and timing. | 0.20 | $152.00 |
| 6/25/2010 | Michael Morris | Correspondence with Mr. Beach regarding meeting in advance of motion to dismiss hearing. | 0.10 | $76.00 |
| 6/25/2010 | Michael Morris | Review cases in support of JPM position. | 2.00 | $1,520.00 |
| 6/25/2010 | Robert Reed | Organize, locate & copy documents into Introspect folders. | 0.70 | $101.50 |
| 6/25/2010 | Robert Reed | Production of documents; convert pdf files into tif & process idx files for document import into Introspect. | 2.70 | $391.50 |
| 6/25/2010 | Celestino Santos | Discuss production document project and task staff. | 0.30 | $66.00 |
| 6/25/2010 | Melissa Ziady | Sort documents for Ms. Irving. | 1.50 | $292.50 |
| 6/28/2010 | Jeanne E. Irving | Travel to Wilmington (Billed @ 50%). | 3.50 | $2,380.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 6/28/2010 | Jeanne E. Irving | Review and respond to various emails from to all counsel regarding conference call regarding discovery. | 2.40 | $1,632.00 |
| 6/28/2010 | Jeanne E. Irving | Review and respond to email from Ms. Zieg regarding discovery conference call. | 2.40 | $1,632.00 |
| 6/28/2010 | Michael Morris | Review and revise hearing outline. | 1.50 | $1,140.00 |
| 6/28/2010 | Michael Morris | Review and organize principal cases in support of argument. | 2.50 | $1,900.00 |
| 6/28/2010 | Robert Reed | Production of documents; convert to pdf files into tif & process idx files for document import into Introspect. | 3.10 | $449.50 |
| 6/28/2010 | Melissa Ziady | Sort emails for Ms. Irving. | 2.00 | $390.00 |
| 6/29/2010 | Jeanne E. Irving | Prepare for hearing on motion to dismiss counterclaims. | 5.60 | $3,808.00 |
| 6/29/2010 | Jeanne E. Irving | Meeting with Mr. Morris regarding hearing on motion to dismiss counterclaims. | 1.50 | $1,020.00 |
| 6/29/2010 | Jeanne E. Irving | Meeting with Messrs. Beach, Miller & Morris regarding hearing on motion to dismiss counterclaims. | 1.50 | $1,020.00 |
| 6/29/2010 | Michael Morris | Travel to Wilmington for hearing on motion to dismiss (billed at 50%). | 2.50 | $1,900.00 |
| 6/29/2010 | Michael Morris | Prepare for hearing on motion to dismiss, including review of pleadings and major cases. | 2.50 | $1,900.00 |
| 6/29/2010 | Michael Morris | Conference with Mr. Beach in preparation for hearing, including review of argument and approach. | 1.00 | $760.00 |
| 6/29/2010 | Michael Morris | Revise outline of hearing argument and final review of authorities and preparation. | 2.00 | $1,520.00 |
| 6/29/2010 | Robert Reed | Production of documents; convert to pdf files into tif & process idx files for document import into Introspect. | 3.40 | $493.00 |
| 6/29/2010 | Melissa Ziady | Sort emails for Ms. Irving. | 3.50 | $682.50 |
| 6/30/2010 | Jeanne E. Irving | Prepare for hearing on motion to dismiss counterclaims. | 0.30 | $204.00 |
| 6/30/2010 | Jeanne E. Irving | Participate in hearing on motion to dismiss counterclaims. Travel to and from same; conference with Messrs. Beach, Miller & Morris regarding hearing on motion to dismiss counterclaims. | 2.30 | $1,564.00 |
| 6/30/2010 | Jeanne E. Irving | Telephone conference with Ms. Zieg regarding discovery issues. | 0.20 | $136.00 |

In Reference To:                                    DATE: 8/19/2010
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 6/30/2010 | Jeanne E. Irving | Telephone conference with Ms. Zieg and Mr. Green regarding discovery issues. | 0.70 | $476.00 |
| 6/30/2010 | Jeanne E. Irving | Travel from Philadelphia to Los Angeles. | 0.00 | $0.00 |
| 6/30/2010 | Michael Morris | Final review in preparation for hearing. | 1.00 | $760.00 |
| 6/30/2010 | Michael Morris | Attend hearing regarding motion to dismiss. | 2.00 | $1,520.00 |
| 6/30/2010 | Michael Morris | Conference with Messrs. Beach and Miller and Ms. Irving regarding result of hearing and approach going forward. | 0.50 | $380.00 |
| 6/30/2010 | Michael Morris | Outline issues arising out of hearing and additional discovery and research to be completed. | 1.50 | $1,140.00 |
| 6/30/2010 | Michael Morris | Return travel from Delaware (Billed @ 50%). | 2.50 | $1,900.00 |
| 6/30/2010 | Robert Reed | Production of documents; convert to pdf files into tif & process idx files for document import into Introspect. | 2.40 | $348.00 |
| 6/30/2010 | Melissa Ziady | Prepare binders for Ms. Irving. | 2.50 | $487.50 |
| 7/1/2010 | Michael Morris | Memorandum to Mr. Morse and Mr. Strygin regarding result of hearing and projects going forward. | 0.50 | $380.00 |
| 7/1/2010 | Michael Morris | Review draft order denying summary judgment motion. | 0.10 | $76.00 |
| 7/1/2010 | Michael Morris | Correspondence to debtor regarding order and time to respond to counterclaim. | 0.20 | $152.00 |
| 7/1/2010 | Michael Morris | Review documents regarding Ms. Larkin and Mr. Pino. | 0.80 | $608.00 |
| 7/1/2010 | Michael Morris | Correspondence to Mr. Irving regarding documents and meeting with Ms. Larkin and Mr. Pino. | 0.20 | $152.00 |
| 7/1/2010 | Joshua D. Morse | Review email update regarding hearing on motion for summary judgment. | 0.30 | $157.50 |
| 7/1/2010 | Robert Reed | Support production of documents; OCR & batch same for import into Introspect. | 3.30 | $478.50 |
| 7/2/2010 | Jeanne E. Irving | Review docket entries and draft email to Mr. Morris regarding transcript. | 0.10 | $68.00 |
| 7/2/2010 | Jeanne E. Irving | Draft email to Mr. Beach regarding transcript of hearing on motion to dismiss counterclaims; draft email regarding same to Ms. Botta. | 0.10 | $68.00 |
| 7/2/2010 | Jeanne E. Irving | Telephone conferences with Mr. Morris regarding documents being sent to Mr. Larkin and Mr. Pino and upcoming interviews. | 0.30 | $204.00 |

In Reference To:                    DATE: 8/19/2010
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 7/2/2010 | Michael Morris | Review documents for Mr. Pino and Ms. Larkin and prepare binders for their review prior to meeting. | 0.80 | $608.00 |
| 7/2/2010 | Michael Morris | Correspondence to Mr. Stennett regarding meeting with Mr. Pino and Ms. Larkin. | 0.40 | $304.00 |
| 7/2/2010 | Michael Morris | Correspondence with Ms. Irving regarding Pino binder. | 0.20 | $152.00 |
| 7/2/2010 | Michael Morris | Transmit documents to Mr. Stennett for Larkin and Pino. | 0.40 | $304.00 |
| 7/2/2010 | Michael Morris | Review material for Pino documents. | 0.80 | $608.00 |
| 7/2/2010 | Robert Reed | Support production of documents; process & OCR documents for import into Introspect. | 2.10 | $304.50 |
| 7/6/2010 | Jeanne E. Irving | Review order denying motion to dismiss and draft email to Ms. Botta regarding same. | 0.10 | $68.00 |
| 7/6/2010 | Jeanne E. Irving | Telephone conference with Mr. Strygin regarding document production. | 0.10 | $68.00 |
| 7/6/2010 | Jeanne E. Irving | Review and respond to email from Ms. Ziady regarding response to discovery requests to Committee. | 0.10 | $68.00 |
| 7/6/2010 | Jeanne E. Irving | Prepare discovery strategy. | 0.10 | $68.00 |
| 7/6/2010 | Robert Reed | Support production of documents; process, OCR & batch same for import into Introspect. | 2.70 | $391.50 |
| 7/7/2010 | Robert Reed | Production of documents; process, OCR & batch documents for import into Introspect | 1.30 | $188.50 |
| 7/7/2010 | Alek Strygin | Additional research regarding perfection of security interest in after-acquired assets. | 0.50 | $175.00 |
| 7/8/2010 | Michael Morris | Correspondence to Mr. Strygin regarding research and related facts. | 0.50 | $380.00 |
| 7/8/2010 | Michael Morris | Review prior pleadings regarding JPM postilion regarding contract breach. | 0.40 | $304.00 |
| 7/8/2010 | Melissa Ziady | Compile chart regarding all document productions received. | 1.60 | $312.00 |
| 7/12/2010 | Jeanne E. Irving | Review documents for production. | 2.70 | $1,836.00 |
| 7/12/2010 | Jeanne E. Irving | Several conferences with Ms. Ziady regarding review of documents for production. | 0.50 | $340.00 |
| 7/12/2010 | Jeanne E. Irving | Conference with Mr. Strygin regarding review for document production. | 0.10 | $68.00 |
| 7/12/2010 | Alek Strygin | Review email and attached documents from Ms. Irving regarding document review instructions and protocols. | 1.50 | $525.00 |

PAGE 21                          In Reference To:                          DATE: 8/19/2010
                              American Home Mortgage
                          Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 7/12/2010 | Alek Strygin | Review documents for responsiveness and privilege. | 1.70 | $595.00 |
| 7/13/2010 | Alek Strygin | Review documents for responsiveness and privilege. | 3.40 | $1,190.00 |
| 7/14/2010 | Michael Morris | Correspondence with Mr. Stennett regarding Pino meeting. | 0.10 | $76.00 |
| 7/14/2010 | Michael Morris | Correspondence with Mr. Strygin regarding document questions. | 0.40 | $304.00 |
| 7/14/2010 | Alek Strygin | Review documents for responsiveness and privilege. | 1.50 | $525.00 |
| 7/14/2010 | Alek Strygin | Exchange emails with Ms. Irving, Ms. Zieg, and Messrs. Morris and Beach regarding attorney-client privilege. | 0.40 | $140.00 |
| 7/15/2010 | Jeanne E. Irving | Review email from Mr. Morris to Mr. Stennett regarding meeting with Mr. Pino and Ms. Larkin; review Mr. Stennett's response to same. | 0.10 | $68.00 |
| 7/15/2010 | Michael Morris | Correspondence with Mr. Beach regarding cost estimate for Pino meeting. | 0.30 | $228.00 |
| 7/15/2010 | Michael Morris | Correspondence with Mr. Stennett regarding meeting and costs. | 0.40 | $304.00 |
| 7/16/2010 | Jeanne E. Irving | Review email from Mr. Morris to Mr. Stennett regarding meeting with Ms. Larkin and Mr. Pino; review and respond to email from Mr. Morris regarding privilege issues; draft email to Mr. Strygin regarding same. | 0.10 | $68.00 |
| 7/16/2010 | Michael Morris | Correspondence with Mr. Beach regarding payment of costs. | 0.30 | $228.00 |
| 7/16/2010 | Michael Morris | Correspondence with Ms. Irving regarding privilege issues with Pino. | 0.30 | $228.00 |
| 7/16/2010 | Michael Morris | Review introspect documents regarding meeting with Mr. Pino and Ms. Larkin. | 1.00 | $760.00 |
| 7/16/2010 | Alek Strygin | Research regarding whether communications with former officers of the debtor are covered by work product privilege. Draft email memorandum to Mr. Morris regarding same. | 1.20 | $420.00 |
| 7/19/2010 | Jeanne E. Irving | Review and respond to email from Mr. Stennett regarding meeting with Mr. Pino and Ms. Larkin. | 0.10 | $68.00 |
| 7/19/2010 | Michael Morris | Correspondence with Mr. Stennett regarding meeting. | 0.10 | $76.00 |

In Reference To:                     DATE: 8/19/2010
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 7/19/2010 | Michael Morris | Correspondence with Ms. Irving regarding meeting with Mr. Pino. | 0.10 | $76.00 |
| 7/20/2010 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding answer to counterclaims; draft email to Mr. Morris regarding response to discovery requests. | 0.10 | $68.00 |
| 7/20/2010 | Jeanne E. Irving | Draft response to discovery requests. | 3.60 | $2,448.00 |
| 7/20/2010 | Jeanne E. Irving | Legal research regarding discovery obligations of creditors' committee. | 0.80 | $544.00 |
| 7/20/2010 | Jeanne E. Irving | Draft email to Mr. Martinez regarding information sought by JPMC's discovery requests. | 0.10 | $68.00 |
| 7/20/2010 | Michael Morris | Correspondence with Ms. Irving regarding answer to counterclaim. | 0.20 | $152.00 |
| 7/20/2010 | Michael Morris | Correspondence with Ms. Irving regarding discovery responses. | 0.30 | $228.00 |
| 7/21/2010 | Jeanne E. Irving | Review Mr. Morris's comments to Committee's response to JPMC's discovery requests; review and revise response; draft email to Mr. Morris regarding same. | 1.10 | $748.00 |
| 7/21/2010 | Jeanne E. Irving | Review email from Mr. Green regarding discovery. | 0.10 | $68.00 |
| 7/21/2010 | Jeanne E. Irving | Review and revise discovery response and draft further emails to Mr. Martinez and Mr. Morris regarding same. | 3.10 | $2,108.00 |
| 7/21/2010 | Michael Morris | Review responses to discover comment thereon. | 0.70 | $532.00 |
| 7/21/2010 | Michael Morris | Correspondence with Ms. Stennett regarding meeting. | 0.20 | $152.00 |
| 7/21/2010 | Michael Morris | Correspondence with Ms. Irving regarding answer. | 0.10 | $76.00 |
| 7/21/2010 | Michael Morris | Correspondence with Ms. Irving regarding responses to discovery. | 0.40 | $304.00 |
| 7/21/2010 | Michael Morris | Review JPM correspondence with discovery. | 0.20 | $152.00 |
| 7/21/2010 | Michael Morris | Correspondence with Ms. Irving regarding discovery issues. | 0.30 | $228.00 |
| 7/21/2010 | Alek Strygin | Review documents for responsiveness and privilege. | 3.20 | $1,120.00 |
| 7/22/2010 | Jeanne E. Irving | Review and respond to email from Ms. Zieg regarding discovery conference; review reply; draft email to Mr. Morris regarding same. | 0.10 | $68.00 |

In Reference To:                                    DATE: 8/19/2010
                                                   American Home Mortgage
                                             Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 7/22/2010 | Jeanne E. Irving | Review and respond to email from Mr. Morris regarding draft complaint. | 0.10 | $68.00 |
| 7/22/2010 | Jeanne E. Irving | Review and revise answer to counterclaims. | 1.20 | $816.00 |
| 7/22/2010 | Jeanne E. Irving | Telephone conference with Mr. Morris regarding discovery response. | 0.20 | $136.00 |
| 7/22/2010 | Jeanne E. Irving | Telephone call to office of Mr. Martinez regarding discovery response. | 0.10 | $68.00 |
| 7/22/2010 | Jeanne E. Irving | Review and revise discovery responses. | 1.40 | $952.00 |
| 7/22/2010 | Jeanne E. Irving | Legal research regarding discovery responses. | 1.00 | $680.00 |
| 7/22/2010 | Jeanne E. Irving | Prepare for conference all with debtors' counsel. | 0.20 | $136.00 |
| 7/22/2010 | Jeanne E. Irving | Telephone conference with Ms. Zieg, Ms. Edwards, Mr. Beach and Mr. Morris regarding discovery issues. | 1.00 | $680.00 |
| 7/22/2010 | Jeanne E. Irving | Draft emails to Mr. Sass regarding discovery responses. | 0.30 | $204.00 |
| 7/22/2010 | Jeanne E. Irving | Draft email to Ms. Edwards regarding JPMC proofs of claim. | 0.10 | $68.00 |
| 7/22/2010 | Michael Morris | Correspondence with Mr. Beach regarding answer. | 0.10 | $76.00 |
| 7/22/2010 | Michael Morris | Prepare draft answer to counterclaim. | 0.80 | $608.00 |
| 7/22/2010 | Michael Morris | Correspondence from JPM counsel regarding discovery issues. | 0.30 | $228.00 |
| 7/22/2010 | Michael Morris | Telephone conference with Ms. Irving regarding discovery issues regarding JPM. | 0.20 | $152.00 |
| 7/22/2010 | Michael Morris | Telephone conference with debtors' counsel regarding response to JPm email. | 0.70 | $532.00 |
| 7/22/2010 | Alek Strygin | Review documents for responsiveness and privilege. | 3.00 | $1,050.00 |
| 7/23/2010 | Jeanne E. Irving | Draft various emails to Mr. Morris regarding discovery response; review responses and draft replies. | 0.20 | $136.00 |
| 7/23/2010 | Jeanne E. Irving | Review and revise discovery response and draft email to Mr. Miller regarding same. | 0.30 | $204.00 |
| 7/23/2010 | Jeanne E. Irving | Review and respond to email from Ms. Coggins regarding discovery response; review and revise same. | 0.20 | $136.00 |
| 7/23/2010 | Jeanne E. Irving | Review and respond to various emails from Mr. Morris regarding answer to counterclaims. | 0.20 | $136.00 |

In Reference To:                              DATE: 8/19/2010
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 7/23/2010 | Michael Morris | Correspondence with Mr. Beach regarding answer. | 0.10 | $76.00 |
| 7/23/2010 | Michael Morris | Prepare draft answer to counterclaim. | 0.80 | $608.00 |
| 7/23/2010 | Michael Morris | Review prior documents for answer issues. | 0.30 | $228.00 |
| 7/23/2010 | Michael Morris | Telephone conference with Ms. Irving regarding discovery issues with JPM. | 0.20 | $152.00 |
| 7/23/2010 | Michael Morris | Revise answer to counterclaim. | 2.00 | $1,520.00 |
| 7/23/2010 | Michael Morris | Correspondence to Ms. Irving regarding draft answer. | 0.20 | $152.00 |
| 7/26/2010 | Jeanne E. Irving | Review and respond to email from Ms. Ziady regarding documents received from JPM. | 0.10 | $68.00 |
| 7/26/2010 | Michael Morris | Review Pino and Larkin documents in preparation for meeting. | 0.80 | $608.00 |
| 7/27/2010 | Michael Morris | Correspondence with Mr. Stennett regarding meeting rescheduling. | 0.20 | $152.00 |
| 7/27/2010 | Michael Morris | Correspondence with Ms. Irving regarding revised meeting schedule. | 0.10 | $76.00 |
| 7/27/2010 | Jonathan White | Process received document production bearing bates numbers JPMC003500 - JMPC0046603 and import said documents in to Introspect for attorney review. | 1.40 | $294.00 |
| 7/28/2010 | Michael Morris | Correspondence from Mr. Stennett regarding discovery response. | 0.20 | $152.00 |
| 7/28/2010 | Michael Morris | Correspondence with Mr. Zeig regarding answer. | 0.10 | $76.00 |
| 7/28/2010 | Michael Morris | Telephone conference with Mr. Zeig regarding comments on draft answer. | 0.40 | $304.00 |
| 7/29/2010 | Jeanne E. Irving | Conference with Ms. Ziady regarding privilege screenings. | 0.10 | $68.00 |
| 7/29/2010 | Jeanne E. Irving | Review email from Mr. Morris regarding YCST comments on answer to counterclaims and draft email to Ms. Botta regarding same. | 0.10 | $68.00 |
| 7/29/2010 | Jeanne E. Irving | Review and analyze YCST comments to answer to counterclaims and draft email to Mr. Morris regarding same. | 0.40 | $272.00 |
| 7/29/2010 | Jeanne E. Irving | Draft email to Ms. Ziady regarding documents produced by Servicing. | 0.10 | $68.00 |

In Reference To:                                DATE: 8/19/2010
American Home Mortgage
Our File Number:  AMERICA.AHM

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 7/29/2010 | Jeanne E. Irving | Review further changes to answer by YCST; review and respond to email from Mr. Morris regarding same; draft email to YCST regarding same. | 0.20 | $136.00 |
| 7/29/2010 | Michael Morris | Review revised answer from Mr. Zeig. | 0.50 | $380.00 |
| 7/29/2010 | Michael Morris | Correspondence with Ms. Irving regarding revised answer from debtors. | 0.20 | $152.00 |
| 7/29/2010 | Michael Morris | Correspondence from Ms. Irving and comments to answer. | 0.40 | $304.00 |
| 7/29/2010 | Michael Morris | Correspondence to Mr. Zeig regarding comments on answer. | 0.30 | $228.00 |
| 7/29/2010 | Michael Morris | Telephone conference with Ms. Irving regarding answer. | 0.30 | $228.00 |
| 7/29/2010 | Michael Morris | Correspondence with Mr. Beach regarding answer. | 0.20 | $152.00 |
| 7/29/2010 | Alek Strygin | Meeting with Ms. Irving and Ms. Ziady regarding document production. | 0.20 | $70.00 |
| 7/29/2010 | Melissa Ziady | Perform privilege review of documents in Introspect. | 1.00 | $195.00 |
| 7/30/2010 | Jeanne E. Irving | Review debtors' most recent changes to answer and draft email to group regarding same. | 0.10 | $68.00 |
| 7/30/2010 | Jeanne E. Irving | Review and respond to emails from Mr. Stennett regarding meeting with Mr. Pino and Ms. Larkin. | 0.20 | $136.00 |
| 7/30/2010 | Jeanne E. Irving | Review correspondence from Mr. Ellis regarding JPM document production and draft email to Ms. Ziady regarding same. | 0.20 | $136.00 |
| 7/30/2010 | Michael Morris | Review revised answer from Mr. Zeig. | 0.50 | $380.00 |
| 7/30/2010 | Michael Morris | Correspondence with debtors' counsel regarding changes to answer. | 0.20 | $152.00 |
| 7/30/2010 | Michael Morris | Correspondence to Ms. Irving regarding answer. | 0.30 | $228.00 |
| 7/30/2010 | Michael Morris | Correspondence with Ms. Edwards regarding filing of answer. | 0.20 | $152.00 |
| 7/30/2010 | Michael Morris | Correspondence with Mr. Stennett regarding rescheduled meeting. | 0.10 | $76.00 |
| 7/30/2010 | Michael Morris | Correspondence with Mr. Stennett and Mr. Beach regarding foreclosures deeds. | 0.20 | $152.00 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 8/19/2010

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 7/30/2010 | Jonathan White | Process document production received bearing bates numbers AHMSI-000001 - AMHSI-007569 and import in to Introspect for attorney review. | 1.60 | $336.00 |
| TOTALS:  0120 - Litigation | | | 361.70 | $168,227.00 |