# EXHIBIT B

COSTS ADVANCED

| Description | Amount |
|---|---:|
| Outside Background Research | 10.96 |
| Binders | 54.12 |
| Graphics & Production  (color copies) | 1,887.85 |
| Couriers | 734.33 |
| Computerized Legal Research | 5,677.19 |
| Telephone | 30.00 |
| In-House Reproduction | 760.60 |
| Postage | 0.44 |
| Scanning | 8.90 |
| Travel & Transportation | 1,994.00 |
| **TOTAL COSTS ADVANCED:** | **$11,158.39** |

PAGE 28                         In Reference To:                         DATE: 8/19/2010
                              American Home Mortgage
                           Our File Number:  AMERICA.AHM

COSTS BY ACTIVITY

## ACTIVITY: BAC

| Date | Description | Amount |
|---|---|---|
| 07/07/10 | Outside Background Research - - VENDOR: Pacer Service Center Inv#HM0151-Q22010- for service rendered during 04/01- 06/30/10 for legal research. | $10.96 |

TOTAL: BAC

$10.96

## ACTIVITY: BIN

| Date | Description | Amount |
|---|---|---|
| 05/28/10 | Binders 1 @ $5.28 per binder (3Inch binder). | $5.28 |
| 05/28/10 | Binders 2 @ $4.62 per binder (2inch binders). | $9.24 |
| 06/30/10 | Binders 4 @ $4.62 per binder (2inch binders). | $18.48 |
| 06/30/10 | Binders 4 @ $5.28 per binder (3inch binder). | $21.12 |

TOTAL: BIN

$54.12

## ACTIVITY: COL

| Date | Description | Amount |
|---|---|---|
| 05/26/10 | Color Copies @ $.85 per copy (72 copies). | $61.20 |
| 06/01/10 | Color Copies @ $.85 per copy (600 copies). | $510.00 |
| 06/02/10 | Color Copies @ $.85 per copy (1,487 copies). | $1,263.95 |
| 06/02/10 | Color Copies @ $.85 per copy (62 copies). | $52.70 |

TOTAL: COL

$1,887.85

## ACTIVITY: COU

| Date | Description | Amount |
|---|---|---|
| 05/07/10 | Couriers Fed Ex charge for shipment to MICHAEL A. MORR IS on 05/07/2010 - Invoice #709047035 | $66.78 |
| 05/13/10 | Couriers Fed Ex charge for shipment to SEAN M. BEACH, ESQ. on 05/13/2010 - Invoice #709860770 | $73.45 |

In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM

DATE: 8/19/2010

| Date | Description | Amount |
| --- | --- | --- |
| 06/03/10 | Couriers Fed Ex charge for shipment to MICHAEL A. MORR IS on 06/03/2010 - Invoice #712112355 | $44.29 |
| 06/25/10 | Couriers Fed Ex charge for shipment to JEANNE IRING - GUEST on 06/25/2010 - Invoice #714377444 | $101.44 |
| 06/30/10 | Couriers Fed Ex charge for shipment to MICHAEL A. MORR IS on 06/30/2010 - Invoice #715119412 | $167.92 |
| 06/30/10 | Couriers Fed Ex charge for shipment to MICHAEL A. MORR IS on 06/30/2010 - Invoice #715119412 | $191.07 |
| 06/30/10 | Couriers Fed Ex charge for shipment to JEANNE IRVING o n 06/30/2010 - Invoice #715119412 | $34.61 |
| 07/02/10 | Couriers Fed Ex charge for shipment to STEREN D STENNE TT on 07/02/2010 - Invoice #715119412 | $54.77 |

TOTAL: COU

$734.33

ACTIVITY: HLEG

| Date | Description | Amount |
| --- | --- | --- |
| 05/12/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 0 5/12/2010 | $1.57 |
| 05/12/10 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 05/ 12/2010 | $2.72 |
| 05/12/10 | Computerized Legal Research LEXIS LEGAL SERVICES-RELATED CONTENT RETRIEVA L on 05/12/2010 | $2.72 |
| 05/12/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 05/12/2010 | $10.91 |
| 05/12/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 05/12/2010 | $403.41 |
| 05/12/10 | Computerized Legal Research For services rendered from 05/01/10 to 05/31/ 10 for Legal Research - WESTLAW. | $687.83 |
| 05/13/10 | Computerized Legal Research LEXIS LEGAL SERVICES-COMBINED SEARCH COMPONEN T on 05/13/2010 | $22.67 |
| 05/13/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 05/13/2010 | $57.97 |
| 05/13/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 0 5/13/2010 | $0.78 |
| 05/13/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 05/13/2010 | $12.20 |
| 05/13/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 05/13/2010 | $12.25 |

In Reference To:
American Home Mortgage
Our File Number: AMERICA.AHM

DATE: 8/19/2010

| Date | Description | Amount |
|---|---|---|
| 05/18/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 0 5/18/2010 | $1.57 |
| 05/18/10 | Computerized Legal Research LEXIS LEGAL SERVICES-TOC DOCUMENT LINKS on 05 /18/2010 | $12.27 |
| 05/18/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 05/18/2010 | $13.63 |
| 05/18/10 | Computerized Legal Research LEXIS LEGAL SERVICES-TOC SEARCHES on 05/18/20 10 | $15.25 |
| 05/18/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 05/18/2010 | $215.93 |
| 05/21/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 05/21/2010 | $8.16 |
| 05/21/10 | Computerized Legal Research LEXIS LEGAL SERVICES-TOC DOCUMENT LINKS on 05 /21/2010 | $9.53 |
| 05/21/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 05/21/2010 | $224.31 |
| 05/21/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 0 5/21/2010 | $2.37 |
| 05/21/10 | Computerized Legal Research MATTHEW BENDER SERVICE-RELATED CONTENT RETRIE VAL on 05/21/2010 | $3.81 |
| 05/21/10 | Computerized Legal Research LEXIS LEGAL SERVICES-TOC SEARCHES on 05/21/20 10 | $5.45 |
| 05/22/10 | Computerized Legal Research LEXIS LEGAL SERVICES-RELATED CONTENT RETRIEVA L on 05/22/2010 | $2.72 |
| 05/22/10 | Computerized Legal Research LEXIS LEGAL SERVICES-TOC DOCUMENT LINKS on 05 /22/2010 | $13.61 |
| 05/22/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 05/22/2010 | $38.14 |
| 05/22/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 05/22/2010 | $204.38 |
| 05/22/10 | Computerized Legal Research MATTHEW BENDER SERVICE-RELATED CONTENT RETRIE VAL on 05/22/2010 | $3.82 |
| 05/22/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 0 5/22/2010 | $3.95 |
| 05/22/10 | Computerized Legal Research LEXIS LEGAL SERVICES-TOC SEARCHES on 05/22/20 10 | $7.62 |
| 05/22/10 | Computerized Legal Research For services rendered from 05/01/10 to 05/31/ 10 for Legal Research - WESTLAW. | $54.30 |
| 05/23/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 0 5/23/2010 | $1.57 |
| 05/23/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 05/23/2010 | $19.08 |

In Reference To:
American Home Mortgage
Our File Number: AMERICA.AHM

DATE: 8/19/2010

| Date | Description | Amount |
|---|---|---|
| 05/23/10 | Computerized Legal Research LEXIS LEGAL SERVICES-TOC SEARCHES on 05/23/20 10 | $22.88 |
| 05/23/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 05/23/2010 | $23.98 |
| 05/23/10 | Computerized Legal Research LEXIS LEGAL SERVICES-TOC DOCUMENT LINKS on 05 /23/2010 | $43.59 |
| 06/01/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 06/01/2010 | $196.92 |
| 06/01/10 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 06/ 01/2010 | $203.67 |
| 06/02/10 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 06/ 02/2010 | $1.69 |
| 06/02/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 06/02/2010 | $1.68 |
| 06/02/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 06/02/2010 | $199.81 |
| 06/02/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 06/02/2010 | $8.42 |
| 06/02/10 | Computerized Legal Research LEXIS LEGAL SERVICES-TOC SEARCHES on 06/02/20 10 | $8.75 |
| 06/02/10 | Computerized Legal Research LEXIS LEGAL SERVICES-TOC DOCUMENT LINKS on 06 /02/2010 | $9.75 |
| 06/02/10 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 06/ 02/2010 | $1.69 |
| 06/02/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 0 6/02/2010 | $1.95 |
| 06/02/10 | Computerized Legal Research For services rendered from 06/01/10 to 06/30/ 10 for Legal Research - WESTLAW. | $181.92 |
| 06/02/10 | Computerized Legal Research For services rendered from 06/01/10 to 06/30/ 10 for Legal Research - WESTLAW. | $365.36 |
| 06/02/10 | Computerized Legal Research For services rendered from 06/01/10 to 06/30/ 10 for Legal Research - WESTLAW. | $62.34 |
| 06/03/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 06/03/2010 | $19.25 |
| 06/03/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 06/03/2010 | $34.60 |
| 06/03/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 06/03/2010 | $1.69 |
| 06/03/10 | Computerized Legal Research LEXIS LEGAL SERVICES-TOC DOCUMENT LINKS on 06 /03/2010 | $3.36 |
| 06/03/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 06/03/2010 | $56.95 |
| 06/03/10 | Computerized Legal Research For services rendered from 06/01/10 to 06/30/ 10 for Legal Research - WESTLAW. | $168.82 |

Case 07-11047-CSS   Doc 9158-3   Filed 08/20/10   Page 8 of 11

PAGE 33
In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM
DATE: 8/19/2010

| Date | Description | Amount |
|---|---|---:|
| 06/18/10 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 06/ 18/2010 | $5.05 |
| 06/18/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 06/18/2010 | $10.91 |
| 06/21/10 | Computerized Legal Research MATTHEW BENDER SERVICE-SINGLE DOCUMENT RETRIE VAL on 06/21/2010 | $6.73 |
| 06/21/10 | Computerized Legal Research LEXIS PUBLIC RECORDS-SEARCHES on 06/21/2010 | $37.84 |
| 06/21/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 06/21/2010 | $864.83 |
| 06/21/10 | Computerized Legal Research MATTHEW BENDER SERVICE-DOCUMENT PRINTING on 0 6/21/2010 | $1.68 |
| 06/21/10 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 06/ 21/2010 | $1.69 |
| 06/21/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 06/21/2010 | $5.05 |
| 06/21/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 0 6/21/2010 | $0.98 |
| 06/21/10 | Computerized Legal Research For services rendered from 06/01/10 to 06/30/ 10 for Legal Research - WESTLAW. | $420.29 |
| 06/22/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 0 6/22/2010 | $1.95 |
| 06/22/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 06/22/2010 | $7.14 |
| 06/22/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 06/22/2010 | $13.47 |
| 06/23/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 06/23/2010 | $10.24 |
| 07/06/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 07/06/2010 | $172.69 |
| 07/06/10 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 07/ 06/2010 | $2.10 |
| 07/06/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 0 7/06/2010 | $10.96 |
| 07/06/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 07/06/2010 | $88.19 |
| 07/16/10 | Computerized Legal Research For services rendered from 07/01/10 to 07/31/ 10 for Legal Research - WESTLAW. | $156.37 |
| 07/20/10 | Computerized Legal Research COLLIER SERVICE-SEARCHES on 07/20/2010 | $36.12 |
| 07/20/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 07/20/2010 | $103.65 |
| 07/22/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 07/22/2010 | $23.69 |

TOTAL: HLEG

$5,677.19

PAGE 34                                In Reference To:                          DATE: 8/19/2010
American Home Mortgage
Our File Number:  AMERICA.AHM

ACTIVITY: HTEL

| Date | Description | Amount |
|---|---|---|
| 04/19/10 | Telephone - Joshua Morse- COURT CALL, LLC 1742 LOS ANG ELES CA 52467965 F840420100419111690017 5/17/10. | $30.00 |

TOTAL: HTEL

$30.00

ACTIVITY: INH

| Date | Description | Amount |
|---|---|---|
| 05/04/10 | In-House Reproduction Expense (255 copies @ $.10 per copy). | $25.50 |
| 05/06/10 | In-House Reproduction Expense (2,877 copies @ $.10 per copy). | $287.70 |
| 05/07/10 | In-House Reproduction Expense (84 copies @ $.10 per copy). | $8.40 |
| 05/07/10 | In-House Reproduction Expense (62 copies @ $.10 per copy). | $6.20 |
| 05/13/10 | In-House Reproduction Expense (2 copies @ $.10 per copy). | $0.20 |
| 05/20/10 | In-House Reproduction (30 copies @ $.10 per copy). | $3.00 |
| 05/21/10 | In-House Reproduction Expense (4 copies @ $.10 per copy). | $0.40 |
| 05/27/10 | In-House Reproduction Expense (4 copies @ $.10 per copy). | $0.40 |
| 05/27/10 | In-House Reproduction Expense (4 copies @ $.10 per copy). | $0.40 |
| 05/28/10 | In-House Reproduction Expense (21 copies @ $.10 per copy). | $2.10 |
| 06/01/10 | In-House Reproduction Expense (540 copies @ $.10 per copy). | $54.00 |
| 06/01/10 | In-House Reproduction Expense (925 copies @ $.10 per copy). | $92.50 |
| 06/02/10 | In-House Reproduction Expense (120 copies @ $.10 per copy). | $12.00 |
| 06/29/10 | In-House Reproduction Expense (1,114 copies @ $.10 per copy). | $111.40 |
| 06/30/10 | In-House Reproduction Expense (1,485 copies @ $.10 per copy). | $148.50 |
| 07/09/10 | In-House Reproduction Expense (6 copies @ $.10 per copy). | $0.60 |
| 07/12/10 | In-House Reproduction Expense (4 copies @ $.10 per copy). | $0.40 |
| 07/12/10 | In-House Reproduction (52 copies @ $.10 per copy). | $5.20 |
| 07/12/10 | In-House Reproduction Expense (1 page @ $.10 per copy). | $0.10 |
| 07/13/10 | In-House Reproduction Expense (2 copies @ $.10 per copy). | $0.20 |
| 07/26/10 | In-House Reproduction-Expense (5 copies @ $.10 per copy). | $0.50 |
| 07/26/10 | In-House Reproduction Expense (6 copies @ $.10 per copy). | $0.60 |

Case 07-11047-CSS   Doc 9158-3   Filed 08/20/10   Page 10 of 11

PAGE 35
In Reference To:
American Home Mortgage
Our File Number:  AMERICA.AHM
DATE: 8/19/2010

| Date | Description | Amount |
|---|---|---|
| 07/29/10 | In-House Reproduction Expense (3 copies @ $.10 per copy). | $0.30 |

TOTAL: INH

$760.60

ACTIVITY: POS

| Date | Description | Amount |
|---|---|---|
| 05/21/10 | Postage | $0.44 |

TOTAL: POS

$0.44

ACTIVITY: SCA

| Date | Description | Amount |
|---|---|---|
| 05/20/10 | Scanning Expense (3 pages @ $.10 per page). | $0.30 |
| 05/20/10 | Scanning Expense (3 pages @ $.10 per page). | $0.30 |
| 05/20/10 | Scanning Expense (4 pages @ $.10 per page). | $0.40 |
| 05/20/10 | Scanning Expense (2 pages @ $.10 per page). | $0.20 |
| 05/21/10 | Scanning Expense (2 pages @ $.10 per page). | $0.20 |
| 06/23/10 | Scanning Expense (7 pages @ $.10 per page). | $0.70 |
| 06/28/10 | Scanning Expense (6 pages @ $.10 per page). | $0.60 |
| 06/28/10 | Scanning Expense (17 pages @ $.10 per page). | $1.70 |
| 07/02/10 | Scanning Expense (7 pages @ $.10 per page). | $0.70 |
| 07/06/10 | Scanning Expense (4 pages @ $.10 per page). | $0.40 |
| 07/06/10 | Scanning Expense (4 pages @ $.10 per page). | $0.40 |
| 07/09/10 | Scanning Expense (6 pages @ $.10 per page). | $0.60 |
| 07/09/10 | Scanning Expense (4 pages @ $.10 per page). | $0.40 |
| 07/09/10 | Scanning Expense (4 pages @ $.10 per page). | $0.40 |
| 07/12/10 | Scanning Expense (3 pages @ $.10 per page). | $0.30 |
| 07/13/10 | Scanning Expense (4 pages @ $.10 per page). | $0.40 |
| 07/13/10 | Scanning Expense (2 pages @ $.10 per page). | $0.20 |
| 07/26/10 | Scanning Expense (2 pages @ $.10 per page). | $0.20 |
| 07/26/10 | Scanning Expense (4 pages @ $.10 per page). | $0.40 |

| Date | Description | Amount |
|---|---|---|
| 07/28/10 | Scanning Expense (1 page @ $.10 per page). | $0.10 |

TOTAL: SCA

$8.90

ACTIVITY: TRA

| Date | Description | Amount |
|---|---|---|
| 06/14/10 | Travel & Transportation - Trave agent service fee for Ms. Irving's trip to Delaware on 06/28/10 - 06/30/10. | $35.00 |
| 06/14/10 | Travel & Transportation - Round trip airfare expense for Ms. Irving on 06/28/10 - 06/30/10 (lax - phl; full fare coach; reduced from actual). | $962.00 |
| 06/14/10 | Travel & Transportation - Travel agen service fee for Mr. Morris' trip to Delaware on 06/28/10 - 06/30/10. | $35.00 |
| 06/14/10 | Travel & Transportation - Round trip airfare expense for Mr. Morris on 06/28/10 - 06/30/10 (TPA - PHL; full fare coach; reduced from actual). | $962.00 |

TOTAL: TRA

$1,994.00

TOTAL ALL ACTIVITIES:　　　　　　　　　　　　　　　　　　　　　　　　　　$11,158.39