## VERIFICATION

STATE OF CALIFORNIA        )
                           ) SS:
COUNTY OF LOS ANGELES      )

Joshua D. Morse, after being duly sworn according to law, deposes and says:

a) I am a member of the applicant firm, Hennigan, Bennett & Dorman LLP, and have been admitted to the Bar of the State of California since 2000.

b) I have personally performed many of the legal services rendered by Hennigan, Bennett & Dorman LLP as special conflicts counsel to the Official Committee of Unsecured Creditors (collectively, the "Committee"), and am thoroughly familiar with all other work performed on behalf of the Committee by the lawyers in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

_____
Joshua D. Morse

SWORN AND SUBSCRIBED before me
this 19th day of August, 2010.

_____
Notary Public
My Commission Expires: October 22, 2010



ELYSA EFFNER
Commission # 1695734
Notary Public - California
Los Angeles County
My Comm. Expires Oct 22, 2010

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _Los Angeles_

On _August 19, 2010_ before me, _Elysa Effner, Notary_,
         Date                              Here Insert Name and Title of the Officer

personally appeared _Joshua D. Morse_
                           Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Elysa Effner_
                  Signature of Notary Public

**ELYSA EFFNER**
Commission # 1695734
Notary Public - California
Los Angeles County
My Comm. Expires Oct 22, 2010

Place Notary Seal Above

———————————— **OPTIONAL** ————————————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5907    Reorder: Call Toll-Free 1-800-876-6827