IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
)
American Home Mortgage Investment Corp. ) Case No. 07-11048
)
Debtor. )

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

| | | | |
|---|---|---|---|
| Debtor's Name: | American Home Mortgage Investment Corp. | Bank: | Various |
| Bankruptcy Number: | 07-11048 | Account Number: | Various |
| Date of Confirmation: | 2/23/2009 | Account Type: | Various |
| Reporting Period (month/year): | April 1, 2010 through June 30, 2010 | | |

| | | |
|---|---:|---:|
| Beginning Cash Balance: | $155,757,569 | |
| All receipts received by the debtor: | | |
| Cash Sales: | $0 | |
| Collection of Accounts Receivable: | $6,100,857 (a) | |
| Proceeds from Litigation (settlement or otherwise): | $4,000,000 | |
| Sale of Debtor's Assets: | $1,489,122 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $11,589,979 | |
| Total of cash available: | | $167,347,548 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | |
| Disbursements made under the plan, excluding the administrative claims of the bankruptcy professionals: | $0 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $1,464,729 | |
| All other disbursements made in the ordinary course: | $157,259,304 | |
| Total Disbursements | | $158,724,033 (b,c) |
| Ending Cash Balance | | $8,623,515 |

| | |
|---|---:|
| Total Disbursements | $158,724,033 |
| Less: Transfers to Debtor in Possession Accounts | ($736,460) (b) |
| Less: Non-cash Transaction Related to the Write-off of Cash Collateral for Securities | ($150,799,968) (c) |
| **Total Disbursements for Calculating U.S. Trustee Quarterly Fees** | **$7,187,606** |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: August 18, 2010     Name/Title: _____
Kevin Nystrom
Chief Restructuring Officer

Notes:
(a) The accounts receivable line above includes $5.3 million in transfers from American Home Mortgage Corp (Debtor in Possession) accounts, a $536 thousand transfer from an American Home Mortgage Acceptance (Debtor in Possession) account and a $355 thousand transfer from a Great Oak Abstract (Debtor in Possession) account
(b) The all other disbursements made in the ordinary course line above includes a $736 thousand transfer to American Home Mortgage Corp (Debtor in Possession) account
(c) Relates to the write off of $151 million in cash collateral for securities held for various Repo counterparties

American Home Mortgage Investment Corp. - Case No. 07-11048
Parent-Only Statements of Financial Condition

|  | 8/5/2007 | 6/30/2010 |
|---|---:|---:|
| **ASSETS** | | |
| Cash and cash equivalents | $ 1,832,906 | $ 8,623,515 |
| Restricted cash | 150,799,967 | - |
| Accounts receivable | 2,861,619 | 76,108 |
| Intercompany receivable | 1,320,448,267 | 32,596,963 |
| Securities | 1,422,346,044 | 2,563,536 |
| Derivative assets | 17,769,854 | - |
| Investment in subsidiaries | (183,269,746) | (2,457,760,321) |
| Other assets | 11,876 | - |
| Total assets | $ 2,732,800,787 | $ (2,413,900,199) |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| | | |
| **Liabilities:** | | |
| Reverse repurchase agreements | $ 1,411,711,505 | $ - |
| Junior subordinated note | 180,416,000 | 180,416,000 |
| Derivative liabilities | 2,273,147 | 53,817,031 |
| Accrued expenses and other liabilities | 88,799,755 | 250,251,191 |
| Intercompany payable | 572,639,754 | 586,136,872 |
| Total liabilities | $ 2,255,840,161 | $ 1,070,621,094 |
| | | |
| **Stockholders' Equity:** | | |
| Preferred stock - Series A | $ 50,856,875 | $ 50,856,875 |
| Preferred stock - Series B | 83,183,125 | 83,183,125 |
| Common stock | 543,074 | 543,074 |
| Additional paid-in capital | 1,057,864,155 | 1,057,864,155 |
| Retained earnings | (715,486,603) | (4,676,968,522) |
| Total stockholders' equity | $ 476,960,626 | $ (3,484,521,293) |
| | | |
| Total liabilities and stockholders' equity | $ 2,732,800,787 | $ (2,413,900,199) |

|  | 8/5/2007 | 6/30/2010 |
|---|---:|---:|
| Other Assets: | | |
| Prepaid expenses | $ 11,876 | $ - |
| Total Other Assets | $ 11,876 | $ - |
| | | |
| Accrued expenses and other liabilities: | | |
| Accrued expenses | $ 4,033,799 | $ 3,900,051 |
| Accrued interest payable - repo payable | 3,768,482 | - |
| Payable for matured repos | 39,688,298 | 205,041,964 |
| Dividends payable | 41,309,176 | 41,309,176 |
| Total Accrued expenses and other liabilities | $ 88,799,755 | $ 250,251,191 |