IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Ventures, LLC | ) | Case No.    07-11052 |
| | ) | |
| Debtor. | ) | |

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

| | | | | |
|---|---|---|---|---|
| Debtor's Name: | American Home Mortgage Ventures, LLC | | Bank: | Various |
| Bankruptcy Number: | 07-11052 | | Account Number: | Various |
| Date of Confirmation: | 2/23/2009 | | Account Type: | Various |
| Reporting Period (month/year): | April 1, 2010 through June 30, 2010 | | | |

| | | |
|---|---|---|
| Beginning Cash Balance: | | $623,049 |
| **All receipts received by the debtor:** | | |
| Cash Sales: | | $0 |
| Collection of Accounts Receivable: | | $0 |
| Proceeds from Litigation (settlement or otherwise): | | $0 |
| Sale of Debtor's Assets: | | $0 |
| Capital Infusion pursuant to the Plan: | | $0 |
| Total of cash received: | | $0 |
| Total of cash available: | | $623,049 |
| **Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:** | | |
| Disbursements made under the plan, excluding the administrative claims of the bankruptcy professionals: | | $0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | | $0 |
| All other disbursements made in the ordinary course: | | $0 |
| Total Disbursements | | $0 |
| Ending Cash Balance | | $623,049 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| Date:    August 18, 2010 | Name/Title: |
| | Kevin Nystrom |
| | Chief Restructuring Officer |

**American Home Mortgage Ventures, LLC - Case No. 07-11052**
**Parent-Only Statements of Financial Condition**

|  | 8/5/2007 | 6/30/2010 |
|---|---|---|
| **ASSETS** | | |
| Cash and cash equivalents | $ 611,549 | $ 623,049 |
| Intercompany receivable | 15,640 | - |
| Premises and equipment, net | 2,200 | - |
| Other assets | 568 | 568 |
| Total assets | $ 629,957 | $ 623,617 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **Liabilities:** | | |
| Accrued expenses and other liabilities | $ 625 | $ - |
| Intercompany payable | 155,651 | 171,832 |
| Total liabilities | $ 156,276 | $ 171,832 |
| **Stockholders' Equity:** | | |
| Additional paid-in capital | $ 395,500 | $ 395,500 |
| Retained earnings | 78,181 | 56,285 |
| Total stockholders' equity | $ 473,681 | $ 451,785 |
| Total liabilities and stockholders' equity | $ 629,957 | $ 623,617 |

|  | 8/5/2007 | 6/30/2010 |
|---|---|---|
| Other Assets: | | |
| Other | $ 568 | $ 568 |
| Total Other Assets | $ 568 | $ 568 |
| Accrued expenses and other liabilities: | | |
| Accrued payroll expense | $ 625 | $ - |
| Total Accrued expenses and other liabilities | $ 625 | $ - |