IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )   Chapter 11
)
Homegate Settlement Services Inc. )   Case No.    07-11053
)
Debtor. )

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

| | | | |
|---|---|---|---|
| Debtor's Name: | Homegate Settlement Services Inc. | Bank: | N/A |
| Bankruptcy Number: | 07-11053 | Account Number: | N/A |
| Date of Confirmation: | 2/23/2009 | Account Type: | N/A |
| Reporting Period (month/year): | April 1, 2010 through June 30, 2010 | | |

Beginning Cash Balance: $0

All receipts received by the debtor:

Cash Sales: $0

Collection of Accounts Receivable: $0

Proceeds from Litigation (settlement or otherwise): $0

Sale of Debtor's Assets: $0

Capital Infusion pursuant to the Plan: $0

Total of cash received: $0

Total of cash available: $0

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of the bankruptcy professionals: $0

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $0

All other disbursements made in the ordinary course: $0

Total Disbursements $0

Ending Cash Balance $0

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: August 18, 2010                     Name/Title: _____
                                                        Kevin Nystrom
                                                        Chief Restructuring Officer

Homegate Settlement Services, Inc. - Case No. 07-11053
Parent-Only Statements of Financial Condition

|  | 8/5/2007 | 6/30/2010 |
|---|---:|---:|
| **ASSETS** | | |
| Cash and cash equivalents | $ 22,184 | $ - |
| Restricted cash | 2,842 | - |
| Intercompany receivable | 106,617 | - |
| Premises and equipment, net | 233,715 | - |
| Total assets | $ 365,358 | $ - |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **Liabilities:** | | |
| Accrued expenses and other liabilities | $ 2,915,241 | $ 2,343,230 |
| Intercompany payable | 8,290,600 | 9,034,831 |
| Income taxes payable | 3,671 | - |
| Total liabilities | $ 11,209,512 | $ 11,378,061 |
| **Stockholders' Equity:** | | |
| Additional paid-in capital | $ 250,000 | $ 250,000 |
| Retained earnings | (11,094,154) | (11,628,061) |
| Total stockholders' equity | $ (10,844,154) | $ (11,378,061) |
| Total liabilities and stockholders' equity | $ 365,358 | $ - |

|  | 8/5/2007 | 6/30/2010 |
|---|---:|---:|
| Accrued expenses and other liabilities: | | |
| Accrued expenses | $ 2,811,769 | $ 2,316,224 |
| Accrued payroll expense | 76,466 | - |
| Deferred compensation plan liability | 27,006 | 27,006 |
| Total Accrued expenses and other liabilities | $ 2,915,241 | $ 2,343,230 |