IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al., | ) | Case No. 07-11047 (CSS) |
| | ) | Courtroom 6 |
| | ) | 824 Market Street |
| Debtors. | ) | Wilmington, Delaware |
| | | August 16, 2010 |
| | | 10:06 a.m. |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors: Young Conaway Stargatt & Taylor
BY: PAULINE MORGAN, ESQ.
BY: SHARON ZIEG, ESQ.
BY: MARGARET W. GREECHER, ESQ.
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE 19801
(302) 571-6600

ECRO: JENNIFER PASIERB

Transcription Service: DIAZ DATA SERVICES
331 Schuylkill Street
Harrisburg, Pennsylvania 17110
(717) 233-6664
www.diazdata.com

Proceedings recorded by electronic sound recording; transcript produced by transcription service

APPEARANCES:
(Continued)

| | |
|---|---|
| For The Official Committee Of Unsecured Creditors: | Hahn & Hessen LLP<br>BY: MARK S. INDELICATO, ESQ.<br>BY: JOHN P. MCCAHEY, ESQ.<br>BY: ROBERT J. MALATAK, ESQ.<br>488 Madison Avenue<br>New York, NY 10022<br>(212) 478-7200 |
| | Blank Rome LLP<br>BY: VICTORIA A. GUILFOYLE, ESQ.<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801<br>(302) 425-6400 |
| For US Bank: | Womble Carlyle Sandridge & Rice<br>BY: KEVIN J. MANGAN, ESQ.<br>222 Delaware Avenue<br>Wilmington, DE 19801<br>(302) 252-4320 |
| | Aronauer Re & Yudell, LLP<br>BY: KENNETH YUDELL, ESQ.<br>444 Madison Avenue<br>17th Floor<br>New York, NY 10022<br>(212) 755-6000 |
| For the Official Committee Of Borrowers: | Gilbert LLP<br>BY: W. HUNTER WINSTEAD, ESQ.<br>BY: STEPHEN A. WEISBROD, ESQ.<br>1100 New York Avenue, NW<br>Suite 700<br>Washington, DC 20005<br>(202) 772-2200 |
| | Zuckerman Spaeder LLP<br>BY: THOMAS G. MACAULEY, ESQ.<br>919 Market Street Suite 990<br>P.O. Box 1028<br>Wilmington, DE 19801<br>(302) 427-0400 |
| For Bank of America As Agent: | Potter Anderson Corroon LLP<br>BY: LAURIE SELBER SILVERSTEIN<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000 |

APPEARANCES:
(Continued)

| | |
|---|---|
| For the U.S. Trustee: | Office of the U.S. Trustee<br>BY: MARK KENNEY, ESQ.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491 |
| For Deloitte & Touche LLP: | Skadden Arps<br>BY: MARK S. CHEHI, ESQ.<br>BY: JEREMY BERMAN, ESQ.<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899<br>(302) 651-3000 |

TELEPHONIC APPEARANCES:

| | |
|---|---|
| For Elisabeth Jackson: | Elisabeth Jackson, In Pro Per<br>(703) 378-6750 |
| For Bank of America: | Willkie Farr & Gallagher LLP<br>BY: ANA M. ALFONSO, ESQ.<br>(212) 728-8244 |

WILMINGTON, DELAWARE, MONDAY, AUGUST 16, 2010, 10:06 A.M.

THE CLERK: All rise.

THE COURT: Please be seated.

MS. MORGAN: Good morning, Your Honor. Pauline Morgan from Young Conaway Stargatt and Taylor on behalf of the debtors.

THE COURT: Good morning.

MS. MORGAN: Your Honor, as you know from the agenda, Items 1 through 21 are either adjourned by agreement or resolved, and orders have been entered on matters 23 through 25, and we thank the Court for that.

Your Honor, we have a request to take the agenda out of order if it's acceptable to the Court. The parties on Matter Number 29, the last item, the pretrial conference in the committee versus the Deloitte action, I think one of the counsel has an appointment with another judge and would like to go first. So if that's all right with the Court --

THE COURT: That's fine with -- if the parties agree, it's fine with me.

MS. MORGAN: Thank you, Your Honor. I'll yield the podium to Mr. McCahey.

MR. MCCAHEY: Good morning, Your Honor. John McCahey from the firm of Hahn and Hessen. We're the attorneys for the Official Committee of Unsecured Creditors, which is the plaintiff in the adversary proceeding, which is being the

subject of the hearing today that's been brought against Deloitte and Touche. The committee brought that adversary proceeding pursuant to stipulation with the debtors and order of the Court on June 8th. The adversary proceeding was commenced on June the 11th. Allegations in the adversary proceeding are against Deloitte and Touche in connection with this order of the debtors' 2006 financial statement and order of the internal controls.

Deloitte filed an answer this past Thursday on August 12th. Deloitte is represented by the firm Skadden Arps in the -- and here today are Mr. Chehi and Mr. Berman.

THE COURT: Good morning, Mr. Chehi.

MR. MCCAHEY: The purpose of this hearing, Your Honor, is the initial scheduling conference. The parties have conferred, and subject to the Court's approval, have agreed upon a scheduling order, which with the Court's permission I would like to hand up.

THE COURT: Yes.

MR. MCCAHEY: May I approach?

THE COURT: Yes. Thank you.

MR. MCCAHEY: Your Honor, with the Court's permission, I will briefly go through the paragraphs in the scheduling order?

THE COURT: Yes, that's fine.

MR. MCCAHEY: Okay. Paragraph 1 deals with the

discovery planning conference scheduled by Rule 26(f). The parties agree that that conference shall be held no later than September the 17th, 2010.

Paragraph 2 provides that the parties shall exchange their initial disclosures on or before September 14th, 2010.

Paragraph 3 provides that the party understands that one or more sides may find a need to depose more than 10 -- to take more than 10 depositions of fact witnesses. The parties will endeavor to reach an agreement as to the appropriate amount with that -- with Court approval. All fact discovery shall be completed by September 30th, 2011. The parties shall exchange expert reports by October 31st, 2011 and all expert discovery shall be completed January 31st, 2012.

Paragraph 7 deals with discovery disputes and the parties have agreed that in the event there is a dispute they will contact the Court first to see whether it can be resolved.

Paragraph 8 requests -- provides that the parties shall attempt to reach an agreement on appropriate confidentiality order, and I believe that Deloitte has raised some issues with that. We will see what we can agree to that.

All motions to amend the pleadings shall be governed by the federal rules. Paragraph 10, all dispositive motions shall be filed on or before February 29th, 2012. Any party may at any time request a status conference, or the Court may schedule a status conference on its own initiative.

Paragraph 12 provides for a final status conference on a date to be determined, in which trial dates would be set.

Paragraph 13 provides that if the parties agree, or any of them believe that settlement mediation will be beneficial, they may advise the Court and request the entry of an appropriate order.

And finally -- it also provides that the parties shall comply with your -- the general order trial procedures set by Your Honor, and that the deadline set can be modified by stipulation with Court approval or by the Court on its own initiative.

THE COURT: Okay.

MR. MCCAHEY: Okay. All right, Your Honor, that's it. If the order is satisfactory, we'd ask that it be entered. I guess the only other issue, Your Honor, is that the scheduling of another pretrial conference date. I discussed it with Mr. Chehi; we think that it may be helpful maybe end -- by the end of the year to hold a date, so this way the Court can see how the parties are proceeding in discovery, if any issues have arrived (sic), if that's satisfactory to you.

THE COURT: All right. Well, let me hear from Mr. Chehi.

MR. CHEHI: Good morning, Your Honor, thank you. Mr. McCahey, I think, dutifully went through the order. He had mentioned the confidentiality agreement; we really don't have

any issues there. I think we just agree that we'll prepare a form of confidentiality order submitted to them. I assume we'll be able to work that out as usual.

The -- you know, a date -- whatever Your Honor wants to set, if any, at this time for a further status conference in the case is agreeable to us. And I know that the Court has more recently than not indicated on the dockets of cases when answers are filed that there's some sort of mediation deadline of some sort that's now being entered on the dockets and we're not sure whether there's a mediation protocol that has to be instituted in this case or not?

THE COURT: That should only apply to cases asserting preferences or fraudulent conveyances under Sections 547 and 548 respectively.

MR. CHEHI: Very good, Your Honor. We just noted that on the docket of our case there's -- I think there's an automated mediation deadline of some sort; it was specified as December 10th. We just wanted to visit that with Your Honor to make sure that should apply or not.

THE COURT: I'll orally moot that and approach it as necessary going forward.

MR. CHEHI: Very good, Your Honor. I think that covers the ground here.

THE COURT: All right. I have an omnibus on November 18th at 10:00 so let's just do that. That's my last

one on my calendar.

MR. CHEHI: Very good.

THE COURT: Okay. So I'll see you on November 18th. I'll enter the order. You know, my initial term expires in 2020 and I'm hopeful, although not overly hopeful, that American Home will be closed by then, but we'll see. We'll see.

MR. CHEHI: Thank you, Your Honor.

THE COURT: You're welcome.

MR. CHEHI: Maybe it will be effective by then.

MS. MORGAN: Your Honor, again for the record, Pauline Morgan for the debtors. The debtors certainly hope that you don't have to put up with us too much longer.

Your Honor, if I may go back to where we left off on the agenda, which I believe is Item 26. That is the debtors' motion to authorize American Home Mortgage Holdings to form a special purpose entity subsidiary and to transfer its right to receive certain assets as dividends from American Home Bank to that special purpose entity. Your Honor, there were no objections to the motion, but I know you have not signed the order. I'm prepared to walk through it. I'm not sure if you had any questions?

THE COURT: If I didn't sign it, it's -- it was a mistake.

MS. MORGAN: Oh.

THE COURT: So if you have an order, I'll sign it.

MS. MORGAN: We do, Your Honor. May I approach?

THE COURT: Yes. Thank you. Occasionally a paper gets lost. Okay.

MS. MORGAN: Thank you, Your Honor. The next item on the agenda is Item 27, it's the borrowers' committee and certain individual borrowers' motion related to discovery. Your Honor, I hope you got the message we left for chambers late Friday afterhours. We did, I think, achieve a settlement in principal with the borrowers' committee and three individual borrowers, Ms. Dandridge (phonetic), Ms. Crawford (phonetic) and Ms. Montague (phonetic), who are represented by counsel. I don't believe they're on the phone or in the courtroom.

We did circulate a term sheet for a settlement. My understanding, and I will cede the podium shortly to Mr. Winstead, is that he's not able to get all of -- was not able to get all of the borrowers to sign off. So I don't think we're prepared to hand up something, but I can say in general, we have agreed for borrowers -- not the borrowers' committee, but the borrowers to conduct discovery, which is what we always contemplated would happen under the plan and the confirmation order, to allow them to defend themselves in foreclosure actions and to bring third-party actions. But we believe the settlement, again that is still in principal and not prepared to go before you, is proper in scope and does not unnecessarily

burden the estate in terms of manpower or cost.

THE COURT: Okay.

MS. MORGAN: I will cede the podium to Mr. Winstead for more information. Thank you.

THE COURT: Mr. Winstead?

MR. WINSTEAD: Good morning, Your Honor. Hunter Winstead, Gilbert LLP, appear on behalf of the Official Committee of Borrowers. We agree with debtors' counsel that an agreement in principal was reached on Friday. We've been contact -- in contact with all of the individual borrower movants since Friday. Three of them have provided authority for us to enter into this settlement. We are working on getting a hold of and getting authority to enter into the settlement on behalf of the other three.

The material terms of the agreement are that stay relief will be available to all borrowers, including borrowers in cases where American Home is a nominal defendant. These borrowers will be authorized to conduct a review of the debtors' hardcopy documents. The review will also extend to electronically stored documents, including emails. The debtors will be obligated under the agreement to preserve documents, absent further order from the Court. The documents will be -- the review will be conducted subject to appropriate confidentiality and privilege agreements. Prior to such review, the borrowers will be provided with indices and will be

allowed to interview one American Home employee, so that their review will be focused and guided.

Following their review and designation of documents for preservation and production, borrowers will be allowed to solicit deposition testimony from one American Home employee for the purpose of authenticating such documents and disputes under the agreement will be resolved in this Court, including disputes regarding privilege and confidentiality.

So those are the terms that we have recommended to all six of the individual borrower movants and to the borrowers' committee. We will work in the coming weeks to obtain the consent of the remaining three individual movants to the settlement as well as the borrowers' committee.

THE COURT: All right. Thank you.

MR. WINSTEAD: Thank you.

THE COURT: Anyone else?

MS. MORGAN: Your Honor, again for the record, Pauline Morgan. I just want to expand on one thing that Mr. Winstead said, and I agree with the terms that he's read. On the privilege issue, the mechanics of the proposal is basically that the borrowers conduct the discovery at their expense and the debtors don't have to pay lawyers or individuals to review thousands of boxes of documents for privilege. And there is a claw back provision such that if whatever they find they share with us and we have a right to claw back anything that we

believe is privileged, subject of course to their right to move to compel.

THE COURT: Okay.

MS. MORGAN: But, Your Honor, with that, we're hopeful that we don't have to come before you with these discovery disputes in the future.

THE COURT: All right. Let me look at my calendar here.

MS. MORGAN: Your Honor, I understand the next omnibus is September 23rd.

THE COURT: All right. Let's continue it to that date. Of course, in the interim if you finalize the agreement you may submit it under certification of counsel. I don't think that is the next omnibus date. Oh, these are way -- whoa, whoa, whoa, whoa, I'm looking at the -- I'm sorry. I'm looking at old dates. You said September 23rd?

MS. MORGAN: Yes, Your Honor.

THE COURT: Yeah, you're correct. Okay. All right, we'll continue it to September 23rd at 11:30 a.m., but in the interim you may submit the settlement under certification.

MS. MORGAN: Thank you very much, Your Honor.

THE COURT: You're welcome.

MS. MORGAN: Your Honor, I will cede the podium to my partner, Ms. Zieg, for the last item on the agenda.

THE COURT: Okay.

MS. ZIEG: Good morning, Your Honor. Sharon Zieg on behalf of Young Conaway Stargatt and Taylor on behalf of the debtors. Your Honor, I'll be addressing the 28th item on the agenda, which is AHM's motion to compel filed against Park National Bank. To the extent Your Honor would like some background about the issues that the --

THE COURT: No, I've read the papers and I recall the exchanges in the past.

MS. ZIEG: Thank you, Your Honor. With respect to what exactly it is that the debtors are seeking in the motion to compel, the debtors are seeking an order of this Court to compel Park National Bank, which I'll refer to as PNB, to produce documents and respond to interrogatories that are identified in the motion. It's a little bit difficult in the motion to identify the specific document requests and interrogatories, which is why we attached the document request and interrogatories to the motion because Park National Bank has made a broad objection and has refused to produce any documents or respond to any interrogatories with respect to the scope of December 31st, 2009 to the present, even though that is the scope of the interrogatories as set forth in the instructions, which is on Page 11 of the document request. To the extent the Court would like a copy of those document requests, I can hand them up now.

THE COURT: I have the documents here.

MS. ZIEG: Okay, Your Honor. Ironically, Your Honor, Park National Bank has the same scope in their discovery request, which is all documents from the petition date to the end of that scope is open-ended. And in fact in a deposition last week they asked us to produce documents post-December 31st, 2009, but they are objecting to production of any documents or responding to any interrogatories on the basis of relevance, and that is their sole objection; relevance.

The debtors would assert that that objection is unfounded and contrary to the federal rules and well recognized law of this circuit. I'm sure Your Honor is aware that under Rule 26(b)(1) that the debtors are entitled to obtain discovery regarding any matter, not privileged, that is relevant to a claim or defense of any party. And that this Court -- the Third Circuit has a well recognized precedent that federal rules allow broad and liberal discovery. Relevant --

THE COURT: It's not just that it's relevant, it's that it may lead to the admission of relevant evidence.

MS. ZIEG: Yes, Your Honor, and we're talking about relevance in terms of discovery, which is even more broad than relevance in terms of a hearing. And at which point Your Honor can determine whether the information is relevant and keep it out of evidence to the extent it deems necessary. And moreover, Your Honor, with respect to what types of documents and responses the debtors are looking to, we're talking about

value of the property, expenses of the property, whether they're reasonable and necessary, a benefit to Park National Bank. These are the three essential elements to a 506(c) claim. The fact that they're asserting an objection of relevance is -- I'm sorry, unfortunately absurd. It's highly prejudicial to the debtors that they are not allowed to obtain discovery on those three issues where value is a threshold issue for whether or not there is a 506(c) claim.

And in fact, Park National Bank in their objection doesn't even assert any argument that there's some prejudice to them in producing these documents, only that they're not relevant because their theory of the case is that value should be determined on August 6th, 2007, the petition date. Just because their theory of the case is that does not mean that the debtors aren't entitled to discovery. And in fact, the debtors' theory of the case is that value is determined as of no particular date, other than potentially date of abandonment or moving forward. And how can value on a property that's never been sold not be relevant just because it's six months later.

THE COURT: All right. Let me hear from --

MS. ZIEG: Thank you, Your Honor.

THE COURT: You're welcome.

MR. YUDELL: Good morning, Your Honor. Kenneth Yudell, Aronauer, Re and Yudell, on behalf of U.S. Bank,

successor in interest to Park National Bank. Your Honor, you're aware of what this motion -- this contested proceeding is about. This contested proceeding is about a 506(c) claim for expenses that were incurred by the debtors. Park National has produced documents regarding all of the issues that counsel has suggested from the petition date through the date of abandonment on December 31, 2009. While debtors may not be happy with the values, debtors may not be happy with the fact that they listed the property for two-and-a-half-million dollars, there is no relevance -- no possible relevance to a sale price or to what Park National was thinking in April, May or June of 2010. There is no way -- there's no possibility that that's a valuation date for purposes of this hearing.

At the most, the latest possible date of evaluation date is either December 17 or December 31. On December 17, Your Honor's order terminated Park National's -- terminated debtors' obligation to maintain the property and to incur expenses chargeable to Park National without Park National's consent. On December 31, 2009 the property was abandoned. The fact that there was a foreclosure sale in May of 2010, the fact that Park National bid at that foreclosure sale has no bearing on what the value was in December of 2009, or more appropriately in August of 2007 which is the appropriate date for valuation in the hearing.

The fact that -- the mere fact that the debtors are

saying well, gee we don't know when the date is, it may be some date in the future doesn't provide a substantial legal basis for the discovery that they are requesting. Yes, discovery is broad, but as the Supreme Court and this Court has stated on numerous occasions, it is not limitless. The limits, Your Honor -- well, what the debtor is requesting is beyond those limits. This is not a 2004 proceeding, this is not a -- this is instead discovery governed by Rule 7026 and Federal Rule 26.

The -- Park National has shown and has asserted, Your Honor, and I believe they have proven that these documents are not relevant. The burden is then shifted back to the debtors to prove the relevance of these documents. All I have heard from debtors' counsel, both in discussions and at this hearing and in their papers is of course the documents are relevant. Well, what Park National was thinking at any time, much less in May of 2010, can have no bearing on the issues that are before this Court.

Again, 506(c) requires a debtor to prove the debtor's intent in making the expenses. 506(c) requires the debtor to prove a direct benefit to Park National Bank. What Park National Bank thought the property was worth, what Park National Bank thought of what the debtors' actions were is not relevant to those issues, the very narrow issues that 506(c) requires, and those very narrow issues that are before this Court.

THE COURT: Thank you. Reply?

MS. ZIEG: Your Honor, Sharon Zieg again for the record on behalf of the debtors. Reasonableness of expenses is an issue that -- what Park National Bank is thinking in terms of the type of expenditures that are being made on the property --

THE COURT: All right. Let me ask you to specifically articulate for me, if you can, the relevance of any evidence after December 30 -- I'm sorry, can you hear me?

MS. ZIEG: I'm listening.

THE COURT: You look puzzled.

MS. ZIEG: I'm having a hard time, but I'm --

THE COURT: I'll try that again. I apologize. I'd like you to articulate for me, as specifically as possible, the relevance of evidence that exists post-December 31, 2009.

MS. ZIEG: I can do it by category as well. It's relevant in terms of value, the amount that was credit bid on the property at the foreclosure sale is relevant to the value of the property. In addition, if there were other bids at the foreclosure sale that's relevant to the value of the property. To the extent -- in terms of expenses, to the extent that during the period between the foreclosure sale and foreclosure when the receiver was appointed, the expenses that Park National Bank authorized that receiver to expend funds on is indicative of what was reasonable and necessary to preserve the

property.

In addition, moving forward after the foreclosure sale, expenses that Park National Bank -- and I'm assuming that Park National Bank at this point in time was the successful bidder at the foreclosure sale -- we do not know because they won't confirm that. The fact that a foreclosure sale occurred in May and that the bank credit bid at the foreclosure sale is not information that Mr. Yudell has provided to us even to this date. And in addition, Your Honor, those documents aren't available on the public record. We tried to pull them from the docket, but they're not in the record. I don't exactly know why.

So to the extent that's your question as far as relevance, all of those issues are relevant to the key issues in this proceeding.

THE COURT: Okay.

MS. ZIEG: And before I digress for a moment, I just want to make -- we're focusing on the post-December 31st, 2009. Those aren't the only document requests and only interrogatories that Park National has refused to answer or has provided inadequate answers to.

THE COURT: All right.

MS. ZIEG: Would you like me to go through --

THE COURT: Nope, you can sit down. I'm going to grant your motion in its entirety. I find that this evidence

has clearly on its face been relevant to the issues before the Court. The Park National's Bank opposition has no ground whatsoever in the law or in the facts of this case. I'm going to grant the motion. I'm going to award fees and expenses for bringing the motion. Please submit an order under certification of counsel.

MS. ZIEG: Thank you, Your Honor.

THE COURT: Anything else? We're adjourned.

MS. ZIEG: Thank you, Your Honor.

(Whereupon at 10:30 a.m., the hearing was adjourned)

CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

Stephanie McMeel    August 20, 2010

Stephanie McMeel
AAERT Cert. No. 452
Certified Court Transcriptionist

**Word** Page:Line

**26(b)(1**(1) 15:12
**________________debtors.___** 1:13
**a.m**(4) 1:16 4:1 13:19 21:10
**abandoned**(1) 17:19
**abandonment**(2) 16:17 17:7
**able**(3) 8:3 10:16 10:16
**about**(5) 14:6 15:19 15:25 17:3 17:3
**above-entitled**(1) 21:14
**absent**(1) 11:22
**absurd**(1) 16:5
**acceptable**(1) 4:13
**achieve**(1) 10:9
**action**(1) 4:15
**actions**(3) 10:23 10:23 18:22
**addition**(3) 19:19 20:2 20:9
**addressing**(1) 14:3
**adjourned**(3) 4:9 21:8 21:10
**admission**(1) 15:18
**adversary**(4) 4:25 5:2 5:4 5:5
**advise**(1) 7:5
**aert**(1) 21:19
**after**(2) 19:9 20:2
**afterhours**(1) 10:9
**again**(6) 9:11 10:24 12:17 18:18 19:2
**against**(3) 5:1 5:6 14:4
**agenda**(6) 4:9 4:12 9:15 10:6 13:24 14:4
**agent**(1) 2:48
**agree**(7) 4:19 6:2 6:20 7:3 8:1 11:8 12:19
**agreeable**(1) 8:6
**agreed**(3) 5:15 6:15 10:19
**agreement**(9) 4:9 6:9 6:18 7:25 11:9 11:15 11:21 12:7 13:12
**agreements**(1) 11:24
**ahm's**(1) 14:4
**alfonso**(1) 3:25
**all**(25) 4:2 4:17 6:10 6:12 6:21 6:22 7:13 7:21 8:24 10:16 10:17 11:10 11:16 12:10 12:14 13:7 13:11 13:18 15:3 16:21 17:5 18:12 19:7 20:14 20:22
**allegations**(1) 5:5
**allow**(2) 10:22 15:16
**allowed**(3) 12:1 12:4 16:6
**also**(2) 7:7 11:19
**although**(1) 9:5
**always**(1) 10:20
**amend**(1) 6:21
**america**(2) 2:47 3:24
**american**(6) 9:6 9:16 9:18 11:17 12:1 12:5
**amount**(2) 6:10 19:17
**ana**(1) 3:25
**and**(83) 4:5 4:10 4:11 4:16 4:23 5:2 5:3 5:6 5:7 5:11 5:11 5:15 6:12 6:14 6:19 7:5 7:7 7:9 8:6 8:9 8:14 8:20 9:5 9:17 10:6 10:10 10:12 10:15 10:21 10:23 10:24 10:25 11:13 11:24 11:25 12:2 12:3 12:4 12:6 12:8 12:10 12:19 12:21 12:23 12:25 14:2 14:7 14:13 14:15 14:17 14:18 15:4 15:8 15:10 15:10 15:14 15:16 15:19 15:21 15:22 15:23 15:25 16:2 16:9 16:15 16:18 16:25 17:17 18:4 18:8 18:9 18:10 18:13 18:14 18:24 19:22 19:25 20:3 20:7 20:9 20:17 20:19 21:4
**anderson**(1) 2:47
**another**(2) 4:16 7:16
**answer**(2) 5:9 20:20
**answers**(2) 8:8 20:21
**any**(16) 6:23 6:24 7:4 7:19 8:1 8:5 9:22 14:18 14:19 15:6 15:7 15:13 15:14 16:10 18:15 19:9
**anyone**(1) 12:16
**anything**(2) 12:25 21:8
**apologize**(1) 19:13
**appear**(1) 11:7
**appearances**(1) 3:19
**apply**(2) 8:12 8:19
**appointed**(1) 19:23
**appointment**(1) 4:16
**approach**(3) 5:19 8:20 10:2
**appropriate**(5) 6:9 6:18 7:6 11:23 17:23
**appropriately**(1) 17:23
**approval**(3) 5:15 6:10 7:10
**april**(1) 17:11
**are**(26) 4:9 5:6 5:11 7:19 8:8 10:12 11:12 11:15 12:9 13:14 14:10 14:11 14:13 15:6 15:12 15:25 16:3 16:6 17:25 18:3 18:11 18:14 18:17 18:24 19:5 20:14
**aren't**(3) 16:15 20:9 20:19
**argument**(1) 16:10
**aronauer**(2) 2:25 16:25
**arps**(2) 3:11 5:10
**arrived**(1) 7:20
**articulate**(2) 19:8 19:14
**ask**(2) 7:14 19:7
**asked**(1) 15:5
**assert**(2) 15:9 16:10
**asserted**(1) 18:9
**asserting**(2) 8:13 16:4
**assets**(1) 9:18
**assume**(1) 8:2
**assuming**(1) 20:3
**attached**(1) 14:16
**attempt**(1) 6:18
**attorneys**(1) 4:23
**august**(6) 1:15 4:1 5:10 16:13 17:23 21:17
**authenticating**(1) 12:6
**authority**(2) 11:11 11:13
**authorize**(1) 9:16
**authorized**(2) 11:18 19:24
**automated**(1) 8:17
**available**(2) 11:16 20:10
**avenue**(4) 2:8 2:21 2:27 2:35
**award**(1) 21:4
**aware**(2) 15:11 17:2
**back**(4) 9:14 12:24 12:25 18:11
**background**(1) 14:6
**bank**(21) 2:19 2:47 3:24 9:18 14:5 14:12 14:17 15:2 16:3 16:9 16:25 17:1 18:20 18:21 18:22 19:4 19:24 20:3 20:4 20:7 21:2
**bankruptcy**(2) 1:1 1:21
**basically**(1) 12:20
**basis**(2) 15:7 18:2
**bearing**(2) 17:21 18:16
**because**(5) 14:17 16:12 16:14 16:19 20:5
**been**(5) 4:10 5:1 11:9 16:19 21:1
**before**(9) 1:20 6:5 6:23 10:25 13:5 18:17 18:24 20:17 21:1
**behalf**(7) 4:5 11:7 11:14 14:2 14:2 16:25 19:3
**being**(3) 4:25 8:9 19:5
**believe**(7) 6:19 7:4 9:15 10:13 10:23 13:1 18:10
**beneficial**(1) 7:5
**benefit**(2) 16:2 18:20
**berman**(2) 3:13 5:11
**between**(1) 19:22
**beyond**(1) 18:6
**bid**(3) 17:21 19:17 20:7
**bidder**(1) 20:5
**bids**(1) 19:19
**bit**(1) 14:14
**blank**(1) 2:12
**borrower**(2) 11:10 12:10
**borrowers**(18) 2:33 10:6 10:7 10:10 10:11 10:17 10:19 10:19 10:20 11:8 11:16 11:1 11:18 11:25 12:4 12:11 12:13 12:21
**both**(1) 18:13
**box**(3) 2:43 2:50 3:15
**boxes**(1) 12:23
**brandywine**(1) 1:30
**briefly**(1) 5:22
**bring**(1) 10:23
**bringing**(1) 21:5
**broad**(4) 14:18 15:16 15:20 18:4
**brought**(2) 5:1 5:2
**building**(1) 1:30
**burden**(2) 11:1 18:11
**but**(11) 9:6 9:20 10:18 10:20 10:23 13:4 13:19 15:6 18:4 19:12 20:11
**calendar**(2) 9:1 13:7
**can**(13) 6:16 6:20 7:9 7:18 10:18 14:24 15:22 16:18 18:16 19:8 19:9 19:16 20:24
**carlyle**(1) 2:19
**case**(8) 1:9 8:6 8:11 8:16 16:12 16:14 16:16 21:3
**cases**(3) 8:7 8:12 11:17
**category**(1) 19:16
**cede**(3) 10:15 11:3 13:23
**cert**(1) 21:19
**certain**(2) 9:18 10:7
**certainly**(1) 9:12
**certification**(4) 13:13 13:20 21:6 21:11
**certified**(1) 21:20
**certify**(1) 21:12
**chambers**(1) 10:8
**chapter**(1) 1:7
**chargeable**(1) 17:18
**chehi**(11) 3:12 5:11 5:12 7:17 7:22 7:23 8:15 8:22 9:2 9:8 9:10
**christopher**(1) 1:20
**circuit**(2) 15:11 15:15
**circulate**(1) 10:14
**claim**(4) 15:14 16:4 16:8 17:3
**claw**(2) 12:24 12:25
**clearly**(1) 21:1
**clerk**(1) 4:2
**closed**(1) 9:6
**come**(1) 13:5
**coming**(1) 12:11
**commenced**(1) 5:5
**committee**(11) 2:4 2:32 4:15 4:24 5:2 10:6 10:10 10:19 11:8 12:11 12:13
**compel**(4) 13:2 14:4 14:11 14:12
**completed**(2) 6:11 6:13
**comply**(1) 7:8
**conaway**(3) 1:26 4:5 14:2
**conduct**(3) 10:20 11:18 12:21
**conducted**(1) 11:23
**conference**(9) 4:14 5:14 6:1 6:2 6:24 6:25 7:1 7:16 8:5
**conferred**(1) 5:15
**confidentiality**(5) 6:19 7:25 8:2 11:24 12:8
**confirm**(1) 20:6
**confirmation**(1) 10:21
**connection**(1) 5:6
**consent**(2) 12:12 17:19
**contact**(3) 6:16 11:10 11:10
**contemplated**(1) 10:21
**contested**(2) 17:2 17:3
**continue**(2) 13:11 13:19
**continued**(2) 2:2 3:2
**contrary**(1) 15:10
**controls**(1) 5:8
**conveyances**(1) 8:13
**copy**(1) 14:23
**corporation**(1) 1:11
**correct**(2) 13:18 21:12
**corroon**(1) 2:47
**cost**(1) 11:1
**counsel**(7) 4:16 10:12 11:8 13:13 17:5 18:13 21:6
**course**(3) 13:1 13:12 18:14
**court**(64) 1:1 4:3 4:7 4:11 4:13 4:17 4:18 5:4 5:12 5:18 5:20 5:24 6:10 6:16 6:24 7:5 7:10 7:10 7:12 7:18 7:21 8:6 8:12 8:20 8:24 9:3 9:9 9:23 10:1 10:3 11:2 11:5 11:22 12:7 12:14 12:16 13:3 13:7 13:11 13:18 13:22 13:25 14:7 14:11 14:23 14:25 15:14 15:17 16:21 16:23 18:4 18:4 18:17 18:25 19:1 19:7 19:11 19:13 20:16 20:22 20:24 21:2 21:8 21:20
**court's**(3) 5:15 5:16 5:21
**courtroom**(2) 1:11 10:13
**covers**(1) 8:23
**crawford**(1) 10:11
**credit**(2) 19:17 20:7
**creditors**(2) 2:5 4:24
**css**(1) 1:9
**dandridge**(1) 10:11
**data**(1) 1:41
**date**(19) 7:2 7:16 7:18 8:4 13:12 13:14 15:3 16:13 16:17 16:17 17:6 17:6 17:13 17:14 17:15 17:23 18:1 18:2 20:9
**dates**(2) 7:2 13:16
**deadline**(3) 7:9 8:8 8:17
**deals**(2) 5:25 6:14
**debtor**(3) 18:6 18:18 18:20
**debtor's**(1) 18:19
**debtors**(29) 1:26 4:6 5:3 5:7 9:12 9:12 9:15 11:8 11:19 11:20 12:22 14:3 14:10 14:11 15:9 15:12 15:25 16:6 16:15 16:16 17:4 17:7 17:8 17:17 17:25 18:12 18:13 18:22 19:3
**december**(9) 8:18 14:20 17:7 17:15 17:15 17:15 17:19 17:22 19:9
**deems**(1) 15:23
**defend**(1) 10:22
**defendant**(1) 11:17
**defense**(1) 15:14
**delaware**(5) 1:2 1:10 1:13 2:21 4:1
**deloitte**(7) 3:11 4:15 5:2 5:6 5:9 5:10 6:19
**depose**(1) 6:7
**deposition**(2) 12:5 15:4
**depositions**(1) 6:8
**designation**(1) 12:3
**determine**(1) 15:22
**determined**(3) 7:2 16:13 16:16
**diaz**(1) 1:41
**did**(2) 10:9 10:14
**didn't**(1) 9:23
**difficult**(1) 14:14
**digress**(1) 20:17
**direct**(1) 18:20
**disclosures**(1) 6:5
**discovery**(18) 6:1 6:10 6:13 6:14 7:19 10:7 10:20 12:21 13:6 15:2 15:12 15:16 15:20 16:7 16:15 18:3 18:3 18:8
**discussed**(1) 7:16
**discussions**(1) 18:13
**dispositive**(1) 6:22
**dispute**(1) 6:15
**disputes**(4) 6:14 12:6 12:8 13:6
**district**(1) 1:2
**dividends**(1) 9:18
**docket**(2) 8:16 20:11
**dockets**(2) 8:7 8:9
**document**(5) 14:15 14:16 14:22 14:23
**documents**(20) 11:19 11:20 11:21 11:22 12:3 12:6 12:23 14:13 14:19 14:25 15:3 15:5 15:7 15:24 16:11 17:5 18:10 18:12 18:14 20:9
**does**(2) 10:25 16:14
**doesn't**(2) 16:10 18:2
**dollars**(1) 17:10

Word Page:Line

**don't**(9) 7:25 9:13 10:13 10:17 12:22 13:5 13:13 18:1 20:11
**down**(1) 20:24
**during**(1) 19:22
**dutifully**(1) 7:24
**ecro**(1) 1:39
**effective**(1) 9:10
**either**(2) 4:9 17:15
**electronic**(2) 1:48 21:13
**electronically**(1) 11:20
**elements**(1) 16:3
**elisabeth**(2) 3:21 3:21
**else**(2) 12:16 21:8
**emails**(1) 11:20
**employee**(2) 12:1 12:5
**end**(3) 7:17 7:18 15:4
**endeavor**(1) 6:9
**enter**(3) 9:4 11:12 11:13
**entered**(3) 4:10 7:14 8:9
**entirety**(1) 20:25
**entitled**(2) 15:12 16:15
**entity**(2) 9:17 9:19
**entry**(1) 7:5
**esq**(16) 1:27 1:28 1:29 2:5 2:6 2:7 2:13 2:20 2:26 2:33 2:34 2:41 3:5 3:12 3:13 3:25
**essential**(1) 16:3
**estate**(1) 11:1
**evaluation**(1) 17:14
**even**(4) 14:20 15:20 16:10 20:8
**event**(1) 6:15
**evidence**(5) 15:18 15:23 19:9 19:15 20:25
**exactly**(2) 14:10 20:11
**exchange**(2) 6:4 6:12
**exchanges**(1) 14:8
**exists**(1) 19:15
**expand**(1) 12:18
**expend**(1) 19:24
**expenditures**(1) 19:5
**expense**(1) 12:21
**expenses**(9) 16:1 17:4 17:18 18:19 19:3 19:21 19:23 20:3 21:4
**expert**(2) 6:12 6:12
**expires**(1) 9:4
**extend**(1) 11:19
**extent**(6) 14:5 14:23 15:23 19:21 19:21 20:13
**face**(1) 21:1
**fact**(12) 6:8 6:10 15:4 16:4 16:9 16:15 17:8 17:20 17:20 17:25 17:25 20:6
**facts**(1) 21:3
**far**(1) 20:13
**farr**(1) 3:24
**february**(1) 6:23
**federal**(4) 6:22 15:10 15:15 18:8
**fees**(1) 21:4
**filed**(4) 5:9 6:23 8:8 14:4
**final**(1) 7:1
**finalize**(1) 13:12
**finally**(1) 7:7
**financial**(1) 5:7
**find**(3) 6:7 12:24 20:25
**fine**(3) 4:18 4:19 5:24
**firm**(2) 4:23 5:10
**first**(2) 4:17 6:16
**floor**(2) 1:32 2:28
**focused**(1) 12:2
**focusing**(1) 20:18
**following**(1) 12:3
**for**(37) 1:2 1:26 2:4 2:19 2:32 2:47 3:4 3:11 3:21 3:24 4:11 4:24 7:1 8:5 9:11 9:12 10:8 10:14 10:19 11:4 11:12 12:4 12:6 12:17 12:23 13:24 16:8 17:4 17:9 17:13 17:24 18:3 19:2 19:8 19:14 20:17 21:4

**foreclosure**(11) 10:22 17:20 17:21 19:18 19:20 19:22 19:22 20:2 20:5 20:6 20:7
**foregoing**(1) 21:12
**form**(2) 8:2 9:16
**forth**(1) 14:21
**forward**(3) 8:21 16:18 20:2
**fraudulent**(1) 8:13
**friday**(3) 10:9 11:9 11:11
**from**(13) 4:5 4:8 4:23 7:21 9:18 11:22 12:5 15:3 16:21 17:6 18:13 20:10 21:13
**funds**(1) 19:24
**further**(2) 8:5 11:22
**future**(2) 13:6 18:2
**gallagher**(1) 3:24
**gee**(1) 18:1
**general**(2) 7:8 10:18
**get**(2) 10:16 10:17
**gets**(1) 10:4
**getting**(2) 11:13 11:13
**gilbert**(2) 2:32 11:7
**going**(4) 8:21 20:24 21:3 21:4
**good**(11) 4:4 4:7 4:22 5:12 7:23 8:15 8:22 9:2 11:6 14:1 16:24
**got**(1) 10:8
**governed**(2) 6:21 18:8
**grant**(2) 20:25 21:4
**greecher**(1) 1:29
**ground**(2) 8:23 21:2
**guess**(1) 7:15
**guided**(1) 12:2
**guilfoyle**(1) 2:13
**had**(2) 7:24 9:22
**hahn**(2) 2:4 4:23
**hand**(3) 5:17 10:18 14:24
**happen**(1) 10:21
**happy**(2) 17:8 17:8
**hard**(1) 19:12
**hardcopy**(1) 11:19
**harrisburg**(1) 1:43
**has**(19) 4:16 6:19 8:6 8:10 14:18 14:18 15:2 15:15 17:5 17:6 17:21 18:4 18:9 18:9 20:8 20:20 20:20 21:1 21:2
**have**(21) 4:10 4:12 5:14 5:15 6:15 7:20 7:25 8:24 9:13 9:20 10:1 10:19 11:11 12:9 12:22 12:25 13:5 14:25 18:10 18:12 18:16
**having**(1) 19:12
**he's**(2) 10:16 12:19
**hear**(3) 7:21 16:21 19:9
**heard**(1) 18:13
**hearing**(7) 5:1 5:13 15:21 17:13 17:24 18:14 21:10
**held**(1) 6:2
**helpful**(1) 7:17
**here**(4) 5:11 8:23 13:8 14:25
**hessen**(2) 2:4 4:23
**highly**(1) 16:5
**hold**(2) 7:18 11:13
**holdings**(2) 1:10 9:16
**home**(7) 1:9 9:6 9:16 9:18 11:17 12:1 12:
**honor**(48) 4:4 4:8 4:12 4:20 4:22 5:14 5:21 7:9 7:13 7:15 7:23 8:4 8:15 8:18 8:22 9:8 9:11 9:14 9:19 10:2 10:5 10:8 11:6 12:17 13:4 13:9 13:17 13:21 13:23 14:1 14:3 14:5 14:9 15:1 15:2 15:11 15:19 15:21 15:24 16:22 16:24 17:1 18:6 18:10 19:2 20:9 21:7 21:9
**honor's**(1) 17:16
**honorable**(1) 1:20
**hope**(2) 9:12 10:8
**hopeful**(3) 9:5 9:5 13:5
**how**(2) 7:19 16:18
**hunter**(2) 2:33 11:6

**i'd**(1) 19:13
**i'll**(8) 4:20 8:20 9:3 9:4 10:1 14:3 14:12 19:13
**i'm**(16) 9:5 9:21 9:21 13:15 13:15 13:15 15:11 16:5 19:9 19:10 19:12 19:12 20:3 20:24 21:3 21:4
**i've**(1) 14:7
**identified**(1) 14:14
**identify**(1) 14:15
**inadequate**(1) 20:21
**inc**(1) 1:10
**including**(3) 11:16 11:20 12:7
**incur**(1) 17:17
**incurred**(1) 17:4
**indelicato**(1) 2:5
**indicated**(1) 8:7
**indicative**(1) 19:25
**indices**(1) 11:25
**individual**(5) 10:7 10:10 11:10 12:10 12:12
**individuals**(1) 12:22
**information**(3) 11:4 15:22 20:8
**initial**(3) 5:14 6:5 9:4
**initiative**(2) 6:25 7:11
**instead**(1) 18:8
**instituted**(1) 8:11
**instructions**(1) 14:22
**intent**(1) 18:19
**interest**(1) 17:1
**interim**(2) 13:12 13:20
**internal**(1) 5:8
**interrogatories**(7) 14:13 14:16 14:17 14:19 14:21 15:7 20:20
**interview**(1) 12:1
**into**(2) 11:12 11:13
**ironically**(1) 15:1
**issue**(4) 7:15 12:20 16:8 19:4
**issues**(13) 6:20 7:19 8:1 14:6 16:7 17:5 18:16 18:23 18:23 18:24 20:14 20:14 21:1
**it's**(11) 4:13 4:19 9:23 10:6 14:14 15:17 15:17 15:17 16:5 16:19 19:16
**item**(6) 4:14 9:15 10:5 10:6 13:24 14:3
**items**(1) 4:9
**its**(5) 6:25 7:10 9:17 20:25 21:1
**jackson**(2) 3:21 3:21
**january**(1) 6:13
**jennifer**(1) 1:39
**jeremy**(1) 3:13
**john**(2) 2:6 4:22
**judge**(2) 1:21 4:16
**june**(3) 5:4 5:5 17:12
**just**(9) 8:1 8:15 8:18 8:25 12:18 15:17 16:13 16:19 20:17
**keep**(1) 15:22
**kenneth**(2) 2:26 16:24
**kenney**(1) 3:5
**kevin**(1) 2:20
**key**(1) 20:14
**king**(1) 3:6
**know**(8) 4:8 8:4 8:6 9:4 9:20 18:1 20:5 20:11
**last**(4) 4:14 8:25 13:24 15:5
**late**(1) 10:9
**later**(2) 6:2 16:20
**latest**(1) 17:14
**laurie**(1) 2:48
**law**(2) 15:11 21:3
**lawyers**(1) 12:22
**lead**(1) 15:18
**left**(2) 9:14 10:8
**legal**(1) 18:2
**less**(1) 18:16
**let**(4) 7:21 13:7 16:21 19:7

**let's**(2) 8:25 13:11
**liberal**(1) 15:16
**like**(6) 4:16 5:17 14:5 14:23 19:14 20:23
**limitless**(1) 18:5
**limits**(2) 18:5 18:7
**listed**(1) 17:9
**listening**(1) 19:10
**little**(1) 14:14
**llp**(9) 2:4 2:12 2:25 2:32 2:40 2:47 3:11 3:24 11:7
**lockbox**(1) 3:7
**longer**(1) 9:13
**look**(2) 13:7 19:11
**looking**(3) 13:15 13:16 15:25
**lost**(1) 10:4
**macauley**(1) 2:41
**made**(2) 14:18 19:5
**madison**(2) 2:8 2:27
**maintain**(1) 17:17
**make**(2) 8:19 20:18
**making**(1) 18:19
**malatak**(1) 2:7
**mangan**(1) 2:20
**manpower**(1) 11:1
**margaret**(1) 1:29
**mark**(3) 2:5 3:5 3:12
**market**(4) 1:12 2:14 2:42 2:49
**material**(1) 11:15
**matter**(3) 4:14 15:13 21:14
**matters**(1) 4:10
**may**(18) 5:19 6:7 6:23 6:24 7:5 7:17 9:14 10:2 13:13 13:20 15:18 17:7 17:8 17:11 17:20 18:1 18:16 20:7
**maybe**(2) 7:17 9:10
**mccahey**(10) 2:6 4:21 4:22 4:23 5:13 5:19 5:21 5:25 7:13 7:24
**mcmeel**(1) 21:18
**mean**(1) 16:14
**mechanics**(1) 12:20
**mediation**(4) 7:4 8:8 8:10 8:17
**mentioned**(1) 7:25
**mere**(1) 17:25
**merican**(1) 1:9
**message**(1) 10:8
**mistake**(1) 9:24
**modified**(1) 7:9
**moment**(1) 20:17
**monday**(1) 4:1
**montague**(1) 10:12
**months**(1) 16:19
**moot**(1) 8:20
**more**(7) 6:7 6:7 6:8 8:7 11:4 15:20 17:22
**moreover**(1) 15:24
**morgan**(18) 1:27 4:4 4:5 4:8 4:20 9:11 9:12 9:25 10:2 10:5 11:3 12:17 12:18 13:4 13:9 13:17 13:21 13:23
**morning**(8) 4:4 4:7 4:22 5:12 7:23 11:6 14:1 16:24
**mortgage**(2) 1:9 9:16
**most**(1) 17:14
**motion**(12) 9:16 9:20 10:7 14:4 14:10 14:14 14:15 14:17 17:2 20:25 21:4 21:5
**motions**(2) 6:21 6:22
**movants**(3) 11:11 12:10 12:12
**move**(1) 13:1
**moving**(2) 16:18 20:2
**much**(3) 9:13 13:21 18:16
**narrow**(2) 18:23 18:24
**national**(21) 14:5 14:12 14:17 15:2 16:2 16:9 17:1 17:4 17:11 17:18 17:21 18:9 18:15 18:20 18:21 18:22 19:4 19:24 20:3 20:4 20:20

Word Page:Line

**national's**(3) 17:16 17:18 21:2
**necessary**(4) 8:21 15:23 16:2 19:25
**need**(1) 6:7
**never**(1) 16:19
**new**(3) 2:9 2:29 2:35
**next**(3) 10:5 13:9 13:14
**nominal**(1) 11:17
**nope**(1) 20:24
**not**(29) 8:7 8:10 8:11 8:19 9:5 9:20 9:21 10:16 10:16 10:19 10:24 10:25 15:13 15:17 16:6 16:8 16:11 16:14 16:19 17:7 17:8 18:5 18:7 18:7 18:11 18:22 20:5 20:8 20:11
**noted**(1) 8:15
**november**(2) 8:25 9:3
**now**(2) 8:9 14:24
**number**(1) 4:14
**numerous**(1) 18:5
**objecting**(1) 15:6
**objection**(5) 14:18 15:8 15:9 16:4 16:9
**objections**(1) 9:20
**obligated**(1) 11:21
**obligation**(1) 17:17
**obtain**(3) 12:12 15:12 16:6
**occasionally**(1) 10:3
**occasions**(1) 18:5
**occurred**(1) 20:6
**october**(1) 6:12
**off**(2) 9:14 10:17
**office**(1) 3:4
**official**(4) 2:4 2:32 4:24 11:7
**okay**(11) 5:25 7:12 7:13 9:3 10:4 11:2 13:3 13:18 13:25 15:1 20:16
**old**(1) 13:16
**omnibus**(3) 8:24 13:10 13:14
**one**(7) 3:14 4:15 6:7 9:1 12:1 12:5 12:18
**only**(5) 7:15 8:12 16:11 20:19 20:19
**open-ended**(1) 15:4
**opposition**(1) 21:2
**orally**(1) 8:20
**order**(20) 4:13 5:3 5:7 5:7 5:16 5:23 6:19 7:6 7:8 7:14 7:24 8:2 9:4 9:21 10:1 10:22 11:22 14:11 17:16 21:5
**orders**(1) 4:10
**other**(4) 7:15 11:14 16:17 19:19
**our**(1) 8:16
**out**(3) 4:12 8:3 15:23
**overly**(1) 9:5
**own**(2) 6:25 7:10
**p.o**(3) 2:43 2:50 3:15
**page**(1) 14:22
**paper**(1) 10:3
**papers**(2) 14:7 18:14
**paragraph**(8) 5:25 6:4 6:6 6:14 6:17 6:22 7:1 7:3
**paragraphs**(1) 5:22
**park**(24) 14:4 14:12 14:17 15:2 16:2 16:9 17:1 17:4 17:11 17:16 17:18 17:18 17:21 18:9 18:15 18:20 18:21 18:21 19:4 19:23 20:3 20:4 20:20 21:2
**particular**(1) 16:17
**parties**(12) 4:13 4:18 5:14 6:2 6:4 6:8 6:11 6:15 6:17 7:3 7:7 7:19
**partner**(1) 13:24
**party**(3) 6:6 6:23 15:14
**pasierb**(1) 1:39
**past**(2) 5:9 14:8
**pauline**(4) 1:27 4:4 9:12 12:18
**pay**(1) 12:22
**pennsylvania**(1) 1:43
**per**(1) 3:21
**period**(1) 19:22
**permission**(2) 5:16 5:22

**petition**(3) 15:3 16:13 17:6
**phone**(1) 10:13
**phonetic**(3) 10:11 10:11 10:12
**plaintiff**(1) 4:25
**plan**(1) 10:21
**planning**(1) 6:1
**pleadings**(1) 6:21
**please**(2) 4:3 21:5
**pnb**(1) 14:12
**podium**(4) 4:21 10:15 11:3 13:23
**point**(2) 15:21 20:4
**possibility**(1) 17:12
**possible**(3) 17:10 17:14 19:14
**post-december**(3) 15:5 19:15 20:18
**potentially**(1) 16:17
**potter**(1) 2:47
**ppearances**(3) 1:23 2:1 3:1
**precedent**(1) 15:15
**preferences**(1) 8:13
**prejudice**(1) 16:10
**prejudicial**(1) 16:6
**prepare**(1) 8:1
**prepared**(3) 9:21 10:18 10:24
**present**(1) 14:20
**preservation**(1) 12:4
**preserve**(2) 11:21 19:25
**pretrial**(2) 4:14 7:16
**price**(1) 17:11
**principal**(3) 10:10 10:24 11:9
**prior**(1) 11:24
**privilege**(4) 11:24 12:8 12:20 12:23
**privileged**(2) 13:1 15:13
**pro**(1) 3:21
**procedures**(1) 7:8
**proceeding**(9) 4:25 5:3 5:4 5:6 7:19 17:2 17:3 18:7 20:15
**proceedings**(3) 1:19 1:48 21:14
**produce**(3) 14:13 14:18 15:5
**produced**(2) 1:49 17:5
**producing**(1) 16:11
**production**(2) 12:4 15:6
**proper**(1) 10:25
**property**(12) 16:1 16:1 16:18 17:9 17:17 17:19 18:21 19:5 19:18 19:19 19:20 20:1
**proposal**(1) 12:20
**protocol**(1) 8:10
**prove**(3) 18:12 18:18 18:20
**proven**(1) 18:10
**provide**(1) 18:2
**provided**(4) 11:11 11:25 20:8 20:21
**provides**(6) 6:4 6:6 6:17 7:1 7:3 7:7
**provision**(1) 12:24
**public**(1) 20:10
**pull**(1) 20:10
**purpose**(4) 5:13 9:17 9:19 12:6
**purposes**(1) 17:13
**pursuant**(1) 5:3
**put**(1) 9:13
**puzzled**(1) 19:11
**question**(1) 20:13
**questions**(1) 9:22
**raised**(1) 6:19
**reach**(2) 6:9 6:18
**reached**(1) 11:9
**read**(2) 12:19 14:7
**really**(1) 7:25
**reasonable**(2) 16:2 19:25
**reasonableness**(1) 19:3
**recall**(1) 14:7
**receive**(1) 9:18
**receiver**(2) 19:23 19:24
**recently**(1) 8:7
**recognized**(2) 15:10 15:15
**recommended**(1) 12:9
**record**(5) 9:11 12:17 19:3 20:10 20:11
**recorded**(1) 1:48

**recording**(2) 1:48 21:13
**refer**(1) 14:12
**refused**(2) 14:18 20:20
**regarding**(3) 12:8 15:13 17:5
**related**(1) 10:7
**relevance**(11) 15:8 15:8 15:20 15:21 16:5 17:10 17:10 18:12 19:8 19:15 20:14
**relevant**(15) 15:13 15:16 15:17 15:18 15:22 16:12 16:19 18:11 18:15 18:23 19:17 19:18 19:20 20:14 21:1
**relief**(1) 11:16
**remaining**(1) 12:12
**reply**(1) 19:1
**reports**(1) 6:12
**represented**(2) 5:10 10:12
**request**(6) 4:12 6:24 7:5 14:16 14:22 15:3
**requesting**(2) 18:3 18:6
**requests**(4) 6:17 14:15 14:24 20:19
**requires**(3) 18:18 18:19 18:24
**resolved**(3) 4:10 6:16 12:7
**respect**(3) 14:9 14:19 15:24
**respectively**(1) 8:14
**respond**(2) 14:13 14:19
**responding**(1) 15:7
**responses**(1) 15:25
**review**(7) 11:18 11:19 11:23 11:25 12:2 12:3 12:22
**rice**(1) 2:19
**right**(14) 4:17 7:13 7:21 8:24 9:17 12:14 12:25 13:1 13:7 13:11 13:18 16:21 19:7 20:22
**rise**(1) 4:2
**robert**(1) 2:7
**rodney**(1) 3:14
**rome**(1) 2:12
**rule**(4) 6:1 15:12 18:8 18:8
**rules**(3) 6:22 15:10 15:16
**said**(2) 12:19 13:16
**sale**(10) 17:11 17:20 17:21 19:18 19:20 19:22 20:3 20:5 20:6 20:7
**same**(1) 15:2
**sandridge**(1) 2:19
**satisfactory**(2) 7:14 7:20
**say**(1) 10:18
**saying**(1) 18:1
**schedule**(1) 6:25
**scheduled**(1) 6:1
**scheduling**(4) 5:14 5:16 5:23 7:16
**schuylkill**(1) 1:42
**scope**(5) 10:25 14:20 14:21 15:2 15:4
**seated**(1) 4:3
**sections**(1) 8:13
**see**(6) 6:16 6:20 7:19 9:3 9:6 9:7
**seeking**(2) 14:10 14:11
**selber**(1) 2:48
**september**(6) 6:3 6:5 6:11 13:10 13:16 13:19
**service**(2) 1:41 1:49
**services**(1) 1:41
**set**(5) 7:2 7:9 7:9 8:5 14:21
**settlement**(8) 7:4 10:9 10:14 10:24 11:12 11:14 12:13 13:20
**shall**(9) 6:2 6:4 6:11 6:11 6:13 6:18 6:21 6:23 7:8
**share**(1) 12:24
**sharon**(3) 1:28 14:1 19:2
**sheet**(1) 10:14
**shifted**(1) 18:11
**shortly**(1) 10:15
**should**(3) 8:12 8:19 16:12
**shown**(1) 18:9
**sic**(1) 7:20

**sides**(1) 6:7
**sign**(3) 9:23 10:1 10:17
**signed**(1) 9:20
**silverstein**(1) 2:48
**since**(1) 11:11
**sit**(1) 20:24
**six**(2) 12:10 16:19
**skadden**(2) 3:11 5:10
**sold**(1) 16:19
**sole**(1) 15:8
**solicit**(1) 12:5
**some**(7) 6:20 8:8 8:9 8:17 14:5 16:10 18:1
**something**(1) 10:18
**sontchi**(1) 1:20
**sorry**(3) 13:15 16:5 19:9
**sort**(3) 8:8 8:9 8:17
**sound**(2) 1:48 21:13
**spaeder**(1) 2:40
**special**(2) 9:17 9:19
**specific**(1) 14:15
**specifically**(2) 19:8 19:14
**specified**(1) 8:17
**square**(1) 3:14
**stargatt**(3) 1:26 4:5 14:2
**stated**(1) 18:4
**statement**(1) 5:7
**states**(2) 1:1 1:21
**status**(4) 6:24 6:25 7:1 8:5
**stay**(1) 11:15
**stephanie**(1) 21:18
**stephen**(1) 2:34
**still**(1) 10:24
**stipulation**(2) 5:3 7:10
**stored**(1) 11:20
**street**(7) 1:12 1:31 1:42 2:14 2:42 2:49
**subject**(4) 5:1 5:15 11:23 13:1
**submit**(3) 13:13 13:20 21:5
**submitted**(1) 8:2
**subsidiary**(1) 9:17
**substantial**(1) 18:2
**successful**(1) 20:4
**successor**(1) 17:1
**such**(3) 11:24 12:6 12:24
**suggested**(1) 17:6
**suite**(4) 2:15 2:36 2:42 3:6
**supreme**(1) 18:4
**sure**(4) 8:10 8:19 9:21 15:11
**take**(2) 4:12 6:8
**talking**(2) 15:19 15:25
**taylor**(3) 1:26 4:5 14:2
**telephonic**(1) 3:19
**term**(2) 9:4 10:14
**terminated**(2) 17:16 17:16
**terms**(9) 11:1 11:15 12:9 12:19 15:20 15:21 19:4 19:17 19:21
**testimony**(1) 12:5
**than**(6) 6:2 6:7 6:8 8:7 15:20 16:17
**thank**(16) 4:11 4:20 5:20 7:23 9:8 10:3 10:5 11:4 12:14 12:15 13:21 14:9 16:22 19:1 21:7 21:9
**that**(105) 4:11 5:2 6:2 6:2 6:4 6:6 6:6 6:10 6:15 6:17 6:19 6:20 6:20 7:3 7:4 7:7 7:9 7:14 7:15 7:17 8:1 8:3 8:6 8:8 8:10 8:12 8:16 8:18 8:19 8:20 8:22 8:25 9:5 9:13 9:15 9:19 10:16 10:24 11:8 11:15 12:1 12:9 12:18 12:19 12:21 12:24 12:25 13:4 13:5 13:11 13:14 14:6 14:10 14:13 14:20 15:4 15:8 15:9 15:9 15:11 15:12 15:13 15:14 15:15 15:17 15:18 16:4 16:6 16:10 16:11 16:12 16:14 16:14 16:16 17:4 17:5 17:9 17:13 17:20 17:21 17:21 17:25 17:25 18:3 18:10 18:17 18:23 18:24 19:4 19:5 19:13 19:15 19:17 19:21 19:23 19:24 20:3 20:3 20:6 20:6 20:7 20:8 20:20 20:25 21:12

Word Page:Line

**that's**(12) 4:17 4:18 5:1 5:24 7:13 7:20 8:9 8:25 16:18 17:13 19:20 20:13

**the**(301) 1:1 1:2 1:20 1:30 2:4 2:32 3:4 3:4 4:2 4:3 4:5 4:7 4:8 4:11 4:12 4:13 4:13 4:14 4:14 4:14 4:15 4:15 4:17 4:18 4:18 4:20 4:23 4:23 4:24 4:24 4:25 4:25 5:1 5:2 5:3 5:4 5:4 5:5 5:5 5:7 5:8 5:10 5:11 5:12 5:13 5:14 5:14 5:15 5:16 5:18 5:20 5:21 5:22 5:22 5:24 5:25 6:1 6:3 6:4 6:6 6:8 6:9 6:11 6:14 6:15 6:16 6:17 6:21 6:22 6:24 7:3 7:5 7:5 7:7 7:8 7:9 7:10 7:12 7:14 7:15 7:15 7:18 7:18 7:18 7:19 7:21 7:24 7:25 8:4 8:6 8:6 8:7 8:9 8:12 8:16 8:20 8:23 8:24 9:3 9:4 9:9 9:11 9:12 9:12 9:15 9:15 9:20 9:20 9:23 10:1 10:3 10:5 10:6 10:6 10:8 10:10 10:13 10:13 10:15 10:17 10:19 10:20 10:21 10:21 10:23 11:1 11:2 11:3 11:5 11:7 11:10 11:13 11:14 11:15 11:15 11:18 11:19 11:20 11:21 11:22 11:22 11:23 11:25 12:6 12:7 12:9 12:10 12:10 12:11 12:12 12:12 12:13 12:13 12:14 12:16 12:17 12:19 12:20 12:20 12:20 12:21 12:21 12:22 13:3 13:6 13:7 13:9 13:11 13:12 13:12 13:14 13:15 13:18 13:19 13:20 13:22 13:23 13:24 13:24 13:25 14:2 14:3 14:3 14:5 14:6 14:6 14:7 14:7 14:8 14:8 14:10 14:10 14:11 14:14 14:14 14:15 14:16 14:17 14:19 14:20 14:21 14:21 14:21 14:22 14:23 14:23 14:25 14:25 15:2 15:3 15:3 15:7 15:9 15:10 15:12 15:14 15:17 15:18 15:22 15:23 15:25 16:1 16:1 16:3 16:4 16:6 16:12 16:13 16:14 16:14 16:15 16:16 16:21 16:23 17:4 17:5 17:6 17:6 17:8 17:8 17:9 17:14 17:14 17:17 17:19 17:19 17:20 17:22 17:23 17:24 17:25 17:25 17:25 18:1 18:2 18:3 18:4 18:5 18:6 18:9 18:11 18:11 18:12 18:14 18:16 18:18 18:19 18:19 18:21 18:22 18:23 19:1 19:2 19:3 19:5 19:5 19:7 19:8 19:11 19:13 19:14 19:17 19:18 19:18 19:18 19:19 19:19 19:20 19:20 19:21 19:21 19:22 19:22 19:23 19:23 19:25 20:2 20:4 20:5 20:6 20:7

**the**(24) 20:7 20:10 20:10 20:11 20:13 20:14 20:16 20:18 20:19 20:22 20:24 21:1 21:1 21:2 21:3 21:3 21:4 21:5 21:8 21:10 21:12 21:13 21:13 21:14

**their**(11) 6:5 12:1 12:3 12:21 13:1 15:2 15:8 16:9 16:12 16:14 18:14

**them**(7) 7:4 8:2 10:22 11:11 14:24 16:11 20:10

**themselves**(1) 10:22
**then**(3) 9:6 9:10 18:11
**theory**(3) 16:12 16:14 16:16
**there**(9) 6:15 8:1 9:19 12:23 16:8 17:10 17:12 17:20 19:19

**there's**(6) 8:8 8:10 8:16 8:16 16:10 17:12
**these**(7) 11:17 13:5 13:14 16:3 16:11 18:10 18:12

**they**(11) 6:15 7:5 12:24 12:24 15:5 15:6 16:6 17:9 18:3 18:10 20:5

**they're**(5) 10:13 16:2 16:4 16:11 20:11
**thing**(1) 12:18
**think**(9) 4:15 7:17 7:24 8:1 8:16 8:22 10:9 10:17 13:14

**thinking**(3) 17:11 18:15 19:4
**third**(1) 15:15
**third-party**(1) 10:23

**this**(27) 5:7 5:9 5:13 7:18 8:5 8:11 11:12 12:7 14:11 15:11 15:14 17:2 17:2 17:3 17:13 18:4 18:7 18:7 18:7 18:13 18:17 18:24 20:4 20:8 20:15 20:25 21:3

**thomas**(1) 2:41
**those**(9) 12:9 14:23 16:7 18:6 18:23 18:24 20:9 20:14 20:19

**though**(1) 14:20
**thought**(2) 18:21 18:22
**thousands**(1) 12:23
**three**(6) 10:10 11:11 11:14 12:12 16:3
**threshold**(1) 16:7
**through**(7) 4:9 4:10 5:22 7:24 9:21 17:6 20:23

**thursday**(1) 5:9
**time**(5) 6:24 8:5 18:15 19:12 20:4
**today**(2) 5:1 5:11
**too**(1) 9:13
**touche**(3) 3:11 5:2 5:6
**transcript**(3) 1:19 1:48 21:13
**transcription**(2) 1:41 1:49
**transcriptionist**(1) 21:20
**transfer**(1) 9:17
**trial**(2) 7:2 7:8
**tried**(1) 20:10
**trustee**(2) 3:4 3:4
**try**(1) 19:13
**two-and-a-half-million**(1) 17:9
**type**(1) 19:5
**types**(1) 15:24
**u.s**(3) 3:4 3:4 16:25
**under**(8) 8:13 10:21 11:21 12:7 13:13 13:20 15:11 21:5

**understand**(1) 13:9
**understanding**(1) 10:15
**understands**(1) 6:6
**unfortunately**(1) 16:5
**unfounded**(1) 15:10
**united**(2) 1:1 1:21
**unnecessarily**(1) 10:25
**unsecured**(2) 2:5 4:24
**upon**(1) 5:16
**usual**(1) 8:3
**valuation**(2) 17:13 17:24
**value**(9) 16:1 16:7 16:12 16:16 16:18 17:22 19:17 19:18 19:20

**values**(1) 17:8
**versus**(1) 4:15
**very**(6) 8:15 8:22 9:2 13:21 18:23 18:24
**victoria**(1) 2:13
**visit**(1) 8:18
**walk**(1) 9:21
**want**(2) 12:18 20:18
**wanted**(1) 8:18
**wants**(1) 8:4
**was**(16) 5:4 8:17 9:23 10:16 11:9 17:11 17:19 17:20 17:22 18:15 18:21 19:17 19:23 19:25 20:4 21:10

**washington**(1) 2:37
**way**(3) 7:18 13:14 17:12
**we'd**(1) 7:14
**we'll**(5) 8:1 8:3 9:6 9:6 13:19
**we're**(8) 4:23 8:9 10:18 13:4 15:19 15:25 20:18 21:8

**we've**(1) 11:9
**week**(1) 15:5
**weeks**(1) 12:11
**weisbrod**(1) 2:34
**welcome**(3) 9:9 13:22 16:23
**well**(8) 7:21 12:13 15:10 15:15 18:1 18:6 18:15 19:16

**went**(1) 7:24
**were**(4) 9:19 17:4 18:22 19:19
**west**(1) 1:31
**what**(14) 6:20 10:20 14:10 15:24 17:2 17:11 17:22 18:6 18:15 18:20 18:21 18:22 19:4 19:25
**whatever**(2) 8:4 12:24
**whatsoever**(1) 21:3
**when**(3) 8:7 18:1 19:23
**where**(3) 9:14 11:17 16:7
**whereupon**(1) 21:10
**whether**(5) 6:16 8:10 15:22 16:1 16:8
**which**(14) 4:24 4:25 5:16 7:2 9:15 10:20 14:4 14:12 14:16 14:22 15:3 15:20 15:21 17:23
**while**(1) 17:7
**who**(1) 10:12
**whoa**(4) 13:15 13:15 13:15 13:15
**why**(2) 14:16 20:12
**will**(22) 5:22 6:9 6:16 6:20 7:4 9:6 9:10 10:15 11:3 11:16 11:18 11:19 11:21 11:22 11:23 11:25 11:25 12:2 12:4 12:7 12:11 13:23
**willkie**(1) 3:24
**wilmington**(9) 1:13 1:33 2:16 2:22 2:44 2:51 3:8 3:16 4:1

**winstead**(8) 2:33 10:16 11:3 11:5 11:6 11:7 12:15 12:19

**with**(31) 4:16 4:17 4:18 4:19 5:3 5:6 5:16 5:21 5:25 6:10 6:10 6:14 6:20 7:8 7:10 7:17 8:18 9:13 10:10 11:8 11:10 11:25 12:19 12:25 13:4 13:5 14:9 14:19 15:24 17:8 17:8

**without**(1) 17:18
**witnesses**(1) 6:8
**womble**(1) 2:19
**won't**(1) 20:6
**work**(2) 8:3 12:11
**working**(1) 11:12
**worth**(1) 18:21
**would**(8) 4:16 5:17 7:2 10:21 14:5 14:23 15:9 20:23

**www.diazdata.com**(1) 1:45
**yeah**(1) 13:18
**year**(1) 7:18
**yes**(7) 5:18 5:20 5:24 10:3 13:17 15:19 18:3

**yield**(1) 4:20
**york**(3) 2:9 2:29 2:35
**you**(38) 4:8 4:20 5:20 7:20 7:23 8:4 9:3 9:4 9:8 9:13 9:20 9:21 10:1 10:3 10:5 10:8 10:25 11:4 12:14 12:15 13:5 13:12 13:13 13:16 13:20 13:21 14:9 16:22 19:1 19:7 19:8 19:9 19:11 19:14 20:23 20:24 21:7 21:9
**you're**(5) 9:9 13:18 13:22 16:23 17:2
**young**(3) 1:26 4:5 14:2
**your**(52) 4:4 4:8 4:12 4:20 4:22 5:13 5:21 7:8 7:9 7:13 7:15 7:23 8:4 8:15 8:18 8:22 9:8 9:11 9:14 9:19 10:2 10:5 10:8 11:6 12:17 13:4 13:9 13:17 13:21 13:23 14:1 14:3 14:5 14:9 15:1 15:1 15:11 15:19 15:21 15:24 16:22 16:24 17:1 17:16 18:5 18:10 19:2 20:9 20:13 20:25 21:7 21:9
**yudell**(6) 2:25 2:26 16:24 16:25 16:25 20:8
**zieg**(17) 1:28 13:24 14:1 14:1 14:9 15:1 15:19 16:22 19:2 19:2 19:10 19:12 19:16 20:17 20:23 21:7 21:9

**zuckerman**(1) 2:40