IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
    Debtors.                                                             :
                                                                         : Ref. No. 9050
------------------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION TO APPLICATION
## RE: DOCKET NO. 9050

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Thirty-Fourth Monthly Application of Quinn Emanuel Urquhart & Sullivan LLP as Special Investigatory Litigation and Conflicts Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period May 1, 2010 through May 31, 2010 (the "Application"). The Court's docket which was last updated August 23, 2010, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than August 16, 2010 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($2,801.60) of requested fees ($3,502.00) and 100% of requested expenses ($53.60) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       August 23, 2010

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                              /s/ Patrick A. Jackson
                              Sean M. Beach (No. 4070)
                              Patrick A. Jackson (No. 4976)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              Counsel for Debtors and
                              Debtors in Possession