IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x

In re:                                                        :    Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                               :
                                                              :    Jointly Administered
        Debtors.                                              :
------------------------------------------------------------------------ x    Ref. No. 9051

**CERTIFICATE OF NO OBJECTION TO APPLICATION
RE: DOCKET NO. 9051**

The undersigned hereby certifies that, as of the date hereof, he has received no

answer, objection or other responsive pleading to Thirty-Fifth Monthly Application of Quinn

Emanuel Urquhart & Sullivan LLP as Special Investigatory Litigation and Conflicts Counsel for

the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of

Expenses Incurred for the Interim Period June 1, 2010 through June 30, 2010 (the

"Application"). The Court's docket which was last updated August 23, 2010, reflects that no

objections to the Application have been filed. Objections to the Application were to be filed and

served no later than August 16, 2010 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($1,798.80) of requested fees ($2,248.50) and 100% of requested expenses ($2.90) on an interim basis without further Court order.

Dated: Wilmington, Delaware
August 23, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Patrick A. Jackson
Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession