

July 31, 2010

Mr. Carlo Colagiacomo
General Counsel
American Home Mortgage Investment Corp.
538 Broad Hollow Road
Melville, NY  11747

INVOICE

**PLEASE REMIT VIA WIRE TRANSFER**          E.I.N. 22-2689479          Invoice# 0000625-IN

For management services rendered with respect to American Home Mortgage
Investment Corporation Chapter 11 for the month ended July 31, 2010.

| | | |
|---|---|---:|
| Professional Fees | $ | 131,537.50 |
| Expenses and Other Charges | | 5,034.96 |
| **Invoice Total** | **$** | **136,572.46** |

See Attached Schedules

Payable Upon Receipt

101 Eisenhower Pkwy, 3rd Floor, Roseland, NJ 07068  |  p: 973 618 5100  |  f: 973 618 9430  |  www.zolfocooper.com



## PROFESSIONAL FEES

| NAME | RATE | HOURS | PROFESSIONAL FEES |
|------|------|-------|-------------------|
| Kevin Nystrom | $ 775.00 | 56.00 | $        43,400.00 |
| Bret Fernandes | $ 675.00 | 3.30 | 2,227.50 |
| Scott R. Martinez | $ 550.00 | 156.20 | 85,910.00 |
| **Total Professional Fees** | | **215.50** | $     131,537.50 |



## EXPENSES AND OTHER CHARGES

| | | |
|---|---|---:|
| Travel and Lodging | $ | 4,145.69 |
| Meals | | 553.79 |
| Telephone | | 298.72 |
| Photocopies | | 6.60 |
| Postage and Courier | | 30.16 |
| **Total Expenses and Other Charges** | $ | **5,034.96** |

American Home Mortgage
Description of Current General Responsibilities of ZC Staff

July 31, 2010

| Name | ZC Title | Company Title | Hourly Rate | Current General Responsibilities |
|---|---|---|---|---|
| K. Nystrom | Managing Director | Chief Restructuring Officer | $775 | Responsible for the day to day oversight of liquidating activities and oversight of the entity at AH Bank |
| B. Fernandes | Senior Director | Director of Restructuring | $675 | Involved in counterparty negotiations, claim settlements and communications with creditors |
| S. Martinez | Director | Associate Director | $450 | Assist in preparation and provides the Responsible Person (K. Nystrom) oversight of the Estate througout |

**AMERICAN HOME MORTGAGE**
**Time Descriptions**

| Category Code | Service | Description of Service |
|---|---|---|
| 1 | Financing | Preparation of analyses and negotiating to obtain DIP financing, including use of cash collateral and attending related hearings. |
| 2 | Court Reporting | Preparing financial and operating information required by the US Trustee and/or the Court including Statement of Affairs, Schedules of Assets and Liabilities, lists of contracts, interim statements and monthly operating reports. |
| 3 | Chapter 11 Process | Organizing and managing the Debtor's or other parties in interests resources and activities to effectively plan, coordinate, and manage the Chapter 11 process. |
| 4 | Business Operations | Analyzing operations and strategies including the developing, designing, drafting and challenging of forecasts and Business Plan, including related assumptions and rationale and communications with vendors. |
| 5 | Cash Management | Forecasting, planning, controlling and other aspects of managing cash. |
| 6 | Claims Administration | Advising and assisting the Debtor with the development of a claims resolution process including evaluating and selecting a claims processor, responding to specific claims inquiries, analyzing claims, settling claims, assisting in the preparation of motions, orders, stipulations related thereto and attending related hearings. |
| 7 | Unexpired Leases and Executory Contracts | Preparing analyses and advising and assisting the Debtor in valuation, modifications, assumption and rejection of leases and executory contracts including assisting in the preparation and review of related motions, applications, orders, stipulations, and attending hearings related thereto. |
| 8 | Engagement Administration | Maintaining engagement files, preparation of fee applications, invoices and time summaries and responding to inquiries by the US Trustee and other parties in interest. |
| 9 | Asset Analysis | Identification and review of potential assets including causes of action and non-litigation recoveries. |
| 10 | Asset Disposition | Sales, leases (Section 365 matters), abandonment and related transaction work, including equipment lease buyout. |
| 11 | Litigation | Support counsel in identifying, pursuing, or defending various causes of action. |
| 12 | Meetings of creditors | Preparing for and attending the conference of creditors, the Section 341 (a) meeting and other creditors' committee meetings. |
| 13 | DIP Budget Reporting | Developing, designing, and preparing information required under the terms of the DIP agreement. |
| 14 | Secured Lenders Negotiation | Analyzing secured lenders assessments of collateral value, damage claims, and debt calculations and negotiations of settlement of these claims. |
| 15 | Communications matters | Assisting and advising general communications strategies and programs including press releases, letters to interested parties, websites, etc. |

| Name | Date | Category code | Hours | Narrative |
|------|------|------|------|------|
| Kevin Nystrom | 7/6/10 | 11 | 1.0 | Call on payment of BDO expert witness fees |
| Kevin Nystrom | 7/6/10 | 10 | 1.0 | Review of offers for the AH Bank loans |
| | | | 2.0 | |
| Kevin Nystrom | 7/7/10 | 10 | 1.0 | Review of offers for the AH Bank loans |
| Kevin Nystrom | 7/7/10 | 10 | 1.0 | Review of the responses to the OTS |
| Kevin Nystrom | 7/7/10 | 11 | 0.5 | Discussion of Jackson settlement possibilities |
| Kevin Nystrom | 7/7/10 | 11 | 0.5 | Discussion of FCIC inquiries |
| Kevin Nystrom | 7/7/10 | 12 | 0.5 | Preparation for update call with BDO |
| | | | 3.5 | |
| Kevin Nystrom | 7/8/10 | 10 | 0.5 | Discussions of the AH Bank loan redemption offer |
| Kevin Nystrom | 7/8/10 | 10 | 0.5 | Discussions of the AH Bank loan sale bids |
| Kevin Nystrom | 7/8/10 | 11 | 1.0 | Review of the Courtyard Financial order |
| | | | 2.0 | |
| Kevin Nystrom | 7/9/10 | 10 | 1.0 | Review of offers on the AH Bank loans |
| Kevin Nystrom | 7/9/10 | 10 | 1.0 | Negotiations on Silvergate offer for AH Bank loans |
| Kevin Nystrom | 7/9/10 | 10 | 0.5 | Discussions regarding Milestone fees |
| Kevin Nystrom | 7/9/10 | 11 | 1.5 | Discussion of FCIC inquiries |
| | | | 4.0 | |
| Kevin Nystrom | 7/13/10 | 10 | 1.0 | Discussions and review of the SilverGate proposal |
| Kevin Nystrom | 7/13/10 | 11 | 1.0 | Review of developments in the Rush settlement |
| Kevin Nystrom | 7/13/10 | 10 | 0.5 | Analysis of offers for the AH Bank loans |
| Kevin Nystrom | 7/13/10 | 10 | 1.0 | Review of AH Bank officer correspondence to the AH Bank BOD |
| | | | 3.5 | |
| Kevin Nystrom | 7/14/10 | 11 | 1.0 | Call on options on the Rush settlement |
| Kevin Nystrom | 7/14/10 | 12 | 0.5 | Update call with BDO |
| Kevin Nystrom | 7/14/10 | 11 | 2.0 | Gathering materials in response to the FCIC inquiry |
| Kevin Nystrom | 7/14/10 | 10 | 2.0 | Estimation of value options of the AH Bank loans |
| | | | 5.5 | |
| Kevin Nystrom | 7/15/10 | 10 | 2.0 | Discuss and analyze the SilverGate proposal |
| Kevin Nystrom | 7/15/10 | 10 | 1.0 | Value the benefits of moving the deposits to SilverGate |
| Kevin Nystrom | 7/15/10 | 10 | 0.5 | Prepare for an AH Bank BOD meeting |
| Kevin Nystrom | 7/15/10 | 10 | 1.0 | Prepare a motion for the SilverGate transaction |
| Kevin Nystrom | 7/15/10 | 10 | 0.5 | Meeting on the structure of the SilverGate transaction |
| | | | 5.0 | |
| Kevin Nystrom | 7/16/10 | 10 | 1.0 | Comment on summary of the SilverGate LOI |
| Kevin Nystrom | 7/16/10 | 10 | 1.0 | Analysis of the SilverGate transaction economics |
| Kevin Nystrom | 7/16/10 | 4 | 0.5 | Execution of the NY State Sales Tax form |
| Kevin Nystrom | 7/16/10 | 4 | 1.0 | Review the AH Bank June financials |
| Kevin Nystrom | 7/16/10 | 10 | 0.5 | Analysis of the deposits to be transferred |
| Kevin Nystrom | 7/16/10 | 8 | 0.5 | Analysis of the Milestone fees |
| Kevin Nystrom | 7/16/10 | 11 | 0.5 | Discussion regarding Waterfield oral arguments |
| | | | 5.0 | |
| Kevin Nystrom | 7/19/10 | 10 | 1.0 | Review the summary of the SilverGate proposal |
| Kevin Nystrom | 7/19/10 | 11 | 1.0 | Update on the settlement agreement with P. Rush |
| | | | 2.0 | |
| Kevin Nystrom | 7/20/10 | 12 | 0.5 | Update call with the UCC financial advisors |
| Kevin Nystrom | 7/20/10 | 10 | 0.5 | Review of SilverGate LOI |
| Kevin Nystrom | 7/20/10 | 11 | 2.0 | Preparation for FCIC call |
| | | | 3.0 | |
| Kevin Nystrom | 7/21/10 | 11 | 0.5 | Review of the Jackson settlement |
| Kevin Nystrom | 7/21/10 | 11 | 0.5 | Review of the Rush closing |
| | | | 1.0 | |
| Kevin Nystrom | 7/22/10 | 10 | 0.5 | Execute the SilverGate LOI |
| Kevin Nystrom | 7/22/10 | 11 | 1.0 | Discussion of the Waterfield oral arguments |
| Kevin Nystrom | 7/22/10 | 11 | 0.5 | Review Jackson settlement amendments |
| Kevin Nystrom | 7/22/10 | 11 | 1.0 | Call to prep for the FCIC meeting |
| | | | 3.0 | |
| Kevin Nystrom | 7/23/10 | 11 | 1.0 | Call with the FCIC |
| Kevin Nystrom | 7/23/10 | 10 | 0.5 | Update of AH Bank wind down plans |

| Name | Date | Category code | Hours | Narrative |
|------|------|------|------|------|
| Kevin Nystrom | 7/23/10 | 10 | 0.5 | Review of letter from the OTS |
|  |  |  | 2.0 |  |
|  |  |  |  |  |
| Kevin Nystrom | 7/26/10 | 10 | 0.5 | Review of letter from the OTS |
| Kevin Nystrom | 7/26/10 | 11 | 0.5 | Review and execution of the Jackson settlement |
| Kevin Nystrom | 7/26/10 | 10 | 1.5 | Review motion to form an SPE to receive the AH Bank dividend |
| Kevin Nystrom | 7/26/10 | 10 | 1.0 | Review the OTS settlement calculations |
| Kevin Nystrom | 7/26/10 | 10 | 0.5 | Schedule call with the OTS on deposit transfer |
|  |  |  | 4.0 |  |
|  |  |  |  |  |
| Kevin Nystrom | 7/27/10 | 11 | 0.5 | Call with Cadwalader on the Waterfield hearing |
| Kevin Nystrom | 7/27/10 | 10 | 0.5 | Arrange a call with the OTS to discuss the Silvergate transaction |
| Kevin Nystrom | 7/27/10 | 5 | 1.0 | Review the cash flow budget |
|  |  |  | 2.0 |  |
|  |  |  |  |  |
| Kevin Nystrom | 7/28/10 | 12 | 0.5 | Update call with BDO |
| Kevin Nystrom | 7/28/10 | 11 | 1.0 | Review the Borrowers Committee motion |
| Kevin Nystrom | 7/28/10 | 11 | 0.5 | Review Rush settlement closing payments |
| Kevin Nystrom | 7/28/10 | 8 | 1.0 | Milestone fees |
|  |  |  | 3.0 |  |
|  |  |  |  |  |
| Kevin Nystrom | 7/29/10 | 11 | 1.0 | Call on the response to the borrowers committee motion |
| Kevin Nystrom | 7/29/10 | 10 | 2.0 | Call with the OTS re the Silvergate transaction |
| Kevin Nystrom | 7/29/10 | 8 | 0.5 | Discussion of the Milestone fees |
|  |  |  | 3.5 |  |
|  |  |  |  |  |
| Kevin Nystrom | 7/30/10 | 8 | 1.0 | Discussion of the Milestone fees |
| Kevin Nystrom | 7/30/10 | 11 | 1.0 | Review the response to the FCIC |
|  |  |  | 2.0 |  |
|  |  |  |  |  |
|  | Total |  | 56.0 |  |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Bret Fernandes | 7/7/10 | 11 | 0.3 | Review Third Circuit ruling in Wells Fargo case |
| Bret Fernandes | 7/7/10 | 4 | 0.5 | Review weekly updates from AHM managers |
| | | | 0.8 | |
| Bret Fernandes | 7/9/10 | 5 | 0.3 | Review weekly cash update and effective date analyses |
| | | | 0.3 | |
| Bret Fernandes | 7/16/10 | 5 | 0.4 | Review weekly cash update |
| | | | 0.4 | |
| Bret Fernandes | 7/22/10 | 4 | 0.8 | Review weekly updates from AHM managers |
| | | | 0.8 | |
| Bret Fernandes | 7/28/10 | 4 | 0.7 | Review and discuss weekly updates from AHM managers |
| | | | 0.7 | |
| Bret Fernandes | 7/30/10 | 5 | 0.3 | Review weekly cash update and effective date cash analyses |
| | | | 0.3 | |
| | | | 3.3 | |

| Name | Date | Category code | Hours | Narrative |
|------|------|------|------|-----------|
| Scott Martinez | 7/1/10 | 6 | 1.0 | Participated in a conference call with AHM and Young Conaway regarding borrower claims |
| Scott Martinez | 7/1/10 | 6 | 2.0 | Reviewed the revised claims database |
| Scott Martinez | 7/1/10 | 10 | 0.5 | Participated in a conference call with AH Bank and AHM regarding the stalking horse offers for the loans |
| Scott Martinez | 7/1/10 | 10 | 1.5 | Work session with AHM employees regarding the sale of the AH Bank loans |
| Scott Martinez | 7/1/10 | 10 | 1.0 | Drafted a payoff letter for the AH Bank borrowers |
| Scott Martinez | 7/1/10 | 3 | 1.0 | Prepared revised responses to questions raised by the OTS |
| Scott Martinez | 7/1/10 | 11 | 1.0 | Reviewed the Orsi response |
| Scott Martinez | 7/1/10 | 6 | 1.0 | Work session with AHM employees regarding various SAP claims |
| Scott Martinez | 7/1/10 | 3 | 0.5 | Work session with AHM employees regarding AHMSI issues |
| Scott Martinez | 7/1/10 | 10 | 0.5 | Work session with AHM employees regarding miscellaneous asset sale notices |
| | | | 10.0 | |
| Scott Martinez | 7/2/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 7/2/10 | 5 | 1.2 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 7/2/10 | 5 | 0.2 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 7/2/10 | 5 | 0.6 | Updated the effective date scenarios |
| Scott Martinez | 7/2/10 | 5 | 0.5 | Prepared the professional fee wire request documents |
| Scott Martinez | 7/2/10 | 3 | 0.5 | Phone call with Young Conaway regarding the Borrowers Committee request |
| Scott Martinez | 7/2/10 | 3 | 0.5 | Work session with AHM employees regarding the 401k |
| | | | 4.5 | |
| Scott Martinez | 7/6/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 7/6/10 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 7/6/10 | 5 | 0.5 | Updated the cash flow projections |
| Scott Martinez | 7/6/10 | 6 | 0.6 | Prepared an analysis of all post petition payments made to Varga Berger |
| Scott Martinez | 7/6/10 | 5 | 0.6 | Work session with AHMSI regarding amounts owed to AHM |
| Scott Martinez | 7/6/10 | 10 | 1.0 | Phone calls with AHM regarding the sale of the AH Bank loans |
| Scott Martinez | 7/6/10 | 6 | 0.5 | Phone calls with AHM employees regarding SAP claims |
| | | | 6.0 | |
| Scott Martinez | 7/7/10 | 5 | 0.5 | Reviewed cash management activity |
| Scott Martinez | 7/7/10 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 7/7/10 | 12 | 1.0 | Prepared for and participated in the weekly update call with BDO |
| Scott Martinez | 7/7/10 | 5 | 0.5 | Reviewed the draft payroll registers |
| Scott Martinez | 7/7/10 | 10 | 0.5 | Phone calls with AHM and Milestone regarding the AH Bank loans |
| Scott Martinez | 7/7/10 | 10 | 0.5 | Prepared an analysis related to the AH Bank loans |
| | | | 4.0 | |
| Scott Martinez | 7/8/10 | 3 | 1.0 | Reviewed the FCIC Interrogatory Request |
| Scott Martinez | 7/8/10 | 11 | 0.5 | Phone calls with Young Conaway regarding issues related to the Borrowers Committee |
| Scott Martinez | 7/8/10 | 10 | 0.5 | Phone calls with AHM employees regarding the sale of the AH Bank loans |
| | | | 2.0 | |
| Scott Martinez | 7/9/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 7/9/10 | 5 | 1.0 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 7/9/10 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 7/9/10 | 5 | 0.5 | Updated the effective date scenarios |
| Scott Martinez | 7/9/10 | 11 | 0.4 | Phone call with AHM employees regarding the AHMIT interpleader distribution analysis |
| Scott Martinez | 7/9/10 | 3 | 0.5 | Participated in a conference call with Young Conaway and Hahn & Hessen regarding the FCIC request |
| Scott Martinez | 7/9/10 | 10 | 0.5 | Participated in a conference call with Young Conaway regarding the AH Bank loans |
| Scott Martinez | 7/9/10 | 5 | 0.3 | Reviewed the AH Bank deposit analysis as of June 2010 |
| Scott Martinez | 7/9/10 | 10 | 0.5 | Participated in a conference call with AHM employees regarding the AH Bank loans |
| | | | 5.0 | |
| Scott Martinez | 7/13/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 7/13/10 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 7/13/10 | 5 | 0.5 | Updated the cash flow projections |

| Name | Date | Category code | Hours | Narrative |
|------|------|------|------|-----------|
| Scott Martinez | 7/13/10 | 3 | 0.5 | Phone call with AHM and Young Conaway regarding the Ambac subpoena |
| Scott Martinez | 7/13/10 | 6 | 1.0 | Work session with AHM employees regarding SAP claims |
| Scott Martinez | 7/13/10 | 3 | 2.0 | Work session with AHM employees regarding the FCIC request |
| Scott Martinez | 7/13/10 | 3 | 0.6 | Phone call with AHM and Intercity regarding the surety bonds |
| Scott Martinez | 7/13/10 | 3 | 0.4 | Work session with AHM employees regarding the files in the basement |
| Scott Martinez | 7/13/10 | 5 | 0.5 | Work session with AHM employees regarding A/P |
| Scott Martinez | 7/13/10 | 10 | 0.7 | Work session with AHM employees regarding the bank loans |
| | | | 9.0 | |
| Scott Martinez | 7/14/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 7/14/10 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 7/14/10 | 12 | 1.0 | Prepared for and participated in the weekly update call with BDO |
| Scott Martinez | 7/14/10 | 3 | 0.5 | Phone call with Young Conaway regarding the FCIC request |
| Scott Martinez | 7/14/10 | 10 | 0.5 | Prepared an analysis regarding the AH Bank loans |
| Scott Martinez | 7/14/10 | 3 | 0.8 | Reviewed the 10-Q's for information requested in the FCIC request |
| Scott Martinez | 7/14/10 | 10 | 0.5 | Reviewed the loan refi versus the Silvergate proposal |
| Scott Martinez | 7/14/10 | 10 | 0.7 | Work session with AHM employees regarding the bank loans |
| Scott Martinez | 7/14/10 | 10 | 1.0 | Reviewed the Silvergate proposal for the bank deposits and loans |
| Scott Martinez | 7/14/10 | 3 | 1.0 | Work session with AHM employees regarding the FCIC request |
| Scott Martinez | 7/14/10 | 3 | 0.7 | Work session with AHM employees regarding the Ambac file review |
| Scott Martinez | 7/14/10 | 2 | 0.5 | Work session with AHM employees regarding the June financials |
| | | | 9.2 | |
| Scott Martinez | 7/15/10 | 3 | 1.0 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 7/15/10 | 8 | 2.5 | Prepared the supporting analyses for Zolfo Cooper's June fee application |
| Scott Martinez | 7/15/10 | 5 | 0.6 | Prepared the professional fee wire request documents |
| Scott Martinez | 7/15/10 | 10 | 1.0 | Reviewed the Silvergate draft LOI for the bank loans and deposits |
| Scott Martinez | 7/15/10 | 10 | 0.6 | Phone call with Young Conaway regarding the Silvergate LOI |
| Scott Martinez | 7/15/10 | 3 | 1.5 | Assembled information for the FCIC request |
| Scott Martinez | 7/15/10 | 3 | 0.5 | Reviewed the June sales and use tax return |
| Scott Martinez | 7/15/10 | 6 | 1.0 | Work session with AHM employees regarding SAP claims |
| Scott Martinez | 7/15/10 | 3 | 0.5 | Work session with AHM employees regarding the files in the basement |
| Scott Martinez | 7/15/10 | 10 | 0.5 | Phone call with AHM employees regarding the review of the bank loans |
| | | | 9.7 | |
| Scott Martinez | 7/16/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 7/16/10 | 5 | 1.2 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 7/16/10 | 5 | 0.2 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 7/16/10 | 5 | 0.6 | Updated the effective date scenarios |
| Scott Martinez | 7/16/10 | 12 | 0.5 | Meeting with BDO regarding winddown issues |
| Scott Martinez | 7/16/10 | 12 | 3.5 | Work session with BDO and the Trustee regarding the status of the case and various open issues |
| Scott Martinez | 7/16/10 | 3 | 0.5 | Reviewed the June financials for AH Bank |
| Scott Martinez | 7/16/10 | 11 | 0.5 | Reviewed the draft escrow agreement for the Rush settlement |
| | | | 8.0 | |
| Scott Martinez | 7/19/10 | 5 | 1.5 | Reviewed cash management activity |
| Scott Martinez | 7/19/10 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 7/19/10 | 5 | 0.5 | Updated the cash flow projections |
| Scott Martinez | 7/19/10 | 3 | 1.0 | Work session with AHM employees regarding the file review in the basement |
| Scott Martinez | 7/19/10 | 3 | 0.5 | Participated in the monthly omnibus court hearing |
| Scott Martinez | 7/19/10 | 3 | 0.8 | Work session with AHM employees regarding the FCIC request |
| Scott Martinez | 7/19/10 | 3 | 1.0 | Work session with AHM employees regarding the surety bonds |
| Scott Martinez | 7/19/10 | 6 | 0.5 | Work session with AHM employees regarding preference payment issues |
| Scott Martinez | 7/19/10 | 6 | 1.0 | Work session with AHM employees regarding SAP claims |
| Scott Martinez | 7/19/10 | 3 | 0.4 | Phone call with AHM and Young Conaway regarding various issues |
| | | | 9.0 | |
| Scott Martinez | 7/20/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 7/20/10 | 12 | 1.0 | Prepared for and participated in the weekly update call with BDO |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Scott Martinez | 7/20/10 | 10 | 1.5 | Reviewed and commented on the revised Silvergate LOI |
| Scott Martinez | 7/20/10 | 6 | 1.0 | Work session with AHM employees regarding SAP claims |
| Scott Martinez | 7/20/10 | 10 | 1.0 | Work session with AHM employees regarding the sale of the AH Bank loans |
| Scott Martinez | 7/20/10 | 5 | 0.8 | Work session with AHM employees regarding the 434 account |
| Scott Martinez | 7/20/10 | 3 | 0.5 | Work session with AHM employees regarding the inspection of the files in the basement |
| Scott Martinez | 7/20/10 | 6 | 0.5 | Work session with AHM employees regarding preference actions |
| Scott Martinez | 7/20/10 | 3 | 0.5 | Work session with AHM employees regarding AHMSI reporting issues |
| Scott Martinez | 7/20/10 | 6 | 0.5 | Work session with AHM employees regarding liquid funding |
| | | | 8.3 | |
| Scott Martinez | 7/21/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 7/21/10 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 7/21/10 | 11 | 3.5 | Updated the supporting analyses for the JP Morgan litigation |
| Scott Martinez | 7/21/10 | 3 | 0.5 | Reviewed and commented on the draft FCIC letter |
| Scott Martinez | 7/21/10 | 2 | 0.8 | Work session with AHM employees regarding June accounting |
| Scott Martinez | 7/21/10 | 10 | 1.0 | Work session with AHM employees regarding AH Bank loan due diligence |
| Scott Martinez | 7/21/10 | 3 | 0.4 | Work session with AHM employees regarding the review of the files in the basement |
| Scott Martinez | 7/21/10 | 3 | 0.7 | Work session with AHM employees regarding DSHA |
| Scott Martinez | 7/21/10 | 3 | 0.5 | Work session with AHM employees regarding the Travelers surety bond |
| | | | 9.4 | |
| Scott Martinez | 7/22/10 | 11 | 0.5 | Updated the supporting analyses for the JP Morgan litigation |
| Scott Martinez | 7/22/10 | 3 | 0.5 | Work session with NAI Long Island regarding the insurance renewals for the 538 Broadhollow building |
| Scott Martinez | 7/22/10 | 3 | 0.5 | Work session with AHM employees regarding issues with the servers |
| Scott Martinez | 7/22/10 | 10 | 0.7 | Work session with AHM employees regarding the sale of the AH Bank loans |
| Scott Martinez | 7/22/10 | 11 | 0.5 | Work session with AHM employees regarding the status of current litigation |
| Scott Martinez | 7/22/10 | 2 | 1.0 | Reviewed the draft May financials |
| Scott Martinez | 7/22/10 | 3 | 1.0 | Work session with AHM employees regarding issues related to bond loans |
| Scott Martinez | 7/22/10 | 11 | 0.6 | Reviewed the revised Jackson settlement |
| Scott Martinez | 7/22/10 | 3 | 1.0 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 7/22/10 | 11 | 0.4 | Prepared the professional fee wire request documents |
| Scott Martinez | 7/22/10 | 3 | 0.5 | Work session with AHM employees regarding issues related to the file review in the basement |
| Scott Martinez | 7/22/10 | 11 | 0.6 | Reviewed the interpleader 3rd Circuit Judgment |
| Scott Martinez | 7/22/10 | 3 | 0.4 | Work session with AHMSI employees regarding OCPs |
| Scott Martinez | 7/22/10 | 6 | 0.8 | Work session with AHM employees regarding SAP claims |
| | | | 9.0 | |
| Scott Martinez | 7/23/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 7/23/10 | 5 | 1.2 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 7/23/10 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 7/23/10 | 5 | 0.8 | Updated the effective date scenarios |
| Scott Martinez | 7/23/10 | 10 | 0.5 | Phone call with Young Conaway and Milestone regarding the Silvergate LOI |
| Scott Martinez | 7/23/10 | 3 | 1.0 | Prepared for and participated in a call with Young Conaway and the FCIC regarding an information request |
| Scott Martinez | 7/23/10 | 11 | 0.5 | Reviewed the revised Jackson settlement |
| Scott Martinez | 7/23/10 | 5 | 0.5 | Work session with AHM employees regarding A/P |
| Scott Martinez | 7/23/10 | 11 | 0.3 | Work session with AHM employees regarding the EMC subpoena |
| Scott Martinez | 7/23/10 | 3 | 0.6 | Reviewed the request from BDO regarding information needed for the 2009 tax returns |
| Scott Martinez | 7/23/10 | 3 | 0.4 | Work session with AHM employees regarding Ambac's review of the files |
| Scott Martinez | 7/23/10 | 6 | 0.5 | Work session with AHM employees regarding SAP claims |
| Scott Martinez | 7/23/10 | 3 | 0.4 | Work session with AHM employees regarding the 401k plan |
| | | | 8.0 | |

| Name | Date | Category code | Hours | Narrative |
|---|---|---|---|---|
| Scott Martinez | 7/26/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 7/26/10 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 7/26/10 | 5 | 0.5 | Updated the cash flow projections |
| Scott Martinez | 7/26/10 | 10 | 1.0 | Reviewed and commented on the draft motion and order regarding the proposed Silvergate transaction |
| Scott Martinez | 7/26/10 | 2 | 1.0 | Work session with AHM employees regarding the May financials |
| Scott Martinez | 7/26/10 | 3 | 1.5 | Prepared for and participated in a call with BDO regarding the 2009 tax returns |
| Scott Martinez | 7/26/10 | 3 | 0.5 | Reviewed reports from AHMSI regarding the JP Morgan loans |
| Scott Martinez | 7/26/10 | 3 | 0.5 | Work session with AHM's insurance broker regarding insurance renewals |
| Scott Martinez | 7/26/10 | 5 | 0.4 | Work session with AHM employees regarding A/P. |
| Scott Martinez | 7/26/10 | 6 | 1.0 | Work session with AHM employees regarding SAP claims |
| | | | 9.2 | |
| Scott Martinez | 7/27/10 | 3 | 1.0 | Updated the open items tracking sheet for the large remaining AHM issues |
| Scott Martinez | 7/27/10 | 6 | 2.0 | Reviewed the updated claims database |
| Scott Martinez | 7/27/10 | 6 | 2.5 | Prepared for and participated in a conference call with Young Conaway and AHM regarding the open claims |
| Scott Martinez | 7/27/10 | 10 | 1.0 | Work session with AHM employees regarding the AH Bank loans |
| Scott Martinez | 7/27/10 | 3 | 1.0 | Work session with AHM employees regarding the FCIC requests |
| Scott Martinez | 7/27/10 | 3 | 0.5 | Work session with AHM employees regarding Ambac |
| Scott Martinez | 7/27/10 | 12 | 0.5 | Work session with BDO regarding status of various issues |
| | | | 8.5 | |
| Scott Martinez | 7/28/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 7/28/10 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 7/28/10 | 12 | 1.0 | Prepared for and participated in the weekly update call with BDO |
| Scott Martinez | 7/28/10 | 11 | 1.5 | Reviewed the Borrowers Committee's motion to pursue discovery |
| Scott Martinez | 7/28/10 | 6 | 1.5 | Work session with AHM employees regarding various open claims |
| Scott Martinez | 7/28/10 | 10 | 0.5 | Work session with AH Bank employees regarding loan payment history for AH Bank loans |
| Scott Martinez | 7/28/10 | 6 | 1.5 | Reviewed various open claims to determine if they are valid |
| Scott Martinez | 7/28/10 | 3 | 0.8 | Prepared an analysis related to borrowers named in the Borrowers Committee's motion |
| Scott Martinez | 7/28/10 | 2 | 1.0 | Work session with AHM employees regarding June accounting |
| | | | 9.8 | |
| Scott Martinez | 7/29/10 | 5 | 0.5 | Reviewed cash management activity |
| Scott Martinez | 7/29/10 | 11 | 1.0 | Participated in a conference call with Hahn & Hessen and Young Conaway regarding the Borrowers Committee motion to pursue discovery |
| Scott Martinez | 7/29/10 | 5 | 1.5 | Updated the cash flow budget model through October 2010 |
| Scott Martinez | 7/29/10 | 6 | 2.0 | Reviewed open claims |
| Scott Martinez | 7/29/10 | 6 | 1.0 | Work session with AHM employees regarding various open claims |
| Scott Martinez | 7/29/10 | 3 | 1.5 | Updated the analysis related to the Borrowers Committee's motion |
| Scott Martinez | 7/29/10 | 3 | 0.5 | Reviewed the insurance renewal invoices |
| Scott Martinez | 7/29/10 | 3 | 0.5 | Work session with AHM employees regarding BDO tax questions |
| Scott Martinez | 7/29/10 | 11 | 0.4 | Reviewed the revised AH Bank settlement agreement |
| Scott Martinez | 7/29/10 | 3 | 0.7 | Work session with AHM employees regarding the FCIC responses |
| | | | 9.6 | |
| Scott Martinez | 7/30/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 7/30/10 | 5 | 1.2 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 7/30/10 | 5 | 0.2 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 7/30/10 | 5 | 0.6 | Updated the effective date scenarios |
| Scott Martinez | 7/30/10 | 11 | 2.0 | Reviewed and commented on the responses to the JP Morgan counter claims |
| Scott Martinez | 7/30/10 | 6 | 0.5 | Reviewed and commented on various claims |
| Scott Martinez | 7/30/10 | 3 | 1.0 | Prepared an analysis regarding the remaining AH Bank loans |
| Scott Martinez | 7/30/10 | 3 | 1.5 | Reviewed and commented on the draft FCIC response |
| | | | 8.0 | |
| | Total | | 156.2 | |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to July 31, 2010

**CATEGORY 1**          **FINANCING**

| Professional | Hourly Rate | July 2010 Hours | July 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 10.20 | $ 193.75 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 75.00 | $ 12,302.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 41.00 | $ 24,250.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 22.80 | $ 14,357.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 550 | 0.00 | $ - | 2.70 | $ 1,174.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 151.70 | $ 52,278.25 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to July 31, 2010

**CATEGORY 2**         **COURT REPORTING**

| Professional | Hourly Rate | July 2010 Hours | July 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 0.00 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 18.50 | $ 6,617.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 0.20 | $ 129.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 0.00 | $ - |
| Robert Semple | $ 640 | 0.00 | $ - | 13.00 | $ 7,345.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 31.80 | $ 17,490.00 |
| Scott Martinez | $ 550 | 4.30 | $ 2,365.00 | 108.10 | $ 52,878.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 24.10 | $ 9,037.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 4.30 | $ 2,365.00 | 195.70 | $ 93,497.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to July 31, 2010

**CATEGORY 3**          **CHAPTER 11 PROCESS**

| Professional | Hourly Rate | July 2010 Hours | July 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 17.50 | $ 4,262.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 40.50 | $ 12,910.00 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 1571.40 | $ 940,997.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 75.30 | $ 47,209.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 130.50 | $ 76,745.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 291.00 | $ 166,310.00 |
| Scott Martinez | $ 550 | 43.10 | $ 23,705.00 | 1984.60 | $ 909,407.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 138.90 | $ 60,757.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.60 | $ 225.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 43.00 | $ 2,150.00 |
| Total | | 43.10 | $ 23,705.00 | 4293.30 | $ 2,220,972.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to July 31, 2010

**CATEGORY 4**          **BUSINESS OPERATIONS**

| Professional | Hourly Rate | July 2010 Hours | July 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 476.05 | $ 152,636.25 |
| Kevin Nystrom | $ 775 | 1.50 | $ 1,162.50 | 408.50 | $ 133,405.00 |
| Bret Fernandes | $ 675 | 2.00 | $ 1,350.00 | 305.90 | $ 191,084.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 217.40 | $ 136,080.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 1212.10 | $ 705,255.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 550 | 0.00 | $ - | 22.10 | $ 11,840.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 9.10 | $ 3,944.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 1.70 | $ 595.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 3.50 | $ 2,512.50 | 2652.85 | $ 1,334,840.25 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to July 31, 2010

**CATEGORY 5**            **CASH MANAGEMENT**

| Professional | Hourly Rate | July 2010 Hours | July 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 1.00 | $ - |
| Kevin Nystrom | $ 775 | 1.00 | $ 775.00 | 100.00 | $ 27,715.00 |
| Bret Fernandes | $ 675 | 1.00 | $ 675.00 | 404.40 | $ 240,573.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 4.60 | $ 2,898.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 275.10 | $ 154,753.00 |
| Scott Martinez | $ 550 | 40.40 | $ 22,220.00 | 1684.50 | $ 788,457.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 92.30 | $ 38,328.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 7.00 | $ 2,625.00 |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 1335.30 | $ 489,437.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 4.00 | $ 200.00 |
| Total | | 42.40 | $ 23,670.00 | 3908.20 | $ 1,744,988.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to July 31, 2010

**CATEGORY 6**          **CLAIMS ADMINISTRATION**

| Professional | Hourly Rate | July 2010 Hours | July 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 7.25 | $ 2,712.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 51.00 | $ 24,812.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 87.90 | $ 55,021.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 1.50 | $ 945.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 166.50 | $ 98,299.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 26.90 | $ 15,267.00 |
| Scott Martinez | $ 550 | 23.90 | $ 13,145.00 | 399.70 | $ 198,945.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 1881.60 | $ 822,731.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 23.90 | $ 13,145.00 | 2622.35 | $ 1,218,734.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to July 31, 2010

**CATEGORY 7**          **UNEXPIRED LEASES AND EXECUTORY CONTRACTS**

| Professional | Hourly Rate | July 2010 Hours | July 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ – | 0.00 | $ – |
| Kevin Nystrom | $ 775 | 0.00 | $ – | 0.00 | $ – |
| Bret Fernandes | $ 675 | 0.00 | $ – | 2.00 | $ 1,180.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ – | 0.00 | $ – |
| Robert Semple | $ 640 | 0.00 | $ – | 0.00 | $ – |
| Mark Lymbery | $ 590 | 0.00 | $ – | 0.00 | $ – |
| Scott Martinez | $ 550 | 0.00 | $ – | 1.00 | $ 450.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ – | 0.00 | $ – |
| Elizabeth Kardos | $ 425 | 0.00 | $ – | 0.00 | $ – |
| Linda Cheung | $ 375 | 0.00 | $ – | 0.00 | $ – |
| Carmen Bonilla | $ 375 | 0.00 | $ – | 0.00 | $ – |
| Rebecca Randall | $ 345 | 0.00 | $ – | 0.00 | $ – |
| Laura Capen Verry | $ 225 | 0.00 | $ – | 0.00 | $ – |
| Sam Mitchell | $ 50 | 0.00 | $ – | 0.00 | $ – |
| Total | | 0.00 | $ – | 3.00 | $ 1,630.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to July 31, 2010

**CATEGORY 8**          **ENGAGEMENT ADMINISTRATION**

| Professional | Hourly Rate | July 2010 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ – | 3.50 | $ – |
| Kevin Nystrom | $ 775 | 3.00 | $ 2,325.00 | 44.50 | $ 12,965.00 |
| Bret Fernandes | $ 675 | 0.00 | $ – | 0.00 | $ – |
| Mitchell Taylor | $ 695 | 0.00 | $ – | 37.40 | $ 23,188.00 |
| Robert Semple | $ 640 | 0.00 | $ – | 21.90 | $ 12,808.50 |
| Mark Lymbery | $ 590 | 0.00 | $ – | 5.40 | $ 3,106.00 |
| Scott Martinez | $ 550 | 2.50 | $ 1,375.00 | 52.80 | $ 25,493.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ – | 52.30 | $ 22,824.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ – | 59.70 | $ 23,787.50 |
| Linda Cheung | $ 375 | 0.00 | $ – | 0.00 | $ – |
| Carmen Bonilla | $ 375 | 0.00 | $ – | 235.20 | $ 83,185.00 |
| Rebecca Randall | $ 345 | 0.00 | $ – | 0.00 | $ – |
| Laura Capen Verry | $ 225 | 0.00 | $ – | 78.00 | $ 16,201.00 |
| Sam Mitchell | $ 50 | 0.00 | $ – | 0.00 | $ – |
| Total | | 5.50 | $ 3,700.00 | 590.70 | $ 223,558.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to July 31, 2010

**CATEGORY 9**          **ASSET ANALYSIS**

| Professional | Hourly Rate | July 2010 Hours | July 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ – | 0.00 | $ – |
| Kevin Nystrom | $ 775 | 0.00 | $ – | 2.50 | $ 720.00 |
| Bret Fernandes | $ 675 | 0.00 | $ – | 152.30 | $ 92,138.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ – | 0.30 | $ 186.00 |
| Robert Semple | $ 640 | 0.00 | $ – | 2.00 | $ 1,130.00 |
| Mark Lymbery | $ 590 | 0.00 | $ – | 0.00 | $ – |
| Scott Martinez | $ 550 | 0.00 | $ – | 0.00 | $ – |
| Puneet Agrawal | $ 465 | 0.00 | $ – | 0.00 | $ – |
| Elizabeth Kardos | $ 425 | 0.00 | $ – | 0.00 | $ – |
| Linda Cheung | $ 375 | 0.00 | $ – | 0.00 | $ – |
| Carmen Bonilla | $ 375 | 0.00 | $ – | 0.00 | $ – |
| Rebecca Randall | $ 345 | 0.00 | $ – | 0.00 | $ – |
| Laura Capen Verry | $ 225 | 0.00 | $ – | 0.00 | $ – |
| Sam Mitchell | $ 50 | 0.00 | $ – | 0.00 | $ – |
| Total | | 0.00 | $ – | 157.10 | $ 94,174.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to July 31, 2010

**CATEGORY 10**          **ASSET DISPOSITION**

| Professional | Hourly Rate | July 2010 Hours | July 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 108.45 | $ 13,717.50 |
| Kevin Nystrom | $ 775 | 27.50 | $ 21,312.50 | 712.50 | $ 279,340.00 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 740.00 | $ 436,375.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 1002.30 | $ 625,625.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 854.70 | $ 494,725.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 75.10 | $ 41,949.00 |
| Scott Martinez | $ 550 | 19.70 | $ 10,835.00 | 471.70 | $ 229,904.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 72.30 | $ 31,096.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 47.20 | $ 32,147.50 | 4037.05 | $ 2,152,733.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to July 31, 2010

**CATEGORY 11**        **LITIGATION**

| Professional | Hourly Rate | July 2010 Hours | July 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 22.05 | $ 6,820.00 |
| Kevin Nystrom | $ 775 | 21.00 | $ 16,275.00 | 369.75 | $ 270,392.50 |
| Bret Fernandes | $ 675 | 0.30 | $ 202.50 | 354.50 | $ 223,762.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 64.40 | $ 40,542.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 31.00 | $ 18,290.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 550 | 13.80 | $ 7,590.00 | 345.70 | $ 170,353.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 13.90 | $ 6,046.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.20 | $ 85.00 |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.90 | $ 337.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 21.60 | $ 4,860.00 |
| Sam Mitchell | $ 50 | 0.00 | $ - | 14.00 | $ 700.00 |
| Total | | 35.10 | $ 24,067.50 | 1238.00 | $ 742,189.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to July 31, 2010

**CATEGORY 12**          **MEETINGS OF CREDITORS**

| Professional | Hourly Rate | July 2010 Hours | July 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 18.70 | $ 7,362.50 |
| Kevin Nystrom | $ 775 | 2.00 | $ 1,550.00 | 79.00 | $ 18,337.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 0.00 | $ - |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 34.20 | $ 21,515.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 2.00 | $ 1,180.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 1.50 | $ 825.00 |
| Scott Martinez | $ 550 | 8.50 | $ 4,675.00 | 225.40 | $ 106,536.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 41.20 | $ 18,384.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 61.10 | $ 22,800.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 10.50 | $ 6,225.00 | 463.10 | $ 196,940.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to July 31, 2010

**CATEGORY 13**          **DIP BUDGET REPORTING**

| Professional | Hourly Rate | July 2010 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 0.00 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 4.00 | $ - |
| Bret Fernandes | $ 675 | 0.00 | $ - | 2.60 | $ 1,430.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 0.00 | $ - |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 1.10 | $ 605.00 |
| Scott Martinez | $ 550 | 0.00 | $ - | 22.00 | $ 9,570.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 46.70 | $ 17,107.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 76.40 | $ 28,712.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to July 31, 2010

**CATEGORY 14**          **SECURED LENDERS NEGOTIATION**

| Professional | Hourly Rate | July 2010 Hours | July 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 73.50 | $ 14,337.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 274.00 | $ 28,927.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 32.60 | $ 19,234.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 262.30 | $ 164,883.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 576.80 | $ 329,864.00 |
| Scott Martinez | $ 550 | 0.00 | $ - | 0.00 | $ - |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 802.40 | $ 337,747.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 2021.60 | $ 894,993.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to July 31, 2010

**CATEGORY 15**          **COMMUNICATIONS MATTERS**

| Professional | Hourly Rate | July 2010 Hours | July 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ – | 5.75 | $ – |
| Kevin Nystrom | $ 775 | 0.00 | $ – | 10.00 | $ 1,662.50 |
| Bret Fernandes | $ 675 | 0.00 | $ – | 0.00 | $ – |
| Mitchell Taylor | $ 695 | 0.00 | $ – | 15.30 | $ 9,486.00 |
| Robert Semple | $ 640 | 0.00 | $ – | 0.00 | $ – |
| Mark Lymbery | $ 590 | 0.00 | $ – | 3.40 | $ 1,870.00 |
| Scott Martinez | $ 550 | 0.00 | $ – | 0.00 | $ – |
| Puneet Agrawal | $ 465 | 0.00 | $ – | 0.00 | $ – |
| Elizabeth Kardos | $ 425 | 0.00 | $ – | 0.00 | $ – |
| Linda Cheung | $ 375 | 0.00 | $ – | 0.00 | $ – |
| Carmen Bonilla | $ 375 | 0.00 | $ – | 212.30 | $ 76,102.50 |
| Rebecca Randall | $ 345 | 0.00 | $ – | 22.80 | $ 7,410.00 |
| Laura Capen Verry | $ 225 | 0.00 | $ – | 0.00 | $ – |
| Sam Mitchell | $ 50 | 0.00 | $ – | 0.00 | $ – |
| Total | | 0.00 | $ – | 269.55 | $ 96,531.00 |

**AMERICAN HOME MORTGAGE**
**EXPENSES BY DAY BY PROFESSIONAL**
**JULY 1, 2010 THROUGH JULY 31, 2010**

| Emp # | Name | Date | Description | | Amount |
|-------|------|------|-------------|---|--------|
| 0325 | Scott R. Martinez | 6/28/2010 | Ground Transportation | | 100.05 |
| 0325 | Scott R. Martinez | 6/29/2010 | Ground Transportation | | 100.05 |
| 0325 | Scott R. Martinez | 6/30/2010 | Ground Transportation | | 100.05 |
| 0325 | Scott R. Martinez | 6/30/2010 | Ground Transportation | | 199.82 |
| 0325 | Scott R. Martinez | 7/1/2010 | Ground Transportation | | 100.05 |
| 0325 | Scott R. Martinez | 7/1/2010 | Ground Transportation | | 199.82 |
| 0325 | Scott R. Martinez | 7/1/2010 | Meals | BRKFST - 1 | 11.55 |
| 0325 | Scott R. Martinez | 7/1/2010 | Meals | LUNCH - 1 | 14.92 |
| 0325 | Scott R. Martinez | 7/1/2010 | Meals | DINNER - 1 | 35.62 |
| 0325 | Scott R. Martinez | 7/2/2010 | Ground Transportation | | 100.05 |
| 0325 | Scott R. Martinez | 7/2/2010 | Ground Transportation | | 7.25 |
| 0325 | Scott R. Martinez | 7/2/2010 | Ground Transportation | GAS | 21.75 |
| 0325 | Scott R. Martinez | 7/2/2010 | Ground Transportation | EZ PASS | 10.00 |
| 0325 | Scott R. Martinez | 7/13/2010 | Ground Transportation | | 5.50 |
| 0325 | Scott R. Martinez | 7/13/2010 | Ground Transportation | | 199.82 |
| 0325 | Scott R. Martinez | 7/13/2010 | Ground Transportation | | 95.80 |
| 0325 | Scott R. Martinez | 7/13/2010 | Meals | LUNCH - 1 | 18.47 |
| 0325 | Scott R. Martinez | 7/13/2010 | Meals | DINNER - 1 | 37.48 |
| 0325 | Scott R. Martinez | 7/14/2010 | Ground Transportation | | 7.25 |
| 0325 | Scott R. Martinez | 7/14/2010 | Ground Transportation | GAS | 16.05 |
| 0325 | Scott R. Martinez | 7/14/2010 | Ground Transportation | | 95.80 |
| 0325 | Scott R. Martinez | 7/14/2010 | Meals | LUNCH - 1 | 19.80 |
| 0325 | Scott R. Martinez | 7/15/2010 | Ground Transportation | | 5.50 |
| 0325 | Scott R. Martinez | 7/15/2010 | Ground Transportation | | 199.82 |
| 0325 | Scott R. Martinez | 7/15/2010 | Ground Transportation | | 95.80 |
| 0325 | Scott R. Martinez | 7/15/2010 | Meals | LUNCH - 1 | 12.42 |
| 0325 | Scott R. Martinez | 7/15/2010 | Meals | DINNER - 1 | 20.00 |
| 0325 | Scott R. Martinez | 7/16/2010 | Ground Transportation | | 95.79 |
| 0325 | Scott R. Martinez | 7/16/2010 | Ground Transportation | | 7.25 |
| 0325 | Scott R. Martinez | 7/16/2010 | Ground Transportation | GAS | 17.05 |
| 0325 | Scott R. Martinez | 7/16/2010 | Ground Transportation | EZ PASS | 10.00 |
| 0325 | Scott R. Martinez | 7/19/2010 | Ground Transportation | | 101.38 |
| 0325 | Scott R. Martinez | 7/19/2010 | Ground Transportation | | 5.50 |
| 0325 | Scott R. Martinez | 7/19/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 7/19/2010 | Meals | BRKFST - 1 | 6.96 |
| 0325 | Scott R. Martinez | 7/19/2010 | Meals | LUNCH - 1 | 11.13 |
| 0325 | Scott R. Martinez | 7/19/2010 | Meals | DINNER - 1 | 27.12 |
| 0325 | Scott R. Martinez | 7/20/2010 | Ground Transportation | | 101.38 |
| 0325 | Scott R. Martinez | 7/20/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 7/20/2010 | Meals | LUNCH - 1 | 19.71 |
| 0325 | Scott R. Martinez | 7/20/2010 | Meals | DINNER - 2 | 55.76 |
| 0325 | Scott R. Martinez | 7/21/2010 | Ground Transportation | | 101.38 |
| 0325 | Scott R. Martinez | 7/21/2010 | Ground Transportation | | 7.25 |
| 0325 | Scott R. Martinez | 7/21/2010 | Meals | LUNCH - 1 | 19.96 |
| 0325 | Scott R. Martinez | 7/22/2010 | Ground Transportation | | 101.38 |
| 0325 | Scott R. Martinez | 7/22/2010 | Ground Transportation | | 5.50 |
| 0325 | Scott R. Martinez | 7/22/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 7/22/2010 | Meals | LUNCH - 2 | 26.77 |

1

**AMERICAN HOME MORTGAGE**
**EXPENSES BY DAY BY PROFESSIONAL**
**JULY 1, 2010 THROUGH JULY 31, 2010**

| Emp # | Name | Date | Description | | Amount |
|---|---|---|---|---|---|
| 0325 | Scott R. Martinez | 7/22/2010 | Meals | DINNER - 1 | 26.39 |
| 0325 | Scott R. Martinez | 7/23/2010 | Ground Transportation | | 101.38 |
| 0325 | Scott R. Martinez | 7/23/2010 | Ground Transportation | | 7.25 |
| 0325 | Scott R. Martinez | 7/23/2010 | Ground Transportation | GAS | 47.90 |
| 0325 | Scott R. Martinez | 7/26/2010 | Ground Transportation | | 101.38 |
| 0325 | Scott R. Martinez | 7/26/2010 | Ground Transportation | | 5.50 |
| 0325 | Scott R. Martinez | 7/26/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 7/26/2010 | Meals | BRKFST - 1 | 11.95 |
| 0325 | Scott R. Martinez | 7/26/2010 | Meals | LUNCH - 1 | 14.38 |
| 0325 | Scott R. Martinez | 7/26/2010 | Meals | DINNER - 1 | 35.72 |
| 0325 | Scott R. Martinez | 7/27/2010 | Ground Transportation | | 101.38 |
| 0325 | Scott R. Martinez | 7/27/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 7/27/2010 | Meals | DINNER - 2 | 66.45 |
| 0325 | Scott R. Martinez | 7/28/2010 | Ground Transportation | | 101.38 |
| 0325 | Scott R. Martinez | 7/28/2010 | Ground Transportation | | 7.25 |
| 0325 | Scott R. Martinez | 7/28/2010 | Ground Transportation | GAS | 19.75 |
| 0325 | Scott R. Martinez | 7/28/2010 | Meals | LUNCH - 1 | 13.35 |
| 0325 | Scott R. Martinez | 7/29/2010 | Ground Transportation | | 101.38 |
| 0325 | Scott R. Martinez | 7/29/2010 | Ground Transportation | | 5.50 |
| 0325 | Scott R. Martinez | 7/29/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 7/29/2010 | Meals | LUNCH - 1 | 16.27 |
| 0325 | Scott R. Martinez | 7/29/2010 | Meals | DINNER - 1 | 31.61 |
| 0325 | Scott R. Martinez | 7/29/2010 | Phone | CELL | 138.54 |
| 0325 | Scott R. Martinez | 7/30/2010 | Ground Transportation | | 101.38 |
| 0325 | Scott R. Martinez | 7/30/2010 | Ground Transportation | | 7.25 |
| 0325 | Scott R. Martinez | 7/30/2010 | Ground Transportation | GAS | 14.00 |
| 0325 | Scott R. Martinez | 7/30/2010 | Ground Transportation | EZ PASS | 10.00 |
| | | | **Subtotal** | | **$4,838.02** |
| | | | | | |
| 0401 | Kevin Nystrom | 7/6/2010 | Phone | CELL | 72.70 |
| | | | **Subtotal** | | **$   72.70** |
| | | | | | |
| 9999 | Payable Accounts | 7/5/2010 | Postage | FED EX | 5.24 |
| 9999 | Payable Accounts | 7/12/2010 | Postage | FED EX | 5.24 |
| 9999 | Payable Accounts | 7/26/2010 | Phone | PREMIER GLOBAL CONFERENCING | 87.48 |
| 9999 | Payable Accounts | 7/26/2010 | Postage | FED EX | 15.88 |
| 9999 | Payable Accounts | 7/31/2010 | Copy Charges | | 6.60 |
| 9999 | Payable Accounts | 7/31/2010 | Postage | | 3.80 |
| | | | **Subtotal** | | **$   124.24** |
| | | | | | |
| | | | **TOTAL JULY EXPENSES** | | **$5,034.96** |