# EXHIBIT II

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                :   Jointly Administered
           Debtors.                                             :
                                                                :   Ref. Docket No. ___
---------------------------------------------------------------- x

**ORDER SUSTAINING DEBTORS' SIXTY-SECOND OMNIBUS
(NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the sixty-second omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B, C, D, E, and F attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

2

due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A, B, C, E, and F are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit D are hereby reassigned to the New Case Numbers as indicated on Exhibit D; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      September ___, 2010

                                        CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Amended Claim**

Exhibit A

Amended Claim

| Name/Address of Claimant | Objectionable Claim ||||| Surviving Claim ||||
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| MCCANN APPRAISAL SERVICES INC.<br>ATTN FRANK MCCANN, OWNER/PRESIDENT<br>231 S. WHITE HORSE PIKE<br>AUDUBON, NJ 08106 | 9081 | 1/11/08 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$60.00 (U)<br>$60.00 (T) | 10641 | 1/9/09 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$7,160.00 (U)<br>$7,160.00 (T) |
| Totals: | 1 Claim |||| - (S)<br>- (A)<br>- (P)<br>$60.00 (U)<br>$60.00 (T) |||| - (S)<br>- (A)<br>- (P)<br>$7,160.00 (U)<br>$7,160.00 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Duplicate Claims**

**Exhibit B**

**Duplicate Claim**

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| LAW GROUP PL<br>FLORIDA DEFAULT LAW GROUP PL<br>PO BOX 25018<br>MAIL STOP 4<br>TAMPA, FL 33622-5018 | 10678 | 1/10/09 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$8,219.21 (U)<br>$8,219.21 (T) | 8662 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$8,219.21 (U)<br>$8,219.21 (T) |
| LAW GROUP PL<br>FLORIDA DEFAULT LAW GROUP PL<br>PO BOX 25018<br>MAIL STOP 4<br>TAMPA, FL 33622-5018 | 10682 | 2/20/09 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$8,219.21 (U)<br>$8,219.21 (T) | 8662 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$8,219.21 (U)<br>$8,219.21 (T) |
| MOBILE REGISTER, THE<br>LOCK BOX 1712<br>MOBILE, AL 36601 | 10654 | 2/2/09 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,535.00 (U)<br>$1,535.00 (T) | 3784 | 11/29/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,535.00 (U)<br>$1,535.00 (T) |
| **Totals:** | 3 Claims | | | - (S)<br>- (A)<br>- (P)<br>$17,973.42 (U)<br>$17,973.42 (T) | | | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Late Filed Claims**

# Exhibit C
## Late Filed Claim

| Name/Address of Claimant | Objectionable Claim | | | | |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
| DEPARTMENT OF CORPORATIONS<br>C/O: PRESTON DUFAUCHARD, COMMISSIONER<br>1515 K ST, STE 200<br>SACRAMENTO, CA 95814-4052 | 9864 | 1/31/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$10,605.65 (U)<br>$10,605.65 (T) | 1/11/2008 |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>C/O ELENA P. LAZAROU, ESQ.<br>REED SMITH LLP<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | 10173 | 4/2/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$8,262.18 (U)<br>$8,262.18 (T) | 1/11/2008 |
| Totals: | 2 Claims | | | - (S)<br>- (A)<br>- (P)<br>$18,867.83 (U)<br>$18,867.83 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Wrong Debtor Claims**

# Exhibit D

## Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | New Case Number |
|---|---|---|---|---|---|
| | | | | | Case Number |
| 32 PROSPECT AVENUE, LLC<br>C/O HARVEY SUSSWEIN<br>85 CLINTON AVENUE<br>MONTCLAIR, NJ 07042 | 9883 | 2/1/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$5,339.25 (U)<br>$5,339.25 (T) | 07-11051 |
| AMERICAN SOLUTIONS FOR BUSINESS<br>ATTN SHELLY ANDERSON, CREDIT MGR<br>PO BOX 218<br>GLENWOOD, MN 56334 | 1434 | 10/5/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,608.18 (U)<br>$1,608.18 (T) | 07-11051 |
| CITY OF GREENSBORO<br>ATTN CONNIE C. HUDGINS - DEPUTY<br>PO BOX 3136<br>GREENSBORO, NC 27402-3136 | 5442 | 12/13/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$3,960.00 (U)<br>$3,960.00 (T) | 07-11051 |
| HUFFMAN ASSOCIATES, LLC<br>ATTN MICHAEL W. HUFFMAN, PRESIDENT<br>111 WEST MAIN STREET<br>BAY SHORE, NY 11706 | 1393 | 9/27/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$125,700.00 (U)<br>$125,700.00 (T) | 07-11051 |
| REGSDATA<br>C/O ISO, INC. LAW DEPT<br>KENNETH E. THOMPSON, SECRETARY<br>545 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310-1686 | 3628 | 11/26/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$2,227.76 (U)<br>$2,227.76 (T) | 07-11051 |
| THELEN REID BROWN RAYSMAN & STEINER LLP<br>ATTN LOUIS J CISZ, III<br>MARCUS O COLABIANCHI<br>101 SECOND STREET #1800<br>SAN FRANCISCO, CA 94105 | 7736 | 1/8/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$3,027.90 (U)<br>$3,027.90 (T) | 07-11051 |
| WINSTON SUPPORT SERVICES,LLC<br>ATTN: JESSE ULEZALKA<br>122 EAST 42ND STREET<br>NEW YORK, NY 10168 | 10737 | 10/7/09 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$12,000.00 (U)<br>$12,000.00 (T) | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number / Case Number |
|---|---|---|---|---|---|
| Totals: | 7 Claims | | | - (S)<br>- (A)<br>- (P)<br>$153,863.09 (U)<br>$153,863.09 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

**No Supporting Documentation Claims**

## Exhibit E
## No Documentation Claim

| | Objectionable Claim | | | | |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
| BATES, ARBIE<br>3848 HWY 63<br>BLACK ROCK, AR 72415 | 7630 | 1/8/08 | No Case | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form which would allow the Debtors to determine whether or not the claimant has a valid claim. Moreover, the claimant has not responded to the Debtors' requests for additional information. Based on the foregoing, the Debtors request the claim be disallowed and expunged. |
| CIRCUIT COURT FOR BALTIMORE CITY<br>100 NORTH CALVERT ST., RM 610<br>BALTIMORE, MD 21202 | 6034 | 12/17/07 | 07-11051 | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form. Accordingly, the Debtors are unable to determine the potential basis for the claim and request the claim be disallowed and expunged. |
| CIRKUS, JOSEPH<br>4251 ROCK ISLAND RD. APT. 106<br>LAUDERHILL, FL 33319-4509 | 4381 | 12/3/07 | No Case | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form. Accordingly, the Debtors are unable to determine the potential basis for the claim and request the claim be disallowed and expunged. |
| DETTMANN, FREDERICK G. MD<br>4811 N. 68TH ST.<br>SCOTTSDALE, AZ 85251 | 5386 | 12/13/07 | No Case | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form which would allow the Debtors to determine whether or not the claimant has a valid claim. Moreover, the claimant has not responded to the Debtors' requests for additional information. Based on the foregoing, the Debtors request the claim be disallowed and expunged. |
| KINKER, VICKI S.<br>1517 HIAWATHA DR<br>OWOSSO, MI 48867 | 7554 | 1/7/08 | No Case | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form. Accordingly, the Debtors are unable to determine the potential basis for the claim and request the claim be disallowed and expunged. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MOSES, HARRY<br>C/O LEHMAN BROTHERS<br>399 PARK AVENUE<br>NEW YORK, NY 10022-4679 | 6079 | 12/21/07 | No Case | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form. Accordingly, the Debtors are unable to determine the potential basis for the claim and request the claim be disallowed and expunged. |
| SCHWARZ, JAMES W. & BARBARA J.<br>TEN ENT<br>4 SPRING CIRCLE<br>BROOMALL, PA 19008-1219 | 6738 | 12/31/07 | No Case | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form. Accordingly, the Debtors are unable to determine the potential basis for the claim and request the claim be disallowed and expunged. |
| SHEPHERD, CHARLES MM<br>222 S CENTRAL AVE<br>STE 804<br>ST LOUIS, MO 63105 | 10089 | 3/12/08 | No Case | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form. Accordingly, the Debtors are unable to determine the potential basis for the claim and request the claim be disallowed and expunged. |
| SOUTHWEST FUNDING LP<br>7105 GOLF CLUB DR.<br>STE 1102 #105<br>FORT WORTH, TX 76179 | 6039 | 12/18/07 | No Case | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form which would allow the Debtors to determine whether or not the claimant has a valid claim. Moreover, the claimant has not responded to the Debtors' requests for additional information. Based on the foregoing, the Debtors request the claim be disallowed and expunged. |
| STAYER, LOUIS L.<br>4340 SEQUOYAH RD<br>OAKLAND, CA 94605 | 8087 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$9,797.25 (U)<br>$9,797.25 (T) | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form. Accordingly, the Debtors are unable to determine the potential basis for the claim and request the claim be disallowed and expunged. |

Totals: 10 Claims

- (S)
- (A)
- (P)
$9,797.25 (U)
$9,797.25 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

**Insufficient Documentation Claims**

# Exhibit F

## Insufficient Documentation Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| IDAHO STATE TAX COMMISSION<br>ATTN: RONALD V CROUCH, ADMINISTRATOR<br>P.O. BOX 56<br>BOISE, ID 83756-0056 | 3383 | 11/19/07 | 07-11051 | Unspecified* | The claimant seeks an unspecified amount from the Debtors in connection with property purportedly held by the Debtors. However, based on a review of the documentation attached to the claim form, there is insufficient evidence or factual allegations to substantiate any claim against the Debtor. Moreover, the Debtors have searched their books and records which do not indicate any liability to this claimant. Based on the foregoing, the claim should be disallowed and expunged in its entirety. |
| PUBLIC WORKS COMMISSION<br>ATTN BEVAN E. GNICE, DIR. CUST. SERVICE<br>PO BOX 7000<br>FAYETTEVILLE, NC 28302 | 2094 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$323.61 (U)<br>$323.61 (T) | The claimant failed to attach any documentation to allow the Debtors to determine the potential basis for the claim. Accordingly, the claim is not prima facie valid and the Debtors request the claim be disallowed and expunged. |
| RITZ-CARLTON HOTEL COMPANY, LLC, THE<br>ANDRONIKI ALAHOUZOS, COLLECTIONS<br>MARRIOTT DRIVE, DEPT. 52/923.21<br>WASHINGTON, DC 20058 | 1771 | 10/25/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$30,521.08 (U)<br>$30,521.08 (T) | The claim relates to hotel services that were purportedly provided to the Debtors. However, the Debtors have no record of such services and there is insufficient documentation to assess validity of the claim. Further, the claimant failed to respond to the Debtors' requests for additional documentation to substantiate the claim. |
| SCHNEIDER, THOMAS G. & DIANE C., JT TEN<br>545 GIESLER RD<br>JASPER, IN 47546 | 7825 | 1/9/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$13,033.50 (U)<br>$13,033.50 (T) | The claimants seek amounts allegedly owed to them by the Debtors on account of losses incurred as a result of the chapter 11 cases. However, based on a review of the documentation attached to the claim form, there is insufficient evidence to substantiate any claim against the Debtor and the claimants have not responded to the Debtors' requests for additional documentation. Moreover, the Debtors have searched their books and records which do not indicate any liability to these claimants. Based on the foregoing, the claim should be disallowed and expunged in its entirety. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER<br>SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL-ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | 5911 | 12/19/07 | 07-11050 | Unspecified* | Insufficient documentation to assess validity of claim. |

——————— Objectionable Claim ———————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | | 5 Claims | | - (S) | |
| | | | | - (A) | |
| | | | | - (P) | |
| | | | | $43,878.19 (U) | |
| | | | | $43,878.19 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.