## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------- x

In re:                                                    : Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                        :
                                                          : Jointly Administered
    Debtors.                                              :
                                                          : **Response Deadline: September 16, 2010 at 4:00 p.m. (ET)**
                                                          : **Hearing Date: September 23, 2010 at 11:30 a.m. (ET)**
--------------------------------------------------------- x

### NOTICE OF DEBTORS' SIXTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) THE HOLDERS OF THE DISPUTED CLAIMS; (III) COUNSEL FOR THE COMMITTEE; AND (IV) THOSE PARTIES WHO HAVE REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002, IN ACCORDANCE WITH DEL. BANKR. LR 2002-1(b).

PLEASE TAKE NOTICE the above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto.  By the Objection, the Debtors seek to disallow or modify your claim as set forth more fully in the exhibits to the Objection.

PLEASE TAKE FURTHER NOTICE that responses to the Objection, if any, must be filed on or before **September 16, 2010 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Response Deadline.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

PLEASE TAKE FURTHER NOTICE that every response to the Objection must contain at a minimum the following:

(a)     a caption setting forth the name of the Court, the case number and the title of the Objection to which the response is directed;

(b)     the name of the Claimant and description of the basis for the amount of the Claim, if applicable;

(c)     a concise statement setting forth the reasons why the Claim should not be disallowed or modified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which the responding party will rely in opposing the Objection;

(d)     all documentation or other evidence of the Claim or assessed value, to the extent not included with the Proof of Claim previously filed with the Bankruptcy Court, upon which the responding party will rely in opposing the Objection at the Hearing;

(e)     the address(es) to which the Debtors must return any reply to the Response, if different from that presented in the Claim; and

(f)     the name, address and telephone number of the person (which may be the Claimant or his/her/its legal representative) possessing ultimate authority to reconcile, settle or otherwise resolve the Claim or response to the Objection on behalf of the responding party.

PLEASE TAKE FURTHER NOTICE that questions about the Objection should be directed to counsel for the Debtors (Michael S. Neiburg, (302) 571-3590 or mneiburg@ycst.com).  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE OBJECTION WILL BE HELD ON **SEPTEMBER 23, 2010 AT 11:30 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.  YOU HAVE THE RIGHT TO APPEAR TELEPHONICALLY AT THE HEARING ON THE OBJECTION.  A COPY OF THE BANKRUPTCY COURT'S PROCEDURES REGARDING TELEPHONIC APPEARANCES IS ENCLOSED WITH THIS NOTICE.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 24, 2010
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
Morgan L. Seward (No. 5388)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

INSTRUCTIONS FOR TELEPHONIC APPEARANCES
EFFECTIVE JANUARY 5, 2005
Revised April 27, 2009

The United States Bankruptcy Court for the District of Delaware has arranged for parties to participate by telephonic appearance in hearings using CourtCall, an independent conference call company.

**Under no circumstances may any participant record or broadcast the proceedings conducted by the Bankruptcy Court.**

I.    POLICY GOVERNING TELEPHONIC APPEARANCES
**Local counsel must appear in person in all matters before the court.**

Telephonic appearances are allowed in all matters before Court except the following:

1.  Trials and evidentiary hearings        -    all counsel and all witnesses must appear in person;

2.  Chapter 11 status conferences        -    debtor and debtor's counsel must appear in person, other parties in interest may appear telephonically;

3.  Chapter 11 confirmation hearings     -    debtor, debtor's counsel, and all objecting parties must appear in person;

4.  Hearings on reaffirmation agreements    -    debtor must appear in person;

5.  Any matter designated by the court as one requiring a personal appearance.

No telephonic appearance will be allowed unless it is made through CourtCall pursuant to the procedures set forth in section II.

Parties filing a motion, application or other pleading, including, without limitation, an objection or response thereto, may participate by telephonic appearance.  Any party not submitting a pleading, but interested in monitoring the court's proceedings, may participate by telephonic appearance in "listen-only" mode.

If an individual schedules a telephonic appearance and then fails to respond to the call of a matter on calendar, the court may pass the matter or may treat the failure to respond as a failure to appear.  Individuals making use of the conference call service are cautioned that they do so at their own risk.

To ensure the quality of the record, the use of car phones, cellular phones, speaker phones, public telephone booths or phones in other public places is prohibited.  Each time you speak, you must identify yourself for the record.  Do not place the call on hold at any time. When the Judge informs the participants that the hearing is completed, you may disconnect.

II.    SCHEDULING A TELEPHONIC APPEARANCE

    1.    Participants must notify CourtCall by phone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. one business days prior to the hearing.  Individual Chambers must be contacted regarding any late requests for telephonic appearances.

    2.    Participants must provide the following information:

        a.  Case name and number
        b.  Name of Judge
        c.  Hearing date and time
        d.  Name, address, phone number of participant
        e.  Party whom participant represents
        f.  Matter on which the participant wishes to be heard or whether the participant intends to monitor the proceeding in "listen-only" mode.

    3.    Participants intending to be heard by the Bankruptcy Court must send written notification to debtor's counsel and/or opposing counsel providing same information as above.

    4.    Participants will receive fax confirmation and instructions for telephonic appearance from CourtCall.   It is the participant's responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing.

    5.    Any questions about telephonic appearances should be directed to CourtCall at 866-582-6878.

III.    FEES

The fee for the telephonic appearance is fixed by CourtCall depending on the length of time the participant is on the call, regardless of whether the participant is actually heard by the Bankruptcy Court or is in "listen only" mode.  Each participant will be charged or billed an initial fee of $50.00 at the time of reservation with CourtCall, with appropriate increments, if any, to be charged or billed based upon the Fee Rate.

The Fee Rate for telephonic appearances is as follows:

| Call Length | Fee |
|---|---|
| 0-90 minutes | $ 50.00 |
| 91-180 minutes | $ 80.00 |
| 181-270 minutes | $120.00 |
| 271-360 minutes | $160.00 |
| 361 minutes and above | $ 40.00 per each additional 90 minute increment |

There are no subscription fees and no special equipment is required to use the service.