IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Civil Action No. 07-11047 (CSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the following dates, Claimant Deborah E. Mills, by and through her counsel, caused a copy of the below described documents to be served upon counsel for Debtors:

- August 13, 2010    Administrative Proofs of Claim against Debtors by Deborah E. Mills

- August 24, 2010    Claimant Deborah E. Mills's First Set of Interrogatories, Requests For Production of Documents And Requests For Admission Directed To Debtors

Service was made by email on the following counsel for Debtors:

    HAHN & HESSEN LLP
    Mark S. Indelicato, Esq.
    488 Madison Avenue
    New York, NY 10022

    YOUNG CONAWAY STARGATT & TAYLOR, LLP
    Sean Beach, Esq.
    The Brandywine Bldg.
    1000 West Street, 17th Floor
    PO Box 391
    Wilmington, DE 19899-0391

Dated: <u>August 24, 2010</u>        <u>  /s/ Stamatios Stamoulis         </u>
Stamatios Stamoulis  #4606
stamoulis@swdelaw.com
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540

*Attorneys for Deborah E. Mills*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Civil Action No. 07-11047 (CSS)<br><br>Jointly Administered |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2010, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel. In addition, the following counsel also were served by email:

    HAHN & HESSEN LLP
    Mark S. Indelicato, Esq.
    488 Madison Avenue
    New York, NY 10022

    YOUNG CONAWAY STARGATT & TAYLOR, LLP
    Sean Beach, Esq.
    The Brandywine Bldg.
    1000 West Street, 17th Floor
    PO Box 391
    Wilmington, DE 19899-0391

    /s/ Stamatios Stamoulis
    Stamatios Stamoulis