IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,[1] | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtor. | **Hearing Date: 9/23/2010 at 11:30 a.m. (ET)** **Objection Deadline: 9/13/2010 at 4:00 p.m. (ET)** |

### NOTICE OF MOTION OF QUANTITATIVE RISK MANAGEMENT INCORPORATED FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. § 503(b)(1)(A)

PLEASE TAKE NOTICE that on August 27, 2010, Quantitative Risk Management, Inc. filed the **Motion of Quantitative Risk Management Incorporated for Allowance of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(A)** (the "Motion").

PLEASE TAKE FURTHER NOTICE that all objections and other responses (collectively, "Objections") to the Motion must be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, **on or before September 13, 2010 at 4:00 (ET)** (the "Objection Deadline") and (ii) served so as to be actually received no later than the Objection Deadline by: (i) Vedder Price, P.C., 222 North LaSalle Street, Suite 2600, Chicago, IL 60601-1003, Attn: Michael M. Eidelman, Esq. and (ii) Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313 Market Street, P.O. Box 1709, Wilmington, DE 19899-1709, Attn: Henry Jaffe, Esq. and Evelyn J. Meltzer, Esq.

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

#13097410v1

-2-

PLEASE TAKE FURTHER NOTICE that a Hearing to consider the Motion will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, in the Bankruptcy Court, 5th Floor, Courtroom 6, 824 Market Street, Wilmington, Delaware 19801 **on September 23, 2010 at 11:30 a.m. (ET).**

IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.

Dated: August 27, 2010
       Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ Evelyn J. Meltzer
Henry Jaffe (DE Bar No. 2987)
Evelyn J. Meltzer (DE Bar No. 4581)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

-and-

Michael M. Eidelman, Bar No. 06197788
VEDDER PRICE P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601-1003
Telephone: (312) 609-7500
Facsimile: (312) 609-5005

*Attorneys for Quantitative Risk Management, Inc.*

#13097410v1