# EXHIBIT A

**(PROPOSED FORM OF ORDER)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,[1] | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtor. | **Related Docket No.** ___ |

**ORDER GRANTING MOTION OF QUANTITATIVE RISK
MANAGEMENT INCORPORATED FOR ALLOWANCE OF
ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. § 503(b)(1)(A)**

This matter came before the Court on the Motion of Quantitative Risk Management Incorporated ("QRM") for Allowance of Administrative Expense Claim under 11 U.S.C. § 503(b)(1)(A)(the "Motion") for the entry of an Order: (a) allowing QRM's administrative expense in the amount of $262,663.04; (b) ordering that payment of such administrative expense be made in accordance with the Debtor's confirmed chapter 11 Plan (the "Plan"); and (c) granting such other and further relief as may be just and proper.

Upon consideration of the Motion, the evidence, and all related pleadings, the Court finds as follows:

1. The Court has jurisdiction over these bankruptcy cases and the Motion pursuant to 28 U.S.C. §§ 157 and 1334.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. Proper and adequate notice of the Motion and the hearing on the Motion has been given to all necessary parties.

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

CHICAGO/#2103588.5
#13101903v1

-2-

4. Based on the facts presented and the relevant evidence, QRM is entitled to the relief requested in the Motion and cause exists to grant the relief to QRM provided herein.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. The Motion is granted.

2. Pursuant to Section 503(b)(1)(A) of the Bankruptcy Code, QRM is granted an allowed administrative expense claim in the amount of $262,663.04.

3. The Debtors are authorized and directed to pay to QRM in accordance with the provisions for the payment of administrative expense claims under the Plan.

Dated: September ____, 2010
Wilmington, DE

_____
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE