## CERTIFICATE OF SERVICE

I, Evelyn J. Meltzer, hereby certify that on the 27th day of August, 2010, a true and correct copy of the foregoing **Motion of Quantitative Risk Management Incorporated for Allowance of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(A)** was caused to be served on the parties on the attached service list via U.S. first class mail, postage prepaid or in the manner indicated.

/s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)

#13097410v1