IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re

AMERICAN HOME MORTGAGE HOLDINGS,
INC., *et al.*,[1]

                             Debtors.
---------------------------------------------------------------------x

Chapter 11

Case No. 07-11047 (CSS)
(Jointly Administered)

**Re: Docket No. 9168**

**NOTICE OF FILING OF EXHIBIT TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS' ELEVENTH OMNIBUS MOTION FOR AN
ORDER APPROVING SETTLEMENTS WITH CERTAIN
PREFERENCE DEFENDANTS AND LIMITING NOTICE THEREOF**

      PLEASE TAKE NOTICE that, on August 23, 2010, the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* (the "Committee") filed the Official Committee of Unsecured Creditors' Eleventh Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof [Dkt. No. 9168] (the "Motion").  By the Motion, the Committee seeks approval of the settlement of Avoidance Claims[2] against nine (9) Preference Defendants.  Attached as Exhibit A to the Motion were Settlement Agreements between the Committee and eight (8) of the Preference Defendants.

      PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit A is a Settlement Agreement between the Committee and the ninth Preference Defendant, whose Avoidance Action is subject to the Motion.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("*AHM Investment*"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc.  ("*AHM Acceptance*"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc.  ("*AHM Servicing*"), a Maryland corporation (7267); American Home Mortgage Corp.  ("*AHM Corp.*"), a New York corporation (1558); American Home Mortgage Ventures LLC ("*AHM Ventures*"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("*Homegate*"), a New York corporation (7491); and Great Oak Abstract Corp. ("*Great Oak*"), a New York corporation (8580).

[2]     Capitalized terms used but not herein defined shall have the meanings ascribed to such terms in the Motion.

128189.01600/21902535v.1

Dated: August 31, 2010                    **BLANK ROME LLP**

                                                */s/ Victoria Guilfoyle*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
Victoria Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

                                                   -and-

**HAHN & HESSEN LLP**
Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

 *Co-Counsel for the Committee*

128189.01600/21902535v.1