## CERTIFICATE OF SERVICE

      I, *Victoria A. Guilfoyle*, certify that on August 31, 2010, I caused service of the attached *Notice Of Filing Of Exhibit To The Official Committee Of Unsecured Creditors' Eleventh Omnibus Motion For An Order Approving Settlements With Certain Preference Defendants And Limiting Notice Thereof* to be made (i) electronically via the Court's ECF system upon all subscribed parties and (ii) via first class mail upon the parties listed on the Service List attached hereto as <u>Exhibit A</u>.

Dated:  August 31, 2010
                                                         */s/ Victoria A. Guilfoyle*
                                                         Victoria A. Guilfoyle (DE Bar. No 5183)

**EXHIBIT A**

(**Via First Class Mail**)

| | |
|---|---|
| James L. Patton, Jr., Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>*Counsel for the Debtors* | *Preference Defendant(s)*<br><br>**John A. Johnston**<br>c/o Carl N. Kuntz, III, Esquire<br>c/o Eric J. Monzo, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899 |
| Margot B. Schonholtz, Esquire<br>Scott D. Talmadge, Esquire<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022<br>*Counsel for the Administrative Agent* | Douglas A. Lackey, President<br>**Mortgage Data Management Corporation**<br>161 W. Wisconsin Avenue, Suite 2H<br>Pewaukee, WI 53072 |
| Laurie Selber Silverstein, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>*Counsel for the Administrative Agent* | Russell S. Long, Esquire<br>Davis & Kuelthau, S.C.<br>111 E. Kilbourn Avenue, Suite 1400<br>Milwaukee, WI 53202 |
| Corinne Ball, Esquire<br>Erica M. Ryland, Esquire<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br>*Counsel for DIP Agent* | **Novasoft**<br>c/o William Burnett, Esquire<br>Flaster Greenberg P.C.<br>913 North Market Street, Suite 1001<br>Wilmington, DE 19801 |
| Victoria Counihan, Esquire<br>Greenberg Traurig LLP<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>*Counsel for DIP Agent* | **Qwest Business and Government Services, Inc., Qwest Communications Company, LLC and Qwest Corporation**<br>Lila Mears, Manager Credit and Collection |
| Joseph McMahon, Esquire<br>*Office of the United States Trustee*<br>844 King Street, Room 2313<br>Wilmington, DE 19801 | Kurt F. Gwynne, Esquire<br>J. Cory Falgowski, Esquire<br>Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 |

*Preference Defendant(s) continued*

**Reckson Australia Portfolio Clearing, RNY Australia LPT Corporation, RXR Realty, and RA 520 Broadhollow Road LLC**
 c/o Edmond P. O'Brien, Esquire
 Stempel Bennett Claman & Hochberg, P.C.
 675 Third Avenue
 New York, NY 10017

**Touch LLC d/b/a Pure**
c/o Jan Marks, CFO
5555 Badura Avenue #120
Las Vegas, NV 89118

 Gregory W. Werkheiser, Esquire
 Morris, Nichols, Arsht & Tunnell LLP
 1201 N. Market Street, 18th Floor
 Wilmington, DE 19899

**D.W. Consulting, Inc.**
Attn: Dale F. White, President
2026 Maple Ridge Dr.
Acworth, GA 30101

 James F. Bailey, Jr., Esquire
 Three Mill Road, Suite 306A
 Wilmington, DE 19806

**Varga Berger Ledsky Hayes & Casey, P.C.**
c/o Michael D. Hayes
224 South Michigan Avenue, Suite 350
Chicago, IL 60604

 Kathleen M. Miller, Esquire
 Michael P. Migliore, Esquire
 Smith Katzenstein & Furlow LLP
 The Corporate Plaza
 800 Delaware Avenue, 10th Floor
 Wilmington, DE 19899

**Xerox Corporation**
c/o Vanessa Adams, Bankruptcy Coordinator
1301 Ridgeview Drive
Lewisville, TX 75057-6018

 Daniel K. Astin, Esquire
 Anthony M. Saccullo, Esquire
 Carl D. Neff, Esquire
 Mary E. Augustine, Esquire
 Ciardi, Ciardi & Astin
 919 N. Market Street, Suite 700
 Wilmington, DE 19801