**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------- | x | |
| In re: | : | |
| | : | Chapter 11 Case |
| AMERICAN HOME MORTGAGE | : | |
| HOLDINGS, INC., *et al*.[1], | : | No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| ------------------------------------------------------- | x | |
| THE OFFICIAL COMMITTEE OF | : | |
| UNSECURED CREDITORS OF AMERICAN | : | |
| HOME MORTGAGE HOLDINGS, INC., *et* | : | Adv. Proc. Nos. |
| *al.,* | : | [See Attached Exhibit A] |
| | : | |
| Plaintiff, | : | |
| | : | |
| -against – | : | |
| | : | |
| [SEE ATTACHED EXHIBIT A], | : | |
| | : | |
| Defendants. | x | |

## NOTICE OF FILING STATUS REPORT

Plaintiff, the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al*., by and through its undersigned counsel, hereby submits the following status report pursuant to the Court's Scheduling Orders.

The undersigned remains available should the Court have any questions concerning the above.

---

[1] The Debtors are American Home Mortgage Holdings, Inc., American Home Mortgage Acceptance, Inc., American Home Mortgage Corp., American Home Mortgage Investment Corp., American Home Mortgage Servicing, Inc., American Home Mortgage Ventures LLC, Homegate Settlement Services, Inc., and Great Oak Abstract Corp.

128189.01600/21902530v.1

Dated:   Wilmington, Delaware
           September 1, 2010

**BLANK ROME LLP**

*/s/ Victoria Guilfoyle*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
Victoria Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

-and-

**HAHN & HESSEN LLP**
Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel for the Committee*

# EXHIBIT A

128189.01600/21902530v.1

Cases Governed by Scheduling Order dated November 17, 2009

| Adv. Proc No. | Defendant | Responsible Law Firm | Category | Comments |
|---|---|---|---|---|
| 09-51543 | BRINK'S COMMUNICATIONS | Blank Rome LLP and Hahn & Hessen LLP | A | Service is incomplete because we believe the defendant is no longer in business. |
| 09-51701 | KALEE INVESTMENTS and PRINCIPLE EQUITY PROPERTIES | Blank Rome LLP and Hahn & Hessen LLP | A | Service is incomplete because we believe the defendant is no longer in business. |
| 09-51627 | THE SRS GROUP INC | Blank Rome LLP and Hahn & Hessen LLP | A | Service is incomplete because we believe the defendant is no longer in business. |
| 09-51533 | A-1 PROFESSIONAL CLEANING & MAINTENANCE SERVICES, INC | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on June 24, 2010. |
| 09-51534 | ADMIRAL CONSULTING GROUP | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on June 21, 2010. |
| 09-51536 | AMC TRANSFER | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on June 24, 2010. |
| 09-51635 | BR SEARCH | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on June 21, 2010. |
| 09-51547 | C F N FINANCIAL INC | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on June 11, 2010. |
| 09-51551 | CB CONTRACTORS INC | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on June 17, 2010. |
| 09-51555 | CLIENT SERVICES CUSTOMER CARE | Blank Rome LLP and Hahn & Hessen LLP | C | Motion for default judgment filed. |
| 09-51557 | COLLEGIATE RELOCATION NETWORK | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on June 24, 2010. |
| 09-51597 | DESIGN CIRCLES | Blank Rome LLP and Hahn & Hessen LLP | C | Request for Default was filed. |
| 09-51599 | DIGITAL DRAW NETWORK | Blank Rome LLP and Hahn & Hessen LLP | C | Request for Default was filed. |
| 09-51605 | DYNAMIC PAINTING & RESTORATION | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on June 21, 2010. |
| 09-51640 | EMAGIC.COM, LLC | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on June 17, 2010. |
| 09-51642 | EXECUTIVE MANAGEMENT | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on June 23, 2010. |
| 09-51660 | HERITAGE VILLAGE OFFICES | Blank Rome LLP and Hahn & Hessen LLP | C | Request for Default was filed. |
| 09-51665 | HIGHLAND LAKES | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on June 23, 2010. |
| 09-51704 | KING OFFICE SERVICES | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on June 23, 2010. |
| 09-51707 | LARRY ELLIOTT | Blank Rome LLP and Hahn & Hessen LLP | C | Request for Default to be filed. |

| | | | | |
|---|---|---|---|---|
| 09-51723 | MODELYTICS INC | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on May 21, 2010. |
| 09-51724 | MONTAGE MANUFACTURING | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on May 21, 2010. |
| 09-51774 | NATIONAL ASSOCIATION OF MORTGAGE BROKERS a/k/a NAMB | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on May 21, 2010. |
| 09-51738 | OFFICES BY DESIGN | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on May 21, 2010. |
| 09-51740 | OPTIMOST | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on May 21, 2010. |
| 09-51763 | PLACEMENT SOLUTION, INC. | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on May 21, 2010. |
| 09-51694 | PREDICTIVE HIRING PARTNERS, INC. d/b/a THE GROWTH SOLUTIONS GROUP | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on May 21, 2010. |
| 09-51661 | SPLENDOR LANDSCAPE DESIGN | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on May 21, 2010. |
| 09-51666 | STAFFSOLVE | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on June 8, 2010. |
| 09-51675 | SUCCESS STRATEGIES INSTITUTE | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on June 8, 2010. |
| 09-51622 | TECHNICAL BUSINESS | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on May 24, 2010. |
| 09-51625 | THE DUNCAN GROUP | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on June 8, 2010. |
| 09-51626 | THE HUNTER GROUP INTERNATIONAL | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on June 8, 2010. |
| 09-51628 | THOUGHT DIGITAL, LLC | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on June 8, 2010. |
| 09-51631 | TRANS-BOX SYSTEMS, INC | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on June 8, 2010. |
| 09-51643 | TRI M CONSTRUCTION | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on June 8, 2010. |
| 09-51699 | F & R LANDSCAPING, INC. | Blank Rome LLP and Hahn & Hessen LLP | D | Dissmissed due to full defenses. |
| 09-51668 | HOMEBUYERS MARKETING, INC. II d/b/a HBM II FULFILLMENT CENTER | Blank Rome LLP and Hahn & Hessen LLP | D | Dissmissed due to full defenses. |
| 09-51689 | INTERCITY AGENCY, INC. | Blank Rome LLP and Hahn & Hessen LLP | D | Dismissed due to full defenses. |
| 09-51532 | 8965 EASTERN, LLC | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in in 9th Omnibus 9019 Motion and matter was dismissed. |
| 09-51535 | ADVISOR CENTRIC | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 7th Omnibus 9019 Motion and matter was dismissed. |

| | | | | |
|---|---|---|---|---|
| 09-51587 | AMERICAN SECURITY GROUP | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in in 9th Omnibus 9019 Motion and matter was dismissed. |
| 09-51545 | BROKER AGENT MAGAZINE | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in in 8th Omnibus 9019 Motion and matter was dismissed. |
| 09-51559 | CORELOGIC SYSTEMS INC | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in in 9th Omnibus 9019 Motion and matter was dismissed. |
| 09-51580 | CT NETWORKS | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 10th Omnibus 9019 Motion and matter was dismissed. |
| 09-51773 | D.W. CONSULTING, INC. | Blank Rome LLP and Hahn & Hessen LLP | E | Settled in principle and agreement will be included in next omnibus 9019 motion. |
| 09-51594 | DELLA FEMINA ROTHSCHILD JEARY | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 10th Omnibus 9019 Motion and matter was dismissed. |
| 09-51600 | DIGITAL STORAGE SOLUTIONS | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 7th Omnibus 9019 Motion and matter was dismissed. |
| 09-51602 | DINERS CLUB | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 7th Omnibus 9019 Motion and matter was dismissed. |
| 09-51604 | DREW & ROGERS, INC. | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 10th Omnibus 9019 Motion and matter was dismissed. |
| 09-51767 | EXPERIAN | Blank Rome LLP and Hahn & Hessen LLP | E | Settled in principle and agreement will be included in next omnibus 9019 motion. |
| 09-51674 | INNER WORKINGS | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 9th Omnibus 9019 Motion and matter was dismissed. |
| 09-51703 | KELLY SERVICE , INC. | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in in 9th Omnibus 9019 Motion and matter was dismissed. |
| 09-51712 | LONG ISLAND POWER AUTHORITY | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in in 9th Omnibus 9019 Motion and matter was dismissed. |
| 09-51717 | METAVANTE CORP | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in in 9th Omnibus 9019 Motion and matter will be dismissed. |
| 09-51722 | MICROSOFT CORPORATION d/b/a MICROSOFT LICENSING, GP | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in in 8th Omnibus 9019 Motion and matter was dismissed. |
| 09-51768 | MORTGAGE CONTRACTING SERVICES | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in in 9th Omnibus 9019 Motion and matter will be dismissed. |
| 09-51725 | MORTGAGE DATA MANAGEMENT CORP | Blank Rome LLP and Hahn & Hessen LLP | E | Settled in principle and agreement will be included in next omnibus 9019 motion. |
| 09-51730 | NEWSDAY INC | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in in 9th Omnibus 9019 Motion and matter was dismissed. |
| 09-51732 | NEXTEL COMMUNICATIONS | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 10th Omnibus 9019 Motion and matter will be dismissed. |
| 09-51733 | NOVASOFT INFORMATON TECHNOLOGY | Blank Rome LLP and Hahn & Hessen LLP | E | Settled in principle and agreement will be included in next omnibus 9019 motion. |

| | | | | |
|---|---|---|---|---|
| 09-51778 | PITNEY BOWES CREDIT CORPORATION and PITNEY BOWES INC., | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in in 8th Omnibus 9019 Motion and matter was dismissed. |
| 09-51760 | PITNEY BOWES d/b/a POSTAGE BY PHONE PLUS | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in in 8th Omnibus 9019 Motion and matter was dismissed. |
| 09-51757 | PITNEY BOWES, INC. d/b/a PURCHASE POWER, and PITNEY BOWES BANK, INC., d/b/a PURCHASE POWER | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in in 8th Omnibus 9019 Motion and matter was dismissed. |
| 09-51729 | QWEST BUSIENSS SVCS | Blank Rome LLP and Hahn & Hessen LLP | E | Settled in principle and agreement will be included in next omnibus 9019 motion. |
| 09-51728 | R.J. FOOTE FLOOR-IN-FASHION | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 10th Omnibus 9019 Motion and matter will be dismissed. |
| 09-51677 | RADIAN CORPORATION | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in in 9th Omnibus 9019 Motion and matter was dismissed. |
| 09-51678 | RADIAN GUARANTY, INC | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in in 9th Omnibus 9019 Motion and matter was dismissed. |
| 09-51679 | RADIAN SERVICES LLC | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in in 9th Omnibus 9019 Motion and matter was dismissed. |
| 09-51684 | RICHARD MICHAEL GROUP, INC. | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in in 9th Omnibus 9019 Motion and matter was dismissed. |
| 09-51658 | SHRED - IT | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 10th Omnibus 9019 Motion and matter was dismissed. |
| 09-51663 | SPRINT | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 10th Omnibus 9019 Motion and matter will be dismissed. |
| 09-51692 | S-TRON | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 10th Omnibus 9019 Motion and matter was dismissed. |
| 09-51624 | TEEM PLUMBING & HEATING | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 10th Omnibus 9019 Motion and satisfaction of judgment was filed. |
| 09-51718 | THE METROPOLITAN COMPANIES, INC. d/b/a METROPOLITAN TEMPORARIES | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 10th Omnibus 9019 Motion and matter will be dismissed. |
| 09-51821 | TRIBUNE ND, INC. f/k/a NEWSDAY, INC | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in in 9th Omnibus 9019 Motion and matter was dismissed. |
| 09-51601 | XEROX BUSINESS SERVICES | Blank Rome LLP and Hahn & Hessen LLP | E | Settled in principle and agreement will be included in next omnibus 9019 motion. |
| 09-51586 | ZENSAR TD, LLC | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 10th Omnibus 9019 Motion and matter was dismissed. |
| 09-51739 | ON GUARD SECURITY SERVICES,INC | Blank Rome LLP and Hahn & Hessen LLP | F | Mediation completed, expect to complete discovery by mid-September 2010 pursuant to the scheduling order. |
| 09-51742 | OUTSOURCE SOLUTIONS LLC | Blank Rome LLP and Hahn & Hessen LLP | F | Mediation completed, expect to complete discovery by mid-September 2010 pursuant to the scheduling order. |
| 09-51761 | PMC INVESTIGATIONS & SECURITY | Blank Rome LLP and Hahn & Hessen LLP | F | Mediation completed, expect to complete discovery by mid-September 2010 pursuant to the scheduling order. |

| | | | | |
|---|---|---|---|---|
| 09-51758 | QUANTITATIVE RISK MANAGEMENT | Blank Rome LLP and Hahn & Hessen LLP | F | Without leave of the court or agreement of the parties, Defendant filed an answer more than 10 months after such answer was due. Expect to complete discovery by end of November 2010. |
| 09-51680 | RAPID ACCESS COMMUNICATION ENT | Blank Rome LLP and Hahn & Hessen LLP | F | Pursuant to stipulation and court order, the default was vacated and the Defendant filed an answer. Expect to complete discovery by end of October 2010. |
| 09-51611 | VECTOR CONSULTING, INC | Blank Rome LLP and Hahn & Hessen LLP | F | Mediation completed, expect to complete discovery by mid-September 2010 pursuant to the scheduling order. |
| 09-51687 | ILINC COMMUNICATIONS | Blank Rome LLP and Hahn & Hessen LLP | G | A mediator was appointed and mediation is expected to take place in September of 2010. |
| 09-51697 | IRON MOUNTAIN OFF-SITE DATA PROTECTION INC. d/b/a IM- OFF SITE DATA PROTECTION | Blank Rome LLP and Hahn & Hessen LLP | G | A mediator was appointed and mediation is expected to take place in August of 2010. |
| 09-51696 | IRON MOUNTAIN RECORDS MGMT | Blank Rome LLP and Hahn & Hessen LLP | G | A mediator was appointed and mediation is expected to take place in August of 2010. |
| 09-51598 | J LAURIE COMMERCIAL FLOORS INC | Blank Rome LLP and Hahn & Hessen LLP | G | A mediator was appointed and mediation is expected to take place in September of 2010. |

Cases Governed by Scheduling Order dated December 14, 2009

| Adv. Proc No. | Defendant | Responsible Law Firm | Category | Comments |
|---|---|---|---|---|
| 09-51690 | WPH ARLINGTON, LLC d/b/a SHERATON CHICAGO NORTHWEST | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on June 11, 2010. |
| 09-52296 | INCO-CHECK, INC. | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 10th Omnibus 9019 Motion and matter was dismissed. |
| 09-52299 | JOHN A. JOHNSTON | Blank Rome LLP and Hahn & Hessen LLP | E | Settled in principle and agreement will be included in next omnibus 9019 motion. |
| 09-51681 | RECKSON AUSTRALIA PORTFOLIO CLEARING, RNY AUSTRALIA LPT CORPORATION, RXR REALTY | Blank Rome LLP and Hahn & Hessen LLP | E | Settled in principle and agreement will be included in next omnibus 9019 motion. |
| 09-52302 | SOURCEMEDIA, INC. | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 10th Omnibus 9019 Motion and matter was dismissed. |
| 09-52301 | TOUCH LLC d/b/a PURE | Blank Rome LLP and Hahn & Hessen LLP | E | Settled in principle and agreement will be included in next omnibus 9019 motion. |
| 09-52297 | VARGA BERGER LEDSKY HAYES & CASEY, P.C. | Blank Rome LLP and Hahn & Hessen LLP | E | Settled in principle and agreement will be included in next omnibus 9019 motion. |
| 09-52300 | TRADE SHOW FABRICATIONS, INC. | Blank Rome LLP and Hahn & Hessen LLP | F | Mediation completed, expect to complete discovery by mid-September 2010 pursuant to the scheduling order. |

| Adv. Proc No. | Defendant | Responsible Law Firm | Category | Comments |
|---|---|---|---|---|
| 10-50003 | WAREHOUSELINE, LTD | Blank Rome LLP and Hahn & Hessen LLP | G | A mediator was appointed and mediation is expected to take place in September of 2010. |