

| | | |
|---|---|---|
| | Marriott International, Inc.<br>Corporate Headquarters<br>Law Department 52/923.30 | 10400 Fernwood Road<br>Bethesda, MD 20817<br>301/380-9555 |

Androniki Alahouzos
Collections Administrator
301/380-1607
301/380-6727 (Fax)
androniki.alahouzos@marriott.com

September 1, 2010

Clerk, Bankruptcy Court
U.S. Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Re:  Objection to Claim - American Home Mortgage Holdings, Inc., Case No. 07-11047 (CSS)

Dear Sir:

This letter is in reference to the objection of our Claim No. 1771 for The Ritz-Carlton, Phoenix for $30,521.08.  Attached you will find the back up for the claim.  Please let me know if there is anything else that is needed.  I thank you in advance for your assistance.

I would appreciate your response to:

> Androniki Alahouzos
> Marriott International, Inc.
> 10400 Fernwood Road, Dept. 52/923.21
> Bethesda, MD 20817
> Phone: 301/380-1607
> Fax: 301/380-6727
> androniki.alahouzos@marriott.com

Sincerely,

*Androniki Alahouzos*

Androniki Alahouzos

ADA/hdl