**FILE COPY**

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF Delaware | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: AMERICAN HOME MORTGAGE HOLDINGS, INC. | Case Number: 07-11047 (CSS) |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): The Ritz-Carlton Hotel Company, L.L.C. on behalf of The Ritz-Carlton, Phoenix

Name and address where notices should be sent:
Androniki Alahouzos
Collections Administrator
Marriott International, Inc.
Marriott Drive, Dept. 52/923.21
Washington, DC 20058
Telephone number: 301/380-1607

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☒ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

*ada*
OCT 29 2007

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor: C1265

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)         (date)

**2. Date debt was incurred:** 3/26/07

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 30,521.08 _____ _____ _____ $30,521.08
(unsecured) (secured) (priority) (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $ 30,521.08
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

**FILED / RECEIVED**
OCT 25 2007
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 10/22/07
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Rosemarie Schmidt, Attorney

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Exhibit F
## Insufficient Documentation Claims

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| IDAHO STATE TAX COMMISSION<br>ATTN: RONALD V CROUCH, ADMINISTRATOR<br>P.O. BOX 56<br>BOISE, ID 83756-0056 | 3383 | 11/19/07 | 07-11051 | Unspecified* | The claimant seeks an unspecified amount from the Debtors in connection with property purportedly held by the Debtors. However, based on a review of the documentation attached to the claim form, there is insufficient evidence or factual allegations to substantiate any claim against the Debtor. Moreover, the Debtors have searched their books and records which do not indicate any liability to this claimant. Based on the foregoing, the claim should be disallowed and expunged in its entirety. |
| PUBLIC WORKS COMMISSION<br>ATTN BEVAN E. GNICE, DIR. CUST. SERVICE<br>PO BOX 7000<br>FAYETTEVILLE, NC 28302 | 2094 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$323.61 (U)<br>$323.61 (T) | The claimant failed to attach any documentation to allow the Debtors to determine the potential basis for the claim. Accordingly, the claim is not prima facie valid and the Debtors request the claim be disallowed and expunged. |
| RITZ-CARLTON HOTEL COMPANY, LLC, THE<br>ANDRONIKI ALAHOUZOS, COLLECTIONS<br>MARRIOTT DRIVE, DEPT. 52/923.21<br>WASHINGTON, DC 20058 | 1771 | 10/25/07 | 07-11047 | - (S)<br>- (A)<br>$30,521.08 (P)<br>- (U)<br>$30,521.08 (T) | The claim relates to hotel services that were purportedly provided to the Debtors. However, the Debtors have no record of such services and there is insufficient documentation to assess validity of the claim. Further, the claimant failed to respond to the Debtors' requests for additional documentation to substantiate the claim. |
| SCHNEIDER, THOMAS G. & DIANE C., JT TEN<br>545 GIESLER RD<br>JASPER, IN 47546 | 7825 | 1/9/08 | No Case | - (S)<br>- (A)<br>$13,033.50 (P)<br>- (U)<br>$13,033.50 (T) | The claimants seek amounts allegedly owed to them by the Debtors on account of losses incurred as a result of the chapter 11 cases. However, based on a review of the documentation attached to the claim form, there is insufficient evidence to substantiate any claim against the Debtor and the claimants have not responded to the Debtors' requests for additional documentation. Moreover, the Debtors have searched their books and records which do not indicate any liability to these claimants. Based on the foregoing, the claim should be disallowed and expunged in its entirety. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL-ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | 5911 | 12/19/07 | 07-11050 | Unspecified* | Insufficient documentation to assess validity of claim. |

SEP 01 2010



# The Ritz-Carlton
PHOENIX

American Home Mortgage  
Joan Smith  
7142 Columbia Gateway Drive  
Columbia, MD 21046  
United States

Date: 07-01-08  
A/R Account No.: C1265  

Page 1 of 1

**Amount Paid : $ _____**

| Date | Inv. # | Bill # | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 05-22-07 | 16252 | 43846 | American Home Mortgage | 26,788.38 | - 26,788.38 | 0.00 |
| 05-22-07 | 16253 | 43847 | American Home Mortgage | 3,692.70 | - 3,692.70 | 0.00 |
| 05-24-07 | 16371 | 44188 | American Home Mortgage | 40.00 | - 40.00 | 0.00 |
| 10-23-07 | 23022 | 65339 | American Home Mortgage | - 30,521.08 | 30,521.08 | 0.00 |
|  |  |  | **Balance Due** |  |  | **0.00** |

Aging Summary :

| Up to 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 150 | 151 and over |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

INVOICES ARE DUE UPON RECEIPT. FOR QUESTIONS REGARDING YOUR BILL, PLEASE CALL THE ACCOUNTING DEPT. AT 602-522-6676 OR FAX TO 602-957-0179. THANK YOU.



### THE RITZ-CARLTON®
PHOENIX

American Home Mortgage  
7142 Columbia Gateway Drive  
Columbia, MD 21046  
United States

Room Number:    9606  
Arrival Date:    05-20-07  
Departure Date:  05-22-07  
CRS Number:  
Page No:        1 of 1

*Guest Name:* American Home Mortgage,

**INVOICE**

A/R No: C1265  
Folio No: 43846

07-01-08

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 05-21-07 | Banquet Coffee Break | #9606 : CHECK #9063 | 26,788.38 | |
| | | Total | 26,788.38 | 0.00 |
| | | Balance | 26,788.38 | |

INVOICES ARE DUE UPON RECEIPT. FOR QUESTIONS REGARDING YOUR BILL, PLEASE CALL THE ACCOUNTING DEPT. AT 602-522-6676 OR FAX 602-957-0179. THANK YOU.



The Ritz-Carlton, Phoenix

07-01-08
12:00 AM

## Check Detail

```
           RITZ CARLTON PHOENIX
                BANQUETS
622 BLANCA 2                           2
----------------------------------
TBL 7/1           CHK 9063
       MAY21'07   2:44PM
----------------------------------
    ABC
  1 GROUP NAME
    14009
  1 CONTRACT NUMBER
    9606
  1 ACCOUNT #
    BALLROOM
  1 ROOM NAME
    CONT.
249 BRKFST @ 25.00    6225.00
249 @ 41.00
    LUNCH BUFFET     10209.00
 14 @ 75.00
    GALLON COFFEE     1050.00
 12 @ 75.00
    GALLON DECAF       900.00
  4 @ 75.00
    GALLON HOT TE      300.00
127 @ 5.00
    MINERAL WATER      635.00
117  SODA @ 4.50      526.50
    AZ.ICETEA
 44 @ 5.00
    OPEN BANQ FOOD     220.00
    REPUBLIC/TEA
 42 @ 5.00
    OPEN BANQ FOOD     210.00
    HANG/BANNER
  1 OPEN BANQ MISC      45.00
 22 %
    % SERVICE CHARGE  4460.61
    Food             20275.50
    Misc.               45.00
    GRATUITIES        4460.61
    TAX               2007.27
    TOTAL PAID       26788.38
    9606/AMERICAN BROKE
    ROOM CHARGE      26788.38
----622 CLOSED MAY21  2:50PM----
```



# THE RITZ-CARLTON
PHOENIX

American Home Mortgage  
7142 Columbia Gateway Drive  
Columbia, MD 21046  
United States

Room Number: 9606  
Arrival Date: 05-20-07  
Departure Date: 05-22-07  
CRS Number:  
Page No: 1 of 1

*Guest Name:* American Home Mortgage,

**INVOICE**

A/R No: C1265  
Folio No: 43847

07-01-08

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 05-22-07 | Audio Visual | 26935A | 3,692.70 | |
| | | Total | 3,692.70 | 0.00 |
| | | Balance | 3,692.70 | |

INVOICES ARE DUE UPON RECEIPT. FOR QUESTIONS REGARDING YOUR BILL, PLEASE CALL THE ACCOUNTING DEPT. AT 602-522-6676 OR FAX 602-957-0179. THANK YOU.

```
                                              AVEO #        26935A
                                              Page 1    of 1    Local
```

THE RITZ-CARLTON PHOENIX AUDIO VISUAL

```
Organization    AMERICAN BROKERS

Contact         KELLY ANTIFONARIO
Address

Phone Number                      Fax Number

Hotel Contact                     Order Date    5/11/2007
Order Taken By                    AV Manager

Location        SALON I II III
```

| EQUIPMENT/SERVICES | 5/21 | RATE | TOTAL |
|---|---|---|---|
| 9'X 12' Fastfold W Trim MW | 2 | 190.00 | 380.00 |
| LCD Data Video Pro 3000lum | 2 | 650.00 | 1300.00 |
| VGA Extron DA | 1 | 75.00 | 75.00 |
| Wireless Lavalier Microphone | 2 | 150.00 | 300.00 |
| Podium Microphone | 1 | 45.00 | 45.00 |
| Wireless Hand Held Microphone | 1 | 150.00 | 150.00 |
| AUDIO HOUSE PATCH | 1 | 100.00 | 100.00 |
| 6 Channel Mixer | 1 | 75.00 | 75.00 |
| HARD WIRE HISPEED INTERNET | 1 | 375.00 | 375.00 |
| INTERNET PRICE PER STAN S | 1 | | |

| | |
|---|---|
| EQUIPMENT | 2,800.00 |
| Service Charge | 616.00 |
| Tax | 283.53 |
| Total | $3,699.53 |

Signature: _____



# THE RITZ-CARLTON®
## PHOENIX

American Home Mortgage
7142 Columbia Gateway Drive
Columbia, MD 21046
United States

Arrival Date:
Departure Date:
CRS Number:
Page No:        1 of 1

*Guest Name:* *American Home Mortgage*

**INVOICE**

A/R No:  C1265
Folio No: 44188

07-01-08

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 05-24-07 | Miscellaneous | Packages in and out | 40.00 | |
| | | Total | 40.00 | 0.00 |
| | | Balance | 40.00 | |

INVOICES ARE DUE UPON RECEIPT. FOR QUESTIONS REGARDING YOUR BILL, PLEASE CALL
THE ACCOUNTING DEPT. AT 602-522-6676 OR FAX 602-957-0179. THANK YOU.

| MISCELLANEOUS CHARGE | | DATE |
|---|---|---|
| **THE RITZ-CARLTON** | | 5/24/2007 |
| **GUEST NAME** | | **ACCT#** |
| *AMERICAN HOME MORTAGE* | | MASTER |
| **EXPLANATION** | | **AMOUNT** |
| *RECEIVED 13 BOXES* | | |
| **5 BOXES @ NO CHARGE** | | $0.00 |
| *8 boxes @ $ 5.00 each* | | $40.00 |
| | TOTAL CHARGE(S): | $40.00 |
| | | $40.00 |

7/1/2008

The Ritz-Carlton, Phoenix

07-01-08
11:40 AM

# Track It Items Details Report

| Group | Ticket No. | Name | Type | Action | Location | Room No. | Quantity | Reference | Description | Follow Up |
|---|---|---|---|---|---|---|---|---|---|---|
| PARCEL | 790739395510 | Fazio, Gary | ABC | DGRP | GRP CAGE | 0915 | 1 | | FROM MORTGAGE MARKET GUIDE | |
| | 7907393953... | Fazio, Gary | ABC | DGRP | GRP CAGE | 0915 | | | FROM MORTGAGE MARKET GUIDE | |
| | 851403512770 | Antfonario, Kelly | ABC | DGRP | GRP CAGE | 0827 | 5 | | FROM DREW & ROGERS INC. | |
| | 1Z1W835E0296 | Antfonario, Kelly | ABC | DGRP | GRP CAGE | 0827 | | | FROM AMERICAN HOME MORTGAGE CORP. | |
| | 190284 | | ABC | DGRP | GRP CAGE | 0827 | 1 | | FROM AMERICAN HOME MORTAGE | |
| | 1Z1W835E0796 | Antfonario, Kelly | ABC | DGRP | GRP CAGE | 0827 | | | from THE MORTGAGE PRESS | |
| | 1Z9WX3670340 | Antfonario, Kelly | ABC | DGRP | | | 1 | | | |
| | 333192 | | ABC | DM | S3 | 0308 | 3 | | FROM KINKOS | |
| | 612226 KINKOS | Kilcullen, Chris | | | | | | | | |



# THE RITZ-CARLTON®
## PHOENIX

American Home Mortgage  
7142 Columbia Gateway Drive  
Columbia, MD 21046  
United States

Arrival Date:  
Departure Date:  
CRS Number:  
Page No:            1 of 1

*Guest Name:*  *American Home Mortgage*

**INVOICE**

A/R No:  C1265  
Folio No:  65339

                                                                                                        07-01-08

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-23-07 | Miscellaneous | -30,521.08 | |
| | Total | -30,521.08 | 0.00 |
| | Balance | -30,521.08 | |

INVOICES ARE DUE UPON RECEIPT. FOR QUESTIONS REGARDING YOUR BILL, PLEASE CALL THE ACCOUNTING DEPT. AT 602-522-6676 OR FAX 602-957-0179. THANK YOU.



# THE RITZ-CARLTON
PHOENIX

American Home Mortgage  
Joan Smith  
7142 Columbia Gateway Drive  
Columbia, MD 21046  
United States

Date: 10-19-07  
A/R Account No.: C1265  
Page 1 of 1

Amount Paid : $ _____

| Date | Inv. # | Bill # | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 05-22-07 | 16252 | 43846 | American Home Mortgage | 26,788.38 | | 26,788.38 |
| 05-22-07 | 16253 | 43847 | American Home Mortgage | 3,692.70 | | 3,692.70 |
| 05-24-07 | 16371 | 44188 | American Home Mortgage | 40.00 | | 40.00 |

**Balance Due**    **30,521.08**

Aging Summary :

| Up to 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 150 | 151 and over |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 30,521.08 | 0.00 |

INVOICES ARE DUE UPON RECEIPT. FOR QUESTIONS REGARDING YOUR BILL, PLEASE CALL THE ACCOUNTING DEPT. AT 602-522-6676 OR FAX TO 602-957-0179. THANK YOU.

2401 EAST CAMELBACK ROAD, PHOENIX, ARIZONA 85016  
tel. (602) 468-0700    fax (602) 468-0793    www.ritzcarlton.com

The Ritz-Carlton, Phoenix

E144 AR Ledger Aging Summary

10-19-07
03:09 AM

Age Credits : N

| Account Name | Account No. | Cr. Limit | Up to 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 150 | 151 and over | Total |
|---|---|---|---|---|---|---|---|---|---|
| **A/R Ledger** | | | | | | | | | |
| Alliance Residential Company | E0177 | 1,000.00 | 2,325.08 | 290.26 | 500.94 | 0.00 | 0.00 | 0.00 | 3,116.28 |
| American Academy of Physician Assistants | S1118 | 100,000.00 | 0.00 | 0.00 | 867.42 | 0.00 | 0.00 | 0.00 | 867.42 |
| American Brokers Conduit | C1265 | 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30,521.08 | 0.00 | 30,521.08 |
| Area Agency On Aging | C4301 | 1,000.00 | 24,796.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24,796.04 |
| Arizona Biltmore | S0299 | 1,000.00 | 1,331.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,331.40 |
| Arizona Business Magazine | C4502 | 1,000.00 | 17,824.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,824.24 |
| Arizona Diamondbacks | E0156 | 1,000.00 | 221.90 | 998.55 | 9,097.90 | 110.95 | 0.00 | 0.00 | 10,429.30 |
| Arizona Medical Association | C1112 | 1,000.00 | 6,794.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,794.32 |
| AST Capital Trust | S0066 | 10,000.00 | 1,529.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,529.78 |
| Banner Health Corporate | C4278 | 1,000.00 | 36,862.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36,862.92 |
| BCD Travel | S0067 | 10,000.00 | 8,792.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,792.01 |
| Bella Film Screening | C0020 | 10,000.00 | 0.00 | 0.00 | 14,429.05 | 0.00 | 0.00 | 0.00 | 14,429.05 |
| Black Family & Child services | C4653 | 10,000.00 | 188.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 188.81 |
| BNC National Bank | C1139 | 1,000.00 | 89.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 89.35 |
| BNC National Bank | M5064 | 1,000.00 | 126.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 126.40 |
| BOMA | C1446 | 1,000.00 | 10,423.39 | 0.00 | 2,391.02 | 0.00 | 0.00 | 0.00 | 12,814.41 |
| BONNEVILLE INTL CORP | S0267 | 10,000.00 | 2,668.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,668.63 |
| Boston Bruins | S9229 | 10,000.00 | 10,827.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,827.75 |
| Boston Scientific | S0526 | 1,000.00 | 9,816.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,816.32 |
| Brunch Gift Cert | V0048 | 1,000.00 | -392.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -392.00 |
| Bryan Cave Law Firm | E0200 | 1,000.00 | 1,961.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,961.20 |
| CA | C0028 | 10,000.00 | -312.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -312.50 |
| CB Richard Ellis | S0970 | 1,000.00 | 6,847.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,847.98 |
| Chase Bank | S2261 | 10,000.00 | 0.00 | 2,423.99 | 0.00 | 0.00 | 0.00 | 0.00 | 2,423.99 |
| Chicago Cubs Baseball | S0164 | 1,000.00 | 67,789.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 67,789.72 |

Filter                Account Type All
                      Sort Order
                      For Date 10-18-07

Page 1 of 7                aragingsum

2

# Booking Recap
## The Ritz-Carlton, Phoenix
20-Sep-07
4:00:16PM
### ABC Advisor Seminar Series

*americanhm.com*
*financial restructuring*
*vendors + landlords*

### Account Information

| | | | |
|---|---|---|---|
| Account Name: | American Brokers Conduit | Parent Account: | |
| Address: | 538 Borad Hollow Road | Account Segment: | Corporate |
| | | Account ID: | 209168 |
| | Melville, NY 11747 | | |
| Country: | USA | | |
| Account Phone: | 631-622-2409   Ext: | Account Fax:   Ext: | |

### Booking Contact Information

| | | | |
|---|---|---|---|
| | Ms. Joan E. Smith | Salutation: | Ms. Smith |
| Address: | 7142 Columbia Gateway Drive | Contact Phone: | 410-872-2091   Ext: |
| | | Contact Email: | pixidstpapa@yahoo.com |
| | | Contact Fax: | 410-872-2584   Ext: |
| | Columbia, MD 21046 | | |
| Country: | USA | | |

### Agency Information

| | | | |
|---|---|---|---|
| Agency: | | Agent: | |
| Address: | | Agent Phone: | Ext: |
| | | Agent Fax: | Ext: |

Country:

### Rooms: Daily Totals by Type

### Rooms: Daily Totals

### Events

**Event Date: 21-May-07**

| Time | Room | Type | Move | Setup | Option | AGR | EXP | GTD | SET | Food | Beverage | Resource | Rental |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6:00 AM - 7:30 AM | S123 | SETU | Yes | CRE | 0 | 175 | 250 | 250 | 252 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7:30 AM - 8:30 AM | S123 | CONT | Yes | EXI | 0 | 175 | 250 | 250 | 252 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7:30 AM - 2:30 PM | S123 | COFF | Yes | EXI | 0 | 175 | 250 | 250 | 252 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7:30 AM - 2:30 PM | S123 | MTG | Yes | CRE | 0 | 175 | 250 | 250 | 252 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12:00 PM - 1:00 PM | S123 | LBUF | Yes | EXI | 0 | 175 | 250 | 250 | 252 | 20,275.50 | 0.00 | 0.00 | 0.00 |

### Activities

### Other Income

| Item Description | Quantity | Price | Unit | Total |
|---|---|---|---|---|

Total by Category:

All retired contacts will be preceded by an *

# Booking Recap

## The Ritz-Carlton, Phoenix

20-Sep-07
4:00:16PM

ABC Advisor Seminar Series

3

## Deposits

| Deposit type | No | Date due | Amount due | Date recvd | Amount recvd | Reference # | Payment Type | Balance |
|---|---|---|---|---|---|---|---|---|
| Initial Deposit | 1 | 27-Mar-07 | 1,750.00 | | 0.00 | | | -1,750.00 |
| Total Deposits: | | | 1,750.00 | | 0.00 | | | -1,750.00 |

## Booking User Defined Fields

Food Beverage Pay Method:   Master Account
Master Account Number:   9606
Total Guests:   0.00
Definite Date:   17-Apr-07
On site Contact Name:   Ms. Kelly Antifonario
On site Contact Email:   None
Use Bkg Cntct Gallup Defs:   Yes
Use OnSite GallupCatering:   No

## Revenue Information

| Room | Food | Beverage | Resource | Rental | Other | Total |
|---|---|---|---|---|---|---|
| 0.00 | 20,275.50 | 0.00 | 0.00 | 0.00 | 0.00 | 20,275.50 |

All retired contacts will be preceded by an *