## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| American Home Mortgage ) | |
| Holdings, Inc., et al., ) | Case No. 07-11047(CSS) |
| ) | |
| ) | (Jointly Administered) |
| Debtor. ) | |
| ) | |

### AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Inc., provided noticing services in the above-captioned case.

On August 11, 2010, at my direction and under my supervision, employees of Reliable caused to be served the following document by hand delivery on the service list attached hereto as Exhibit A:

### Notice of Deposition *of Debtors* Filed by Park National Bank

### Amended Notice of Deposition *of Debtors* Filed by Park National Bank.

X _____

**Gene Matthews**

Dated: August 13, 2010

State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 13th day of August, 2010, by Gene Matthews,  proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JAY M. LAYFIELD
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 3, 2011

# EXHIBIT A

Sean M. Beach
Sharon M. Zieg
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801