IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| American Home Mortgage ) | |
| Holdings, Inc., et al., ) | Case No. 07-11047(CSS) |
| ) | |
| ) | (Jointly Administered) |
| Debtor. ) | |
| ) | |

### AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Inc., provided noticing services in the above-captioned case.

On August 13, 2010, at my direction and under my supervision, employees of Reliable caused to be served the following document by first class mail on the service list attached hereto as Exhibit A:

**OPPOSITION OF U.S. BANK, N.A. (F/K/A PARK NATIONAL BANK) TO DEBTORS' MOTION TO COMPEL**

Gene Matthews

Dated: August 18, 2010

State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 18th day of August, 2010, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

JAY M. LAYFIELD
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 3, 2011

# EXHIBIT A

Sean M. Beach
Sharon M. Zieg
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801