IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :    Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :    Jointly Administered
        Debtors.                                                       :
                                                                       :    Ref. No. 9082
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 9082

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Thirty-Second Monthly Application of Weiner Brodsky Sidman Kider PC as an Ordinary Course Professional for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2010 through May 31, 2010 (the "Application") has been received. The Court's docket which was last updated September 2, 2010, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than August 25, 2010 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($10,947.60) of requested fees ($13,684.50) and 100% of requested expenses ($1,016.97) on an interim basis without further Court order.

Dated: Wilmington, Delaware
September 2, 2010

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Ryan M. Bartley
        Sean M. Beach (No. 4070)
        Ryan M. Bartley (No. 4950)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and
        Debtors in Possession