**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME | : | (Jointly Administered) |
| MORTGAGE HOLDINGS, INC., <u>et al.</u>, | : | |
| | : | |
| Debtors. | : | |
| AMERICAN HOME MORTGAGE CORP., | : | Adversary Proceeding |
| | : | Case No. 10-50913 (CSS) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SHOWCASE OF AGENTS, L.L.C. | : | |
| and PIERO ORSI, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE OF DISCOVERY MATERIAL

PLEASE TAKE NOTICE that on: September 2, 2010, the above-captioned Debtor-Plaintiff, by and through the undersigned counsel, caused a copy of the following to be served as indicated upon the parties listed on service list attached hereto:

> Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission Directed to Defendants Piero Orsi and Showcase of Agents, L.L.C.

| | |
|---|---|
| Wilmington, Delaware<br>Dated: September 2, 2010 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ Michael S. Neiburg<br>Curtis J. Crowther (No. 3238)<br>Michael S. Neiburg (No. 5275)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel for Debtors and Debtors-in-Possession* |

Electronic Mail and First Class Mail

Mark Belongia, Esq.
Elizabeth M. Schutte, Esq.
Belongia, Shapiro & Franklin, LLP
Two First Financial Plaza
20 South Clark Street, Suite 300
Chicago, IL 60603
mbelongia@belongialaw.com
eschutte@belongialaw.com


Electronic Mail and Hand Delivery

Patrick M. Brannigan, Esq.
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801
pbrannigan@crosslaw.com