# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>    AMERICAN HOME MORTGAGE<br>    HOLDINGS, INC, a Delaware<br>    corporation, *et al.*,<br><br>                                Debtors.<br><br>---<br><br>U.S. BANK NATIONAL ASSOCIATION,<br>in its capacity as Certificate Registrar and<br>Certificate Paying Agent<br><br>                                Plaintiff,<br><br>                               v.<br><br>AMERICAN HOME MORTGAGE<br>INVESTMENT CORP., AMERICAN HOME<br>MORTGAGE ACCEPTANCE, INC., BEAR<br>STEARNS MORTGAGE CAPITAL CORP.,<br>BEAR, STEARNS & CO. INC., BEAR,<br>STEARNS INTERNATIONAL LIMITED,<br>AND STRATEGIC MORTGAGE<br>OPPORTUNITIES REIT INC.,<br><br>                                Defendants. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br><br><br><br><br>Adv. Proc. No. 08-50598 (CSS)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Hearing Date: September 23, 2010 at 11:30 a.m.<br>Objection Deadline: September 16, 2010 at 4:00 p.m. |

## NOTICE OF MOTION

TO:     (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE;
(II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO BANK OF AMERICA,
N.A., AS ADMINISTRATIVE AGENT; (IV) COUNSEL TO U.S. BANK NATIONAL
ASSOCIATION; (V) COUNSEL TO BEAR STEARNS MORTGAGE CAPITAL
CORP., BEAR, STEARNS & CO., INC., BEAR, STEARNS INTERNATIONAL
LIMITED AND STRATEGIC MORTGAGE OPPORTUNITIES REIT, INC.; AND
(VI) ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(B).

       PLEASE TAKE NOTICE THAT the above-captioned debtors and debtors-in-possession (the "Debtors") have filed the **MOTION OF AMERICAN HOME MORTGAGE INVESTMENT CORP. AND AMERICAN HOME MORTGAGE ACCEPTANCE, INC. PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 7041(a) AND 9019(a), FOR AN ORDER APPROVING STIPULATION AND CONSENT ORDER (A) AUTHORIZING U.S. BANK TO REMIT THE AUGUST 2007 PAYMENT TO AMERICAN HOME AND (B) DISMISSING THE ADVERSARY PROCEEDING** (the "Motion").

PLEASE TAKE FURTHER NOTICE THAT responses to the Motion, if any, must be filed on or before **September 16, 2010 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **SEPTEMBER 23, 2010 AT 11:30 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 824 N. MARKET STREET, 5th FLOOR, COURTROOM NO.6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:   Wilmington, Delaware
         September 2, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret Whiteman Greecher*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Susheel Kirpalani
James C. Tecce
Olga M. Urbieta
51 Madison Avenue, 32nd Floor
New York, New York
Telephone: (212) 849-7000

*Attorneys for American Home Mortgage Investment Corp., and American Home Mortgage Acceptance, Inc.*