IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Civil Action No. 07-11047 (CSS)<br><br>Jointly Administered |

## **CLAIMANT DEBORAH E. MILLS'S NOTICE OF DEPOSTION OF DEBTORS**

TO: DEBTORS[1]

Sean M. Beach, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of

Civil Procedure, as incorporated by Rules 7026, 7030 and 9014 of the Federal Rules of

Bankruptcy Procedure, Claimant Deborah E. Mills ("Mills" or Claimant), by and through her

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

counsel, will take the oral deposition of a corporate representative of Debtors about the following topics[2]:

1. Deborah E. Mills.

2. The Property.

3. The Mortgage.

4. The Loans.

5. The foreclosure process for the Property.

6. The sale of the Property by Debtors after the Petition Date.

7. Debtors' document retention policies and practices, and their search, collection, and production of documents in this litigation.

8. Any documents produced by Debtors in response to Claimant's Interrogatories, Requests for Production of Documents and Requests for Admission.

9. Any answers provided by Debtors in response to Claimant's Claimant's Interrogatories, Requests for Production of Documents and Requests for Admission

Such deposition will be taken on September 23, 2010, beginning at 9:30 a.m., at the offices of Stamoulis & Weinblatt LLC, Two Fox Point Centre, 6 Denny Road - Suite 307, Wilmington, Delaware 19809 or at another place and time mutually agreeable to the parties. The deposition will be taken before a notary public or other officer authorized by law to administer oaths and will continue from day to day, excluding Saturdays, Sundays, and legal holidays, until completed. The testimony received may be used as evidence, in hearings, in motions, and at the trial in the above-styled case. The deposition may also be video-taped as permitted by Bankruptcy Court Rules.

---

[2] Definitions not set forth herein are set forth in Claimant's First Set of
Interrogatories, Requests for Production of Documents and Requests for Admission Directed to Debtors.

Dated:  September 3, 2010　　　　　　　　STAMOULIS & WEINBLATT LLC

　　　　　　　　　　　　　　　　　　　　/s/ *Stamatios Stamoulis*　
　　　　　　　　　　　　　　　　　　　　Stamatios Stamoulis #4606
　　　　　　　　　　　　　　　　　　　　Richard C. Weinblatt #5080
　　　　　　　　　　　　　　　　　　　　Two Fox Point Centre
　　　　　　　　　　　　　　　　　　　　6 Denny Road, Suite 307
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19809
　　　　　　　　　　　　　　　　　　　　Telephone:  (302) 999-1540

　　　　　　　　　　　　　　　　　　　　*Attorneys for Claimant Deborah E. Mills*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Civil Action No. 07-11047 (CSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2010, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel. In addition, the following counsel also were served by email:

    HAHN & HESSEN LLP
    Mark S. Indelicato, Esq.
    488 Madison Avenue
    New York, NY 10022

    YOUNG CONAWAY STARGATT & TAYLOR, LLP
    Sean Beach, Esq.
    The Brandywine Bldg.
    1000 West Street, 17th Floor
    PO Box 391
    Wilmington, DE 19899-0391

    */s/ Stamatios Stamoulis*
    Stamatios Stamoulis