EXHIBIT "A"

# AMERICAN HOME MORTGAGE
## Time Summary
### July 1, 2010 to July 31, 2010

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 16.1 | 650.00 | $10,465.00 |
| MICHELE MICHAELIS | DIRECTOR | 37.2 | 475.00 | 17,670.00 |
| CHRIS AWONG | SENIOR | 17.7 | 275.00 | 4,867.50 |
| MATTHEW J STEWART | SENIOR | 61.1 | 275.00 | 16,802.50 |
| NAUSHON E VANDERHOOP | SENIOR | 0.6 | 200.00 | 120.00 |
| JASON M FRIEDMAN | STAFF | 9.4 | 200.00 | 1,880.00 |
| ALAINA D MASLER | STAFF | 2.6 | 200.00 | 520.00 |
| JENNIFER SARKIS | STAFF | 4.5 | 150.00 | 675.00 |
| MIGDALIA GOMEZ | PARA-PROF. | 0.3 | 150.00 | 45.00 |
| | **SUBTOTAL:** | **149.5** | | **$53,045.00** |
| TRAVEL TIME: Billed @1/2 rate | | | | |
| MATTHEW J STEWART | SENIOR | 3.5 | 137.50 | 481.25 |
| | **SUBTOTAL:** | **3.5** | | **481.25** |
| | **TOTAL:** | **153.0** | | **$53,526.25** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### July 1, 2010 to July 31, 2010

### A.    ACCOUNTS PAYABLE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/1/2010 | M.S. | Reviewed updated claims analysis received from the Debtors. | 0.3 |
| 7/6/2010 | J.F. | Reviewed open unsecured claims as of 6/30/2010. | 2.6 |
| 7/7/2010 | J.F. | Analyzed open unsecured claims as of 6/30/2010. | 2.4 |
| 7/7/2010 | M.S. | Discussions with staff re: claims issues. | 0.2 |
| 7/8/2010 | M.S. | Reviewed open general unsecured claims left to evaluate. | 0.6 |
| 7/9/2010 | J.F. | Reviewed and indexed BDO documentation regarding claims and Exhibit G schedules. | 3.6 |
| 7/9/2010 | J.F. | Reviewed and indexed intercompany schedules. | 0.8 |
| 7/15/2010 | A.M. | Created index and saved the motions and orders for omnibus objections to claims. | 0.5 |
| 7/15/2010 | J.S. | Updated Claims index and compiled Motions and Orders. | 2.1 |
| 7/15/2010 | M.S. | Reviewed documents related to claims, schedule G, and plan and disclosure statement. | 2.8 |
| 7/15/2010 | M.S. | Correspondences with staff re: claims objections. | 0.3 |
| 7/16/2010 | A.M. | Created index and saved the motions and orders for omnibus objections to claims. | 2.1 |
| 7/16/2010 | J.S. | Updated Claims index and compiled Motions and Orders. | 2.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**July 1, 2010 to July 31, 2010**

**A.    ACCOUNTS PAYABLE**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/28/2010 | M.S. | Reviewed outstanding claims (unsecured and SAP). | 0.6 |
| | | **TOTAL:** | **21.3** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. STEWART (M.S.) | 4.8 | 275.00 | 1,320.00 |
| J. FRIEDMAN (J.F.) | 9.4 | 200.00 | 1,880.00 |
| A. MASLER (A.M.) | 2.6 | 200.00 | 520.00 |
| J. SARKIS (J.S.) | 4.5 | 150.00 | 675.00 |
| **TOTAL:** | **21.3** | | **4,395.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**July 1, 2010 to July 31, 2010**

**B.     PREFERENCE ANALYSIS**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|---|---|---|---|
| 7/1/2010 | C.A. | Per request from Counsel, investigated whether there was any evidence of expedited payment instructions to vendor Varga Berger, coordinated call with the Debtors, and communicated findings to Counsel. | 0.8 |
| 7/1/2010 | C.A. | Per request from Counsel, performed a comprehensive analysis of the payment patterns between AHM and preference Defendant eMagic.com during the historical and preference periods, including a review of select invoices. Coordinated response to Counsel with the Debtors. | 2.9 |
| 7/1/2010 | M.S. | Reviewed preference updates. | 0.2 |
| 7/6/2010 | M.M. | Reviewed preference update file and current settlements. | 0.9 |
| 7/6/2010 | M.S. | Reviewed preference accounts and correspondences with the Debtors re: same. | 0.8 |
| 7/9/2010 | C.A. | Per request from Counsel, investigated the correct legal name for Defendant CFN Finance and possible name changes.  Coordinated research with the Debtors and provided response to Counsel. | 1.2 |
| 7/9/2010 | C.A. | Per request from Counsel, investigated various payment patterns made to preference Defendant On Guard Security Services in the historical and preference periods, and graphed the various graphs for Counsel.  Also reviewed the historical and preference period invoices to determine date of invoice receipt by the Debtors. | 2.8 |
| 7/14/2010 | C.A. | Per request from Counsel, provided a complete list of non-loan related wires paid to various vendors during the preference period, and categorized based on type of payment.  Also investigated wire paid to vendor Imperial Security Services. | 1.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**July 1, 2010 to July 31, 2010**

**B.    PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/15/2010 | C.A. | Per request from Counsel, provided checks and invoices paid to various preference Defendants in the preference period, including vendors Rapid Access Communications and On Guard. | 1.2 |
| 7/16/2010 | C.A. | Per request from Counsel, investigated and compared various payment patterns in the historical versus the period related to Preference Defendant Rapid Access Communications and researched invoices. | 1.6 |
| 7/19/2010 | C.A. | Per request from Counsel, coordinated research and response with the Debtors regarding any wire payments in the historical and preference periods for various security service providers. | 0.4 |
| 7/20/2010 | C.A. | Per request from Counsel, researched various invoices paid to preference Defendant Outsource Solutions to determine method and timing of payment, and also held various calls with the Debtors to discuss the general procedure for processing vendor invoice payments. | 2.2 |
| 7/21/2010 | C.A. | Held conference call with Debtors' CIO and Assistant Controller to determine various payment patterns to preference Defendant Rapid Access during the historical and preference periods, and coordinated a detailed response to Counsel. | 1.8 |
| 7/21/2010 | C.A. | Per request from Counsel, obtained various checks paid to preference Defendant PMC during the preference and historical periods and provided to Counsel in preparation of deposition. | 0.8 |
| 7/22/2010 | C.A. | Per request from Counsel and in relation to preference Defendant Outsource Solutions LLC, reviewed Plaintiff's response to Defendant's interrogatories and provided notarized verification statement. | 0.7 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**July 1, 2010 to July 31, 2010**

**B.      PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/22/2010 | M.M. | Reviewed recent preference updates. | 0.3 |
| 7/23/2010 | M.M. | Reviewed updates re: preferences. | 1.1 |
| | | **TOTAL:** | **21.0** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 2.3 | 475.00 | 1,092.50 |
| C. AWONG (C.A.) | 17.7 | 275.00 | 4,867.50 |
| M. STEWART (M.S.) | 1.0 | 275.00 | 275.00 |
| **TOTAL:** | **21.0** | | **6,235.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**July 1, 2010 to July 31, 2010**

## C.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/6/2010 | D.B. | Conference call with Debtor, K. Nystrom, S. Beach, M. Indelicato and Cadwalader re: Waterfield litigation. | 0.3 |
| 7/6/2010 | M.S. | Correspondence with Debtors and D. Berliner re: updates | 0.2 |
| 7/7/2010 | M.M. | Participated in weekly update call. | 0.5 |
| 7/7/2010 | M.S. | Prepared for and conference call with the Debtors re: bank and other issues. | 0.6 |
| 7/13/2010 | M.S. | Various correspondences with M. Michaelis and the Debtors re: case updates. | 0.3 |
| 7/14/2010 | M.M. | Participated in weekly update call with Debtors' FA. | 0.6 |
| 7/14/2010 | M.S. | Prepared for and conference call with the Debtors re: bank and other issues. | 0.8 |
| 7/16/2010 | M.M. | Discussions with Zolfo and Liquidating Trustee re: current update. | 4.6 |
| 7/16/2010 | M.S. | Met with M. Michaelis, the Debtors and Trustee at AHM offices. | 4.5 |
| 7/20/2010 | D.B. | Conference call with Zolfo re: case status update and to discuss issues. | 0.4 |
| 7/20/2010 | M.M. | Conference call with Zolfo re: update on Bank Sale and OTS. | 0.6 |
| 7/27/2010 | M.S. | Correspondences with the Debtors and C. Awong re: litigation disputes and invoices. | 0.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### July 1, 2010 to July 31, 2010

### C.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/27/2010 | M.S. | Met with the Debtors at the Debtors' site. | 4.0 |
| 7/28/2010 | D.B. | Telephone call with Zolfo re: case status update. | 0.5 |
| 7/28/2010 | M.M. | Participated in conference call with Debtor. | 0.6 |
| 7/28/2010 | M.S. | Prepared for and update call with Zolfo re: case updates. | 1.2 |
| 7/29/2010 | M.M. | Corresponded with Debtor re: AH Bank loans. | 0.2 |
| 7/30/2010 | D.B. | Reviewed e-mail from K. Nystrom re: Milestone for request; telephone call with K. Nystrom re: UCC reaction and next steps. | 0.2 |
| | | **TOTAL:** | **20.3** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.4 | 650.00 | 910.00 |
| M. MICHAELIS (M.M.) | 7.1 | 475.00 | 3,372.50 |
| M. STEWART (M.S.) | 11.8 | 275.00 | 3,245.00 |
| **TOTAL:** | **20.3** | | **7,527.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**July 1, 2010 to July 31, 2010**

### D.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/13/2010 | M.S. | Met with M. Michaelis re: report and Effective Date list. | 0.4 |
| 7/13/2010 | M.S. | Prepared AHM update report to the Committee. | 1.2 |
| 7/14/2010 | M.M. | Reviewed and edited report to counsel and discussed Committee report. | 1.1 |
| 7/14/2010 | M.S. | Prepared AHM update report to the Committee. | 1.2 |
| 7/16/2010 | M.M. | Met with M. Stewart re: open issues and report. | 0.8 |
| 7/19/2010 | M.S. | Prepared AHM update report and review of cash flow forecast. | 1.4 |
| 7/20/2010 | D.B. | Met with M. Michaelis re: preparation of report to UCC re: case update; reviewed files for items to include on report. | 0.5 |
| 7/20/2010 | M.M. | Prepared update report for Committee. | 2.1 |
| 7/21/2010 | D.B. | Prepared section of AHM report for UCC; met with M. Michaelis re: report status. | 0.6 |
| 7/21/2010 | M.M. | Edited and updated report for Committee and recoveries analysis. | 3.9 |
| 7/22/2010 | D.B. | Prepared initial draft of BDO update report for UCC, prepared questions and comments; met with M. Michaelis and M. Stewart to discuss. | 2.8 |
| 7/22/2010 | M.M. | Met with M. Stewart and D. Berliner re: report to Committee and current updates. | 0.7 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**July 1, 2010 to July 31, 2010**

## D.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/22/2010 | M.M. | Edited report and effective date information. | 2.3 |
| 7/22/2010 | M.S. | Prepared Committee update report. | 2.6 |
| 7/22/2010 | M.S. | Prepared for and meeting with M. Michaelis re: case updates and report. | 0.6 |
| 7/22/2010 | M.S. | Met with D. Berliner and M. Michaels re: AHM report. | 0.3 |
| 7/22/2010 | M.S. | Reviewed AHM report prepared by M. Michaelis. | 0.7 |
| 7/22/2010 | M.S. | Correspondences with D. Berliner re: case updates and report. | 0.2 |
| 7/22/2010 | M.S. | Correspondences with D. Berliner re: case updates and report. | 1.2 |
| 7/23/2010 | M.S. | Prepared Committee update report. | 3.6 |
| 7/26/2010 | D.B. | Reviewed revised draft of BDO update report for UCC and prepared comments; discussed with M. Stewart. | 2.4 |
| 7/26/2010 | M.S. | Prepared Committee update report. | 3.7 |
| 7/26/2010 | M.S. | Updated bank section and open issues section of Committee report. | 1.2 |
| 7/26/2010 | M.S. | Correspondences with D. Berliner re: report. | 0.1 |
| 7/27/2010 | D.B. | Reviewed final draft of BDO Report; e-mailed to Hahn & Hessen for review and comment. | 0.7 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### July 1, 2010 to July 31, 2010

### D.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/27/2010 | M.M. | Reviewed updated report. | 1.2 |
| 7/27/2010 | M.S. | Prepared AHM report for the Committee. | 2.1 |
| 7/28/2010 | D.B. | Revised BDO report to UCC to reflect new information from Zolfo and e-mail to Hahn & Hessen. | 0.6 |
| 7/28/2010 | M.M. | Reviewed updated report changes. | 0.3 |
| 7/28/2010 | M.S. | Various correspondences with D. Berliner re: bank and Committee report. | 0.4 |
| 7/28/2010 | M.S. | Prepared AHM Committee report and sent to Committee. | 0.8 |
| 7/29/2010 | M.S. | Reviewed Committee report. | 0.3 |
| | | **TOTAL:** | **42.0** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 7.6 | 650.00 | 4,940.00 |
| M. MICHAELIS (M.M.) | 12.4 | 475.00 | 5,890.00 |
| M. STEWART (M.S.) | 22.0 | 275.00 | 6,050.00 |
| **TOTAL:** | **42.0** | | **16,880.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### July 1, 2010 to July 31, 2010

### E.    MEETINGS WITH CREDITORS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/29/2010 | D.B. | Prepared for and presented BDO Report to UCC during UCC conference call. | 1.4 |
| 7/29/2010 | M.M. | Prepared for call with Committee. | 0.3 |
| 7/29/2010 | M.M. | Participated on call with Committee. | 0.9 |
| 7/29/2010 | M.S. | Prepared for and attended AHM Committee call discussing Bank and other case updates. | 0.8 |
| | | **TOTAL:** | **3.4** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.4 | 650.00 | 910.00 |
| M. MICHAELIS (M.M.) | 1.2 | 475.00 | 570.00 |
| M. STEWART (M.S.) | 0.8 | 275.00 | 220.00 |
| **TOTAL:** | **3.4** | | **1,700.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**July 1, 2010 to July 31, 2010**

**F.      BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/1/2010 | M.S. | Reviewed cash flow and Effective Date scenarios. | 0.6 |
| 7/6/2010 | M.S. | Correspondence re: Milestone fee application. | 0.2 |
| 7/7/2010 | D.B. | Met with M. Michaelis to discuss call with Zolfo re: case status and AH Bank. | 0.1 |
| 7/7/2010 | M.M. | Discussed update call  with D. Berliner and status of bank data request. | 0.2 |
| 7/7/2010 | M.M. | Reviewed Milestone summary. | 0.7 |
| 7/7/2010 | M.M. | Edited and distributed update call memo. | 0.6 |
| 7/7/2010 | M.S. | Reviewed issues related to the Milestone. | 1.2 |
| 7/7/2010 | M.S. | Met with M. Michaelis re: AHM updates. | 0.2 |
| 7/7/2010 | M.S. | Reviewed Effective Date analysis prepared by the Debtors and prepared revised Effective Date analysis. | 1.2 |
| 7/8/2010 | M.M. | Discussed status of weekly update information, effective date and bank. | 0.2 |
| 7/8/2010 | M.M. | Revisited tax related questions. | 0.2 |
| 7/8/2010 | M.S. | Reviewed cash flow and Effective Date scenarios. | 0.4 |
| 7/9/2010 | M.M. | Reviewed data related to bank deposits to be provided to counsel. | 0.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**July 1, 2010 to July 31, 2010**

**F.      BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/9/2010 | M.S. | Reviewed AHM bank deposits and correspondence with D. Berliner re: same | 0.4 |
| 7/9/2010 | M.S. | Indexed documents relating to substantive consolidation, schedule G, causes of action and other case issues. | 2.1 |
| 7/9/2010 | M.S. | Reviewed cash flow and Effective Date scenarios. | 0.6 |
| 7/12/2010 | D.B. | Reviewed news articles on Appeals court ruling on Bear Stearns litigation. | 0.1 |
| 7/12/2010 | M.S. | Correspondences with M. Michaelis re: case updates. | 0.2 |
| 7/12/2010 | M.S. | Reviewed cash flow forecast, Effective Date analysis and docket files and related files. | 0.6 |
| 7/13/2010 | M.M. | Revisited open issues to prepare for call with Debtors. | 0.6 |
| 7/13/2010 | M.M. | Revisited cash flow/effective date issues. | 0.3 |
| 7/13/2010 | M.M. | Discussed scheduling re: Trustee trip to site. | 0.3 |
| 7/14/2010 | M.S. | Prepared updates for counsel and analysis of potential bank transaction. | 1.6 |
| 7/15/2010 | M.M. | Reviewed information relative to effective date, employee listing and open items regarding suits in preparation for visit to location. | 0.9 |
| 7/15/2010 | M.M. | Discussed Waterfield potential settlement and bank potential proceed recovery. | 1.1 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### July 1, 2010 to July 31, 2010

**F.     BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/15/2010 | M.S. | Prepared for meetings at the Debtors' site tomorrow. | 0.4 |
| 7/15/2010 | M.S. | Met with M. Michaelis re: Milestone and Bank. | 0.4 |
| 7/16/2010 | M.M. | Reviewed current budget data and effective date data. | 0.6 |
| 7/16/2010 | M.S. | Prepared case updates and case status. | 0.7 |
| 7/16/2010 | M.S. | Reviewed Milestone fee applications and engagement letter. | 0.4 |
| 7/19/2010 | D.B. | Met with M. Michaelis re: conversation with Zolfo re: Bank and open recoveries to Estate. | 0.3 |
| 7/19/2010 | D.B. | Reviewed cash flow forecast for period 7/10/2010 through 10/1/2010. | 0.4 |
| 7/19/2010 | M.M. | Reviewed updated cash flow information and effective data prepared by Debtors. | 0.8 |
| 7/20/2010 | M.M. | Updated cash at effective date schedules and summaries. | 1.9 |
| 7/21/2010 | M.M. | Edited and reviewed prior cash flows and recoveries relative to servicing. | 0.7 |
| 7/21/2010 | M.M. | Reviewed Silvergate letter of intent. | 0.8 |
| 7/22/2010 | D.B. | Arranged for BDO to monitor AH Bank in Chicago at request of Zolfo. | 0.1 |
| 7/22/2010 | M.S. | Updated Effective Date analysis and bank liquidation analysis. | 1.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**July 1, 2010 to July 31, 2010**

**F.      BUSINESS ANALYSIS**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|---|---|---|---|
| 7/23/2010 | M.S. | Reviewed allocation model used in the Disclosure Statement. | 2.8 |
| 7/23/2010 | M.S. | Reviewed cash flow forecast and Effective Date analysis provided by the Debtors today. | 0.6 |
| 7/26/2010 | M.S. | Reviewed cash and Effective Date scenarios. | 0.7 |
| 7/26/2010 | M.S. | Prepared budget to actual analysis and cash flow forecast. | 0.7 |
| 7/27/2010 | D.B. | Reviewed docket report for period 7/1/2010 through 7/26/2010 including motions to settle claims of Jacksons and to form SPE for mortgage loans held by AH Bank. | 0.5 |
| 7/27/2010 | M.M. | Reviewed updated cash flow. | 0.7 |
| 7/27/2010 | M.S. | Reviewed Bank financial statements and liquidation value. | 0.4 |
| 7/27/2010 | M.S. | Reviewed invoices related to invoice received. | 0.3 |
| 7/28/2010 | M.M. | Corresponded with Chicago office re: bank visit. | 0.2 |
| 7/28/2010 | M.M. | Reviewed updated cash flow. | 0.3 |
| 7/28/2010 | M.S. | Reviewed allocation model used in the Disclosure Statement. | 1.1 |
| 7/28/2010 | M.S. | Reviewed outstanding case issues. | 0.7 |
| 7/29/2010 | D.B. | Reviewed Motion of Borrower's Committee to allow discovery in furtherance of claims. | 1.1 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**July 1, 2010 to July 31, 2010**

**F.      BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/30/2010 | M.M. | Reviewed AH Bank mortgage loans and discussed same with Zolfo. | 0.9 |
| 7/30/2010 | M.M. | Reviewed correspondence relative to Milestone fees. | 0.2 |
| 7/30/2010 | M.S. | Reviewed loan files received from counsel. | 0.2 |
| 7/30/2010 | M.S. | Reviewed professional fee applications filed. | 0.3 |
| | | **TOTAL:** | **35.3** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.6 | 650.00 | 1,690.00 |
| M. MICHAELIS (M.M.) | 12.4 | 475.00 | 5,890.00 |
| M. STEWART (M.S.) | 20.3 | 275.00 | 5,582.50 |
| **TOTAL:** | **35.3** | | **13,162.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**July 1, 2010 to July 31, 2010**

**G.     COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time |
|---|---|---|---|
| 7/6/2010 | D.B. | Telephone calls and e-mails w. M. Indelicato re: Waterfield litigation, AH Bank and Milestone fee letter request. | 0.4 |
| 7/7/2010 | D.B. | Reviewed e-mails to Hahn & Hessen re: case status update and analysis of Milestone fees. | 0.2 |
| 7/7/2010 | D.B. | Reviewed e-mail from F. Schnitzer re: proposed settlements of 6 preference actions. | 0.2 |
| 7/7/2010 | M.S. | Prepared update for counsel. | 0.4 |
| 7/9/2010 | D.B. | E-mail with M. Indelicato re: AH Bank deposit information. | 0.1 |
| 7/12/2010 | D.B. | E-mails with J. McCahey re: status of Deloitte litigation. | 0.1 |
| 7/14/2010 | D.B. | Reviewed e-mail to Hahn & Hessen re: weekly update call with Zolfo. | 0.2 |
| 7/14/2010 | M.M. | Corresponded with Counsel for Committee re: issues relative to bank. | 0.4 |
| 7/15/2010 | D.B. | Reviewed e-mail from E. Schnitzer re: settlement authority for 2 matters (On Guard & Reckson) scheduled for mediation. | 0.1 |
| 7/19/2010 | D.B. | E-mails from E. Schnitzer re: update on Jackson mediation. | 0.1 |
| 7/20/2010 | D.B. | E-mails with Hahn & Hessen re: sale of AH Bank deposits. | 0.2 |
| 7/27/2010 | D.B. | Telephone call and e-mail with M. Indelicato and E. Schnitzer re: BDO Report and planning for UCC call. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**July 1, 2010 to July 31, 2010**

**G.    COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/29/2010 | D.B. | Reviewed memo from Hahn & Hessen re: Borrower's motion. | 0.2 |
| 7/30/2010 | D.B. | Telephone call with M. Indelicato re: Milestone fee request. | 0.1 |
| 7/30/2010 | D.B. | Reviewed e-mails from E. Schnitzer re: settlement authority for mediation on outsource preference, | 0.1 |
| | | **TOTAL:** | **3.1** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.3 | 650.00 | 1,495.00 |
| M. MICHAELIS (M.M.) | 0.4 | 475.00 | 190.00 |
| M. STEWART (M.S.) | 0.4 | 275.00 | 110.00 |
| **TOTAL:** | **3.1** | | **1,795.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**July 1, 2010 to July 31, 2010**

## H.    FEE APPLICATIONS / MONTHLY STATEMENTS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/19/2010 | N.V. | Reviewed and edited June 2010 time detail; updated project categories. | 0.6 |
| 7/21/2010 | M.G. | Prepared 33rd monthly application. | 0.3 |
| 7/23/2010 | D.B. | Reviewed 33rd monthly application of BDO as FA to UCC for June 2010 and Berliner Declaration. | 0.8 |
| | | **TOTAL:** | **1.7** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.8 | 650.00 | 520.00 |
| N. VANDERHOOP (N.V.) | 0.6 | 200.00 | 120.00 |
| M. GOMEZ (M.G.) | 0.3 | 150.00 | 45.00 |
| **TOTAL:** | **1.7** | | **685.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**July 1, 2010 to July 31, 2010**

### I.      CASE ADMINISTRATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/1/2010 | M.M. | Assisted in fee and billing issues with regard to Cadwalader and BDO Lit Support group. | 1.2 |
| 7/19/2010 | M.M. | Revisited BDO fee related issues. | 0.2 |
| | | **TOTAL:** | **1.4** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 1.4 | 475.00 | 665.00 |
| **TOTAL:** | **1.4** | | **665.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### July 1, 2010 to July 31, 2010

**J.      TRAVEL TIME**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/16/2010 | M.S. | Travel time to and from Melville NY. | 2.5 |
| 7/27/2010 | M.S. | Travel time to/from Melville NY. | 1.0 |
| | | **TOTAL:** | **3.5** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. STEWART (M.S.) | 3.5 | 137.50 | 481.25 |
| **TOTAL:** | **3.5** | | **481.25** |

EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses*
July 1, 2010 through July 31, 2010

1.     PHOTOCOPYING
    a.    Internal
    b.    External

2.     TELECOMMUNICATIONS
    a.    Toll Charges
    b.    Facsimile

3.     COURIER, FRIEGHT AND POSTAL SERVICES
    *For overnight and hand delivery to Counsel*
    *and Committee members*

4.     COURT REPORTER AND TRANSCRIPTS

5.     TECHNOLOGY SERVICES – *Concordance Database*      1,500.00
    *Monthly Hosting Fee*

6.     OUT-OF-TOWN TRAVEL
    a.    Transportation
    b.    Lodging
    c.    Meals

7.     OUTSIDE SERVICES

8.     LOCAL MEALS

9.     LOCAL TRANSPORTATION, TOLLS, MILEAGE
    AND PARKING – for cabs to/from meetings, car service
    *for employees working after 8:00 p.m. and local mileage*
    *using personal auto*

10.    MISCELLANEOUS – *Publications/Subscriptions*

    **TOTAL**                      **$1,500.00**

    *Details available upon request to BDO*.