**EXHIBIT C**

## Lundgren, Andrew

| | |
|---|---|
| **From:** | Kenneth Yudell [KYudell@aryllp.com] |
| **Sent:** | Friday, August 27, 2010 9:00 PM |
| **To:** | Zieg, Sharon |
| **Cc:** | Lundgren, Andrew; Busenkell, Mike |
| **Subject:** | RE: AHM/Park National - Park National's Supplemental Production |

Sharon, PNB's document production is complete.  They have produced all responsive documents.  PNB has searched beyond Mr. Body and has produced documents from several sources in the company.  Should you believe that there are missing documents, please identify them.  I will have them do a search to locate or confirm that they are unable to locate the requested document.  Further, to the extent you question the completeness of the production, you can question Mr. Body about it at his deposition.

Ken

---

From: Zieg, Sharon [SZIEG@ycst.com]
Sent: Thursday, August 26, 2010 4:33 PM
To: Kenneth Yudell
Cc: Lundgren, Andrew; Busenkell, Mike
Subject: RE: AHM/Park National - Park National's Supplemental Production

Are you representing that your production is now complete?  Also, will you be providing us with supplemental interrogatory responses?

To the extent, it is your representation that the production is complete, I believe we need to have a call to discuss, because I do not agree.  While there are a plethora of issues with PNB's document production to date some of the most glaring are (1) PNB has not searched or provided responsive non-privileged documents from any custodian other than Mr. Body (2) all responsive non-privileged documents for which Mr.
Body is the custodian have not been produced (3) Mr. Body himself has determined which documents to be produced and (4) we have not received any of the electronic data in compliance with the format requested in our requests or required by the Local Rules.  To the extent, PNB is still producing documents, we should discuss timing and how we are going to conduct Mr. Body's deposition next Wed.

We are also still waiting for all documents related to expert report/appraisals.

Regards,
Sharon M. Zieg
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Phone: 302-571-6655
Facsimile: 302-576-3350
SZIEG@ycst.com

To ensure compliance with requirements imposed by the Internal Revenue Service in Circular 230 on tax practitioners, we inform you that, unless we expressly state otherwise in this communication (including any attachments), any federal tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or other matter addressed herein.

This message may contain confidential attorney-client communications or other protected information.  If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it.  If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message.  Thank you for your cooperation.

-----Original Message-----
From: Kenneth Yudell [mailto:KYudell@aryllp.com]
Sent: Thursday, August 26, 2010 3:43 PM
To: Lundgren, Andrew; Busenkell, Mike
Cc: Zieg, Sharon
Subject: RE: AHM/Park National - Park National's Supplemental Production

Attached are the additional documents numbered PN000649-PN000724.

Ken

-----Original Message-----
From: Kenneth Yudell
Sent: Thursday, August 26, 2010 2:08 PM
To: 'Lundgren, Andrew'; Busenkell, Mike
Cc: Zieg, Sharon
Subject: RE: AHM/Park National - Park National's Supplemental Production

I assume you are talking about the extremely small type in the long spreadsheet.  I will
see if we can get you hard copies that are more legible, although they are not necessarily
clearer on what I have.
Also, the other documents finally arrived.  I have reviewed them and they are being
processed.  I hope to email them to you in the next 1/2 hour or so.

Ken

-----Original Message-----
From: Lundgren, Andrew [mailto:alundgren@ycst.com]
Sent: Thursday, August 26, 2010 12:29 PM
To: Kenneth Yudell; Busenkell, Mike
Cc: Zieg, Sharon
Subject: RE: AHM/Park National - Park National's Supplemental Production

Ken:

Thanks for sending these documents.  Would you kindly send us a hard copy of these
documents as well, as several of these pages are illegible on the pdf.

Thanks,

Andrew

Andrew A. Lundgren
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Phone: 302-571-6743
Facsimile: 302-576-3511
alundgren@ycst.com


-----Original Message-----
From: Kenneth Yudell [mailto:KYudell@aryllp.com]
Sent: Wednesday, August 25, 2010 6:18 PM
To: Zieg, Sharon; Lundgren, Andrew; Busenkell, Mike
Subject: RE: AHM/Park National - Park National's Supplemental Production

Sharon, I was typing you an email when this came in.  Attached are additional documents
for production.  I understand that there are a few additional documents which did not make
it to me today (there was some issue with FedEx or UPS, whichever they used.  I am told
the additional documents will be here in the morning, and I will get them right out to
you.

Ken

-----Original Message-----
From: Zieg, Sharon [mailto:SZIEG@ycst.com]
Sent: Wednesday, August 25, 2010 5:40 PM
To: Lundgren, Andrew; Kenneth Yudell; Busenkell, Mike
Subject: RE: AHM/Park National - Park National's Supplemental Production

Ken,

When can we expect PNB to comply with the Court's Order?  Further, when can I expect to
receive all of the back-up materials related to your expert's report?



-----Original Message-----
From: Lundgren, Andrew
Sent: Tuesday, August 24, 2010 6:16 PM
To: 'Kenneth Yudell'; Busenkell, Mike
Cc: Zieg, Sharon
Subject: RE: AHM/Park National - Park National's Supplemental Production

Ken:

In order to ensure that we can meet the current deposition schedule and the Debtors can
adequately prepare for the same, please confirm that Park National will make its
supplemental production by the close of business tomorrow.  To the extent necessary, we
can arrange for you to upload the documents to our FTP site, or you can email them to us
directly.  Just let us know.

Thanks,
Andrew

Andrew A. Lundgren
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Phone: 302-571-6743
Facsimile: 302-576-3511
alundgren@ycst.com

-----Original Message-----
From: Kenneth Yudell [mailto:KYudell@aryllp.com]
Sent: Monday, August 23, 2010 5:47 PM
To: Lundgren, Andrew; Busenkell, Mike
Cc: Zieg, Sharon
Subject: RE: AHM/Park National - Park National's Supplemental Production

I produced many of the documents last week.  You should have received a package on
Tuesday.  I should have the remaining documents and be able to produce them in the next
day or two.  As soon as I have them from the client, we will get them out the door to you.

Ken

-----Original Message-----
From: Lundgren, Andrew [mailto:alundgren@ycst.com]
Sent: Monday, August 23, 2010 11:12 AM
To: Kenneth Yudell; Busenkell, Mike
Cc: Zieg, Sharon
Subject: AHM/Park National - Park National's Supplemental Production

Ken:

I wanted to follow up on the Court's order that directs Park National to supplement its
production in response to the Debtors' document requests.

When can we expect to receive these documents (including, but not limited to, any documents relied upon by your expert in preparing his reports)?

Thanks,
Andrew

Andrew A. Lundgren
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Phone: 302-571-6743
Facsimile: 302-576-3511
alundgren@ycst.com

**EXHIBIT D**

1

FREDERICK BODY

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE


IN RE:                          )

AMERICAN HOME MORTGAGE HOLDINGS,) Case No.

INC., a Delaware corporation,   ) 07-11047 (CSS)

et al.,                         )

            Debtors,            )




DEPOSITION OF FREDERICK BODY

Chicago, Illinois

September 1, 2010




REPORTED BY:  Tina Alfaro, RPR, CRR, RMR, CLR

2

FREDERICK BODY

September 1, 2010

10:00 a.m.

The deposition of FREDERICK BODY, held at the offices of Greenberg Traurig, 77 West Wacker Drive, Chicago, Illinois, pursuant to agreement before Tina M. Alfaro, a Registered Professional Reporter of the State of Illinois.

1                         FREDERICK BODY

2    conversations --

3         A.   No.

4         Q.   -- with respect to that appraisal?

5         A.   No.

6         Q.   Are you prepared to testify today regarding

7    your responses to the interrogatories that were

8    contained in the document responses?

9         A.   Yes.

10        Q.   And with respect to that, are we talking

11   about the interrogatory responses that were provided

12   to us in April of 2010 and the ones that were

13   provided to us yesterday?

14        A.   I don't believe I've seen the ones that

15   were provided yesterday.

16        Q.   Did you provide supplemental responses to

17   the interrogatories in the last week?

18        A.   I had sent information -- you know,

19   whatever information Mr. Yudell wanted was sent to

20   him.

21        Q.   But you don't know about what happened to

22   that information?

23        A.   Correct.

24        Q.   When did Mr. Yudell ask you for that

25   information?

1                    FREDERICK BODY

2        A.   Last week, I believe.   I think it was last

3    week.

4        Q.   Are you prepared to testify today with

5    respect to all facts and circumstances asserted by

6    Park National Bank and the objection to the Debtor's

7    amended motion for a 506(c) claim?

8        A.   Yes.

9        Q.   Are you prepared to testify today with

10   respect to all facts and circumstances that support

11   Park National's assertion that it's oversecured with

12   respect to the property?

13       A.   Yes.

14       Q.   I don't want to assume, but I assume -- I

15   don't want to assume.   Do you understand what it

16   means to be oversecured?

17       A.   I believe so.

18       Q.   And what is your understanding?

19       A.   That the value of the collateral is higher

20   than the debt.

21       Q.   And what is included within the amounts of

22   the debt?

23       A.   It could be principal, it could be the

24   principal plus interest, principal, interest, late

25   fees, attorney's fees, et cetera, but generally