IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE., HOLDINGS, INC., et al., | Case No. 07-11047 (CSS) |
| Debtors. | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF TIMOTHY M. SCHANK**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Timothy M. Schank, Esq., to represent Quantitative Risk Management Incorporated in the above-referenced Chapter 11 cases, Adversary Proceeding No. 09-51758, and any other related proceedings.

Dated: September 10, 2010
Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

/s/  Evelyn J. Meltzer
Henry Jaffe (DE Bar No. 2987)
Evelyn J. Meltzer (DE Bar No. 4581)
Hercules Plaza, Suite 1500
P.O. Box 1709
Wilmington, DE  19899-1709
Telephone: (302) 777-6565
Fax: (302) 421-8390

*Co-Counsel to Quantitative Risk Management Incorporated*

#13150168 v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing, as a member of the Bar of the State of Illinois, and the United States District Court for the Northern District of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

*[signature]*
Timothy M. Schank, Esq.
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois  60601
Telephone: (312) 609-7585
Fax: (312) 609-5005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                      Honorable Christopher S. Sontchi
                                      United States Bankruptcy Judge

#13150168 v1