# CERTIFICATE OF SERVICE

I, Evelyn J. Meltzer, hereby certify that on the 10th day of September, 2010, I caused the foregoing **Motion and Order for Admission Pro Hac Vice of Timothy M. Schank** to be served upon the following parties via first-class mail, postage prepaid.

| | |
|---|---|
| Sean M. Beach, Esq.<br>Curtis J. Crowther, Esq.<br>Patrick A. Jackson, Esq.<br>Michael S. Neiburg, Esq.<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | Joseph McMahon, Jr. Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |

      /s/ Evelyn J. Meltzer
      Evelyn J. Meltzer