# EXHIBIT A

<u>Code American Home - Administrative Matters</u>

| 05/03/10 | POPPY QUATTLEBAUM | 0.20 | 96.00 |
|----------|-------------------|------|-------|

Respond to email from A. Kosowsky re supplemental
Rule 56.1 statement of material fact.

| 05/04/10 | CATHERINE BACKES | 0.70 | 129.50 |
|----------|------------------|------|--------|

Conduct docket searches per Kelly Bougere.

| 05/04/10 | KELLY BOUGERE | 6.60 | 1,386.00 |
|----------|---------------|------|----------|

Search and retrieve documents for S. Astorina and A.
Kosowsky (2.1); Search and pull cases cited in
defendants' opposition brief and load to shared drive
folder (4.5).

| 05/05/10 | KELLY BOUGERE | 6.40 | 1,344.00 |
|----------|---------------|------|----------|

Organize hard copies of AHM filing for office use
(3.0); Search document databases to tag and record
repurchase demands and supporting documentation;
Edit spreadsheet of loans from defendants' requests
for admissions (3.4).

| 05/06/10 | KELLY BOUGERE | 7.00 | 1,470.00 |
|----------|---------------|------|----------|

Search document databases to tag and record
repurchase demands and supporting documentation,
edit spreadsheet of loans from defendants' requests
for admissions (5.8); Create hard copy of AHM filing
without exhibits for M. Seidel review (1.2).

| 05/10/10 | CYNTHIA BALLARD | 2.50 | 625.00 |
|----------|-----------------|------|--------|

Cite check brief.

| 05/10/10 | CYNTHIA BALLARD | 2.00 | 500.00 |
|----------|-----------------|------|--------|

Quote check brief.

| 05/10/10 | CYNTHIA BALLARD | 1.80 | 450.00 |
|----------|-----------------|------|--------|

Cite check brief.

| 05/10/10 | KELLY BOUGERE | 5.80 | 1,218.00 |
|----------|---------------|------|----------|

Research page limitations in recent orders for S.
Astorina (.6); Edit response to defendants'
supplemental rule 56.1 statement (4.2); Search share-
drive documents for correspondence for S. Astorina
(1.0).

| 05/11/10 | CYNTHIA BALLARD | 1.50 | 375.00 |
|----------|-----------------|------|--------|

Prepare table of authorities.

| 05/11/10 | CYNTHIA BALLARD | 2.50 | 625.00 |
|---|---|---|---|

Quote checked brief.

| 05/11/10 | CYNTHIA BALLARD | 2.50 | 625.00 |
|---|---|---|---|

Cite check brief.

| 05/11/10 | CYNTHIA BALLARD | 2.50 | 625.00 |
|---|---|---|---|

Cite check brief.

| 05/11/10 | CYNTHIA BALLARD | 0.30 | 75.00 |
|---|---|---|---|

Edit brief.

| 05/11/10 | KELLY BOUGERE | 6.00 | 1,260.00 |
|---|---|---|---|

Search for various documents in concordance database for S. Astorina (1.4); Search document databases to tag and record repurchase demands and supporting documentation, edit spreadsheet of loans from defendants' requests for admissions (4.6).

| 05/12/10 | CYNTHIA BALLARD | 1.00 | 250.00 |
|---|---|---|---|

Proofread brief.

| 05/12/10 | CYNTHIA BALLARD | 0.50 | 125.00 |
|---|---|---|---|

Edit brief.

| 05/12/10 | KELLY BOUGERE | 8.50 | 1,785.00 |
|---|---|---|---|

Search in document databases to tag and record repurchase demands and supporting documentation, edit spreadsheet of loans from defendants' requests for admissions (3.6); Search documents in database for S. Astorina (1.2); Edit response to defendants' supplemental rule 56.1 statement (3.7).

| 05/13/10 | KELLY BOUGERE | 8.00 | 1,680.00 |
|---|---|---|---|

Edit response to defendants' supplemental rule 56.1 statement (2.0); Prepare hard and electronic copies of reply in support of motion for summary judgment, send copies to MAO for court submission and opposing counsel and create office copies (6.0).

| 05/13/10 | ROSCOE CHONG | 0.50 | 97.50 |
|---|---|---|---|

Process requested documents to be copied to CD for review.

| 05/14/10 | KELLY BOUGERE | 6.00 | 1,260.00 |

Draft and sign affidavit of service (.3); Upload defendants' reply and motion to strike, distribute to team and MAO (1.5); Search loan numbers in document databases to tag and record repurchase demands and supporting documentation, edit spreadsheet of loans from defendants' requests for admissions (4.2).

| 05/18/10 | KELLY BOUGERE | 7.50 | 1,575.00 |

Check exhibits to Lendez declaration against statements in defendants' motion to strike for S. Astorina (.6); Gather deposition transcripts for A. Kosowsky (.2); Upload defendants' opposition to AHM's motion to strike, distribute to team & MAO (1.2); Retrieve and print cases cited in defendants' opposition to AHM's motion to strike, create binders of cases for A. Kosowsky and S. Astorina (5.5).

| 05/19/10 | KELLY BOUGERE | 6.00 | 1,260.00 |

Retrieve and print cases cited in defendants' motion to strike, create binder sets for distribution to team (4.8); Gather confirmation that defendants' opposition to motion to strike was hand delivered for S. Astorina and A. Kosowsky (.7); Work w/ MAO and team to determine timetable of replies (.5).

| 05/20/10 | KELLY BOUGERE | 6.00 | 1,260.00 |

Search loan numbers in document databases to tag and record repurchase demands and supporting documentation, edit spreadsheet of loans from defendants' requests for admissions (5.2); Organize recently docketed filings, send to Records (.8).

| 05/20/10 | LORI DILLON | 1.00 | 265.00 |

Citecheck/shepardize/quotecheck/proofread reply brief; Edit same; Follow up w/ Kosowsky re revised deadlines and status.

| | | | |
|---|---|---|---|
| 05/21/10 | KELLY BOUGERE | 6.20 | 1,302.00 |

Draft and sign affidavit of service, send response to defendants' 4th Request for Admissions via FedEx (.7); Check exhibits to Lendez declaration against exhibits to Lendez Expert Report (1.5); Organize correspondence and CDs, send to Records (1.0); Search document databases to tag and record repurchase demands and supporting documentation, edit spreadsheet of loans from defendants' requests for admissions (3.0).

| | | | |
|---|---|---|---|
| 05/24/10 | KELLY BOUGERE | 4.50 | 945.00 |

Retrieve confirmation of hand delivery of defendants' opposition to motion to strike, distribute to team (.8); Upload and organize defendants' opposition on shared drive (.8); Print and bind hard copies of defendants' opposition for M. Seidel and N. Bull"s review (1.3); Upload and organize all filings and exhibits related to summary judgment in filesite folder (1.6).

| | | | |
|---|---|---|---|
| 05/25/10 | KELLY BOUGERE | 2.60 | 546.00 |

Retrieve documents for A. Kosowsky (1.2); Organize hard copy transcripts for filing in records (2.4).

| | | | |
|---|---|---|---|
| 05/26/10 | KELLY BOUGERE | 1.50 | 315.00 |

Gather information on AHM's summary judgment filings for N. Bull.

| | | | |
|---|---|---|---|
| 05/27/10 | KELLY BOUGERE | 1.90 | 399.00 |

Upload withdrawal of motion and correspondence to shared drive, distributed to team (.4); Edit spreadsheet of loans cited in defendants' requests for admissions (1.5).

| | | | |
|---|---|---|---|
| 05/28/10 | KELLY BOUGERE | 2.20 | 462.00 |

Gather information on defendants' summary judgment filings for N. Bull.

| | | | |
|---|---|---|---|
| 06/01/10 | CYNTHIA BALLARD | 2.00 | 500.00 |

Cite check brief.

| | | | |
|---|---|---|---|
| 06/01/10 | CYNTHIA BALLARD | 1.00 | 250.00 |

Cite check brief.

| | | | |
|---|---|---|---|
| 06/01/10 | CYNTHIA BALLARD | 2.00 | 500.00 |

Quote check brief.

| | | | |
|---|---|---|---|
| 06/01/10 | CYNTHIA BALLARD | 0.50 | 125.00 |

Edit brief.

| | | | |
|---|---|---|---|
| 06/01/10 | CYNTHIA BALLARD | 1.00 | 250.00 |

Prepare table of authorities.

| | | | |
|---|---|---|---|
| 06/01/10 | KELLY BOUGERE | 8.70 | 1,827.00 |

Check exhibit cites in Memo of Law in opposition to Defendants' motion to strike, edit Memo (4.2); Retrieve document for use as exhibit, highlight and edit pdf (.5); Print, organize and bind hard copies of filing for court and office (2.8); Burn pdf documents to CD, create affidavit of service, send CD to Skadden via FedEx (1.2).

| | | | |
|---|---|---|---|
| 06/01/10 | LORI DILLON | 2.50 | 662.50 |

Citecheck/shepardize/quotecheck/proofread brief; Edit same; Highlight areas for attorney review; Finalize same; Followup w/ Ballard, Bull re tables and filing.

| | | | |
|---|---|---|---|
| 06/02/10 | POPPY QUATTLEBAUM | 0.30 | 144.00 |

Supervise filing of the AHM memo and declaration w/ CD for K. Bougere.

| | | | |
|---|---|---|---|
| 06/02/10 | KELLY BOUGERE | 0.80 | 168.00 |

Upload and organize AHM opposition to defendants' motion to strike on shared drive and filesite.

| | | | |
|---|---|---|---|
| 06/14/10 | KELLY BOUGERE | 1.50 | 315.00 |

Upload and organize defendants' reply in support of motion to strike on filesite and shared drive, distribute to team, send to Managing Attorney for docketing.

| | | | |
|---|---|---|---|
| 06/15/10 | KELLY BOUGERE | 2.30 | 483.00 |

Print, tab and bind copies of defendants' opposition to AHM's Motion for summary judgment for court courtesy copy.

| | | | |
|---|---|---|---|
| 06/22/10 | EDUARDO TORO | 1.00 | 205.00 |

Coordinate receipt and download of video of Cutala deposition.

| | | | |
|---|---|---|---|
| 07/13/10 | CYNTHIA BALLARD | 0.50 | 125.00 |

Organize documents for oral argument.

| 07/16/10 | CYNTHIA BALLARD | 0.50 | 125.00 |
|---|---|---|---|

Compile documents for oral argument.

| 07/19/10 | CYNTHIA BALLARD | 4.80 | 1,200.00 |
|---|---|---|---|

Prepare documents for oral argument.

| 07/19/10 | JAMES DALCERO | 9.50 | 2,232.50 |
|---|---|---|---|

Pull briefs and transcripts and binding into booklets in anticipation of oral argument.

| 07/20/10 | CYNTHIA BALLARD | 4.50 | 1,125.00 |
|---|---|---|---|

Prepare documents for oral argument.

| 07/20/10 | JAMES DALCERO | 8.70 | 2,044.50 |
|---|---|---|---|

Review and organize briefs and binders pulled and printed for oral argument.

| 07/21/10 | JAMES DALCERO | 8.30 | 1,950.50 |
|---|---|---|---|

Review and organize material in anticipation of oral argument.

| 07/22/10 | JAMES DALCERO | 3.00 | 705.00 |
|---|---|---|---|

Prepare and deliver material for oral argument.

| 07/23/10 | JAMES DALCERO | 4.00 | 940.00 |
|---|---|---|---|

Print and create PDFs of third party appellate briefs.

Subtotal For Code American Home - Administrative Matters......... 40,207.00

Code American Home Waterfield Litigation

| 05/01/10 | BRADLEY PENSYL | 1.60 | 672.00 |
|---|---|---|---|

Review defendants' summary judgment opposition papers and related case law and documents.

| 05/02/10 | AMANDA KOSOWSKY | 1.10 | 715.00 |
|---|---|---|---|

Review defendants' opposition to AHM's motion for partial summary judgment and defendants' counterstatement of material facts.

| 05/02/10 | NATHAN BULL | 2.00 | 1,230.00 |
|---|---|---|---|

Review and analyze opposition memorandum submitted by defendants.

| | | | |
|---|---|---|---|
| 05/03/10 | AMANDA KOSOWSKY | 7.70 | 5,005.00 |

Review outline of reply brief, including drafting outline and emails w/ N. Bull (1.2); Review defendants' statement of material facts in dispute, including review of same (6.3); Call w/ S. Astorina (.2).

| | | | |
|---|---|---|---|
| 05/03/10 | MARTIN SEIDEL | 1.50 | 1,200.00 |

Review and analyze arguments in plaintiffs' opposition brief (.9); Review emails re reply brief (.2); Review outline of same (.4).

| | | | |
|---|---|---|---|
| 05/03/10 | SALVATORE ASTORINA | 8.40 | 4,242.00 |

Review and analyze defendants' counterstatement of material facts (.6); Call w/ A. Kosowsky (.2); Research SDNY Local Rule 56.1 (2.7); Review and analyze defendants' supplemental rule 56.1 statement, draft memorandum re same (4.9).

| | | | |
|---|---|---|---|
| 05/03/10 | NATHAN BULL | 9.00 | 5,535.00 |

Review and analyze opposition memorandum submitted by defendants, including review of documents, legal authorities, and emails w/ A. Kosowsky, and S. Astorina (3.5); Draft related memoranda (3.5).

| | | | |
|---|---|---|---|
| 05/03/10 | BRADLEY PENSYL | 9.90 | 4,158.00 |

Review defendants' summary judgment opposition papers and related case law and documents (5.5); Draft outline summarizing arguments for summary judgment reply brief (5.4).

| | | | |
|---|---|---|---|
| 05/03/10 | GREGORY BEAMAN | 1.20 | 402.00 |

Research filing due dates under SDNY Local Rules for defendants' opposition to motion to strike and Plaintiff's reply to defendants' opposition (.9); Email A. Kosowsky re same (.1); Email B. Pensyl re upcoming research (.2).

| | | | |
|---|---|---|---|
| 05/04/10 | AMANDA KOSOWSKY | 6.80 | 4,420.00 |

Attend to response to defendants' supplemental statement of additional material facts, including drafting response (2.2); Confer w/ S. Astorina re review of evidentiary record (1.4); Review documents cited in defendants' supplemental statement, and review supplemental declaration of Mr. Otto (3.2).

| 05/04/10 | SALVATORE ASTORINA | 8.20 | 4,141.00 |

Review and analyze defendants' supplemental rule 56.1 statement, draft memorandum re same (4.3); Review and analyze defendants' counterstatement of material facts, draft memorandum re same (1.2); Meet w/ A. Kosowsky re defendants' supplemental rule 56.1 statement (1.4); Review and analyze deposition testimony in connection w/ response to defendants' supplemental rule 56.1 statement, draft memorandum re same (1.3).

| 05/04/10 | NATHAN BULL | 1.50 | 922.50 |

Attend to reply memorandum, including review of documents and related discussions w/ B. Pensyl.

| 05/04/10 | BRADLEY PENSYL | 8.80 | 3,696.00 |

Exchange emails and discussions w/ G. Beaman re case law research for summary judgment reply brief (.2); Draft summary judgment reply brief and review related case law (8.6).

| 05/04/10 | GREGORY BEAMAN | 1.90 | 636.50 |

Research escrow security interest issue (1.7); Draft memorandum to N. Bull and B. Pensyl re same (.2).

| 05/05/10 | AMANDA KOSOWSKY | 7.90 | 5,135.00 |

Attend to response to defendants' additional statement of material disputed facts, including drafting response, reviewing expert reports and declarations, and emails to S. Astorina re review of evidentiary record (6.8); Review and revise draft affidavit (1.1).

| 05/05/10 | SALVATORE ASTORINA | 8.30 | 4,191.50 |

Review and analyze defendants' counterstatement of material facts, draft memorandum re same (7.3); Review and analyze documents in connection w/ defendants' supplemental rule 56.1 statement and email A. Kosowsky providing results of same (1.0).

| 05/05/10 | NATHAN BULL | 2.50 | 1,537.50 |

Attend to reply memorandum, including legal research and review of documents, and related discussions w/ B. Pensyl and A. Kosowsky.

| | | | |
|---|---|---:|---:|
| 05/05/10 | BRADLEY PENSYL | 11.40 | 4,788.00 |

Draft and revise summary judgment reply brief and review related case law, deposition transcripts and documents.

| | | | |
|---|---|---:|---:|
| 05/05/10 | GREGORY BEAMAN | 3.30 | 1,105.50 |

Research escrow and security interest issue (3.0); Emails to B. Pensyl re same (.3).

| | | | |
|---|---|---:|---:|
| 05/06/10 | AMANDA KOSOWSKY | 0.20 | 130.00 |

Review emails re declaration.

| | | | |
|---|---|---:|---:|
| 05/06/10 | SALVATORE ASTORINA | 9.20 | 4,646.00 |

Review and analyze defendants' counterstatement of material facts, draft memoranda re same (7.6); Email A. Kosowsky re defendants' counterstatement of material facts (.2); Revise and edit AHM response to defendants' supplemental rule 56.1 statement (1.4).

| | | | |
|---|---|---:|---:|
| 05/06/10 | NATHAN BULL | 12.00 | 7,380.00 |

Review witness declaration (.5); Draft discovery correspondence (1.5); Attend to reply memorandum, including legal research, drafting and review of documents and testimony (10.0).

| | | | |
|---|---|---:|---:|
| 05/06/10 | BRADLEY PENSYL | 10.90 | 4,578.00 |

Draft and revise summary judgment reply brief and review related case law, deposition transcripts and documents.

| | | | |
|---|---|---:|---:|
| 05/06/10 | GREGORY BEAMAN | 0.40 | 134.00 |

Research escrow and security interest issue; Finalize memorandum to B. Pensyl re same.

| | | | |
|---|---|---:|---:|
| 05/07/10 | AMANDA KOSOWSKY | 7.50 | 4,875.00 |

Attend to reply brief in support of motion for partial summary judgment, including drafting sections of reply brief, reviewing cases, and calls w/ S. Astorina re review of evidentiary record.

| | | | |
|---|---|---:|---:|
| 05/07/10 | MARTIN SEIDEL | 1.00 | 800.00 |

Review emails re reply brief (.2); Review issues re summary judgment (.8).

| | | | |
|---|---|---:|---:|
| 05/07/10 | SALVATORE ASTORINA | 8.10 | 4,090.50 |

Review and analyze defendants' counterstatement of material facts, draft memoranda re same (7.7); Confer w/ A. Kosowsky re defendants' counterstatement of material facts (.2); Email A. Kosowsky, N. Bull and B. Pensyl re same (.2).

| | | | |
|---|---|---:|---:|
| 05/07/10 | NATHAN BULL | 15.00 | 9,225.00 |

Review witness declaration (.5); Review and edit discovery correspondence (1.0); Attend to reply memorandum, including legal research, drafting, review of documents and testimony, and discussions w/ B. Pensyl and M. Seidel (13.5).

| | | | |
|---|---|---:|---:|
| 05/07/10 | BRADLEY PENSYL | 12.10 | 5,082.00 |

Exchange emails w/ G. Beaman re case law research for summary judgment reply brief (.1); Exchange emails and discussions w/ N. Bull re summary judgment reply brief (.3); Review deposition transcripts for summary judgment reply brief (.5); Draft and revise summary judgment reply brief and review defendants' opposition papers and exhibits (11.2).

| | | | |
|---|---|---:|---:|
| 05/07/10 | GREGORY BEAMAN | 6.20 | 2,077.00 |

Research defenses of unclean hands, laches and waive (5.8); Exchange emails w/ A. Kosowsky and B. Pensyl re same (.4).

| | | | |
|---|---|---:|---:|
| 05/08/10 | AMANDA KOSOWSKY | 1.50 | 975.00 |

Attend to reply brief in support of motion for summary judgment, including drafting same and reviewing defendants' counterstatement of material facts.

| | | | |
|---|---|---:|---:|
| 05/08/10 | SALVATORE ASTORINA | 2.00 | 1,010.00 |

Review and analyze materials in connection w/ AHM reply Memorandum, email N. Bull and B. Pensyl providing results of same (1.8); Revise and edit AHM response to defendants' supplemental rule 56.1 statement of material facts, email A. Kosowsky re same (.2).

| | | | |
|---|---|---:|---:|
| 05/08/10 | NATHAN BULL | 12.00 | 7,380.00 |

Draft reply memorandum of law, including legal research and review of documents and testimony.

| 05/08/10 | BRADLEY PENSYL | 10.80 | 4,536.00 |
|---|---|---|---|

Draft and revise summary judgment reply brief and review related case law (9.5); Email G. Beaman re case law research for summary judgment reply brief (.3); Exchange emails and discussions w/ N. Bull re arguments and case law for summary judgment reply brief (1.0).

| 05/08/10 | GREGORY BEAMAN | 3.00 | 1,005.00 |
|---|---|---|---|

Research unjust enrichment issue (2.9); Email B. Pensyl re same (.1).

| 05/09/10 | AMANDA KOSOWSKY | 0.60 | 390.00 |
|---|---|---|---|

Review defendants' counterstatement of material facts.

| 05/09/10 | NATHAN BULL | 17.00 | 10,455.00 |
|---|---|---|---|

Draft reply memorandum of law, including legal research and review of documents and testimony.

| 05/09/10 | BRADLEY PENSYL | 9.80 | 4,116.00 |
|---|---|---|---|

Draft and revise summary judgment reply brief and related discussions and emails w/ N. Bull (7.7); Research and review case law for summary judgment reply brief (2.1).

| 05/09/10 | GREGORY BEAMAN | 3.00 | 1,005.00 |
|---|---|---|---|

Research laches and bankruptcy priorities (2.5); Email N. Bull and B. Pensyl re same (.5).

| 05/10/10 | AMANDA KOSOWSKY | 2.80 | 1,820.00 |
|---|---|---|---|

Attend to response to defendants' statement of additional disputed facts, including revising response, reviewing transcript of deposition of Mr. Katz, and emails w/ S. Astorina re review of evidentiary record (2.3); Review Mr. Otto's declaration (.3); Email G. Beaman re motion to strike (.2).

| 05/10/10 | MARTIN SEIDEL | 2.50 | 2,000.00 |
|---|---|---|---|

Review and edit brief; Office consult w/ N. Bull; Office consult w/ M. Filler; Revise letter to E. Gorman.

| 05/10/10 | SALVATORE ASTORINA | 9.40 | 4,747.00 |

Review, revise and edit AHM response to defendants supplemental rule 56.1 statement (1.9); Review and analyze documents in connection w/ AHM response to defendants' Third Set of Interrogatories, email N. Bull re same, draft AHM response to defendants' Third Set of Interrogatories (2.0); Review and analyze AHM's reply brief in support of its motion for partial summary judgment, as well as related materials (1.2); Review and analyze defendants' counterstatement of material facts (4.3).

| 05/10/10 | NATHAN BULL | 7.30 | 4,489.50 |

Draft reply memorandum of law and counterstatement of facts, including discussions w/ M. Seidel and B. Pensyl, and legal research and review of documents and testimony (6); Review and edited discovery correspondence to opposing counsel (.5); Draft discovery response, including discussions w/ M. Seidel (.8).

| 05/10/10 | BRADLEY PENSYL | 11.90 | 4,998.00 |

Draft and revise summary judgment reply brief and review related case law and deposition transcripts (11.1); Exchange emails and discussions w/ N. Bull re summary judgment reply brief arguments and case law (.5); Exchange emails and discussions w/ G. Beaman re case law for summary judgment reply brief (.3).

| 05/10/10 | GREGORY BEAMAN | 5.00 | 1,675.00 |

Research Bankruptcy Code priority scheme (3.6); Email A. Kosowsky re filing deadlines (.1); Research laches defense (1.8); Research authority of arbitral decisions (1.2).

| 05/11/10 | AMANDA KOSOWSKY | 7.10 | 4,615.00 |

Attend to response to defendants' supplemental statement of disputed material facts, including revising same (2.6) and conference w/ N. Bull, B. Pensyl and S. Astorina re same (2.7); Attend to reply brief including revising same and conference w/ N. Bull and B. Pensyl re same (2).

| 05/11/10 | MARTIN SEIDEL | 1.80 | 1,440.00 |

Email A. Kosowsky re counterstatement of facts; Email re summary judgment motion.

| 05/11/10 | SALVATORE ASTORINA | 8.70 | 4,393.50 |
|---|---|---|---|

Call w/ A. Kosowsky re defendants' counterstatement of material facts (.1); Review and analyze defendants' counterstatement of material facts, revise memorandum re same (3.3); Meet w/ A. Kosowsky, N. Bull and B. Pensyl re AHM reply Memorandum and AHM response to defendants' supplemental rule 56.1 statement (2.7); Review, revise and edit AHM response to defendants' supplemental rule 56.1 statement, email to A. Kosowsky re same (2.6).

| 05/11/10 | NATHAN BULL | 5.00 | 3,075.00 |
|---|---|---|---|

CWT team meeting (2.7); Review and edit reply memorandum of law (2.3).

| 05/11/10 | BRADLEY PENSYL | 8.10 | 3,402.00 |
|---|---|---|---|

Draft and revise summary judgment reply brief and related discussions and emails w/ N. Bull (5.4); Meet w/ N. Bull, A. Kosowsky and S. Astorina re summary judgment reply papers and defendants' opposition papers (2.7).

| 05/11/10 | GREGORY BEAMAN | 1.10 | 368.50 |
|---|---|---|---|

Research security interest issue in escrow issue (.9); Exchange emails w/ B. Pensyl re same (.2).

| 05/12/10 | AMANDA KOSOWSKY | 5.80 | 3,770.00 |
|---|---|---|---|

Attend to response to defendants' supplemental statement of material facts, including revising response, reviewing documents, and emails and calls w/ S. Astorina.

| 05/12/10 | MARTIN SEIDEL | 1.50 | 1,200.00 |
|---|---|---|---|

Review and edit SMF; Review and edit brief.

| 05/12/10 | SALVATORE ASTORINA | 5.80 | 2,929.00 |
|---|---|---|---|

Confer w/ A. Kosowsky re AHM response to defendants' supplemental rule 56.1 statement (.2); Meet w/ A. Kosowsky re AHM response to defendants' supplemental rule 56.1 statement (.2); Review, revise and edit AHM response to defendants' supplemental rule 56.1 statement (5.4).

| 05/12/10 | NATHAN BULL | 5.50 | 3,382.50 |
|---|---|---|---|

Attend to reply memorandum of law, including editing draft, legal research, review of documents and discussions w/ B. Pensyl.

| | | | |
|---|---|---|---|
| 05/12/10 | BRADLEY PENSYL | 4.50 | 1,890.00 |

Draft and revise summary judgment reply brief and review related case law.

| | | | |
|---|---|---|---|
| 05/12/10 | GREGORY BEAMAN | 3.20 | 1,072.00 |

Research escrow security interest issue (2.0); Analyze relevant statutes and cases (1.2).

| | | | |
|---|---|---|---|
| 05/13/10 | AMANDA KOSOWSKY | 4.90 | 3,185.00 |

Attend to finalization of reply brief for filing w/ court (1.7); Attend to response to defendants' supplemental statement of material facts in dispute, including revising same, finalizing it for filing w/ court, and emails and calls w/ S. Astorina and N. Bull re same (3.2).

| | | | |
|---|---|---|---|
| 05/13/10 | MARTIN SEIDEL | 1.00 | 800.00 |

Finalize reply brief.

| | | | |
|---|---|---|---|
| 05/13/10 | SALVATORE ASTORINA | 2.00 | 1,010.00 |

Draft Second supplemental declaration of N. Bull, emails to N. Bull re same (.2); Review and analyze AHM's response to defendants' supplemental rule 56.1 statement (1.6); Call w/ A. Kosowsky re AHM's response to defendants' supplemental rule 56.1 statement (.1); Email A. Kosowsky re AHM's response to defendants' supplemental rule 56.1 statement (.1).

| | | | |
|---|---|---|---|
| 05/13/10 | NATHAN BULL | 5.80 | 3,567.00 |

Attend to reply memorandum of law and counterstatement of facts, including editing draft, discussions w/ M. Seidel, A. Kosowsky and B. Pensyl, and review of witness declaration (4.5); Edit discovery correspondence (.5); Edit interrogatory response (.8).

| | | | |
|---|---|---|---|
| 05/13/10 | BRADLEY PENSYL | 3.90 | 1,638.00 |

Review and revise response to defendants' supplemental Rule 56.1 statement of material facts.

| | | | |
|---|---|---|---|
| 05/14/10 | MARTIN SEIDEL | 0.50 | 400.00 |

Review motion to strike.

| 05/14/10 | SALVATORE ASTORINA | 2.30 | 1,161.50 |

Review and analyze SDNY Local Rules and Federal Rules of Civil Procedure, in connection w/ defendants' motion to strike, calls w/ O. Ridges re same, send emails to B. Pensyl and N. Bull re same (2.3).

| 05/14/10 | BRADLEY PENSYL | 0.80 | 336.00 |

Review defendants' motion to strike and related discussions w/ N. Bull, S. Astorina and O. Ridges.

| 05/15/10 | NATHAN BULL | 4.30 | 2,644.50 |

Review and analyze defendants' reply memorandum (1.5); Review and analyze defendants' motion to strike (2.3); Meeting w/ B. Pensyl, S. Astorina and B. Capitummino (.6).

| 05/17/10 | AMANDA KOSOWSKY | 5.70 | 3,705.00 |

Review defendants' motion to strike, including reviewing same, call w/ N. Bull, analyzing cases cited in same, and call w/ S. Astorina (5.4); Review defendants' reply brief (.3).

| 05/17/10 | BRIAN CAPITUMMINO | 2.50 | 1,050.00 |

Meet w/ N. Bull, S. Astorina, and B. Pensyl re defendants' motion to strike (.6); Research opposition to motion to strike (1.9).

| 05/17/10 | MARTIN SEIDEL | 2.50 | 2,000.00 |

Attend to summary judgment preparation, RFAs; Confer w/ K. Nystrom re status.

| 05/17/10 | SALVATORE ASTORINA | 7.80 | 3,939.00 |

Review and analyze defendants' reply brief and materials cited therein (1.0); Review and analyze defendants' Motion to Dismiss and materials cited therein, draft memorandum re same (6.1); Confer w/ A. Kosowsky re defendants' Motion to Dismiss (.1); Meet w/ N. Bull, B. Pensyl and B. Capitummino re defendants' Motion to Dismiss (.6).

| 05/17/10 | NATHAN BULL | 1.30 | 799.50 |

Attend to opposition to defendants' motion to strike, including meeting w/ B. Pensyl, S. Astorina and B. Capitummino and discussion w/ A. Kosowsky.

| | | | |
|---|---|---|---|
| 05/17/10 | BRADLEY PENSYL | 1.40 | 588.00 |

Meet w/ N. Bull, S. Astorina and B. Capitummino re opposition to defendants' motion to strike (.6); Research and review case law for opposition to defendants' motion to strike (.8).

| | | | |
|---|---|---|---|
| 05/18/10 | AMANDA KOSOWSKY | 4.00 | 2,600.00 |

Attend to opposition to defendants' motion to strike, including call w/ N. Bull, drafting arguments for same, and reviewing cases (1.5); Attend to reply brief in support of motion to strike, including reviewing defendants' opposition brief, calls w/ S. Astorina and calls and exchange emails w/ G. Beaman re research for reply brief (2.5).

| | | | |
|---|---|---|---|
| 05/18/10 | BRIAN CAPITUMMINO | 4.80 | 2,016.00 |

Research for opposition to defendants' motion to strike (4.6); Confer w/ B. Pensyl re same (.2).

| | | | |
|---|---|---|---|
| 05/18/10 | MARTIN SEIDEL | 2.00 | 1,600.00 |

Review UF's opposition to motion to strike; Confer w/ A. Lendez, K. Nystrom.

| | | | |
|---|---|---|---|
| 05/18/10 | SALVATORE ASTORINA | 10.40 | 5,252.00 |

Review and analyze defendants' motion to strike, draft memorandum re same (3.2); Exchange calls w/ A. Kosowsky re defendants' opposition to AHM motion to strike (.1); Research Federal Rules of Evidence in connection w/ AHM reply In support of AHM's motion to strike, draft rider re same (7.1).

| | | | |
|---|---|---|---|
| 05/18/10 | BRADLEY PENSYL | 2.00 | 840.00 |

Research and review case law for opposition to defendants' motion to strike (1.8); Discuss w/ B. Capitummino case law for opposition to defendants' motion to strike (.2).

| | | | |
|---|---|---|---|
| 05/18/10 | GREGORY BEAMAN | 5.70 | 1,909.50 |

Analyze and distinguish cases cited by defendants in defendants' opposition to Plaintiff's motion to strike the declaration of Davida Burch (1.2); Exchange emails and calls w/ A. Kosowsky re same (.1); Research motion to strike evidentiary issues (2.7); Draft memorandum to A. Kosowsky addressing all aforementioned issues (1.7).

| 05/19/10 | AMANDA KOSOWSKY | 6.30 | 4,095.00 |
|---|---|---|---|

Attend to reply in support of motion to strike, including drafting same, reviewing cases, call w/ S. Astorina re research, emails and calls w/ S. Astorina and G. Beaman re research (5.1); Attend to stipulation re time to file reply briefs, including drafting stipulation (1.2).

| 05/19/10 | BRIAN CAPITUMMINO | 8.30 | 3,486.00 |
|---|---|---|---|

Research for opposition to defendants' motion to strike (7.5); Draft rider re same (.5); Confer w/ B. Pensyl re same (.3).

| 05/19/10 | MARTIN SEIDEL | 0.50 | 400.00 |
|---|---|---|---|

Exchange emails w/ E. Gorman; Confer and office consult w/ N. Bull.

| 05/19/10 | SALVATORE ASTORINA | 8.80 | 4,444.00 |
|---|---|---|---|

Research Federal Rule of Evidence 801 issues, draft rider for AHM reply in support of Its motion to strike, emails to A. Kosowsky re same (7.5); Draft AHM response to defendants' Fourth Request for Admissions, email N. Bull re same (1.3).

| 05/19/10 | NATHAN BULL | 2.00 | 1,230.00 |
|---|---|---|---|

Attend to opposition to defendants' motion to strike, including review of legal research and documents.

| 05/19/10 | BRADLEY PENSYL | 11.20 | 4,704.00 |
|---|---|---|---|

Research and review case law for opposition to defendants' motion to strike (5.1); Draft memo summarizing arguments and case law for opposition to defendants' motion to strike (6.1).

| 05/19/10 | GREGORY BEAMAN | 5.60 | 1,876.00 |
|---|---|---|---|

Research motion to strike evidentiary issues (4.1); Analyze cases re same (1.3); Exchange emails and calls w/ A. Kosowsky re same (.2).

| 05/20/10 | AMANDA KOSOWSKY | 7.80 | 5,070.00 |
|---|---|---|---|

Attend to reply brief in further support of motion to strike, including drafting same, calls and emails w/ S. Astorina and G. Beaman re research for same (.8); Review cases, and review deposition testimony cited in defendants' opposition brief (7.0).

| | | | |
|---|---|---|---|
| 05/20/10 | BRIAN CAPITUMMINO | 2.80 | 1,176.00 |

Conduct research for opposition to defendants' motion to strike; Draft and edit outline re same; Confer w/ B. Pensyl re same.

| | | | |
|---|---|---|---|
| 05/20/10 | SALVATORE ASTORINA | 9.00 | 4,545.00 |

Conduct research re Federal Rule of Evidence 801 (6.8); Draft riders re AHM reply in support of its motion to strike (1.3); Review and analyze deposition testimony, exchange emails and calls w/ A. Kosowsky re same in connection w/ AHM reply in support of its motion to strike (.9).

| | | | |
|---|---|---|---|
| 05/20/10 | NATHAN BULL | 1.00 | 615.00 |

Attend to opposition to defendants motion to strike, including legal research.

| | | | |
|---|---|---|---|
| 05/20/10 | BRADLEY PENSYL | 7.60 | 3,192.00 |

Review case law, and draft memo summarizing same, for opposition to defendants' motion to strike.

| | | | |
|---|---|---|---|
| 05/20/10 | GREGORY BEAMAN | 5.70 | 1,909.50 |

Research motion to strike issues (3.6); Analyze cases (1.4); Exchange emails and discussions w/ A. Kosowsky re same (.7).

| | | | |
|---|---|---|---|
| 05/21/10 | AMANDA KOSOWSKY | 3.20 | 2,080.00 |

Attend to reply in support of motion to strike, including drafting same, reviewing cases, and emailing w/ S. Astorina and G. Beaman re research for same.

| | | | |
|---|---|---|---|
| 05/21/10 | MARTIN SEIDEL | 0.50 | 400.00 |

Meet w/ N. Bull; Review and edit RFAs; Finalize same.

| | | | |
|---|---|---|---|
| 05/21/10 | SALVATORE ASTORINA | 8.60 | 4,343.00 |

Research Federal Rule of Evidence 801; Email A. Kosowsky re same (3.7); Review and analyze documents in connection w/ AHM response to defendants' Fourth Request for Admissions (.6); Review and analyze materials in connection w/ defendants' motion to strike, draft memorandum re same (4.3).

| | | | |
|---|---|---|---|
| 05/21/10 | NATHAN BULL | 2.50 | 1,537.50 |
| | Draft discovery responses and discuss same w/ M. Seidel. | | |
| 05/21/10 | BRADLEY PENSYL | 4.90 | 2,058.00 |
| | Review response to defendants' request for admissions (.4); Draft opposition to defendants' motion to strike and review related declarations, expert reports and deposition transcripts (4.5). | | |
| 05/21/10 | GREGORY BEAMAN | 1.40 | 469.00 |
| | Research motion to strike evidentiary issues (1.3); Email A. Kosowsky re same (.1). | | |
| 05/22/10 | BRADLEY PENSYL | 3.70 | 1,554.00 |
| | Draft opposition to defendants' motion to strike and review related declarations, expert reports and deposition transcripts. | | |
| 05/23/10 | AMANDA KOSOWSKY | 1.00 | 650.00 |
| | Attend to reply brief, including reviewing cases cited in defendants' opposition brief. | | |
| 05/23/10 | BRADLEY PENSYL | 5.20 | 2,184.00 |
| | Draft opposition to defendants' motion to strike and review related declarations, expert reports and deposition transcripts. | | |
| 05/24/10 | AMANDA KOSOWSKY | 7.30 | 4,745.00 |
| | Attend to reply brief in support of motion to strike, including drafting reply brief, reviewing cases in connection w/ same, and exchanging emails w/ S. Astorina re testimony cited in defendants' opposition brief (6.3); Attend to stipulation in support of motion to strike, including revising same, exchanging emails w/ M. Seidel re same, call w/ N. Bull re same, and attention to filing of same (1). | | |
| 05/24/10 | MARTIN SEIDEL | 0.30 | 240.00 |
| | Send emails re motion to strike. | | |

| | | | |
|---|---|---|---|
| 05/24/10 | SALVATORE ASTORINA | 8.00 | 4,040.00 |

Review and analyze defendants' opposition to AHM's motion to strike, review and analyze materials cited in same, draft memorandum re same (5.6); Email A. Kosowsky re defendants' opposition to AHM's motion to strike (.2); Review and analyze defendants' motion to strike, review and analyze materials cited in same, draft memorandum re same (1.7); Conduct research re Federal Rule of Evidence 801, email A. Kosowsky re same (.5).

| | | | |
|---|---|---|---|
| 05/24/10 | NATHAN BULL | 2.50 | 1,537.50 |

Attend to extension of deadlines stipulations, including edits, call w/ opposing counsel and related discussion w/ A. Kosowsky (1); Attend to opposition to motion to strike, including drafting, review of legal research, documents and testimony  (1.5).

| | | | |
|---|---|---|---|
| 05/24/10 | BRADLEY PENSYL | 9.80 | 4,116.00 |

Draft opposition to defendants' motion to strike and review related declarations, expert reports and deposition transcripts.

| | | | |
|---|---|---|---|
| 05/25/10 | AMANDA KOSOWSKY | 8.20 | 5,330.00 |

Attend to reply brief in support of motion to strike, including revising same, reviewing cases, and emails w/ S. Astorina re review of testimony (3.7); Attend to opposition to defendants' motion to strike, including meeting w/ M. Seidel re same and review of cases concerning same (4.5).

| | | | |
|---|---|---|---|
| 05/25/10 | MARTIN SEIDEL | 1.50 | 1,200.00 |

Meet w/ K. Nystrom re status; Meet w/ N. Bull re motion to strike.

| | | | |
|---|---|---|---|
| 05/25/10 | SALVATORE ASTORINA | 8.90 | 4,494.50 |

Review and analyze defendants' opposition to AHM's motion to strike, draft memorandum re same, telephone call and emails to A. Kosowsky re same (3.5); Conduct legal research Fed. Rule Evidence 801 (4.5); Review and analyze A. Lendez declaration and attached exhibits, email N. Bull re same, telephone call w/ A. Cohen (BDO) re same (.9).

| 05/25/10 | NATHAN BULL | 9.00 | 5,535.00 |

Review opposition to motion to strike, including drafting, review of legal research, documents, testimony and discussions w/ S. Astorina.

| 05/25/10 | BRADLEY PENSYL | 9.10 | 3,822.00 |

Draft opposition to defendants' motion to strike and review related declarations, expert reports and deposition transcripts.

| 05/25/10 | GREGORY BEAMAN | 1.00 | 335.00 |

Research evidentiary issue for opposition to defendants' motion to strike.

| 05/26/10 | AMANDA KOSOWSKY | 7.70 | 5,005.00 |

Attend to opposition to defendants' motion to strike, including drafting argument for same, and reviewing cases (6.2); Attend to reply brief in support of motion to strike, including emails and calls w/ S. Astorina re research for same and review cases re hearsay issues (1.5).

| 05/26/10 | MARTIN SEIDEL | 1.00 | 800.00 |

Confer w/ Court re motion to strike; Office consult w/ G. Markel.

| 05/26/10 | SALVATORE ASTORINA | 8.50 | 4,292.50 |

Conduct legal research re Fed. R. Evid. 801 (.6); Review and analyze materials in connection w/ AHM opposition to defendants' motion to strike, draft rider re same; Email A. Kosowsky re same (2.1); Research Fed. R. Evid. 701, email A. Kosowsky re same (5.8).

| 05/26/10 | NATHAN BULL | 8.80 | 5,412.00 |

Call Court and opposing counsel re case status (1.2); Attend to opposition to motion to strike, including drafting, legal research, review documents and testimonyl (7.3); Prepare letter to the Court (.3).

| 05/26/10 | BRADLEY PENSYL | 9.20 | 3,864.00 |

Draft and revise opposition to defendants' motion to strike and review related case law.

| | | | |
|---|---|---|---|
| 05/26/10 | GREGORY BEAMAN | 5.70 | 1,909.50 |

Research and analyze cases re evidentiary issue for Plaintiff's opposition to defendants' motion to strike (5.1); Confer and exchange emails w/ A. Kosowsky re same (.6).

| | | | |
|---|---|---|---|
| 05/27/10 | AMANDA KOSOWSKY | 4.60 | 2,990.00 |

Attend to opposition to motion to strike, including reviewing cases and exhibits to Johnson declaration (3.5); Confer and exchange email w/ G. Beaman re issues (.6); Attend to letter to court withdrawing motion to strike, including drafting letter and emails w/ N. Bull re same (.5).

| | | | |
|---|---|---|---|
| 05/27/10 | MARTIN SEIDEL | 0.50 | 400.00 |

Draft letter to Court re motions; Office consult w/ N. Bull.

| | | | |
|---|---|---|---|
| 05/27/10 | SALVATORE ASTORINA | 8.40 | 4,242.00 |

Conduct legal research re Fed. R. Evid. 701, exchange emails w/ A. Kosowsky re same (4.9); Confer w/ B. Pensyl re AHM opposition to defendants' motion to strike and issues to be researched in connection w/ same (.3); Confer w/ G. Beaman re AHM opposition to defendants' motion to strike (.1); Conduct legal research re affidavits, email to A. Kosowsky re same (3.1).

| | | | |
|---|---|---|---|
| 05/27/10 | NATHAN BULL | 6.80 | 4,182.00 |

Attend to opposition to motion to strike, including drafting, review of documents and testimony, and discussions w/ B. Pensyl (6.0); Edit letter to the Court and related discussions w/ M. Seidel (.8).

| | | | |
|---|---|---|---|
| 05/27/10 | BRADLEY PENSYL | 13.60 | 5,712.00 |

Draft and revise opposition to defendants' motion to strike and review related case law (13.4); Meet w/ and exchange emails w/ K. Grimm re case law research for opposition to defendants' motion to strike (.2).

| | | | |
|---|---|---|---|
| 05/27/10 | GREGORY BEAMAN | 5.90 | 1,976.50 |

Research expert report issue for Plaintiff's opposition to defendants' motion to strike.

| 05/28/10 | AMANDA KOSOWSKY | 0.10 | 65.00 |

Review letter from Mr. Gorman to court re reply brief.

| 05/28/10 | SALVATORE ASTORINA | 7.70 | 3,888.50 |

Research affidavit issue in connection w/ AHM opposition to defendants' motion to strike (2.7); Research expert material in connection w/ AHM opposition to defendants' motion to strike (3.5); Review and analyze materials in connection w/ AHM opposition to defendants' motion to strike, email to N. Bull providing information requested (1.5).

| 05/28/10 | NATHAN BULL | 6.50 | 3,997.50 |

Attend to opposition to motion to strike, including drafting, review of documents and testimony, and discussions w/ B. Pensyl.

| 05/28/10 | BRADLEY PENSYL | 8.20 | 3,444.00 |

Draft and revise opposition to defendants' motion to strike.

| 05/29/10 | NATHAN BULL | 3.50 | 2,152.50 |

Attend to opposition to motion to strike, including drafting, review of legal research, documents and testimony.

| 05/30/10 | SALVATORE ASTORINA | 0.60 | 303.00 |

Review and analyze deposition testimony in connection w/ AHM opposition to defendants' motion to strike, email N. Bull and B. Pensyl re same.

| 05/30/10 | NATHAN BULL | 7.50 | 4,612.50 |

Attend to opposition to motion to strike, including drafting, review of legal research, documents and testimony.

| 05/31/10 | SALVATORE ASTORINA | 3.60 | 1,818.00 |

Conduct legal research judicial notice in connection w/ AHM opposition to defendants' motion to strike.

| 05/31/10 | NATHAN BULL | 3.00 | 1,845.00 |

Attend to opposition to motion to strike, including drafting, review of legal research, documents and testimony.

| | | | |
|---|---|---|---|
| 05/31/10 | BRADLEY PENSYL | 2.80 | 1,176.00 |
| | Revise opposition to defendants' motion to strike and review related declarations and deposition transcripts. | | |
| 06/01/10 | MARTIN SEIDEL | 0.50 | 400.00 |
| | Review and edit motion to strike. | | |
| 06/01/10 | SALVATORE ASTORINA | 5.90 | 2,979.50 |
| | Review and analyze AHM opposition to defendants' motion to strike, review and analyze materials cited therein, edit and revise same (5.2); Draft supplemental declaration (.5); Email N. Bull re AHM opposition to defendants' motion to strike (.2). | | |
| 06/01/10 | NATHAN BULL | 7.20 | 4,428.00 |
| | Attend to opposition to motion to strike, including editing and review of legal research, documents and testimony. | | |
| 06/01/10 | BRADLEY PENSYL | 3.10 | 1,302.00 |
| | Draft and revise brief in opposition to defendants' motion to strike. | | |
| 06/08/10 | MARTIN SEIDEL | 1.00 | 800.00 |
| | Confer w/ K. Nystrom and creditors' committee. | | |
| 06/11/10 | MARTIN SEIDEL | 1.00 | 800.00 |
| | Review emails re summary judgement motion; Email N. Bull. | | |
| 06/11/10 | NATHAN BULL | 0.50 | 307.50 |
| | Review correspondence from opposing counsel. | | |
| 06/14/10 | MARTIN SEIDEL | 0.70 | 560.00 |
| | Review and respond to emails re Court request for courtesy copy. | | |
| 06/14/10 | NATHAN BULL | 0.50 | 307.50 |
| | Review opposing counsel's reply brief and related correspondence w/ B. Pensyl. | | |
| 06/14/10 | BRADLEY PENSYL | 2.20 | 924.00 |
| | Review defendants' motion to strike reply papers and related case law. | | |
| 06/15/10 | NATHAN BULL | 0.70 | 430.50 |
| | Attend to Court's order, including related discussions w/ B. Pensyl and K. Bougere. | | |

| | | | |
|---|---|---|---|
| 06/22/10 | SALVATORE ASTORINA | 1.40 | 707.00 |

Review materials relating to discovery issues, as requested by N. Bull (1.2); Email M. O'Rourke and N. Bull providing results of same (.2).

| | | | |
|---|---|---|---|
| 06/30/10 | NATHAN BULL | 2.00 | 1,230.00 |

Review and analyze opposing party's reply brief in support of their motion to strike.

| | | | |
|---|---|---|---|
| 06/30/10 | BRADLEY PENSYL | 4.50 | 1,890.00 |

Review defendants' summary judgment reply papers and draft memo summarizing argument in response to defendants' reply.

| | | | |
|---|---|---|---|
| 07/01/10 | NATHAN BULL | 5.00 | 3,150.00 |

Prepare for oral argument, including review of documents and testimony and creation of memoranda.

| | | | |
|---|---|---|---|
| 07/06/10 | MARTIN SEIDEL | 1.00 | 800.00 |

Attention to BDO issues

| | | | |
|---|---|---|---|
| 07/06/10 | NATHAN BULL | 4.50 | 2,835.00 |

Prepare for oral argument, including review and analyze summary judgment motions; Conduct legal research and related discussions w/ B. Pensyl.

| | | | |
|---|---|---|---|
| 07/06/10 | BRADLEY PENSYL | 1.40 | 707.00 |

Review defendants' summary judgment reply brief and draft memo synthesizing rebuttal in preparation for trial and summary judgment hearing.

| | | | |
|---|---|---|---|
| 07/07/10 | NATHAN BULL | 3.80 | 2,394.00 |

Prepare for oral argument, including review and analyze the summary judgment motions and related discussions w/ B. Pensyl.

| | | | |
|---|---|---|---|
| 07/08/10 | NATHAN BULL | 4.30 | 2,709.00 |

Oral argument preparation, including review and analyze summary judgment motions, documents and testimony.

| | | | |
|---|---|---|---|
| 07/09/10 | NATHAN BULL | 2.50 | 1,575.00 |

Oral argument preparation, including review and analyze Defendants' motion for summary judgment.

| 07/12/10 | NATHAN BULL | 3.50 | 2,205.00 |

Prepare for oral argument, including review of memoranda of law, documents and testimony and creation of memoranda.

| 07/12/10 | BRADLEY PENSYL | 1.20 | 606.00 |

Review defendants' summary judgment reply brief and case law, and draft memo synthesizing rebuttal in preparation for trial and summary judgment hearing.

| 07/13/10 | AMANDA KOSOWSKY | 0.50 | 325.00 |

Review briefs in preparation for oral argument.

| 07/13/10 | MARTIN SEIDEL | 3.50 | 2,800.00 |

Send emails and confer w/ CWT team re summary judgement oral argument; Office consult w/ G. Markel; Attend team meeting re oral argument.

| 07/13/10 | SALVATORE ASTORINA | 4.20 | 2,394.00 |

Meet w/ M. Seidel, N. Bull and B. Pensyl re preparation for oral argument (1.0); Meet w/ N. Bull and B. Pensyl re preparation for oral argument (.9); Review briefs relating to AHM's Motion for Summary Judgment (2.3).

| 07/13/10 | NATHAN BULL | 7.20 | 4,536.00 |

Prepare for oral argument, including review of memoranda of law, documents and testimony and related discussions w/ M. Seidel, S. Astorina and B. Pensyl.

| 07/13/10 | BRADLEY PENSYL | 6.90 | 3,484.50 |

Prepare for summary judgment oral argument, including meeting w/ M. Seidel, N. Bull and S. Astorina (1.8); Review summary judgment papers and case law and draft argument outline (5.1).

| 07/14/10 | MARTIN SEIDEL | 1.50 | 1,200.00 |

Review summary judgment briefs; Analyze arguments for summary judgment.

| 07/14/10 | SALVATORE ASTORINA | 3.00 | 1,710.00 |

Review and analyze documents and draft outline for oral argument re unjust enrichment issue (2.9); Email N. Bull and B. Pensyl re same (.1).

| | | | |
|---|---|--:|--:|
| 07/14/10 | NATHAN BULL | 9.30 | 5,859.00 |
| | Prepare for oral argument, including review of memoranda of law, documents and testimony and related discussions w/ S. Astorina and B. Pensyl. | | |
| 07/14/10 | BRADLEY PENSYL | 10.20 | 5,151.00 |
| | Prepare for summary judgment oral argument, including review summary judgment papers and case law and draft argument outline. | | |
| 07/15/10 | MARTIN SEIDEL | 1.50 | 1,200.00 |
| | Office consult w/ N. Bull re oral argument; Review briefs and prepare for oral argument. | | |
| 07/15/10 | SALVATORE ASTORINA | 3.30 | 1,881.00 |
| | Draft outline for oral argument re unclean hands issue (1.6); Email N. Bull and B. Pensyl re same (.1); Draft outline for oral argument re escrow claim argument (1.5); Email N. Bull and B. Pensyl re same (.1). | | |
| 07/15/10 | NATHAN BULL | 6.50 | 4,095.00 |
| | Prepare for oral argument, including review of legal research, memoranda of law, documents and testimony and related discussions w/ S. Astorina and B. Pensyl. | | |
| 07/15/10 | BRADLEY PENSYL | 5.40 | 2,727.00 |
| | Prepare for summary judgment oral argument, including draft and revise argument outline, and review related case law and deposition testimony (4.8); Exchange emails and discussions w/ N. Bull (.6). | | |
| 07/16/10 | MARTIN SEIDEL | 4.00 | 3,200.00 |
| | Prepare for oral argument; Team meeting; Review case law and briefs; Office consult w/ N. Bull; Telephone conference w/ K. Nystrom. | | |
| 07/16/10 | SALVATORE ASTORINA | 6.30 | 3,591.00 |
| | Begin draft of oral argument outline re damages issue (.1); Edit and revise draft oral argument outline re escrow issue (.8); Meet w/ M. Seidel, N. Bull and B. Pensyl re oral argument preparations (1); Review and analyze cases cited in Summary Judgment briefs in connection w/ preparation for oral argument; Draft summaries of same (4.4). | | |

| 07/16/10 | NATHAN BULL | 6.80 | 4,284.00 |

Prepare for oral argument, including review of legal research, memorandums of law, documents and testimony and related meetings w/ M. Seidel, B. Pensyl and S. Astorina.

| 07/16/10 | BRADLEY PENSYL | 9.60 | 4,848.00 |

Prepare for summary judgment oral argument, including: meeting w/ M. Seidel, N. Bull and S. Astorina (1.0); Review summary judgment papers and case law, draft case law summaries, and revise argument outlines (8.4); Exchange emails w/ G. Beaman re case law research (.2).

| 07/17/10 | MARTIN SEIDEL | 4.00 | 3,200.00 |

Prepare for oral argument; Emails w/ team re same.

| 07/17/10 | SALVATORE ASTORINA | 1.50 | 855.00 |

Edit and revise oral argument outline re escrow issue; Email to N. Bull re same (1.5).

| 07/17/10 | NATHAN BULL | 8.50 | 5,355.00 |

Prepare for oral argument, including review of documents and testimony, legal research, memoranda of law, and creation of memoranda.

| 07/17/10 | BRADLEY PENSYL | 11.40 | 5,757.00 |

Prepare for summary judgment hearing, including draft argument outlines and review related summary judgment papers and case law.

| 07/17/10 | GREGORY BEAMAN | 1.90 | 798.00 |

Research wrongdoer rule in preparation for summary judgment hearing (1.7); Exchange emails w/ B. Pensyl re same (.2).

| 07/18/10 | SALVATORE ASTORINA | 10.30 | 5,871.00 |

Draft oral argument outline re damages issue; Email to N. Bull and B. Pensyl re same (4.3); Draft oral argument outline re Defendants' breach of contract issue; Email to N. Bull and B. Pensyl re same (2.9); Draft oral argument outline re performance issue; Email to N. Bull and B. Pensyl re same (3.0); Email N. Bull re deposition testimony, in connection w/ preparation for oral argument (.1).

| 07/18/10 | NATHAN BULL | 10.00 | 6,300.00 |
|---|---|---|---|

Prepare for oral argument, including review of documents and testimony, legal research, memoranda of law, and creation of memoranda.

| 07/18/10 | BRADLEY PENSYL | 11.20 | 5,656.00 |
|---|---|---|---|

Prepare for summary judgment hearing, including draft and revise argument outlines and review related summary judgment papers and case law (10.8); Exchange emails w/ N. Bull (.4).

| 07/19/10 | MARTIN SEIDEL | 2.50 | 2,000.00 |
|---|---|---|---|

Prepare for oral argument; Office consult w/ N. Bull.

| 07/19/10 | SALVATORE ASTORINA | 2.60 | 1,482.00 |
|---|---|---|---|

Review and analyze oral argument outlines (.2); Review and analyze documents in connection w/ information requested by N. Bull, email to N. Bull presenting results of same (.6); Review and analyze deposition transcripts for information requested by N. Bull, email N. Bull presenting results of same (1.7); Communicate w/ N. Ellman (Managing Attorneys' Office) re oral argument issues (.1).

| 07/19/10 | NATHAN BULL | 7.30 | 4,599.00 |
|---|---|---|---|

Prepare for oral argument, including review of documents and testimony, legal research, memoranda of law, creation of memoranda, and related discussions w/ M. Seidel, B. Pensyl and S. Astorina.

| 07/19/10 | BRADLEY PENSYL | 11.60 | 5,858.00 |
|---|---|---|---|

Prepare for summary judgment hearing, including draft and revise argument outlines, and review summary judgment papers, case law and deposition testimony (10.9); Exchange emails and discussions w/ N. Bull re argument preparation (.6); Exchange emails w/ C. Ballard re assembling materials for summary judgment hearing (.1).

| 07/20/10 | MARTIN SEIDEL | 5.00 | 4,000.00 |
|---|---|---|---|

Prepare for oral argument; Telephone conference w/ G. Markel; Office consult w/ N. Bull and B. Pensyl.

| | | | |
|---|---|---|---|
| 07/20/10 | SALVATORE ASTORINA | 5.50 | 3,135.00 |

Draft outline of claims and counterclaims in connection w/ oral argument preparation (1.7); Telephone call w/ B. Pensyl re oral argument preparation issues (.2); Email N. Bull and B. Pensyl re outline of claims and counterclaims (.1); Review deposition transcripts for information requested by N. Bull, and email N. Bull presenting results of same (1.4); Exchange emails w/ C. Ballard re oral argument preparation issues (.4); Telephone call w/ N. Ellman (Managing Attorney's Office) re oral argument issues (.1); Conduct legal research breach of contract/complaint issue (1.6).

| | | | |
|---|---|---|---|
| 07/20/10 | NATHAN BULL | 11.50 | 7,245.00 |

Prepare for oral argument, including review of documents and testimony, legal research, memoranda of law, creation of memoranda, and related discussions w/ M. Seidel, B. Pensyl and S. Astorina.

| | | | |
|---|---|---|---|
| 07/20/10 | BRADLEY PENSYL | 8.80 | 4,444.00 |

Prepare for summary judgment hearing, including: revise argument outlines and research and review case law (7.9); Exchange emails (.2) and call w/ N. Bull re case law and rebuttal arguments (..2); Create timeline of key dates relating to the transaction and litigation (.5).

| | | | |
|---|---|---|---|
| 07/21/10 | MARTIN SEIDEL | 5.00 | 4,000.00 |

Prepare for oral argument; Emails and office consult w/ B. Pensyl, N. Bull; Office consult w/ G. Markel.

| | | | |
|---|---|---|---|
| 07/21/10 | SALVATORE ASTORINA | 2.80 | 1,596.00 |

Conduct legal research breach of contract/complaint issue, and exchange emails w/ N. Bull re same (2.2); Attend to oral argument preparation issues; Exchange emails w/ N. Bull and B. Pensyl re same; Telephone call w/ C. Ballard re same (.6).

| | | | |
|---|---|---|---|
| 07/21/10 | NATHAN BULL | 15.50 | 9,765.00 |

Oral argument preparation, including review of documents and testimony, review of legal research, edits to memoranda, and discussions w/ M. Seidel, B. Pensyl and S. Astorina.

| 07/21/10 | BRADLEY PENSYL | 11.40 | 5,757.00 |

Prepare for summary judgment hearing, including: meeting and discussions w/ M. Seidel (.9); Confer and exchange emails w/ N. Bull (1.4); Discuss w/ C. Ballard the preparation of binders and other materials for hearing (.3); Review and revise argument outlines (4.2); Research and review case law (4.6).

| 07/22/10 | MARTIN SEIDEL | 8.00 | 6,400.00 |

Prepare for oral argument; Attend oral argument; Office consult w/ team; Telephone conference w/ G. Markel; Telephone conference w/ K. Nystrom; Analyze issues re trial.

| 07/22/10 | SALVATORE ASTORINA | 4.60 | 2,622.00 |

Attend to oral argument preparation, meet w/ J. Dalcero re same (1.8); Attend oral argument (2.8).

| 07/22/10 | NATHAN BULL | 5.00 | 3,150.00 |

Prepare for and attend oral argument, including legal research, review documents and testimony, create memoranda, and discuss same w/ M. Seidel and B. Pensyl.

| 07/22/10 | BRADLEY PENSYL | 5.70 | 2,878.50 |

Prepare for summary judgment hearing, including research and review case law and discussions w/ N. Bull and S. Astorina (3.2); Attend summary judgment hearing (2.5).

| 07/23/10 | MARTIN SEIDEL | 1.00 | 800.00 |

Office consult w/ N. Bull re mitigation issue.

| 07/23/10 | NATHAN BULL | 2.30 | 1,449.00 |

Attend to pretrial preparation, including legal research and discussions w/ B. Pensyl.

| 07/26/10 | MARTIN SEIDEL | 1.50 | 1,200.00 |

Meet w/ N. Bull re trial preparation.

| 07/26/10 | SALVATORE ASTORINA | 7.00 | 3,990.00 |

Telephone call w/ N. Bull re mitigation issue (.1); Telephone call w/ B. Pensyl re mitigation issue (.1); Conduct legal research mitigation issue (6.8).

| 07/26/10 | NATHAN BULL | 5.30 | 3,339.00 |

Review oral argument transcript, legal research and related discussions w/ B. Pensyl and S. Astorina.

| | | | |
|---|---|---|---|
| 07/27/10 | MARTIN SEIDEL | 0.80 | 640.00 |

Analyze issues re trial; Telephone conference w/ K. Nystrom.

| | | | |
|---|---|---|---|
| 07/27/10 | SALVATORE ASTORINA | 7.30 | 4,161.00 |

Conduct legal research mitigation issue.

| | | | |
|---|---|---|---|
| 07/28/10 | MARTIN SEIDEL | 2.50 | 2,000.00 |

Office consult w/ N. Bull; Telephone conference re analysis of claims; Trial prep; review emails re mediation.

| | | | |
|---|---|---|---|
| 07/28/10 | SALVATORE ASTORINA | 1.50 | 855.00 |

Exchange emails w/ N. Bull re trial issue (.1); Telephone call w/ N. Bull re mitigation research (.1); Conduct legal research mitigation issue (1.3).

| | | | |
|---|---|---|---|
| 07/28/10 | NATHAN BULL | 8.20 | 5,166.00 |

Pretrial preparation, including legal research, review and analyze documents, and related discussions w/ M. Seidel , B. Pensyl and S. Astorina.

| | | | |
|---|---|---|---|
| 07/28/10 | BRADLEY PENSYL | 4.30 | 2,171.50 |

Research and review New York case law on contract damages (3.2); Meet w/ N. Bull re trial preparation (1.1).

| | | | |
|---|---|---|---|
| 07/29/10 | MARTIN SEIDEL | 3.30 | 2,640.00 |

Office consult w/ N. Bull; Review correspondence re PPA; Review issue re mitigation, damages; Office consult w/ G. Markel and N. Bull.

| | | | |
|---|---|---|---|
| 07/29/10 | SALVATORE ASTORINA | 4.40 | 2,508.00 |

Conduct legal research mitigation issue (.3); Telephone call w/ N. Bull re loan repurchase issue (.1); Review and analyze documents relating to loan repurchase issue, draft chart re same (2.1); Meet w/ N. Bull re loan repurchase issue (.3); Review and analyze documents relating to arbitration issue, email to N. Bull re same (1.6).

| | | | |
|---|---|---|---|
| 07/29/10 | NATHAN BULL | 6.00 | 3,780.00 |

Pretrial preparation, including legal research, review documents, create memoranda, and related discussions w/ M. Seidel, B. Pensyl and S. Astorina.

| 07/30/10 | SALVATORE ASTORINA | 6.90 | 3,933.00 |

Conduct research pre-trial orders, telephone call w/ O. Ridges (Managing Attorney's Office) re same; Emails to O. Ridges re same (.8); Review and analyze documents relating to loan repurchase issue, draft chart re same (1.7); Telephone call w/ N. Bull re work to be done to prepare for trial (.2); Review and analyze documents relating to Purchase Price Adjustment claim and EMC Release issue (4.2).

| 07/30/10 | NATHAN BULL | 6.50 | 4,095.00 |

Pretrial preparation, including legal research, review documents and testimony and discussions w/ B. Pensyl and S. Astorina.

| 07/30/10 | BRADLEY PENSYL | 6.90 | 3,484.50 |

Research and review New York case law on contract damages and draft memo summarizing same.

Subtotal For Code American Home Waterfield Litigation ....... 607,698.50

Code American Home Sale of Servicing Business

| 05/03/10 | JEFFREY WEISSMANN | 0.80 | 504.00 |

Attend AHM/AHB board meeting.

| 05/03/10 | PENNY WILLIAMS | 1.00 | 570.00 |

AHM/AHB board meeting via teleconference

Subtotal For Code American Home Sale Of Servicing Business ........... 1,074.00

Total Fees ..... $648,979.50