# EXHIBIT B

DISBURSEMENTS AND CHARGES

| | | |
|---|---|---:|
| 07/20/09 | EXPRESS DELIVERY EXPRESS DELIVERY Michael P. Dougher-155 N. Wacker Drive-Invoice: | 44.76 |
| 07/22/09 | EXPRESS DELIVERY EXPRESS DELIVERY Michael P. Dougher-155 North Wacker Drive-Invoic | 13.77 |
| 04/26/10 | OVERTIME MEALS –Astorina, Salvatore-150455076-A Spice Route (For | 20.00 |
| 04/26/10 | OVERTIME MEALS –Pensyl, Bradley-150443199-Energy Kitchen (Nassau | 20.00 |
| 04/27/10 | OVERTIME MEALS –Astorina, Salvatore-150611046-Gatehouse | 20.00 |
| 04/27/10 | EXPRESS DELIVERY EXPRESS DELIVERY Richard Loeffler-One World Financial Center-Invo | 9.63 |
| 04/27/10 | OVERTIME MEALS –Pensyl, Bradley-150613521-Izzy and Nats | 20.00 |
| 04/27/10 | OVERTIME MEALS –Pensyl, Bradley-150613521-Izzy and Nats | 20.00 |
| 04/27/10 | OVERTIME MEALS –Ballard, Cynthia-150620505-SouthWest NY | 18.11 |
| 04/28/10 | OVERTIME MEALS –Dalcero, James-150774135-Burger Burger | 20.00 |
| 04/28/10 | OVERTIME MEALS –Kosowsky, Amanda-150749583-SouthWest NY | 18.55 |
| 04/28/10 | OVERTIME MEALS –Astorina, Salvatore-150760596-Quan Sushi | 19.57 |
| 04/28/10 | OVERTIME MEALS –Pensy,l Bradley-150758535-Izzy and Nats | 20.00 |
| 04/28/10 | HAND DELIVERY HAND DELIVERY MS//1 WORLD FINANCIAL CEN/1114 6TH AVE | 14.22 |
| 04/29/10 | HAND DELIVERY HAND DELIVERY LT/8545//LRY/1 WORLD FINANCIAL CE/343 ALEXANDER | 293.42 |
| 04/29/10 | OVERTIME MEALS -Ballard Cynthia-150889614-Gatehouse | 17.95 |
| 04/29/10 | EXPRESS DELIVERY EXPRESS DELIVERY Mail Room-155 North Wacker Drive-Invoice: 707844 | 15.33 |
| 04/30/10 | HAND DELIVERY HAND DELIVERY LT/63693/2373 BROADWAY/1 WORLD FINANCIAL CENTER | 18.00 |
| 05/01/10 | DUPLICATING 3995 COPY(S)     Bougere, Kelly | 399.50 |
| 05/01/10 | DUPLICATING 2508 COPY(S)     Bougere, Kelly | 250.80 |

| | | |
|---|---|---:|
| 05/02/10 | DUPLICATING 5341 COPY(S)    Bougere, Kelly | 534.10 |
| 05/02/10 | DUPLICATING 5770 COPY(S)    Bougere, Kelly | 577.00 |
| 05/02/10 | DUPLICATING 251 COPY(S)    Bougere, Kelly | 25.10 |
| 05/03/10 | DUPLICATING 1941 COPY(S)    Ballard, Cynthia | 194.10 |
| 05/03/10 | LD TELEPHONE LD TELEPHONE 14256296464 ,6830 | 9.52 |
| 05/03/10 | OVERTIME MEALS -bull nathan-151302069-No. 1 Little House Chines | 19.61 |
| 05/03/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BALLARD, CYNTHIA | 740.12 |
| 05/03/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw KOSOWSKY, AMANDA | 104.91 |
| 05/03/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 141.84 |
| 05/03/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 66.11 |
| 05/03/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 96.10 |
| 05/03/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 11.03 |
| 05/03/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES BALLARD, CYNTHIA | 33.05 |
| 05/03/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES BALLARD, CYNTHIA | 22.03 |
| 05/04/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES BOUGERE, KELLY | 44.07 |
| 05/04/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES BOUGERE, KELLY | 22.04 |
| 05/04/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE SHEPARD'S SERVICE BOUGERE, KELLY | 12.79 |
| 05/04/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BEAMAN, GREGORY | 223.48 |
| 05/04/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BOUGERE, KELLY | 1,775.54 |
| 05/04/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw KOSOWSKY, AMANDA | 89.72 |
| 05/04/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 314.48 |

| | | |
|---|---|---|
| 05/04/10 | OVERTIME MEALS -Pensyl Bradley-151407783-Izzy and Nats | 20.00 |
| 05/04/10 | LD TELEPHONE LD TELEPHONE 16098766330 ,6830 | 9.52 |
| 05/04/10 | MANAGING ATTORNEY'S CHARGE | 25.00 |
| 05/05/10 | MANAGING ATTORNEY'S CHARGE | 25.00 |
| 05/05/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BALLARD, CYNTHIA | 31.36 |
| 05/05/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BEAMAN, GREGORY | 308.63 |
| 05/05/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 66.46 |
| 05/05/10 | OVERTIME MEALS –Pensyl, Bradley-151553562-Izzy and Nats | 20.00 |
| 05/06/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL,BRADLEY | 707.85 |
| 05/06/10 | OVERTIME MEALS –Astorina, Salvatore-151670592-Beekman Café | 19.80 |
| 05/06/10 | OVERTIME MEALS –Pensyl, Bradley-151665459-Izzy and Nats | 20.00 |
| 05/06/10 | LD TELEPHONE LD TELEPHONE 16106600060 ,6830 | 2.38 |
| 05/07/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BEAMAN, GREGORY | 714.20 |
| 05/07/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BULL, NATHAN | 65.90 |
| 05/07/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw KOSOWSKY, AMANDA | 22.53 |
| 05/07/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 116.48 |
| 05/07/10 | OVERTIME MEALS –Pensyl, Bradley-151784154-Izzy and Nats | 20.00 |
| 05/07/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE MATTHEW BENDER SERVICE PENSYL, BRADLEY | 141.94 |
| 05/08/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BEAMAN, GREGORY | 459.10 |
| 05/08/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BULL, NATHAN | 15.61 |
| 05/08/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 82.49 |

| | | |
|---|---|---:|
| 05/08/10 | OVERTIME MEALS –Beaman, Gregory -151837071-Energy Kitchen (Nassau) | 12.07 |
| 05/09/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BEAMAN, GREGORY | 595.64 |
| 05/09/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BULL, NATHAN | 52.16 |
| 05/09/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 317.94 |
| 05/10/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BALLARD, CYNTHIA | 983.45 |
| 05/10/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BEAMAN, GREGORY | 362.82 |
| 05/10/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 1,119.50 |
| 05/10/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 3/3/10 | 29.81 |
| 05/10/10 | OVERTIME MEALS –Ballard, Cynthia-152077737-SouthWest NY | 18.11 |
| 05/11/10 | OVERTIME MEALS –Ballard, Cynthia-152206689-SouthWest NY | 18.11 |
| 05/11/10 | OVERTIME MEALS –Pensy,l Bradley-152185929-Izzy and Nats | 20.00 |
| 05/11/10 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 4/1/10- K. BOUGERE | 9.00 |
| 05/11/10 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 4/1/10- K. BOUGERE | 9.00 |
| 05/11/10 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 4/1/10- C. BALLARD | 10.00 |
| 05/11/10 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 4/6/10- K. BOUGERE | 5.00 |
| 05/11/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 3/4/10  B. PENSYL FROM CWT TO 222 E. 19th ST | 28.71 |
| 05/11/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BALLARD, CYNTHIA | 594.75 |
| 05/11/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BEAMAN, GREGORY | 232.69 |
| 05/11/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL ,BRADLEY | 23.42 |

| | | |
|---|---|---:|
| 05/12/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BALLARD, CYNTHIA | 177.65 |
| 05/12/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BEAMAN, GREGORY | 233.24 |
| 05/12/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BULL, NATHAN | 304.57 |
| 05/12/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 418.27 |
| 05/12/10 | DEPOSITION TRANSCRIPTS - - VENDOR: TSG REPORTING, INC. 4/30/10 J.RILEY RE:AMERICAN HOME MORTGAGE v. UNION FEDERAL BANK | 1,895.70 |
| 05/12/10 | DEPOSITION TRANSCRIPTS - - VENDOR: TSG REPORTING, INC. 4/30 J.RILEY RE:AMERICAN HOME MORTGAGE v. UNION FEDERAL BANK | 1,155.00 |
| 05/12/10 | DEPOSITION TRANSCRIPTS - - VENDOR: TSG REPORTING, INC. 4/30 W.MIX RE:AMERICAN HOME MORTGAGE v.UNION FEDERAL BANK | 2,165.85 |
| 05/12/10 | DEPOSITION TRANSCRIPTS - - VENDOR: TSG REPORTING, INC. 4/30 W.MIX RE:AMERICAN HOME MORTGAGE v. UNION FEDERAL BANK | 1,281.25 |
| 05/12/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. - 3/24/10 1WFC - BKLYN 11225   CYNTHIA  BALLARD (INV 1380983-L, 3/31/10) | 50.77 |
| 05/13/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -   3/24/10 1WFC - 1WFC (RR:  W43RD / 6TH) CYNTHIA  BALLARD (INV 1380983-K, 3/31/10) | 89.65 |
| 05/13/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 3/11/10  BULL  FROM CWT TO 19th/19 | 29.81 |
| 05/13/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 3/4/10  T. EBLING FROM CWT TO 12th/2nd AVE | 28.71 |
| 05/13/10 | DUPLICATING - - VENDOR: PACE LAW SCHOOL 4/13 B CAPITUMMINO- APPR BY J.HUNT | 16.00 |
| 05/13/10 | DUPLICATING/NEW YORK PUBLIC LIBRARY R. Peckar Inv. No.# 38501 Dated: 4/28/2010 | 99.40 |
| 05/13/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 7.81 |

| | | |
|---|---|---|
| 05/13/10 | EXPRESS DELIVERY EXPRESS DELIVERY Mail Room-155 North Wacker Drive-Invoice: 709430 | 15.55 |
| 05/13/10 | EXPRESS DELIVERY EXPRESS DELIVERY Mailroom-155 North Wacker Dr.-Invoice: 709430205 | 15.55 |
| 05/14/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 22.03 |
| 05/14/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 22.05 |
| 05/14/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 11.01 |
| 05/14/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE MATTHEW BENDER SERVICE PENSYL, BRADLEY | 44.07 |
| 05/14/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL,BRADLEY | 147.69 |
| 05/14/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -  3/12/10 1WFC- 222 E19TH      BRADLEY  PENSYL (INV 1380819-C, 3/24/10) | 28.71 |
| 05/14/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -  3/12/10 1WFC - 19TH/ 9TH      NATHAN  BULL (INV 1380819-C, 3/24/10) | 29.81 |
| 05/14/10 | LONG DISTANCE TELEPHONE - - VENDOR: PAETEC COMMUNICATIONS, INC. 4/13/10- CWT | 3.08 |
| 05/14/10 | HAND DELIVERY HAND DELIVERY MS/63693/2373 BROADWAY/1 WORLD FINANCIAL CENTER | 18.00 |
| 05/14/10 | MANAGING ATTORNEY'S CHARGE | 75.00 |
| 05/17/10 | DUPLICATING 1276 COPY(S)    Ballard, Cynthia | 127.60 |
| 05/17/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BALLARD, CYNTHIA | 973.09 |
| 05/17/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw CAPITUMMINO, BRIAN | 117.59 |
| 05/17/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw KOSOWSKY, AMANDA | 159.45 |
| 05/17/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 7.81 |
| 05/17/10 | OVERTIME MEALS –Capitummino, Brian-152843595- SouthWest NY | 20.00 |
| 05/18/10 | OVERTIME MEALS –Astorina, Salvatore-153040686- Gatehouse | 19.88 |
| 05/18/10 | MANAGING ATTORNEY'S CHARGE | 50.00 |

| | | |
|---|---|---:|
| 05/18/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 88.14 |
| 05/18/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 46.72 |
| 05/18/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BEAMAN, GREGORY | 225.71 |
| 05/18/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BOUGERE, KELLY | 1,422.12 |
| 05/18/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw CAPITUMMINO, BRIAN | 294.69 |
| 05/18/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw KOSOWSKY, AMANDA | 43.42 |
| 05/18/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 243.26 |
| 05/19/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BEAMAN, GREGORY | 347.08 |
| 05/19/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BOUGERE, KELLY | 878.74 |
| 05/19/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BULL, NATHAN | 7.81 |
| 05/19/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw CAPITUMMINO, BRIAN | 1,361.40 |
| 05/19/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL,BRADLEY | 690.51 |
| 05/19/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 209.38 |
| 05/19/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 88.15 |
| 05/19/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE SHEPARD'S SERVICE ASTORINA, SALVATORE | 6.39 |
| 05/19/10 | MANAGING ATTORNEY'S CHARGE | 25.00 |
| 05/19/10 | OVERTIME MEALS –Pensyl, Bradley-153131223-Izzy and Nats | 20.00 |
| 05/19/10 | OVERTIME MEALS –Capitummino, Brian-153159804-Mangez Avec Moi | 19.35 |
| 05/20/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 154.27 |
| 05/20/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 111.95 |

| | | |
|---|---|---|
| 05/20/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 33.03 |
| 05/20/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE MATTHEW BENDER SERVICE PENSYL, BRADLEY | 88.14 |
| 05/20/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BEAMAN, GREGORY | 371.87 |
| 05/20/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw CAPITUMMINO, BRIAN | 247.18 |
| 05/20/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 625.17 |
| 05/20/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -  3/26/10 1WFC - 19TH/ 9TH    NATHAN  BULL ( INV 1381742-C, 4/07/10) | 29.81 |
| 05/21/10 | DEPOSITION TRANSCRIPTS - - VENDOR: ESQUIRE DEPOSITION SERVICES, LLC 4/19 CASE:AHM vs.UNITED FEDERAL BANK-APPR BY K.BOUGERE | 49.00 |
| 05/21/10 | DEPOSITION TRANSCRIPTS - - VENDOR: ESQUIRE DEPOSITION SERVICES, LLC 4/19 CASE:AMERICAN HOME MORTGAGE vs. UNION FEDE APPR BY N.BULL | 73.48 |
| 05/21/10 | LD TELEPHONE LD TELEPHONE 15616268058 ,6830 | 3.57 |
| 05/21/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BEAMAN, GREGORY | 99.75 |
| 05/21/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 282.01 |
| 05/21/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 55.10 |
| 05/21/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 111.97 |
| 05/22/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BEAMAN, GREGORY | 197.01 |
| 05/24/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 219.73 |
| 05/24/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 11.03 |
| 05/24/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 11.00 |
| 05/24/10 | OVERTIME MEALS –Pensyl, Bradley-153622719-Izzy and Nats | 20.00 |

| | | |
|---|---|---:|
| 05/25/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 110.20 |
| 05/25/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 158.67 |
| 05/25/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 66.13 |
| 05/25/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE SHEPARD'S SERVICE ASTORINA, SALVATORE | 12.79 |
| 05/25/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BEAMAN, GREGORY | 52.94 |
| 05/25/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BULL, NATHAN | 176.40 |
| 05/25/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw KOSOWSKY, AMANDA | 16.81 |
| 05/25/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 774.12 |
| 05/26/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BEAMAN, GREGORY | 265.84 |
| 05/26/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BULL, NATHAN | 7.81 |
| 05/26/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 1,070.32 |
| 05/26/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 4/16 BULL 1 WFC TO 19-9TH | 29.81 |
| 05/26/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -   3/30/10    1WFC - 19TH / 9TH    NATHAN, BULL (INV 1381742-M, 4/07/10) | 38.68 |
| 05/26/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -    4/01/10 1WFC - 222 E19TH        BRADLEY,PENSYL (INV 1381742-M,  4/07/10) | 50.88 |
| 05/26/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -    4/01/10 1WFC - 19TH/ 9TH    NATHAN, BULL (INV 1381742-M, 4/07/10) | 69.72 |
| 05/26/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -    4/01/10 1WFC - BKLYN 11215  SAL  ASTORINA (INV 1381742-M, 4/07/10) | 50.24 |
| 05/26/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 99.17 |

| | | |
|---|---|---|
| 05/26/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 111.96 |
| 05/26/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 11.01 |
| 05/26/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES PENSYL, BRADLEY | 11.00 |
| 05/26/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES PENSYL, BRADLEY | 0.88 |
| 05/26/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE MATTHEW BENDER SERVICE PENSYL, BRADLEY | 189.54 |
| 05/26/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE MATTHEW BENDER SERVICE PENSYL, BRADLEY | 44.07 |
| 05/26/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE MATTHEW BENDER SERVICE PENSYL, BRADLEY | 176.31 |
| 05/26/10 | OVERTIME MEALS –Pensyl, Bradley-153903675-Izzy and Nats | 20.00 |
| 05/26/10 | MANAGING ATTORNEY'S CHARGE | 25.00 |
| 05/26/10 | LD TELEPHONE LD TELEPHONE 13124070792 ,3829 | 40.46 |
| 05/27/10 | MANAGING ATTORNEY'S CHARGE | 25.00 |
| 05/27/10 | OVERTIME MEALS –Pensyl, Bradley-154043421-PJ Clarke s on the Hudson | 20.00 |
| 05/27/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE BRIEFS PLEADINGS MOTIONS ASTORINA, SALVATORE | 193.25 |
| 05/27/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LAW REVIEWS ASTORINA, SALVATORE | 11.04 |
| 05/27/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 165.29 |
| 05/27/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 140.19 |
| 05/27/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 297.53 |
| 05/27/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE SHEPARD'S SERVICE ASTORINA, SALVATORE | 57.54 |
| 05/27/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES PENSYL, BRADLEY | 11.02 |
| 05/27/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES PENSYL, BRADLEY | 11.04 |

| | | |
|---|---|---:|
| 05/27/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE MATTHEW BENDER SERVICE PENSYL, BRADLEY | 11.02 |
| 05/27/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE MATTHEW BENDER SERVICE PENSYL, BRADLEY | 119.02 |
| 05/27/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 4/15 B PENSYL 1 WFC TO 222 E 19TH | 28.71 |
| 05/27/10 | SEARCH FEES: 1/20,2/09  S. Astorina : PACER SERVICE CENTER | 20.16 |
| 05/27/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -  4/01/10 1WFC- BKLYN 11215    SAL  ASTORINA (INV 1381742-L, 4/7/10) | 50.24 |
| 05/27/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -  4/01/10 1WFC-  22 E19TH      BRADLEY  PENSYL (INV 1381742-L, 4/7/10) | 28.71 |
| 05/27/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -  4/01/10 1WFC - W23RD  / 7TH       NATHAN  BULL (INV 1381742-L, 4/7/10) | 29.81 |
| 05/27/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw ASTORINA, SALVATORE | 33.99 |
| 05/27/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BEAMAN, GREGORY | 403.64 |
| 05/27/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw KOSOWSKY, AMANDA | 16.41 |
| 05/27/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 393.65 |
| 05/28/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BULL, NATHAN | 15.61 |
| 05/28/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 572.64 |
| 05/28/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 55.07 |
| 05/28/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 111.95 |
| 05/28/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 22.04 |
| 05/28/10 | MANAGING ATTORNEY'S CHARGE | 25.00 |
| 05/28/10 | LD TELEPHONE LD TELEPHONE 15027362979 ,3115 | 2.38 |

| | | |
|---|---|---|
| 05/30/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES PENSYL, BRADLEY | 126.07 |
| 05/30/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES PENSYL, BRADLEY | 11.03 |
| 05/30/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE MATTHEW BENDER SERVICE PENSYL, BRADLEY | 44.07 |
| 05/30/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE SHEPARD'S SERVICE PENSYL, BRADLEY | 6.38 |
| 05/30/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BULL, NATHAN | 31.21 |
| 05/31/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw ASTORINA, SALVATORE | 33.99 |
| 05/31/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 910.25 |
| 05/31/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 4/14 B CAPITUMMINO 1 WFC TO 394 HENRY ST | 38.63 |
| 05/31/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 4/14 B PENSYL 1 WFC TO 222 E 19TH | 28.71 |
| 05/31/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 4/14 BULL 1 WFC TO 19/9TH | 29.81 |
| 05/31/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -  3/31/10 1WFC - BKLYN 11225    CYNTHIA  BALLARD (INV 1381742-K, 4/7/10) | 50.77 |
| 05/31/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 4/13 B PENSYL 1 WFC TO 222 E 19TH | 28.71 |
| 05/31/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 4/13 BULL 1 WFC TO 19-9TH | 29.81 |
| 05/31/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -  3/31/10 1WFC - BKLYN 11215      SAL  ASTORINA (INV 1381742-I, 4/07/10) | 44.15 |
| 05/31/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -  3/31/10 1WFC- 222 E19TH      BRADLEY  PENSYL (INV 1381742-I, 4/07/10) | 28.71 |

| | | |
|---|---|---:|
| 05/31/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -  3/30/10 1WFC -  19TH / 9TH     NATHAN  BULL (INV 1381742-H, 4/07/10) | 29.81 |
| 05/31/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 4/28 BULL 1 WFC TO 19-9TH | 29.81 |
| 05/31/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 4/29 J DALCERO 1 WFC TO 44 W 72ND | 36.43 |
| 05/31/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 88.15 |
| 05/31/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 46.73 |
| 05/31/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 33.04 |
| 05/31/10 | AIR/RAIL TRAVEL - - VENDOR: NATHAN BULL 8/9/09 THRU 11/09/09 AIRLINE CHARGES | 429.00 |
| 05/31/10 | TAXIS & LOCAL TRANSPORTATION - NATHAN BULL 8/9/09 THRU 11/09/09I | 336.62 |
| 05/31/10 | LODGING FOR NATHAN BULL : (1) PARK HYATT, CHICAGO, IL, 8/9/09-8/11/09 ($728.03); (2) PENINSULA HOTEL, CHICAGO, IL, 9/28/09-9/29/09, 10/1/09-10/2/09, 10/7/09-10/8/09, 10/14/09-10/16/09 ($2,064.96); (3) THE BROWN HOTEL, LOUISVILLE, KY, 10/18/09-10/19/09 ($725.21 – includes conference room reservation); (4) THE PENINSULA BEVERLY HILLS, BEVERLY HILLS, CA, 10/26/09-10/27/09, 2/16/10-2/17/10 ($1,127.50) | 4,645.70 |
| 06/01/10 | MANAGING ATTORNEY'S CHARGE | 25.00 |
| 06/01/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES BALLARD, CYNTHIA | 7.61 |
| 06/01/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE SHEPARD'S SERVICE BALLARD, CYNTHIA | 4.41 |
| 06/01/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BALLARD, CYNTHIA | 1,101.16 |
| 06/01/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BULL, NATHAN | 23.13 |
| 06/01/10 | DUPLICATING DUPLICATING 5.00 VELOBIND(S) Bougere, Kelly | 0.50 |
| 06/02/10 | LD TELEPHONE LD TELEPHONE 15025831234 ,3115 | 2.38 |
| 06/02/10 | LD TELEPHONE LD TELEPHONE 14252838691 ,6402 | 5.95 |

| | | |
|---|---|---|
| 06/02/10 | LD TELEPHONE LD TELEPHONE 12152668855 ,6402 | 5.95 |
| 06/03/10 | LD TELEPHONE LD TELEPHONE 15025831234 ,3115 | 1.19 |
| 06/03/10 | LD TELEPHONE LD TELEPHONE 15027362979 ,3115 | 2.38 |
| 06/03/10 | MANAGING ATTORNEY'S CHARGE | 50.00 |
| 06/07/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 4/29 S ASTORINA 1 WFC TO BKLYN | 50.24 |
| 06/07/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -   3/30/10 1WFC-  222 E19TH        BRADLEY  PENSYL (INV 1381742-G, 4/07/10) | 28.71 |
| 06/08/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 4/28 S ASTORINA 1 WFC TO BKLYN | 50.24 |
| 06/08/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 4/26 B PENSYL 1 WFC TO 222 E 19TH | 28.71 |
| 06/08/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 4/26 S ASTORINA  WFC TO BKLYN | 50.24 |
| 06/08/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 4/26 BULL 1 WFC TO 19-9TH | 29.81 |
| 06/08/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -   3/29/10 1WFC - BKLYN 11225        CYNTHIA  BALLARD (INV 1381742-F, 4/07/10) | 50.77 |
| 06/08/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 4/27 B PENSYL 1 WFC TO 222 E 19TH | 28.71 |
| 06/08/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 4/26 BULL 1 WFC TO 19-9TH | 29.81 |
| 06/08/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -   3/27/10 PKG (KELLY  BOUGERE)    1WFC -  219 W69TH (J VILLELLA, 6/08/10) | 44.19 |
| 06/09/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 4/25 B PENSYL PKG. 1 WFC TO 222 E 19TH ST | 37.58 |

| | | |
|---|---|---|
| 06/09/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 4/23 M SEIDEL 1 WFC TO 219 E 69TH | 44.19 |
| 06/09/10 | LD TELEPHONE LD TELEPHONE 14256296777 ,6830 | 2.38 |
| 06/10/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 4/23 BULL 1 WFC TO 19-9TH | 29.81 |
| 06/10/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 4/22 S ASTORINA 1 WFC TO BKLYN | 50.24 |
| 06/10/10 | DUPLICATING - VENDOR: WILLIAMS LEA INC. 4/30/10-C.BALLARD | 3.75 |
| 06/10/10 | DUPLICATING - VENDOR: WILLIAMS LEA INC. 4/30/10-K.BOUGERE | 18.75 |
| 06/10/10 | DUPLICATING - VENDOR: WILLIAMS LEA INC. 4/30/10-K.BOUGERE | 31.25 |
| 06/10/10 | DUPLICATING - VENDOR: WILLIAMS LEA INC. 5/13/10-K.BOUGERE | 3.75 |
| 06/11/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 5/5 B PENSYL 1 WFC TO 222 E 19TH | 28.71 |
| 06/11/10 | LD TELEPHONE LD TELEPHONE 14256296464 ,6830 | 2.38 |
| 06/11/10 | LD TELEPHONE LD TELEPHONE 13019865586 ,6830 | 2.38 |
| 06/14/10 | MANAGING ATTORNEY'S CHARGE | 25.00 |
| 06/14/10 | DUPLICATING 3 COPY(S)    Ballard, Cynthia | 0.30 |
| 06/14/10 | DUPLICATING 983 COPY(S)    Ballard, Cynthia | 98.30 |
| 06/14/10 | DUPLICATING 6 COPY(S)    Ballard, Cynthia | 0.60 |
| 06/14/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BOUGERE, KELLY | 177.28 |
| 06/14/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 5/5 BULL 1 WFC TO 19-9TH | 29.81 |
| 06/15/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -  4/02/10 1WFC - 19TH/9TH    NATHAN  BULL (INV 1382293-B, 4/14/10) | 29.81 |
| 06/15/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BALLARD, CYNTHIA | 403.18 |
| 06/15/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES BALLARD, CYNTHIA | 30.41 |

| | | |
|---|---|---|
| 06/15/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES BALLARD, CYNTHIA | 30.39 |
| 06/15/10 | MANAGING ATTORNEY'S CHARGE | 25.00 |
| 06/16/10 | OVERTIME MEALS -Ballard Cynthia-156131862-SouthWest NY | 18.11 |
| 06/16/10 | DUPLICATING 201 COPY(S)  Ballard, Cynthia | 20.10 |
| 06/16/10 | DUPLICATING 2332 COPY(S)  Ballard, Cynthia | 233.20 |
| 06/16/10 | DUPLICATING 1624 COPY(S)  Ballard, Cynthia | 162.40 |
| 06/16/10 | DUPLICATING 60 COPY(S)  Bougere, Kelly | 6.00 |
| 06/16/10 | DUPLICATING 1129 COPY(S)  Ballard, Cynthia | 112.90 |
| 06/16/10 | EXPRESS DELIVERY EXPRESS DELIVERY Abigail Dougherty-406 Orange St.-Invoice: 713384 | 7.95 |
| 06/16/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BALLARD, CYNTHIA | 383.09 |
| 06/16/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -  4/01/10   1WFC - BKLYN  11225     CYNTHIA BALLARD (INV 1382293-A, 4/14/10) | 50.77 |
| 06/16/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -  3/30/10 1WFC - BKLYN  11215     SAL ASTORINA (INV 1382293-A, 4/14/10) | 44.15 |
| 06/17/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BALLARD, CYNTHIA | 16.79 |
| 06/17/10 | DUPLICATING 663 COPY(S)     Ballard, Cynthia | 66.30 |
| 06/17/10 | DUPLICATING 1618 COPY(S)     Ballard, Cynthia | 161.80 |
| 06/17/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 5/11 B PENSYL 1 WFC TO 222 E 19TH | 28.71 |
| 06/18/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 5/10 BULL 1 WFC TO 19-9TH | 29.81 |
| 06/18/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 5/10 C BALLARD 1 WFC TO BKLYN | 56.87 |
| 06/18/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 5/8 N BULL 1 WFC TO 19TH ST | 38.68 |
| 06/18/10 | LD TELEPHONE LD TELEPHONE 19736454764 ,6830 | 0.28 |

| | | |
|---|---|---|
| 06/18/10 | LD TELEPHONE LD TELEPHONE 12152668855 ,6830 | 3.57 |
| 06/18/10 | MANAGING ATTORNEY'S CHARGE | 25.00 |
| 06/21/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 5/7 B PENSYL 1 WFC TO 222 E 19TH | 28.71 |
| 06/21/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 5/7 BULL 1 WFC TO 19-9TH | 29.81 |
| 06/21/10 | SUPPLIES - - VENDOR: STAPLES ADVANTAGE  - 5/19/10 PO 11271    INV 102410520    POST-ITS KELLY BOUGERE (6/21/10) | 104.26 |
| 06/21/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 5/6 B PENSYL 1 WFC TO 222 E 19TH | 28.71 |
| 06/21/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -  4/12/10 1WFC - W19TH/ 9TH    NATHAN  BULL (INV 1382884-F, 4/21/10) | 29.81 |
| 06/23/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -  4/09/10 1WFC - 19TH /9TH     NATHAN  BULL (INV 1382884-C, 4/21/10) | 29.81 |
| 06/24/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 5/19 B CAPITUMMINO 1 WFC TO 394 HENRY ST. | 38.63 |
| 06/28/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 4/25 N BULL  WFC TO 345 W 19TH | 38.68 |
| 06/28/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 4/28/10  A. KOSOWSKY FROM CWT TO 2373 B'WAY | 38.63 |
| 06/29/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 5/18 S ASTORINA 1 WFC TO BKLYN | 50.24 |
| 06/30/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -  4/22/10 1WFC -  222 E19TH    BRADLEY  PENSYL (INV 1383486-P,  4/28/10) | 28.71 |
| 06/30/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -  4/22/10 1WFC - W19TH     NATHAN  BULL (INV 1383486-P,  4/28/10) | 29.81 |
| 06/30/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 5/11/10  BULL  FROM CWT TO 19th/9th | 29.81 |

| | | |
|---|---|---:|
| 06/30/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 5/11 C BALLARD 1 WFC TO BKLYN | 50.77 |
| 06/30/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 4/19/10  BULL  FROM CWT TO 19th/9th | 29.81 |
| 06/30/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -   4/16/10 1WFC - 20TH/ 8TH    NATHAN  BULL (INV 1383486-C, 4/28/10) | 29.81 |
| 06/30/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -   4/12/10 1WFC - BKLYN 11201    BRIAN CAPITUMMINO        (INV 1383486-A, 4/28/10) | 38.63 |
| 06/30/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 5/3 BULL 1 WFC TO 19-9TH | 29.81 |
| 06/30/10 | SEARCH FEES - DIRECT - - VENDOR: CADWALADER, P. QUATTLEBAUM | 140.00 |
| 06/30/10 | SEARCH FEES - DIRECT - - VENDOR: CADWALADER, P. QUATTLEBAUM | 210.00 |
| 06/30/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 5/1 B PENSYL 1 WFC TO 222 E 19TH | 37.58 |
| 06/30/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 5/2 BULL 1 WFC TO 19-9TH | 29.81 |
| 06/30/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -  5/27/10 1WFC-  19TH / 9TH    NATHAN  BULL (INV 1387301-N,  6/02/10) | 29.81 |
| 07/07/10 | OVERTIME MEALS – Bull, Nathan -158383461-Dean's | 20.00 |
| 07/12/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 96.04 |
| 07/13/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 349.82 |
| 07/13/10 | MANAGING ATTORNEY'S CHARGE | 25.00 |
| 07/13/10 | LD TELEPHONE LD TELEPHONE 13025716710 ,6830 | 0.36 |
| 07/13/10 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 6/1/10- K. BOUGERE | 9.00 |
| 07/13/10 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 5/6/10- K. BOUGERE | 12.50 |

| | | |
|---|---|---|
| 07/13/10 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 5/12/10-K .BOUGERE | 18.75 |
| 07/13/10 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 6/1/10-K. BOUGERE | 6.25 |
| 07/13/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -   5/26/10 1WFC-W19TH / 9TH    NATHAN  BULL (INV 1387301-K, 6/02/10) | 29.81 |
| 07/13/10 | DUPLICATING 1297 COPY(S)    Ballard, Cynthia | 129.70 |
| 07/14/10 | SEARCH FEES: 4/01- 6/30  S. Bincarowsky : PACER SERVICE CENTER | 20.16 |
| 07/15/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 18.67 |
| 07/16/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BALLARD, CYNTHIA | 42.22 |
| 07/16/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BULL, NATHAN | 864.22 |
| 07/16/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 42.22 |
| 07/17/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BEAMAN, GREGORY | 319.17 |
| 07/17/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 1,775.29 |
| 07/18/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BULL, NATHAN | 7.63 |
| 07/18/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 747.61 |
| 07/18/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE MATTHEW BENDER SERVICE PENSYL, BRADLEY | 19.75 |
| 07/18/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE MATTHEW BENDER SERVICE PENSYL, BRADLEY | 158.01 |
| 07/19/10 | LD TELEPHONE LD TELEPHONE 12152668855 ,6830 | 1.07 |
| 07/19/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 5/18/10  B. CAPITUMMINO FROM CWT TO 11201 | 38.63 |
| 07/19/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 1,540.72 |
| 07/19/10 | OVERTIME MEALS –Pensyl, Bradley-159744225 -Izzy and Nats | 20.00 |

| | | |
|---|---|---:|
| 07/19/10 | OVERTIME MEALS MEALS -Ballard Cynthia-159767202-Au Mandarin | 18.51 |
| 07/19/10 | DUPLICATING 841 COPY(S)    Ballard, Cynthia | 84.10 |
| 07/19/10 | DUPLICATING 30 COPY(S)    Ballard, Cynthia | 3.00 |
| 07/19/10 | DUPLICATING 9 COPY(S)    Ballard, Cynthia | 0.90 |
| 07/19/10 | DUPLICATING 172 COPY(S)    Ballard, Cynthia | 17.20 |
| 07/20/10 | DUPLICATING 6739 COPY(S)    Dalcero, James | 673.90 |
| 07/20/10 | DUPLICATING 56 COPY(S)    Ballard, Cynthia | 5.60 |
| 07/20/10 | DUPLICATING 303 COPY(S)    Ballard, Cynthia | 30.30 |
| 07/20/10 | OVERTIME MEALS -Ballard Cynthia-159928068-SouthWest NY | 18.11 |
| 07/20/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 209.11 |
| 07/20/10 | DUPLICATING 75.00 VELOBIND(S)    Dalcero, James | 7.50 |
| 07/20/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 79.02 |
| 07/20/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 41.87 |
| 07/20/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 39.50 |
| 07/21/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES PENSYL, BRADLEY | 221.24 |
| 07/21/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 9.88 |
| 07/21/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 9.88 |
| 07/21/10 | MANAGING ATTORNEY'S CHARGE | 25.00 |
| 07/21/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BULL, NATHAN | 7.63 |
| 07/21/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 779.35 |
| 07/21/10 | OVERTIME MEALS -Pensyl Bradley-160071399-SouthWest NY | 20.00 |
| 07/22/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 90.73 |
| 07/23/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BULL, NATHAN | 500.22 |

| | | |
|---|---|---:|
| 07/23/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL,BRADLEY | 172.60 |
| 07/23/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BIAGIOTTI,JOSEPH /  BALLARD | 35.42 |
| 07/23/10 | MANAGING ATTORNEY'S CHARGE | 25.00 |
| 07/23/10 | LD TELEPHONE LD TELEPHONE 12026629041 ,6830 | 0.24 |
| 07/23/10 | SUPPLIES- VENDOR: STAPLES ADVANTAGE  - 6/25/10 PO 11942    INV 103039712     AVERY LABELS KELLY BOUGERE (7/23/10) | 27.25 |
| 07/26/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 167.91 |
| 07/26/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 41.87 |
| 07/26/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 39.50 |
| 07/26/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BALLARD, CYNTHIA | 11.04 |
| 07/26/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BULL, NATHAN | 218.91 |
| 07/26/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 193.71 |
| 07/27/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BULL,NATHAN | 33.23 |
| 07/27/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 246.91 |
| 07/27/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 83.75 |
| 07/27/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 69.13 |
| 07/27/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE SHEPARD'S SERVICE ASTORINA, SALVATORE | 5.72 |
| 07/27/10 | LD TELEPHONE LD TELEPHONE 16053481608 ,6830 | 0.48 |
| 07/28/10 | SEARCH FEES - DIRECT - - VENDOR: CADWALADER, P.QUATTLEBAUM | 52.50 |
| 07/28/10 | SEARCH FEES - DIRECT - - VENDOR: CADWALADER, P.QUATTLEBAUM | 227.50 |
| 07/28/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BULL, NATHAN | 495.73 |

| Date | Description | Amount |
|---|---|---|
| 07/28/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 506.35 |
| 07/28/10 | MANAGING ATTORNEY'S CHARGE | 25.00 |
| 07/29/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 7.63 |
| 07/29/10 | SEARCH FEES: 4/01- 6/30 C. Updike : PACER SERVICE CENTER | 16.64 |
| 07/29/10 | LEXIS/NEXIS OUTSIDE COMPUTER DATABASE LEXIS LEGAL SERVICES ASTORINA, SALVATORE | 41.86 |
| 07/30/10 | SEARCH FEES: 4/01-6/30  B. Capitummino : PACER SERVICE CENTER | 2.40 |
| 07/30/10 | LD TELEPHONE LD TELEPHONE 17325715544 ,6830 | 0.24 |
| 07/30/10 | SEARCH FEES: 5/04  per Bougere : PACER SERVICE CENTER | 2.80 |
| 07/30/10 | SEARCH FEES : 4/01- 6/30 B. Pensyl : PACER SERVICE CENTER | 25.04 |
| 07/30/10 | SEARCH FEES: 4/01-6/30 A. Kosowsky : PACER SERVICE CENTER | 12.64 |
| 07/30/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw BULL, NATHAN | 270.65 |
| 07/30/10 | WESTLAW OUTSIDE COMPUTER DATABASE Westlaw PENSYL, BRADLEY | 1,145.39 |
| 07/30/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -  5/27/10 1WFC- 222 E19TH   BRAD PENSYL        (INV 1387901-A, 6/09/10) | 28.71 |
| 07/30/10 | SEARCH FEES: 4/01-6/30  P. Quattlebaum : PACER SERVICE CENTER | 9.44 |
| 07/30/10 | SEARCH FEES: 4/01- 6/30  P. Quattlebaum : PACER SERVICE CENTER | 1.12 |
| 07/31/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 6/15 C BALLARD 1 WFC TO EASTERN PKWY | 56.87 |

## DISBURSEMENTS & CHARGES SUMMARY

| | |
|---|---:|
| MANAGING ATTORNEY'S CHARGE | 525.00 |
| SUPPLIES | 131.51 |
| COPYING | 3,922.80 |
| OUTSIDE PRINTING | 252.40 |
| TELEPHONE | 102.14 |
| ONLINE RESEARCH | 43,194.68 |
| DELIVERY SERVICES/MESSENGERS | 466.18 |
| LOCAL TRAVEL | 3,156.54 |
| OUT OF TOWN TRAVEL | 5,074.70 |
| MEALS | 655.84 |
| DEPOSITION TRANSCRIPTS | 6,620.28 |
| LITIGATION SUPPORT VENDORS | 740.40 |

Disbursements and Charges .......$64,842.47

Total Fees and Disbursements .....$713,821.97