# EXHIBIT C



Tel:  212-885-8001
Fax:  212-515-2599
www.bdoconsulting.com

BDO CONSULTING
135 West 50th Street
20th Floor
New York, NY 10020

October 6, 2009

Martin L. Seidel, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Re:    American Home Mortgage Corp. v. Union Federal Bank of Indianapolis

Dear Mr. Seidel:

The purpose of this letter is to confirm my understanding of the expert services for which I
have been engaged to provide in connection with the above-captioned matter.  In addition,
I would like to confirm my billing rates and payment terms.

**Understanding of Matter and Services**
My understanding of this matter is that American Home Mortgage Corp. ("AHM") has
filed a complaint against Union Federal Bank of Indianapolis ("Union Federal") in
connection with a post-closing purchase price adjustment claim by AHM pursuant to a
purchase agreement ("Purchase Agreement") relating to its acquisition of Waterfield
Financial Corporation.  AHM alleges, among other things, that Union Federal did not
properly consider loans that were subject to repurchase in determining the preliminary
purchase price pursuant to the Purchase Agreement.

You have asked me to provide expert services in connection with this matter.  My expert
services include, but are not limited to, the following: (1) discussions with you or those
designated by you to assist me in understanding the case; (2) review of relevant
documents, correspondence and accounting information; (3) development of an expert's
report(s) and (4) providing any necessary expert testimony.

BDO Seidman, LLP ("BDO") is currently retained as Financial Advisor to the Official
Committee of Unsecured Creditors of AHM in AHM's bankruptcy proceeding.  The
professionals working on the matter with the Official Committee of Unsecured Creditors
will not be involved in this engagement.

**Confidentiality**
I understand you have express authority to retain me to provide expert services.  In
connection with this engagement, all communications between me and Cadwalader,
Wickersham & Taft LLP ("Cadwalader"), as well as communications between me and any
attorney, agent or employee of Cadwalader shall be regarded as confidential and made
solely for the purpose of my expert services.  I will not disclose to anyone the nature and

BDO Consulting is a division of BDO Seidman, LLP, a New York limited liability partnership and the U.S. member of BDO International Limited. BDO International
Limited is a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



Martin L. Seidel, Esq.
Cadwalader, Wickersham & Taft LLP
October 6, 2009
Page 2

content of any oral or written communication, except as may be required by law, regulation or judicial or administrative process.

### Fees

My time is billed on an hourly basis of $675 per hour. Expenses incurred on your behalf will also be billed. My fees are not contingent upon the final results and I do not warrant or predict results or final developments in this matter. My fees are based upon hours actually expended extended by my hourly billing rate. My billing rate will usually increase effective July 1 of each year.

Charges for my services, including expenses, will be billed monthly and are payable monthly unless otherwise remitted through a process overseen by the Bankruptcy Court.

You should be aware that professional services under this agreement may be provided to you by a nonlicensee owner, that is, by an owner of the firm who, because of his or her specialty, is not individually licensed as a Certified Public Accountant.

### Conflicts of Interest

I am not aware of any conflicts of interest with respect to any of the names you have provided. I am not responsible for continuously monitoring other potential conflicts that could arise during the course of the engagement, although I will inform you promptly should any come to my attention. I reserve the right to resign from this engagement at any time if conflicts of interest arise or become known to me that, in my judgment, would impair my ability to perform objectively. Additionally, my engagement by you on this matter will in no way preclude me from being engaged by any other party in the future.

### Indemnification

Unless otherwise superseded by any provision overseen by the Bankruptcy Court, your clients agree to hold me and BDO Seidman, LLP ("BDO") (and its partners, employees and subcontractors) harmless from any and all liabilities, costs and expenses (and that of my and BDO's legal counsel) incurred by reason of any action taken or omitted to be taken by me in good faith relating to this engagement; provided, however, that your clients shall not be required to indemnify me or BDO for any liability arising out of any action taken or omitted to be taken by me or BDO as a result of mine or BDO's gross negligence, recklessness, or willful misconduct. In no event will BDO or I be liable for incidental or consequential damages, even if we have been advised of the possibility of such damages.

BDO Consulting is a division of BDO Seidman, LLP, a New York limited liability partnership and the U.S. member of BDO International Limited. BDO International Limited is a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



Martin L. Seidel, Esq.
Cadwalader, Wickersham & Taft LLP
October 6, 2009
Page 3


If any portion of this agreement is held to be void, invalid or otherwise unenforceable, in whole or part, the agreement shall be revised to the minimum extent required to make such void, invalid or otherwise unenforceable portion of the agreement enforceable and the revised agreement shall remain in effect.

Please sign below and return one copy to me after you have had an opportunity to review this letter. I look forward to working together with you.


Very truly yours,

BDO Seidman, LLP

_____
Jeffrey M. Katz
Partner



ACKNOWLEDGED AND AGREED TO:


_____          _____
Martin L. Seidel, Esq.                                                      Date
Partner
Cadwalader, Wickersham & Taft LLP
Attorney for American Home Mortgage Corp.


BDO Consulting is a division of BDO Seidman, LLP, a New York limited liability partnership and the U.S. member of BDO International Limited. BDO International Limited is a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



Tel: 212-885-8001
Fax: 212-515-2599
www.bdoconsulting.com

BDO CONSULTING
135 West 50th Street
20th Floor
New York, NY 10020

October 6, 2009

Martin L. Seidel, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**Re:    American Home Mortgage Corp. v. Union Federal Bank of Indianapolis**

Dear Mr. Seidel:

The purpose of this letter is to confirm my understanding of the expert services for which I have been engaged to provide in connection with the above-captioned matter. In addition, I would like to confirm my billing rates and payment terms.

**Understanding of Matter and Services**
My understanding of this matter is that American Home Mortgage Corp. ("AHM") has filed a complaint against Union Federal Bank of Indianapolis ("Union Federal") in connection with a post-closing purchase price adjustment claim by AHM pursuant to a purchase agreement ("Purchase Agreement") relating to its acquisition of Waterfield Financial Corporation. AHM alleges, among other things, that Union Federal did not properly consider loans that were subject to repurchase in determining the preliminary purchase price pursuant to the Purchase Agreement.

You have asked me to provide expert services in connection with this matter. My expert services include, but are not limited to, the following: (1) discussions with you or those designated by you to assist me in understanding the case; (2) review of relevant documents, correspondence and accounting information; (3) development of an expert's report(s) and (4) providing any necessary expert testimony.

BDO Seidman, LLP ("BDO") is currently retained as Financial Advisor to the Official Committee of Unsecured Creditors of AHM in AHM's bankruptcy proceeding. The professionals working on the matter with the Official Committee of Unsecured Creditors will not be involved in this engagement.

**Confidentiality**
I understand you have express authority to retain me to provide expert services. In connection with this engagement, all communications between me and Cadwalader, Wickersham & Taft LLP ("Cadwalader"), as well as communications between me and any attorney, agent or employee of Cadwalader shall be regarded as confidential and made

BDO Consulting is a division of BDO Seidman, LLP, a New York limited liability partnership and the U.S. member of BDO International Limited. BDO International Limited is a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



Martin L. Seidel, Esq.
Cadwalader, Wickersham & Taft LLP
October 6, 2009
Page 2

solely for the purpose of my expert services. I will not disclose to anyone the nature and content of any oral or written communication, except as may be required by law, regulation or judicial or administrative process.

### Fees

My time is billed on an hourly basis of $750 per hour. Expenses incurred on your behalf will also be billed. My fees are not contingent upon the final results and I do not warrant or predict results or final developments in this matter. My fees are based upon hours actually expended extended by my hourly billing rate. My billing rate will usually increase effective July 1 of each year.

Charges for my services, including expenses, will be billed monthly and are payable monthly unless otherwise remitted through a process overseen by the Bankruptcy Court.

You should be aware that professional services under this agreement may be provided to you by a nonlicensee owner, that is, by an owner of the firm who, because of his or her specialty, is not individually licensed as a Certified Public Accountant.

### Conflicts of Interest

I am not aware of any conflicts of interest with respect to any of the names you have provided. I am not responsible for continuously monitoring other potential conflicts that could arise during the course of the engagement, although I will inform you promptly should any come to my attention. I reserve the right to resign from this engagement at any time if conflicts of interest arise or become known to me that, in my judgment, would impair my ability to perform objectively. Additionally, my engagement by you on this matter will in no way preclude me from being engaged by any other party in the future.

### Indemnification

Unless otherwise superseded by any provision overseen by the Bankruptcy Court, your clients agree to hold me and BDO Seidman, LLP ("BDO") (and its partners, employees and subcontractors) harmless from any and all liabilities, costs and expenses (and that of my and BDO's legal counsel) incurred by reason of any action taken or omitted to be taken by me in good faith relating to this engagement; provided, however, that your clients shall not be required to indemnify me or BDO for any liability arising out of any acts taken or omitted to be taken by me or BDO as a result of mine or BDO's gross negligence, recklessness, or willful misconduct . In no event will BDO or I be liable for incidental or consequential damages, even if we have been advised of the possibility of such damages.

BDO Consulting is a division of BDO Seidman, LLP, a New York limited liability partnership and the U.S. member of BDO International Limited. BDO International Limited is a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



Martin L. Seidel, Esq.
Cadwalader, Wickersham & Taft LLP
October 6, 2009
Page 3

If any portion of this agreement is held to be void, invalid or otherwise unenforceable, in whole or part, the agreement shall be revised to the minimum extent required to make such void, invalid or otherwise unenforceable portion of the agreement enforceable and the revised agreement shall remain in effect.

Please sign below and return one copy to me after you have had an opportunity to review this letter. I look forward to working together with you.

Very truly yours,

BDO Seidman, LLP

_____
Anthony M. Lendez
Partner

ACKNOWLEDGED AND AGREED TO:

_____     _____
Martin L. Seidel, Esq.                 Date
Partner
Cadwalader, Wickersham & Taft LLP
Attorney for American Home Mortgage Corp.

BDO Consulting is a division of BDO Seidman, LLP, a New York limited liability partnership and the U.S. member of BDO International Limited. BDO International Limited is a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



Tel: 212-885-8001
Fax: 212-515-2599
www.bdoconsulting.com

BDO CONSULTING
135 West 50th Street
20th Floor
New York, NY 10020

October 6, 2009

Martin L. Seidel, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**Re:    American Home Mortgage Corp. v. Union Federal Bank of Indianapolis**

Dear Mr. Seidel:

The purpose of this letter is to briefly summarize our understanding of the above-captioned matter and the professional consulting services for which we are being engaged.    In addition, we would like to confirm our billing rates and payment terms.

**Understanding of Matter**
Our understanding of this matter is that American Home Mortgage Corp. ("AHM") has filed a complaint against Union Federal Bank of Indianapolis ("Union Federal") in connection with a post-closing purchase price adjustment claim by AHM pursuant to a purchase agreement ("Purchase Agreement") relating to its acquisition of Waterfield Financial Corporation.    AHM alleges, among other things, that Union Federal did not properly consider loans that were subject to repurchase in determining the preliminary purchase price pursuant to the Purchase Agreement.    You have asked us to assist you with this matter.

BDO Seidman, LLP ("BDO") is currently retained as Financial Advisor to the Official Committee of Unsecured Creditors of AHM in AHM's bankruptcy proceeding.    The professionals working on the matter with the Official Committee of Unsecured Creditors will not be involved in this engagement.

**Proposed Services**
We anticipate that our professional consulting services might include, but not be limited to, the following: (1) discussions with you or those designated by you to assist us in understanding the claims asserted in this matter; (2) analysis of relevant documents, correspondence, and accounting information; and (3) consulting with regard to other relevant issues.    In addition, we may provide other professional services as requested by you during the course of our engagement.    The professional services that we provide will be tailored to your specific needs.    In the course of our provision of professional consulting services we may, if requested, provide a customized report incidental to such services.
**Confidentiality**

BDO Consulting is a division of BDO Seidman, LLP., a New York limited liability partnership and the U.S. member of BDO International Limited. BDO International Limited is a UK company limited by guarantee, and forms part of the International BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



Martin L. Seidel, Esq.
Cadwalader, Wickersham & Taft LLP
October 6, 2009
Page 2

We understand that you have express authority to retain BDO Consulting, a division of
BDO Seidman, LLP ("BDO"), to perform professional consulting services to assist you in
your rendering legal advice. It is also our understanding that our work for you and the
discussions we have with you, and with others pursuant to your instructions, are privileged
and confidential and constitute work product.

In connection with this engagement, all communications between BDO and Cadwalader,
Wickersham & Taft LLP ("Cadwalader"), as well as communications between BDO and
any attorney, agent, or employee of Cadwalader shall be regarded as confidential and made
solely for the purpose of assisting counsel in giving legal advice to its clients. BDO will
not disclose to anyone, without permission, the nature and content of any oral or written
communication, nor any information gained from the inspection of any record or document
submitted to us. BDO will not permit inspection of any papers or documents without first
notifying Cadwalader, except as may be required by law, regulation or judicial or
administrative process.

**E-mail Communication**
In connection with this engagement, we may communicate with you or others via e-mail
transmission. As e-mails can be intercepted and read, disclosed or otherwise used or
communicated by an unintended third party or may not be delivered to each of the parties
to whom they are directed and only to such parties, we cannot guarantee or warrant that e-
mails from us will be properly delivered and read only by the addressee. Therefore, we
specifically disclaim and waive any liability or responsibility whatsoever for interception
or unintentional disclosure or communication of e-mail transmissions, or for the
unauthorized use or failed delivery of e-mails transmitted by us in connection with the
performance of this engagement. In that regard, you agree that we shall have no liability
for any loss or damage to any person or entity, resulting from the use of e-mail
transmissions, including any consequential, incidental, direct or indirect or special
damages, such as loss of sales or anticipated profits or disclosure or communication of
confidential or proprietary information.

Any drafts or calculations we send to you prior to preparation of any final customized
report should be viewed as preliminary. All workpapers, records or other documents will
be treated as designated under applicable confidentiality agreements executed among the
parties.

BDO Consulting is a division of BDO Seidman, LLP, a New York limited liability partnership and the U.S. member of BDO International Limited. BDO International
Limited is a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



Martin L. Seidel, Esq.
Cadwalader, Wickersham & Taft LLP
October 6, 2009
Page 3


## Fees

Personnel assigned to this matter will be billed on an hourly basis, as follows:

| | |
|---|---|
| *Partners/Directors* | *$415-$750* |
| *Managers* | *$275-$400* |
| *Associates* | *$150-$275* |

Expenses incurred on your behalf will also be billed. Our fees are not contingent upon the final results and we do not warrant or predict results or final developments in this matter. Our fees are based upon hours actually expended by each assigned staff member extended by the applicable hourly billing rate. Our billing rates will usually increase periodically.

Charges for our professional services, including expenses, will be billed monthly and are payable monthly unless otherwise remitted through a process overseen by the Bankruptcy Court.

You should be aware that professional services under this agreement may be provided to you by a nonlicensee owner, that is, by an owner of the firm who, because of his or her specialty, is not individually licensed as a Certified Public Accountant.

## Conflicts of Interest

We are not aware of any conflicts of interest with respect to any of the names you have provided. We have previously performed a conflict check as part of our retention as Financial Advisor to the Official Committee of Unsecured Creditors. We reserve the right to resign from this engagement at any time if conflicts of interest arise or become known to us that, in our judgment, would impair our ability to perform objectively. Additionally, our engagement by you on this matter will in no way preclude us from being engaged by any other party in the future.

## Indemnification and Limitation of Liability

Unless otherwise superseded by any provision overseen by the Bankruptcy Court, your client agrees to indemnify, release and hold BDO and its partners, employees, subcontractors, subsidiaries, affiliates and agents harmless from any and all liabilities, costs and expenses (including without limitation, those of our legal counsel) incurred by reason of any action taken or omitted to be taken by us in good faith relating to this engagement; provided, however, that your clients shall not be required to indemnify BDO for any liability arising out of any act or omission of BDO resulting from BDO's gross negligence, recklessness, or willful misconduct. BDO will not be liable for punitive, exemplary, special, incidental, consequential or similar damages, even if we have been

BDO Consulting is a division of BDO Seidman, LLP, a New York limited liability partnership and the U.S. member of BDO International Limited. BDO International Limited is a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



Martin L. Seidel, Esq.
Cadwalader, Wickersham & Taft LLP
October 6, 2009
Page 4

advised of the possibility of such damages. Furthermore, in no event whatsoever shall BDO's total liability pursuant to this agreement exceed the fees received by BDO pursuant to this agreement.

As part of the services contemplated herein, BDO may perform services that involve imaging workstations, servers or other data storage devices that are in your possession (the "Imaging Services"). You understand and agree that such Imaging Services could result in hardware, software or data loss or destruction.

**Miscellaneous**

If any portion of this agreement is held to be void, invalid or otherwise unenforceable, in whole or part, the agreement shall be revised to the minimum extent required to make such void, invalid or otherwise unenforceable portion of the agreement enforceable and the revised agreement shall remain in effect.

Please sign below and return one copy to us after you have had an opportunity to review this letter. We look forward to working with you.

Very truly yours,

BDO Seidman, LLP

_____
Anthony M. Lendez
Partner

ACKNOWLEDGED AND AGREED TO:

_____     _____
Martin L. Seidel, Esq.                                       Date
Partner
Cadwalader, Wickersham & Taft LLP

BDO Consulting is a division of BDO Seidman, LLP, a New York limited liability partnership and the U.S. member of BDO International Limited. BDO International Limited is a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.