IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
        Debtors.                                                 :
---------------------------------------------------------------- x

## DECLARATION OF ANTHONY M. LENDEZ IN SUPPORT OF THE FOURTEENTH APPLICATION OF CADWALADER, WICKERSHAM & TAFT LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD MAY 1, 2010 THROUGH JULY 31, 2010

I, Anthony M. Lendez, hereby declare, pursuant to section 1746 of title 28 of the United States Code, that the following is true to the best of my knowledge, information, and belief:

1. I am currently a partner at BDO USA, LLP ("BDO") (formerly BDO Seidman, LLP). I am duly authorized to make this declaration (the "Declaration") on behalf of BDO.

2. I submit this Declaration in support of the "Fourteenth Application of Cadwalader, Wickersham & Taft LLP ("CWT") as Special Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period May 1, 2010 through July 31, 2010" (the "Fourteenth Application").[1]

3. Pursuant to those certain engagement letters, dated October 6, 2009 (the "Engagement Letters"), copies of which are attached to the Fourteenth Application as Exhibit C, BDO agreed to provide certain professional expert and consulting services to assist CWT with its

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Fourteenth Application.

-2-

representation of American Home Mortgage Corp. in the prepetition litigation captioned American Home Mortgage Corp. v. Union Federal Bank of Indianapolis, Case No. 06-CV-7864 (JGK) (RLE) (S.D.N.Y. filed Sept. 29, 2006) (the "Waterfield Litigation").

4.  BDO was also retained as financial advisor to the Official Committee of Unsecured Creditors ("Committee") in the above-captioned bankruptcy cases pursuant to the order entered by this Court on November 28, 2007 (Docket No. 2201). The BDO professionals that have provided services to the Committee have, and will not, provide services to CWT or the Debtors under the Engagement Letters.

5.  The services provided by BDO to CWT and the Debtors from October 6, 2009 through July 31, 2010, that are evidenced by the invoices attached to the Fourteenth Application as Exhibit D, were necessitated by the Waterfield Litigation. All items and charges, expenses, billing rates and fees related to such services are consistent with the terms of the Engagement Letters and comparable to those charged by similar experts and consultants.

6.  I acknowledge that, pursuant to this Court's "Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code," all payments to BDO for services provided pursuant to the Engagement Letters are subject to disgorgement until final allowance by the Court.

Dated: September 10, 2010
       New York, New York

_____
Anthony M. Lendez