IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

Debtors.

---

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Objections Due By: October 4, 2010 @ 4:00 p.m.**
: **Hearing Date: October 21, 2010 @ 11:30 a.m.**

**NOTICE OF TWELFTH INTERIM FEE APPLICATION OF BDO SEIDMAN, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC.,** *ET AL.***, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2010 THROUGH JULY 31, 2010**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On September 13, 2010, the Twelfth Interim Fee Application of BDO Seidman, LLP, Financial Advisor to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period of May 1, 2010 through July 31, 2010 (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the *"Bankruptcy Court"*). By the Interim Application, BDO Seidman, LLP seeks the allowance and payment of compensation in the amount of $155,391.25 and reimbursement of expenses in the amount of $5,078.18 incurred in representation of the Official Committee of Unsecured Creditors (the *"Committee"*) of American Home Mortgage Holdings,

---

[1]   The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21904818v.1

Inc., *et al.* (the *"Debtors"*) during the period of May 1, 2010 through July 31, 2010 (the *"Application Period"*).

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **October 4, 2010 at 4:00 p.m. (EST)**. Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Interim Application is scheduled for October 21, 2010 at 11:30 A.M. before The Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

Dated:  September 13, 2010

                        BLANK ROME LLP

                        */s/  Bonnie Glantz Fatell*
                        Bonnie Glantz Fatell (No. 3809)
                        David W. Carickhoff (No. 3715)
                        1201 Market Street, Suite 800
                        Wilmington, Delaware 19801
                        Telephone:     (302) 425-6400
                        Facsimile:      (302) 425-6464

                        And

                        Mark S. Indelicato
                        Mark T. Power
                        Hahn & Hessen LLP
                        488 Madison Avenue
                        New York, NY  10022
                        Telephone:  (212) 478-7200
                        Facsimile:  (212) 478-7400

                        *Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*