**Exhibit A**

**AMERICAN HOME MORTGAGE**
**Time Summary**
**May 1, 2010 to July 31, 2010**

| Professional | Category | Hours | Rate** | Amount |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 16.1 | 650.00 | $10,465.00 |
| DAVID E BERLINER | PARTNER | 57.8 | 610.00 | 35,258.00 |
| DAVID E BERLINER | PARTNER | 2.8 | 305.00 | 854.00 |
| MICHELE MICHAELIS | DIRECTOR | 37.2 | 475.00 | 17,670.00 |
| MICHELE MICHAELIS | DIRECTOR | 28.6 | 450.00 | 12,870.00 |
| CHRIS AWONG | SENIOR | 84.0 | 275.00 | 23,100.00 |
| MATTHEW J STEWART | SENIOR | 61.1 | 275.00 | 16,802.50 |
| MATTHEW J STEWART | SENIOR | 88.9 | 240.00 | 21,336.00 |
| CHARLES BROWN | SENIOR | 8.9 | 225.00 | 2,002.50 |
| NAUSHON E VANDERHOOP | SENIOR | 0.6 | 200.00 | 120.00 |
| NAUSHON E VANDERHOOP | SENIOR | 3.2 | 190.00 | 608.00 |
| JASON M FRIEDMAN | STAFF | 9.4 | 200.00 | 1,880.00 |
| ALAINA D MASLER | STAFF | 2.6 | 200.00 | 520.00 |
| JASON M FRIEDMAN | STAFF | 45.0 | 180.00 | 8,100.00 |
| MARISSA HERMANN | STAFF | 3.3 | 180.00 | 594.00 |
| DAVID REYNOLDS | STAFF | 6.9 | 150.00 | 1,035.00 |
| JENNIFER SARKIS | STAFF | 8.3 | 150.00 | 1,245.00 |
| MIGDALIA GOMEZ | PARA-PROF. | 3.0 | 150.00 | 450.00 |
| | **SUBTOTAL:** | **464.9** | | **154,056.00** |
| **Travel Time (billed at ½ rate)** | | | | |
| DAVID E BERLINER | PARTNER | 2.8 | 305.00 | 854.00 |
| MATTHEW J STEWART | SENIOR | 3.5 | 137.50 | 481.25 |
| | **SUBTOTAL:** | **6.3** | | **1,335.25** |
| | **TOTAL:** | **471.2** | | **$155,391.25** |

**BDO standard rate changes effective July 1, 2010.

1

**Exhibit B**

|   |   | HOURS | AMOUNT |
|---|---|---:|---:|
| A. | ACCOUNTS PAYABLE | 25.8 | $5,578.00 |
|   | Reviewed claims related to Rush and Jacksons, WL Ross and Sprint/Nextel. Reviewed updated claims analysis received from Debtors. | | |
| B. | PREFERENCE ANALYSIS | 146.1 | 36,467.00 |
|   | Responded to requests for information from counsel related to various individual preference defendants. | | |
| C. | LITIGATION CONSULTING | 79.2 | 31,418.00 |
|   | Special investigative work related to draft complaint regarding UCC investigation. Preparation of follow-up information for counsel regarding issues related to UCC investigation, including analysis of potential damages. Meetings with UCC counsel regarding settlement proposals received and comments on draft complaint. Responded to subpoena re: JPM litigation. | | |
| D. | ASSETS SALE/AUCTION | 0.2 | 122.00 |
|   | Reviewed sales process and relevant documents including, but not limited to, various documents related to sale of AH Bank and miscellaneous loans. | | |
| E. | MEETINGS – DEBTOR | 37.8 | 13,294.50 |
|   | Meetings, discussions and correspondence with Debtors' management, key personnel and professionals related to ongoing requests for financial information related to claims issues, AH Bank, cash flow forecasts, cash needed to go effective and other current issues. | | |
| F. | REPORT PREPARATION | 42.6 | 17,024.00 |
|   | Preparation of an update report to the Creditors' Committee and Liquidating Trustee. | | |
| G. | MEETING WITH CREDITORS | 5.2 | 2,596.00 |
|   | Prepared for and attended meetings of Creditors' Committee. Presented BDO reports to the Committee. | | |
| H. | BUSINESS ANALYSIS | 89.0 | 30,551.50 |
|   | Analyzed Debtors' actual versus budgeted cash flows, cash flow projections, cash needed to go effective, estimated unsecured creditor recovery, Monthly Operating Reports and other financial results. Reviewed and analyzed motions and objections filed with the Court. Reviewed and updated analysis regarding professional fee information. Findings were conveyed to Counsel and the Committee. | | |

**Exhibit B**

2

| | | HOURS | AMOUNT |
|---|---|---:|---:|
| I. | COUNSEL DISCUSSIONS & COURT HEARINGS | 27.1 | 13,017.00 |
| | Consulted with Counsel regarding all pertinent matters related to ongoing work related to the Debtors' mortgage loans, Effective Date issues, sale of AH Bank; Committee report preparation and meetings; business analyses; and various other open case issues. Attend Court hearing re: Rush and Jackson claims. | | |
| J. | FEE APPLICATIONS / MONTHLY STATEMENTS | 9.6 | 2,918.00 |
| | Preparation and review of monthly data for submission to the Debtor and other interested parties. Preparation and review of monthly fee applications and interim application. | | |
| K. | CASE ADMINISTRATION | 2.3 | 1,070.00 |
| | Addressed various billing issues related to litigation project. | | |
| | **SUBTOTAL:** | **464.9** | **154,056.00** |
| L. | TRAVEL TIME | 6.3 | 1,335.25 |
| | Professional time expended on travel, billed at one half the hourly rate of each professional. | | |
| | **SUBTOTAL:** | **6.3** | **1,335.25** |
| | **TOTAL:** | **471.2** | **$155,391.25** |

**Exhibit C**

American Home Mortgage Holdings, Inc.
Schedule of Expenses
May 1, 2010 through July 31, 2010

1. PHOTOCOPYING
   a. Internal
   b. External

2. TELECOMMUNICATIONS
   a. Toll Charges     $86.00
   b. Facsimile
   c. Out-of-State toll charges

3. COURIER, FRIEGHT AND POSTAL SERVICES
   *For overnight and hand delivery to Counsel*
   *and Committee members*

4. COURT REPORTER AND TRANSCRIPTS

5. TECHNOLOGY SERVICES – *Concordance Database Fees*     $4,500.00

6. OUT-OF-TOWN TRAVEL
   a. Transportation     445.00
   b. Lodging
   c. Meals     19.74

7. OUTSIDE SERVICES

8. LOCAL MEALS

9. LOCAL TRANSPORTATION, TOLLS, MILEAGE
   AND PARKING – for cabs to/from meetings, car service
   *for employees working after 8:00 p.m. and local mileage*
   *using personal auto*

10. MISCELLANEOUS - Publications/Subscriptions     27.44

    **TOTAL**     **$5,078.18**

**Exhibit C**

**American Home Mortgage**
Twelfth Interim Expense Details
May 1, 2010 through July 31, 2010 (by Accounting Date)

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---|---|
| 04/15/10 | 05/03/10 | Stewart,Matthew | Travel | $16.00 | Tolls - Tappen Zee Bridge and Whitestone Bridge. |
| 04/15/10 | 05/03/10 | Stewart,Matthew | Travel | 57.50 | Mileage - Travel out to AHM (normal commute by train). |
| 04/15/10 | 05/03/10 | Stewart,Matthew | Travel Meals | 7.24 | AHM Meal - breakfast, self. |
| 04/01/10 | 05/03/10 | Stewart,Matthew | Travel | 16.00 | Tolls - Tappen Zee Bridge and Whitestone Bridge. |
| 04/01/10 | 05/03/10 | Stewart,Matthew | Travel Meals | 4.75 | AHM Meal - breakfast, self. |
| 04/01/10 | 05/03/10 | Stewart,Matthew | Travel | 57.50 | Mileage - Travel out to AHM (normal commute by train). |
| 05/31/10 | 05/31/10 | Berliner,David | Technology | 1,500.00 | Concordance Database Monthly Hosting Fee |
| 05/11/10 | 05/17/10 | Berliner,David E | Travel | 6.00 | AHM Hearing - Tolls & Parking @ station. |
| 05/11/10 | 05/17/10 | Berliner,David E | Travel | (22.00) | Credit for change in return Amtrak to an earlier one. |
| 05/11/10 | 05/17/10 | Berliner,David E | Travel | 24.00 | AHM Hearing - To/from Metropark. |
| 05/10/10 | 05/17/10 | Berliner,David E | Travel | 290.00 | Round trip to/from Wilmington, DE for American Home Mortgage hearing. |
| 05/11/10 | 05/17/10 | Berliner,David E | Travel Meals | 7.75 | AHM Hearing - Lunch at Wilmington station. |
| 06/04/10 | 06/07/10 | Michaelis,Michele | Phone | 86.00 | Court Call bill for hearing |
| 04/07/10 | 06/10/10 | PACER SERVICE CENTER | Publications/Subscriptions | 27.44 | Pacer Service center 1/1/10 - 3/31/10 |

**Exhibit C**

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---|---|
| 06/30/10 | 06/30/10 | Berliner,David | Technology | 1,500.00 | Concordance Database Monthly Hosting Fee |
| 07/31/10 | 07/31/10 | Berliner,David | Technology | 1,500.00 | Concordance Database Monthly Hosting Fee |
| | | | | **$5,078.18** | |