**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:  AMERICAN HOME MORTGAGE HOLDINGS, INC. et al. | ) ) ) | Chapter 11<br>Bk. No. 07-11047 (CSS) |
| Debtors. | ) | |

| | | |
|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., et al. | ) ) ) ) ) | Adv. No. 0951593 (CSS) |
| Plaintiff | ) | |
| v. | ) | |
| DARTMOUTH VENTURES LLC, | ) ) | |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL FROM ECF NOTIFICATION**

    Susan E. Kaufman, requests to be removed from the electronic filing in reference to the above captioned bankruptcy case and adversary proceeding. Ms. Kaufman no longer holds an interest in the proceedings.

Email address to be removed: skaufman@coochtaylor.com, effective immediately.

DATED:  September 13, 2010    Cooch and Taylor, P.A.

    */s/ Susan E. Kaufman*
    Susan E. Kaufman, (DSB#3381)
    1000 West Street, 10th Floor
    The Brandywine Building
    Wilmington, DE 19899
    (302) 984-3893 / (302) 984-3939 Fax
    Skaufman@coochtaylor.com