IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) Case No. 07-11047 (CCS) |
| a Delaware corporation, et al., | ) |
|  | ) Jointly Administered |
| Debtors. | ) |

## RESPONSE TO DEBTORS' SIXTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIM OF QUICK MORTGAGE SERVICES, L.L.C.

**The Claimant:**

Quick Mortgage Services, L.L.C., of 1500 West Fourth Ave, Suite 410; Spokane, WA 99201, hereinafter "Quick", is the holder of a disputed claim in this matter. Quick appears *pro se* through its Managing Member, John F. Tenold.

Quick's claim is for its loss pursuant to Debtors' failure to pay according to the terms of an agreement and pursuant to normal business practices.

**Debtors are mistaken in their position:**

Debtor is under the mistaken impression that Quick had a broker relationship with Debtor, as evidenced in its statement that Quick's claim relates to "yield spread premium." Although Quick had once had a Broker Agreement, in fact Quick was a correspondent lender. Debtor states, "The claim relates to closing costs and yield spread premium for a closed loan that did not fund." However, based upon Debtors' assurances that all underwriting requirements had been met, the loan funded on July 30, 2007. See Attachment 1, Form HUD-1 showing the funding date. At that point, Debtors' obligation was to reimburse Quick for its expenses.

Quick would not have incurred the loss had the Debtors not authorized the funding to the borrowers, Antonio Delos Santos and Debbie Delos Santos. See Attachment 2, Purchase Advice/Wire Log.

The transaction in question and the amount of the claim are not in dispute.

1

Debtors' cynical reliance upon a "Broker Agreement" defies common sense. Claimant incurred the loss because Debtors did not pay the obligated amount. Quick did not "broker" the deal. Quick actually lent the money due to Debtors' assurances. This is not a contractual issue, but rather a business deal wherein Debtor did not deliver on the deal.

**Contact address for claimant:**

Quick Mortgage Services, L.L.C.
1500 West Fourth Avenue, Suite 410
Spokane, WA 99201-7258

Tel: 509-623-1623

**Contact person with ultimate authority for claimant:**

John F. "Jack" Tenold
Quick Mortgage Services, L.L.C.
1500 West Fourth Avenue, Suite 410
Spokane, WA 99201-7258

Tel: 509-623-1623

Dated this 10 day of September, 2010.

_____
John. F. Tenold, Managing Member
Quick Mortgage Services, L.L.C.