| A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | | B. TYPE OF LOAN | | OMB No. 2502-0265 |
|---|---|---|---|---|
| SETTLEMENT STATEMENT | | 1. ☐ FHA  2. ☐ FMHA  3. ☒ CONV. UNINS. | | |
| | | 4. ☐ VA  5. ☐ CONV. INS. | | |

Alliance Title Company
910 Campisi Way, #1D
Campbell, CA 95008

6. ESCROW FILE NUMBER: 11556060-285 NB3
7. LOAN NUMBER: 0001838162
8. MORTGAGE INSURANCE CASE NUMBER:

**FINAL**

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. NAME OF BORROWER: Antonio Delos Santos and Debbie Delos Santos

ADDRESS OF BORROWER: 2416 Highgate Drive, Richmond, CA 94806

E. NAME OF SELLER: Antonio Delos Santos

ADDRESS OF SELLER:

F. NAME OF LENDER: Quick Mortgage Services
ADDRESS OF LENDER: 1500 W. Fourth Avenue #410, Spokane, WA 99204

G. PROPERTY LOCATION: 2416 Highgate Drive, Richmond, CA 94806
Contra Costa 405-381-073-7

H. SETTLEMENT AGENT: Alliance Title Company
PLACE OF SETTLEMENT: 910 Campisi Way, #1D, Campbell, CA 95008
I. SETTLEMENT DATE: 07/27/2007    PRORATION DATE:    FUNDING DATE: 07/30/2007

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower:** | | **400. Gross Amount Due To Seller:** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to Borrower (line 1400) | 42,940.82 | 403. | |
| 104. Payoff to Chase Home Finance, | 266,085.38 | 404. | |
| 105. | | 405. | |
| Adjustments For Items Paid By Seller In Advance: | | Adjustments For Items Paid By Seller In Advance: | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. County Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 120. Gross Amount Due from borrower: | 309,026.20 | 420. Gross Amount Due to Seller | 0.00 |
| **200. Amounts Paid by or in behalf of Borrower:** | | **500. Reductions In Amount Due To Seller:** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 375,000.00 | 502. Settlement charges to Seller (line 1400) | 0.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller: | | Adjustments For Items Unpaid By Seller: | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 375,000.00 | 520. Total Reductions in Amount Due Seller | 0.00 |
| **300. Cash at Settlement from/to Borrower:** | | **600. Cash at Settlement to/from Seller:** | |
| 301. Gross amount due from Borrower (line 120) | 309,026.20 | 601. Gross amount due to Seller (line 420) | 0.00 |
| 302. Less amount paid by/for Borrower (line 220) | 375,000.00 | 602. Less reductions in amount due Seller (line 52 | 0.00 |
| 303. Cash TO Borrower: | 65,973.80 | 603. Cash TO/FROM Seller: | 0.00 |

ATTACHMENT 1, Page 1 of

L. SETTLEMENT CHARGES:

### 700. Total Sales/Broker's Commission:
Based on Price $
Division of Commission (line 700) follows:

|  | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|
| 701. $ |  |  |
| 702. $ |  |  |
| $ |  |  |
| 703. Commission paid at settlement |  |  |
| 704. |  |  |

### 800. Items Payable In Connection With Loan:
| | | |
|---|---|---|
| 801. Loan Origination Fee % to Quick Mortgage Services | 3,750.00 | |
| 802. Loan Discount Fee | | |
| 803. Appraisal Fee to Bay Area Appraisal (Buyer $325.00 POC) | | |
| 804. Credit Report to Quick Mortgage Services | 17.30 | |
| 805. Lenders inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| 808. Wire Fee to Quick Mortgage Services | 100.00 | |
| 809. Processing Fee to Quick Mortgage Services | 1,295.00 | |
| 810. Admin Fee to Quick Mortgage Services | 350.00 | |
| 811. Doc Review Fee to Quick Mortgage Services | 150.00 | |

### 900. Items Required By Lender To Be Paid In Advance:
| | | |
|---|---|---|
| 901. Interest from 07/27/07 to 08/01/07 @$80.73/day (4 days) | 322.92 | |
| 902. Mortgage Insurance Premium | | |
| 903. Hazard Insurance Premium | | |
| 904. | | |
| 905. | | |

### 1000. Reserves Deposited With Lender:
| | | |
|---|---|---|
| 1001. Hazard Insurance 13 months @$75.12 per month | 976.56 | |
| 1002. Mortgage Insurance | | |
| 1003. City Property Taxes | | |
| 1004. County Property Taxes 4 months @$347.44 per month | 1,389.76 | |
| 1005. Annual Assessments | | |
| 1006. | | |
| 1007. | | |
| 1008. Aggregate Adjustment   months @$ | 225.30- | |

### 1100. Title Charges:
| | | |
|---|---|---|
| 1101. Settlement or closing fee to Alliance Title Company | 250.00 | |
| 1102. Abstract or title search | | |
| 1103. Title examination | | |
| 1104. Title insurance binder | | |
| 1105. Document preparation to Alliance Title Company | 50.00 | |
| 1106. Notary fees to Anthony Resendez | 185.00 | |
| 1107. Attorney's Fees | | |
| (includes above item numbers: ) | | |
| 1108. Title Insurance | | |
| (included above item numbers: ) | | |
| 1109. Lender's coverage $ 375,000.00 to Alliance Title Company | 917.00 | |
| 1110. Owner's Coverage | | |
| 1111. E-Doc Fee to Alliance Title Company | 50.00 | |
| 1112. Delivery/Courier Processing | 65.00 | |
| 1113. Wire Processing to Alliance Title Company | 25.00 | |
| 1114. Processing to Alliance Title Company | 200.00 | |

### 1200. Government Recording and Transfer Charges
| | | |
|---|---|---|
| 1201. Recording Fees: Deed$   12.00 Mortgage $   66.00 Release $ | 78.00 | |
| 1202. City/County tax/stamps | | |
| 1203. State tax/stamps | | |
| 1204. City Transfer Tax | | |
| 1205. County Transfer Tax | | |
| 1206. | | |
| 1207. | | |

### 1300. Additional Settlement Charges:
| | | |
|---|---|---|
| 1301. Survey | | |
| 1302. Pest Inspection | | |
| 1303. | | |
| 1304. Appraisal to Bay Area Appraisal | 50.00 | |
| 1305. Payoff Account to Richmond Sanitary Service | 306.58 | |
| 1306. Pay on Account to CRDT First | 413.00 | |
| 1307. Pay on Account to Washmtl/Prov | 1,597.00 | |
| 1308. Pay on Account to Capitol 1 FSB | 994.00 | |
| 1309. Pay on Account to Chase | 2,708.00 | |
| 1310. Pay on Account to WFNNB/Vctria | 237.00 | |
| 1311. Pay on Account to Prof Coll Co | 121.00 | |

Hudc.rpt (04/24/2006)   ATTACHMENT 1 Page 2 of 5   Printed by Nicole Burke on 07/30/2007 at 10:32:17 AM

ESCROW FILE NUMBER: 11556060-285 NB3                                                                                    OMB No. 2502-0265

| | |
|---|---:|
| 1312. Pay on Account to ZALE/CBSD | 716.00 |
| 1313. Pay on Account to SEARS/CBSD | 233.00 |
| 1314. Pay on Account to NCO/FIN 22 | 132.00 |
| 1315. Pay on Account to Chase Bank | 1,337.00 |
| 1316. Pay on Account to HSBC/BSTBY | 2,227.00 |
| 1317. Pay on Account to Wells Fargo | 17,630.00 |
| 1319. Pay on Account to AMA Collection Service | 450.00 |
| 1320. Pay on Account to ZALE/CBSD | 3,843.00 |
| 1400. Total Settlement Charges (Enter on line 103,Section J -and- line 502, Section K) | 42,940.82 |

*ATTACHMENT 1, Page 3 of 5*

| BREAKDOWN OF NEW LOANS | | |
|---|---|---|
| Description | Buyer Amount | Seller Amount |
| Quick Mortgage Services, 1500 W. Fourth Avenue #410, Spokane, WA  99204, Loan# | 375,000.00 | |
| **Total of New Loans.** | 375,000.00 | |

ATACHMENT 1, Page 4 of 5

| ESCROW FILE NUMBER: | 11-556060-285-NB3 | | OMB No. 2502-0265 |

**BREAKDOWN OF PAYOFF ON HUD line 104**

Payoff to: Chase Home Finance, LLC
Dept. PP-7456
3415 Vision Drive
Columbus, OH  43219

Loan #:  30-1976179908-510

| Description | Amount |
|---|---|
| Principal Balance | 264,558.87 |
| Interest from 07/01/2007 to 08/01/2007 | 1,432.51 |
| Recording Fee | 19.00 |
| Demand Fee | 30.00 |
| Reconveyance Fee | 45.00 |
| Total Payoff | 266,085.38 |

Total as shown on HUD line #104.          266,085.38

ATTACHMENT 1, Page 5 of 5

Hudc.rpt (04/24/2006)                              Printed by Nicole Burke on 07/30/2007 at 10:32:17 AM



**American Brokers Conduit**
*Your Partner in Success*

# Purchase Advice/Wire Log

Seller Loan #:   Santos
Seller Name:    QUICK MORTGAGE SERVICES, LLC
ABC Loan #:     0001838162
Purchase/Wire Date:  07/30/07
Borrower Name:  SANTOS
Property Address:  2416 Highgate Drive,
                   Richmond, CA  94806
Final Loan Price:  100.375

| First Payment Due AHMS | 09/01/2007 |
|---|---|
| Total Loan Amount | $375,000.00 |
| Purchased Balance | $375,000.00 |
| Daily Interest | $80.73 |
| # Days | 002 |
| Interest Due +/- | $161.46 |
| Premium Discount | $1,406.25- |
| Total Fees | $486.00 |
| Escrow Balance | $2,141.02 |
| **Escrow Adjustment | $901.49 |
| Adjustments | $0.00 |
| **Net Proceeds to Wire:** | $374,519.26 |

**Please note if any Escrow disbursement is scheduled due within 45 days of purchase date, Correspondent is responsible for that payment. Please see Escrow Adjustment section for details.

**Wiring Information:**
Bank Name:   FLAGSTAR BANK
Bank City:   TROY
ABA/Routing #:  272471852
Account Name:  QUICK MORTGAGE SERVICE INC.
Account Number:  1558
Attention:
For Further Credit to:

**Fee Breakdown:**
Admin Fee:          $350.00
Wire Fee:           $25.00
Flood Service Fee:  $19.00
Tax Service Fee:    $92.00

If you have any questions or require assistance please contact:
E-mail:    ABCFWMiniCorrespondent@abconduit.com

ABC, Your Partner in Success

Doc # 947103 / Image: 947104.PRN       Application # 0001838162

ATTACHMENT 2

AHM-4000 (07/05)
Rev. 10/05