UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re                                                                    Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS,                 Case No. 07-11047 (CSS)
INC., *et al.*,[1]                                                         (Jointly Administered)

                      Debtors.                     **Re: Docket No. 9168**
---------------------------------------------------------------------x

### CERTIFICATE OF NO OBJECTION REGARDING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' ELEVENTH OMNIBUS MOTION FOR AN ORDER APPROVING SETTLEMENTS WITH CERTAIN PREFERENCE DEFENDANTS AND LIMITING NOTICE THEREOF [DKT. NO. 9168]

The undersigned hereby certifies as follows:

1.    The Official Committee of Unsecured Creditors' Eleventh Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof (the *"*Motion*"*) was filed on August 23, 2010 and docketed at Docket Number 9168. Objections to the Motion, if any, were to be filed and served on the undersigned on or before September 13, 2010.

2.    The undersigned certifies that she has caused a review of the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon and that she has not received any answer, objection or other response to the Motion.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

128189.01600/21905033v.1

- 2 -

3. Accordingly, the undersigned respectfully requests that the Court enter an order approving the Motion substantially in the form attached thereto at its earliest convenience.

Dated:   September 16, 2010

        BLANK ROME LLP

        */s/ Victoria Guilfoyle*
        Bonnie Glantz Fatell (No. 3809)
        David W. Carickhoff (No. 3715)
        Victoria A. Guilfoyle (No. 5183)
        1201 Market Street, Suite 800
        Wilmington, Delaware 19801
        Telephone:     (302) 425-6400
        Facsimile:      (302) 425-6464

        -and

        HAHN & HESSEN LLP
        Mark S. Indelicato
        Edward L. Schnizter
        488 Madison Avenue
        New York, New York 10022
        Telephone:     (212) 478-7200
        Facsimile:      (212) 478-7400

        *Counsel for the Official Committee of Unsecured Creditors*

128189.01600/21905033v.1