**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
In re:                                          :
                                                :   Chapter 11
AMERICAN HOME MORTGAGE HOLDINGS,                :
INC., et al.                                    :   Case No. 07-11047 (CSS)
                                                :
              Debtors.                          :
------------------------------------------------------------ x
```

**STATEMENT OF MARGOLIS EDELSTEIN PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE CONCERNING <u>MULTIPLE REPRESENTATION OF CREDITORS</u>**

The law firm of Margolis Edelstein, pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, submits this Verified Statement and represents as follows:

1. Margolis Edelstein has been retained to represent multiple parties in the above-referenced bankruptcy cases as described below:

   a. **CB Contractors** ("CB") located at 2630 W. Armitage Avenue, Chicago, IL 60647. CB is a creditor of one or more of the Debtors in the above-referenced cases.

   b. **Michael Wheeler** ("Wheeler") located at PO Box 1014, SE-251 10 Helsingborg, Sweden. Wheeler is a creditor of one or more of the Debtors in the above-referenced cases.

   c. **Eleidy Muniz** ("Muniz") located at 345 Macarthur Blvd, Hauppauge, NY 11788. Muniz r is a creditor of one or more of the Debtors in the above-referenced cases.

   d. **Roland Gomez** ("Gomez") located at 2422 S Harold, Palos Heights, IL 60463. Gomez is a creditor of one or more of the Debtors in the above-referenced cases.

   e. **Ron Rosenblatt** ("Rosenblatt") located at 1741 Plum Thicket Lane, West Des Moines, IA 50266. Rosenblatt is a creditor of one or more of the Debtors in the above-referenced cases.

f. **Richard Mahan** ("Mahan") located at 4989 Westchester Dr., Harrisburg, PA 17112. Mahan is a creditor of one or more of the Debtors in the above-referenced cases.

g. **Kevin Kerr** ("Kerr") located at 1614 Myrtlewood St., Costa Mesa, CA 92626. Kerr is a creditor of one or more of the Debtors in the above-referenced cases.

h. **Patricia Shepherd** ("Shepherd") located at 9 E. Willow Avenue, Phoenix, AZ 85022. Shepherd is a creditor of one or more of the Debtors in the above-referenced cases.

i. **David Meyer** ("Meyer") located at 1933 NW 95TH, Seattle, WA 98117. Meyer is a creditor of one or more of the Debtors in the above-referenced cases.

j. **Andrew Heath** ("Heath") located at 10658 SE Jason Lane, Portland, OR 97086. Heath is a creditor of one or more of the Debtors in the above-referenced cases.

k. **David Roberts** ("Roberts") located at 323 Thomas Rd., Severna Park, MD 21146. Roberts is a creditor of one or more of the Debtors in the above-referenced cases.

l. **Katie Bianchi** ("Bianchi") located at 216 Coronado Ave., Roseville, CA 95678. Bianchi is a creditor of one or more of the Debtors in the above-referenced cases.

m. **Baron O'Brien** ("O'Brien") located at 2550 Fifth Ave., No. 167, San Diego, CA 92103. O'Brien is a creditor of one or more of the Debtors in the above-referenced cases.

n. **Gool Thakarar** ("Thakarar") located at 2 Fenbrook Drive, Larchmont, NY 10538. Thakarar is a creditor of one or more of the Debtors in the above-referenced cases.

o. **Douglas Huston** ("Huston") located at 500 Vicking Drive, Suite 300, Virginia Beach, VA 23452. Huston is a creditor of one or more of the Debtors in the above-referenced cases.

p. **Dave Michaud** ("Michaud") located at 1795 Upper Chelsea Reach, Virginia Beach VA 23454. Michaud is a creditor of one or more of the Debtors in the above-referenced cases.

q. **Edward Abram, Jr., Najla Waheed, Richard Zemel, Rosalyn Ceasar, Dustin Jones, John Sogluizzo, and Anthony Faux, on**

        **behalf of themselves and others similarly situated** (the "FLSA Claimants") c/o Outten & Golden, LLP, 3 Park Avenue, 29th Floor, New York, NY 10016.  The FLSA Claimants are a group of creditors of one or more of the Debtors in the above-referenced cases.

r.    **Oracle USA, Inc., formerly known as Oracle Corporation** ("Oracle") located at 500 Oracle Parkway, Redwood City, California  94065.  Oracle was named by the Debtors as a defendant in an adversary proceeding.  Oracle is a creditor of one or more of the Debtors in the above-referenced cases

s.    **The Participant Group** c/o McDonald Hopkins LLC, 600 Superior Avenue, East, Suite 2100, Cleveland, OH 44114.  The Participant Group is a group of creditors of one of more of the Debtors in the above-referenced cases.

t.    **Kathy S. Koch, Jarrett Perry, Gina Pulliam, Michael S. Surowiec, Kathleen Wielgus and Patricia Williams, on their own behalf and on behalf of all other persons similarly situated** (the "WARN Claimants") c/o Lankenau & Miller, LLP, 132 Nassau Street, Suite 423, New York, New York 10038.  The WARN Claimants are a group of creditors of one or more of the Debtors in the above-referenced cases.

2.    After due inquiry, upon information and belief, Margolis Edelstein does not own any claims against or interests in the Debtors.

3.    Margolis Edelstein has complied with its ethical obligations with respect to advising its clients with respect to this concurrent representation.

4.    Margolis Edelstein has no written contracts of representation with the clients listed above other than ordinary and usual retainer/engagement letters.

5.    Margolis Edelstein may also represent other clients in matters pertaining to the Debtors and in the future may undertake other engagements.  Those representations may or may not result in representations in these jointly administered bankruptcy cases.  If additional representations are undertaken, this Statement shall be supplemented.

6. Margolis Edelstein and its clients reserve the right to amend and supplement this document regarding the priority and amount of the claims referred to herein.  This statement is provided without prejudice to the right of Margolis Edelstein and its clients to file any further statements, claims, proofs of claim, adversary complaints, documents, notices or pleadings whatsoever in these bankruptcy proceedings.

I, James E. Huggett, declare under penalty of perjury, that the above-statements are true and correct to the best of my knowledge and after diligent inquiry.

Dated: September 16, 2010
Wilmington, Delaware

Respectfully submitted,
MARGOLIS EDELSTEIN

/s/ James E. Huggett
James E. Huggett, Esquire (#3956)
750 Shipyard Drive, Suite 102
Wilmington, Delaware 19801
Tel. (302) 888-1112
Facsimile (302) 888-1119
E-mail: jhuggett@margolisedelstein.com