**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
---------------------------------------------------------------- x
In re:                                                          :
                                                                :   Chapter 11
AMERICAN HOME MORTGAGE HOLDINGS,                                :
INC., et al.                                                    :   Case No. 07-11047 (CSS)
                                                                :
              Debtors.                                          :
----------------------------------------------------------------x
```

**<u>CERTIFICATE OF SERVICE</u>**

I, James E. Huggett, Esq., hereby certify that on the 16th day of September, 2010, I caused a true and correct copy of the STATEMENT OF MARGOLIS EDELSTEIN PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE CONCERNING MULTIPLE REPRESENTATION OF CREDITORS to be served upon the attached service list via electronic mail.

MARGOLIS EDELSTEIN

/s/ James E. Huggett
James E. Huggett (#3956)