Young, Conaway, Stargatt & Taylor
The Brandywine Building, 17th Floor
1000 West Street
PO Box 391
Wilmington, DE 19899
Email: bankfilings@ycst.com

Edward J. Kosmowski
Epiq Systems Bankruptcy Solutions
824 Market Street, Suite 412
Wilmington, DE 198001
Email: ekosmowski@epiqsystems.com

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Email: fatell@blankrome.com

David W. Carickhoff
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Email: carickhoff@blankrome.com

Victoria A. Guilfoyle
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Email: guilfoyle@blankrome.com

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
Email: USTPREGION03.WL.ECF@USDOJ.GOV