# **<u>EXHIBIT A</u>**

Invoice # 36595                                Page 2 of 2                        Aug. 1, 2010 through Aug. 31, 2010

## Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555        Fax:   (302) 575-1714

American Home Mortgage Holdings, Inc.,                                August 1, 2010 to August 31, 2010
Official Committee of Unsecured Creditors                                             Invoice # 36595
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022

**Attention:**   Mark T. Power, Esquire
**RE:**          Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 0.30 | 81.00 |
| B18 | Fee Applications, Others - | 0.60 | 162.00 |
| B25 | Fee Applications, Applicant - | 1.90 | 385.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 0.30 | 105.00 |
| | **Total** | **3.10** | **$733.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 270.00 | 1.40 | 378.00 |
| Rick S. Miller | 350.00 | 0.50 | 175.00 |
| Legal Assistant - KC | 150.00 | 1.20 | 180.00 |
| **Total** | | **3.10** | **$733.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                           **$168.13**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Aug-06-10 | Case Administration - E-mail from RSM re: contact for any upcoming issues | 0.10 | LLC |
|  | Case Administration - Review notice of appearance and forward same to KC | 0.10 | LLC |
| Aug-09-10 | Fee Applications, Applicant - Confer with KC re: CNO for June 2010 fee app | 0.10 | LLC |
|  | Fee Applications, Applicant - Review docket for objections to June 2010 fee app, Draft Certificate of No Objection re: fee app filing docket # 9010 and COS | 0.30 | KC |
| Aug-10-10 | Fee Applications, Applicant - Review Certificate of No Objection re: June 2010 monthly fee app for filing | 0.10 | LLC |
|  | Fee Applications, Applicant – E-file CNO re: June 2010 fee app, docket # 9010; service of same | 0.30 | KC |
| Aug-12-10 | Fee Applications, Applicant - Confer with KC re: preparation of July 2010 fee app | 0.10 | LLC |
| Aug-16-10 | Fee Applications, Applicant - Review Ferry, Joseph & Pearce's time records for July 2010 | 0.20 | RSM |
|  | Fee Applications, Applicant - Preparation of FJP's 13th monthly fee application for July 2010, notice and COS | 0.20 | KC |
| Aug-17-10 | Fee Applications, Others - Email from and to J. Wolf re: HBD's 7th Monthly fee app and noticing dates for same | 0.20 | LLC |
|  | Fee Applications, Applicant - Confer with KC re: status of preparation of July 2010 fee app | 0.10 | LLC |
|  | Fee Applications, Applicant - Review July 2010 monthly fee app for filing | 0.10 | LLC |
|  | Fee Applications, Applicant - Emails with T. Thomas re: issues re: bill statement, prepare statement as exhibit of FJP's 13th monthly fee app for July 2010 for filing | 0.20 | KC |
|  | Fee Applications, Applicant – E-file and service of Ferry, Joseph & Pearce's 13th monthly fee app for July 2010 | 0.20 | KC |
| Aug-20-10 | Case Administration - Review notice of withdraw of appearance and forward same to KC | 0.10 | LLC |
|  | Fee Applications, Others - E-mail from J. Wolf re: HBD 7th monthly fee app | 0.10 | LLC |
|  | Fee Applications, Others - Review HBD 7th Monthly fee app for filing and confer with KC re: same | 0.30 | LLC |
| Aug-31-10 | Litigation/Adversary Proceedings (Non-Claims) - E-mail to co-counsel re: schedule deadlines | 0.20 | RSM |
|  | Litigation/Adversary Proceedings (Non-Claims) - Review e-mail correspondence from Mr. Morris re: scheduling | 0.10 | RSM |
|  | **Totals** | **3.10** |  |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Aug-10-10 | Photocopy Cost | 3.00 |
|  | Cost Advance - postage - 5 x .44 | 2.20 |
| Aug-12-10 | Cost Advance - First State Deliveries - hand deliveries 8/10/10 | 32.50 |
| Aug-16-10 | Cost Advance - postage (5@1.39) | 6.95 |
| Aug-17-10 | Photocopy Cost | 19.00 |
| Aug-18-10 | Cost Advance - Blue Marble - copies (Inv # 43151) | 41.00 |
|  | Cost Advance - First State Deliveries - hand deliveries on 8/17/10 | 32.50 |

| | | |
|---|---|---:|
| Aug-20-10 | Photocopy Cost | 5.50 |
| Aug-25-10 | Cost Advance - West Law - Legal Research  June Acct #1000634693; Inv #820918555 | 1.73 |
| Aug-31-10 | Cost Advance - Blue Marble - hand deliveries (Inv # 14097) | 23.75 |
| | **Totals** | **$168.13** |
| | **Total Fees & Disbursements** | **$901.13** |