**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| American Home Mortgage Holdings, Inc., *et al.*, | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | **Objections Due: tbd**<br>**Hearing Date: tbd** |
| | **Re: D.I. 8226** |

## <u>CORRECTED</u> MOTION BY U.S. BANK, N.A. (F/K/A PARK NATIONAL BANK) FOR SUMMARY JUDGMENT

U.S. Bank National Association, as successor in interest to Park National Bank ("<u>Park National</u>"), by its attorneys, Womble Carlyle Sandridge & Rice, PLLC and Aronauer, Re & Yudell, LLP, respectfully moves for entry of an order pursuant to Rule 56 of the Federal Rules of Civil Procedure (the "<u>Rules</u>"), made applicable to this contested matter by Rules 7056 and 9014 of the Federal Rules of Bankruptcy Procedure, (i) granting summary judgment and denying in full Debtors' motion and amended motion (collectively, the "<u>506 (c) Motion</u>") for recovery of costs and expenses pursuant to Section 506(c) of Title 11 of the United States Code. In support of its Motion, contemporaneously herewith Park National has filed its Memorandum of Law in Support of its Motion for Summary Judgment (the "<u>Memorandum of Law</u>").

WHEREFORE, for all the reasons set forth in the Memorandum of Law, Park National respectfully requests that the Court enter an order in substantially the form

attached hereto (i) granting summary judgment in favor of Park National; (ii) denying the Motion; and (iii) granting such other and further relief as is just and proper.

| | |
|---|---|
| Dated: September 16, 2010 | **Womble Carlyle Sandridge & Rice, PLLC** |
| | By: /s/ Michael Busenkell_____ |
| | Michael Busenkell (Del. Bar No. 3933) |
| | 222 Delaware Avenue, Suite 1501 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 252-4324 |
| | Facsimile: (302) 661-7724 |
| | E-mail: mbusenkell@wcsr.com |
| | |
| | And |
| | |
| | Aronauer, Re & Yudell, LLP |
| | Kenneth S. Yudell, admitted Pro Hac Vice |
| | 444 Madison Avenue, 17th Floor |
| | New York, New York 10022 |
| | Telephone # (212) 755-6000 |
| | |
| | *Attorneys for U.S. Bank, N.A. as successor in interest to Park National Bank* |