# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| American Home Mortgage Holdings, Inc., *et al.*, | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | **Re: D.I.** _____ |

## ORDER GRANTING MOTION BY U.S. BANK, N.A. (F/K/A PARK NATIONAL BANK) FOR SUMMARY JUDGMENT

Upon consideration of the Motion of U.S. Bank National Association, as successor in interest to Park National Bank (the "Motion"); and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their creditors, and other parties in interest; and it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause ORDERED, ADJUDGED AND DECREED THAT:

    1. The Motion is GRANTED.

    2. Summary judgment is entered in favor of Park National.

    3. The 506(c) Motion (as defined in the Motion) is hereby denied, with prejudice.

    4. This Order shall be effective immediately, notwithstanding any contrary provision of the Federal Rules of Bankruptcy Procedure and the Local

Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy for the District of Delaware.

5. The Clerk of the Court is authorized and directed to take any and all actions required to give effect to this Order.

6. This Court shall retain jurisdiction to hear and determine all matters related to and/or arising from the implementation and/or interpretation of this Order.

Dated: _____, 2010

                                        _____
                                        The Honorable Christopher S. Sontchi
                                        United States Bankruptcy Judge