UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------- X   Chapter 11
In re                                             :
                                                  :   Case No. 07-11047 (CSS)
American Home Mortgage Holdings,                  :
Inc., et al.,                                     :   (Jointly Administered)
                                                  :
                         Debtors.                 :
------------------------------------------------- X

KENNETH S. YUDELL, being duly sworn, deposes and says:

1.  I am a member of Aronauer, Re & Yudell, LLP, attorneys for U.S. Bank National Association, as successor in interest to Park National Bank ("Park National") in this contested matter. I submit this Affidavit to introduce certain exhibits in connection with Park National's motion for summary judgment.

2.  Annexed hereto as Exhibit A are true and complete copies of excerpts from the Deposition of Scott Robert Martinez,, Debtors' 30(b)(6) witness, taken August 12, 2010 ("Debtors' Tr."), including certain exhibits thereto.

3.  Annexed hereto as Exhibit B are true and complete copies of relevant pages from Debtors' Schedules of Assets and Liabilities ("Schedules") filed with this Court.

4.  Annexed hereto as Exhibit C are true and complete copies of excerpts from the Deposition of Joshua Silverglade, taken August 19, 2010, ("Silverglade Tr."), including certain exhibits thereto.

5.  Annexed hereto as Exhibit D are true and complete copies of excerpts from the Deposition of Ted Buenger, taken September 2, 2010 ("CBRE Tr."), including certain exhibits thereto.

6. Annexed hereto as Exhibit E are true and complete copies of excerpts from the Deposition of Fred Body, taken September 1, 2010 ("Body Tr."), including certain exhibits thereto.

7. Annexed hereto as Exhibit F is a true and complete copy of the Affidavit of Frederick Body, sworn to September 24, 2009, which was previously submitted to the Court in this contested matter.

8. Annexed hereto as Exhibit G are true and complete copies of rent checks received by Debtors.

_____
Kenneth S. Yudell

Sworn to before me this
15th day of September, 2010

_____
NOTARY PUBLIC

**APRIL HARRIS**
**NOTARY PUBLIC - STATE OF NEW YORK**
**NO. 01HA6154946**
**QUALIFIED IN KINGS COUNTY**
**COMMISSION EXPIRES OCTOBER 23, 20_10_**