*Exhibit "B"*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re AMERICAN HOME MORTGAGE CORP.

Debtor

Case No. 07-11051

Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 32 | $38,454,462.15 | | |
| B - Personal Property | Yes | 242 | $3,611,368,415.58 | | |
| C - Property Claimed As Exempt | No | | | | N/A |
| D - Creditors Holding Secured Claims | Yes | 4 | | $2,982,107,598.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 503 | | $8,329,388.80 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 858 | | $1,643,140,936.01 | |
| G - Executory Contracts and Unexpired Leases | Yes | 590 | | | |
| H - Codebtors | Yes | 7 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| Total Number of Sheets of ALL Schedules | | 2,236 | | | |
| | | Total Assets | $3,649,822,877.73 | | |
| | | | Total Liabilities | $4,633,577,922.81 | |

In re AMERICAN HOME MORTGAGE CORP.                                   Case No. 07-11051
                    Debtor                                                          (if known)

### SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| MT. PROSPECT OFFICE BUILDING 950 NORTH ELMHURST ROAD MT. PROSPECT, ILLINOIS 60056<br><br>OFFICE BUILDING CONSISTING OF APPROXIMATELY 36,000 SQUARE FEET AND WHICH SERVED AS THE HEADQUARTERS FOR THE COMPANY'S EASTERN RETAIL SALES DIVISION | Ownership | | $1,548,161.00 | $930,536.00 |
| REO ID - AR1380 AD1 LOAN # - 1001364486 1380 AIRPORT ROAD UNIT D1 HOT SPRINGS NATIONAL, AR 71913 | Repossessed Property | | $360,000.00 | Subject to Warehouse line. |

Sheet no. 1 of 32 sheets attached to Schedule of Real Property

Subtotal (Total of this page)    $1,908,161.00

Total (Use only on the last page of the completed Schedule A)

(Report total also on Summary of Schedules)

In re **AMERICAN HOME MORTGAGE CORP.**                              Case No. **07-11051**

                        Debtor                                                                                                        (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, the Executive Vice President & Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, and that they are true and correct to the best of my knowledge, information, and belief.

Date  October 5, 2007              Signature  \S\

                                                          Stephen A. Hozie
                                                          (print or type name of individual signing on behalf of debtor)

                                                           Executive Vice President & Chief Financial Officer
                                                           (indicate position or relationship to debtor)

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.