*Exhibit "D"*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
AMERICAN HOME MORTGAGE       )
HOLDINGS, INC., a            ) Case No.
Delaware corporation,        )
et al.                       ) 07-11047 (CSS)
                             )
     Debtors.                )

DEPOSITION of TED BUENGER
Thursday September 2, 2010
Oak Brook, Illinois

Reported By:
TRICIA J. LATHOURIS, CSR, RPR
JOB NO. 20372

Thursday September 2, 2010

10:04 a.m.

DEPOSITION of TED BUENGER, held at the offices of CB ELLIS, 700 Commerce Drive, Oak Brook, Illinois 60523 before Tricia J. Lathouris, CSR, RPR.

```
 1
 2   A P P E A R A N C E S:
 3
 4       YOUNG CONAWAY STARGATT & TAYLOR, LLP
 5       BY:  SHARON ZIEG, ESQ.
 6            The Brandywine Building
 7            1000 West Street, 17th Floor
 8            Wilmington, Delaware 19801
 9            (302) 571-6743
10                On Behalf of the Debtors.
11
12       ARONAUER RE & YUDELL, LLP
13       BY:  KENNETH YUDELL, ESQ.
14            444 Madison Avenue
15            New York, New York 10022
16            (212) 755-6000
17                On Behalf of Park National Bank.
18
19       EASTERN DIVISION CB RICHARD ELLIS
20       BY:  BARBARA ENDOY, ESQ.
21            700 Commerce Drive, Suite 500
22            Oak Brook, Illinois 60523
23            (630) 573-7000
24                On Behalf of the Witness.
25
```

22

TED BUENGER

1
2  value.
3       Q    Okay.  And do you know approximately
4  when that letter was sent?
5       A    Well, it would be shortly before this
6  listing agreement was signed.
7            (Exhibits 172 and 173 marked for
8  identification.)
9  BY MS. ZIEG:
10      Q    Mr. Buenger, have you ever seen the
11 document that we've marked as 173 before?
12      A    Yes, I have.
13      Q    Okay.  Is that document Bates numbers
14 CBRE 2280 and 2281?
15      A    Yes.
16      Q    And what is this letter?
17      MR. YUDELL:  Objection, form.
18      A    It's a letter from Rob Graham to Mr.
19 Tom Trapeniere (phonetic) at American Home Mortgage.
20 BY MR. ZIEG:
21      Q    And were you involved in drafting this
22 letter?
23      A    No, I was not.
24      Q    And if you look at Exhibit 172, is
25 this also a copy of the same letter?

41

```
                    TED BUENGER
            (Exhibit 55 marked for
identification.)
BY MS. ZIEG:
       Q     And I've handed you a document we've
marked as Exhibit 55.  It's CBRE 1908, correct?
       A     Yes.
       Q     And have you ever seen this document
before?
       A     Yes.
       Q     And can you tell me what this document
is?
       A     This is a marketing report to Bob
Semple detailing our marketing activities.
       Q     And did you send this e-mail to Mr.
Semple?
       A     Yes, I did.
       Q     And who is Mr. Semple?
       A     He is with Kroll Zolfo Cooper.  He was
my contact with respect to marketing the property.
       Q     And if you look to the middle of this
e-mail, it says "We have had discussions with the
following prospects" and it lists seven individuals
or companies.
             Do you see that?
```

```
1                    TED BUENGER
2        MS. ZIEG:  Objection, form.
3        A    Uh-huh.
4   BY MR. YUDELL:
5        Q    Once the seller accepted the RN Realty
6   offer, did you stop marketing the property?
7        A    I don't recall.  The letter of intent
8   would usually specify whether the seller is
9   permitted to continue marketing the property while
10  the contract is being negotiated.
11            We like to continue to market the
12  property during contract negotiations just because
13  they can take a long time and we want to keep some
14  pressure on the buyer.
15       Q    So it's possible that there was no
16  marketing of the property between July of 2008 and
17  November 2008 when negotiations with RN Realty broke
18  off, correct?
19       MS. ZIEG:  Objection to form and assumes
20  facts not in evidence.
21       A    It's possible, but I don't know for
22  sure.
23  BY MR. YUDELL:
24       Q    You just don't remember?
25       A    I don't remember.
```

**CBRE**
CB RICHARD ELLIS

Rob Graham
First Vice President

CB Richard Ellis, Inc.
20 N. Martingale, Suite 100
Schaumburg, IL 60173

T 847 706 4034
F 847 706 4959

VIA EMAIL: thomas.trepanier@americanhm.com

www.cbre.com

Mr. Thomas Trepanier
Director, Corporate Real Estate
American Home Mortgage
538 Broadhollow Road
Melville, NY 11747

OPINION OF VALUE – 950 N. ELMHURST ROAD
              MOUNT PROSPECT, ILLINOIS

The subject property in Mount Prospect is a single-story (with finished lower level) approximately 35,000 sq. ft. masonry/brick building likely constructed in the 1960's with more recent renovations/additions. The building has two primary entrances and exposure on both Elmhurst and Rand Roads. The exterior of the building, while dated architecturally, appears to be in good condition. The existing parking ratio is well below average and expanding the building and/or parking does not appear feasible. It is our understanding that in the past off-site parking was accommodated at Randhurst Mall (across Elmhurst Road). Located in Cook County, the property is partially occupied by both retail and office tenants.

950 N. Elmhurst is located in the Northwest market but has limited exposure to traditional office markets. This factor can be traced to limited immediate highway accessibility, the high level of mixed-use facilities and mature residential in the immediate area.

If the building were vacant today, CBRE would recommend an asking gross rental rate of $12.00-$14.00 per square foot gross ($9.00 - $10.00 for lower level space), assuming fully assessed combined real estate taxes and operating expenses of $5.50-$6.00 per square foot. These economics assume that the primary use remains office and in a condition commensurate with modern office space. On a sale basis, CBRE would recommend an asking price of $65.00 - $70.00 per square foot with an anticipated effective price in the $55.00 - $60.00 range. The primary target market would be local office users for all or a portion of the property that will pay a premium over a purely speculative investor.

CBRE
- 2280 -



Primary competition would be expected from other single-story facilities and/or older office properties in the vicinity. The surrounding office markets have improved modestly over the past few years. The vacancy rate in suburban Chicago is 14.9% (17.6% including subleases) while the Northwest market is 16.1% (19.5% including subleases). The high vacancy rates are primarily attributed to slow demand as supply has remained stable. The impetus for a significant change in the state of the subject property's market is not anticipated in the short term. On a positive note, there are limited land sites available in the vicinity and construction material costs continue to escalate.

The following represents recent office building sale transactions:

| Building/Address | Size | Price/S.F. | Comments |
|---|---|---|---|
| 555 Business Center Drive Mt. Prospect | 32,573 SF | $2,060,000 ($63.24 SF) | Office/warehouse. Sold to user. |
| 601 E. Kensington Road Mt. Prospect | 80,000 SF | $1,500,000 ($18.75 SF) | Office/R & D. Property sold for land value. Existing structures demolished. |
| 1001 Feehanville Drive Mt. Prospect | 14,200 SF | $940,000 ($66.20 SF) | Flex (80% office) building sold for corporate H.Q. |
| 852 Feehanville Drive Mt. Prospect | 63,200 SF | $4,992,800 ($79.00 SF) | Vacant building purchased by neighbor. |
| 701 E. Prospect Avenue Mt. Prospect | 16,215 SF | $900,000 ($55.50 SF) | Vacant building built in 1960. |
| 350 W. Kensington Road Mt. Prospect | 13,392 SF | $1,835,000 ($94.63 SF) | Class B office building. |
| 800 E. Northwest Highway Mt. Prospect | 23,000 SF | $1,509,000 ($59.40 SF) | Class B office building built in 1980. |

Tom, please contact me with any questions, comments or if you need additional information.

Sincerely,
CB Richard Ellis

Robert D. Graham
First Vice President