*Exhibit "E"*

FREDERICK BODY

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:                               )
AMERICAN HOME MORTGAGE HOLDINGS,) Case No.
INC., a Delaware corporation,   ) 07-11047 (CSS)
et al.,                              )
              Debtors,          )

DEPOSITION OF FREDERICK BODY

Chicago, Illinois

September 1, 2010

REPORTED BY:  Tina Alfaro, RPR, CRR, RMR, CLR

FREDERICK BODY

September 1, 2010

10:00 a.m.

The deposition of FREDERICK BODY, held at the offices of Greenberg Traurig, 77 West Wacker Drive, Chicago, Illinois, pursuant to agreement before Tina M. Alfaro, a Registered Professional Reporter of the State of Illinois.

```
 1                    FREDERICK BODY
 2  A P P E A R A N C E S:
 3     YOUNG CONAWAY STARGATT & TAYLOR, LLP
 4     BY: SHARON ZEIG, ESQ.
 5          P.O. Box 391
 6          The Brandywine Building
 7          1000 West Street, 17th Floor
 8          Wilmington, Delaware 19801
 9          (302) 571-6743
10               On behalf of the Debtors;
11
12     ARONAUER RE & YUDELL, LLP
13     BY: KENNETH YUDELL, ESQ.
14          444 Madison Avenue
15          New York, New York 10022
16          (212) 755-6000
17               On behalf of Park National Bank.
18
19
20
21
22
23
24
25
```

```
1                    FREDERICK BODY
2    senior management" to make it look to Berger that it
3    was discussed.
4         Q.   That's good to clarify.  Thank you.
5                   (Debtor's Exhibit No. 106 was
6                    marked as requested.)
7    BY MS. ZEIG:
8         Q.   Can you tell me what PN257 is?
9         A.   It's an e-mail from Berger to me.
10        Q.   And do you see at the top of the page where
11   it says "Body, Frederick"?
12        A.   Uh-huh.
13        Q.   I assume that's because you printed this
14   document from your e-mail and put it in the file?
15        MR. YUDELL:  Object to form.
16   BY THE WITNESS:
17        A.   There's two "Body, Fredericks" at the
18   top.
19        Q.   At the very, very top there's like a line
20   that goes across the page.
21        A.   It's the one in bold.
22        Q.   Right.  And it reflects that you have
23   printed this and put this in the file, correct?
24        MR. YUDELL:  Objection to form.
25   BY THE WITNESS:
```

Re: 950 N. Elmhurst Road/ 150 W. Rand Road, Mt. Prospect, IL; American Home Mortg...   Page 1 of 2

**Body, Frederick**

From:   Jonathan Berger [berger@tefllc.com]
Sent:   Thursday, May 14, 2009 1:54 PM
To:     Body, Frederick
Subject: Re: 950 N. Elmhurst Road/ 150 W. Rand Road, Mt. Prospect, IL; American Home Mortgage

Mr. Body,

We are discussing your e-mail and we will get back to the bank in the next few days.

Thank you for your quick response.

Jonathan

On 5/13/09 11:01 AM, "Body, Frederick" <FBody@parknatl.com> wrote:

> 05/13/09
>
> Mr. Berger,
>
> Thank you for the information you emailed me yesterday. I have shared this data with several members of our senior management along with your consideration to purchase the Bank's Note, other loan documents and position. It was unanimous that Park National Bank would sell our loan to you at par plus interest and fees. As of May 13, 2009, the total necessary to purchase the loan is $845,503.47 with that total increasing by per diem interest and by a final billing from our attorney. The final billing would include accrued but not yet paid fees and costs and the amount necessary to conclude this transaction.
>
> Our senior management also was unanimous in the feeling that a meeting is not necessary since you know the bank is willing to sell its loan and what the selling price would be. Park National will not reduce the loan's purchase price.
>
> These discussions are bound by the Confidentiality Agreement dated June 17, 2008. If you wish to move forward in purchasing our loan, please let me know.
>
> Frederick D. Body
>
> Senior Vice President
>
> Park National Bank
>
> Voice [708]-445-3216
>
> Fax [708]-445-3223
>
> Email - fbody@parknatl.com
>
> ****************************************************************
> This message may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient(or authorized to act on behalf of the

5/14/2009


EXHIBIT 106
9.1.10

PN000257