*Exhibit "F"*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- X   Chapter 11
In re                                                :
                                                     :   Case No. 07-11047 (CSS)
American Home Mortgage Holdings,                     :
Inc., et al.,                                        :   (Jointly Administered)
                                                     :
                                    Debtors.         :   AFFIDAVIT IN SUPPORT OF PARK
---------------------------------------------------- X   NATIONAL BANK'S MOTION TO
                                                         LIFT THE AUTOMATIC STAY,
                                                         PROHIBIT DEBTOR'S USE OF
                                                         PARK NATIONAL'S CASH
                                                         COLLATERAL, AND PROVIDE
                                                         ADEQUATE PROTECTION

STATE OF ILLINOIS     )
                      ) ss:
COUNTY OF COOK        )

**FREDERICK BODY**, being duly sworn, deposes and says:

1. I am Senior Vice President for Park National Bank ("Park National").

2. This Affidavit is submitted in support of Park National's Motion to lift the automatic stay, prohibit Debtor's use of Park National's cash collateral, and provide adequate protection.

3. On August 9, 2005, Debtor made a Note in the principal amount of $1,007,000.00 payable to the order of Park National Bank and Trust of Chicago (See Exhibit A: Note.)[1]  The 2005 Note is secured by a Mortgage made by Debtor to Park National Bank and Trust of Chicago dated August 9, 2005, which created a mortgage lien

---

[1] Pursuant to a merger and consolidation agreement, Park National Bank and Trust of Chicago became Park National Bank.

on the Mortgaged Property. (The Mortgaged Property is a small shopping strip located at 950 Elmhurst Road,[2] Mount Prospect, Illinois.) (See Exhibit B: Mortgage.)

4. In addition to the Note and Mortgage, the Debtor also signed two loan modification agreements with Park National. The First Modification Agreement with Park National was signed by Debtor in August 2008 (See Exhibit C: First Modification Agreement.) This agreement extended the maturity date to February 9, 2009. As part of the agreement, Debtor agreed to pay legal fees through July 25, 2008 of $8,113.80 and an extension fee of $8,806.40.

5. The Second Modification Agreement with Park National was signed by Debtor on February 3, 2009 (See Exhibit D: Second Modification Agreement.) This agreement extended the maturity date from February 9, 2009 to August 9, 2009. As part of the agreement, Debtor agreed to pay total legal fees through January 31, 2009 of $15,000.00 and total extension fee of $17,612.80. The total legal fees and extension fee include the fees from the First Modification Agreement.

6. Debtor has indicated that it will not make monthly mortgage payments, inclusive of principal, interest, and real estate tax escrow payments, from August 1, 2009 and thereafter.

7. Debtor is in default for failing to make the monthly mortgage payment due under the Note (and other loan documents) on August 1, 2009. Debtor has also failed to make the September 2009 monthly mortgage payment.

8. The loan matured on August 9, 2009 under the Second Loan Modification Agreement. Accordingly, the entire balance is due. However, monthly contract and

---

[2] The Mortgaged Property is also known by address 150 W. Rand Road because the Mortgaged Property faces two different streets.

default interest and monthly real estate taxes continue to accrue and be added to the entire balance (See Exhibit A: Note.) The real estate taxes are accruing at a rate of over $11,000.00 a month and the contract and default interest are collectively accruing at the rate of over $12,900.00 a month. Attorney fees are also accruing as stated in the Note and Mortgage (See Exhibit A: Note; Exhibit B: Mortgage.)

9. The total amount due as of September 22, 2009 is $855,571.52, consisting of unpaid principal of $832,756.93, accrued contract interest of $13,453.19 from July 1, 2009 to September 21, 2009 and default interest of $13,015.07 from August 1, 2009 to September 21, 2009, late charges of $1,041.05 from default of August payment, attorney fees of $34,931.58 from October 1, 2007 to September 1, 2009, release preparation fee of $50.00, and deferred extension fee of $17,612.80 less Escrow for Taxes of $57,289.10. There is no unearned interest.

10. The contract interest per diem interest factor is $166.09 ($5,148.78/31 days). The default interest per diem interest factor is $250.29 ($7,758.98/31 days).

11. Park National had the Mortgaged Property appraised as of the Petition Date at $2,275,000.00 (See Exhibit F: Petition Date Appraisal.)

12. As of July 3, 2009, Park National had the Mortgaged Property appraised at 1,250,000.00 (See Exhibit G: July 3 2009 Appraisal.)

_____
FREDERICK BODY

Sworn to before me this
24th day of September, 2009.

*Susan Harriet Smith*

OFFICIAL SEAL
SUSAN HARRIET SMITH
Notary Public - State of Illinois
My Commission Expires Dec 29, 2010