*Exhibit "G"*

57010

Greg Hahaj Personal
Training Center Inc.
150 W Rand Rd.
Mt Prospect, Il 60056

3682

2-1/710 734
641929989

DATE 12/28/09

PAY TO THE ORDER OF American Home Mortgage    $ 4,600.00

Four thousand six hundred dollars and 00/100    DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Chicago, Illinois 60670
www.chase.com

⑆003682⑆ ⑈071000013⑈    641929989⑊

CONFIDENTIAL    AHM Mt Prospect 007778

### Check 1

Greg Kahaj Personal
Training Center Inc.
150 W Rand Rd.
Mt Prospect, Il 60056

3673

DATE 11/30/09

PAY TO THE ORDER OF: American Home Mortgage    $7000.00

Seven Thousand dollar and 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Chicago, Illinois 60670
www.Chase.com

FOR _____

⑈003673⑈ ⑆071000013⑆  641929989⑈

### Check 2

**T.M.P. INVESTMENTS**
950 N. ELMHURST ROAD
MOUNT PROSPECT IL 60056

ASSOCIATED BANK
CHICAGO IL

79-57/759  454

| DATE | CHECK # | AMOUNT |
|---|---|---|
| 12/1/2009 | 0031024 | $**3,000.00 |

PAY Three Thousand Dollars And 00 Cents

TO THE ORDER OF: American Home Mortgage
538 Broadhollow Road
Melville NY 11747

⑈0031024⑈ ⑆075900575⑆ 2122 340 701⑈

### Check 3

JOHN M. ANDA  01-97
406 DORSET ST.
PROSPECT HEIGHTS, IL 60070-1410

2-1/710 990
1110017106752

3898

DATE 12-1-09

PAY TO THE ORDER OF: AHM    $2000.00

Two thousand ———— DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Chicago, Illinois 60670
www.Chase.com

MEMO Rent

⑆071000013⑆ 1110017106752⑈ 3898

---

**Check 3874**

JOHN M. ANDA  01-97
408 DORSET ST.
PROSPECT HEIGHTS, IL 60070-1410

2-1/710 990
1110017106752

DATE 11-2-09

PAY TO THE ORDER OF  AHM   $ 200.00

Ten Thousand —————— DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Chicago, Illinois 60670
www.Chase.com

MEMO Nov Rent          John Anda

⑆071000013⑆ 1110017106752⑆ 3874

---

**Check 3663**

Greg Hahaj Personal
Training Center Inc.
150 W Rand Rd.
Mt Prospect, Il 60056

DATE 10/31/09    2-1/710 734
641929989

PAY TO THE ORDER OF  American Home Mortgage    $ 7,000.00

Seven thousand dollars and 00/100 ——— DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Chicago, Illinois 60670
www.Chase.com

October 09

⑆003663⑆ ⑆071000013⑆ 641929989⑆

---

**Check 0030983**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

T.M.P. INVESTMENTS
950 N. ELMHURST ROAD
MOUNT PROSPECT IL 60056

ASSOCIATED BANK
CHICAGO IL

79-57/759  454

| DATE | CHECK # | AMOUNT |
|---|---|---|
| 10/30/2009 | 0030983 | $**3,000.00 |

PAY  Three Thousand Dollars And 00 Cents

TO THE ORDER OF
American Home Mortgage
538 Broadhollow Road
Melville NY 11747

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

⑆0030983⑆ ⑆075900575⑆ 2122 340 701⑆