**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>American Home Mortgage Holdings,<br>Inc., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered) |

**MOTION TO SHORTEN NOTICE OF MOTION BY U.S. BANK, N.A.
(F/K/A PARK NATIONAL BANK) FOR SUMMARY JUDGMENT**

U.S. Bank National Association, as successor in interest to Park National Bank ("Park National"), by its attorneys, Womble Carlyle Sandridge & Rice, PLLC and Aronauer, Re & Yudell, LLP, hereby move (the "Motion to Shorten") for entry of an order shortening the applicable notice period for the Motion of U.S. Bank, N.A. (f/k/a Park National Bank) for Summary Judgment (the "Summary Judgment Motion"), filed contemporaneously herewith, pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and sections 102 and 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended and applicable herein, the "Bankruptcy Code"). Park National respectfully requests that, pursuant to this Court's Stipulated Discovery Scheduling Order (the "Scheduling Order") [D.I. 9041], the Summary Judgment Motion be heard as scheduled at the evidentiary hearing scheduled in this contested matter for September 28, 2010, and

that responses to the Summary Judgment be filed and served on counsel to Park National no later than September 22, 2010, or by such other time as the Court may direct. In support of the Motion to Shorten, Park National respectfully state as follows:

## JURISDICTION

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for the relief requested herein are sections 102 and 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2002-1 and 9006-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

## BACKGROUND

3. The relevant factual background set forth in the Motion for Summary Judgment is incorporated herein by reference.

4. On July 22, 2010, this Court entered the Scheduling Order. The Scheduling Order provides that dispositive motions were due by September 15, 2010. Scheduling Order ¶ 14. On September 15, 2010, Park National timely served its memorandum of law in support of the Summary Judgment Motion.

5. Under the Scheduling Order, a two-day evidentiary hearing

was scheduled to begin September 29, 2010 at 9:30 a.m. Id. at ¶ 18.  The evidentiary hearing has since been rescheduled to commence on September 28, 2010.

## RELIEF REQUESTED

6. By this Motion to Shorten, in an excess of caution and to ensure compliance with Local Rule 9006-1(c), Park National seeks entry of an order shortening the time for responses to the Summary Judgment Motion.  By the Motion to Shorten, Park National seeks entry of an order, inter alia, requiring responses to the Summary Judgment Motion to be filed no later than September 22, 2010.

7. Local Rule 9006-1(c)(1) provides that motion papers shall be filed and served at least fourteen (14) days prior to the hearing date in respect of the motion. Del. Bankr. L.R. 9006-1(c)(1).  Under Local Rule 9006-1(e), however, such period may be shortened by order of the Court upon written motion specifying the exigencies supporting shortened notice.  See Del. Bankr. L.R. 9006-1(e); see also Fed. R. Bankr. P. 9006(c)(1) (permitting Court to shorten notice "for cause shown"). Park National submits that there is sufficient cause to justify shortening the notice period for the hearing on the relief requested in the Summary Judgment Motion because it was timely filed under the Scheduling Order.

8. There would be no prejudice to the Debtors if the Motion to Shorten is granted.  The Debtors would have seven (7) days to respond to the Summary Judgment Motion, just as they would if the date of hearing had not been changed.  The only prejudice would be to Park National, whose time to file a reply will be shortened by one (1) day.

9. For the foregoing reasons, Park National believes that good cause exists to approve the shortened notice requested herein. Accordingly, Park National request that (i) a hearing to consider the Summary Judgment Motion be conducted at the September 28, 2010 hearing and (ii) objections to the relief requested therein be filed and served on undersigned counsel by September 22, 2010, or by such other time as the Court may direct.

WHEREFORE, for the foregoing reasons, Park National respectfully requests that this Court enter an order (i) granting the relief requested herein and (ii) granting Park National such further relief as it deems just and proper.

Dated: September 16, 2010    **Womble Carlyle Sandridge & Rice, PLLC**

By: /s/ Michael Busenkell
Michael Busenkell (Del. Bar No. 3933)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4324
Facsimile: (302) 661-7724
E-mail: mbusenkell@wcsr.com

And

Aronauer, Re & Yudell, LLP
Kenneth S. Yudell, admitted Pro Hac Vice
444 Madison Avenue, 17th Floor
New York, New York 10022
Telephone # (212) 755-6000

*Attorneys for U.S. Bank, N.A. as successor in interest to Park National Bank*