**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| American Home Mortgage Holdings, Inc., *et al.*, | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | **Re: D.I.** _____ |

**ORDER GRANTING MOTION TO SHORTEN NOTICE OF MOTION BY
U.S. BANK, N.A. (F/K/A PARK NATIONAL BANK) FOR SUMMARY
JUDGMENT**

Upon the motion (the "Motion to Shorten") of U.S. Bank National Association, as successor in interest to Park National Bank ("Park National") for entry of an order pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure, Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and sections 102 and 105(a) of the Bankruptcy Code, shortening the applicable response and notice period for Park National's Motion for Summary Judgment (the "Summary Judgment Motion"); and the Court having jurisdiction to consider the Summary Judgment Motion and the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances; and the Court having considered the Motion to Shorten and the entry of this Order and determined that the relief requested therein is in the best interests of the Debtors, their estates, the Debtors'

creditors, and other parties in interest; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion to Shorten is GRANTED.

2. Any response to the Summary Judgment Motion shall be filed and served by September 22, 2010.

3. A hearing on the Summary Judgment Motion shall be conducted on September 28, 2010.

4. This Court retains its jurisdiction to interpret, implement, and enforce the provisions of this Order.

Dated: September ____, 2010

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge