# EXHIBIT "B"

### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555        Fax:   (302) 575-1714

American Home Morgage Holdings, Inc.,                          May 1, 2010 to May 31, 2010
Official Committee of Unsecured Creditors
Hahn & Hessen, LLP
488 Madison Avenue                                              Invoice No. 35577
New York, NY 10022
**Attention:**     Mark T. Power, Esquire

**RE:**     Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|---|------|--------|
| B14 | Case Administration - | 1.40 | 222.00 |
| B18 | Fee Applications, Others - | 0.10 | 27.00 |
| B25 | Fee Applications, Applicant - | 4.10 | 1,003.00 |
| | **Total** | **5.60** | **$1,252.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| Lisa L. Coggins | 270.00 | 0.60 | 162.00 |
| Rick S. Miller | 350.00 | 1.70 | 595.00 |
| Legal Assistant - MH | 150.00 | 3.30 | 495.00 |
| **Total** | | **5.60** | **$1,252.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                    **$97.25**

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| May-03-10 | *Case Administration* - E-mail from L. Coggins re check our quarterly fee application numbers against fee application order; e-mail to D. Laskin re results | 0.10 | MH |
| May-04-10 | *Case Administration* - E-mail from M. Hedden re: order approving interim fee apps | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail from M. Hedden to J. Morris re: signed order approving fee apps | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review signed order approving interim fee requests and forward same to M. Hedden re: checking numbers and sending to co-counsel | 0.10 | LLC |
| | *Case Administration* - Review order approving fee applications; download and e-mail same to J. Morse | 0.10 | MH |
| May-07-10 | *Fee Applications, Applicant* - Review Certificate of No Objection re: March 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re March 2010 fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re March 2010 fee application | 0.30 | MH |
| May-10-10 | *Fee Applications, Applicant* - Review time records for April 2010 | 0.20 | RSM |
| | *Case Administration* - E-mail to accounting re expect wire payment re Feb. fee application | 0.10 | MH |
| May-11-10 | *Fee Applications, Applicant* - Edit April 2010 prebill | 0.10 | MH |
| | *Fee Applications, Applicant* - Modify April 2010 statement; use spreadsheet to calculate re expenses chart in fee application; prepare fee application and related documents for filing on 5/17/10 | 0.90 | MH |
| May-12-10 | *Fee Applications, Applicant* - E-mail from RSM re: fee report from fee auditor and review same | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review letter from Ms. Pugh re: Fee Report | 0.20 | RSM |
| | *Fee Applications, Applicant* - E-mail to MH and LLC re: Ms. Pugh's letter | 0.10 | RSM |
| | *Case Administration* - E-mail from RSM and attached letter from fee examiner re Blue Marble invoices; obtain copies of invoices; review file re service explanation for each invoice; memo to RSM re same | 0.80 | MH |
| May-13-10 | *Fee Applications, Applicant* -  Draft letter to Ms. Pugh | 0.80 | RSM |
| May-14-10 | *Fee Applications, Applicant* - Revise letter to Ms. Pugh; e-mail to Ms. Pugh | 0.40 | RSM |
| May-17-10 | *Fee Applications, Applicant* - Review April 2010 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve April 2010 fee application | 0.40 | MH |
| | Totals | 5.60 | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| May-07-10 | Photocopy Cost | 3.00 |
| May-11-10 | Photocopy Cost | 0.80 |
| | First State Deliveries - hand deliveries | 32.50 |
| May-12-10 | Photocopy Cost | 1.00 |
| | Photocopy Cost | 0.50 |
| May-17-10 | Photocopy Cost | 20.00 |
| | postage | 6.95 |
| May-19-10 | First State Deliveries - hand deliveries | 32.50 |
| | Totals | $97.25 |
| | **Total Fees & Disbursements** | **$1,349.25** |

### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555        Fax:   (302) 575-1714

American Home Mortgage Holdings, Inc.,                         June 1, 2010 to June 30, 2010
Official Committee of Unsecured Creditors
Hahn & Hessen, LLP
488 Madison Avenue                                             Invoice No. 35697
New York, NY 10022
**Attention:**     Mark T. Power, Esquire

**RE:**     Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|------|-------|--------|
| B14 | Case Administration - | 1.20 | 216.00 |
| B18 | Fee Applications, Others - | 3.40 | 714.00 |
| B25 | Fee Applications, Applicant - | 7.70 | 1,243.00 |
| B32 | Litigation and Litigation Consulting - | 1.40 | 378.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 4.40 | 1,540.00 |
| | **Total** | **18.10** | **$4,091.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| Lisa L. Coggins | 270.00 | 3.80 | 1,026.00 |
| Rick S. Miller | 350.00 | 4.60 | 1,610.00 |
| Legal Assistant - MH | 150.00 | 9.70 | 1,455.00 |
| **Total** | | **18.10** | **$4,091.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                          **$819.91**

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Jun-03-10 | *Fee Applications, Others* - E-mail from J. Morse re: HBD 6th monthly fee app | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail from J. Wolf re: HBD 6th monthly fee app | 0.10 | LLC |
| Jun-04-10 | *Fee Applications, Others* - Review HBD 6th monthly fee app for filing and e-mail to M. Hedden re: same | 0.20 | LLC |
| | *Fee Applications, Others* - Trade e-mails with M. Hedden re: HBD 6th monthly fee app | 0.20 | LLC |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - E-mail from L. Coggins re HBD's 6th monthly (Feb.-April 10); review fee app/cno chart re due date for quarterly; e-mail to L. Coggins to remind HBD of same | 0.10 | MH |
| | *Fee Applications, Others* - E-mail from L. Coggins re HBD's 6th monthly fee application; prepare certificate of service re same | 0.20 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HBD's 6th monthly fee application | 0.30 | MH |
| | *Fee Applications, Others* - E-mail to L. Coggins re reminder to HBD that quarterly fee application is due 6/14/10 | 0.10 | MH |
| Jun-08-10 | *Fee Applications, Others* - Confer with M. Hedden re: upcoming Certificate of No Objection's to be filed re: certain fee applications | 0.10 | LLC |
| Jun-10-10 | *Fee Applications, Applicant* - Review Certificate of No Objection re: monthly fee app for April 2010 for filing | 0.10 | LLC |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Case Administration* - E-mail to accounting re expect wire transfer Friday | 0.10 | MH |
| | *Case Administration* - E-mail D. Laskin re hearing date/time for 11th quarterly period | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare certificate of no objection and certificate of service re April 10 fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review docket, prepare for filing, and e-file and serve certificate of no objection re April 10 fee application | 0.30 | MH |
| | *Fee Applications, Applicant* - Prepare quarterly fee application and related documents re Feb.-April 2010 fee period for filing on 6/14/10; prepare database re same | 4.20 | MH |
| Jun-14-10 | *Case Administration* - Confer with M. Hedden re: adding fee auditor to service list and follow- up e-mail from M. Hedden re: same | 0.20 | LLC |
| | *Fee Applications, Others* - E-mail from J. Wolf re: HBD quarterly fee app for 11th period | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail to J. Wolf re: HBD quarterly fee app for 11th period | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail from J. Wolf re: HBD quarterly fee app and forward same to M. Hedden | 0.10 | LLC |
| | *Fee Applications, Others* - Review HBD second interim fee app for filing and confer with M. Hedden re: same | 0.10 | LLC |

| | | | |
|---|---|---|---|
| | *Fee Applications, Applicant* - Review quarterly fee app for 11th interim period for filing | 0.20 | LLC |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Case Administration* - Confer with L. Coggins re whether to send fee applications to new fee auditor; e-mail to D. Laskin re same | 0.10 | MH |
| | *Case Administration* - E-mail FJP' s 2/1/10-4/30/10 quarterly fee application to fee auditor | 0.10 | MH |
| | *Case Administration* - E-mail HBD's monthly and quarterly fee applications re 2/1/10-4/30/10 to fee auditor | 0.10 | MH |
| | *Fee Applications, Others* - Review HBD's 2nd quarterly fee application; prepare notice and certificate of service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HBD's 2nd quarterly fee application | 0.60 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file 11th quarterly fee application and notice thereof; serve fee application; arrange for service of notice on 2002 service list | 0.90 | MH |
| Jun-15-10 | *Fee Applications, Applicant* - Review monthly fee app for May 2010 for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review FJ&P May time records | 0.20 | RSM |
| | *Case Administration* - Update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Modify May 2010 statement; use spreadsheet to calculate re expenses chart in fee application; prepare fee application and related documents | 0.90 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve May 2010 fee application | 0.50 | MH |
| Jun-24-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Review JP Morgan Discovery requests | 0.10 | RSM |
| Jun-25-10 | *Fee Applications, Others* - Confer with M. Hedden re: status of HBD CNO for recent monthly fee app | 0.10 | LLC |
| | *Fee Applications, Others* - Follow- up conference with M. Hedden re: status of HBD CNO | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Call from D. Laskin re; oral argument on motion to dismiss filed in JP Morgan adversary action | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail to RSM re: status of oral argument in JP Morgan adversary action | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from RSM re: status of oral argument in JP Morgan adversary case | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Email correspondence with Ms. Irving re: June 30 hearing | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Email correspondence with Mr. Morris re: June 30 hearing | 0.10 | RSM |
| Jun-28-10 | *Litigation and Litigation Consulting* - Review agenda re: oral argument scheduled for 6-30-2010 | 0.10 | LLC |
| Jun-29-10 | *Case Administration* - Confer with TJT re: various fee app issues | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with M. Hedden re: status of Certificate of No Objection re: HBD 6th monthly fee app | 0.10 | LLC |

| | | | |
|---|---|---:|---|
| | *Fee Applications, Others* - E-mail to J. Morris re: status of Certificate of No Objection on HBD's 6th monthly fee app | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail from J. Morris re: status of Certificate of No Objection on HBD's 6th monthly fee app, confer with M. Hedden re: same | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: HBD 6th monthly fee app for filing | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from RSM re: status of co-counsel's admission pro hac | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review docket and e-mail to RSM re: status of co- counsel pro hac admission | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Confer with RSM re: oral argument in JP Morgan adversary | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail to RSM re: Court calendar for oral argument in JP Morgan adversary | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Meeting with Mr. Morris and Ms. Irving re: prepare for hearing | 2.00 | RSM |
| Jun-30-10 | *Litigation and Litigation Consulting* - E-mail from RSM re: retrieval of recent 3rd circuit opinion | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Retrieve recent 3rd circuit opinion and forward same to RSM | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Confer with RSM re: court's decision after oral argument in JP Morgan adversary and related case issues | 0.20 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Attend Court hearing; meeting with co-counsel | 2.00 | RSM |
| | Totals | 18.10 | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Jun-04-10 | Photocopy Cost | 4.00 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 2.10 |
| | Photocopy Cost | 0.60 |
| Jun-10-10 | Photocopy Cost | 3.00 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 1.20 |
| | Photocopy Cost | 0.80 |
| Jun-14-10 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 1.20 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 27.00 |
| | Photocopy Cost | 8.40 |
| | First State Deliveries - expedited hand deliveries | 32.00 |
| | postage | 14.61 |

| | | |
|---|---|---:|
| Jun-15-10 | Photocopy Cost | 0.80 |
| | Photocopy Cost | 19.00 |
| | First State Deliveries - hand deliveries 6/14/10 | 32.00 |
| Jun-17-10 | First State Deliveries - hand deliveries | 32.00 |
| Jun-22-10 | Blue Marble -  hand deliveries | 598.50 |
| Jun-29-10 | Photocopy Cost | 1.00 |
| | Photocopy Cost | 2.00 |
| | postage | 2.20 |
| Jun-30-10 | Photocopy Cost | 1.00 |
| | First State Deliveries - hand deliveries 6/29/10 | 32.50 |
| | Totals | $819.91 |

**Total Fees & Disbursements**        **$4,910.91**

# *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555        Fax:    (302) 575-1714

American Home Mortgage Holdings, Inc.,                           July 1, 2010 to July 31, 2010
Official Committee of Unsecured Creditors                                       Invoice # 36248
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022

**Attention:**    Mark T. Power, Esquire
**RE:**        Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|------|------:|-------:|
| B14 | Case Administration - | 1.60 | 300.00 |
| B18 | Fee Applications, Others - | 0.80 | 168.00 |
| B25 | Fee Applications, Applicant - | 2.10 | 511.00 |
| B32 | Litigation and Litigation Consulting - | 2.10 | 567.00 |
| B42 | Litigation/Adversary Proceedings (Non- Claims) - | 0.30 | 105.00 |
| | **Total** | **6.90** | **$1,651.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|-----:|------:|-------:|
| Lisa L. Coggins | 270.00 | 4.30 | 1,161.00 |
| Rick S. Miller | 350.00 | 0.50 | 175.00 |
| Legal Assistant - KC | 150.00 | 2.10 | 315.00 |
| **Total** | | **6.90** | **$1,651.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                             **$686.47**

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Jul-01-10 | Fee Applications, Applicant - Review FJ&P time records for June 2010 | 0.20 | RSM |
| Jul-06-10 | Litigation/Adversary Proceedings (Non-Claims) - Review court order; email to co-counsel | 0.20 | RSM |
| Jul-07-10 | Fee Applications, Others - Review CNO re: second interim fee app of HBD for filing | 0.10 | LLC |
| | Fee Applications, Applicant - Confer with M. Hedden re: preparation of Certificate of No Objection re: 11th monthly fee app | 0.10 | LLC |
| | Fee Applications, Applicant - Review CNO re: quarterly fee app for 11th interim period for filing | 0.10 | LLC |
| | Fee Applications, Applicant - Review and revise CNO re: 11th monthly fee app and confer with KC re: same | 0.20 | LLC |
| | Litigation and Litigation Consulting - Review signed order denying motion to dismiss in JP Morgan adversary action | 0.10 | LLC |
| | Litigation and Litigation Consulting - Confer with RSM re: entry of order denying motion to dismiss in JP Morgan action | 0.10 | LLC |
| | Fee Applications, Others - Review docket and draft CNO for HBD's monthly fee app for May 2010 and Certificate of Service of same | 0.10 | KC |
| | Fee Applications, Applicant - Review docket and draft Certificate of No Objection of FJP's monthly fee app for May 2010 and 11th Quarterly with COS's of same | 0.30 | KC |
| Jul-08-10 | Fee Applications, Applicant - Confer with KC re: filing and service of CNO's for certain fee apps | 0.20 | LLC |
| | Fee Applications, Others - Revision to Certificate of Service for HBD's Certificate of No Objection of monthly fee application for May 2010 | 0.10 | KC |
| | Fee Applications, Others - E-file and service of HBD's Certificate of No Objection for monthly fee app for May 2010 | 0.20 | KC |
| | Fee Applications, Applicant - Revisions to Certificate of No Objection of FJP's monthly fee app for May 2010 and 11th Interim Quarterly and Certificate of Service of same in preparation for filing | 0.10 | KC |
| | Fee Applications, Applicant - E-file and service of FJP's Certificate of No Objection's for month of May 2010 and 11th Quarterly | 0.20 | KC |
| Jul-13-10 | Fee Applications, Others - Confer with KC re: upcoming HBD fee app | 0.10 | LLC |
| | Fee Applications, Applicant - E-mail from D. Laskin re: proposed order approving interim quarterly fee apps and confer with KC re: same | 0.20 | LLC |
| | Fee Applications, Applicant - Confer with KC re: June fee app | 0.10 | LLC |
| | Fee Applications, Applicant - E-mail from and to KCallahan re; proposed order approving interim quarterly fee apps | 0.10 | LLC |
| | Case Administration - E-mail from L. Coggins re: Proposed Order and fee amounts, review fee application and e-mail to D. Laskin at YCS&T re: verifying same | 0.20 | KC |
| Jul-14-10 | Fee Applications, Others - E-mail from J. Morse re: no comments or changes from HBD to proposed order re: interim quarterly fee app | 0.10 | LLC |
| Jul-15-10 | Fee Applications, Others - Confer with KC re: HBD monthly fee apps | 0.10 | LLC |
| | Fee Applications, Applicant - Review June 2010 fee app for filing and confer with KC re: same | 0.30 | LLC |

| Date | Description | Hours | Initials |
|---|---|---|---|
| Jul-19-10 | Case Administration - Review notice of appearance and forward same to KC re: updating service list | 0.10 | LLC |
| | Case Administration - Review additional notice of appearance and forward same to KC re: updating service list | 0.10 | LLC |
| | Case Administration - Review order approving interim fee requests | 0.10 | LLC |
| | Case Administration - Update service list re: request for service notice | 0.10 | KC |
| Jul-22-10 | Case Administration - Confer with KC re: general fee application issues | 0.10 | LLC |
| | Case Administration - Service of discovery and letter re: verification forthcoming to same | 0.20 | KC |
| Jul-23-10 | Litigation and Litigation Consulting - E-mail from RSM re: service of discovery responses | 0.10 | LLC |
| | Litigation and Litigation Consulting - Follow-up e-mail from RSM re: notice of service for discovery responses | 0.10 | LLC |
| | Litigation and Litigation Consulting - Review discovery responses and e-mail to co-counsel re: same | 0.40 | LLC |
| | Litigation and Litigation Consulting - E-mail from J. Irving re: revised discovery responses | 0.10 | LLC |
| | Litigation and Litigation Consulting - Review and finalize discovery responses in JP Morgan suit and prepare and file notice of service re: same | 1.00 | LLC |
| | Litigation and Litigation Consulting - Confer with KC re: service of discovery | 0.10 | LLC |
| Jul-26-10 | Litigation and Litigation Consulting - Confer with KC re: JP Morgan action file organization | 0.10 | LLC |
| | Litigation/Adversary Proceedings (Non-Claims) - Review correspondence from Mr. Green | 0.10 | RSM |
| Jul-27-10 | Case Administration - Review notice of withdraw of appearance and forward same to KC | 0.10 | LLC |
| Jul-28-10 | Case Administration -Review Notice of withdrawal of appearance and update service list re: same | 0.20 | KC |
| Jul-30-10 | Case Administration - Review docket, organize pleadings | 0.40 | KC |
| | Totals | 6.90 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Jul-06-10 | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.80 |
| Jul-08-10 | Photocopy Cost | 7.00 |
| | Cost Advance - Blue Marble  - cc 224.00; service 359.33 (Inv # 43231) | 583.33 |
| | Cost Advance -  postage 5 @ $.44 | 2.20 |
| Jul-09-10 | Cost Advance -  First State Deliveries - hand deliveries 7/8/10 | 32.50 |
| Jul-15-10 | Photocopy Cost | 18.00 |
| | Photocopy Cost | 1.00 |
| Jul-23-10 | Photocopy Cost | 13.20 |
| | Photocopy Cost | 4.00 |

| | | | |
|---|---|---|---:|
| Jul-27-10 | Cost Advance - | Pacer Service Center - (RSM) 4/1/10- 6/30/10 (Account # FJ0091) | 9.04 |
| | Cost Advance - | First State Deliveries -  2 hand deliveries on 7/23/10 | 13.00 |
| | Cost Advance - | Pacer Service Center - (TJT) 4/1/10- 6/30/10 (Account # FJ0093) | 1.60 |
| | Totals | | $686.47 |

**Total Fees & Disbursements**                                           **$2,337.47**