ZACHARY MOSNER, WSBA# 9566
Assistant Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
(206) 389-2198

Judge Christopher S. Sontchi
Chapter 11

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re

    AMERICAN HOME MORTGAGE
HOLDINGS, INC.,

                             Debtors.

CASE NO.  07-11047-CSS

NOTICE OF WITHDRAWAL AND
REQUEST FOR REMOVAL FROM
SERVICE LISTS

    **Please Take Notice** that the State of Washington hereby withdraws it appearance as an Interested Party.

    **Please Take Further Notice** that the undersigned hereby requests that the following address be removed from the court's master mailing matrix: Zachary Mosner, Assistant Attorney General, 800 Fifth Avenue, Suite 2000, Seattle, Washington, 98104-3188.   The State of Washington further requests that the following email address be removed from the ECF noticing list: bcumosner@atg.wa.gov.   In addition, the undersigned requests that it be removed from the service lists of the Debtor, Debtor's Counsel, and all other interested parties.

    DATED this 14th day of September, 2010.

                         ROBERT M. MCKENNA
                         Attorney General

                         /s/ Zachary Mosner

                         ZACHARY MOSNER, WSBA No. 9566
                         Assistant Attorney General
                         Bankruptcy & Collections Unit

NOTICE OF WITHDRAWAL AND REQUEST
FOR REMOVAL FROM SERVICE LISTS

1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
(206) 389-2187 phone – (206) 587-5150 fax

1

      I, <u>Kathryn Ferrier</u>, submitted the attached document through Electronic Case Filing on

2   August 16, 2009.  By filing electronically, it was served on all parties registered with ECF in this case.  I declare under the penalty of perjury that the foregoing is true and correct.

3

      Executed on September 16, 2010.

4

                                  Kathryn Ferrier

5                                       _____

6                                       Legal Assistant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF WITHDRAWAL AND REQUEST      2      OFFICE OF THE ATTORNEY GENERAL
FOR REMOVAL FROM SERVICE LISTS               Bankruptcy & Collections Unit
                                           800 Fifth Avenue, Suite 2000
                                        Seattle, Washington 98104-3188
                              (206) 389-2187 phone – (206) 587-5150 fax