IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., et al., | : | |
| | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | Related to Docket No. 9231 |

## ORDER

Upon consideration of the Motion to Shorten Notice of Motion by U.S. Bank, N.A. (F/K/A Park National Bank) for Summary Judgment [D.I. 9231] filed on September 16, 2010 (the "Motion to Shorten"). The Court having considered the Motion to Shorten; the Court finding that (a) the Court has jurisdiction over the Motion to Shorten under 28 U.S.C. § 1334; and (b) the Motion to Shorten is a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having determined that the movants have not established sufficient cause to justify the relief requested in the Motion to Shorten.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

The Motion to Shorten is DENIED.

Christopher S. Sontchi
United States Bankruptcy Court Judge

Dated: September 17, 2010