IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   : Jointly Administered
        Debtors.                                                   :
                                                                   : **Ref. Docket No.: 9175**
------------------------------------------------------------------ x

### CERTIFICATION OF COUNSEL REGARDING REVISED ORDER WITH RESPECT TO THE DEBTORS' SIXTY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

The undersigned counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1.  On August 24, 2010, the Debtors filed the Debtors' Sixty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 9175] (the "Objection"). By the Objection, the Debtors sought, *inter alia*, to expunge claim number 1771 ("Claim 1771") filed by The Ritz-Carlton Hotel Company, LLC ("Ritz-Carlton") on the grounds that the Debtors have no record of the claimed services and Ritz-Carlton failed to respond to requests for additional documentation to substantiate the claim.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2. On September 2, 2010, Ritz-Carlton filed a response [Docket No. 9191] (the "Ritz-Carlton Response") to the Objection and attached documentation which purports to substantiate Claim 1771. In light of the receipt of such documentation, the Debtors and Ritz-Carlton have agreed to adjourn the Objection with respect to Claim 1771 pending further discussions to consensually resolve the parties' issues. A revised proposed form of order (the "Revised Proposed Order") with revised exhibits reflecting the adjournment of the Objection solely with respect to Claim 1771 is attached hereto as Exhibit 1.

3. Responses to the Objection were to be filed and served no later than September 16, 2010 at 4:00 p.m. (ET). The undersigned hereby certifies that, as of the date hereof, no other comment, answer, objection or other responsive pleading to the Objection has been received. The undersigned further certifies that the Court's docket has been reviewed in this case and, other than the Ritz-Carlton Response, no answer, objection or other responsive pleading to the Objection appears thereon.

WHEREFORE, based on the foregoing, the Debtors respectfully request that the Court enter the Revised Proposed Order at its earliest convenience.

Dated: September 21, 2010
Wilmington Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Michael S. Neiburg
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

2

# EXHIBIT 1

**Revised Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
       Debtors.                                                        :
                                                                       :   **Ref. Docket No. 9175**
---------------------------------------------------------------------- x

**REVISED ORDER SUSTAINING IN PART DEBTORS' SIXTY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the sixty-second omnibus (non-substantive) claims objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") reassigning or disallowing and expunging each of the Disputed Claims[2] identified on Exhibits A, B, C, D, E and F attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]   All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Objection is adjourned with respect to claim number 1771 filed by The Ritz-Carlton Hotel Company, LLC; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A, B, C, E and F are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit D are hereby reassigned to the New Case Numbers as indicated on Exhibit D; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       September ___, 2010

                                       CHRISTOPHER S. SONTCHI
                                       UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Amended Claim**

# Exhibit A

## Amended Claim

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| MCCANN APPRAISAL SERVICES INC.<br>ATTN FRANK MCCANN, OWNER/PRESIDENT<br>231 S. WHITE HORSE PIKE<br>AUDUBON, NJ 08106 | 9081 | 1/11/08 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$60.00 (U)<br>$60.00 (T) | 10641 | 1/9/09 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$7,160.00 (U)<br>$7,160.00 (T) |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$60.00 (U)<br>$60.00 (T) | | | | - (S)<br>- (A)<br>- (P)<br>$7,160.00 (U)<br>$7,160.00 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Duplicate Claims**

## Exhibit B

### Duplicate Claim

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| LAW GROUP PL<br>FLORIDA DEFAULT LAW GROUP PL<br>PO BOX 25018<br>MAIL STOP 4<br>TAMPA, FL 33622-5018 | 10678 | 1/10/09 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$8,219.21 (U)<br>$8,219.21 (T) | 8662 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$8,219.21 (U)<br>$8,219.21 (T) |
| LAW GROUP PL<br>FLORIDA DEFAULT LAW GROUP PL<br>PO BOX 25018<br>MAIL STOP 4<br>TAMPA, FL 33622-5018 | 10682 | 2/20/09 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$8,219.21 (U)<br>$8,219.21 (T) | 8662 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$8,219.21 (U)<br>$8,219.21 (T) |
| MOBILE REGISTER, THE<br>LOCK BOX 1712<br>MOBILE, AL 36601 | 10654 | 2/2/09 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,535.00 (U)<br>$1,535.00 (T) | 3784 | 11/29/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,535.00 (U)<br>$1,535.00 (T) |
| **Totals:** | **3 Claims** | | | - (S)<br>- (A)<br>- (P)<br>$17,973.42 (U)<br>$17,973.42 (T) | | | | - (S)<br>- (A)<br>- (P)<br>$17,973.42 (U)<br>$17,973.42 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Late Filed Claims**

# Exhibit C

## Late Filed Claim

| Name/Address of Claimant | Objectionable Claim | | | | |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
| DEPARTMENT OF CORPORATIONS<br>C/O: PRESTON DUFAUCHARD, COMMISSIONER<br>1515 K ST, STE 200<br>SACRAMENTO, CA 95814-4052 | 9864 | 1/31/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$10,605.65 (U)<br>$10,605.65 (T) | 1/11/2008 |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>C/O ELENA P. LAZAROU, ESQ.<br>REED SMITH LLP<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | 10173 | 4/2/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$8,262.18 (U)<br>$8,262.18 (T) | 1/11/2008 |
| Totals: | 2 Claims | | | - (S)<br>- (A)<br>- (P)<br>$18,867.83 (U)<br>$18,867.83 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Wrong Debtor Claims**

# Exhibit D
## Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number |
|---|---|---|---|---|---|
| 32 PROSPECT AVENUE, LLC<br>C/O HARVEY SUSSWEIN<br>85 CLINTON AVENUE<br>MONTCLAIR, NJ 07042 | 9883 | 2/1/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$5,339.25 (U)<br>$5,339.25 (T) | 07-11051 |
| AMERICAN SOLUTIONS FOR BUSINESS<br>ATTN SHELLY ANDERSON, CREDIT MGR<br>PO BOX 218<br>GLENWOOD, MN 56334 | 1434 | 10/5/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,608.18 (U)<br>$1,608.18 (T) | 07-11051 |
| CITY OF GREENSBORO<br>ATTN CONNIE C. HUDGINS - DEPUTY<br>PO BOX 3136<br>GREENSBORO, NC 27402-3136 | 5442 | 12/13/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$3,960.00 (U)<br>$3,960.00 (T) | 07-11051 |
| HUFFMAN ASSOCIATES, LLC<br>ATTN MICHAEL W. HUFFMAN, PRESIDENT<br>111 WEST MAIN STREET<br>BAY SHORE, NY 11706 | 1393 | 9/27/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$125,700.00 (U)<br>$125,700.00 (T) | 07-11051 |
| REGSDATA<br>C/O ISO, INC. LAW DEPT<br>KENNETH E. THOMPSON, SECRETARY<br>545 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310-1686 | 3628 | 11/26/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$2,227.76 (U)<br>$2,227.76 (T) | 07-11051 |
| THELEN REID BROWN RAYSMAN & STEINER LLP<br>ATTN LOUIS J CISZ, III<br>MARCUS O COLABIANCHI<br>101 SECOND STREET #1800<br>SAN FRANCISCO, CA 94105 | 7736 | 1/8/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$3,027.90 (U)<br>$3,027.90 (T) | 07-11051 |
| WINSTON SUPPORT SERVICES, LLC<br>ATTN: JESSE ULEZALKA<br>122 EAST 42ND STREET<br>NEW YORK, NY 10168 | 10737 | 10/7/09 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$12,000.00 (U)<br>$12,000.00 (T) | 07-11051 |

| Name/Address of Claimant | Objectionable Claims | | | | New Case Number |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | Case Number |
| **Totals:** | 7 Claims | | | - (S)<br>- (A)<br>- (P)<br>$153,863.09 (U)<br>$153,863.09 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

**No Supporting Documentation Claims**

## Exhibit E
## No Documentation Claim

| Name/Address of Claimant | Objectionable Claim | | | Total Amount Claimed | Comments |
| --- | --- | --- | --- | --- | --- |
| | Claim Number | Date Filed | Case Number | | |
| BATES, ARBIE<br>3848 HWY 63<br>BLACK ROCK, AR 72415 | 7630 | 1/8/08 | No Case | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form which would allow the Debtors to determine whether or not the claimant has a valid claim. Moreover, the claimant has not responded to the Debtors' requests for additional information. Based on the foregoing, the Debtors request the claim be disallowed and expunged. |
| CIRCUIT COURT FOR BALTIMORE CITY<br>100 NORTH CALVERT ST., RM 610<br>BALTIMORE, MD 21202 | 6034 | 12/17/07 | 07-11051 | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form. Accordingly, the Debtors are unable to determine the potential basis for the claim and request the claim be disallowed and expunged. |
| CIRKUS, JOSEPH<br>4251 ROCK ISLAND RD. APT. 106<br>LAUDERHILL, FL 33319-4509 | 4381 | 12/3/07 | No Case | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form. Accordingly, the Debtors are unable to determine the potential basis for the claim and request the claim be disallowed and expunged. |
| DETTMANN, FREDERICK G. MD<br>4811 N. 68TH ST.<br>SCOTTSDALE, AZ 85251 | 5386 | 12/13/07 | No Case | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form which would allow the Debtors to determine whether or not the claimant has a valid claim. Moreover, the claimant has not responded to the Debtors' requests for additional information. Based on the foregoing, the Debtors request the claim be disallowed and expunged. |
| KINKER, VICKI S.<br>1517 HIAWATHA DR<br>OWOSSO, MI 48867 | 7554 | 1/7/08 | No Case | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form. Accordingly, the Debtors are unable to determine the potential basis for the claim and request the claim be disallowed and expunged. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MOSES, HARRY<br>C/O LEHMAN BROTHERS<br>399 PARK AVENUE<br>NEW YORK, NY 10022-4679 | 6079 | 12/21/07 | No Case | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form. Accordingly, the Debtors are unable to determine the potential basis for the claim and request the claim be disallowed and expunged. |
| SCHWARZ, JAMES W. & BARBARA J.<br>TEN ENT<br>4 SPRING CIRCLE<br>BROOMALL, PA 19008-1219 | 6738 | 12/31/07 | No Case | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form. Accordingly, the Debtors are unable to determine the potential basis for the claim and request the claim be disallowed and expunged. |
| SHEPHERD, CHARLES MM<br>222 S CENTRAL AVE<br>STE 804<br>ST LOUIS, MO 63105 | 10089 | 3/12/08 | No Case | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form. Accordingly, the Debtors are unable to determine the potential basis for the claim and request the claim be disallowed and expunged. |
| SOUTHWEST FUNDING LP<br>7105 GOLF CLUB DR.<br>STE 1102 #105<br>FORT WORTH, TX 76179 | 6039 | 12/18/07 | No Case | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form which would allow the Debtors to determine whether or not the claimant has a valid claim. Moreover, the claimant has not responded to the Debtors' requests for additional information. Based on the foregoing, the Debtors request the claim be disallowed and expunged. |
| STAYER, LOUIS L.<br>4340 SEQUOYAH RD<br>OAKLAND, CA 94605 | 8087 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$9,797.25 (U)<br>$9,797.25 (T) | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form. Accordingly, the Debtors are unable to determine the potential basis for the claim and request the claim be disallowed and expunged. |

**Totals:** 10 Claims

- (S)
- (A)
- (P)
$9,797.25 (U)
$9,797.25 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

**Insufficient Documentation Claims**

# Exhibit F

## Insufficient Documentation Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| IDAHO STATE TAX COMMISSION<br>ATTN: RONALD V CROUCH, ADMINISTRATOR<br>P.O. BOX 56<br>BOISE, ID 83756-0056 | 3383 | 11/19/07 | 07-11051 | Unspecified* | The claimant seeks an unspecified amount from the Debtors in connection with property purportedly held by the Debtors. However, based on a review of the documentation attached to the claim form, there is insufficient evidence or factual allegations to substantiate any claim against the Debtor. Moreover, the Debtors have searched their books and records which do not indicate any liability to this claimant. Based on the foregoing, the claim should be disallowed and expunged in its entirety. |
| PUBLIC WORKS COMMISSION<br>ATTN BEVAN E. GNICE, DIR. CUST. SERVICE<br>PO BOX 7000<br>FAYETTEVILLE, NC 28302 | 2094 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$323.61 (U)<br>$323.61 (T) | The claimant failed to attach any documentation to allow the Debtors to determine the potential basis for the claim. Accordingly, the claim is not prima facie valid and the Debtors request the claim be disallowed and expunged. |
| SCHNEIDER, THOMAS G. & DIANE C., JT TEN<br>545 GIESLER RD<br>JASPER, IN 47546 | 7825 | 1/9/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$13,033.50 (U)<br>$13,033.50 (T) | The claimants seek amounts allegedly owed to them by the Debtors on account of losses incurred as a result of the chapter 11 cases. However, based on a review of the documentation attached to the claim form, there is insufficient evidence to substantiate any claim against the Debtor and the claimants have not responded to the Debtors' requests for additional documentation. Moreover, the Debtors have searched their books and records which do not indicate any liability to these claimants. Based on the foregoing, the claim should be disallowed and expunged in its entirety. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL -ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | 5911 | 12/19/07 | 07-11050 | Unspecified* | Insufficient documentation to assess validity of claim. |
| **Totals:** | **4 Claims** | | | - (S)<br>- (A)<br>- (P)<br>$13,357.11 (U)<br>$13,357.11 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.