IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.[1],                                    :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                              :
                                                                             :   Jointly Administered
        Debtors.                                                             :
                                                                             :   Ref. No. 9198
---------------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer to the Motion of American Home Mortgage Investment Corp. and American Home Mortgage Acceptance, Inc. Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 7041(a) and 9019(a), for an Order Approving Stipulation and Consent Order (A) Authorizing U.S. Bank to Remit the August 2007 Payment to American Home and (B) Dismissing Adversary Proceeding (the "Motion") has been received. The Court's docket which was last updated September 21, 2010, reflects that no responses to the Motion have been filed. Responses to the Motion were to be filed and served no later than September 16, 2010 at 4:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
September 21, 2010

                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                        /s/ Margaret Whiteman Greecher
                                        Sean M. Beach (No. 4070)
                                        Margaret Whiteman Greecher (No. 4652)
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 571-6600
                                        Facsimile: (302) 571-1253

                                        Counsel for Debtors and
                                        Debtors in Possession