EXHIBIT "A"

**AMERICAN HOME MORTGAGE**
**Time Summary**
**August 1, 2010 to August 31, 2010**

| Professional | Category | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| DAVID E BERLINER | PARTNER | 14.2 | 650.00 | 9,230.00 |
| MICHELE MICHAELIS | DIRECTOR | 22.2 | 475.00 | 10,545.00 |
| CHRIS AWONG | SENIOR | 30.5 | 275.00 | 8,387.50 |
| MATTHEW J STEWART | SENIOR | 87.3 | 275.00 | 24,007.50 |
| NAUSHON E VANDERHOOP | SENIOR | 0.6 | 200.00 | 120.00 |
| JASON M FRIEDMAN | STAFF | 9.9 | 200.00 | 1,980.00 |
| ALAINA D MASLER | STAFF | 7.8 | 200.00 | 1,560.00 |
| MIGDALIA GOMEZ | PARA-PROF. | 1.7 | 150.00 | 255.00 |
| | **SUBTOTAL:** | **174.2** | | **$56,085.00** |
| TRAVEL TIME: Billed @ ½ rate | | | | |
| MATTHEW J STEWART | SENIOR | 1.0 | 137.50 | 137.50 |
| | **SUBTOTAL:** | **1.0** | | **137.50** |
| | **TOTAL:** | **175.2** | | **$56,222.50** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2010 to August 31, 2010

## A.    PREFERENCE ANALYSIS

| **Date** | **Name** | **Description** | **Time** |
|---|---|---|---|
| 8/2/2010 | M.M. | Reviewed preference updates. | 0.4 |
| 8/10/2010 | M.M. | Reviewed current correspondence related to preferences and settlements. | 0.6 |
| 8/16/2010 | C.A. | Per request from Counsel, reviewed notice of deposition submitted by Counsel for the preference Defendant (On Guard), including invoices, checks, payment history, and coordinated conference call between the Debtors and Counsel to discuss upcoming deposition. | 2.1 |
| 8/16/2010 | C.A. | Per request from Counsel, reviewed assertions included in the mediation statement prepared by preference Defendant Trade Show Fabrications, in conjunction with invoice support, checks, and contracts in preparation for call with the Debtors. | 1.9 |
| 8/17/2010 | C.A. | Held various calls between the Debtors and Counsel to discuss the various payments made to Preference Defendant Trade Show Fabrications, reviewed and summarized applicable contracts and invoices, reviewed the Defendant's assertion of a contemporaneous defense assertions, and communicated significant findings to Counsel for use in mediation. | 3.2 |
| 8/17/2010 | C.A. | Prepared for deposition in the On Guard preference matter by analyzing the wire versus check payments made in the preference period in conjunction with the general reasons for payments, and prepared various schedules to assist Counsel. | 3.8 |
| 8/18/2010 | C.A. | Per request from Counsel, reviewed all the invoices paid to preference Defendant Trade Show Fabrication in the historical and preference periods (including unpaid invoices) to determine the dates of all the trade shows that purportedly took place.  Provided comprehensive analysis to Counsel. | 4.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**August 1, 2010 to August 31, 2010**

**A.      PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/18/2010 | C.A. | Prepared for deposition in the On Guard preference matter by analyzing the wire payments made in the preference period in conjunction with the general reasons for payments, and prepared various schedules to assist Counsel. | 1.4 |
| 8/18/2010 | C.A. | Per request from Counsel, reviewed various invoices to determine if the Debtors attended the trade show hosted by preference Defendant NAMB in/around June 2007. | 0.6 |
| 8/19/2010 | C.A. | Reviewed the deliverable prepared by the Debtors in regards to possible dates of various trade show events attended by AHM in regards to the preference matter against Defendant Trade Show Fabrications.  Also coordinated resolution of various discrepancies between the Debtors and Counsel. | 1.4 |
| 8/20/2010 | C.A. | Participated in conference call with Counsel (E. Schnitzer and N. Rigano) to discuss and prepare for deposition with preference Defendant On Guard. | 1.2 |
| 8/20/2010 | C.A. | Per request from Counsel, prepared for deposition with preference Defendant On Guard by preparing draft responses to the topics indicated on the Defendant's notice of deposition and discussed with Counsel. | 2.8 |
| 8/20/2010 | C.A. | Per request from Counsel, prepared for deposition with preference Defendant On Guard by reviewing the invoices paid by the $200K wire in question and revised payment schedule.  Submitted schedule for Counsel's review. | 2.1 |
| 8/20/2010 | C.A. | Per request from Counsel, prepared for deposition with preference Defendant On Guard by reviewing various e-mails between the Defendant and Debtors, and between Defendant Counsel and Committee's Counsel, reviewed the service contract, and reviewed various court filing in connection with this matter. | 1.9 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2010 to August 31, 2010

#### A.    PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/20/2010 | M.M. | Reviewed and discussed documents related to preference deposition of C. Awong. | 0.9 |
| 8/27/2010 | C.A. | Prepared for the upcoming deposition in regards to the preference claim against vendor On Guard by discussing various topics in the notice of deposition with the Debtors. | 1.6 |
| 8/30/2010 | C.A. | Participated in deposition on behalf of the Creditors' Committee in relation to the AHM vs. On Guard Preference matter. | 1.9 |
| 8/30/2010 | M.M. | Reviewed status of preference related issues. | 1.1 |
| | | **TOTAL:** | **33.5** |

#### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 3.0 | 475.00 | 1,425.00 |
| C. AWONG (C.A.) | 30.5 | 275.00 | 8,387.50 |
| **TOTAL:** | **33.5** | | **9,812.50** |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**August 1, 2010 to August 31, 2010**

**B.      LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/2/2010 | M.S. | Organized documents relating to causes of action investigation and ongoing issues. | 1.7 |
| 8/3/2010 | M.S. | Prepared materials re: causes of action investigation. | 1.8 |
| 8/4/2010 | A.M. | Compiled supporting documents for BDO reports. | 3.3 |
| 8/4/2010 | A.M. | Created indices for supporting documents for BDO reports. | 2.8 |
| 8/4/2010 | J.F. | Prepared support materials for causes of action reports. | 3.7 |
| 8/4/2010 | J.F. | Prepared support materials for causes of action reports, schedules, and notes provided to Counsel. | 2.4 |
| 8/4/2010 | M.S. | Prepared materials and support for the causes of action investigation. | 3.8 |
| 8/4/2010 | M.S. | Work sessions with staff re: support for causes of action investigation. | 1.7 |
| 8/4/2010 | M.S. | Reviewed Concordance database and documents contained therein. | 0.7 |
| 8/4/2010 | M.S. | Reviewed prior causes of action reports. | 0.6 |
| 8/5/2010 | A.M. | Updated indices and compiled additional relevant documents for BDO reports. | 1.7 |
| 8/5/2010 | J.F. | Prepared support materials for causes of action reports. | 3.8 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2010 to August 31, 2010

### B.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/5/2010 | M.S. | Prepared materials and support for the causes of action investigation. | 3.2 |
| 8/5/2010 | M.S. | Reviewed materials prepared by the staff: causes of action investigation. | 2.4 |
| 8/5/2010 | M.S. | Correspondence with staff re: document index. | 0.6 |
| 8/6/2010 | M.S. | Prepared materials and support for the causes of action investigation. | 2.8 |
| 8/6/2010 | M.S. | Correspondence with staff re: document index. | 0.2 |
| 8/6/2010 | M.S. | Prepared binder indexes for the causes of action materials. | 1.6 |
| 8/11/2010 | M.M. | Preliminary review of D&T response to Debtors complaint. | 0.3 |
| 8/11/2010 | M.M. | Reviewed correspondence from D. Berliner re: Cadwalader and Waterfield and revisited previous estimated recoveries. | 0.2 |
| 8/11/2010 | M.S. | Reviewed materials related to the causes of action investigation. | 1.8 |
| 8/13/2010 | D.B. | Reviewed D&T answers to UCC complaint & copy of UCC complaint.  Prepared comments for conference call with UCC counsel. | 2.5 |
| 8/16/2010 | M.M. | Reviewed Deloitte and Touche response to Complaint and original complaint filed. | 2.1 |
| 8/16/2010 | M.M. | Reviewed Waterfield and Cadwalader related information in preparation for meeting with counsel and Debtors. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**August 1, 2010 to August 31, 2010**

**B.      LITIGATION CONSULTING**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|---|---|---|---|
| 8/16/2010 | M.S. | Prepared materials related to Cadwalader. | 2.8 |
| 8/16/2010 | M.S. | Reviewed D&T's response to Committee's motion. | 1.2 |
| 8/17/2010 | D.B. | Discussed Waterfield litigation status and work to be done re: D&T litigation with M. Michaelis and M. Stewart. | 0.5 |
| 8/17/2010 | M.M. | Reviewed time records relative to JPM Morgan litigation references pursuant to call with counsel. | 0.6 |
| 8/17/2010 | M.M. | Discussions with M. Stewart re: Waterfield and Deloitte. | 0.4 |
| 8/17/2010 | M.S. | Prepared materials related to the causes of action investigation at the request of counsel. | 2.6 |
| 8/17/2010 | M.S. | Reviewed complaint and D&T's response. | 1.1 |
| 8/17/2010 | M.S. | Prepared information related to D&T's defenses. | 0.7 |
| 8/17/2010 | M.S. | Prepared for and meeting with M. Michaelis re: causes of action and D&T's response. | 0.7 |
| 8/18/2010 | M.S. | Prepared index relating to BDO reports. | 2.4 |
| 8/18/2010 | M.S. | Prepared for and meetings with M. Michaelis re: Waterfield and other case issues. | 0.7 |
| 8/19/2010 | M.S. | Reviewed documents and information relating to the causes of action investigation. | 1.5 |
| 8/20/2010 | D.B. | Reviewed recovery analysis prepared by Cadwalader and Zolfo Cooper re: Waterfield litigation. | 0.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2010 to August 31, 2010

### B.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/20/2010 | M.M. | Reviewed recovery to Estate from Waterfield litigation prepared by Cadwalader and discussion with M. Stewart re: same. | 0.8 |
| 8/20/2010 | M.M. | Reviewed BDO adjusted Waterfield recovery and distributed. | 0.2 |
| 8/20/2010 | M.M. | Reviewed documents sent by counsel re: D&T. | 0.2 |
| 8/20/2010 | M.M. | Reviewed and discussed potential expert for D&T complaint. | 0.3 |
| 8/20/2010 | M.S. | Prepared index for causes of action reports. | 1.3 |
| 8/27/2010 | D.B. | Met with M. Michaelis re: update on Waterfield litigation and status of BDO work for counsel on initial disclosure for D&T litigation. | 0.3 |
| 8/27/2010 | M.M. | Reviewed AHM updates prepared by M. Stewart and related Waterfield analysis documents. | 1.8 |
| 8/30/2010 | M.M. | Reviewed issues and documents related to D& T litigation. | 0.8 |
| 8/30/2010 | M.S. | Reviewed documents and information relating to the causes of action investigation. | 2.2 |
| 8/31/2010 | D.B. | Supervised M. Stewart in preparation of information for H&H re: D&T litigation. | 0.3 |
| 8/31/2010 | M.M. | Revisited information on Waterfield recoveries. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**August 1, 2010 to August 31, 2010**

**B.      LITIGATION CONSULTING**

| Date | Name | Description | | Time |
|------|------|-------------|---|------|
| | | | **TOTAL:** | **70.5** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 3.8 | 650.00 | 2,470.00 |
| M. MICHAELIS (M.M.) | 8.9 | 475.00 | 4,227.50 |
| M. STEWART (M.S.) | 40.1 | 275.00 | 11,027.50 |
| J. FRIEDMAN (J.F.) | 9.9 | 200.00 | 1,980.00 |
| A. MASLER (A.M.) | 7.8 | 200.00 | 1,560.00 |
| **TOTAL:** | **70.5** | | **21,265.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2010 to August 31, 2010

**C.      MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/2/2010 | M.S. | Correspondences with the Debtors re: servicing and professional fees. | 0.3 |
| 8/3/2010 | M.S. | Correspondences with the Debtors re: professional fee applications. | 0.2 |
| 8/10/2010 | M.M. | Participated in update call with Debtors. | 0.8 |
| 8/10/2010 | M.S. | Prepared for and conference call with the Debtors re: open issues. | 0.6 |
| 8/11/2010 | D.B. | Telephone call and e-mails with K. Nystrom re: update on Waterfield litigation. | 0.2 |
| 8/17/2010 | M.M. | Met with K. Nystrom, M. Indelicato and M. Seidel re: Cadwalader/Waterfield Litigation. | 1.1 |
| 8/19/2010 | M.S. | Meetings with Trustee and the Debtors re: case issues and updates. | 5.0 |
| 8/26/2010 | D.B. | Telephone call with S. Martinez re: case status update. | 0.7 |
| 8/26/2010 | M.S. | Prepared for and conference call with the Debtors re: open issues. | 0.8 |
| | | **TOTAL:** | **9.7** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**August 1, 2010 to August 31, 2010**

## C.      MEETINGS - DEBTOR

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.9 | 650.00 | 585.00 |
| M. MICHAELIS (M.M.) | 1.9 | 475.00 | 902.50 |
| M. STEWART (M.S.) | 6.9 | 275.00 | 1,897.50 |
| **TOTAL:** | **9.7** | | **3,385.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2010 to August 31, 2010

### D.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/11/2010 | M.M. | Reviewed and edited "update memo" based on call with Debtors. | 1.1 |
| 8/30/2010 | M.S. | Prepared BDO report to the Committee this Thursday. | 1.7 |
| 8/30/2010 | M.S. | Correspondences with M. Michaelis re: BDO report. | 0.4 |
| 8/31/2010 | D.B. | Supervised M. Michaelis and M. Stewart in preparation of report to UCC re: case status update. | 0.2 |
| 8/31/2010 | M.M. | Prepared update report for Committee. | 2.2 |
| | | **TOTAL:** | **5.6** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.2 | 650.00 | 130.00 |
| M. MICHAELIS (M.M.) | 3.3 | 475.00 | 1,567.50 |
| M. STEWART (M.S.) | 2.1 | 275.00 | 577.50 |
| **TOTAL:** | **5.6** | | **2,275.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**August 1, 2010 to August 31, 2010**

**E.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/2/2010 | M.M. | Reviewed most recent analysis of cash at effective date. | 0.6 |
| 8/2/2010 | M.S. | Reviewed cash flow forecast and Effective Date analyses. | 0.7 |
| 8/3/2010 | M.S. | Reviewed and updated professional fee scheduled plus analysis for fee applications filed through 8/2/10. | 2.6 |
| 8/3/2010 | M.S. | Correspondence with staff and S. Lau re: information gathering. | 0.3 |
| 8/5/2010 | D.B. | Reviewed cash flow forecast for period 8/6 thru 11/15/2010 and Effective Date analyses for 9/1/10 & 12/1/10. | 0.5 |
| 8/5/2010 | D.B. | Reviewed docket report for period 7/27 thru 8/5/2010. | 0.1 |
| 8/5/2010 | D.B. | Met with M. Stewart to discuss work to be done to prepare for Effective Date and D&T response to UCC complaint; prepared list of to do items. | 0.5 |
| 8/6/2010 | D.B. | Reviewed analysis of fee applications filed through 8/2/10 and summary of professional fees owed to professionals. | 0.4 |
| 8/9/2010 | D.B. | Reviewed Debtor's and UCC objections to official Borrower's Committee and individual borrowers' motion to pursue discovery in furtherance of claims. | 0.7 |
| 8/9/2010 | M.S. | Reviewed Debtors' allocation model and cash flow forecast. | 0.8 |
| 8/9/2010 | M.S. | Reviewed Borrowers' Committee objections filed by the Debtors. | 0.6 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2010 to August 31, 2010

**E.      BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/10/2010 | M.M. | Reviewed Debtors objection to motion by borrowers Committee. | 0.2 |
| 8/10/2010 | M.M. | Revisited emergence summaries. | 0.2 |
| 8/10/2010 | M.S. | Updated Debtors' allocation model and creditor recovery. | 3.8 |
| 8/10/2010 | M.S. | Prepared updated for the allocation model. | 2.6 |
| 8/11/2010 | M.S. | Prepared bank update for counsel. | 0.6 |
| 8/11/2010 | M.S. | Reviewed AHM docket and related filings. | 0.3 |
| 8/11/2010 | M.S. | Reviewed cash flow forecast and Effective Date analyses. | 0.8 |
| 8/16/2010 | M.M. | Reviewed updated budget. | 0.4 |
| 8/16/2010 | M.S. | Reviewed professional fee applications filed to date. | 0.4 |
| 8/16/2010 | M.S. | Reviewed cash flow forecast and Effective Date analyses. | 0.7 |
| 8/17/2010 | D.B. | Reviewed bankruptcy court order dismissing borrowers committee. | 0.1 |
| 8/17/2010 | M.M. | Revisited fees to date. | 0.2 |
| 8/18/2010 | M.S. | Reviewed Waterfield recovery analysis prepared by the Debtors. | 0.5 |
| 8/18/2010 | M.S. | Reviewed cash flow forecast and Effective Date analysis. | 1.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**August 1, 2010 to August 31, 2010**

**E.      BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/18/2010 | M.S. | Prepared for meetings with Trustee tomorrow. | 0.3 |
| 8/18/2010 | M.S. | Reviewed docket and related filings. | 0.4 |
| 8/19/2010 | M.S. | Reviewed cash flow and cash at the Effective Date. | 0.9 |
| 8/19/2010 | M.S. | Prepared for meetings with Trustee. | 0.6 |
| 8/20/2010 | M.M. | Reviewed update from M. Stewart based on visit to site. | 0.2 |
| 8/20/2010 | M.S. | Prepared update for M. Michaelis and D. Berliner re: current issues. | 0.8 |
| 8/20/2010 | M.S. | Prepared analysis re: Waterfield for counsel. | 1.3 |
| 8/20/2010 | M.S. | Reviewed initial disclosures sent by counsel. | 0.3 |
| 8/20/2010 | M.S. | Prepared for and meetings with M. Michaelis re: site visit, Cadwalader and updates. | 0.8 |
| 8/26/2010 | D.B. | Met with M. Stewart and supervised preparation of information for initial disclosures. | 0.5 |
| 8/26/2010 | D.B. | Met with M. Stewart to review draft updated analysis of cash needed to go Effective. | 0.6 |
| 8/26/2010 | M.S. | Reviewed cash flow forecast and Effective Date analyses. | 1.2 |
| 8/26/2010 | M.S. | Prepared updates for counsel. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**August 1, 2010 to August 31, 2010**

**E.      BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/26/2010 | M.S. | Prepared analysis re: Waterfield for counsel. | 2.4 |
| 8/26/2010 | M.S. | Reviewed preference settlements and forwarded bank statements to the Debtors. | 0.4 |
| 8/26/2010 | M.S. | Reviewed docket and related filings. | 0.6 |
| 8/27/2010 | D.B. | Reviewed draft updated analysis of cash needed to go Effective. | 0.6 |
| 8/27/2010 | M.M. | Revised cash flow from Debtors. | 0.3 |
| 8/27/2010 | M.S. | Prepared for and meetings with M. Michaelis re: requests of counsel and forecast. | 0.7 |
| 8/27/2010 | M.S. | Reviewed cash flow forecast and Effective Date analyses at the request of counsel. | 3.8 |
| 8/30/2010 | D.B. | Met with M. Stewart and M. Michaelis to discuss comments on Effective Date analysis and potential Waterfield settlement scenarios; discussed comments and changes to be made; reviewed revised schedule. | 0.8 |
| 8/30/2010 | D.B. | Reviewed motion of Qualitative Risk Management for allowance of Admin claim. | 0.1 |
| 8/30/2010 | M.M. | Revisited effective date cash, interpleaded and Waterfield issues. | 1.1 |
| 8/30/2010 | M.S. | Meeting with D. Berliner re: Effective Date issues. | 0.4 |

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### August 1, 2010 to August 31, 2010

## E.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/30/2010 | M.S. | Reviewed docket and related filings, correspondences with D. Berliner re: admin claims. | 0.5 |
| 8/30/2010 | M.S. | Updated Effective Date analysis based on the cash flow forecast received from the Debtors. | 1.4 |
| 8/31/2010 | M.M. | Reviewed effective date cash updates. | 0.7 |
| 8/31/2010 | M.S. | Reviewed report and preparation of Effective Date analysis. | 2.3 |
| | | **TOTAL:** | **44.4** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 4.9 | 650.00 | 3,185.00 |
| M. MICHAELIS (M.M.) | 3.9 | 475.00 | 1,852.50 |
| M. STEWART (M.S.) | 35.6 | 275.00 | 9,790.00 |
| **TOTAL:** | **44.4** | | **14,827.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**August 1, 2010 to August 31, 2010**

**F.    COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/11/2010 | D.B. | Reviewed e-mail to H&H re: case status update and discussed with M. Michaelis. | 0.2 |
| 8/12/2010 | D.B. | E-mail to H&H re: update on Waterfield litigation. | 0.2 |
| 8/17/2010 | D.B. | Conference call with H&H re: D&T answers to UCC complaint. | 1.0 |
| 8/17/2010 | M.M. | Corresponded with Counsel re: repeated doc requests from JPM. | 0.2 |
| 8/17/2010 | M.M. | Conference call with Counsel re: D&T litigation and Complaint. | 1.0 |
| 8/17/2010 | M.S. | Correspondences with C. Awong and counsel re: preferences and Cadwalader. | 0.4 |
| 8/17/2010 | M.S. | Conference call with counsel regarding the causes of action investigation. | 1.0 |
| 8/20/2010 | D.B. | Reviewed e-mails from C. Kang, Esq. re: Plaintiff's initial disclosures re: D&T litigation. | 0.2 |
| 8/20/2010 | D.B. | Reviewed e-mail from E. Schnitzer re: 9 preference settlements. | 0.1 |
| 8/20/2010 | D.B. | Reviewed e-mail from M. Michaelis to H&H re: BDO adjustments to Waterfield recovery analysis. | 0.3 |
| 8/27/2010 | D.B. | Telephone call with M. Indelicato and e-mail to H&H re: case status update and issues. | 1.3 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2010 to August 31, 2010

**F.     COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/27/2010 | M.S. | Prepared update for counsel included: cash flow and Waterfield. | 1.2 |
| 8/30/2010 | D.B. | Reviewed e-mail to M. Indelicato re: Effective Date analysis. | 0.3 |
| | | **TOTAL:** | **7.4** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 3.6 | 650.00 | 2,340.00 |
| M. MICHAELIS (M.M.) | 1.2 | 475.00 | 570.00 |
| M. STEWART (M.S.) | 2.6 | 275.00 | 715.00 |
| **TOTAL:** | **7.4** | | **3,625.00** |

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### August 1, 2010 to August 31, 2010

### G.    FEE APPLICATIONS / MONTHLY STATEMENTS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/4/2010 | M.G. | Prepared July monthly data. | 0.4 |
| 8/11/2010 | M.G. | Prepared and updated monthly data. Prepared 34th monthly application. | 1.3 |
| 8/11/2010 | N.V. | Reviewed and edited July 2010 time detail; updated project categories. | 0.6 |
| 8/12/2010 | D.B. | Reviewed 34th monthly application of BDO as FA to UCC for July 2010 and Berliner Declaration. | 0.8 |
| | | **TOTAL:** | **3.1** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.8 | 650.00 | 520.00 |
| N. VANDERHOOP (N.V.) | 0.6 | 200.00 | 120.00 |
| M. GOMEZ (M.G.) | 1.7 | 150.00 | 255.00 |
| **TOTAL:** | **3.1** | | **895.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### August 1, 2010 to August 31, 2010

**H.      TRAVEL TIME**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|---|---|---|---|
| 8/19/2010 | M.S. | Travel time to and from Melville. | 1.0 |
| | | **TOTAL:** | **1.0** |

**INDIVIDUAL TOTALS**

| <u>Name</u> | <u>Hour</u> | <u>Rate</u> | <u>Compensation</u> |
|---|---|---|---|
| M. STEWART (M.S.) | 1.0 | 137.50 | 137.50 |
| **TOTAL:** | **1.0** | | **137.50** |

EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses*
August 1, 2010 through August 31, 2010

| | | |
|---|---|---|
| 1. | PHOTOCOPYING | |
| | a. Internal | |
| | b. External | |
| 2. | TELECOMMUNICATIONS | |
| | a. Toll Charges | |
| | b. Facsimile | |
| 3. | COURIER, FRIEGHT AND POSTAL SERVICES | |
| | *For overnight and hand delivery to Counsel and Committee members* | |
| 4. | COURT REPORTER AND TRANSCRIPTS | |
| 5. | TECHNOLOGY SERVICES – *Concordance Database* *Monthly Hosting Fee* | $1,500.00 |
| 6. | OUT-OF-TOWN TRAVEL | |
| | a. Transportation | 146.00 |
| | b. Lodging | |
| | c. Meals | 38.86 |
| 7. | OUTSIDE SERVICES | |
| 8. | LOCAL MEALS | |
| 9. | LOCAL TRANSPORTATION, TOLLS, MILEAGE AND PARKING – for cabs to/from meetings, car service *for employees working after 8:00 p.m. and local mileage using personal auto* | |
| 10. | MISCELLANEOUS – *Publications/Subscriptions* | 1.60 |
| | **TOTAL** | **$1,686.46** |

*Details available upon request to BDO**.**