## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | Case No. 07-11047 (CSS) |
| a Delaware corporation, *et al.*[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

### NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on September 17, 2010, the above captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, caused a true and correct copy of the following to be served upon the parties listed on Exhibit A in the manner indicated:

- *Debtors' Responses to Claimant Deborah E. Mills' First Set of Interrogatories, Requests for Production of Documents and Requests for Admission* (by E-mail)

- Debtors' Production of Documents in connection with *Debtors' Responses to Claimant Deborah E. Mills' First Set of Interrogatories, Requests for Production of Documents and Requests for Admission* (by Hand Delivery)

Dated:  Wilmington, Delaware
       September 22, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Erin Edwards*
Sean M. Beach (No. 4070)
Sharon M. Zieg (No. 4196)
Erin Edwards (No. 4392)
Margaret Whiteman Greecher (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for the Debtors*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

# EXHIBIT A

## SERVICE LIST

Stamatios Stamoulis
Stamoulis & Weinblatt LLC
Two Fox Point Center
6 Denny Road, Suite 307
Wilmington, DE 19809
stamoulis@swdelaw.com

YCST01:10088121.1                                                    066585.1001