IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x   Chapter 11
In re:                                                             :
                                                                   :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                             :
HOLDINGS, INC., a Delaware corporation, *et al.*,                  :   Jointly Administered
                                                                   :
                    Debtors.                                       :
------------------------------------------------------------------ x

## NOTICE OF SUBPOENA DIRECTED TO
## TAWNYA LETTAU

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, as made applicable by Federal Rules of Bankruptcy Procedure 7034, 9014, and 9016, notice is hereby given that American Home Mortgage Holdings, Inc. and its affiliated debtors and debtors in possession (the "Debtors"), by and through their undersigned counsel, request that Tawnya Lettau produce the documents described in Schedule A of the subpoena attached hereto (the "Subpoena") by 5:00 p.m. (PT) on October 6, 2010, at the location specified in the Subpoena.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rules of Civil Procedure 30(b)(1) and 45, as made applicable through Rules 7030, 9014, and 9016 of the Federal Rules of Bankruptcy Procedure, the Debtors will take the deposition upon oral examination of Tawnya Lettau. The deposition of Ms. Lettau shall commence on October 13, 2010 at 9:00 a.m. (PT) at the offices of Ahlstrand & Associates / DiscoveryWorks, 205 W Mission Street, Santa Barbara, CA 93101.* The deposition will be taken pursuant to all applicable rules of the Court before a notary public or other such person authorized by law to administer oaths. The deposition will be recorded by stenographic means.

---

* Or at another date, time, and location as mutually agreed upon by the parties.

YCST01:10147131.2                                                                                          066585.1001

Dated: Wilmington, Delaware  
September 22, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Erin Edwards (No. 4392)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, DE 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

*Counsel for the Debtors*