SIGN - IN - SHEET

CASE NAME: American Home Mortgage
CASE NO: 07-11047 (CSS)

COURTROOM LOCATION: 6
DATE: 9/23/10 AT 11:30 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Ken Yudell | Arenaes, ~~Legal~~ Yudell | Port National |
| Mike Busekel | Womble Carlyle | '' '' |
| Tori Guilfoyle | Blank Rome LLP | Creditors Committee |
| Margaret W Greecher | YCST | Debtors |
| Michael Neiburg | YCST | Debtors |
| Sharon Zeig | YCST | Debtors |
| R. Stephen McNeill | Potter Anderson & Carroon | Agent |
| James Teece | Dun Emmens | Amuess Firms |
| Robert Mallard | Dorsey Tashotnes LLP | U.S. Bank |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.