IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al., | ) | Case No. 07-11047 (CSS) |
| | ) | Courtroom 6<br>824 Market Street |
| Debtors. | ) | Wilmington, Delaware |
| | | September 17, 2010<br>10:02 a.m. |

TRANSCRIPT OF PROCEEDINGS
TELEPHONIC HEARING
BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtors: Young Conaway Stargatt & Taylor
BY: MATTHEW LUNN, ESQ.
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE 19801
(302) 571-6600

ECRO: LESLIE MURIN

Transcription Service: DIAZ DATA SERVICES
331 Schuylkill Street
Harrisburg, Pennsylvania 17110
(717) 233-6664

Proceedings recorded by electronic sound recording; transcript produced by transcription service

APPEARANCES:
(Continued)

| | |
|---|---|
| For Calyon New York Branch, Park National Bank, et al.: | Womble Carlyle Sandridge & Rice<br>BY:  MICHAEL BUSENKELL, ESQ.<br>222 Delaware Avenue<br>Wilmington, DE 19801<br>(302) 252-4320 |
| For US Bank: | Aronauer Re & Yudell, LLP<br>BY:  KENNETH YUDELL, ESQ.<br>444 Madison Avenue<br>17th Floor<br>New York, NY 10022<br>(212) 755-6000 |

WILMINGTON, DELAWARE, FRIDAY, SEPTEMBER 17, 2010, 10:02 A.M.

THE COURT: Good morning, Counsel, this is Judge Sontchi. Good morning, this is Judge Sontchi. Please enter your appearances for the record.

MR. LUNN: Good morning, Your Honor. Matthew Lunn from Young Conaway Stargatt and Taylor. I'm also joined by Andrew Lundgren.

MR. LUNDGREN: Good morning, Your Honor.

MR. YUDELL: Good morning, Your Honor. Kenneth Yudell, Aronauer Re and Yudell, on behalf of US Bank.

THE COURT: I'm sorry, sir, I can't hear you.

MR. YUDELL: This is Kenneth Yudell of Aronauer Re and Yudell on behalf of US Bank.

THE COURT: Thank you.

MR. BUSENKELL: Good morning, Your Honor. Michael Busenkell, Womble Carlyle Sandridge and Rice on behalf of US Bank.

THE COURT: All right. I understand that this is a teleconference in connection with the adversary trial that we have scheduled for September 28 now; is that correct?

MR. LUNN: Your Honor, this is Matthew Lunn. That's partially correct. It's also in connection with the pending motion to -- of the debtors to exclude the expert -- Park National/US Bank's expert, which is scheduled for hearing on the 23rd of September.

THE COURT: Okay.

MR. LUNN: Your Honor, the debtors did request this status conference so it would probably make sense for me to go first.

THE COURT: Okay.

MR. LUNN: And what I would say is that the crux of the issue and the reason for the scheduling conference is two-fold. One, the motion to exclude the expert being scheduled currently for September 23rd and the hearing on the 506(c) claim, which is scheduled for hearing on the 28th and 29th. All this is coming to a head as a result of Park National, on Tuesday, sending via Fed-Ex for delivery on Wednesday, which was the day the response to the debtor's motion to exclude the expert was required to be filed and served, 700 pages of documents. These 700 pages of documents are purported to be backup documents that were contained in the expert's file, but the expert document reports are actually required to be produced no later than August 12th per Your Honor's scheduling order.

I would also note, Your Honor, that the 700 pages of documents actually doubles the documents that have been produced to date by US Bank. And that the production of documents was made notwithstanding the repeated requests from counsel for the debtors and representations from US Bank's counsel that the document production was completed, including

the production related -- the expert report.

Your Honor, what we -- what the debtors are asking for, and the reason for the status conference, is that the debtor simply needs time to review these documents. Time to review the documents to determine whether a rebuttal expert is necessary, time to review the documents to determine whether to actually depose the expert and time to review the documents to determine whether or not supplemental depositions are necessary.

Your Honor, the debtors have done a very cursory review of the 700 pages of documents and there appear to be new emails, emails that were actually were never produced between Park National and the expert. The problem with that, Your Honor, is that the debtors completed the deposition of Park National early in September. Many times, as Your Honor knows, the timing is not an issue, but timing is an issue here because there are a number of deadlines in Your Honor's scheduling order that the debtors believe need to be adjusted to avoid prejudice to the debtors and to also avoid potential wasting of estate assets.

As I said, the hearing on the motion to exclude is on 9/23. Debtors believe that this still should go forward, but pretrial briefs under Your Honor's scheduling order are due 9/22. It's -- a ruling on the motion to exclude clearly would impact or could impact the arguments made in the brief and the

focus of the briefs for both parties. Also, the hearing is scheduled on the 506(c) claim for 9/28. I would note that in the objection that was filed and served by Park National and some of the email correspondence between myself and Mr. Yudell that Park National does acknowledge that, you know, delaying the hearing on the 506(c) claim is appropriate.

And what the debtors believe would be appropriate is that Your Honor doesn't need to actually set a time for the hearing or a new date for the hearing today, but it would probably make sense to do it after your consideration of the motion to exclude. Depending what Your Honor rules in connection, I think, would ultimately impact what would be an appropriate date for a new trial.

THE COURT: All right. So, just so I'm clear, Mr. Lunn, it's your proposal to go forward with the exclusion motion and then I guess hold in abeyance any other deadlines that are in the scheduling order pending a resolution of that?

MR. LUNN: Yes, Your Honor.

THE COURT: All right. Let me hear counsel.

MR. YUDELL: Good morning, Your Honor. Ken Yudell on behalf of US Bank. Your Honor, I'm not going to go into the facts, I'm not going to argue the exclusion motion with Your Honor now. As I informed Mr. Lunn yesterday, you know, if -- a request to adjourn the trial dates is something -- and as we said in our opposition to the motion to exclude, is something

that US Bank doesn't object to. It's something that, you know, we don't have a problem with in light of the various timing issues that have gone on.

On the other hand, assuming that -- because in addition to being able to deal more easily in a better fashion with the expert issues, I believe it will also give Your Honor time to review and determine, perhaps, US Bank's motion for summary judgment that US Bank served earlier this week. There was a deadline for dispositive motions and US Bank served its motion for summary judgment, based on that motion was made returnable on the 28th, which was believed to be the first day of trial.

And so certainly putting off the trial would allow Your Honor to review and perhaps determine that motion in advance of the trial, perhaps negating the entire action and -- if Your Honor adopted US Bank's position, or at least narrowing the issues or focusing the issues that would be left for trial, if any.

And so we don't have an objection to an adjournment of the trial. On the other hand, Your Honor, to the extent that there is going to be an adjournment of the trial, then there certainly has been no prejudice to the debtors and there is no need or reason to continue going forward with a motion to exclude debtor's expert. Debtor -- I'm sorry, US Bank's expert. Debtors will have a full and fair opportunity to

depose debtor's expert -- I keep saying debtor's expert, I apologize, Your Honor. To depose US Bank's expert, they'll have a full and fair opportunity to serve whatever rebuttal expert reports they may feel are appropriate or rebuttal reports, I should say, to the expert report. And so there would certainly be no need for any exclusion of US Bank's expert.

So while again we don't oppose an adjournment of the trial, we would think that any such adjournment should be in conjunction with debtors withdrawing their motion to exclude US Bank's expert.

MR. LUNN: Your Honor, may I -- this is Matthew Lunn. May I respond to at least the second piece of this?

THE COURT: Yes.

MR. LUNN: The motion to exclude, Your Honor, by simply withdrawing it, that's not -- the debtors are not open to withdrawing the motion. That was never a condition to the acknowledgment that a continuation of the trial date was necessary. And in fact, Your Honor, there is -- there's still potential prejudice that may result if the expert is not excluded and the debtors would like to put that case on and I thought Mr. Yudell wasn't going to argue the motion to exclude, but it appears though as he was attempting to. And I would say, Your Honor, that should be -- it's already noticed for a hearing, parties have already filed the necessary papers --

THE COURT: Mister --

MR. LUNN: -- and it should go forward on the 23rd.

THE COURT: I'm sorry. What's the basis for the motion to exclude? What's the argument?

MR. LUNN: Your Honor, in a nutshell it's the fact that they have not complied with Rule 26. We have not gotten the actual documents, the report was not complete within the time period --

THE COURT: So the prejudice to you if I exclude -- if I continue the trial to a later date -- I mean, the remedy would be to extend the dates to allow you to -- well, there are two remedies. One would be to extend the dates to allow you to do the things you needed to do in a orderly fashion, had you received the information in a timely manner. And the second would be to exclude their ability to present the evidence.

Certainly the former is a less severe response and probably one that would be generally favored under policy reasons to allow the other side to put their case forward. So if I continue the trial, why is that I need to decide a motion to exclude that's basically based on timing issues?

MR. LUNN: Your Honor, it -- this is Matthew Lunn again. It goes outside of some timing issues because of the potential need to do supplemental depositions. There are -- as I alluded to, there are new documents that were never produced between Park National and the expert that may impact what was

discussed at the deposition.

THE COURT: All right. Which -- I mean, I'm -- the response to that would be all right, take the deposition again. Maybe a sanctions motion would be appropriate after all that's occurred, but why exclude evidence?

Well, this is a problem because now I'm starting to prejudge a motion I haven't even read. So here's what we'll do. I'm going to continue without bait the trial set for the 28th and 29th. I'm going to continue -- we will have a hearing on the motion to exclude on the 23rd. At that time I'll hear substantive arguments on whether we should go forward or not, based on the fact that the trial is being continued to a later date.

I will make no promises whatsoever as to whether I will grant a motion for summary judgment or not in a timeframe, you know, in the next couple weeks. I think it just would be unrealistic. Again, I haven't read the motion and I know we received it and I'm not going to schedule oral argument at this time until I've decided whether it's necessary or not.

MR. LUNN: Your Honor, it's Matthew Lunn. I hope I'm not interrupting, but in connection with the summary judgment motion, Park National did file a motion to shorten notice that requested that the debtor's response to the summary judgment motion be filed on or before 9/22.

THE COURT: Uh-huh.

MR. LUNN: And obviously debtors would object to a motion to shorten and would request that we just simply adhere to the normal local rules with respect to the briefing schedule, which would be 14 days from the date of file and service, unless Your Honor had a different scheduling order in mind.

THE COURT: No. I mean, I signed that motion to shorten this morning, but I did so assuming that we weren't going to lose our trial date. So I'll deny the motion to shorten and the briefing should occur pursuant to the local rules.

MR. LUNN: Thank you, Your Honor.

MR. YUDELL: That's fine, Your Honor. In which case -- this is Ken Yudell again, I apologize, and in which case I guess the return date gets extended out as well as opposed to what was originally set forth and that's fine.

THE COURT: I don't know what you mean by return date? Do you mean a hearing?

MR. YUDELL: Well, the date -- the submission date for the motion, Your Honor, that's all, but that was going -- that was only because we had a -- that's because it was done for the first day of trial.

THE COURT: Right. Yeah, no I -- yes, I read the motion and I understood why you were bringing it, but the local rules govern a briefing schedule in connection with this type

of motion --

MR. YUDELL: Absolutely, Your Honor.

THE COURT: -- in an adversary proceeding, so just follow that. You don't need to re-notice it or anything like that.

MR. YUDELL: Thank you, Your Honor.

THE COURT: You're welcome. All right. So I'll see you on the 23rd.

MR. LUNN: Thank you, Your Honor.

THE COURT: You're welcome. We're adjourned.

(Whereupon at 10:16 a.m., the hearing was adjourned)

CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

Stephanie McMeel     September 24, 2010

Stephanie McMeel
AAERT Cert. No. 452
Certified Court Transcriptionist

Word Page:Line

______________debtors.___ 1:13
**a.m**(3) 1:16 3:1 12:11
**abeyance**(1) 6:16
**ability**(1) 9:15
**able**(1) 7:5
**above-entitled**(1) 12:15
**absolutely**(1) 12:2
**acknowledge**(1) 6:5
**acknowledgment**(1) 8:18
**action**(1) 7:15
**actual**(1) 9:7
**actually**(5) 4:17 4:21 5:7 5:12 6:8
**addition**(1) 7:5
**adhere**(1) 11:2
**adjourn**(1) 6:24
**adjourned**(2) 12:10 12:11
**adjournment**(4) 7:19 7:21 8:8 8:9
**adjusted**(1) 5:18
**adopted**(1) 7:16
**advance**(1) 7:15
**adversary**(2) 3:19 12:3
**aert**(1) 12:20
**after**(2) 6:10 10:4
**again**(5) 8:8 9:22 10:3 10:17 11:14
**all**(9) 3:18 4:11 6:14 6:19 10:2 10:3 10:4 11:20 12:7

**allow**(4) 7:13 9:11 9:12 9:18
**alluded**(1) 9:24
**already**(2) 8:24 8:25
**also**(6) 3:6 3:22 4:20 5:19 6:1 7:6
**and**(51) 3:6 3:10 3:13 3:16 4:6 4:7 4:9 4:10 4:14 4:22 4:24 5:3 5:7 5:11 5:13 5:19 5:25 6:3 6:3 6:4 6:7 6:16 6:24 7:7 7:9 7:13 7:14 7:15 7:19 7:22 7:25 8:3 8:5 8:19 8:21 8:21 8:23 9:2 9:14 9:16 9:25 10:9 10:17 10:18 11:1 11:2 11:4 11:10 11:14 11:16 11:24

**andrew**(1) 3:7
**any**(4) 6:16 7:18 8:6 8:9
**anything**(1) 12:4
**apologize**(2) 8:2 11:14
**appear**(1) 5:11
**appearances**(1) 3:4
**appears**(1) 8:23
**appropriate**(5) 6:6 6:7 6:13 8:4 10:4
**are**(12) 4:15 4:17 5:2 5:8 5:17 5:23 6:17 8:4 8:16 9:11 9:23 9:24

**argue**(2) 6:22 8:22
**argument**(2) 9:4 10:18
**arguments**(2) 5:25 10:11
**aronauer**(3) 2:10 3:10 3:12
**asking**(1) 5:2
**assets**(1) 5:20
**assuming**(2) 7:4 11:8
**attempting**(1) 8:23
**august**(1) 4:18
**avenue**(2) 2:6 2:12
**avoid**(2) 5:18 5:19
**backup**(1) 4:16
**bait**(1) 10:8
**bank**(10) 2:6 2:10 3:10 3:13 3:17 4:22 6:21 7:1 7:8 7:9

**bank's**(8) 3:24 4:24 7:7 7:16 7:24 8:2 8:6 8:11

**bankruptcy**(2) 1:1 1:22
**based**(3) 7:10 9:20 10:12
**basically**(1) 9:20
**basis**(1) 9:3
**because**(6) 5:16 7:4 9:22 10:6 11:21 11:21
**been**(2) 4:21 7:22
**before**(2) 1:21 10:24
**behalf**(4) 3:10 3:13 3:16 6:21
**being**(3) 4:8 7:5 10:12
**believe**(4) 5:18 5:22 6:7 7:6
**believed**(1) 7:11
**better**(1) 7:5
**between**(3) 5:12 6:4 9:25
**both**(1) 6:1
**branch**(1) 2:5
**brandywine**(1) 1:29
**brief**(1) 5:25
**briefing**(3) 11:3 11:10 11:25
**briefs**(2) 5:23 6:1
**bringing**(1) 11:24
**building**(1) 1:29
**busenkell**(3) 2:5 3:15 3:16
**but**(10) 4:16 5:16 5:23 6:9 8:23 10:5 10:21 11:8 11:20 11:24

**calyon**(1) 2:4
**can't**(1) 3:11
**carlyle**(2) 2:4 3:16
**case**(5) 1:9 8:21 9:18 11:13 11:14
**cert**(1) 12:20
**certainly**(4) 7:13 7:22 8:6 9:16
**certification**(1) 12:12
**certified**(1) 12:21
**certify**(1) 12:13
**chapter**(1) 1:7
**christopher**(1) 1:21
**claim**(3) 4:10 6:2 6:6
**clear**(1) 6:14
**clearly**(1) 5:24
**coming**(1) 4:11
**complete**(1) 9:7
**completed**(2) 4:25 5:14
**complied**(1) 9:6
**conaway**(2) 1:27 3:6
**condition**(1) 8:17
**conference**(3) 4:3 4:7 5:3
**conjunction**(1) 8:10
**connection**(5) 3:19 3:22 6:12 10:21 11:25
**consideration**(1) 6:10
**contained**(1) 4:16
**continuation**(1) 8:18
**continue**(5) 7:23 9:10 9:19 10:8 10:9
**continued**(2) 2:2 10:12
**corporation**(1) 1:11
**correct**(3) 3:20 3:22 12:13
**correspondence**(1) 6:4
**could**(1) 5:25
**counsel**(4) 3:2 4:24 4:25 6:19
**couple**(1) 10:16
**court**(22) 1:1 3:2 3:11 3:14 3:18 4:1 4:5 6:14 6:19 8:14 9:1 9:3 9:9 10:2 10:25 11:7 11:17 11:23 12:3 12:7 12:10 12:21

**courtroom**(1) 1:11
**crux**(1) 4:6
**css**(1) 1:9
**currently**(1) 4:9
**cursory**(1) 5:10
**data**(1) 1:40
**date**(12) 4:22 6:9 6:13 8:18 9:10 10:13 11:4 11:9 11:15 11:18 11:19 11:19

**dates**(3) 6:24 9:11 9:12
**day**(3) 4:13 7:11 11:22
**days**(1) 11:4
**deadline**(1) 7:9
**deadlines**(2) 5:17 6:16
**deal**(1) 7:5
**debtor**(2) 5:4 7:24
**debtor's**(5) 4:13 7:24 8:1 8:1 10:23
**debtors**(17) 1:27 3:23 4:2 4:24 5:2 5:10 5:14 5:18 5:19 5:22 6:7 7:22 7:25 8:10 8:16 8:21 11:1

**decide**(1) 9:19
**decided**(1) 10:19
**delaware**(5) 1:2 1:10 1:13 2:6 3:1
**delaying**(1) 6:5
**delivery**(1) 4:12
**deny**(1) 11:9
**depending**(1) 6:11
**depose**(3) 5:7 8:1 8:2
**deposition**(3) 5:14 10:1 10:3
**depositions**(2) 5:8 9:23
**determine**(5) 5:5 5:6 5:8 7:7 7:14
**diaz**(1) 1:40
**did**(3) 4:2 10:22 11:8
**different**(1) 11:5
**discussed**(1) 10:1
**dispositive**(1) 7:9
**district**(1) 1:2
**document**(2) 4:17 4:25
**documents**(13) 4:15 4:15 4:16 4:21 4:21 4:23 5:4 5:5 5:6 5:7 5:11 9:7 9:24

**does**(1) 6:5
**doesn't**(2) 6:8 7:1
**don't**(5) 7:2 7:19 8:8 11:17 12:4
**done**(2) 5:10 11:21
**doubles**(1) 4:21
**due**(1) 5:23
**earlier**(1) 7:8
**early**(1) 5:15
**easily**(1) 7:5
**ecro**(1) 1:38
**electronic**(2) 1:46 12:14
**email**(1) 6:4
**emails**(2) 5:12 5:12
**enter**(1) 3:3
**entire**(1) 7:15
**esq**(3) 1:28 2:5 2:11
**estate**(1) 5:20
**even**(1) 10:7
**evidence**(2) 9:15 10:5
**exclude**(17) 3:23 4:8 4:13 5:21 5:24 6:11 6:25 7:24 8:10 8:15 8:22 9:4 9:9 9:15 9:20 10:5 10:10

**excluded**(1) 8:21
**exclusion**(3) 6:15 6:22 8:6
**expert**(21) 3:23 3:24 4:8 4:14 4:17 5:1 5:5 5:7 5:13 7:6 7:24 7:25 8:1 8:1 8:2 8:4 8:5 8:7 8:11 8:20 9:25

**expert's**(1) 4:16
**extend**(2) 9:11 9:12
**extended**(1) 11:15
**extent**(1) 7:20
**fact**(3) 8:19 9:5 10:12
**facts**(1) 6:22
**fair**(2) 7:25 8:3
**fashion**(2) 7:5 9:13
**favored**(1) 9:17
**fed-ex**(1) 4:12
**feel**(1) 8:4
**file**(3) 4:16 10:22 11:4
**filed**(4) 4:14 6:3 8:25 10:24
**fine**(2) 11:13 11:16
**first**(3) 4:4 7:11 11:22
**floor**(2) 1:31 2:13
**focus**(1) 6:1
**focusing**(1) 7:17
**fold**(1) 4:8
**follow**(1) 12:4
**for**(31) 1:2 1:27 2:4 2:10 3:4 3:20 3:24 4:3 4:7 4:9 4:10 4:12 4:24 5:3 5:3 6:1 6:2 6:8 6:9 6:13 7:7 7:9 7:10 7:17 8:6 8:24 9:3 10:8 10:15 11:20 11:22

**foregoing**(1) 12:13
**former**(1) 9:16
**forth**(1) 11:16
**forward**(6) 5:22 6:15 7:23 9:2 9:18 10:11
**friday**(1) 3:1
**from**(5) 3:6 4:23 4:24 11:4 12:14
**full**(2) 7:25 8:3
**generally**(1) 9:17
**gets**(1) 11:15
**give**(1) 7:6
**goes**(1) 9:22
**going**(10) 6:21 6:22 7:21 7:23 8:22 10:8 10:9 10:18 11:9 11:20

**gone**(1) 7:3
**good**(7) 3:2 3:3 3:5 3:8 3:9 3:15 6:20
**gotten**(1) 9:6
**govern**(1) 11:25
**grant**(1) 10:15
**guess**(2) 6:16 11:15
**had**(3) 9:13 11:5 11:21
**hand**(2) 7:4 7:20
**harrisburg**(1) 1:42
**has**(1) 7:22
**have**(12) 3:20 4:21 5:10 7:2 7:3 7:19 7:25 8:3 8:25 9:6 9:6 10:9

**haven't**(2) 10:7 10:17
**head**(1) 4:11
**hear**(3) 3:11 6:19 10:10
**hearing**(13) 1:20 3:24 4:9 4:10 5:21 6:1 6:6 6:9 6:9 8:25 10:9 11:18 12:11

**here**(1) 5:16
**here's**(1) 10:7
**hold**(1) 6:16
**holdings**(1) 1:10
**home**(1) 1:9
**honor**(36) 3:5 3:8 3:9 3:15 3:21 4:2 4:20 5:2 5:10 5:14 5:15 6:8 6:11 6:18 6:20 6:21 6:23 7:6 7:14 7:16 7:20 8:2 8:12 8:15 8:19 8:24 9:5 9:21 10:20 11:5 11:12 11:13 11:20 12:2 12:6 12:9

**honor's**(3) 4:18 5:17 5:23
**honorable**(1) 1:21
**hope**(1) 10:20
**i'll**(3) 10:10 11:9 12:7
**i'm**(13) 3:6 3:11 6:14 6:21 6:22 7:24 9:3 10:2 10:6 10:8 10:9 10:18 10:21

**i've**(1) 10:19
**impact**(4) 5:25 5:25 6:12 9:25
**inc**(1) 1:10
**including**(1) 4:25
**information**(1) 9:14
**informed**(1) 6:23
**interrupting**(1) 10:21
**into**(1) 6:21
**issue**(3) 4:7 5:16 5:16
**issues**(6) 7:3 7:6 7:17 7:17 9:20 9:22
**it's**(8) 3:22 5:24 6:15 7:1 8:24 9:5 10:19 10:20

**its**(1) 7:9
**joined**(1) 3:6
**judge**(3) 1:22 3:2 3:3
**judgment**(5) 7:8 7:10 10:15 10:22 10:24
**just**(4) 6:14 10:16 11:2 12:3
**keep**(1) 8:1
**ken**(2) 6:20 11:14
**kenneth**(3) 2:11 3:9 3:12
**know**(6) 6:5 6:23 7:1 10:16 10:17 11:17
**knows**(1) 5:15
**later**(3) 4:18 9:10 10:12
**least**(2) 7:16 8:13
**left**(1) 7:17
**leslie**(1) 1:38
**less**(1) 9:16
**let**(1) 6:19
**light**(1) 7:2
**like**(2) 8:21 12:4
**llp**(1) 2:10
**local**(3) 11:3 11:10 11:24
**lose**(1) 11:9
**lundgren**(2) 3:7 3:8

Word Page:Line

**lunn**(22) 1:28 3:5 3:5 3:21 3:21 4:2 4:6 6:15 6:18 6:23 8:12 8:13 8:15 9:2 9:5 9:21 9:21 10:20 10:20 11:1 11:12 12:9

**made**(3) 4:23 5:25 7:10
**madison**(1) 2:12
**make**(3) 4:3 6:10 10:14
**manner**(1) 9:14
**many**(1) 5:15
**market**(1) 1:12
**matter**(1) 12:15
**matthew**(6) 1:28 3:5 3:21 8:12 9:21 10:20
**may**(5) 8:4 8:12 8:13 8:20 9:25
**maybe**(1) 10:4
**mcmeel**(1) 12:19
**mean**(5) 9:10 10:2 11:7 11:17 11:18
**merican**(1) 1:9
**michael**(2) 2:5 3:15
**mind**(1) 11:6
**mister**(1) 9:1
**more**(1) 7:5
**morning**(8) 3:2 3:3 3:5 3:8 3:9 3:15 6:20 11:8

**mortgage**(1) 1:9
**motion**(34) 3:23 4:8 4:13 5:21 5:24 6:11 6:16 6:22 6:25 7:7 7:10 7:10 7:14 7:23 8:10 8:15 8:17 8:22 9:4 9:19 10:4 10:7 10:10 10:15 10:17 10:22 10:22 10:24 11:2 11:7 11:9 11:20 11:24 12:1

**motions**(1) 7:9
**murin**(1) 1:38
**myself**(1) 6:4
**narrowing**(1) 7:16
**national**(8) 2:5 4:11 5:13 5:15 6:3 6:5 9:25 10:22

**national/us**(1) 3:24
**necessary**(5) 5:6 5:9 8:19 8:25 10:19
**need**(7) 5:18 6:8 7:23 8:6 9:19 9:23 12:4
**needed**(1) 9:13
**needs**(1) 5:4
**negating**(1) 7:15
**never**(3) 5:12 8:17 9:24
**new**(6) 2:4 2:14 5:11 6:9 6:13 9:24
**next**(1) 10:16
**normal**(1) 11:3
**not**(15) 5:8 5:16 6:21 6:22 8:16 8:16 8:20 9:6 9:6 9:7 10:11 10:15 10:18 10:19 10:21
**note**(2) 4:20 6:2
**notice**(1) 10:23
**noticed**(1) 8:24
**notwithstanding**(1) 4:23
**now**(3) 3:20 6:23 10:6
**number**(1) 5:17
**nutshell**(1) 9:5
**object**(2) 7:1 11:1
**objection**(2) 6:3 7:19
**obviously**(1) 11:1
**occur**(1) 11:10
**occurred**(1) 10:5
**off**(1) 7:13
**okay**(2) 4:1 4:5
**one**(3) 4:8 9:12 9:17
**only**(1) 11:21
**open**(1) 8:16
**opportunity**(2) 7:25 8:3
**oppose**(1) 8:8
**opposed**(1) 11:15
**opposition**(1) 6:25
**oral**(1) 10:18
**order**(5) 4:19 5:18 5:23 6:17 11:5
**orderly**(1) 9:13
**originally**(1) 11:16
**other**(4) 6:16 7:4 7:20 9:18
**our**(2) 6:25 11:9
**out**(1) 11:15

Word Page:Line

**outside**(1) 9:22
**pages**(4) 4:14 4:15 4:20 5:11
**papers**(1) 8:25
**park**(9) 2:5 3:23 4:11 5:13 5:14 6:3 6:5 9:25 10:22

**partially**(1) 3:22
**parties**(2) 6:1 8:25
**pending**(2) 3:22 6:17
**pennsylvania**(1) 1:42
**per**(1) 4:18
**perhaps**(3) 7:7 7:14 7:15
**period**(1) 9:8
**piece**(1) 8:13
**please**(1) 3:3
**policy**(1) 9:17
**position**(1) 7:16
**potential**(3) 5:19 8:20 9:23
**ppearances**(2) 1:24 2:1
**prejudge**(1) 10:7
**prejudice**(4) 5:19 7:22 8:20 9:9
**present**(1) 9:15
**pretrial**(1) 5:23
**probably**(3) 4:3 6:10 9:17
**problem**(3) 5:13 7:2 10:6
**proceeding**(1) 12:3
**proceedings**(3) 1:19 1:46 12:15
**produced**(5) 1:47 4:18 4:22 5:12 9:24
**production**(3) 4:22 4:25 5:1
**promises**(1) 10:14
**proposal**(1) 6:15
**purported**(1) 4:15
**pursuant**(1) 11:10
**put**(2) 8:21 9:18
**putting**(1) 7:13
**re-notice**(1) 12:4
**read**(3) 10:7 10:17 11:23
**reason**(3) 4:7 5:3 7:23
**reasons**(1) 9:18
**rebuttal**(3) 5:5 8:3 8:4
**received**(2) 9:14 10:18
**record**(1) 3:4
**recorded**(1) 1:46
**recording**(2) 1:46 12:14
**related**(1) 5:1
**remedies**(1) 9:12
**remedy**(1) 9:10
**repeated**(1) 4:23
**report**(3) 5:1 8:5 9:7
**reports**(3) 4:17 8:4 8:5
**representations**(1) 4:24
**request**(3) 4:2 6:24 11:2
**requested**(1) 10:23
**requests**(1) 4:23
**required**(2) 4:14 4:17
**resolution**(1) 6:17
**respect**(1) 11:3
**respond**(1) 8:13
**response**(4) 4:13 9:16 10:3 10:23
**result**(2) 4:11 8:20
**return**(2) 11:15 11:17
**returnable**(1) 7:11
**review**(7) 5:4 5:5 5:6 5:7 5:11 7:7 7:14
**rice**(2) 2:4 3:16
**right**(7) 3:18 6:14 6:19 10:2 10:3 11:23 12:7

**rule**(1) 9:6
**rules**(4) 6:11 11:3 11:11 11:25
**ruling**(1) 5:24
**said**(2) 5:21 6:25
**sanctions**(1) 10:4
**sandridge**(2) 2:4 3:16
**say**(3) 4:6 8:5 8:24
**saying**(1) 8:1
**schedule**(3) 10:18 11:4 11:25
**scheduled**(5) 3:20 3:24 4:8 4:10 6:2
**scheduling**(6) 4:7 4:18 5:17 5:23 6:17 11:5

Word Page:Line

**schuylkill**(1) 1:41
**second**(2) 8:13 9:14
**see**(1) 12:7
**sending**(1) 4:12
**sense**(2) 4:3 6:10
**september**(7) 1:15 3:1 3:20 3:25 4:9 5:15 12:18

**serve**(1) 8:3
**served**(4) 4:14 6:3 7:8 7:9
**service**(3) 1:40 1:47 11:5
**services**(1) 1:40
**set**(3) 6:8 10:8 11:16
**severe**(1) 9:16
**shorten**(4) 10:22 11:2 11:8 11:10
**should**(7) 5:22 8:5 8:9 8:24 9:2 10:11 11:10

**side**(1) 9:18
**signed**(1) 11:7
**simply**(3) 5:4 8:16 11:2
**sir**(1) 3:11
**some**(2) 6:4 9:22
**something**(3) 6:24 6:25 7:1
**sontchi**(3) 1:21 3:3 3:3
**sorry**(3) 3:11 7:24 9:3
**sound**(2) 1:46 12:14
**stargatt**(2) 1:27 3:6
**starting**(1) 10:6
**states**(2) 1:1 1:22
**status**(2) 4:3 5:3
**stephanie**(1) 12:19
**still**(2) 5:22 8:19
**street**(3) 1:12 1:30 1:41
**submission**(1) 11:19
**substantive**(1) 10:11
**such**(1) 8:9
**summary**(5) 7:8 7:10 10:15 10:21 10:23
**supplemental**(2) 5:8 9:23
**take**(1) 10:3
**taylor**(2) 1:27 3:6
**teleconference**(1) 3:19
**telephonic**(1) 1:20
**than**(1) 4:18
**thank**(4) 3:14 11:12 12:6 12:9
**that**(55) 3:18 3:19 3:20 4:6 4:16 4:20 4:21 4:22 4:25 5:3 5:12 5:13 5:14 5:18 5:22 6:2 6:3 6:5 6:5 6:8 6:17 6:17 7:1 7:1 7:3 7:4 7:8 7:10 7:14 7:17 7:21 8:9 8:17 8:18 8:20 8:21 8:24 9:6 9:17 9:19 9:24 9:25 10:3 10:10 10:12 10:23 10:23 11:2 11:7 11:8 11:20 11:21 12:4 12:5 12:13
**that's**(8) 3:21 8:16 9:20 10:4 11:13 11:16 11:20 11:21

**the**(176) 1:1 1:2 1:21 1:29 3:2 3:4 3:11 3:14 3:18 3:19 3:22 3:23 3:23 3:25 4:1 4:2 4:5 4:6 4:7 4:7 4:7 4:8 4:8 4:9 4:9 4:10 4:13 4:13 4:13 4:13 4:16 4:17 4:20 4:21 4:22 4:23 4:24 4:25 5:1 5:1 5:2 5:3 5:3 5:3 5:5 5:6 5:7 5:7 5:10 5:11 5:13 5:13 5:14 5:14 5:16 5:18 5:19 5:21 5:21 5:24 5:25 5:25 5:25 6:1 6:1 6:2 6:3 6:4 6:6 6:6 6:7 6:8 6:9 6:10 6:14 6:15 6:17 6:19 6:21 6:22 6:24 6:25 7:2 7:4 7:6 7:11 7:11 7:13 7:15 7:15 7:17 7:17 7:20 7:20 7:20 7:21 7:22 8:5 8:8 8:13 8:14 8:15 8:16 8:17 8:17 8:18 8:20 8:21 8:22 8:25 9:1 9:2 9:3 9:3 9:3 9:4 9:5 9:7 9:7 9:7 9:9 9:9 9:10 9:10 9:11 9:12 9:13 9:14 9:14 9:15 9:16 9:18 9:19 9:22 9:25 10:1 10:2 10:2 10:3 10:8 10:8 10:10 10:10 10:12 10:12 10:16 10:17 10:21 10:23 10:23 10:25 11:3 11:3 11:4 11:7 11:9 11:10 11:10 11:15 11:17 11:19 11:19 11:20 11:22 11:23 11:23 11:24 12:3 12:7 12:8 12:10 12:11 12:13 12:14 12:14 12:15

**their**(3) 8:10 9:15 9:18

Word Page:Line

**then**(2) 6:16 7:21
**there**(11) 5:11 5:17 7:8 7:21 7:22 7:22 8:5 8:19 9:11 9:23 9:24

**there's**(1) 8:19
**these**(2) 4:15 5:4
**they**(2) 8:4 9:6
**they'll**(1) 8:2
**things**(1) 9:13
**think**(3) 6:12 8:9 10:16
**this**(17) 3:2 3:3 3:12 3:18 3:21 4:2 4:11 5:22 7:8 8:12 8:13 9:21 10:6 10:18 11:8 11:14 11:25

**though**(1) 8:23
**thought**(1) 8:22
**time**(9) 5:4 5:4 5:6 5:7 6:8 7:7 9:8 10:10 10:19

**timeframe**(1) 10:15
**timely**(1) 9:14
**times**(1) 5:15
**timing**(5) 5:16 5:16 7:2 9:20 9:22
**today**(1) 6:9
**transcript**(3) 1:19 1:46 12:14
**transcription**(2) 1:40 1:47
**transcriptionist**(1) 12:21
**trial**(17) 3:19 6:13 6:24 7:12 7:13 7:15 7:17 7:20 7:21 8:9 8:18 9:10 9:19 10:8 10:12 11:9 11:22

**tuesday**(1) 4:12
**two**(2) 4:7 9:12
**type**(1) 11:25
**uh-huh**(1) 10:25
**ultimately**(1) 6:12
**under**(2) 5:23 9:17
**understand**(1) 3:18
**understood**(1) 11:24
**united**(2) 1:1 1:22
**unless**(1) 11:5
**unrealistic**(1) 10:17
**until**(1) 10:19
**various**(1) 7:2
**very**(1) 5:10
**via**(1) 4:12
**was**(18) 4:13 4:14 4:23 4:25 6:3 7:9 7:10 7:11 8:17 8:18 8:23 9:7 9:25 11:16 11:20 11:21 11:21 12:11

**wasn't**(1) 8:22
**wasting**(1) 5:19
**we'll**(1) 10:7
**we're**(1) 12:10
**wednesday**(1) 4:12
**week**(1) 7:8
**weeks**(1) 10:16
**welcome**(2) 12:7 12:10
**well**(4) 9:11 10:6 11:15 11:19
**were**(5) 4:16 5:12 5:12 9:24 11:24
**weren't**(1) 11:8
**west**(1) 1:30
**what**(10) 4:6 5:2 5:2 6:7 6:11 6:12 9:25 10:7 11:16 11:17

**what's**(2) 9:3 9:4
**whatever**(1) 8:3
**whatsoever**(1) 10:14
**whereupon**(1) 12:11
**whether**(6) 5:5 5:6 5:8 10:11 10:14 10:19
**which**(8) 3:24 4:10 4:12 7:11 10:2 11:4 11:13 11:14

**while**(1) 8:8
**why**(3) 9:19 10:5 11:24
**will**(5) 7:6 7:25 10:9 10:14 10:15
**wilmington**(4) 1:13 1:32 2:7 3:1

**Word** **Page:Line**

**with**(13) 3:19 3:22 5:13 6:15 6:22 7:2 7:6 7:23 8:10 9:6 10:21 11:3 11:25

**withdrawing**(3) 8:10 8:16 8:17
**within**(1) 9:7
**without**(1) 10:8
**womble**(2) 2:4 3:16
**would**(25) 4:3 4:6 4:20 5:24 6:2 6:7 6:9 6:12 6:12 7:13 7:17 8:6 8:9 8:21 8:23 9:11 9:12 9:15 9:17 10:3 10:4 10:16 11:1 11:2 11:4

**yeah**(1) 11:23
**yes**(3) 6:18 8:14 11:23
**yesterday**(1) 6:23
**york**(2) 2:4 2:14
**you**(19) 3:11 3:14 6:5 6:23 7:1 9:9 9:11 9:12 9:13 9:13 10:16 11:12 11:17 11:18 11:24 12:4 12:6 12:8 12:9

**you're**(2) 12:7 12:10
**young**(2) 1:27 3:6
**your**(42) 3:4 3:5 3:8 3:9 3:15 3:21 4:2 4:18 4:20 5:2 5:10 5:13 5:15 5:17 5:23 6:8 6:10 6:11 6:15 6:18 6:20 6:21 6:22 7:6 7:14 7:16 7:20 8:2 8:12 8:15 8:19 8:24 9:5 9:21 10:20 11:5 11:12 11:13 11:20 12:2 12:6 12:9

**yudell**(17) 2:10 2:11 3:9 3:10 3:10 3:12 3:12 3:13 6:4 6:20 6:20 8:22 11:13 11:14 11:19 12:2 12:6