# EXHIBIT A

**Amended Claim**

# Exhibit A

## Amended Claim

| Name/Address of Claimant | Objectionable Claim: Claim Number | Objectionable Claim: Date Filed | Objectionable Claim: Case Number | Objectionable Claim: Total Amount Claimed | Surviving Claim: Claim Number | Surviving Claim: Date Filed | Surviving Claim: Case Number | Surviving Claim: Total Amount Claimed |
|---|---|---|---|---|---|---|---|---|
| MCCANN APPRAISAL SERVICES INC.<br>ATTN FRANK MCCANN, OWNER/PRESIDENT<br>231 S. WHITE HORSE PIKE<br>AUDUBON, NJ 08106 | 9081 | 1/11/08 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$60.00 (U)<br>$60.00 (T) | 10641 | 1/9/09 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$7,160.00 (U)<br>$7,160.00 (T) |
| **Totals:** | **1 Claim** | | | **- (S)<br>- (A)<br>- (P)<br>$60.00 (U)<br>$60.00 (T)** | | | | **- (S)<br>- (A)<br>- (P)<br>$7,160.00 (U)<br>$7,160.00 (T)** |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Duplicate Claims**

# Exhibit B

## Duplicate Claim

| | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| **Name/Address of Claimant** | **Claim Number** | **Date Filed** | **Case Number** | **Total Amount Claimed** | **Claim Number** | **Date Filed** | **Case Number** | **Total Amount Claimed** |
| LAW GROUP PL<br>FLORIDA DEFAULT LAW GROUP PL<br>PO BOX 25018<br>MAIL STOP 4<br>TAMPA, FL 33622-5018 | 10678 | 1/10/09 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$8,219.21 (U)<br>$8,219.21 (T) | 8662 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$8,219.21 (U)<br>$8,219.21 (T) |
| LAW GROUP PL<br>FLORIDA DEFAULT LAW GROUP PL<br>PO BOX 25018<br>MAIL STOP 4<br>TAMPA, FL 33622-5018 | 10682 | 2/20/09 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$8,219.21 (U)<br>$8,219.21 (T) | 8662 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$8,219.21 (U)<br>$8,219.21 (T) |
| MOBILE REGISTER, THE<br>LOCK BOX 1712<br>MOBILE, AL 36601 | 10654 | 2/2/09 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,535.00 (U)<br>$1,535.00 (T) | 3784 | 11/29/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,535.00 (U)<br>$1,535.00 (T) |
| **Totals:** | **3 Claims** | | | **- (S)**<br>**- (A)**<br>**- (P)**<br>**$17,973.42 (U)**<br>**$17,973.42 (T)** | | | | **- (S)**<br>**- (A)**<br>**- (P)**<br>**$17,973.42 (U)**<br>**$17,973.42 (T)** |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Late Filed Claims**

# Exhibit C

## Late Filed Claim

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| DEPARTMENT OF CORPORATIONS<br>C/O: PRESTON DUFAUCHARD, COMMISSIONER<br>1515 K ST, STE 200<br>SACRAMENTO, CA 95814-4052 | 9864 | 1/31/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$10,605.65 (U)<br>$10,605.65 (T) | 1/11/2008 |
| GENERAL ELECTRIC CAPITAL CORPORATION<br>C/O ELENA P. LAZAROU, ESQ.<br>REED SMITH LLP<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | 10173 | 4/2/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$8,262.18 (U)<br>$8,262.18 (T) | 1/11/2008 |
| **Totals:** | **2 Claims** | | | **- (S)**<br>**- (A)**<br>**- (P)**<br>**$18,867.83 (U)**<br>**$18,867.83 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Wrong Debtor Claims**

# Exhibit D

## Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claims: Claim Number | Date Filed | Case Number | Amount | New Case Number: Case Number |
|---|---|---|---|---|---|
| 32 PROSPECT AVENUE, LLC<br>C/O HARVEY SUSSWEIN<br>85 CLINTON AVENUE<br>MONTCLAIR, NJ 07042 | 9883 | 2/1/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$5,339.25 (U)<br>$5,339.25 (T) | 07-11051 |
| AMERICAN SOLUTIONS FOR BUSINESS<br>ATTN SHELLY ANDERSON, CREDIT MGR<br>PO BOX 218<br>GLENWOOD, MN 56334 | 1434 | 10/5/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,608.18 (U)<br>$1,608.18 (T) | 07-11051 |
| CITY OF GREENSBORO<br>ATTN CONNIE C. HUDGINS - DEPUTY<br>PO BOX 3136<br>GREENSBORO, NC 27402-3136 | 5442 | 12/13/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$3,960.00 (U)<br>$3,960.00 (T) | 07-11051 |
| HUFFMAN ASSOCIATES, LLC<br>ATTN MICHAEL W. HUFFMAN, PRESIDENT<br>111 WEST MAIN STREET<br>BAY SHORE, NY 11706 | 1393 | 9/27/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$125,700.00 (U)<br>$125,700.00 (T) | 07-11051 |
| REGSDATA<br>C/O ISO, INC. LAW DEPT<br>KENNETH E. THOMPSON, SECRETARY<br>545 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310-1686 | 3628 | 11/26/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$2,227.76 (U)<br>$2,227.76 (T) | 07-11051 |
| THELEN REID BROWN RAYSMAN & STEINER LLP<br>ATTN LOUIS J CISZ, III<br>MARCUS O COLABIANCHI<br>101 SECOND STREET #1800<br>SAN FRANCISCO, CA 94105 | 7736 | 1/8/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$3,027.90 (U)<br>$3,027.90 (T) | 07-11051 |
| WINSTON SUPPORT SERVICES,LLC<br>ATTN: JESSE ULEZALKA<br>122 EAST 42ND STREET<br>NEW YORK, NY 10168 | 10737 | 10/7/09 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$12,000.00 (U)<br>$12,000.00 (T) | 07-11051 |

| | Objectionable Claims | | | | New Case Number |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
| Totals: | | 7 Claims | | - (S)<br>- (A)<br>- (P)<br>$153,863.09 (U)<br>$153,863.09 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

**No Supporting Documentation Claims**

# Exhibit E

## No Documentation Claim

Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BATES, ARBIE<br>3848 HWY 63<br>BLACK ROCK, AR 72415 | 7630 | 1/8/08 | No Case | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form which would allow the Debtors to determine whether or not the claimant has a valid claim. Moreover, the claimant has not responded to the Debtors' requests for additional information. Based on the foregoing, the Debtors request the claim be disallowed and expunged. |
| CIRCUIT COURT FOR BALTIMORE CITY<br>100 NORTH CALVERT ST., RM 610<br>BALTIMORE, MD 21202 | 6034 | 12/17/07 | 07-11051 | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form. Accordingly, the Debtors are unable to determine the potential basis for the claim and request the claim be disallowed and expunged. |
| CIRKUS, JOSEPH<br>4251 ROCK ISLAND RD. APT. 106<br>LAUDERHILL, FL 33319-4509 | 4381 | 12/3/07 | No Case | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form. Accordingly, the Debtors are unable to determine the potential basis for the claim and request the claim be disallowed and expunged. |
| DETTMANN, FREDERICK G. MD<br>4811 N. 68TH ST.<br>SCOTTSDALE, AZ 85251 | 5386 | 12/13/07 | No Case | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form which would allow the Debtors to determine whether or not the claimant has a valid claim. Moreover, the claimant has not responded to the Debtors' requests for additional information. Based on the foregoing, the Debtors request the claim be disallowed and expunged. |
| KINKER, VICKI S.<br>1517 HIAWATHA DR<br>OWOSSO, MI 48867 | 7554 | 1/7/08 | No Case | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form. Accordingly, the Debtors are unable to determine the potential basis for the claim and request the claim be disallowed and expunged. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MOSES, HARRY<br>C/O LEHMAN BROTHERS<br>399 PARK AVENUE<br>NEW YORK, NY 10022-4679 | 6079 | 12/21/07 | No Case | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form. Accordingly, the Debtors are unable to determine the potential basis for the claim and request the claim be disallowed and expunged. |
| SCHWARZ , JAMES W. & BARBARA J.<br>TEN ENT<br>4 SPRING CIRCLE<br>BROOMALL, PA 19008-1219 | 6738 | 12/31/07 | No Case | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form. Accordingly, the Debtors are unable to determine the potential basis for the claim and request the claim be disallowed and expunged. |
| SHEPHERD, CHARLES MM<br>222 S CENTRAL AVE<br>STE 804<br>ST LOUIS, MO 63105 | 10089 | 3/12/08 | No Case | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form. Accordingly, the Debtors are unable to determine the potential basis for the claim and request the claim be disallowed and expunged. |
| SOUTHWEST FUNDING LP<br>7105 GOLF CLUB DR.<br>STE 1102 #105<br>FORT WORTH, TX 76179 | 6039 | 12/18/07 | No Case | Unspecified* | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form which would allow the Debtors to determine whether or not the claimant has a valid claim. Moreover, the claimant has not responded to the Debtors' requests for additional information. Based on the foregoing, the Debtors request the claim be disallowed and expunged. |
| STAYER, LOUIS L.<br>4340 SEQUOYAH RD<br>OAKLAND, CA 94605 | 8087 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$9,797.25 (U)<br>$9,797.25 (T) | The claimant failed to indicate both the amount being claimed and the purported basis for such claim. In addition, there is no documentation attached to the claim form. Accordingly, the Debtors are unable to determine the potential basis for the claim and request the claim be disallowed and expunged. |
| **Totals:** | **10 Claims** | | | **- (S)<br>- (A)<br>- (P)<br>$9,797.25 (U)<br>$9,797.25 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

**Insufficient Documentation Claims**

# Exhibit F

## Insufficient Documentation Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| IDAHO STATE TAX COMMISSION<br>ATTN: RONALD V CROUCH, ADMINISTRATOR<br>P.O. BOX 56<br>BOISE, ID 83756-0056 | 3383 | 11/19/07 | 07-11051 | Unspecified* | The claimant seeks an unspecified amount from the Debtors in connection with property purportedly held by the Debtors. However, based on a review of the documentation attached to the claim form, there is insufficient evidence or factual allegations to substantiate any claim against the Debtor. Moreover, the Debtors have searched their books and records which do not indicate any liability to this claimant. Based on the foregoing, the claim should be disallowed and expunged in its entirety. |
| PUBLIC WORKS COMMISSION<br>ATTN BEVAN E. GNICE, DIR. CUST. SERVICE<br>PO BOX 7000<br>FAYETTEVILLE, NC 28302 | 2094 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$323.61 (U)<br>$323.61 (T) | The claimant failed to attach any documentation to allow the Debtors to determine the potential basis for the claim. Accordingly, the claim is not prima facie valid and the Debtors request the claim be disallowed and expunged. |
| SCHNEIDER, THOMAS G. & DIANE C., JT TEN<br>545 GIESLER RD<br>JASPER, IN 47546 | 7825 | 1/9/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$13,033.50 (U)<br>$13,033.50 (T) | The claimants seek amounts allegedly owed to them by the Debtors on account of losses incurred as a result of the chapter 11 cases. However, based on a review of the documentation attached to the claim form, there is insufficient evidence to substantiate any claim against the Debtor and the claimants have not responded to the Debtors' requests for additional documentation. Moreover, the Debtors have searched their books and records which do not indicate any liability to these claimants. Based on the foregoing, the claim should be disallowed and expunged in its entirety. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER<br>SALFORD TOWNSHIP TAX COLLECTOR<br>PRINCE ALTEE THOMAS, ESQUIRE<br>2000 MARKET ST., 10TH FL -ROTHSCHILD LLP<br>PHILADELPHIA, PA 19103-3291 | 5911 | 12/19/07 | 07-11050 | Unspecified* | Insufficient documentation to assess validity of claim. |
| **Totals:** | **4 Claims** | | | **- (S)**<br>**- (A)**<br>**- (P)**<br>**$13,357.11 (U)**<br>**$13,357.11 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.