IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>Docket Ref. No. 9203, 9228 |

### ORDER GRANTING DEBTORS' MOTION TO EXCLUDE
### EXPERT TESTIMONY AND REPORT OF STEVEN S. ALBERT

Upon consideration of the *Debtors' Motion in Limine to Exclude Expert Testimony and Report of Steven S. Albert* (the "Motion")[1] filed by the above-captioned debtors and debtors-in-possession (the "Debtors"); and due and adequate notice of the Motion having been given under the circumstances; and all parties in interest having been heard or having had the opportunity to be heard; and after due deliberation and sufficient cause appearing therefor; it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that Park National Bank and Trust of Chicago, the predecessor to North Star Trust Company, as successor-trustee to Park National Bank and Trust Company of Chicago ("Park National") is precluded from submitting the expert testimony of Steven S. Albert, or any written report prepared by Steven S. Albert, in connection with the Debtors' Section 506(c) Claim; and it is further

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

ORDERED that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
       9/23, 2010

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE