

August 31, 2010

Mr. Carlo Colagiacomo
General Counsel
American Home Mortgage Investment Corp.
538 Broad Hollow Road
Melville, NY 11747

## INVOICE

**PLEASE REMIT VIA WIRE TRANSFER**     E.I.N.            Invoice# 0000690-IN

For management services rendered with respect to American Home Mortgage Investment Corporation Chapter 11 for the month ended August 31, 2010.

|   |   |
|---|---|
| Professional Fees | $ 138,050.00 |
| Expenses and Other Charges | 4,469.12 |
| **Invoice Total** | **$ 142,519.12** |

See Attached Schedules

Wire Instructions:
Zolfo Cooper, LLC
PNC Bank

Payable Upon Receipt