**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

September 23, 2010

<u>VIA OVERNIGHT MAIL</u>

Hon. Judge Christopher S. Sontchi
United States Bankruptcy Judge
United States Bankruptcy Court
   for the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

Re:   *U.S. Bank, N.A. v. American Home Mortgage Investment Corp., et al. (In re: American Home Mortgage Holdings, Inc.)*, Adv. Proc. 08-50598, Ch. 11 Nos. 07-11047

Dear Judge Sontchi:

We are special counsel to American Home Mortgage Investment Corp. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases. As noted on the record during today's omnibus hearing, in July 2010, the United States Court of Appeals for the Third Circuit entered a decision affirming the Bankruptcy Court's October 2008 decision in the Wells Fargo Proceeding.[1] We enclose a copy of the Third Circuit's decision, and remain at the Court's convenience to answer any questions in connection with this matter.

Respectfully submitted,

James C. Tecce

cc:   Owen Smith, Esq. (counsel to Bear Stearns)
      Eric Lopez Schnabel, Esq. (counsel to U.S. Bank)

---

[1]   *Wells Fargo Bank, N.A. v. American Home Mortgage Investment Corp., American Home Mortgage Acceptance, Inc., Bear Stearns Mortgage Capital Corp., Bear, Stearns & Co. Inc., and Bear, Stearns International Limited*, No. 09-3568, 2010 WL 2676383 (3rd Cir. July 7, 2010).

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois 60661 | TEL 312-705-7400 FAX 312-705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44 (0) 20 7653-2000 FAX +44 (0) 20 7653-2100
TOKYO | Akasaka Twin Tower Main Bldg., 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 (0) 3 5561-1711 FAX +81 (0) 3 5561-1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49 (0) 621 43298-6000 FAX +49 (0) 621 43298-6100