IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                              :
                                                                             :   Jointly Administered
         Debtors.                                                            :
                                                                             :   Ref. No. 9194
---------------------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 9194**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the Thirty-Fifth Monthly Application of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period June 1, 2010 through June 30, 2010 (the "Application"). The Court's docket which was last updated September 29, 2010, 2010, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than September 22, 2010 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($169,851.20) of requested fees ($212,314.00) and 100% of requested expenses ($9,246.07) on an interim basis without further Court order.

Dated:  Wilmington, Delaware
        September 29, 2010

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          /s/  Pauline K. Morgan
          Pauline K. Morgan (No. 3650)
          Sean M. Beach (No. 4070)
          Patrick A. Jackson (No. 4976)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253

          Counsel for Debtors and
          Debtors in Possession