IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------------  x
In re:                                                           :    Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :    Case No. 07-11047 (CSS)
a Delaware corporation, et al., [1]                              :
                                                                 :    Jointly Administered
        Debtors.                                                 :
---------------------------------------------------------------  x
```

Objection Deadline: October 19,
2010 at 4:00 p.m. (ET)
Hearing Date: N/A

### NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel to the Debtors, Counsel for the Bank of
America, N.A., Counsel for the Official Committee of Unsecured Creditors, Counsel to
the Administrative Agent, Counsel to the DIP Agent, and Milestone Advisors, LLC.

The **Thirty-Fourth Monthly Application of Weiner Brodsky Sidman Kider PC as Ordinary
Course Professionals for the Debtors and Debtors-in-Possession for Allowance of
Compensation and Reimbursement of Expenses Incurred for the Interim Period July 1,
2010 through July 31, 2010** (the "Application") has been filed with the Bankruptcy Court. The
Application seeks allowance of interim fees in the amount of $1,389.00 and interim expenses in
the amount of $217.34.

Objections to the Application, if any, are required to be filed on or before
**October 19, 2010 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United
States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington,
Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received
by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings,
Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Carlo Colagiacomo); (ii) Young
Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington,

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

Delaware 19899-0391 (Attn.: Ryan M. Bartley), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn.: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn.: Bonnie Fatell), counsel to the Committee; (iv) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon); and (v) Weiner Brodsky Sidman Kider PC, 1300 19th Street, NW, Fifth Floor, Washington, DC 20036, (Attn.: David M. Souders).

   PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

   PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Wilmington, Delaware

September 29, 2010

     YOUNG CONAWAY STARGATT & TAYLOR, LLP

     /s/ Ryan M. Bartley
     Sean M. Beach (No. 4070)
     Margaret Whiteman Greecher (No. 4652)
     Ryan M. Bartley (No. 4985)
     The Brandywine Building
     1000 West Street, 17th Floor
     Wilmington, Delaware 19801
     Telephone: (302) 571-6600
     Facsimile: (302) 571-1253

     Counsel for the Debtors and Debtors-in-Possession