## EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>Ref. Docket No. _____ |

### ORDER SEALING THE DEBTORS' ANSWERING BRIEF AND AFFIDAVIT IN OPPOSITION TO MOTION BY U.S. BANK, N.A. (F/K/A PARK NATIONAL BANK) FOR SUMMARY JUDGMENT UNDER SEAL

Upon consideration of the Motion[2] filed by the Debtors that seeks entry of an order pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b) authorizing the parties to file the Answering Brief and Affidavit under seal; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 157(b)(2); and it appearing that due and adequate notice and disclosure of the Motion has been given; and after due deliberation and sufficient cause appearing therefore; it is

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Debtors are hereby authorized to file unredacted versions of the Answering Brief and Affidavit under seal pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b); and it is further

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that the Answering Brief and Affidavit shall remain under seal and shall not be made available to anyone, except to Equitable Funds, the Debtors, Park National, the United States Trustee, the Committee, or others (i) as authorized by Equitable Funds or the Debtors in writing, or (ii) upon further order of this Court; and it is further

ORDERED that any person receiving a copy of the Answering Brief and/or Affidavit shall keep each confidential pursuant to this Order; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
      October ____, 2010

                                                        The Honorable Christopher S. Sontchi
                                                        United States Bankruptcy Judge

---

[2]    Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.