# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Reference Docket Nos. 8812, 8847 & 9213** |

## CERTIFICATION

I certify that I have received and read a copy of the Protective Order in In re American Home Mortgage Holdings, Inc., Case No. 07-11047 (CSS). I agree to be bound by it, and I understand that I may be subject to contempt proceedings in the United States Bankruptcy Court for the District of Delaware if I violate it. I further understand that information designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" pursuant to the Protective Order, and any notes, memoranda, or other form of information derived from it, may not be used, copied, or disclosed by me to anyone else except in strict accordance with the Protective Order.

Date: _____          _____
                                Name:
                                Title: