**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x

In re:                                                  :    Chapter 11
                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,  :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                      :
                                                        :    Jointly Administered
        Debtors.                                        :
                                                        :    **Ref. Docket No.:  9176, 9223 & 9254**

---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER
RESOLVING DEBTORS' SIXTY-THIRD OMNIBUS (SUBSTANTIVE)
OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO. 5254
FILED BY QUICK MORTGAGE SERVICES, LLC**

The undersigned counsel for the above-captioned debtors and debtors in possession (the

"Debtors") hereby certifies as follows:

1.      On December 11, 2007, Quick Mortgage Services, LLC ("Quick Mortgage") filed

claim number 5254 ("Claim 5254") pursuant to which Quick Mortgage asserts a general

unsecured claim in the amount of $9,346.34 on account of mortgage-related services provided by

Quick Mortgage to the Debtors.  Claim 5254 failed to assert a specific Debtor entity against

which such claim was being asserted.

2.      On August 24, 2010, the Debtors filed the Debtors' Sixty-Third Omnibus (Non-

Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,

Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 9176] (the "Objection").

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a
Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM
SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home
Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited
liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak
Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747.

By the Objection, the Debtors sought, *inter alia*, to disallow and expunge Claim 5254 filed by Quick Mortgage on the grounds that the Debtors have no liability to such claimant.

3.    On September 15, 2010, Quick Mortgage filed a response [Docket No. 9223] to the Objection pursuant to which it asserted that the subject loan funded and therefore Quick Mortgage is owed the claimed amount.

4.    On September 23, 2010, the Court entered an order [Docket No. 9254] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 5254.

5.    Following good faith discussions and further review of the relevant records, the parties have agreed that Claim 5254 should be allowed as a general unsecured claim in the amount of $9,346.34 and assigned to Debtor American Home Mortgage Corp. (Case No. 07-11051).

6.    A proposed form of order (the "Proposed Order") reflecting this agreement is attached hereto as Exhibit A.  Based on the foregoing, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated:  October 4, 2010
        Wilmington Delaware

                    **YOUNG CONAWAY STARGATT & TAYLOR, LLP**


                    */s/ Michael S. Neiburg*
                    Sean M. Beach (No. 4070)
                    Margaret Whiteman Greecher (No. 4652)
                    Michael S. Neiburg (No. 5275)
                    The Brandywine Building
                    1000 West Street, 17th Floor
                    Wilmington, Delaware  19801
                    Telephone: (302) 571-6600
                    Facsimile: (302) 571-1253

                    Counsel to the Debtors and Debtors in Possession

# EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------------------- x
In re:                                                                    :     Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                     :     Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                        :
                                                                          :     Jointly Administered
         Debtors.                                                         :
                                                                          :     **Ref. Docket No. 9176, 9223**
-------------------------------------------------------------------------- x     **& 9254**

### CONSENSUAL ORDER RESOLVING DEBTORS' SIXTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO. 5254 FILED BY QUICK MORTGAGE SERVICES, LLC

Upon consideration of the sixty-third omnibus (substantive) claims objection [Docket No. 9176] (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors") and the response [Docket No. 9223] thereto filed by Quick Mortgage Services, LLC ("Quick Mortgage"); and the Court having entered an order [Docket No. 9254] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, claim number 5254 ("Claim 5254") filed by Quick Mortgage; and the Debtors and Quick Mortgage having agreed that Claim 5254 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1]        The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that Claim 5254 shall be an allowed general unsecured claim in the amount of $9,346.34 and assigned to Debtor American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

YCST01: 10212639.1                                              066585.1001