IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No.: 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | : | Jointly Administered |
| corporation, et al. | : | |
| | : | |
| Debtors. | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM ELECTRONIC NOTICING MATRIX

**PLEASE TAKE NOTICE** that the attorney set forth below hereby withdraws her appearance as counsel for General Star National Insurance Company, creditor in the above-captioned bankruptcy case. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware remove her from the electronic noticing matrix for the above-captioned bankruptcy cases.

Dated: 10\5\10

TYBOUT, REDFEARN AND PELL

By: _____
Sherry Ruggiero Fallon    (#2464)
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
Telephone: (302)658-6901
Telecopy:  (302)658-4018
E-mail: sfallon@trplaw.com

Attorneys for General Star National
Insurance Company