**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------x
In re:                                                      : Chapter 11
                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                             :
                                                            : Jointly Administered
    Debtors.                                                :
                                                            :
                                                            : **Objection Deadline: October 18, 2010 at 4:00 p.m. (ET)**
                                                            : **Hearing Date: October 21, 2010 at 11:30 a.m. (ET)**
                                                            :
---------------------------------------------------------------------x

**NOTICE OF MOTION**

TO:  (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE PARTIES; (III) COUNSEL TO THE COMMITTEE; (IV) JP MORGAN CHASE BANK, N.A., AS ESCROW AGENT UNDER THE ESCROW AGREEMENT; AND (V) ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(b)

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed the attached Debtors' Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a) for an Order Approving and Authorizing Settlement Agreement Resolving All Claims and Counterclaims Between the Debtors, Waterfield Shareholder LLC, Union Federal Bank of Indianapolis, Huntington Bancshares Incorporated and the Official Committee of Unsecured Creditors (the "Motion").

Responses to the Motion, if any, must be filed on or before **October 18, 2010 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE MOTION WILL BE HELD ON **OCTOBER 21, 2010 AT 11:30 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 5th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

2

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
October 6, 2010

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ *Sean M. Beach*
        Sean M. Beach (No. 4070)
        Margaret Whiteman Greecher (No. 4652)
        Morgan L. Seward (No. 5388)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel to the Debtors