# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, <u>et al.</u>,[1]

                                     Debtors.

--------------------------------------------------------------------- x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

**Objection Deadline: N/A**
**Hearing Date: N/A**

## DEBTORS' MOTION PURSUANT TO DEL. BANKR. L.R. 9006-1(E) FOR AN ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER DEBTORS' MOTION PURSUANT TO BANKRUPTCY RULE 9019 AND 11 U.S.C. § 105(A) FOR AN ORDER APPROVING AND AUTHORIZING THE SETTLEMENT AGREEMENT RESOLVING ALL CLAIMS AND COUNTERCLAIMS AMONG THE DEBTORS, WATERFIELD SHAREHOLDER LLC, UNION FEDERAL BANK OF INDIANAPOLIS, HUNTINGTON BANCSHARES INCORPORATED AND THE <u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>

American Home Mortgage Holdings, Inc. ("<u>AHM Holdings</u>"), a Delaware

corporation, and certain of its affiliates, the debtors and debtors in possession in the above-

captioned cases (collectively, "<u>AHM</u>" or the "<u>Debtors</u>"), submit this motion (the "<u>Motion to</u>

<u>Shorten</u>"), pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure

for the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), for

entry of an order shortening the time for notice of the *Debtors' Motion Pursuant to Bankruptcy*

*Rule 9019 and 11 U.S.C. § 105(a) for an Order Approving and Authorizing the Settlement*

*Agreement Resolving All Claims and Counterclaims Among the Debtors, Waterfield Shareholder*

---

[1]      The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("<u>AHM SV</u>"), a Maryland corporation (7267); American Home Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC ("<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ("<u>Great Oak</u>"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

*LLC, Union Federal Bank of Indianapolis, Hungtington Bancshares Incorporated and the*

*Official Committee of Unsecured Creditors* (the "Motion")[2], filed contemporaneously herewith,

so that the Motion may be considered at the omnibus hearing (the "Omnibus Hearing") which is

scheduled for October 21, 2010 at 11:30 AM (ET).  In support of the Motion to Shorten, the

Debtors respectfully represent as follows:

      1.     The Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules")

require twenty-one (21) days' notice prior to the hearing date for motions involving the approval

of a compromise or settlement of a controversy.  *See* Fed. R. Bankr. P. 2002(a)(3).  Pursuant to

Local Rule 9006-1(e), however, such periods may be shortened by Order of the Court upon

written motion specifying the exigencies supporting shortened notice.  So as to have provided

twenty-one (21) days notice, the Debtors would have had to file the Motion on or before

September 30, 2010 (the "Motion Filing Deadline").

      2.     The Debtors submit that there is sufficient cause to justify shortening the

notice period for the hearing on approval of the Motion as it relates to the relief sought therein.

As described more fully in the Motion, the Debtors seek the approval of a settlement agreement

regarding the Released Claims negotiated among the Parties and with the approval of the

Committee (the "Settlement Agreement", attached as Exhibit A to the Motion).

      3.     **The Debtors anticipate that funds received under the terms of the**

**Settlement Agreement will be sufficient to effectuate the Plan.  This will allow the Debtors**

**to affect a very substantial and important milestone in the Bankruptcy Cases that will**

**benefit all parties in interest.**  The Committee supports the relief sought in the Motion to

Shorten.

---

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

YCST01:10223425.1                    066585.1001

4.    On the date hereof, the Debtors will serve the Motion to Shorten and the Motion by hand delivery or overnight courier on all parties entitled to receive notice under the Bankruptcy Rules and the Local Rules.

5.    In light of these circumstances, the Debtors submit that (i) there is sufficient cause to justify shortening the applicable notice period for a hearing on the Motion; (ii) that the shortened notice period will be sufficient for entry of an order on the Motion; and (iii) that notice to the parties set forth in the notice section of the Motion will be adequate and sufficient and will not unfairly prejudice any party.  As such, the Debtors request that the Motion be scheduled for the Omnibus Hearing on October 22, 2010 at 11:30 AM (ET).  The Debtors also request that the Court establish a response deadline of October 18, 2010 at 12:00 noon (ET) and require that any response be served so that it is actually received by that date and time.

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, scheduling consideration of the Motion for the Omnibus Hearing and requiring that any responses to the Motion be filed and served so as to be received on or before October 18, 2010 at 12:00 noon (ET).

Dated: Wilmington, Delaware
　　　 October 6, 2010

　　　　　　　　　　　　 YOUNG CONAWAY STARGATT & TAYLOR, LLP


　　　　　　　　　　　　 _____/s/ Sean Beach_____
　　　　　　　　　　　　 Sean M. Beach (No. 4070)
　　　　　　　　　　　　 Margaret Whiteman Greecher (No. 4652)
　　　　　　　　　　　　 The Brandywine Building
　　　　　　　　　　　　 1000 West Street, 17th Floor
　　　　　　　　　　　　 Wilmington, Delaware 19801
　　　　　　　　　　　　 Telephone: (302) 571-6600
　　　　　　　　　　　　 Facsimile: (302) 571-1253

　　　　　　　　　　　　 *Counsel to the Debtors*

YCST01:10223425.1                                                                     066585.1001