## EXHIBIT A

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x    Chapter 11
In re:                                                              :
                                                                    :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :
a Delaware corporation, et al.,[1]                                  :    Jointly Administered
                                                                    :
                    Debtors.                                        :    REF. DOCKET NO. ____
                                                                    :
---------------------------------------------------------------------- x

**ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER DEBTORS' MOTION PURSUANT TO BANKRUPTCY RULE 9019 AND 11 U.S.C. § 105(A) FOR AN ORDER APPROVING AND AUTHORIZING THE SETTLEMENT AGREEMENT RESOLVING ALL CLAIMS AND COUNTERCLAIMS AMONG THE DEBTORS, WATERFIELD SHAREHOLDER LLC, UNION FEDERAL BANK OF INDIANAPOLIS, HUNTINGTON BANCSHARES INCORPORATED AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITOR**

Upon consideration of the motion (the "Motion to Shorten")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order providing that the applicable notice period for the *Debtors' Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a) for an Order Approving and Authorizing the Settlement Agreement Resolving All Claims and Counterclaims Among the Debtors, Waterfield Shareholder LLC, Union Federal Bank of Indianapolis, Hungtington Bancshares Incorporated and the Official Committee of Unsecured Creditors* (the "Motion") be shortened pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion to Shorten.

Delaware; and the Court having determined that granting the relief requested in the Motion to Shorten is in the best interests of the Debtors, their estates and creditors and other parties in interest; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that approval of the Motion shall be considered on October 21, 2010 at 11:30 AM (ET); and it is further

ORDERED, that objections and responses to the relief requested in the Motion shall be filed and served upon counsel to the Debtors no later than October 18, 2010 at 12:00 noon (ET); and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
October __, 2010

_____
Christopher S. Sontchi
United States Bankruptcy Judge