IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., et al., | : : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : : | Jointly Administered Related to Docket No. 9294 |

## ORDER

Upon consideration of the Debtors' Motion Pursuant to Del. Bank. L.R. 9006-1(E) for an Order Shortening the Time for Notice of the Hearing to Consider Debtors' Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(A) for an Order Approving and Authorizing the Settlement Agreement Resolving All Claims and Counterclaims Among the Debtors, Waterfield Shareholder LLC, Union Federal Bank of Indianapolis, Huntington Bancshares Incorporated and the Official Committee of Unsecured Creditors [D.I. 9294] filed on October 6, 2010 (the "Motion to Shorten"). The Court having considered the Motion to Shorten; the Court finding that (a) the Court has jurisdiction over the Motion to Shorten under 28 U.S.C. § 1334; and (b) the Motion to Shorten is a core proceeding under 28 U.S.C.§ 157(b)(2); and the Court having determined that the movants have not established sufficient cause to justify the relief requested in the Motion to Shorten.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

The Motion to Shorten is DENIED.

Christopher S. Sontchi
United States Bankruptcy Court Judge

Dated: October 7, 2010