AMERICAN HOME MORTGAGE COMPANY
PROFESSIONAL BACKGROUND
APRIL 1, 2010 - APRIL 30, 2010

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Tarr, S. | Associate, Member of NY Bar Since 2005, Area of Expertise - Business Restructuring | $410.00 | 1.80 | $738.00 |
| Guilfoyle, V. | Associate, Member of DE Bar Since 2008, Area of Expertise - Litigation | $270.00 | 29.30 | $7,911.00 |
| Senese, K. | Paralegal | $235.00 | 13.90 | $3,266.50 |
| Moody, T. | Paralegal | $210.00 | 1.80 | $378.00 |
| Killen, R | Clerk | $100.00 | 2.40 | $240.00 |
| Grand Total: | | | **49.20** | **$12,533.50** |

AMERICAN HOME MORTGAGE CO.
PROJECT CODE SUMMARY
APRIL 1, 2010, - APRIL 30, 2010

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 2.50 | $591.00 |
| 2 | Other Professionals' Fee/Employment Issues | 5.90 | $1,432.00 |
| 3 | Executory Contracts and Unexpired Leases | 0.00 | $0.00 |
| 4 | Claims Analysis and Objections | 0.50 | $135.00 |
| 5 | Committee Business and Meetings | 0.70 | $189.00 |
| 6 | Case Administration | 1.80 | $180.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.00 | $0.00 |
| 8 | Employee Benefits/General Labor | 0.00 | $0.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.00 | $0.00 |
| 10 | Financing Issues | 0.00 | $0.00 |
| 11 | Regulatory Matters | 0.00 | $0.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 0.00 | $0.00 |
| 13 | Stay Relief Issues | 0.70 | $189.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.00 | $0.00 |
| 15 | Tax Issues | 0.00 | $0.00 |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 0.00 | $0.00 |
| 17 | Hearings - Attendance/Preparation | 4.00 | $1,066.00 |
| 18 | Loan Servicing Transfer Issues | 0.00 | $0.00 |
| 19 | D&O Issues/E&O Issues | 0.00 | $0.00 |
| 20 | Non-Working Travel Time | 0.00 | $0.00 |
| 21 | Adversary Litigation | 0.10 | $23.50 |
| 22 | Preference Actions | 33.00 | $8,728.00 |
| | **TOTALS** | **49.20** | **$12,533.50** |

# AMERICAN HOME MORTGAGE COMPANY
## EXPENSE SUMMARY
### APRIL 1, 2010 TO APRIL 30, 2010

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | | $0.00 |
| Reproduction of Documents | | $9.40 |
| Contracted Photocopying - Parcels | | $573.75 |
| Telecopier/Fax | | $0.00 |
| Courier and Express Services | | $24.02 |
| Hand Delivery Service | | $45.00 |
| Special Mailing Charges | | $47.24 |
| Filing Fees | | $0.00 |
| Travel Expenses | | $0.00 |
| Meeting Expenses | | $0.00 |
| Filing Pleadings | | $0.00 |
| Court | | $0.00 |
| E-Services | | $0.00 |
| Westlaw | | $0.00 |
| Transcript | | $0.00 |
| Record/Docket Searches | | $194.96 |
| **TOTAL** | | **$894.37** |