# EXHIBIT A

## AMERICAN HOME MORTGAGE CO.
## PROJECT CODE SUMMARY
### APRIL 1, 2010, - APRIL 30, 2010

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|:---:|---|---:|---:|
| 1 | Blank Rome Fee/Employment Applications | 2.50 | $591.00 |
| 2 | Other Professionals' Fee/Employment Issues | 5.90 | $1,432.00 |
| 3 | Executory Contracts and Unexpired Leases | 0.00 | $0.00 |
| 4 | Claims Analysis and Objections | 0.50 | $135.00 |
| 5 | Committee Business and Meetings | 0.70 | $189.00 |
| 6 | Case Administration | 1.80 | $180.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.00 | $0.00 |
| 8 | Employee Benefits/General Labor | 0.00 | $0.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.00 | $0.00 |
| 10 | Financing Issues | 0.00 | $0.00 |
| 11 | Regulatory Matters | 0.00 | $0.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 0.00 | $0.00 |
| 13 | Stay Relief Issues | 0.70 | $189.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.00 | $0.00 |
| 15 | Tax Issues | 0.00 | $0.00 |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 0.00 | $0.00 |
| 17 | Hearings - Attendance/Preparation | 4.00 | $1,066.00 |
| 18 | Loan Servicing Transfer Issues | 0.00 | $0.00 |
| 19 | D&O Issues/E&O Issues | 0.00 | $0.00 |
| 20 | Non-Working Travel Time | 0.00 | $0.00 |
| 21 | Adversary Litigation | 0.10 | $23.50 |
| 22 | Preference Actions | 33.00 | $8,728.00 |
| | **TOTALS** | **49.20** | **$12,533.50** |

Project Code 1

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  01 | | | |
| Apr 06 10 | REVIEW, EDIT AND CODE BLANK ROME'S PROFORMA / TIME NARRATIVES, ETC. IN PREPARATION FOR DRAFTING ITS MARCH 2010 MONTHLY FEE APPLICATION | SENESE | 0.70 |
| Apr 06 10 | E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING BLANK ROME'S MONTHLY FEE APPLICATION | GUILFOYLE | 0.10 |
| Apr 08 10 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS FILED IN CONNECTION WITH BLANK ROME'S TWENTY-THIRD MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION WITH RESPECT TO SAME AND FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.30 |
| Apr 09 10 | REVIEW EXHIBIT DOCUMENTATION; DRAFT BLANK ROME'S MARCH 2010 MONTHLY FEE APPLICATION | SENESE | 0.50 |
| Apr 12 10 | FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO BLANK ROME'S TWENTY-THIRD MONTHLY FEE APPLICATION | SENESE | 0.10 |
| Apr 12 10 | REVISE BLANK ROME'S TWENTY-FOURTH MONTHLY FEE APPLICATION; ORGANIZE WITH EXHIBITS AND FORWARD TO B. FATELL FOR REVIEW AND EFILING APPROVAL | SENESE | 0.70 |
| Apr 21 10 | EMAIL EXCHANGE WITH D. LASKIN REGARDING PERIOD COVERED BY BLANK ROME'S INTERIM FEE APPLICATION TO BE HEARD IN MAY 2010 | SENESE | 0.10 |
| PROJECT CODE TOTALS  01 | TOTAL VALUE: | $591.00 | 2.50 |

Project Code 2

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|

PROJECT CODE:  02

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Apr 08 10 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS FILED IN CONNECTION WITH BDO'S TWENTY-NINTH MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION WITH RESPECT TO SAME AND FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.30 |
| Apr 08 10 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS FILED IN CONNECTION WITH BDO'S TENTH INTERIM FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION WITH RESPECT TO SAME AND FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.20 |
| Apr 09 10 | ORGANIZE AND FORWARD OUTSTANDING FEE APPLICATIONS (BDO, HAHN & BLANK ROME) TO S. PUGH (FEE EXAMINER'S OFFICE) | SENESE | 0.30 |
| Apr 12 10 | FORMAT AND EFILE CERTIFICATES OF NO OBJECTION WITH RESPECT TO BDO'S (I)  TWENTY-NINTH MONTHLY FEE APPLICATION AND (II) TENTH INTERIM FEE APPLICATION | SENESE | 0.10 |
| Apr 14 10 | REVIEW SEVERAL CERTIFICATES OF NO OBJECTIONS REGARDING VARIOUS PROFESSIONALS' FEE APPLICATIONS | GUILFOYLE | 0.20 |
| Apr 19 10 | REVIEW FERRY, JOSEPH & PEARCE'S NINTH MONTHLY FEE APPLICATION | GUILFOYLE | 0.20 |
| Apr 23 10 | REVIEW CURRENT DOCKET AND CONFIRM NO OBJECTIONS FILED IN CONNECTION WITH HAHN & HESSEN'S OCTOBER MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION WITH RESPECT TO SAME AND FORWARD TO T. GUILFOYLE FOR REVIEW AND EFILING APPROVAL | SENESE | 0.30 |
| Apr 23 10 | REVIEW BDO'S MARCH 2010 MONTHLY FEE APPLICATION; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORWARD TO T. GUILFOYLE FOR REVIEW AND EFILING APPROVAL; INITIAL PREPARATION FOR SERVICE; TELEPHONE CALL FROM T. GUILFOYLE CONCERNI NG CERTAIN ERRORS IN APPLICATION | SENESE | 0.50 |
| Apr 23 10 | FORMAT AND EFILE BDO'S MONTHLY FEE APPLICATION AND RELATED DOCUMENTS; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES VIA FIRST CLASS MAIL; SERVICE OF A COPY OF THE NOTICE UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL; S ERVICE OF APPLICATION UPON FEE AUDITOR VIA ELECTRONIC MAIL | SENESE | 0.80 |
| Apr 23 10 | FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO HAHN'S OCTOBER 2009 MONTHLY FEE | SENESE | 0.10 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | APPLICATION | | |
| Apr 23 10 | REVIEW AND REVISE BDO'S THIRTIETH MONTHLY FEE APPLICATION, NOTICE OF APPLICATION AND CERTIFICATE OF SERVICE (.4); E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCE WITH K. SENESE REGARDING BDO'S THIRTIETH MONTHLY FEE APPLICATION (.1); REVIEW, REVISE AND FORWARD CERTIFICATE OF NO OBJECTION REGARDING HAHN & HESSEN'S TWENTY-SEVENTH MONTHLY FEE APPLICATION TO K. SENESE (.2) | GUILFOYLE | 0.70 |
| Apr 28 10 | REVIEW TWENTY-THIRD MONTHLY FEE APPLICATION OF WEINER BRODSKY SIDMAN KIDER PC | GUILFOYLE | 0.20 |
| Apr 30 10 | EMAIL EXCHANGE WITH D. LASKIN REGARDING POSSIBLE DISCREPANCY IN BDO EXPENSES FOR INTERIM HEARING (NOV, DEC AND JAN.); REVIEW RESPECTIVE MONTHLY FEE APPLICATIONS AND VERIFY FIGURES AS THEY ARE (BECAUSE OF ADJUSTMENT / REDUCTION IN JAN MONTHLY) | SENESE | 0.20 |
| Apr 30 10 | REVIEW HAHN'S TWENTY-EIGHTH MONTHLY FEE APPLICATION (NOV 2009); PREPARE NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORWARD TO B. FATELL FOR REVIEW AND EFILING APPROVAL | SENESE | 0.30 |
| Apr 30 10 | REVIEW HAHN'S TWENTY-NINTH MONTHLY FEE APPLICATION (DEC 2009); PREPARE NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORWARD TO B. FATELL FOR REVIEW AND EFILING APPROVAL | SENESE | 0.20 |
| Apr 30 10 | FORMAT AND EFILE HAHN'S TWENTY-EIGHTH MONTHLY FEE APPLICATION (NOV 2009); SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL; SERVICE OF APPLICATION PACKAGE UPON FEE AUDITOR VIA EMAIL | SENESE | 0.70 |
| Apr 30 10 | FORMAT AND EFILE HAHN'S TWENTY-NINTH MONTHLY FEE APPLICATION (DEC 2009); SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL; SERVICE OF APPLICATION PACKAGE UPON FEE AUDITOR VIA EMAIL | SENESE | 0.60 |

PROJECT CODE TOTALS  02                 TOTAL VALUE:   $1,432.00      5.90

Project Code 4

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 04 | | | |
| Apr 02 10 | REVIEW DEBTORS' FIFTY-FOURTH AND FIFTY-FIFTH OMNIBUS OBJECTIONS TO CLAIMS | GUILFOYLE | 0.30 |
| Apr 27 10 | REVIEW MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM | GUILFOYLE | 0.20 |

| PROJECT CODE TOTALS  04 | TOTAL VALUE: | $135.00 | 0.50 |
|---|---|---|---|

Project Code 5

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | | | |
| PROJECT CODE: 05 | | | |
| Apr 15 10 | PARTICIPATE IN APRIL 15, 2010 COMMITTEE TELEPHONE CONFERENCE | GUILFOYLE | 0.70 |

| | | | | |
|---|---|---|---|---|
| PROJECT CODE TOTALS 05 | | TOTAL VALUE: | $189.00 | 0.70 |

Project Code 6

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|-----------|-------|
| PROJECT CODE: 06 | | | |
| Apr 01 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |
| Apr 02 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Apr 13 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Apr 14 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Apr 15 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Apr 16 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Apr 19 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Apr 20 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Apr 21 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Apr 22 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Apr 23 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Apr 26 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Apr 27 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Apr 28 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Apr 29 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Apr 30 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |

| PROJECT CODE TOTALS 06 | TOTAL VALUE: | $180.00 | 1.80 |

Project Code 13

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 13 | | | |
| Apr 05 10 | REVIEW MOTION FOR RELIEF FROM STAY AND RELATED MOTION TO LIMIT NOTICE | GUILFOYLE | 0.30 |
| Apr 19 10 | REVIEW MOTION FOR RELIEF FROM STAY | GUILFOYLE | 0.20 |
| Apr 26 10 | E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND MOVANT'S COUNSEL REGARDING MOTION FOR RELIEF FROM STAY | GUILFOYLE | 0.20 |

| PROJECT CODE TOTALS  13 | TOTAL VALUE: | $189.00 | 0.70 |

Project Code 17

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  17 | | | |
| Apr 01 10 | REVIEW AND DISTRIBUTE AGENDA FOR HEARING ON 4-6-2010 | SENESE | 0.10 |
| Apr 01 10 | REVIEW AND DISTRIBUTE AMENDED AGENDA FOR 4-6-2010 HEARING | SENESE | 0.10 |
| Apr 02 10 | REVIEW AMENDED AGENDA FOR APRIL 6, 2010 HEARING | GUILFOYLE | 0.10 |
| Apr 05 10 | E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING APRIL 6, 2010 HEARING | GUILFOYLE | 0.10 |
| Apr 06 10 | ATTEND APRIL 6, 2010 HEARING | GUILFOYLE | 2.30 |
| Apr 22 10 | REVIEW AND DISTRIBUTE AGENDA FOR HEARING ON 4-27 | SENESE | 0.10 |
| Apr 22 10 | REVIEW AGENDA FOR APRIL 27, 2010 HEARING | GUILFOYLE | 0.10 |
| Apr 27 10 | REVIEW AGENDA AND E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING APRIL 27, 2010 STATUS CONFERENCE (.2); ATTEND APRIL 27, 2010 STATUS CONFERENCE (.8) | GUILFOYLE | 1.00 |
| Apr 30 10 | REVIEW AND DISTRIBUTE AGENDA FOR HEARING ON 5-4-2010 | SENESE | 0.10 |

| PROJECT CODE TOTALS  17 | TOTAL VALUE: | $1,066.00 | 4.00 |
|-------------------------|--------------|-----------|------|

Project Code 21

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 21 | | | |
| Apr 07 10 | REVIEW AND DISTRIBUTE ANSWER TO COMPLAINT FILED BY AMEX | SENESE | 0.10 |

| PROJECT CODE TOTALS  21 | TOTAL VALUE: | $23.50 | 0.10 |

Project Code 22

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 22 | | | |
| Apr 02 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Apr 05 10 | REVIEW DEFENDANT'S DISCOVERY RESPONSES (.1); REVIEW AND FORWARD NOTICE OF STATUS CONFERENCE AND ORDER REGARDING NASH PRINTING BANKRUPTCY TO Z. VIRANI (.2) | GUILFOYLE | 0.30 |
| Apr 06 10 | PREPARE, FILE AND FORWARD STIPULATION REGARDING APPOINTMENT OF MEDIATOR TO Z. VIRANI (.3); REVIEW DEFENDANT'S FIRST DISCOVERY REQUESTS (.2) | GUILFOYLE | 0.50 |
| Apr 07 10 | REVIEW UNDELIVERABLE NOTICE (ADVISOR CENTRIC); REVIEW SETTLEMENT AGREEMENT AND ADDRESS INFORMATION LISTED THEREON; EMAIL EXCHANGE WITH T. GUILFOYLE | SENESE | 0.30 |
| Apr 07 10 | MONITOR SERVICE OF COMMITTEE'S SEVENTH OMNIBUS 9019 MOTION; EMAIL TO AND TELEPHONE CALL FROM T. GUILFOYLE REGARDING SAME | SENESE | 0.10 |
| Apr 07 10 | FORWARD (RETURNED MAIL) 9019 MOTION PACKAGE ON TO COUNSEL FOR ADVISOR CENTRIC VIA OVERNIGHT MAIL | SENESE | 0.10 |
| Apr 07 10 | UPDATE PREFERENCE PROGRAM STATUS CHART | SENESE | 0.60 |
| Apr 07 10 | EFILE AFFIDAVIT OF SERVICE REGARDING PLAINTIFF'S SECOND REQUEST FOR ADMISSION, SECOND REQUEST FOR PRODUCTION OF DOCUMENTS AND SECOND SET OF INTERROGATORIES | SENESE | 0.10 |
| Apr 07 10 | REVIEW, SCAN AND EMAIL TO D. GADSON AT USBC REGARDING THE ORDER ASSIGNING ADVERSARY PROCEEDING TO MEDIATION (SHRED-IT USA); DISCUSSION WITH V. GUILFOYLE REGARDING SAME | MOODY | 0.30 |
| Apr 07 10 | TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING SERVICE OF CERTAIN FILINGS (.2); E-MAIL CORRESPONDENCE WITH K. CRANER REGARDING SERVICE OF SEVENTH OMNIBUS 9019 MOTION (.1); REVIEW DEFENDANT'S DISCOVERY RESPONSES (.2); E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND K. SENESE REGARDING MEDIATION OF ADVERSARY PROCEEDING (.2); TELEPHONE CONFERENCE WITH CHAMBERS REGARDING MEDIATION (.2); REVIEW AND DISCUSS ORDER APPOINTING MEDIATOR WITH T. MOODY (.2); REVIEW AND FORWARD AFFIDAVIT OF SERVICE REGARDING DISCOVERY TO K. SENESE FOR FILING (.1); REVIEW AMERICAN EXPRESS' ANSWER TO COMPLAINT (.2); E-MAIL CORRESPONDENCE WITH Z. VIRANI REGARDING AFFIDAVIT OF SERVICE (.1) | GUILFOYLE | 1.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Apr 08 10 | E-MAIL CORRESPONDENCE WITH T. MOODY REGARDING MEDIATION ORDER (.1); PREPARE, FILE AND FORWARD STIPULATION OF DISMISSAL TO J. ORBACH (.3); REVIEW AND FORWARD APPLICATION AND PROPOSED ORDER ESTABLISHING DEADLINE TO FILE PROOFS OF CLAIM IN THE NASH PRINTING BANKRUPTY PROCEEDING TO Z. VIRANI (.2) | GUILFOYLE | 0.60 |
| Apr 09 10 | TELEPHONE FROM V. GUILFOYLE; EFILE STIPULATIONS REGARDING APPOINTMENT OF MEDIATOR (CERTAIN ADVERSARY PROCEEDINGS) | SENESE | 0.40 |
| Apr 09 10 | DISCUSS SCHEDULING ORDER WITH S. TARR (.1); REVIEW, REVISE, FILE AND FORWARD STIPULATION OF DISMISSAL AND MEDIATOR STIPULATION TO Z. VIRANI (.4); REVIEW AND REVISE SEVERAL MEDIATOR STIPULATIONS AND RELATED E-MAIL CORRESPONDENCE WITH J. ORBACH, Z. VIR ANI AND C. KANG (.8); REVIEW LOCAL RULES AND REVIEW AND REVISE MOTION TO STRIKE ANSWER AND PROPOSED FORM OF ORDER (.8); E-MAIL CORRESPONDENCE WITH C. KANG AND E. SCHNITZER REGARDING MOTION TO STRIKE ANSWER (.1) | GUILFOYLE | 2.20 |
| Apr 12 10 | EMAIL EXCHANGES WITH V. GUILFOYLE; FORMAT AND EFILE PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S ANSWER; FORWARD EFILED VERSION TO E. SCHNITZER FOR SERVICE | SENESE | 0.20 |
| Apr 12 10 | EFILE CERTAIN STIPULATIONS OF APPOINTMENT OF MEDIATOR (NUMEROUS ADVERSARY PROCEEDINGS) | SENESE | 0.80 |
| Apr 12 10 | EFILE AFFIDAVIT OF SERVICE WITH RESPECT TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER | SENESE | 0.10 |
| Apr 12 10 | ATTEND TO THE PREPARATION AND FILING OF SEVERAL STIPULATIONS REGARDING APPOINTMENT OF MEDIATORS (3.1); TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WITH C. KANG REGARDING MOTION TO STRIKE (.2); REVIEW AND FORWARD MOTION TO STRIKE AND RELATED AFFIDA VIT OF SERVICE TO K. SENESE FOR FILING (.3); REVIEW, REVISE, FILE AND FORWARD SEVERAL STIPULATIONS EXTENDING TIME TO RESPOND TO COMPLAINTS TO E. SCHNITZER (.4); REVIEW, REVISE AND DISCUSS FILING AND SERVICE OF CERTIFICATION OF COUNSEL REGARDING APPO INTMENT OF MEDIATORS WITH T. MOODY (.3); PREPARE, FILE AND FORWARD NOTICE OF DISMISSAL TO K. CRANER (.3) | GUILFOYLE | 4.60 |
| Apr 13 10 | REVIEW ORDERS APPOINTING MEDIATORS (.3); REVIEW, REVISE AND FILE STIPULATIONS REGARDING APPOINTMENT OF MEDIATORS (.3) | GUILFOYLE | 0.60 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 In re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Apr 14 10 | REVIEW ORDERS APPOINTING MEDIATORS (.3); REVIEW DEFENDANT'S DISCOVERY REQUESTS (.2) | GUILFOYLE | 0.50 |
| Apr 15 10 | REVIEW AND FORWARD NASH PRINTING'S APPLICATION TO FIX BAR DATE TO Z. VIRANI (.2) | GUILFOYLE | 0.20 |
| Apr 16 10 | SCAN AND EFILE AFFIDAVIT OF SERVICE PLAINTIFF'S FIRST DISCOVERY REQUESTS (JOHNSTON) | MOODY | 0.20 |
| Apr 16 10 | REVIEW, REVISE, FILE AND FORWARD STIPULATION REGARDING APPOINTMENT OF MEDIATOR TO C. KANG AND Z. VIRANI (.3); REVIEW AND FORWARD AFFIDAVIT OF SERVICE TO T. MOODY FOR FILING AND TO J. ZAWADZKI (.2); REVIEW DEFENDANT'S DISCOVERY RESPONSES (.2) | GUILFOYLE | 0.70 |
| Apr 16 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |
| Apr 19 10 | REVIEW ORDERS APPOINTING MEDIATORS AND E-MAIL CORRESPONDENCE WITH E. SCHNITZER, K. SENESE AND K. CRANER REGARDING ORDERS (.3); REVIEW AND FORWARD NASH PRINTING'S NOTICE OF PROOF OF CLAIM DEADLINE TO Z. VIRANI (.2) | GUILFOYLE | 0.50 |
| Apr 20 10 | FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE COMMITTEE'S SEVENTH OMNIBUS 9019 MOTION; ORGANIZE PLEADINGS (CNO AND UNDERLYING MOTION) FOR DELIVERY TO CHAMBERS | SENESE | 0.30 |
| Apr 20 10 | RESEARCH, REVIEW AND CORRESPOND WITH USBC REGARDING STIPULATIONS REGARDING APPOINTMENT OF MEDIATOR (V.GUILFOYLE) | MOODY | 0.60 |
| Apr 20 10 | DOWNLOAD AND COORDINATE HAND DELIVERY TO CHAMBERS REGARDING STIPULATION REGARDING APPOINTMENT OF MEDIATOR BETWEEN (8695 EASTERN LLC) | MOODY | 0.20 |
| Apr 20 10 | REVIEW AND REVISE ADVERSARY PROCEEDING STATUS CHART (.2); DISCUSSIONS AND E-MAIL CORRESPONDENCE WITH T. MOODY REGARDING MEDIATION ORDERS (.2); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING S-TRON MEDIATION ORDER (.1); PREPARE AND FORWARD CERTIFIC ATE OF NO OBJECTION REGARDING SEVENTH OMNIBUS 9019 MOTION TO K. SENESE (.2) | GUILFOYLE | 0.70 |
| Apr 21 10 | REVIEW AND UPDATE SEVENTH OMNIBUS 9019 MOTION BINDER AND COORDINATE DELIVERY TO CHAMBERS (.3); REVIEW DEFENDANT'S DISCOVERY REQUESTS AND RESPONSES (.2) | GUILFOYLE | 0.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| Apr 22 10 | DOWNLOAD AND COORDINATE HAND DELIVERY TO CHAMBERS OF STIPULATION REGARDING APPOINTMENT OF MEDIATOR BETWEEN THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PLAINTIFF AND RADIAN GUARANTY, INC., DEFENDANT | MOODY | 0.20 |
| Apr 22 10 | E-MAIL CORRESPONDENCE WITH N. RIGANO AND T. MOODY REGARDING MEDIATION ORDER (.1); REVIEW, REVISE, FILE AND FORWARD STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT TO J. ZAWADZKI (.3); REVIEW DEFENDANT'S DISCOVERY REQUESTS (.2) | GUILFOYLE | 0.60 |
| Apr 23 10 | REVIEW AND DISTRIBUTE ORDER GRANTING COMMITTEE'S SEVENTH 9019 OMNIBUS SETTLEMENT MOTION; SERVICE OF SAME UPON ALL INTERESTED PARTIES VIA FIRST CLASS MAIL | SENESE | 0.60 |
| Apr 23 10 | PREPARE, FILE AND FORWARD NOTICE OF DISMISSAL TO N. RIGANO (.3); E-MAIL CORRESPONDENCE WITH N. RIGANO REGARDING MEDIATION ORDER (.1); REVIEW DEFENDANT'S DISCOVERY REQUESTS (.2); REVIEW AND REVISE CERTIFICATE OF SERVICE REGARDING ORDER GRANTING SEVENT H OMNIBUS 9019 MOTION (.1) | GUILFOYLE | 0.70 |
| Apr 23 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Apr 26 10 | REVIEW ORDERS ASSIGNING MEDIATOR (.1); PREPARE, FILE AND FORWARD NOTICE OF DISMISSAL AND STIPULATION OF DISMISSAL TO N. RIGANO (.4); E-MAIL CORRESPONDENCE WITH C. KANG REGARDING MOTION TO STRIKE (.1) | GUILFOYLE | 0.60 |
| Apr 27 10 | E-MAIL CORRESPONDENCE WITH C. KANG REGARDING MOTION TO STRIKE (.1); REVIEW DEFENDANTS' DISCOVERY REQUESTS (.4); REVIEW MEDIATOR'S CONFLICT REVIEWS (.1); E-MAIL CORRESPONDENCE WITH D. LASKIN AND E. SCHNITZER REGARDING PRETRIAL CONFERENCE AND MOTION TO STRIKE (.2); PREPARE, FILE AND FORWARD STIPULATION OF DISMISSAL TO N. RIGANO (.3); REVIEW LOCAL RULES AND E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND S. BEACH REGARDING MOTION TO STRIKE (.3); REVIEW MOTION TO WITHDRAW AS COUNSEL (.1) | GUILFOYLE | 1.50 |
| Apr 28 10 | REVIEW AND REVISE AGENDA REGARDING MOTION TO STRIKE AND PRETRIAL CONFERENCE (.2); FORWARD REVISED AGENDA AND VARIOUS PREFERENCE DOCUMENTS TO D. LASKIN (.1); DISCUSS PROPOSED SCHEDULING ORDER WITH S. TARR (.1); E-MAIL CORRESPONDENCE | GUILFOYLE | 2.60 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | WITH H. PATWARDHAN REGARDING COMPLAINT (.1); REVIEW AND REVISE COMPLAINT AND RELATED RESEARCH (.4); E-MAIL CORRESPONDENCE WITH N. RIGANO REGARDING TOLLING AGREEMENT (.1); REVIEW COMPLAINT, SUMMONS, MOTION TO STRIKE AND OTHER DOCUMENTS AND PREPARE CERTIFICATE OF NO OB JECTION REGARDING MOTION TO STRIKE DEFENDANT'S ANSWER (1.2); E-MAIL CORRESPONDENCE WITH C. KANG REGARDING CERTIFICATE OF NO OBJECTION (.1); E-MAIL CORRESPONDENCE WITH K.  CRANER AND T. MOODY REGARDING MEDIATION ORDER (.1); REVIEW DEFENDANT'S DISCOVERY REQUESTS (.2) | | |
| Apr 29 10 | EMAIL EXCHANGE WITH T. GUILFOYLE AND SUBSEQUENT TELEPHONE CALL FROM T. GUILFOYLE; FORMAT AND EFILE CERTIFICATE OF NO OBJECTION REGARDING PLAINTIFF'S (COMMITTEE'S) MOTION TO STRIKE DEFENDANT'S (DIGITAL DRAW NETWORK) ANSWER, WITH RELATED EXHIBITS | SENESE | 0.30 |
| Apr 29 10 | REVIEW NOTICE OF FILING OF PROPOSED SCHEDULING ORDER, WITH EXHIBIT (AMEX MATTER); DRAFT CERTIFICATE OF SERVICE; FORMAT AND EFILE; SERVICE OF SAME UPON COUNSEL FOR DEFENDANTS VIA ELECTRONIC AND FIRST CLASS MAIL | SENESE | 0.40 |
| Apr 29 10 | CORRESPOND AND FOLLOW-UP WITH V. GUILFOYLE AND ANISSA AT USBC REGARDING STATUS OF STIPULATION AND ORDER (8695 EASTERN) | MOODY | 0.30 |
| Apr 29 10 | REVIEW AND REVISE CERTIFICATE OF NO OBJECTION AND PROPOSED ORDER REGARDING MOTION TO STRIKE AND PREPARE RELATED EXHIBITS FOR FILING (.4); REVIEW, REVISE AND DISCUSS PROPOSED SCHEDULING ORDER AND NOTICE OF FILING WITH S. TARR (.5); E-MAIL CORRESPONDEN CE AND TELEPHONE CONFERENCE WITH K. SENESE REGARDING FILING AND SERVICE OF NOTICE OF FILING OF PROPOSED SCHEDULING ORDER AND CERTIFICATE OF NO OBJECTION REGARDING MOTION TO STRIKE (.2); E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCE WITH C. KANG REGA RDING MOTION TO STRIKE (.2); REVIEW, REVISE AND FORWARD AGENDA REGARDING MOTION TO STRIKE AND PRETRIAL CONFERENCE TO D. LASKIN (.2); REVIEW DEFENDANT'S DISCOVERY RESPONSES (.2) | GUILFOYLE | 1.70 |
| Apr 29 10 | EMAIL AMEX COUNSEL REGARDING SCHEDULING ORDER (0.3); DRAFT AND REVISE SCHEDULING ORDER (0.8); CONFER WITH T. GUILFOYLE SEVERAL TIMES REGARDING SAME (0.4); EMAILS REGARDING RECENT FORMS AND REVIEW OF SAME (0.3) | TARR | 1.80 |
| Apr 30 10 | REVIEW DRAFT MOTION AND FORMAT EXHIBITS (TWELVE) TO COMMITEE'S EIGHTH OMNIBUS 9019 | SENESE | 0.80 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | MOTION FOR EFILING (0.3); REVIEW SIGNED AGREEMENTS, CONDUCT ONLINE INQUIRIES AND COMPILE SERVICE LIST / PREFERENCE DEFENDANTS FOR SERVICE OF SETTLEMENT MOTION (0.5) | | |
| Apr 30 10 | FORMAT AND EFILE COMMITTEE'S EIGHTH OMNIBUS 9019 MOTION (14 SETTLEMENTS) (0.2); SERVICE OF SAME UPON INTERESTED PARTIES AND THOSE PREFERENCE DEFENDANTS IMPACTED BY SETTLEMENTS VIA OVERNIGHT MAIL; SERVICE OF A COPY OF THE NOTICE UPON ALL PARTIES LISTE D ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL (EXTENSIVE) (0.7) | SENESE | 0.90 |
| Apr 30 10 | REVIEW MOTION TO WITHDRAW AS COUNSEL (CLIENT SERVICES); DRAFT CERTIFICATE OF SERVICE IN ANTICIPATION OF SERVING COMMITTEE'S RESPONSE TO MOTION TO WITHDRAW; FORMAT, EFILE AND SERVE RESPONSE UPON INTERESTED PARTIES VIA ELECTRONIC AND FIRST CLASS MAIL | SENESE | 0.30 |
| Apr 30 10 | REVIEW AND DISTRIBUTE ORDER STRIKING DEFENDANT'S ANSWER (DIGITAL DRAW NETWORK) | SENESE | 0.10 |
| Apr 30 10 | E-MAIL CORRESPONDENCE WITH D. LASKIN REGARDING CERTIFICATE OF NO OBJECTION FOR MOTION TO STRIKE (.1); REVIEW AND REVISE EIGHTH OMNIBUS 9019 MOTION, NOTICE AND PROPOSED FORM OF ORDER (.5); E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND K. SENESE REGARDING EIGHTH OMNIBUS 9019 MOTION (.1); E-MAIL CORRESPONDENCE WITH C. KANG REGARDING SERVICE OF AGENDA, CERTIFICATE OF NO OBJECTION FOR MOTION TO STRIKE AND COURT CALL INSTRUCTIONS (.1); E-MAIL CORRESPONDENCE WITH H. PATWARDHAN REGARDING COMPLAINT (.1); R EVIEW AND REVISE RESPONSE TO MOTION TO WITHDRAW AS COUNSEL (.2); E-MAIL CORRESPONDENCE WITH K. SENESE AND C. KANG REGARDING RESPONSE TO MOTION TO WITHDRAW AS COUNSEL (.1); REVIEW AND FORWARD ORDER STRIKING ANSWER TO C. KANG (.1) | GUILFOYLE | 1.30 |
| Apr 30 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |

| | | | TOTAL VALUE: | | |
|---|---|---|---|---|---|
| PROJECT CODE TOTALS | 22 | | $8,728.00 | 33.00 | |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| REPORT TOTALS | TOTAL VALUE: | 12,533.50 | 49.20 |