IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------------x
In re:                                              :      Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :      Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    :      Jointly Administered
                                                    :
     Debtors.                                       :
-------------------------------------------------------------------------x      Ref. Docket Nos. 9254 & 9257
```

**AFFIDAVIT OF MAILING**

```
STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK     )
```

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 29, 2010, I caused to be served the:

    a.  "Revised Order Sustaining in Part Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 23, 2010 [Docket No. 9254], (the "63rd Omnibus Order"),

    b.  "Revised Order Sustaining in Part Debtors' Sixty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 23, 2010[Docket No. 9257], (the "62nd Omnibus Order"),

    by causing true and correct copies of:

    a.  the 63rd Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b.  the 62nd Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Konstantina Haidopoulos

Sworn to before me this
29th day of September, 2010

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\AHM\Affidavits\Rev 62nd Omni Obj, Rev 63rd Omni Obj_DI_9254 & 9257_AFF_9-29-10.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AMERICA'S CUTTING EDGE RE SERVICES | 155 PASSAIC AVE STE 200 FAIRFIELD NJ 070043562 |
| CITY OF DAYTON | FINANCE DEPARTMENT ATTN: ACC. REC. COLLECTIONS 101 WEST THIRD STREET DAYTON OH 45402 |
| CITY OF NEW YORK DEPARTMENT OF FINANCE | AUDIT DIVISION ATTN: BANKRUPTCY UNIT 345 ADAMS STREET, 5TH FLOOR BROOKLYN NY 11201 |
| CITY OF NEW YORK DEPARTMENT OF FINANCE | RON MEDLEY, OF COUNSEL 345 ADAMS STREET – 3RD FLOOR BROOKLYN NY 11201 |
| COMMERCIAL AGENCY, THE | ATTN LEE KENNEDY, COLLECTION MANAGER C/O LIONINC.COM PO BOX 23909 FARMVILLE VA 23909 |
| COMPRINT MILITARY COMMUNICAT | 9030 COMPRINT COURT GAITHERSBURG MD 20877 |
| CORDTS, AUDRA L | 160 E 23RD ST SOUTH HUNTINGTON NY 11746 |
| DCFS TRUST | ATTN MARTIN A. MOONEY, ESQ. DEILY, MOONEY & GLASTETTER, LLP PO BOX 55000 – TTEE PAYMENT DEPT 100301 DETROIT MI 48255-1003 |
| DELL FINANCIAL SERVICES, L.P. | ATTN M.J. WIGGINS, BANKRUPTCY/LEGAL MGR COLLECTIONS/CONSUMER BANKRUPTCY 12234B NORTH I-35 AUSTIN TX 78753-1705 |
| FIDELITY INFORMATION SERVICES, INC. | ATTN: MICHELE GILLIS 601 RIVERSIDE AVENUE JACKSONVILLE FL 32204 |
| GENERAL ELECTRIC CAPITAL CORP., INC. | ATTN PATRICIA POEL LITIGATION SPECIALIST 44 OLD RIDGEBURY RD DANBURY CT 06810 |
| GENERAL ELECTRIC CAPITAL CORP., INC. | GENERAL ELECTRIC CAPITAL CORP., INC. C/O REDD SMITH ATTN GASTON P LOOMIS ESQ 1201 MARKET ST, STE 1500 WILMINGTON DE 19801 |
| JACKSON ENERGY AUTHORITY | ATTN TED WELCH, CREDIT ANALYST PO BOX 2288 JACKSON TN 38302 |
| KILROY REALTY L.P. | C/O LAWRENCE C. MEYERSON, ESQ. 578 WASHINGTON BLVD., STE. 867 MARINA DEL REY CA 90292 |
| MARLIN LEASING CORPORATION | ATTN REBECCA MENDEZ, PARALEGAL 300 FELLOWSHIP RD MOUNT LAUREL NJ 08054 |
| MCCANN APPRAISAL SERVICES INC. | 231 S. WHITE HORSE PIKE AUDUBON NJ 08106 |
| NETWORK TELEPHONE CORPORATION | C/O LEE GRANT, COUNSEL 2134 W LABURNUM AVENUE RICHMOND VA 23227 |
| NEW LIFE RECHARGE INC | ATTN DARYL EVANS, PRESIDENT P.O. BOX 3505 BRENTWOOD TN 37024-3505 |
| NUSS VALUATIONS, INC. | 4820 SE 34TH AVE PORTLAND OR 972024102 |
| ORANGE COUNTY TREASURER-TAX COLLECTOR | ATTN: BANKRUPTCY UNIT P.O. BOX 1438 SANTA ANA CA 92703 |
| PRINCIPAL REAL ESTATE INVESTORS LLC AAF | SRI MIAMI VENTURE PO BOX 951719 DALLAS TX 75395-1719 |
| QUICK MORTGAGE SERVICES, LLC | ATTN JOHN F TENOLD, MANAGING MEMBER 1500 W. FOURTH AVE SUITE 410 SPOKANE WA 99201 |
| RIDGEVIEW PLAZA, LLC. | BELDING HARRIS & PETRONI, LTD 417 WEST PLUMB LANE CHRIS D NICHOLS, ESQ RENO NV 89509 |
| RIDGEVIEW PLAZA, LLC. | ATTN CHRIS D NICHOLS, ATTORNEY PO BOX 70399 RENO NV 89570 |
| ROBERT SCHERMAN & ASSOCIATES | ATTN ROBERT J SCHERMAN 5700 HARROW GLEN CT GALENA OH 43021 |
| STATE OF CALIFORNIA | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO CA 95812-2952 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY | CADILLAC PLACE, SUITE 10-200 3030 W. GRAND BLVD. DETROIT MI 48202 |
| TENNESSEE DEPARTMENT OF REVENUE | ATTN WILBUR E HOOKS C/O ATTORNEY GENERAL PO BOX 20207 NASHVILLE TN 37202-0207 |
| THOUGHTDIGITAL LLC | C/O JON D. COHEN, ESQ. STAHL COWEN CROWLEY 55 W. MONROE ST., SUITE 1200 CHICAGO IL 60603 |
| WILSON, SAMUEL | 737 NAPA LANE SAINT CHARLES MO 63304 |

**Total Creditor count  30**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| 32 PROSPECT AVENUE, LLC | C/O HARVEY SUSSWEIN 85 CLINTON AVENUE MONTCLAIR NJ 07042 |
| AMERICAN SOLUTIONS FOR BUSINESS | ATTN SHELLY ANDERSON, CREDIT MGR PO BOX 218 GLENWOOD MN 56334 |
| BATES, ARBIE | 3848 HWY 63 BLACK ROCK AR 72415 |
| CIRCUIT COURT FOR BALTIMORE CITY | 100 NORTH CALVERT ST., RM 610 BALTIMORE MD 21202 |
| CIRKUS, JOSEPH | 4251 ROCK ISLAND RD. APT. 106 LAUDERHILL FL 33319-4509 |
| CITY OF GREENSBORO | ATTN CONNIE C. HUDGINS – DEPUTY PO BOX 3136 GREENSBORO NC 27402-3136 |
| DEPARTMENT OF CORPORATIONS | C/O: PRESTON DUFAUCHARD, COMMISSIONER 1515 K ST, STE 200 SACRAMENTO CA 95814-4052 |
| DETTMANN, FREDERICK G. MD | 4811 N. 68TH ST. SCOTTSDALE AZ 85251 |
| GENERAL ELECTRIC CAPITAL CORPORATION | C/O ELENA P. LAZAROU, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| HUFFMAN ASSOCIATES, LLC | ATTN MICHAEL W. HUFFMAN, PRESIDENT 111 WEST MAIN STREET BAY SHORE NY 11706 |
| IDAHO STATE TAX COMMISSION | ATTN: RONALD V CROUCH, ADMINISTRATOR P.O. BOX 56 BOISE ID 83756-0056 |
| KINKER, VICKI S. | 1517 HIAWATHA DR OWOSSO MI 48867 |
| LAW GROUP PL | FLORIDA DEFAULT LAW GROUP PL PO BOX 25018 MAIL STOP 4 TAMPA FL 33622-5018 |
| MCCANN APPRAISAL SERVICES INC. | ATTN FRANK MCCANN, OWNER/PRESIDENT 231 S. WHITE HORSE PIKE AUDUBON NJ 08106 |
| MOBILE REGISTER, THE | LOCK BOX 1712 MOBILE AL 36601 |
| MOSES, HARRY | C/O LEHMAN BROTHERS 399 PARK AVENUE NEW YORK NY 10022-4679 |
| PUBLIC WORKS COMMISSION | ATTN BEVAN E. GNICE, DIR. CUST. SERVICE PO BOX 7000 FAYETTEVILLE NC 28302 |
| REGSDATA | C/O ISO, INC. LAW DEPT KENNETH E. THOMPSON, SECRETARY 545 WASHINGTON BLVD JERSEY CITY NJ 07310-1686 |
| RITZ-CARLTON HOTEL COMPANY, LLC, THE | ANDRONIKI ALAHOUZOS, COLLECTIONS MARRIOTT DRIVE, DEPT. 52/923.21 WASHINGTON DC 20058 |
| SCHNEIDER, THOMAS G. & DIANE C., JT TEN | 545 GIESLER RD JASPER IN 47546 |
| SCHWARZ , JAMES W. & BARBARA J. | TEN ENT 4 SPRING CIRCLE BROOMALL PA 19008-1219 |
| SHEPHERD, CHARLES MM | 222 S CENTRAL AVE STE 804 ST LOUIS MO 63105 |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER | SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL –ROTHSCHILD LLP PHILADELPHIA PA 19103-3291 |
| SOUTHWEST FUNDING LP | 7105 GOLF CLUB DR. STE 1102 #105 FORT WORTH TX 76179 |
| SOUTHWEST FUNDING LP | SOUTHWEST FUNDING LP 6594 SINGLETON RD., STE B FORT WORTH TX 76179 |
| STAYER, LOUIS L. | 4340 SEQUOYAH RD OAKLAND CA 94605 |
| THELEN REID BROWN RAYSMAN & STEINER LLP | ATTN LOUIS J CISZ, III MARCUS O COLABIANCHI 101 SECOND STREET #1800 SAN FRANCISCO CA 94105 |
| WINSTON SUPPORT SERVICES,LLC | ATTN: JESSE ULEZALKA 122 EAST 42ND STREET NEW YORK NY 10168 |

**Total Creditor count  28**