# AMERICAN HOME MORTGAGE COMPANY
## PROFESSIONAL BACKGROUND
### JUNE 1, 2010 - JUNE 30, 2010

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Tarr, S. | Associate, Member of NY Bar Since 2005, Area of Expertise - Business Restructuring | $410.00 | 0.30 | $123.00 |
| Root, A | Associate, Member of DE Bar Since 2003, Area of Expertise - Financial services | $260.00 | 5.4 | $1,404.00 |
| Guilfoyle, V. | Associate, Member of DE Bar Since 2008, Area of Expertise - Litigation | $270.00 | 28.00 | $7,560.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $450.00 | 8.60 | $3,870.00 |
| Senese, K. | Paralegal | $235.00 | 25.30 | $5,945.50 |
| Moody, T. | Paralegal | $210.00 | 0.60 | $126.00 |
| Grand Total: | | | 68.20 | $19,028.50 |

AMERICAN HOME MORTGAGE CO.
PROJECT CODE SUMMARY
JUNE 1, 2010, - JUNE 30, 2010

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 3.00 | $705.00 |
| 2 | Other Professionals' Fee/Employment Issues | 7.40 | $1,770.50 |
| 3 | Executory Contracts and Unexpired Leases | 0.00 | $0.00 |
| 4 | Claims Analysis and Objections | 1.10 | $297.00 |
| 5 | Committee Business and Meetings | 0.50 | $135.00 |
| 6 | Case Administration | 0.10 | $27.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.20 | $54.00 |
| 8 | Employee Benefits/General Labor | 0.00 | $0.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.00 | $0.00 |
| 10 | Financing Issues | 0.00 | $0.00 |
| 11 | Regulatory Matters | 0.00 | $0.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 0.50 | $135.00 |
| 13 | Stay Relief Issues | 0.00 | $0.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.00 | $0.00 |
| 15 | Tax Issues | 0.00 | $0.00 |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 0.00 | $0.00 |
| 17 | Hearings - Attendance/Preparation | 2.10 | $556.50 |
| 18 | Loan Servicing Transfer Issues | 0.00 | $0.00 |
| 19 | D&O Issues/E&O Issues | 0.00 | $0.00 |
| 20 | Non-Working Travel Time | 0.00 | $0.00 |
| 21 | Adversary Litigation | 10.40 | $4,109.50 |
| 22 | Preference Actions | 42.90 | $11,239.00 |
| | **TOTALS** | **68.20** | **$19,028.50** |

**AMERICAN HOME MORTGAGE COMPANY**
**EXPENSE SUMMARY**
**JUNE 1, 2010 TO JUNE 30, 2010**

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | | $1.06 |
| Reproduction of Documents | | $50.50 |
| Contracted Photocopying - Parcels | | $2,044.10 |
| Telecopier/Fax | | $0.00 |
| Courier and Express Services | | $279.57 |
| Hand Delivery Service | | $0.00 |
| Special Mailing Charges | | $155.07 |
| Filing Fees | | $0.00 |
| Travel Expenses | | $0.00 |
| Meeting Expenses | | $0.00 |
| Filing Pleadings | | $250.00 |
| Court | | $0.00 |
| E-Services | | $0.00 |
| Westlaw | | $0.00 |
| Transcript | | $0.00 |
| Record/Docket Searches | | $188.48 |
| **TOTAL** | | **$2,968.78** |