# EXHIBIT A

**AMERICAN HOME MORTGAGE CO.**
**PROJECT CODE SUMMARY**
**JUNE 1, 2010, - JUNE 30, 2010**

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 3.00 | $705.00 |
| 2 | Other Professionals' Fee/Employment Issues | 7.40 | $1,770.50 |
| 3 | Executory Contracts and Unexpired Leases | 0.00 | $0.00 |
| 4 | Claims Analysis and Objections | 1.10 | $297.00 |
| 5 | Committee Business and Meetings | 0.50 | $135.00 |
| 6 | Case Administration | 0.10 | $27.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.20 | $54.00 |
| 8 | Employee Benefits/General Labor | 0.00 | $0.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.00 | $0.00 |
| 10 | Financing Issues | 0.00 | $0.00 |
| 11 | Regulatory Matters | 0.00 | $0.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 0.50 | $135.00 |
| 13 | Stay Relief Issues | 0.00 | $0.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.00 | $0.00 |
| 15 | Tax Issues | 0.00 | $0.00 |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 0.00 | $0.00 |
| 17 | Hearings - Attendance/Preparation | 2.10 | $556.50 |
| 18 | Loan Servicing Transfer Issues | 0.00 | $0.00 |
| 19 | D&O Issues/E&O Issues | 0.00 | $0.00 |
| 20 | Non-Working Travel Time | 0.00 | $0.00 |
| 21 | Adversary Litigation | 10.40 | $4,109.50 |
| 22 | Preference Actions | 42.90 | $11,239.00 |
| | **TOTALS** | **68.20** | **$19,028.50** |

Project Code 1

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| PROJECT CODE: 01 | | | |
| Jun 15 10 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS FILED IN CONNECTION WITH BLANK ROME'S MARCH 2010 MONTHLY FEE APPLICATION; PREPARE CERTIFICATE OF NO OBJECTION WITH RESPECT TO SAME AND FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.30 |
| Jun 15 10 | DRAFT BLANK ROME'S INTERIM FEE APPLICATION (JAN 2010 - MARCH 2010); EMAIL EXCHANGES WITH K. BUCHANAN REGARDING BLANK ROME RECEIVABLES AND OUTSTANDING AMOUNTS; FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.80 |
| Jun 17 10 | REVISE AND FORMAT BLANK ROME'S NINTH INTERIM FEE APPLICATION (JAN - MAR 2010); DRAFT NOTICE; FORMAT EXHIBIT SHEETS; EFILE APPLICATION AND SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL; SUBSEQUENT SERVICE UPON FEE EXAMINER | SENESE | 0.80 |
| Jun 22 10 | REVIEW AND EDIT MAY 2010 BR PROFORMA IN PREPARATION FOR DRAFTING ITS MONTHLY FEE APPLICATION | SENESE | 0.30 |
| Jun 25 10 | PREPARE INITIAL DRAFT OF BLANK ROME'S APRIL MONTHLY FEE APPLICATION | SENESE | 0.40 |
| Jun 28 10 | PREPARE INITIAL DRAFT BLANK ROME'S APRIL MONTHLY | SENESE | 0.40 |
| PROJECT CODE TOTALS  01 | TOTAL VALUE: | $705.00 | 3.00 |

Project Code 2

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|

PROJECT CODE: 02

| Jun 02 10 | REVIEW CURRENT DOCKET AND CONFIRM NO OBJECTIONS FILED WITH RESPECT TO HAHN'S TWENTY-EIGHTH (NOV 09) MONTHLY FEE APPLICATION; PREPARE CERTIFICICATE OF NO OBJECTION REGARDING SAME AND FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.30 |
|---|---|---|---|
| Jun 02 10 | REVIEW CURRENT DOCKET AND CONFIRM NO OBJECTIONS FILED WITH RESPECT TO HAHN'S TWENTY-NINTH (DEC 09) MONTHLY FEE APPLICATION; PREPARE CERTIFICIATE OF NO OBJECTION REGARDING SAME AND FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.20 |
| Jun 02 10 | FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO HAHN'S 28TH AND 29TH MONTHLY FEE APPLICATIONS | SENESE | 0.10 |
| Jun 07 10 | REVIEW SIXTH MONTHLY FEE APPLICATION OF HENNIGAN, BENNETT & DORMAN LLP | GUILFOYLE | 0.20 |
| Jun 10 10 | REVIEW YOUNG CONAWAY'S THIRTY-SECOND MONTHLY APPLICATION | GUILFOYLE | 0.20 |
| Jun 14 10 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS FILED IN CONNECTION WITH BDO'S 30TH AND 31ST MONTHLY FEE APPLICATIONS; DRAFT A CERTIFICATE OF NO OBJECTION WITH RESPECT TO EACH AND FORWARD TO B. FATELL FOR EFILING APPOVAL | SENESE | 0.40 |
| Jun 14 10 | FORMAT AND EFILE CERTIFICATE(S) OF NO OBJECTION WITH REGARD TO BDO'S 30TH AND 31ST MONTHLY FEE APPLICATIONS | SENESE | 0.10 |
| Jun 15 10 | REVIEW, REVISE CAPTION, FINALIZE AND FORMAT BDO'S EVENTH INTERIM FEE APPLICATION REQUEST; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE / SERVICE LIST WITH RESPECT TO SAME; FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.40 |
| Jun 15 10 | EFILE BDO'S ELEVENTH INTERIM FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES AND SERVICE OF A COPY OF THE NOTICE OF APPLICATION ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL; ADDITIONAL SERVICE OF A PPLICATION PACKAGE UPON FEE AUDITOR VIA EMAIL | SENESE | 0.70 |
| Jun 16 10 | REVIEW THIRTEENTH MONTHLY APPLICATION OF CADWALADER, WICKERSHAM & TAFT LLP (.2); REVIEW ELEVENTH MONTHLY FEE APPLICATION OF FERRY, JOSEPH & PEARCE, P.A. (.2); REVIEW ELEVENTH INTERIM QUARTERLY FEE REQUEST OF DEBTORS' PROFESSIONALS (.1) | GUILFOYLE | 0.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Jun 18 10 | REVISE, FORMAT AND EFILE HAHN'S EIGHTH INTERIM FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL; SUBSEQUENT SERVICE O F APPLICATION UPON FEE EXAMINER VIA ELETRONIC MAIL | SENESE | 0.60 |
| Jun 18 10 | REVISE, FORMAT AND EFILE HAHN'S NINTH INTERIM FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL; SUBSEQUENT SERVICE OF APPLICATION UPON FEE EXAMINER VIA ELETRONIC MAIL | SENESE | 0.60 |
| Jun 21 10 | REVIEW DRAFT BDO MAY MONTHLY; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE / SERVICE LIST WITH RESPECT TO SAME AND FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.40 |
| Jun 21 10 | FORMAT AND EFILE BDO'S MAY 2010 MONTHLY FEE APPLICATION; SERVICE OF THE APPLICATION PACKAGE UPON REVIEWING PARTIES AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST; SUBSEQUENT SERVICE OF APPLICATION UPON FEE E XAMINER VIA ELECTRONIC MAIL | SENESE | 0.70 |
| Jun 28 10 | REVIEW HAHN'S 30TH MONTHLY FEE APPLICATION (JAN 2010); DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE / SERVICE LIST WITH RESPECT TO SAME; FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.30 |
| Jun 28 10 | REVIEW HAHN'S TENTH INTERIM FEE APPLICATION; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE / SERVICE LIST WITH RESPECT TO SAME; FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.20 |
| Jun 29 10 | FORMAT AND EFILE HAHN'S THIRTIETH MONTHLY FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL; SUBSEQUENT EMAIL SERVICE UPON FEE EXAMINER VIA ELECTRONIC MAIL | SENESE | 0.90 |
| Jun 29 10 | FORMAT AND EFILE HAHN'S TENTH INTERIM FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL; SUBSEQUENT EMAIL SERVICE UPON FEE EXAMINER VIA ELECTRONIC MAIL | SENESE | 0.60 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | | TIMEKEEPER | HOURS |
|------|-----------|--|------------|-------|
| PROJECT CODE TOTALS 02 | | TOTAL VALUE: | $1,770.50 | 7.40 |

Project Code 4

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  04 | | | |
| Jun 01 10 | E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND DISCUSSION WITH D. CARICKHOFF REGARDING P. RUSH AND E. JACKSON MEDIATION | GUILFOYLE | 0.20 |
| Jun 18 10 | REVIEW MOTION TO SETTLE CLAIMS WITH P. RUSH AND RELATED MOTION TO SHORTEN AND MOTION TO FILE P. RUSH SETTLEMENT UNDER SEAL AND RELATED MOTION TO SHORTEN | GUILFOYLE | 0.40 |
| Jun 21 10 | REVIEW DECLARATION OF K. NYSTROM IN SUPPORT OF P. RUSH SETTLEMENT | GUILFOYLE | 0.20 |
| Jun 22 10 | REVIEW DEBTORS' FIFTY-EIGTH AND FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS | GUILFOYLE | 0.30 |

PROJECT CODE TOTALS  04          TOTAL VALUE:     $297.00      1.10

Project Code 5

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  05 | | | |
| Jun 01 10 | ATTEND JUNE 1, 2010 TELEPHONIC COMMITTEE MEETING | GUILFOYLE | 0.50 |

| PROJECT CODE TOTALS  05 | TOTAL VALUE: | $135.00 | 0.50 |
|-------------------------|--------------|---------|------|

Project Code 6

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 06 | | | |
| Jun 10 10 | REVIEW NOTICE OF WITHDRAWAL OF APPEARANCE AND NOTICE OF SUBSTITUTION OF COUNSEL | GUILFOYLE | 0.10 |

| PROJECT CODE TOTALS | 06 | TOTAL VALUE: | $27.00 | 0.10 |
|---|---|---|---|---|

Project Code 7

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | PROJECT CODE:  07 | | |
| Jun 01 10 | REVIEW DEBTORS' MOTION FOR AUTHORITY TO EXERCISE CONTROL OVER AMERICAN HOME BANK, F.S.B. | GUILFOYLE | 0.20 |

| | | | | |
|---|---|---|---|---|
| PROJECT CODE TOTALS  07 | | TOTAL VALUE: | $54.00 | 0.20 |

Project Code 12

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  12 | | | |
| Jun 18 10 | REVIEW NOTICE OF PROPOSED SALE OF MISCELLANEOUS LOANS | GUILFOYLE | 0.10 |
| Jun 24 10 | REVIEW NOTICES OF PROPOSED SALES OF MISCELLANEOUS ASSETS | GUILFOYLE | 0.20 |
| Jun 29 10 | REVIEW NOTICE OF PROPOSED SALE OF MISCELLANEOUS ASSETS | GUILFOYLE | 0.20 |

| | | | | |
|---|---|---|---|---|
| PROJECT CODE TOTALS  12 | TOTAL VALUE: | $135.00 | 0.50 |

Project Code 17

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | PROJECT CODE:  17 | | |
| Jun 17 10 | REVIEW AND DISTRIBUTE AGENDA FOR HEARING ON 6-21-2010 | SENESE | 0.10 |
| Jun 17 10 | REVIEW AGENDA FOR JUNE 21, 2010 HEARING | GUILFOYLE | 0.20 |
| Jun 18 10 | REVIEW AND DISTRIBUTE AMENDED AGENDA FOR 6-21 HEARING | SENESE | 0.10 |
| Jun 18 10 | REVIEW AMENDED AGENDA FOR JUNE 21, 2010 HEARING | GUILFOYLE | 0.10 |
| Jun 21 10 | REVIEW AND DISTRIBUTE SECOND AMENDED AGENDA FOR TODAY'S HEARING (ALSO ADVISING OF CHANGE OF HEARING TIME REQUESTED BY THE COURT) | SENESE | 0.10 |
| Jun 21 10 | PREPARE FOR AND ATTEND JUNE 21, 2010 HEARING (HEARING RESCHEDULED) | GUILFOYLE | 1.50 |

PROJECT CODE TOTALS  17                    TOTAL VALUE:    $556.50       2.10

Project Code 21

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|

PROJECT CODE:  21

| Jun 03 10 | REVIEW EMAILS REGARDING DELOITTE STANDING STIPULATION AND REVISIONS TO SAME | CARICKHOFF | 0.90 |
| Jun 04 10 | REVIEW EMAILS REGARDING PROPOSED SETTLEMENT PARAMETERS FOR RUSH LITIGATION | CARICKHOFF | 0.40 |
| Jun 07 10 | REVISE CERTIFICATION OF COUNSEL REGARDING DELOITTE STANDING STIPULATION; REVISE ORDER AND REVIEW STIPULATION; EMAILS WITH S. BEACH AND R. MALATAK REGARDING SAME; ADDRESS WITHDRAWAL OF PRIOR CERTIFICATION OF COUNSEL | CARICKHOFF | 1.20 |
| Jun 07 10 | DRAFT NOTICE OF WITHDRAWAL OF CERTIFICATION OF COUNSEL REGARDING STANDING TO PURSUE CLAIMS AGAINST DELOITTE; EMAIL EXCHANGES WITH D. CARICKHOFF; FORMAT AND EFILE NOTICE; FORMAT AND EFILE REVISED CERTIFICATION OF COUNSEL REGARDING APPROVAL OF STIPULAT ION GRANTING COMMITTEE STANDING TO PURSUE CLAIMS AGAINST DELOITTE; SERVICE OF SAME, TOGETHER WITH NOTICE OF WITHDRAWAL OF ORIGINAL CERTIFICATION OF COUNSEL, UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.80 |
| Jun 07 10 | TELEPHONE CONFERENCE WITH R. MALATAK AND E-MAIL CORRESPONDENCE WITH D. CARICKHOFF REGARDING DELOITTE STANDING STIPULATION | GUILFOYLE | 0.20 |
| Jun 08 10 | E-MAIL CORRESPONDENCE WITH D. CARICKHOFF REGARDING DELOITTE STANDING STIPULATION (.1); COORDINATE DELIVERY OF ORDER APPROVING DELOITTE STANDING STIPULATION TO CHAMBERS (.1) | GUILFOYLE | 0.20 |
| Jun 09 10 | REVIEW AND DISTRIBUTE ORDER GRANTING COMMITTEE AUTHORITY TO PURSUE CLAIMS AGAINST DELOITTE | SENESE | 0.10 |
| Jun 09 10 | REVIEW AND FORWARD ORDER GRANTING STANDING TO PURSUE DELOITTE ACTION TO R. MALATAK; E-MAIL CORRESPONDENCE WITH D. CARICKHOFF REGARDING COMPLAINT; REVIEW COMPLAINT | GUILFOYLE | 0.40 |
| Jun 10 10 | REVIEW DRAFT COMPLAINT AGAINST DELOITTE | CARICKHOFF | 1.50 |
| Jun 11 10 | FINALIZE COMPLAINT AGAINST DELOITTE (INCLUDES CALLS AND EMAILS WITH CO-COUNSEL REGARDING SAME), REVIEW SUMMONS AND CERTIFICATION OF SERVICE | CARICKHOFF | 3.60 |
| Jun 11 10 | DRAFT SUMMONS AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME (0.4); FORMAT AND EFILE COMPLAINT AGAINST DELOITTE & TOUCHE, WITH SUMMONS (0.2); SERVICE OF THE SUMMONS AND COMPLAINT UPON DEFENDANT AT VARIOUS LOCATIONS | SENESE | 1.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | AND A COURTESY COPY UPON DEFENDANT 'S COUNSEL VIA FIRST CLASS MAIL (0.4) | | |
| Jun 22 10 | REVIEW LETTER REGARDING DELOITTE ADVERSARY PROCEEDING | GUILFOYLE | 0.10 |

PROJECT CODE TOTALS  21              TOTAL VALUE:    $4,109.50        10.40

Project Code 22

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|

PROJECT CODE: 22

| Jun 01 10 | REVIEW AND DISTRIBUTE ORDER GRANTING COMMITTEE'S EIGHTH OMNIBUS 9019 MOTION APPROVING SETTLEMENTS WITH CERTAIN PREFERENCE DEFENDANTS | SENESE | 0.10 |
| Jun 01 10 | SERVICE OF A COPY OF THE ORDER GRANTING COMMITTEE'S EIGHT OMNIBUS 9019 MOTION UPON IMPACTED DEFENDANTS / DEFENDANTS' COUNSEL VIA FIRST CLASS MAIL | SENESE | 0.40 |
| Jun 01 10 | MONITOR SERVICE OF CERTAIN DEFAULT / DEFAULT JUDGMENT PLEADINGS IN LIGHT OF RETURNED MAIL (SPLENDOR LANDSCAPE); EMAIL EXCHANGES WITH E. SCHNITZER AND T. GUILFOYLE | SENESE | 0.30 |
| Jun 01 10 | MONITOR SERVICE OF CERTAIN DEFAULT / DEFAULT JUDGMENT PLEADINGS IN LIGHT OF RETURNED MAIL (TRI M CONSTRUCTION); EMAIL EXCHANGES WITH E. SCHNITZER AND T. GUILFOYLE | SENESE | 0.10 |
| Jun 01 10 | MONITOR SERVICE OF CERTAIN DEFAULT / DEFAULT JUDGMENT PLEADINGS IN LIGHT OF RETURNED MAIL (TRANS-BOX); EMAIL EXCHANGES WITH E. SCHNITZER AND T. GUILFOYLE | SENESE | 0.30 |
| Jun 01 10 | UPDATE PREFERENCE PROGRAM STATUS CONTROL CHART IN LIGHT OF RECENTLY RETURNED / FORWARDING ORDER EXPIRED DEFAULT PLEADINGS, ETC. | SENESE | 0.20 |
| Jun 01 10 | SERVE REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT AND ENTRY OF DEFAULT AND JUDGMENT BY DEFAULT VIA OVERNIGHT MAIL UPON TRANS-BOX AT ADDITIONAL ADDRESSES IN LIGHT OF RETURNED (ORIGINAL) SERVICE OF PROCESS | SENESE | 0.40 |
| Jun 01 10 | E-MAIL CORRESPONDENCE WITH Z. VIRANI REGARDING SUMMARY JUDGMENT ANSWERING BRIEF (.1); REVIEW ORDER APPROVING EIGHTH OMNIBUS 9019 MOTION (.1); REVIEW AND REVISE CERTIFICATE OF SERVICE REGARDING ORDER APPROVING EIGHTH OMNIBUS 9019 MOTION (.1); REVIEW D EFENDANT'S DISCOVERY RESPONSES AND MEDIATOR'S CONFLICT REVIEW (.3); DISCUSS SERVICE OF REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT WITH K. SENESE (.1) | GUILFOYLE | 0.70 |
| Jun 02 10 | EFILE AFFIDAVIT OF SERVICE WITH RESPECT TO PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES, FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND FIRST REQUEST FOR ADMISSIONS | SENESE | 0.10 |
| Jun 02 10 | REVIEW AND FORWARD AFFIDAVIT OF SERVICE REGARDING DISCOVERY RESPONSES TO K. SENESE FOR | GUILFOYLE | 0.40 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | FILING (.1); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING SERVICE OF ORDER APPROVING EIGHTH OMNIBUS 9019 (.1); E-MAIL CORRESPONDENCE WITH E. PLANK AND E. SCHNITZ ER REGARDING REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT (.1); REVIEW CORRESPONDENCE REGARDING MEDIATIONS (.1) | | |
| Jun 03 10 | FORMAT AND EFILE AFFIDAVIT OF SERVICE (RE DISCOVERY REQUESTS) (RECKSON) | SENESE | 0.10 |
| Jun 03 10 | REVIEW AFFIDAVIT OF SERVICE RE NOTICE OF DEPOSITION (PMC ADV. PROC); EMAIL EXCHANGES WITH T. GUILFOYLE; FORMAT AND EFILE NOTICE OF DEPOSITION AND AFFIDAVIT OF SERVICE WITH RESPECT TO SAME | SENESE | 0.10 |
| Jun 03 10 | E-MAIL CORRESPONDENCE WITH N. RIGANO AND TELEPHONE CONFERENCE WITH K. SENESE REGARDING NOTICE OF DEPOSITION (.2); REVIEW AND FORWARD NOTICE OF DEPOSITION AND TWO AFFIDAVITS OF SERVICE TO K. SENESE FOR FILING (.3); REVIEW CORRESPONDENCE REGARDING REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT (.1) | GUILFOYLE | 0.60 |
| Jun 04 10 | REVIEW AND FORWARD AFFIDAVIT OF SERVICE REGARDING DISCOVERY TO K. SENESE FOR FILING (.1); REVIEW CORRESPONDENCE REGARDING REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT (.1) | GUILFOYLE | 0.20 |
| Jun 07 10 | REVIEW AFFIDAVIT OF SERVICE OF SECOND DISCOVERY REQUESTS AND NOTICE OF DEPOSITION; EMAIL TO J. ZAWADSKI REQUESTING NOTICE OF DEPOSITION FOR FILING AS WELL | SENESE | 0.10 |
| Jun 07 10 | EMAIL EXCHANGES WITH T. GUILFOYLE; FORMAT AND EFILE NOTICE OF DEPOSITION AND AFFIDAVIT OF SERVICE WITH RESPECT TO SAME AND PLAINTIFF'S SECOND REQUESTS FOR DISCOVERY | SENESE | 0.10 |
| Jun 07 10 | REVIEW SEVERAL E-NOTICES ADVISING THAT JUDGMENTS BY DEFAULT HAVE BEEN VACATED BY CLERK BECAUSE OF "CLERICAL ERROR IN ASSESSING DUPLICATE COURT COSTS"; EMAIL EXCHANGES WITH T. GUILFOYLE; TELEPHONE CALL TO CASE ADMINISTRATOR TO CLARIFY STANDING ON DEFAULTS; EMAIL TO E. SCHNITZER ADVISING ALL WILL BE CORRECTED BY CLERK | SENESE | 0.30 |
| Jun 07 10 | REVIEW CLERICAL NOTIFICATIONS REGARDING DEFAULT JUDGMENTS AND E-MAIL CORRESPONDENCE WITH K. SENESE (.2); REVIEW NOTICE OF DEPOSITION AND RELATED AFFIDAVIT OF SERVICE AND E-MAIL CORRESPONDENCE WITH K. SENESE (.2); REVIEW MEDIATION ORDER (.1); E-MAIL C ORRESPONDENCE | GUILFOYLE | 0.90 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | WITH Z. VIRANI REGARDING REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT (.1); REVIEW, REVISE, FILE AND FORWARD STIPULATION OF DISMISSAL TO K. CRANER (.3) | | |
| Jun 08 10 | REVIEW MEDIATION REPORTS, AMENDED DEFAULT JUDGMENTS AND CASE CLOSED NOTIFICATIONS (.3); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING SERVICE OF DEFAULT JUDGMENTS (.1) | GUILFOYLE | 0.40 |
| Jun 09 10 | E-MAIL CORRESPONDENCE WITH E. PLANK AND E. SCHNITZER REGARDING REQUEST FOR DEFAULT (.1); REVIEW STIPULATION OF DISMISSAL (.1) | GUILFOYLE | 0.20 |
| Jun 10 10 | REVIEW DRAFT DEFAULT PLEADINGS; REVIEW DOCKET AND CERTAIN PLEADINGS LISTED THEREON TO VERIFY ASSERTIONS MADE IN ATTORNEY AFFIDAVIT IN SUPPORT OF DEFAULT PAPERS; REVISE AND FORMAT EACH PLEADING IN COMPLIANCE WITH LOCAL COURT RULES; FORWARD TO T. GUILFOYLE FOR FURTHER REVIEW, EXECUTION OF AFFIDAVIT AND EFILING APPROVAL (WHP ARLINGTON) | SENESE | 0.40 |
| Jun 10 10 | REVIEW DRAFT DEFAULT PLEADINGS; REVIEW DOCKET AND CERTAIN PLEADINGS LISTED THEREON TO VERIFY ASSERTIONS MADE IN ATTORNEY AFFIDAVIT IN SUPPORT OF DEFAULT PAPERS; REVISE AND FORMAT EACH PLEADING IN COMPLIANCE WITH LOCAL COURT RULES; FORWARD TO T. GUILFOYLE FOR FURTHER REVIEW, EXECUTION OF AFFIDAVIT AND EFILING APPROVAL (CFN FINANCIAL) | SENESE | 0.40 |
| Jun 10 10 | REVIEW, REVISE, FILE AND FORWARD STIPULATION OF DISMISSAL TO C. KANG (.3) | GUILFOYLE | 0.30 |
| Jun 10 10 | REVIEW MEDIATOR'S CERTIFICATE OF COMPLETION (.1); REVIEW AND REVISE REQUESTS FOR DEFAULT AND DEFAULT JUDGMENTS AND RELATED DOCUMENTS (1.00); TELEPHONE CONFERENCES AND E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING FILING AND SERVICE OF REQUESTS FOR D EFAULT AND DEFAULT JUDGMENT (.2); E-MAIL CORRESPONDENCE WITH Z.VIRANI REGARDING REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT (.1) | GUILFOYLE | 1.40 |
| Jun 11 10 | REVIEW REQUESTS FOR DEFAULT AND APPLICABLE STATUTE AND RULES (.2); E-MAIL CORRESPONDENCE WITH K. SENESE AND B. MAGNUSON REGARDING REQUESTS FOR DEFAULT (.1) | GUILFOYLE | 0.30 |
| Jun 14 10 | FORMAT AND EFILE CERTAIN OF PLAINTIFF'S RESPONSES TO DISCOVERY REQUESTS | SENESE | 0.10 |
| Jun 14 10 | REVIEW AND DISTRIBUTE ORDER APPROVING | SENESE | 0.10 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | COMMITTEE'S EIGHTH OMNIBUS 9019 MOTION | | |
| Jun 14 10 | FORMAT AND EFILE REQUEST FOR ENTRY OF DEFAULT AND REQUEST FOR JUDGMENT BY DEFAULT (ADV. PROC. - RAPID ACCESS COMMUNICATIONS); SERVICE OF SAME UPON DEFENDANT VIA FIRST CLASS MAIL | SENESE | 0.40 |
| Jun 14 10 | REVIEW AND FORWARD AFFIDAVITS OF SERVICE REGARDING DISCOVERY TO K. SENESE (.2); REVIEW AND REVISE REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT (.8) | GUILFOYLE | 1.00 |
| Jun 15 10 | E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND D. LASKIN REGARDING JUNE 21, 2010 HEARING (.1); REVIEW SCHEDULING ORDER (.1); TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WITH A. ROOT REGARDING AMERICAN EXPRESS PREFERENCE ACTION (.1); E-MAIL CORRESPOND ENCE WITH E. SCHNITZER AND K. SENESE REGARDING TENTH OMNIBUS 9019 MOTION (.1); REVIEW ENTRIES OF DEFAULT AND DEFAULT JUDGMENT (.1); PREPARE REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT (.3) | GUILFOYLE | 0.80 |
| Jun 15 10 | REVIEW BINDER REGARDING PREFERENCE ACTION AGAINST AMERICAN EXPRESS | ROOT | 0.20 |
| Jun 16 10 | FORMAT AND EFILE REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT (ADV. PROC: DESIGN CIRCLES); SERVICE OF SAME UPON DEFENDANT VIA FIRST CLASS MAIL | SENESE | 0.30 |
| Jun 16 10 | FORMAT AND EFILE REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT (ADV. PROC: CB CONTRACTORS); SERVICE OF SAME UPON DEFENDANT VIA FIRST CLASS MAIL | SENESE | 0.30 |
| Jun 16 10 | FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE COMMITTEE'S NINTH OMNIBUS 9019 MOTION | SENESE | 0.10 |
| Jun 16 10 | FORMAT AND EFILE REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT (ADV. PROC: EMAGIC); SERVICE OF SAME UPON DEFENDANT VIA FIRST CLASS MAIL | SENESE | 0.30 |
| Jun 16 10 | PREPARE REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT (1.0); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING CERTIFICATE OF NO OBJECTION FOR NINTH OMNIBUS 9019 MOTION (.1); REVIEW AND FORWARD NASH PRINTING NOTICE TO Z. VIRANI (.1); REVIEW MEDIATION ORDER AND ENTRIES OF DEFAULT (.2); REVIEW 9019 MOTION REGARDING AON SETTLEMENT (.2); REVIEW AND REVISE CERTIFICATE OF NO OBJECTION FOR NINTH OMNIBUS 9019 MOTION (.1) | GUILFOYLE | 1.70 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Jun 17 10 | EMAIL EXCHANGES WITH T. GUILFOYLE REGARDING DENIAL OF DEFAULT AND DEFAULT JUDGMENT (CIRCLE DESIGNS) BECAUSE OF ERROR IN JUDGMENT AMOUNT SOUGHT | SENESE | 0.10 |
| Jun 17 10 | E-MAIL CORRESPONDENCE WITH E. SCHNITZER, K. SENESE AND B. MAGNUSON REGARDING REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT (.2); REVIEW, FILE AND FORWARD STIPULATION OF DISMISSAL OF C. KANG (.3); DISCUSS DISCOVERY REQUESTS WITH A. ROOT (.2); REVIEW MEDIA TION LETTERS AND ENTRIES OF DEFAULT (.2) | GUILFOYLE | 0.90 |
| Jun 17 10 | BEGIN RESEARCHING AND DRAFTING DISCOVERY REQUESTS FOR AMERICAN EXPRESS PREFERENCE ACTION | ROOT | 0.90 |
| Jun 18 10 | REVIEW AND DISTRIBUTE ORDER APPROVING COMMITTEE'S NINTH OMNIBUS 9019 MOTION; SERVICE OF SAME UPON INTERESTED PARTIES / DEFENDANTS AND/OR DEFENDANTS' COUNSEL VIA FIRST CLASS MAIL | SENESE | 0.40 |
| Jun 18 10 | FORMAT AND EFILE REQUEST FOR ENTRY OF DEFAULT AND REQUEST FOR ENTRY OF JUDGMENT BY DEFAULT (ADV. PROC. - ADMIRAL CONSULTING); SERVICE OF SAME UPON DEFENDANT VIA FIRST CLASS MAIL | SENESE | 0.40 |
| Jun 18 10 | FORMAT AND EFILE REQUEST FOR ENTRY OF DEFAULT AND REQUEST FOR ENTRY OF JUDGMENT BY DEFAULT (ADV. PROC. - BR SEARCH); SERVICE OF SAME UPON DEFENDANT VIA FIRST CLASS MAIL | SENESE | 0.40 |
| Jun 18 10 | FORMAT AND EFILE REQUEST FOR ENTRY OF DEFAULT AND REQUEST FOR ENTRY OF JUDGMENT BY DEFAULT (ADV. PROC. - DYNAMIC PAINTING); SERVICE OF SAME UPON DEFENDANT VIA FIRST CLASS MAIL | SENESE | 0.40 |
| Jun 18 10 | E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING TENTH OMNIBUS 9019 MOTION (.1); REVIEW, REVISE AND DISCUSS CERTIFICATE OF SERVICE REGARDING ORDER GRANTING NINTH OMNIBUS 9019 MOTION WITH K. SENESE (.2); REVIEW ORDER GRANTING NINTH OMNIBUS 9019 MOTIO N (.1); REVIEW AND REVISE TENTH OMNIBUS 9019 MOTION (.1); REVIEW MEDIATION ORDERS AND LETTERS (.2); PREPARE REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT (1.0); REVIEW LETTER FROM DEFENSE COUNSEL REGARDING DISCOVERY REQUESTS AND ENCLOSED OPINION (.2) | GUILFOYLE | 1.90 |
| Jun 21 10 | REVIEW DRAFT COMMITTEE'S TENTH 9019 PLEADINGS; PREPARE CERTIFICATE OF SERVICE / SERVICE LIST IN ANTICIPATION OF FILING AND SERVICE OF SAME | SENESE | 0.80 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Jun 21 10 | ORGANIZE AND FORMAT EXHIBITS TO COMMITTEE'S TENTH OMNIBUS 9019 MOTION | SENESE | 0.30 |
| Jun 21 10 | EMAIL TO T. GUILFOYLE AND EMAIL EXCHANGE WITH E. SCHNITZER REGARDING ERROR IN TENTH 9019 MOTION (0.1); FORMAT AND EFILE COMMITTEE'S TENTH 9019 MOTION, WITH EXTENSIVE EXHIBIT DOCUMENTATION, PROPOSED ORDER AND NOTICE THEREOF (0.3); SERVICE OF MOTION PACKAGE UPON IMPACTED DEFENDANTS AND/OR DEFENDANT'S COUNSEL VIA OVERNIGHT OR FIRST CLASS MAIL AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL (0.7) | SENESE | 1.10 |
| Jun 21 10 | TELEPHONE CALL FROM T. GUILFOYLE; REVIEW AND DISTRIBUTE MOTION TO VACATE DEFAULT JUDGMENT BY PLACEMENT SOLUTIONS | SENESE | 0.10 |
| Jun 21 10 | E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND TELEPHONE CONFERENCE WITH K. SENESE REGARDING REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT (.2); PREPARE, FILE AND FORWARD STIPULATION OF DISMISSAL TO C. KANG (.3); REVIEW AND REVISE TENTH OMNIBUS 9019 MOTION, NOTICE, PROPOSED ORDER AND CERTIFICATE OF SERVICE (1.0); E-MAIL CORRESPONDENCE WITH K. SENESE AND E. SCHNITZER REGARDING TENTH OMNIBUS 9019 MOTION (.1); REVIEW MOTION TO VACATE DEFAULT, ENTRIES OF DEFAULT (.2) | GUILFOYLE | 1.80 |
| Jun 22 10 | FORMAT AND EFILE REQUEST FOR ENTRY OF DEFAULT AND REQUEST FOR ENTRY OF JUDGMENT BY DEFAULT (ADV. PROC. - KING OFFICE SERVICES); SERVICE OF SAME UPON DEFENDANT VIA FIRST CLASS MAIL | SENESE | 0.40 |
| Jun 22 10 | FORMAT AND EFILE REQUEST FOR ENTRY OF DEFAULT AND REQUEST FOR ENTRY OF JUDGMENT BY DEFAULT (ADV. PROC. - HIGHLAND LAKES); SERVICE OF SAME UPON DEFENDANT VIA FIRST CLASS MAIL | SENESE | 0.30 |
| Jun 22 10 | FORMAT AND EFILE REQUEST FOR ENTRY OF DEFAULT AND REQUEST FOR ENTRY OF JUDGMENT BY DEFAULT (ADV. PROC. - EMAC); SERVICE OF SAME UPON DEFENDANT VIA FIRST CLASS MAIL | SENESE | 0.40 |
| Jun 22 10 | PREPARE REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT (1.0); TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGARDING ENTRY OF DEFAULT (.1); TELEPHONE CONFERENCES AND E-MAIL CORRESPONDENCE WITH CLERK OF THE COURT AND E. SCHNITZER REGARDING DEFAULT JUDGMENT (. 2) | GUILFOYLE | 1.30 |
| Jun 23 10 | FILE AFFIDAVIT OF SERVICE REGARDING PLAINTIFF'S | SENESE | 0.10 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | SECOND AND THIRD REQUESTS FOR ADMISSION (OUTSOURCE) | | |
| Jun 23 10 | EMAIL EXCHANGE WITH T. GUILFOYLE REGARDING ERROR IN DOCKETING OF JUDGMENT BY DEFFAULT AGAINST KING OFFICE SERVICES; EMAIL TO COURT CLERK REQUESTING DOCKET NARRATIVE BE CORRECTED | SENESE | 0.10 |
| Jun 23 10 | FORMAT AND EFILE REQUEST FOR ENTRY OF DEFAULT AND REQUEST FOR ENTRY OF JUDGMENT BY DEFAULT (ADV. PROC. - A-1 PROFESSIONAL SERVICES); SERVICE OF SAME UPON DEFENDANT VIA FIRST CLASS MAIL | SENESE | 0.40 |
| Jun 23 10 | FORMAT AND EFILE REQUEST FOR ENTRY OF DEFAULT AND REQUEST FOR ENTRY OF JUDGMENT BY DEFAULT (ADV. PROC. - AMC TRANSFER); SERVICE OF SAME UPON DEFENDANT VIA FIRST CLASS MAIL | SENESE | 0.40 |
| Jun 23 10 | FORMAT AND EFILE REQUEST FOR ENTRY OF DEFAULT AND REQUEST FOR ENTRY OF JUDGMENT BY DEFAULT (ADV. PROC. - COLLEGIATE RELOCATION); SERVICE OF SAME UPON DEFENDANT VIA FIRST CLASS MAIL | SENESE | 0.40 |
| Jun 23 10 | FORMAT AND EFILE REQUEST FOR ENTRY OF DEFAULT AND REQUEST FOR ENTRY OF JUDGMENT BY DEFAULT (ADV. PROC. - F&L LANDSCAPING); SERVICE OF SAME UPON DEFENDANT VIA FIRST CLASS MAIL | SENESE | 0.40 |
| Jun 23 10 | EFILE AFFIDAVIT OF SERVICE WITH RESPECT TO PLAINTIFF'S RESPONSES TO DEFENDANT'S COMBINED DISCOVERY REQUESTS (EXPERIAN) | SENESE | 0.10 |
| Jun 23 10 | REVIEW AND FORWARD AFFIDAVITS OF SERVICE REGARDING DISCOVERY REQUESTS TO K. SENESE FOR FILING (.3); PREPARE REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT (1.7); TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING REQUEST FOR DEFAULT A ND ENTRY OF DEFAULT (.2) | GUILFOYLE | 2.20 |
| Jun 23 10 | DRAFT DISCOVERY REQUESTS FOR AMEX PREFERENCE ACTION (2.7) | ROOT | 2.70 |
| Jun 24 10 | PREPARE, FILE AND FORWARD STIPULATIONS OF DISMISSAL TO J. ORBACH (.5); REVIEW MOTION TO VACATE DEFAULT JUDGMENT AND LOCAL RULES (.3); E-MAIL CORRESPONDENCE WITH N. RIGANO REGARDING RESPONSE TO MOTION TO VACATE DEFAULT JUDGMENT (.1) | GUILFOYLE | 0.90 |
| Jun 25 10 | REVIEW DEFENDANT'S DISCOVERY REQUESTS (.2); REVIEW NOTICE OF WITHDRAWAL OF COUNSEL (.1); REVIEW ENTRIES OF DEFAULT (.1); E-MAIL | GUILFOYLE | 0.70 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | CORRESPONDENCE WITH E. SCHNITZER REGARDING RESPONSE TO MOTION TO VACATE DEFAULT JUDGMENT (.1); TELEPHONE CALL FROM DEFENSE COUNSEL AND E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCE WITH E. SCHNITZER REGARDING ENTRIES OF DEFAULT AND DEFAULT JUDGMENT (.2) | | |
| Jun 25 10 | REVISE DISCOVERY REQUESTS FOR AMEX ADVERSARY | ROOT | 0.20 |
| Jun 28 10 | REVIEW AND REVISE DISCOVERY REQUESTS DIRECTED TO AMEX; MEET WITH A. ROOT REGARDING SAME | CARICKHOFF | 1.00 |
| Jun 28 10 | EFILE AFFIDAVIT OF SERVICE WITH REGARD TO PLAINTIFF'S RESPONSES AND OBJECTIONS TO DISCOVERY REQUESTS (J. LAURIE) | SENESE | 0.10 |
| Jun 28 10 | TELEPHONE CONFERENCE WITH DEFENDANT REGARDING ENTRY OF DEFAULT AND DEFAULT JUDGMENT (.2); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING DEFAULTS AND DEFAULT JUDGMENTS (.1); REVIEW AND FORWARD AFFIDAVIT OF SERVICE REGARDING DISCOVERY REQUESTS TO K . SENESE FOR FILLING (.2); REVIEW SEVERAL ENTRIES OF DEFAULT (.2) | GUILFOYLE | 0.70 |
| Jun 28 10 | RESEARCH IN CONNECTION WITH AMEX PREFERENCE ACTION | ROOT | 0.70 |
| Jun 29 10 | EFILE AMENDED NOTICE OF DEPOSITION AND AFFIDAVIT OF SERVICE WITH RESPECT TO SAME (PMC INVESTIGATIONS) | SENESE | 0.10 |
| Jun 29 10 | SCAN AND EFILE NOTICE OF SERVICE OF DISCOVERY REQUESTS (AMEX); SERVE NOTICE OF SERVICE AND DISCOVERY REQUESTS UPON E. CHIKOWSKI AT FLASTER GREENBERG (AMEX) | MOODY | 0.60 |
| Jun 29 10 | REVIEW AND FORWARD AMENDED NOTICE OF DEPOSITION AND RELATED AFFIDAVIT OF SERVICE TO K. SENESE FOR FILING (.2); E-MAIL CORRESPONDENCE WITH J. ORBACH REGARDING REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT (.1); REVIEW NASH PRINTING BANKRUPTCY FILING (.1); PREPARE REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT (1.0) | GUILFOYLE | 1.40 |
| Jun 29 10 | FURTHER REVISIONS TO DISCOVERY REQUESTS IN AMEX PREFERENCE ACTION (.5); EXECUTE SAME FOR SERVICE (.2) | ROOT | 0.70 |
| Jun 29 10 | EMAIL A. ROOT REGARDING AMEX ACTION AND REVIEW EMAIL REGARDING SAME | TARR | 0.30 |
| Jun 30 10 | TELEPHONE CALL WITH T. GUILFOYLE; REVIEW ADVERSARY PROCEEDING DOCKET; DRAFT COMBINED | SENESE | 0.40 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| | NOTICE OF WITHDRAWAL OF ENTRY OF DEFAULT AND JUDGMENT BY DEFAULT | | |
| Jun 30 10 | ORGANIZE NECESSARY EXHIBIT DOCUMENTATION; FORMAT AND EFILE REQUEST FOR ENTRY OF DEFAULT AND REQUEST FOR ENTRY OF JUDGMENT BY DEFAULT (ADV. PROC. - HERITAGE REALITY); SERVICE OF SAME UPON DEFENDANT VIA FIRST CLASS MAIL | SENESE | 0.40 |
| Jun 30 10 | ORGANIZE NECESSARY EXHIBIT DOCUMENTATION; FORMAT AND EFILE REQUEST FOR ENTRY OF DEFAULT AND REQUEST FOR ENTRY OF JUDGMENT BY DEFAULT (ADV. PROC. - DIGITAL DRAW); SERVICE OF SAME UPON DEFENDANT VIA FIRST CLASS MAIL | SENESE | 0.40 |
| Jun 30 10 | CREATE CERTIFICATE OF SERVICE; FORMAT AND EFILE NOTICE OF WITHDRAWAL OF PLAINTIFF'S DEFAULT REQUESTS (F&R LANDSCAPING); SERVICE OF SAME UPON DEFENDANT VIA FIRST CLASS MAIL | SENESE | 0.20 |
| Jun 30 10 | TELEPHONE CONFERENCE WITH CLERK'S OFFICE REGARDING REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT (.2); E-MAIL CORRESPONDENCE WITH E. SCHNITZER, J. ORBACH AND K. SENESE REGARDING NOTICE OF WITHDRAWAL OF REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT AND NOTICE OF DISMISSAL (.1); E-MAIL CORRESPONDENCE WITH Z. VIRANI REGARDING NASH PRINTING (.1); REVIEW AND REVISE NOTICE OF WITHDRAWAL (.2); REVIEW AND REVISE REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT AND PREPARE BLACKLINE OF SUPPORTING AFFIDAVIT(.4); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING REVISIONS TO REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT (.1); REVIEW AND PREPARE STIPULATIONS FOR FILING (.2) | GUILFOYLE | 1.30 |

PROJECT CODE TOTALS  22                TOTAL VALUE:   $11,239.00        42.90

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | | TIMEKEEPER | HOURS |
|------|-----------|--|------------|-------|
| REPORT TOTALS | | TOTAL VALUE: | 19,028.50 | 68.20 |