# EXHIBIT B

**AMERICAN HOME MORTGAGE COMPANY**
**EXPENSE SUMMARY**
**JUNE 1, 2010 TO JUNE 30, 2010**

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | | $1.06 |
| Reproduction of Documents | | $50.50 |
| Contracted Photocopying - Parcels | | $2,044.10 |
| Telecopier/Fax | | $0.00 |
| Courier and Express Services | | $279.57 |
| Hand Delivery Service | | $0.00 |
| Special Mailing Charges | | $155.07 |
| Filing Fees | | $0.00 |
| Travel Expenses | | $0.00 |
| Meeting Expenses | | $0.00 |
| Filing Pleadings | | $250.00 |
| Court | | $0.00 |
| E-Services | | $0.00 |
| Westlaw | | $0.00 |
| Transcript | | $0.00 |
| Record/Docket Searches | | $188.48 |
| **TOTAL** | | **$2,968.78** |

Cost Recap Summary by CostCode [1080263 - ]
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,   9/15/2010 9:35:29 AM

| CostCode | Worked Amount | Billed Amount | Description |
|---|---|---|---|
| 08 | 250.00 | 250.00 | FILING FEES: |
| 10 | 1.06 | 1.06 | LONG DISTANCE TELEPHONE CALLS |
| 25 | 279.57 | 279.57 | FEDERAL EXPRESS |
| 30 | 60.60 | 50.50 | REPRODUCTION OF DOCUMENTS |
| 33 | 2044.10 | 2044.10 | CONTRACTED PHOTOCOPYING |
| 37 | 155.07 | 155.07 | SPECIAL MAILING CHARGES |
| PACERPG | 188.48 | 188.48 | DOCKET SEARCHES |
| | | | |
| TOTAL | 2978.88 | 2968.78 | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1080263 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE]     Page 1
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,  9/15/2010 9:35:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/11/2010 | 02238 | KATHLEEN SENESE | 08 | 1.00 | 250.00 | 250.00 | FILING FEES: - KATHLEEN A. SENESE AHM V | 7167286 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 250.00 | 250.00 | DELOITTE COMPLAINT 6/11/10 | |
| | | | | | | | Bank ID: 210 Check Number: 115036 | |
| | | Voucher=715869 Paid | | | | | Vendor=KATHLEEN A. SENESE  Balance= .00  Amount= 250.00 | |
| | | | | | | | Check #115036  06/17/2010 | |
| | | | | | | | | |
| | | BILLED TOTALS:   WORK: | | | | 250.00 | 1 records | |
| | | BILLED TOTALS:   BILL: | | | | 250.00 | | |
| | | | | | | | | |
| | | GRAND TOTAL:   WORK: | | | | 250.00 | 1 records | |
| | | GRAND TOTAL:   BILL: | | | | 250.00 | | |

Case 07-11047-CSS   Doc 9299-4   Filed 10/07/10   Page 5 of 12

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1080263 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE]   Page 1
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,   9/15/2010 9:35:29 AM

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/07/2010 | 02238 | KATHLEEN SENESE | 10 | 1.00 | 1.06 | 1.06 | LONG DISTANCE TELEPHONE CALLS | 7142512 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 1.06 | 1.06 | | |
| | | BILLED TOTALS:   WORK: | | | | 1.06 | 1 records | |
| | | BILLED TOTALS:   BILL: | | | | 1.06 | | |
| | | GRAND TOTAL:   WORK: | | | | 1.06 | 1 records | |
| | | GRAND TOTAL:   BILL: | | | | 1.06 | | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1080263 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE]   Page 1
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,   9/15/2010 9:35:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/14/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 16.25 | 16.25 | FEDERAL EXPRESS Invoice: 712281513 Tracking: | 7169136 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 16.25 | 16.25 | 799520968663 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 06/28/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.48 | 11.48 | FEDERAL EXPRESS Invoice: 713723825 Tracking: | 7188474 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 11.48 | 11.48 | 790226075619 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 06/28/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.48 | 11.48 | FEDERAL EXPRESS Invoice: 713723825 Tracking: | 7188475 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 11.48 | 11.48 | 790350103458 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 06/28/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 16.01 | 16.01 | FEDERAL EXPRESS Invoice: 713723825 Tracking: | 7188476 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 16.01 | 16.01 | 790350106300 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 06/28/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 14.23 | 14.23 | FEDERAL EXPRESS Invoice: 713723825 Tracking: | 7188477 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 14.23 | 14.23 | 790350109180 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 06/28/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.48 | 11.48 | FEDERAL EXPRESS Invoice: 713723825 Tracking: | 7188478 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 11.48 | 11.48 | 790717870560 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 06/28/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.48 | 11.48 | FEDERAL EXPRESS Invoice: 713723825 Tracking: | 7188479 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 11.48 | 11.48 | 790717881020 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 06/28/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.48 | 11.48 | FEDERAL EXPRESS Invoice: 713723825 Tracking: | 7188480 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 11.48 | 11.48 | 790950100320 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 06/28/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.48 | 11.48 | FEDERAL EXPRESS Invoice: 713723825 Tracking: | 7188481 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 11.48 | 11.48 | 790950107519 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 06/28/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 12.98 | 12.98 | FEDERAL EXPRESS Invoice: 713723825 Tracking: | 7188482 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 12.98 | 12.98 | 790950108169 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 06/28/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 16.42 | 16.42 | FEDERAL EXPRESS Invoice: 713723825 Tracking: | 7188483 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 16.42 | 16.42 | 790950108700 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 06/28/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.48 | 11.48 | FEDERAL EXPRESS Invoice: 713723825 Tracking: | 7188484 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 11.48 | 11.48 | 790950109165 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 06/28/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.48 | 11.48 | FEDERAL EXPRESS Invoice: 713723825 Tracking: | 7188485 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 11.48 | 11.48 | 791600083420 Name: KATHLEEN SENESE Company: | |

Case 07-11047-CSS    Doc 9299-4    Filed 10/07/10    Page 7 of 12

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1080263 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE]    Page 2
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,  9/15/2010 9:35:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 06/28/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.48 | 11.48 | FEDERAL EXPRESS Invoice: 713723825 Tracking: | 7188486 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 11.48 | 11.48 | 791600087951 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 06/28/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.48 | 11.48 | FEDERAL EXPRESS Invoice: 713723825 Tracking: | 7188487 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 11.48 | 11.48 | 791600088899 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 06/28/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 16.42 | 16.42 | FEDERAL EXPRESS Invoice: 713723825 Tracking: | 7188488 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 16.42 | 16.42 | 791600091391 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 06/28/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.48 | 11.48 | FEDERAL EXPRESS Invoice: 713723825 Tracking: | 7188489 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 11.48 | 11.48 | 791600092230 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 06/28/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.48 | 11.48 | FEDERAL EXPRESS Invoice: 713723825 Tracking: | 7188490 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 11.48 | 11.48 | 791900082546 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 06/28/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.48 | 11.48 | FEDERAL EXPRESS Invoice: 713723825 Tracking: | 7188491 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 11.48 | 11.48 | 792200085120 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 06/28/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 9.35 | 9.35 | FEDERAL EXPRESS Invoice: 713765013 Tracking: | 7188494 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 9.35 | 9.35 | 798780117323 Name: Kathy Senese Company: Blank | |
| | | | | | | | Rome Address1: 1201 N. Market St. 8th Floor | |
| | | | | | | | City,St,Z: WILMINGTON,DE,19801 Reference: | |
| | | | | | | | 128189-01600 | |
| 06/28/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 9.35 | 9.35 | FEDERAL EXPRESS Invoice: 713765013 Tracking: | 7188495 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 9.35 | 9.35 | 798780132345 Name: Kathy Senese Company: Blank | |
| | | | | | | | Rome Address1: 1201 N. Market St. 8th Floor | |
| | | | | | | | City,St,Z: WILMINGTON,DE,19801 Reference: | |
| | | | | | | | 128189-01600 | |
| 06/28/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 9.66 | 9.66 | FEDERAL EXPRESS Invoice: 713765013 Tracking: | 7188496 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 9.66 | 9.66 | 793657466441 Name: Kathy Senese Company: Blank | |
| | | | | | | | Rome Address1: 1201 N. Market St. 8th Floor | |
| | | | | | | | City,St,Z: WILMINGTON,DE,19801 Reference: | |
| | | | | | | | 128189-01600 | |
| 06/28/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 9.66 | 9.66 | FEDERAL EXPRESS Invoice: 713765013 Tracking: | 7188497 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 9.66 | 9.66 | 793657482551 Name: Kathy Senese Company: Blank | |
| | | | | | | | Rome Address1: 1201 N. Market St. 8th Floor | |
| | | | | | | | City,St,Z: WILMINGTON,DE,19801 Reference: | |
| | | | | | | | 128189-01600 | |
| | | BILLED TOTALS: WORK: | | | | 279.57 | 23 records | |
| | | BILLED TOTALS: BILL: | | | | 279.57 | | |
| | | GRAND TOTAL: WORK: | | | | 279.57 | 23 records | |
| | | GRAND TOTAL: BILL: | | | | 279.57 | | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1080263 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE]   Page 1
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,   9/15/2010 9:35:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/18/2010 | 00020 | BONNIE G. FATELL | 30 | 4.00 | 0.12 | 0.48 | REPRODUCTION OF DOCUMENTS | 7170966 |
| 09/15/2010 | | Invoice=1080263 | | 4.00 | 0.10 | 0.40 | | |
| 06/21/2010 | 00020 | BONNIE G. FATELL | 30 | 4.00 | 0.12 | 0.48 | REPRODUCTION OF DOCUMENTS | 7172961 |
| 09/15/2010 | | Invoice=1080263 | | 4.00 | 0.10 | 0.40 | | |
| 06/21/2010 | 00020 | BONNIE G. FATELL | 30 | 462.00 | 0.12 | 55.44 | REPRODUCTION OF DOCUMENTS | 7172962 |
| 09/15/2010 | | Invoice=1080263 | | 462.00 | 0.10 | 46.20 | | |
| 06/29/2010 | 00020 | BONNIE G. FATELL | 30 | 4.00 | 0.12 | 0.48 | REPRODUCTION OF DOCUMENTS | 7188498 |
| 09/15/2010 | | Invoice=1080263 | | 4.00 | 0.10 | 0.40 | | |
| 06/29/2010 | 00020 | BONNIE G. FATELL | 30 | 5.00 | 0.12 | 0.60 | REPRODUCTION OF DOCUMENTS | 7188499 |
| 09/15/2010 | | Invoice=1080263 | | 5.00 | 0.10 | 0.50 | | |
| 06/29/2010 | 02432 | TAMARA L. MOODY | 30 | 26.00 | 0.12 | 3.12 | REPRODUCTION OF DOCUMENTS | 7188500 |
| 09/15/2010 | | Invoice=1080263 | | 26.00 | 0.10 | 2.60 | | |
| | | BILLED TOTALS: WORK: | | | | 60.60 | 6 records | |
| | | BILLED TOTALS: BILL: | | | | 50.50 | | |
| | | GRAND TOTAL: WORK: | | | | 60.60 | 6 records | |
| | | GRAND TOTAL: BILL: | | | | 50.50 | | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1080263 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE]     Page 1
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,   9/15/2010 9:35:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/08/2010 | 00001 | BRCM HOUSE | 33 | 1.00 | 842.94 | 842.94 | CONTRACTED PHOTOCOPYING Robin Glanden2 doc | 7172963 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 842.94 | 842.94 | service via first class mail —Doc #8890, 8891251373 | |
| 06/15/2010 | 00001 | BRCM HOUSE | 33 | 1.00 | 188.25 | 188.25 | CONTRACTED PHOTOCOPYING Robin Glanden1 doc | 7188492 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 188.25 | 188.25 | service via first class mail —American Home Mortgage #10 envelopes supplied252951 | |
| 06/17/2010 | 00001 | BRCM HOUSE | 33 | 1.00 | 188.25 | 188.25 | CONTRACTED PHOTOCOPYING Robin Glanden1 doc | 7188493 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 188.25 | 188.25 | service via first class mail -- American Home #10 envelopes supplied253444 | |
| 06/21/2010 | 00001 | BRCM HOUSE | 33 | 1.00 | 238.45 | 238.45 | CONTRACTED PHOTOCOPYING Robin Glanden2 doc | 7195957 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 238.45 | 238.45 | service via first class mail #10 envelopes supplied253701 | |
| 06/21/2010 | 00001 | BRCM HOUSE | 33 | 1.00 | 90.22 | 90.22 | CONTRACTED PHOTOCOPYING Robin Glanden2 doc | 7195958 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 90.22 | 90.22 | service via hands and first class mail —Doc # 8941, 8940 envelopes supplied253622 | |
| 06/23/2010 | 00001 | BRCM HOUSE | 33 | 1.00 | 248.49 | 248.49 | CONTRACTED PHOTOCOPYING Robin Glanden2 doc | 7195959 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 248.49 | 248.49 | service via first class mail, no Doc # #10 envelopes supplied254251 | |
| 06/30/2010 | 00001 | BRCM HOUSE | 33 | 1.00 | 247.50 | 247.50 | CONTRACTED PHOTOCOPYING Robin Glanden2 docs in | 7206626 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 247.50 | 247.50 | #10 envelopes provided by client255822 | |
| | | BILLED TOTALS:   WORK: | | | | 2,044.10 | 7 records | |
| | | BILLED TOTALS:   BILL: | | | | 2,044.10 | | |
| | | GRAND TOTAL:   WORK: | | | | 2,044.10 | 7 records | |
| | | GRAND TOTAL:   BILL: | | | | 2,044.10 | | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1080263 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE]    Page 1
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,    9/15/2010 9:35:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/01/2010 | 00020 | BONNIE G. FATELL | 37 | 1.00 | 12.76 | 12.76 | SPECIAL MAILING CHARGES | 7195061 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 12.76 | 12.76 | | |
| 06/10/2010 | 00020 | BONNIE G. FATELL | 37 | 1.00 | 7.35 | 7.35 | SPECIAL MAILING CHARGES | 7195080 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 7.35 | 7.35 | | |
| 06/15/2010 | 00020 | BONNIE G. FATELL | 37 | 1.00 | 11.12 | 11.12 | SPECIAL MAILING CHARGES | 7195091 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 11.12 | 11.12 | | |
| 06/17/2010 | 00020 | BONNIE G. FATELL | 37 | 1.00 | 11.12 | 11.12 | SPECIAL MAILING CHARGES | 7195100 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 11.12 | 11.12 | | |
| 06/18/2010 | 00020 | BONNIE G. FATELL | 37 | 1.00 | 41.80 | 41.80 | SPECIAL MAILING CHARGES | 7195102 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 41.80 | 41.80 | | |
| 06/22/2010 | 00020 | BONNIE G. FATELL | 37 | 1.00 | 7.83 | 7.83 | SPECIAL MAILING CHARGES | 7195112 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 7.83 | 7.83 | | |
| 06/23/2010 | 00020 | BONNIE G. FATELL | 37 | 1.00 | 11.12 | 11.12 | SPECIAL MAILING CHARGES | 7195116 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 11.12 | 11.12 | | |
| 06/29/2010 | 00020 | BONNIE G. FATELL | 37 | 1.00 | 20.64 | 20.64 | SPECIAL MAILING CHARGES | 7195120 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 20.64 | 20.64 | | |
| 06/30/2010 | 02238 | KATHLEEN SENESE | 37 | 1.00 | 31.33 | 31.33 | SPECIAL MAILING CHARGES | 7195108 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 31.33 | 31.33 | | |
| | | BILLED TOTALS:  WORK: | | | | 155.07 | 9 records | |
| | | BILLED TOTALS:  BILL: | | | | 155.07 | | |
| | | GRAND TOTAL:  WORK: | | | | 155.07 | 9 records | |
| | | GRAND TOTAL:  BILL: | | | | 155.07 | | |

Case 07-11047-CSS   Doc 9299-4   Filed 10/07/10   Page 11 of 12

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1080263 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE]   Page 1
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,   9/15/2010 9:35:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/07/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7221723 |
| 09/15/2010 | | Invoice=1080263 | | 2.00 | 0.08 | 0.16 | | |
| 06/07/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7221724 |
| 09/15/2010 | | Invoice=1080263 | | 2.00 | 0.08 | 0.16 | | |
| 06/07/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7221889 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 0.08 | 0.08 | | |
| 06/08/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7221859 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 0.08 | 0.08 | | |
| 06/08/2010 | 09994 | BR PACER | PACERPG | 11.00 | 0.08 | 0.88 | DOCKET SEARCHES | 7221860 |
| 09/15/2010 | | Invoice=1080263 | | 11.00 | 0.08 | 0.88 | | |
| 06/08/2010 | 09994 | BR PACER | PACERPG | 11.00 | 0.08 | 0.88 | DOCKET SEARCHES | 7221861 |
| 09/15/2010 | | Invoice=1080263 | | 11.00 | 0.08 | 0.88 | | |
| 06/08/2010 | 09994 | BR PACER | PACERPG | 7.00 | 0.08 | 0.56 | DOCKET SEARCHES | 7221862 |
| 09/15/2010 | | Invoice=1080263 | | 7.00 | 0.08 | 0.56 | | |
| 06/08/2010 | 09994 | BR PACER | PACERPG | 7.00 | 0.08 | 0.56 | DOCKET SEARCHES | 7221863 |
| 09/15/2010 | | Invoice=1080263 | | 7.00 | 0.08 | 0.56 | | |
| 06/08/2010 | 09994 | BR PACER | PACERPG | 11.00 | 0.08 | 0.88 | DOCKET SEARCHES | 7221864 |
| 09/15/2010 | | Invoice=1080263 | | 11.00 | 0.08 | 0.88 | | |
| 06/08/2010 | 09994 | BR PACER | PACERPG | 11.00 | 0.08 | 0.88 | DOCKET SEARCHES | 7221865 |
| 09/15/2010 | | Invoice=1080263 | | 11.00 | 0.08 | 0.88 | | |
| 06/08/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7221872 |
| 09/15/2010 | | Invoice=1080263 | | 3.00 | 0.08 | 0.24 | | |
| 06/08/2010 | 09994 | BR PACER | PACERPG | 10.00 | 0.08 | 0.80 | DOCKET SEARCHES | 7221873 |
| 09/15/2010 | | Invoice=1080263 | | 10.00 | 0.08 | 0.80 | | |
| 06/08/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7221874 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 0.08 | 0.08 | | |
| 06/08/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7221875 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 0.08 | 0.08 | | |
| 06/08/2010 | 09994 | BR PACER | PACERPG | 21.00 | 0.08 | 1.68 | DOCKET SEARCHES | 7221876 |
| 09/15/2010 | | Invoice=1080263 | | 21.00 | 0.08 | 1.68 | | |
| 06/08/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7221877 |
| 09/15/2010 | | Invoice=1080263 | | 2.00 | 0.08 | 0.16 | | |
| 06/08/2010 | 09994 | BR PACER | PACERPG | 6.00 | 0.08 | 0.48 | DOCKET SEARCHES | 7221878 |
| 09/15/2010 | | Invoice=1080263 | | 6.00 | 0.08 | 0.48 | | |
| 06/08/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7221879 |
| 09/15/2010 | | Invoice=1080263 | | 2.00 | 0.08 | 0.16 | | |
| 06/08/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7221880 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 0.08 | 0.08 | | |
| 06/08/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7221881 |
| 09/15/2010 | | Invoice=1080263 | | 3.00 | 0.08 | 0.24 | | |
| 06/08/2010 | 09994 | BR PACER | PACERPG | 19.00 | 0.08 | 1.52 | DOCKET SEARCHES | 7221882 |
| 09/15/2010 | | Invoice=1080263 | | 19.00 | 0.08 | 1.52 | | |
| 06/08/2010 | 09994 | BR PACER | PACERPG | 8.00 | 0.08 | 0.64 | DOCKET SEARCHES | 7221883 |
| 09/15/2010 | | Invoice=1080263 | | 8.00 | 0.08 | 0.64 | | |
| 06/08/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7221884 |
| 09/15/2010 | | Invoice=1080263 | | 2.00 | 0.08 | 0.16 | | |
| 06/08/2010 | 09994 | BR PACER | PACERPG | 11.00 | 0.08 | 0.88 | DOCKET SEARCHES | 7221885 |
| 09/15/2010 | | Invoice=1080263 | | 11.00 | 0.08 | 0.88 | | |
| 06/08/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7221886 |
| 09/15/2010 | | Invoice=1080263 | | 2.00 | 0.08 | 0.16 | | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1080263 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE]  Page 2
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,  9/15/2010 9:35:29 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/08/2010 | 09994 | BR PACER | PACERPG | 8.00 | 0.08 | 0.64 | DOCKET SEARCHES | 7221887 |
| 09/15/2010 | | Invoice=1080263 | | 8.00 | 0.08 | 0.64 | | |
| 06/08/2010 | 09994 | BR PACER | PACERPG | 11.00 | 0.08 | 0.88 | DOCKET SEARCHES | 7221888 |
| 09/15/2010 | | Invoice=1080263 | | 11.00 | 0.08 | 0.88 | | |
| 06/08/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7221936 |
| 09/15/2010 | | Invoice=1080263 | | 4.00 | 0.08 | 0.32 | | |
| 06/09/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7221866 |
| 09/15/2010 | | Invoice=1080263 | | 3.00 | 0.08 | 0.24 | | |
| 06/09/2010 | 09994 | BR PACER | PACERPG | 13.00 | 0.08 | 1.04 | DOCKET SEARCHES | 7221867 |
| 09/15/2010 | | Invoice=1080263 | | 13.00 | 0.08 | 1.04 | | |
| 06/09/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7221868 |
| 09/15/2010 | | Invoice=1080263 | | 2.00 | 0.08 | 0.16 | | |
| 06/09/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7221869 |
| 09/15/2010 | | Invoice=1080263 | | 30.00 | 0.08 | 2.40 | | |
| 06/09/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7221870 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 0.08 | 0.08 | | |
| 06/09/2010 | 09994 | BR PACER | PACERPG | 5.00 | 0.08 | 0.40 | DOCKET SEARCHES | 7221871 |
| 09/15/2010 | | Invoice=1080263 | | 5.00 | 0.08 | 0.40 | | |
| 06/10/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7221937 |
| 09/15/2010 | | Invoice=1080263 | | 3.00 | 0.08 | 0.24 | | |
| 06/10/2010 | 09994 | BR PACER | PACERPG | 23.00 | 0.08 | 1.84 | DOCKET SEARCHES | 7221938 |
| 09/15/2010 | | Invoice=1080263 | | 23.00 | 0.08 | 1.84 | | |
| 06/10/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7221939 |
| 09/15/2010 | | Invoice=1080263 | | 2.00 | 0.08 | 0.16 | | |
| 06/10/2010 | 09994 | BR PACER | PACERPG | 23.00 | 0.08 | 1.84 | DOCKET SEARCHES | 7221940 |
| 09/15/2010 | | Invoice=1080263 | | 23.00 | 0.08 | 1.84 | | |
| 06/10/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7221941 |
| 09/15/2010 | | Invoice=1080263 | | 2.00 | 0.08 | 0.16 | | |
| 06/10/2010 | 09994 | BR PACER | PACERPG | 22.00 | 0.08 | 1.76 | DOCKET SEARCHES | 7221942 |
| 09/15/2010 | | Invoice=1080263 | | 22.00 | 0.08 | 1.76 | | |
| 06/10/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7221943 |
| 09/15/2010 | | Invoice=1080263 | | 2.00 | 0.08 | 0.16 | | |
| 06/11/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7221908 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 0.08 | 0.08 | | |
| 06/11/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7221909 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 0.08 | 0.08 | | |
| 06/11/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7221910 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 0.08 | 0.08 | | |
| 06/11/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7221911 |
| 09/15/2010 | | Invoice=1080263 | | 1.00 | 0.08 | 0.08 | | |
| 06/11/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7221912 |
| 09/15/2010 | | Invoice=1080263 | | 2.00 | 0.08 | 0.16 | | |
| 06/11/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7221913 |
| 09/15/2010 | | Invoice=1080263 | | 3.00 | 0.08 | 0.24 | | |
| 06/11/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7221914 |
| 09/15/2010 | | Invoice=1080263 | | 2.00 | 0.08 | 0.16 | | |
| 06/11/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7221915 |
| 09/15/2010 | | Invoice=1080263 | | 30.00 | 0.08 | 2.40 | | |
| 06/11/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7221916 |