# EXHIBIT A

**AMERICAN HOME MORTGAGE CO.**
**PROJECT CODE SUMMARY**
**JULY 1, 2010, - JULY 31, 2010**

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 0.00 | $0.00 |
| 2 | Other Professionals' Fee/Employment Issues | 1.50 | $379.50 |
| 3 | Executory Contracts and Unexpired Leases | 0.00 | $0.00 |
| 4 | Claims Analysis and Objections | 0.60 | $177.00 |
| 5 | Committee Business and Meetings | 0.00 | $0.00 |
| 6 | Case Administration | 0.20 | $59.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.00 | $0.00 |
| 8 | Employee Benefits/General Labor | 0.00 | $0.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.00 | $0.00 |
| 10 | Financing Issues | 0.00 | $0.00 |
| 11 | Regulatory Matters | 0.00 | $0.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 0.20 | $59.00 |
| 13 | Stay Relief Issues | 0.00 | $0.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.00 | $0.00 |
| 15 | Tax Issues | 0.00 | $0.00 |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 0.00 | $0.00 |
| 17 | Hearings - Attendance/Preparation | 1.30 | $374.50 |
| 18 | Loan Servicing Transfer Issues | 0.00 | $0.00 |
| 19 | D&O Issues/E&O Issues | 0.00 | $0.00 |
| 20 | Non-Working Travel Time | 0.00 | $0.00 |
| 21 | Adversary Litigation | 3.60 | $1,210.50 |
| 22 | Preference Actions | 19.90 | $5,710.00 |
|  | **TOTALS** | **27.30** | **$7,969.50** |

Project Code 2

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|

PROJECT CODE:  02

| Jul 13 10 | EMAIL EXCHANGE WITH B. FATELL; REVIEW DRAFT PROPOSED OMINBUS ORDER APPROVING INTERIM FEE APPLICATIONS AND VERIFY FIGURES ON BEHALF OF BLANK ROME, BDO AND HAHN; EMAIL RESPONDING TO D. LASKIN REGARDING DISCREPANCY WITH HAHN'S FEES SOUGHT AND REQUESTING HAHN'S THIRD INTERIM FEE APPLICATION BE INCLUDED; EMAIL TO J. SMITH ADVISING OF DISCREPANCY WITH RESPECT TO FEES SOUGHT BY HAHN'S NINTH INTERIM | SENESE | 0.50 |
| Jul 15 10 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS FILED IN CONNECTION WITH BDO'S MAY 2010 MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION WITH RESPECT TO SAME AND FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.20 |
| Jul 15 10 | FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESECT TO BDO'S MAY MONTHLY FEE APPLICATION | SENESE | 0.10 |
| Jul 15 10 | TELEPHONE FROM B. FATELL; EMAIL TO J. SMITH DETAILING THE PROCEDURE FOR APPROVAL / ENTRY OF ORDER WITH RESPECT TO HAHN'S LAST (MOST RECENT) INTERIM FEE APPLICATION BECAUSE OF THE OBJECTION DEADLINE FALLING ON THE HEARING DATE | SENESE | 0.10 |
| Jul 16 10 | REVIEW PERRY, JOSEPH & PEARCE'S TWELFTH MONTHLY FEE APPLICATION | GUILFOYLE | 0.10 |
| Jul 19 10 | REVIEW AND DISTRIBUTE OMNIBUS ORDER GRANTING INTERIM FEES | SENESE | 0.10 |
| Jul 29 10 | REVIEW BDO'S DRAFT JUNE MONTHLY FEE APPLICATION AND RELATED EXHIBITS; PREPARE NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESSPECT TO SAME; FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.40 |

PROJECT CODE TOTALS  02                TOTAL VALUE:      $379.50      1.50

Project Code 4

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| PROJECT CODE: 04 | | | |
| Jul 20 10 | REVIEW DEBTORS' SIXTIETH AND SIXTY-FIRST OMNIBUS OBJECTION TO CLAIMS | GUILFOYLE | 0.30 |
| Jul 28 10 | REVIEW MOTION TO APPROVE JACKSON SETTLEMENT AND RELATED MOTION TO FILE JACKSON SETTLEMENT UNDER SEAL | GUILFOYLE | 0.30 |

| | | | | |
|---|---|---|---|---|
| PROJECT CODE TOTALS  04 | | TOTAL VALUE: | $177.00 | 0.60 |

Project Code 6

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | | TIMEKEEPER | HOURS |
|------|-----------|---|-----------|-------|
| PROJECT CODE:  06 | | | | |
| Jul 13 10 | REVIEW RECENT FILINGS | | GUILFOYLE | 0.20 |
| PROJECT CODE TOTALS  06 | | TOTAL VALUE: | $59.00 | 0.20 |

Project Code 12

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 12 | | | |
| Jul 28 10 | REVIEW MOTION TO FORM SPECIAL PURPOSE ENTITY | GUILFOYLE | 0.20 |

| PROJECT CODE TOTALS  12 | TOTAL VALUE: | $59.00 | 0.20 |

Project Code 17

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  17 | | | |
| Jul 15 10 | REVIEW AND DISTRIBUTE AGENDA FOR 7-19 HEARING (INTERIM FEE APPLICATION HEARING); MINIMAL PREPARATION FOR HEARING | SENESE | 0.20 |
| Jul 15 10 | REVIEW AGENDA FOR JULY 19, 2010 HEARING (.1); E-MAIL CORRESPONDENCE WITH K. SENESE AND B. FATELL REGARDING ATTENDANCE AT JULY 19, 2010 HEARING (.1) | GUILFOYLE | 0.20 |
| Jul 16 10 | DISCUSS JULY 19, 2010 HEARING WITH B. FATELL | GUILFOYLE | 0.10 |
| Jul 19 10 | PREPARE FOR AND ATTEND JULY 19, 2010 HEARING | GUILFOYLE | 0.80 |

| PROJECT CODE TOTALS  17 | TOTAL VALUE: | $374.50 | 1.30 |
|---|---|---|---|

Project Code 21

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 21 | | | |
| Jul 07 10 | REVIEW STIPULATION WITH DELOITTE PROVIDING THEM ADDITIONAL TIME TO RESPOND TO COMPLAINT; EMAILS REGARDING SAME AND CALL WITH J. MCCAHEY REGARDING SAME | CARICKHOFF | 0.40 |
| Jul 08 10 | REVIEW UPDATED DOCKET SHEETS AND PLEADINGS; PREPARE CERTIFICATION OF COUNSEL REGARDING STIPULATION EXTENDING TIME FOR RESPONSIVE PLEADING (DELOITTE) | MOODY | 0.80 |
| Jul 08 10 | FINALIZE, SCAN, EFILE AND COORDINATE HAND DELIVERY TO CHAMBERS REGARDING CERTIFICATION OF COUNSEL REGARDING STIPULATION OF AGREED EXTENSION OF TIME FOR RESPONSIVE PLEADING (DELOITTE) | MOODY | 0.40 |
| Jul 12 10 | REVIEW AND RESPOND TO CO-COUNSEL EMAILS REGARDING DELOITTE ACTION | CARICXHOFF | 0.30 |
| Jul 12 10 | REVIEW RECENT FILINGS IN DELOITTE AND TOUCHE ADVERSARY PROCEEDING | GUILFOYLE | 0.20 |
| Jul 14 10 | DRAFT MOTIONS FOR PRO HAC VICE ADMISSION (C. WANG, J. MCCAHEY AND R. MALATAK) (DELOITTE ADVERSARY PROCEEDING AND MAIN CASE); FORWARD TO RESPECTIVE HAHN ATTORNEYS FOR REVIEW AND SIGNATURE | SENESE | 0.50 |
| Jul 16 10 | FINALIZE PRO HAC MOTIONS FOR CO-COUNSEL IN DELOITTE ACTION | CARICKHOFF | 0.20 |
| Jul 16 10 | FORMAT AND EFILE MOTIONS (3) FOR PRO HAC VICE ADMISSION; OVERSEE DELIVERY OF SAME TO CHAMBERS | SENESE | 0.20 |
| Jul 29 10 | PREPARE FOR AND PARTICIPATE IN COMMITTEE CALL | CARICKHOFF | 0.60 |

PROJECT CODE TOTALS  21            TOTAL VALUE:    $1,210.50        3.60

Project Code 22

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|

PROJECT CODE: 22

| Jul 01 10 | SCAN AND EFILE STATUS REPORT FOR A. ROOT | MOODY | 0.10 |

| Jul 01 10 | REVIEW STATUS OF REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT AND ENTRIES OF DEFAULT AND DEFAULT JUDGMENT (.6); FILE AND FORWARD STIPULATION REGARDING ANSWER DATE TO J. ZWADAZKI (.2); FILE AND FORWARD STIPULATION OF DISMISSAL TO B. FALLON AND K. CRANER (.2); PREPARE, FILE AND FORWARD NOTICE OF DISMISSAL TO J. ORBACH AND E. SCHNITZER (.4); REVIEW STATUS REPORT FOR AMERICAN EXPRESS ADVERSARY PROCEEDING (.1); REVIEW CHAMBERS PROCEDURES AND DISCUSS PRETRIAL CONFERENCES WITH D. CARICKHOFF (.2); TELEPHO NE CALLS FROM AND TO C. KANG REGARDING PRETRIAL CONFERENCES (.10 | GUILFOYLE | 1.80 |

| Jul 01 10 | REVIEW SCHEDULING ORDER FOR IMPORTANT DATES (.1); DRAFT STATUS REPORT (.6); DISCUSS SAME WITH D. CARICKHOFF AND EXECUTE SAME FOR FILING (.2) | ROOT | 0.90 |

| Jul 02 10 | REVIEW NOTIE OF DEPOSITION AND RELATED CORRESPONDENCE (.1); REVIEW AND FORWARD STATUS REPORT TO K. SENESE FOR FILING (.2); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING STATUS REPORT (.1) | GUILFOYLE | 0.40 |

| Jul 06 10 | PREPARE, FILE AND FORWARD STIPULATIONS OF DISMISSAL TO N. RIGANO | GUILFOYLE | 0.40 |

| Jul 07 10 | REVIEW CORRESPONDENCE TO COMMITTEE FROM E. SCHNITZER REGARDING NEXT OMNIBUS 9019 MOTION AND PREFERENCES TO BE SETTLED BY SAME; BEGIN INITIAL PREPARATION FOR SERVICE OF SAME UPON DEFENDANTS AND / OR DEFENDANT'S COUNSEL | SENESE | 0.30 |

| Jul 07 10 | REVIEW STATUS REPORT / EXHIBIT ENTRIES; DRAFT NOTICE OF STATUS REPORT(S) AND FORWARD TO V. GUILFOYLE FOR REVIEW AND EFILING APPROVAL | SENESE | 0.50 |

| Jul 07 10 | FORMAT AND EFILE STATUS REPORTS (NUMEROUS ADVERSARY PROCEEDINGS) PURSUANT TO NOV 17, 2009, DEC 14, 2009 AND FEB 2010 SCHEDULING ORDERS | SENESE | 1.30 |

| Jul 07 10 | REVIEW AND REVISE STATUS REPORTS (.3); E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND TELEPHONE CONFERENCE WITH K. SENESE REGARDING STATUS REPORT (.2); REVIEW DOCKET AND VACATION OF DEFAULT JUDGMENT (.2); TELEPHONE CALL TO CLERK AND E-MAIL CORRESPONDENC E WITH N. RIGANO REGARDING VACATION OF DEFAULT JUDGMENT (.2); REVIEW AND FORWARD AMENDED DEPOSITION NOTICE | GUILFOYLE | 1.10 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | AND AFFIDAVIT OF SERVICE TO K. SENESE FOR FILING (.2) | | |
| Jul 08 10 | EFILE AFFIDAVIT OF SERVICE REGARDING PLAINTIFF'S AMENDED NOTICE OF DEPOSITION (VARGA) | SENESE | 0.10 |
| Jul 08 10 | REVIEW DOCKET AND REQUEST FOR DEFAULT JUDGMENT (.1); TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WITH CLERK'S OFFICE REGARDING VACATION OF DEFAULT JUDGMENT (.3); E-MAIL CORRESPONDENCE WITH N. RIGANO REGARDING ENTRY OF DEFAULT JUDGMENT (.1) | GUILFOYLE | 0.50 |
| Jul 09 10 | PREPARE, FILE AND FORWARD STIPULATION OF DISMISSAL TO E. SCHNITZER | GUILFOYLE | 0.30 |
| Jul 13 10 | REVIEW NOTICE OF DEPOSITION, MEDIATION ORDER AND E-MAIL CORRESPONDENCE REGARDING PREFERENCE MATTERS GOING FORWARD AT JULY 19, HEARING (.2); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING CERTIFICATE OF NO OBJECTION FOR TENTH OMNIBUS 9019 MOTION (. 1); PREPARE AND FILE CERTIFICATE OF NO OBJECTION FOR TENTH OMNIBUS 9019 MOTION AND PREPARE RELATED BINDER (.5); REVIEW AND FORWARD AFFIDAVIT OF SERVICE REGARDING DISCOVERY TO K. SENESE FOR FILING (.2) | GUILFOYLE | 1.00 |
| Jul 14 10 | EFILE AFFIDAVIT OF SERVICE WITH RESPECT TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS, SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS | SENESE | 0.10 |
| Jul 15 10 | TELEPHONE CALL FROM DEFENSE COUNSEL REGARDING ADVERSARY PROCEEDING (.1); E-MAIL CORRESPONDENCE WITH K. CRANER REGARDING DEFENSE COUNSEL (.1) | GUILFOYLE | 0.20 |
| Jul 16 10 | REVIEW AND DISTRIBUTE ORDER GRANTING COMMITTEE'S TENTH OMNIBUS 9019 MOTION; SERVICE OF SAME UPON INTERESTED PARTIES AND DEFENDANTS / DEFENDANT'S COUNSEL VIA FIRST CLASS MAIL; DRAFT CERTIFICATE OF SERVICE WITH RESPECT TO SAME | SENESE | 0.50 |
| Jul 16 10 | E-MAIL CORRESPONDENCE WITH C. KANG AND J. SMITH REGARDING REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT (.1) | GUILFOYLE | 0.10 |
| Jul 19 10 | REVIEW AND REVISE REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT AND RELATED DOCUMENTS (.3); REVIEW, REVISE, FILE AND FORWARD STIPULATIONS OF DISMISSAL TO C. KANG (.4); E-MAIL | GUILFOYLE | 0.80 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | CORRESPONDENCE WITH K. SENESE, C. KANG AND E. SCHNITZER REGARDING REQUESTS FOR DEFAULT AND DEFAULT JUDGMENT (.1) | | |
| Jul 20 10 | REVIEW COURT E-NOTICES ADVISING OF DENIAL OF DEFAULT AND JUDGMENT BY DEFAULT IN THE RED LEAF MATTER; EMAIL EXCHANGE WITH T. GUILFOYLE REGARDING SAME | SENESE | 0.10 |
| Jul 20 10 | REVIEW STATUS OF CERTAIN ADVERSARY PROCEEDINGS, DENIALS OF REQUESTS FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AND ORDERS REQUESTING STATUS REPORTS (.6); TELEPHONE CONFERENCE WITH CLERK'S OFFICE AND E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING RE QUESTS FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT (.3); E-MAIL CORRESPONDENCE WITH K. CRANER REGARDING ORDERS REQUESTING STATUS REPORTS (.1); REVIEW STIPULATION VACATING DEFAULT JUDGMENT (.1); E-MAIL CORRESPONDENCE WITH N. RIGANO STIPULATION VACATING DEFAULT JUDGMENT (.1) | GUILFOYLE | 1.20 |
| Jul 21 10 | PREPARE CERTIFICATION OF COUNSEL AND PROPOSED ORDER REGARDING STIPULATION VACATING DEFAULT JUDGMENT (.7); E-MAIL CORRESPONDENCE WITH N. RIGANO AND E. SCHNITZER REGARDING CERTIFICATION OF COUNSEL AND PROPOSED ORDER REGARDING STIPULATION VACATING DEFAU LT JUDGMENT (.1); REVIEW STIPULATION OF DISMISSAL AND RELATED E-MAIL CORRESPONDENCE WITH J. ZAWADZKI (.1); FILE AND SERVE CERTIFICATION OF COUNSEL AND STIPULATION OF DISMISSAL (.5); REVIEW DEFENDANT'S DISCOVERY RESPONSES (.2) | GUILFOYLE | 1.60 |
| Jul 22 10 | E-MAIL CORRESPONDENCE WITH CLERK'S OFFICE AND E. SCHNITZER REGARDING REQUEST FOR DEFAULT (.1); REVIEW, REVISE AND FILE STIPULATIONS OF DISMISSAL (.3); E-MAIL CORRESPONDENCE WITH J. ORBACH AND C. KANG AND TELEPHONE CONFERENCE WITH DEFENSE COUNSEL REGA RDING STIPULATION OF DISMISSAL (.2) | GUILFOYLE | 0.60 |
| Jul 23 10 | REVIEW ORDER VACATING DEFAULT JUDGMENT, DOCKET AND RELATED E-MAIL CORRESPONDENCE WITH K. SENESE (.2); REVIEW AND FORWARD AFFIDAVIT OF SERVICE REGARDING DISCOVERY TO K. SENESE FOR FILING (.1) | GUILFOYLE | 0.30 |
| Jul 26 10 | EFILE AFFIDAVIT OF SERVICE REGARDING PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES (OUTSOURCE) | SENESE | 0.10 |
| Jul 26 10 | REVIEW ENTRY OF DEFAULT, DISCOVERY RESPONSES AND ANSWER TO COMPLAINT (.4); TELEPHONE | GUILFOYLE | 0.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | CONFERENCE WITH N. RIGANO AND E-MAIL CORRESPONDENCE WITH DEFENSE COUNSEL REGARDING DISCOVERY RESPONSES (.1) | | |
| Jul 27 10 | EFILE NOTICE OF DEPOSITION (ON GUARD) | SENESE | 0.10 |
| Jul 27 10 | PREPARE, FILE AND FORWARD SEVERAL NOTICES OF DISMISSAL TO K. CRANER (1.0); REVIEW AND FORWARD NOTICE OF DEPOSITION AND AFFIDAVIT OF SERVICE TO K. SENESE FOR FILING (.2) | GUILFOYLE | 1.20 |
| Jul 27 10 | REVIEW PLEADINGS AND SCHEDULING ORDER; PREPARE FOR UPCOMING DEADLINES IN AMEX PREFERENCE ACTION | ROOT | 0.20 |
| Jul 28 10 | FORMAT AND EFILE SUPPLEMENTAL STATUS REPORT IN CERTAIN ADVERSARY PROCEEDINGS | SENESE | 0.30 |
| Jul 28 10 | EFILE MOTION FOR ENTRY OF DEFAULT AND JUDGMENT BY DEFAULT; SERVICE OF SAME UPON DEFENDANT VIA FIRST CLASS MAIL | SENESE | 0.30 |
| Jul 28 10 | PREPARE, FILE, AND FORWARD SEVERAL STIPULATIONS OF DISMISSAL TO A. WANG (.6); REVIEW AND REVISE MOTION FOR DEFAULT AND DEFAULT JUDGMENT AND RELATED AFFIDAVIT (.4); REVIEW, REVISE AND FORWARD SUPPLEMENTAL STATUS REPORT TO K. SENESE FOR FILING (.2); AT TEND TO FILING OF MOTION FOR DEFAULT AND DEFAULT JUDGMENT, RELATED AFFIDAVIT AND PROPOSED ENTRY OF DEFAULT AND JUDGMENT BY DEFAULT (.2) | GUILFOYLE | 1.40 |
| Jul 29 10 | PREPARE, FILE AND FORWARD SEVERAL STIPULATIONS OF DISMISSAL TO A. WANG AND Z. VIRANI (.5); PREPARE, FILE AND FORWARD STIPULATION REGARDING MEDIATION TO J. ORBACH (.2); PREPARE, FILE AND FORWARD SATISFACTION OF JUDGMENT TO Z. VIRANI (.2); DISCUSS STAT US OF AMERICAN EXPRESS ADVERSARY PROCEEDING WITH A. ROOT (.1) | GUILFOYLE | 1.00 |
| Jul 29 10 | REVIEW AMEX DISCOVERY RESPONSES | ROOT | 0.40 |
| Jul 30 10 | MEET WITH A. ROOT REGARDING AMEX PREFERENCE CONCERNING SCHEDULING AND MEDIATION ISSUES | CARICKHOFF | 0.20 |

PROJECT CODE TOTALS  22          TOTAL VALUE:   $5,710.00      19.90

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | | TIMEKEEPER | HOURS |
|------|-----------|---|------------|-------|
| REPORT TOTALS | | TOTAL VALUE: | 7,969.50 | 27.30 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|