# EXHIBIT B

**AMERICAN HOME MORTGAGE COMPANY**
**EXPENSE SUMMARY**
**JULY 1, 2010 TO JULY 31, 2010**

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | | $0.00 |
| Reproduction of Documents | | $0.00 |
| Contracted Photocopying - Parcels | | $0.00 |
| Telecopier/Fax | | $0.00 |
| Courier and Express Services | | $0.00 |
| Hand Delivery Service | | $0.00 |
| Special Mailing Charges | | $18.62 |
| Filing Fees | | $75.00 |
| Travel Expenses | | $0.00 |
| Meeting Expenses | | $0.00 |
| Filing Pleadings | | $0.00 |
| Court | | $0.00 |
| E-Services | | $0.00 |
| Westlaw | | $0.00 |
| Transcript | | $0.00 |
| Record/Docket Searches | | $76.56 |
| **TOTAL** | | **$170.18** |

Cost Recap Summary by CostCode [1082188 - ]

Client:128189 - AMERICAN HOME MORTGAGE COMPANY, 9/23/2010 2:54:06 PM

| CostCode | Worked Amount | Billed Amount | Description |
|---|---|---|---|
| 08 | 75.00 | 75.00 | FILING FEES: |
| 37 | 18.62 | 18.62 | SPECIAL MAILING CHARGES |
| PACERPG | 76.56 | 76.56 | DOCKET SEARCHES |
| | | | |
| TOTAL | 170.18 | 170.18 | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1082188 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE]
Client:128189 - AMERICAN HOME MORTGAGE COMPANY, 9/23/2010 2:54:06 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/16/2010 | 00020 | BONNIE G. FATELL | 08 | 1.00 | 75.00 | 75.00 | FILING FEES: - CLERK, UNITED STATES DISTRICT | 7217408 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 75.00 | 75.00 | COURT MOTIONS FOR PRO HAC VICE ADMISSION (3) | |
| | | | | | | | (C. KANG, R. MALATAK AND J. MCCAHEY) | |
| | | | | | | | Bank ID: 310 Check Number: 1547 | |
| | | Voucher=719082 Paid | | | | | Vendor=CLERK, UNITED STATES DISTRICT COURT Balance= .00 | |
| | | | | | | | Amount= 75.00 | |
| | | | | | | | Check #1547 07/16/2010 | |
| | | | | | | | | |
| | | BILLED TOTALS: WORK: | | | | 75.00 | 1 records | |
| | | BILLED TOTALS: BILL: | | | | 75.00 | | |
| | | | | | | | | |
| | | GRAND TOTAL: WORK: | | | | 75.00 | 1 records | |
| | | GRAND TOTAL: BILL: | | | | 75.00 | | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1082188 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE] Page 1
Client:128189 - AMERICAN HOME MORTGAGE COMPANY, 9/23/2010 2:54:06 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/16/2010 | 00020 | BONNIE G. FATELL | 37 | 1.00 | 14.96 | 14.96 | SPECIAL MAILING CHARGES | 7309797 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 14.96 | 14.96 | | |
| | | | | | | | | |
| 07/31/2010 | 00020 | BONNIE G. FATELL | 37 | 1.00 | 3.66 | 3.66 | SPECIAL MAILING CHARGES | 7305076 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 3.66 | 3.66 | | |
| | | | | | | | | |
| | | BILLED TOTALS: WORK: | | | | 18.62 | 2 records | |
| | | BILLED TOTALS: BILL: | | | | 18.62 | | |
| | | | | | | | | |
| | | GRAND TOTAL: WORK: | | | | 18.62 | 2 records | |
| | | GRAND TOTAL: BILL: | | | | 18.62 | | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1082188 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE]

Client:128189 - AMERICAN HOME MORTGAGE COMPANY, 9/23/2010 2:54:06 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/01/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7267175 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7267176 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 16.00 | 0.08 | 1.28 | DOCKET SEARCHES | 7267177 |
| 09/23/2010 | | Invoice=1082188 | | 16.00 | 0.08 | 1.28 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7267178 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267179 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267180 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267181 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267182 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267183 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267201 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267202 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267203 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267204 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267205 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267206 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267207 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267208 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267209 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267210 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267211 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267212 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267213 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267214 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267215 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267216 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1082188 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE]    Page 2
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,   9/23/2010 2:54:06 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267217 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267218 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267219 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267220 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267221 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267222 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7267223 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7267224 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7267225 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267226 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267227 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267228 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267229 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267230 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267231 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267232 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267233 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267234 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272259 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272260 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272261 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272262 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272263 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272264 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272265 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1082188 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE] Page 3
Client:128189 - AMERICAN HOME MORTGAGE COMPANY, 9/23/2010 2:54:06 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272266 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 27.00 | 0.08 | 2.16 | DOCKET SEARCHES | 7272267 |
| 09/23/2010 | | Invoice=1082188 | | 27.00 | 0.08 | 2.16 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7272268 |
| 09/23/2010 | | Invoice=1082188 | | 30.00 | 0.08 | 2.40 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272269 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272270 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272271 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7272272 |
| 09/23/2010 | | Invoice=1082188 | | 30.00 | 0.08 | 2.40 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7272273 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272274 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272275 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272276 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/06/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7272277 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| 07/06/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272278 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/06/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7272279 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| 07/06/2010 | 09994 | BR PACER | PACERPG | 7.00 | 0.08 | 0.56 | DOCKET SEARCHES | 7272280 |
| 09/23/2010 | | Invoice=1082188 | | 7.00 | 0.08 | 0.56 | | |
| 07/06/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272281 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/06/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272282 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/07/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7272251 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| 07/07/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272252 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/07/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272253 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/07/2010 | 09994 | BR PACER | PACERPG | 8.00 | 0.08 | 0.64 | DOCKET SEARCHES | 7272254 |
| 09/23/2010 | | Invoice=1082188 | | 8.00 | 0.08 | 0.64 | | |
| 07/07/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7272255 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| 07/07/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272256 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/07/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272257 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/07/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272258 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1082188 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE]  Page 4
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,  9/23/2010 2:54:06 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/08/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272242 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/08/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272243 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/08/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7272244 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| 07/08/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272245 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/08/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272246 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/08/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272247 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/08/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272248 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/08/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272249 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/08/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272250 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/09/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267184 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/09/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267185 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/09/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267186 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/09/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7267187 |
| 09/23/2010 | | Invoice=1082188 | | 4.00 | 0.08 | 0.32 | | |
| 07/09/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267188 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/09/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267189 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/09/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267190 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/09/2010 | 09994 | BR PACER | PACERPG | 11.00 | 0.08 | 0.88 | DOCKET SEARCHES | 7267191 |
| 09/23/2010 | | Invoice=1082188 | | 11.00 | 0.08 | 0.88 | | |
| 07/09/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7267192 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/09/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7267193 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/09/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7267194 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/09/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267195 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/09/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267196 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/09/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267197 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/09/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7267198 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/09/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7267199 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1082188 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE]   Page 5
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,  9/23/2010 2:54:06 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/09/2010 | 09994 | BR PACER | PACERPG | 8.00 | 0.08 | 0.64 | DOCKET SEARCHES | 7267200 |
| 09/23/2010 | | Invoice=1082188 | | 8.00 | 0.08 | 0.64 | | |
| 07/09/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7267262 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| 07/09/2010 | 09994 | BR PACER | PACERPG | 5.00 | 0.08 | 0.40 | DOCKET SEARCHES | 7267263 |
| 09/23/2010 | | Invoice=1082188 | | 5.00 | 0.08 | 0.40 | | |
| 07/12/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7267261 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| 07/13/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7272213 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| 07/13/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272214 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/13/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7272215 |
| 09/23/2010 | | Invoice=1082188 | | 4.00 | 0.08 | 0.32 | | |
| 07/13/2010 | 09994 | BR PACER | PACERPG | 15.00 | 0.08 | 1.20 | DOCKET SEARCHES | 7272216 |
| 09/23/2010 | | Invoice=1082188 | | 15.00 | 0.08 | 1.20 | | |
| 07/14/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7272208 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| 07/14/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272209 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/14/2010 | 09994 | BR PACER | PACERPG | 12.00 | 0.08 | 0.96 | DOCKET SEARCHES | 7272210 |
| 09/23/2010 | | Invoice=1082188 | | 12.00 | 0.08 | 0.96 | | |
| 07/14/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272211 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/14/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7272212 |
| 09/23/2010 | | Invoice=1082188 | | 30.00 | 0.08 | 2.40 | | |
| 07/15/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7267247 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| 07/15/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267248 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/15/2010 | 09994 | BR PACER | PACERPG | 15.00 | 0.08 | 1.20 | DOCKET SEARCHES | 7267249 |
| 09/23/2010 | | Invoice=1082188 | | 15.00 | 0.08 | 1.20 | | |
| 07/15/2010 | 09994 | BR PACER | PACERPG | 24.00 | 0.08 | 1.92 | DOCKET SEARCHES | 7267250 |
| 09/23/2010 | | Invoice=1082188 | | 24.00 | 0.08 | 1.92 | | |
| 07/15/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267251 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/15/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267252 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/15/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267253 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/15/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267254 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/15/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267255 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/15/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267256 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/15/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267257 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/15/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267258 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1082188 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE] Page 6
Client:128189 - AMERICAN HOME MORTGAGE COMPANY, 9/23/2010 2:54:06 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/15/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267259 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| | | | | | | | | |
| 07/15/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7267260 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| | | | | | | | | |
| 07/16/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272207 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7267264 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7267265 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7267266 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7272217 |
| 09/23/2010 | | Invoice=1082188 | | 4.00 | 0.08 | 0.32 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272218 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7272219 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7272220 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 5.00 | 0.08 | 0.40 | DOCKET SEARCHES | 7272221 |
| 09/23/2010 | | Invoice=1082188 | | 5.00 | 0.08 | 0.40 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 8.00 | 0.08 | 0.64 | DOCKET SEARCHES | 7272222 |
| 09/23/2010 | | Invoice=1082188 | | 8.00 | 0.08 | 0.64 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272223 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272224 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272225 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272226 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272227 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 10.00 | 0.08 | 0.80 | DOCKET SEARCHES | 7272228 |
| 09/23/2010 | | Invoice=1082188 | | 10.00 | 0.08 | 0.80 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 5.00 | 0.08 | 0.40 | DOCKET SEARCHES | 7272229 |
| 09/23/2010 | | Invoice=1082188 | | 5.00 | 0.08 | 0.40 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 8.00 | 0.08 | 0.64 | DOCKET SEARCHES | 7272230 |
| 09/23/2010 | | Invoice=1082188 | | 8.00 | 0.08 | 0.64 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 11.00 | 0.08 | 0.88 | DOCKET SEARCHES | 7272231 |
| 09/23/2010 | | Invoice=1082188 | | 11.00 | 0.08 | 0.88 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 5.00 | 0.08 | 0.40 | DOCKET SEARCHES | 7272232 |
| 09/23/2010 | | Invoice=1082188 | | 5.00 | 0.08 | 0.40 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 9.00 | 0.08 | 0.72 | DOCKET SEARCHES | 7272233 |
| 09/23/2010 | | Invoice=1082188 | | 9.00 | 0.08 | 0.72 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272234 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7272235 |
| 09/23/2010 | | Invoice=1082188 | | 30.00 | 0.08 | 2.40 | | |
| | | | | | | | | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1082188 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE] Page 7
Client:128189 - AMERICAN HOME MORTGAGE COMPANY, 9/23/2010 2:54:06 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/19/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272236 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 6.00 | 0.08 | 0.48 | DOCKET SEARCHES | 7272237 |
| 09/23/2010 | | Invoice=1082188 | | 6.00 | 0.08 | 0.48 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 10.00 | 0.08 | 0.80 | DOCKET SEARCHES | 7272238 |
| 09/23/2010 | | Invoice=1082188 | | 10.00 | 0.08 | 0.80 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272239 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272240 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| | | | | | | | | |
| 07/19/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272241 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| | | | | | | | | |
| 07/20/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7267238 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| | | | | | | | | |
| 07/20/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7267267 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| | | | | | | | | |
| 07/20/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7267268 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| | | | | | | | | |
| 07/20/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7267269 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| | | | | | | | | |
| 07/20/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7267270 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| | | | | | | | | |
| 07/20/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267271 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| | | | | | | | | |
| 07/20/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7267272 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| | | | | | | | | |
| 07/20/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7267273 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| | | | | | | | | |
| 07/20/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7267274 |
| 09/23/2010 | | Invoice=1082188 | | 4.00 | 0.08 | 0.32 | | |
| | | | | | | | | |
| 07/20/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7267275 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| | | | | | | | | |
| 07/20/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7267276 |
| 09/23/2010 | | Invoice=1082188 | | 4.00 | 0.08 | 0.32 | | |
| | | | | | | | | |
| 07/20/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7267277 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| | | | | | | | | |
| 07/20/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7267278 |
| 09/23/2010 | | Invoice=1082188 | | 4.00 | 0.08 | 0.32 | | |
| | | | | | | | | |
| 07/20/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7267279 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| | | | | | | | | |
| 07/20/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7267280 |
| 09/23/2010 | | Invoice=1082188 | | 4.00 | 0.08 | 0.32 | | |
| | | | | | | | | |
| 07/20/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7267281 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| | | | | | | | | |
| 07/20/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7267282 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| | | | | | | | | |
| 07/21/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267236 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| | | | | | | | | |
| 07/21/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267237 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1082188 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE] Page 8
Client:128189 - AMERICAN HOME MORTGAGE COMPANY, 9/23/2010 2:54:06 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/21/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7267239 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| 07/21/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267283 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/21/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267284 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/21/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267285 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/21/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267286 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/21/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267287 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/21/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267288 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/21/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267289 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/21/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267290 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/21/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267291 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/21/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267292 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/21/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267293 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/21/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267294 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/21/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267295 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/21/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267296 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/21/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267297 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/21/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267298 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/21/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267299 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/21/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267300 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/21/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267301 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/21/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267302 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/22/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7272298 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| 07/22/2010 | 09994 | BR PACER | PACERPG | 8.00 | 0.08 | 0.64 | DOCKET SEARCHES | 7272299 |
| 09/23/2010 | | Invoice=1082188 | | 8.00 | 0.08 | 0.64 | | |
| 07/22/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7272300 |
| 09/23/2010 | | Invoice=1082188 | | 4.00 | 0.08 | 0.32 | | |
| 07/23/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7267235 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1082188 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE] Page 9
Client:128189 - AMERICAN HOME MORTGAGE COMPANY, 9/23/2010 2:54:06 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/23/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272284 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/23/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272285 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/23/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272286 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/23/2010 | 09994 | BR PACER | PACERPG | 24.00 | 0.08 | 1.92 | DOCKET SEARCHES | 7272287 |
| 09/23/2010 | | Invoice=1082188 | | 24.00 | 0.08 | 1.92 | | |
| 07/23/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272288 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/23/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7272289 |
| 09/23/2010 | | Invoice=1082188 | | 30.00 | 0.08 | 2.40 | | |
| 07/23/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272290 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/23/2010 | 09994 | BR PACER | PACERPG | 24.00 | 0.08 | 1.92 | DOCKET SEARCHES | 7272291 |
| 09/23/2010 | | Invoice=1082188 | | 24.00 | 0.08 | 1.92 | | |
| 07/23/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272292 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/23/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272293 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/23/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272294 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/23/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272295 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/23/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7272296 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| 07/23/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272297 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/26/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7272283 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| 07/27/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7272317 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| 07/27/2010 | 09994 | BR PACER | PACERPG | 19.00 | 0.08 | 1.52 | DOCKET SEARCHES | 7272318 |
| 09/23/2010 | | Invoice=1082188 | | 19.00 | 0.08 | 1.52 | | |
| 07/27/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272319 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/27/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7272320 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| 07/27/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272321 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/27/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7272322 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| 07/27/2010 | 09994 | BR PACER | PACERPG | 6.00 | 0.08 | 0.48 | DOCKET SEARCHES | 7272323 |
| 09/23/2010 | | Invoice=1082188 | | 6.00 | 0.08 | 0.48 | | |
| 07/27/2010 | 09994 | BR PACER | PACERPG | 11.00 | 0.08 | 0.88 | DOCKET SEARCHES | 7272324 |
| 09/23/2010 | | Invoice=1082188 | | 11.00 | 0.08 | 0.88 | | |
| 07/27/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272325 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/27/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7272326 |
| 09/23/2010 | | Invoice=1082188 | | 4.00 | 0.08 | 0.32 | | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1082188 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE]    Page 10
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,    9/23/2010 2:54:06 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/28/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7272301 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| 07/28/2010 | 09994 | BR PACER | PACERPG | 20.00 | 0.08 | 1.60 | DOCKET SEARCHES | 7272302 |
| 09/23/2010 | | Invoice=1082188 | | 20.00 | 0.08 | 1.60 | | |
| 07/28/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272303 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/28/2010 | 09994 | BR PACER | PACERPG | 21.00 | 0.08 | 1.68 | DOCKET SEARCHES | 7272304 |
| 09/23/2010 | | Invoice=1082188 | | 21.00 | 0.08 | 1.68 | | |
| 07/28/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272305 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/28/2010 | 09994 | BR PACER | PACERPG | 19.00 | 0.08 | 1.52 | DOCKET SEARCHES | 7272306 |
| 09/23/2010 | | Invoice=1082188 | | 19.00 | 0.08 | 1.52 | | |
| 07/28/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272307 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/28/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7272308 |
| 09/23/2010 | | Invoice=1082188 | | 30.00 | 0.08 | 2.40 | | |
| 07/28/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272309 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/28/2010 | 09994 | BR PACER | PACERPG | 6.00 | 0.08 | 0.48 | DOCKET SEARCHES | 7272310 |
| 09/23/2010 | | Invoice=1082188 | | 6.00 | 0.08 | 0.48 | | |
| 07/28/2010 | 09994 | BR PACER | PACERPG | 5.00 | 0.08 | 0.40 | DOCKET SEARCHES | 7272311 |
| 09/23/2010 | | Invoice=1082188 | | 5.00 | 0.08 | 0.40 | | |
| 07/28/2010 | 09994 | BR PACER | PACERPG | 8.00 | 0.08 | 0.64 | DOCKET SEARCHES | 7272312 |
| 09/23/2010 | | Invoice=1082188 | | 8.00 | 0.08 | 0.64 | | |
| 07/28/2010 | 09994 | BR PACER | PACERPG | 5.00 | 0.08 | 0.40 | DOCKET SEARCHES | 7272313 |
| 09/23/2010 | | Invoice=1082188 | | 5.00 | 0.08 | 0.40 | | |
| 07/28/2010 | 09994 | BR PACER | PACERPG | 9.00 | 0.08 | 0.72 | DOCKET SEARCHES | 7272314 |
| 09/23/2010 | | Invoice=1082188 | | 9.00 | 0.08 | 0.72 | | |
| 07/28/2010 | 09994 | BR PACER | PACERPG | 5.00 | 0.08 | 0.40 | DOCKET SEARCHES | 7272315 |
| 09/23/2010 | | Invoice=1082188 | | 5.00 | 0.08 | 0.40 | | |
| 07/28/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272316 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/28/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7272327 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| 07/29/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7272328 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/30/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7267240 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| 07/30/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7267241 |
| 09/23/2010 | | Invoice=1082188 | | 2.00 | 0.08 | 0.16 | | |
| 07/30/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7267242 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| 07/30/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267243 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/30/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7267244 |
| 09/23/2010 | | Invoice=1082188 | | 3.00 | 0.08 | 0.24 | | |
| 07/30/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267245 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| 07/30/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7267246 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1082188 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE] Page 11
Client:128189 - AMERICAN HOME MORTGAGE COMPANY, 9/23/2010 2:54:06 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/30/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272329 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| | | | | | | | | |
| 07/30/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272330 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| | | | | | | | | |
| 07/30/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272331 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| | | | | | | | | |
| 07/30/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7272332 |
| 09/23/2010 | | Invoice=1082188 | | 1.00 | 0.08 | 0.08 | | |
| | | | | | | | | |
| | | BILLED TOTALS: WORK: | | | | 76.56 | 254 records | |
| | | BILLED TOTALS: BILL: | | | | 76.56 | | |
| | | | | | | | | |
| | | GRAND TOTAL: WORK: | | | | 76.56 | 254 records | |
| | | GRAND TOTAL: BILL: | | | | 76.56 | | |