# EXHIBIT A

AMERICAN HOME MORTGAGE CO.
PROJECT CODE SUMMARY
AUGUST 1, 2010, - AUGUST 31, 2010

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 0.60 | $150.00 |
| 2 | Other Professionals' Fee/Employment Issues | 2.80 | $722.50 |
| 3 | Executory Contracts and Unexpired Leases | 0.00 | $0.00 |
| 4 | Claims Analysis and Objections | 0.60 | $177.00 |
| 5 | Committee Business and Meetings | 0.00 | $0.00 |
| 6 | Case Administration | 0.00 | $0.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.00 | $0.00 |
| 8 | Employee Benefits/General Labor | 0.00 | $0.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.00 | $0.00 |
| 10 | Financing Issues | 0.00 | $0.00 |
| 11 | Regulatory Matters | 0.00 | $0.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 0.00 | $0.00 |
| 13 | Stay Relief Issues | 0.00 | $0.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.00 | $0.00 |
| 15 | Tax Issues | 0.00 | $0.00 |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 0.00 | $0.00 |
| 17 | Hearings - Attendance/Preparation | 1.70 | $492.50 |
| 18 | Loan Servicing Transfer Issues | 0.00 | $0.00 |
| 19 | D&O Issues/E&O Issues | 0.00 | $0.00 |
| 20 | Non-Working Travel Time | 0.00 | $0.00 |
| 21 | Adversary Litigation | 5.40 | $1,731.00 |
| 22 | Preference Actions | 18.90 | $5,337.00 |
|  | **TOTALS** | **30.00** | **$8,610.00** |

Project Code 1

Project Code 1

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| PROJECT CODE: 01 | | | |
| Aug 11 10 | FINALIZE INITIAL DRAFT OF BLANK ROME'S APRIL MONTHLY FEE APPLICATION | SENESE | 0.60 |
| PROJECT CODE TOTALS  01 | TOTAL VALUE: $150.00 | | 0.60 |

Project Code 2

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| PROJECT CODE: 02 | | | |
| Aug 02 10 | FORMAT AND EFILE CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING HAHN'S TENTH INTERIM FEE APPLICATION; ARRANGE FOR COPY TO BE COURIERED TO CHAMBERS | SENESE | 0.20 |
| Aug 04 10 | REVIEW THIRTY-FOURTH MONTHLY APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP | GUILFOYLE | 0.20 |
| Aug 05 10 | REVISE, NOTICE; FORMAT AND EFILE BDO'S JUNE MONTHLY FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES VIA FIRST CLASS MAIL AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL; ELECTRONIC SERVICE OF APPLICATION AND RELATED DOCUMENTATION UPON FEE EXAMINER | SENESE | 0.90 |
| Aug 05 10 | REVIEW DRAFT HAHN 31ST MONTHLY; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE / SERVICE LIST WITH RESPECT THERETO; FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.30 |
| Aug 09 10 | REVIEW AND DISTRIBUTE ORDER APPROVING HAHN'S INTERIM FEE APPLICATION | SENESE | 0.10 |
| Aug 10 10 | REVIEW CURRENT DOCKET AND CONFIRM NO OBJECTIONS FILED IN CONNECTION WITH HAHN'S JAN 2010 MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION AND FORWARD TO B. FATELL FOR REVIEW AND EFILING APPROVAL | SENESE | 0.30 |
| Aug 11 10 | REVISE, FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO HAHN'S JANUARY 2010 MONTHLY FEE APPLICATION | SENESE | 0.10 |
| Aug 18 10 | REVIEW FERRY, JOSEPH & PEARCE'S THIRTEENTH MONTHLY FEE APPLICATION | GUILFOYLE | 0.20 |
| Aug 24 10 | REVIEW SEVENTH MONTHLY FEE APPLICATION OF HENNIGAN, BENNETT & DORMAN LLP | GUILFOYLE | 0.10 |
| Aug 25 10 | REVIEW BDO'S JULY MONTHLY FEE APPLICATION AND RELATED EXHIBIT DOCUMENTATION; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE / SERVICE LIST WITH RESPECT TO SAME; FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.40 |
| PROJECT CODE TOTALS  02 | TOTAL VALUE: | $722.50 | 2.80 |

Project Code 4

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| PROJECT CODE: 04 | | | |
| Aug 20 10 | REVIEW ORDERS GRANTING OMNIBUS CLAIMS OBJECTIONS AND SCHEDULING ORDER REGARDING MOTION TO AMEND D. MILLS' PROOF OF CLAIM | GUILFOYLE | 0.20 |
| Aug 26 10 | REVIEW DEBTORS SIXTY-SECOND AND SIXTY-THIRD OMNIBUS OBJECTION TO CLAIMS | GUILFOYLE | 0.30 |
| Aug 30 10 | REVIEW MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM | GUILFOYLE | 0.10 |

PROJECT CODE TOTALS  04          TOTAL VALUE:   $177.00        0.60

Project Code 17

Case 07-11047-CSS    Doc 9302-3    Filed 10/07/10    Page 9 of 20

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| PROJECT CODE: 17 | | | |
| Aug 12 10 | REVIEW AND DISTRIBUTE AGENDA FOR 8-16 HEARING | SENESE | 0.10 |
| Aug 12 10 | REVIEW AGENDA FOR AUGUST 16, 2010 HEARING | GUILFOYLE | 0.20 |
| Aug 13 10 | REVIEW AND DISTRIBUTE AN AMENDED AGENDA FOR 8-16 HEARING | SENESE | 0.10 |
| Aug 16 10 | REVIEW AMENDED AGENDA FOR AUGUST 16, 2010 HEARING (.2); ATTEND AUGUST 16, 2010 HEARING (1.1) | GUILFOYLE | 1.30 |
| PROJECT CODE TOTALS 17 | TOTAL VALUE: | $492.50 | 1.70 |

Project Code 21

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| PROJECT CODE: 21 | | | |
| Aug 02 10 | REVIEW BORROWERS COMMITTEE'S MOTION TO PURSUE DISCOVERY AND FOR RELIEF FROM THE AUTOMATIC STAY | GUILFOYLE | 0.40 |
| Aug 05 10 | REVIEW AND REVISE OBJECTION TO BORROWERS COMMITTEE'S DISCOVERY MOTION (.5); E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCE WITH J. ORBACH REGARDING OBJECTION TO BORROWERS COMMITTEE'S DISCOVERY MOTION (.2) | GUILFOYLE | 0.70 |
| Aug 06 10 | E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING OBJECTION TO BORROW COMMITTEE'S DISCOVERY MOTION | GUILFOYLE | 0.10 |
| Aug 09 10 | REVIEW AND DISTRIBUTE ANSWER TO COMPLAINT AND REVISED SCHEDULING ORDER; UPDATE CASE CALENDAR TO REFLECT DATES ESTABLISHED BY REVISED SCHEDULING ORDER | SENESE | 0.20 |
| Aug 09 10 | TELEPHONE CALL FROM AND EMAIL EXCHANGES WITH T. GUILFOYLE; DRAFT CERTIFICATE OF SERVICE / SERVICE LIST; REVISE SERVICE LIST; FORMAT AND EFILE UNSECURED CREDITORS' COMMITTEE'S OBJECTION TO BORROWERS' COMMITTEE'S MOTION TO PURSUE CLAIMS AGAINST NONDEBTORS, ETC.; SERVICE OF SAME UPON CERTAIN PARTIES VIA OVERNIGHT MAIL | SENESE | 0.60 |
| Aug 09 10 | REVIEW AND DISTRIBUTE DEBTORS' OBJECTION TO THE BORROWERS COMMITTEE MOTION | SENESE | 0.10 |
| Aug 09 10 | REVIEW AND REVISE OBJECTION TO BORROWER COMMITTEE'S DISCOVERY MOTION AND RELATED CERTIFICATE OF SERVICE (.5); E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCE WITH K. SENESE REGARDING FILING AND SERVING OBJECTION (.2) | GUILFOYLE | 0.70 |
| Aug 09 10 | REVIEW DEBTORS' MOTION TO COMPEL, RELATED MOTION TO SHORTEN AND NOTICES OF DEPOSTITION | GUILFOYLE | 0.40 |
| Aug 10 10 | REVIEW DEBTORS' OBJECTION TO BORROWER COMMITTEE'S DISCOVERY MOTION | GUILFOYLE | 0.30 |
| Aug 12 10 | REVIEW AND DISTRIBUTE BORROWERS COMMITTEE'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS 2004 MOTION TO PURSUE DISCOVERY - THIRD PARTY DEFENDANTS | SENESE | 0.10 |
| Aug 12 10 | REVIEW BORROWER COMMITTEE'S MOTION TO FILE REPLY TO OBJECTIONS TO DISCOVERY MOTION AND REPLY | GUILFOYLE | 0.30 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| Aug 17 10 | REVIEW DELOITTE'S ANSWER AND AFFIRMATIVE DEFENSES | CARICKHOFF | 0.80 |
| Aug 18 10 | REVIEW DELOITTE'S ANSWER TO COMPLAINT | GUILFOYLE | 0.20 |
| Aug 18 10 | EMAILS WITH E. SCHNITZER REGARDING UCC APPROVAL FOR MEDIATION | TARR | 0.30 |
| Aug 20 10 | REVIEW ORDER DISBANNING BORROWERS' COMMITTEE, ORDER GRANTING MOTION TO COMPEL AND NOTICES OF DEPOSITION | GUILFOYLE | 0.20 |

PROJECT CODE TOTALS  21              TOTAL VALUE:   $1,731.00        5.40

Project Code 22

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| PROJECT CODE: 22 | | | |
| Aug 02 10 | REVIEW DEFENDANT'S DISCOVERY RESPONSES (.2); PREPARE, FILE AND FORWARD NOTICE OF DISMISSAL TO C. KANG (.3); PREPARE, FILE AND FORWARD STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT TO J. ZAWADZKI (.3); PREPARE, FILE AND FORWARD STIPULATION OF DIS MISSAL TO A. WANG (.3) | GUILFOYLE | 1.10 |
| Aug 02 10 | FURTHER REVIEW OF AMEX DISCOVERY RESPONSES (.2); EMAIL TO OPPOSING COUNSEL REGARDING SAME (.2); DRAFT STIPULATION APPOINTING MEDIATOR (.3) | ROOT | 0.70 |
| Aug 03 10 | DISCUSS MEDIATION PROCESS WITH A. ROOT (.1); E-MAIL CORRESPONDENCE REGARDING 9019 MOTIONS (.1) | GUILFOYLE | 0.20 |
| Aug 03 10 | STATUS MEETING WITH S. TARR REGARDING AMEX PREFERENCE ACTION (.1); COMMUNICATIONS WITH OPPOSING COUNSEL REGARDING APPOINTMENT OF MEDIATOR (.1); NEGOTIATE EXTENSION OF CERTAIN LITIGATION DEADLINES WITH OPPOSING COUNSEL (.1); STRATEGIZE WITH TEAM REGAR DING NEXT STEPS IN CASE (.2) | ROOT | 0.50 |
| Aug 04 10 | PREPARE, FILE AND FORWARD SEVERAL STIPULATIONS OF DISMISSAL AND NOTICE OF DISMISSAL TO Z. VIRANI, N. RIGANO, J. ORBACH AND C. KANG | GUILFOYLE | 0.90 |
| Aug 04 10 | ATTENTION TO SELECTION OF MEDIATOR IN AMEX PREFERENCE (.2); DRAFT REVISED SCHEDULING ORDER AND CERTIFICATION OF COUNSEL REGARDING SAME BASED ON AGREEMENT WITH AMEX TO EXTEND CERTAIN LITIGATION DEADLINES (1.2) | ROOT | 1.40 |
| Aug 05 10 | FORMAT AND EFILE JOINT CERTIFICATION OF COUNSEL REGARDING REVISED SCHEDULING ORDER (AMEX MATTER); EMAIL TO A. ROOT REGARDING COPY TO CHAMBERS | SENESE | 0.20 |
| Aug 05 10 | DISCUSS REVISED SCHEDULING ORDER AND RELATED CERTIFICATION OF COUNSEL WITH S. TARR (.1); REVIEW AND REVISE CERTIFICATION OF COUNSEL REGARDING REVISED SCHEDULING ORDER (.2) | GUILFOYLE | 0.30 |
| Aug 05 10 | REVISE AND EDIT REVISED SCHEDULING ORDER AND CERTIFICATION OF COUNSEL REGARDING SAME FOR AMEX ADVERSARY (.4); STRATEGY SESSION REGARDING SAME WITH S. TARR (.2); COMMUNICATIONS WITH OPPOSING COUNSEL REGARDING REVISED SCHEDULING ORDER (.1); EXECUTE REV ISED SCHEDULING ORDER AND CERTIFICATION OF COUNSEL FOR FILING (.2) | ROOT | 0.90 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| Aug 05 10 | REVIEW REVISED SCHEDULING ORDER AND CONFERENCES WITH A. ROOT REGARDING SAME (0.6) | TARR | 0.60 |
| Aug 06 10 | PREPARE, FILE AND FORWARD STIPULATION OF DISMISSAL TO S. FARRELL | GUILFOYLE | 0.30 |
| Aug 09 10 | REVIEW ANSWER TO COMPLAINT | GUILFOYLE | 0.20 |
| Aug 09 10 | FOLLOW UP REGARDING REVISED SCHEDULING ORDER IN AMEX ADVERSARY | ROOT | 0.10 |
| Aug 10 10 | EFILE AFFIDAVIT OF SERVICE (QUANTITATIVE RISK MANAGEMENT) REGARDING PLAINTIFF'S INITIAL DISCLOSURES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS, AND REQUEST FOR ADMISSIONS | SENESE | 0.10 |
| Aug 10 10 | UPDATE ADVERSARY PREFERENCE STATUS CONTROL CHART | SENESE | 0.20 |
| Aug 10 10 | PREPARE, FILE AND FORWARD SEVERAL STIPULATIONS OF DISMISSAL TO N. RIGANO AND S. FARRELL (.7); REVIEW AND FORWARD AFFIDAVIT OF SERVICE REGARDING DISCOVERY TO K. SENESE FOR FILING (.2) | GUILFOYLE | 0.90 |
| Aug 11 10 | REVIEW DEFENDANT'S DISCOVERY RESPONSES | GUILFOYLE | 0.20 |
| Aug 12 10 | REVIEW NOTICE OF DEPOSITION AND DEFENDANT'S DISCOVERY REQUESTS | GUILFOYLE | 0.20 |
| Aug 12 10 | SERVE REVISED SCHEDULING ORDER ON AMEX COUNSEL | ROOT | 0.10 |
| Aug 16 10 | E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING MOTION FOR DEFAULT JUDGMENT | GUILFOYLE | 0.10 |
| Aug 17 10 | FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO PLAINTIFF'S DEFAULT MOTION (CLIENT SERVICES) | SENESE | 0.10 |
| Aug 17 10 | REVIEW DOCKET AND PREPARE CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR DEFAULT AND DEFAULT JUDGMENT (.3); E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND K. SENESE REGARDING CERTIFICATE OF NO OBJECTION (.1) | GUILFOYLE | 0.40 |
| Aug 18 10 | EFILE AMENDED NOTICE OF DEPOSITION (ON GUARD) | SENESE | 0.10 |
| Aug 18 10 | REVIEW AND FORWARD NOTICE OF DEPOSITION AND RELATED AFFIDAVIT OF SERVICE TO K. SENESE FOR FILING AND RELATED E-MAIL CORRESPONDENCE WITH N. RIGANO | GUILFOYLE | 0.20 |
| Aug 18 10 | REVIEW CORRESPONDENCE REGARDING SELECTION OF | ROOT | 0.10 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| | MEDIATOR FOR AMEX ADVERSARY | | |
| Aug 19 10 | REVIEW AND FORMAT (FOR FILING PURPOSES) ALL EXHIBITS TO ELEVENTH OMNIBUS 9019; DRAFT CERTIFICATE OF SERVICE AND SERVICE LIST; PREPARE FOR SERVICE OF SAME | SENESE | 0.80 |
| Aug 19 10 | REVIEW AND REVISE ELEVENTH OMNIBUS 9010 MOTION, NOTICE, PROPOSED ORDER AND CERTIFICATE OF SERVICE AND RELATED E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND K. SENESE | GUILFOYLE | 0.70 |
| Aug 20 10 | REVIEW AND FORWARD NOTICE OF DEPOSITION AND AFFIDAVIT OF SERVICE TO K. SENESE FOR FILING | GUILFOYLE | 0.20 |
| Aug 23 10 | EFILE AFFIDAVIT OF SERVICE OF NOTICE OF DEPOSITIONS (ILINC) | SENESE | 0.10 |
| Aug 23 10 | REVIEW, FINALIZE AND FORMAT COMMITTEE'S ELEVENTH OMNIBUS 9019 MOTION; FINALIZE CERTIFICATE OF SERVICE / SERVICE LIST AND PREPARE FOR SERVICE OF MOTION UPON DEFENDANTS / DEFENDANTS' COUNSEL VIA OVERNIGHT OR FIRST CLASS MAIL; ADDITIONAL PREPARATION FOR SERVICE OF THE NOTICE OF THE MOTION UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.30 |
| Aug 23 10 | EFILE COMMITTEE'S ELEVENTH OMNIBUS 9019 MOTION; SERVICE OF SAME UPON DEFENDANTS / DEFENDANTS' COUNSEL VIA OVERNIGHT OR FIRST CLASS MAIL AND OVERSEE SERVICE OF A COPY OF THE NOTICE OF THE MOTION UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIR ST CLASS MAIL | SENESE | 0.70 |
| Aug 23 10 | E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING ELEVENTH OMNIBUS 9019 MOTION | GUILFOYLE | 0.10 |
| Aug 24 10 | REVIEW AND REVISE STIPULATION OF DISMISSAL AND RELATED E-MAIL CORRESPONDENCE WITH J. ORBACH AND D. BLOUNT (.2); REVIEW AND FORWARD CORRESPONDENCE REGARDING NASH PRINTING MATTER TO Z. VIRANI (.1) | GUILFOYLE | 0.30 |
| Aug 25 10 | REVIEW UPDATED ADVERSARY DOCKET SHEETS (CLIENT SERVICES); PREPARE AND COORDINATE HAND DELIVERY TO CHAMBERS REGARDING NOTEBOOK ENCLOSING CERTIFICATION OF NO OBJECTION AND RELATED CERTIFICATE OF NO OBJECTION REGARDING PLAINTIFFS MOTION FOR ENTRY OF DEF AULT AND JUDGMENT BY DEFAULT | MOODY | 0.60 |
| Aug 25 10 | REVIEW DOCKET AND TELEPHONE CALL TO CHAMBERS REGARDING DEFAULT AND DEFAULT JUDGMENT (.2) | GUILFOYLE | 0.20 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| Aug 26 10 | REVIEW AND FORWARD NASH PRINTING FILING TO Z. VIRANI (.2) | GUILFOYLE | 0.20 |
| Aug 27 10 | REVIEW AND FILE NOTICE OF DEPOSITION AFFIDAVITS OF SERVICE REGARDING DISCOVERY (.6); RELATED E-MAIL CORRESPONDENCE WITH N. RIGANO AND Z. VIRANI (.1) | GUILFOYLE | 0.70 |
| Aug 30 10 | EFILE AFFIDAVIT OF SERVICE OF PLAINTIFF'S INITIAL DISCOVERY PAPERS (RAPID ACCESS) | SENESE | 0.10 |
| Aug 30 10 | REVIEW STATUS REPORTS PROVIDED BY HAHN; DRAFT NOTICE OF FILING STATUS REPORT AND FORMAT VARIOUS PARTS OF EXHIBIT A; FORWARD TO T. GUILFOYLE FOR REVIEW AND EFILING APPROVAL | SENESE | 0.40 |
| Aug 30 10 | DRAFT NOTICE OF FILING OF SETTLEMENT AGREEMENT (DW CONSULTING) (SUPP EXHIBIT) TO COMMITTEE'S ELEVENTH OMNIBUS 9019 MOTION; FORWARD TO T. GUILFOYLE TO REVIEW AND APPROVE FOR EFILING | SENESE | 0.50 |
| Aug 30 10 | REVIEW AND REVISE STATUS REPORT AND NOTICE OF FILING AND RELATED E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCE WITH K. SENESE (.3); REVIEW SETTLEMENT AGREEMENT AND ELEVENTH OMNIBUS 9019 MOTION AND RELATED E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND K. SENESE (.2); REVIEW AFFIDAVIT OF SERVICE REGARDING DISCOVERY AND RELATED E-MAIL CORRESPONDENCE WITH K. SENESE AND N. RIGANO (.1); REVIEW, REVISE, FILE AND FORWARD STIPULATION OF DISMISSAL TO A. WANG (.3); REVIEW DEFENDANTS' INITIAL DISCLOSURES (.1) | GUILFOYLE | 1.00 |
| Aug 30 10 | REVIEW KEY DATES IN AMEX ADVERSARY PROCEEDING (.1); DISCUSS SAME WITH S. TARR (.1) | ROOT | 0.20 |
| Aug 31 10 | EMAIL EXCHANGES WITH T. GUILFOYLE; REVIEW REVISED NOTICE OF FILING SUPP EXHIBIT (SETTLEMENT AGREEMENT); DRAFT CERTIFICATE OF SERVICE / SERVICE LIST WITH RESPECT TO SAME AND PREPARE FOR SERVICE | SENESE | 0.30 |
| Aug 31 10 | FINALIZE, FORMAT AND EFILE NOTICE OF FILING OF EXHIBIT (SUPP) TO COMM'S 11TH OMNIBUS 9019 MOTION (DW CONSULTING); SERVICE OF SAME UPON INTERESTED PARTIES AND IMPACTED DEFENDANTS / DEFENDANTS' COUNSEL VIA FIRST CLASS MAIL | SENESE | 0.80 |
| Aug 31 10 | REVIEW AND REVISE NOTICE OF FILING OF SETTLEMENT AGREEMENT AND CERTIFICATE OF SERVICE AND RELATED E-MAIL CORRESPONDENCE WITH K. SENESE AND E. SCHNITZER (.3); REVIEW, FILE AND | GUILFOYLE | 0.60 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
|  | FORWARD STIPULATION OF DISMISSAL TO A. WANG (.3) |  |  |

PROJECT CODE TOTALS  22         TOTAL VALUE:   $5,337.00      18.90

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | | TIMEKEEPER | HOURS |
|---|---|---|---|---|
| REPORT TOTALS | | TOTAL VALUE: | 8,610.00 | 30.00 |