# EXHIBIT B

# AMERICAN HOME MORTGAGE COMPANY
## EXPENSE SUMMARY
### AUGUST 1, 2010 TO AUGUST 31, 2010

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | | $0.00 |
| Reproduction of Documents | | $7.30 |
| Contracted Photocopying - Parcels | | $248.49 |
| Telecopier/Fax | | $0.00 |
| Courier and Express Services | | $277.16 |
| Hand Delivery Service | | $7.50 |
| Special Mailing Charges | | $22.00 |
| Filing Fees | | $0.00 |
| Travel Expenses | | $0.00 |
| Meeting Expenses | | $0.00 |
| Filing Pleadings | | $0.00 |
| Court | | $0.00 |
| E-Services | | $0.00 |
| Westlaw | | $0.00 |
| Transcript | | $0.00 |
| Record/Docket Searches | | $0.00 |
| **TOTAL** | | **$562.45** |

Cost Recap Summary by CostCode [1082189 - ]  
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,  9/23/2010 2:54:06 PM

Page 1

| CostCode | Worked Amount | Billed Amount | Description |
|---|---|---|---|
| 25 | 277.16 | 277.16 | FEDERAL EXPRESS |
| 26P | 7.50 | 7.50 | HAND DELIVERY - PARCELS |
| 30 | 8.76 | 7.30 | REPRODUCTION OF DOCUMENTS |
| 33 | 248.49 | 248.49 | CONTRACTED PHOTOCOPYING |
| 37 | 22.00 | 22.00 | SPECIAL MAILING CHARGES |
| TOTAL | 563.91 | 562.45 | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1082189 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE]    Page 1
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,    9/23/2010 2:54:06 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 08/16/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 719053397 Tracking: | 7284181 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 11.31 | 11.31 | 790230153458 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/16/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 719053397 Tracking: | 7284182 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 11.31 | 11.31 | 790230153815 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/16/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 719053397 Tracking: | 7284183 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 11.31 | 11.31 | 790354183921 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/16/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 14.62 | 14.62 | FEDERAL EXPRESS Invoice: 719053397 Tracking: | 7284184 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 14.62 | 14.62 | 791273546357 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/16/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 16.14 | 16.14 | FEDERAL EXPRESS Invoice: 719053397 Tracking: | 7284185 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 16.14 | 16.14 | 791603538095 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/16/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 719053397 Tracking: | 7284186 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 11.31 | 11.31 | 791603539220 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/16/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 719053397 Tracking: | 7284187 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 11.31 | 11.31 | 791603540165 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/16/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 14.62 | 14.62 | FEDERAL EXPRESS Invoice: 719053397 Tracking: | 7284188 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 14.62 | 14.62 | 792203552771 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/16/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 719053397 Tracking: | 7284189 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 11.31 | 11.31 | 792203553355 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/30/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 720638857 Tracking: | 7302435 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 11.31 | 11.31 | 790231254659 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/30/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 720638857 Tracking: | 7302436 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 11.31 | 11.31 | 790723026924 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/30/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 720638857 Tracking: | 7302437 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 11.31 | 11.31 | 791274435967 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/30/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 14.62 | 14.62 | FEDERAL EXPRESS Invoice: 720638857 Tracking: | 7302438 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 14.62 | 14.62 | 791274455167 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1082189 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE]   Page 2
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,  9/23/2010 2:54:06 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/30/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 720638857 Tracking: | 7302439 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 11.31 | 11.31 | 791604436020 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/30/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 720638857 Tracking: | 7302440 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 11.31 | 11.31 | 791604436166 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/30/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 720638857 Tracking: | 7302441 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 11.31 | 11.31 | 791604436394 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/30/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 14.62 | 14.62 | FEDERAL EXPRESS Invoice: 720638857 Tracking: | 7302442 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 14.62 | 14.62 | 791604437920 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/30/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 720638857 Tracking: | 7302443 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 11.31 | 11.31 | 791604455518 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/30/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 14.92 | 14.92 | FEDERAL EXPRESS Invoice: 720638857 Tracking: | 7302444 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 14.92 | 14.92 | 791604456536 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/30/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 13.14 | 13.14 | FEDERAL EXPRESS Invoice: 720638857 Tracking: | 7302445 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 13.14 | 13.14 | 791904435422 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/30/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 11.31 | 11.31 | FEDERAL EXPRESS Invoice: 720638857 Tracking: | 7302446 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 11.31 | 11.31 | 791904436304 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| 08/30/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 16.14 | 16.14 | FEDERAL EXPRESS Invoice: 720638857 Tracking: | 7302447 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 16.14 | 16.14 | 792204463810 Name: KATHLEEN SENESE Company: | |
| | | | | | | | Blank Rome LLP Address1: 1 Logan Square | |
| | | | | | | | City,St,Z: PHILADELPHIA,PA,19103 Reference: | |
| | | | | | | | 128189-01600 | |
| | | BILLED TOTALS: WORK: | | | | 277.16 | 22 records | |
| | | BILLED TOTALS: BILL: | | | | 277.16 | | |
| | | GRAND TOTAL: WORK: | | | | 277.16 | 22 records | |
| | | GRAND TOTAL: BILL: | | | | 277.16 | | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1082189 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE]   Page 1
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,   9/23/2010 2:54:06 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 08/05/2010 | 00001 | BRCM HOUSE | 26P | 1.00 | 7.50 | 7.50 | HAND DELIVERY - PARCELS Allen RootBlank | 7291504 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 7.50 | 7.50 | RomeJudge Christopher S. Sontchi262245 | |
| | | BILLED TOTALS:  WORK: | | | | 7.50 | 1 records | |
| | | BILLED TOTALS:  BILL: | | | | 7.50 | | |
| | | GRAND TOTAL:  WORK: | | | | 7.50 | 1 records | |
| | | GRAND TOTAL:  BILL: | | | | 7.50 | | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1082189 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE]    Page 1
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,    9/23/2010 2:54:06 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 08/05/2010 | 01972 | MICHAEL D. DeBAECKE | 30 | 16.00 | 0.12 | 1.92 | REPRODUCTION OF DOCUMENTS | 7257738 |
| 09/23/2010 | | Invoice=1082189 | | 16.00 | 0.10 | 1.60 | | |
| 08/05/2010 | 00020 | BONNIE G. FATELL | 30 | 2.00 | 0.12 | 0.24 | REPRODUCTION OF DOCUMENTS | 7257739 |
| 09/23/2010 | | Invoice=1082189 | | 2.00 | 0.10 | 0.20 | | |
| 08/09/2010 | 02565 | VICTORIA A. GUILFOYLE | 30 | 55.00 | 0.12 | 6.60 | REPRODUCTION OF DOCUMENTS | 7263473 |
| 09/23/2010 | | Invoice=1082189 | | 55.00 | 0.10 | 5.50 | | |
| | | BILLED TOTALS:   WORK: | | | | 8.76 | 3 records | |
| | | BILLED TOTALS:   BILL: | | | | 7.30 | | |
| | | GRAND TOTAL:   WORK: | | | | 8.76 | 3 records | |
| | | GRAND TOTAL:   BILL: | | | | 7.30 | | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1082189 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE]                    Page 1
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,   9/23/2010 2:54:06 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 08/05/2010 | 00001 | BRCM HOUSE | 33 | 1.00 | 248.49 | 248.49 | CONTRACTED PHOTOCOPYING Robin Glanden2 doc | 7291503 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 248.49 | 248.49 | services via 1st class mail ENVELOPES | |
| | | | | | | | PROVIDED262409 | |
| | | BILLED TOTALS: WORK: | | | | 248.49 | 1 records | |
| | | BILLED TOTALS: BILL: | | | | 248.49 | | |
| | | GRAND TOTAL: WORK: | | | | 248.49 | 1 records | |
| | | GRAND TOTAL: BILL: | | | | 248.49 | | |

Billed and Unbilled Recap Of Cost Detail - [Invoice: 1082189 Date: ] - [128189-01600 - IN re AMERICAN HOME MORTGAGE]    Page 1
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,   9/23/2010 2:54:06 PM

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 08/05/2010 | 00020 | BONNIE G. FATELL | 37 | 1.00 | 22.00 | 22.00 | SPECIAL MAILING CHARGES | 7339112 |
| 09/23/2010 | | Invoice=1082189 | | 1.00 | 22.00 | 22.00 | | |
| | | BILLED TOTALS:  WORK: | | | | 22.00 | 1 records | |
| | | BILLED TOTALS:  BILL: | | | | 22.00 | | |
| | | GRAND TOTAL:  WORK: | | | | 22.00 | 1 records | |
| | | GRAND TOTAL:  BILL: | | | | 22.00 | | |