**Exhibit C**

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|------|-----------|-----------|-----------:|-----------|
| 3/9/2010 | Jarvinen, Christopher / | CAR | $9.40 | VENDOR: CHRISTOPHER A. JARVINEN; INVOICE#: 5; |
| 3/9/2010 | Zawadzki, Jeffrey | CAR | $56.55 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 613606; |
| 3/10/2010 | Indelicato, Mark S | CAR | $119.14 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: |
| 3/12/2010 | Patwardhan, Huria N. | CAR | $25.50 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: |
| 3/15/2010 | Jarvinen, Christopher / | CAR | $18.36 | VENDOR: ROYAL DISPATCH SERVICES, INC.; INVOICE#: |
| 3/16/2010 | Indelicato, Mark S | CAR | $161.98 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: |
| | | | $390.93 | |
| | | | | |
| 3/1/2010 | Virani, Zahir | DUPL | $4.80 | |
| 3/1/2010 | | DUPL | $0.10 | |
| 3/1/2010 | | DUPL | $0.20 | |
| 3/1/2010 | | DUPL | $0.10 | |
| 3/1/2010 | | DUPL | $0.10 | |
| 3/1/2010 | | DUPL | $0.40 | |
| 3/1/2010 | | DUPL | $0.40 | |
| 3/1/2010 | | DUPL | $0.40 | |
| 3/1/2010 | | DUPL | $0.40 | |
| 3/1/2010 | | DUPL | $0.40 | |
| 3/1/2010 | | DUPL | $0.10 | |
| 3/1/2010 | | DUPL | $0.40 | |
| 3/1/2010 | | DUPL | $0.10 | |
| 3/1/2010 | | DUPL | $0.10 | |
| 3/1/2010 | | DUPL | $0.40 | |
| 3/2/2010 | | DUPL | $0.20 | |
| 3/2/2010 | | DUPL | $0.20 | |
| 3/2/2010 | | DUPL | $0.10 | |
| 3/2/2010 | | DUPL | $0.20 | |
| 3/2/2010 | | DUPL | $2.30 | |
| 3/2/2010 | | DUPL | $1.10 | |
| 3/2/2010 | | DUPL | $0.40 | |
| 3/2/2010 | | DUPL | $2.30 | |
| 3/2/2010 | | DUPL | $2.30 | |
| 3/2/2010 | | DUPL | $0.30 | |
| 3/2/2010 | | DUPL | $0.50 | |
| 3/2/2010 | | DUPL | $1.90 | |
| 3/2/2010 | | DUPL | $0.30 | |
| 3/2/2010 | | DUPL | $0.20 | |
| 3/3/2010 | Robinson, Pamela L. | DUPL | $12.50 | |
| 3/3/2010 | | DUPL | $0.10 | |
| 3/3/2010 | | DUPL | $0.10 | |
| 3/3/2010 | | DUPL | $0.10 | |
| 3/3/2010 | | DUPL | $0.10 | |
| 3/3/2010 | | DUPL | $0.10 | |
| 3/3/2010 | | DUPL | $0.10 | |
| 3/3/2010 | | DUPL | $0.10 | |
| 3/3/2010 | | DUPL | $1.40 | |
| 3/3/2010 | | DUPL | $0.90 | |
| 3/3/2010 | | DUPL | $1.00 | |
| 3/3/2010 | | DUPL | $0.90 | |
| 3/3/2010 | | DUPL | $0.20 | |
| 3/3/2010 | | DUPL | $0.20 | |
| 3/3/2010 | | DUPL | $0.30 | |
| 3/3/2010 | | DUPL | $0.30 | |
| 3/3/2010 | | DUPL | $0.10 | |

| | | |
|---|---|---|
| 3/3/2010 | DUPL | $0.70 |
| 3/3/2010 | DUPL | $0.30 |
| 3/3/2010 | DUPL | $0.50 |
| 3/3/2010 | DUPL | $1.80 |
| 3/3/2010 | DUPL | $0.60 |
| 3/3/2010 | DUPL | $0.10 |
| 3/3/2010 | DUPL | $0.20 |
| 3/3/2010 | DUPL | $0.90 |
| 3/3/2010 | DUPL | $0.90 |
| 3/3/2010 | DUPL | $0.90 |
| 3/3/2010 | DUPL | $0.90 |
| 3/3/2010 | DUPL | $0.90 |
| 3/3/2010 | DUPL | $0.90 |
| 3/3/2010 | DUPL | $0.90 |
| 3/3/2010 | DUPL | $0.90 |
| 3/3/2010 | DUPL | $0.90 |
| 3/3/2010 | DUPL | $0.90 |
| 3/3/2010 | DUPL | $0.70 |
| 3/3/2010 | DUPL | $0.70 |
| 3/3/2010 | DUPL | $0.70 |
| 3/3/2010 | DUPL | $0.70 |
| 3/3/2010 | DUPL | $0.10 |
| 3/3/2010 | DUPL | $0.10 |
| 3/3/2010 | DUPL | $0.20 |
| 3/4/2010 | DUPL | $0.80 |
| 3/4/2010 | DUPL | $0.10 |
| 3/4/2010 | DUPL | $4.30 |
| 3/4/2010 | DUPL | $0.10 |
| 3/4/2010 | DUPL | $6.00 |
| 3/4/2010 | DUPL | $1.30 |
| 3/4/2010 | DUPL | $0.20 |
| 3/4/2010 | DUPL | $0.20 |
| 3/4/2010 | DUPL | $0.10 |
| 3/4/2010 | DUPL | $0.10 |
| 3/5/2010 | DUPL | $6.00 |
| 3/5/2010 | DUPL | $1.30 |
| 3/5/2010 | DUPL | $0.90 |
| 3/5/2010 | DUPL | $0.70 |
| 3/5/2010 | DUPL | $0.90 |
| 3/5/2010 | DUPL | $0.90 |
| 3/5/2010 | DUPL | $0.70 |
| 3/5/2010 | DUPL | $0.90 |
| 3/5/2010 | DUPL | $0.20 |
| 3/5/2010 | DUPL | $0.10 |
| 3/5/2010 | DUPL | $0.20 |
| 3/5/2010 | DUPL | $0.20 |
| 3/5/2010 | DUPL | $0.20 |
| 3/5/2010 | DUPL | $0.40 |
| 3/5/2010 | DUPL | $0.70 |
| 3/5/2010 | DUPL | $0.40 |
| 3/8/2010 Celli, Ceil | DUPL | $0.50 |
| 3/8/2010 | DUPL | $8.40 |
| 3/8/2010 | DUPL | $2.10 |
| 3/8/2010 | DUPL | $0.20 |
| 3/8/2010 | DUPL | $0.10 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 3/8/2010 | | DUPL | $1.40 |
| 3/8/2010 | | DUPL | $2.40 |
| 3/8/2010 | | DUPL | $2.20 |
| 3/8/2010 | | DUPL | $6.80 |
| 3/8/2010 | | DUPL | $7.60 |
| 3/8/2010 | | DUPL | $0.90 |
| 3/8/2010 | | DUPL | $0.20 |
| 3/8/2010 | | DUPL | $0.30 |
| 3/8/2010 | | DUPL | $2.40 |
| 3/8/2010 | | DUPL | $2.40 |
| 3/8/2010 | | DUPL | $0.10 |
| 3/8/2010 | | DUPL | $0.10 |
| 3/8/2010 | | DUPL | $0.10 |
| 3/8/2010 | | DUPL | $0.10 |
| 3/8/2010 | | DUPL | $0.10 |
| 3/8/2010 | | DUPL | $0.10 |
| 3/8/2010 | | DUPL | $0.10 |
| 3/8/2010 | | DUPL | $0.10 |
| 3/8/2010 | | DUPL | $0.10 |
| 3/8/2010 | | DUPL | $0.10 |
| 3/8/2010 | | DUPL | $0.10 |
| 3/8/2010 | | DUPL | $0.10 |
| 3/8/2010 | | DUPL | $0.10 |
| 3/8/2010 | | DUPL | $0.10 |
| 3/8/2010 | | DUPL | $0.10 |
| 3/8/2010 | | DUPL | $0.10 |
| 3/8/2010 | | DUPL | $0.10 |
| 3/8/2010 | | DUPL | $3.80 |
| 3/8/2010 | | DUPL | $1.30 |
| 3/8/2010 | | DUPL | $1.40 |
| 3/8/2010 | | DUPL | $4.70 |
| 3/8/2010 | | DUPL | $15.90 |
| 3/8/2010 | | DUPL | $65.40 |
| 3/8/2010 | | DUPL | $0.20 |
| 3/8/2010 | | DUPL | $4.30 |
| 3/8/2010 | | DUPL | $4.30 |
| 3/8/2010 | | DUPL | $7.00 |
| 3/8/2010 | | DUPL | $1.10 |
| 3/8/2010 | | DUPL | $2.30 |
| 3/9/2010 | Craner, Katherine G. | DUPL | $1.00 |
| 3/9/2010 | | DUPL | $0.20 |
| 3/9/2010 | | DUPL | $0.20 |
| 3/9/2010 | | DUPL | $0.60 |
| 3/9/2010 | | DUPL | $0.10 |
| 3/9/2010 | | DUPL | $0.10 |
| 3/9/2010 | | DUPL | $0.10 |
| 3/9/2010 | | DUPL | $0.10 |
| 3/9/2010 | | DUPL | $0.10 |
| 3/9/2010 | | DUPL | $0.80 |
| 3/9/2010 | | DUPL | $0.30 |
| 3/9/2010 | | DUPL | $0.40 |
| 3/9/2010 | | DUPL | $0.10 |
| 3/9/2010 | | DUPL | $0.70 |
| 3/9/2010 | | DUPL | $0.40 |
| 3/9/2010 | | DUPL | $0.10 |

| | | |
|---|---|---|
| 3/9/2010 | DUPL | $0.30 |
| 3/9/2010 | DUPL | $0.30 |
| 3/9/2010 | DUPL | $0.20 |
| 3/9/2010 | DUPL | $0.20 |
| 3/9/2010 | DUPL | $0.40 |
| 3/9/2010 | DUPL | $0.60 |
| 3/9/2010 | DUPL | $0.10 |
| 3/9/2010 | DUPL | $0.10 |
| 3/9/2010 | DUPL | $0.10 |
| 3/9/2010 | DUPL | $0.20 |
| 3/9/2010 | DUPL | $0.20 |
| 3/9/2010 | DUPL | $0.40 |
| 3/9/2010 | DUPL | $2.30 |
| 3/9/2010 | DUPL | $0.10 |
| 3/9/2010 | DUPL | $0.10 |
| 3/9/2010 | DUPL | $1.00 |
| 3/9/2010 | DUPL | $0.40 |
| 3/9/2010 | DUPL | $0.40 |
| 3/9/2010 | DUPL | $0.20 |
| 3/9/2010 | DUPL | $0.20 |
| 3/9/2010 | DUPL | $0.40 |
| 3/9/2010 | DUPL | $0.70 |
| 3/9/2010 | DUPL | $0.90 |
| 3/9/2010 | DUPL | $0.90 |
| 3/9/2010 | DUPL | $0.20 |
| 3/9/2010 | DUPL | $1.70 |
| 3/9/2010 | DUPL | $0.80 |
| 3/9/2010 | DUPL | $0.40 |
| 3/9/2010 | DUPL | $0.30 |
| 3/9/2010 | DUPL | $3.80 |
| 3/9/2010 | DUPL | $3.80 |
| 3/9/2010 | DUPL | $4.20 |
| 3/9/2010 | DUPL | $0.10 |
| 3/9/2010 | DUPL | $0.20 |
| 3/9/2010 | DUPL | $0.20 |
| 3/9/2010 | DUPL | $0.20 |
| 3/9/2010 | DUPL | $0.80 |
| 3/9/2010 | DUPL | $0.20 |
| 3/9/2010 | DUPL | $0.20 |
| 3/9/2010 | DUPL | $0.10 |
| 3/9/2010 | DUPL | $4.30 |
| 3/9/2010 | DUPL | $0.20 |
| 3/9/2010 | DUPL | $0.90 |
| 3/9/2010 | DUPL | $0.70 |
| 3/10/2010 Orbach, Joseph | DUPL | $2.90 |
| 3/10/2010 Orbach, Joseph | DUPL | $0.20 |
| 3/10/2010 | DUPL | $0.10 |
| 3/10/2010 | DUPL | $0.70 |
| 3/10/2010 | DUPL | $0.20 |
| 3/10/2010 | DUPL | $0.30 |
| 3/10/2010 | DUPL | $0.10 |
| 3/10/2010 | DUPL | $0.10 |
| 3/10/2010 | DUPL | $0.60 |
| 3/10/2010 | DUPL | $0.50 |
| 3/10/2010 | DUPL | $0.10 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 3/10/2010 | | DUPL | $0.30 |
| 3/10/2010 | | DUPL | $0.50 |
| 3/10/2010 | | DUPL | $1.20 |
| 3/10/2010 | | DUPL | $0.60 |
| 3/10/2010 | | DUPL | $0.60 |
| 3/10/2010 | | DUPL | $0.30 |
| 3/10/2010 | | DUPL | $0.10 |
| 3/10/2010 | | DUPL | $0.50 |
| 3/10/2010 | | DUPL | $0.70 |
| 3/10/2010 | | DUPL | $0.30 |
| 3/10/2010 | | DUPL | $0.70 |
| 3/11/2010 | Delapaz, Christina | DUPL | $2.40 |
| 3/11/2010 | Curry, Marie L. | DUPL | $12.50 |
| 3/11/2010 | | DUPL | $0.80 |
| 3/11/2010 | | DUPL | $0.90 |
| 3/11/2010 | | DUPL | $0.90 |
| 3/11/2010 | | DUPL | $0.80 |
| 3/11/2010 | | DUPL | $4.60 |
| 3/11/2010 | | DUPL | $0.20 |
| 3/11/2010 | | DUPL | $16.80 |
| 3/11/2010 | | DUPL | $0.20 |
| 3/11/2010 | | DUPL | $0.10 |
| 3/11/2010 | | DUPL | $0.30 |
| 3/11/2010 | | DUPL | $1.60 |
| 3/11/2010 | | DUPL | $0.20 |
| 3/12/2010 | | DUPL | $0.60 |
| 3/12/2010 | | DUPL | $0.40 |
| 3/12/2010 | | DUPL | $0.90 |
| 3/12/2010 | | DUPL | $0.20 |
| 3/12/2010 | | DUPL | $0.60 |
| 3/15/2010 | Delapaz, Christina | DUPL | $0.60 |
| 3/15/2010 | Virani, Zahir | DUPL | $2.60 |
| 3/15/2010 | | DUPL | $1.00 |
| 3/15/2010 | | DUPL | $1.80 |
| 3/15/2010 | | DUPL | $0.80 |
| 3/15/2010 | | DUPL | $1.00 |
| 3/15/2010 | | DUPL | $0.50 |
| 3/15/2010 | | DUPL | $0.30 |
| 3/15/2010 | | DUPL | $0.70 |
| 3/15/2010 | | DUPL | $0.20 |
| 3/15/2010 | | DUPL | $0.20 |
| 3/15/2010 | | DUPL | $0.90 |
| 3/15/2010 | | DUPL | $1.20 |
| 3/15/2010 | | DUPL | $0.10 |
| 3/15/2010 | | DUPL | $0.10 |
| 3/15/2010 | | DUPL | $0.10 |
| 3/15/2010 | | DUPL | $0.10 |
| 3/15/2010 | | DUPL | $1.50 |
| 3/15/2010 | | DUPL | $0.10 |
| 3/15/2010 | | DUPL | $1.90 |
| 3/15/2010 | | DUPL | $0.20 |
| 3/16/2010 | | DUPL | $0.20 |
| 3/16/2010 | | DUPL | $1.00 |
| 3/16/2010 | | DUPL | $1.10 |
| 3/16/2010 | | DUPL | $0.70 |

| | | |
|---|---|---|
| 3/16/2010 | DUPL | $0.60 |
| 3/16/2010 | DUPL | $0.20 |
| 3/16/2010 | DUPL | $0.10 |
| 3/16/2010 | DUPL | $0.20 |
| 3/16/2010 | DUPL | $0.10 |
| 3/16/2010 | DUPL | $1.70 |
| 3/17/2010 Kang, Christina | DUPL | $1.80 |
| 3/17/2010 | DUPL | $0.20 |
| 3/17/2010 | DUPL | $0.20 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.40 |
| 3/17/2010 | DUPL | $0.20 |
| 3/17/2010 | DUPL | $2.00 |
| 3/17/2010 | DUPL | $4.40 |
| 3/17/2010 | DUPL | $2.60 |
| 3/17/2010 | DUPL | $2.90 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.40 |
| 3/17/2010 | DUPL | $0.20 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.20 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.40 |
| 3/17/2010 | DUPL | $0.20 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.20 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.80 |
| 3/17/2010 | DUPL | $0.80 |
| 3/17/2010 | DUPL | $0.40 |
| 3/17/2010 | DUPL | $0.20 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.20 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.40 |
| 3/17/2010 | DUPL | $0.20 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.20 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.40 |
| 3/17/2010 | DUPL | $0.20 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.20 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.30 |
| 3/17/2010 | DUPL | $0.40 |
| 3/17/2010 | DUPL | $0.20 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.20 |

| | | |
|---|---|---|
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.40 |
| 3/17/2010 | DUPL | $0.20 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.20 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.40 |
| 3/17/2010 | DUPL | $0.20 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.20 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.10 |
| 3/17/2010 | DUPL | $0.30 |
| 3/17/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $1.80 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.40 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.40 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.40 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.40 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.40 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.10 |

| | | |
|---|---|---|
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.30 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.30 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.40 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.40 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.80 |
| 3/18/2010 | DUPL | $1.70 |
| 3/18/2010 | DUPL | $0.40 |
| 3/18/2010 | DUPL | $0.40 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.80 |
| 3/18/2010 | DUPL | $0.40 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.40 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $2.00 |
| 3/18/2010 | DUPL | $0.80 |
| 3/18/2010 | DUPL | $0.70 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.30 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.40 |

| | | |
|---|---|---|
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.30 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $1.80 |
| 3/18/2010 | DUPL | $1.80 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.40 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.40 |
| 3/18/2010 | DUPL | $0.40 |
| 3/18/2010 | DUPL | $2.40 |
| 3/18/2010 | DUPL | $0.80 |
| 3/18/2010 | DUPL | $0.80 |
| 3/18/2010 | DUPL | $0.80 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.40 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.80 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.40 |
| 3/18/2010 | DUPL | $0.10 |
| 3/18/2010 | DUPL | $0.20 |
| 3/18/2010 | DUPL | $0.10 |
| 3/19/2010 | DUPL | $0.20 |
| 3/19/2010 | DUPL | $0.40 |
| 3/19/2010 | DUPL | $0.40 |
| 3/19/2010 | DUPL | $0.10 |
| 3/19/2010 | DUPL | $0.10 |
| 3/19/2010 | DUPL | $0.40 |
| 3/19/2010 | DUPL | $0.10 |
| 3/19/2010 | DUPL | $0.40 |
| 3/19/2010 | DUPL | $0.20 |
| 3/19/2010 | DUPL | $0.20 |
| 3/19/2010 | DUPL | $0.20 |
| 3/19/2010 | DUPL | $0.20 |
| 3/19/2010 | DUPL | $0.20 |
| 3/19/2010 | DUPL | $0.20 |
| 3/19/2010 | DUPL | $0.20 |
| 3/19/2010 | DUPL | $2.00 |
| 3/19/2010 | DUPL | $0.40 |
| 3/19/2010 | DUPL | $0.40 |
| 3/19/2010 | DUPL | $0.40 |

| Date | | Type | Amount |
|---|---|---|---|
| 3/19/2010 | | DUPL | $0.40 |
| 3/19/2010 | | DUPL | $0.40 |
| 3/19/2010 | | DUPL | $0.40 |
| 3/19/2010 | | DUPL | $0.90 |
| 3/19/2010 | | DUPL | $0.10 |
| 3/19/2010 | | DUPL | $0.10 |
| 3/19/2010 | | DUPL | $0.10 |
| 3/22/2010 | | DUPL | $1.80 |
| 3/22/2010 | | DUPL | $0.20 |
| 3/22/2010 | | DUPL | $1.80 |
| 3/22/2010 | | DUPL | $0.10 |
| 3/22/2010 | | DUPL | $0.50 |
| 3/22/2010 | | DUPL | $0.10 |
| 3/22/2010 | | DUPL | $0.20 |
| 3/22/2010 | | DUPL | $0.70 |
| 3/22/2010 | | DUPL | $0.70 |
| 3/23/2010 | Craner, Katherine G. | DUPL | $2.40 |
| 3/23/2010 | | DUPL | $0.50 |
| 3/23/2010 | | DUPL | $0.30 |
| 3/23/2010 | | DUPL | $0.30 |
| 3/23/2010 | | DUPL | $0.20 |
| 3/23/2010 | | DUPL | $0.20 |
| 3/23/2010 | | DUPL | $0.20 |
| 3/23/2010 | | DUPL | $0.10 |
| 3/23/2010 | | DUPL | $0.70 |
| 3/23/2010 | | DUPL | $1.40 |
| 3/23/2010 | | DUPL | $0.10 |
| 3/23/2010 | | DUPL | $0.60 |
| 3/23/2010 | | DUPL | $3.90 |
| 3/24/2010 | | DUPL | $0.90 |
| 3/24/2010 | | DUPL | $0.10 |
| 3/24/2010 | | DUPL | $0.70 |
| 3/24/2010 | | DUPL | $0.70 |
| 3/24/2010 | | DUPL | $0.90 |
| 3/24/2010 | | DUPL | $0.90 |
| 3/24/2010 | | DUPL | $0.20 |
| 3/24/2010 | | DUPL | $0.10 |
| 3/24/2010 | | DUPL | $0.10 |
| 3/24/2010 | | DUPL | $0.20 |
| 3/24/2010 | | DUPL | $0.10 |
| 3/24/2010 | | DUPL | $0.30 |
| 3/24/2010 | | DUPL | $0.30 |
| 3/24/2010 | | DUPL | $1.00 |
| 3/24/2010 | | DUPL | $0.40 |
| 3/24/2010 | | DUPL | $0.80 |
| 3/24/2010 | | DUPL | $0.60 |
| 3/24/2010 | | DUPL | $0.10 |
| 3/24/2010 | | DUPL | $0.30 |
| 3/24/2010 | | DUPL | $0.20 |
| 3/24/2010 | | DUPL | $2.30 |
| 3/24/2010 | | DUPL | $0.50 |
| 3/24/2010 | | DUPL | $0.20 |
| 3/24/2010 | | DUPL | $0.20 |
| 3/24/2010 | | DUPL | $1.80 |
| 3/24/2010 | | DUPL | $0.20 |

| | | |
|---|---|---|
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.30 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.40 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.10 |
| 3/24/2010 | DUPL | $0.10 |
| 3/24/2010 | DUPL | $0.10 |
| 3/24/2010 | DUPL | $0.10 |
| 3/24/2010 | DUPL | $0.10 |
| 3/24/2010 | DUPL | $0.10 |
| 3/24/2010 | DUPL | $0.10 |
| 3/24/2010 | DUPL | $0.60 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $3.20 |
| 3/24/2010 | DUPL | $0.10 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.40 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.10 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.10 |
| 3/24/2010 | DUPL | $0.10 |
| 3/24/2010 | DUPL | $0.40 |
| 3/24/2010 | DUPL | $0.10 |
| 3/24/2010 | DUPL | $0.10 |
| 3/24/2010 | DUPL | $0.10 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.40 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.40 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.20 |
| 3/24/2010 | DUPL | $0.20 |

| | | |
|---|---|---|
| 3/24/2010 | DUPL | $0.20 |
| 3/25/2010 | DUPL | $0.10 |
| 3/25/2010 | DUPL | $0.20 |
| 3/25/2010 | DUPL | $0.10 |
| 3/25/2010 | DUPL | $2.00 |
| 3/25/2010 | DUPL | $0.30 |
| 3/25/2010 | DUPL | $0.30 |
| 3/25/2010 | DUPL | $0.10 |
| 3/25/2010 | DUPL | $0.20 |
| 3/25/2010 | DUPL | $1.10 |
| 3/25/2010 | DUPL | $0.30 |
| 3/25/2010 | DUPL | $0.90 |
| 3/25/2010 | DUPL | $0.60 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.10 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.10 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.10 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.10 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.10 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.10 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.10 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.10 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.20 |
| 3/26/2010 | DUPL | $0.10 |
| 3/26/2010 | DUPL | $0.20 |
| 3/29/2010 Celli, Ceil | DUPL | $0.20 |
| 3/29/2010 | DUPL | $0.20 |

| Date | | Type | Amount |
|---|---|---|---|
| 3/29/2010 | | DUPL | $0.20 |
| 3/29/2010 | | DUPL | $0.10 |
| 3/29/2010 | | DUPL | $0.20 |
| 3/29/2010 | | DUPL | $0.20 |
| 3/29/2010 | | DUPL | $0.20 |
| 3/29/2010 | | DUPL | $0.10 |
| 3/29/2010 | | DUPL | $0.20 |
| 3/29/2010 | | DUPL | $0.20 |
| 3/29/2010 | | DUPL | $0.20 |
| 3/29/2010 | | DUPL | $0.20 |
| 3/29/2010 | | DUPL | $0.10 |
| 3/29/2010 | | DUPL | $0.20 |
| 3/29/2010 | | DUPL | $0.20 |
| 3/29/2010 | | DUPL | $0.20 |
| 3/29/2010 | | DUPL | $0.20 |
| 3/29/2010 | | DUPL | $0.20 |
| 3/29/2010 | | DUPL | $0.10 |
| 3/29/2010 | | DUPL | $0.10 |
| 3/29/2010 | | DUPL | $0.10 |
| 3/29/2010 | | DUPL | $0.10 |
| 3/29/2010 | | DUPL | $0.10 |
| 3/29/2010 | | DUPL | $0.10 |
| 3/29/2010 | | DUPL | $0.10 |
| 3/29/2010 | | DUPL | $0.20 |
| 3/29/2010 | | DUPL | $0.20 |
| 3/29/2010 | | DUPL | $0.10 |
| 3/29/2010 | | DUPL | $0.10 |
| 3/29/2010 | | DUPL | $0.40 |
| 3/29/2010 | | DUPL | $0.10 |
| 3/30/2010 | Zawadzki, Jeffrey | DUPL | $2.40 |
| 3/30/2010 | | DUPL | $0.30 |
| 3/30/2010 | | DUPL | $0.70 |
| 3/30/2010 | | DUPL | $0.10 |
| 3/30/2010 | | DUPL | $0.10 |
| 3/30/2010 | | DUPL | $0.20 |
| 3/30/2010 | | DUPL | $0.20 |
| 3/30/2010 | | DUPL | $0.20 |
| 3/30/2010 | | DUPL | $0.20 |
| 3/30/2010 | | DUPL | $0.20 |
| 3/30/2010 | | DUPL | $0.20 |
| 3/30/2010 | | DUPL | $0.20 |
| 3/30/2010 | | DUPL | $0.20 |
| 3/30/2010 | | DUPL | $0.20 |
| 3/30/2010 | | DUPL | $0.20 |
| 3/30/2010 | | DUPL | $0.20 |
| 3/30/2010 | | DUPL | $0.40 |
| 3/30/2010 | | DUPL | $0.40 |
| 3/30/2010 | | DUPL | $0.30 |
| 3/30/2010 | | DUPL | $0.30 |
| 3/30/2010 | | DUPL | $0.20 |
| 3/30/2010 | | DUPL | $0.20 |
| 3/30/2010 | | DUPL | $0.20 |
| 3/30/2010 | | DUPL | $0.10 |
| 3/30/2010 | | DUPL | $0.10 |

| Date | Name | Type | Amount | Description |
|------|------|------|--------|-------------|
| 3/30/2010 | | DUPL | $0.40 | |
| 3/30/2010 | | DUPL | $1.40 | |
| 3/30/2010 | | DUPL | $1.30 | |
| 3/30/2010 | | DUPL | $1.10 | |
| 3/30/2010 | | DUPL | $0.30 | |
| 3/30/2010 | | DUPL | $0.30 | |
| 3/30/2010 | | DUPL | $0.20 | |
| 3/30/2010 | | DUPL | $0.30 | |
| 3/30/2010 | | DUPL | $0.10 | |
| 3/30/2010 | | DUPL | $0.20 | |
| 3/30/2010 | | DUPL | $0.10 | |
| 3/30/2010 | | DUPL | $0.20 | |
| 3/30/2010 | | DUPL | $0.30 | |
| 3/30/2010 | | DUPL | $0.20 | |
| 3/30/2010 | | DUPL | $0.20 | |
| 3/31/2010 | | DUPL | $0.60 | |
| 3/31/2010 | | DUPL | $4.80 | |
| 3/31/2010 | | DUPL | $0.30 | |
| 3/31/2010 | | DUPL | $0.40 | |
| 3/31/2010 | | DUPL | $2.40 | |
| 3/31/2010 | | DUPL | $0.20 | |
| 3/31/2010 | | DUPL | $0.20 | |
| 3/31/2010 | | DUPL | $0.10 | |
| 3/31/2010 | | DUPL | $0.10 | |
| 3/31/2010 | | DUPL | $0.20 | |
| 3/31/2010 | | DUPL | $0.10 | |
| 3/31/2010 | | DUPL | $0.30 | |
| 3/31/2010 | | DUPL | $0.10 | |
| 3/31/2010 | | DUPL | $0.10 | |
| 3/31/2010 | | DUPL | $0.10 | |
| 3/31/2010 | | DUPL | $0.30 | |
| 3/31/2010 | | DUPL | $0.10 | |
| 3/31/2010 | | DUPL | $0.20 | |
| 3/31/2010 | | DUPL | $0.10 | |
| 3/31/2010 | | DUPL | $0.10 | |
| 3/31/2010 | | DUPL | $0.10 | |
| 3/31/2010 | | DUPL | $0.10 | |
| 3/31/2010 | | DUPL | $0.10 | |
| 3/31/2010 | | DUPL | $0.10 | |
| 3/31/2010 | | DUPL | $2.00 | |
| 3/31/2010 | | DUPL | $0.20 | |
| 3/31/2010 | | DUPL | $0.30 | |
| 3/31/2010 | | DUPL | $0.50 | |
| 3/31/2010 | | DUPL | $0.10 | |
| 3/31/2010 | | DUPL | $1.90 | |
| 3/31/2010 | | DUPL | $0.90 | |
| 3/31/2010 | | DUPL | $1.50 | |
| 3/31/2010 | | DUPL | $0.20 | |
| 3/31/2010 | | DUPL | $0.10 | |
| | | | $524.60 | |
| 3/31/2010 | Kang, Christina | LEXI | $179.78 | VENDOR: LEXIS - NEXIS; INVOICE#: 1003009427; DATE: |
| 3/9/2010 | Zawadzki, Jeffrey | MEAL | $23.20 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, |

| | | | | |
|---|---|---|---|---|
| 3/11/2010 | Zawadzki, Jeffrey | MEAL | $18.68 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, |
| 3/11/2010 | Kang, Christina | MEAL | $130.86 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, |
| 3/16/2010 | Indelicato, Mark S | MEAL | $15.51 | VENDOR: INDELICATO; INVOICE#: 43; DATE: 3/26/2010 |
| 3/18/2010 | Schnitzer, Edward L. | MEAL | $25.72 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, |
| | | | $213.97 | |
| | | | | |
| 3/3/2010 | Jarvinen, Christopher A | ODEL | $9.50 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 7-021- |
| | | | | |
| 3/1/2010 | Gonzalez, Dalgis E. | POST | $5.25 | |
| 3/4/2010 | Virani, Zahir | POST | $10.92 | |
| 3/5/2010 | Gonzalez, Dalgis E. | POST | $1.56 | |
| 3/5/2010 | Gonzalez, Dalgis E. | POST | $1.56 | |
| 3/9/2010 | Craner, Katherine G. | POST | $3.15 | |
| 3/10/2010 | Orbach, Joseph | POST | $1.73 | |
| 3/11/2010 | Kang, Christina | POST | $4.68 | |
| 3/15/2010 | Kang, Christina | POST | $1.05 | |
| 3/15/2010 | Kang, Christina | POST | $1.05 | |
| 3/15/2010 | Virani, Zahir | POST | $1.73 | |
| 3/18/2010 | Virani, Zahir | POST | $14.64 | |
| 3/19/2010 | Orbach, Joseph | POST | $9.76 | |
| 3/24/2010 | Patwardhan, Huria N. | POST | $24.15 | |
| 3/24/2010 | Zawadzki, Jeffrey | POST | $3.46 | |
| 3/26/2010 | McCahey, John P | POST | $1.22 | |
| 3/26/2010 | Craner, Katherine G. | POST | $13.65 | |
| 3/29/2010 | Kang, Christina | POST | $17.85 | |
| 3/30/2010 | Zawadzki, Jeffrey | POST | $10.98 | |
| 3/30/2010 | Kang, Christina | POST | $1.90 | |
| | | | $130.29 | |
| | | | | |
| 3/18/2010 | Power, Mark | SEAR | $0.16 | VENDOR: PACER SERVICE CENTER; INVOICE#: 03312010; |
| 3/24/2010 | Power, Mark | SEAR | $119.68 | VENDOR: PACER SERVICE CENTER; INVOICE#: 03312010; |
| 3/30/2010 | Power, Mark | SEAR | $182.00 | VENDOR: PACER SERVICE CENTER; INVOICE#: 03312010; |
| 3/31/2010 | Power, Mark | SEAR | $150.96 | VENDOR: PACER SERVICE CENTER; INVOICE#: 03312010; |
| | | | $452.80 | |
| | | | | |
| 3/3/2010 | Schnitzer, Edward L. | TELCON | $29.65 | VENDOR: AMERICAN EXPRESS; INVOICE#: 050210; |
| 3/9/2010 | Schnitzer, Edward L. | TELCON | $13.32 | VENDOR: AMERICAN EXPRESS; INVOICE#: 050210; |
| | | | $42.97 | |
| | | | | |
| 3/2/2010 | Smith, Jason | TELE | $0.21 | |
| 3/5/2010 | Orbach, Joseph | TELE | $0.23 | |
| 3/9/2010 | Schnitzer, Edward L. | TELE | $0.10 | |
| 3/9/2010 | Orbach, Joseph | TELE | $0.10 | |
| 3/9/2010 | Orbach, Joseph | TELE | $0.31 | |
| 3/10/2010 | Orbach, Joseph | TELE | $0.10 | |
| 3/10/2010 | Orbach, Joseph | TELE | $0.10 | |
| 3/10/2010 | Orbach, Joseph | TELE | $0.10 | |
| 3/11/2010 | Rigano, Nicholas C. | TELE | $0.10 | |
| 3/12/2010 | Rigano, Nicholas C. | TELE | $0.51 | |
| 3/15/2010 | Rigano, Nicholas C. | TELE | $0.10 | |
| 3/16/2010 | Kang, Christina | TELE | $0.18 | |
| 3/18/2010 | Virani, Zahir | TELE | $0.81 | |
| 3/18/2010 | Orbach, Joseph | TELE | $0.29 | |

| Date | Name | Type | Amount | |
|---|---|---|---|---|
| 3/18/2010 | Kang, Christina | TELE | $0.18 | |
| 3/22/2010 | Rigano, Nicholas C. | TELE | $0.10 | |
| 3/23/2010 | Smith, Jason | TELE | $0.10 | |
| 3/23/2010 | Smith, Jason | TELE | $0.10 | |
| 3/23/2010 | Smith, Jason | TELE | $0.10 | |
| 3/23/2010 | Smith, Jason | TELE | $0.10 | |
| 3/24/2010 | Zawadzki, Jeffrey | TELE | $0.10 | |
| 3/24/2010 | Virani, Zahir | TELE | $0.10 | |
| 3/25/2010 | Virani, Zahir | TELE | $0.10 | |
| 3/25/2010 | Virani, Zahir | TELE | $0.10 | |
| 3/26/2010 | Virani, Zahir | TELE | $0.13 | |
| 3/26/2010 | Virani, Zahir | TELE | $0.10 | |
| 3/26/2010 | Virani, Zahir | TELE | $0.10 | |
| 3/26/2010 | Virani, Zahir | TELE | $0.10 | |
| 3/30/2010 | Virani, Zahir | TELE | $0.33 | |
| 3/30/2010 | Virani, Zahir | TELE | $0.79 | |
| 3/31/2010 | Rigano, Nicholas C. | TELE | $0.19 | |
| 3/31/2010 | Virani, Zahir | TELE | $0.10 | |
| | | | $6.16 | |
| 3/9/2010 | Jarvinen, Christopher A | TRAV | $271.00 | DATE: 3/18/2010 |

**Total:**                    **$2,222.00**