**<u>Exhibit C</u>**

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 4/8/2010 | Patwardhan, Huria N. | CAR | $ 8.50 | VENDOR: HURIA PATWARDHAN; INVOICE#: 18; DATE: 4/27/2010 |
| 4/12/2010 | Hsia, David W. | CAR | $ (5.00) | Cancellation of: VENDOR: EMMET KEARY; INVOICE#: 14; DATE: 4/15/2008 |
| 4/12/2010 | Patwardhan, Huria N. | CAR | $ 7.70 | VENDOR: HURIA PATWARDHAN; INVOICE#: 18; DATE: 4/27/2010 |
| 4/27/2010 | Rigano, Nicholas C. | CAR | $ 49.29 | VENDOR: ROYAL DISPATCH SERVICES, INC.; INVOICE#: 656455; DATE: 5/7/2010 |
| 4/29/2010 | Schnitzer, Edward L. | CAR | $ 12.90 | VENDOR: PETTY CASH; INVOICE#: 051710; DATE: 5/17/2010 |
|  |  |  | $ 73.39 |  |
| 4/1/2010 |  | DUPL | $ 0.70 |  |
| 4/1/2010 |  | DUPL | $ 1.60 |  |
| 4/1/2010 |  | DUPL | $ 0.70 |  |
| 4/1/2010 |  | DUPL | $ 0.20 |  |
| 4/1/2010 |  | DUPL | $ 0.50 |  |
| 4/1/2010 |  | DUPL | $ 0.50 |  |
| 4/1/2010 |  | DUPL | $ 0.50 |  |
| 4/1/2010 |  | DUPL | $ 0.80 |  |
| 4/1/2010 |  | DUPL | $ 1.60 |  |
| 4/1/2010 |  | DUPL | $ 0.90 |  |
| 4/1/2010 |  | DUPL | $ 1.00 |  |
| 4/1/2010 |  | DUPL | $ 1.00 |  |
| 4/1/2010 |  | DUPL | $ 2.00 |  |
| 4/1/2010 |  | DUPL | $ 2.30 |  |
| 4/1/2010 |  | DUPL | $ 1.30 |  |
| 4/1/2010 |  | DUPL | $ 1.30 |  |
| 4/1/2010 |  | DUPL | $ 2.20 |  |
| 4/1/2010 |  | DUPL | $ 0.10 |  |
| 4/1/2010 |  | DUPL | $ 3.20 |  |
| 4/1/2010 |  | DUPL | $ 0.10 |  |
| 4/1/2010 |  | DUPL | $ 0.20 |  |
| 4/1/2010 |  | DUPL | $ 0.30 |  |
| 4/1/2010 |  | DUPL | $ 0.50 |  |
| 4/1/2010 |  | DUPL | $ 0.10 |  |
| 4/1/2010 |  | DUPL | $ 0.30 |  |
| 4/1/2010 |  | DUPL | $ 0.30 |  |
| 4/1/2010 |  | DUPL | $ 0.50 |  |
| 4/1/2010 |  | DUPL | $ 2.30 |  |
| 4/1/2010 |  | DUPL | $ 0.60 |  |
| 4/1/2010 |  | DUPL | $ 0.30 |  |
| 4/1/2010 |  | DUPL | $ 0.50 |  |
| 4/1/2010 |  | DUPL | $ 1.00 |  |
| 4/1/2010 |  | DUPL | $ 0.80 |  |

| Date | Type | | Amount |
|---|---|---|---|
| 4/1/2010 | DUPL | $ | 0.30 |
| 4/1/2010 | DUPL | $ | 1.30 |
| 4/1/2010 | DUPL | $ | 1.10 |
| 4/1/2010 | DUPL | $ | 0.80 |
| 4/1/2010 | DUPL | $ | 0.20 |
| 4/1/2010 | DUPL | $ | 1.30 |
| 4/1/2010 | DUPL | $ | 2.20 |
| 4/1/2010 | DUPL | $ | 0.20 |
| 4/1/2010 | DUPL | $ | 1.30 |
| 4/1/2010 | DUPL | $ | 0.60 |
| 4/1/2010 | DUPL | $ | 0.40 |
| 4/1/2010 | DUPL | $ | 1.60 |
| 4/1/2010 | DUPL | $ | 1.00 |
| 4/1/2010 | DUPL | $ | 1.20 |
| 4/1/2010 | DUPL | $ | 2.00 |
| 4/1/2010 | DUPL | $ | 0.30 |
| 4/2/2010 | DUPL | $ | 0.10 |
| 4/2/2010 | DUPL | $ | 0.20 |
| 4/2/2010 | DUPL | $ | 7.70 |
| 4/2/2010 | DUPL | $ | 1.20 |
| 4/2/2010 | DUPL | $ | 0.40 |
| 4/2/2010 | DUPL | $ | 0.10 |
| 4/2/2010 | DUPL | $ | 0.10 |
| 4/2/2010 | DUPL | $ | 0.10 |
| 4/2/2010 | DUPL | $ | 0.10 |
| 4/2/2010 | DUPL | $ | 1.90 |
| 4/2/2010 | DUPL | $ | 0.50 |
| 4/2/2010 | DUPL | $ | 1.10 |
| 4/2/2010 | DUPL | $ | 0.60 |
| 4/2/2010 | DUPL | $ | 1.00 |
| 4/2/2010 | DUPL | $ | 1.10 |
| 4/2/2010 | DUPL | $ | 0.60 |
| 4/2/2010 | DUPL | $ | 0.60 |
| 4/2/2010 | DUPL | $ | 0.30 |
| 4/2/2010 | DUPL | $ | 0.70 |
| 4/2/2010 | DUPL | $ | 0.20 |
| 4/2/2010 | DUPL | $ | 0.80 |
| 4/2/2010 | DUPL | $ | 0.80 |
| 4/2/2010 | DUPL | $ | 0.20 |
| 4/5/2010 | DUPL | $ | 0.80 |
| 4/5/2010 | DUPL | $ | 0.10 |
| 4/5/2010 | DUPL | $ | 0.80 |
| 4/5/2010 | DUPL | $ | 0.20 |
| 4/5/2010 | DUPL | $ | 0.90 |
| 4/5/2010 | DUPL | $ | 0.40 |
| 4/5/2010 | DUPL | $ | 0.80 |
| 4/5/2010 | DUPL | $ | 0.80 |

| Date | Type | | Amount |
|---|---|---|---|
| 4/5/2010 | DUPL | $ | 0.50 |
| 4/5/2010 | DUPL | $ | 1.00 |
| 4/5/2010 | DUPL | $ | 1.00 |
| 4/5/2010 | DUPL | $ | 0.10 |
| 4/5/2010 | DUPL | $ | 0.10 |
| 4/5/2010 | DUPL | $ | 1.20 |
| 4/5/2010 | DUPL | $ | 1.60 |
| 4/5/2010 | DUPL | $ | 0.90 |
| 4/5/2010 | DUPL | $ | 0.90 |
| 4/5/2010 | DUPL | $ | 0.90 |
| 4/5/2010 | DUPL | $ | 0.60 |
| 4/5/2010 | DUPL | $ | 0.60 |
| 4/5/2010 | DUPL | $ | 0.90 |
| 4/5/2010 | DUPL | $ | 0.90 |
| 4/5/2010 | DUPL | $ | 0.90 |
| 4/5/2010 | DUPL | $ | 0.60 |
| 4/5/2010 | DUPL | $ | 0.90 |
| 4/5/2010 | DUPL | $ | 1.80 |
| 4/6/2010 | DUPL | $ | 0.20 |
| 4/6/2010 | DUPL | $ | 0.10 |
| 4/6/2010 | DUPL | $ | 0.80 |
| 4/6/2010 | DUPL | $ | 0.10 |
| 4/6/2010 | DUPL | $ | 0.40 |
| 4/6/2010 | DUPL | $ | 0.20 |
| 4/6/2010 | DUPL | $ | 3.50 |
| 4/6/2010 | DUPL | $ | 0.20 |
| 4/6/2010 | DUPL | $ | 8.40 |
| 4/6/2010 | DUPL | $ | 0.10 |
| 4/6/2010 | DUPL | $ | 0.20 |
| 4/6/2010 | DUPL | $ | 0.20 |
| 4/6/2010 | DUPL | $ | 0.20 |
| 4/6/2010 | DUPL | $ | 0.20 |
| 4/6/2010 | DUPL | $ | 0.20 |
| 4/6/2010 | DUPL | $ | 0.20 |
| 4/6/2010 | DUPL | $ | 0.20 |
| 4/6/2010 | DUPL | $ | 1.00 |
| 4/6/2010 | DUPL | $ | 0.20 |
| 4/6/2010 | DUPL | $ | 0.90 |
| 4/6/2010 | DUPL | $ | 0.60 |
| 4/6/2010 | DUPL | $ | 0.90 |
| 4/6/2010 | DUPL | $ | 0.90 |
| 4/6/2010 | DUPL | $ | 0.70 |
| 4/6/2010 | DUPL | $ | 0.70 |
| 4/6/2010 | DUPL | $ | 0.90 |
| 4/6/2010 | DUPL | $ | 0.70 |
| 4/6/2010 | DUPL | $ | 0.10 |
| 4/6/2010 | DUPL | $ | 0.20 |

| Date | Type | | Amount |
|---|---|---|---|
| 4/6/2010 | DUPL | $ | 0.20 |
| 4/6/2010 | DUPL | $ | 0.10 |
| 4/7/2010 | DUPL | $ | 0.60 |
| 4/7/2010 | DUPL | $ | 1.60 |
| 4/7/2010 | DUPL | $ | 0.10 |
| 4/7/2010 | DUPL | $ | 0.20 |
| 4/7/2010 | DUPL | $ | 0.20 |
| 4/7/2010 | DUPL | $ | 0.10 |
| 4/7/2010 | DUPL | $ | 0.40 |
| 4/7/2010 | DUPL | $ | 0.10 |
| 4/7/2010 | DUPL | $ | 0.20 |
| 4/7/2010 | DUPL | $ | 0.20 |
| 4/7/2010 | DUPL | $ | 0.10 |
| 4/7/2010 | DUPL | $ | 0.40 |
| 4/7/2010 | DUPL | $ | 0.10 |
| 4/7/2010 | DUPL | $ | 0.20 |
| 4/7/2010 | DUPL | $ | 0.20 |
| 4/7/2010 | DUPL | $ | 1.70 |
| 4/7/2010 | DUPL | $ | 0.10 |
| 4/7/2010 | DUPL | $ | 2.40 |
| 4/7/2010 | DUPL | $ | 0.20 |
| 4/7/2010 | DUPL | $ | 0.40 |
| 4/8/2010 | DUPL | $ | 0.20 |
| 4/8/2010 | DUPL | $ | 0.10 |
| 4/8/2010 | DUPL | $ | 1.30 |
| 4/8/2010 | DUPL | $ | 0.10 |
| 4/8/2010 | DUPL | $ | 0.10 |
| 4/8/2010 | DUPL | $ | 0.30 |
| 4/8/2010 | DUPL | $ | 0.20 |
| 4/8/2010 | DUPL | $ | 0.40 |
| 4/8/2010 | DUPL | $ | 0.20 |
| 4/8/2010 | DUPL | $ | 0.20 |
| 4/8/2010 | DUPL | $ | 0.30 |
| 4/8/2010 | DUPL | $ | 0.40 |
| 4/8/2010 | DUPL | $ | 0.70 |
| 4/8/2010 | DUPL | $ | 0.10 |
| 4/8/2010 | DUPL | $ | 0.10 |
| 4/8/2010 | DUPL | $ | 0.20 |
| 4/8/2010 | DUPL | $ | 0.20 |
| 4/8/2010 | DUPL | $ | 0.20 |
| 4/8/2010 | DUPL | $ | 0.20 |
| 4/8/2010 | DUPL | $ | 0.20 |
| 4/8/2010 | DUPL | $ | 0.20 |
| 4/8/2010 | DUPL | $ | 0.40 |
| 4/8/2010 | DUPL | $ | 0.20 |
| 4/8/2010 | DUPL | $ | 0.20 |
| 4/8/2010 | DUPL | $ | 0.20 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 4/8/2010 | | DUPL | $ 0.20 |
| 4/8/2010 | | DUPL | $ 0.20 |
| 4/8/2010 | | DUPL | $ 0.20 |
| 4/8/2010 | | DUPL | $ 0.20 |
| 4/8/2010 | | DUPL | $ 0.20 |
| 4/8/2010 | | DUPL | $ 0.10 |
| 4/8/2010 | | DUPL | $ 0.10 |
| 4/8/2010 | | DUPL | $ 0.20 |
| 4/8/2010 | | DUPL | $ 2.40 |
| 4/8/2010 | | DUPL | $ 0.10 |
| 4/8/2010 | | DUPL | $ 0.10 |
| 4/8/2010 | | DUPL | $ 0.10 |
| 4/8/2010 | | DUPL | $ 0.10 |
| 4/8/2010 | | DUPL | $ 0.20 |
| 4/8/2010 | | DUPL | $ 3.40 |
| 4/8/2010 | | DUPL | $ 4.90 |
| 4/8/2010 | | DUPL | $ 3.60 |
| 4/8/2010 | | DUPL | $ 4.50 |
| 4/9/2010 | Indelicato, Mark S | DUPL | $ 16.50 |
| 4/9/2010 | | DUPL | $ 0.10 |
| 4/9/2010 | | DUPL | $ 0.10 |
| 4/9/2010 | | DUPL | $ 0.10 |
| 4/9/2010 | | DUPL | $ 0.10 |
| 4/9/2010 | | DUPL | $ 0.10 |
| 4/9/2010 | | DUPL | $ 0.10 |
| 4/9/2010 | | DUPL | $ 0.10 |
| 4/9/2010 | | DUPL | $ 0.10 |
| 4/9/2010 | | DUPL | $ 0.10 |
| 4/9/2010 | | DUPL | $ 0.20 |
| 4/9/2010 | | DUPL | $ 0.10 |
| 4/9/2010 | | DUPL | $ 0.20 |
| 4/9/2010 | | DUPL | $ 0.10 |
| 4/9/2010 | | DUPL | $ 0.10 |
| 4/9/2010 | | DUPL | $ 0.10 |
| 4/9/2010 | | DUPL | $ 1.00 |
| 4/9/2010 | | DUPL | $ 1.00 |
| 4/9/2010 | | DUPL | $ 0.40 |
| 4/9/2010 | | DUPL | $ 0.10 |
| 4/12/2010 | | DUPL | $ 0.20 |
| 4/12/2010 | | DUPL | $ 0.20 |
| 4/12/2010 | | DUPL | $ 0.20 |
| 4/12/2010 | | DUPL | $ 0.20 |
| 4/12/2010 | | DUPL | $ 0.20 |
| 4/12/2010 | | DUPL | $ 0.20 |
| 4/12/2010 | | DUPL | $ 0.20 |
| 4/12/2010 | | DUPL | $ 0.20 |

| Date | Type | | Amount |
|---|---|---|---|
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.80 |
| 4/12/2010 | DUPL | $ | 1.20 |
| 4/12/2010 | DUPL | $ | 0.40 |
| 4/12/2010 | DUPL | $ | 0.60 |
| 4/12/2010 | DUPL | $ | 0.60 |
| 4/12/2010 | DUPL | $ | 0.40 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.40 |
| 4/12/2010 | DUPL | $ | 0.80 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.40 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.40 |
| 4/12/2010 | DUPL | $ | 0.40 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.40 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.10 |

| Date | Type | | Amount |
|---|---|---|---|
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.40 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.40 |
| 4/12/2010 | DUPL | $ | 0.30 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.40 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.50 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.40 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.70 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.40 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.40 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |

| Date | Type | | Amount |
|---|---|---|---|
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.40 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.40 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.40 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.40 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.40 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.40 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.40 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.40 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |

| Date | Type | | Amount |
|---|---|---|---|
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.40 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.10 |
| 4/12/2010 | DUPL | $ | 0.30 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/12/2010 | DUPL | $ | 0.20 |
| 4/13/2010 | DUPL | $ | 3.40 |
| 4/13/2010 | DUPL | $ | 0.10 |
| 4/13/2010 | DUPL | $ | 0.10 |
| 4/13/2010 | DUPL | $ | 0.10 |
| 4/13/2010 | DUPL | $ | 0.10 |
| 4/14/2010 | DUPL | $ | 0.10 |
| 4/14/2010 | DUPL | $ | 0.10 |
| 4/14/2010 | DUPL | $ | 0.10 |
| 4/14/2010 | DUPL | $ | 0.10 |
| 4/14/2010 | DUPL | $ | 0.10 |
| 4/14/2010 | DUPL | $ | 0.20 |
| 4/14/2010 | DUPL | $ | 0.20 |
| 4/14/2010 | DUPL | $ | 0.30 |
| 4/14/2010 | DUPL | $ | 0.60 |
| 4/14/2010 | DUPL | $ | 0.50 |
| 4/14/2010 | DUPL | $ | 0.20 |
| 4/14/2010 | DUPL | $ | 0.60 |
| 4/14/2010 | DUPL | $ | 0.20 |
| 4/14/2010 | DUPL | $ | 0.10 |
| 4/14/2010 | DUPL | $ | 1.60 |
| 4/14/2010 | DUPL | $ | 2.30 |
| 4/14/2010 | DUPL | $ | 12.20 |
| 4/14/2010 | DUPL | $ | 0.70 |
| 4/14/2010 | DUPL | $ | 0.70 |
| 4/14/2010 | DUPL | $ | 0.60 |
| 4/14/2010 | DUPL | $ | 0.70 |
| 4/14/2010 | DUPL | $ | 0.30 |
| 4/14/2010 | DUPL | $ | 2.80 |

| Date | Name | Type | | Amount |
|---|---|---|---|---|
| 4/14/2010 | | DUPL | $ | 2.40 |
| 4/14/2010 | | DUPL | $ | 4.10 |
| 4/14/2010 | | DUPL | $ | 0.90 |
| 4/14/2010 | | DUPL | $ | 3.80 |
| 4/14/2010 | | DUPL | $ | 1.60 |
| 4/14/2010 | | DUPL | $ | 5.10 |
| 4/14/2010 | | DUPL | $ | 1.10 |
| 4/14/2010 | | DUPL | $ | 0.50 |
| 4/15/2010 | Zawadzki, Jeffrey | DUPL | $ | 2.20 |
| 4/15/2010 | | DUPL | $ | 0.20 |
| 4/15/2010 | | DUPL | $ | 0.50 |
| 4/15/2010 | | DUPL | $ | 1.20 |
| 4/15/2010 | | DUPL | $ | 1.00 |
| 4/15/2010 | | DUPL | $ | 0.10 |
| 4/15/2010 | | DUPL | $ | 0.10 |
| 4/15/2010 | | DUPL | $ | 0.10 |
| 4/15/2010 | | DUPL | $ | 0.10 |
| 4/15/2010 | | DUPL | $ | 0.20 |
| 4/15/2010 | | DUPL | $ | 0.10 |
| 4/15/2010 | | DUPL | $ | 2.90 |
| 4/15/2010 | | DUPL | $ | 0.60 |
| 4/15/2010 | | DUPL | $ | 0.20 |
| 4/15/2010 | | DUPL | $ | 0.10 |
| 4/15/2010 | | DUPL | $ | 0.40 |
| 4/15/2010 | | DUPL | $ | 0.20 |
| 4/15/2010 | | DUPL | $ | 3.50 |
| 4/15/2010 | | DUPL | $ | 0.60 |
| 4/15/2010 | | DUPL | $ | 0.30 |
| 4/15/2010 | | DUPL | $ | 0.20 |
| 4/15/2010 | | DUPL | $ | 0.20 |
| 4/15/2010 | | DUPL | $ | 0.20 |
| 4/15/2010 | | DUPL | $ | 0.20 |
| 4/15/2010 | | DUPL | $ | 0.10 |
| 4/16/2010 | | DUPL | $ | 0.70 |
| 4/16/2010 | | DUPL | $ | 0.20 |
| 4/16/2010 | | DUPL | $ | 0.50 |
| 4/16/2010 | | DUPL | $ | 0.20 |
| 4/16/2010 | | DUPL | $ | 0.20 |
| 4/16/2010 | | DUPL | $ | 1.10 |
| 4/17/2010 | | DUPL | $ | 0.20 |
| 4/17/2010 | | DUPL | $ | 2.40 |
| 4/17/2010 | | DUPL | $ | 0.30 |
| 4/17/2010 | | DUPL | $ | 4.80 |
| 4/17/2010 | | DUPL | $ | 1.00 |
| 4/17/2010 | | DUPL | $ | 1.10 |
| 4/18/2010 | | DUPL | $ | 0.10 |

| Date | Name | Type | | Amount |
|---|---|---|---|---|
| 4/18/2010 | | DUPL | $ | 4.10 |
| 4/18/2010 | | DUPL | $ | 1.40 |
| 4/18/2010 | | DUPL | $ | 2.20 |
| 4/18/2010 | | DUPL | $ | 0.60 |
| 4/18/2010 | | DUPL | $ | 1.60 |
| 4/18/2010 | | DUPL | $ | 0.70 |
| 4/18/2010 | | DUPL | $ | 0.70 |
| 4/18/2010 | | DUPL | $ | 0.20 |
| 4/18/2010 | | DUPL | $ | 0.10 |
| 4/18/2010 | | DUPL | $ | 2.80 |
| 4/18/2010 | | DUPL | $ | 2.10 |
| 4/18/2010 | | DUPL | $ | 1.70 |
| 4/19/2010 | | DUPL | $ | 0.40 |
| 4/19/2010 | | DUPL | $ | 6.10 |
| 4/19/2010 | | DUPL | $ | 0.10 |
| 4/19/2010 | | DUPL | $ | 2.30 |
| 4/20/2010 | Schnitzer, Edward L. | DUPL | $ | 0.20 |
| 4/20/2010 | | DUPL | $ | 2.60 |
| 4/20/2010 | | DUPL | $ | 3.10 |
| 4/20/2010 | | DUPL | $ | 1.70 |
| 4/20/2010 | | DUPL | $ | 2.40 |
| 4/21/2010 | | DUPL | $ | 0.50 |
| 4/21/2010 | | DUPL | $ | 0.30 |
| 4/21/2010 | | DUPL | $ | 3.70 |
| 4/21/2010 | | DUPL | $ | 3.20 |
| 4/21/2010 | | DUPL | $ | 0.70 |
| 4/21/2010 | | DUPL | $ | 0.60 |
| 4/21/2010 | | DUPL | $ | 0.40 |
| 4/21/2010 | | DUPL | $ | 0.20 |
| 4/21/2010 | | DUPL | $ | 1.50 |
| 4/22/2010 | | DUPL | $ | 0.30 |
| 4/22/2010 | | DUPL | $ | 0.30 |
| 4/22/2010 | | DUPL | $ | 1.20 |
| 4/22/2010 | | DUPL | $ | 1.80 |
| 4/22/2010 | | DUPL | $ | 0.10 |
| 4/23/2010 | | DUPL | $ | 0.20 |
| 4/23/2010 | | DUPL | $ | 0.20 |
| 4/23/2010 | | DUPL | $ | 0.10 |
| 4/23/2010 | | DUPL | $ | 0.10 |
| 4/23/2010 | | DUPL | $ | 0.10 |
| 4/23/2010 | | DUPL | $ | 0.20 |
| 4/23/2010 | | DUPL | $ | 0.10 |
| 4/23/2010 | | DUPL | $ | 1.20 |
| 4/23/2010 | | DUPL | $ | 0.70 |
| 4/23/2010 | | DUPL | $ | 0.20 |
| 4/23/2010 | | DUPL | $ | 0.70 |

| Date | Type | | Amount |
|---|---|---|---|
| 4/24/2010 | DUPL | $ | 0.80 |
| 4/24/2010 | DUPL | $ | 1.40 |
| 4/24/2010 | DUPL | $ | 3.00 |
| 4/24/2010 | DUPL | $ | 0.70 |
| 4/25/2010 | DUPL | $ | 3.20 |
| 4/25/2010 | DUPL | $ | 1.40 |
| 4/25/2010 | DUPL | $ | 1.30 |
| 4/25/2010 | DUPL | $ | 1.90 |
| 4/25/2010 | DUPL | $ | 0.70 |
| 4/25/2010 | DUPL | $ | 1.40 |
| 4/26/2010 | DUPL | $ | 2.80 |
| 4/26/2010 | DUPL | $ | 0.20 |
| 4/26/2010 | DUPL | $ | 0.50 |
| 4/26/2010 | DUPL | $ | 0.20 |
| 4/26/2010 | DUPL | $ | 0.10 |
| 4/26/2010 | DUPL | $ | 0.10 |
| 4/26/2010 | DUPL | $ | 0.20 |
| 4/26/2010 | DUPL | $ | 0.70 |
| 4/26/2010 | DUPL | $ | 1.30 |
| 4/26/2010 | DUPL | $ | 0.30 |
| 4/26/2010 | DUPL | $ | 1.30 |
| 4/26/2010 | DUPL | $ | 1.30 |
| 4/26/2010 | DUPL | $ | 0.10 |
| 4/27/2010 | DUPL | $ | 0.30 |
| 4/27/2010 | DUPL | $ | 0.30 |
| 4/27/2010 | DUPL | $ | 0.30 |
| 4/27/2010 | DUPL | $ | 2.60 |
| 4/27/2010 | DUPL | $ | 1.00 |
| 4/27/2010 | DUPL | $ | 1.10 |
| 4/27/2010 | DUPL | $ | 2.90 |
| 4/27/2010 | DUPL | $ | 0.10 |
| 4/28/2010 | DUPL | $ | 0.40 |
| 4/28/2010 | DUPL | $ | 0.80 |
| 4/28/2010 | DUPL | $ | 1.80 |
| 4/28/2010 | DUPL | $ | 4.20 |
| 4/28/2010 | DUPL | $ | 2.00 |
| 4/28/2010 | DUPL | $ | 0.70 |
| 4/28/2010 | DUPL | $ | 0.10 |
| 4/28/2010 | DUPL | $ | 0.20 |
| 4/28/2010 | DUPL | $ | 0.20 |
| 4/28/2010 | DUPL | $ | 0.30 |
| 4/28/2010 | DUPL | $ | 0.10 |
| 4/28/2010 | DUPL | $ | 0.10 |
| 4/28/2010 | DUPL | $ | 0.10 |
| 4/28/2010 | DUPL | $ | 0.30 |
| 4/28/2010 | DUPL | $ | 2.60 |
| 4/28/2010 | DUPL | $ | 1.80 |

| Date | | Type | | Amount | Description |
|---|---|---|---|---|---|
| 4/28/2010 | | DUPL | $ | 0.10 | |
| 4/28/2010 | | DUPL | $ | 1.50 | |
| 4/28/2010 | | DUPL | $ | 1.80 | |
| 4/28/2010 | | DUPL | $ | 1.10 | |
| 4/29/2010 | | DUPL | $ | 0.30 | |
| 4/29/2010 | | DUPL | $ | 0.10 | |
| 4/29/2010 | | DUPL | $ | 0.10 | |
| 4/29/2010 | | DUPL | $ | 2.10 | |
| 4/29/2010 | | DUPL | $ | 0.40 | |
| 4/29/2010 | | DUPL | $ | 0.20 | |
| 4/29/2010 | | DUPL | $ | 0.20 | |
| 4/29/2010 | | DUPL | $ | 2.10 | |
| 4/29/2010 | | DUPL | $ | 2.10 | |
| 4/29/2010 | | DUPL | $ | 4.00 | |
| 4/29/2010 | | DUPL | $ | 2.00 | |
| 4/30/2010 | | DUPL | $ | 4.60 | |
| 4/30/2010 | | DUPL | $ | 1.40 | |
| 4/30/2010 | | DUPL | $ | 0.90 | |
| 4/30/2010 | | DUPL | $ | 0.40 | |
| 4/30/2010 | | DUPL | $ | 0.10 | |
| 4/30/2010 | | DUPL | $ | 0.20 | |
| 4/30/2010 | | DUPL | $ | 0.20 | |
| 4/30/2010 | | DUPL | $ | 0.50 | |
| 4/30/2010 | | DUPL | $ | 0.10 | |
| 4/30/2010 | | DUPL | $ | 0.20 | |
| 4/30/2010 | | DUPL | $ | 0.20 | |
| 4/30/2010 | | DUPL | $ | 0.20 | |
| 4/30/2010 | | DUPL | $ | 0.80 | |
| 4/30/2010 | | DUPL | $ | 0.20 | |
| 4/30/2010 | | DUPL | $ | 0.40 | |
| 4/30/2010 | | DUPL | $ | 0.10 | |
| 4/30/2010 | | DUPL | $ | 0.50 | |
| 4/30/2010 | | DUPL | $ | 15.20 | |
| 4/30/2010 | | DUPL | $ | 2.00 | |
| 4/30/2010 | | DUPL | $ | 0.20 | |
| 4/30/2010 | | DUPL | $ | 1.80 | |
| 4/30/2010 | | DUPL | $ | 1.80 | |
| 4/30/2010 | | DUPL | $ | 1.80 | |
| 4/30/2010 | | DUPL | $ | 1.20 | |
| 4/30/2010 | | DUPL | $ | 3.90 | |
| | | | $ | 443.10 | |
| 4/1/2010 | Malatak, Robert J. | LEXI | $ | 20.78 | VENDOR: LEXIS - NEXIS; INVOICE#: 1004050295; DATE: 4/30/2010 |
| 4/5/2010 | Kang, Christina | LEXI | $ | 203.93 | VENDOR: LEXIS - NEXIS; INVOICE#: 1004050295; DATE: 4/30/2010 |

| Date | Name | Type | Amount | Description |
|---|---|---|---:|---|
| 4/6/2010 | Power, Mark | LEXI | $ 5.62 | VENDOR: LEXIS - NEXIS; INVOICE#: 1004050295; DATE: 4/30/2010 |
| 4/21/2010 | Rigano, Nicholas C. | LEXI | $ 11.48 | VENDOR: LEXIS - NEXIS; INVOICE#: 1004050295; DATE: 4/30/2010 |
| 4/24/2010 | Virani, Zahir | LEXI | $ 9.92 | VENDOR: LEXIS - NEXIS; INVOICE#: 1004050295; DATE: 4/30/2010 |
| 4/27/2010 | Zawadzki, Jeffrey | LEXI | $ 1.77 | VENDOR: LEXIS - NEXIS; INVOICE#: 1004050295; DATE: 4/30/2010 |
| 4/28/2010 | Kang, Christina | LEXI | $ 20.18 | VENDOR: LEXIS - NEXIS; INVOICE#: 1004050295; DATE: 4/30/2010 |
| 4/29/2010 | Schnitzer, Edward L. | LEXI | $ 0.89 | VENDOR: LEXIS - NEXIS; INVOICE#: 1004050295; DATE: 4/30/2010 |
| | | | $ 274.57 | |
| 4/6/2010 | Indelicato, Mark S | MEAL | $ 14.86 | VENDOR: INDELICATO; INVOICE#: 44; DATE: 4/26/2010 |
| 4/7/2010 | Schnitzer, Edward L. | MEAL | $ 16.78 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 664093; DATE: 4/11/2010 |
| 4/12/2010 | Indelicato, Mark S | MEAL | $ (10.77) | Cancellation of: VENDOR: INDELICATO; INVOICE#: 24; DATE: 11/21/2008 |
| 4/12/2010 | Divack, Joshua I | MEAL | $ (42.93) | Cancellation of: VENDOR: DIVACK, JOSHUA I.; INVOICE#: 2; DATE: 2/25/2008 |
| 4/12/2010 | Hsia, David W. | MEAL | $ (14.30) | Cancellation of: VENDOR: EMMET KEARY; INVOICE#: 14; DATE: 4/15/2008 |
| 4/12/2010 | Hsia, David W. | MEAL | $ (7.59) | Cancellation of: VENDOR: EMMET KEARY; INVOICE#: 14; DATE: 4/15/2008 |
| 4/12/2010 | Hsia, David W. | MEAL | $ (11.60) | Cancellation of: VENDOR: EMMET KEARY; INVOICE#: 14; DATE: 4/15/2008 |
| 4/13/2010 | Indelicato, Mark S | MEAL | $ 7.75 | VENDOR: INDELICATO; INVOICE#: 44; DATE: 4/26/2010 |
| 4/15/2010 | Indelicato, Mark S | MEAL | $ 17.36 | VENDOR: INDELICATO; INVOICE#: 44; DATE: 4/26/2010 |
| 4/18/2010 | Virani, Zahir | MEAL | $ 23.81 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 667921; DATE: 4/18/2010 |
| 4/25/2010 | Virani, Zahir | MEAL | $ 21.58 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 669134; DATE: 4/25/2010 |
| 4/27/2010 | Virani, Zahir | MEAL | $ 22.03 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 674655; DATE: 5/2/2010 |
| 4/27/2010 | Indelicato, Mark S | MEAL | $ 16.51 | VENDOR: INDELICATO; INVOICE#: 45; DATE: 5/24/2010 |
| 4/27/2010 | Indelicato, Mark S | MEAL | $ 11.89 | VENDOR: INDELICATO; INVOICE#: 45; DATE: 5/24/2010 |
| | | | $ 65.38 | |

| Date | Name | Type | Amount | Description |
|---|---|---|---|---|
| 4/12/2010 | Kang, Christina | ODEL | $ 14.02 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 7-075-94261; DATE: 5/3/2010 |
| 4/20/2010 | Kang, Christina | ODEL | $ 7.89 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 7-075-94261; DATE: 5/3/2010 |
| 4/30/2010 | Kang, Christina | ODEL | $ 16.69 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 7-091-71047; DATE: 5/17/2010 |
| 4/30/2010 | Kang, Christina | ODEL | $ 15.14 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 7-091-71047; DATE: 5/17/2010 |
| | | | $ 53.74 | |
| 4/6/2010 | Virani, Zahir | POST | $ 2.07 | |
| 4/7/2010 | Schnitzer, Edward L. | POST | $ 7.32 | |
| 4/16/2010 | Zawadzki, Jeffrey | POST | $ 1.56 | |
| | | | $ 10.95 | |
| 4/1/2010 | Power, Mark | SEAR | $ 0.72 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302010; DATE: 6/30/2010 |
| 4/20/2010 | Power, Mark | SEAR | $ 1.84 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302010; DATE: 6/30/2010 |
| | | | $ 2.56 | |
| 4/6/2010 | Schnitzer, Edward L. | TELCON | $ 65.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 59; DATE: 4/6/2010 |
| 4/14/2010 | Kang, Christina | TELCON | $ 10.17 | VENDOR: AMERICAN EXPRESS; INVOICE#: 060210; DATE: 6/2/2010 |
| 4/15/2010 | Indelicato, Mark S | TELCON | $ 52.94 | VENDOR: AMERICAN EXPRESS; INVOICE#: 060210; DATE: 6/2/2010 |
| 4/27/2010 | Indelicato, Mark S | TELCON | $ 30.00 | VENDOR: INDELICATO; INVOICE#: 45; DATE: 5/24/2010 |
| 4/27/2010 | Schnitzer, Edward L. | TELCON | $ 13.21 | VENDOR: AMERICAN EXPRESS; INVOICE#: 060210; DATE: 6/2/2010 |
| | | | $ 171.32 | |
| 4/1/2010 | Virani, Zahir | TELE | $ 0.10 | 1-410-773-4016 |
| 4/1/2010 | Virani, Zahir | TELE | $ 0.23 | 1-704-366-9129 |
| 4/1/2010 | Indelicato, Mark S | TELE | $ 0.54 | |
| 4/2/2010 | Craner, Katherine G. | TELE | $ 0.10 | 1-520-721-1900 |

| Date | Name | Type | | Amount | Number |
|---|---|---|---|---|---|
| 4/2/2010 | Jarvinen, Christopher A. | TELE | $ | 1.10 | |
| 4/5/2010 | Rigano, Nicholas C. | TELE | $ | 0.10 | 1-215-751-2526 |
| 4/5/2010 | Indelicato, Mark S | TELE | $ | 0.10 | |
| 4/5/2010 | Schnitzer, Edward L. | TELE | $ | 0.85 | |
| 4/5/2010 | Schnitzer, Edward L. | TELE | $ | 0.10 | |
| 4/6/2010 | Virani, Zahir | TELE | $ | 0.10 | 1-410-773-4016 |
| 4/6/2010 | Virani, Zahir | TELE | $ | 0.11 | 1-302-888-5848 |
| 4/6/2010 | McCahey, John P | TELE | $ | 0.10 | |
| 4/6/2010 | Schnitzer, Edward L. | TELE | $ | 0.10 | |
| 4/6/2010 | Schnitzer, Edward L. | TELE | $ | 0.44 | |
| 4/6/2010 | Indelicato, Mark S | TELE | $ | 26.00 | VENDOR: INDELICATO; INVOICE#: 47; DATE: 7/28/2010 |
| 4/7/2010 | Rigano, Nicholas C. | TELE | $ | 0.10 | 1-215-751-2526 |
| 4/7/2010 | Indelicato, Mark S | TELE | $ | 0.32 | |
| 4/7/2010 | Schnitzer, Edward L. | TELE | $ | 1.23 | |
| 4/7/2010 | Schnitzer, Edward L. | TELE | $ | 0.10 | |
| 4/8/2010 | Virani, Zahir | TELE | $ | 0.52 | 1-302-888-5848 |
| 4/9/2010 | Zawadzki, Jeffrey | TELE | $ | 1.22 | 1-302-884-6581 |
| 4/9/2010 | Schnitzer, Edward L. | TELE | $ | 1.04 | |
| 4/12/2010 | Rigano, Nicholas C. | TELE | $ | 0.10 | 1-410-773-4016 |
| 4/12/2010 | Patwardhan, Huria N. | TELE | $ | 0.10 | 1-516-880-7294 |
| 4/12/2010 | Kang, Christina | TELE | $ | 0.10 | 1-302-425-6404 |
| 4/12/2010 | Rigano, Nicholas C. | TELE | $ | 0.10 | 1-410-773-4016 |
| 4/12/2010 | Patwardhan, Huria N. | TELE | $ | 0.10 | 1-516-880-7294 |

| Date | Name | Type | Amount | Number |
|---|---|---|---|---|
| 4/12/2010 | Kang, Christina | TELE | $ 0.10 | 1-302-425-6404 |
| 4/12/2010 | Indelicato, Mark S | TELE | $ 0.10 | |
| 4/12/2010 | Schnitzer, Edward L. | TELE | $ 0.10 | |
| 4/13/2010 | Rigano, Nicholas C. | TELE | $ 0.10 | 1-703-712-5481 |
| 4/13/2010 | Rigano, Nicholas C. | TELE | $ 0.10 | 1-703-712-5481 |
| 4/13/2010 | Indelicato, Mark S | TELE | $ 0.10 | |
| 4/14/2010 | Smith, Jason | TELE | $ 0.44 | 1-435-632-1136 |
| 4/14/2010 | Indelicato, Mark S | TELE | $ 0.10 | |
| 4/14/2010 | Schnitzer, Edward L. | TELE | $ 0.10 | |
| 4/16/2010 | Schnitzer, Edward L. | TELE | $ 0.83 | |
| 4/19/2010 | Rigano, Nicholas C. | TELE | $ 0.10 | 1-703-712-5481 |
| 4/19/2010 | Kang, Christina | TELE | $ 0.14 | 1-410-967-1066 |
| 4/19/2010 | McCahey, John P | TELE | $ 0.10 | |
| 4/22/2010 | Indelicato, Mark S | TELE | $ 0.39 | |
| 4/23/2010 | Indelicato, Mark S | TELE | $ 0.59 | |
| 4/23/2010 | Schnitzer, Edward L. | TELE | $ 0.26 | |
| 4/26/2010 | McCahey, John P | TELE | $ 0.69 | |
| 4/27/2010 | Indelicato, Mark S | TELE | $ 0.38 | |
| 4/28/2010 | Zawadzki, Jeffrey | TELE | $ 0.94 | 1-312-341-9400 |
| 4/28/2010 | Schnitzer, Edward L. | TELE | $ 0.30 | |
| 4/29/2010 | Zawadzki, Jeffrey | TELE | $ 0.10 | 1-847-721-9349 |
| 4/29/2010 | Kang, Christina | TELE | $ 0.17 | 1-302-425-6404 |
| 4/29/2010 | Kang, Christina | TELE | $ 0.35 | 1-410-773-4016 |

| Date | Name | Type | Amount | Description |
|---|---|---|---:|---|
| 4/29/2010 | Schnitzer, Edward L. | TELE | $ 0.10 | |
| 4/29/2010 | Schnitzer, Edward L. | TELE | $ 1.17 | |
| 4/30/2010 | Backenroth, Gilbert | TELE | $ 1.12 | |
| | | | $ 44.07 | |
| 4/6/2010 | Indelicato, Mark S | TRAV | $ 243.00 | VENDOR: INDELICATO; INVOICE#: 44; DATE: 4/26/2010 |
| 4/12/2010 | Indelicato, Mark S | TRAV | $ (253.00) | Cancellation of: VENDOR: INDELICATO; INVOICE#: 22; DATE: 10/22/2008 |
| 4/27/2010 | Schnitzer, Edward L. | TRAV | $ 213.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 61; DATE: 4/28/2010 |
| | | | $ 203.00 | |
| 4/9/2010 | Indelicato, Mark S | VELO | $ 2.75 | |
| | | | $ 1,344.83 | |