**Exhibit C**

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 5/6/2010 | Zawadzki, Jeffrey | CAR | $ 58.21 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 617561; DATE: 5/15/2010 |
| 5/11/2010 | Schnitzer, Edward L. | CAR | $ 16.20 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 62; DATE: 5/11/2010 |
| 5/12/2010 | Zawadzki, Jeffrey | CAR | $ 62.64 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 619009; DATE: 5/31/2010 |
| 5/13/2010 | Zawadzki, Jeffrey | CAR | $ 62.64 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 619009; DATE: 5/31/2010 |
| 5/18/2010 | Rigano, Nicholas C. | CAR | $ 49.29 | VENDOR: ROYAL DISPATCH SERVICES, INC.; INVOICE#: 657193; DATE: 5/28/2010 |
| 5/20/2010 | Zawadzki, Jeffrey | CAR | $ 62.64 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 619009; DATE: 5/31/2010 |
| 5/24/2010 | Zawadzki, Jeffrey | CAR | $ 62.64 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 619009; DATE: 5/31/2010 |
| | | | $ 374.26 | |
| 5/3/2010 | | DUPL | $ 0.40 | |
| 5/3/2010 | | DUPL | $ 0.60 | |
| 5/3/2010 | | DUPL | $ 2.70 | |
| 5/3/2010 | | DUPL | $ 0.30 | |
| 5/3/2010 | | DUPL | $ 0.10 | |
| 5/3/2010 | | DUPL | $ 0.20 | |
| 5/3/2010 | | DUPL | $ 0.10 | |
| 5/3/2010 | | DUPL | $ 0.20 | |
| 5/3/2010 | | DUPL | $ 0.40 | |
| 5/3/2010 | | DUPL | $ 0.20 | |
| 5/3/2010 | | DUPL | $ 0.20 | |
| 5/3/2010 | | DUPL | $ 0.10 | |
| 5/3/2010 | | DUPL | $ 0.10 | |
| 5/3/2010 | | DUPL | $ 0.40 | |
| 5/3/2010 | | DUPL | $ 0.40 | |
| 5/3/2010 | | DUPL | $ 0.10 | |
| 5/3/2010 | | DUPL | $ 0.10 | |
| 5/3/2010 | | DUPL | $ 0.20 | |
| 5/3/2010 | | DUPL | $ 0.20 | |
| 5/3/2010 | | DUPL | $ 0.10 | |
| 5/3/2010 | | DUPL | $ 0.10 | |
| 5/3/2010 | | DUPL | $ 0.40 | |
| 5/3/2010 | | DUPL | $ 0.20 | |
| 5/3/2010 | | DUPL | $ 0.20 | |
| 5/3/2010 | | DUPL | $ 0.10 | |
| 5/3/2010 | | DUPL | $ 0.20 | |
| 5/3/2010 | | DUPL | $ 0.10 | |

| Date | Type | | Amount |
|---|---|---|---|
| 5/3/2010 | DUPL | $ | 0.20 |
| 5/3/2010 | DUPL | $ | 0.10 |
| 5/3/2010 | DUPL | $ | 0.40 |
| 5/3/2010 | DUPL | $ | 2.00 |
| 5/3/2010 | DUPL | $ | 2.20 |
| 5/3/2010 | DUPL | $ | 0.40 |
| 5/3/2010 | DUPL | $ | 0.10 |
| 5/3/2010 | DUPL | $ | 0.10 |
| 5/3/2010 | DUPL | $ | 0.10 |
| 5/3/2010 | DUPL | $ | 0.10 |
| 5/3/2010 | DUPL | $ | 0.20 |
| 5/3/2010 | DUPL | $ | 0.20 |
| 5/3/2010 | DUPL | $ | 0.40 |
| 5/3/2010 | DUPL | $ | 0.40 |
| 5/3/2010 | DUPL | $ | 0.40 |
| 5/3/2010 | DUPL | $ | 0.10 |
| 5/3/2010 | DUPL | $ | 0.20 |
| 5/4/2010 | DUPL | $ | 0.40 |
| 5/4/2010 | DUPL | $ | 2.20 |
| 5/4/2010 | DUPL | $ | 4.80 |
| 5/4/2010 | DUPL | $ | 3.50 |
| 5/4/2010 | DUPL | $ | 0.10 |
| 5/4/2010 | DUPL | $ | 0.10 |
| 5/4/2010 | DUPL | $ | 0.10 |
| 5/4/2010 | DUPL | $ | 0.10 |
| 5/4/2010 | DUPL | $ | 0.20 |
| 5/4/2010 | DUPL | $ | 0.10 |
| 5/4/2010 | DUPL | $ | 0.40 |
| 5/4/2010 | DUPL | $ | 0.20 |
| 5/4/2010 | DUPL | $ | 0.20 |
| 5/4/2010 | DUPL | $ | 0.10 |
| 5/4/2010 | DUPL | $ | 0.10 |
| 5/4/2010 | DUPL | $ | 0.40 |
| 5/4/2010 | DUPL | $ | 0.40 |
| 5/4/2010 | DUPL | $ | 0.10 |
| 5/4/2010 | DUPL | $ | 0.10 |
| 5/4/2010 | DUPL | $ | 0.20 |
| 5/4/2010 | DUPL | $ | 0.20 |
| 5/4/2010 | DUPL | $ | 0.20 |
| 5/4/2010 | DUPL | $ | 1.00 |
| 5/4/2010 | DUPL | $ | 4.40 |
| 5/4/2010 | DUPL | $ | 0.10 |
| 5/4/2010 | DUPL | $ | 0.10 |
| 5/4/2010 | DUPL | $ | 0.10 |
| 5/4/2010 | DUPL | $ | 0.40 |
| 5/4/2010 | DUPL | $ | 0.40 |
| 5/4/2010 | DUPL | $ | 0.10 |

| Date | Type | | Amount |
|---|---|---|---|
| 5/4/2010 | DUPL | $ | 0.10 |
| 5/4/2010 | DUPL | $ | 0.20 |
| 5/4/2010 | DUPL | $ | 0.20 |
| 5/4/2010 | DUPL | $ | 0.10 |
| 5/4/2010 | DUPL | $ | 0.20 |
| 5/4/2010 | DUPL | $ | 0.20 |
| 5/4/2010 | DUPL | $ | 0.20 |
| 5/4/2010 | DUPL | $ | 0.20 |
| 5/4/2010 | DUPL | $ | 0.20 |
| 5/4/2010 | DUPL | $ | 0.10 |
| 5/5/2010 | DUPL | $ | 0.20 |
| 5/5/2010 | DUPL | $ | 0.20 |
| 5/5/2010 | DUPL | $ | 0.10 |
| 5/5/2010 | DUPL | $ | 0.20 |
| 5/5/2010 | DUPL | $ | 0.40 |
| 5/5/2010 | DUPL | $ | 0.10 |
| 5/5/2010 | DUPL | $ | 0.10 |
| 5/5/2010 | DUPL | $ | 0.20 |
| 5/5/2010 | DUPL | $ | 0.20 |
| 5/5/2010 | DUPL | $ | 0.10 |
| 5/5/2010 | DUPL | $ | 0.20 |
| 5/5/2010 | DUPL | $ | 0.20 |
| 5/5/2010 | DUPL | $ | 0.20 |
| 5/5/2010 | DUPL | $ | 0.10 |
| 5/5/2010 | DUPL | $ | 0.20 |
| 5/5/2010 | DUPL | $ | 0.10 |
| 5/5/2010 | DUPL | $ | 0.40 |
| 5/5/2010 | DUPL | $ | 0.20 |
| 5/5/2010 | DUPL | $ | 0.20 |
| 5/5/2010 | DUPL | $ | 0.20 |
| 5/5/2010 | DUPL | $ | 1.80 |
| 5/5/2010 | DUPL | $ | 1.80 |
| 5/5/2010 | DUPL | $ | 0.90 |
| 5/5/2010 | DUPL | $ | 1.30 |
| 5/5/2010 | DUPL | $ | 0.70 |
| 5/5/2010 | DUPL | $ | 0.90 |
| 5/5/2010 | DUPL | $ | 1.30 |
| 5/5/2010 | DUPL | $ | 1.10 |
| 5/5/2010 | DUPL | $ | 0.90 |
| 5/5/2010 | DUPL | $ | 0.40 |
| 5/5/2010 | DUPL | $ | 0.50 |
| 5/5/2010 | DUPL | $ | 0.10 |
| 5/5/2010 | DUPL | $ | 2.40 |
| 5/6/2010 | DUPL | $ | 1.80 |
| 5/6/2010 | DUPL | $ | 1.20 |
| 5/6/2010 | DUPL | $ | 0.40 |
| 5/6/2010 | DUPL | $ | 0.50 |

| Date | Type | | Amount |
|---|---|---|---|
| 5/6/2010 | DUPL | $ | 0.10 |
| 5/6/2010 | DUPL | $ | 2.30 |
| 5/6/2010 | DUPL | $ | 0.50 |
| 5/6/2010 | DUPL | $ | 0.10 |
| 5/6/2010 | DUPL | $ | 0.10 |
| 5/6/2010 | DUPL | $ | 0.10 |
| 5/6/2010 | DUPL | $ | 0.10 |
| 5/6/2010 | DUPL | $ | 0.20 |
| 5/6/2010 | DUPL | $ | 0.20 |
| 5/6/2010 | DUPL | $ | 0.30 |
| 5/6/2010 | DUPL | $ | 0.30 |
| 5/6/2010 | DUPL | $ | 0.50 |
| 5/6/2010 | DUPL | $ | 0.30 |
| 5/6/2010 | DUPL | $ | 4.90 |
| 5/6/2010 | DUPL | $ | 4.40 |
| 5/6/2010 | DUPL | $ | 0.30 |
| 5/6/2010 | DUPL | $ | 3.50 |
| 5/6/2010 | DUPL | $ | 2.50 |
| 5/6/2010 | DUPL | $ | 0.40 |
| 5/6/2010 | DUPL | $ | 0.10 |
| 5/6/2010 | DUPL | $ | 0.20 |
| 5/6/2010 | DUPL | $ | 0.40 |
| 5/6/2010 | DUPL | $ | 0.80 |
| 5/6/2010 | DUPL | $ | 0.20 |
| 5/6/2010 | DUPL | $ | 0.10 |
| 5/6/2010 | DUPL | $ | 0.10 |
| 5/6/2010 | DUPL | $ | 0.50 |
| 5/6/2010 | DUPL | $ | 0.30 |
| 5/7/2010 | DUPL | $ | 1.20 |
| 5/7/2010 | DUPL | $ | 2.00 |
| 5/7/2010 | DUPL | $ | 0.30 |
| 5/7/2010 | DUPL | $ | 13.60 |
| 5/7/2010 | DUPL | $ | 6.40 |
| 5/7/2010 | DUPL | $ | 2.70 |
| 5/7/2010 | DUPL | $ | 0.30 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.60 |
| 5/7/2010 | DUPL | $ | 4.30 |
| 5/7/2010 | DUPL | $ | 3.90 |
| 5/7/2010 | DUPL | $ | 7.60 |
| 5/7/2010 | DUPL | $ | 5.90 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.40 |
| 5/7/2010 | DUPL | $ | 0.40 |
| 5/7/2010 | DUPL | $ | 0.20 |

| Date | Type | | Amount |
|---|---|---|---|
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.40 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.40 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.40 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.40 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 1.70 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.40 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.40 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.50 |
| 5/7/2010 | DUPL | $ | 0.40 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.40 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.80 |
| 5/7/2010 | DUPL | $ | 0.40 |
| 5/7/2010 | DUPL | $ | 0.80 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.10 |

| Date | Type | | Amount |
|---|---|---|---|
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 2.00 |
| 5/7/2010 | DUPL | $ | 0.40 |
| 5/7/2010 | DUPL | $ | 11.70 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 12.00 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.40 |
| 5/7/2010 | DUPL | $ | 1.10 |
| 5/7/2010 | DUPL | $ | 0.80 |
| 5/7/2010 | DUPL | $ | 0.80 |
| 5/7/2010 | DUPL | $ | 2.00 |
| 5/7/2010 | DUPL | $ | 2.20 |
| 5/7/2010 | DUPL | $ | 2.40 |
| 5/7/2010 | DUPL | $ | 2.90 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.50 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.80 |
| 5/7/2010 | DUPL | $ | 0.40 |
| 5/7/2010 | DUPL | $ | 0.40 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 3.50 |
| 5/7/2010 | DUPL | $ | 0.40 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.50 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.50 |
| 5/7/2010 | DUPL | $ | 0.50 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.40 |
| 5/7/2010 | DUPL | $ | 1.20 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.40 |

| Date | Type | | Amount |
|---|---|---|---|
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.40 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.10 |
| 5/7/2010 | DUPL | $ | 0.20 |
| 5/9/2010 | DUPL | $ | 0.20 |
| 5/10/2010 | DUPL | $ | 3.40 |
| 5/10/2010 | DUPL | $ | 0.50 |
| 5/10/2010 | DUPL | $ | 0.50 |
| 5/10/2010 | DUPL | $ | 1.50 |
| 5/10/2010 | DUPL | $ | 1.70 |
| 5/10/2010 | DUPL | $ | 0.20 |
| 5/10/2010 | DUPL | $ | 2.40 |
| 5/10/2010 | DUPL | $ | 0.10 |
| 5/10/2010 | DUPL | $ | 1.70 |
| 5/10/2010 | DUPL | $ | 0.10 |
| 5/10/2010 | DUPL | $ | 0.50 |
| 5/10/2010 | DUPL | $ | 0.10 |
| 5/10/2010 | DUPL | $ | 0.10 |
| 5/10/2010 | DUPL | $ | 0.90 |
| 5/10/2010 | DUPL | $ | 1.20 |
| 5/10/2010 | DUPL | $ | 1.60 |
| 5/10/2010 | DUPL | $ | 1.00 |
| 5/10/2010 | DUPL | $ | 1.10 |
| 5/10/2010 | DUPL | $ | 0.20 |
| 5/10/2010 | DUPL | $ | 0.90 |
| 5/10/2010 | DUPL | $ | 1.80 |
| 5/10/2010 | DUPL | $ | 1.90 |
| 5/10/2010 | DUPL | $ | 0.30 |
| 5/11/2010 | DUPL | $ | 2.30 |
| 5/11/2010 | DUPL | $ | 1.00 |
| 5/11/2010 | DUPL | $ | 2.30 |
| 5/11/2010 | DUPL | $ | 1.00 |
| 5/11/2010 | DUPL | $ | 0.30 |
| 5/11/2010 | DUPL | $ | 0.20 |
| 5/11/2010 | DUPL | $ | 0.50 |
| 5/11/2010 | DUPL | $ | 4.30 |
| 5/11/2010 | DUPL | $ | 0.30 |
| 5/11/2010 | DUPL | $ | 12.20 |
| 5/11/2010 | DUPL | $ | 0.20 |
| 5/11/2010 | DUPL | $ | 0.90 |
| 5/11/2010 | DUPL | $ | 3.60 |
| 5/11/2010 | DUPL | $ | 1.40 |
| 5/11/2010 | DUPL | $ | 0.50 |

| Date | Type | | Amount |
|---|---|---|---|
| 5/11/2010 | DUPL | $ | 1.40 |
| 5/11/2010 | DUPL | $ | 0.20 |
| 5/11/2010 | DUPL | $ | 1.80 |
| 5/12/2010 | DUPL | $ | 0.10 |
| 5/12/2010 | DUPL | $ | 3.20 |
| 5/12/2010 | DUPL | $ | 0.10 |
| 5/13/2010 | DUPL | $ | 1.10 |
| 5/13/2010 | DUPL | $ | 1.10 |
| 5/14/2010 | DUPL | $ | 0.50 |
| 5/14/2010 | DUPL | $ | 0.50 |
| 5/14/2010 | DUPL | $ | 0.20 |
| 5/14/2010 | DUPL | $ | 3.00 |
| 5/14/2010 | DUPL | $ | 2.10 |
| 5/14/2010 | DUPL | $ | 0.50 |
| 5/14/2010 | DUPL | $ | 0.20 |
| 5/17/2010 | DUPL | $ | 0.20 |
| 5/17/2010 | DUPL | $ | 0.20 |
| 5/17/2010 | DUPL | $ | 0.20 |
| 5/17/2010 | DUPL | $ | 0.20 |
| 5/17/2010 | DUPL | $ | 0.20 |
| 5/17/2010 | DUPL | $ | 0.20 |
| 5/17/2010 | DUPL | $ | 0.20 |
| 5/17/2010 | DUPL | $ | 2.10 |
| 5/17/2010 | DUPL | $ | 2.40 |
| 5/17/2010 | DUPL | $ | 0.50 |
| 5/17/2010 | DUPL | $ | 0.50 |
| 5/17/2010 | DUPL | $ | 0.20 |
| 5/18/2010 | DUPL | $ | 2.00 |
| 5/18/2010 | DUPL | $ | 0.20 |
| 5/18/2010 | DUPL | $ | 0.30 |
| 5/18/2010 | DUPL | $ | 0.20 |
| 5/18/2010 | DUPL | $ | 0.50 |
| 5/19/2010 | DUPL | $ | 57.20 |
| 5/19/2010 | DUPL | $ | 0.60 |
| 5/19/2010 | DUPL | $ | 0.10 |
| 5/19/2010 | DUPL | $ | 1.10 |
| 5/19/2010 | DUPL | $ | 0.70 |
| 5/19/2010 | DUPL | $ | 1.80 |
| 5/19/2010 | DUPL | $ | 2.40 |
| 5/19/2010 | DUPL | $ | 0.10 |
| 5/19/2010 | DUPL | $ | 0.10 |
| 5/19/2010 | DUPL | $ | 2.30 |
| 5/19/2010 | DUPL | $ | 2.30 |
| 5/20/2010 | DUPL | $ | 0.70 |
| 5/20/2010 | DUPL | $ | 0.60 |
| 5/20/2010 | DUPL | $ | 1.20 |
| 5/20/2010 | DUPL | $ | 0.50 |

| Date | Name | Type | | Amount |
|---|---|---|---|---|
| 5/20/2010 | | DUPL | $ | 0.50 |
| 5/20/2010 | | DUPL | $ | 2.30 |
| 5/20/2010 | | DUPL | $ | 0.40 |
| 5/20/2010 | | DUPL | $ | 0.30 |
| 5/20/2010 | | DUPL | $ | 0.10 |
| 5/20/2010 | | DUPL | $ | 0.40 |
| 5/20/2010 | | DUPL | $ | 2.30 |
| 5/20/2010 | | DUPL | $ | 0.20 |
| 5/20/2010 | | DUPL | $ | 0.10 |
| 5/20/2010 | | DUPL | $ | 0.10 |
| 5/20/2010 | | DUPL | $ | 0.10 |
| 5/20/2010 | | DUPL | $ | 0.20 |
| 5/20/2010 | | DUPL | $ | 0.20 |
| 5/20/2010 | | DUPL | $ | 0.20 |
| 5/20/2010 | | DUPL | $ | 0.40 |
| 5/20/2010 | | DUPL | $ | 0.10 |
| 5/20/2010 | | DUPL | $ | 0.10 |
| 5/20/2010 | | DUPL | $ | 0.50 |
| 5/20/2010 | | DUPL | $ | 0.20 |
| 5/20/2010 | | DUPL | $ | 0.20 |
| 5/20/2010 | | DUPL | $ | 0.10 |
| 5/20/2010 | | DUPL | $ | 2.30 |
| 5/21/2010 | Zawadzki, Jeffrey | DUPL | $ | 0.10 |
| 5/21/2010 | | DUPL | $ | 0.40 |
| 5/21/2010 | | DUPL | $ | 0.10 |
| 5/21/2010 | | DUPL | $ | 1.20 |
| 5/21/2010 | | DUPL | $ | 0.30 |
| 5/21/2010 | | DUPL | $ | 0.20 |
| 5/21/2010 | | DUPL | $ | 1.00 |
| 5/21/2010 | | DUPL | $ | 0.20 |
| 5/21/2010 | | DUPL | $ | 0.40 |
| 5/21/2010 | | DUPL | $ | 2.70 |
| 5/21/2010 | | DUPL | $ | 2.80 |
| 5/21/2010 | | DUPL | $ | 0.20 |
| 5/21/2010 | | DUPL | $ | 0.60 |
| 5/21/2010 | | DUPL | $ | 0.20 |
| 5/21/2010 | | DUPL | $ | 0.70 |
| 5/24/2010 | | DUPL | $ | 1.20 |
| 5/24/2010 | | DUPL | $ | 0.20 |
| 5/24/2010 | | DUPL | $ | 0.30 |
| 5/24/2010 | | DUPL | $ | 0.10 |
| 5/24/2010 | | DUPL | $ | 0.70 |
| 5/24/2010 | | DUPL | $ | 0.10 |
| 5/24/2010 | | DUPL | $ | 1.20 |
| 5/24/2010 | | DUPL | $ | 1.80 |
| 5/24/2010 | | DUPL | $ | 0.40 |

| Date | Name | Type | Amount | Description |
|---|---|---|---:|---|
| 5/24/2010 | | DUPL | $ 0.20 | |
| 5/24/2010 | | DUPL | $ 0.10 | |
| 5/24/2010 | | DUPL | $ 0.10 | |
| 5/24/2010 | | DUPL | $ 0.10 | |
| 5/24/2010 | | DUPL | $ 0.40 | |
| 5/24/2010 | | DUPL | $ 0.60 | |
| 5/24/2010 | | DUPL | $ 0.30 | |
| 5/24/2010 | | DUPL | $ 0.30 | |
| 5/25/2010 | | DUPL | $ 0.90 | |
| 5/25/2010 | | DUPL | $ 1.10 | |
| 5/25/2010 | | DUPL | $ 0.50 | |
| 5/25/2010 | | DUPL | $ 2.50 | |
| 5/25/2010 | | DUPL | $ 2.50 | |
| 5/26/2010 | | DUPL | $ 0.30 | |
| 5/26/2010 | | DUPL | $ 1.10 | |
| 5/26/2010 | | DUPL | $ 0.20 | |
| 5/27/2010 | | DUPL | $ 0.80 | |
| 5/27/2010 | | DUPL | $ 0.80 | |
| 5/27/2010 | | DUPL | $ 0.50 | |
| 5/27/2010 | | DUPL | $ 3.30 | |
| 5/28/2010 | | DUPL | $ 4.40 | |
| 5/28/2010 | | DUPL | $ 0.30 | |
| 5/28/2010 | | DUPL | $ 2.80 | |
| 5/28/2010 | | DUPL | $ 0.70 | |
| 5/28/2010 | | DUPL | $ 0.10 | |
| 5/28/2010 | | DUPL | $ 0.20 | |
| | | | $ 406.70 | |
| 5/20/2010 | Schnitzer, Edward L. | LEXI | $ 11.78 | VENDOR: LEXIS - NEXIS; INVOICE#: 1005060147; DATE: 6/7/2010 |
| 5/21/2010 | Kang, Christina | LEXI | $ 19.97 | VENDOR: LEXIS - NEXIS; INVOICE#: 1005060147; DATE: 6/7/2010 |
| 5/26/2010 | Virani, Zahir | LEXI | $ 55.96 | VENDOR: LEXIS - NEXIS; INVOICE#: 1005060147; DATE: 6/7/2010 |
| 5/28/2010 | Rigano, Nicholas C. | LEXI | $ 24.70 | VENDOR: LEXIS - NEXIS; INVOICE#: 1005060147; DATE: 6/7/2010 |
| 5/28/2010 | Virani, Zahir | LEXI | $ 402.55 | VENDOR: LEXIS - NEXIS; INVOICE#: 1005060147; DATE: 6/7/2010 |
| | | | $ 514.96 | |
| 5/6/2010 | Virani, Zahir | MEAL | $ 22.14 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 683578; DATE: 5/9/2010 |
| 5/6/2010 | Zawadzki, Jeffrey | MEAL | $ 20.63 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 683578; DATE: 5/9/2010 |

| Date | Name | Type | Amount | Description |
|---|---|---|---:|---|
| 5/11/2010 | Indelicato, Mark S | MEAL | $ 16.28 | VENDOR: INDELICATO; INVOICE#: 45; DATE: 5/24/2010 |
| 5/12/2010 | Zawadzki, Jeffrey | MEAL | $ 20.63 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 685877; DATE: 5/16/2010 |
| 5/12/2010 | Smith, Jason | MEAL | $ 14.94 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 685877; DATE: 5/16/2010 |
| 5/12/2010 | Indelicato, Mark S | MEAL | $ 15.59 | VENDOR: INDELICATO; INVOICE#: 45; DATE: 5/24/2010 |
| 5/13/2010 | Zawadzki, Jeffrey | MEAL | $ 20.63 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 685877; DATE: 5/16/2010 |
| 5/24/2010 | Zawadzki, Jeffrey | MEAL | $ 20.63 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 694702; DATE: 5/30/2010 |
| 5/25/2010 | Zawadzki, Jeffrey | MEAL | $ 20.63 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 694702; DATE: 5/30/2010 |
| 5/25/2010 | Kang, Christina | MEAL | $ 9.91 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 694702; DATE: 5/30/2010 |
| 5/26/2010 | Kang, Christina | MEAL | $ 20.93 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 694702; DATE: 5/30/2010 |
| 5/27/2010 | Kang, Christina | MEAL | $ 11.45 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 694702; DATE: 5/30/2010 |
|  |  |  | $ 214.39 |  |
| 5/19/2010 | Jarvinen, Christopher A. | ODEL | $ 9.59 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 7-114-63812; DATE: 6/7/2010 |
| 5/21/2010 | Zawadzki, Jeffrey | ODEL | $ 21.31 | VENDOR: UNITED PARCEL SERVICE; INVOICE#: 0000V9211E220; DATE: 5/29/2010 |
|  |  |  | $ 30.90 |  |
| 5/6/2010 | Virani, Zahir | POST | $ 1.22 |  |
| 5/10/2010 | McCahey, John P | POST | $ 2.10 |  |
| 5/10/2010 | Wang, Anting | POST | $ 0.44 |  |
| 5/12/2010 | Rigano, Nicholas C. | POST | $ 1.73 |  |

| Date | Name | Type | Amount | Details |
|---|---|---|---|---|
| 5/17/2010 | Rigano, Nicholas C. | POST | $ 4.40 | |
| 5/17/2010 | Rigano, Nicholas C. | POST | $ 1.22 | |
| 5/24/2010 | Orbach, Joseph | POST | $ 2.27 | |
| 5/25/2010 | Schnitzer, Edward L. | POST | $ 1.22 | |
| 5/28/2010 | Rigano, Nicholas C. | POST | $ 0.44 | |
| | | | $ 15.04 | |
| 5/10/2010 | Power, Mark | SEAR | $ 87.12 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302010; DATE: 6/30/2010 |
| 5/10/2010 | Power, Mark | SEAR | $ 0.32 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302010; DATE: 6/30/2010 |
| 5/10/2010 | Power, Mark | SEAR | $ 2.40 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302010; DATE: 6/30/2010 |
| 5/19/2010 | Power, Mark | SEAR | $ 0.48 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302010; DATE: 6/30/2010 |
| | | | $ 90.32 | |
| 5/6/2010 | Schnitzer, Edward L. | TELCON | $ 6.08 | VENDOR: AMERICAN EXPRESS; INVOICE#: 070110; DATE: 6/28/2010 |
| 5/3/2010 | Virani, Zahir | TELE | $ 0.14 | |
| 5/3/2010 | Indelicato, Mark S | TELE | $ 0.10 | |
| 5/4/2010 | McCahey, John P | TELE | $ 0.10 | |
| 5/4/2010 | Indelicato, Mark S | TELE | $ 30.00 | VENDOR: INDELICATO; INVOICE#: 46; DATE: 6/24/2010 |
| 5/5/2010 | Virani, Zahir | TELE | $ 0.10 | |
| 5/5/2010 | Indelicato, Mark S | TELE | $ 0.30 | |
| 5/6/2010 | Virani, Zahir | TELE | $ 0.50 | |
| 5/6/2010 | Virani, Zahir | TELE | $ 0.10 | |

| Date | Name | Type | Amount |
|---|---|---|---|
| 5/6/2010 | Virani, Zahir | TELE | $ 1.01 |
| 5/6/2010 | Indelicato, Mark S | TELE | $ 0.79 |
| 5/10/2010 | Virani, Zahir | TELE | $ 1.73 |
| 5/10/2010 | Virani, Zahir | TELE | $ 0.10 |
| 5/10/2010 | Indelicato, Mark S | TELE | $ 0.49 |
| 5/11/2010 | Zawadzki, Jeffrey | TELE | $ 0.15 |
| 5/11/2010 | Virani, Zahir | TELE | $ 0.10 |
| 5/11/2010 | Jarvinen, Christopher A. | TELE | $ 2.16 |
| 5/11/2010 | Schnitzer, Edward L. | TELE | $ 0.10 |
| 5/12/2010 | Virani, Zahir | TELE | $ 0.10 |
| 5/12/2010 | Virani, Zahir | TELE | $ 0.10 |
| 5/12/2010 | Virani, Zahir | TELE | $ 0.12 |
| 5/12/2010 | Virani, Zahir | TELE | $ 0.10 |
| 5/12/2010 | Virani, Zahir | TELE | $ 0.10 |
| 5/12/2010 | Virani, Zahir | TELE | $ 0.19 |
| 5/12/2010 | Virani, Zahir | TELE | $ 0.10 |
| 5/12/2010 | Orbach, Joseph | TELE | $ 0.61 |
| 5/12/2010 | Virani, Zahir | TELE | $ 0.10 |
| 5/12/2010 | Virani, Zahir | TELE | $ 0.10 |
| 5/12/2010 | Virani, Zahir | TELE | $ 0.12 |
| 5/12/2010 | Virani, Zahir | TELE | $ 0.10 |
| 5/12/2010 | Virani, Zahir | TELE | $ 0.10 |
| 5/12/2010 | Virani, Zahir | TELE | $ 0.19 |

| Date | Name | Type | | Amount |
|---|---|---|---|---|
| 5/12/2010 | Virani, Zahir | TELE | $ | 0.10 |
| 5/12/2010 | Orbach, Joseph | TELE | $ | 0.61 |
| 5/13/2010 | Virani, Zahir | TELE | $ | 0.34 |
| 5/13/2010 | Virani, Zahir | TELE | $ | 0.14 |
| 5/13/2010 | Virani, Zahir | TELE | $ | 0.11 |
| 5/13/2010 | Smith, Jason | TELE | $ | 0.31 |
| 5/14/2010 | Virani, Zahir | TELE | $ | 0.21 |
| 5/14/2010 | Virani, Zahir | TELE | $ | 0.10 |
| 5/14/2010 | Virani, Zahir | TELE | $ | 0.10 |
| 5/14/2010 | Indelicato, Mark S | TELE | $ | 0.65 |
| 5/14/2010 | Schnitzer, Edward L. | TELE | $ | 0.42 |
| 5/17/2010 | Virani, Zahir | TELE | $ | 0.23 |
| 5/18/2010 | Indelicato, Mark S | TELE | $ | 0.35 |
| 5/19/2010 | Rigano, Nicholas C. | TELE | $ | 0.10 |
| 5/20/2010 | Zawadzki, Jeffrey | TELE | $ | 0.18 |
| 5/21/2010 | Indelicato, Mark S | TELE | $ | 0.35 |
| 5/24/2010 | Rigano, Nicholas C. | TELE | $ | 0.10 |
| 5/24/2010 | Virani, Zahir | TELE | $ | 0.15 |
| 5/24/2010 | Virani, Zahir | TELE | $ | 0.10 |
| 5/24/2010 | Indelicato, Mark S | TELE | $ | 2.02 |
| 5/26/2010 | Rigano, Nicholas C. | TELE | $ | 0.35 |
| 5/27/2010 | Rigano, Nicholas C. | TELE | $ | 0.35 |
| 5/27/2010 | Rigano, Nicholas C. | TELE | $ | 0.35 |
| | | | $ | 47.82 |

| Date | Name | Type | Amount | Description |
|---|---|---|---:|---|
| 5/11/2010 | Schnitzer, Edward L. | TRAV | $ 297.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 62; DATE: 5/11/2010 |
| 5/11/2010 | Indelicato, Mark S | TRAV | $ 313.00 | VENDOR: INDELICATO; INVOICE#: 45; DATE: 5/24/2010 |
| | | | $ 610.00 | |
| 5/7/2010 | Schnitzer, Edward L. | VELO | $ 5.50 | |
| 5/7/2010 | Schnitzer, Edward L. | VELO | $ 5.50 | |
| | | | $ 11.00 | |
| | **Total:** | | **$ 2,321.47** | |