**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
| In re: | : |  |
|  | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al.* [1] | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : | **Objections Due By:  October 27, 2010 @ 4 p.m.** |
|  | : | **Hearing Date:  Only in the Event of an Objection** |

-----------------------------------------------------------------

**NOTICE OF THIRTY-FIFTH MONTHLY FEE APPLICATION OF
HAHN & HESSEN LLP, FOR ALLOWANCE OF FEES AND EXPENSES AS
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR THE PERIOD OF JUNE 1, 2010 THROUGH JUNE 30, 2010**

TO:    Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On October 7, 2010, the Thirty-Fifth Monthly Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al*. (the "*Committee*"), for Compensation and Reimbursement of Expenses for the Period of June 1, 2010 through June 30, 2010 (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware  19801 (the "*Bankruptcy Court*").  By the Fee Application, Hahn & Hessen LLP (*"Hahn & Hessen"*) seeks interim allowance of compensation in the amount of $186,354.00, payment of interim compensation in the amount of $149,083.20 (80% of $186,354.00), and reimbursement of expenses in the amount of $2,654.90 incurred in representation of the Committee during the period of June 1, 2010 through June 30, 2010.

---

[1]    The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21911138v.1

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **October 27, 2010 at 4:00 p.m. (EST)**. Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Fee Application shall be held only in the event timely objections are filed.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Expense Reimbursement of Professionals and Committee Members, in the absence of any objection or responsive pleading to the Fee Application, Hahn & Hessen is authorized to file a Certificate of No Objection with the Bankruptcy Court, after which the Debtors are authorized to pay Hahn & Hessen fees of $149,083.20 and expenses of $2,654.90, as requested in the Fee Application. If an objection to the Fee Application is timely filed and served, the Debtors shall be authorized to pay Hahn & Hessen 80% of the fees and 100% of the expenses not subject to the objection.

Dated:   October 7, 2010                               BLANK ROME LLP

By:   */s/ Bonnie Glantz Fatell*
         Bonnie Glantz Fatell (DE No. 3809)
         David W. Carickhoff (DE No. 3715)
         1201 Market Street, Suite 800
         Wilmington, DE  19801
         Telephone:  (302) 425-6400
                  and

Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Telephone:  (212) 478-7200

*Counsel for the Official Committee of Unsecured Creditors*