**<u>Exhibit B</u>**

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

September 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 143399

For professional services rendered from June 1, through June 30, 2010 in connection with the following:

| | | | |
|---|---|---|---:|
| 002 | CREDITORS COMMITTEE | $ | 10,911.50 |
| 006 | SALES OF ASSETS | | 534.50 |
| 007 | PROFESSIONAL FEES | | 9,316.00 |
| 008 | AVOIDANCE ACTIONS | | 90,432.00 |
| 009 | LITIGATION | | 37,838.50 |
| 012 | CLAIMS ADMINISTRATION | | 1,435.00 |
| 013 | INVESTIGATION OF COMPANY | | 34,518.00 |
| 014 | TRIAD WORKOUT | | 1,368.50 |
| | **Total Time** | $ | 186,354.00 |
| | LONG DISTANCE TELEPHONE CHARGES | $ | 120.09 |
| | CARFARE | | 318.80 |
| | DUPLICATING | | 308.80 |
| | LEXIS | | 445.38 |
| | MEALS | | 64.69 |
| | OVERNIGHT DELIVERY | | 113.16 |
| | POSTAGE | | 33.86 |
| | SEARCH FEES | | 448.80 |
| | TELECOPY PAGES | | 29.00 |
| | TELEPHONE CONFERENCE CALL | | 42.82 |
| | TRAVEL | | 729.50 |
| | **Total Disbursements** | $ | 2,654.90 |
| | **TOTAL BILL** | $ | **189,008.90** |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

September 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 143399

For professional services rendered from June 1, through June 30, 2010 in connection with the following:

| | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| | 002 | CREDITORS COMMITTEE |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/01/10 | Committee call re: Rush/Jacksons mediation. | ELS | 0.60 | 357.00 |
| 06/01/10 | Review motion to authorize AHM holdings to exercise its controlling interest in non-debtor American Home Bank, to approve a liquidation (.20); calendar events (.10). | JS | 0.30 | 73.50 |
| 06/01/10 | Meeting preparation (.30); attend Committee meeting (.60); draft minutes (.50); meetings ELS, MSI open issues (.20). | JXZ | 1.60 | 680.00 |
| 06/01/10 | Teleconference with Committee to discuss D&T issues and mediation issues (.70); Review same (.20). | MSI | 0.90 | 684.00 |
| 06/02/10 | Attention to creditor inquiries (.20). | JXZ | 0.20 | 85.00 |
| 06/03/10 | Review Committee update (.10). | JXZ | 0.10 | 42.50 |
| 06/03/10 | Review notice of sale of REO properties (.20); E-mails with Berliner regarding same (.10); Review update on litigation (.10); Teleconference with Beach regarding outstanding issues (.20). | MSI | 0.60 | 456.00 |
| 06/04/10 | Review docket/recent pleadings (.20). | JXZ | 0.20 | 85.00 |
| 06/07/10 | Review Broadhollow docket and recent pleadings (1.50); review D&T certification (.10). | JXZ | 1.60 | 680.00 |
| 06/09/10 | Review emails re: Borrowers' Committee and Bank sale (.30). | ELS | 0.30 | 178.50 |
| 06/09/10 | E-mails from Borrowers Committee re Bank sale. | MTP | 0.20 | 152.00 |
| 06/11/10 | Review docket/recent pleadings (.10). | JXZ | 0.10 | 42.50 |
| 06/14/10 | Review debtors' draft order re: Ford motion and provide comments. | ELS | 0.30 | 178.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/14/10 | Review motion to approval settlement agreement with Aon Consulting DI 8906 (.20); calendar events (.10). | JS | 0.30 | 73.50 |
| 06/15/10 | Review motion to approve settlement agreement (.20); calendar events (.10); review docket and recent pleadings (.30); review and revise critical dates memo (.30). | JS | 0.90 | 220.50 |
| 06/15/10 | Review AON 9019 Motion (.20). | JXZ | 0.20 | 85.00 |
| 06/16/10 | Rush - review various revised agreements and emails re: same. | ELS | 0.60 | 357.00 |
| 06/16/10 | Review e-mail from BDO regarding status. | MSI | 0.20 | 152.00 |
| 06/17/10 | Review agenda of hearing on June 21, 2010 (.20); email with ELS regarding agenda and appearance (.20); review docket and recent pleadings (.20). | JS | 0.60 | 147.00 |
| 06/17/10 | Draft Committee update (.10); e-mail M. Michaels re open issues (.10); review HRG Agenda (.20). | JXZ | 0.40 | 170.00 |
| 06/17/10 | Review and forward Morris update e-mail. | MTP | 0.50 | 380.00 |
| 06/18/10 | Review docket/recent pleadings and orders (.40); review correspondence. | JXZ | 0.50 | 212.50 |
| 06/18/10 | Preparing for 6/21/10 hearing for ELS (.50). | KP | 0.50 | 95.00 |
| 06/21/10 | Review amended agenda (.20); review docket and recent pleadings (.30); update calendar events (.20); file maintenance (.20). | JS | 0.90 | 220.50 |
| 06/21/10 | Review docket/recent pleadings (.20). | JXZ | 0.20 | 85.00 |
| 06/22/10 | Review correspondence (.10); attention to creditor inquiries (.20). | JXZ | 0.30 | 127.50 |
| 06/28/10 | Review debtors' summary chart on borrowers' claims. | ELS | 0.50 | 297.50 |
| 06/28/10 | Review chart in anticipation of call on borrower claims; Meeting with ELS regarding same. | MSI | 0.50 | 380.00 |
| 06/29/10 | Conference call with MSI, debtors and debtors' counsel re: open borrower claims, phone call with Greecher re: initial group to contact, review and analyze borrower claims chart. | ELS | 2.40 | 1,428.00 |
| 06/29/10 | Arrange for ELS and MSI to appear at the June 30th hearing telephonically (.20); review docket and recent pleadings (.20); calendar events (.10); review and revise critical dates memo (.20); file maintenance (.30). | JS | 1.00 | 245.00 |
| 06/30/10 | Searching for requested State Court dockets for attorney review | DM | 0.50 | 107.50 |
| 06/30/10 | Review debtors' emails re: certain borrower claims and draft reply, phone call with debtor's counsel re: borrowers' claims; meeting with MSI re: same, email to debtors' counsel re: same (2.40); phone call with debtors re: 9019s and claim waivers (.30); appear telephonically at hearing on motion to dismiss JP Morgan Chase counterclaims in AHM/Chase adversary (1.00). | ELS | 3.70 | 2,201.50 |
| 06/30/10 | Review email from ELS regarding pleadings that need to be reviewed (.10); pull and review pleadings per ELS (.30); review docket (.20). | JS | 0.60 | 147.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/30/10 | Review committee update (.10). | JXZ | 0.20 | 85.00 |

|  |  |  |
|--|--|--|
| TOTAL HOURS | 22.50 |  |
| TOTAL SERVICES............................................................................$ | | 10,911.50 |

DISBURSEMENT SUMMARY

| | |
|--|--|
| LONG DISTANCE TELEPHONE CHARGES | $102.69 |
| CARFARE | $125.28 |
| DUPLICATING | $44.70 |
| MEALS | $44.06 |
| SEARCH FEES | $286.56 |
| TELEPHONE CONFERENCE CALL | $42.82 |

| | |
|--|--|
| TOTAL DISBURSEMENTS...........................................................$ | 646.11 |
| TOTAL FEES & DISBURSEMENTS ...........................................$ | 11,557.61 |

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 608 | Primm | 0.50 | 190.00 | 95.00 |
| 558 | Millman | 0.50 | 215.00 | 107.50 |
| 556 | Smith | 4.60 | 245.00 | 1,127.00 |
| 493 | Zawadzki | 5.60 | 425.00 | 2,380.00 |
| 486 | Schnitzer | 8.40 | 595.00 | 4,998.00 |
| 260 | Indelicato | 2.20 | 760.00 | 1,672.00 |
| 364 | Power | 0.70 | 760.00 | 532.00 |
| ATTY TOTAL | | 22.50 | | 10,911.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**


September 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022


Invoice number: 143399

For professional services rendered from June 1, through June 30, 2010 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|---|---|---|
|  | 006 | SALES OF ASSETS |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/01/10 | Review Motion re AHM bank liquidation (.40). | JXZ | 0.40 | 170.00 |
| 06/24/10 | Review notices of miscellaneous sales (.30). | JXZ | 0.30 | 127.50 |
| 06/25/10 | Review notice of miscellaneous sale (.20). | JXZ | 0.20 | 85.00 |
| 06/28/10 | Review letters from AHM regarding release of cure escrow and release to Administrative Agent. | MSI | 0.20 | 152.00 |

TOTAL HOURS 1.10

TOTAL SERVICES..........................................................................$    534.50


### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 0.90 | 425.00 | 382.50 |
| 260 | Indelicato | 0.20 | 760.00 | 152.00 |
| ATTY TOTAL | | 1.10 | | 534.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

September 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 143399

For professional services rendered from June 1, through June 30, 2010 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|--|--------|----------------------------------------|
|  | 007 | PROFESSIONAL FEES |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/02/10 | Review certifications. | JXZ | 0.10 | 42.50 |
| 06/07/10 | Review certifications. | JXZ | 0.10 | 42.50 |
| 06/09/10 | Revise H&H January, 2010 monthly fee application. | JS | 0.80 | 196.00 |
| 06/09/10 | Work on January & February fee application. | MTP | 1.10 | 836.00 |
| 06/10/10 | Drafting Eighth Interim Fee Application. | KP | 1.90 | 361.00 |
| 06/11/10 | Revise H&H January 2010 fee application (1.20); review March, 2010 fee statement (.40). | JS | 1.60 | 392.00 |
| 06/11/10 | Drafting Eighth Interim Fee Application (.40); Drafting Ninth Interim Fee Application (2.00). | KP | 2.40 | 456.00 |
| 06/14/10 | Further revisions to H&H's January, 2010 monthly fee application (.50); draft H&H's February, 2010 monthly fee application (1.50); draft H&H's March, 2010 monthly fee application (.70); discussions with KP regarding H&H's 8th and 9th interim fee applications (.40). | JS | 3.10 | 759.50 |
| 06/14/10 | Review numerous fee application, draft summaries and e-mail MTP same (.60). | JXZ | 0.60 | 255.00 |
| 06/14/10 | Drafting Ninth interim fee application (3.00). | KP | 3.00 | 570.00 |
| 06/15/10 | Review numerous fee applications and draft summaries (.90). | JXZ | 0.90 | 382.50 |
| 06/15/10 | Revising Eighth Interim Fee Application (.50); revising Ninth Interim fee application (1.00). | KP | 1.50 | 285.00 |
| 06/16/10 | Revising Eighth Interim fee application (.90); revising Ninth interim fee application (.50). | KP | 0.50 | 95.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/17/10 | Review H&H's eighth and ninth interim fee applications (.50); conversation with KP regarding interim applications, efiling and service (.20). | JS | 0.70 | 171.50 |
| 06/17/10 | Revising Eighth interim fee application and preparing it for electronic filing (1.30); revising Ninth interim fee application and preparing it for electronic filing (.20); Drafting Tenth interim fee application (3.50). | KP | 5.00 | 950.00 |
| 06/19/10 | Review JXZ e-mail re fee application summaries. | MTP | 0.20 | 152.00 |
| 06/21/10 | Revise H&H's 30th monthly fee application (.40); revise H&H's 31st monthly fee application (.50). | JS | 0.90 | 220.50 |
| 06/21/10 | Review numerous fee applications, draft summaries and e-mails MTP same (.80). | JXZ | 0.80 | 340.00 |
| 06/21/10 | Review JXZ e-mail summarizing various fee applications. | MTP | 0.10 | 76.00 |
| 06/25/10 | Review edits and revise H&H's 30th monthly fee application (.50); revise H&H's 31st interim fee application (1.20); review revised 10th interim fee application (.30). | JS | 2.00 | 490.00 |
| 06/28/10 | Finalize H&H's 30th interim fee application (.50); finalize H&H's 10th interim fee application (.40); prepare pleadings for efiling and email local counsel regarding 10th interim and 30th monthly fee applications (.50); revise H&H's 31st interim fee application (.50); draft H&H's 32nd fee application (1.0); calendar events (.20); file maintenance (.20). | JS | 3.30 | 808.50 |
| 06/28/10 | Revising Tenth Interim fee application (1.50). | KP | 1.50 | 285.00 |
| 06/28/10 | Revise and edit fee statements and applications. | MSI | 0.60 | 456.00 |
| 06/28/10 | E-mails with JXZ re fee application summaries. | MTP | 0.30 | 228.00 |
| 06/29/10 | Revise H&H's 32nd monthly fee application (.40); review H&H's April fee statements (1.50). | JS | 1.90 | 465.50 |

TOTAL HOURS                                    34.90

TOTAL SERVICES.........................................................................$    9,316.00

DISBURSEMENT SUMMARY

DUPLICATING                                                                    $80.80

OVERNIGHT DELIVERY                                                     $113.16

SEARCH FEES                                                                     $35.76

TOTAL DISBURSEMENTS.............................................................$    229.72

TOTAL FEES & DISBURSEMENTS ............................................$    9,545.72

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 608 | Primm | 15.80 | 190.00 | 3,002.00 |
| 556 | Smith | 14.30 | 245.00 | 3,503.50 |
| 493 | Zawadzki | 2.50 | 425.00 | 1,062.50 |
| 260 | Indelicato | 0.60 | 760.00 | 456.00 |
| 364 | Power | 1.70 | 760.00 | 1,292.00 |
| ATTY TOTAL | | 34.90 | | 9,316.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

September 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 143399

For professional services rendered from June 1, through June 30, 2010 in connection with the following:

703159          AMERICAN HOME MORTGAGE HOLDINGS, INC.
008             AVOIDANCE ACTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/01/10 | Draft emails to opposing counsel and mediator adjourning scheduling calls (.30). | AW | 0.30 | 112.50 |
| 06/01/10 | Review and respond to RMS emails re: RJ Foote, Shred-It, Sourcemedia, Teem Plumbing, including review of draft settlement agreements (1.90); various emails re: mediation scheduling and review mediator bills (.70). | ELS | 2.60 | 1,547.00 |
| 06/01/10 | Mediation scheduling call re Experian. | JO | 0.30 | 96.00 |
| 06/01/10 | Review email from ELS regarding service of default pleadings to Splendor Landscape and TransBox Systems (.10); conversation with ZV regarding same (.10). | JS | 0.20 | 49.00 |
| 06/01/10 | Review documents/docket re TransBox (.30); meetings, calls, e-mails ELS (various)), K. Senese (TransBox), R. Lemisch (Johnston), M. Feleger (Xerox), J. Randolph (VB)(.50); calendar maintenance (.10). | JXZ | 0.90 | 382.50 |
| 06/01/10 | Ensured that PMC notice of deposition was served and affidavit of service was filed. | NCR | 0.20 | 60.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/01/10 | Meeting with ELS discussing Shred-it negotiations and analysis of defenses (.40);  Analysis of invoices and defenses of Shred-it (.70); Communication with opposing counsel regarding Shred-it and verification of franchise issue (.60); Analysis of Shred-it motion for summary judgment and review of offer of judgment (.80); Code research regarding motion for summary judgment and offers of judgment (.70);  Review of charts regarding default judgments and preparation of service for defaults (.80); Communication with opposing counsel regarding withdrawal of answer for WPH Arlington and filing of default (.40); Discussion with ELS regarding Teem, SourceMedia and other outstanding preference matters (.50); Communication with opposing counsel and RMS regarding status of open matters (.60). | ZV | 5.50 | 1,760.00 |
| 06/02/10 | Prepare spreadsheet for 10th omnibus 9010 (.40); review and respond to RMS re: various matters including Drew and Rogers, CT and CFN (.80); various emails re: scheduling mediations (.40); Vector - meetings with JXZ re: mediation and defenses (.40); Johnston - review Awong emails, conference call with Berliner and JXZ; meeting with MSI and JXZ (.90); Varga - meeting with JXZ re: discovery (.50); PMC - review and revise NCR draft discovery responses (.70); review and analyze Awong list of checks that were dated pre-preference but cleared in the preference period (.70). | ELS | 4.80 | 2,856.00 |
| 06/02/10 | Review document production and draft discovery requests (3.00); numerous meetings, e-mails, calls A. Awong/ELS (various), D. Berliner/MSI (Johnston), M. Feleer (E. Monzo (Vector), J. Randolph (VB), T. Guilfoyle (various), R. Lemisch (Johnston), J. Burzenski (VB), M. Ralson (Xerox)(1.30); attention to open preferences (.30); draft Stipulation re dismissal (.20); review Settlement Agreements (.20); review 9019 order (.10); revise document production and draft responses to discovery (1.30); draft Affidavit (.20); draft Mediation Statement (.50); review AP dockets (.10); review document re Johnston (.40). | JXZ | 9.20 | 3,910.00 |
| 06/02/10 | Review various emails re: CFN default judgment and pull and review file re: bank where checks were deposited. | KGC | 0.50 | 242.50 |
| 06/02/10 | Review e-mails and discovery issues from ELS. | MSI | 0.30 | 228.00 |
| 06/02/10 | Drafted responses to PMC's discovery requests. | NCR | 4.00 | 1,200.00 |
| 06/02/10 | Communication with E. O'Brien regarding Reckson response (.30); Analysis of Reckson invoices and payment patterns (1.10); Composition of spreadsheet showing Reckson ranges and analysis (.60); Communication with D. Culver and mediator regarding filing of mediation stipulation (.30); Analysis of Touch contracts (.80); Research regarding fraudulent transfer actions (.80). | ZV | 3.90 | 1,248.00 |
| 06/03/10 | Draft stipulation re judgment and order in AHM v. Mortgage Data Management Corporation (1.5); review checks on default judgment matters (0.2). | AW | 1.70 | 637.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/03/10 | Various emails re: scheduling mediation (.40); review and respond to RMS emails re: Novasoft, CFN and CT (.80); Outsource - review email from defense counsel and produced documents, review and revise NCR draft response, meeting with NCR re: same (.90); Qwest - meeting with NCR re; refund issue and review related emails (.50); Mortgage Data - review and revise AW draft stipulation re: judgment (.50); Varga - review and revise JXZ draft second set of interrogatories, admission requests and notice of deposition (.60). | ELS | 3.70 | 2,201.50 |
| 06/03/10 | Draft discover requests (1.10); e-mails, calls, meetings ELS (various), S. Del Rousse (Zensar), J. Randolph (VB), M. Hayes (VB), D. Berliner (Johnston)(.30). | JXZ | 1.40 | 595.00 |
| 06/03/10 | Edited responses to PMC discovery requests. | NCR | 1.70 | 510.00 |
| 06/03/10 | Discussion with Qwest counsel (.40); reviewed Qwest deposit chart (.20); drafted email to opposing counsel re $35,000 deposit (.20); discussed Qwest and Outsource with ELS (.30): drafted email to Outsource counsel re mediation and discovery (.80). | NCR | 1.90 | 570.00 |
| 06/03/10 | Drafting and finalization of Reckson discovery requests and service of such documents (1.10); Follow up with opposing counsel regarding Reckson response (.30); Follow up with opposing counsel regarding Touch and Shred-it settlement proposals (.40). | ZV | 1.80 | 576.00 |
| 06/04/10 | Draft email to mediator in AHM v. Mortgage Data Management (0.3). | AW | 0.30 | 112.50 |
| 06/04/10 | Reckson - emails and phone calls re: mediation and meeting with ZV re: same (.30); Experian - meeting with JO re: matter and emails with RMS re: same (.30); review of emails re: held checks and emails to MSI re: same (.50); bank statement reconciliation (.30); Varga - conference call with JXZ and defendant's attorney re: net preference (.30); Outsource - meeting with NCR re: response to their discovery email (.30); review settlements to determine ones with claim waivers for notification to Epiq (.90). | ELS | 2.90 | 1,725.50 |
| 06/04/10 | Scheduling Experian mediation. | JO | 0.10 | 32.00 |
| 06/04/10 | Review Affidavit (.10); review AP dockets (.10); calendar maintenance (.10); draft Mediation Statement (.60); calls, e-mails, meetings ELS (various), M. Migliore (VB), M. Felger (Vector), T. Guilfoyle (various)(.60). | JXZ | 1.50 | 637.50 |
| 06/07/10 | Email correspondence with ELS/RMS re settlement in Della Femina (.10). | CJK | 0.10 | 50.00 |
| 06/07/10 | Review and respond to RMS emails re: Della Femina, Experian, RJ Foote and Shred-it (1.90); PMC - review and revise NCR revised discovery responses (.50); touch - meeting with ZV re: counter-offer (.30); various emails re: mediation dates (.40). | ELS | 3.10 | 1,844.50 |
| 06/07/10 | Reviewing Experian information and advising on settlement amount. | JO | 0.20 | 64.00 |
| 06/07/10 | Review email from ZV regarding WPH default pleadings (.10); respond to email (.10). | JS | 0.20 | 49.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/07/10 | Review AP dockets (.10); review discovery requests (.10); meetings JWS, K. Senese; ELS (various)(.20). | JXZ | 0.40 | 170.00 |
| 06/07/10 | Coordinate filing of executed stipulation of dismissal with Balweb. | KGC | 0.30 | 145.50 |
| 06/07/10 | Edited PMC discovery responses (.40); drafted second request for admissions to Outsource Solution's counsel (.80); drafted letter to Outsource Solution's counsel re discovery (.70). | NCR | 1.90 | 570.00 |
| 06/07/10 | Analysis of background information sent by opposing counsel regarding room rental for Touch LLC and fraudulent transfer claim (.90); Analysis of additional contractual information for Touch and 548 issues (.80);  Analysis and review of WPH and other related default documents (.70); Meeting with JS regarding service of defaults (.30); Analysis and review of Shred-it settlement agreement and proposed language regarding franchise issue (.50). | ZV | 3.20 | 1,024.00 |
| 06/08/10 | E-mail correspondence with Client Services counsel re discovery extension and affidavit attesting that it did not receive the transfers (.10); Reviewed Client Services affidavit and conference with ELS re same (.10); Prepared stipulation dismissing Client Services proceeding (.20); Reviewed letter from mediator assigned in D.W. Consulting proceeding (.10). | CJK | 0.50 | 250.00 |
| 06/08/10 | Review RMS email re: Xerox, review analysis and draft email re: same (.80); review and revise NCR draft email re: Outsource (.30); Experian - emails with RMS and JO re: settlement and discovery (.30); Johnson - meetings with JXZ re: matter (.30); emails with debtors re: escrow balance (.30). | ELS | 2.00 | 1,190.00 |
| 06/08/10 | Reviewing Experian settlement offer and discussing discovery options with ELS and RMS (.30). | JO | 0.30 | 96.00 |
| 06/08/10 | Review email from ZV regarding WHP Arlington and SRS group default pleadings (.10); research and email ZV regarding same (.20). | JS | 0.30 | 73.50 |
| 06/08/10 | Draft discovery responses (1.60); review AP dockets (.10); review ordinary course /new value analyses (.20); review documents re Johnston (.80). | JXZ | 2.70 | 1,147.50 |
| 06/08/10 | Drafted email to Outsource Technical counsel re discovery and settlement. | NCR | 0.90 | 270.00 |
| 06/08/10 | Communication with mediator and opposing counsel regarding Shred-it settlement (.60); Meeting with ELS regarding open matters (.40); Follow up with opposing counsel regarding Touch settlement offer and Reckson settlement offer (.40); Analysis of defenses using additional data for Reckson (.80). | ZV | 2.20 | 704.00 |
| 06/09/10 | Email correspondence with ELS/RMS re settlement in CT Networks (.10); Email correspondence with Client Services counsel/local counsel/ELS re stipulation of dismissal (.20); Reviewed ELS re preference defendants that defaulted and approach (.10). | CJK | 0.40 | 200.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/09/10 | CFN Financial - emails with RMS re: matter and emails with defendant re: same (.50); Outsource - meeting with NCR re: discovery issues (.30); Johnson - review Berliner email re: email search and meeting with JXZ re: same (.40); Qwest - meeting with NCR re: refund, deposit and credit balance issue (.30). | ELS | 1.50 | 892.50 |
| 06/09/10 | Empire Blue Cross - phone calls and emails with Jackson re: matter, meeting with MSI re: same, and review case cited by insurer (.90). | ELS | 0.90 | 535.50 |
| 06/09/10 | Review settlement schedule (.10); e-mails, meetings, calls ELS (various), R. Roland/M.Ralston (XEROX), C. Awong (Johnston)(.20). | JXZ | 0.30 | 127.50 |
| 06/09/10 | Drafted email to Qwest counsel re outstanding issues (.30); conversation with Qwest counsel re same (.30); prepared PMC discovery for service (.20); discussion with Planned Office counsel re default judgment (.30). | NCR | 1.10 | 330.00 |
| 06/09/10 | Communication with RMS regarding Teem plumbing (.30); Meeting with ELS regarding Teem plumbing settlement proposal (.30);  Review of default lists (.40); Review of matters on 10th omnibus (.40). | ZV | 1.40 | 448.00 |
| 06/10/10 | Email correspondence with ELS re dismissal of Client Services proceeding and cancellation of mediation (.10); Email correspondence with ELS/RMS re settlement agreement for CT Networks (.10). | CJK | 0.20 | 100.00 |
| 06/10/10 | Johnston - meetings with JXZ re: matter and re: edits to discovery; emails to BDO re: same (.90); NAMB - review emails re: default and meeting with NCR re: same (.30); Shred-It - emails with defendant's counsel re: edits to settlement agreement (.90); RJ Foote - phone call with Haber re: matter and emails with RMS re: settlement progress (.20); CT Networks - emails with Plank re: matter and review and approve settlement agreement (.50). | ELS | 2.80 | 1,666.00 |
| 06/10/10 | Drafting discovery responses to Experian. | JO | 2.00 | 640.00 |
| 06/10/10 | Numerous meetings, e-mails, calls ELS (various); R. Roland (XEROX); R. Lemisch (Zensar)(1.00); review documents re Johnston (.70); review Ap dockets (.10); draft discovery responses (3.20); review Mediations/Scheduling Orders (.20). | JXZ | 5.20 | 2,210.00 |
| 06/10/10 | Analysis and revisions to Shred-it settlement agreement (.40); Communication with RMS and discussion with ELS regarding Shred-it settlement (.40); Communication with opposing counsel regarding Shred-it settlement (.30); Communication with opposing counsel regarding Touch defenses and documentation (.30); Analysis of Touch documents supporting defenses (.50). | ZV | 1.90 | 608.00 |
| 06/11/10 | Email correspondence with ELS/mediator re mediation in Capital Contractors (.10); Email correspondence with ELS/RMS/mediator re mediation and settlement in CT Networks (.10). | CJK | 0.20 | 100.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/11/10 | Johnston - meeting with JXZ re: discovery, review Awong email, meeting with MSI and JXZ re: case (1.10); review and respond to RMS emails re: various matters including CT Networks (.30); Shred-It - various emails with defendant's attorney re: settlement agreement (.80); various mediation emails (.50). | ELS | 2.70 | 1,606.50 |
| 06/11/10 | Numerous e-mails, meetings, calls ELS (various), MSI (Johnston), C. Awong (various); M. Feleer (Vector), C. Kunz (Johnston), CMC (various)(1.30); review Claims Registry/Proofs of Claim (.20): attention to discovery (.10); draft assessments (.30); advise discovery responses (.20); review AP dockets (.10); revise Mediation Statement (.20); calendar maintenance (.10). | JXZ | 2.50 | 1,062.50 |
| 06/11/10 | Corresponded with NAMB counsel re settlement (.50); corresponded with Qwest's counsel re settlement (.40). | NCR | 0.90 | 270.00 |
| 06/11/10 | Discussion with D. Culver regarding Touch defenses (.20); Review of Touch defenses and meeting with ELS regarding settlement offer (.40); Review of Shred-it settlement agreement (.40). | ZV | 1.00 | 320.00 |
| 06/14/10 | Email correspondence with ELS/RMS re CT Networks settlement (.10). | CJK | 0.10 | 50.00 |
| 06/14/10 | Shred-It - review revised exhibit "b" to settlement and email to counsel re: same (.30); RJ Foote - emails re: status of settlement (.30); Novasoft - emails re: settlement status (.40); draft motion, notice and order for 10th omnibus 9019 (.90); draft email to committee re: approval for settlements to be included in 10th omnibus 9019 (.80); Ilinic - review their discovery dispute letter and emails with JO re: same (.40); Johnston - emails and phone call with Martinez re: 2005 bonus payment or lack thereof and meeting with JXZ re: same (.50). | ELS | 3.60 | 2,142.00 |
| 06/14/10 | Research regarding judgment of defaults in multiple adversary proceedings (1.80). | JS | 1.80 | 441.00 |
| 06/14/10 | E-mails/calls/meetings ELS (various), S. Martinez, C. Kunz, T. Guilfoyle, D. Berliner, C. Awong (Johnston)(.70); review Affidavit (.10); review 9010 Order (.10). | JXZ | 0.90 | 382.50 |
| 06/14/10 | Drafted PMC notice of deposition and affidavit of service. | NCR | 0.60 | 180.00 |
| 06/14/10 | Follow up with RMS regarding Teem Plumbing settlement (.30); Meeting with ELS to discuss open matters (.40); Call with opposing counsel regarding Sourcemedia settlement payment and execution of settlement agreement (.30). | ZV | 1.00 | 320.00 |
| 06/15/10 | Email correspondence with ELS/RMS re Drew & Rogers settlement agreement (.10); Email correspondence with ELS/RMS re CT Networks settlement agreement (.10). | CJK | 0.20 | 100.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/15/10 | Review BDO emails re: Johnston and Ilinc (.60); mediation emails re: Outsource, Mortgage Data and Xerox (.60); review and respond to RMS emails re: CT Networks, Mortgage Data Management, Experian and Sourcemedia (.90); Experian - review their analysis and compare their historical data to ours (1.30); Defaults - meeting with JS re: enforcing defaults and draft emails re: same (.30); Qwest - review email from Qwest re: refunds and emails to Martinez re: refunds and credit balance (.40); Novasoft - email re: settlement status (.20); NAMB - meeting with NCR re: defenses to judgment (.30). | ELS | 4.60 | 2,737.00 |
| 06/15/10 | Review revised Rush settlement agreement and motion to approve Rush settlement (.70); meeting with MSI re: Mills motion (.20). | ELS | 0.90 | 535.50 |
| 06/15/10 | Meeting with ELS regarding defaults (.20); further research regarding default parties (.80). | JS | 1.00 | 245.00 |
| 06/15/10 | Numerous calls, meetings, e-mails ELS (various); R. Roland/J. Gropper (TRIM), C. Kunz (Johnston); MSI (Cadwalader) (.50); review ordinary course/new value analyses and Mediation Statement (.30); review Settlements (.10); review Proofs of Claim (.10); review invoices (.40). | JXZ | 1.40 | 595.00 |
| 06/15/10 | Reviewed PMC file for discovery deadlines (.30); reviewed Qwest analysis (.30); call with opposing counsel re Qwest (.30); corresponded with NAMB counsel re antecedent debt issues (.50); reviewed NAMB contract re preference payments (.20); met with ELS re same (.30). | NCR | 1.90 | 570.00 |
| 06/15/10 | Analysis of cancelled checks re AHM defaults and preparation of chart regarding judgments to be localized (.80);  Meeting with ELS discussing open matters (.30); Research regarding banks with branches in NY for restraining notices preparation (.60); Call with A. Snow regarding Sourcemedia settlement finalization and payment (.40); Meeting with ELS to discuss Sourcemedia and other matters (.40). | ZV | 2.50 | 800.00 |
| 06/16/10 | Reviewed 9th omnibus motion to approve settlements to determine which adversary proceedings must be dismissed (.10); Prepared stipulation of dismissal for Capital Contractors proceeding and email correspondence with counsel re same (.20); Prepared stipulation of dismissal for Corelogic Systems proceeding and email correspondence with counsel re same (.20). | CJK | 0.50 | 250.00 |
| 06/16/10 | Experian - emails and phone call with Plank, review and revise JO draft admission responses, emails re: matter (.90); Outsource - emails re: mediation date and review their discovery letter (.40); Novasoft - emails with defendant's counsel re: failure to abide by settlement terms (.80); Varga - emails with mediator re: mediation dates (.30); emails and phone call with Sass re: mediation calendar (.20). | ELS | 2.60 | 1,547.00 |
| 06/16/10 | Drafting responses to Experian requests for admissions. | JO | 0.70 | 224.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/16/10 | E-mails, meetings, calls ELS (various), R. Roland (XEROX)(.30). | JXZ | 0.30 | 127.50 |
| 06/16/10 | Teleconference with Halpern regarding avoidance action (.20); Meeting with ELS and JXZ regarding same (.10). | MSI | 0.30 | 228.00 |
| 06/16/10 | Reviewed correspondence with PMC counsel. | NCR | 0.30 | 90.00 |
| 06/17/10 | Email correspondence with Capital Contractors counsel re stipulation of dismissal (.10); Email correspondence with local counsel re same (.10); Reviewed list of all adversary proceedings for status and items to do (.30); Reviewed email correspondence between court and local counsel re denial of request for entry of default judgment against Design Circles (.10); Email correspondence with Corelogic counsel re stipulation of dismissal (.10); Reviewed emails/chart for status on open preference cases (.50). | CJK | 1.20 | 600.00 |
| 06/17/10 | Vector - prepare for mediation, travel to and from mediation (at 1/2 time), attend and participate at mediation (4.80); Placement Solutions - emails re: default (.40); Design Circle - emails re: default (.20); NAMB - emails with BDO re: matter (.20). | ELS | 5.60 | 3,332.00 |
| 06/17/10 | Review revised versions of Rush settlement. | ELS | 0.30 | 178.50 |
| 06/17/10 | Responding to Experian interrogatories. | JO | 0.30 | 96.00 |
| 06/17/10 | Review email from ELS regarding Design Cirle complaint (.10). | JS | 0.10 | 24.50 |
| 06/17/10 | Calls/e-mils ELS (various), M. Hayes/J. Randolph (VB)(.30); review AP dockets (.10); review status reports (.10). | JXZ | 0.50 | 212.50 |
| 06/17/10 | Reviewed Placement Solutions to determine where the complaint and default judgment was served (.30); drafted email to re default judgment (.30) | NCR | 0.60 | 180.00 |
| 06/17/10 | Communication with D. Culver regarding Touch defenses and settlement offer (.30).  Meeting with ELS regarding Touch defenses and settlement (.40). | ZV | 0.70 | 224.00 |
| 06/18/10 | Meeting with ELS and JXZ on Vector preference. | BJH | 0.20 | 48.00 |
| 06/18/10 | Finalization of 10th omnibus 9019 (.50); Vector - meeting with JXZ and meeting with MSI and meeting with BH, emails with Felger re: matter (.60); Novasoft - phone calls with mediator re: matter, emails with Ken (.50); Experian - review and revise JO discovery responses, phone call with defendant's attorney re: status (1.60); Outsource - emails re: mediation dates (.30); Qwest - emails with debtors re: outstanding deposits and meeting with NCR re: same (.50). | ELS | 4.00 | 2,380.00 |
| 06/18/10 | Drafting and editing Experian discovery responses. | JO | 3.00 | 960.00 |
| 06/18/10 | Meetings, e-mails, calls ELS (various), C. Awong (Vector), C. Kunz (Johnston), M. Felger (various)(.20); review settlements (10). | JXZ | 0.80 | 340.00 |
| 06/18/10 | Drafting Default documents for Quantitative risk Management (1.10). | KP | 1.10 | 209.00 |
| 06/18/10 | Drafted second and third request for admissions to Outsource | NCR | 0.50 | 150.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/21/10 | Email correspondence with Corelogic System counsel/local counsel re stipulation of dismissal (.10); Reviewed history of email correspondence with RMS/ELS re settlement negotiations with D.W. Consulting (.10); Email correspondence with ELS/RMS re settlement negotiations with D.W. Consulting and mediation statement (.10); Email correspondence with ELS/local counsel re court's denial of entry of default judgment against Design Circles (.10); Reviewed preference analysis for D.W. Consulting (.10); Reviewed a form mediation statement to prepare a statement for mediation in D.W. Consulting (.20); Reviewed ELS's email inclusion of additional language in all settlement agreements (.10). | CJK | 0.80 | 400.00 |
| 06/21/10 | Vector - review emails relating to preference payments and meeting with JXZ re: same (.90); CFN - emails with defendant re: default and review RMS analysis (.40); review Haber mediator bill (.30); Qwest - review and revise draft email re: refund and overpayment (.30); Ilinic - review and revise JO draft discovery response letter and meeting with JO re: same (.40); review and respond to RMS emails re: Experian and Mortgage Data (.80); Placement Solutions - review motion to vacate, review and respond to RMS analysis (.90). | ELS | 4.00 | 2,380.00 |
| 06/21/10 | Appear telephonically at 12:30 p.m. hearing re: Rush settlement. | ELS | 0.50 | 297.50 |
| 06/21/10 | Drafting discovery response letter to iLinc and reviewing their discovery production (1.30); Call with Experian re discovery extension (.10); Call with Iron Mountain and follow-up call with ELS (.30). | JO | 1.70 | 544.00 |
| 06/21/10 | Research adversary proceedings with judgments entered against defendants (1.80); emails to C. Celli re: same (.20). | JS | 2.00 | 490.00 |
| 06/21/10 | Review AP dockets (.10); review settlement agreements (.10); document production (2.00); draft response (.30); e-mails, meetings, calls ELS (various)(.20). | JXZ | 2.70 | 1,147.50 |
| 06/21/10 | Attention to various emails from CFN Financial and RMS re: default judgment and OCB analysis (.30); review file re: correspondence and timing of transfers (.40). | KGC | 0.70 | 339.50 |
| 06/21/10 | Corresponded with PMC counsel re dates for the upcoming deposition (.30); corresponded with Qwest counsel re settlement (.40); corresponded with Outsource Solutions counsel re settlement and outstanding discovery issues (.60). | NCR | 1.30 | 390.00 |
| 06/21/10 | Follow up with RMS regarding Trade Show Fabrications (.20); Communication with opposing counsel regarding Touch settlement offer (.30); Meeting with ELS regarding open matters (.30); Communication with E. O'Brien regarding Reckson settlement offer (.30); Analysis of Reckson payment histories and OCB charts (.40). | ZV | 1.50 | 480.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/22/10 | Email correspondence with RMS/ELS re status of settlement discussions with D.W. Consulting (.10); Checked docket in Client Services proceeding to determine whether defendant retained new counsel per court order and email correspondence with ELS/JS re motion for default (.10); Email correspondence with ELS/local counsel re motion for default judgment for Design Circles (.10). | CJK | 0.30 | 150.00 |
| 06/22/10 | CFN - emails with defendant re: default and settlement (.50); Vector - review emails and meeting with JXZ re: response (.80). | ELS | 1.30 | 773.50 |
| 06/22/10 | Reviewing defaults (.40); Reviewing checks and invoices to be produced to iLinc (.70). | JO | 1.10 | 352.00 |
| 06/22/10 | Further research regarding judgments entered in adversary proceedings (.80). | JS | 0.80 | 196.00 |
| 06/22/10 | Review AP dockets/recent filings (.10); document production (.20); e-mails, meetings, calls ELS (various), C, Bifferato (VB), E. Monzo/M. Feleer (VC)(.60); review Affidavit (.10); attention to pending preferences (.20); draft response (1.00). | JXZ | 2.20 | 935.00 |
| 06/22/10 | Communication with D. Culver regarding Touch mediation and defenses (.30).  Discussion with ELS regarding Touch contractual obligations and defenses (.40).  Communication with RMS regarding Touch settlement (.20).  Drafting and editing of settlement stipulation for Touch (.70). | ZV | 1.60 | 512.00 |
| 06/23/10 | Email correspondence with ELS re status report of open preferences (.10). | CJK | 0.10 | 50.00 |
| 06/23/10 | Johnston - meeting with MSI and JXZ re: counter-offer and stock/bonus issue, emails with Kunz re: prior payments and stock issue, meeting with JXZ re: bonus plan, merger agreement and draft response to defendant's counsel (2.20); prepare next status report (.90). | ELS | 3.10 | 1,844.50 |
| 06/23/10 | Finalizing Experian discovery responses and reviewing discovery production (.70); Analyzing default checks and determining whether banks are in NY (.50); Reviewing status chart (.20). | JO | 1.40 | 448.00 |
| 06/23/10 | Review Johnston response (.20); draft response (.60); numerous e-mails, calls, meetings R. Rowland/ELS (various);, C. Kunz, MSI, C. Colagiacomo, C. Awong (Johnston)(1.70). | JXZ | 2.50 | 1,062.50 |
| 06/23/10 | Meeting with ELS and JXZ regarding Johnson action. | MSI | 0.20 | 152.00 |
| 06/23/10 | Discussions with Qwest re settlement and discovery issues | NCR | 0.70 | 210.00 |
| 06/23/10 | Analysis and revisions to AHM status report for open matters (.30); Follow up with E. O'Brien regarding Reckson settlement offer (.20); Editing and revisions to Touch settlement agreement (.30); Communication with opposing counsel regarding Synaptix dismissal (.20). | ZV | 1.00 | 320.00 |
| 06/24/10 | Teleconference/email correspondence with ELS/mediator/counsel for D.W. Consulting re mediation statement and settlement (.10). | CJK | 0.10 | 50.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/24/10 | Edits to status report (.30); Johnston - review email from defendant's attorney and meeting with JXZ re: same (.60); Placement Solutions - review BDO email re: new value and email to Rowland re: settlement discussions (.40); Qwest - meeting with NCR re: matter (.20); CFN - emails with defendant re: poverty defense (.20). | ELS | 1.70 | 1,011.50 |
| 06/24/10 | Drafting dismissal stipulations for FNC and Frontrange and having matters dismissed. | JO | 0.40 | 128.00 |
| 06/24/10 | Pull and review pleadings in preparation of drafting Red Leaf Capital default pleadings (.40); initial drafting of Red Leaf Capital default pleadings (1.40); meeting with KC and ELS regarding same (.20); document production for ELS regarding judgments (.60). | JS | 2.60 | 637.00 |
| 06/24/10 | Review adversary proceeding dockets (.10); draft mediation stipulations (.50); draft mediation statement (.30); review scheduling order (.10); review ordinary course/new value analyses (.20); draft responses (.50); review various contracts (.50); numerous e-mails, calls, meetings ELS (various), R. Rowland (various), C. Kunz (Johnston), J Dushkin (Warehouseline)(.60). | JXZ | 2.80 | 1,190.00 |
| 06/24/10 | Drafted amended notice of deposition. | NCR | 0.10 | 30.00 |
| 06/24/10 | Drafting of Touch settlement agreement and meeting with ELS to discuss Touch settlement (.80);  Communication with D. Culver regarding Touch settlement (.20);  Communication with E. O'Brien regarding Reckson settlement offer (.20). | ZV | 1.20 | 384.00 |
| 06/25/10 | Edit responses to J. Laurie's discovery requests (1.0). | AW | 1.00 | 375.00 |
| 06/25/10 | Review and respond to RMS emails re: Xerox, On Guard and Mortgage Data Management (.90); J. Laurie - review emails from BDO re: matter, review and revise AW draft discovery answers (.90); Rapid Access - review RMS net analysis and meeting with NCR re: same (.50); Johnston - review counter-offer and meeting with JXZ re: reply (.70); draft email to Epiq re: 10th omnibus 9019 settlements that had claim waivers (.40). | ELS | 3.40 | 2,023.00 |
| 06/25/10 | Meeting with ELS regarding default pleadings (.20); further drafting of Red Leaf Capital default pleadings (.40). | JS | 0.60 | 147.00 |
| 06/25/10 | Calendar maintenance (.10); draft mediation stipulation (.20); draft response (.40); numerous e-mails, calls, meetings ELS (various), M. Yurkewicz (Warehouseline), T. Guilfoyle (various), C. Kunz (Johnston), R. Lemisch (Johnston)(1.20). | JXZ | 1.90 | 807.50 |
| 06/25/10 | Drafted Qwest settlement (.80); met with ELS re Rapid Access settlement (.20); call with Rapid Access re settlement (.40). | NCR | 1.40 | 420.00 |
| 06/25/10 | Communication with D. Culver regarding Touch settlement agreement language and extensions for discovery requests (.30). | ZV | 0.30 | 96.00 |
| 06/28/10 | Prepare response to J. Laurie discovery requests for filing (0.5). | AW | 0.50 | 187.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/28/10 | Teleconference/email correspondence with ELS/mediator re mediation statement for D.W. Consulting (.10). | CJK | 0.10 | 50.00 |
| 06/28/10 | Review and respond to RMS emails re: F&R Landscaping and E-Magic (.40); J. Laurie - emails re: discovery responses (.30); email/phone call with Sass re: DW, Experian and Johnston (.40); DW - emails with Stratton re: mediation (.20); Johnston - review defense counsel's response and draft email to JXZ with thoughts and meeting with JXZ re: same (.80); Intercity - phone call with defendant's attorney re: broker commissions (.30). | ELS | 2.40 | 1,428.00 |
| 06/28/10 | Edited Qwest settlement (.10); drafted email to opposing counsel re same (.30). | NCR | 0.40 | 120.00 |
| 06/29/10 | Reviewed RMS's emails with D.W. Consulting counsel re settlement (.10) | CJK | 0.10 | 50.00 |
| 06/29/10 | Johnston - meeting with JXZ re: response to their latest offers and review of related emails (.40); Iron Mountain - meeting with JO re: claim waiver issues, conference call with JO and debtors' counsel re: outstanding claims (.60); review and respond to RMS emails re: Experian, E-Magic, F&R Landscaping and DW Consulting (1.90). | ELS | 2.90 | 1,725.50 |
| 06/29/10 | Reviewing Iron Mountain preference (.40); Meeting with ELS and call with M Greecher re same (.50); Call with F&R landscaping re default (.40); Follow-up calls and emails with ELS and Liz Plank re same (.40); Email re Emagic (.10). | JO | 1.80 | 576.00 |
| 06/29/10 | Review adversary proceeding dockets (.10); calendar maintenance (.10); e-mails, calls, meetings ELS (various), C. Kunz (Johnston), CJJ (Triad), M. Felger/R. Roland (Xerox), M. Migliore (UB)(1.60); review document production (.60), draft stipulations (.30). | JXZ | 2.70 | 1,147.50 |
| 06/29/10 | Communication with RMS regarding Trade Show Fabrications status (.30).  Follow up with opposing counsel regarding Reckson (.20). | ZV | 0.50 | 160.00 |
| 06/30/10 | Reviewed ELS' chart of mediations for accuracy (.20); Email correspondence with ELS re same (.10); Reviewed check register for D.W. Consulting (.10); Reviewed check register for Client Services (.10). | CJK | 0.50 | 250.00 |
| 06/30/10 | Varga - meeting with JXZ re: settlement call, review net liability and draft email to BDO re: check delivery method (.80); Johnston - review of defendant's counsel response, email, phone call with BDO and debtors re: stock compensation , meeting with JXZ re: matter (.90); Experian - emails with RMS re: settlement (.40); review May bank statements and forward same to BDO (.40). | ELS | 2.50 | 1,487.50 |
| 06/30/10 | Reviewing mediation schedules (.20); Reviewing withdrawal of F&R default (.10). | JO | 0.30 | 96.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/30/10 | Meetings, calls, e-mails ELS (various), CAJ/K. Mangan (Triad), C. Kunz (Jonhston)(.50); review reply/draft response (.90); calendar maintenance(.10); review discovery responses (.30); review/revise status report (.20); review adversary proceeding dockets (.10). | JXZ | 2.10 | 892.50 |
| 06/30/10 | Review files re: status of cases including default judgments, dismissed actions and settled actions and update same. | KGC | 1.60 | 776.00 |
| 06/30/10 | Revisions and analysis to Touch settlement draft sent by D. Culver (.50). | ZV | 0.50 | 160.00 |

TOTAL HOURS                205.00

TOTAL SERVICES.........................................................$    90,432.00

DISBURSEMENT SUMMARY

 LONG DISTANCE TELEPHONE CHARGES                    $14.90

CARFARE                                            $64.79

DUPLICATING                                        $81.40

LEXIS                                              $30.33

POSTAGE                                            $33.86

SEARCH FEES                                       $126.48

TELECOPY PAGES                                     $29.00

TRAVEL                                            $144.50

TOTAL DISBURSEMENTS............................................$    525.26

TOTAL FEES & DISBURSEMENTS ............................$    90,957.26

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 608 | Primm | 1.10 | 190.00 | 209.00 |
| 616 | Hall | 0.20 | 240.00 | 48.00 |
| 556 | Smith | 9.60 | 245.00 | 2,352.00 |
| 544 | Rigano | 20.40 | 300.00 | 6,120.00 |
| 574 | Virani | 31.70 | 320.00 | 10,144.00 |
| 583 | Orbach | 13.60 | 320.00 | 4,352.00 |

| 581 | Wang | 3.80 | 375.00 | 1,425.00 |
| 493 | Zawadzki | 44.90 | 425.00 | 19,082.50 |
| 478 | Craner | 3.10 | 485.00 | 1,503.50 |
| 931 | Kang | 5.40 | 500.00 | 2,700.00 |
| 486 | Schnitzer | 70.40 | 595.00 | 41,888.00 |
| 260 | Indelicato | 0.80 | 760.00 | 608.00 |
| ATTY TOTAL | | 205.00 | | 90,432.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

September 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 143399

For professional services rendered from June 1, through June 30, 2010 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
009         LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/01/10 | E-mails MSI re Rush Mediation (.10). | JXZ | 0.10 | 42.50 |
| 06/01/10 | Review final mediation statement (.60); Teleconference with Drebsky regarding same (.30); Review exhibits related to mediation statement (.90); E-mails with Beach and discussions with ELS regarding same (.30); Review draft complaint (.50). | MSI | 2.60 | 1,976.00 |
| 06/01/10 | Telephone conference with Skadden re stipulation (.20); email exchanges with BDO and JPM re various case issues (.10); further edits to draft Deloitte complaint (1.10). | RJM | 1.40 | 798.00 |
| 06/02/10 | Teleconference with Beach regarding issues on mediation and strategy (.20); Review Jackson issues (.20); Continue review of complaint (.70). | MSI | 1.10 | 836.00 |
| 06/02/10 | Edit standing stipulation (.50); and several conferences with local counsel, debtors' counsel, ELS, MSI and JMC re same (.40). | RJM | 0.90 | 513.00 |
| 06/03/10 | Review standing order (.20); Meeting with RJM regarding issues regarding same (.20); Review D&T complaint (.70); Teleconference with Beach regarding strategy for mediation (.20); Review same (.30). | MSI | 1.60 | 1,216.00 |
| 06/04/10 | Draft email to committee re: authority to settle Rush/Jacksons claims and follow-up emails and phone calls re: same. | ELS | 2.60 | 1,547.00 |
| 06/04/10 | Numerous e-mails re Rush, Jackson claims (.20). | JXZ | 0.20 | 85.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/04/10 | Prepare for the Rush and Jackson mediation (1.70); Attend the Rush and Jackson mediation and meeting with Debtors regarding strategy (6.5); Transportation back to NY (2.20 @ 50%) (1.10); Review D&T stipulation and discuss same with RJM and S. Beach (.40). | MSI | 9.70 | 7,372.00 |
| 06/04/10 | Several telephone conferences with M. Chehi, S. Beach and M. Indelicato re standing stipulation and make several amendments to same and circulate (.50); review and incorporate BDO's edits to the Deloitte complaint and further review and edit entire complaint (2.90). | RJM | 3.40 | 1,938.00 |
| 06/07/10 | Review final draft of D&T complaint (.80); Draft e-mail to the Committee regarding same (.30); Discuss with RJM (.10); Teleconference with Beach regarding issues on insurance (.20); Teleconference with Drebsky (2x) regarding same and effect of settlement with Rush (.20); Review Triad issues requested by Drebsky (.40). | MSI | 2.00 | 1,520.00 |
| 06/07/10 | Review/add further BDO edits and confer with D. Berliner re same (1.50); confer with J. McCahey and C. Kang re draft complaint and in pari delicto issues (1.0); confer with Blank Rome re standing stipulation (.20). | RJM | 2.70 | 1,539.00 |
| 06/08/10 | Review D&T Complaint and e-mail MSI same (.50). | JXZ | 0.50 | 212.50 |
| 06/08/10 | Review Waterfield issues in preparation for call (.30); Teleconference with Debtors and Cadwalader on status of Waterfield (.50); Teleconference with Drebsky regarding mediations (.20). | MSI | 1.00 | 760.00 |
| 06/08/10 | Review in pari delicto article and confer with JPM and CK re same (.80); review/edit revised draft of complaint (1.10). | RJM | 1.90 | 1,083.00 |
| 06/09/10 | Review draft Rush settlement agreement (.30). | ELS | 0.30 | 178.50 |
| 06/09/10 | Teleconference with Beach regarding preliminary comments on settlement; Review same. | MSI | 0.40 | 304.00 |
| 06/09/10 | Further edits to complaint and confer with J. McCahey re same including conference call with BDO. | RJM | 1.90 | 1,083.00 |
| 06/10/10 | Review and edit revisions to settlement agreement (.40); Draft e-mail to Beach regarding comments (.20); Review various responses from P. Rush (.30). | MSI | 0.90 | 684.00 |
| 06/11/10 | Review numerous e-mails and discussions with S. Beach regarding status of settlement and terms of waiver. | MSI | 0.60 | 456.00 |
| 06/11/10 | Final edits to complaint including several telephone conferences with (and emails to/from) BDO, local counsel and debtors' counsel, as well as several internal conferences concerning complaint and litigation strategy. | RJM | 2.90 | 1,653.00 |
| 06/14/10 | Review Triad Stipulation (.10); review AP dockets (.10). | JXZ | 0.20 | 85.00 |
| 06/14/10 | Review e-mails from Rush and Beach on disputes under settlement (.60); Teleconference with Beach and S. Martinez regarding same (.60); Teleconference with Drebsky regarding same (.10). | MSI | 1.30 | 988.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/15/10 | Review and revise motion and settlement (.80); Teleconference with Beach regarding comments (.20); Teleconference with Drebsky regarding same and Jackson claims (.10); E-mail to the Committee regarding D&T action (.30). | MSI | 1.40 | 1,064.00 |
| 06/16/10 | Review various e-mails and comments on Rush stipulation (.70); Teleconference with Drebsky and Beach regarding same (.40). | MSI | 1.10 | 836.00 |
| 06/17/10 | Review and edit latest draft of settlement (.80); Teleconference with Drebsky and Beach regarding same (.30); Review e-mails regarding same (.10). | MSI | 1.20 | 912.00 |
| 06/18/10 | Review and respond to numerous e-mails from Beach, Drebsky, P. Rush and Stennet regarding comments to agreement (.90); Revise and edit proposed changes to the settlement agreement (.70); Teleconference with Beach and Drebsky regarding same (.50). | MSI | 2.10 | 1,596.00 |
| 06/18/10 | Review and analysis of Mills response motion and preparation of file (.80).  Discussion with ELS regarding Mills hearing (.20). | ZV | 1.00 | 320.00 |
| 06/21/10 | Review Broadhollow Stipulation (.10). | JXZ | 0.10 | 42.50 |
| 06/21/10 | Review comments and edit draft in preparation for continued mediation (2.20); Attend continued mediation on Rush matter (3.50); Attend hearing regarding same (.40); Transportation back to NY (2.20 @ 50%) (1.10). | MSI | 7.20 | 5,472.00 |
| 06/22/10 | Telephone conference with S. Beach re document/discovery matters re Deloitte case (.80); confer with CK and JPM re research issue re D&Os' plea agreements (.10). | RJM | 0.90 | 513.00 |
| 06/24/10 | Review adversary proceeding dockets/recent pleadings (.10). | JXZ | 0.10 | 42.50 |
| 06/29/10 | Review recent accountants' malpractice decision. | RJM | 0.30 | 171.00 |

TOTAL HOURS                    55.60

TOTAL SERVICES........................................................................$    37,838.50

DISBURSEMENT SUMMARY

LONG DISTANCE TELEPHONE CHARGES                                    $2.50

CARFARE                                                                                   $128.73

DUPLICATING                                                                            $29.50

MEALS                                                                                       $20.63

TRAVEL                                                                                   $585.00

TOTAL DISBURSEMENTS............................................................$    766.36

TOTAL FEES & DISBURSEMENTS ............................................$    38,604.86

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 574 | Virani | 1.00 | 320.00 | 320.00 |
| 493 | Zawadzki | 1.20 | 425.00 | 510.00 |
| 952 | Malatak | 16.30 | 570.00 | 9,291.00 |
| 486 | Schnitzer | 2.90 | 595.00 | 1,725.50 |
| 260 | Indelicato | 34.20 | 760.00 | 25,992.00 |
| ATTY TOTAL | | 55.60 | | 37,838.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

September 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 143399

For professional services rendered from June 1, through June 30, 2010 in connection with the following:

703159        AMERICAN HOME MORTGAGE HOLDINGS, INC.
012          CLAIMS ADMINISTRATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/03/10 | Assist AW with claims information (.40). | JS | 0.40 | 98.00 |
| 06/17/10 | Review Claims Orders (.10). | JXZ | 0.10 | 42.50 |
| 06/21/10 | Review claims Orders (.20); review omnibus objections (.50); review notices (.10). | JXZ | 0.80 | 340.00 |
| 06/29/10 | Review claims order (.10). | JXZ | 0.10 | 42.50 |
| 06/29/10 | Review chart, Meeting with ELS and discussion with YCST and Zolfo to discuss borrower claims. | MSI | 0.90 | 684.00 |
| 06/30/10 | Meeting with ELS regarding discussion of issues with borrower claims. | MSI | 0.30 | 228.00 |

TOTAL HOURS                    2.60

TOTAL SERVICES.........................................................................$    1,435.00

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 556 | Smith | 0.40 | 245.00 | 98.00 |
| 493 | Zawadzki | 1.00 | 425.00 | 425.00 |

| 260 | Indelicato | 1.20 | 760.00 | 912.00 |
|-----|-----------|------|--------|--------|
| ATTY TOTAL | | 2.60 | | 1,435.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

September 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 143399

For professional services rendered from June 1, through June 30, 2010 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
013        INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/02/10 | Several internal emails re Skadden's comments to order conferring jurisdiction upon Committee to bring claim against Deloitte and telephone conference with RJM (1.00). | JPM | 1.00 | 750.00 |
| 06/03/10 | Review of drafts of order re Committee standing and emails re various issues (.60). | JPM | 0.60 | 450.00 |
| 06/04/10 | Emails and review of latest version of proposed order conferring standing on Committee to bring action against Deloitte (.50). | JPM | 0.50 | 375.00 |
| 06/05/10 | Review and revise latest draft of Deloitte complaint (1.60); emails with RJM and BDO re same and Deloitte litigation issues (.30). | JPM | 1.90 | 1,425.00 |
| 06/06/10 | Emails with RJM re Deloitte complaint. | JPM | 0.20 | 150.00 |
| 06/07/10 | Conference/email correspondence with JPM/RJM re draft complaint and wagoner/in pari delico issues (1.00); Retrieved and reviewed form pleadings for negligent misrepresentation (.50); Retrieved and reviewed complaint filed in cases where plaintiff survived motion to dismiss based on wagoner/in pari delicto (1.00); Research re what law governs determination of standing, whether complaint must contain facts to overcome wagoner/in pari delicto defense, and reviewed wagoner/in pari delico cases to determine whether complaint requires additional allegations to survive motion to dismiss (5.00); Reviewed email from BDO re proposed revisions to draft complaint against Deloitte (.10). | CJK | 7.60 | 3,800.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/07/10 | Confer with RJM (.30) and CJK (.40) re draft complaint; confer with RJM and CJK re pari delicto issues (.40); review of complaint and email to RJM and CJK re comments (2.80); numerous emails re Deloitte issues (.80). | JPM | 4.70 | 3,525.00 |
| 06/08/10 | Follow-up research of issues impacting whether complaint should include allegations to anticipate a motion to dismiss by Deloitte based on wagoner/in pari delicto (3.00); Conference/e-mail correspondence with RJM/JPM re same and revised draft complaint (.80); Reviewed revised draft complaint against Deloitte (.50). | CJK | 4.30 | 2,150.00 |
| 06/08/10 | Confer with RJM and CJK re draft Deloitte complaint (.30); revise several drafts of Deloitte complaint (2.80); review of damage issue and email internally and to BDO re same (1.00). | JPM | 4.10 | 3,075.00 |
| 06/09/10 | Reviewed revised complaint (3x) (2.00); Revised complaint to incorporate BDO's and JPM's comments (1.00); Email correspondence/conference/ teleconference with JPM/RJM/BDO/MSI re revised complaint (.80). | CJK | 3.80 | 1,900.00 |
| 06/09/10 | Emails and conference call with BDO re issue of damages in Deloitte complaint (.40); revise Deloitte complaint (1.00); review of "pari delecto" issues (1.50); review of additional changes proposed by BDO and confer with CJK to incorporate same in draft (1.00); review of order conferring standing on Committee to bring Deloitte action (.10); emails with BDO re changes to complaint (.30); confer and emails with RJM re Deloitte complaint (.20). | JPM | 4.50 | 3,375.00 |
| 06/10/10 | Reviewed revised complaint for filing (.50); Email correspondence with JPM/RJM/MSI/local counsel/BDO re complaint against Deloitte (.20). | CJK | 0.70 | 350.00 |
| 06/10/10 | Emails with BDO re Deloitte draft Deloitte complaint (.20); confer and emails with RJM re draft Deloitte complaint (.70); review of revised Deloitte complaint (1.00); review of emails from Deloitte's counsel and Blank Rome re draft Deloitte complaint (.20). | JPM | 2.10 | 1,575.00 |
| 06/11/10 | Email correspondence/Teleconference/conference with JPM/RJM/BDO/local counsel re complaint against Deloitte, service, and tolling agreement (1.00); Reviewed tolling agreement to determine whether we need to file complaint or serve within tolling period (.10); Search online and engagement letter for addresses for Deloitte for service of summons and complaint (.10); Research re whether filing of the complaint constitutes commencement of a bankruptcy adversary proceeding or whether summons and complaint must also be served (.50); Reviewed final complaint against Deloitte (.50); Email correspondence with Deloitte's counsel re complaint filed against Deloitte (.10). | CJK | 2.30 | 1,150.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/11/10 | Numerous conferences and emails with CJK, RJM and Blank Rome re Deloitte complaint, filing of same, service issues and summons (2.50); emails with Deloitte's attorney re filing of complaint (.30). | JPM | 2.80 | 2,100.00 |
| 06/14/10 | Email correspondence with JPM/RJM re pretrial conference and items to do in preparation thereof (.10); Reviewed Fed. R. Civ. P. rules, local rules and Judge Sontchi's rules re items to do before pretrial conference and prepared email memo re same (1.50). | CJK | 1.60 | 800.00 |
| 06/15/10 | Email correspondence with JPM/RJM/BDO re meeting to discuss next steps and final complaint (.10). | CJK | 0.10 | 50.00 |
| 06/15/10 | Internal emails re Deloitte litigation issues (.50); review of article re Deloitte complaint (.10); email re potential testifying experts (.30). | JPM | 0.90 | 675.00 |
| 06/16/10 | Conference with JPM/RJM re next steps (.80); Checked SDNY docket for status of SEC's action against Strauss, Bernstein and Hozie, reviewed final judgments and email report to JPM re same (.70); Cursory review of Concordance database to get sense of types and volume of debtors' communications with Deloitte & Touche (1.00). | CJK | 2.50 | 1,250.00 |
| 06/16/10 | Review of issues re disclosure, witnesses and documents re Deloitte litigation (1.00); review of Deloitte complaint (.40); confer with RJM and CJK re Deloitte litigation (.90); review of judgments in SEC action re Strauss, Hozie and Bernstein and CJK email re same (.50). | JPM | 2.80 | 2,100.00 |
| 06/17/10 | Review of SEC judgments against Strauss, Hozie and Bernstein, and issues raised in Deloitte action (.50); email to RJM and CJK re same (.10). | JPM | 0.60 | 450.00 |
| 06/18/10 | Email correspondence with JPM re research re effect of consent judgment of Strauss, Bernstein and Hozie on in pari delicto analysis (.10). | CJK | 0.10 | 50.00 |
| 06/21/10 | Teleconference with RJM re research of effect of consent judgment of Strauss, Bernstein and Hozie for in pari delicto analysis (.10); Searched for, retrieved and reviewed indexes and other documents prepared by JT re document database in anticipation of initial disclosures and discovery (.50). | CJK | 0.60 | 300.00 |
| 06/22/10 | Conference/teleconference with RJM/Debtors' counsel re document records (.80); Teleconference with RJM re research re effect of consent judgment (.10); Conference with JPM re scope of research re same (.10); Conference with Y. Kim re same (.40). | CJK | 1.40 | 700.00 |
| 06/22/10 | Confer with RJM (.10) and CJK (.20) regarding research of effect of SEC consent judgments. | JPM | 0.30 | 225.00 |
| 06/22/10 | Spoke to CK about new research assignment. | KYJ | 0.30 | 72.00 |
| 06/28/10 | Reviewed Bankruptcy Services v. Ernst & Young decision forwarded by JPM (.50). | CJK | 0.50 | 250.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/28/10 | Review and circulate recent accountant's malpractice decision in SDNY. | JPM | 0.20 | 150.00 |
| 06/29/10 | American Home Mortgage research. | KYJ | 1.30 | 312.00 |
| 06/30/10 | American Home Mortgage memo research. | KYJ | 4.10 | 984.00 |

TOTAL HOURS                58.40

TOTAL SERVICES.........................................................................$    34,518.00

<u>DISBURSEMENT SUMMARY</u>

DUPLICATING                                                                                $72.40

LEXIS                                                                                           $415.05

TOTAL DISBURSEMENTS...........................................................$    487.45

TOTAL FEES & DISBURSEMENTS ...........................................$    35,005.45

<u>SUMMARY OF ATTORNEY TIME</u>

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 619 | Kim | 5.70 | 240.00 | 1,368.00 |
| 931 | Kang | 25.50 | 500.00 | 12,750.00 |
| 226 | McCahey | 27.20 | 750.00 | 20,400.00 |
| ATTY TOTAL | | 58.40 | | 34,518.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

September 30, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 143399

For professional services rendered from June 1, through June 30, 2010 in connection with the following:

703159        AMERICAN HOME MORTGAGE HOLDINGS, INC.
014          TRIAD WORKOUT

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 06/03/10 | Attention to review pleading filed by BoA (stipulation) and communications to Debtors' counsel (.10) and H&H team (.10), re: same. | CAJ | 0.20 | 119.00 |
| 06/29/10 | Communications to/from Debtors' counsel and ES, re: new stipulation with AHM/Triad (.20); Communication to counsel for Triad, re: stipulation (.10). | CAJ | 0.30 | 178.50 |
| 06/30/10 | Attention to communications to/from Debtors, re: proposed stipulation (.10); Draft new form of stipulation extending parties' time to respond to the complaint (1.10); Communications to/from Debtors (.20) and counsel for Triad (multiple) (.40) with respect to the stipulation. | CAJ | 1.80 | 1,071.00 |

TOTAL HOURS        2.30

TOTAL SERVICES........................................................................$   1,368.50

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 588 | Jarvinen | 2.30 | 595.00 | 1,368.50 |

ATTY TOTAL                    2.30                    1,368.50