**Exhibit C**

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 6/1/2010 | Indelicato, Mark S | CAR | $ 118.73 | VENDOR: VITAL TRANSPORATION; INVOI128511; DATE: 6/15/2010 |
| 6/2/2010 | Zawadzki, Jeffrey | CAR | $ 62.64 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 620390; DATE: 6/15/2010 |
| 6/8/2010 | Rigano, Nicholas C. | CAR | $ 43.19 | VENDOR: ROYAL DISPATCH SERVICES, INC.; INVOICE#: 658070; DATE: 6/18/2010 |
| 6/17/2010 | Schnitzer, Edward L. | CAR | $ 8.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 66; DATE: 6/22/2010 |
| 6/17/2010 | Schnitzer, Edward L. | CAR | $ 9.60 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 66; DATE: 6/22/2010 |
| 6/17/2010 | Schnitzer, Edward L. | CAR | $ 4.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 66; DATE: 6/22/2010 |
| 6/21/2010 | Zawadzki, Jeffrey | CAR | $ 62.64 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 621677; DATE: 6/30/2010 |
| 6/21/2010 | Indelicato, Mark S | CAR | $ 10.00 | VENDOR: INDELICATO; INVOICE#: 47; DATE: 7/28/2010 |
| | | | $ 318.80 | |
| | | | | |
| 6/1/2010 | | DUPL | $ 0.20 | |
| 6/1/2010 | | DUPL | $ 0.20 | |
| 6/1/2010 | | DUPL | $ 0.20 | |
| 6/3/2010 | | DUPL | $ 0.40 | |
| 6/3/2010 | | DUPL | $ 0.90 | |
| 6/3/2010 | | DUPL | $ 0.40 | |
| 6/3/2010 | | DUPL | $ 0.10 | |
| 6/3/2010 | | DUPL | $ 0.40 | |
| 6/3/2010 | | DUPL | $ 0.40 | |
| 6/3/2010 | | DUPL | $ 0.10 | |
| 6/3/2010 | | DUPL | $ 0.70 | |
| 6/4/2010 | | DUPL | $ 1.00 | |
| 6/7/2010 | Zawadzki, Jeffrey | DUPL | $ 0.40 | |
| 6/7/2010 | Schnitzer, Edward L. | DUPL | $ 0.80 | |
| 6/7/2010 | | DUPL | $ 4.00 | |
| 6/7/2010 | | DUPL | $ 4.20 | |
| 6/7/2010 | | DUPL | $ 4.70 | |
| 6/7/2010 | | DUPL | $ 4.10 | |
| 6/7/2010 | | DUPL | $ 0.60 | |
| 6/7/2010 | | DUPL | $ 1.00 | |
| 6/7/2010 | | DUPL | $ 0.50 | |
| 6/7/2010 | | DUPL | $ 1.00 | |
| 6/7/2010 | | DUPL | $ 2.90 | |
| 6/7/2010 | | DUPL | $ 0.80 | |
| 6/7/2010 | | DUPL | $ 0.80 | |
| 6/7/2010 | | DUPL | $ 0.20 | |

| | | | |
|---|---|---|---|
| 6/7/2010 | DUPL | $ | 0.70 |
| 6/7/2010 | DUPL | $ | 0.90 |
| 6/7/2010 | DUPL | $ | 0.30 |
| 6/7/2010 | DUPL | $ | 4.50 |
| 6/7/2010 | DUPL | $ | 1.30 |
| 6/7/2010 | DUPL | $ | 1.10 |
| 6/7/2010 | DUPL | $ | 0.70 |
| 6/7/2010 | DUPL | $ | 0.50 |
| 6/7/2010 | DUPL | $ | 3.00 |
| 6/7/2010 | DUPL | $ | 4.50 |
| 6/8/2010 | DUPL | $ | 9.50 |
| 6/8/2010 | DUPL | $ | 2.30 |
| 6/8/2010 | DUPL | $ | 3.00 |
| 6/8/2010 | DUPL | $ | 3.20 |
| 6/8/2010 | DUPL | $ | 3.00 |
| 6/8/2010 | DUPL | $ | 6.40 |
| 6/8/2010 | DUPL | $ | 3.00 |
| 6/8/2010 | DUPL | $ | 3.00 |
| 6/8/2010 | DUPL | $ | 0.10 |
| 6/8/2010 | DUPL | $ | 2.30 |
| 6/8/2010 | DUPL | $ | 3.00 |
| 6/9/2010 | DUPL | $ | 0.50 |
| 6/9/2010 | DUPL | $ | 0.50 |
| 6/9/2010 | DUPL | $ | 3.10 |
| 6/9/2010 | DUPL | $ | 0.20 |
| 6/9/2010 | DUPL | $ | 3.20 |
| 6/9/2010 | DUPL | $ | 0.10 |
| 6/9/2010 | DUPL | $ | 3.10 |
| 6/9/2010 | DUPL | $ | 0.20 |
| 6/9/2010 | DUPL | $ | 2.90 |
| 6/9/2010 | DUPL | $ | 0.10 |
| 6/9/2010 | DUPL | $ | 3.40 |
| 6/9/2010 | DUPL | $ | 1.80 |
| 6/10/2010 | DUPL | $ | 0.20 |
| 6/10/2010 | DUPL | $ | 1.60 |
| 6/10/2010 | DUPL | $ | 1.70 |
| 6/10/2010 | DUPL | $ | 1.80 |
| 6/10/2010 | DUPL | $ | 0.20 |
| 6/11/2010 | DUPL | $ | 1.60 |
| 6/11/2010 | DUPL | $ | 0.70 |
| 6/11/2010 | DUPL | $ | 1.80 |
| 6/11/2010 | DUPL | $ | 1.80 |
| 6/11/2010 | DUPL | $ | 1.60 |
| 6/11/2010 | DUPL | $ | 3.80 |
| 6/11/2010 | DUPL | $ | 4.60 |
| 6/11/2010 | DUPL | $ | 0.10 |
| 6/11/2010 | DUPL | $ | 0.10 |

| | | | |
|---|---|---|---|
| 6/14/2010 | DUPL | $ | 1.80 |
| 6/14/2010 | DUPL | $ | 0.10 |
| 6/14/2010 | DUPL | $ | 1.80 |
| 6/14/2010 | DUPL | $ | 4.40 |
| 6/14/2010 | DUPL | $ | 0.80 |
| 6/14/2010 | DUPL | $ | 0.40 |
| 6/14/2010 | DUPL | $ | 0.60 |
| 6/15/2010 | DUPL | $ | 0.70 |
| 6/15/2010 | DUPL | $ | 1.70 |
| 6/15/2010 | DUPL | $ | 1.70 |
| 6/15/2010 | DUPL | $ | 1.60 |
| 6/16/2010 | DUPL | $ | 0.70 |
| 6/16/2010 | DUPL | $ | 1.60 |
| 6/16/2010 | DUPL | $ | 1.70 |
| 6/16/2010 | DUPL | $ | 1.60 |
| 6/16/2010 | DUPL | $ | 1.70 |
| 6/16/2010 | DUPL | $ | 1.70 |
| 6/16/2010 | DUPL | $ | 1.60 |
| 6/16/2010 | DUPL | $ | 0.30 |
| 6/16/2010 | DUPL | $ | 0.20 |
| 6/17/2010 | DUPL | $ | 1.70 |
| 6/17/2010 | DUPL | $ | 1.60 |
| 6/17/2010 | DUPL | $ | 1.60 |
| 6/17/2010 | DUPL | $ | 1.60 |
| 6/17/2010 | DUPL | $ | 1.80 |
| 6/17/2010 | DUPL | $ | 1.00 |
| 6/17/2010 | DUPL | $ | 0.20 |
| 6/17/2010 | DUPL | $ | 9.50 |
| 6/17/2010 | DUPL | $ | 1.30 |
| 6/17/2010 | DUPL | $ | 0.50 |
| 6/17/2010 | DUPL | $ | 1.30 |
| 6/17/2010 | DUPL | $ | 3.60 |
| 6/17/2010 | DUPL | $ | 0.90 |
| 6/17/2010 | DUPL | $ | 17.50 |
| 6/17/2010 | DUPL | $ | 1.70 |
| 6/17/2010 | DUPL | $ | 1.70 |
| 6/17/2010 | DUPL | $ | 1.60 |
| 6/17/2010 | DUPL | $ | 3.80 |
| 6/17/2010 | DUPL | $ | 0.10 |
| 6/18/2010 | DUPL | $ | 0.40 |
| 6/18/2010 | DUPL | $ | 0.20 |
| 6/18/2010 | DUPL | $ | 0.10 |
| 6/18/2010 | DUPL | $ | 0.20 |
| 6/18/2010 | DUPL | $ | 0.10 |
| 6/18/2010 | DUPL | $ | 0.10 |
| 6/18/2010 | DUPL | $ | 2.70 |
| 6/18/2010 | DUPL | $ | 0.10 |

| | | | |
|---|---|---|---|
| 6/18/2010 | DUPL | $ | 0.80 |
| 6/18/2010 | DUPL | $ | 0.80 |
| 6/18/2010 | DUPL | $ | 0.10 |
| 6/21/2010 | DUPL | $ | 0.20 |
| 6/21/2010 | DUPL | $ | 1.40 |
| 6/21/2010 | DUPL | $ | 2.00 |
| 6/21/2010 | DUPL | $ | 0.10 |
| 6/21/2010 | DUPL | $ | 0.90 |
| 6/21/2010 | DUPL | $ | 0.20 |
| 6/21/2010 | DUPL | $ | 0.10 |
| 6/21/2010 | DUPL | $ | 0.40 |
| 6/22/2010 | DUPL | $ | 17.20 |
| 6/22/2010 | DUPL | $ | 4.60 |
| 6/22/2010 | DUPL | $ | 16.10 |
| 6/22/2010 | DUPL | $ | 0.20 |
| 6/23/2010 | DUPL | $ | 2.80 |
| 6/23/2010 | DUPL | $ | 0.10 |
| 6/23/2010 | DUPL | $ | 0.10 |
| 6/23/2010 | DUPL | $ | 0.10 |
| 6/23/2010 | DUPL | $ | 0.10 |
| 6/23/2010 | DUPL | $ | 0.10 |
| 6/23/2010 | DUPL | $ | 0.10 |
| 6/23/2010 | DUPL | $ | 0.10 |
| 6/23/2010 | DUPL | $ | 0.10 |
| 6/23/2010 | DUPL | $ | 0.10 |
| 6/23/2010 | DUPL | $ | 0.10 |
| 6/23/2010 | DUPL | $ | 0.10 |
| 6/23/2010 | DUPL | $ | 0.10 |
| 6/23/2010 | DUPL | $ | 0.10 |
| 6/23/2010 | DUPL | $ | 0.10 |
| 6/23/2010 | DUPL | $ | 0.20 |
| 6/23/2010 | DUPL | $ | 0.10 |
| 6/23/2010 | DUPL | $ | 0.20 |
| 6/23/2010 | DUPL | $ | 0.20 |
| 6/23/2010 | DUPL | $ | 0.10 |
| 6/23/2010 | DUPL | $ | 0.10 |
| 6/23/2010 | DUPL | $ | 0.90 |
| 6/23/2010 | DUPL | $ | 1.10 |
| 6/23/2010 | DUPL | $ | 1.10 |
| 6/23/2010 | DUPL | $ | 1.40 |
| 6/23/2010 | DUPL | $ | 0.30 |
| 6/23/2010 | DUPL | $ | 0.20 |
| 6/23/2010 | DUPL | $ | 0.10 |
| 6/23/2010 | DUPL | $ | 0.10 |
| 6/23/2010 | DUPL | $ | 0.10 |
| 6/23/2010 | DUPL | $ | 0.10 |
| 6/23/2010 | DUPL | $ | 0.10 |

| | | | | |
|---|---|---|---|---|
| 6/23/2010 | DUPL | $ | 0.50 | |
| 6/23/2010 | DUPL | $ | 0.10 | |
| 6/24/2010 | DUPL | $ | 0.20 | |
| 6/24/2010 | DUPL | $ | 0.80 | |
| 6/24/2010 | DUPL | $ | 0.40 | |
| 6/24/2010 | DUPL | $ | 0.60 | |
| 6/24/2010 | DUPL | $ | 0.80 | |
| 6/24/2010 | DUPL | $ | 1.00 | |
| 6/24/2010 | DUPL | $ | 0.80 | |
| 6/24/2010 | DUPL | $ | 0.80 | |
| 6/24/2010 | DUPL | $ | 0.60 | |
| 6/24/2010 | DUPL | $ | 0.20 | |
| 6/24/2010 | DUPL | $ | 0.20 | |
| 6/24/2010 | DUPL | $ | 0.70 | |
| 6/25/2010 | DUPL | $ | 0.90 | |
| 6/25/2010 | DUPL | $ | 0.90 | |
| 6/25/2010 | DUPL | $ | 0.50 | |
| 6/25/2010 | DUPL | $ | 0.10 | |
| 6/25/2010 | DUPL | $ | 0.40 | |
| 6/25/2010 | DUPL | $ | 1.00 | |
| 6/25/2010 | DUPL | $ | 0.20 | |
| 6/25/2010 | DUPL | $ | 0.80 | |
| 6/25/2010 | DUPL | $ | 0.80 | |
| 6/28/2010 | DUPL | $ | 3.80 | |
| 6/28/2010 | DUPL | $ | 3.50 | |
| 6/28/2010 | DUPL | $ | 1.70 | |
| 6/28/2010 | DUPL | $ | 3.60 | |
| 6/28/2010 | DUPL | $ | 3.60 | |
| 6/28/2010 | DUPL | $ | 1.70 | |
| 6/28/2010 | DUPL | $ | 1.90 | |
| 6/28/2010 | DUPL | $ | 1.00 | |
| 6/28/2010 | DUPL | $ | 0.10 | |
| 6/28/2010 | DUPL | $ | 0.20 | |
| 6/28/2010 | DUPL | $ | 1.70 | |
| 6/28/2010 | DUPL | $ | 1.00 | |
| 6/28/2010 | DUPL | $ | 2.60 | |
| 6/28/2010 | DUPL | $ | 1.80 | |
| | | $ | 308.80 | |
| | | | | |
| 6/11/2010 | Zawadzki, Jeffrey | FAX | $ | 29.00 | |
| | | | | |
| 6/7/2010 | Zawadzki, Jeffrey | LEXI | $ | 30.33 | VENDOR: LEXIS - NEXIS; INVOICE#: 1005060147; DATE: 6/7/2010 |
| 6/11/2010 | Kang, Christina | LEXI | $ | 209.76 | VENDOR: LEXIS - NEXIS; INVOICE#: 1006036070; DATE: 7/13/2010 |

| Date | Name | Code | Amount | Vendor |
|------|------|------|--------|--------|
| 6/30/2010 | Kang, Christina | LEXI | $ 36.87 | VENDOR: LEXIS NEXIS COURT LINK; INVOICE#: E-A-424879; DATE: 6/30/2010 |
| 6/30/2010 | Yoon-Jee Kim | LEXI | $ 168.42 | VENDOR: LEXIS - NEXIS; INVOICE#: 1006036070; DATE: 7/13/2010 |
| | | | $ 445.38 | |
| 6/2/2010 | Zawadzki, Jeffrey | MEAL | $ 20.86 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 697049; DATE: 6/6/2010 |
| 6/18/2010 | Indelicato, Mark S | MEAL | $ 20.63 | VENDOR: INDELICATO; INVOICE#: 47; DATE: 7/28/2010 |
| 6/23/2010 | Zawadzki, Jeffrey | MEAL | $ 23.20 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 707752; DATE: 6/27/2010 |
| | | | $ 64.69 | |
| 6/17/2010 | Indelicato, Mark S | ODEL | $ 113.16 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 7-144-63503; DATE: 7/5/2010 |
| 6/2/2010 | Zawadzki, Jeffrey | POST | $ 1.73 | |
| 6/2/2010 | Virani, Zahir | POST | $ 1.56 | |
| 6/4/2010 | Zawadzki, Jeffrey | POST | $ 3.80 | |
| 6/7/2010 | Schnitzer, Edward L. | POST | $ 0.78 | |
| 6/10/2010 | Rigano, Nicholas C. | POST | $ 1.73 | |
| 6/11/2010 | Zawadzki, Jeffrey | POST | $ 1.73 | |
| 6/14/2010 | Rigano, Nicholas C. | POST | $ 0.88 | |
| 6/18/2010 | Rigano, Nicholas C. | POST | $ 1.39 | |
| 6/23/2010 | Orbach, Joseph | POST | $ 11.37 | |
| 6/23/2010 | Orbach, Joseph | POST | $ 7.50 | |
| 6/28/2010 | Wang, Anting | POST | $ 1.39 | |
| | | | $ 33.86 | |
| 6/10/2010 | Rigano, Nicholas C. | SEAR | $ 6.00 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302010; DATE: 6/30/2010 |

| Date | Name | Type | | Amount | Description |
|---|---|---|---|---|---|
| 6/25/2010 | Power, Mark | SEAR | $ | 110.40 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302010; DATE: 6/30/2010 |
| 6/28/2010 | Power, Mark | SEAR | $ | 35.76 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302010; DATE: 6/30/2010 |
| 6/29/2010 | Power, Mark | SEAR | $ | 10.08 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302010; DATE: 6/30/2010 |
| 6/30/2010 | Schwartz, Jeffrey L | SEAR | $ | 286.56 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302010; DATE: 6/30/2010 |
| | | | $ | 448.80 | |
| 6/1/2010 | Zawadzki, Jeffrey | TELCON | $ | 42.82 | VENDOR: AMERICAN EXPRESS; INVOICE#: 080110; DATE: 7/27/2010 |
| 6/1/2010 | Virani, Zahir | TELE | $ | 0.35 | |
| 6/1/2010 | Malatak, Robert J. | TELE | $ | 1.25 | |
| 6/3/2010 | Rigano, Nicholas C. | TELE | $ | 0.35 | |
| 6/3/2010 | Rigano, Nicholas C. | TELE | $ | 0.35 | |
| 6/3/2010 | Indelicato, Mark S | TELE | $ | 2.14 | |
| 6/4/2010 | Malatak, Robert J. | TELE | $ | 0.90 | |
| 6/4/2010 | Malatak, Robert J. | TELE | $ | 0.35 | |
| 6/4/2010 | Schnitzer, Edward L. | TELE | $ | 1.12 | |
| 6/7/2010 | Smith, Jason | TELE | $ | 1.02 | |
| 6/7/2010 | Virani, Zahir | TELE | $ | 0.59 | |
| 6/7/2010 | Virani, Zahir | TELE | $ | 0.35 | |
| 6/9/2010 | Rigano, Nicholas C. | TELE | $ | 0.97 | |
| 6/9/2010 | Rigano, Nicholas C. | TELE | $ | 0.35 | |
| 6/9/2010 | Indelicato, Mark S | TELE | $ | 3.95 | |
| 6/10/2010 | Rigano, Nicholas C. | TELE | $ | 0.63 | |
| 6/11/2010 | Orbach, Joseph | TELE | $ | 0.35 | |

| | | | | |
|---|---|---|---|---|
| 6/17/2010 | Virani, Zahir | TELE | $ | 0.35 |
| 6/17/2010 | Virani, Zahir | TELE | $ | 0.35 |
| 6/18/2010 | Rigano, Nicholas C. | TELE | $ | 0.35 |
| 6/18/2010 | Indelicato, Mark S | TELE | $ | 5.12 |
| 6/18/2010 | Schnitzer, Edward L. | TELE | $ | 1.79 |
| 6/21/2010 | Rigano, Nicholas C. | TELE | $ | 0.35 |
| 6/21/2010 | Virani, Zahir | TELE | $ | 0.55 |
| 6/21/2010 | Orbach, Joseph | TELE | $ | 0.35 |
| 6/21/2010 | Orbach, Joseph | TELE | $ | 0.58 |
| 6/22/2010 | Zawadzki, Jeffrey | TELE | $ | 0.35 |
| 6/22/2010 | Virani, Zahir | TELE | $ | 0.35 |
| 6/22/2010 | Virani, Zahir | TELE | $ | 0.35 |
| 6/22/2010 | Virani, Zahir | TELE | $ | 0.35 |
| 6/22/2010 | Malatak, Robert J. | TELE | $ | 0.35 |
| 6/22/2010 | Zawadzki, Jeffrey | TELE | $ | 0.35 |
| 6/22/2010 | Virani, Zahir | TELE | $ | 0.35 |
| 6/22/2010 | Virani, Zahir | TELE | $ | 0.35 |
| 6/22/2010 | Virani, Zahir | TELE | $ | 0.35 |
| 6/22/2010 | Malatak, Robert J. | TELE | $ | 0.35 |
| 6/23/2010 | Zawadzki, Jeffrey | TELE | $ | 0.51 |
| 6/24/2010 | Rigano, Nicholas C. | TELE | $ | 0.35 |
| 6/24/2010 | Virani, Zahir | TELE | $ | 0.44 |
| 6/25/2010 | Zawadzki, Jeffrey | TELE | $ | 0.60 |

| Date | Name | Type | | Amount | Vendor |
|------|------|------|---|--------|--------|
| 6/28/2010 | Schnitzer, Edward L. | TELE | $ | 30.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 68; DATE: 7/1/2010 |
| 6/29/2010 | Zawadzki, Jeffrey | TELE | $ | 0.65 | |
| 6/29/2010 | Orbach, Joseph | TELE | $ | 0.37 | |
| 6/30/2010 | Rigano, Nicholas C. | TELE | $ | 0.35 | |
| 6/30/2010 | Virani, Zahir | TELE | $ | 0.51 | |
| 6/30/2010 | Schnitzer, Edward L. | TELE | $ | 58.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 69; DATE: 7/13/2010 |
| | | | $ | 120.09 | |
| 6/4/2010 | Indelicato, Mark S | TRAV | $ | 258.00 | VENDOR: INDELICATO; INVOICE#: 46; DATE: 6/24/2010 |
| 6/17/2010 | Schnitzer, Edward L. | TRAV | $ | 144.50 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 66; DATE: 6/22/2010 |
| 6/21/2010 | Indelicato, Mark S | TRAV | $ | 106.00 | VENDOR: INDELICATO; INVOICE#: 47; DATE: 7/28/2010 |
| 6/21/2010 | Indelicato, Mark S | TRAV | $ | 221.00 | VENDOR: INDELICATO; INVOICE#: 47; DATE: 7/28/2010 |
| | | | $ | 729.50 | |

**Total:**                    **$ 2,654.90**