**CERTIFICATE OF SERVICE**

I, Pamela J. Groff, certify that I am not less than 18 years of age, and that service of the foregoing document was made on October 7, 2010, on the parties listed below via the method indicated:

**VIA HAND DELIVERY**
BLANK ROME LLP
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
Victoria A. Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801

**VIA U.S. MAIL**
HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnizter
488 Madison Avenue
New York, New York 10022

**VIA HAND DELIVERY**
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach
Michael S. Neiburg
Morgan L. Seward
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**VIA HAND DELIVERY**
OFFICE OF THE UNITED STATES TRUSTEE
Attn: Joseph McMahon
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

|   10/7/10   | */s/ Pamela J. Groff* |
|---|---|
| Date | Pamela J. Groff |

WCSR 4473382v1