IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :  Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                :  Jointly Administered
Debtors.                                                        :
---------------------------------------------------------------- x

### NOTICE OF WITHDRAWAL OF CLAIM NO. 10422 FILED BY KELLY AND MARK WATSON

PLEASE TAKE NOTICE that Kelly and Mark Watson, by and through their undersigned representative, hereby withdraw proof of claim numbered 10422 filed against the above-captioned debtors with prejudice.

Dated: Sept. 30, 2010

Kelly Watson
Dated: September 29, 2010

Mark Watson
Dated: September 29, 2010

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

YCST01:9916598.1                                                                              066585.1001