IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al

Debtors.

Chapter 11

NO. 07-11047 (CSS)

DECLARATION OF FILING OF FAX SIGNATURES

I, Gina A. Mitchell, do hereby declare under penalty of perjury under the laws of the State of Washington as follows:

1. I am the legal assistant for Stephanie Bloomfield one of the attorneys representing claimants Watson in the above-entitled action. I make this declaration based upon personal knowledge.

2. On September 29, 2010, I sent to Kelly and Mark Watson by facsimile the Notice of Withdrawal of Claim to which this declaration is attached at the facsimile number provided to me.

3. On September 30, 2010 I received by facsimile the signed Notice of Withdrawal of Claim.

4. I have examined the faxed signatures and they are complete and legible.

- 1 of 2
[1475203 v01.doc]

ORIGINAL

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM, LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

5. This declaration is presented pursuant to GR 17(a)(2) for the purpose of filing this facsimile with the Court.

Signed this 4th day of October, 2010 at Tacoma, Washington.

*Gina A. Mitchell*
Gina A. Mitchell

- 2 of 2
[1475203 v01.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM, LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565


GORDON THOMAS HONEYWELL LLP

Gina A. Mitchell
Direct: (253) 620-6498
E-mail: gmitchell@gth-law.com

October 4, 2010

Clerk of Delaware Bankruptcy Court
824 N. Market Street, #500
Wilmington, DE 19801-4098

Re:     American Home Mortgage Holdings, Inc.
        Case No. 07-11047 (CSS)

Greetings:

Enclosed for filing is the Notice of Withdrawal of Claim No. 10422 filed by Kelly and Mark Watson, along with my Declaration of Filing Fax Signatures.

Please conform the additional copy and return it to me in the enclosed stamped envelope.

Thank you for your assistance.

Very truly yours,

*Gina A. Mitchell*

Gina A. Mitchell, Legal Assistant to
Stephanie Bloomfield

GAM:gam

Reply to:
Tacoma Office
1201 Pacific Ave., Suite 2100    (253) 620-6500
Tacoma, WA 98402                 (253) 620-6565 (fax)

Seattle Office
600 University, Suite 2100    (206) 676-7500
Seattle, WA 98101             (206) 676-7575 (fax)

Law Offices | www.gth-law.com                              [1475205 v01.doc]