IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x   Chapter 11
In re:                                                              :
                                                                    :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                              :
HOLDINGS, INC., a Delaware corporation, *et al.*,                   :   Jointly Administered
                                                                    :
                        Debtors.                                    :
------------------------------------------------------------------- x

## NOTICE OF CANCELLATION OF DEPOSITION

PLEASE TAKE NOTICE that, American Home Mortgage Holdings, Inc. and its affiliated debtors and debtors in possession (the "Debtors"), by and through undersigned counsel have canceled the deposition of Terry Miles which was previously scheduled to commence at 9:00 a.m. (PT) on October 12, 2010, at the offices located at 1302 Osos Street, San Luis Obispo, CA 93401.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>October 8, 2010 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Erin Edwards*<br>Erin Edwards (No. 4392)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel for the Debtors* |