IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11
In re:                                                                          :
                                                                                    :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                      :
HOLDINGS, INC., a Delaware corporation, *et al.*,            :   Jointly Administered
                                                                                    :
                              Debtors.                                       :
---------------------------------------------------------------- x

## NOTICE OF CANCELLATION OF DEPOSITION

PLEASE TAKE NOTICE that, American Home Mortgage Holdings, Inc. and its affiliated debtors and debtors in possession (the "Debtors"), by and through undersigned counsel have canceled the deposition of Ken Coffey which was previously scheduled to commence at 2:00 p.m. (PT) on October 13, 2010, at the offices of Ahlstrand & Associates / DiscoveryWorks, 205 W Mission Street, Santa Barbara, CA 93101.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>October 8, 2010 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Erin Edwards*<br>Erin Edwards (No. 4392)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel for the Debtors* |