IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re: : Chapter 11
:
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*, :
: Jointly Administered
Debtors. ::
------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                   ) SS
NEW CASTLE COUNTY  )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on September 15, 2010, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Scheduling Order Relating to the Motion of Deborah Mills for Order to (I) Amend Proof of Claim and (II) Motion for Order of Allowed Administrative Expense Claim Priority Against the Estate and (III) Order of Right to Protection of Certain Property Interest [D.I. 9213]

                                               _____
                                               Debbie Laskin

      SWORN TO AND SUBSCRIBED before me this 30 day of September 2010.

_____
Notary Public

KASSANDRA ANN RIDDLE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 10, 2012

## SERVICE LIST

Richard Weinblatt  
Two Fox Point Centre  
Stamoulis & Wieinblatt  
6 Denny Road, Suite 307  
Wilmington, DE 19809  
(Deborah Mills)  
*First Class Mail*

Stamatios Stamoulis  
Two Fox Point Centre  
Stamoulis & Weinblatt  
6 Denny Road, Suite 307  
Wilmington, DE 19809  
Deborah Mills  
*First Class Mail*