IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                                                    :   Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                           :
                                                                          :   Jointly Administered
         Debtors.                                                         :
                                                                          :   Ref. No. 9215
------------------------------------------------------------------------- x

### CERTIFICATE OF NO OBJECTION TO APPLICATION
### RE: DOCKET NO. 9215

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Thirty-Sixth Monthly Application of Quinn Emanuel Urquhart & Sullivan LLP as Special Investigatory Litigation and Conflicts Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period July 1, 2010 through July 31, 2010 (the "Application"). The Court's docket which was last updated October 8, 2010, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than October 4, 2010 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($10,108.80) of requested fees ($12,636.00) and 100% of requested expenses ($88.18) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       October 8, 2010

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Patrick A. Jackson
        Sean M. Beach (No. 4070)
        Patrick A. Jackson (No. 4976)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and
        Debtors in Possession