<u>**NO ORDER REQUIRED**</u>

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | (Jointly Administered) |
| *et al.*[1], | ) | |
| | ) | Objection Deadline: October 6, 2010 at 4:00 p.m. |
| Debtors. | ) | Hearing Date: October 21, 2010 at 11:30 a.m. |

**CERTIFICATION OF NO OBJECTION
<u>REGARDING DOCKET NO. 9232</u>**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Interim Fee Application Request of Ferry, Joseph & Pearce, P.A. (the "Applicant") for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for the Twelfth Interim Period of May 1, 2010 through July 31, 2010, (the "Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than October 6, 2010 at 4:00 p.m.

Dated: October 12, 2010

FERRY, JOSEPH & PEARCE, P.A.

/s/ Lisa L. Coggins
Rick S. Miller, Esq. (#3418)
Lisa L. Coggins, Esq. (#4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
*Special Conflicts Counsel to the Official
Committee Of Unsecured Creditors*

---

[1] Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.