IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 : Jointly Administered
         Debtors.                                                :
                                                                 : Ref. Docket Nos. 9026, 9028
------------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 20, 2010, I caused to be served the:

    a)  "Order Sustaining Debtors' Fifty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy rules 3003 and 3007, and Local Rule 3007-1," dated July 19, 2010 [Docket No. 9026] (the "Fifty-Second Omnibus Order"), and

    b)  "Order Sustaining in Part Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, ," dated July 19, 2010 [Docket No. 9028] (the "Fifty-Ninth Omnibus Order"),

    by causing true and correct copies of:

    i.  the Fifty-Second Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes to be delivered by first class mail to those parties listed on the annexed Exhibit A, and

    ii. the Fifty-Ninth Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the party listed on the annexed Exhibit B.

3.     All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Panagiota Manatakis

Sworn to before me this
21st day of July, 2010

Notary Public Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

## AMERICAN HOME MORTGAGE
### SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ADA COUNTY TREASURER | P.O. BOX 2868 BOISE ID 83701 |
| CANYON COUNTY | ATTN TRACIE LLOYD, TREASURER P.O. BOX 1010 CALDWELL ID 83606 |
| FLAGLER COUNTY TAX COLLECTOR | SUZANNE JOHNSTON P.O. BOX 846 BUNNELL FL 32210 |
| INDIAN RIVER COUNTY TAX COLLECTOR | ATTN: BANKRUPTCY DEPARTMENT 1800 27TH STREET, BUILDING B VERO BEACH FL 32960 |
| LOPEZ, MARTHA | 8975 LAWRENCE WELK DRIVE # 314 ESCONDIDO CA 92026 |
| SHPS, INC. | 9200 SHELBYVILLE ROAD, SUITE 700 LOUISVILLE KY 40222 |

**Total Creditor count  6**

**EXHIBIT B**

EMPLOYMENT SECURITY DEPARTMENT
UI TAX WAGE ADMINISTRATION
PO BOX 9046
OLYMPIA, WA 98507-9046