IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                  :
                                                    : Jointly Administered
    Debtors.                                        :
                                                    : **Ref. Docket No. 9176, 9223**
---------------------------------------------------------------- x **& 9254**

**CONSENSUAL ORDER RESOLVING DEBTORS' SIXTY-THIRD OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO.
5254 FILED BY QUICK MORTGAGE SERVICES, LLC**

Upon consideration of the sixty-third omnibus (substantive) claims objection [Docket No. 9176] (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors") and the response [Docket No. 9223] thereto filed by Quick Mortgage Services, LLC ("Quick Mortgage"); and the Court having entered an order [Docket No. 9254] sustaining the Objection in part and adjourning the Objection with respect to, *inter* alia, claim number 5254 ("Claim 5254") filed by Quick Mortgage; and the Debtors and Quick Mortgage having agreed that Claim 5254 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

ORDERED that Claim 5254 shall be an allowed general unsecured claim in the amount of $9,346.34 and assigned to Debtor American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____10/12_____, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE