IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |

### NOTICE OF DEPOSITION DIRECTED TO DEBORAH MILLS

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable by Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, American Home Mortgage Holdings, Inc. will take the deposition upon oral examination of Deborah Mills in connection with the Motion of Deborah Mills for Order to (I) Amend Proof of Claim and (II) Motion for Order of Allowed Administrative Expense Claim Priority Against the Estate Pursuant to Section 503(b) of the Bankruptcy Code in Immediately Available Funds and (III) Order of Right to Protection of Certain Property Interests Under Section 361 or (IV) Avoidance Action Against Debtors Pursuant to Section 549 [D.I. 8812].

The deposition shall commence at **10:00 a.m. (PT) on October 19, 2010** at McDaniel Reporting, 1302 Osos Street, San Luis Obispo, CA 93401. The deposition will be taken pursuant to all applicable rules of the Court before a notary public or other such person authorized by law to administer oaths. The deposition will be recorded by stenographic means.

Dated: Wilmington, Delaware
October 13, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Sean M. Beach (No. 4070)
Sharon M. Zieg (No. 4196)
Erin Edwards (No. 4392)
Margaret Whiteman Greecher (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to Debtors*