**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 9229, 9230, 9278, 9307 |

## DEBTORS' REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 7007-3 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") respectfully request oral argument on the *Motion by U.S. Bank, N.A. (f/k/a Park National Bank) for Summary Judgment* [Docket No. 9229] filed by Park National Bank and Trust of Chicago, the predecessor to North Star Trust Company, as successor-trustee to Park National Bank and Trust Company of Chicago.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>October 14, 2010 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Andrew A. Lundgren*<br>_____<br>Sean M. Beach (No. 4070)<br>Matthew B. Lunn (No. 4119)<br>Sharon M. Zieg (No. 4196)<br>Andrew A. Lundgren (No. 4429)<br>Justin Rucki (No. 5304)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel to Debtors and Debtors in Possession* |