IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x   Chapter 11
In re:                                                             :
                                                                   :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                             :
HOLDINGS, INC., a Delaware corporation, et al.,                    :   Jointly Administered
                                                                   :
                           Debtors.                                :
------------------------------------------------------------------ x
```

## NOTICE OF VIDEOTAPE DEPOSITION OF
## TAWNYA LETTAU

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 30(b)(1) and 45, as made applicable through Rules 7030, 9014, and 9016 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors-in-possession (the "Debtors") will take the deposition upon oral examination of Tawnya Lettau. The deposition of Ms. Lettau shall commence on October 20, 2010 at 10:00 a.m. (PT) at the offices of Chase, 1235 Chorro Street, 2nd Floor, San Luis Obispo, CA 93401. The deposition will be taken pursuant to all applicable rules of the Court before a notary public or other such person authorized by law to administer oaths. The deposition will be recorded by stenographic, video and sound means.

Dated: Wilmington, Delaware
October 14, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for the Debtors*