IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc., et al. | ) | Case No. 07-11047 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | OBJECTION DEADLINE: November 8, 2010 |
| | | HEARING DATE: No Hearing Set |

### NOTICE OF SECOND AND FINAL APPLICATION OF GILBERT LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF BORROWERS

TO:   The Notice Parties Pursuant to the Administrative Order

Gilbert LLP, formerly known as Gilbert Oshinsky, LLP, has filed its Second and Final Application as Co-Counsel to the Official Committee of Borrowers of American Home Mortgage Holdings, Inc., et al. (the "Borrowers' Committee"), for Allowance of Fees and Reimbursement Expenses (the "Application"), seeking approval and payment for services provided during the period March 1, 2009 through August 16, 2010, of compensation in the amount of $82,501.50 and reimbursement of expenses in the amount of $7,530.24, and final allowance of compensation in the amount of $440,328.90 and reimbursement of expenses in the amount of $23,527.14.

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before November 8, 2010.

This Application is submitted pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals pursuant to Sections 331 and 105(a) of the Bankruptcy Code entered on September 3, 2007 (the "Administrative Order").

A hearing on this Application may be scheduled before the Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801.

DATE: October 15, 2010

                                      GILBERT LLP

                                      /s/ Stephen A. Weisbrod
                                      _____
                                      Stephen A. Weisbrod
                                      1100 New York Avenue, N.W.
                                      Washington, D.C.  20005-3987
                                      (202) 772-2200
                                      CO-COUNSEL TO THE OFFICIAL
                                      COMMITTEE OF BORROWERS