# EXHIBIT B



1100 New York Avenue, NW
Suite 700
Washington, DC 20005

O 202.772.2200
F 202.772.3333

The Official Committee of Borrowers
American Home Mortgage Holdings, Inc.
c/o James L. Patton, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

September 30, 2010
Invoice Number: 18867
Client Number: 1241
Tax ID: 52-2283869

FOR PROFESSIONAL SERVICES RENDERED TO The Official Committee of Borrowers
through August 16, 2010

Re:   American Home Mortgage Holdings, Inc.

| Matter No. | Matter | Fees | Expenses | Total |
|---|---|---|---|---|
| 1241-001 | DISCLOSURE STATEMENT/PLAN OF REORGANIZATION | 25,117.00 | 5,726.53 | 30,843.53 |
| 1241-002 | MOTIONS FOR RELIEF FROM STAY | 42,782.50 | 606.97 | 43,389.47 |
| 1241-003 | RETENTION | 9,907.00 | 0.00 | 9,907.00 |
| 1241-004 | FEE APPLICATION | 3,885.00 | 130.69 | 4,015.69 |
| 1241-005 | NON-WORKING TRAVEL (BILLED AT 50%) | 810.00 | 1,066.05 | 1,876.05 |

| | | |
|---|---|---|
| TOTAL FEES | $ | 82,501.50 |
| TOTAL EXPENSES | | 7,530.24 |
| TOTAL FEES AND EXPENSES | $ | 90,031.74 |
| ADVANCE DEPOSIT APPLIED | | (5,124.27) |
| AMOUNT DUE THIS INVOICE | $ | 84,907.47 |

Invoice Number: 18867
Invoice Date: September 30, 2010

The Official Committee of Borrowers
American Home Mortgage Holdings, Inc.
c/o James L. Patton, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

## REMITTANCE COPY

### TOTAL AMOUNT DUE ON RECEIPT

### PLEASE RETURN WITH REMITTANCE TO:
#### Financial Services
#### Gilbert LLP
#### 1100 New York Avenue, NW
#### Suite 700

FOR PROFESSIONAL SERVICES RENDERED TO The Official Committee of Borrowers
through August 16, 2010

| | | |
|---|---|---:|
| **TOTAL FEES** | $ | 82,501.50 |
| **TOTAL EXPENSES** | $ | 7,530.24 |
| **TOTAL FEES AND EXPENSES** | $ | 90,031.74 |
| **ADVANCE DEPOSIT APPLIED** | | (5,124.27) |
| **AMOUNT DUE THIS INVOICE** | $ | 84,907.47 |

FOR PROFESSIONAL SERVICES RENDERED TO The Official Committee of Borrowers
through August 16, 2010

## DISCLOSURE STATEMENT/PLAN OF REORGANIZATION

| Date | Name | Time | Services | Amount |
|------|------|------|----------|--------|
| 04/10/09 | Weisbrod, S. | | | |
| | | 0.40 | Review recent pleadings re sale of bank and omnibus objection. | |
| | | **0.40** | | **210.00** |
| 04/21/09 | Weisbrod, S. | | | |
| | | 0.20 | Correspond with D. Yen re plan effective date and related issues. | |
| | | **0.20** | | **105.00** |
| 04/23/09 | Weisbrod, S. | | | |
| | | 0.30 | Telephone conference with T. Macauley re plan effectiveness issues. | |
| | | **0.30** | | **157.50** |
| 04/29/09 | Weisbrod, S. | | | |
| | | 0.10 | Correspond with M. Indelicato re plan ombudsman. | |
| | | **0.10** | | **52.50** |
| 05/12/09 | Weisbrod, S. | | | |
| | | 0.20 | Telephone conference with M. Weinberg re effective date issues. | |
| | | **0.20** | | **105.00** |
| 07/20/09 | Weisbrod, S. | | | |
| | | 0.50 | Confer with A. Hopkins and H. Winstead re motion for release of funds. | |
| | | 0.20 | Review correspondence from P. Rush re motion for release of funds and related issues. | |
| | | **0.70** | | **367.50** |
| 07/20/09 | Winstead, H. | | | |
| | | 0.40 | Review motion and confer with S. Weisbrod re ombudsman issue. | |
| | | **0.40** | | **160.00** |
| 07/21/09 | Weisbrod, S. | | | |
| | | 0.30 | Draft letter to court re pending motion for release of funds. | |
| | | 0.70 | Confer with C. Litherland, B. Orr and D. Killalea re pending motion for release of funds and possible substitution of counsel. | |
| | | 0.20 | Telephone conference with R. Andrews re pending motion for release of funds. | |
| | | 0.30 | Telephone conference with T. Macauley re pending motion for release of funds. | |
| | | 0.20 | Telephone conference with K. Keough re pending motion for release of funds. | |
| | | **1.70** | | **892.50** |
| 07/21/09 | Winstead, H. | | | |
| | | 0.50 | Confer with H. Del Carlo and D. LaMacchia re ombudsman issues. | |
| | | **0.50** | | **200.00** |
| 07/23/09 | Weisbrod, S. | | | |

The Official Committee of Borrowers

| Date | Name | Time | Services | Amount |
|------|------|------|----------|--------|
| | | 0.40 | Draft correspondence to absent Borrowers' Committee members re vote on ombudsman issue. | |
| | | 0.30 | Confer with M. Becker re ombudsman issue. | |
| | | 0.30 | Correspond with R. Andrews re ombudsman issue. | |
| | | 0.40 | Telephone conference with T. Macauley and H. Winstead re next steps following Borrowers' Committee call. | |
| | | 0.20 | Correspond with C. Litherland re next steps following Borrowers' Committee call. | |
| | | **1.60** | | **840.00** |
| 07/23/09 | Winstead, H. | | | |
| | | 1.60 | Confer with Borrowers' Committee, S. Weisbrod and T. Macauley re ombudsman and preference actions. | |
| | | 0.40 | Confer with S. Weisbrod and T. Macauley re ombudsman and preference actions. | |
| | | **2.00** | | **800.00** |
| 07/24/09 | Weisbrod, S. | | | |
| | | 0.20 | Correspond with H. Winstead re preference actions. | |
| | | 0.40 | Telephone conference with M. Indelicato and E. Schnitzer re avoidance actions. | |
| | | 0.20 | Telephone conference with T. Macauley re avoidance actions. | |
| | | **0.80** | | **420.00** |
| 07/24/09 | Winstead, H. | | | |
| | | 0.40 | Correspond with S. Weisbrod re ombudsman and preference actions. | |
| | | **0.40** | | **160.00** |
| 07/27/09 | Winstead, H. | | | |
| | | 0.70 | Analyze avoidance actions issue. | |
| | | 0.20 | Confer with S. Weisbrod and A. Hopkins re privilege issues. | |
| | | **0.90** | | **360.00** |
| 07/30/09 | Winstead, H. | | | |
| | | 0.20 | Review draft correspondence re avoidance actions. | |
| | | **0.20** | | **80.00** |
| 08/04/09 | Hopkins, A. | | | |
| | | 1.90 | Research parameters of attorney-client privilege between attorney and committee in a bankruptcy case. | |
| | | **1.90** | | **560.50** |
| 08/05/09 | Hopkins, A. | | | |
| | | 3.40 | Research attorney-client privilege under Delaware law and draft memorandum re same. | |
| | | **3.40** | | **1,003.00** |
| 08/14/09 | Weisbrod, S. | | | |
| | | 0.30 | Review settlement approval motion. | |
| | | **0.30** | | **157.50** |
| 09/29/09 | Weisbrod, S. | | | |
| | | 0.40 | Review motion to abandon property and destroy documents. | |
| | | 0.50 | Confer with H. Winstead and T. Macauley re motion to abandon property and destroy | |

| Date | Name | Time | Services | Amount |
|------|------|------|----------|--------|
| | | | documents. | |
| | | | 0.90 | 472.50 |
| 09/29/09 | Winstead, H. | | | |
| | | 0.30 | Review motion to authorize destruction of documents. | |
| | | | 0.30 | 120.00 |
| 09/30/09 | Kahler, C. | | | |
| | | 0.20 | Confer with H. Winstead re review of documents re Debtor's motion for an order to authorize the destruction of documents. | |
| | | 0.80 | Review and organize documents re destruction of documents for further review by H. Winstead. | |
| | | | 1.00 | 180.00 |
| 09/30/09 | Weisbrod, S. | | | |
| | | 0.10 | Correspond with H. Del Carlo re document preservation issues. | |
| | | 0.20 | Correspond with M. Geecher, T. Macauley and P. Jackson re meeting concerning pending motion to destroy documents. | |
| | | | 0.30 | 157.50 |
| 09/30/09 | Winstead, H. | | | |
| | | 1.90 | Review pleadings and formulate opposition to motion to destroy documents. | |
| | | | 1.90 | 760.00 |
| 10/01/09 | Weisbrod, S. | | | |
| | | 0.40 | Telephone conference with M. Greecher re document destruction issues. | |
| | | 0.20 | Telephone conference with T. Macauley re document destruction issues. | |
| | | | 0.60 | 315.00 |
| 10/01/09 | Winstead, H. | | | |
| | | 0.50 | Confer with S. Weisbrod, T. Macauley and M. Greecher re motion to destroy documents. | |
| | | | 0.50 | 200.00 |
| 10/02/09 | Weisbrod, S. | | | |
| | | 0.60 | Correspond with M. Greecher re document destruction issues. | |
| | | 0.30 | Confer with H. Winstead re document destruction motion. | |
| | | | 0.90 | 472.50 |
| 10/02/09 | Winstead, H. | | | |
| | | 1.60 | Draft opposition to motion to destroy documents. | |
| | | | 1.60 | 640.00 |
| 10/05/09 | Weisbrod, S. | | | |
| | | 0.10 | Correspond with S. Beach re document destruction issue. | |
| | | 0.50 | Correspond with H. Winstead re document destruction issue. | |
| | | | 0.60 | 315.00 |
| 10/05/09 | Winstead, H. | | | |
| | | 3.20 | Continue to draft opposition to Debtors' motion to destroy documents. | |
| | | | 3.20 | 1,280.00 |

| Date | Name | Time | Services | Amount |
|------|------|------|----------|--------|
| **10/06/09** | **Weisbrod, S.** | | | |
| | | 0.20 | Telephone conference with S. Beach re document destruction. | |
| | | 0.20 | Telephone conference with T. Macauley re document destruction. | |
| | | 0.20 | Confer with H. Winstead re document destruction. | |
| | | **0.60** | | **315.00** |
| **10/06/09** | **Winstead, H.** | | | |
| | | 0.30 | Confer with S. Beach re motion to destroy documents. | |
| | | 1.40 | Revise opposition to motion to destroy documents per comments of S. Weisbrod. | |
| | | **1.70** | | **680.00** |
| **10/07/09** | **Weisbrod, S.** | | | |
| | | 0.80 | Revise objection to document destruction motion. | |
| | | **0.80** | | **420.00** |
| **10/07/09** | **Winstead, H.** | | | |
| | | 1.30 | Continue to revise opposition to motion to destroy documents per S. Weisbrod comments. | |
| | | **1.30** | | **520.00** |
| **10/08/09** | **Hopkins, A.** | | | |
| | | 0.30 | Review objection to Debtors' request to destroy documents. | |
| | | **0.30** | | **88.50** |
| **10/08/09** | **Weisbrod, S.** | | | |
| | | 0.40 | Confer with H. Winstead re objection to document destruction motion. | |
| | | 0.50 | Continue to revise objection. | |
| | | **0.90** | | **472.50** |
| **10/08/09** | **Winstead, H.** | | | |
| | | 1.50 | Finalize opposition to motion to destroy documents. | |
| | | **1.50** | | **600.00** |
| **10/09/09** | **Weisbrod, S.** | | | |
| | | 0.10 | Correspond with T. Macauley re document destruction issue. | |
| | | 0.50 | Confer with H. Winstead re revisions to objection to document destruction motion. | |
| | | 0.10 | Revise objection to document destruction motion. | |
| | | **0.70** | | **367.50** |
| **10/13/09** | **Weisbrod, S.** | | | |
| | | 0.20 | Telephone conference with S. Beach re document destruction issues. | |
| | | 0.50 | Prepare for document destruction hearing. | |
| | | **0.70** | | **367.50** |
| **10/13/09** | **Winstead, H.** | | | |
| | | 0.30 | Confer with S. Weisbrod and S. Beach re document destruction motion. | |
| | | **0.30** | | **120.00** |
| **10/16/09** | **Weisbrod, S.** | | | |
| | | 0.60 | Confer with H. Winstead re document destruction motion. | |

| Date | Name | Time | Services | Amount |
|------|------|------|----------|--------|
| | | 1.00 | Review and revise discovery request. | |
| | | 0.10 | Correspond with H. Winstead re discovery requests. | |
| | | **1.70** | | **892.50** |
| 10/16/09 | Winstead, H. | | | |
| | | 2.70 | Draft and revise discovery requests re destruction of documents. | |
| | | **2.70** | | **1,080.00** |
| 10/22/09 | Winstead, H. | | | |
| | | 0.20 | Confer with M. Becker re borrower request for loan file. | |
| | | 0.20 | Correspond with Borrowers' Committee re document destruction memorandum. | |
| | | **0.40** | | **160.00** |
| 10/23/09 | Weisbrod, S. | | | |
| | | 0.20 | Review notice of withdrawal of document destruction motion. | |
| | | 0.10 | Confer with H. Winstead re withdrawal of document destruction motion. | |
| | | 0.20 | Confer with M. Becker re possible strategy going forward on document preservation. | |
| | | **0.50** | | **262.50** |
| 10/27/09 | Winstead, H. | | | |
| | | 0.30 | Correspond with S. Weisbrod re document destruction issues. | |
| | | **0.30** | | **120.00** |
| 11/04/09 | Weisbrod, S. | | | |
| | | 0.20 | Telephone conference with M. Weinberg re plan effective date issues. | |
| | | **0.20** | | **105.00** |
| 11/19/09 | Weisbrod, S. | | | |
| | | 0.10 | Correspond with M. Becker re effective date issues. | |
| | | **0.10** | | **52.50** |
| 11/20/09 | Weisbrod, S. | | | |
| | | 0.10 | Telephone conference with J. Sinton re effective date issues. | |
| | | **0.10** | | **52.50** |
| 11/23/09 | Weisbrod, S. | | | |
| | | 0.30 | Confer with H. Winstead re effective date issue. | |
| | | **0.30** | | **157.50** |
| 11/23/09 | Winstead, H. | | | |
| | | 0.40 | Confer with M. Faux and M. Becker re spoliation issues. | |
| | | **0.40** | | **160.00** |
| 11/24/09 | Weisbrod, S. | | | |
| | | 0.10 | Confer with T. Macauley re effective date issues. | |
| | | **0.10** | | **52.50** |
| 12/17/09 | Weisbrod, S. | | | |
| | | 0.10 | Correspond with P. Jackson re borrower information. | |
| | | **0.10** | | **52.50** |

| Date | Name | Time | Services | Amount |
|---|---|---|---|---|
| 01/12/10 | Winstead, H. | | | |
| | | 0.20 | Correspond with S. Weisbrod re plan issues. | |
| | | 0.20 | | 80.00 |
| 02/26/10 | Weisbrod, S. | | | |
| | | 0.10 | Correspond with P. Rush re effective date. | |
| | | 0.10 | | 52.50 |
| 02/27/10 | Weisbrod, S. | | | |
| | | 0.10 | Correspond with P. Jackson re effective date issues. | |
| | | 0.10 | | 52.50 |
| 03/01/10 | Weisbrod, S. | | | |
| | | 0.10 | Correspond with M. Becker re Borrowers' Committee meeting on plan effective date. | |
| | | 0.30 | Telephone conference with S. Beach re effect of bank sale cancellation on effective date. | |
| | | 0.30 | Correspond with Borrowers' Committee re effect of bank sale cancellation on effective date. | |
| | | 0.70 | | 367.50 |
| 03/02/10 | Weisbrod, S. | | | |
| | | 0.80 | Conference call with Borrowers' Committee re cancellation of bank sale and effective date issues. | |
| | | 0.80 | | 420.00 |
| 04/09/10 | Weisbrod, S. | | | |
| | | 0.20 | Confer with H. Winstead re recent correspondence from P. Rush. | |
| | | 0.20 | | 105.00 |
| 06/02/10 | Weisbrod, S. | | | |
| | | 0.30 | Telephone conference with T. McCauley re recent developments and Borrowers' Committee position on same. | |
| | | 0.20 | Confer with H. Winstead re recent pleadings. | |
| | | 0.60 | Telephone conference with Borrowers' Committee. | |
| | | 1.10 | | 577.50 |
| 06/02/10 | Winstead, H. | | | |
| | | 0.80 | Review docket and correspond with S. Weisbrod re bank sale motion and equitable subordination adversary proceeding. | |
| | | 0.60 | Confer with S. Weisbrod, M. Becker, P. Rush and H. Del Carlo re borrower discovery issues. | |
| | | 1.40 | | 560.00 |
| 06/03/10 | Winstead, H. | | | |
| | | 0.80 | Draft correspondence to S. Beach re bank sale motion. | |
| | | 0.80 | | 320.00 |
| 06/04/10 | Weisbrod, S. | | | |
| | | 0.30 | Telephone conference with T. McCauley re bank motion. | |
| | | 0.20 | Confer with H. Winstead re bank motion. | |
| | | 0.50 | Telephone conference with M. Becker re bank motion. | |
| | | 0.90 | Review materials relating to bank motion. | |

| Date | Name | Time | Services | Amount |
|------|------|------|----------|--------|
| | | 1.90 | | 997.50 |
| 06/07/10 | Weisbrod, S. | | | |
| | | 0.20 | Confer with H. Winstead re bank motion. | |
| | | 0.10 | Confer with T. McCauley re bank motion. | |
| | | 0.40 | Correspond with M. Becker re bank motion. | |
| | | 0.20 | Correspond with H. Del Carlo and M. Becker re bank motions. | |
| | | 0.90 | | 472.50 |
| 06/07/10 | Winstead, H. | | | |
| | | 0.20 | Confer with T. Macauley re bank sale motion. | |
| | | 0.20 | | 80.00 |
| 06/08/10 | Weisbrod, S. | | | |
| | | 1.00 | Correspond with M. Becker re bank transaction motion. | |
| | | 1.00 | | 525.00 |
| 06/08/10 | Winstead, H. | | | |
| | | 0.30 | Correspond with T. Macauley and S. Weisbrod re bank sale motion. | |
| | | 0.30 | | 120.00 |
| 06/10/10 | Winstead, H. | | | |
| | | 0.20 | Correspond with S. Weisbrod and T. Macauley re bank sale motion. | |
| | | 0.20 | | 80.00 |
| 06/14/10 | Weisbrod, S. | | | |
| | | 0.20 | Confer with H. Winstead on bank liquidation and effective date issues. | |
| | | 0.40 | Correspond with T. Macauley and H. Winstead re bank liquidation and strategy. | |
| | | 0.20 | Correspond with M. Becker re bank liquidation. | |
| | | 0.80 | | 420.00 |
| 06/14/10 | Winstead, H. | | | |
| | | 0.20 | Correspond with S. Beach re bank sale motion. | |
| | | 0.20 | Correspond with Borrowers' Committee re bank sale motion. | |
| | | 0.40 | | 160.00 |
| 06/15/10 | Weisbrod, S. | | | |
| | | 0.30 | Confer with M. Becker re bank liquidation. | |
| | | 0.20 | Correspond with S. Beach re bank liquidation. | |
| | | 0.50 | | 262.50 |
| 06/15/10 | Winstead, H. | | | |
| | | 0.70 | Analyze order re sale of mortgages and REO properties. | |
| | | 0.70 | | 280.00 |
| 06/17/10 | Weisbrod, S. | | | |
| | | 0.20 | Correspond with H. Winstead re bank liquidation. | |
| | | 0.30 | Confer with M. Becker re bank liquidation. | |
| | | 0.50 | | 262.50 |
| 06/17/10 | Winstead, H. | | | |

The Official Committee of Borrowers                                                                    Page 9

| Date | Name | Time | Services | Amount |
|------|------|------|----------|--------|
| | | 0.20 | Confer with M. Becker re sale of mortgages and REO properties. | |
| | | 0.50 | Correspond with S. Weisbrod re sale of mortgages and REO properties. | |
| | | **0.70** | | **280.00** |

| | | |
|---|---|---|
| **TOTAL CHARGEABLE HOURS** | | **57.00** |
| **FEES** | | **$25,117.00** |

## SUMMARY

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| S. Weisbrod | 25.00 | 525.00 | 13,125.00 |
| H. Winstead | 25.40 | 400.00 | 10,160.00 |
| A. Hopkins | 5.60 | 295.00 | 1,652.00 |
| C. Kahler | 1.00 | 180.00 | 180.00 |
| **Total** | **57.00** | | **$25,117.00** |

## EXPENSES

| Date | Description | Code | Amount |
|------|-------------|------|--------|
| 02/02/09 | Duplicating | | 104.85 |
| 02/03/09 | Duplicating | | 285.30 |
| 02/05/09 | Duplicating | | 36.15 |
| 02/08/09 | Duplicating | | 88.65 |
| 02/08/09 | Duplicating | | 291.60 |
| 02/08/09 | Duplicating | | 437.10 |
| 03/31/09 | Depositions/Transcripts; Deposition: D. Pasternak; Wilcox & Fetzer, Ltd | | 1,653.25 |
| 03/31/09 | PACER; PACER | | 90.28 |
| 03/31/09 | PACER; PACER | | 11.96 |
| 04/03/09 | Conference Call; Conference Call - 1.8.09; AT&T TeleConference Services | | 824.26 |
| 04/03/09 | Conference Call; Conference Call - 1.13.09; AT&T TeleConference Services | | 415.07 |
| 04/03/09 | Conference Call; Conference Call - 1.13.09; AT&T TeleConference Services | | 117.34 |
| 04/17/09 | Conference Call; Conference Call - H. Winstead - 2.18.09; AT&T TeleConference Services | | 633.87 |
| 04/24/09 | Messenger & Delivery; Messenger & Delivery - UPS - GO to Paula Rush - 4.14.09; United Parcel Service | | 38.50 |
| 04/30/09 | PACER | | 9.27 |
| 05/04/09 | PACER; PACER | | 8.03 |
| 06/02/09 | Westlaw | | 194.01 |
| 08/11/09 | Westlaw | | 41.74 |
| 08/11/09 | PACER | | 22.16 |
| 08/14/09 | Messenger & Delivery; GO to Zuckerman SpaederLLP - 7.20.09; United Parcel Service | | 15.22 |
| 08/14/09 | Messenger & Delivery; GO to NachmanHaysBrownstein - 7.20.09; United Parcel Service | | 15.22 |
| 08/14/09 | Messenger & Delivery; GO to NachmanHaysBrownstein - 7.20.09; United Parcel Service | | 9.00 |

| Date | Description | Code | | Amount |
|------|-------------|------|--|--------|
| 08/31/09 | PACER; PACER | | | 22.37 |
| 09/03/09 | Westlaw; Westlaw | | | 40.71 |
| 09/30/09 | PACER; PACER | | | 12.88 |
| 10/31/09 | PACER; PACER | | | 55.52 |
| 10/31/09 | Westlaw; Westlaw | | | 55.47 |
| 11/30/09 | PACER; PACER | | | 39.31 |
| 12/11/09 | Conference Call; Conference Call - Stephen Weisbrod - 10.1.09; Premiere Global Services | | | 33.95 |
| 12/31/09 | Westlaw; Westlaw - December 2009 | | | 43.46 |
| 01/31/10 | PACER; PACER - December 2009 Charges | | | 8.94 |
| 04/23/10 | Conference Call; Conference Call - Stephen Weisbrod - 3.2.10; Premiere Global Services | | | 9.25 |
| 05/31/10 | PACER | | | 31.84 |
| 05/31/10 | Westlaw | | | 30.00 |
| | *Summary* | | | |
| | Westlaw | 109 | 405.39 | |
| | Depositions/Transcripts | 111 | 1,653.25 | |
| | Conference Call | 121 | 2,033.74 | |
| | Duplicating | 200 | 1,243.65 | |
| | Messenger & Delivery | 208 | 77.94 | |
| | PACER | 215 | 312.56 | |
| | **Total** | | | $5,726.53 |

**TOTAL FEES AND EXPENSES**                $30,843.53

**ADVANCE DEPOSIT APPLIED**                ($5,124.27)

**AMOUNT DUE**                $25,719.26

FOR PROFESSIONAL SERVICES RENDERED TO The Official Committee of Borrowers
through August 16, 2010

## MOTIONS FOR RELIEF FROM STAY

| Date | Name | Time | Services | Amount |
|------|------|------|----------|--------|
| 11/16/09 | Weisbrod, S. | | | |
| | | 0.10 | Confer with M. Becker re possible automatic stay motion. | |
| | | 0.10 | | 52.50 |
| 12/03/09 | Weisbrod, S. | | | |
| | | 0.20 | Telephone conference with M. Becker and M. Faux re automatic stay issues. | |
| | | 0.10 | Correspond with T. Macauley re effective date issues and automatic stay. | |
| | | 0.20 | Correspond with H. Winstead re effective date issues and automatic stay. | |
| | | 0.50 | | 262.50 |
| 12/10/09 | Winstead, H. | | | |
| | | 0.40 | Confer with S. Weisbrod, M. Faux and M. Becker re motion to lift stay. | |
| | | 0.40 | | 160.00 |
| 12/11/09 | Weisbrod, S. | | | |
| | | 0.10 | Correspond with H. Winstead re automatic stay issues. | |
| | | 0.10 | | 52.50 |
| 12/15/09 | Weisbrod, S. | | | |
| | | 0.10 | Correspond with H. Del Carlo re automatic stay issues. | |
| | | 0.10 | | 52.50 |
| 12/17/09 | Weisbrod, S. | | | |
| | | 0.30 | Revise H. Winstead's correspondence to M. Becker re automatic stay issues. | |
| | | 0.30 | | 157.50 |
| 12/17/09 | Winstead, H. | | | |
| | | 0.50 | Draft correspondence to M. Becker and M. Faux re blanket lift stay motion. | |
| | | 0.50 | | 200.00 |
| 12/18/09 | Weisbrod, S. | | | |
| | | 0.50 | Confer with P. Rush re automatic stay strategy. | |
| | | 0.30 | Confer with H. Winstead re automatic stay issues. | |
| | | 0.80 | | 420.00 |
| 12/18/09 | Winstead, H. | | | |
| | | 0.50 | Confer with S. Weisbrod and P. Rush re blanket relief to lift automatic stay. | |
| | | 0.50 | | 200.00 |
| 12/21/09 | Winstead, H. | | | |
| | | 4.70 | Begin researching re motion to lift stay and related discovery. | |
| | | 4.70 | | 1,880.00 |
| 01/05/10 | Weisbrod, S. | | | |

The Official Committee of Borrowers

| Date | Name | Time | Services | Amount |
|------|------|------|----------|--------|
| | | 0.10 | Correspond with P. Rush re automatic stay. | |
| | | **0.10** | | **52.50** |
| 01/06/10 | Weisbrod, S. | | | |
| | | 0.10 | Correspond with H. Del Carlo re lift stay motion. | |
| | | **0.10** | | **52.50** |
| 01/07/10 | Weisbrod, S. | | | |
| | | 0.10 | Correspond with P. Rush re automatic stay issue. | |
| | | **0.10** | | **52.50** |
| 01/07/10 | Winstead, H. | | | |
| | | 0.20 | Review transcript from M. Dobben hearing. | |
| | | **0.20** | | **80.00** |
| 01/08/10 | Weisbrod, S. | | | |
| | | 0.50 | Prepare for call with Borrowers' Committee. | |
| | | 0.60 | Conference call with Borrowers' Committee. | |
| | | 0.20 | Correspond with P. Rush re Borrowers' Committee call on automatic stay issue. | |
| | | **1.30** | | **682.50** |
| 01/08/10 | Winstead, H. | | | |
| | | 0.60 | Conference call with Borrowers' Committee re lift stay motion. | |
| | | 0.40 | Confer with S. Weisbrod re lift stay motion. | |
| | | **1.00** | | **400.00** |
| 01/12/10 | Weisbrod, S. | | | |
| | | 0.50 | Telephone conference with H. Del Carlo and M. Becker re automatic stay motion. | |
| | | 0.30 | Correspond with M. Becker, H. Del Carlo and M. Faux re automatic stay motion. | |
| | | 0.30 | Confer with H. Winstead re outline of automatic stay motion. | |
| | | 0.20 | Confer with P. Rush re automatic stay motion. | |
| | | 0.10 | Correspond with P. Rush re automatic stay motion. | |
| | | **1.40** | | **735.00** |
| 01/14/10 | Weisbrod, S. | | | |
| | | 0.20 | Telephone conference with attorneys from South Brooklyn Legal Services. | |
| | | 0.10 | Confer with P. Rush re automatic stay motion. | |
| | | **0.30** | | **157.50** |
| 01/21/10 | Weisbrod, S. | | | |
| | | 0.10 | Confer with C. Litherland re strategy with respect to automatic stay motion. | |
| | | **0.10** | | **52.50** |
| 01/29/10 | Weisbrod, S. | | | |
| | | 0.60 | Review and revise outline for motion for relief from stay. | |
| | | **0.60** | | **315.00** |
| 02/01/10 | Weisbrod, S. | | | |
| | | 0.20 | Confer with H. Winstead re automatic stay issues. | |
| | | 0.20 | Correspond with M. Faux and Del Carlo re discovery issues and automatic stay. | |

The Official Committee of Borrowers                                                           Page 13

| Date | Name | Time | Services | Amount |
|------|------|------|----------|--------|
| | | 0.40 | Correspond with A. Olude re discovery issues. | |
| | | | 0.80 | 420.00 |
| 02/01/10 | Winstead, H. | | | |
| | | 0.30 | Confer with S. Weisbrod re motion to lift stay. | |
| | | | 0.30 | 120.00 |
| 02/02/10 | Weisbrod, S. | | | |
| | | 0.10 | Correspond with D. Lindsey re discovery and lift stay motion. | |
| | | | 0.10 | 52.50 |
| 02/08/10 | Winstead, H. | | | |
| | | 0.90 | Revise outline for lift stay motion per comments of S. Weisbrod. | |
| | | | 0.90 | 360.00 |
| 02/19/10 | Weisbrod, S. | | | |
| | | 0.10 | Confer with H. Winstead re lift stay motion. | |
| | | | 0.10 | 52.50 |
| 03/02/10 | Winstead, H. | | | |
| | | 0.50 | Conference call with S. Weisbrod, M. Becker and P. Rush re lift stay issues. | |
| | | | 0.50 | 200.00 |
| 03/23/10 | Weisbrod, S. | | | |
| | | 0.30 | Confer with H. Del Carlo re discovery in individual cases and related motions. | |
| | | | 0.30 | 157.50 |
| 03/24/10 | Weisbrod, S. | | | |
| | | 0.20 | Correspond with H. Winstead re drafting of motion. | |
| | | | 0.20 | 105.00 |
| 03/31/10 | Weisbrod, S. | | | |
| | | 0.20 | Confer with H. Winstead re lift stay motion. | |
| | | | 0.20 | 105.00 |
| 03/31/10 | Winstead, H. | | | |
| | | 0.20 | Confer with S. Weisbrod re lift stay issues. | |
| | | | 0.20 | 80.00 |
| 04/06/10 | Winstead, H. | | | |
| | | 0.60 | Revise outline for lift stay motion per comments of S. Weisbrod. | |
| | | | 0.60 | 240.00 |
| 04/09/10 | Weisbrod, S. | | | |
| | | 0.30 | Confer with H. Winstead re automatic stay motion. | |
| | | | 0.30 | 157.50 |
| 04/09/10 | Winstead, H. | | | |
| | | 0.30 | Confer with S. Weisbrod re American Home lift stay motion. | |
| | | 0.80 | Revise American Home lift stay motion outline per S. Weisbrod comments. | |
| | | | 1.10 | 440.00 |

| Date | Name | Time | Services | Amount |
|------|------|------|----------|--------|
| 04/11/10 | Weisbrod, S. | | | |
| | | 0.30 | Review revised outline in support of lift stay motion. | |
| | | | 0.30 | 157.50 |
| 04/12/10 | Weisbrod, S. | | | |
| | | 0.50 | Correspond with H. Winstead re discovery motion. | |
| | | | 0.50 | 262.50 |
| 04/14/10 | Weisbrod, S. | | | |
| | | 0.10 | Correspond with H. Winstead re inquiry from J. Crochman. | |
| | | | 0.10 | 52.50 |
| 04/21/10 | Weisbrod, S. | | | |
| | | 0.10 | Correspond with H. Winstead re automatic stay. | |
| | | | 0.10 | 52.50 |
| 04/27/10 | Winstead, H. | | | |
| | | 4.80 | Revise draft lift stay motion. | |
| | | | 4.80 | 1,920.00 |
| 04/29/10 | Weisbrod, S. | | | |
| | | 1.50 | Review and comment on draft motion for discovery. | |
| | | | 1.50 | 787.50 |
| 04/30/10 | Weisbrod, S. | | | |
| | | 0.80 | Confer with H. Winstead re motion revisions. | |
| | | | 0.80 | 420.00 |
| 04/30/10 | Winstead, H. | | | |
| | | 3.20 | Begin to revise draft lift stay motion. | |
| | | 0.60 | Meet with S. Weisbrod re lift stay motion. | |
| | | | 3.80 | 1,520.00 |
| 05/10/10 | Weisbrod, S. | | | |
| | | 1.00 | Review and comment on H. Winstead's draft motion. | |
| | | 0.10 | Confer with H. Winstead re lift stay motion. | |
| | | | 1.10 | 577.50 |
| 05/17/10 | Weisbrod, S. | | | |
| | | 0.10 | Correspond with H. Winstead re automatic stay issue. | |
| | | | 0.10 | 52.50 |
| 05/25/10 | Weisbrod, S. | | | |
| | | 0.50 | Revise H. Winstead's draft brief concerning discovery. | |
| | | 0.40 | Confer with H. Winstead re his draft brief concerning discovery. | |
| | | | 0.90 | 472.50 |
| 05/25/10 | Winstead, H. | | | |
| | | 0.30 | Review S. Weisbrod comments re lift stay motion. | |
| | | | 0.30 | 120.00 |

| Date | Name | Time | Services | Amount |
|------|------|------|----------|--------|
| 05/26/10 | Weisbrod, S. | | | |
| | | 0.30 | Confer with H. Winstead re Borrowers' Committee call concerning lift stay motion. | |
| | | | 0.30 | 157.50 |
| 05/26/10 | Winstead, H. | | | |
| | | 0.70 | Confer with S. Weisbrod re lift stay motion and begin to revise same. | |
| | | | 0.70 | 280.00 |
| 05/27/10 | Winstead, H. | | | |
| | | 1.80 | Continue to revise draft lift stay motion per comments of S. Weisbrod. | |
| | | | 1.80 | 720.00 |
| 05/28/10 | Weisbrod, S. | | | |
| | | 0.10 | Correspond with H. Winstead re lift stay motion and Borrowers' Committee meeting. | |
| | | 0.20 | Telephone conference with M. Becker re status of AHM case and lift stay motion. | |
| | | | 0.30 | 157.50 |
| 06/01/10 | Weisbrod, S. | | | |
| | | 0.10 | Correspond with L. Izutsku-Keener re lifting stay to obtain discovery for her claimant in Brooklyn. | |
| | | | 0.10 | 52.50 |
| 06/03/10 | Weisbrod, S. | | | |
| | | 0.10 | Correspond with D. Lindsay re lift stay issues. | |
| | | | 0.10 | 52.50 |
| 06/08/10 | Weisbrod, S. | | | |
| | | 0.30 | Correspond with L. Izutsku-Keener re discovery against third parties. | |
| | | | 0.30 | 157.50 |
| 06/10/10 | Weisbrod, S. | | | |
| | | 0.10 | Confer with H. Winstead re bank sale issues. | |
| | | 0.30 | Telephone conference with S. Beach re bank sale issues. | |
| | | 0.30 | Correspond with Borrowers' Committee re bank sale. | |
| | | | 0.70 | 367.50 |
| 06/15/10 | Weisbrod, S. | | | |
| | | 0.20 | Confer with H. Winstead re stay relief brief. | |
| | | 0.30 | Correspond with H. Winstead re documents supplied by P. Rush. | |
| | | | 0.50 | 262.50 |
| 06/18/10 | Weisbrod, S. | | | |
| | | 0.70 | Revise discovery brief. | |
| | | | 0.70 | 367.50 |
| 06/21/10 | Weisbrod, S. | | | |
| | | 1.00 | Revise discovery brief on lifting stay and discovery. | |
| | | | 1.00 | 525.00 |
| 06/22/10 | Weisbrod, S. | | | |

| Date | Name | Time | Services | Amount |
|------|------|------|----------|--------|
| | | 0.20 | Conferences with claimant's attorneys re motion for discovery. | |
| | | | 0.20 | 105.00 |
| 06/23/10 | Weisbrod, S. | | | |
| | | 1.80 | Conferences with Claimants counsel and H. Winstead re discovery motion. | |
| | | | 1.80 | 945.00 |
| 06/24/10 | Weisbrod, S. | | | |
| | | 0.40 | Conferences with H. Winstead and claimants counsel re stay motion. | |
| | | | 0.40 | 210.00 |
| 06/24/10 | Winstead, H. | | | |
| | | 0.20 | Correspond with R. Andrews re motion requesting discovery. | |
| | | 0.30 | Confer with S. Weisbrod re draft motion requesting discovery. | |
| | | 0.70 | Draft template declaration for motion requesting discovery. | |
| | | | 1.20 | 480.00 |
| 06/25/10 | Winstead, H. | | | |
| | | 3.80 | Revise draft motion requesting discovery in consultation with S. Weisbrod and M. Becker. | |
| | | | 3.80 | 1,520.00 |
| 06/27/10 | Weisbrod, S. | | | |
| | | 1.40 | Correspond with counsel for claimant movants and H. Winstead re declarations and brief. | |
| | | | 1.40 | 735.00 |
| 06/28/10 | Weisbrod, S. | | | |
| | | 0.30 | Confer with H Winstead re revisions to motion and declarations. | |
| | | | 0.30 | 157.50 |
| 06/28/10 | Winstead, H. | | | |
| | | 1.10 | Confer with M. Becker, M. Faux, L. Beall and S. Weisbrod re lift stay motion. | |
| | | | 1.10 | 440.00 |
| 06/29/10 | Winstead, H. | | | |
| | | 0.50 | Draft order for lift stay motion. | |
| | | | 0.50 | 200.00 |
| 06/30/10 | Weisbrod, S. | | | |
| | | 0.30 | Confer with T. Macauley, H. Winstead and M. Becker re motion. | |
| | | 0.10 | Correspond with S. Beach re sale of servers. | |
| | | | 0.40 | 210.00 |
| 06/30/10 | Winstead, H. | | | |
| | | 2.10 | Revise lift stay motion to incorporate comments from M. Becker, H. Del Carlo and M. Faux. | |
| | | | 2.10 | 840.00 |
| 07/01/10 | Winstead, H. | | | |
| | | 0.20 | Correspond with S. Beach re third party discovery requests. | |
| | | | 0.20 | 80.00 |
| 07/06/10 | Weisbrod, S. | | | |

| Date | Name | Time | Services | Amount |
|------|------|------|----------|--------|
| | | 0.10 | Revise draft order on discovery. | |
| | | | 0.10 | 52.50 |
| 07/07/10 | Winstead, H. | | | |
| | | 2.50 | Revise motion to lift stay and prepare for filing. | |
| | | | 2.50 | 1,000.00 |
| 07/08/10 | Weisbrod, S. | | | |
| | | 0.60 | Review and comment on draft motion. | |
| | | 0.40 | Confer with H. Winstead re comments on stay brief and discussions with S. Beach. | |
| | | | 1.00 | 525.00 |
| 07/08/10 | Winstead, H. | | | |
| | | 3.10 | Revise lift stay motion and affidavits. | |
| | | 0.30 | Confer with S. Weisbrod re lift stay motion. | |
| | | 0.50 | Confer with S. Beach re lift stay motion. | |
| | | 0.20 | Confer with T. Macauley re lift stay motion. | |
| | | | 4.10 | 1,640.00 |
| 07/09/10 | Weisbrod, S. | | | |
| | | 0.30 | Confer with H. Winstead re negotiations with AHM concerning access to documents. | |
| | | | 0.30 | 157.50 |
| 07/15/10 | Weisbrod, S. | | | |
| | | 0.20 | Confer with H. Winstead re discovery. | |
| | | | 0.20 | 105.00 |
| 07/20/10 | Winstead, H. | | | |
| | | 0.70 | Review revised draft lift stay motion and correspond with S. Weisbrod re same. | |
| | | | 0.70 | 280.00 |
| 07/21/10 | Weisbrod, S. | | | |
| | | 0.10 | Correspond with H. Winstead re discovery/stay motion. | |
| | | 0.40 | Revise proposed order for discovery/lift stay order. | |
| | | | 0.50 | 262.50 |
| 07/23/10 | Winstead, H. | | | |
| | | 1.10 | Revise draft lift stay motion. | |
| | | | 1.10 | 440.00 |
| 07/26/10 | Weisbrod, S. | | | |
| | | 0.20 | Correspond with H. Winstead re discovery motion. | |
| | | | 0.20 | 105.00 |
| 07/26/10 | Winstead, H. | | | |
| | | 1.00 | Correspond with borrowers' counsel re finalization of lift stay motion. | |
| | | | 1.00 | 400.00 |
| 07/27/10 | Weisbrod, S. | | | |
| | | 0.20 | Correspond with H. Winstead and T. Macauley re filing of brief and coordination with borrowers' individual counsel. | |

| Date | Name | Time | Services | Amount |
|------|------|------|----------|--------|
| | | 0.20 | | 105.00 |
| 07/28/10 | Weisbrod, S. | | | |
| | | 0.20 | Correspond with H. Winstead re briefing on discovery/stay issues. | |
| | | 0.20 | | 105.00 |
| 07/29/10 | Weisbrod, S. | | | |
| | | 0.60 | Review and comment on draft document requests and deposition notices. | |
| | | 0.60 | | 315.00 |
| 08/02/10 | Winstead, H. | | | |
| | | 0.50 | Confer with M. Faux, M. Becker and S. Weisbrod re discovery motion. | |
| | | 0.50 | | 200.00 |
| 08/04/10 | Weisbrod, S. | | | |
| | | 0.20 | Correspond with L. Izutsku-Keener re hearing. | |
| | | 0.20 | | 105.00 |
| 08/05/10 | Weisbrod, S. | | | |
| | | 0.20 | Correspond with M. Becker, M. Faux, L. Izutsku-Keener and H. Winstead re upcoming hearing. | |
| | | 0.20 | | 105.00 |
| 08/06/10 | Weisbrod, S. | | | |
| | | 0.10 | Correspond with L. Izutsku-Keener re hearing. | |
| | | 0.10 | | 52.50 |
| 08/06/10 | Winstead, H. | | | |
| | | 0.50 | Confer with M. Becker and L. Izutsu-Keener re discovery motion. | |
| | | 0.50 | | 200.00 |
| 08/09/10 | Weisbrod, S. | | | |
| | | 0.30 | Correspond with H. Winstead re stay motion. | |
| | | 0.10 | Correspond with L. Izutsku-Keener re hearing on stay relief motion. | |
| | | 0.30 | Draft correspondence to S. Beach re upcoming motion. | |
| | | 0.70 | | 367.50 |
| 08/09/10 | Winstead, H. | | | |
| | | 0.80 | Review objections of Debtors and Unsecured Creditor's Committee re discovery motion and formulate response. | |
| | | 0.20 | Confer with S. Weisbrod re objections to discovery motion. | |
| | | 2.30 | Begin to draft reply brief. | |
| | | 3.30 | | 1,320.00 |
| 08/10/10 | Weisbrod, S. | | | |
| | | 0.20 | Correspond with H. Del Carlo, L. Izutsku-Keener and M. Becker re upcoming hearing. | |
| | | 0.80 | Draft reply brief in support of motion to lift stay and for discovery. | |
| | | 1.00 | | 525.00 |
| 08/10/10 | Winstead, H. | | | |
| | | 1.70 | Continue to draft discovery motion reply brief. | |

The Official Committee of Borrowers                                                                                    Page 19

| Date | Name | Time | Services | Amount |
|------|------|------|----------|--------|
| | | 1.70 | | 680.00 |
| 08/11/10 | Weisbrod, S. | | | |
| | | 0.50 | Confer with Debtors' counsel re possible resolution of pending motion. | |
| | | 1.50 | Continue to revise reply brief in support of motion for discovery and automatic stay relief. | |
| | | 0.50 | Confer with H. Winstead re reply brief in support of motion. | |
| | | 0.20 | Correspond with M. Becker and L. Izutsku-Keener re upcoming hearing. | |
| | | 2.70 | | 1,417.50 |
| 08/11/10 | Winstead, H. | | | |
| | | 0.60 | Confer with P. Morgan, M. Greecher, S. Weisbrod, M. Becker and H. Del Carlo re discovery motion. | |
| | | 0.80 | Confer with M. Becker, H. Del Carlo and L. Izutsu-Keener re discovery motion negotiation strategy. | |
| | | 1.60 | Continue to draft and revise discovery motion reply brief. | |
| | | 3.00 | | 1,200.00 |
| 08/12/10 | Weisbrod, S. | | | |
| | | 1.50 | Finalize reply brief in support of motion. | |
| | | 0.30 | Telephone conferences with L. Izutsku-Keener and M. Becker re upcoming hearing. | |
| | | 0.50 | Telephone conference with Debtors' counsel re possible resolution of motion. | |
| | | 0.50 | Correspond with various policyholders. | |
| | | 1.00 | Draft term sheet for agreement with Debtors. | |
| | | 3.80 | | 1,995.00 |
| 08/12/10 | Winstead, H. | | | |
| | | 1.30 | Confer with individual movants' counsel and S. Weisbrod re hearing strategy and status of negotiations. | |
| | | 1.10 | Finalize discovery motion reply brief. | |
| | | 2.40 | | 960.00 |
| 08/13/10 | Weisbrod, S. | | | |
| | | 0.40 | Telephone conference with H. Del Carlo re settlement with Debtors. | |
| | | 0.40 | Telephone conference with Debtors' counsel re possible resolution of motion. | |
| | | 0.80 | | 420.00 |
| 08/13/10 | Winstead, H. | | | |
| | | 1.50 | Review and revise multiple drafts of Debtors' settlement proposal. | |
| | | 1.80 | Various communications with individual movants re negotiations with Debtors re discovery motion. | |
| | | 0.40 | Confer with P. Morgan, M. Greecher, S. Weisbrod and individual movants re settlement of discovery motion. | |
| | | 3.70 | | 1,480.00 |
| 08/14/10 | Weisbrod, S. | | | |
| | | 0.50 | Correspond with H. Winstead and M. Becker re comments on term sheet. | |
| | | 0.50 | | 262.50 |
| 08/15/10 | Weisbrod, S. | | | |

| Date | Name | Time | Services | Amount |
|------|------|------|----------|--------|
| | | 0.30 | Telephone conference with M. Becker re strategy for finalizing agreement with Debtors. | |
| | | **0.30** | | **157.50** |
| 08/16/10 | Weisbrod, S. | | | |
| | | 0.30 | Confer with Debtors' counsel and Unsecured Creditors' Committee counsel re resolution of motion. | |
| | | 1.00 | Attend hearing. | |
| | | 0.60 | Telephone conferences with M. Becker, H. Del Carlo and H. Winstead re finalizing settlement agreement. | |
| | | **1.90** | | **997.50** |
| 08/16/10 | Winstead, H. | | | |
| | | 0.50 | Correspond with Borrowers' Committee and individual borrower movants re discovery hearing. | |
| | | 0.50 | Prepare for hearing on discovery settlement. | |
| | | 0.90 | Attend hearing re discovery settlement. | |
| | | 0.40 | Meet with P. Morgan and M. Greecher re discovery settlement term sheet. | |
| | | **2.30** | | **920.00** |
| | **TOTAL CHARGEABLE HOURS** | | | **95.30** |
| | **FEES** | | | **$42,782.50** |

## SUMMARY

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| S. Weisbrod | 37.30 | 525.00 | 19,582.50 |
| H. Winstead | 58.00 | 400.00 | 23,200.00 |
| **Total** | **95.30** | | **$42,782.50** |

## EXPENSES

| Date | Description | Code | Amount |
|------|-------------|------|--------|
| 01/31/10 | Lexis; Lexis - January 2010 Charges | | 39.13 |
| 03/24/10 | Conference Call; Conference Call - Stephen Weisbrod - 1.8.10; Premiere Global Services | | 24.59 |
| 03/24/10 | Conference Call; Conference Call - Stephen Weisbrod - 1.12.10; Premiere Global Services | | 13.76 |
| 04/12/10 | Duplicating | | 45.80 |
| 04/30/10 | Westlaw | | 28.91 |
| 06/30/10 | PACER | | 11.39 |
| 06/30/10 | Westlaw | | 16.59 |
| 07/30/10 | Conference Call; Conference Call - Hunter Winstead - 6.2.10; Soundpath Conferencing | | 18.36 |
| 07/31/10 | PACER | | 44.41 |
| 07/31/10 | Westlaw | | 94.42 |
| 08/06/10 | Conference Call; Conference Call - Hunter Winstead - 6.28.10; Soundpath Conferencing | | 38.68 |
| 08/16/10 | Westlaw | | 124.18 |
| 08/16/10 | PACER | | 27.86 |

| Date | Description | Code | | Amount |
|------|-------------|------|---|--------|
| 08/16/10 | Conference Call; Conference Call - Hunter Winstead - 8.2.10; Soundpath Conferencing | | | 7.31 |
| 08/16/10 | Conference Call; Conference Call - Hunter Winstead - 8.6.10; Soundpath Conferencing | | | 6.68 |
| 08/16/10 | Conference Call; Conference Call - Hunter Winstead - 8.11.10; Soundpath Conferencing | | | 15.73 |
| 08/16/10 | Conference Call; Conference Call - Hunter Winstead - 8.11.10; Soundpath Conferencing | | | 15.65 |
| 08/16/10 | Conference Call; Conference Call - Hunter Winstead - 8.12.10; Soundpath Conferencing | | | 19.22 |
| 08/16/10 | Conference Call; Conference Call - Hunter Winstead - 8.12.10; Soundpath Conferencing | | | 14.30 |
| | *Summary* | | | |
| | Lexis | 108 | 39.13 | |
| | Westlaw | 109 | 264.10 | |
| | Conference Call | 121 | 174.28 | |
| | Duplicating | 200 | 45.80 | |
| | PACER | 215 | 83.66 | |
| | **Total** | | | **$606.97** |

**TOTAL FEES AND EXPENSES**  $43,389.47

**AMOUNT DUE**  $43,389.47

Invoice Number: 18867
Invoice Date: September 30, 2010
Page 22

FOR PROFESSIONAL SERVICES RENDERED TO The Official Committee of Borrowers
through August 16, 2010

RETENTION

| Date | Name | Time | Services | Amount |
|------|------|------|----------|--------|
| 03/13/09 | Weisbrod, S. | | | |
| | | 0.10 | Correspond with M. Saunders re expert retention. | |
| | | | **0.10** | **52.50** |
| 04/01/09 | Weisbrod, S. | | | |
| | | 0.20 | Revise declaration in support of retention. | |
| | | | **0.20** | **105.00** |
| 07/21/09 | Kahler, C. | | | |
| | | 0.10 | Review Borrowers' Committee Bylaws. | |
| | | | **0.10** | **18.00** |
| 07/21/09 | Weisbrod, S. | | | |
| | | 1.00 | Revise correspondence to Borrowers' Committee in light of comments received from C. Litherland and T. Macauley. | |
| | | 0.40 | Review correspondence from P. Rush re upcoming meeting. | |
| | | 1.00 | Draft correspondence to Borrowers' Committee re issues for upcoming meeting. | |
| | | | **2.40** | **1,260.00** |
| 07/21/09 | Winstead, H. | | | |
| | | 0.50 | Review by-laws and pleadings in preparation for Borrowers' Committee meeting. | |
| | | | **0.50** | **200.00** |
| 07/22/09 | Kahler, C. | | | |
| | | 3.30 | Review and organize materials for S. Weisbrod in preparation for conference call with Borrowers' Committee. | |
| | | | **3.30** | **594.00** |
| 07/22/09 | Weisbrod, S. | | | |
| | | 0.30 | Confer with C. Kahler re materials needed for Borrowers' Committee call. | |
| | | 0.50 | Prepare for Borrowers' Committee call. | |
| | | 0.50 | Review by-laws. | |
| | | 1.50 | Draft correspondence to Borrowers' Committee summarizing case status. | |
| | | 0.30 | Correspond with T. Macauley re H. Winstead re revisions to draft correspondence summarizing case status. | |
| | | 0.30 | Review and provide comments to draft correspondence to P. Rush re state of case. | |
| | | 0.40 | Review correspondence between T. Macauley and P. Rush re strategy. | |
| | | | **3.80** | **1,995.00** |
| 07/22/09 | Winstead, H. | | | |
| | | 0.80 | Review pleadings and correspondence re scope of Borrowers' Committee's conduct in preparation for conference call. | |
| | | | **0.80** | **320.00** |

The Official Committee of Borrowers                                                                    Page 23

| Date | Name | Time | Services | Amount |
|------|------|------|----------|--------|
| 07/23/09 | Weisbrod, S. | | | |
| | | 1.80 | Conference call with P. Rush and other Borrowers' Committee members re potential retention of new counsel. | |
| | | 1.80 | | 945.00 |
| 07/27/09 | Weisbrod, S. | | | |
| | | 1.50 | Review materials re possible expansion of authority of Borrowers' Committee professionals to address avoidance actions. | |
| | | 0.20 | Correspond with E. Schnitzer and T. Macauley re avoidance actions. | |
| | | 1.70 | | 892.50 |
| 07/28/09 | Kahler, C. | | | |
| | | 1.50 | Review and organize documents for use by S. Weisbrod during conference call with Borrowers' Committee. | |
| | | 1.50 | | 270.00 |
| 07/28/09 | Weisbrod, S. | | | |
| | | 1.50 | Investigate possible expansion of authority of Borrowers' Committee professionals to address avoidance actions. | |
| | | 0.20 | Correspond with E. Schnitzer re avoidance actions. | |
| | | 0.30 | Correspond with T. Macauley re avoidance action. | |
| | | 2.00 | | 1,050.00 |
| 07/29/09 | Weisbrod, S. | | | |
| | | 1.00 | Draft correspondence to Borrowers' Committee re possible expansion of authority of professionals to address avoidance actions. | |
| | | 0.50 | Confer with H. Winstead re possible expansion of authority of professional to address avoidance actions. | |
| | | 1.50 | | 787.50 |
| 07/30/09 | Weisbrod, S. | | | |
| | | 1.40 | Revise correspondence to Borrowers' Committee re possible expansion of authority of professionals to address avoidance actions. | |
| | | 0.40 | Telephone conference with M. Indelicato re P. Rush inquiry. | |
| | | 0.50 | Confer with T. Macauley re possible expansion of Borrowers' Committee authority to address avoidance actions. | |
| | | 2.30 | | 1,207.50 |
| 07/31/09 | Weisbrod, S. | | | |
| | | 0.10 | Review correspondence from H. Del Carlo re possible expansion of authority of professionals. | |
| | | 0.30 | Review Lehman ruling. | |
| | | 0.40 | | 210.00 |

|  | **TOTAL CHARGEABLE HOURS** | **22.40** |
|---|---|---|
|  | **FEES** | **$9,907.00** |

## SUMMARY

The Official Committee of Borrowers                                                                 Page 24

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| S. Weisbrod | 16.20 | 525.00 | 8,505.00 |
| H. Winstead | 1.30 | 400.00 | 520.00 |
| C. Kahler | 4.90 | 180.00 | 882.00 |
| Total | 22.40 | | $9,907.00 |

**TOTAL FEES AND EXPENSES**                                                    $9,907.00
**AMOUNT DUE**                                                                          $9,907.00

FOR PROFESSIONAL SERVICES RENDERED TO The Official Committee of Borrowers
through August 16, 2010

**FEE APPLICATION**

| Date | Name | Time | Services | Amount |
|------|------|------|----------|--------|
| 04/10/09 | Weisbrod, S. | | | |
| | | 0.60 | Review and revise fee application. | |
| | | 0.60 | | 315.00 |
| 04/13/09 | Holland, P. | | | |
| | | 1.50 | Prepare interim fee application and related pleadings. | |
| | | 1.50 | | 360.00 |
| 04/16/09 | Holland, P. | | | |
| | | 0.50 | Finalize 1st interim fee application and related pleadings. | |
| | | 0.50 | | 120.00 |
| 05/14/09 | Winstead, H. | | | |
| | | 0.60 | Research and draft fee application response brief. | |
| | | 0.60 | | 240.00 |
| 05/15/09 | Winstead, H. | | | |
| | | 0.40 | Draft fee application response brief. | |
| | | 0.40 | | 160.00 |
| 05/27/09 | Weisbrod, S. | | | |
| | | 0.50 | Review Fee Examiner inquiry re first interim fee application. | |
| | | 0.50 | | 262.50 |
| 05/28/09 | Holland, P. | | | |
| | | 0.70 | Review and analyze expenses questioned by Fee Examiner and prepare spreadsheet of same. | |
| | | 0.70 | | 168.00 |
| 05/28/09 | Weisbrod, S. | | | |
| | | 0.00 | Begin drafting response to Fee Examiner inquiry. | |
| | | 0.00 | | 0.00 |
| 05/31/09 | Weisbrod, S. | | | |
| | | 0.60 | Continue to prepare response to examiner inquiry. | |
| | | 0.60 | | 315.00 |
| 06/25/09 | Holland, P. | | | |
| | | 0.80 | Review timekeepers responses to inquiries re time entries and incorporate into response to Fee Auditor. | |
| | | 0.80 | | 192.00 |
| 07/01/09 | Weisbrod, S. | | | |
| | | 0.10 | Telephone conference with A. Phillips re response to Fee Examiner inquiry. | |

| Date | Name | Time | Services | Amount |
|------|------|------|----------|--------|
| | | 0.10 | | 52.50 |
| 07/09/09 | Weisbrod, S. | | | |
| | | 0.40 | Revise response to Fee Examiner | |
| | | 0.40 | | 210.00 |
| 07/09/09 | Winstead, H. | | | |
| | | 0.50 | Draft discovery requests re Unsecured Creditors' Committee fees. | |
| | | 0.50 | | 200.00 |
| 07/10/09 | Winstead, H. | | | |
| | | 0.30 | Finalize and serve discovery re Unsecured Creditors' Committee fees. | |
| | | 0.30 | | 120.00 |
| 07/16/09 | Holland, P. | | | |
| | | 0.50 | Review and finalize response to Fee Auditor inquiry and exhibits to same per comments from team. | |
| | | 0.50 | | 120.00 |
| 07/20/09 | Weisbrod, S. | | | |
| | | 0.30 | Finalize letter to Fee Examiner. | |
| | | 0.30 | | 157.50 |
| 08/05/09 | Weisbrod, S. | | | |
| | | 0.20 | Review Hahn & Hessen discovery responses. | |
| | | 0.20 | | 105.00 |
| 10/14/09 | Weisbrod, S. | | | |
| | | 1.50 | Participate in fee hearing. | |
| | | 1.50 | | 787.50 |

| | | |
|---|---|---|
| **TOTAL CHARGEABLE HOURS** | | **10.00** |
| **FEES** | | **$3,885.00** |

## SUMMARY

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| S. Weisbrod | 4.20 | 525.00 | 2,205.00 |
| H. Winstead | 1.80 | 400.00 | 720.00 |
| P. Holland | 4.00 | 240.00 | 960.00 |
| **Total** | **10.00** | | **$3,885.00** |

## EXPENSES

| Date | Description | Code | Amount |
|------|-------------|------|--------|
| 03/31/09 | PACER; PACER | | 9.96 |
| 08/11/09 | Westlaw | | 6.14 |
| 08/11/09 | PACER | | 36.24 |
| 08/31/09 | PACER; PACER | | 36.45 |

| Date | Description | Code | | Amount |
|------|-------------|------|------|--------|
| 09/30/09 | PACER; PACER | | | 32.24 |
| 01/31/10 | PACER; PACER - December 2009 Charges | | | 9.66 |
| | *Summary* | | | |
| | Westlaw | 109 | 6.14 | |
| | PACER | 215 | 124.55 | |
| | **Total** | | | **$130.69** |

**TOTAL FEES AND EXPENSES**                    **$4,015.69**

**AMOUNT DUE**                    **$4,015.69**

Invoice Number: 18867
Invoice Date: September 30, 2010
Page 28

FOR PROFESSIONAL SERVICES RENDERED TO The Official Committee of Borrowers
through August 16, 2010

**NON-WORKING TRAVEL**            **(BILLED AT 50%)**

| Date | Name | Time | Services | Amount |
|------|------|------|----------|--------|
| 10/13/09 | Weisbrod, S. | | | |
| | | 0.80 | Travel to Wilmington, DE for hearing. | |
| | | | 0.80 | 210.00 |
| 08/16/10 | Winstead, H. | | | |
| | | 3.00 | Travel to/from Wilmington, DE for hearing on discovery settlement. | |
| | | | 3.00 | 600.00 |
| | **TOTAL CHARGEABLE HOURS** | | | **3.80** |
| | **FEES** | | | **$810.00** |

## SUMMARY

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| S. Weisbrod | 0.80 | 262.50 | 210.00 |
| H. Winstead | 3.00 | 200.00 | 600.00 |
| **Total** | **3.80** | | **$810.00** |

## EXPENSES

| Date | Description | Code | Amount |
|------|-------------|------|--------|
| 11/11/09 | Travel - Train Fare; Travel - Train Fare - Stephen Weisbrod - Wilmington DE - Attend Fee Application Hearing - 10.13-14.09; Stephen Weisbrod | | 128.00 |
| 11/11/09 | Travel - Taxi Fare; Travel - Taxi Fare - Stephen Weisbrod - Wilmington DE - Attend Fee Application Hearing - 10.13-14.09; Stephen Weisbrod | | 30.00 |
| 11/11/09 | Travel - Lodging; Travel - Lodging - Stephen Weisbrod - Wilmington DE - Attend Fee Application Hearing - 10.13-14.09; Stephen Weisbrod | | 471.90 |
| 08/16/10 | Travel - Train Fare; Travel - Train Fare - Stephen Weisbrod - Wilmington DE - Attend Motion Hearing - 8.15-16.10; Stephen Weisbrod | | 198.00 |
| 08/16/10 | Travel - Taxi Fare; Travel - Taxi Fare - Stephen Weisbrod - Wilmington DE - Attend Motion Hearing - 8.15-16.10; Stephen Weisbrod | | 21.50 |
| 08/16/10 | Travel - Lodging; Travel - Lodging - Stephen Weisbrod - Wilmington DE - Attend Motion Hearing - 8.15-16.10; Stephen Weisbrod | | 185.90 |
| 08/16/10 | Travel - Meals; Travel - Meals - Stephen Weisbrod - Wilmington DE - Attend Motion Hearing - 8.15-16.10; Stephen Weisbrod | | 30.75 |

|  | *Summary* | | |
|--|-----------|--|--|
| | Travel - Meals | 105 | 30.75 |
| | Travel - Train Fare | 131 | 326.00 |
| | Travel - Lodging | 137 | 657.80 |

The Official Committee of Borrowers                                                    Page 29

|  | *Summary* | | |
|---|---|---|---|
|  | Travel - Taxi Fare | 138 | 51.50 | |
|  | **Total** | | | $1,066.05 |

**TOTAL FEES AND EXPENSES**                                              $1,876.05
**AMOUNT DUE**                                                           $1,876.05