## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, ) | Jointly Administered |
| et al., ) | |
| ) | **Hearing Date: (To be determined)** |
| Debtors. ) | **Objections Due: 11/8/10 @ 4:00 p.m.** |
| ) | |

## NOTICE OF APPLICATION

To: The Notice Parties Pursuant to the Administrative Order

Zuckerman Spaeder LLP served its Second Interim and Final Fee Application for Approval and Allowance of Compensation and Reimbursement of Expenses (the "Application"), which seeks interim fee compensation in the amount of $44,341.50 and expenses in the amount of $5,462.25 for the period April 1, 2009 through August 16, 2010, and final fee compensation in the amount of $221,776.00 and expenses in the amount of $14,697.63 for the period October 22, 2008 through August 16, 2010.

Responses to the Application, if any, must be filed with the United States Bankruptcy Court, 824 N. Market Street, Wilmington, DE 19801, and served on undersigned counsel so it is received no later than 4:00 p.m. on November 8, 2010.

HEARING WILL BE HELD at a time to be determined before the Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801.

2777683.1

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
October 15, 2010

                                     /s/ Thomas G. Macauley
Thomas G. Macauley (ID No. 3411)
Zuckerman Spaeder LLP
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19899
(302) 427-0400

Counsel to the Official Committee of Borrowers