# EXHIBIT A



**ZUCKERMAN SPAEDER** LLP    919 MARKET STREET SUITE 990 WILMINGTON, DE 19801
302.427.0400  302.427.8242 fax    www.zuckerman.com

October 13, 2010

AHM Holdings Inc.
Attn: Alan Horn, General Counsel
538 Broadhollow Rd.
Melville, NY 11747

Invoice:274833
Client: 12281
Matter: 0001
EIN: 52-1112263

Re: In re American Home Mortgage Holdings, Inc.

---

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through September 30, 2010.

| | | |
|---|---|---|
| By Thomas G. Macauley<br>4.40 hours at $510.00 per hour | $ | 2,244.00 |
| By Thomas G. Macauley<br>14.60 hours at $490.00 per hour | $ | 7,154.00 |
| By Benjamin L. Krein<br>5.70 hours at $350.00 per hour | $ | 1,995.00 |
| By Diana Gillig<br>1.00 hours at $120.00 per hour | $ | 120.00 |
| By Diana Gillig<br>1.30 hours at $115.00 per hour | $ | 149.50 |
| TOTAL FEES | $ | 11,662.50 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS INVOICE | $ | 11,662.50 |

DESCRIPTION OF SERVICES

Thomas G. Macauley

| | | |
|---|---|---|
| 07/20/09 | 0.20 | Speak with C. Loizides regarding motion about ombudsman. |
| 07/21/09 | 2.00 | Review motion regarding money budgeted for ombudsman (0.2); review notes from P. Rush regarding same (0.2); speak and correspond with co-counsel regarding same (0.8); review Debtors' objection to expedited consideration motion (0.1); review and edit draft notice to committee (0.7); review notice and draft note to co-counsel regarding same (0.2); review and forward notes from P. Rush to co-counsel (0.2). |
| 07/22/09 | 1.90 | Review bylaws (0.3); draft proposed response to P. Rush regarding motion (0.5); review comments by co-counsel regarding same and finalize response (0.4); review P. Rush's responses to prior meeting (0.3); review and comment on draft response to committee regarding questions raised (0.4). |
| 07/23/09 | 3.90 | Speak with S. Weisbrod regarding response to committee (0.3); review same (0.1); speak with S. Weisbrod regarding committee call and proxy (0.4); review and comment on same (0.4); participate on committee call (2.1); speak with co-counsel regarding result (0.2); draft note to P. Rush regarding resignation (0.2); draft note to C. Loizides regarding withdrawal of motion (0.2). |
| 07/24/09 | 1.40 | Speak with C. Loizides regarding withdrawal of motions (0.2); review confirming email regarding same (0.1); draft letter to him regarding same (0.4); speak with S. Weisbrod regarding same (0.1); review emails from J. Barnes regarding vote (0.2); speak with S. Weisbrod regarding discussion with Indelicato regarding margin payments (0.3); review notices of withdrawal of motion (0.1). |
| 07/27/09 | 0.20 | Exchange notes with S. Weisbrod regarding margin payments (0.1); analyze issues regarding same (0.1). |
| 07/28/09 | 0.50 | Review Code regarding margin payments (0.3); draft note to S. Weisbrod regarding same (0.2). |
| 07/30/09 | 1.20 | Review draft of note to committee regarding avoidance actions and analyze issues regarding same (0.6); speak with S. Weisbrod regarding same (0.3); review and comment on revised draft (0.3). |

| 07/31/09 | 0.10 | Review committee member's response to report on avoidance actions. |
| 08/14/09 | 0.20 | Review motion to authorize payment of D&O proceedings (0.1); draft note to co-counsel regarding same (0.1). |
| 09/15/09 | 1.00 | Review note from P. Rush to committee regarding WARN settlement (0.1); speak with S. Weisbrod regarding same (0.2); review motion and proposed settlement (0.3); review disclosure statement regarding same (0.1); speak with M. Indelicato regarding settlement and case status (0.3). |
| 09/16/09 | 0.60 | Review and revise draft email to committee regarding WARN Act settlement (0.4); speak with S. Weisbrod regarding same (0.2). |
| 10/05/09 | 0.30 | Review exchange of notes regarding information request for motion (0.1); speak with S. Weisbrod regarding same (0.2). |
| 10/06/09 | 0.20 | Speak with S. Weisbrod regarding motion and committee correspondence (0.1); review note to committee regarding same (0.1). |
| 10/08/09 | 0.20 | Review 10/13 hearing agenda. |
| 10/13/09 | 0.30 | Speak with S. Beach regarding document motion (0.1); review amended hearing agenda (0.1); draft note to co-counsel regarding same (0.1). |
| 10/21/09 | 0.10 | Respond to court reporter regarding 2/17/09 transcript. |
| 11/11/09 | 0.10 | Review 11/13 hearing agenda. |
| 12/10/09 | 0.10 | Review committee correspondence regarding Dobben trial. |
| 12/11/09 | 0.10 | Review 12/14 hearing agenda. |
| 01/06/10 | 0.20 | Review note from P. Rush regarding AHM appeal (0.1); review AHM designation of issues and record for same (0.1). |
| 01/08/10 | 0.10 | Review 1/12 hearing agenda. |
| 01/12/10 | 0.20 | Review 12/14 hearing transcript. |
| 02/16/10 | 0.10 | Review 2/18 hearing agenda. |
| 02/26/10 | 0.10 | Review message from P. Rush regarding bank sale. |
| 03/01/10 | 0.20 | Contact S. Beach regarding bank sale (0.1); review summary of same (0.1). |
| 03/08/10 | 0.10 | Review 3/9 hearing agenda. |
| 04/02/10 | 0.10 | Review 4/6 hearing agenda. |

| 04/08/10 | 0.50 | Review docket regarding settlement motions with financial institutions (0.3); speak with S. Weisbrod regarding same (0.2). |
| 04/14/10 | 0.20 | Exchange notes with J. Krochman regarding foreclosure sale. |
| 05/03/10 | 0.10 | Review 5/4 hearing agenda. |
| 06/02/10 | 0.50 | Review motion to liquidate the bank (0.2); speak with S. Weisbrod regarding same and discovery motion (0.2); review local rules regarding same (0.1). |
| 06/07/10 | 0.70 | Review draft letter regarding bank motion and motion (0.2); speak with S. Weisbrod regarding same (0.3); speak with H. Winstead regarding information from AHM (0.2). |
| 06/08/10 | 0.20 | Review and edit proposed email to Beach. |
| 06/11/10 | 0.10 | Review summary of call with Beach regarding motion. |
| 06/14/10 | 0.20 | Review responses from Beach regarding inquiry about bank. |
| 06/17/10 | 0.20 | Review analysis of recent mortgage sale order. |
| 06/29/10 | 0.10 | Review note to S. Beach from co-counsel regarding proposed sale of servers. |
| 06/30/10 | 0.20 | Review response by Beach to server inquiry and comment by committee member regarding same. |
| 08/20/10 | 0.30 | Review order disbanding committee (0.1); draft notes to co-counsel regarding same (0.1); review note to committee regarding same (0.1). |

**Benjamin L. Krein**

| 11/19/08 | 2.90 | Review and analyze AHM documents. |
| 11/20/08 | 1.60 | Review and analyze AHM documents. |
| 11/21/08 | 1.20 | Review and analyze AHM documents. |

**Diana Gillig**

| 07/28/09 | 0.40 | Review docket (0.1); review SOFA regarding transfers (0.3). |
| 08/10/09 | 0.10 | Review docket regarding hearing dates. |
| 10/08/09 | 0.30 | Draft certificate of service for response to motion regarding destruction of documents (0.1); electronically file motion (0.1); prepare service of same (0.1). |
| 10/22/09 | 0.40 | Draft notice of service regarding discovery requests sent 10/16 (0.3); electronically file notice (0.1). |

October 13, 2010                                                          Page 5

| 11/06/09 | 0.10 | Review docket. |
| 07/26/10 | 0.50 | Update 2002 service list. |
| 07/27/10 | 0.50 | Continue updating 2002 service list. |



**ZUCKERMAN SPAEDER LLP**    919 MARKET STREET SUITE 990 WILMINGTON, DE 19801
302.427.0400  302.427.8242 fax    www.zuckerman.com

October 13, 2010

AHM Holdings Inc.
Attn: Alan Horn, General Counsel
538 Broadhollow Rd.
Melville, NY 11747

Invoice:274834
Client: 12281
Matter: 0002
EIN: 52-1112263

Re: Committee Appointment and Retention/Fee Applications

---

### STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through September 30, 2010.

By Thomas G. Macauley
  3.80  hours at  $510.00  per hour        $     1,938.00

By Thomas G. Macauley
  38.10  hours at  $490.00  per hour       $   18,669.00

By Virginia W. Guldi
  8.60  hours at  $325.00  per hour        $    2,795.00

By Diana Gillig
  4.90  hours at  $120.00  per hour        $     588.00

By Diana Gillig
  10.00  hours at  $115.00  per hour      $    1,150.00

TOTAL FEES                     $   25,140.00

TOTAL EXPENSES           $        0.00

TOTAL FEES AND EXPENSES THIS INVOICE    $   25,140.00

BALTIMORE         NEW YORK         TAMPA         WASHINGTON, DC         WILMINGTON

DESCRIPTION OF SERVICES

Thomas G. Macauley

| | | |
|---|---|---|
| 04/03/09 | 0.50 | Review fee examiner order (0.1); review hearing schedule (0.1); exchange notes with co-counsel regarding hearing on interim fee application (0.1); analyze issues regarding same (0.2). |
| 04/06/09 | 0.30 | Speak with S. Weisbrod regarding interim fee hearing (0.1); review Gilbert Oshinsky's 5th monthly fee application (0.1); review fee examiner order regarding same (0.1). |
| 04/15/09 | 0.80 | Exchange notes with co-counsel regarding fee application for Saunders (0.2); analyze issues regarding same (0.1); work on interim fee application (0.5). |
| 04/16/09 | 2.00 | Draft narrative for interim fee application (1.8); review co-counsel's interim application (0.1); give instructions regarding fee applications for filing tomorrow (0.1). |
| 04/17/09 | 0.20 | Analyze issues regarding Saunders fee application. |
| 04/22/09 | 0.20 | Speak with S. Beach regarding fee applications. |
| 05/05/09 | 0.40 | Review objection to fee applications. |
| 05/08/09 | 0.20 | Exchange messages regarding fee application hearing with P. Jackson. |
| 05/11/09 | 0.20 | Analyze issues regarding Saunders application (0.1); draft note to co-counsel confirming 6/5 hearing (0.1). |
| 05/27/09 | 0.40 | Trade messages with A. Phillips regarding fee examiner letter (0.2); exchange notes with S. Weisbrod regarding same (0.2). |
| 05/29/09 | 0.20 | Speak with S. Weisbrod regarding fee examiner letters. |
| 06/01/09 | 1.50 | Speak with co-counsel regarding hearing (0.2); speak with P. Jackson regarding same (0.2); review fee examiner order (0.2); analyze issues regarding hearing (0.4); speak with A. Phillips regarding hearing (0.3); draft note to P. Jackson regarding same (0.2). |
| 06/02/09 | 0.10 | Review note from P. Jackson confirming adjournment of hearing. |
| 06/03/09 | 0.10 | Review CNO for Saunders fee application. |
| 06/16/09 | 2.00 | Review fee examiner letter and fee application (0.8); begin drafting response (1.2). |

October 13, 2010                                                                                                                                    Page 3

| 07/01/09 | 2.90 | Review draft letter by co-counsel to fee examiner (0.3); work on letter to fee examiner (2.6). |
| 07/10/09 | 0.20 | Exchange notes with co-counsel regarding discovery requests to Hahn & Hessen. |
| 07/13/09 | 0.60 | Review and edit letter to fee examiner. |
| 07/17/09 | 0.50 | Review GO revised letter to fee examiner (0.3); speak with S. Weisbrod regarding same (0.2). |
| 07/20/09 | 0.90 | Review and finalize response to fee examiner (0.6); review attachments (0.1); exchange notes with A. Phillips regarding letter (0.2). |
| 08/04/09 | 0.20 | Exchange notes with S. Weisbrod regarding examiner reports and other fee application issues. |
| 08/05/09 | 0.20 | Exchange notes with co-counsel regarding reply extension and negotiations with creditors committee. |
| 08/06/09 | 0.20 | Respond to P. Jackson regarding reply (0.1); review note from examiner regarding call (0.1). |
| 08/07/09 | 1.50 | Respond to examiner regarding call (0.1); speak with S. Weisbrod regarding same (0.3); review examiner order and analyze issues regarding same (0.2); exchange notes with co-counsel regarding comparative fees (0.2); speak with co-counsel regarding hearing (0.2); review hearing agenda (0.1); speak with A. Phillips regarding same (0.2); speak with S. Weisbrod regarding examiner call (0.2). |
| 08/10/09 | 1.40 | Speak with S. Beach regarding requirement of fee examiner report (0.1); speak with S. Weisbrod regarding same (0.2); draft note to fee examiner regarding same (0.2); review docket (0.1); exchange notes with S. Beach and fee examiner regarding hearing (0.5); speak and exchange notes with S. Weisbrod regarding same (0.3). |
| 08/14/09 | 0.10 | Draft follow up note to fee examiner to discuss any issues. |
| 08/20/09 | 0.10 | Exchange notes with fee examiner regarding call on status. |
| 08/28/09 | 0.20 | Exchange notes with fee examiner regarding narrowing of issues. |
| 09/01/09 | 0.50 | Exchange notes with fee examiner regarding call tomorrow (0.2); speak with P. Jackson regarding status with fee examiner (0.2); draft note to S. Weisbrod regarding same (0.1). |
| 09/02/09 | 0.10 | Review correspondence from fee examiner regarding proposed adjournment of 9/8 hearing. |

| | | |
|---|---|---|
| 09/03/09 | 0.10 | Review 9/8 hearing agenda. |
| 09/15/09 | 0.10 | Exchange notes with fee examiner regarding meeting on fee applications. |
| 09/25/09 | 0.50 | Exchange notes with fee examiner regarding call and revised list of issues. |
| 09/29/09 | 0.10 | Speak with S. Weisbrod regarding fee application status. |
| 10/02/09 | 0.10 | Review note from fee examiner regarding issues. |
| 10/05/09 | 2.70 | Exchange notes with J. Renick regarding outstanding issues (0.2); review spreadsheet from A. Phillips (0.2); review original letters and responses and prepare for call (0.7); speak with S. Weisbrod regarding same (0.2); speak with fee examiner regarding outstanding issues (1.1); review fee application (0.2); draft note to fee examiner regarding report (0.1). |
| 10/06/09 | 3.90 | Review fee examiner's draft letter (0.9); draft comments to fee examiner regarding same (0.3); review excel spreadsheets from fee examiner (0.7); speak with J. Renick regarding same (0.3); speak with A. Phillips regarding same (0.3); draft note to S. Weisbrod regarding same (0.2); draft note to fee examiner regarding comments to time characterization (0.5); speak with S. Weisbrod regarding next steps (0.2); analyze issues regarding reply to objections (0.5). |
| 10/07/09 | 6.80 | Review filed report of fee examiner (0.3); draft reply (6.1); review objection by parties (0.3); draft note to co-counsel regarding reply (0.1). |
| 10/08/09 | 0.60 | Review and edit reply on fee application (0.4); review certificate of service regarding same (0.1); draft note to fee examiner regarding same (0.1). |
| 10/09/09 | 0.20 | Exchange notes with co-counsel regarding Gilbert reply (0.1); review note from M. Greecher regarding change in hearing date (0.1). |
| 10/13/09 | 1.20 | Analyze issues regarding hearing tomorrow (0.2); review Gilbert reply on fee application (0.1); draft motion for leave to reply (0.3); draft proposed order regarding same (0.2); exchange notes with S. Weisbrod regarding same (0.1); review and edit certificate of service (0.1); draft note to fee examiner regarding hearing (0.2). |
| 10/14/09 | 2.30 | Prepare for hearing (0.8); attend hearing on 1st interim fee application (1.3); speak with S. Weisbrod regarding result (0.2). |

October 13, 2010

| 12/11/09 | 0.10 | Review order granting 1st interim fee application. |
| 01/08/10 | 0.20 | Speak with Court regarding GO fee application. |
| 01/15/10 | 0.20 | Analyze issues regarding order for Saunders fee application. |
| 02/03/10 | 0.30 | Review and edit draft form of order regarding M. Saunders fee application (0.2); outline certification of counsel regarding same (0.1). |
| 02/03/10 | 0.50 | Finalized proposed order for Saunders fee application (0.1); analyze issues regarding certification of counsel regarding same (0.1); review and edit certification of counsel (0.2). |
| 02/05/10 | 0.30 | Review and edit certification of counsel regarding Saunders application. |
| 02/08/10 | 0.10 | Review Saunders order. |
| 08/20/10 | 0.20 | Analyze issues regarding final fee application. |
| 09/21/10 | 0.50 | Review 2nd interim time detail (0.4); give instructions regarding same (0.1). |
| 09/27/10 | 1.60 | Review, edit and draft narrative for final fee application. |
| 09/30/10 | 0.60 | Review and edit final fee application. |

Virginia W. Guldi

| 04/17/09 | 3.90 | Draft fee application for Margot Saunders (2.8); discuss same with her (0.2); prepare fee application for Gilbert and Oshinsky (0.5); prepare fee application for Zuckerman Spaeder (0.5). |
| 04/21/09 | 2.50 | Prepare Margot Saunders fee application (1.7); memorandum to Olga Shmatkova regarding corrected billing entires (0.8). |
| 04/24/09 | 0.40 | Prepare fee application for Saunders. |
| 05/01/09 | 0.50 | Edit Saunders fee application (0.3); coordinate with O. Shnatkona regarding billing entries (0.2). |
| 05/08/09 | 0.80 | Prepare Saunders Fee Application. |
| 05/11/09 | 0.50 | Prepare final Saunders' fee application. |

Diana Gillig

| 04/06/09 | 0.30 | Prepare GO's 5th monthly fee application for filing (0.1); draft notice for same (0.1); draft certificate of service for same (0.1). |

| 04/07/09 | 0.40 | Electronically file GO's 5th monthly fee application (0.1); prepare service for same (0.1); electronically file supplemental declaration of S. Weisbrod regarding retention application (0.1); prepare service for same (0.1). |
|---|---|---|
| 04/14/09 | 0.30 | Draft ZS 1st monthly fee application. |
| 04/15/09 | 1.50 | Prepare cost itemization for ZS 1st fee application (1.2); draft notice for same (0.1); draft certificate of service for same (0.1). |
| 04/16/09 | 0.80 | Revise cost itemization chart for ZS 1st fee application (0.5); verify and update costs information on chart (0.2); revise fee application regarding same (0.1). |
| 04/17/09 | 4.10 | Revise ZS 1st fee application (1.9); draft notice for same (0.1); draft certificate of service for same (0.1); draft notice of filing regarding ZS 1st fee application (0.2); draft notice of filing regarding GO's 1st interim fee application (0.1); draft notice regarding GO's 1st interim fee application (0.2); draft certificate of service for notice of filing to ZS fee application (0.1); draft certificate of service regarding GO's notice of filing of fee application (0.1); contact paralegal at Young Conaway regarding updated 2002 service list (0.1); update same (0.4); prepare 2002 service for notices of filing (0.2); electronically file GO's interim fee application (0.1); electronically file ZS' 1st fee application (0.1); electronically file notice of filing for both (0.2); prepare service of same (0.2) |
| 04/30/09 | 0.10 | Draft CNO for Gilbert Oshinsky's 5th monthly fee application. |
| 05/11/09 | 0.90 | Draft certificate of service for Saunders' fee application (0.1); draft notice of filing for same (0.1); draft certificate of service for filing notice (0.1); electronically file Saunders fee application (0.1); revise notice of filing for same (0.1); electronically file notice of filing (0.1); prepare service of fee application and notice of filing (0.3). |
| 06/03/09 | 0.30 | Draft certificate of no objection regarding Saunders fee application (0.2); electronically file CNO for same (0.1). |
| 08/07/09 | 0.10 | Review docket regarding orders allowing professionals fee applications. |
| 10/05/09 | 0.10 | Review docket. |
| 10/06/09 | 0.20 | Review docket. |

| 10/08/09 | 0.40 | Draft certificate of service for response regarding ZS first fee application (0.1); electronically file same (0.1); prepare service of same (0.2). |
| 10/13/09 | 0.40 | Draft certificate of service regarding motion for leave (0.1); electronically file motion (0.1); forward same to court (0.1); prepare service of same (0.1). |
| 12/23/09 | 0.10 | Review docket. |
| 01/15/10 | 0.30 | Draft order regarding Saunders first fee application. |
| 02/04/10 | 0.40 | Draft certification of counsel regarding Saunders 1st and final fee application. |
| 02/05/10 | 0.40 | Revise Saunders certification of counsel regarding 1st fee application (0.2); electronically file same (0.1); prepare service of same (0.1). |
| 02/08/10 | 0.20 | Forward to Court certification of counsel with order regarding Saunders first fee application (0.1); forward signed order regarding same to S. Weisbrod (0.1). |
| 09/22/10 | 1.30 | Revise time detail for 2nd and final interim fee application (0.2); review docket (0.1); prepare itemized cost chart for 2nd interim fee application (1.0). |
| 09/24/10 | 1.20 | Revise itemized cost chart exhibit (0.2); draft 2nd and final interim fee application (0.8); draft notice and certificate of service for same (0.1); draft notice of filing and certificate of service regarding same (0.1). |
| 09/28/10 | 0.40 | Revise final fee application. |
| 09/29/10 | 0.70 | Finalize revisions to final fee application (0.5); electronically file same (0.1); prepare service of same (0.1). |



**ZUCKERMAN SPAEDER** LLP    919 MARKET STREET SUITE 990 WILMINGTON, DE 19801
302.427.0400  302.427.8242 fax    www.zuckerman.com

October 13, 2010

AHM Holdings Inc.                                    Invoice:274835
Attn: Alan Horn, General Counsel                      Client: 12281
538 Broadhollow Rd.                                  Matter: 0003
Melville, NY 11747                                 EIN: 52-1112263

Re: Plan/Disclosure Statement

---

STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through September 30, 2010.

By Thomas G. Macauley
    5.40  hours at  $490.00  per hour                   $       2,646.00

          TOTAL FEES                            $       2,646.00

          TOTAL EXPENSES                        $           0.00

          TOTAL FEES AND EXPENSES THIS INVOICE  $       2,646.00

October 13, 2010

DESCRIPTION OF SERVICES

CLIENT: 12281
MATTER: 0003

Thomas G. Macauley

| | | |
|---|---|---|
| 07/09/09 | 0.30 | Speak with E. Allinson regarding confirmation order. |
| 09/21/09 | 0.20 | Review motion to destroy certain documents. |
| 09/29/09 | 0.40 | Speak with S. Weisbrod regarding document destruction motion (0.2); review motion (0.1); review and comment on draft note to committee regarding same (0.1). |
| 09/30/09 | 0.80 | Review notes with M. Greecher regarding call on motion (0.1); speak with P. Donoho regarding ombudsman (0.2); draft note to M. Greecher regarding additional issues (0.3); review and analyze issues regarding response (0.2). |
| 10/01/09 | 0.90 | Speak with M. Greecher and co-counsel regarding document destruction motion and objections to borrower claims (0.8); exchange notes with S. Weisbrod regarding same (0.1). |
| 10/02/09 | 0.10 | Review note from S. Weisbrod to AHM regarding document motion. |
| 10/07/09 | 0.30 | Review and comment briefly on draft objection regarding document destruction. |
| 10/08/09 | 0.70 | Speak and correspond with co-counsel regarding objection to document destruction motion (0.2); review exhibits (0.1); review and edit objection (0.3); draft note to Greecher regarding same (0.1). |
| 10/14/09 | 0.30 | Speak with S. Weisbrod regarding status of objection to document destruction motion. |
| 10/22/09 | 0.40 | Review note to committee regarding document motion (0.1); review discovery regarding same (0.1); review and edit notice of service regarding same (0.2). |
| 10/22/09 | 0.20 | Exchange notes with M. Greecher regarding discovery. |
| 10/23/09 | 0.20 | Review notice of withdrawal of document destruction motion (0.1); review note to committee regarding same (0.1). |
| 11/20/09 | 0.20 | Speak with S. Weisbrod regarding document review and plan status. |
| 12/03/09 | 0.30 | Analyze issues regarding review of documents previously sought to be destroyed. |
| 12/09/09 | 0.10 | Exchange notes with M. Power regarding plan status. |



**ZUCKERMAN SPAEDER LLP**

919 MARKET STREET SUITE 990 WILMINGTON, DE 19801
302.427.0400  302.427.8242 fax    www.zuckerman.com

October 13, 2010

AHM Holdings Inc.
Attn: Alan Horn, General Counsel
538 Broadhollow Rd.
Melville, NY 11747

Invoice:274836
Client: 12281
Matter: 0004
EIN: 52-1112263

Re: Stay Relief

---

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through September 30, 2010.

| | | |
|---|---|---|
| By Thomas G. Macauley | | |
| 9.10  hours at  $510.00  per hour | $ | 4,641.00 |
| By Diana Gillig | | |
| 2.10  hours at  $120.00  per hour | $ | 252.00 |
| | | |
| TOTAL FEES | $ | 4,893.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS INVOICE | $ | 4,893.00 |

October 13, 2010                                                                           Page 2

DESCRIPTION OF SERVICES                                              CLIENT: 12281
                                                                    MATTER: 0004


Thomas G. Macauley

| | | |
|---|---|---|
| 06/30/10 | 0.30 | Review draft order permitting discovery and exchange notes with co-counsel regarding same. |
| 07/02/10 | 0.10 | Review email to Beach regarding form of order permitting discovery. |
| 07/06/10 | 0.30 | Exchange notes with H. Winstead regarding meet and confer with Beach and sufficient time to file motion (0.2); review local rules regarding same (0.1). |
| 07/08/10 | 0.20 | Speak with H. Winstead regarding discussion with S. Beach regarding stay motion. |
| 07/23/10 | 0.30 | Speak with H. Winstead regarding motion to be filed on Monday. |
| 07/26/10 | 0.40 | Analyze issues regarding service of motion (0.1); review draft motion and proposed order (0.3). |
| 07/27/10 | 0.20 | Exchange notes with H. Winstead regarding status of motion (0.1); analyze issues regarding structure of same (0.1). |
| 07/28/10 | 1.70 | Review local rules regarding service of motion (0.1); exchange noes with co-counsel regarding hearing date (0.1); review and edit certificate of service (0.1); review and edit motion (1.0); review and edit proposed order (0.2); review and edit notice (0.2). |
| 08/03/10 | 0.10 | Review supplemental certificate of service regarding motion. |
| 08/05/10 | 0.10 | Review supplemental certificate of service regarding motion. |
| 08/09/10 | 0.40 | Review objections to motion (0.3); exchange notes with co-counsel regarding reply deadline (0.1). |
| 08/10/10 | 0.20 | Review exchange with Debtors regarding motion. |
| 08/12/10 | 2.40 | Review draft reply (0.8); draft comments to co-counsel regarding same (0.3); draft motion to permit filing of reply (0.4); draft proposed order regarding same (0.2); review certificate of service (0.1); analyze issues regarding exhibits (0.1); give instructions regarding service (0.1); exchange notes with M. Greecher regarding hearing agenda (0.1); review hearing agenda (0.1); exchange with Debtors' counsel regarding potential resolution of motion (0.2). |

| 08/13/10 | 1.10 | Review term sheet and revisions thereto regarding resolution of motion (0.3); review exchange with Debtors' counsel regarding same (0.2); participate on conference call with Debtors' counsel regarding same (0.4): exchange notes with co-counsel regarding hearing (0.2). |
|----------|------|---|
| 08/16/10 | 1.00 | Attend hearing on motion. |
| 08/20/10 | 0.30 | Review term sheet (0.1); draft notes to co-counsel regarding submitting form of order (0.1); speak with S. Weisbrod regarding same (0.1). |

Diana Gillig

| 07/28/10 | 0.50 | Draft certificate of service for motion to allow discovery (0.1); draft notice for same (0.2); electronically file same (0.2). |
|----------|------|---|
| 08/03/10 | 0.70 | Research addresses regarding returned mail (0.4); draft supplemental certificate of service regarding motion to allow discovery (0.2); electronically file certificate of service (0.1). |
| 08/05/10 | 0.30 | Research address regarding returned mail (0.1); draft supplemental certificate of service regarding motion (0.1); electronically file certificate of service (0.1). |
| 08/09/10 | 0.40 | Research addresses regarding returned mail (0.3); draft certificate of service regarding motion to allow discovery (0.1). |
| 08/12/10 | 0.20 | Draft supplemental certificate of service regarding re-service of motion to allow discovery. |

# EXHIBIT B

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
| PROCESS SERVER FEES | $ 178.82 | 3/20/2009 | |
| | | | |
| Total | $ 178.82 | | $ 178.82 |
| | | | |
| | | | |
| DOCUMENT SERVICE - IKON | $ 592.45 | 4/28/2009 | |
| | $ 462.40 | 5/15/2009 | |
| | $ 2,970.17 | 7/30/2010 | |
| | | | |
| Total | $ 4,025.02 | | $ 4,025.02 |
| | | | |
| | | | |
| COURIER SERVICE - PARCELS | $ 7.50 | 2/23/2010 | |
| | | | |
| Total | $ 7.50 | | $ 7.50 |
| | | | |
| | | | |
| COURIER SERVICE - BLUE MARBLE | $ 5.50 | 11/5/2009 | |
| | | | |
| Total | $ 5.50 | | $ 5.50 |
| | | | |
| | | | |
| FACSIMILE - INHOUSE | $ 173.00 | 10/8/2009 | |
| | $ 80.00 | 10/12/2009 | |
| | $ 186.00 | 8/12/2010 | |
| | | | |
| Total | $ 439.00 | | $ 439.00 |
| | | | |
| | | | |
| DOCKET RESEARCH PACER | $ 206.56 | 4/30/2009 | |
| | $ 5.60 | 7/14/2009 | |
| | $ 71.28 | 9/30/2009 | |
| | $ 117.84 | 3/22/2010 | |
| | $ 30.64 | 4/27/2010 | |
| | $ 5.20 | 7/26/2010 | |
| | | | |
| Total | $ 437.12 | | $ 437.12 |
| | | | |
| | | | |
| LONG DISTANCE TELEPHONE | $ 2.04 | 7/21/2009 | |
| | $ 0.36 | 7/23/2009 | |
| | $ 2.40 | 8/7/2009 | |
| | $ 0.60 | 8/10/2009 | |
| | $ 1.20 | 9/15/2009 | |
| | $ 0.24 | 9/29/2009 | |
| | $ 0.60 | 9/30/2009 | |
| | $ 1.44 | 10/6/2009 | |
| | $ 0.36 | 3/1/2010 | |
| | $ 1.68 | 4/9/2010 | |
| | $ 2.04 | 6/7/2010 | |
| | $ 1.20 | 7/8/2010 | |
| | $ 0.12 | 7/28/2010 | |
| | $ 0.60 | 8/20/2010 | |
| | | | |
| Total | $ 14.88 | | $ 14.88 |
| CONFERENCING - SOUNDPATH | $ 37.65 | 10/30/009 | |
| | | | |
| Total | $ 37.65 | | $ 37.65 |
| | | | |
| PHOTOCOPY INHOUSE | $ 42.00 | 4/7/2009 | |
| | $ 74.20 | 4/17/2009 | |

Zuckerman Spaeder LLP
2nd Interim Fee Application
Period 4/1/09-8/16/10

|  |  |  |  |  |
|---|---|---|---|---|
|  | $ | 17.30 | 5/11/2009 |  |
|  | $ | 0.80 | 7/20/2009 |  |
|  | $ | 1.50 | 10/13/2009 |  |
|  | $ | 2.00 | 2/5/2010 |  |
|  | $ | 1.80 | 2/8/2010 |  |
|  | $ | 15.10 | 7/28/2010 |  |
|  | $ | 9.20 | 8/12/2010 |  |
| **Total** | $ | **163.90** |  | $ | 163.90 |
|  |  |  |  |  |
| **LEXIS/NEXIS RESEARCH** | $ | 81.50 | 4/30/2009 |  |
| **Total** | $ | **81.50** |  | $ | 81.50 |
|  |  |  |  |  |
| **POSTAGE** | $ | 47.20 | 4/30/2009 |  |
|  | $ | 2.44 | 7/31/2009 |  |
|  | $ | 4.20 | 2/28/2010 |  |
|  | $ | 17.52 | 8/31/2010 |  |
| **Total** | $ | **71.36** |  | 71.36 |
|  |  |  |  |  |
| **TOTAL** |  |  |  | 5,462.25 |