IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, ) | Jointly Administered |
| et al., ) | |
| ) | Hearing Date: (To be determined) |
| Debtors. ) | Objections Due: 11/8/10 @ 4:00 p.m. |
| ) | |

## NOTICE OF FILING OF FEE APPLICATION [RE: D.I. NO. 9332]

**To: All parties identified on the 2002 service list**

PLEASE TAKE NOTICE that the counsel to Borrowers Committee (the "Borrowers Committee") has filed the following application seeking interim approval of professional fees and reimbursement of expenses (the "Application"):

- *Second and Final Application of Gilbert LLP for Allowance of Fees and Reimbursement of Expenses as Co-Counsel for the Official Committee of Borrowers* (D.I. No. 9332), which seeks interim fee compensation in the amount of $82,501.50 and expenses in the amount of $7,530.24, for the period March 1, 2009 through August 16, 2010, and final fee compensation in the amount of $440,328.90 and expenses in the amount of $23,527.14 for the period October 22, 2008 through August 16, 2010.

Responses to the Application, if any, must be filed with the Bankruptcy Court at www.deb.uscourts.gov and served so it is actually received on or before November 8, 2010 at 4:00 p.m. by Stephen A. Weisbrod, Esquire, Gilbert LLP, 1100 New York Avenue, N.W., Washington, DC 20005-3987, and Thomas G. Macauley, Esquire, Zuckerman Spaeder LLP, 919 Market Street, Suite 990, P.O. Box 1028, Wilmington, DE 19899 (Courier 19801).

2790792.1

Dated: Wilmington, Delaware
      October 15, 2010

                              ZUCKERMAN SPAEDER LLP

                              */s/ [signature]*
                              Thomas G. Macauley (ID No. 3411)
                              Virginia W. Guldi (ID No. 2792)
                              919 Market Street, Suite 990
                              P.O. Box 1028
                              Wilmington, DE  19899
                              (302) 427-0400

                              Counsel to Official Committee of Borrowers

2790792.1