## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, ) | Jointly Administered |
| et al., ) | |
| ) | Hearing Date: (To be determined) |
| Debtors. ) | Objections Due: 11/8/10 @ 4:00 p.m. |
| ) | |

## NOTICE OF FILING OF FEE APPLICATION [RE: D.I. NO. 9333]

**To: All parties identified on the 2002 service list**

PLEASE TAKE NOTICE that the counsel to Borrowers Committee (the "Borrowers Committee") has filed the following application seeking interim approval of professional fees and reimbursement of expenses (the "Application"):

- *Second Interim and Final Fee Application of Zuckerman Spaeder LLP for Allowance of Compensation and Reimbursement of Expenses* (D.I. No. 9333), which seeks interim fee compensation in the amount of $44,341.50 and expenses in the amount of $5,462.25 for the period April 1, 2009 through August 16, 2010, and final fee compensation in the amount of $221,776.00 and reimbursement of expenses in the amount of $14,697.63 for the period October 22, 2008 through August 16, 2010.

Responses to the Application, if any, must be filed with the Bankruptcy Court at www.deb.uscourts.gov and served so it is actually received on or before November 8, 2010 at 4:00 p.m. by Thomas G. Macauley, Esquire, Zuckerman Spaeder LLP, 919 Market Street, Suite 990, P.O. Box 1028, Wilmington, DE 19899 (Courier 19801).

2777687.1

Dated: Wilmington, Delaware
October 15, 2010

        ZUCKERMAN SPAEDER LLP

        _/s/ Thomas G. Macauley_
        Thomas G. Macauley (ID No. 3411)
        919 Market Street, Suite 990
        P.O. Box 1028
        Wilmington, DE  19899
        (302) 427-0400

        Counsel to the Official Committee of Borrowers

2

2777687.1