IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Civil Action No. 07-11047 (CSS)<br><br>Jointly Administered |

## **NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, as made applicable by Federal Rules of Bankruptcy Procedure 7034, 9014 and 9016, notice is hereby given that Claimant Deborah E. Mills, by and through her undersigned counsel, requests that American Home Mortgage Investment Trust 2005-SD1 produce the documents described in the subpoena attached hereto (the "Subpoena") by 1:00 p.m. (PT) on November 15, 2010, at the location specified in the Subpoena.

Dated:   October 15, 2010               /s/ Stamatios Stamoulis
                                                              Stamatios Stamoulis  #4606
                                                                  stamoulis@swdelaw.com
                                                             Stamoulis & Weinblatt LLC
                                                             Two Fox Point Centre
                                                             6 Denny Road, Suite 307
                                                             Wilmington, DE 19809
                                                             (302) 999-1540

                                                             *Attorneys for Deborah E. Mills*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Civil Action No. 07-11047 (CSS)<br><br>Jointly Administered |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2010, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel. In addition, the following counsel also were served by email:

>HAHN & HESSEN LLP
>Mark S. Indelicato, Esq.
>488 Madison Avenue
>New York, NY 10022
>
>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>Sean Beach, Esq.
>The Brandywine Bldg.
>1000 West Street, 17th Floor
>PO Box 391
>Wilmington, DE 19899-0391

/s/ Stamatios Stamoulis
Stamatios Stamoulis