# EXHIBIT II

## Proposed Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x
In re:                                                    :   Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                    :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                          :
                                                          :   Jointly Administered
        Debtors.                                          :
                                                          :   Ref. Docket No. ___
------------------------------------------------------------------ x
```

### ORDER SUSTAINING DEBTORS' SIXTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the sixty-fourth omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") reassigning or disallowing in full each of the Disputed Claims[2] identified on Exhibits A and B attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit A is hereby disallowed and expunged in its entirety; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit B are hereby reassigned to the New Case Numbers as indicated on Exhibit B; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      November ___, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2

# EXHIBIT A

**Duplicate Claim**

## Exhibit A
### Duplicate Claim

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| STANDARD GUARANTY INSURANCE COMPANY C/O RAUL CUERVO, ESQ. JORDAN BURT LLP 1025 THOMAS JEFFERSON ST., NW-#400 EAST WASHINGTON, DC 20007 | 7967 | 1/9/08 | 07-11050 | - (S) <br> - (A) <br> - (P) <br> $71,932.58 (U) <br> $71,932.58 (T) | 7966 | 1/9/08 | 07-11050 | - (S) <br> - (A) <br> - (P) <br> $71,932.58 (U) <br> $71,932.58 (T) |
| Totals: | 1 Claim | | | - (S) <br> - (A) <br> - (P) <br> $71,932.58 (U) <br> $71,932.58 (T) | | | | - (S) <br> - (A) <br> - (P) <br> $71,932.58 (U) <br> $71,932.58 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Wrong Debtor Claims**

066585.1001

# Exhibit B
## Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | New Case Number / Case Number |
|---|---|---|---|---|---|
| BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE PC<br>ATTN JAMES HOLCOMB, ESQ.<br>801 GRAND AVENUE, SUITE 3700<br>DES MOINES, IA 50309-8004 | 1547 | 10/12/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,250.00 (U)<br>$1,250.00 (T) | 07-11051 |
| CMS LEGAL SERVICES, LLC<br>CMS LEGAL SERVICES, LLC<br>999 18TH ST STE 2200<br>DENVER, CO 802022401 | 4912 | 12/10/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$4,226.95 (U)<br>$4,226.95 (T) | 07-11050 |
| DFS SERVICES LLC<br>ATTN CHRISTINA WALDEN - SR. ASSOCIATE<br>PO BOX 3000<br>NEW ALBANY, OH 43054 | 6049 | 12/21/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$6,727.45 (U)<br>$6,727.45 (T) | 07-11051 |
| HONOLULU ADVERTISER<br>ATTN MARILYN ZIMMERMAN, AGENT<br>C/O SZABO ASSOCIATES, INC.<br>3355 LENOX RD, 9TH FL<br>ATLANTA, GA 30326 | 6030 | 12/14/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$3,115.89 (U)<br>$3,115.89 (T) | 07-11051 |
| I MORTGAGE<br>ATTN AVP, ACCOUNTING, IMS<br>2570 BOYCE PLAZA RD<br>PITTSBURGH, PA 15227 | 2160 | 11/14/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$34,005.00 (U)<br>$34,005.00 (T) | 07-11053 |
| INTER-TEL INTEGRATED SYSTEMS, INC. (BY<br>CT NETWORKS) C/O LEGAL DEPARTMENT<br>DIANA CLINE, PARALEGAL<br>7300 W. BOSTON STREET<br>CHANDLER, AZ 85226 | 10611 | 12/28/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$2,884.20 (U)<br>$2,884.20 (T) | 07-11051 |
| NATIONAL CITY COMMERCIAL CAPITAL CO, LLC<br>LISA M. MOORE, VICE PRESIDENT<br>995 DALTON AVENUE<br>CINCINNATI, OH 45203 | 7936 | 1/9/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$283,902.30 (U)<br>$283,902.30 (T) | 07-11051 |

——— Objectionable Claims ———                    ——— New Case Number ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | | Case Number |
|---|---|---|---|---|---|---|
| YARLING & ROBINSON | 10603 | 12/23/08 | 07-11047 | - (S) | | 07-11050 |
| 151 NORTH DELAWARE STREET | | | | - (A) | | |
| MARKET SQUARE CENTER, STE 1535 | | | | - (P) | | |
| INDIANAPOLIS, IN 46204 | | | | $12,771.86 (U) | | |
| | | | | $12,771.86 (T) | | |
| | | | | | | |
| **Totals:** | | 8 Claims | | - (S) | | |
| | | | | - (A) | | |
| | | | | - (P) | | |
| | | | | $348,883.65 (U) | | |
| | | | | $348,883.65 (T) | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.