# EXHIBIT II

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x

In re:                                              :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                   :
                                                    :    Jointly Administered
        Debtors.                                    :
                                                    :    **Ref. Docket No. _____**
------------------------------------------------------------------------ x

### ORDER SUSTAINING DEBTORS' SIXTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Sixty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing in full or in part and/or reassigning the Disputed Claims[2] identified on Exhibits A, B and C attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]    All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit A is hereby modified to the dollar value under the column titled "Modified Amount" in Exhibit A; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit B, is hereby (i) modified to the dollar value under the column titled "Modified Amount" in Exhibit B; and (iii) reassigned to the new case number as indicated in Exhibit B; it is further

ORDERED that the Disputed Claims identified on the attached Exhibit C are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      November ___, 2010

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

YCST01:10268907.1                                   066585.1001

# EXHIBIT A

**Modified Amount Claim**

# Exhibit A

## Modified Claim

| Name/Address of Claimant | Objectionable Claim | | | | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | | | |
| DCFS TRUST<br>ATTN MARTIN A. MOONEY, ESQ.<br>DEILY, MOONEY & GLASTETTER, LLP<br>PO BOX 55000 - TTEE PAYMENT DEPT 100301<br>DETROIT, MI 48255-1003 | 2305 | 11/13/07 | 07-11051 | | - (S)<br>- (A)<br>- (P)<br>$70,122.25 (U)<br>$70,122.25 (T) | - (S)<br>- (A)<br>- (P)<br>$6,591.49 (U)<br>$6,591.49 (T) | - (S)  Claim relates to an automobile lease.  The claim amount<br>- (A)  should be modified and reduced to $6,591.49 to reflect<br>- (P)  lease payments totaling $63,530.76, which were made<br>  from May 2005 through December 2007. |
| **Totals:** | **1 Claim** | | | | - (S)<br>- (A)<br>- (P)<br>$70,122.25 (U)<br>$70,122.25 (T) | - (S)<br>- (A)<br>- (P)<br>$6,591.49 (U)<br>$6,591.49 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# EXHIBIT B

**Modified Amount Wrong Debtor Claim**

## Exhibit B
### Modified Amount, Wrong Debtor Claim

| Name/Address of Claimant | Objectionable Claim | | | | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | | |
| TROTT & TROTT, P.C.<br>MARCY J. FORD<br>31440 NORTHWESTERN HWY., SUITE 200<br>FARMINGTON HILLS, MI 48334 | 1654 | 10/19/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$14,204.05 (U)<br>$14,204.05 (T) | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$11,127.85 (U)<br>$11,127.85 (T) | Invoices 052546B0201, 091544F0104, 137666F0102 and 138460F0102 were paid on 11/2/2007. Invoice 141302F0101 was paid on 9/17/2007. Thus, the claim amount should be reduced to match the amounts owed on account of the remaining unpaid invoices. In addition, the claim was asserted against the wrong debtor entity and should be reassigned as indicated to reflect the correct debtor entity. |
| **Totals:** | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$14,204.05 (U)<br>$14,204.05 (T) | | - (S)<br>- (A)<br>- (P)<br>$11,127.85 (U)<br>$11,127.85 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**No Liability Claims**

**Exhibit C**

**No Liability Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ACCOUNTEMPS DIV. OF ROBERT HALF INT'L<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | 10799 | 8/16/10 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$21,750.15 (U)<br>$21,750.15 (T) | Claimant waived its right to file this claim as part of a preference action settlement in connection with The Official Committee of Unsecured Creditors' Seventh Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof [Docket No. 8717], which this Court approved by order dated April 23, 2010 [Docket No. 8794]. |
| OFFICETEAM DIV. OF ROBERT HALF INT'L<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | 10793 | 8/16/10 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$765.00 (U)<br>$765.00 (T) | Claimant waived its right to file this claim as part of a preference action settlement in connection with The Official Committee of Unsecured Creditors' Seventh Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof [Docket No. 8717], which this Court approved by order dated April 23, 2010 [Docket No. 8794]. |
| OFFICETEAM DIV. OF ROBERT HALF INT'L<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | 10794 | 8/16/10 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$13,560.98 (U)<br>$13,560.98 (T) | Claimant waived its right to file this claim as part of a preference action settlement in connection with The Official Committee of Unsecured Creditors' Seventh Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof [Docket No. 8717], which this Court approved by order dated April 23, 2010 [Docket No. 8794]. |
| OFFICETEAM DIV. OF ROBERT HALF INT'L<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | 10795 | 8/16/10 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$1,130.77 (U)<br>$1,130.77 (T) | Claimant waived its right to file this claim as part of a preference action settlement in connection with The Official Committee of Unsecured Creditors' Seventh Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof [Docket No. 8717], which this Court approved by order dated April 23, 2010 [Docket No. 8794]. |
| OFFICETEAM DIV. OF ROBERT HALF INT'L<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | 10796 | 8/16/10 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$336.00 (U)<br>$336.00 (T) | Claimant waived its right to file this claim as part of a preference action settlement in connection with The Official Committee of Unsecured Creditors' Seventh Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof [Docket No. 8717], which this Court approved by order dated April 23, 2010 [Docket No. 8794]. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| OFFICETEAM DIV. OF ROBERT HALF INT'L<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | 10798 | 8/16/10 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$8,279.31 (U)<br>$8,279.31 (T) | Claimant waived its right to file this claim as part of a preference action settlement in connection with The Official Committee of Unsecured Creditors' Seventh Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof [Docket No. 8717], which this Court approved by order dated April 23, 2010 [Docket No. 8794]. |
| ROBERT HALF FINANCE & ACCOUNTING DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN: MARY GONZALES<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | 10797 | 8/16/10 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$3,525.58 (U)<br>$3,525.58 (T) | Claimant waived its right to file this claim as part of a preference action settlement in connection with The Official Committee of Unsecured Creditors' Seventh Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof [Docket No. 8717], which this Court approved by order dated April 23, 2010 [Docket No. 8794]. |
| TRANSUNION SETTLEMENT SOLUTIONS, INC.<br>ATTN LEGAL DEPARTMENT<br>5300 BRANDYWINE PARKWAY, SUITE 100<br>WILMINGTON, DE 19803 | 1784 | 10/26/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$2,330.91 (U)<br>$2,330.91 (T) | The Debtor has no liability to this claimant on account of this claim because the referenced account is with American Home Finance, which is a non debtor entity. |
| **Totals:** | **8 Claims** | | | **- (S)**<br>**- (A)**<br>**- (P)**<br>**$51,678.70 (U)**<br>**$51,678.70 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.