# **EXHIBIT A**

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555    Fax:   (302) 575-1714

American Home Mortgage Holdings, Inc.,　　　September 1, 2010 through September 30, 2010
Official Committee of Unsecured Creditors　　　　　　　　　　　　　　Invoice No. 36908
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022

**RE:**　　　Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 0.70 | 129.00 |
| B18 | Fee Applications, Others - | 0.70 | 153.00 |
| B25 | Fee Applications, Applicant - | 5.60 | 904.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 5.00 | 1,710.00 |
| | **Total** | **12.00** | **$2,896.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 270.00 | 0.80 | 216.00 |
| Rick S. Miller | 350.00 | 5.00 | 1,750.00 |
| Legal Assistant - DRS | 150.00 | 0.20 | 30.00 |
| Legal Assistant - KC | 150.00 | 6.00 | 900.00 |
| **Total** | | **12.00** | **$2,896.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**　　　　　　　　　　　　　　　　　　　　　　　　　　**$579.85**

Invoice # 36908                                    Page 2                         September 1, 2010- September 30, 2010

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Sep-02-10 | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with co-counsel re: revised scheduling order | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Prepare certificate of counsel re: revised scheduling order | 0.70 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Revise, prepare, and file certificate of counsel | 0.50 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Serve 2nd CSO in JP Morgan matter | 0.20 | DRS |
| | *Fee Applications, Applicant* - Begin draft Certificate of No Objection/ certificate of service for Ferry, Joseph & Pearce's 13th monthly fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Begin calculations and review of monthly fee apps for preparation of upcoming Quarterly fee app | 0.70 | KC |
| | *Fee Applications, Applicant* - Review 2002 Service list in preparation for upcoming Quarterly fee app | 0.30 | KC |
| Sep-07-10 | *Fee Applications, Applicant* - E-mail from and to KC re: CNO re: July 2010 monthly fee app | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review Court scheduling order and add events to calendar | 0.20 | RSM |
| | *Fee Applications, Applicant* - Review docket for objections re: 13th monthly fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - E-mail to LLC re: Certificate of No Objection for review | 0.10 | KC |
| Sep-08-10 | *Fee Applications, Applicant* - Review CNO re: July 2010 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review FJ&P August time records | 0.20 | RSM |
| | *Fee Applications, Applicant* - Continued preparation of Quarterly fee application for May, June, and July 2010 | 0.70 | KC |
| Sep-09-10 | *Fee Applications, Others* - E-mail from J. Wolfe re: Certificate of No Objection on HBD 7th Monthly fee app | 0.10 | LLC |
| | *Fee Applications, Applicant* - Prepare documents, e-file, and service of CNO/ certificate of service for July 2010 fee app | 0.30 | KC |
| Sep-10-10 | *Fee Applications, Others* - Confer with KC re: filing of CNO for HBD 7th monthly fee app | 0.10 | LLC |
| | *Fee Applications, Others* - Check docket for objections to HBD's 7th Monthly fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - Begin draft of 14th monthly fee app; update spreadsheet of time and fees | 0.30 | KC |
| Sep-13-10 | *Fee Applications, Others* - Review Certificate of No Objection re: HBD 7th monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Email from and to J. Wolfe re: status of Certificate of No Objection on HBD 7th monthly fee app | 0.10 | LLC |
| | *Fee Applications, Others* – E-file and service of Certificate of No Objection of HBD's 7th fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Continue preparation/ draft of Quarterly fee app (May- July 2010) | 0.70 | KC |
| | *Fee Applications, Applicant* - Draft August 2010 monthly fee app | 0.50 | KC |
| Sep-14-10 | *Case Administration* - Review notice of withdraw of appearance and forward same to KC | 0.10 | LLC |
| Sep-15-10 | *Case Administration* - Review notice of withdraw of appearance, review 2002 service list re: same | 0.10 | KC |

Invoice # 36908                                  Page 3                      September 1, 2010- September 30, 2010

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* – Confer with T. Thomas re: wire transfer amount received, check Certificate of No Objection re: 13th monthly fee application and e-mail T. Thomas re: same | 0.10 | KC |
| Sep-16-10 | *Fee Applications, Applicant* – Revisions to 14th Monthly fee app re; Aug. 2010 fees, prepare documents for e-filing | 0.20 | KC |
| Sep-16-10 | *Fee Applications, Applicant* - Revisions to Quarterly fee app (May- July 2010) and prepare documents for e-filing | 0.20 | KC |
|  | *Fee Applications, Applicant* – E-file 14th Monthly fee app | 0.20 | KC |
|  | *Fee Applications, Applicant* – E-file Quarterly fee app (May- July 2010) | 0.20 | KC |
|  | *Fee Applications, Applicant* - Service of 14th Monthly Fee app | 0.20 | KC |
|  | *Fee Applications, Applicant* - Service of Quarterly fee app (May- July 2010) | 0.20 | KC |
|  | *Fee Applications, Applicant* - Coordinate service of Notice of Quarterly fee app; call to and e-mail Blue Marble re: same | 0.10 | KC |
| Sep-17-10 | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
|  | *Case Administration* - Email from LLC, review notice of w/draw, review 2002 service list re: same | 0.10 | KC |
| Sep-24-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Teleconference with Court Clerk re: mediation | 0.10 | RSM |
| Sep-27-10 | *Case Administration* - Email from Lisa @ HBD requesting copy of discovery documents re: filing on 7-23-10; review file and e-mail same to Lisa @ HBD | 0.20 | KC |
| Sep-28-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Teleconference with Ms. Irving | 0.10 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Research local rules; e-mail to Ms. Irving re: local rule requirements | 0.40 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Research; e-mail to Ms. Irving re: sealing Court documents | 0.30 | RSM |
| Sep-29-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Review draft motion to amend | 0.50 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Ms. Irving re: draft motion to amend | 0.10 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Draft proposed order re: motion to amend | 0.20 | RSM |
| Sep-30-10 | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Ms. Irving and Mr. Beach re: procedural issues related to motion to amend | 0.50 | RSM |
|  | *Litigation/Adversary Proceedings (Non-Claims)* - Research and review Court Rules re: filing sealed documents | 1.00 | RSM |
|  | **Totals** | **12.00** |  |

Invoice # 36908 　　　　　　　　　　 Page 4 　　　　　　　　　　 September 1, 2010- September 30, 2010

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| Sep-02-10 | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 3.40 |
| Sep-08-10 | Photocopy Cost | 1.30 |
| Sep-09-10 | Photocopy Cost | 3.00 |
|  | Photocopy Cost | 0.10 |
|  | Cost Advance - First State Deliveries - hand deliveries 9/9/10 | 32.50 |
| Sep-13-10 | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 2.90 |
|  | Photocopy Cost | 1.30 |
|  | Photocopy Cost | 3.00 |
|  | Cost Advance - Postage  5 @ 0.44 | 2.20 |
|  | Cost Advance - First State Deliveries - hand deliveries on 9/13/10 | 32.50 |
| Sep-16-10 | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 19.00 |
|  | Photocopy Cost | 27.00 |
|  | Cost Advance - First State Deliveries - hand deliveries (5) | 32.50 |
|  | Cost Advance - postage  (5 @1.39) | 6.95 |
|  | Cost Advance - postage  (5 @ 1.56) | 7.80 |
| Sep-17-10 | Cost Advance - First State Deliveries - hand deliveries | 32.50 |
| Sep-20-10 | Cost Advance - Blue Marble - copies 54.00 service 15.45; Inv # 45037 | 69.45 |
| Sep-30-10 | Cost Advance - Blue Marble - hand deliveries (Inv # 14252) | 299.25 |
|  | **Totals** | **$579.85** |
|  | **Total Fees & Disbursements** | **$3,475.85** |