IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                      :
                                                                       : Jointly Administered
                                      Debtors.                         ::
---------------------------------------------------------------------- x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on October 14, 2010, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Debtors' Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a) for an Order Approving and Authorizing Settlement Agreement Resolving All Claims and Counterclaims Between the Debtors, Waterfield Shareholder LLC, Union Federal Bank of Indianapolis, Huntington Bancshares Incorporated and the Official Committee of Unsecured Creditors [D.I. 9293]

Re-Notice of Motion [D.I. 9326]

                                                               */s/ Debbie Laskin*
                                                               Debbie Laskin

      SWORN TO AND SUBSCRIBED before me this 18 day of October 2010.

                                                                Notary Public
                                                                 KASSANDRA ANN RIDDLE
                                                                  NOTARY PUBLIC
                                                                  STATE OF DELAWARE
                                                                My commission expires July 10, 2012

## SERVICE LIST

John Lewis, Esq.  
Jones Day  
901 Lakeside Avenue, North Point  
Cleveland, OH 44114  

*Federal Express*

Robert C. Azarow  
Two World Financial Center  
New York, NY 10281  

*Federal Express*

Joseph Morales  
JPMorgan Chase Bank  
4 New York Plaza, 21st Fl.  
New York, NY 10004  

*Federal Express*

Union Federal Bank of Indianapolis  
Attn: Donald Sherman  
45 North Pennsylvania St.  
Indianapolis, IN 46207  

*Federal Express*