IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x   Chapter 11

In re:                                                                          :

                                                                                :   Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :

a Delaware corporation, et al., [1]                                    :   Jointly Administered

                                                                                :

     Debtors.                                                              :

------------------------------------------------------------------- x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 21, 2010 AT 11:30 A.M. (ET)

## ADJOURNED/RESOLVED MATTERS

1.   Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

     Response Deadline:    June 4, 2008 at 4:00 p.m.

     Related Documents:

          a)      Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

     Responses Filed:    See Exhibit A, attached

     Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

2.    Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:    See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned

3.    Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4661, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection To Claims [D.I. 5175, 7/18/08]

b)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:    See Exhibit C, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned.

4.    Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

a)    Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

Responses Filed:    See Exhibit D, attached

Status: Orders have been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit D, this matter will be adjourned.

5.    Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:    September 8, 2008 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1   [D.I. 6217, 10/10/08]

b)    Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

c)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:    Please see Exhibit E, attached

Status:  An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned.

6.    Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:    September 25, 2008 at 4:00 p.m.

YCST01:10243662.1                                                                                                                    066585.1001

Related Document:

a)  Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

b)  Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:  See Exhibit F, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned.

7.    Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

Objection Deadline:   December 7, 2009 at 4:00 p.m.

Objections Filed:      None

Status: This matter will be adjourned.

8.    Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline:   December 3, 2008 at 4:00 p.m.

Related Document:

a)  Order Sustaining Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6703, 12/10/08]

Responses Filed:      See Exhibit G, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned.

9.      Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6610, 11/21/08]

        Responses Deadline:  December 15, 2008 at 4:00 p.m.

        Related Documents:

                a)      Order Sustaining Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6765, 12/22/08]

                b)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

        Responses Filed:        See Exhibit H, attached

        Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit H, this matter will be adjourned.

10.     Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6825, 1/9/09]

        Response Deadline:   February 10, 2009 at 4:00 p.m.

        Related Document:

                a)      Order Sustaining Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 7022, 2/17/09]

        Responses Filed:        See Exhibit I, attached

        Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit I, this matter will be adjourned.

11.     Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

        Response Deadline:   February 10, 2009 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

Responses Filed:    See Exhibit J, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned.

12.    Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7084, 3/6/09]

Response Deadline:    March 30, 2009 at 4:00 p.m.

Related Documents:

    a)    Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7234, 4/6/09]

    b)    Second Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7267, 4/13/09]

    c)    Third Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7281, 4/15/09]

    d)    Fourth Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7327, 4/18/09]

    e)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

    f)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit K, attached.

    

Status: Orders have been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned.

13. Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7280, 4/15/09]

Response Deadline:    May 8, 2009 at 4:00 p.m.

Related Documents:

   a)    Order Sustaining Debtors' Thirty-Third Omnibus Substantive) Objection to Claims [D.I. 7399, 5/15/09]

   b)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:    See Exhibit L, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit L, this matter will be adjourned.

14. Debtors' Thirty-Fifth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7347, 5/6/09]

Response Deadline:    May 29, 2009 at 4:00 p.m.

Related Documents:

   a)    Order Sustaining Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7506, 6/5/09]

   b)    Second Order Regarding the Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7550, 6/19/09]

   c)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:        See Exhibit M, attached

Status: Orders have been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter will be adjourned.

15.    Debtors' Forty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7915, 8/7/09]

Response Deadline:    August 30, 2009 at 4:00 p.m.

Responses Filed:        See Exhibit N, attached

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit N, this matter will be adjourned.

16.    Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8049, 9/11/09]

Response Deadline:    October 5, 2009 at 4:00 p.m.

Related Documents:

a)    Reply in Support of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims with Respect to Claim of Laura Beall [D.I. 8148, 10/7/09]

b)    Order Sustaining Debtors' Forty-Second Omnibus (Substantive) Objection to Claims [D.I. 8186, 10/14/09]

c)    Order Setting Briefing Schedule re: Laura Beall's Response to Debtors' Objection to Claim [D.I. 8507, 1/15/10]

d)    Laura Beall's Sur-Reply Reply in Support of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims with Respect to Claim of Laura Beall [D.I. 8629, 2/26/10]

Responses Filed:

e)    Laura Beall's Response to Debtors' Objection to Claim [D.I. 8137, 10/7/09]

Status: An Order has been entered that partially sustains the Objection. This matter will be adjourned by agreement with respect to the claim of Laura Beall.

17.    Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8174, 10/13/09]

Response Deadline:    November 6, 2009 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims [D.I. 8299, 11/13/09]

Responses Received:  See Exhibit O, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit O, this matter will be adjourned.

18.    Debtors' Fifty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8650, 3/5/10]

Response Deadline:    March 30, 2010 at 4:00 p.m.

Related Document:

    a)    Order Sustaining in Part Debtors' Fifty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8746, 4/6/10]]

Responses filed:    See Exhibit P, attached

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit P, this matter will be adjourned.

19.    Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8939, 6/18/10]

Response Deadline:    July 12, 2010 at 4:00 p.m., extended to August 9, 2010 for Assured Guaranty Corp.

    

Related Document:

    a)    Order Sustaining in Part Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 9028, 7/19/10]

Responses Filed:    See Exhibit Q

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit Q, this matter will be adjourned.

20.    Debtors' Sixty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9175, 8/24/10]

Response Deadline:    September 16, 2010 at 4:00 p.m.

Related Document:

    a)    Order Sustaining in Part Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007 [D.I. 9257, 9/23/10]

Responses Filed:    See Exhibit R

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit R, this matter will be adjourned.

21.    Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9176, 8/24/10]

Response Deadline:    September 16, 2010 at 4:00 p.m.

Related Document:

    a)    Order Sustaining in Part Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007 [D.I. 9254, 9/23/10]

Responses Filed:    See Exhibit S

    

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit S, this matter will be adjourned.

22.    Motion of Quantitative Risk Management Incorporated for Allowance of Administrative Expense Claim Under 11 U.S.C. Section 503(b)(1)(A) [D.I. 9183, 8/27/10]

   Objection Deadline:    September 13, 2010 at 4:00 p.m., extended for the Debtors and Official Committee of Unsecured Creditors to October 14, 2010 at 4:00 p.m.

   Objections Filed:    None as of the filing of this Agenda

   Status: This matter is resolved pending documentation. This matter is adjourned by agreement to November 15, 2010 at 3:00 p.m.

## UNCONTESTED WITH CERTIFICATE OF NO OBJECTION

23.    Motion to File Debtors' Answering Brief and Affidavit in Opposition to Motion by U.S. Bank, N.A. (f/k/a Park National Bank) for Summary Judgment Under Seal [D.I. 9283, 10/1/10]

   Objection Deadline:    October 14, 2010 at 4:00 p.m.

   Objections Filed:    None

   Related Document:

      a)    Certificate of No Objection [D.I. 9348, 10/19/10]

   Status: A Certificate of No Objection has been filed. No hearing is required.

11

Interim Fee Requests

    Related Documents:

        a)      See Schedule 1, attached

        b)      Certification of Counsel with Respect to Order Approving Interim Fee
                  Requests Regarding Professionals [D.I. 9349, 10/19/10]

    Objections Filed:    None

    Status: A Certification of Counsel has been filed.  No hearing is required.

Dated: Wilmington, Delaware         **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
       October 19, 2010

                        */s/ Michael S. Neiburg*
                        Pauline K. Morgan (No. 3650)
                        Sean M. Beach (No. 4070)
                        Curtis J. Crowther (No. 3238)
                        Margaret Whiteman Greecher (No. 4652)
                        Michael S. Neiburg (No. 5275)
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        Wilmington, Delaware 19801
                        Telephone: (302) 571-6600
                        Facsimile: (302) 571-1253

                        *Counsel for Debtors and Debtors in Possession*

                                        

### Exhibit A, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned |

### Exhibit B, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned |

### Exhibit C, Tenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Samuel A. Case | 5054, 7/9/08 | Adjourned |

### Exhibit D, Thirteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Countrywide | 5337, 8/8/08 | Adjourned |
|  | FGIC | 5351, 8/11/08 | Adjourned |
|  | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned |
|  | Deutsche Bank | 5356, 8/11/08 | Adjourned |
|  | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned |
|  | AT&T Global Services |  | Adjourned |

### Exhibit E, Fifteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Shervonne Powell | 5814, 9/11/08 | Adjourned |
|  | John Johnston | 5818, 9/11/08 | Adjourned |
|  | Grailing Carter | 5947, 9/17/08 | Adjourned |
|  | Office Max |  | Adjourned |

### Exhibit F, Seventeenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned |

## Exhibit G, Twenty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Scott Jossart |  | Adjourned |

## Exhibit H, Twenty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Riverside County Treasurer-Tax Collector | 8019, 9/8/09 and 8121-8130, 10/1/09 | Adjourned |

## Exhibit I, Twenty-Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DB Structured Products, Inc. |  | Adjourned |

## Exhibit J, Twenty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Credit Suisse |  | Adjourned |
|  | Sharaine Hughes |  | Adjourned |

## Exhibit K, Thirty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 7176, 3/30/09 | Adjourned |
|  | Douglas Huston |  | Adjourned |
|  | David Michaud |  | Adjourned |

## Exhibit L, Thirty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | State of Hawaii | 7341, 4/30/09 | Adjourned |

## Exhibit M, Thirty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | EMC | 7466, 5/29/09 | Adjourned |

YCST01:10243662.1                                    066585.1001

## Exhibit N, Forty-First Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Los Angeles County Treasurer and Tax Collector | 7985, 8/28/09 | Adjourned |

## Exhibit O, Forty-Fourth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Washington Mutual Mortgage Securities Corporation | 8258, 11/6/09 | Adjourned |
| | UBS Real Estate Securities Inc. | | Adjourned |
| | EMC Mortgage Corp. | | Adjourned |
| | U.S. Bank National Association | | Adjourned |
| | Bank of America, N.A. | | Adjourned |
| | HSBC | | Adjourned |
| | CitiMortgage Inc. | | Adjourned |
| | Impac Funding Corporation | | Adjourned |
| | Merrill Lynch Mortgage Lending | | Adjourned |
| | Residential Funding Company LLC | | Adjourned |
| | Aurora Loan Services LLC | | Adjourned |

## Exhibit P, Fifty-Third Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | City of Portland Oregon | 8716, 3/25/10 | Adjourned |

## Exhibit Q, Fifty-Ninth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Assured Guaranty Corp. | | Adjourned |

## Exhibit R, Sixty-Second Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Ritz Carlton | 9191, 9/2/10 | Adjourned |

YCST01:10243662.1                                                    066585.1001

**Exhibit S, Sixty-Third Omnibus Objection**

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | New York City Department of Finance | | Adjourned |

YCST01:10243662.1 066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------  x
--                                      :   Chapter 11
In re:                                  :
                                        :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,  :
a Delaware corporation, et al.,         :   Jointly Administered
                                        :
     Debtors.                           x
------------------------------------------------------------
--
```

**Schedule 1**
**Index to Fee Applications**

A.    **Twelfth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP, Counsel to the Debtors for the Period April 1, 2010 through June 30, 2010  [D.I. 9218, 9/14/10]**

    1.    Fee Application for the Period April 1, 2010 through April 30, 2010 [D.I. 9000, 7/13/10]

    2.    Certificate of No Objection [D.I. 9084, 8/5/10]]

    3.    Fee Application for the Period May 1, 2010 through May 31, 2010 [D.I. 9069, 8/2/10]

    4.    Certificate of No Objection [D.I. 9195, 92/10]

    5.    Fee Application for the Period June 1, 2010 through June 30, 2010 [D.I. 9194, 9210]

    6.    Certificate of No Objection [D.I. 9276, 9/29/10]

B.    **Twelfth Interim Fee Request of Cadwalader, Wickersham & Taft LLP as Special Counsel to the Debtors for the Period May 1, 2010 through July 31, 2010 [D.I. 9218, 9/14/10]**

    1.    Fee Application for the Period May 1, 2010 through June 31, 2010 [D.I. 9210, 9/13/10]

    2.    Certificate of No Objection [D.I. 9314, 10/8/10]

YCST01:10243662.1    066585.1001

C.    **Eleventh Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional to the Debtors for the Period February 1, 2010 through May 31, 2010 [D.I. 9218, 9/14/10]**

    1.    Fee Application for the Period February 1, 2010 through February 28, 2010 [D.I. 8797, 4/27/10]

    2.    Certificate of No Objection [D.I. 8932. 6/18/10]

    3.    Fee Application for the Period April 1, 2010 through April 30, 2010 [D.I. 7/27/10]

    4.    Certificate of No Objection [D.I. 9171, 8/23/10]

    5.    Fee Application for the Period May 1, 2010 through May 31, 2010 [D.I. 9082, 8/31/10]

    6.    Certificate of No Objection [D.I. 9196, 9/2/10]

D.    **Twelfth Interim Fee Request of Quinn Emanuel Urquhart & Sullivan LLP, (formerly Quinn Emanuel Urquhart Oliver & Hedges LLP) Special Investigatory Litigation and Conflicts Counsel to the Debtors for the Period May 1, 2010 through July 31, 2010 [D.I. 8907, 9218, 9/14/10]**

    1.    Fee Application for the Period May 1, 2010 through May 31, 2010 [D.I. 9050, 7/27/10]

    2.    Certificate of No Objection [D.I. 9169, 8/23/10]

    3.    Fee Application for the Period June 1, 2010 through June 30, 2010 [D.I. 9051, 7/27/10]

    4.    Certificate of No Objection [D.I. 9170, 8/23/10]

    5.    Monthly Application for the Period July 1, 2010 through July 31, 2010 [D.I. 9215, 9/14/10]

    6.    Certificate of No Objection [D.I. 9313, 10/8/10]

YCST01:10243662.1

066585.1001

E.     **Twelfth Interim Fee Application of BDO Seidman, LLP Financial Advisor to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period May 1, 2010 through June 31, 2010  [D.I. 9212, 9/13/10]**

　　　　1.     Application for the Period May 1, 2010 through May 31, 2010 [D.I. 8951, 6/21/10]

　　　　2.     Certificate of No Objection [D.I. 9009, 7/15/10]

　　　　3.     Fee Application for the Period June 1, 2010 through June 30, 2010 [D.I. 9083, 8/5/10

　　　　4.     Certificate of No Objection [D.I. 9201, 9/3/10]

　　　　5.     Fee Application for the Period July 1, 2010 through July 31, 2010 [D.I. 9200, 9/3/10]

　　　　6.     Certificate of No Objection [D.I. 9291, 10/5/10]

F.     **Interim Fee Application for Ferry, Joseph & Pearce, P.A. as Special Conflicts Counsel for the Official Committee of Unsecured Creditors for the Services Rendered and Reimbursement of Expenses for the Period May 1, 2010 through July 31, 2010 [D.I. 9232, 9/16/10]**

　　　　1.     Fee Application for the Period May 1, 2010 through May 31, 2010 [D.I. 8911, 6/15/10

　　　　2.     Certificate of No Objection [D.I. 8993, 7/8/10]

　　　　3.     Fee Application for the Period June 1, 2010 through June 30, 2010 [D.I. 9010, 7/15/10]

　　　　4.     Certificate of No Objection [D.I. 9106, 8/10/10]

　　　　5.     Fee Application for the Period July 1, 2010 through July 31, 2010 [D.I. 9148, 8/17/10]

　　　　6.     Certificate of No Objection [D.I. 9204, 9/9/10]

YCST01:10243662.1                                                                                                                    066585.1001