**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ----------------------------------------------------------- | |
| | : Chapter 11 |
| In re: | : |
| | : Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al.* [1] | : (Jointly Administered) |
| | : |
| Debtors. | : **Objections Due By:  November 8, 2010 @ 4:00 p.m.** |
| | : **Hearing Date:  To Be Determined** |
| ----------------------------------------------------------- | |

**NOTICE OF ELEVENTH INTERIM FEE APPLICATION OF HAHN & HESSEN LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL*., FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 1, 2010 THROUGH APRIL 30, 2010**

TO:    Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On October 19, 2010, the Eleventh Interim Fee Application of Hahn & Hessen LLP,

Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage

Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period of

February 1, 2010 through April 30, 2010 (*"Fee Application"*) was filed with the United States

Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware

19801 (the *"Bankruptcy Court"*).  By the Interim Application, Hahn & Hessen LLP seeks the

allowance and payment of compensation in the amount of $535,186.50 and reimbursement of

expenses in the amount of $4,657.72 incurred in representation of the Official Committee of

Unsecured Creditors (the *"Committee"*) of American Home Mortgage Holdings, Inc., *et al.* (the

---

[1]    The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

*"Debtors"*) during the period of February 1, 2009 through April 30, 2010 (the *"Application*

*Period"*).

Any responses or objections to the Fee Application must be filed with the Bankruptcy

Court in accordance with the local rules and served upon the undersigned counsel on or before

**November 8, 2010 at 4:00 p.m. (EST)**.  Copies of the Fee Application are available upon

written request to the undersigned.

A hearing on the Interim Application will take place before the Honorable Christopher S.

Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6,

Wilmington, Delaware 19801 at a date and time convenient to the Court.

Dated: October 19, 2010

BLANK ROME LLP


*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464

And

Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022
Telephone:  (212) 478-7200
Facsimile:  (212) 478-7400

*Co-Counsel to the Official Committee of Unsecured
Creditors of American Home Mortgage, Inc., et al.*