EXHIBIT "A"

**AMERICAN HOME MORTGAGE**
**Time Summary**
**September 1, 2010 to September 30, 2010**

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 18.8 | 650.00 | $12,220.00 |
| MICHELE MICHAELIS | DIRECTOR | 35.8 | 475.00 | 17,005.00 |
| CHRIS AWONG | SENIOR | 8.0 | 275.00 | 2,200.00 |
| MATTHEW J STEWART | SENIOR | 77.0 | 275.00 | 21,175.00 |
| NAUSHON E VANDERHOOP | SENIOR | 2.6 | 200.00 | 520.00 |
| JASON M FRIEDMAN | STAFF | 0.5 | 200.00 | 100.00 |
| MARISSA HERMANN | STAFF | 10.3 | 180.00 | 1,854.00 |
| MIGDALIA GOMEZ | PARA-PROF. | 2.8 | 150.00 | 420.00 |
| | **SUBTOTAL:** | **155.8** | | **$55,494.00** |
| TRAVEL TIME: Billed @ ½ rate | | | | |
| MATTHEW J STEWART | SENIOR | 2.0 | 137.50 | 275.00 |
| | **SUBTOTAL:** | **2.0** | | **$275.00** |
| | **TOTAL:** | **157.8** | | **$55,769.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**September 1, 2010 to September 30, 2010**

**A.** **ACCOUNTS PAYABLE**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|---|---|---|---|
| 9/1/2010 | M.S. | Reviewed docket and latest omnibus objections to claims (62,63). | 0.2 |
| 9/2/2010 | M.S. | Reviewed updated claims snapshot received today from the Debtors. | 0.4 |
| | | **TOTAL:** | **0.6** |

**INDIVIDUAL TOTALS**

| <u>Name</u> | <u>Hour</u> | <u>Rate</u> | <u>Compensation</u> |
|---|---|---|---|
| M. STEWART (M.S.) | 0.6 | 275.00 | 165.00 |
| **TOTAL:** | **0.6** | | **165.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**September 1, 2010 to September 30, 2010**

B.  **PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/1/2010 | C.A. | In regards to the On Guard preference matter, communicated with the Debtors to discussed amended SOFAs for various entities, and verified that various manual wires were properly listed on the amended SOFAs. Provided analysis to Counsel. | 2.1 |
| 9/2/2010 | J.F. | Met with M. Michaelis, C. Awong and M. Herman to discuss case status and preference updates | 0.5 |
| 9/2/2010 | M.M. | Met with preference team re: status of suits and current interrogatory requests. | 0.8 |
| 9/8/2010 | C.A. | Reviewed my deposition transcript for accuracy and content in the preference matter between the Debtors and Defendant On Guard Security, and provided to Counsel. | 1.9 |
| 9/10/2010 | C.A. | Investigated asserted unpaid new value for preference Defendant A-1 Professional Cleaning & Maintenance Services, Inc., and provided response to Counsel. | 1.2 |
| 9/15/2010 | C.A. | Per request from Counsel, reviewed the Plaintiff's responses to preference Defendant's (Trade Show Fabrications) Interrogatories, and provided notarized verification page to Counsel. | 1.3 |
| 9/20/2010 | M.M. | Reviewed correspondence re: preference recoveries. | 0.6 |
| 9/21/2010 | C.A. | Per request from Counsel, coordinated the break-out of services by month for all the Cadwalader legal invoices paid in the historical and preference period. | 1.1 |
| 9/21/2010 | C.A. | Per request from Counsel, reviewed modification to deposition transcript in relation to the On Guard preference litigation. | 0.4 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### September 1, 2010 to September 30, 2010

### B.     PREFERENCE ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/22/2010 | M.M. | Reviewed current open issues from Counsel re: preferences. | 1.8 |
| 9/24/2010 | M.M. | Reviewed and finalized preference summary requested by counsel. | 0.9 |
| 9/24/2010 | M.M. | Met with C. Awong re: preference requests. | 0.2 |
| 9/29/2010 | M.M. | Reviewed current preference status file. | 0.7 |
| | | **TOTAL:** | **13.5** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 5.0 | 475.00 | 2,375.00 |
| C. AWONG (C.A.) | 8.0 | 275.00 | 2,200.00 |
| J. FRIEDMAN (J.F.) | 0.5 | 200.00 | 100.00 |
| **TOTAL:** | **13.5** | | **4,675.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
September 1, 2010 to September 30, 2010

**C.      LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/1/2010 | M.M. | Reviewed and updated D&T related summaries. | 0.9 |
| 9/1/2010 | M.S. | Prepared materials for counsel re: causes of action investigation. | 0.8 |
| 9/1/2010 | M.S. | Reviewed documents and complaints relating to Interpleader cases. | 3.2 |
| 9/2/2010 | D.B. | Supervised M. Stewart in preparation of information for D&T litigation. | 0.2 |
| 9/2/2010 | M.S. | Revised indices of documents re: D&T investigation for M. Michaelis. | 0.8 |
| 9/2/2010 | M.S. | Reviewed Interpleader actions filed by U.S Bank and Wells Fargo. | 0.4 |
| 9/3/2010 | M.M. | Reviewed documents for counsel relative to the D&T discovery and discussed same. | 1.3 |
| 9/7/2010 | D.B. | Reviewed final draft of Plaintiff's initial disclosures re: D&T litigation. | 0.6 |
| 9/7/2010 | M.M. | Reviewed and distributed update information to Counsel re: D&T action. | 0.7 |
| 9/8/2010 | M.M. | Reviewed, discussed and commented on draft response for disclosure re: D&T. | 0.6 |
| 9/8/2010 | M.M. | Reviewed updated D&T indices. | 0.6 |

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### September 1, 2010 to September 30, 2010

## C.      LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/8/2010 | M.S. | Updated D&T indices for M. Michaelis. | 0.6 |
| 9/13/2010 | D.B. | Reviewed revised draft of Plaintiff's initial disclosure and prepared initial disclosure and prepared trial comments for counsel. | 0.4 |
| 9/14/2010 | D.B. | Reviewed D&T's initial disclosure litigation. | 0.3 |
| 9/20/2010 | M.M. | Reviewed and discussed potential negotiations with Cadwalader. | 0.4 |
| 9/22/2010 | M.M. | Reviewed and updated information re: litigations. | 0.8 |
| 9/23/2010 | D.B. | Reviewed D&T 1st request for production of documents, 1st interrogatory and 1st notice of deposition and prepared comments for counsel. | 1.3 |
| 9/23/2010 | M.M. | Met with M. Stewart and D. Berliner re: D&T discovery request. | 0.9 |
| 9/23/2010 | M.M. | Reviewed discovery request. | 0.4 |
| 9/24/2010 | D.B. | Met with M. Michaelis and  M. Stewart to discuss D&T litigation document demands to prepare for conference call with H&H. | 0.6 |
| 9/24/2010 | M.M. | Reviewed and discussed open items related to D&T discovery request. | 0.2 |
| 9/24/2010 | M.S. | Met with M. Michaelis re: D&T discovery. | 0.5 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
September 1, 2010 to September 30, 2010

<u>C.      LITIGATION CONSULTING</u>

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|---|---|---|---|
| 9/24/2010 | M.S. | Prepared for and meeting with D. Berliner and M. Michaelis re: D&T discovery. | 0.7 |
| 9/24/2010 | M.S. | Reviewed D&T discovery documents provided by counsel. | 1.2 |
| 9/27/2010 | D.B. | Prepared materials re: D&T document demand for discussion with counsel and discussed with M. Stewart. | 0.5 |
| 9/27/2010 | M.M. | Reviewed document discovery and deposition request from D&T and prepared response notes. | 2.4 |
| 9/27/2010 | M.S. | Created tracking spreadsheet based on D&T request for documents and depositions. | 2.8 |
| 9/27/2010 | M.S. | Reviewed materials prepared by D. Berliner and M. Michaelis re: causes of action. | 0.4 |
| 9/28/2010 | D.B. | Reviewed draft AHM document request for D&T litigation & prepared comments. | 0.9 |
| 9/28/2010 | M.M. | Reviewed discovery request to be made of D&T. | 0.8 |
| 9/28/2010 | M.S. | Met with D. Berliner and M. Michaelis re: D&T discovery. | 0.4 |
| 9/28/2010 | M.S. | Prepared D&T discovery tracking sheet for counsel. | 1.8 |
| 9/29/2010 | D.B. | Reviewed comments from M. Stewart and M. Michaelis re: AHM document request and discussed final comments for counsel; reviewed final comments for counsel. | 0.7 |
| 9/29/2010 | M.M. | Reviewed and correspondence re: discovery request D&T. | 0.9 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**September 1, 2010 to September 30, 2010**

**C.      LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/29/2010 | M.M. | Reviewed files for open litigations and status as last reported. | 0.6 |
| 9/29/2010 | M.S. | Met with the Debtors re: case updates, bank, causes of action, loan sales. | 3.5 |
| 9/29/2010 | M.S. | Discussions with AHM employees re: causes of action investigation. | 0.8 |
| 9/29/2010 | M.S. | Reviewed draft plaintiff's discovery motion and correspondences with counsel, D. Berliner and M. Michaelis re: same. | 1.8 |
| 9/29/2010 | M.S. | Updated tracking sheet for potential deposition testimony. | 0.9 |
| | | **TOTAL:** | **37.6** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 5.5 | 650.00 | 3,575.00 |
| M. MICHAELIS (M.M.) | 11.5 | 475.00 | 5,462.50 |
| M. STEWART (M.S.) | 20.6 | 275.00 | 5,665.00 |
| **TOTAL:** | **37.6** | | **14,702.50** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### September 1, 2010 to September 30, 2010

**D.      MEETINGS - DEBTOR**

| **Date** | **Name** | **Description** | **Time** |
|---|---|---|---|
| 9/1/2010 | D.B. | Telephone call with S. Martinez re: case status update. | 1.0 |
| 9/1/2010 | M.S. | Prepared for and conference call with the Debtors re: case updates. | 1.2 |
| 9/1/2010 | M.S. | Discussion with the Debtors re: interpleaded. | 0.2 |
| 9/2/2010 | M.S. | Correspondences with the Debtors re: Interpleader. | 0.6 |
| 9/8/2010 | D.B. | Telephone call with Zolfo re: case status and discussed next steps with M. Michaelis. | 0.4 |
| 9/8/2010 | M.M. | Conference call with Zolfo Cooper re: status update for Bank, interpleader and other open issues. | 0.7 |
| 9/8/2010 | M.S. | Correspondences with the Debtors and M. Michaelis re: Mills administrative claim. | 0.2 |
| 9/9/2010 | M.S. | Correspondences with the Debtors re: borrower. | 0.2 |
| 9/13/2010 | D.B. | Reviewed e-mail from Debtors re: receipt of MD tax refund. | 0.1 |
| 9/14/2010 | M.S. | Prepared for meetings with the Trustee and the Debtors. | 0.8 |
| 9/14/2010 | M.S. | Met with the Trustee and the Debtors re: open items. | 4.5 |
| 9/20/2010 | D.B. | Conference call with Debtor's professionals and H&H re: potential settlement of Cadwalader's fees. | 0.5 |
| 9/21/2010 | M.M. | Met with Debtors and Trustee to review status of issues, effective date and employee retention. | 4.6 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### September 1, 2010 to September 30, 2010

**D.      MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/21/2010 | M.M. | Discussed with P. Moran Workers Comp and 401k issues. | 0.4 |
| 9/21/2010 | M.S. | Met with the S. Sass, L. Smalley, S. Martinez, and M. Michaelis re: budget and other analysis. | 3.7 |
| 9/21/2010 | M.S. | Met with M. Michaelis and L. Smalley re: 6 month budget and claims. | 1.2 |
| 9/21/2010 | M.S. | Discussion with L. Smalley re: case issues. | 0.6 |
| 9/22/2010 | M.S. | Various discussions with M. Michaelis, L. Smalley and the Debtors re: employer matching portion. | 0.3 |
| | | **TOTAL:** | **21.2** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.0 | 650.00 | 1,300.00 |
| M. MICHAELIS (M.M.) | 5.7 | 475.00 | 2,707.50 |
| M. STEWART (M.S.) | 13.5 | 275.00 | 3,712.50 |
| **TOTAL:** | **21.2** | | **7,720.00** |

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### September 1, 2010 to September 30, 2010

### E.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/1/2010 | D.B. | Reviewed and edited BDO report to UCC re: case update; prepared comments and discussed with M. Stewart. | 2.5 |
| 9/1/2010 | M.S. | Revised Committee report based on D. Berliner's edits. | 1.4 |
| 9/1/2010 | M.S. | Prepared Committee report for September 1, 2010 meeting. | 3.8 |
| 9/2/2010 | D.B. | Reviewed revised draft of BDO report sent to UCC. | 0.2 |
| 9/2/2010 | M.S. | Prepared for and meeting with D. Berliner and M. Michaelis re: report. | 0.4 |
| 9/2/2010 | M.S. | Prepared the AHM Committee report for today. | 2.4 |
| | | **TOTAL:** | **10.7** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.7 | 650.00 | 1,755.00 |
| M. STEWART (M.S.) | 8.0 | 275.00 | 2,200.00 |
| **TOTAL:** | **10.7** | | **3,955.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**September 1, 2010 to September 30, 2010**

**F.      MEETINGS WITH CREDITORS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/2/2010 | M.M. | Prepared for conference call with Committee. | 1.1 |
| 9/2/2010 | M.M. | Participated on Conference call with Committee. | 0.6 |
| 9/2/2010 | M.S. | AHM Committee call with counsel. | 0.8 |
| 9/8/2010 | D.B. | Telephone call with S. Sass re: Waterfield settlement and effective date issues. | 0.3 |
| | | **TOTAL:** | **2.8** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.3 | 650.00 | 195.00 |
| M. MICHAELIS (M.M.) | 1.7 | 475.00 | 807.50 |
| M. STEWART (M.S.) | 0.8 | 275.00 | 220.00 |
| **TOTAL:** | **2.8** | | **1,222.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**September 1, 2010 to September 30, 2010**

### G.     BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/2/2010 | D.B. | Met with M. Michaelis re: results of UCC call and work to be done. | 0.2 |
| 9/2/2010 | M.M. | Discussed issues from Committee call with BDO re: follow-up and Waterfield status. | 0.6 |
| 9/3/2010 | M.S. | Reviewed docket and related filings. | 0.8 |
| 9/3/2010 | M.S. | Reviewed Post Effective Date issues and open items. | 0.4 |
| 9/7/2010 | M.S. | Reviewed docket and related filings. | 0.2 |
| 9/8/2010 | M.M. | Summary write-up of call with Debtors. | 0.4 |
| 9/8/2010 | M.M. | Discussion with D. Berliner re: update call. | 0.4 |
| 9/8/2010 | M.M. | Reviewed and updated effective date analysis. | 1.4 |
| 9/8/2010 | M.S. | Correspondence with M. Michaelis re: cash flow and Debtors provided information. | 0.2 |
| 9/10/2010 | M.S. | Correspondences re: borrowers. | 0.1 |
| 9/11/2010 | M.S. | Reviewed updated cash flow forecast provided on 9/10 and updated Effective Date analysis. | 3.2 |
| 9/11/2010 | M.S. | Reviewed updated required reserves at the Effective Date and claims. | 0.8 |
| 9/11/2010 | M.S. | Correspondences with D. Berliner re: cash flow and administrative claims. | 0.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
#### September 1, 2010 to September 30, 2010

### G.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/13/2010 | D.B. | Reviewed AHM cash flow forecast for period 9/3/2010 through 1/7/2011. | 0.4 |
| 9/13/2010 | D.B. | Initial review of BDO's revised effective date analysis. | 0.3 |
| 9/13/2010 | M.S. | Prepared for meeting with the Trustee tomorrow. | 0.6 |
| 9/13/2010 | M.S. | Updated the Effective Date cash analysis based on the receipt of the Maryland refund. | 0.7 |
| 9/14/2010 | D.B. | Reviewed and edit revised BDO analysis of cash needed to go effective as of November 1, 2010 and discussed with M. Stewart. | 0.8 |
| 9/14/2010 | D.B. | Telephone calls with M. Stewart re: status of meeting with AHM and S. Sass at company. | 0.3 |
| 9/14/2010 | M.S. | Reviewed Cadwalader fee application and discussions with D. Berliner re: same. | 0.3 |
| 9/14/2010 | M.S. | Reviewed miscellaneous asset sale and correspondences with D. Berliner re: same. | 0.2 |
| 9/14/2010 | M.S. | Updated Effective Date analysis based on receipt of Maryland tax refund. | 0.4 |
| 9/14/2010 | M.S. | Reviewed initial disclosures and corresponded with D. Berliner re: same. | 0.8 |
| 9/14/2010 | M.S. | Discussion with D. Berliner re: information for counsel and site visit. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
September 1, 2010 to September 30, 2010

## G.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/15/2010 | M.S. | Reviewed docket and related filings. | 0.2 |
| 9/16/2010 | M.S. | Reviewed cash flow forecast provided by the Debtors. | 0.6 |
| 9/17/2010 | D.B. | Met with M. Stewart to discuss case status and work to be done. | 0.2 |
| 9/17/2010 | D.B. | Reviewed latest cash flow budget. | 0.1 |
| 9/17/2010 | M.S. | Prepared Post-Effective Date budget at the request of S. Sass. | 1.4 |
| 9/19/2010 | M.S. | Prepared 6 month Post-Effective Date budget. | 3.4 |
| 9/20/2010 | D.B. | Reviewed materials from Zolfo re: Cadwalader's Waterfield fees to prepare for conference call. | 0.3 |
| 9/20/2010 | D.B. | Met with M. Michaelis re: case status and meeting with Trustee at AHM on 9/21/2010. | 0.3 |
| 9/20/2010 | M.M. | Reviewed and edited current post effective date budget. | 2.6 |
| 9/20/2010 | M.M. | Discussed status of case with D. Berliner and M. Stewart. | 0.9 |
| 9/20/2010 | M.S. | Prepared and discussions with M. Michaelis re: 6 month budget. | 0.8 |
| 9/20/2010 | M.S. | Prepared 6 month budget and other analysis in preparation for tomorrow's meeting with S. Sass. | 2.7 |
| 9/21/2010 | D.B. | Reviewed updated Effective Date Analysis for S. Sass. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
September 1, 2010 to September 30, 2010

G.      BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/21/2010 | M.M. | Reviewed effective date budget, post effective open items list and employee retention data in preparation for meeting. | 0.9 |
| 9/21/2010 | M.M. | Met with M. Stewart re: effective date budget. | 1.9 |
| 9/21/2010 | M.S. | Prepared 6 month budget and other analysis in preparation of today's meeting with S. Sass. | 2.3 |
| 9/21/2010 | M.S. | Analyzed 6 month budget and prepared listing of open case items. | 3.7 |
| 9/22/2010 | D.B. | Reviewed post-effective budget prepared for Liquidating Trustee. | 1.1 |
| 9/22/2010 | D.B. | Met with M. Michaelis re: meeting with Liquidating Trustee and update on AH Bank status. | 0.4 |
| 9/22/2010 | M.H. | Created Cadwalader Invoice by month spreadsheet. | 3.9 |
| 9/22/2010 | M.H. | Created Cadwalader Invoice by month detail spreadsheet. | 2.3 |
| 9/22/2010 | M.M. | Reviewed updates on Cadwalader and prepared summary of meeting with Debtors. | 0.6 |
| 9/23/2010 | M.H. | Edited Cadwalader Invoice by month spreadsheet. | 1.5 |
| 9/23/2010 | M.H. | Edited Cadwalader Invoice by month detail spreadsheet. | 1.1 |
| 9/23/2010 | M.S. | Reviewed docket and related filings. | 0.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
September 1, 2010 to September 30, 2010

**G.     BUSINESS ANALYSIS**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|------|------|-------------|------|
| 9/23/2010 | M.S. | Review/updated cash flow budget based on information received from L. Smalley. | 0.2 |
| 9/24/2010 | M.H. | Edited Cadwalader Invoice by month spreadsheet. | 1.5 |
| 9/24/2010 | M.S. | Reviewed cash flow forecast provided by the Debtors. | 0.3 |
| 9/27/2010 | M.S. | Reviewed updated cash flow forecast and analysis prepared by the Debtors. | 0.4 |
| 9/28/2010 | M.S. | Discussions with M. Michaelis re: professional fees and reviewed recently filed fee applications. | 0.9 |
| 9/28/2010 | M.S. | Prepared materials and status updates for AHM visit tomorrow. | 0.8 |
| 9/28/2010 | M.S. | Updated 6 month cash flow forecast with additional footnotes and potential costs for potential scenarios. | 1.1 |
| 9/29/2010 | M.M. | Revisited prior effective date and modified effective date summaries. | 0.8 |
| 9/29/2010 | M.S. | Reviewed updated cash flow forecast and Effective Date analysis. | 0.5 |
| 9/29/2010 | M.S. | Reviewed docket and related filings | 0.4 |
| 9/30/2010 | M.S. | Reviewed hedging work papers. | 0.3 |
| 9/30/2010 | M.S. | Prepared updated Effective Date analysis and updated bank liquidation analysis for D. Berliner. | 2.0 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**September 1, 2010 to September 30, 2010**

**G.      BUSINESS ANALYSIS**

| Date | Name | Description | | Time |
|------|------|-------------|--|------|
| | | | **TOTAL:** | **57.6** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 4.8 | 650.00 | 3,120.00 |
| M. MICHAELIS (M.M.) | 10.5 | 475.00 | 4,987.50 |
| M. STEWART (M.S.) | 32.0 | 275.00 | 8,800.00 |
| M. HERMANN (M.H.) | 10.3 | 180.00 | 1,854.00 |
| **TOTAL:** | **57.6** | | **18,761.50** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
September 1, 2010 to September 30, 2010

## H.    COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/1/2010 | D.B. | Telephone call and e-mails with M. Indelicato and E. Schnitzer re: planning for UCC call and questions on BDO report. | 0.4 |
| 9/1/2010 | M.S. | Correspondences with counsel and D. Berliner re: Interpleader cases. | 0.3 |
| 9/2/2010 | D.B. | Reviewed e-mails with E. Schnitzer re: question on Interpleader issue. | 0.2 |
| 9/8/2010 | D.B. | Telephone call and e-mails with M. Indelicato re: settlement of Waterfield litigation and effective date issues. | 0.3 |
| 9/8/2010 | D.B. | Reviewed e-mail to H&H re: case status update. | 0.1 |
| 9/10/2010 | M.S. | Call with C. Kang re: initial disclosures. | 0.3 |
| 9/14/2010 | D.B. | Telephone calls and e-mails with M. Indelicato re: cash needed to be effective and Waterfield fee issues. | 0.4 |
| 9/21/2010 | D.B. | E-mails with E. Schnitzer re: inquiry from MERS and discussed with M. Michaelis. | 0.1 |
| 9/23/2010 | D.B. | Reviewed e-mail to H&H re: case status update. | 0.1 |
| 9/27/2010 | M.M. | Correspondence with Counsel re: go forward budgets. | 0.2 |
| 9/28/2010 | D.B. | Prepared for and participated on conference call with H&H re: D&T document denied. | 0.7 |
| 9/28/2010 | M.M. | Met with D. Berliner and M. Stewart, and participated in call with counsel re: responses to D&T requests. | 1.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**September 1, 2010 to September 30, 2010**

### H.      COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/28/2010 | M.S. | Prepared for and conference call with counsel re: D&T discovery. | 0.8 |
| 9/30/2010 | D.B. | Reviewed e-mails with Ed Schnitzer re: status of open preference actions. | 0.1 |
| 9/30/2010 | M.S. | Correspondence with C. Kang re: draft document request. | 0.1 |
| | | **TOTAL:** | **5.3** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.4 | 650.00 | 1,560.00 |
| M. MICHAELIS (M.M.) | 1.4 | 475.00 | 665.00 |
| M. STEWART (M.S.) | 1.5 | 275.00 | 412.50 |
| **TOTAL:** | **5.3** | | **2,637.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**September 1, 2010 to September 30, 2010**

**I.      FEE APPLICATIONS / MONTHLY STATEMENTS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/3/2010 | N.V. | Prepared interim application. | 1.9 |
| 9/7/2010 | D.B. | Reviewed and approve 12th interim applications of BDO as FA to UCC for period 5/1/2010 through 7/31/2010. | 0.3 |
| 9/8/2010 | M.G. | Prepared August monthly data. | 0.3 |
| 9/13/2010 | M.G. | Prepared August monthly data; forwarded for review and updates. | 0.8 |
| 9/16/2010 | D.B. | Reviewed and approved 35th monthly application of BDO as FA to UCC for August 2010 and Berliner Declaration. | 0.8 |
| 9/16/2010 | M.G. | Updated monthly data; prepared August monthly application. | 0.8 |
| 9/16/2010 | N.V. | Reviewed and edited August 2010 time detail; updated project categories. | 0.4 |
| 9/16/2010 | N.V. | Reviewed updated August 2010 monthly application. | 0.2 |
| 9/17/2010 | M.G. | Updated August monthly data. | 0.4 |
| 9/17/2010 | M.G. | Prepared and sent out 35th monthly application to interested parties for filing. | 0.2 |
| 9/17/2010 | N.V. | Final review of updated August 2010 monthly application. | 0.1 |
| 9/29/2010 | M.G. | Prepared September monthly data. | 0.3 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### September 1, 2010 to September 30, 2010

### I.      FEE APPLICATIONS / MONTHLY STATEMENTS

| Date | Name | Description | Time |
|------|------|-------------|------|
| | | **TOTAL:** | **6.5** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.1 | 650.00 | 715.00 |
| N. VANDERHOOP (N.V.) | 2.6 | 200.00 | 520.00 |
| M. GOMEZ (M.G.) | 2.8 | 150.00 | 420.00 |
| **TOTAL:** | **6.5** | | **1,655.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**September 1, 2010 to September 30, 2010**

**J.      TRAVEL TIME**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/14/2010 | M.S. | Travel time to and from Melville, NY (Long Island). | 1.0 |
| 9/21/2010 | M.S. | Travel time to and from Melville, NY (Long Island). | 0.5 |
| 9/29/2010 | M.S. | Travel time to and from Melville NY (Long Island). | 0.5 |
| | | **TOTAL:** | **2.0** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. STEWART (M.S.) | 2.0 | 137.50 | 275.00 |
| **TOTAL:** | **2.0** | | **275.00** |

EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses*
September 1, 2010 through September 30, 2010

1.  PHOTOCOPYING
    a.  Internal
    b.  External

2.  TELECOMMUNICATIONS
    a.  Toll Charges
    b.  Facsimile

3.  COURIER, FRIEGHT AND POSTAL SERVICES
    *For overnight and hand delivery to Counsel
    and Committee members*

4.  COURT REPORTER AND TRANSCRIPTS

5.  TECHNOLOGY SERVICES – *Concordance Database*          $1,500.00
    *Monthly Hosting Fee*

6.  OUT-OF-TOWN TRAVEL
    a.  Transportation                                          40.50
    b.  Lodging
    c.  Meals                                                   81.86

7.  OUTSIDE SERVICES

8.  LOCAL MEALS

9.  LOCAL TRANSPORTATION, TOLLS, MILEAGE
    AND PARKING – for cabs to/from meetings, car service
    *for employees working after 8:00 p.m. and local mileage
    using personal auto*

10. MISCELLANEOUS – *Publications/Subscriptions*

    **TOTAL**                                              $1,622.36

*Details available upon request to BDO.*