IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x
In re:                                                    :    Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                    :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                           :
                                                          :    Jointly Administered
         Debtors.                                         :
------------------------------------------------------------------------x    Ref. Docket Nos. 9337 & 9338

## AFFIDAVIT OF MAILING

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 15, 2010, I caused to be served the:

   a. "Notice of Debtors' Sixty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated October 15, 2010, to which was attached the "Debtors' Sixty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated October 15, 2010 [Docket No. 9337], (the "64th Omnibus Objection"), and

   b. "Notice of Debtors' Sixty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated October 15, 2010, to which was attached the "Debtors' Sixty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated October 15, 2010 [Docket No. 9338], (the "65th Omnibus Objection"),

   by causing true and correct copies of the:

   i. 64th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

ii. 65th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Eleni Kossivas

Sworn to before me this
18th day of October, 2010

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 28, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE PC | ATTN JAMES HOLCOMB, ESQ. 801 GRAND AVENUE, SUITE 3700 DES MOINES IA 50309-8004 |
| CMS LEGAL SERVICES, LLC | CMS LEGAL SERVICES, LLC 999 18TH ST STE 2200 DENVER CO 802022401 |
| DFS SERVICES LLC | ATTN CHRISTINA WALDEN - SR. ASSOCIATE PO BOX 3000 NEW ALBANY OH 43054 |
| HONOLULU ADVERTISER | ATTN MARILYN ZIMMERMAN, AGENT C/O SZABO ASSOCIATES, INC. 3355 LENOX RD, 9TH FL ATLANTA GA 30326 |
| I MORTGAGE | ATTN AVP, ACCOUNTING, IMS 2570 BOYCE PLAZA RD PITTSBURGH PA 15227 |
| INTER-TEL INTEGRATED SYSTEMS, INC. (BY | CT NETWORKS) C/O LEGAL DEPARTMENT DIANA CLINE, PARALEGAL 7300 W. BOSTON STREET CHANDLER AZ 85226 |
| NATIONAL CITY COMMERCIAL CAPITAL CO, LLC | LISA M. MOORE, VICE PRESIDENT 995 DALTON AVENUE CINCINNATI OH 45203 |
| STANDARD GUARANTY INSURANCE COMPANY | DON A. BESKRONE ASHBY & GEDDES, P.A. 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 WILMINGTON DE 19801 |
| STANDARD GUARANTY INSURANCE COMPANY | C/O RAUL CUERVO, ESQ. JORDAN BURT LLP 1025 THOMAS JEFFERSON ST., NW-#400 EAST WASHINGTON DC 20007 |
| YARLING & ROBINSON | 151 NORTH DELAWARE STREET MARKET SQUARE CENTER, STE 1535 INDIANAPOLIS IN 46204 |

**Total Creditor count  10**

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| ACCOUNTEMPS DIV. OF ROBERT HALF INT'L | ATTN: MARY GONZALEZ PO BOX 5024 SAN RAMON CA 94583-9128 |
| DCFS TRUST | ATTN MARTIN A. MOONEY, ESQ. DEILY, MOONEY & GLASTETTER, LLP PO BOX 55000 - TTEE PAYMENT DEPT 100301 DETROIT MI 48255-1003 |
| OFFICETEAM DIV. OF ROBERT HALF INT'L | ATTN: MARY GONZALEZ PO BOX 5024 SAN RAMON CA 94583-9128 |
| ROBERT HALF FINANCE & ACCOUNTING DIV. OF | ROBERT HALF INTERNATIONAL ATTN: MARY GONZALES PO BOX 5024 SAN RAMON CA 94583-9128 |
| TRANSUNION SETTLEMENT SOLUTIONS, INC. | ATTN LEGAL DEPARTMENT 5300 BRANDYWINE PARKWAY, SUITE 100 WILMINGTON DE 19803 |
| TROTT & TROTT, P.C. | MARCY J. FORD 31440 NORTHWESTERN HWY., SUITE 200 FARMINGTON HILLS MI 48334 |

**Total Creditor count  6**