# EXHIBIT A

066585.1001

**Twelfth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 9218]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 4/1/10-4/30/10<br>7/13/10<br>9000 | 99,908.00 | 6,644.24 |
| 5/1/10-5/31/10<br>8/2/10<br>9069 | 166,215.50 | 7,140.44 |
| 6/1/10-6/30/10<br>9/2/10<br>9194 | 212,314.00 | 9,246.07 |
| Totals | 478,437.50 | 23,030.75 |

● **Eleventh Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional for the Debtors [D.I. 9218]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 2/1/10-2/28/10<br>4/27/10<br>8797 | 666.00 | 2,540.17 |
| 4/1/10-4/30/10<br>7/27/10<br>9052 | 4,243.00 | 0.00 |
| 5/1/10-5/31/10<br>9082 | 13,684.50 | 1,016.97 |
| Totals | 18,593.50 | 3,557.14 |

**Twelfth Interim Fee Request of Cadwalader, Wickersham & Taft LLP [D.I. 9218]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 5/1/10-7/31/10 9/13/10 9210 | 648,979.50 | 702,757.06 |
| Totals | 648,979.50 | 702,757.06 |

066585.1001

**Twelfth Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP [D.I. 9218]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 5/1/10-5/31/10 7/27/10 9050 | 3,502.00 | 53.60 |
| 6/1/10-6/30/10 7/27/10 9051 | 2,248.50 | 2.90 |
| 7/1/10-7/31/10 9/14/10 9215 | 12,636.00 | 88.18 |
| Totals | 18,386.50 | 144.68 |

**Twelfth Interim Fee Request of BDO Seidman, LLP, Financial Advisor to the Committee of Unsecured Creditors [D.I. 9212]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 5/1/10-5/31/10 6/21/10 8951 | 51,490.00 | 1,964.74 |
| 6/1/10-6/30/10 8/5/10 9083 | 50,375.00 | 1,613.44 |
| 7/1/10-7/31/10 9/3/10 9200 | 53,526.25 | 1,500.00 |
| Totals | 155,391.25 | 5,078.18 |

**Interim Fee Application for Ferry, Joseph & Pearce, P.A. as Special Conflicts Counsel for the Official Committee of Unsecured Creditors [D.I. 9232]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 5/1/10-5/31/10<br>6/15/10<br>8911 | 1,252.00 | 97.25 |
| 6/1/10-6/30/10<br>7/15/10<br>9010 | 4,091.00 | 819.91 |
| 7/1/10-7/31/10<br>8/17/10<br>9148 | 1,651.00 | 686.47 |
| Totals | 6,994.00 | 1,603.63 |