# TUSCALOOSA COUNTY TAX COLLECTOR

124 COURTHOUSE • 714 GREENSBORO AVENUE
TUSCALOOSA, ALABAMA 35401

PEYTON C. COCHRANE
TAX COLLECTOR

October 15, 2010

PHONE (205) 349-3870 Ext. 237
FAX (205) 469-6331

Clerk
U. S. Bankruptcy Court
824 Market Street, 5th Floor
Wilmington, Delaware  19801

RE:    **AMERICAN HOME MORTGAGE HOLDINGS,
CASE NO:  07-11047(CSS)**

Dear Sir:

Please withdraw my Administrative Expense claim in the amount of $1,653.64 that was filed on the above listed case on March 29, 2010.

The 2009 taxes on the above account were paid October 15, 2010.

Thank you for your assistance in this matter.

Sincerely,

Peyton C. Cochrane
Tax Collector

PCC:bmm