IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>American Home Mortgage<br>Holdings, Inc., et al.,<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 07-11047(CSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Inc., provided noticing services in the above-captioned case.

On September 16, 2010, at my direction and under my supervision, employees of Reliable caused to be served the following document by first class mail on the service list attached hereto as Exhibit A:

**CORRECTED OPPOSITION OF U.S. BANK, N.A. (F/K/A PARK NATIONAL BANK) TO DEBTORS' MOTION TO EXCLUDE EXPERT TESTIMONY AND REPORTS OF STEVEN S. ALBERT**

X /s/ Gene Matthews
　　　　　　　　　　Gene Matthews

Dated: September 17, 2010

State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 17th day of September, 2010, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X /s/ Sue R. Fillman

SUE L. FILLMAN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires April 8, 2013

# EXHIBIT A

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach
Michael S. Neiburg
Morgan L. Seward
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801