## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| American Home Mortgage | ) |
| Holdings, Inc., et al., | ) Case No. 07-11047(CSS) |
| | ) |
| | ) (Jointly Administered) |
| Debtor. | ) |
| | ) |

### AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Inc., provided noticing services in the above-captioned case.

On September 16, 2010, at my direction and under my supervision, employees of Reliable caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

**MOTION TO SHORTEN NOTICE OF MOTION BY U.S. BANK, N.A.
(F/K/A PARK NATIONAL BANK) FOR SUMMARY JUDGMENT**

**CORRECTED MEMORANDUM OF LAW IN SUPPORT OF
MOTION BY U.S. BANK, N.A. (F/K/A PARK NATIONAL BANK) FOR
SUMMARY JUDGMENT**

**CORRECTED MOTION BY U.S. BANK, N.A. (F/K/A PARK NATIONAL
BANK) FOR SUMMARY JUDGMENT**

X _____

**Gene Matthews**

Dated: September 17, 2010
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 17th day of September, 2010, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

SUE L. FILLMAN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires April 8, 2013

# EXHIBIT A

BLANK ROME LLP
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
Victoria A. Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnizter
488 Madison Avenue
New York, New York 10022

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach
Michael S. Neiburg
Morgan L. Seward
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH MCMAHON
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207 - LOCKBOX #35
WILMINGTON, DE 19801