IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
In re:                                                            :   Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                   :
                                                                  :   Jointly Administered
       Debtors.                                                   :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 7, 2009, I caused to be served the following:

   a) "Notice of Debtors' Fortieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated August 7, 2009, to which is attached the "Instructions for Telephonic Appearances, Effective January 5, 2005, Revised April 27, 2009," and the "Debtors' Forty-First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," [Docket No. 7914], (the "Fortieth Omnibus Objection") and

   b) "Notice of Debtors' Forty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated August 7, 2009, to which is attached the "Instructions for Telephonic Appearances, Effective January 5, 2005, Revised April 27, 2009," and the "Debtors' Forty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," [Docket No. 7915], (the "Forty-First Omnibus Objection"),

by causing true and correct copies to be enclosed securely in separate postage-prepaid envelopes, delivered by first class mail as follows:

a) the Fortieth Omnibus Objection to those parties listed on the attached <u>Exhibit A</u>, and

b) the Forty-First Omnibus Objection to those parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
11th day of August, 2009

_____
Notary Public

**EXHIBIT "A"**

ADAMS COUNTY TREASURER
450 S 4TH AVENUE
BRIGHTON, CO 80601

AMERICAN EXPRESS BANK, FSB
ATTN, SANRDA K CURTIN, ESQ
C/O BECKET & LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

BEXAR COUNTY
DAVID G AELVOET
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
711 NAVARRO STE 300
SAN ANTONIO, TX 78205

BEXAR COUNTY
SYLVIA S. ROMO, CPA, RTA, CTA
BEXAR COUNTY, TAX ASSESSOR COLLECTOR
233 N PECOS LA TRINIDAD
SAN ANTONIO, TX 78207

GENERAL ELECTRIC CAPITAL CORPORATION
C/O ELENA P. LAZAROU, ESQ.
REED SMITH LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022

HARRIS COUNTY, ET AL
JOHN P DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

KEY EQUIPMENT FINANCE, INC.
ATTN RITA ROBLES
1000 S. MCCASLIN BLVD
SUPERIOR, CO 80027

LAVAN, EILEEN M
165 CROWELL STREET
HEMPSTEAD, NY 11550

MARTIN COUNTY, FLORIDA
LARRY C. O'STEEN
MARTIN COUNTY TAX COLLECTOR
3485 SE WILLOUGHBY BLVD.
STUART, FL 34994

PHELAN HALLINAN & SCHMIEG, LLP
ATTN JUDITH T ROMANO, ESQUIRE
1617 JOHN F KENNEDY BLVD
SUITE 1400
PHILADELPHIA, PA 19103

TARRANT COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST STE 1600
DALLAS, TX 75201

ZINTER, CONNIE L
2149 N 128TH ST
SEATTLE, WA 98133

**EXHIBIT "B"**

BOWLES, PIERRE L.
137 HOUSTON CT
GRIFFIN, GA 302249595

BOWMAN, MONICA
PO BOX 1288
SANTA CRUZ, CA 95061

CORPORATE CENTER V, L.L.C.
BY: AMERICAN NEVADA COMPANY LLC
ATTN: PHILLIP N. RALSTON, EXEC. VP/TRES.
901 NORTH GREEN VALLEY PARKWAY, STE 200
HENDERSON, NV 89074

DOMOTOR, SHELLEY J.
6412 CALLOWAY DR
MCKINNEY, TX 750709422

FISHMAN, BRIAN
1695 PARTAGE PASS
DEERFIELD, IL 60015

FRANKLIN COUNTY, OHIO TREASURER
373 S HIGH ST, 17TH FLOOR
COLUMBUS, OH 43215

GARCIA, NICOLE
2759 N JERUSALEM RD
EAST MEADOW, NY 11554

HOFFMAN, DANIEL F.
2456 GREENRIDGE DRIVE
MEDFORD, OR 97504

JEFFERSON COUNTY TREASURER
ATTN: DAVE VILLANO, DEPUTY TREASURER
100 JEFFERSON COUNTY PARKWAY
GOLDEN, CO 80419

KING COUNTY, WASHINGTON
KING COUNTY
LINDA CRANE NELSEN
500 FOURTH AVE.
SEATTLE, WA 98104 - 15

LA COUNTY TREASURER AND TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054-0110

LEWIS, BETH D
787 KIMBALL
HIGHLAND PARK, IL 60035

MARION COUNTY TAX COLLECTOR
PO BOX 970
OCALA, FL 34478-0970

MECKLENBURG COUNTY
TTN CITY-COUNTY NC TAX COLLECTOR
PO BOX 31637
CHARLOTTE, NC 28231

OAKLAND COUNTY TREASURER
ATTN DIANE L ROARK, DEPUTY TREASURER
1200 N TELEGRAPH ROAD
DEPARTMENT 479
PONTIAC, MI 48341

PITNEY BOWES CREDIT CORPORATION
ATTN RECOVERY DEPT
27 WATERVIEW DR
SHELTON, CT 06484-4361

PITNEY BOWES CREDIT CORPORATION
ATTN EVA MILANOWSKI, BANKRUPTCY ADMIN.
27 WATERVIEW DR
SHELTON, CT 06484-4361

RE/MAX METROPOLITAN
ATTN: CHUCK CACCHIONE
8300 HALL ROAD
UTICA, MI 48317

SAPRE, PRAVIN
47805 RED RUN DR
CANTON, MI 48187

SCHALLER, CHRIS
3516 HOYLAKE DRIVE
SPRINGFIELD, IL 62712

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA 95812-2952

WILKINSON, FAITH C
8775 CELESTE RD
SARALAND, AL 36571