IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AMERICAN HOME<br>MORTGAGE HOLDINGS, INC., et al.,<br><br>                    Debtors. | Chapter 11<br>Case No. 07-11047 (CSS)<br>(Jointly Administered) |
| AMERICAN HOME MORTGAGE CORP.,<br><br>                    Plaintiff,<br><br>v.<br><br>SHOWCASE OF AGENTS, L.L.C.<br>and PIERO ORSI,<br><br>                    Defendants. | Adversary Proceeding<br>Case No. 10-50913 (CSS) |

## NOTICE OF SERVICE OF DISCOVERY MATERIAL

PLEASE TAKE NOTICE that on: October 25, 2010, the above-captioned Debtor-Plaintiff, by and through the undersigned counsel, caused a copy of the following to be served as indicated upon the parties listed on service list attached hereto:

> Plaintiff's Responses and Objections to Defendants' First Set of Interrogatories, Requests for Production of Documents and Requests for Admission Directed to Plaintiff American Home Mortgage Corp.

| | |
|---|---|
| Wilmington, Delaware<br>Dated: October 26, 2010 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ Michael S. Neiburg<br>Curtis J. Crowther (No. 3238)<br>Michael S. Neiburg (No. 5275)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel for Debtors and Debtors-in-Possession* |

Electronic Mail and First Class Mail

Mark Belongia, Esq.
Belongia, Shapiro & Franklin, LLP
Two First Financial Plaza
20 South Clark Street, Suite 300
Chicago, IL 60603
mbelongia@belongialaw.com


Electronic Mail and Hand Delivery

Michael Joyce, Esq.
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801
mjoyce@crosslaw.com