

September 30, 2010

Mr. Carlo Colagiacomo
General Counsel
American Home Mortgage Investment Corp.
538 Broad Hollow Road
Melville, NY  11747

Dear Carlo:

Attached is our invoice for management services rendered with respect to American Home Mortgage Investment Corporation Chapter 11 for the period ended September 30, 2010.

If there are any questions regarding this invoice, please contact Kevin Nystrom at (212) 561-4025.

Respectfully submitted,

Zolfo Cooper, LLC

Zolfo Cooper, LLC

cc: Matthew Lunn, Esq.
     Young, Conaway, Stargatt & Taylor, LLP
     The Brandywine Building
     1000 West Street, 17th Floor,
     P.O. Box 391
     Wilmington, DE  19899-0391
     and via email: mlunn@ycst.com

290



September 30, 2010

Mr. Carlo Colagiacomo
General Counsel
American Home Mortgage Investment Corp.
538 Broad Hollow Road
Melville, NY 11747

INVOICE

**PLEASE REMIT VIA WIRE TRANSFER**        E.I.N. 22-2689479        Invoice# 0000740-IN

For management services rendered with respect to American Home Mortgage
Investment Corporation Chapter 11 for the month ended September 30, 2010.

| | | |
|---|---|---|
| Professional Fees | $ | 126,322.50 |
| Expenses and Other Charges | | 6,131.40 |
| **Invoice Total** | **$** | **132,453.90** |

See Attached Schedules

Wire Instructions:
Zolfo Cooper, LLC
PNC Bank

Payable Upon Receipt



## PROFESSIONAL FEES

| NAME | RATE | HOURS | PROFESSIONAL FEES |
|------|------|-------|-------------------|
| Kevin Nystrom | $ 775.00 | 41.50 | $ 32,162.50 |
| Bret Fernandes | $ 675.00 | 2.40 | 1,620.00 |
| Scott R. Martinez | $ 550.00 | 168.10 | 92,455.00 |
| Elizabeth Kardos | $ 425.00 | 0.20 | 85.00 |
| **Total Professional Fees** | | **212.20** | **$ 126,322.50** |



## EXPENSES AND OTHER CHARGES

| | | |
|---|---|---:|
| Travel and Lodging | $ | 5,065.58 |
| Meals | | 731.95 |
| Telephone | | 286.55 |
| Photocopies | | 6.20 |
| Postage and Courier | | 41.12 |
| **Total Expenses and Other Charges** | $ | **6,131.40** |

American Home Mortgage
Description of Current General Responsibilities of ZC Staff

September 30, 2010

| Name | ZC Title | Company Title | Hourly Rate | Current General Responsibilities |
|---|---|---|---|---|
| K. Nystrom | Managing Director | Chief Restructuring Officer | $775 | Responsible for all PTO to two staff will be following multiple intra-estate transaction in AH and... |
| B. Fernandes | Senior Director | Director of Restructuring | $675 | Involved in counterparty negotiations, claim settlements and communications with creditors. |
| S. Martinez | Director | Associate (JDM 2014) | $550 | Cash management and forecasting. Responsible for the day to day oversight of the Estate personnel. |

**AMERICAN HOME MORTGAGE**
**Time Descriptions**

| Category Code | Service | Description of Service |
|---|---|---|
| 1 | Financing | Preparation of analyses and negotiating to obtain DIP financing, including use of cash collateral and attending related hearings. |
| 2 | Court Reporting | Preparing financial and operating information required by the US Trustee and/or the Court including Statement of Affairs, Schedules of Assets and Liabilities, lists of contracts, interim statements and monthly operating reports. |
| 3 | Chapter 11 Process | Organizing and managing the Debtor's or other parties in interests resources and activities to effectively plan, coordinate, and manage the Chapter 11 process. |
| 4 | Business Operations | Analyzing operations and strategies including the developing, designing, drafting and challenging of forecasts and Business Plan, including related assumptions and rationale and communications with vendors. |
| 5 | Cash Management | Forecasting, planning, controlling and other aspects of managing cash. |
| 6 | Claims Administration | Advising and assisting the Debtor with the development of a claims resolution process including evaluating and selecting a claims processor, responding to specific claims inquiries, analyzing claims, settling claims, assisting in the preparation of motions, orders, stipulations related thereto and attending related hearings. |
| 7 | Unexpired Leases and Executory Contracts | Preparing analyses and advising and assisting the Debtor in valuation, modifications, assumption and rejection of leases and executory contracts including assisting in the preparation and review of related motions, applications, orders, stipulations, and attending hearings related thereto. |
| 8 | Engagement Administration | Maintaining engagement files, preparation of fee applications, invoices and time summaries and responding to inquiries by the US Trustee and other parties in interest. |
| 9 | Asset Analysis | Identification and review of potential assets including causes of action and non-litigation recoveries. |
| 10 | Asset Disposition | Sales, leases (Section 365 matters), abandonment and related transaction work, including equipment lease buyout. |
| 11 | Litigation | Support counsel in identifying, pursuing, or defending various causes of action. |
| 12 | Meetings of creditors | Preparing for and attending the conference of creditors; the Section 341 (a) meeting and other creditors' committee meetings. |
| 13 | DIP Budget Reporting | Developing, designing, and preparing information required under the terms of the DIP agreement. |
| 14 | Secured Lenders Negotiation | Analyzing secured lenders assessments of collateral value, damage claims, and debt calculations and negotiations of settlement of these claims. |
| 15 | Communications matters | Assisting and advising general communications strategies and programs including press releases, letters to interested parties, websites, etc. |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Kevin Nystrom | 9/1/10 | 11 | 1.0 | US Bank settlement |
| | | | 1.0 | |
| Kevin Nystrom | 9/2/10 | 11 | 1.0 | Waterfield settlement |
| | | | 1.0 | |
| Kevin Nystrom | 9/7/10 | 11 | 1.0 | US Bank settlement |
| | | | 1.0 | |
| Kevin Nystrom | 9/8/10 | 12 | 1.0 | Update call with BDO |
| Kevin Nystrom | 9/8/10 | 11 | 1.0 | Waterfield settlement |
| Kevin Nystrom | 9/8/10 | 10 | 1.0 | Silvergate negotiations on AH Bank loans |
| | | | 3.0 | |
| Kevin Nystrom | 9/9/10 | 10 | 1.0 | Update on OTS approval process of AH Bank liquidation |
| Kevin Nystrom | 9/9/10 | 11 | 1.0 | Waterfield settlement |
| | | | 2.0 | |
| Kevin Nystrom | 9/10/10 | 10 | 2.0 | AH Bank loan sale discussions |
| | | | 2.0 | |
| Kevin Nystrom | 9/13/10 | 10 | 1.0 | Review of the G-2 loan sale agreement |
| Kevin Nystrom | 9/13/10 | 11 | 1.0 | Review of the CWT fee application |
| Kevin Nystrom | 9/13/10 | 4 | 4.0 | Review of the 2009 tax returns |
| Kevin Nystrom | 9/13/10 | 10 | 1.0 | AH Bank Board meeting |
| | | | 7.0 | |
| Kevin Nystrom | 9/14/10 | 10 | 1.0 | Update call on the AH Bank loan sale |
| Kevin Nystrom | 9/14/10 | 10 | 2.0 | Review of the AH Bank loan sale agreement |
| | | | 3.0 | |
| Kevin Nystrom | 9/15/10 | 10 | 1.0 | Call with buyer of AH Bank loans |
| Kevin Nystrom | 9/15/10 | 10 | 2.0 | Review of issues in the AH Bank loan sale |
| | | | 3.0 | |
| Kevin Nystrom | 9/16/10 | 5 | 2.0 | Review of cash projections and Maryland tax settlement |
| | | | 2.0 | |
| Kevin Nystrom | 9/17/10 | 11 | 1.0 | Call with counsel on the Cadwalader fees regarding Waterfield litigation |
| | | | 1.0 | |
| Kevin Nystrom | 9/20/10 | 11 | 1.0 | Analysis of Cadwalader fees and meeting with UCC advisors |
| Kevin Nystrom | 9/20/10 | 11 | 1.0 | Review of the Waterfield settlement |
| Kevin Nystrom | 9/20/10 | 10 | 0.5 | Analysis of the closing of the AH Bank loan sale to G-2 |
| | | | 2.5 | |
| Kevin Nystrom | 9/21/10 | 10 | 1.0 | Analysis of the closing of the AH Bank loan sale to G-2 |
| Kevin Nystrom | 9/21/10 | 11 | 1.0 | Review of the Waterfield settlement |
| | | | 2.0 | |
| Kevin Nystrom | 9/22/10 | 10 | 1.0 | Consider bankruptcy court approval of AH Bank loan sale |
| | | | 1.0 | |
| Kevin Nystrom | 9/23/10 | 10 | 1.0 | Call on bankruptcy court approval of AH Bank loan sale |
| | | | 1.0 | |
| Kevin Nystrom | 9/24/10 | 11 | 2.0 | Prep for borrower litigation |
| | | | 2.0 | |
| Kevin Nystrom | 9/27/10 | 5 | 1.0 | Review cash flow projections |
| | | | 1.0 | |
| Kevin Nystrom | 9/28/10 | 10 | 1.0 | Analysis of the closing of the AH Bank loan sale to G-2 |
| | | | 1.0 | |
| Kevin Nystrom | 9/29/10 | 4 | 1.0 | Consider employee health benefit options |
| Kevin Nystrom | 9/29/10 | 10 | 1.0 | Analyze OTS approval options |
| Kevin Nystrom | 9/29/10 | 11 | 1.0 | Consider potential claims on Waterfield settlement funds |
| | | | 3.0 | |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Kevin Nystrom | 9/30/10 | 11 | 1.0 | Consider potential claims on Waterfield settlement funds |
| Kevin Nystrom | 9/30/10 | 10 | 1.0 | Analyze OTS approval options |
| | | | 2.0 | |
| | | Total | 41.5 | |

| Name | Date | Category code | Hours | Narrative |
|---|---|---|---|---|
| Bret Fernandes | 9/3/10 | 5 | 0.2 | Review weekly cash update |
| | | | 0.2 | |
| Bret Fernandes | 9/8/10 | 4 | 0.6 | Review weekly updates from AHM managers |
| | | | 0.6 | |
| Bret Fernandes | 9/9/10 | 4 | 0.2 | Review weekly updates from AHM managers |
| | | | 0.2 | |
| Bret Fernandes | 9/10/10 | 5 | 0.2 | Review weekly cash update |
| | | | 0.2 | |
| Bret Fernandes | 9/14/10 | 3 | 0.2 | Discussions and planning for the Effective date |
| | | | 0.2 | |
| Bret Fernandes | 9/15/10 | 4 | 0.2 | Review weekly updates from AHM managers |
| | | | 0.2 | |
| Bret Fernandes | 9/16/10 | 4 | 0.5 | Continue to review and discuss weekly updates from AHM managers |
| | | | 0.5 | |
| Bret Fernandes | 9/22/10 | 4 | 0.3 | Review weekly updates from AHM managers |
| | | | 0.3 | |
| | | | 2.40 | |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Scott Martinez | 9/1/10 | 5 | 0.5 | Reviewed cash management activity |
| Scott Martinez | 9/1/10 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 9/1/10 | 12 | 1.5 | Prepared for and participated in the weekly update call with BDO |
| Scott Martinez | 9/1/10 | 3 | 0.5 | Work session with AHM employees regarding the files in the basement |
| Scott Martinez | 9/1/10 | 11 | 0.5 | Reviewed the updated settlement stip with US Bank |
| Scott Martinez | 9/1/10 | 5 | 0.4 | Phone call with an OCP regarding unpaid invoices |
| Scott Martinez | 9/1/10 | 10 | 0.8 | Provided comments on the draft sale agreement for the AH Bank loans |
| Scott Martinez | 9/1/10 | 3 | 0.5 | Phone call with Young Conaway regarding benefits |
| Scott Martinez | 9/1/10 | 6 | 1.0 | Work session with AHM employees regarding preference action issues raised by BDO |
| Scott Martinez | 9/1/10 | 2 | 1.0 | Work session with AHM employees regarding the July financials |
| Scott Martinez | 9/1/10 | 6 | 0.5 | Work session with AHM employees regarding admin claims |
| | | | 8.2 | |
| Scott Martinez | 9/2/10 | 5 | 0.5 | Reviewed cash management activity |
| Scott Martinez | 9/2/10 | 6 | 1.5 | Reviewed the updated claims summary analysis |
| Scott Martinez | 9/2/10 | 3 | 0.5 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 9/2/10 | 5 | 0.3 | Prepared the professional fee wire request documents |
| Scott Martinez | 9/2/10 | 11 | 0.5 | Reviewed the updated settlement stip with US Bank |
| Scott Martinez | 9/2/10 | 3 | 1.0 | Researched benefit plans for NY and IL |
| Scott Martinez | 9/2/10 | 3 | 0.5 | Work session with AHM employees regarding the files in the basement |
| Scott Martinez | 9/2/10 | 2 | 0.6 | Work session with AHM employees regarding the July financials |
| Scott Martinez | 9/2/10 | 10 | 1.0 | Work session with AHM employees regarding the AH Bank loans |
| Scott Martinez | 9/2/10 | 11 | 0.5 | Phone call with AHM and Young Conaway regarding the Mills discovery |
| Scott Martinez | 9/2/10 | 11 | 1.0 | Work session with AHM employees regarding the Mills discovery |
| Scott Martinez | 9/2/10 | 6 | 0.5 | Phone call with AHM and Young Conaway regarding the QRM admin claim |
| | | | 8.4 | |
| Scott Martinez | 9/3/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 9/3/10 | 5 | 1.2 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 9/3/10 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 9/3/10 | 5 | 1.0 | Updated the effective date scenarios |
| Scott Martinez | 9/3/10 | 6 | 0.5 | Phone call with Young Conaway and Hahn & Hessen regarding admin claims |
| Scott Martinez | 9/3/10 | 3 | 0.5 | Work session with AHM employees regarding loans paid off since October 2009 |
| Scott Martinez | 9/3/10 | 3 | 0.5 | Reviewed the payroll time report and vacation time off |
| | | | 5.0 | |
| Scott Martinez | 9/7/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 9/7/10 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 9/7/10 | 5 | 0.5 | Updated the cash flow projections |
| Scott Martinez | 9/7/10 | 3 | 0.5 | Phone call with BDO regarding the 2009 tax returns |
| Scott Martinez | 9/7/10 | 3 | 0.8 | Updated the draft letter to employees regarding benefits |
| Scott Martinez | 9/7/10 | 10 | 0.4 | Phone call with AH Bank regarding the remaining loans and deposits |
| Scott Martinez | 9/7/10 | 6 | 1.0 | Work session with AHM employees regarding open claims |
| Scott Martinez | 9/7/10 | 3 | 0.5 | Work session with AHM employees regarding issues related to the formation of the new legal entity |
| Scott Martinez | 9/7/10 | 3 | 0.5 | Work session with AHM employees regarding the files in the basement |
| Scott Martinez | 9/7/10 | 5 | 0.5 | Reviewed files provided by an OCP for amounts claimed to be owed |
| Scott Martinez | 9/7/10 | 3 | 1.0 | Work session with AHM employees regarding loans that have paid off since October 2009 |
| | | | 8.5 | |
| Scott Martinez | 9/8/10 | 5 | 0.5 | Reviewed cash management activity |
| Scott Martinez | 9/8/10 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 9/8/10 | 12 | 1.0 | Prepared for and participated in the weekly update call with BDO |
| Scott Martinez | 9/8/10 | 10 | 0.4 | Phone call with Milestone regarding the Silvergate transaction |
| Scott Martinez | 9/8/10 | 3 | 1.5 | Reviewed the flood certs received from DMI for the AH Bank loans |
| Scott Martinez | 9/8/10 | 3 | 0.6 | Reviewed the list of loans that paid off after September 30, 2009 |

| Name | Date | Category code | Hours | Narrative |
|---|---|---|---|---|
| Scott Martinez | 9/8/10 | 3 | 1.0 | Work session with AHM employees regarding the status of the FCIC responses |
| Scott Martinez | 9/8/10 | 3 | 0.5 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 9/8/10 | 5 | 0.5 | Phone call with the financial advisors to ABN regarding servicing fees and advances owed |
| Scott Martinez | 9/8/10 | 10 | 0.4 | Work session with AHM employees regarding miscellaneous assets |
| Scott Martinez | 9/8/10 | 6 | 0.8 | Work session with AHM employees regarding open claims |
| | | | 8.2 | |
| Scott Martinez | 9/9/10 | 5 | 0.5 | Reviewed cash management activity |
| Scott Martinez | 9/9/10 | 5 | 1.2 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 9/9/10 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 9/9/10 | 5 | 0.6 | Updated the effective date scenarios |
| Scott Martinez | 9/9/10 | 5 | 0.3 | Prepared the professional fee wire request documents |
| Scott Martinez | 9/9/10 | 3 | 1.0 | Reviewed one of the responses for the FCIC request |
| Scott Martinez | 9/9/10 | 2 | 0.5 | Work session with AHM employees regarding the July financials |
| Scott Martinez | 9/9/10 | 11 | 2.0 | Work session with AHM employees regarding the Mills interrogatories |
| Scott Martinez | 9/9/10 | 6 | 0.6 | Work session with AHM employees regarding QRM |
| Scott Martinez | 9/9/10 | 3 | 1.0 | Work session with AHM employees regarding the Delaware State Housing Authority |
| | | | 8.0 | |
| Scott Martinez | 9/10/10 | 11 | 1.0 | Prepared for and participated in a conference call with Young Conaway and AHM regarding the Mills discovery |
| Scott Martinez | 9/10/10 | 10 | 0.5 | Phone call with West Coast Servicing regarding the sale of the AH Bank loans |
| Scott Martinez | 9/10/10 | 10 | 0.5 | Phone call with AHM employees regarding the updated loan tapes for the AH Bank sale |
| | | | 2.0 | |
| Scott Martinez | 9/13/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 9/13/10 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 9/13/10 | 5 | 0.5 | Updated the cash flow projections |
| Scott Martinez | 9/13/10 | 3 | 0.5 | Participated in the AH Bank Board call |
| Scott Martinez | 9/13/10 | 11 | 1.5 | Work session with AHM employees regarding the Mills loans |
| Scott Martinez | 9/13/10 | 10 | 0.5 | Phone call with West Coast Servicing regarding the sale of the AH Bank loans |
| Scott Martinez | 9/13/10 | 10 | 1.0 | Work session with AHM employees regarding the August bid tapes for the AH Bank loans |
| Scott Martinez | 9/13/10 | 5 | 0.5 | Prepared an analysis regarding the fees charged regarding the Waterfield litigation |
| Scott Martinez | 9/13/10 | 6 | 0.5 | Phone call with Young Conaway regarding the status of the QRM admin claim |
| Scott Martinez | 9/13/10 | 10 | 1.0 | Reviewed the updated loan sale agreement regarding the remaining AH Bank loans |
| Scott Martinez | 9/13/10 | 3 | 0.5 | Phone call with AH Bank regarding information needed for the remaining loans |
| | | | 9.3 | |
| Scott Martinez | 9/14/10 | 12 | 5.0 | Work session with BDO and the Trustee regarding transition issues and a status update |
| Scott Martinez | 9/14/10 | 10 | 0.7 | Phone calls with West Coast Servicing regarding the sale of the AH Bank loans |
| Scott Martinez | 9/14/10 | 11 | 1.0 | Work session with AHM employees regarding the Mills discovery |
| Scott Martinez | 9/14/10 | 10 | 0.5 | Reviewed the revised draft of the loan sale agreement based on comments from West Coast Servicing |
| Scott Martinez | 9/14/10 | 10 | 0.6 | Work session with AHM employees regarding additional data requests from West Coast Servicing |
| Scott Martinez | 9/14/10 | 10 | 0.3 | Work session with AHM employees regarding remaining assets for sale |
| | | | 8.1 | |
| Scott Martinez | 9/15/10 | 5 | 0.5 | Reviewed cash management activity |
| Scott Martinez | 9/15/10 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 9/15/10 | 10 | 1.1 | Participated in a conference call with AH Bank, Young Conaway and Paul Hastings regarding the loan sale agreement |
| Scott Martinez | 9/15/10 | 11 | 3.0 | Work session with AHM employees regarding the Mills discovery |

| Name | Date | Category code | Hours | Narrative |
|------|------|:---:|:---:|------|
| Scott Martinez | 9/15/10 | 11 | 1.0 | Participated in a conference call with AHM and Young Conaway regarding the Mills discovery |
| Scott Martinez | 9/15/10 | 3 | 0.5 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 9/15/10 | 5 | 0.3 | Prepared the professional fee wire request documents |
| Scott Martinez | 9/15/10 | 10 | 2.6 | Work session with AHM employees regarding the sale of the AH Bank loans |
| | | | 10.0 | |
| Scott Martinez | 9/16/10 | 11 | 1.0 | Reviewed and commented on the Mills interrogatory responses |
| Scott Martinez | 9/16/10 | 11 | 3.5 | Work session with AHM employees regarding the Mills discovery |
| Scott Martinez | 9/16/10 | 5 | 1.0 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 9/16/10 | 5 | 0.2 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 9/16/10 | 5 | 0.5 | Updated the effective date scenarios |
| Scott Martinez | 9/16/10 | 10 | 3.2 | Work session with AHM employees regarding the sale of the AH Bank loans |
| Scott Martinez | 9/16/10 | 10 | 0.5 | Phone call with Young Conaway and AHM regarding the AH Bank loans |
| Scott Martinez | 9/16/10 | 10 | 0.5 | Participated in a conference call with AH Bank, West Coast, AHM and Paul Hastings regarding the loan sale agreement |
| | | | 10.4 | |
| Scott Martinez | 9/20/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 9/20/10 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 9/20/10 | 5 | 0.5 | Updated the cash flow projections |
| Scott Martinez | 9/20/10 | 11 | 1.2 | Prepared an analysis regarding the Waterfield costs |
| Scott Martinez | 9/20/10 | 11 | 0.5 | Participated in a conference call with Young Conaway, Hahn & Hessen and BDO regarding Waterfield |
| Scott Martinez | 9/20/10 | 10 | 1.5 | Work session with AHM employees regarding the sale of the AH Bank loans |
| Scott Martinez | 9/20/10 | 2 | 1.0 | Reviewed the draft July financials |
| Scott Martinez | 9/20/10 | 3 | 0.5 | Reviewed the time off request report for the period ended 9/15/10 |
| Scott Martinez | 9/20/10 | 3 | 1.5 | Reviewed and assembled responses to the FCIC request |
| | | | 9.5 | |
| Scott Martinez | 9/21/10 | 12 | 4.5 | Work session with BDO and the Trustee regarding transition issues |
| Scott Martinez | 9/21/10 | 10 | 1.8 | Work session with AHM employees regarding the sale of the AH Bank loans |
| Scott Martinez | 9/21/10 | 11 | 1.0 | Work session with AHM employees regarding the settlement of the Watson litigation |
| Scott Martinez | 9/21/10 | 3 | 0.6 | Reviewed the revised AH Bank liquidation analysis |
| Scott Martinez | 9/21/10 | 11 | 1.0 | Work session with AHM employees regarding the Mills litigation |
| Scott Martinez | 9/21/10 | 3 | 0.5 | Phone call with Young Conaway and AHM regarding the Travelers surety bond |
| | | | 9.4 | |
| Scott Martinez | 9/22/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 9/22/10 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 9/22/10 | 10 | 2.0 | Work session with AHM and AH Bank employees regarding the sale of the AH Bank loans |
| Scott Martinez | 9/22/10 | 11 | 1.0 | Reviewed the draft Waterfield settlement agreement |
| Scott Martinez | 9/22/10 | 11 | 0.5 | Reviewed the draft Watson settlement agreement |
| Scott Martinez | 9/22/10 | 11 | 1.0 | Reviewed documents related to the Mills litigation |
| Scott Martinez | 9/22/10 | 3 | 1.0 | Work session with the Trustee regarding transition issues |
| Scott Martinez | 9/22/10 | 11 | 1.5 | Work session with AHM employees regarding the JP Morgan litigation |
| | | | 9.0 | |
| Scott Martinez | 9/23/10 | 10 | 2.0 | Work session with AHM employees regarding the sale of the AH Bank loans |
| Scott Martinez | 9/23/10 | 10 | 1.0 | Phone calls with AHM and West Coast Servicing regarding the sale of the AH Bank loans |
| Scott Martinez | 9/23/10 | 10 | 0.5 | Phone call with AHM and Young Conaway regarding the sale of the AH Bank loans |
| Scott Martinez | 9/23/10 | 11 | 4.0 | Phone call with AHM and Young Conaway regarding the Mills litigation |
| Scott Martinez | 9/23/10 | 3 | 0.8 | Reviewed the additional FCIC responses |
| Scott Martinez | 9/23/10 | 11 | 1.0 | Work session with AHM employees regarding the Mills litigation |
| | | | 9.3 | |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Scott Martinez | 9/24/10 | 5 | 0.5 | Reviewed cash management activity |
| Scott Martinez | 9/24/10 | 5 | 1.2 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 9/24/10 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 9/24/10 | 5 | 1.0 | Updated the effective date scenarios |
| Scott Martinez | 9/24/10 | 10 | 0.5 | Phone call with AHM and West Coast regarding the sale of the AH Bank loans |
| Scott Martinez | 9/24/10 | 10 | 1.0 | Work session with AHM employees regarding the sale of the AH Bank loans |
| Scott Martinez | 9/24/10 | 11 | 1.0 | Work session with AHM and AHMSI employees regarding the JP Morgan litigation |
| Scott Martinez | 9/24/10 | 11 | 0.5 | Phone call with Young Conaway regarding the Mills litigation |
| | | | 6.0 | |
| Scott Martinez | 9/27/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 9/27/10 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 9/27/10 | 5 | 0.5 | Updated the cash flow projections |
| Scott Martinez | 9/27/10 | 3 | 0.5 | Participated in a conference call with AHM and Belfint regarding the 401k plan audits |
| Scott Martinez | 9/27/10 | 10 | 1.0 | Work session with AH Bank regarding the sale of the loans |
| Scott Martinez | 9/27/10 | 10 | 0.5 | Phone call with West Coast Servicing regarding the sale of the AH Bank loans |
| Scott Martinez | 9/27/10 | 11 | 1.5 | Work session with AHM employees regarding various litigation matters |
| Scott Martinez | 9/27/10 | 11 | 1.5 | Work session with AHM employees regarding the JP Morgan litigation |
| Scott Martinez | 9/27/10 | 11 | 1.0 | Reviewed the Mills loan files |
| | | | 9.3 | |
| Scott Martinez | 9/28/10 | 10 | 5.0 | Work session with AH Bank regarding the sale of the mortgage loans |
| Scott Martinez | 9/28/10 | 10 | 1.5 | Phone calls with West Coast regarding the sale of the mortgage loans |
| Scott Martinez | 9/28/10 | 10 | 1.5 | Work session with AHM employees regarding the sale of the AH Bank mortgage loans |
| Scott Martinez | 9/28/10 | 1 | 2.5 | Work session with AHM employees regarding the Mills litigation |
| | | | 10.5 | |
| Scott Martinez | 9/29/10 | 5 | 0.5 | Reviewed cash management activity |
| Scott Martinez | 9/29/10 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 9/29/10 | 3 | 0.5 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 9/29/10 | 5 | 0.2 | Prepared the professional fee wire request documents |
| Scott Martinez | 9/29/10 | 11 | 0.5 | Phone call with Young Conaway regarding the status of the Waterfield settlement |
| Scott Martinez | 9/29/10 | 10 | 2.0 | Work session with AHM employees regarding the sale of the AH Bank mortgage loans |
| Scott Martinez | 9/29/10 | 11 | 1.5 | Work session with AHM employees regarding the Mills litigation |
| Scott Martinez | 9/29/10 | 3 | 2.0 | Work session with AHM employees regarding the FCIC responses |
| Scott Martinez | 9/29/10 | 11 | 0.5 | Work session with AHM employees regarding the Orsi litigation |
| | | | 8.7 | |
| Scott Martinez | 9/30/10 | 11 | 2.0 | Reviewed the draft answer to the Park National summary judgment motion |
| Scott Martinez | 9/30/10 | 10 | 1.5 | Reviewed and updated the AH Bank loan analysis for loans serviced but not owned |
| Scott Martinez | 9/30/10 | 10 | 1.0 | Reviewed and commented on the draft sale agreement for the AH Bank serviced loans with no ownership |
| Scott Martinez | 9/30/10 | 11 | 0.7 | Reviewed the draft supplemental interrogatory responses for Mills |
| Scott Martinez | 9/30/10 | 11 | 2.1 | Participated in the call with Young Conaway and AHMSI regarding the foreclosure and REO process |
| Scott Martinez | 9/30/10 | 10 | 1.0 | Phone calls with West Coast regarding the sale of the AH Bank serviced loans |
| Scott Martinez | 9/30/10 | 3 | 2.0 | Work session with AHM employees regarding the FCIC responses |
| | | | 10.3 | |
| | | Total | 168.1 | |

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Elizabeth Kardos | 9/22/10 | 8 | 0.2 | Reviewed August invoice |
| | | | 0.2 | |
| | | Total | 0.2 | |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to September 30, 2010

**CATEGORY 1**          **FINANCING**

| Professional | Hourly Rate | September 2010 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 10.20 | $ 193.75 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 75.00 | $ 12,302.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 41.00 | $ 24,250.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 22.80 | $ 14,357.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 550 | 2.50 | $ 1,375.00 | 5.20 | $ 2,549.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 2.50 | $ 1,375.00 | 154.20 | $ 53,653.25 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to September 30, 2010

**CATEGORY 2**         **COURT REPORTING**

| Professional | Hourly Rate | September 2010 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 0.00 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 18.50 | $ 6,617.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 0.20 | $ 129.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 0.00 | $ - |
| Robert Semple | $ 640 | 0.00 | $ - | 13.00 | $ 7,345.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 31.80 | $ 17,490.00 |
| Scott Martinez | $ 550 | 3.10 | $ 1,705.00 | 122.80 | $ 60,963.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 24.10 | $ 9,037.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 3.10 | $ 1,705.00 | 210.40 | $ 101,582.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to September 30, 2010

**CATEGORY 3**          **CHAPTER 11 PROCESS**

| Professional | Hourly Rate | September 2010 Hours | September 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ – | 17.50 | $ 4,262.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ – | 40.50 | $ 12,910.00 |
| Bret Fernandes | $ 675 | 0.20 | $ 135.00 | 1571.60 | $ 941,132.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ – | 75.30 | $ 47,209.00 |
| Robert Semple | $ 640 | 0.00 | $ – | 130.50 | $ 76,745.00 |
| Mark Lymbery | $ 590 | 0.00 | $ – | 291.00 | $ 166,310.00 |
| Scott Martinez | $ 550 | 29.30 | $ 16,115.00 | 2057.20 | $ 949,337.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ – | 138.90 | $ 60,757.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ – | 0.00 | $ – |
| Linda Cheung | $ 375 | 0.00 | $ – | 0.00 | $ – |
| Carmen Bonilla | $ 375 | 0.00 | $ – | 0.60 | $ 225.00 |
| Rebecca Randall | $ 345 | 0.00 | $ – | 0.00 | $ – |
| Laura Capen Verry | $ 225 | 0.00 | $ – | 0.00 | $ – |
| Sam Mitchell | $ 50 | 0.00 | $ – | 43.00 | $ 2,150.00 |
| Total | | 29.50 | $ 16,250.00 | 4366.10 | $ 2,261,037.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to September 30, 2010

**CATEGORY 4**          **BUSINESS OPERATIONS**

| Professional | Hourly Rate | September 2010 Hours | September 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 476.05 | $ 152,636.25 |
| Kevin Nystrom | $ 775 | 5.00 | $ 3,875.00 | 419.50 | $ 141,930.00 |
| Bret Fernandes | $ 675 | 1.80 | $ 1,215.00 | 311.20 | $ 194,661.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 217.40 | $ 136,080.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 1212.10 | $ 705,255.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 550 | 0.00 | $ - | 22.10 | $ 11,840.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 9.10 | $ 3,944.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 1.70 | $ 595.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 6.80 | $ 5,090.00 | 2669.15 | $ 1,346,942.75 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to September 30, 2010

**CATEGORY 5**         **CASH MANAGEMENT**

| Professional | Hourly Rate | September 2010 Hours | September 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 1.00 | $ - |
| Kevin Nystrom | $ 775 | 3.00 | $ 2,325.00 | 104.00 | $ 30,815.00 |
| Bret Fernandes | $ 675 | 0.40 | $ 270.00 | 406.10 | $ 241,721.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 4.60 | $ 2,898.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 275.10 | $ 154,753.00 |
| Scott Martinez | $ 550 | 30.50 | $ 16,775.00 | 1753.50 | $ 826,407.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 92.30 | $ 38,328.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 7.00 | $ 2,625.00 |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 1335.30 | $ 489,437.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 4.00 | $ 200.00 |
| Total | | 33.90 | $ 19,370.00 | 3982.90 | $ 1,787,185.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to September 30, 2010

**CATEGORY 6**          **CLAIMS ADMINISTRATION**

| Professional | Hourly Rate | September 2010 Hours | September 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 7.25 | $ 2,712.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 51.00 | $ 24,812.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 88.50 | $ 55,426.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 1.50 | $ 945.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 166.50 | $ 98,299.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 26.90 | $ 15,267.00 |
| Scott Martinez | $ 550 | 6.90 | $ 3,795.00 | 424.10 | $ 212,365.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 1881.60 | $ 822,731.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 6.90 | $ 3,795.00 | 2647.35 | $ 1,232,559.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to September 30, 2010

**CATEGORY 7**         **UNEXPIRED LEASES AND EXECUTORY CONTRACTS**

| Professional | Hourly Rate | September 2010 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ – | 0.00 | $ – |
| Kevin Nystrom | $ 775 | 0.00 | $ – | 0.00 | $ – |
| Bret Fernandes | $ 675 | 0.00 | $ – | 2.00 | $ 1,180.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ – | 0.00 | $ – |
| Robert Semple | $ 640 | 0.00 | $ – | 0.00 | $ – |
| Mark Lymbery | $ 590 | 0.00 | $ – | 0.00 | $ – |
| Scott Martinez | $ 550 | 0.00 | $ – | 1.00 | $ 450.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ – | 0.00 | $ – |
| Elizabeth Kardos | $ 425 | 0.00 | $ – | 0.00 | $ – |
| Linda Cheung | $ 375 | 0.00 | $ – | 0.00 | $ – |
| Carmen Bonilla | $ 375 | 0.00 | $ – | 0.00 | $ – |
| Rebecca Randall | $ 345 | 0.00 | $ – | 0.00 | $ – |
| Laura Capen Verry | $ 225 | 0.00 | $ – | 0.00 | $ – |
| Sam Mitchell | $ 50 | 0.00 | $ – | 0.00 | $ – |
| Total | | 0.00 | $ – | 3.00 | $ 1,630.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to September 30, 2010

**CATEGORY 8**          **ENGAGEMENT ADMINISTRATION**

| Professional | Hourly Rate | September 2010 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 3.50 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 45.00 | $ 13,352.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 0.00 | $ - |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 37.40 | $ 23,188.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 21.90 | $ 12,808.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 5.40 | $ 3,106.00 |
| Scott Martinez | $ 550 | 0.00 | $ - | 55.30 | $ 26,868.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 52.30 | $ 22,824.00 |
| Elizabeth Kardos | $ 425 | 0.20 | $ 85.00 | 61.90 | $ 24,722.50 |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 235.20 | $ 83,185.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 78.00 | $ 16,201.00 |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.20 | $ 85.00 | 595.90 | $ 226,255.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to September 30, 2010

**CATEGORY 9**　　　　**ASSET ANALYSIS**

| Professional | Hourly Rate | September 2010 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $   850 | 0.00 | $   - | 0.00 | $   - |
| Kevin Nystrom | $   775 | 0.00 | $   - | 2.50 | $   720.00 |
| Bret Fernandes | $   675 | 0.00 | $   - | 152.30 | $   92,138.50 |
| Mitchell Taylor | $   695 | 0.00 | $   - | 0.30 | $   186.00 |
| Robert Semple | $   640 | 0.00 | $   - | 2.00 | $   1,130.00 |
| Mark Lymbery | $   590 | 0.00 | $   - | 0.00 | $   - |
| Scott Martinez | $   550 | 0.00 | $   - | 0.00 | $   - |
| Puneet Agrawal | $   465 | 0.00 | $   - | 0.00 | $   - |
| Elizabeth Kardos | $   425 | 0.00 | $   - | 0.00 | $   - |
| Linda Cheung | $   375 | 0.00 | $   - | 0.00 | $   - |
| Carmen Bonilla | $   375 | 0.00 | $   - | 0.00 | $   - |
| Rebecca Randall | $   345 | 0.00 | $   - | 0.00 | $   - |
| Laura Capen Verry | $   225 | 0.00 | $   - | 0.00 | $   - |
| Sam Mitchell | $   50 | 0.00 | $   - | 0.00 | $   - |
| Total | | 0.00 | $   - | 157.10 | $   94,174.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to September 30, 2010

**CATEGORY 10**         **ASSET DISPOSITION**

| Professional | Hourly Rate | September 2010 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 108.45 | $ 13,717.50 |
| Kevin Nystrom | $ 775 | 18.50 | $ 14,337.50 | 743.50 | $ 303,365.00 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 740.00 | $ 436,375.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 1002.30 | $ 625,625.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 854.70 | $ 494,725.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 75.10 | $ 41,949.00 |
| Scott Martinez | $ 550 | 41.80 | $ 22,990.00 | 525.40 | $ 259,439.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 72.30 | $ 31,096.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 60.30 | $ 37,327.50 | 4121.75 | $ 2,206,293.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to September 30, 2010

**CATEGORY 11**     **LITIGATION**

| Professional | Hourly Rate | September 2010 Hours | September 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 22.05 | $ 6,820.00 |
| Kevin Nystrom | $ 775 | 14.00 | $ 10,850.00 | 411.25 | $ 302,555.00 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 354.80 | $ 223,965.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 64.40 | $ 40,542.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 31.00 | $ 18,290.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 550 | 42.00 | $ 23,100.00 | 427.20 | $ 215,178.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 13.90 | $ 6,046.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.20 | $ 85.00 |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.90 | $ 337.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 21.60 | $ 4,860.00 |
| Sam Mitchell | $ 50 | 0.00 | $ - | 14.00 | $ 700.00 |
| Total | | 56.00 | $ 33,950.00 | 1361.30 | $ 819,379.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to September 30, 2010

**CATEGORY 12**          **MEETINGS OF CREDITORS**

| Professional | Hourly Rate | September 2010 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $    850 | 0.00 | $        - | 18.70 | $      7,362.50 |
| Kevin Nystrom | $    775 | 1.00 | $   775.00 | 83.00 | $    21,437.50 |
| Bret Fernandes | $    675 | 0.00 | $        - | 0.00 | $        - |
| Mitchell Taylor | $    695 | 0.00 | $        - | 34.20 | $    21,515.00 |
| Robert Semple | $    640 | 0.00 | $        - | 2.00 | $      1,180.00 |
| Mark Lymbery | $    590 | 0.00 | $        - | 1.50 | $        825.00 |
| Scott Martinez | $    550 | 12.00 | $ 6,600.00 | 243.90 | $  116,711.00 |
| Puneet Agrawal | $    465 | 0.00 | $        - | 41.20 | $    18,384.00 |
| Elizabeth Kardos | $    425 | 0.00 | $        - | 0.00 | $        - |
| Linda Cheung | $    375 | 0.00 | $        - | 0.00 | $        - |
| Carmen Bonilla | $    375 | 0.00 | $        - | 61.10 | $    22,800.00 |
| Rebecca Randall | $    345 | 0.00 | $        - | 0.00 | $        - |
| Laura Capen Verry | $    225 | 0.00 | $        - | 0.00 | $        - |
| Sam Mitchell | $     50 | 0.00 | $        - | 0.00 | $        - |
| Total | | 13.00 | $ 7,375.00 | 485.60 | $  210,215.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to September 30, 2010

**CATEGORY 13**          **DIP BUDGET REPORTING**

| Professional | Hourly Rate | September 2010 Hours | September 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 0.00 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 4.00 | $ - |
| Bret Fernandes | $ 675 | 0.00 | $ - | 2.60 | $ 1,430.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 0.00 | $ - |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 1.10 | $ 605.00 |
| Scott Martinez | $ 550 | 0.00 | $ - | 22.00 | $ 9,570.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 46.70 | $ 17,107.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 76.40 | $ 28,712.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to September 30, 2010

**CATEGORY 14**          **SECURED LENDERS NEGOTIATION**

| Professional | Hourly Rate | | September 2010 Hours | Value | Cumulative Hours | Value |
|---|---|---|---|---|---|---|
| Stephen F. Cooper | $ | 850 | 0.00 | $ - | 73.50 | $ 14,337.50 |
| Kevin Nystrom | $ | 775 | 0.00 | $ - | 274.00 | $ 28,927.50 |
| Bret Fernandes | $ | 675 | 0.00 | $ - | 32.60 | $ 19,234.00 |
| Mitchell Taylor | $ | 695 | 0.00 | $ - | 262.30 | $ 164,883.00 |
| Robert Semple | $ | 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ | 590 | 0.00 | $ - | 576.80 | $ 329,864.00 |
| Scott Martinez | $ | 550 | 0.00 | $ - | 0.00 | $ - |
| Puneet Agrawal | $ | 465 | 0.00 | $ - | 802.40 | $ 337,747.50 |
| Elizabeth Kardos | $ | 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ | 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ | 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ | 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ | 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ | 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | | 0.00 | $ - | 2021.60 | $ 894,993.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to September 30, 2010

**CATEGORY 15**        **COMMUNICATIONS MATTERS**

| Professional | Hourly Rate | September 2010 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ – | 5.75 | $ – |
| Kevin Nystrom | $ 775 | 0.00 | $ – | 10.00 | $ 1,662.50 |
| Bret Fernandes | $ 675 | 0.00 | $ – | 0.00 | $ – |
| Mitchell Taylor | $ 695 | 0.00 | $ – | 15.30 | $ 9,486.00 |
| Robert Semple | $ 640 | 0.00 | $ – | 0.00 | $ – |
| Mark Lymbery | $ 590 | 0.00 | $ – | 3.40 | $ 1,870.00 |
| Scott Martinez | $ 550 | 0.00 | $ – | 0.00 | $ – |
| Puneet Agrawal | $ 465 | 0.00 | $ – | 0.00 | $ – |
| Elizabeth Kardos | $ 425 | 0.00 | $ – | 0.00 | $ – |
| Linda Cheung | $ 375 | 0.00 | $ – | 0.00 | $ – |
| Carmen Bonilla | $ 375 | 0.00 | $ – | 212.30 | $ 76,102.50 |
| Rebecca Randall | $ 345 | 0.00 | $ – | 22.80 | $ 7,410.00 |
| Laura Capen Verry | $ 225 | 0.00 | $ – | 0.00 | $ – |
| Sam Mitchell | $ 50 | 0.00 | $ – | 0.00 | $ – |
| Total | | 0.00 | $ – | 269.55 | $ 96,531.00 |

**AMERICAN HOME MORTGAGE**
**EXPENSES BY DAY BY PROFESSIONAL**
**SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Emp # | Name | Date | Description | | Amount |
|---|---|---|---|---|---|
| 0325 | Scott R. Martinez | 8/30/2010 | Ground Transportation | | 99.25 |
| 0325 | Scott R. Martinez | 8/31/2010 | Ground Transportation | | 99.25 |
| 0325 | Scott R. Martinez | 9/1/2010 | Ground Transportation | | 99.25 |
| 0325 | Scott R. Martinez | 9/1/2010 | Ground Transportation | | 5.50 |
| 0325 | Scott R. Martinez | 9/1/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 9/1/2010 | Meals | LUNCH - 1 | 17.30 |
| 0325 | Scott R. Martinez | 9/2/2010 | Ground Transportation | | 99.25 |
| 0325 | Scott R. Martinez | 9/2/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 9/2/2010 | Meals | LUNCH - 1 | 12.42 |
| 0325 | Scott R. Martinez | 9/2/2010 | Meals | DINNER - 1 | 21.39 |
| 0325 | Scott R. Martinez | 9/3/2010 | Ground Transportation | | 99.26 |
| 0325 | Scott R. Martinez | 9/3/2010 | Ground Transportation | | 7.25 |
| 0325 | Scott R. Martinez | 9/3/2010 | Ground Transportation | EZ PASS | 10.00 |
| 0325 | Scott R. Martinez | 9/3/2010 | Ground Transportation | GAS | 26.50 |
| 0325 | Scott R. Martinez | 9/7/2010 | Ground Transportation | | 107.16 |
| 0325 | Scott R. Martinez | 9/7/2010 | Ground Transportation | | 5.50 |
| 0325 | Scott R. Martinez | 9/7/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 9/7/2010 | Meals | BRKFST - 1 | 4.78 |
| 0325 | Scott R. Martinez | 9/7/2010 | Meals | LUNCH - 1 | 22.33 |
| 0325 | Scott R. Martinez | 9/7/2010 | Meals | DINNER - 1 | 26.11 |
| 0325 | Scott R. Martinez | 9/8/2010 | Ground Transportation | | 107.16 |
| 0325 | Scott R. Martinez | 9/8/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 9/8/2010 | Meals | LUNCH - 1 | 12.42 |
| 0325 | Scott R. Martinez | 9/8/2010 | Meals | DINNER - 1 | 50.00 |
| 0325 | Scott R. Martinez | 9/9/2010 | Ground Transportation | | 107.16 |
| 0325 | Scott R. Martinez | 9/9/2010 | Ground Transportation | | 7.25 |
| 0325 | Scott R. Martinez | 9/9/2010 | Ground Transportation | GAS | 21.00 |
| 0325 | Scott R. Martinez | 9/9/2010 | Meals | LUNCH - 1 | 9.06 |
| 0325 | Scott R. Martinez | 9/10/2010 | Ground Transportation | | 107.15 |
| 0325 | Scott R. Martinez | 9/10/2010 | Ground Transportation | EZ PASS | 10.00 |
| 0325 | Scott R. Martinez | 9/13/2010 | Ground Transportation | | 5.50 |
| 0325 | Scott R. Martinez | 9/13/2010 | Ground Transportation | | 80.94 |
| 0325 | Scott R. Martinez | 9/13/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 9/13/2010 | Meals | LUNCH - 1 | 17.03 |
| 0325 | Scott R. Martinez | 9/13/2010 | Meals | DINNER - 1 | 26.37 |
| 0325 | Scott R. Martinez | 9/14/2010 | Ground Transportation | | 80.94 |
| 0325 | Scott R. Martinez | 9/14/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 9/14/2010 | Meals | LUNCH - 4 | 78.88 |
| 0325 | Scott R. Martinez | 9/14/2010 | Meals | DINNER - 2 | 82.82 |
| 0325 | Scott R. Martinez | 9/15/2010 | Ground Transportation | | 80.94 |
| 0325 | Scott R. Martinez | 9/15/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 9/15/2010 | Meals | LUNCH - 1 | 13.04 |
| 0325 | Scott R. Martinez | 9/15/2010 | Meals | DINNER - 1 | 50.00 |
| 0325 | Scott R. Martinez | 9/16/2010 | Ground Transportation | | 80.94 |
| 0325 | Scott R. Martinez | 9/16/2010 | Ground Transportation | | 7.25 |
| 0325 | Scott R. Martinez | 9/16/2010 | Ground Transportation | GAS | 31.00 |
| 0325 | Scott R. Martinez | 9/16/2010 | Meals | LUNCH - 1 | 18.49 |
| 0325 | Scott R. Martinez | 9/17/2010 | Ground Transportation | | 80.96 |
| 0325 | Scott R. Martinez | 9/17/2010 | Ground Transportation | EZ PASS | 10.00 |
| 0325 | Scott R. Martinez | 9/20/2010 | Ground Transportation | | 98.89 |
| 0325 | Scott R. Martinez | 9/20/2010 | Ground Transportation | | 5.50 |

**AMERICAN HOME MORTGAGE**
**EXPENSES BY DAY BY PROFESSIONAL**
**SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| Emp # | Name | Date | Description | | Amount |
|-------|------|------|-------------|--|--------|
| 0325 | Scott R. Martinez | 9/20/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 9/20/2010 | Meals | DINNER - 1 | 26.11 |
| 0325 | Scott R. Martinez | 9/21/2010 | Ground Transportation | | 98.89 |
| 0325 | Scott R. Martinez | 9/21/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 9/21/2010 | Meals | BRKFST -1 | 13.30 |
| 0325 | Scott R. Martinez | 9/22/2010 | Ground Transportation | | 98.89 |
| 0325 | Scott R. Martinez | 9/22/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 9/22/2010 | Meals | BRKFST -2 | 17.13 |
| 0325 | Scott R. Martinez | 9/22/2010 | Meals | LUNCH - 1 | 19.35 |
| 0325 | Scott R. Martinez | 9/22/2010 | Meals | DINNER - 2 | 69.66 |
| 0325 | Scott R. Martinez | 9/23/2010 | Ground Transportation | | 98.89 |
| 0325 | Scott R. Martinez | 9/23/2010 | Ground Transportation | | 7.25 |
| 0325 | Scott R. Martinez | 9/23/2010 | Ground Transportation | GAS | 29.10 |
| 0325 | Scott R. Martinez | 9/23/2010 | Meals | BRKFST -1 | 13.48 |
| 0325 | Scott R. Martinez | 9/23/2010 | Meals | LUNCH - 1 | 10.32 |
| 0325 | Scott R. Martinez | 9/24/2010 | Ground Transportation | | 98.90 |
| 0325 | Scott R. Martinez | 9/27/2010 | Ground Transportation | | 102.90 |
| 0325 | Scott R. Martinez | 9/27/2010 | Ground Transportation | | 5.50 |
| 0325 | Scott R. Martinez | 9/27/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 9/27/2010 | Meals | LUNCH - 1 | 12.42 |
| 0325 | Scott R. Martinez | 9/27/2010 | Meals | DINNER - 1 | 27.13 |
| 0325 | Scott R. Martinez | 9/28/2010 | Ground Transportation | | 102.90 |
| 0325 | Scott R. Martinez | 9/28/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 9/28/2010 | Meals | LUNCH - 1 | 17.04 |
| 0325 | Scott R. Martinez | 9/28/2010 | Meals | DINNER - 1 | 7.00 |
| 0325 | Scott R. Martinez | 9/29/2010 | Ground Transportation | | 102.90 |
| 0325 | Scott R. Martinez | 9/29/2010 | Hotel | | 199.82 |
| 0325 | Scott R. Martinez | 9/29/2010 | Meals | LUNCH - 1 | 24.15 |
| 0325 | Scott R. Martinez | 9/29/2010 | Phone | CELL | 138.51 |
| 0325 | Scott R. Martinez | 9/30/2010 | Ground Transportation | | 102.90 |
| 0325 | Scott R. Martinez | 9/30/2010 | Ground Transportation | | 7.25 |
| 0325 | Scott R. Martinez | 9/30/2010 | Ground Transportation | GAS | 20.90 |
| 0325 | Scott R. Martinez | 9/30/2010 | Ground Transportation | EZ PASS | 10.00 |
| 0325 | Scott R. Martinez | 9/30/2010 | Meals | LUNCH - 1 | 12.42 |
| | | | **Subtotal** | | **$ 5,936.04** |
| | | | | | |
| 0401 | Kevin Nystrom | 9/6/2010 | Phone | CELL | 66.35 |
| | | | **Subtotal** | | **$ 66.35** |
| | | | | | |
| 9999 | Payable Accounts | 8/26/2010 | Phone | PREM GLOBAL CONFERENCE | 81.69 |
| 9999 | Payable Accounts | 9/6/2010 | Postage | FED EX | 10.44 |
| 9999 | Payable Accounts | 9/13/2010 | Postage | FED EX | 14.95 |
| 9999 | Payable Accounts | 9/27/2010 | Postage | FED EX | 12.27 |
| 9999 | Payable Accounts | 9/30/2010 | Copy Charges | | 6.20 |
| 9999 | Payable Accounts | 9/30/2010 | Postage | | 3.46 |
| | | | **Subtotal** | | **$ 129.01** |
| | | | | | |
| | | | **TOTAL SEPTEMBER EXPENSES** | | **$ 6,131.40** |

2