IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                              :   Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    :   Jointly Administered
         Debtors.                                   :
---------------------------------------------------------------------x   Ref. Docket Nos. 8947 & 8948

## AFFIDAVIT OF MAILING

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 22, 2010, I caused to be served the:

   a) "Order Sustaining Debtors' Fifty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated June 21, 2010 [Docket No. 8947] (the "Fifty-Seventh Omnibus Order"), and

   b) "Order Sustaining Debtors' Fifty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Sections 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated June 21, 2010 [Docket No. 8948], (the "Fifty-Sixth Omnibus Order"),

by causing true and correct copies of:

   i. the Fifty-Seventh Omnibus Order to be enclosed securely in separate postage pre-paid envelopes to be delivered by first class mail to those parties listed on the annexed Exhibit A, and

   ii. the Fifty-Sixth Omnibus Order to be enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Konstantina Haidopoulos

Sworn to before me this

23rd day of June, 2010

_____
Notary Public

```
PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014
```

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CERTIFIED PROPERTY INSPECTIONS | ATTN PRESIDENT 3712 N BROADWAY ST # 300 CHICAGO IL 60613-4235 |
| MARYLAND DEPT. OF LABOR, LICENSING AND | REGULATION OFFICE OF UNEMPLOYMENT INSURANCE 1100 N. EUTAW ST, ROOM 401 BALTIMORE MD 21201 |
| MIAMI-DADE COUNTY TAX COLLECTOR | BANKRUTPCY UNIT ATTN ALEXIS R. GONZALEZ 140 WEST FLAGLER STREET, SUITE 1403 MIAMI FL 33130 |
| MORGAN STANLEY MARKET PRODUCTS INC. | C/O MORGAN STANLEY & CO., INC. ATTN: RICHE MCKNIGHT, ESQ. 1633 BROADWAY, 25TH FLOOR NEW YORK NY 10019 |
| MORGAN STANLEY MARKET PRODUCTS INC. | ATTN HAROLD A OLSEN, ESQ. STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| THERIAULT-FAZIO, JO ANN | 480 PRESTWICK LANE WHEELING IL 60090 |

**Total Creditor count  6**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| CITY OF MILWAUKEE | CITY TREASURER - WAYNE F WHITTOW 200 E WELLS ST - ROOM 103 MILWAUKEE WI 53202 |
| CITY OF STERLING HEIGHTS | ATTN JAMES P BUHLINGER, TREASURER 40555 UTICA ROAD PO BOX 8009 STERLING HEIGHTS MI 48311-8009 |
| DUVAL COUNTY/CITY OF JACKSONVILLE | MIKE HOGAN, TAX COLLECTOR C/O EDWARD C. TANNEN, ASST GEN. COUNSEL 117 W DUVAL ST, 480 CITY HALL JACKSONVILLE FL 32202 |
| EAGLE SELF STORAGE, INC. | ATTN PRESIDENT PO BOX 18185 MISSOULA MT 59808 |
| KHAN, SETARA | 5 SUGAR MAPLE COURT DIX HILLS NY 11746 |
| LAKE, JEFF | 6872 STONE RIDGE PL TUCSON AZ 85750 |
| MOBILE COUNTY | MARILYN E. WOOD, REVENUE COMMISSIONER PO BOX DRAWER 1169 MOBILE AL 36633-1169 |
| NEW HANOVER COUNTY | ATTN BONNIE POPE, DEPUTY COLLECTOR P O BOX 18000 WILIMINGTON NC 28406 |
| PINKAS, MARCELLA A. | 4119 CARROLLWOOD VILL DR TAMPA FL 33618 |
| SHERIFF OF WOOD COUNTY | PO BOX 1985 PARKERSBURG WV 26102 |
| THERIAULT FAZIO, JO ANN | 480 PRESTWICK LANE WHEELING IL 60090 |
| TRANSYLVANIA COUNTY | P. O. BOX 747 BREVARD NC 28712 |

**Total Creditor count 12**