IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
In re: : Chapter 11
:
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al., :
: Jointly Administered
Debtors. :
------------------------------------------------------------------x Ref. Docket Nos. 9141-9142

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SENA SENGUN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 16, 2010, I caused to be served the:

    a. "Revised Order Sustaining in Part Debtors' Sixtieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated August 13, 2010 [Docket No. 9141], (the "Sixtieth Omnibus Objection Revised Order"), and

    b. "Order Sustaining Debtors' Sixty –First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated August 13, 2010 [Docket No. 9142], (the "Sixty-First Omnibus Objection Order"),

    by causing true and correct copies of the:

    i. Sixtieth Omnibus Objection Revised Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the parties listed on the annexed Exhibit A, and

    ii. Sixty-First Omnibus Objection Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Sena Sengun

Sworn to before me this
18th day of August, 2010

_____
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

# EXHIBIT A

AHM 60th Obj. 8/16/10

BECKMAN, DENISE
274 OLD COMMACK RD
KINGS PARK, NY 11754

AHM 60th Obj. 8/16/10

CITY OF SAN DIEGO, THE
DELINQUENT ACCOUNT COLLECTIONS
PROGRAM
OFFICE OF THE CITY TREASURER
1010 SECOND AVENUE SIXTH FLOOR WEST
WING
SAN DIEGO, CA 92101-4904

AHM 60th Obj. 8/16/10

CLEVELAND COUNTY TREASURER
201 S JONES SUITE 100
NORMAN, OK 73069

AHM 60th Obj. 8/16/10

LASALLE BANK NATIONAL ASSOCIATION
ATTN RITA LOPEZ, VICE PRESIDENT
C/O GLOBAL SECURITIES AND TRUST
SERVICES
135 SOUTH LASALLE STREET, STE 1511
CHICAGO, IL 60603

AHM 60th Obj. 8/16/10

N.Y. STATE DEPT. OF TAXATION AND
FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

AHM 60th Obj. 8/16/10

LASALLE BANK NATIONAL ASSOCIATION
AMELIA M CHARAMBA, ESQ
NIXON EABODY
100 SUMMER STREET
BOSTON, MA 02110

**EXHIBIT B**

**AHM 61st Obj. 8/16/10**

BROWARD COUNTY, DEPT. OF FINANCE
ATTN HOLLIE N HAWN, ASST COUNTY ATTY
REVENUE COLL DIV, GOVERNMENTAL CTR ANNEX
115 S ANDREWS AVENUE
FORT LAUDERDALE, FL 33301

**AHM 61st Obj. 8/16/10**

CANNON, JAMIN P.
526 SPRING GROVE AVENUE
TOLEDO, OH 43605

**AHM 61st Obj. 8/16/10**

KRISTIN JACOBSON APPRAISAL COMPANY
ATTN KRISTIN JACOBSON, OWNER
15 W SECOND ST
MORGAN HILL CA 95037

**AHM 61st Obj. 8/16/10**

CANNON, JAMIN P.
ANDREW D NEUHAUSER, ESQ
520 MADISON AVE STE 740
TOLEDO, OH 43604