IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Ref. No. 9261 |

---

## CERTIFICATE OF NO OBJECTION TO STATEMENT
### RE: DOCKET NO. 9261

The undersigned hereby certifies that, as of the date hereof, he has received no

answer, objection or other responsive pleading to Monthly Statement of Zolfo Cooper as

Restructuring Specialists for the Debtors and Debtors-in-Possession for Allowance of

Compensation and Reimbursement of Expenses Incurred for the Period August 1, 2010 through

August 31, 2010 (the "Statement"). The Court's docket which was last updated October 28,

2010, reflects that no objections to the Statement have been filed. Objections to the Statement

were to be filed and served no later than October 14, 2010 at 4:00 p.m.

Pursuant to the Order Under Sections 105 and 363 of the Bankruptcy Code

Approving the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom

entered on September 5, 2007 [Docket No. 606], the Debtors are now authorized to pay 100% of

requested interim fees ($138,050.00) and 100% of requested interim expenses ($4,469.12) on an

interim basis without further Court order.


Dated: Wilmington, Delaware
       October 28, 2010

                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP


                                    /s/ Ryan M. Bartley
                                    Sean M. Beach (No. 4070)
                                    Matthew B. Lunn (No. 4119)
                                    Ryan M. Bartley (No. 4985)
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 571-6600
                                    Facsimile: (302) 571-1253

                                    Counsel for Debtors and
                                    Debtors in Possession