IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------- x
In re:                                                                  :   Chapter 11
                                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                  :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                         :
                                                                        :   Jointly Administered
    Debtors.                                                            :
                                                                        :   Ref. No. 6277
----------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 9277

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Thirty-Third Monthly Application of Weiner Brodsky Sidman Kider PC as an Ordinary Course Professional for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period July 1, 2010 through July 31, 2010 (the "Application") has been received. The Court's docket which was last updated October 28, 2010, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than October 19, 2010 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($1111.20) of requested fees ($1,389.00) and 100% of requested expenses ($217.34) on an interim basis without further Court order.

Dated: Wilmington, Delaware
October 28, 2010

           YOUNG CONAWAY STARGATT & TAYLOR, LLP

           /s/ Ryan M. Bartley
           Sean M. Beach (No. 4070)
           Ryan M. Bartley (No. 4950)
           The Brandywine Building
           1000 West Street, 17th Floor
           Wilmington, Delaware 19801
           Telephone: (302) 571-6600
           Facsimile: (302) 571-1253

           Counsel for Debtors and
           Debtors in Possession