IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       : Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                              :
                                                                             : Jointly Administered
         Debtors.                                                            :
                                                                             : Ref. No. 9274
---------------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION
## RE: DOCKET NO. 9274

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Thirty-Seventh Monthly Application of Quinn Emanuel Urquhart & Sullivan LLP as Special Investigatory Litigation and Conflicts Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period August 1, 2010 through August 31, 2010 (the "Application"). The Court's docket which was last updated October 28, 2010, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than October 18, 2010 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($12,050.80) of requested fees ($15,063.50) and 100% of requested expenses ($798.16) on an interim basis without further Court order.

Dated: Wilmington, Delaware
October 28, 2010

<div style="margin-left:auto;">

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Patrick A. Jackson
Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

</div>