UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| American Home Mortgage Holdings, Inc., et al. | : | Case No. 07-11047 (CSS) |
| Debtors. | : | Jointly Administered |

## DECLARATION IN SUPPORT OF MOTION FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

I, Marc S. Marino, under penalty of perjury pursuant to 28 U.S.C. § 1762, declare as follows:

1.     I am Vice President of Mooring Tax Asset Group, LLC ("**Mooring**").  In that capacity, I am fully familiar with the facts and circumstances giving rise to Mooring's Motion for an Order Granting Relief from the Automatic Stay, dated of even date herewith ("**Motion**").

2.     On August 6, 2007 ("**Petition Date**"), American Home Mortgage Holdings, Inc. and several of its affiliates, including American Home Mortgage Corp. ("**AHM**" and collectively, the "**Debtors**") filed petitions seeking relief under Chapter 11 of the Bankruptcy Code, initiating the above-captioned cases.

3.     AHMS is the owner of certain real property located at 846 East 220 Street, Bronx, New York, Tax Parcel ID Number 2-4678-65 ("**Property**") pursuant to a Referee's Deed in Foreclosure dated February 13, 2007 and recorded in the Office of the City Register of the City of New York on March 8, 2007, Document ID number 2007030600069001.

4.     On August 18, 2009, The Bank of New York Mellon, as Collateral Agent and Custodian for NYCTL 2009-A RESIDUAL TRUST ("**Holder**"), purchased from the City of

New York, Department of Finance, a duly levied real property tax lien encumbering the Property ("**Tax Lien**") pursuant to Tax Lien Certificate No. 2A ("**Certificate**"). A copy of the Certificate evidencing the Tax Lien is attached as **Exhibit A**.

5.      Mooring is the servicer for the Holder.

6.      As of September 20, 2010, the total amount of $49,807.56, including accrued interest, late charges, and other fees ("**Tax Lien Debt**"), was due under the Tax Lien in connection with unpaid real property taxes and water assessments occurring from July 2005 through July 2009. A statement of the Tax Lien Debt is attached as **Exhibit B**.

7.      The Debtors have failed to make post-confirmation real property tax payments on the Property, causing additional tax liens to accrue on the Property.

8.      Mooring seeks relief from the automatic stay so it can foreclose or otherwise enforce any and all of its rights, pursuant to any and all liens or other interests in the Property, including without limitation, its right to foreclose on the Tax Lien.

9.      No previous application has been made by Mooring for relief from the automatic stay or for an order allowing Mooring to commence or continue with a tax lien foreclosure action in state court against the Property.

Dated: _October 26_, 2010

_____
Marc S. Marino, Vice President

Doc # 01-2397780.2

# EXHIBIT A



FLC

2009082400690001001E7E1F

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | |

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 52 |
|---|---|
| Document ID: 2009082400690001     Document Date: 08-18-2009 | Preparation Date: 08-24-2009 |
| Document Type: TAX LIEN SALE CERTIFICATE | |
| Document Page Count: 1 | |

| PRESENTER: | RETURN TO: |
|---|---|
| DEPARTMENT OF FINANCE<br>1 CENTRE STREET<br>NEW YORK, NY 10007 | BANK OF NEW YORK<br>101 BARCLAY STREET<br>NEW YORK, NY 10286 |

### PROPERTY DATA

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| BRONX | 2265 | 2 | Entire Lot | | |
| Property Type: OTHER | | | | | |
| Borough | Block | Lot | | Unit | Address |
| BRONX | 2267 | 40 | Entire Lot | | |
| Property Type: OTHER | | | | | |

x   Additional Properties on Continuation Page

### CROSS REFERENCE DATA

CRFN_____  or  Document ID_____  or _____  Year____  Reel ___  Page____  or  File Number_____

### PARTIES

| PARTY 1: | PARTY 2: |
|---|---|
| CITY OF NEW YORK<br>1 CENTRE STREET<br>NEW YORK, NY 10007 | BANK OF NEW YORK<br>101 BARCLAY STREET<br>NEW YORK, NY 10286 |

### FEES AND TAXES

| Mortgage | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | EXEMPT | | | |
| Affidavit Fee: | $ | 0.00 | | | |

RECORDED OR FILED IN THE OFFICE
OF THE CITY REGISTER OF THE
CITY OF NEW YORK
Recorded/Filed          08-25-2009 10:59
City Register File No.(CRFN):
2009000271364

*Annette M. Hill*

*City Register Official Signature*

THE CITY OF NEW YORK
## TAX LIEN CERTIFICATE NO. 2A
**The Bronx**
**August 18, 2009**

THIS CERTIFICATE, made as of August 18, 2009, from The City of New York, a municipal corporation existing under the laws of the State of New York (the "City") having an address at The City of New York, Department of Finance, 1 Centre Street, New York, New York 10007, to The Bank of New York Mellon, as Collateral Agent and Custodian (the "Collateral Agent and Custodian"), having an address at 101 Barclay Street, 4W, New York, New York 10286, Attention: Asset Backed Securities Group,

### WITNESSETH:

THAT the City, in consideration of TEN DOLLARS ($10.00), lawful money of the United States, paid in hand by the Collateral Agent and Custodian, and other good and valuable consideration, receipt of which is hereby acknowledged, in accordance with Chapter 3 of Title 11 of the City Administrative Code, DOES HEREBY SELL, TRANSFER, ASSIGN, CONVEY, GRANT AND RELEASE unto the Collateral Agent and Custodian and its successors and assigns all of the City's right, title and interest in and to all real property taxes, assessments, sewer rents, sewer surcharges, water rents and any other City charges that, (A) prior to May 11, 2009, in the case of sewer rents, sewer surcharges and water rents listed under the heading "CIS" on Schedule A hereto, and (B) prior to May 4, 2009, in the case of all real property taxes, assessments and all other City charges, including sewer rents, sewer surcharges and water rents listed under the heading "Environ" on Schedule A hereto (each such date, a "Sale Date"), have become a lien against those certain parcels of real property (each, a "Property") located in the Borough of The Bronx, County of Bronx and listed on either Schedule A hereto by block and lot number, plus all interest and penalties accrued thereon to the applicable Sale Date, plus (except in the case of Properties as to which the owners thereof were subject to bankruptcy proceedings on the applicable Sale Date ("Bankruptcy Tax Liens")) costs of advertisements and notices of sale and a surcharge equal to five percent (5%) of the sum of all such amounts (all such amounts with respect to a Property, including costs of advertisements and notices of sale and the surcharge if any, collectively, a "Tax Lien") in the total amount (the "Tax Lien Principal Balance") set forth with respect to each Property on either Schedule A hereto, plus interest accruing thereon from the applicable Sale Date at the rate of eighteen percent (18%) per annum, compounded daily (or nine percent (9%) per annum, compounded daily, in the case of (A) real property taxes included in Bankruptcy Tax Liens on certain Properties and (B) sewer rents, sewer surcharges and water rents included in Bankruptcy Tax Liens).

THAT the Tax Lien Principal Balance for each Tax Lien is due and payable one year from the applicable Sale Date, unless it becomes due and payable earlier as set forth in Section 11-332 of the City Administrative Code. Accrued interest on the Tax Lien Principal Balance for each Tax Lien is payable semi-annually on the date which is six months from applicable Sale Date, and on each anniversary of such date and applicable Sale Date, until the Tax Lien Principal

Balance is paid in full. The Tax Lien Principal Balance and all accrued interest thereon shall be payable directly to the Collateral Agent and Custodian or its designee.

TO HAVE AND TO HOLD the premises herein granted unto the Collateral Agent and Custodian and its successors and assigns forever.

IN WITNESS WHEREOF, the City has duly executed this Certificate as of the day and year first above written.

Approved as to form:

NEW YORK CITY LAW DEPARTMENT                    THE CITY OF NEW YORK

By _Albert F. Moncure_                          By _[signature]_
    Albert F. Moncure, Jr.                          Margaret Donadio
    Acting Corporation Counsel                       Tax Lien Ombudsperson


STATE OF NEW YORK    |
                    | SS:
COUNTY OF NEW YORK   |


On August _18_, 2009, before me, the undersigned, a Notary Public in and for said State, personally appeared Margaret Donadio, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

GINA SCIANNI
Notary Public, State of New York
No. 02SC6142688
Qualified in New York County
Commission Expires March 20, 2010

_Notary Public_

My commission expires: _March 20, 2010_

New York Tax Liens
NYC Tax Liens 2009-A (Schedule A) *** $70,931,401.93 (3760) Liens

Records: 689
Balance: $14,419,780.20
Selection: Bronx

| Block | Lot | Property Address | Owner | Property | Other | Environ | CRS | Noticing Fees | Surcharges | Lien Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 4647 | 3 | 3604 BAILEY AVENUE | ABREU, CANDY | 0.00 | 0.00 | 0.00 | 5,696.19 | 252.12 | 257.42 | 6,245.73 |
| 4647 | 67 | WHITE PLAINS ROAD | THOMAS MANIGAULT JR | 1,666.47 | 0.00 | 0.00 | 0.00 | 252.12 | 95.93 | 2,014.52 |
| 4647 | 28 | 3759 BRONX BOULEVARD | CARR, BASIL | 0.00 | 0.00 | 0.00 | 3,485.16 | 252.12 | 186.86 | 3,924.14 |
| 4649 | 21 | 39 CARPENTER AVENUE | BETTER HOMES DEPOT, I | 0.00 | 0.00 | 0.00 | 3,225.79 | 252.12 | 173.50 | 3,651.81 |
| 4653 | 184 | CARPENTER AVENUE | JAVIER COLON | 1,940.36 | 0.00 | 0.00 | 0.00 | 252.12 | 109.52 | 2,301.00 |
| 4653 | 13 | 3633 WHITE PLAINS ROAD | D AND C PROFESSIONAL | 21,305.09 | 132.94 | 0.00 | 0.00 | 252.12 | 1,085.51 | 22,775.66 |
| 4655 | 45 | 3667 WHITE PLAINS ROAD | STANFORD COLLMAN | 30,030.45 | 263.15 | 0.00 | 1,047.19 | 252.12 | 1,503.95 | 33,096.86 |
| 4655 | 51 | 3833 WHITE PLAINS ROAD | ANDERSON MERLE | 0.00 | 0.00 | 0.00 | 12,371.68 | 252.12 | 659.37 | 13,283.17 |
| 4680 | 6 | 3550 HOLLAND AVENUE | EDWINA R PRESSLEY | 12,946.36 | 0.00 | 0.00 | 0.00 | 252.12 | 173.19 | 13,371.67 |
| 4680 | 13 | 3550 HOLLAND AVENUE | JACKSON, DAVIS | 0.00 | 0.00 | 0.00 | 5,232.69 | 252.12 | 283.53 | 5,767.93 |
| 4681 | 29 | 3553 CARLISLE PLACE | CRUZ, RAFAEL | 0.00 | 884.26 | 0.00 | 3,011.63 | 252.12 | 163.53 | 4,058.92 |
| 4682 | 162 | 3539 BARNES AVENUE | 3650 WHITE PLAINS COR | 0.00 | 0.00 | 0.00 | 7,945.50 | 252.12 | 494.09 | 8,535.57 |
| 4682 | 43 | 3605 HOLLAND AVENUE | | 6,280.50 | 0.00 | 0.00 | 0.00 | 252.12 | 326.53 | 8,665.25 |
| 4682 | 6 | 3650 WHITE PLAINS ROAD | JOANN PISACANE | 4,851.73 | 53.07 | 0.00 | 0.00 | 252.12 | 257.10 | 5,389.02 |
| 4682 | 45 | 740 EAST 216 STREET | JAGMOHAN, JALAL | 0.00 | 0.00 | 0.00 | 3,825.10 | 252.12 | 203.86 | 4,281.08 |
| 4694 | 59 | EAST 217 STREET | DORSEY, GLADYS M | 0.00 | 0.00 | 0.00 | 5,423.43 | 252.12 | 203.78 | 5,593.33 |
| 4654 | 77 | 748 EAST 217 STREET | CECIL DANIEL | 200,146.24 | 0.00 | 0.00 | 0.00 | 252.12 | 10,010.62 | 210,418.28 |
| 4655 | 17 | 759 EAST 217 STREET | VICTOR D SQUIRE | 0.00 | 0.00 | 0.00 | 3,003.71 | 252.12 | 182.79 | 3,418.62 |
| 4655 | 27 | 741 EAST 217 STREET | RICHARDS, BONITO | 19,728.65 | 95.27 | 0.00 | 0.00 | 252.12 | 1,003.60 | 21,079.84 |
| 4656 | 23 | 749 EAST 216 STREET | NIXON RUTH | 0.00 | 0.00 | 0.00 | 5,008.58 | 252.12 | 253.04 | 5,522.74 |
| 4658 | 77 | 738 EAST 221 STREET | MAE NELSON | 0.00 | 0.00 | 0.00 | 21,102.95 | 252.12 | 1,852.70 | 34,508.63 |
| 4675 | 19 | 841 EAST 216 STREET | AMERICAN HOME MORTGAG | 15,689.86 | 0.00 | 0.00 | 0.00 | 252.12 | 231.60 | 4,867.74 |
| 4678 | 55 | 845 EAST 220 STREET | GRANT, CHEVANESE | 0.00 | 0.00 | 0.00 | 4,383.82 | 252.12 | 174.77 | 3,572.04 |
| 4680 | 23 | 827 EAST 221 STREET | OSCAR MACKENZIA | 0.00 | 0.00 | 0.00 | 3,243.35 | 252.12 | 195.32 | 4,101.73 |
| 4680 | 80 | 842 EAST 222 STREET | ROMAIN-BUSH, JASMINE | 0.00 | 0.00 | 0.00 | 3,854.35 | 252.12 | 268.17 | 5,631.54 |
| 4682 | 30 | 913 EAST 211 STREET | BESUMBU, CATHERINE | 0.00 | 0.00 | 0.00 | 5,111.26 | 252.12 | 221.13 | 4,643.67 |
| 4682 | 37 | 3338 BRONXWOOD AVENUE | SINCKLER-WILSON PROPE | 0.00 | 0.00 | 0.00 | 4,170.42 | 252.12 | 335.87 | 7,053.21 |
| 4683 | 54 | 900A EAST 213 STREET | LARRY MOYER | 0.00 | 0.00 | 0.00 | 6,485.22 | 252.12 | 138.39 | 4,643.67 |
| 4684 | 23 | 927 EAST 213 STREET | | 0.00 | 0.00 | 0.00 | 2,615.77 | 252.12 | 209.82 | 2,906.28 |
| 4685 | 31 | 905 EAST 214 STREET | MIGHTY, KENYA | 0.00 | 0.00 | 0.00 | 5,544.19 | 252.12 | 211.49 | 6,008.13 |
| 4685 | 48 | EAST 215 STREET | NUNEZ, ALBERTO | 0.00 | 0.00 | 0.00 | 3,877.59 | 252.12 | 202.22 | 4,441.20 |
| 4690 | 164 | 3639 PAULDING AVENUE | DUNN HOWARD | 0.00 | 0.00 | 0.00 | 3,792.26 | 252.12 | 166.11 | 4,246.60 |
| 4690 | 50 | 918 EAST 220 STREET | V GROSS | 0.00 | 0.00 | 0.00 | 3,470.13 | 252.12 | 195.57 | 3,888.36 |
| 4690 | 70 | 3625 PAULDING AVENUE | D M DAVIS | 0.00 | 0.00 | 0.00 | 3,661.24 | 252.12 | 178.10 | 4,159.03 |
| 4691 | 6 | 933 EAST 221 STREET | GRULLON, JUAN | 0.00 | 0.00 | 0.00 | 3,331.66 | 252.12 | 189.80 | 3,782.59 |
| 4692 | 64 | 35N LACONIA AVENUE | HANCHARD, MICHAEL | 0.00 | 0.00 | 0.00 | 327.17 | 252.12 | 601.45 | 3,987.82 |
| 4695 | 45 | 1010 EAST 217 STREET | HORIZON PROPERTY GROU | 0.00 | 0.00 | 0.00 | 8,006.31 | 252.12 | 183.66 | 12,620.47 |
| 4700 | 27 | 3752 PAULDING AVENUE | WELDON, KERRY | 11,449.73 | 0.00 | 0.00 | 3,621.15 | 252.12 | 412.92 | 4,056.93 |
| 4700 | 24 | 1304 OAKLEY STREET | MURRAY PHYLLIS | 0.00 | 0.00 | 0.00 | 3,548.55 | 252.12 | 276.27 | 3,871.35 |
| 4711 | 6 | 1108 EAST 222 STREET | RICHARDSON MIRIAM V | 0.00 | 0.00 | 0.00 | 5,276.52 | 252.12 | 183.81 | 5,803.81 |
| 4718 | 6 | 1476 OAKLEY STREET | ALEGRE, MARTINS | 0.00 | 0.00 | 0.00 | 3,670.56 | 252.12 | 198.13 | 4,118.81 |
| 4717 | 35 | 1476 OAKLEY STREET | UKANWOKE, CHIMA J. | 0.00 | 0.00 | 0.00 | 5,153.31 | 252.12 | 196.13 | 5,640.00 |
| 4721 | 108 | 1464 HICKS STREET | MAXWELL, SHIRLEY | 0.00 | 0.00 | 0.00 | 5,683.77 | 252.12 | 288.57 | 6,215.93 |

# EXHIBIT B

www.TaxLienSupport.com

| To: | AMERICAN HOME MORTGAG | **MTAG - Tax Lien PayOff Quote** | Inquiries please call: Richard at MTAG: 800-750-9210 |
|---|---|---|---|

This fax is meant for the named recipient. If you are not the named recipient of this fax, please contact MTAG at the number listed on this fax and destroy the fax.

## Property Information

Cert: 799331          Borough: 2          Block/Lot: 4678/65

## Payoff Information

*** Please return a copy of this statement with your payment ***

| 9/14/2010 | | 9/15/2010 | | 9/18/2010 | | Send Release to: |
|---|---|---|---|---|---|---|
| Total Amt Due | $49,660.44 | Water A Int | $6,138.56 | Water A Int | $6,180.66 | Company: |
| Certs | $38,906.63 | All Other Int | $4,639.75 | All Other Int | $4,671.18 | |
| Interest | $10,753.81 | Total Amt Due | $49,684.94 | Total Amt Due | $49,758.47 | |
| Fees | $0.00 | 9/16/2010 | | 9/19/2010 | | Attention: |
| Certs Breakdown | | Water A Int | $6,152.59 | Water A Int | $6,194.71 | |
| Property | $15,698.86 | All Other Int | $4,650.22 | All Other Int | $4,681.67 | |
| Water A | $21,102.95 | Total Amt Due | $49,709.44 | Total Amt Due | $49,783.01 | Mailing Address: |
| Water B | $0.00 | 9/17/2010 | | 9/20/2010 | | |
| Other | $0.00 | Water A Int | $6,166.62 | Water A Int | $6,208.77 | --------------------------------- |
| Noticing | $252.12 | All Other Int | $4,660.70 | All Other Int | $4,692.16 | |
| Surcharge | $1,852.70 | Total Amt Due | $49,733.95 | Total Amt Due | $49,807.56 | Contact Phone Number: |
| Interest Breakdown | | Water A Accrual Date: 5/11/2009 | | | | |
| Water A Int | $6,124.53 | All Other Accrual Date: 5/4/2009 | | | | |
| All Other Int | $4,629.28 | Total Previous Payments: $0.00 | | | | |

## Sending Payment

| Make checks payable to: | MAIL TO:    Via Regular Mail: | Via overnight courier: |
|---|---|---|
| **NYCTL 2009-A Trust MTAG** | **NYCTL 2009-A / MTAG** | NYCTL 2009-A / MTAG - Lockbox 11434 |
| Please do not indicate | P.O. Box 11434 | 101 Barclay St. - 3W |
| PAYMENT IN FULL | New York, NY, 10286 - 1434 | New York, NY, 10007 |
| on your check | | |
| | | **Priority AM Delivery Required** |

IF THIS ACCOUNT HAS BEEN REFERRED TO AN ATTORNEY FOR FORECLOSURE, THIS PAYOFF QUOTE MAY INCLUDE ESTIMATED LEGAL FEES AND COSTS. ADDITIONAL CHARGES MAY BE ADDED AS A RESULT OF FORECLOSURE-RELATED FEES OR COSTS. ALL ADDITIONAL CHARGES MUST BE PAID IN ORDER FOR THE LIEN TO BE SATISFIED.

PLEASE BE ADVISED THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND THAT WE ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

*Produced by LienTax*          9/14/2010 4:00:10 PM (MFC\mNims)          Page 1 of 1