IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>American Home Mortgage Holdings, Inc., et al.,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

**ORDER GRANTING MOORING TAX ASSET GROUP, LLC
RELIEF FROM THE AUTOMATIC STAY [Docket No.    ]**

Upon the motion (the "Motion") of Mooring Tax Asset Group, LLC ("Mooring") for relief from the automatic stay to permit the foreclosure upon a certain parcel of real property located at 846 East 220 Street, Bronx, New York, Tax Parcel ID Number 2-4678-65 (the "Property"), the Declaration of Marc S. Marino dated October 26, 2010; the Court having found that notice was appropriate and cause exists to grant relief sought by the Motion, it is hereby

ORDERED THAT, Mooring is granted relief from the automatic stay to exercise its rights with respect to Property, including but not limited to permitting Mooring to foreclose upon the Property; and it is further

ORDERED THAT, upon the sale of the Property, Mooring shall notify the Debtors of any surplus realized following the foreclosure sale of the Property; and it is further

ORDERED THAT, the Debtors' rights to any surplus realized after said foreclosure proceeding are reserved.


Dated: This _____ day of _____, 2010


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Christopher S. Sontchi
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

2859542/1