# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>American Home Mortgage Holdings, Inc., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

## ORDER APPROVING MOTION TO LIMIT NOTICE

Upon consideration of the Motion of Mooring Tax Asset Group, LLC ("**Mooring**") to Limit Notice (the "**Motion to Limit**") of the Motion of Mooring for an Order Granting Relief from the Automatic Stay (the "**Stay Relief Motion**"), and the Court having reviewed same;

IT IS ORDERED THAT:

1. The Motion to Limit is **GRANTED**.

2. Notice of the Stay Relief Motion together with a copy of the Stay Relief Motion, shall be served upon the following: (i) the Debtors; (ii) counsel to the Debtors; (iii) counsel to the Official Committee of Unsecured Creditors; (iv) the Debtors' prepetition and pospetition secured and warehouse lenders; and (v) the United States Trustee.

Dated: This _____ day of _____ 2010

 

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge