IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                             )   Chapter 11
                                                   )
AMERICAN HOME MORTGAGE                             )
HOLDINGS, INC., a Delaware corporation,            )   Case No. 07-11047 (CSS)
et al.,                                            )
                    Debtors.                       )   Jointly Administered
                                                   )

## AFFIDAVIT OF JAMIE DAWSON, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, Jamie Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on October 28, 2010 I caused to be served:

### MOTION OF MOORING TAX ASSET GROUP, LLC TO LIMIT NOTICE

### MOTION OF MOORING TAX ASSET GROUP, LLC FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Service was completed upon parties on the attached list in the manner indicated thereon.

Date: October 28, 2010

_____
Jamie Dawson

SWORN AND SUBSCRIBED before me this 28th day of October, 2010.

_____
NOTARY
My commission expires: 8/19/11

ROBERT WILLIAM LAIRD
Notary Public - State of Delaware
My Comm. Expires Aug. 19, 2011

WWW/112908-0002/2315648/1 9/11/2009

**VIA HAND DELIVERY**
Robert S. Brady, Esq.
James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Matthew B. Lunn, Esq.
M. Blake Cleary, Esq.
Sean M. Beach, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Facsimile: (302) 571-1253
[Counsel to the Debtors]

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Facsimile: (302) 428-5110
[Counsel for the Official Committee of Unsecured Creditors]

Thomas G. Macauley, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801
[Counsel for the Borrowers Committee]

Joseph McMahon, Jr., Esq.
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
[United States Trustee]

Mark Minuti, Esq.
Lucian Murley, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899
[Counsel to American Home Mortgage Servicing Inc., f/k/a AH Mortgage Acquisition Co. Inc.]

**VIA HAND DELIVERY**
Steven K. Kortanek, Esq.
Kevin J. Mangan, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
[Counsel to CSFB]

Richard W. Riley, Esq.
Michael R. Lastowski, Esq.
Christopher Winter, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
[Counsel for Bear Stearns Mortgage Capital Corporation and EMC Mortgage Corporation]

Frederick B. Rosner, Esq.
Messana Rosner & Stern LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
[Counsel for Bear Sterns Mortgage Capital Corporation and EMC Mortgage Corporation]

William P. Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
[Counsel to UBS Securities LLC and UBS Real Estate Securities, Inc.]

Victoria W. Counihan, Esq.
Sandra G.M. Selzer, Esq.
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
[Counsel to WLR Recovery Fund III, L.P.]

Neil B. Glassman, Esq.
Steven M. Yoder, Esq.
Eric M. Sutty, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
[Counsel to Natixis Real Estate Capital Inc.]

**VIA HAND DELIVERY**
Laurie Selber Silverstein, Esq.
Gabriel R. MacConaill, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19899
[Counsel to Bank of America, N.A. as Administrative Agent]

**VIA FIRST CLASS MAIL**
Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Facsimile: (212) 478-7400
[Counsel for the Official Committee of Unsecured Creditors]

Stephen A. Weisbrod
Gilbert Oshinsky LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005
Facsimile: (202) 772-3333
[Counsel for the Borrowers Committee]

Linda Singer, Esq.
Cohen Milstein
1100 New York Ave., N.W.
Suite 500, West Tower
Washington, DC 10005
[Counsel for the Borrowers Committee]

Lori Fife, Esq.
Howard B. Comet, Esq.
Ronit Berkovich, Esq.
Christopher J. Marcus, Esq.
Weil Gotschal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
[Counsel to CSFB]

Joseph Cioffi, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
[Counsel to Natixis Real Estate Capital Inc.]

**VIA FIRST CLASS MAIL**
William Goldman, Esq.
Andrew Stern, Esq.
Geoff T. Raicht, Esq.
Alex R. Rovira, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
[Counsel to Bear Stearns Mortage Capital Corporation and EMC Mortgage Corporation]

Rick B. Antonoff, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
[Counsel to UBS Securities LLC and UBS Real Estate Securities, Inc.]

Richard S. Miller, Esq.
Robert T. Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022
[Counsel to Barclays Bank PLC and Barclays Capital Inc.]

Corinne Ball, Esq.
Erica M. Ryland, Esq.
I. Lewis H. Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
[Counsel to WLR Recovery Fund III, L.P.]

Brett P. Barragate, Esq.
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH 44114
[Counsel to WLR Recovery Fund III, L.P.]

Margot B. Schonholtz, Esq.
Mark F. Liscio, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
[Counsel to Bank of America, N.A. as Administrative Agent]

WWW/112908-0002/2315648/1 9/11/2009