IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>American Home Mortgage Holdings,<br>Inc., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>Objection deadline: November 8, 2010 at 4:00 p.m.<br>Hearing Date:  November 15, 2010 at 3:00 p.m. |

## AMENDED NOTICE OF MOTION FOR
## MOTION OF MOORING TAX ASSET GROUP, LLC FOR AN ORDER
## GRANTING RELIEF FROM THE AUTOMATIC STAY

To:   The Debtors;
    Counsel for the Debtors;
    Counsel for the Official Committee of Unsecured Creditors;
    The Debtors' prepetition and postpetition secured and warehouse lenders; and
    The United States Trustee

PLEASE TAKE NOTICE that the undersigned counsel for Mooring Tax Asset Group, LLC ("Movant") has filed the Motion for Relief from the Automatic Stay (the "Motion").

**A HEARING ON THE MOTION WILL BE HELD ON NOVEMBER 15, 2010 AT 3:00 P.M. (ET).**

If you wish to respond to the Motion, you are required to file a response (and the supporting documentation required by Rule 4001-1(d) of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware) no later than **November 8, 2010 at 4:00 p.m. prevailing Eastern Time** (the "Objection Deadline").

At the same time, you must also serve a copy of the response upon Movant's attorneys:

| | |
|---|---|
| Jeffrey R. Waxman, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Ave. Suite 1500<br>Wilmington, Delaware  19801-1494<br>Telephone:  (302) 888 6800 | Angela Z. Miller, Esquire<br>PHILLIPS LYTLE LLP<br>3400 HSBC Center<br>Buffalo, New York  14203<br>Telephone:  (716) 847 8400 |

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for

2859542/1

the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

Dated: October 28, 2010

MORRIS JAMES LLP

_____
Jeffrey R. Waxman (No. 4159)
500 Delaware Ave. Suite 1500
Wilmington, Delaware 19801-1494
Telephone: (302) 888 6800
    -and-

PHILLIPS LYTLE LLP
Angela Z. Miller, Esq.
3400 HSBC Center
Buffalo, New York 14203
Telephone: (716) 847 8400

Attorneys for Mooring Tax Asset Group, LLC