IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | ) ) ) ) | Case No. 07-11047 (CSS) |
| Debtors. | ) ) | Jointly Administered |

### AFFIDAVIT OF JAMIE DAWSON, PARALEGAL

STATE OF DELAWARE     :
                                         : SS:
NEW CASTLE COUNTY  :

I, Jamie Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on October 28, 2010 I caused to be served:

**AMENDED NOTICE OF MOTION FOR
MOTION OF MOORING TAX ASSET GROUP, LLC FOR AN ORDER
GRANTING RELIEF FROM THE AUTOMATIC STAY**

Service was completed upon parties on the attached list in the manner indicated thereon.

Date: October 28, 2010

_____
Jamie Dawson

SWORN AND SUBSCRIBED before me this 28th day of October, 2010.

_____
NOTARY
My commission expires: 8/19/11

ROBERT WILLIAM LAIRD
Notary Public - State of Delaware
My Comm. Expires Aug. 19, 2011

WWW/112908-0002/2315648/1 9/11/2009

**VIA HAND DELIVERY**
Robert S. Brady, Esq.
James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Matthew B. Lunn, Esq.
M. Blake Cleary, Esq.
Sean M. Beach, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Facsimile: (302) 571-1253
[Counsel to the Debtors]

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Facsimile: (302) 428-5110
[Counsel for the Official Committee of Unsecured Creditors]

Thomas G. Macauley, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19801
[Counsel for the Borrowers Committee]

Joseph McMahon, Jr., Esq.
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
[United States Trustee]

Mark Minuti, Esq.
Lucian Murley, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899
[Counsel to American Home Mortgage Servicing Inc., f/k/a AH Mortgage Acquisition Co. Inc.]

**VIA HAND DELIVERY**
Steven K. Kortanek, Esq.
Kevin J. Mangan, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
[Counsel to CSFB]

Richard W. Riley, Esq.
Michael R. Lastowski, Esq.
Christopher Winter, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
[Counsel for Bear Stearns Mortgage Capital Corporation and EMC Mortgage Corporation]

Frederick B. Rosner, Esq.
Messana Rosner & Stern LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
[Counsel for Bear Sterns Mortgage Capital Corporation and EMC Mortgage Corporation]

William P. Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
[Counsel to UBS Securities LLC and UBS Real Estate Securities, Inc.]

Victoria W. Counihan, Esq.
Sandra G.M. Selzer, Esq.
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
[Counsel to WLR Recovery Fund III, L.P.]

Neil B. Glassman, Esq.
Steven M. Yoder, Esq.
Eric M. Sutty, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
[Counsel to Natixis Real Estate Capital Inc.]

**VIA HAND DELIVERY**
Laurie Selber Silverstein, Esq.
Gabriel R. MacConaill, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19899
[Counsel to Bank of America, N.A. as Administrative Agent]

**VIA FIRST CLASS MAIL**
Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Facsimile: (212) 478-7400
[Counsel for the Official Committee of Unsecured Creditors]

Stephen A. Weisbrod
Gilbert Oshinsky LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005
Facsimile: (202) 772-3333
[Counsel for the Borrowers Committee]

Linda Singer, Esq.
Cohen Milstein
1100 New York Ave., N.W.
Suite 500, West Tower
Washington, DC 10005
[Counsel for the Borrowers Committee]

Lori Fife, Esq.
Howard B. Comet, Esq.
Ronit Berkovich, Esq.
Christopher J. Marcus, Esq.
Weil Gotschal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
[Counsel to CSFB]

Joseph Cioffi, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
[Counsel to Natixis Real Estate Capital Inc.]

**VIA FIRST CLASS MAIL**
William Goldman, Esq.
Andrew Stern, Esq.
Geoff T. Raicht, Esq.
Alex R. Rovira, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
[Counsel to Bear Stearns Mortage Capital Corporation and EMC Mortgage Corporation]

Rick B. Antonoff, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
[Counsel to UBS Securities LLC and UBS Real Estate Securities, Inc.]

Richard S. Miller, Esq.
Robert T. Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022
[Counsel to Barclays Bank PLC and Barclays Capital Inc.]

Corinne Ball, Esq.
Erica M. Ryland, Esq.
I. Lewis H. Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
[Counsel to WLR Recovery Fund III, L.P.]

Brett P. Barragate, Esq.
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH 44114
[Counsel to WLR Recovery Fund III, L.P.]

Margot B. Schonholtz, Esq.
Mark F. Liscio, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
[Counsel to Bank of America, N.A. as Administrative Agent]