# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road      **Chapter:** 11
Melville, NY 11747
 **EIN:** 13–4066303

*Case No*.: 07–11047–CSS

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

 A transcript of the proceeding held on 3/27/08 was filed on 10/29/10 . The following deadlines apply:

 The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 11/19/10 .

 If a request for redaction is filed, the redacted transcript is due 11/29/10 .

 If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 1/27/11 unless extended by court order.

 To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*David D. Bird*

Clerk of Court

Date: 10/29/10

(ntc)