IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | | |
|---|---|---|---|
| In re: | ) | Chapter 11 | |
| American Home Mortgage Investment Corp., | ) | Case No. | 07-11048 |
| Debtor. | ) | | |

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

| | | | |
|---|---|---|---|
| Debtor's Name: | American Home Mortgage Investment Corp. | Bank: | Various |
| Bankruptcy Number: | 07-11048 | Account Number: | Various |
| Date of Confirmation: | 2/23/2009 | Account Type: | Various |
| Reporting Period (month/year): | July 1, 2010 through September 30, 2010 | | |

| | | |
|---|---:|---:|
| Beginning Cash Balance: | $8,623,515 | |
| All receipts received by the debtor: | | |
|     Cash Sales: | $0 | |
|     Collection of Accounts Receivable: | $1,378,556 | |
|     Proceeds from Litigation (settlement or otherwise): | $5,634,405 | |
|     Sale of Debtor's Assets: | $0 | |
|     Capital Infusion pursuant to the Plan: | $0 | |
|     Total of cash received: | $7,012,962 | |
| Total of cash available: | | $15,636,476 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | |
|     Disbursements made under the plan, excluding the administrative claims of the bankruptcy professionals: | $47,450 | |
|     Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $2,407,261 | |
|     All other disbursements made in the ordinary course: | $498,259 | |
|     Total Disbursements | | $2,952,970 |
| Ending Cash Balance | | $12,683,506 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 10/28/10

Name/Title: *[signature]*
Kevin Nystrom / Chief Restructuring Officer

**American Home Mortgage Investment Corp. - Case No. 07-11048**
**Parent-Only Statements of Financial Condition**

|  | 8/5/2007 | 9/30/2010 |
|---|---:|---:|
| **ASSETS** | | |
| Cash and cash equivalents | $ 1,832,906 | $ 7,047,867 |
| Restricted cash | 150,799,967 | 5,635,639 |
| Accounts receivable | 2,861,619 | 76,108 |
| Intercompany receivable | 1,320,448,267 | 35,536,932 |
| Securities | 1,422,346,044 | 2,561,143 |
| Derivative assets | 17,769,854 | - |
| Investment in subsidiaries | (183,269,746) | (2,466,932,010) |
| Other assets | 11,876 | - |
| Total assets | $ 2,732,800,787 | $ (2,416,074,321) |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **Liabilities:** | | |
| Reverse repurchase agreements | $ 1,411,711,505 | $ - |
| Junior subordinated note | 180,416,000 | 180,416,000 |
| Derivative liabilities | 2,273,147 | 53,817,031 |
| Accrued expenses and other liabilities | 88,799,755 | 251,594,139 |
| Intercompany payable | 572,639,754 | 586,136,872 |
| Total liabilities | $ 2,255,840,161 | $ 1,071,964,042 |
| | | |
| **Stockholders' Equity:** | | |
| Preferred stock - Series A | $ 50,856,875 | $ 50,856,875 |
| Preferred stock - Series B | 83,183,125 | 83,183,125 |
| Common stock | 543,074 | 543,074 |
| Additional paid-in capital | 1,057,864,155 | 1,057,864,155 |
| Retained earnings | (715,486,603) | (4,680,485,592) |
| Total stockholders' equity | $ 476,960,626 | $ (3,488,038,363) |
| | | |
| Total liabilities and stockholders' equity | $ 2,732,800,787 | $ (2,416,074,321) |

|  | 8/5/2007 | 9/30/2010 |
|---|---:|---:|
| Other Assets: | | |
| Prepaid expenses | $ 11,876 | $ - |
| Total Other Assets | $ 11,876 | $ - |
| | | |
| Accrued expenses and other liabilities: | | |
| Accrued expenses | $ 4,033,799 | $ 3,900,051 |
| Accrued interest payable - repo payable | 3,768,482 | - |
| Payable for matured repos | 39,688,298 | 206,384,912 |
| Dividends payable | 41,309,176 | 41,309,176 |
| Total Accrued expenses and other liabilities | $ 88,799,755 | $ 251,594,139 |