IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
)                                Chapter 11
)
American Home Mortgage Acceptance, Inc. )          Case No.          07-11049
)
Debtor. )

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

| | | | |
|---|---|---|---|
| Debtor's Name: | American Home Mortgage Acceptance, Inc. | Bank: | Various |
| Bankruptcy Number: | 07-11049 | Account Number: | Various |
| Date of Confirmation: | 2/23/2009 | Account Type: | Various |
| Reporting Period (month/year): | July 1, 2010 through September 30, 2010 | | |

| | |
|---|---|
| Beginning Cash Balance: | $188,791 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $0 |
| Collection of Accounts Receivable: | $0 |
| Proceeds from Litigation (settlement or otherwise): | $0 |
| Sale of Debtor's Assets: | $0 |
| Capital Infusion pursuant to the Plan: | $0 |
| Total of cash received: | $0 |
| Total of cash available: | $188,791 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of the bankruptcy professionals: | $0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 |
| All other disbursements made in the ordinary course: | $80,000 |
| Total Disbursements | $80,000 |
| Ending Cash Balance | $108,791 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date:    10/28/10            Name/Title: _____
                                          Kevin Nystrom / Chief Restructuring Officer

**American Home Mortgage Acceptance, Inc. - Case No. 07-11049**
**Parent-Only Statements of Financial Condition**

|  | 8/5/2007 | 9/30/2010 |
|---|---:|---:|
| **ASSETS** | | |
| Cash and cash equivalents | $ 722,409 | $ 108,791 |
| Restricted cash | 48,925 | - |
| Accounts receivable | 3,584,146 | - |
| Intercompany receivable | 479,912,597 | 5,243,560 |
| Mortgage loans | 471,583,017 | - |
| Mortgage servicing rights | 27,316,058 | - |
| Other real estate, net | 3,509,981 | - |
| Investment in subsidiaries | (28,806,603) | - |
| Other assets | 309,446 | - |
| Total assets | $ 958,179,976 | $ 5,352,351 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **Liabilities:** | | |
| Warehouse lines of credit | $ 397,312,428 | $ - |
| Accrued expenses and other liabilities | 1,106,467 | 1,062,911 |
| Intercompany payable | 715,932,804 | 573,782,396 |
| Total liabilities | $ 1,114,351,699 | $ 574,845,307 |
| **Stockholders' Equity:** | | |
| Additional paid-in capital | $ 40,298,920 | $ 40,298,920 |
| Retained earnings | (196,470,643) | (609,791,876) |
| Total stockholders' equity | $ (156,171,723) | $ (569,492,956) |
| Total liabilities and stockholders' equity | $ 958,179,976 | $ 5,352,351 |

|  | 8/5/2007 | 9/30/2010 |
|---|---:|---:|
| Other Assets: | | |
|   Prepaid expenses | $ 166,040 | $ - |
|   Other | 143,406 | - |
|     Total Other Assets | $ 309,446 | $ - |
| Accrued expenses and other liabilities: | | |
|   Accrued expenses | $ 837,359 | $ 813,295 |
|   Escrow payable | - | (19,495) |
|   Deferred compensation plan liability | 32,821 | 32,824 |
|   Drafts payable | 236,287 | 236,287 |
|     Total Accrued expenses and other liabilities | $ 1,106,467 | $ 1,062,911 |