IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AHM SV Inc. | ) | Case No.    07-11050 |
| (F/K/A American Home Mortgage Servicing, Inc.) | ) | |
| Debtor. | ) | |

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

| | | | | |
|---|---|---|---|---|
| Debtor's Name: | AHM SV Inc. (F/K/A American Home Mortgage Servicing, Inc.) | | Bank: | Various |
| Bankruptcy Number: | 07-11050 | | Account Number: | Various |
| Date of Confirmation: | 2/23/2009 | | Account Type: | Various |
| Reporting Period (month/year): | July 1, 2010 through September 30, 2010 | | | |

| | | |
|---|---|---|
| Beginning Cash Balance: | $2,312,726 | |
| All receipts received by the debtor: | | |
| Cash Sales: | $0 | |
| Collection of Accounts Receivable: | $0 | |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $0 | |
| Total of cash available: | | $2,312,726 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | |
| Disbursements made under the plan, excluding the administrative claims of the bankruptcy professionals: | $0 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
| All other disbursements made in the ordinary course: | $255,836 | |
| Total Disbursements | | $255,836 (a) |
| Ending Cash Balance | | $2,056,890 |

| | |
|---|---|
| Total Disbursements | $255,836 |
| Less: Non-cash Transaction Related to the Write-off of Bank Accounts | ($255,836) (a) |
| **Total Disbursements for Calculating U.S. Trustee Quarterly Fees** | $0 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date:    10/28/10          Name/Title: _____
                                         Kevin Nystrom / Chief Restructuring Officer

**Notes:**
(a) Relates to bank accounts that should have been written off as a result of the sale of the servicing business

**AHM SV, Inc (F/K/A American Home Mortgage Servicing, Inc.) - Case No. 07-11050**
**Parent-Only Statements of Financial Condition**

|  | 8/5/2007 | 9/30/2010 |
|---|---:|---:|
| **ASSETS** | | |
| Cash and cash equivalents | $ 21,154,562 | $ 2,056,890 |
| Restricted cash | 27,735 | - |
| Accounts receivable and servicing advances | 115,919,288 | 2,050,401 |
| Intercompany receivable | 180,101,433 | 3,021,444 |
| Premises and equipment, net | 2,851,603 | - |
| Investment in subsidiaries | 10,892,018 | 9,727,945 |
| Other assets | 869,096 | - |
| Total assets | $ 331,815,735 | $ 16,856,680 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **Liabilities:** | | |
| Warehouse lines of credit | $ 50,000,000 | $ - |
| Accrued expenses and other liabilities | 15,425,797 | 5,593,724 |
| Intercompany payable | 118,132,459 | 7,639,489 |
| Income taxes payable | (1) | 1,779,363 |
| Total liabilities | $ 183,558,255 | $ 15,012,576 |
| **Stockholders' Equity:** | | |
| Additional paid-in capital | $ 37,000,200 | $ 37,000,200 |
| Retained earnings | 111,257,280 | (35,156,096) |
| Total stockholders' equity | $ 148,257,480 | $ 1,844,104 |
| Total liabilities and stockholders' equity | $ 331,815,735 | $ 16,856,680 |

|  | 8/5/2007 | 9/30/2010 |
|---|---:|---:|
| Other Assets: | | |
| Prepaid expenses | $ 118,298 | $ - |
| Other | 750,798 | - |
| Total Other Assets | $ 869,096 | $ - |
| Accrued expenses and other liabilities: | | |
| Accrued expenses | $ 4,801,227 | $ 3,918,510 |
| Accrued payroll expense | (5,418) | - |
| Escrow payable | - | 1,674,880 |
| Foreclosure reserve | 10,629,956 | - |
| Deferred compensation plan liability | 32 | 334 |
| Total Accrued expenses and other liabilities | $ 15,425,797 | $ 5,593,724 |