IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Corp. | ) | Case No.    07-11051 |
| | ) | |
| Debtor. | ) | |

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

| | | | |
|---|---|---|---|
| Debtor's Name: | American Home Mortgage Corp. | Bank: | Various |
| Bankruptcy Number: | 07-11051 | Account Number: | Various |
| Date of Confirmation: | 2/23/2009 | Account Type: | Various |
| Reporting Period (month/year): | July 1, 2010 through September 30, 2010 | | |

| | | |
|---|---|---|
| Beginning Cash Balance: | $32,715,337 | |
| All receipts received by the debtor: | | |
| Cash Sales: | $0 | |
| Collection of Accounts Receivable: | $1,572,942 | |
| Proceeds from Litigation (settlement or otherwise): | $629,757 | |
| Sale of Debtor's Assets: | $23,743 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $2,226,442 | |
| Total of cash available: | | $34,941,779 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | |
| Disbursements made under the plan, excluding the administrative claims of the bankruptcy professionals: | $0 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
| All other disbursements made in the ordinary course: | $918,264 | |
| Total Disbursements | | $918,264 |
| Ending Cash Balance | | $34,023,515 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date:    10/28/10        Name/Title: _____
                                        Kevin Nystrom / Chief Restructuring Officer

**American Home Mortgage Corp. - Case No. 07-11051**
**Parent-Only Statements of Financial Condition**

|  | 8/5/2007 | 9/30/2010 |
|---|---:|---:|
| **ASSETS** | | |
| Cash and cash equivalents | $ 20,978,329 | $ 33,977,420 |
| Restricted cash | 25,509,915 | 46,095 |
| Accounts receivable | 42,901,766 | 23,679,461 |
| Intercompany receivable | 714,383,163 | 18,483,167 |
| Mortgage loans | 2,610,688,899 | - |
| Derivative assets | 743,601 | 743,601 |
| Mortgage servicing rights | 617,951,527 | - |
| Other real estate, net | 26,863,623 | 4,431,852 |
| Premises and equipment, net | 49,505,365 | 19,765,490 |
| Investment in subsidiaries | 117,050,809 | 4,152,956 |
| Other assets | 30,949,879 | 2,950,750 |
| Total assets | $ 4,257,526,876 | $ 108,230,792 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **Liabilities:** | | |
| Warehouse lines of credit | $ 2,302,356,872 | $ 78,514,091 |
| Derivative liabilities | 10,481,560 | 10,481,560 |
| Accrued expenses and other liabilities | 75,929,180 | 85,766,525 |
| Intercompany payable | 1,490,325,989 | 1,556,068,520 |
| Notes payable | 447,177,107 | 833,818 |
| Income taxes payable | 567,125 | 1,974,388 |
| Total liabilities | $ 4,326,837,833 | $ 1,733,638,902 |
| **Stockholders' Equity:** | | |
| Additional paid-in capital | $ 153,195,270 | $ 153,195,272 |
| Retained earnings | (222,506,227) | (1,778,603,382) |
| Total stockholders' equity | $ (69,310,957) | $ (1,625,408,110) |
| Total liabilities and stockholders' equity | $ 4,257,526,876 | $ 108,230,792 |

|  | 8/5/2007 | 9/30/2010 |
|---|---:|---:|
| Other Assets: | | |
| Prepaid expenses | $ 396,599 | $ - |
| Security deposits | 3,508,628 | 2,917,359 |
| Deferred compensation plan assets in trust | 22,721,964 | - |
| Other | 4,322,688 | 33,391 |
| Total Other Assets | $ 30,949,879 | $ 2,950,750 |
| Accrued expenses and other liabilities: | | |
| Accrued expenses | $ 48,506,094 | $ 60,752,821 |
| Accrued payroll expense | - | 315,347 |
| Payable to WLR | - | 190,937 |
| Escrow payable | 1,339,340 | 1,198,372 |
| Foreclosure reserve | 3,000,000 | - |
| Deferred compensation plan liability | 22,065,997 | 22,052,366 |
| Drafts payable | 1,017,749 | 1,256,682 |
| Total Accrued expenses and other liabilities | $ 75,929,180 | $ 85,766,525 |