**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Homegate Settlement Services Inc. | ) | Case No.        07-11053 |
| | ) | |
| Debtor. | ) | |

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

| | | | |
|---|---|---|---|
| Debtor's Name: | Homegate Settlement Services Inc. | Bank: | N/A |
| Bankruptcy Number: | 07-11053 | Account Number: | N/A |
| Date of Confirmation: | 2/23/2009 | Account Type: | N/A |

Reporting Period (month/year):        July 1, 2010 through September 30, 2010

| | |
|---|---|
| Beginning Cash Balance: | $0 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $0 |
| Collection of Accounts Receivable: | $0 |
| Proceeds from Litigation (settlement or otherwise): | $0 |
| Sale of Debtor's Assets: | $0 |
| Capital Infusion pursuant to the Plan: | $0 |
| Total of cash received: | $0 |

| | |
|---|---|
| Total of cash available: | $0 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of the bankruptcy professionals: | $0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 |
| All other disbursements made in the ordinary course: | $0 |
| Total Disbursements | $0 |

| | |
|---|---|
| Ending Cash Balance | $0 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| Date:            10/28/10 | Name/Title: |
| | Kevin Nystrom / Chief Restructuring Officer |

**Homegate Settlement Services, Inc. - Case No. 07-11053**
**Parent-Only Statements of Financial Condition**

| | | 8/5/2007 | | 9/30/2010 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Cash and cash equivalents | $ | 22,184 | $ | - |
| Restricted cash | | 2,842 | | - |
| Intercompany receivable | | 106,617 | | - |
| Premises and equipment, net | | 233,715 | | - |
| Total assets | $ | 365,358 | $ | - |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| **Liabilities:** | | | | |
| Accrued expenses and other liabilities | $ | 2,915,241 | $ | 2,343,230 |
| Intercompany payable | | 8,290,600 | | 9,035,156 |
| Income taxes payable | | 3,671 | | - |
| Total liabilities | $ | 11,209,512 | $ | 11,378,386 |
| **Stockholders' Equity:** | | | | |
| Additional paid-in capital | $ | 250,000 | $ | 250,000 |
| Retained earnings | | (11,094,154) | | (11,628,386) |
| Total stockholders' equity | $ | (10,844,154) | $ | (11,378,386) |
| Total liabilities and stockholders' equity | $ | 365,358 | $ | - |

| | | 8/5/2007 | | 9/30/2010 |
|---|---|---|---|---|
| Accrued expenses and other liabilities: | | | | |
| Accrued expenses | $ | 2,811,769 | $ | 2,316,224 |
| Accrued payroll expense | | 76,466 | | - |
| Deferred compensation plan liability | | 27,006 | | 27,006 |
| Total Accrued expenses and other liabilities | $ | 2,915,241 | $ | 2,343,230 |