IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Great Oak Abstract Corp. | ) | Case No.    07-11054 |
| | ) | |
| Debtor. | ) | |

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

| | | | | |
|---|---|---|---|---|
| Debtor's Name: | Great Oak Abstract Corp. | | Bank: | N/A |
| Bankruptcy Number: | 07-11054 | | Account Number: | N/A |
| Date of Confirmation: | 2/23/2009 | | Account Type: | N/A |
| Reporting Period (month/year): | July 1, 2010 through September 30, 2010 | | | |

|  |  |  |
|---|---:|---:|
| Beginning Cash Balance: | $0 | |
| All receipts received by the debtor: | | |
|     Cash Sales: | $0 | |
|     Collection of Accounts Receivable: | $0 | |
|     Proceeds from Litigation (settlement or otherwise): | $0 | |
|     Sale of Debtor's Assets: | $0 | |
|     Capital Infusion pursuant to the Plan: | $0 | |
|     Total of cash received: | $0 | |
| Total of cash available: | | $0 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | |
|     Disbursements made under the plan, excluding the administrative claims of the bankruptcy professionals: | $0 | |
|     Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
|     All other disbursements made in the ordinary course: | $0 | |
|     Total Disbursements | | $0 |
| Ending Cash Balance | | $0 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date:    10/28/10                                Name/Title: _____
                                                               Kevin Nystrom / Chief Restructuring Officer

**Great Oak Abstract Corp. - Case No. 07-11054**
**Parent-Only Statements of Financial Condition**

|  | 8/5/2007 | 9/30/2010 |
|---|---:|---:|
| **ASSETS** | | |
| Cash and cash equivalents | $ 380,941 | $ - |
| Accounts receivable | 36,615 | 36,615 |
| Intercompany receivable | 693,132 | 18,988 |
| Premises and equipment, net | 5,339 | 5,339 |
| Other assets | 104,800 | 104,800 |
| Total assets | $ 1,220,827 | $ 165,742 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **Liabilities:** | | |
| Accrued expenses and other liabilities | $ 76,743 | $ 76,743 |
| Total liabilities | $ 76,743 | $ 76,743 |
| **Stockholders' Equity:** | | |
| Additional paid-in capital | $ 95,520 | $ 95,520 |
| Retained earnings | 1,048,564 | (6,521) |
| Total stockholders' equity | $ 1,144,084 | $ 88,999 |
| Total liabilities and stockholders' equity | $ 1,220,827 | $ 165,742 |

|  | 8/5/2007 | 9/30/2010 |
|---|---:|---:|
| Other Assets: | | |
| Other | $ 104,800 | $ 104,800 |
| Total Other Assets | $ 104,800 | $ 104,800 |
| Accrued expenses and other liabilities: | | |
| Accrued expenses | $ 81,304 | $ 81,304 |
| Escrow payable | (4,561) | (4,561) |
| Total Accrued expenses and other liabilities | $ 76,743 | $ 76,743 |