IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| IN RE:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br><br>Debtor | Bankruptcy No. 07-11047-CSS<br><br>Chapter 11 |
|---|---|

## NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF DUQUESNE LIGHT COMPANY

TO THE CLERK, U.S. BANKRUPTCY COURT:

    Kindly enter my appearance on behalf of Creditor, Duquesne Light Company, in the above-captioned matter. We request copies of further Notices and Orders in accordance with the attached declaration.

    Please enter the address below as the mailing address for this creditor. All notices should be mailed to the following address:

**Bernstein Law Firm, P.C.**
**Attn: Stacey Suncine**
**Suite 2200 Gulf Tower**
**Pittsburgh, PA  15219**

    Respectfully submitted,

    BERNSTEIN LAW FIRM, P.C.

    By: _____
    Peter J. Ashcroft, Esquire
    PA I.D. # 87317
    pashcroft@bernsteinlaw.com
    Suite 2200 Gulf Tower
    Pittsburgh, PA  15219
    Tel: (412) 456-8107
    Fax: (412) 456-8255

    Attorney for Creditor,
    Duquesne Light Company

Dated: October 27, 2010

## DECLARATION IN LIEU OF AFFIDAVIT

Regarding Request to be Added to the Mailing Matrix

I am the attorney for Duquesne Light Company, a creditor in the above captioned bankruptcy and I am authorized by this creditor to make the accompanying request for notices. The new address shown on the preceding page should be used instead of the existing address and added to the matrix. I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and that there are no other requests to receive notices on behalf of this creditor.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on October 27, 2010.

Respectfully submitted,

BERNSTEIN LAW FIRM, P.C.

By: _____
Peter J. Ashcroft, Esquire
PA I.D. # 87317
pashcroft@bernsteinlaw.com
Suite 2200 Gulf Tower
Pittsburgh, PA  15219
Tel: (412) 456-8107
Fax: (412) 456-8255

Attorney for Creditor,
Duquesne Light Company



**BERNSTEIN**
Law Firm

BOARD-CERTIFIED IN BUSINESS BANKRUPTCY
AND CREDITORS' RIGHTS BY THE AMERICAN
BOARD OF CERTIFICATION

A BUSINESS APPROACH
TO LEGAL SERVICE℠

STACEY SUNCINE
SSUNCINE@BERNSTEINLAW.COM
(412) 456-8106 FAX:(412) 456-8267

October 27, 2010

United States Bankruptcy Court for the
District of Delaware
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

      **Re:  American Home Mortgage Holdings, Inc.**
        **Bankruptcy No.: 07-11047-CSS**

Dear Sir or Madam:

  Enclosed please find an original and one (1) copy of a completed Notice of Appearance form to be filed in the above-captioned case on behalf of Duquesne Light Company. Please file the original and return the time-stamped copy in the self-addressed stamped envelope provided.

  If you have any questions, please feel free to contact me. Thank you in advance for your cooperation in this matter.

              Very truly yours,
              BERNSTEIN LAW FIRM, P.C.

              Stacey Suncine

SLS/sls