**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | * |
| AMERICAN HOME MORTGAGE | *  Case No.: 07-11047(CSS) |
| HOLDINGS INC., | *  Chapter 11 |
| Debtor. | * |
| | *  **Objections due by: November 19, 2010 by 4:00 pm** |
| | *  **Hearing Date: December 15, 2010 at 10:00 am** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
**WITH RESPECT TO REAL PROPERTY LOCATED AT**
**<u>8427 BAROCCI STREET, LAS VEGAS, NV 89131</u>**

To:

<u>VIA US MAIL</u>
American Home Mortgage Holding, Inc.
538 Broadhollow Road
Melville, NY 11747
Debtor

<u>VIA US MAIL</u>
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899
Trustee

<u>VIA US MAIL</u>
Donald J. Bowman, Jr., Esquire
Edward J. Kosmowski, Esquire
Joel A. Waite, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Attorneys for Debtor

<u>VIA US MAIL</u>
Thomas G. Ciarlone, Esquire
Shalov Stone Bonner & Rocco, LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Attorney for Plaintiff

<u>VIA US MAIL</u>
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for Official Committee of Unsecured Creditors

CitiMortgage, Inc. has filed a Motion for Relief from Stay which seeks the following relief: Relief from the automatic stay to exercise its non-bankruptcy rights with respect to the real property and improvements thereon known as 8427 Barocci Street, Las Vegas, NV 89131.

**HEARING ON THE MOTION WILL BE HELD ON <u>December 15, 2010</u> at 10:00 A.M. at the United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801.**

**ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE ON OR BEFORE <u>November 19, 2010</u>. FAILURE TO <u>TIMELY</u> FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELEIF REQUESTED IN THE MOTION.**

At the same time, you must also serve a copy of the response upon movant's attorney:

Lisa R. Hatfield, Esquire
MORRIS|HARDWICK|SCHNEIDER
284 East Main Street
Newark, Delaware 19711

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing as determined by the Court.

The attorneys for the parties shall confer with respect to issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF DEMANDED BY THE MOTION WILL BE GRANTED.**

Respectfully submitted,

MORRIS|HARDWICK|SCHNEIDER

/s/ *Lisa R. Hatfiled*
Lisa R. Hatfield (DE No. 4967)
284 East Main Street
Newark, Delaware 19711
(302) 444-4602
Counsel for Movant