| ORDERED FOR | DEPT | | DATE | SERVICE PERFORMED |
|---|---|---|---|---|
| BULK BULK | CL-FORCLOSURE | | 9/7/2010 | Exterior |

## CitiFinancial Mortgage Company, Inc. BPO

| CUST NAME | | AGENT NAME | | DIST FROM SUBJECT |
|---|---|---|---|---|
| Santiago Campa | | | | 1.2 Miles |
| ADDRESS | CITY | | STATE | ZIP |
| 8427 BAROCCI ST | LAS VEGAS | | NV | 89131 |

DISCLOSURE **See Disclosure Addendum**

**QUALITY REVIEW REMARKS:** The majority of homes are short sales or bank owned. There is a seven month supply of like kind re-sale homes on the market, thus pricing should be aggressive for the rest of the year. Oc: Proximity matches with the view map. subject information and photos matches with the prior order 4883148.

### VALUE INFO

| | VALUE (90-120 DAY) | RECOMMENDED LIST PRICE (90-120 DAY) | TYPICAL MARKETING TIME |
|---|---|---|---|
| AS-IS | $ 315,000 | $ 323,900 | 90-120 Days |
| AS-REPAIRED | $ 315,000 | $ 323,900 | 90-120 Days |

PREVIOUS BPO INFORMATION (If Applicable)

### LISTING (If Listed)

| LISTING BROKERAGE | | LISTING AGENT | LISTING AGENT PHONE |
|---|---|---|---|
| ORIGINAL LIST PRICE $ | CURRENT LIST PRICE $ | LISTED FROM       TO          unk | LISTING FINANCE TERMS |

LISTING COMMENTS

### SUBJECT INFO
(All fields are required for both interior and exterior inspections)

| TYPE | STYLE | AGE | OVERALL CONDITION | SLIDE AREA? | No |
|---|---|---|---|---|---|
| SFD | Contemp | 4 | Good | FLOOD PLAIN? | No |
| SQ FEET ABOVE GROUND MAIN 3539  UP | ROOMS/BEDS/BATHS 9  4  2.5 | BASEMENT 0 SQ FT  0% FINISHED | | EARTHQUAKE ZONE? | No |
| LOT SIZE (ACRES) .44 | GARAGE 3 CAR Gar Att | ROOF CONDITION Good | | OBSERVED ENVIRONMENTAL ISSUES? | No |
| POOL None | FIREPLACE | WATER Public | SEWER/SEPTIC Sewer | TYPE HEAT | OBSERVED CASUALTY LOSS (FIRE)? No |
| EXTERIOR IMPROVEMENTS None | | MOBILE HOME MAKE/MODEL/VIN (If Applicable) | | | |

EXTERIOR COMMENTS
The condition of the subject home appears to be good. I do not suggest any repairs before attempting re-sale. The subject home should be marketed as-is.

INTERIOR COMMENTS (Interior Orders)

### COND OF SUBJECT AND REPAIR ESTIMATES
(Describe required repairs and note approx costs. Do not detail interior repairs if you do not have interior access.)

**EXTERIOR**

| DEBRIS REMOVAL | $ | SIDING/PAINT | $ |
|---|---|---|---|
| STRUCTURAL | $ | ROOF | $ |
| WINDOWS | $ | LANDSCAPING UNK | $ |
| OUTBUILDINGS | $ | OTHER | $ |

EXTERIOR REPAIR COMMENTS: The condition of the subject home appears to be good. I do not suggest any repairs before attempting re-sale. The subject home should be marketed as-is.

**INTERIOR**

| CLEANING | $ | STRUCTURE | $ |
|---|---|---|---|
| PAINT | $ | CARPETS/FLOORING | $ |
| KITCHEN/APPLIANCES | $ | BATHROOMS | $ |
| UTILITIES | $ | OTHER | $ |

INTERIOR REPAIR COMMENTS

**REPAIR TOTAL $  0**

### EVIDENCE OF

| SETTLEMENT | DRY ROT No | SOIL EROSION No | WATER SEEPAGE | FOUNDATION/SLAB Yes | LEAKING ROOF | FLOOR BUCKLING | STRUCTURAL DAMAGE No |
|---|---|---|---|---|---|---|---|
| MOLD/MILDEW | | MOLD/MILDEW COMMENTS | | | | | |

| ENCROACHMENTS (If Yes, See Subject Description and Condition Comments) No | EASEMENTS (If Yes, See Subject Description and Condition Comments) No |
|---|---|

### FURTHER INSPECTION OR REPORTS TO BE ORDERED

| TERMITE No | WELL/SEPTIC No | HEATING Yes |
|---|---|---|
| ENGINEER Yes | STRUCTURAL Yes | ROOF Yes |
| OTHER | | |

### ASSESSMENTS

| ANNUAL TAXES $ | PAID (YEAR) | DUE (YEAR) |
|---|---|---|

MONTHLY ESTIMATE OF UTILITY COST $ | OTHER MONTHLY MAINTENANCE COSTS (SNOW REMOVAL, LAWN CARE, ETC)

**HOA INFO (If applicable)**

| DUES $ 90 | WHEN DUE AND PAYABLE Monthly | ARE THEY CURRENT? Yes | AMENITIES Management |
|---|---|---|---|
| CONTACT Castle Mgmt | | | PHONE 7028690937 |
| ADDRESS | | | |

ORDERED FOR: BULK BULK
DEPT: CL-FORCLOSURE
DATE: 9/7/2010

## MARKETABILITY OF SUBJECT

**NEIGHBORHOOD COMMENTS** (Describe any locational factors, access to amenities or functional obsolescence that add or detract from the subject's marketability)
The subject home is located within a well maintained and free from blight area. Good pride of ownership.

| Field | Value |
|---|---|
| WILL THE PROPERTY BECOME A PROBLEM FOR RESALE? | No |
| WHY? | |
| FINANCING REQUIRED TO SELL SUBJECT | Yes |
| SPECIAL FINANCING PROGRAMS AVAILABLE | |
| INDICATE FINANCING SUBJECT WILL QUALIFY FOR — FHA/VA | Yes |
| CONV | Yes |

## MARKET CONDITIONS AND COMPETING LISTINGS
(Three listings are required – use most comparable available)

| Field | Value |
|---|---|
| NEIGHBORHOOD TREND IS | Declining |
| IS THERE A SEASONAL MARKET? | No |
| EXPLAIN | |
| PRESENT NUMBER OF MARKET AREA LISTINGS | 20 |
| PRICE RANGE | FROM $312,900 TO $312,900 |
| PRESENT NUMBER OF COMPARABLE LISTINGS | 10 |
| PRICE RANGE | FROM $312,900 TO $370,000 |
| AVG MKT TIME UNSOLD LISTINGS | 120 |
| AVG MKT TIME SOLD LISTINGS | 115 |
| TYPICAL RESALE INCENTIVES (CL COSTS, PTS, OWC, ETC) | |
| IS THERE NEW HOME CONSTRUCTION? | No |
| PRICE RANGE AND DESCRIPTION OF SIMILAR MODELS | |

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION/GARAGE | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 8183 Leather Harness St | 0.82 POOL: None | $312,900 | 8 | UP MAIN 3266 BSMT 0 GLA 3,266 | TOT RMS 8 BDRMS 3 BATHS 2.5 | Good 3 CAR Gar Att | 7 | 0.53 |
| | This is a bank owned property | | | | | | | | |
| 2 | 8124 Church Steeple St | 0.68 POOL: In-Ground | $370,000 | 195 | UP MAIN 3359 BSMT 0 GLA 3,359 | TOT RMS 9 BDRMS 4 BATHS 2.5 | Good 2 CAR Gar Att | 7 | 0.45 |
| | This is a short sale property | | | | | | | | |
| 3 | 6152 Matisse Ave | 0.17 POOL: In-Ground | $338,000 | 197 | UP MAIN 3489 BSMT 0 GLA 3,489 | TOT RMS 8 BDRMS 3 BATHS 3 | Good 3 CAR Gar Att | 5 | 0.42 |
| | This is a short sale property | | | | | | | | |

## SOLD COMPS SUPPORTING YOUR VALUE
(Three are required – use most comparable available)

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION/GARAGE | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 8460 Illusionary Magic Cr; SALE DATE 06/30/2010 | 0.16 POOL: None | LIST $384,900 SALE $321,000 | 8 | UP MAIN 3436 BSMT 0 GLA 3,436 | TOT RMS 8 BDRMS 4 BATHS 3 | Good 3 CAR Gar Att | 3 | 0.48 DATA SOURCE Public |
| | This was a bank owned property | | | | | | | | |
| 2 | 6143 Matisse Ave; SALE DATE 08/18/2010 | 0.19 POOL: None | LIST $287,000 SALE $320,000 | 9 | UP MAIN 3539 BSMT 0 GLA 3,539 | TOT RMS 8 BDRMS 4 BATHS 2.5 | Good 3 CAR Gar Att | 5 | 0.42 DATA SOURCE Public |
| | This was a bank owned property | | | | | | | | |
| 3 | 6168 Matisse Ave; SALE DATE 04/30/2010 | 0.2 POOL: None | LIST $295,000 SALE $303,850 | 36 | UP MAIN 3489 BSMT 0 GLA 3,489 | TOT RMS 8 BDRMS 3 BATHS 3 | Good 3 CAR Gar Att | 5 | 0.42 DATA SOURCE Public |
| | This was a bank owned property | | | | | | | | |

## BPO ADDENDUM

| PROPERTY TYPE | STYLE | OCCUPANT'S NAME (IF KNOWN) | OCCUPANCY STATUS |
|---|---|---|---|
| SFD | Contemp | | Occupied By Unknown |

1. WHAT MORTGAGE PROGRAMS WILL AID IN THE SALE OF THE SUBJECT? PLEASE BE SPECIFIC AS TO RATES, TERMS, CONDITIONS, AND COSTS INVOLVED.

2. WHAT MARKET CONDITIONS, TRENDS AND/OR COMPETITION WILL AFFECT THE SALE OF THE SUBJECT?

| CURR MKT CONDITIONS | EMPLOYMENT CONDITIONS | PROPERTY VALUES | PREDOMINANT OCCUPANCY | VACANCY RATE | REO/BOARDED | VANDALISM RISK |
|---|---|---|---|---|---|---|
| Depressed | Declining | Declining | Owner | 5 to 10% | 10% + | Minimal |

3. OUTLINE THE MARKETING STRATEGIES NEEDED TO SELL THE SUBJECT (INCL SUGGESTED LIST PRICE, TYPES OF REPAIRS AND COSTS, IF ANY, AND FINANCING INCENTIVES NEEDED):

| AS-IS: | AS-REPAIRED: |
|---|---|
| The majority of re-sale homes on the Southern Nevada market are being listed as-is. | There are none |

4. PLEASE PROJECT THE CLOSING COSTS AND SALES PRICE PER YOUR RECOMMENDED STRATEGY:

| COMMISSION PERCENT | COMMISSION AMOUNT | TITLE INSURANCE | LEGAL/ESCROW | RECORDING/TRANSFER | PROPERTY TAXES | ASSESSMENTS |
|---|---|---|---|---|---|---|
| 3% | $9,450 | $ | $ | $ | $ | $ |

Disclosure Addendum

This disclosure addendum, dated 09/17/2010, is incorporated into this BPO Reference                of the same date and supplements the same as follows:

| Disclosure | Notwithstanding any preprinted language to the contrary, this opinion is not an appraisal of the market value of the property.  If an appraisal is desired, the services of a licensed or certified appraiser must be obtained. |
|---|---|



## Photos

| NAME | ADDRESS | CITY, STATE, ZIP |
|---|---|---|
| Santiago Campa | 8427 BAROCCI ST | LAS VEGAS, NV 89131 |

PHOTOS COMMENT

Subject Front



Subject Front



Subject Front





Photos

| NAME | ADDRESS | CITY, STATE, ZIP |
|---|---|---|
| Santiago Campa | 8427 BAROCCI ST | LAS VEGAS, NV 89131 |
| PHOTOS COMMENT | | |

Subject House Number



Street View



Listing 1 (8183 Leather Harness St )



CoreLogic

**Photos**
NO.

| NAME | ADDRESS | CITY, STATE, ZIP |
|---|---|---|
| Santiago Campa | 8427 BAROCCI ST | LAS VEGAS, NV 89131 |
| PHOTOS COMMENT | | |

Listing 2 (8124 Church Steeple St )



Listing 3 (6152 Matisse Ave )



Sold 1 (8460 Illusionary Magic Cr )





**Photos**

| NAME | ADDRESS | CITY, STATE, ZIP |
|---|---|---|
| Santiago Campa | 8427 BAROCCI ST | LAS VEGAS, NV 89131 |

PHOTOS COMMENT

Sold 2 (6143 Matisse Ave )



Sold 3 (6168 Matisse Ave )

