**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | * |
| AMERICAN HOME MORTGAGE | *  Case No.:  07-11047(CSS) |
| HOLDINGS INC., | *  Chapter 11 |
| Debtor. | * |
| | *  **Objections due by: November 19, 2010 by 4:00 pm** |
| | *  **Hearing Date: December 15, 2010 at 10:00 am** |
| *    *    *    *    *    * | *    *    *    *    *    *    * |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 2, 2010, copies of the foregoing Motion for Relief from Automatic Stay Under § 361 of the Bankruptcy Code; Notice of Motion; and proposed Order were served upon the parties listed on the below in the manner stated:

<u>VIA US MAIL</u>
American Home Mortgage Holding, Inc.
538 Broadhollow Road
Melville, NY 11747
Debtor

<u>VIA US MAIL</u>
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899
Trustee

<u>VIA US MAIL</u>
Donald J. Bowman, Jr., Esquire
Edward J. Kosmowski, Esquire
Joel A. Waite, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Attorneys for Debtor

<u>VIA US MAIL</u>
Thomas G. Ciarlone, Esquire
Shalov Stone Bonner & Rocco, LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Attorney for Plaintiff

<u>VIA US MAIL</u>
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for Official Committee of Unsecured Creditors

                                              Respectfully submitted,

                                              MORRIS|HARDWICK|SCHNEIDER

                                              /s/ *Lisa R. Hatfiled*_____
                                              Lisa R. Hatfield (DE No. 4967)
                                              284 East Main Street
                                              Newark, Delaware 19711
                                              (302) 444-4602
                                              Counsel for Movant