# IMAGE REMOVED AT THE REQUEST OF THE FILER