IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x  Chapter 11
In re:                                                             :
                                                                   :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :
a Delaware corporation, et al.,[1]                                 :  Jointly Administered
                                                                   :
                    Debtors.                                       :
                                                                   :  Ref. Docket No. 9405
                                                                   :
------------------------------------------------------------------ x

## NOTICE OF FILING OF REDACTED EXHIBITS TO THE DEBTORS' OBJECTION TO ADMINISTRATIVE EXPENSE CLAIMS 10802, 10803, 10804, 10805, 10806, 10807, 10808 AND 10809 FILED BY DEBORAH MILLS

TO:   (I) THE U.S. TRUSTEE; (II) COUNSEL TO MS. DEBORAH MILLS; AND (III) ALL OTHER PARTIES REQUIRED TO RECEIVE SERVICE UNDER LOCAL RULE 2002-1(b).

**PLEASE TAKE NOTICE** that on November 3, 2010 the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Debtors' Objection to Administrative Expense Claims Numbered 10802, 10803, 10804, 10805, 10806, 10807, 10808 and 10809* [D.I. 9405] (the "Mills Objection"). In support of the Mills Objection, the Debtors' attached multiple exhibits (the "Mills Exhibits").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have filed the attached Mills Exhibits in redacted format pursuant to the Stipulated Protective Order Governing the Production of Confidential Materials [D.I. 9284].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Dated: November 4, 2010
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Margaret Whiteman Greecher*
Sean M. Beach (No. 4070)
Sharon M. Zieg (No. 4196)
Erin D. Edwards (No. 4392)
Margaret Whiteman Greecher (No. 4652)
Morgan L. Seward (No. 5388)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to Debtors and Debtors in Possession

## Exhibit 1