# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Re: Docket No. 9305 |

**CERTIFICATE OF NO OBJECTION
REGARDING THIRTY-FOURTH MONTHLY APPLICATION
OF HAHN & HESSEN LLP, CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME
MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF
MAY 1, 2010 THROUGH MAY 31, 2010 [NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, she has received no written answer, objection or other responsive pleading to the *Thirty-Fourth Monthly Application of Hahn & Hessen LLP, Co-Counsel to The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., For Compensation and Reimbursement of Expenses for the Period May 1, 2010 through May 31, 2010* [Docket No. 9305] (the "Application") filed on October 07, 2010. The undersigned further certifies that she has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than October 27, 2010 at 4:00 p.m.

128189.01600/6965846v.1

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, the Debtors are authorized to pay Hahn & Hessen LLP $189,735.20, which represents 80% of the fees requested ($237,169.00) in the Application, and $2,321.47, which represents 100% of the expenses requested in the Application, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:    November 4, 2010         **BLANK ROME LLP**

By:  */s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (DE No. 3809)
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

And

Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel for the Official Committee of Unsecured Creditors*

128189.01600/6965846v.1