IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| ------------------------------------------------------------ x | | Docket Ref. Nos. 8812 & 8847 |

**DEBORAH MILLS'**
**MOTION FOR PARTIAL SUMMARY JUDGMENT THAT THE**
**FORECLOSURE OF HER PROPERTY WAS DEFECTIVE**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, made applicable to adversary proceedings by Rule 7056 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and to contested matter by Bankruptcy Rule 9014, Deborah Mills ("Mills"), by and through her undersigned counsel, hereby submits her Motion for Partial Summary Judgment That the Foreclosure of Her Property Was Defective (the "Motion"). As set forth more fully in Deborah Mills' Opening Brief in Support of Her Motion for Partial Summary Judgment That the Foreclosure of Her Property Was Defective, the Motion should be granted.

WHEREFORE, Mills respectfully requests entry of an order (i) granting the Motion and (ii) granting such other and further relief as the Court deems appropriate under the circumstances.

By: */s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
    stamoulis@swdelaw.com
Richard C. Weinblatt #5080
    weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone:  (302) 999-1540

*Attorneys for Deborah Mills*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2010, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel. In addition, the following counsel also were served by email:

> Mark S. Indelicato, Esq.
> HAHN & HESSEN LLP
> 488 Madison Avenue
> New York, NY 10022
>
> Sean Beach, Esq.
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> The Brandywine Bldg.
> 1000 West Street, 17th Floor
> PO Box 391
> Wilmington, DE 19899-0391

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080