IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                              :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,     :
                                                    :    Jointly Administered
           Debtors.                                 :
------------------------------------------------------------ x    Docket Ref. Nos. 8812 & 8847

**DECLARATION OF RICHARD C. WEINBLATT IN SUPPORT OF
DEBORAH MILLS' MOTION FOR PARTIAL SUMMARY JUDGMENT THAT
THE FORECLOSURE OF HER PROPERTY WAS DEFECTIVE**

I, Richard C. Weinblatt, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney licensed to practice in the State of Delaware and a member of Stamoulis & Weinblatt LLC, counsel for Deborah Mills ("Mills"). Unless otherwise stated hereto, the matters in this declaration are true of my own knowledge.

2. I submit this declaration in support of Mills' Motion for Partial Summary Judgment That the Foreclosure of Her Property Was Defective and for the limited purpose of attaching documents relevant to that motion.

3. To the best of my knowledge, information and belief, attached to this declaration as Exhibit 1 is a true and correct copy of the Deed of Trust regarding the property known as 1880 Burnt Rock Way, Templeton, CA 93465 (the "Property") and loan number 0000930980 (the "980 loan").

4. To the best of my knowledge, information and belief, attached to this declaration as Exhibit 2 is a true and correct copy of the Balloon Note regarding the Property and the 980 loan.

1

5. To the best of my knowledge, information and belief, attached to this declaration as Exhibit 3 is a true and correct copy of the Planned Unit Development Rider regarding the Property and the 980 loan.

6. To the best of my knowledge, information and belief, attached to this declaration as Exhibit 4 is a true and correct copy of Debtor's First Supplemental Responses to Claimant Deborah E. Mills' First Set of Interrogatories, Requests for Production of Documents and Requests for Admission.

7. To the best of my knowledge, information and belief, attached to this declaration as Exhibit 5 is a true and correct copy of excerpts from the deposition transcript of Scott R. Martinez dated October 4, 2010.

8. To the best of my knowledge, information and belief, attached to this declaration as Exhibit 6 is a true and correct copy of the Substitution of Trustee executed by Mortgage Electronic Registration System, Inc.

9. To the best of my knowledge, information and belief, attached to this declaration as Exhibit 7 is a true and correct copy of the Notice of Default and Election to Sell under Deed of Trust dated January 26, 2006.

10. To the best of my knowledge, information and belief, attached to this declaration as Exhibit 8 is a true and correct copy of the Notice of Trustee's Sale dated May 8, 2006.

11. To the best of my knowledge, information and belief, attached to this declaration as Exhibit 9 is a true and correct copy of an Affidavit of Publication dated June 1, 2006.

12. To the best of my knowledge, information and belief, attached to this declaration as Exhibit 10 is a true and correct copy of a redacted version of the Bankruptcy Petition filed by Mills in the United States Bankruptcy Court for the Central District of California, Case No. 9:06-bk-10337-RR, on June 26, 2006 ("*In re Mills*").

13. To the best of my knowledge, information and belief, attached to this declaration as Exhibit 11 is a true and correct copy of a redacted version of the Notice of Motion and Motion for Relief from the Automatic Stay under 11 U.S.C. § 362 (with supporting declarations) filed by American Home Mortgage Acceptance, Inc. filed in *In re Mills*.

14. To the best of my knowledge, information and belief, attached to this declaration as Exhibit 12 is a true and correct copy of the Order Granting Motion for Relief from the Automatic Stay under 11 U.S.C. § 362 (Real Property) (MOVANT: American Home Mortgage Acceptance, Inc.) in *In re Mills*.

15. To the best of my knowledge, information and belief, attached to this declaration as Exhibit 13 is a true and correct copy of the Trustee's Deed upon Sale.

16. To the best of my knowledge, information and belief, attached to this declaration as Exhibit 14 are true and correct copies of the Civil Minutes and Order in *In re Walker*, Case No. 10-21656-E-11 (Bankr. E.D. Cal. May 20, 2007).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on November 4, 2010.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2010, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel. In addition, the following counsel also were served by email:

> Mark S. Indelicato, Esq.
> HAHN & HESSEN LLP
> 488 Madison Avenue
> New York, NY 10022
>
> Sean Beach, Esq.
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> The Brandywine Bldg.
> 1000 West Street, 17th Floor
> PO Box 391
> Wilmington, DE 19899-0391

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080