# EXHIBIT 5

SCOTT R. MARTINEZ

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - -

In Re:                : CHAPTER 11
                      : CIVIL ACTION NO.
                      : 07-11047 (CSS)
                      :
AMERICAN HOME         :
MORTGAGE HOLDINGS,    :
INC. A Delaware       :
Corporation, et al.   :
                      : Jointly
       Debtors        : Administered

- - -

Deposition of SCOTT R. MARTINEZ
taken pursuant to notice at the law offices
of Young, Conaway, Stargatt & Taylor, LLP,
The Brandywine Building, 1000 West Street,
17th Floor, Wilmington, Delaware, beginning
at 11:15 a.m., on Monday, October 4, 2010,
before Diane Fontanot, a Registered
Professional Reporter and Notary Public.

- - -

DiPIERO COURT REPORTING
Registered Professional Reporters
404 South 16th Street
Philadelphia, PA 19146
(215) 735-8101

DiPIERO COURT REPORTING
(215) 735-8101

---

SCOTT R. MARTINEZ

Page 2

APPEARANCES:

STAMOULIS & WEINBLATT, LLC
BY: STAMATIOS STAMOULIS, ESQUIRE
    Two Fox Point Centre
    6 Denning Road
    Suite 307
    Wilmington, Delaware 19809
Counsel for Deborah E. Mills


YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
BY: SHARON M. ZIEG, ESQUIRE
    P.O. Box 391
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801
Counsel for The Debtors


HAHN & HESSEN, LLP
BY: EDWARD L. SCHNITZER, ESQUIRE
    488 Madison Avenue
    New York, New York 10022
Counsel for Official Committee of
Unsecured Creditors of American Home
Mortgage

ALSO PRESENT:
    Deborah Mills
    Margaret Whiteman Greecher, Esq.
    (By Telephone)

DiPIERO COURT REPORTING
(215) 735-8101

---

SCOTT R. MARTINEZ

Page 3

1                I N D E X
2  WITNESS:                            PAGE:
3
   SCOTT ROBERT MARTINEZ
4
5     By Mr. Stamoulis...... 4
6             - - -
                E X H I B I T S
7
8  NUMBER       DESCRIPTION              PAGE
9
   Mills 1   Debtors' Responses and        7
10           Objections to 30(b)(6) Notice
11 Mills 2   Debtors' First Supplemental  18
             Responses to Interrogatories
12
   Mills 3   Mortgage Broker Agreement    26
13
   Mills 4   Agreement                    26
14
   Mills 5   AHM Assets Trust 2005-1      45
15           Excerpts from prospectus
16 Mills 6   Pooling and Servicing Agreement 76
17 Mills 7   Substitution of Trustee      90
18 Mills 8   Substitution of Trustee      90
19 Mills 9   Substitution of Trustee      90
             And Full Conveyance
20
   Mills 10  MERS documents               98
21
   Mills 11  Chronology                  104
22
   Mills 12  Notice of Default           104
23
   Mills 13  E-mail                      113
24
   Mills 14  E-mails                     113
25

DiPIERO COURT REPORTING
(215) 735-8101

---

SCOTT R. MARTINEZ

Page 4

1             - - -
2       SCOTT ROBERT MARTINEZ, having
3    been duly sworn, was examined and
4    testified as follows:
5             - - -
6  BY MR. STAMOULIS:
7   Q.    Good morning, Mr. Martinez.  My name
8  is Stam Stamoulis and we are here on behalf of
9  the claim of Deborah Mills against American
10 Home Mortgage.  By whom are you employed?
11 **A.    Zolfo Cooper.**
12  Q.    What is your position with that firm?
13 **A.    The firm is Zolfo Cooper.  I am a**
14 **director.**
15  Q.    What is Zolfo Cooper's relationship
16 with American Home Mortgage?
17 **A.    Zolfo Cooper has been engaged as the**
18 **interim management and financial advisors to**
19 **American Home Mortgage.**
20  Q.    What is the nature of the work that
21 you do on the American Home Mortgage project?
22 **A.    It's varied since the time I started**
23 **on this case.  Can you be more specific in**
24 **terms of time frame?**
25  Q.    When did you start on this case?

DiPIERO COURT REPORTING
(215) 735-8101

SCOTT R. MARTINEZ

Page 21

1  second. I believe the first was registered as
2  American Home Mortgage Acceptance and I
3  believe the second one was American Home
4  Mortgage Holdings.
5  Q.    Now, after the loans were registered
6  in the MERS system, did the ownership of the
7  loans change?
8  A.    Could you be more specific in terms of
9  timing?
10 Q.    Let's go to Exhibit A.
11 A.    This is for loan ending 512?
12 Q.    Yes. Actually, let's start with the
13 little loan first since there's only a few
14 transactions for that one.
15 A.    Okay.
16 Q.    It states here that the loan was
17 funded in August of 2005 and the legal entity
18 is AHM. Would that have been the registered
19 owner of the loan in the MERS system?
20 A.    I don't have access to the MERS
21 system. I can only say that American Home
22 Mortgage had showed that this loan closed in
23 the name of American Home Mortgage Corp.
24 Q.    But would it have been the practice of
25 the Debtors to then register that loan in MERS

DiPIERO COURT REPORTING
(215) 735-8101

SCOTT R. MARTINEZ

Page 22

1  with American Home Mortgage Corp as the owner?
2  A.    I think fundamentally that's the way
3  it would work but I think the log-in for the
4  MERS or the license with MERS was American
5  Home Mortgage Holdings. So, I don't recall
6  but it should be registered with the
7  appropriate owner in there.
8  Q.    And sitting here today you don't know
9  who was registered with MERS as the initial
10 owner of the loan?
11 A.    I don't recall but I believe, in
12 reviewing the documents, that it was American
13 Home Mortgage Holdings.
14 Q.    And then in December of '05 it looks
15 like there is an intercompany transfer between
16 American Home Mortgage Corp and American Home
17 Mortgage Acceptance. Do you know if that
18 change in ownership was recorded in the MERS
19 data base?
20 A.    I don't recall.
21 Q.    And then it was subsequently
22 transferred again on the same day from
23 American Home Mortgage Acceptance to American
24 Home Mortgage Securities, LLC?
25 A.    It was sold.

DiPIERO COURT REPORTING
(215) 735-8101

SCOTT R. MARTINEZ

Page 23

1  Q.    It was sold?
2  A.    Yes.
3  Q.    Do you know if the MERS data base was
4  then updated to reflect American Home Mortgage
5  Securities, LLC as the owner for this loan?
6  A.    I don't recall.
7  Q.    And, again, on the same day it was
8  transferred yet again from American Home
9  Mortgage Securities, LLC to American Home
10 Mortgage Investment Trust for specifically
11 2005-SD1.
12       Do you know if the MERS data
13 base was updated to reflect that transfer?
14 A.    I don't recall.
15 Q.    And then there are no other transfers
16 listed. So, is it fair to say that based on
17 this document that was prepared in response to
18 discovery requests of the claimant, that the
19 loan was not transferred again from the
20 ownership of American Home Mortgage Investment
21 Trust?
22 A.    2005-SD1?
23 Q.    Yes.
24 A.    That's my understanding, yes.
25 Q.    And do you know if American Home

DiPIERO COURT REPORTING
(215) 735-8101

SCOTT R. MARTINEZ

Page 24

1  Mortgage Investment Trust is still listed as
2  the owner of the loan ending in 980?
3  A.    I don't know. I believe since the
4  property has been sold, I don't think they
5  would still be listed as the owner.
6  Q.    But up until the sale of the property,
7  1880 Burnt Rock Way which occurred in 2009,
8  American Home Mortgage Investment Trust was
9  the owner of Loan Number 980; is that correct?
10       MS. ZIEG: Objection, form.
11 BY MR. STAMOULIS:
12 A.    Can you be more specific?
13 Q.    Do you know when 1880 Burnt Rock Way
14 was sold by the Debtors to a third party?
15 A.    Post foreclosure?
16 Q.    Yes.
17 A.    Yes. January of 2009.
18 Q.    So, between December 28, 2005 and up
19 until at least January of 2009, American Home
20 Mortgage Investment Trust owned the loan
21 ending in 980; is that correct?
22 A.    The AHMAT 2005 SD-1 owned the loan
23 during that time period, yes.
24 Q.    Thank you.
25       Let's go to RFA Number 3.

DiPIERO COURT REPORTING
(215) 735-8101