# EXHIBIT 6

RECORDING REQUESTED BY:

**UNITED TITLE COMPANY**

AND WHEN RECORDED MAIL TO:

CAL-WESTERN RECONVEYANCE CORPORATION
525 EAST MAIN STREET
P.O. BOX 22004
EL CAJON CA 92022-9004

JULIE RODEWALD
San Luis Obispo County – Clerk/Recorder
Recorded at the request of
Public

DOC#: 2006014386

AR
3/01/2006
10:18 AM

Titles: 1    Pages: 3

Fees      13.00
Taxes      0.00
Others     0.00
PAID     $13.00

_____ SPACE ABOVE THIS LINE FOR RECORDER'S USE _____

LOAN NO.: 1000930980
T.S. NO.:   1081027-01

## SUBSTITUTION OF TRUSTEE
This Form Provided By Cal-Western Reconveyance Corporation

WHEREAS, DEBORAH E. MILLS, A SINGLE WOMAN    was the original Trustor,

CHICAGO TITLE COMPANY
was the original Trustee,

and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.    was the original Beneficiary

under that certain Deed of Trust dated July 15, 2005 and recorded on August 09, 2005 as Instrument No. 2005065865, in book XX, page XX of Official Records of SAN LUIS OBISPO County, California, and

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in the place and stead of present Trustee thereunder, in the manner in said Deed of Trust provided.

NOW, THEREFORE, the undersigned hereby substitutes

CAL-WESTERN RECONVEYANCE CORPORATION
525 EAST MAIN STREET, P.O. BOX 22004
EL CAJON CA 92022-9004

as Trustee under said Deed of Trust.

THIS INSTRUMENT IS RECORDED AT THE REQUEST OF UNITED TITLE COMPANY AS AN ACCOMODATION ONLY. IT HAS NOT BEEN EXAMINED AS TO ITS EXECUTION OR AS TO ITS EFFECTS UPON TITLE.

# SUBSTITUTION OF TRUSTEE

LOAN NO:    1000930980

TS NO:    1081027-01

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated:    1/26/2006

Mortgage Electronic Registration Systems, Inc. (MERS)

_____      _____
Wendy V. Perry                                        Yvonne Wheeler
Assistant Secretary of MERS                  Assistant Secretary of MERS


STATE OF:    California
COUNTY OF:   San Diego


On   1/26/2006   before me,   N. Yost  , a Notary Public in and for said state, personally appeared  Wendy V. Perry and Yvonne Wheeler  personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the document.

WITNESS my hand and official seal.

Signature _____

                                             N. YOST
                                             COMM. # 1493525
                                             NOTARY PUBLIC-CALIFORNIA
                                             SAN DIEGO COUNTY
                                             My Comm. Exp. June 1, 2008

Page 2 of 2                                                                                   This area for official Notary Seal

cautorsub200412091s.doc

MILLS 001239