# **EXHIBIT 7**

Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure. Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

NOTICE IS HEREBY GIVEN:

CAL-WESTERN RECONVEYANCE CORPORATION is Trustee

under a deed of trust dated July 15, 2005 executed by

DEBORAH E. MILLS, A SINGLE WOMAN
   as trustor, to secure certain obligations in favor of

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
   as beneficiary

recorded as document 2005065865 on August 09, 2005 in book XX page XX official records in the office of County Recorder of SAN LUIS OBISPO
County, California, describing land therein as:

COMPLETELY DESCRIBED IN SAID DEED OF TRUST.

said obligations including a promissory note for the principal sum of $200,000.00
that a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:

Failure to pay the monthly payment due October 1, 2005 of principal and interest and subsequent installments due thereafter; plus late charges; failure to pay when due liens and charges superior hereto; together with all subsequent sums advanced by beneficiary pursuant to the terms and conditions of said deed of trust.

That by reason thereof the present beneficiary under such Deed of Trust has deposited with said trustee such Deed of Trust and all documents evidencing obligations secured thereby and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

T.S. 1081027-01

Dated:     January 26, 2006          CAL-WESTERN RECONVEYANCE CORPORATION

                              Signature By ___Matthew E. Johnson/pp___

Nodca.doc Page 2 of 2

AHM_MILLS019457