# EXHIBIT 8

JULIE RODEWALD
San Luis Obispo County – Clerk/Recorder
Recorded at the request of
Title Court Services Inc

SC
5/15/2006
10:17 AM

RECORDING REQUESTED BY
And When Recorded Mail To:
**UNITED TITLE COMPANY**
CAL-WESTERN RECONVEYANCE CORPORATION
525 EAST MAIN STREET
P.O. BOX 22004
EL CAJON CA 92022-9004

DOC#: **2006033626**

| Titles: 1 | Pages: 2 |
|---|---|
| Fees | 10.00 |
| Taxes | 0.00 |
| Others | 0.00 |
| PAID | $10.00 |



Trustee Sale No. **1081027-01**             Space Above This Line For Recorder's Use

# NOTICE OF TRUSTEE'S SALE

APN: **020-285-020**       TRA:
LOAN NO: **XXXXXX0980**
REF: **MILLS, DEBORAH E.**
    UNINS

### IMPORTANT NOTICE TO PROPERTY OWNER:

YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED **July 15, 2005**. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER

On **June 07, 2006**, at **11:30am**, CAL-WESTERN RECONVEYANCE CORPORATION, as duly appointed trustee under and pursuant to Deed of Trust recorded **August 09, 2005**, as Inst. No. **2005065865**, in book **XX**, page **XX**, of Official Records in the office of the County Recorder of **SAN LUIS OBISPO** County, State of **CALIFORNIA** executed by:

**DEBORAH E. MILLS, A SINGLE WOMAN**

WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH, CASHIER'S CHECK DRAWN ON A STATE OR NATIONAL BANK, A CHECK DRAWN BY A STATE OR FEDERAL CREDIT UNION, OR A CHECK DRAWN BY A STATE OR FEDERAL SAVINGS AND LOAN ASSOCIATION, SAVINGS ASSOCIATION, OR SAVINGS BANK **SPECIFIED IN SECTION 5102 OF THE FINANCIAL CODE AND AUTHORIZED TO DO BUSINESS IN THIS STATE:**

**AT THE OSOS STREET ENTRANCE NEAR THE DOOR TO THE SAN LUIS OBISPO COUNTY COURTHOUSE
SAN LUIS OBISPO CALIFORNIA**

all right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in said County and State described as:

**COMPLETELY DESCRIBED IN SAID DEED OF TRUST.**

NOS.DOC                        Rev. 2/21/2006                        Page 1 of 2

**MILLS 001236**

# NOTICE OF TRUSTEE'S SALE

T.S. No: 1081027-01

The street address and other common designation, if any, of the real property described above is purported to be:
**1880 BURNT ROCK WAY**
**TEMPLETON CA 93465**

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein.

Said sale will be held, but without covenant or warranty, express or implied, regarding title, possession, condition, or encumbrances, including fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust, to pay the remaining principal sums of the note(s) secured by said Deed of Trust to wit:

**$199,936.09** with interest thereon from **September 01, 2005 @ the rate of 11.500% per annum** as provided in said not(s) plus cost and any advances with interest. ESTIMATED TOTAL DEBT: **$220,322.17**.

**If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.**

The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located.

FOR SALES INFORMATION: Mon – Fri 9:00am to 4:00pm **(619)590-1221**
**CAL-WESTERN RECONVEYANCE CORPORATION**
**525 EAST MAIN STREET**
**P.O. BOX 22004**
**EL CAJON CA 92022-9004**

Dated: **May 08, 2006**

By: _____
Authorized Signature

**Matt Johnson**

NOS.DOC                    Rev. 2/21/2006                    Page 2 of 2

**END OF DOCUMENT**

**MILLS 001237**