# EXHIBIT 9

# THE CAMBRIAN

2442 Main Street
Cambria, CA 93428

Business (805) 927-8562
Newsroom (805) 927-8895

In The Superior Court of The State of California
In and for the County of San Luis Obispo

AFFIDAVIT OF PUBLICATION

AD# 6378439
RELIABLE POSTING & PUBLISHING

STATE OF CALIFORNIA,
                    ss.
County of San Luis Obispo

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen and not interested in the above entitled matter; I am now, and at all times embraced in the publication herein mentioned, was the principal clerk of the printers and publishers of THE CAMBRIAN, a newspaper of general circulation, printed and published weekly on each Thursday in the above named county and state; that notice at which the annexed clippings is a true printed copy, was published in the above-named newspaper and not in any supplement thereof - on the following dates, to-wit: MAY 18, 25; JUNE 1, 2006 that being as often during the said period as said newspaper was regularly published, that said notice was printed and published in each and every edition, issue and number thereof printed, published and circulated on said days. I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

_____
(Signature of Principal Clerk)

DATE: JUNE 1, 2006
AD COST: $502.20

NOTICE OF TRUSTEE'S SALE T.S. No. 1081027-01 APN: 020-285-020 TRA: LOAN NO: XXXXXX0980 REF: Mills, Deborah E. IMPORTANT NOTICE TO PROPERTY OWNER: YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED July 15, 2005. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER. On June 07, 2006, at 11:30am, Cal-Western Reconveyance Corporation, as duly appointed trustee under and pursuant to Deed of Trust recorded August 09, 2005, as Inst. No. 2005065865 in book XX, page XX, of Official Records in the office of the County Recorder of San Luis Obispo County, State of California, executed by Deborah E. Mills, A Single Woman, will sell at public auction to highest bidder for cash, cashier's check drawn on a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state: At the Osos Street entrance near the door to the San Luis Obispo County Courthouse San Luis Obispo, California, all right, title and interest conveyed to and now held by it under said Deed of Trust in the ...

...highest bidder shall have no further recourse. The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located. For sales information: Mon-Fri 9:00am to 4:00pm (619) 590-1221. Cal-Western Reconveyance Corporation, 525 East Main Street, P.O. Box 22004, El Cajon, CA 92022-9004 Dated: May 08, 2006 Trustee Sale Officer: Matthew E Johnson. (R-127408 05/18/06, 05/25/06, 06/01/06)

May 18, 25; June 1, 2006.       6378439

AHM_MILLS019462