# EXHIBIT 12

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Marisol Antonio        BAR ID: 221387<br>ROUTH CRABTREE OLSEN, P.S.<br>505 N. Tustin Ave., Suite 243<br>Santa Ana, CA  92705<br>**Telephone # 714-277-4915      Fax # 714-277-4899**<br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* | **FILED & ENTERED**<br><br>**JUL 25 2006**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY krustC     DEPUTY CLERK |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>Deborah E Mills,<br><br><br>Sandra McBeth | CHAPTER:       7 |
|---|---|
| | CASE NO.:       ND-06-10337RR |
| Debtor(s). | DATE:       July 25, 2006<br>TIME:       9:00 AM |
| Trustee. | CTRM:       201<br>FLOOR:       2nd |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
## (MOVANT: American Home Mortgage Acceptance Inc. )

1.    The Motion was:        ☐ Contested    ☒ Uncontested ☐ Settled by stipulation

2.    The Motion affects the following real property (the "Property"):
    *Street Address:*        **1880 Burnt Rock Way**
    *Apartment/Suite No.:*
    *City, State, Zip Code:* **Templeton, CA**

    Legal description or document recording number (including county of recording):

    **APN 020-285-020**

    ☒ See attached page.

3.    The Motion is granted under:    ☒ 11 U.S.C. § 362(d)(1)    ☒ 11 U.S.C. § 362(d)(2)  ☐ 11 U.S.C. § 362(d)(3)
                                             ☐ 11 U.S.C. § 362(d)(4)

4.    As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a.    ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
    b.    ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c.    ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5.    ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised October 2005*                                                                                    **F 4001-1O.RP**

| In Re                  (SHORT TITLE) | | CHAPTER:    7 |
|---|---|---|
| Deborah E Mills | | |
| | Debtor(s) | CASE    NO:         ND-06-10337RR |

6. ☐ Movant shall not conduct a foreclosure sale before the following date (*specify*):

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order.  The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency.  Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. This Court further orders as follows:
   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b. ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
   d. ☐ See attached continuation page for additional provisions.

Dated:    July 25, 2006

*Robin Riblet*

_____
UNITED STATES BANKRUPTCY JUDGE

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised October 2005*                                                                                    F 4001-1O.RP

Case 07-11047-CSS    Doc 9413-12    Filed 11/04/10    Page 4 of 6

Case 9:06-bk-10337-RR    Doc 12    Filed 07/25/06    Entered 07/25/06 12:46:01    Desc
Order on Motion for Relief Main Document (Real Property) - Page 3 of 4

| In Re            (SHORT TITLE) | | CHAPTER:    7 |
|---|---|---|
| Deborah E Mills | | |
| | Debtor(s) | CASE   NO:          ND-06-10337RR |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER

**TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:**

You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1, that an ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (in whole or in part) was entered on *(specify date)*:

July 25, 2006

Dated:    July 25, 2006

**JON D. CERETTO**
**Clerk of the Bankruptcy Court**

By:    *Kam Rust*

_____
*Deputy Clerk*

*Revised October 2005*

**F 4001-1O.RP**

Case 07-11047-CSS    Doc 9413-12    Filed 11/04/10    Page 5 of 6

Case 9:06-bk-10337-RR    Doc 12    Filed 07/25/06    Entered 07/25/06 12:46:01    Desc
Order on Motion for Relief from Stay (Real Property) - Page 4 of 4

| In Re        (SHORT TITLE) | | CHAPTER:   7 |
| --- | --- | --- |
| Deborah E Mills | | |
| | Debtor(s) | CASE   NO:        ND-06-10337RR |

## SERVICE LIST

Marisol Antonio
505 N. Tustin Ave., Suite 243
Santa Ana, CA 92705

Deborah E Mills
1880 Burnt Rock Way
Templeton, CA 93465

Vaughn C. Taus
1042 Pacific Street Suite D
San Luis Obispo, CA 93401

Sandra McBeth
2450 Professional Parkway
Santa Maria, CA 93455

United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

County    .                          of San Luis Obispo
    [Type of Recording Jurisdiction]                [Name of Recording Jurisdiction]

Parcel 95 of Parcel Map COAL 99-0220, in the County of San Luis
Obispo, State of California, according to map recorded April 19, 2002
in Book 56, Page 39 of Parcel Maps, and Certification of Correction
recorded February 10, 2004 as Instrument No. 2004-010437 of Official
Records, in the Office of the County Recorder of said County.

Parcel ID Number:  020-285-020                     which currently has the address of
1880 Burnt Rock Way                                            [Street]
Templeton                              [City], California 93465         [Zip Code]
("Property Address"):

