# EXHIBIT 13

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO:

**AMERICAN HOME MORTGAGE SERVICING, INC**
**4600 REGENT BOULEVARD**
**·SUITE 200**
**IRVING TX 75063-1730**

TRA #    104001
Trust No. 1081027-01
Loan No. XXXXXX0980

MAIL TAX STATEMENT TO:

Same as above

ⴲⴲ 6605⟨20

| FILED | FEE PAID | EXEMPT | OUT OF STATE |
|-------|----------|--------|--------------|
|       |          | NR     |              |

**JULIE RODEWALD**
San Luis Obispo County – Clerk/Recorder
Recorded at the request of
**Title Court Services Inc**

AR
8/22/2006
11:06 AM

DOC#:  **2006059306**

| Titles: | 1 | Pages: | **3** |
|---------|---|--------|-------|
| Fees    |   |        | 13.00 |
| Taxes   |   |        | 0.00  |
| Others  |   |        | 0.00  |
| PAID    |   |        | $13.00 |

Space Above This Line For Recorder

Documentary Transfer Tax **$.00**
~~Grantee was~~ ~~not~~ the foreclosing beneficiary.
consideration **$229,251.71**
unpaid debt **$229,251.71**
non exempt amount $
__Computed on the consideration or value of property conveyed.
__Computed on the consideration of value less liens or encumbrances remaining at time of sale.

Signature of Declarant or Agent
AP# 020-285-020

## TRUSTEE'S DEED UPON SALE

**CAL-WESTERN RECONVEYANCE CORPORATION**  (herein called trustee)
does hereby grant and convey, but without covenant or warranty, express or implied to
**AMERICAN HOME MORTGAGE SERVICING, INC.**

(herein called Grantee) the real property in the county of **SAN LUIS OBISPO** ,State of California described as follows:
**PARCEL 95 OF PARCEL MAP COAL 99-0229, IN THE CITY OF SAN LUIS OBISPO, STATE OF CALIFORNIA, ACCORDING TO MAP RECORDED APRIL 19, 2002 IN BOOK 56, PAGE 39 OF PARCEL MAPS; MORE COMPLETELY DESCRIBED IN ATTACHED EXHIBIT A.**
The street address and other common designation, if any, of the real property described above is purported to be:
**1880 BURNT ROCK WAY**
**TEMPLETON CA 93465**

This conveyance is made pursuant to the authority and powers vested in said Trustee, as Trustee, or Successor Trustee, or Substituted Trustee, under that certain Deed of Trust executed by
**DEBORAH E. MILLS, A SINGLE WOMAN**

as Trustor, recorded **August 09, 2005**, as Document No. **2005065865**, in Book **XX**, page **XX**, of Official Records in the Office of the Recorder of **SAN LUIS OBISPO** County, California; and pursuant to the Notice of Default recorded **January 27, 2006**, as Document No. **2006006346** in Book **XX**, page **XX** of Official Records of said County, Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by said Deed of Trust, including, among other things, as applicable, the mailing of copies of notices or the publication of a copy of the notice of default or the personal delivery of the copy of the notice of default or the posting of copies of the notice of sale or the publication of a copy thereof.

TDUSCA.DOC                                Page 1 of 2                                Rev. 01-12-2006

TRA #    **104001**
Trust No. **1081027-01**
Loan No. **XXXXXX0980**

At the place fixed in the Notice of Trustee's Sale, said Trustee did sell said property above described at public auction on **August 10, 2006** to said Grantee, being the highest bidder therefore, for **$229,251.71** cash, lawful money of the United States, in satisfaction pro tanto of the indebtedness then secured by said Deed of Trust.

**CAL-WESTERN RECONVEYANCE CORPORATION**

Dated:  **August 10, 2006**

**Wendy V. Perry, A.V.P.**

STATE OF CALIFORNIA        }
                          } ss:
COUNTY OF SAN DIEGO        }

On **AUG 1 0 2006** _____ before me, _____ **Mary J. Statham** _____ ,
a Notary Public in and for said state, personally appeared

_____ **Wendy V. Perry, A.V.P.** _____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature

```
MARY J. STATHAM
COMM. # 1646046
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Comm. Exp. Feb. 18, 2010
```

(this area for official notary seal)

TDUSCA.DOC                    Page 2 of 2                    Rev. 01-12-2006

**MILLS 001229**

TS#1081027-01

## EXHIBIT "A"

PARCEL 95 OF PARCEL MAP COAL 99-0229, IN THE COUNTY OF SAN LUIS OBISPO, STATE OF CALIFORNIA, ACCORDING TO MAP RECORDED APRIL 19, 2002 IN BOOK 56, PAGE 39 OF PARCEL MAPS, AND CERTIFICATION OF CORRECTION RECORDED FEBRUARY 10, 2004 AS INSTRUMENT NO. 2004-010437 OF OFFICIAL RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

END OF DOCUMENT