# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| | )  Chapter 11 |
| | ) |
| American Home Mortgage Holdings, Inc., a | ) |
| Delaware corporation, *et al.*, | )  Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | )  Jointly Administered |
| | ) |
| | ) |

## NOTICE OF CHANGE OF AFFILIATION

PLEASE TAKE NOTICE that effective November 5, 2010, Todd C. Schiltz has changed his affiliation and address as follows:

> Todd C. Schiltz
> Drinker Biddle & Reath LLP
> 1100 North Market Street
> Suite 1000
> Wilmington, DE 19801
> (302) 467-4225 – Telephone
> (302) 467-4201 – Facsimile
> todd.schiltz@dbr.com

Dated: November 5, 2010

**DRINKER BIDDLE & REATH LLP**

/s/ Todd C. Schiltz
Todd C. Schiltz (ID No. 3253)
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
Telephone: (302) 467-4225
Facsimile: (302) 467-4201

WM01/ 7851195.1