## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                                  Case No. 07-11047 (CSS)
                                                        Chapter 11
AMERICAN HOME MORTGAGE
HOLDINGS, INC. ,
a Delaware corporation, *et al.*

                    Debtors.

_____/

## NOTICE OF WITHDRAWAL FROM CASE
## AND REQUEST TO STOP ELECTRONIC NOTICE

   Steven J. Solomon hereby files his Notice of Withdrawal from Case and Request to Stop

Electronic Notice as he has no further interest in this case.

   Respectfully submitted this 8th day of November, 2010.


         **By:** ***/s/ Steven J. Solomon***_____
          Steven J. Solomon, Esq.
          Florida Bar No. 931969
          GRAY ROBINSON, P.A.
          1221 Brickell Avenue, Suite 1600
          Miami, FL 33131
          Telephone: (305) 416-6880
          Facsimile: (305) 416-6887
          steven.solomon@gray-robinson.com

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a copy of this Notice has been served by electronic mail upon

all parties and counsel identified on the CM/ECF service list created and maintained by the Court

for this case, on November 8, 2010.


         ***/s/ Steven J. Solomon***_____
         Steven J. Solomon

\7\326 - # 371175 v1