IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x  Chapter 11
In re:                                                             :
                                                                   :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :
a Delaware corporation, et al.,[1]                                 :  Jointly Administered
                                                                   :
                         Debtors.                                  :
                                                                   :  Ref. Docket No. 9405
                                                                   :
------------------------------------------------------------------ x

## NOTICE OF FILING OF REDACTED EXHIBITS TO THE DEBTORS' OBJECTION TO ADMINISTRATIVE EXPENSE CLAIMS 10802, 10803, 10804, 10805, 10806, 10807, 10808 AND 10809 FILED BY DEBORAH MILLS

TO:  (I) THE U.S. TRUSTEE; (II) COUNSEL TO MS. DEBORAH MILLS; AND (III) ALL OTHER PARTIES REQUIRED TO RECEIVE SERVICE UNDER LOCAL RULE 2002-1(b).

**PLEASE TAKE NOTICE** that on November 3, 2010 the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Debtors' Objection to Administrative Expense Claims Numbered 10802, 10803, 10804, 10805, 10806, 10807, 10808 and 10809* [D.I. 9405] (the "Mills Objection"). In support of the Mills Objection, the Debtors' attached multiple exhibits (the "Mills Exhibits").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have filed the attached Mills Exhibits in redacted format pursuant to the Stipulated Protective Order Governing the Production of Confidential Materials [D.I. 9284].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

YCST01:10356156.1                                                                                        069504.1001

| | |
|---|---|
| Dated: November 8, 2010<br>Wilmington, Delaware | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP<br><br>*/s/ Margaret Whiteman Greecher*<br>Sean M. Beach (No. 4070)<br>Sharon M. Zieg (No. 4196)<br>Erin D. Edwards (No. 4392)<br>Margaret Whiteman Greecher (No. 4652)<br>Morgan L. Seward (No. 5388)<br>The Brandywine Building<br>1000 West Street - 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>Counsel to Debtors and Debtors in Possession |