IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                  :    Chapter 11
                                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                         :
                                                                        :    Jointly Administered
        Debtors.                                                        :
------------------------------------------------------------------------ x    Ref. No. 9293

### <u>CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 9293</u>

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtors' Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a) for an Order Approving and Authorizing Settlement Agreement Resolving All Claims and Counterclaims Between the Debtors, Waterfield Shareholder LLC, Union Federal Bank of Indianapolis, Huntington Bancshares Incorporated and the Official Committee of Unsecured Creditors (the "Motion") has been received.  The Court's docket which was last updated November 8, 2010, reflects that no objections to the Motion have been filed.  Objections to the Motion were to be filed and served no later than November 3, 2010 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
       November 8, 2010

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP


                              /s/ Sean M. Beach
                              Sean M. Beach (No. 4070)
                              Margaret Whiteman Greecher (No. 4652)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              Counsel for Debtors and
                              Debtors in Possession