IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :    Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :    Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                      :
                                                                       :    Jointly Administered
                               Debtors.                                ::
---------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on November 1, 2010, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Post-Confirmation Reports [D.I. 9393-9400]

_____
Debbie Laskin

      SWORN TO AND SUBSCRIBED before me this ___ day of November 2010.

_____
Notary Public

KASSANDRA ANN RIDDLE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 10, 20__

## SERVICE LIST

U.S. Trustee
Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*