UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :
                                                           :  Chapter 11 Case
AMERICAN HOME MORTGAGE                                     :
HOLDINGS, INC., *et al.* [1],                              :  No. 07-11047 (CSS)
                                                           :  Jointly Administered
    Debtors.                           :
                                                           :
---------------------------------------------------------- x
THE OFFICIAL COMMITTEE OF                                  :
UNSECURED CREDITORS OF AMERICAN                            :
HOME MORTGAGE HOLDINGS, INC., *et*                         :
*al.*,                                                     :  Adv. Proc. Nos.
                                                           :  [See Attached Exhibit A]
    Plaintiff,                         :
                                                           :
 -against –                                           :
                                                           :
[SEE ATTACHED EXHIBIT A],                                  :
                                                           :
    Defendants.                        x

## NOTICE OF FILING STATUS REPORT

Plaintiff, the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, by and through its undersigned counsel, hereby submits the following status report, attached hereto as Exhibit A, pursuant to the Court's Scheduling Orders.

---

[1] The Debtors are American Home Mortgage Holdings, Inc., American Home Mortgage Acceptance, Inc., American Home Mortgage Corp., American Home Mortgage Investment Corp., American Home Mortgage Servicing, Inc., American Home Mortgage Ventures LLC, Homegate Settlement Services, Inc., and Great Oak Abstract Corp.

128189.01600/40191624v.1

The undersigned remains available should the Court have any questions concerning the above.

Dated: Wilmington, Delaware
November 9, 2010

                               **BLANK ROME LLP**

                               */s/ Victoria Guilfoyle*
                               Bonnie Glantz Fatell (No. 3809)
                               David W. Carickhoff (No. 3715)
                               Victoria Guilfoyle (No. 5183)
                               1201 Market Street, Suite 800
                               Wilmington, Delaware 19801
                               Telephone: (302) 425-6400
                               Facsimile: (302) 425-6464

                                         -and-

                               **HAHN & HESSEN LLP**
                               Mark S. Indelicato, Esq.
                               Edward L. Schnitzer, Esq.
                               488 Madison Avenue
                               New York, NY 10022
                               Telephone: (212) 478-7200
                               Facsimile: (212) 478-7400

                               *Co-Counsel for the Committee*