# EXHIBIT A

Cases Governed By Scheduling Order Dated November 17, 2009

| Adv. Proc No. | Defendant | Responsible Law Firm | Category | Comments |
|---|---|---|---|---|
| 09-51543 | BRINK'S COMMUNICATIONS | Blank Rome LLP and Hahn & Hessen LLP | A | Service is incomplete because we believe the defendant is no longer in business. |
| 09-51701 | KALEE INVESTMENTS and PRINCIPLE EQUITY PROPERTIES | Blank Rome LLP and Hahn & Hessen LLP | A | Service is incomplete because we believe the defendant is no longer in business. |
| 09-51627 | THE SRS GROUP INC | Blank Rome LLP and Hahn & Hessen LLP | A | Service is incomplete because we believe the defendant is no longer in business. |
| 09-51597 | DESIGN CIRCLES | Blank Rome LLP and Hahn & Hessen LLP | C | Request for Default Judgment was denied. Committee will seek default judgment by motion. |
| 09-51533 | A-1 PROFESSIONAL CLEANING & MAINTENANCE SERVICES, INC | Blank Rome LLP and Hahn & Hessen LLP | E | Default Judgement entered on May 24, 2010. Settlement was included in the 12th omnibus 9019 motion filed on October 19, 2010. |
| 09-51536 | AMC TRANSFER | Blank Rome LLP and Hahn & Hessen LLP | E | Default Judgement entered on May 24, 2010. Settlement was included in the 12th omnibus 9019 motion filed on October 19, 2010. |
| 09-51773 | D.W. CONSULTING, INC. | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 11th Omnibus 9019 Stipulation of Dismissal filed 10/20/2010. |
| 09-51687 | ILINC COMMUNICATIONS | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement was included in the 12th omnibus 9019 motion filed on October 19, 2010. |
| 09-51717 | METAVANTE CORP | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in in 9th Omnibus 9019 Stipulation of Dismissal entered August 30, 2010. |
| 09-51768 | MORTGAGE CONTRACTING SERVICES | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in in 9th Omnibus 9019 Stipulation of Dismissal entered August 31, 2010. |
| 09-51725 | MORTGAGE DATA MANAGEMENT CORP | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 11th Omnibus 9019 Stipulation of Dismissal filed 10/4/2010. |
| 09-51732 | NEXTEL COMMUNICATIONS | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 10th Omnibus 9019 Stipulation of Dismissal filed 11/5/2010. |
| 09-51733 | NOVASOFT INFORMATON TECHNOLOGY | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 11th Omnibus 9019 Stipulation of Dismissal filed 10/8/2010. |
| 09-51742 | OUTSOURCE SOLUTIONS LLC | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement was included in the 12th omnibus 9019 motion filed on October 19, 2010. |

Cases Governed By Scheduling Order Dated November 17, 2009

| Case No. | Debtor/Party | Counsel | Status | Notes |
|---|---|---|---|---|
| 09-51763 | PLACEMENT SOLUTION, INC. | Blank Rome LLP and Hahn & Hessen LLP | E | Although Default Judgment was entered on May 21, 2010, the parties have reached a settlement in principle and agreement will be included in next omnibus 9019 motion. |
| 09-51758 | QUANTITATIVE RISK MANAGEMENT | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement was included in the 12th omnibus 9019 motion filed on October 19, 2010. |
| 09-51729 | QWEST BUSIENSS SVCS | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 11th Omnibus 9019 Stipulation of Dismissal enter 10/11/2010. Dismissed. |
| 09-51728 | R.J. FOOTE FLOOR-IN-FASHION | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 10th Omnibus 9019 Stipulation of Dismissal enter 10/18/2010. |
| 09-51663 | SPRINT | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 10th Omnibus 9019 Stipulation of Dismissal filed 11/5/2010. |
| 09-51692 | S-TRON | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 10th Omnibus 9019 Stipulation of Dismissal entered August 4, 2010. Dismissed. |
| 09-51624 | TEEM PLUMBING & HEATING | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 10th Omnibus 9019 Motion and satisfaction of judgment was filed 7/29/2010. |
| 09-51718 | THE METROPOLITAN COMPANIES, INC. d/b/a METROPOLITAN TEMPORARIES | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 10th Omnibus 9019 Stipulation of Dismissal entered September 30, 2010. |
| 09-51601 | XEROX BUSINESS SERVICES | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 11th Omnibus 9019 Stipulation of Dismissal entered October 7, 2010. |
| 09-51739 | ON GUARD SECURITY SERVICES, INC | Blank Rome LLP and Hahn & Hessen LLP | F | Mediation completed, fact discovery completed, expect to complete expert discovery, if any, by end of January 2011 pursuant to the scheduling order. |
| 09-51761 | PMC INVESTIGATIONS & SECURITY | Blank Rome LLP and Hahn & Hessen LLP | F | Mediation completed, fact discovery completed, expect to complete expert discovery, if any, by end of January 2011 pursuant to the scheduling order. |
| 09-51680 | RAPID ACCESS COMMUNICATION ENT | Blank Rome LLP and Hahn & Hessen LLP | F | Pursuant to stipulation and court order, the default was vacated and the Defendant filed an answer. Expect to complete discovery by end of October 2010. Mediation Report due by 11/29/2010. |
| 09-51611 | VECTOR CONSULTING, INC | Blank Rome LLP and Hahn & Hessen LLP | F | Mediation completed, expect to complete expert discovery by mid-January 2011 pursuant to the scheduling order. |

Cases Governed By Scheduling Order Dated November 17, 2009

| | | | | |
|---|---|---|---|---|
| 09-51547 | CFN FINANCE, INC. d/b/a CFN FINANCIAL INC | Blank Rome LLP and Hahn & Hessen LLP | G | A mediator was appointed and mediation is expected to take place in November or December of 2010. |
| 09-51767 | EXPERIAN | Blank Rome LLP and Hahn & Hessen LLP | G | A mediator was appointed and mediation is expected to take place in November of 2010. |
| 09-51697 | IRON MOUNTAIN OFF-SITE DATA PROTECTION INC. d/b/a IM- OFF SITE DATA PROTECTION | Blank Rome LLP and Hahn & Hessen LLP | G | A mediator was appointed and mediation is expected to take place in November of 2010. |
| 09-51696 | IRON MOUNTAIN RECORDS MGMT | Blank Rome LLP and Hahn & Hessen LLP | G | A mediator was appointed and mediation is expected to take place in November of 2010. |
| 09-51698 | J LAURIE COMMERCIAL FLOORS INC | Blank Rome LLP and Hahn & Hessen LLP | G | A mediator was appointed and mediation is expected to take place in November of 2010. |
| 09-51551 | CB CONTRACTORS INC | Blank Rome LLP and Hahn & Hessen LLP | I | Default Judgment entered on June 17, 2010, Defendant has made motion to vacate the default judgment and the Committee has opposed such motion. |

Cases Governed By Scheduling Order Dated December 14, 2009

| Adv. Proc No. | Defendant | Responsible Law Firm | Category | Comments |
|---|---|---|---|---|
| 09-51690 | WPH ARLINGTON, LLC d/b/a SHERATON CHICAGO NORTHWEST | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on June 11, 2010. |
| 09-52299 | JOHN A. JOHNSTON | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 11th Omnibus 9019 Motion Stipulation of Dismissal Filed 10/6/2010. |
| 09-51681 | RECKSON AUSTRALIA PORTFOLIO CLEARING, RNY AUSTRALIA LPT CORPORATION, RXR REALTY | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 11th Omnibus 9019. Stipulation of Dismissal filed 10/21/2010. |
| 09-52301 | TOUCH LLC d/b/a PURE | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 11th Omnibus 9019. Stipulation of Dismissal filed 10/20/2010. |
| 09-52297 | VARGA BERGER LEDSKY HAYES & CASEY, P.C. | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 11th Omnibus 9019 Motion and matter will be dismissed once all settlement payments are made. |
| 09-52300 | TRADE SHOW FABRICATIONS, INC. | Blank Rome LLP and Hahn & Hessen LLP | I | Mediation completed, fact discovery completed and expect to complete expert discovery, if any, by end of February 2011 as per the scheduling order. The Committee's motions for sanctions due to Defendant's failure to appear at deposition, failure to produce noticed parties at deposition and failure to admit is pending. |

Cases Governed By Scheduling Order Dated February 18, 2010

| Adv. Proc. No. | Defendant | Responsible Law Firm | Category | Comments |
|---|---|---|---|---|
| 10-50003 | WAREHOUSELINE, LTD | Blank Rome LLP and Hahn & Hessen LLP | E | Settled in principle and agreement will be included in next omnibus 9019 motion. |