IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x   Chapter 11
In re:                                                             :
                                                                   :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :
a Delaware corporation, et al.,[1]                                 :   Jointly Administered
                                                                   :
                           Debtors.                                :   REF. DOCKET NO. 9293
                                                                   :
------------------------------------------------------------------ x

**ORDER APPROVING DEBTORS' MOTION PURSUANT TO BANKRUPTCY RULE 9019
AND 11 U.S.C. § 105(A) FOR AN ORDER APPROVING AND AUTHORIZING THE
SETTLEMENT AGREEMENT RESOLVING CLAIMS AND COUNTERCLAIMS BETWEEN
THE DEBTORS AND THE WATERFIELD SHAREHOLDER LLC, UNION FEDERAL
BANK OF INDIANAPOLIS, HUNTINGTON BANCSHARES INCORPORATED AND THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon consideration of the motion (the "Motion")[2] of the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") for entry of an order pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), approving the settlement agreement (the "Settlement Agreement") by and among the Debtors, Waterfield Shareholder LLC ("Waterfield"), Union Federal Bank of Indianapolis ("Union Federal"), Huntington Bancshares Incorporated ("Huntington") and the Official Committee of Unsecured Creditors in connection with Debtors chapter 11 cases (the "Committee")

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

(collectively with the Debtors, Waterfield, Union Federal and Huntington, the "Parties"); and it appearing that the Settlement Agreement and the relief requested in the Motion is in the best interests of the Debtors, their creditors and their estates; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the relief requested in the Motion is hereby granted; and it is further

ORDERED, that the Settlement Agreement is approved pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019; and it is further

ORDERED, that JP Morgan Chase Bank, N.A., as Escrow agent under the Escrow Agreement, is authorized and directed to wire $5,500,000 from the Escrow to AHM, and to wire the remainder of the Escrow to Waterfield and Huntington, within five (5) business days from entry of this Order.

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Date: Wilmington, Delaware
October __/__/2010

_____
Christopher S. Sontchi
United States Bankruptcy Judge