IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | x | Chapter 11 |
|---|---|---|
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | : | |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | **Ref. Docket No. 9383** |
| | x | |

---

### DEBTORS' OBJECTION WITH RESPECT TO MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE [DOCKET NO. 5566]

The debtors and debtors in possession in the above captioned cases (collectively, the "Debtors") hereby file this objection (the "Objection") with respect to the motion for relief from stay [D.I. 9383] (the "Motion") filed by Mooring Tax Asset Group, LLC (the "Movant") seeking relief related to the Movant's senior interest in certain real property (the "Property") and a potential foreclosure upon the Property in which the Debtors allegedly have a junior mortgage interest.

The relief requested by the Motion has already been granted by this Court through its Order Terminating the Automatic Stay Under Section 362(a) of the Bankruptcy Code to Permit the Commencement or Continuation of Acts to Exercise Rights and Remedies Upon Interests in Real Property [D.I. 6465] (the "Blanket Order"),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

which applies to parties with senior interests (including liens) in real property seeking to foreclose on real property in which the Debtors may have a junior interest. Accordingly, the Debtors object to the Motion as unnecessary. To the extent the Movant wishes to seek particular relief, the Movant must provide an explanation as to why the Blank Order is insufficient. (Blanket Ord. ¶ 5.)

Assuming that the Movant provides a basis for seeking a specific order in accordance with the Blanket Order, the Debtors generally consent to a future foreclosure upon the relevant property for which the Debtors may have a junior interest, and are willing to stipulate that "cause" for relief from the stay exists within the meaning of 11 U.S.C. § 362(d)(1).

However, the Debtors have reviewed the proposed form of order (the "Proposed Order") and object to the Motion to assert that certain language should be included to clarify that nothing in the Proposed Order affects the automatic stay in effect for other purposes, e.g., to protect any surplus from the foreclosure sales that might inure to the Debtors' account. Moreover, the Proposed Order should not constitute a determination that the Debtors hold any interest or equity in the Property or estop the Debtors from asserting or denying that they hold any interest in the Property. The Debtors reserve all rights with respect to the Properties, including, but not limited to, the Debtors' right to protect their interests under applicable non-bankruptcy law.

This Objection is further without prejudice to the Debtors' rights with respect to the factual allegations in the Motion including, but not limited to, whether the Debtors have any equity in the property or the appropriate appraisal values of the

Property asserted therein. Nothing herein shall be construed to waive any or all claims the Debtors may have against the Movant.

Dated:    Wilmington, Delaware
          November 10, 2010

          YOUNG CONAWAY STARGATT &
          TAYLOR, LLP

/s/ Margaret Whiteman Greecher
Sean M. Beach (No. 4070)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession