UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re                                                                             Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS,                 Case No. 07-11047 (CSS)
INC., *et al.*, [1]                                                    (Jointly Administered)

                                Debtors.          **Re: Docket No. 9351**
---------------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION REGARDING THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS' TWELFTH OMNIBUS MOTION
FOR AN ORDER APPROVING SETTLEMENTS WITH CERTAIN PREFERENCE
DEFENDANTS AND LIMITING NOTICE THEREOF [DKT. NO. 9351]**

The undersigned hereby certifies as follows:

1. The Official Committee of Unsecured Creditors' Twelfth Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof (the "Motion") was filed on October 19, 2010 and docketed at Docket Number 9351. Objections to the Motion, if any, were to be filed and served on the undersigned on or before November 8, 2010.

2. The undersigned certifies that she has caused a review of the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon and that she has not received any answer, objection or other response to the Motion.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

128189.01600/40191716v.1

- 2 -

3. Accordingly, the undersigned respectfully requests that the Court enter an order approving the Motion substantially in the form attached thereto at its earliest convenience.

Dated: November 10, 2010

BLANK ROME LLP

*/s/ Victoria Guilfoyle*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
Victoria A. Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464

-and

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnizter
488 Madison Avenue
New York, New York 10022
Telephone:    (212) 478-7200
Facsimile:    (212) 478-7400

*Counsel for the Official Committee of Unsecured Creditors*