# EXHIBIT 2

# CREDIT SCORE NOTICE

| Borrower Name(s):<br>Deborah E. Mills | Lender:<br>American Home Mortgage Acceptance, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747 |
|---|---|
| | Date:<br>July 10, 2005 |

## NOTICE TO THE HOME LOAN APPLICANT

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

One or more of the following consumer reporting agencies will provide the credit score:

**Experian**
P.O. Box 2002
Allen, TX 75013
1-888-397-3742

**Equifax Credit Information Services**
P.O. Box 740241
Atlanta, GA 30374
1-800-685-1111

**Trans Union**
P.O. Box 4000
Chester, PA 19016
1-866-887-2673

Your acknowledgment below signifies that this written notice was provided to you.

| Borrower Deborah E. Mills | Date | Borrower | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

DOC #:335141        APPL #:0000928512

-140 (0410)    UM51 0410    VMP Mortgage Solutions, Inc. (800)521-7291    10/04



AHM_MILLS003182

| DISCLOSURE OF CREDIT SCORE INFORMATION | |
|---|---|
| Borrower Name:<br>Deborah E. Mills | Lender:<br>American Home Mortgage Acceptance, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747 |
| Property Address:<br>1880 Burnt Rock Way<br>Templeton, CA 93465 | |
| | Date:<br>July 10, 2005 |

We are providing the following credit score information in connection with your loan application.

| Credit Score Provider | Experian<br>P.O. Box 2002<br>Allen, TX 75013<br>1-888-397-3742 | Equifax<br>P.O. Box 740241<br>Atlanta, GA 30374<br>1-800-685-1111 | Trans Union<br>P.O. Box 4000<br>Chester, PA 19016<br>1-866-887-2673 |
|---|---|---|---|
| Current/Most Recent Credit Score | | 660 | |
| Key Factors Adversely Affecting Score | | 14 - Length of time accounts have been established<br>28 - Number of accounts established<br>08 - Number of recent inquiries<br>10 - Proportion of balance to high credit on bank revolving or all revolving accounts | |
| Range of Possible Credit Scores | | 300 - 850 | |
| Date of Credit Score | | July 10, 2005 | |

VMP-139 (0411)   UM31 0106.01   VMP Mortgage Solutions, Inc. (800)521-7291   11/04
DOC #:943696   APPL #:0000928512

AHM_MILLS003183

## CREDIT SCORE NOTICE

| Borrower Name(s): Deborah E. Mills | Lender: American Brokers Conduit 538 Broadhollow Road Melville, NY 11747 |
|---|---|
| | **Date:** July 10, 2005 |

### NOTICE TO THE HOME LOAN APPLICANT

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.

One or more of the following consumer reporting agencies will provide the credit score:

| **Experian** | **Equifax Credit Information Services** | **Trans Union** |
|---|---|---|
| P.O. Box 2002 | P.O. Box 740241 | P.O. Box 4000 |
| Allen, TX 75013 | Atlanta, GA 30374 | Chester, PA 19016 |
| 1-888-397-3742 | 1-800-685-1111 | 1-866-887-2673 |

Your acknowledgment below signifies that this written notice was provided to you.



| Borrower   Deborah E. Mills | Date | Borrower | Date |
|---|---|---|---|
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |
| Borrower | Date | Borrower | Date |

DOC #:335141                     APPL #:0000930980

-140 (0410)        UH?: 0410          VMP Mortgage Solutions, Inc. (800)521-7291                     10/04

AHM_MILLS002638

## DISCLOSURE OF CREDIT SCORE INFORMATION

| Borrower Name: Deborah E. Mills | Lender: American Brokers Conduit 538 Broadhollow Road Melville, NY  11747 |
|---|---|
| Property Address: 1880 Burnt Rock Way Templeton, CA  93465 | |
| | Date: July 10, 2005 |

We are providing the following credit score information in connection with your loan application.

| | Experian P.O. Box 2002 Allen, TX 75013 1-888-397-3742 | Equifax P.O. Box 740241 Atlanta, GA 30374 1-800-685-1111 | Trans Union P.O. Box 4000 Chester, PA 19016 1-866-887-2673 |
|---|---|---|---|
| **Credit Score Provider** | | | |
| **Current/Most Recent Credit Score** | | 659 | |
| **Key Factors Adversely Affecting Score** | | 14 - Length of time accounts have been established 28 - Number of accounts established 08 - Number of recent inquiries 10 - Proportion of balance to high credit on bank revolving or all revolving accounts | |
| **Range of Possible Credit Scores** | | 300 - 850 | |
| **Date of Credit Score** | | July 10, 2005 | |

VMP-139 (0411)    UM31 0106.01    VMP Mortgage Solutions, Inc. (800)521-7291    11/04
DOC #:943696    APPL #:0000930980



AHM_MILLS002639