# EXHIBIT 3

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
(CONFIDENTIAL PORTIONS)

-------------------------------------x
IN RE:
AMERICAN HOME MORTGAGE                     Case No.
HOLDINGS, INC., a Delaware                 07-11047 (CSS)
corporation, et al.,
                    Debtors.
-------------------------------------x

DEPOSITION OF:  DEBORAH E. MILLS
Tuesday, October 5, 2010
Wilmington, Delaware

Reported in stenotype by:
Rich Germosen, CCR, CRCR, RPR, CRR, CLR

|   | 82 |   | 84 |
|---|---|---|---|
| 1 | DEBORAH E. MILLS | 1 | DEBORAH E. MILLS |

## Page 82

1  DEBORAH E. MILLS
2     Q.  You can answer the question.
3        MR. STAMOULIS:  Can you just read
4  the question back?
5        THE WITNESS:  Yeah.
6        MR. STAMOULIS:  I just want to make
7  sure that -- I might have misheard it.
8        COURT REPORTER:  (Complies.)
9        (Whereupon, the requested portion
10 is read back by the reporter as follows:
11       "QUESTION:  Okay.
12       "And then why do you believe she
13 made the statement on behalf of American Home
14 Mortgage?")
15       MR. STAMOULIS:  If you can answer
16 go ahead.
17    A.  She was -- I -- I don't know
18 what -- I don't know how to respond to that.  She
19 was doing the loan through American Home Mortgage
20 so she was the messenger.  She was the person,
21 she was the conduit in between American Home
22 Mortgage and myself.  I don't know what else to,
23 to say.
24
25 BY MR. BEACH:

## Page 83

1  DEBORAH E. MILLS
2     Q.  What do you mean in Paragraph 7
3  still the second sentence, what do you mean when
4  you say false promises of a future refinancing,
5  equity line or some other means of accessing the
6  equity?
7     A.  What was falsely presented to me
8  that if I put everything into it that in two
9  months I would be able to pull out monies or be a
10 HELOC or something, but there would be a means
11 for me to access that money that I put into the
12 property.
13    Q.  What exactly was the false promise
14 that you refer to?
15    A.  The false promise is is that in
16 two months because as I understood it there was a
17 prepayment penalty for the first two months, that
18 I would be able to access at least fifty thousand
19 dollars of the equity --
20    Q.  And what --
21    A.  -- from the property.
22    Q.  Why do you believe that there was
23 a prepayment penalty?
24    A.  Everything had a prepayment
25 penalty.  There is -- you know, the first two

## Page 84

1  DEBORAH E. MILLS
2  months I wasn't supposed to do anything.  It was
3  after two months I would be able to pull the
4  money out.
5     Q.  Did you review the loan documents
6  and find a prepayment penalty in those loan
7  documents?
8     A.  Through conversations about the
9  loan, about prepayment penalty it was discussed
10 upon signing I asked Lori Filipponi about that
11 and she said, well, that's been handled.
12    Q.  Who --
13    A.  So I still was under the
14 assumption there was a two-month prepayment
15 penalty.
16    Q.  Who is Lori Filipponi?
17    A.  She was with Chicago Title.
18 That's when I signed my escrow papers.
19    Q.  She is the one who made statements
20 about the prepayment penalty?
21    A.  Yeah.
22    Q.  And nobody else?
23    A.  Well, at the final signing she was
24 the one, yes.  Lori Filipponi.
25    Q.  Was there anyone prior to the

## Page 85

1  DEBORAH E. MILLS
2  final signing that said, that talked about
3  prepayment penalties?
4     A.  Well, Tawnya and I did discuss if
5  we went this way, if we went that way, prepayment
6  penalty.  I always thought -- it didn't get
7  solidified until I sat down to sign the papers
8  with Lori Filipponi that I understood it, you
9  know, she was what an escrow company is there
10 for.
11    Q.  Okay.
12       So you testified earlier that you
13 were, and correct me if I'm wrong if I'm
14 mischaracterizing this, but you testified earlier
15 that it was represented to you that you'd be able
16 to take fifty thousand dollars out of equity once
17 you owned the property, is that correct?
18    A.  Correct.
19    Q.  And what were the terms of the
20 future refinancing, equity line or some other
21 means of accessing the equity?
22    A.  I don't completely understand the
23 question.  Can you please repeat it?
24    Q.  You stated that you'd be able to
25 take fifty thousand dollars out in equity.  Was