# EXHIBIT 5

SCOTT R. MARTINEZ

Page 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

- - -

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | CIVIL ACTION NO. |
| | : | 07-11047 (CSS) |
| | : | |
| AMERICAN HOME | : | |
| MORTGAGE HOLDINGS, | : | |
| INC. A Delaware | : | |
| Corporation, et al. | : | |
| | : | Jointly |
| Debtors | : | Administered |

- - -

Deposition of SCOTT R. MARTINEZ taken pursuant to notice at the law offices of Young, Conaway, Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware, beginning at 11:15 a.m., on Monday, October 4, 2010, before Diane Fontanot, a Registered Professional Reporter and Notary Public.

- - -

DiPIERO COURT REPORTING
Registered Professional Reporters
404 South 16th Street
Philadelphia, PA 19146
(215) 735-8101

43b5658c-2441-4047-9c34-0cc4aa43eb8a

1  that they denied Claimant's requests to borrow
2  against the property in October of 2005 and
3  the response is that you do not have a record
4  of Ms. Mills submitting an application to
5  borrow against the property in October of
6  2005.
7           Do you have any record of Ms.
8  Mills contacting the Debtors to access the
9  equity of her home in October of 2005?
10 **A.     We have the servicing log where there**
11 **was a phone call made by Ms. Mills in October**
12 **of '05 asking to speak to the refinance**
13 **department.**
14 Q.     And do you have any information as to
15 what was asked of the refinance department?
16 **A.     I don't.  All that I know is that**
17 **there was no application set up in Unify which**
18 **leads me to believe that there was no**
19 **follow-up inquiry.**
20 Q.     Do you have any information as to what
21 the refinance department told Ms. Mills in
22 October of 2005?
23          MS. ZIEG:  Objection to form.
24          THE WITNESS:  I don't, no.
25 BY MR. STAMOULIS:

43b5658c-2441-4047-9c34-0cc4aa43eb8a

1    assuming that we're a party to these trusts?
2              MR. STAMOULIS:  Yes.
3              MS. ZIEG:  In which role are you
4    thinking when you say Debtors?
5    BY MR. STAMOULIS:
6    Q.    Well, let's look at Mills 5.  On Mills
7    5 the Issuer is American Home Mortgage Assets
8    Trust.
9    **A.    That's a non-debtor.**
10   Q.    That's a non-debtor.  The Servicer is
11   American Home Mortgage Servicing, Inc., and
12   the Depositor is American Home Mortgage
13   Assets, LLC.
14   **A.    Again, that's a non-debtor as well.**
15   Q.    Did American Home Mortgage Servicing,
16   Inc comply with the terms set forth in the
17   prospectuses that were given to the purchasers
18   of the securitized products?
19             MS. ZIEG:  Objection, form.
20             THE WITNESS:  When you say
21   American Home Mortgage Servicing, is that
22   pre-acquisition of the servicing business by
23   Wilder Ross?
24             MR. STAMOULIS:  That's right.
25             THE WITNESS:  I have no

1  knowledge that we weren't in compliance.
2  BY MR. STAMOULIS:
3  Q.     If you turn to the first page of the
4  composite exhibit, which is actually S-26 of
5  the prospectus, you'll see the beginning of a
6  discussion of the product that's being sold,
7  which is these groups of loans --
8             MS. ZIEG:  Objection.  So,
9  you've taken excerpted pages from the
10 prospectus and picked and chose which ones
11 you're going to ask him about without giving
12 him the whole context of the document to read
13 to answer the question?
14            MR. STAMOULIS:  That's right.
15            MS. ZIEG:  I have to object to
16 use of this exhibit in that way but to the
17 extent he has an answer, go ahead.
18            MR. STAMOULIS:  I haven't asked
19 a question yet.
20 BY MR. STAMOULIS:
21 Q.     Are you familiar at all with how the
22 loans that were being securitized were
23 advertised to potential investors?
24            MS. ZIEG:  Objection, form.
25            THE WITNESS: No.