IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | |
| a Delaware corporation, et al.,[1] | : | Jointly Administered |
| | : | |
| | : | Docket Ref. No. ____ |
| Debtors. | : | |

---

### ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER THE MOTION IN LIMINE TO EXCLUDE UNDISCLOSED EVIDENCE REGARDING THE MILLS CLAIMS AND PRECLUDING MS. MILLS FROM ASSERTING ANY CLAIMS BASED UPON SUCH EVIDENCE

Upon consideration of the motion (the "Motion to Shorten") of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), for the entry of an order pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") for an order shortening the applicable notice period of the Emergency Motion in Limine to Exclude Undisclosed Evidence Regarding the Mills Claims and Precluding Ms. Mills from Asserting Any Claims Based Upon Such Evidence (the "Motion in Limine"); and it appearing that due and adequate notice of the Motion to Shorten has been given; and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion to Shorten is approved; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New

6

ORDERED, that the hearing on the Motion will be held on November ___, 2010 at _____ (ET) (the "Emergency Hearing") and objections, if any, to the relief requested may presented at or prior to the Emergency Hearing; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: November ____, 2010
       Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge

---

York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

7