# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Civil Action No. 07-11047 (CSS)<br><br>Jointly Administered |

### [PROPOSED] ORDER GRANTING THE MOTION IN LIMINE OF CLAIMANT DEBORAH E. MILLS TO EXCLUDE ANY EVIDENCE RELATED TO MILLS' TAX RETURNS AND SCHEDULES SUBMITTED DURING HER PERSONAL BANKRUPTCY CASE

Upon consideration of the *Motion in Limine of Claimant Deborah E. Mills' for an Order Excluding Any Evidence Related to Mills' Tax Returns and Schedules Submitted During Her Personal Bankruptcy Case* (the "Motion"); and due and adequate notice of the Motion having been given under the circumstances; and all parties in interest having been heard or having had the opportunity to be heard; and after due deliberation and sufficient cause appearing therefor; it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that Debtors are precluded from arguing at trial that (1) Mills lied on her tax returns, (2) Mills lied on her loan applications with Debtors, and (3) Mills misrepresented facts during her individual bankruptcy case in connection with any proceeding adjudicating the Claims of Deborah E. Mills; and it is further

ORDERED that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
_____, 2010

                                    _____
                                    THE HONORABLE CHRISTOPHER S. SONTCHI
                                    UNITED STATES BANKRUPTCY JUDGE