# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Civil Action No. 07-11047 (CSS)<br><br>Jointly Administered |

### [PROPOSED] ORDER GRANTING THE MOTION IN LIMINE OF CLAIMANT DEBORAH E. MILLS TO EXCLUDE THE EXPERT TESTIMONY AND REPORT OF PHILIP M. ADLESON

Upon consideration of the *Motion in Limine of Claimant Deborah E. Mills' for an Order Excluding the Expert Testimony and Report of Philip M. Adleson* (the "Motion"); and due and adequate notice of the Motion having been given under the circumstances; and all parties in interest having been heard or having had the opportunity to be heard; and after due deliberation and sufficient cause appearing therefor; it is hereby:

ORDERED, that the Motion is GRANTED; and it is furtherORDERED, that Debtors are precluded from submitting the expert testimony of Philip M. Adleson or the written report prepared by Philip M. Adleson in connection with any proceeding adjudicating the Claims of Deborah E. Mills; and it is further   ORDERED that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

2

Dated: Wilmington, Delaware

_____, 2010

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE