IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x   Chapter 11

In re:                                         :

                                         :   Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE HOLDINGS, INC.,   :

a Delaware corporation, et al., [1]           :   Jointly Administered

                                         :

       Debtors.                         :

------------------------------------------------------------------------ x

**NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 15, 2010 AT 3:00 P.M. (ET)**

---

**THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE
COURT. THE HEARING IS RESCHEDULED FOR NOVEMBER 17, 2010
AT 2:00 P.M.**

---

**ADJOURNED/RESOLVED MATTERS**

1.     Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

     Response Deadline:   June 4, 2008 at 4:00 p.m.

     Related Documents:

          a)     Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

     Responses Filed:     See Exhibit A, attached

     Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

[2] **Amendments appear in bold.**

2.      Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

     a)    Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:    See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned

3.      Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 4661, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

     a)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection To Claims [D.I. 5175, 7/18/08]

     b)    Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:    See Exhibit C, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned.

4.      Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

a)      Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

Responses Filed:      See Exhibit D, attached

Status: Orders have been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit D, this matter will be adjourned.

5.      Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:    September 8, 2008 at 4:00 p.m.

Related Documents:

a)      Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1   [D.I. 6217, 10/10/08]

b)      Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

c)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:      Please see Exhibit E, attached

Status:  An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned.

6.      Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:    September 25, 2008 at 4:00 p.m.

Related Document:

- a) Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

- b) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:  See Exhibit F, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned.

7. Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

Objection Deadline:   December 7, 2009 at 4:00 p.m.

Objections Filed:       None

Status: This matter will be adjourned.

8. Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline:   December 3, 2008 at 4:00 p.m.

Related Document:

- a) Order Sustaining Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6703, 12/10/08]

Responses Filed:       See Exhibit G, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned.

9.      Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6610, 11/21/08]

Responses Deadline:   December 15, 2008 at 4:00 p.m.

Related Documents:

        a)      Order Sustaining Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6765, 12/22/08]

        b)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:      See Exhibit H, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit H, this matter will be adjourned.

10.     Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6825, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

        a)      Order Sustaining Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 7022, 2/17/09]

Responses Filed:      See Exhibit I, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit I, this matter will be adjourned.

11.     Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

Responses Filed:    See Exhibit J, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned.

12.    Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7084, 3/6/09]

Response Deadline:    March 30, 2009 at 4:00 p.m.

Related Documents:

    a)    Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7234, 4/6/09]

    b)    Second Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7267, 4/13/09]

    c)    Third Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7281, 4/15/09]

    d)    Fourth Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7327, 4/18/09]

    e)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

    f)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit K, attached.

    

Status: Orders have been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned.

13.     Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7280, 4/15/09]

Response Deadline:   May 8, 2009 at 4:00 p.m.

Related Documents:

     a)     Order Sustaining Debtors' Thirty-Third Omnibus Substantive) Objection to Claims [D.I. 7399, 5/15/09]

     b)     Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:       See Exhibit L, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit L, this matter will be adjourned.

14.     Debtors' Thirty-Fifth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7347, 5/6/09]

Response Deadline:   May 29, 2009 at 4:00 p.m.

Related Documents:

     a)     Order Sustaining Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7506, 6/5/09]

     b)     Second Order Regarding the Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7550, 6/19/09]

     c)     (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:        See Exhibit M, attached

Status: Orders have been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter will be adjourned.

15.    Debtors' Forty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7915, 8/7/09]

Response Deadline:    August 30, 2009 at 4:00 p.m.

Responses Filed:        See Exhibit N, attached

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit N, this matter will be adjourned.

16.    Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8049, 9/11/09]

Response Deadline:    October 5, 2009 at 4:00 p.m.

Related Documents:

   a)    Reply in Support of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims with Respect to Claim of Laura Beall [D.I. 8148, 10/7/09]

   b)    Order Sustaining Debtors' Forty-Second Omnibus (Substantive) Objection to Claims [D.I. 8186, 10/14/09]

   c)    Order Setting Briefing Schedule re: Laura Beall's Response to Debtors' Objection to Claim [D.I. 8507, 1/15/10]

   d)    Laura Beall's Sur-Reply Reply in Support of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims with Respect to Claim of Laura Beall [D.I. 8629, 2/26/10]

Responses Filed:

   e)    Laura Beall's Response to Debtors' Objection to Claim [D.I. 8137, 10/7/09]

Status: An Order has been entered that partially sustains the Objection.  This matter will be adjourned by agreement with respect to the claim of Laura Beall.

17.    Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8174, 10/13/09]

Response Deadline:    November 6, 2009 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims [D.I. 8299, 11/13/09]

Responses Received:  See Exhibit O, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit O, this matter will be adjourned.

18.    Debtors' Fifty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8650, 3/5/10]

Response Deadline:    March 30, 2010 at 4:00 p.m.

Related Document:

a)    Order Sustaining in Part Debtors' Fifty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8746, 4/6/10]]

Responses filed:        See Exhibit P, attached

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit P, this matter will be adjourned.

19.    Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8939, 6/18/10]

Response Deadline:    July 12, 2010 at 4:00 p.m., extended to August 9, 2010 for Assured Guaranty Corp.

Related Document:

    a)     Order Sustaining in Part Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 9028, 7/19/10]

Responses Filed:     See Exhibit Q

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit Q, this matter will be adjourned.

20.    Debtors' Sixty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9175, 8/24/10]

Response Deadline:    September 16, 2010 at 4:00 p.m.

Related Document:

    a)     Order Sustaining in Part Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007 [D.I. 9257, 9/23/10]

Responses Filed:     See Exhibit R

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit R, this matter will be adjourned.

21.    Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9176, 8/24/10]

Response Deadline:    September 16, 2010 at 4:00 p.m.

Related Document:

    a)     Order Sustaining in Part Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007 [D.I. 9254, 9/23/10]

Responses Filed:     See Exhibit S

                                       

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit S, this matter will be adjourned.

22.    Motion of Quantitative Risk Management Incorporated for Allowance of Administrative Expense Claim Under 11 U.S.C. Section 503(b)(1)(A) [D.I. 9183, 8/27/10]

Objection Deadline:    September 13, 2010 at 4:00 p.m., extended for the Debtors and Official Committee of Unsecured Creditors to October 14, 2010 at 4:00 p.m.

Objections Filed:    None as of the filing of this Agenda

Status: This matter is resolved pending documentation.

23.    Status Conference - The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., v. Deloitte & Touche LLP, Adv. No. 10-51228

Status: This matter is adjourned by agreement of the parties to December 15, 2010 at 10:00 a.m.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

24.    Debtors' Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a) for an Order Approving and Authorizing Settlement Agreement Resolving All Claims and Counterclaims Between the Debtors, Waterfield Shareholder LLC, Union Federal Bank of Indianapolis, Huntington Bancshares Incorporated and the Official Committee of Unsecured Creditors [D.I. 9293, 10/6/10

Objection Deadline:    November 3, 2010 at 4:00 p.m.

Related Document:

a)       Certificate of No Objection [D.I. 9428, 11/8/10]

Objections Filed:    None

Status: An order has been entered.  No hearing is required.

25.    Debtors' Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a) for an Order Approving and Authorizing the Release and Settlement Agreement Resolving All Claims and Counterclaims Among Certain Debtors, American Home Bank, a Division of First National Bank of Chester County and American Home Bank [D.I. 9327, 10/13/10]

Objection Deadline:    November 3, 2010 at 4:00 p.m.

Related Document:

    a)    Certificate of No Objection [D.I. 9429, 11/8/10]

Objections Filed:    None

Status: An order has been entered.  No hearing is required.

26.    Debtors' Sixty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9337, 10/14/10]

Response Deadline:    November 8, 2010 at 4:00 p.m.

Related Document:

    a)    Certificate of No Objection [D.I. 9437, 11/10/10]

Responses Filed:    None

Status: A Certificate of No Objection has been filed.  No hearing is required**.**

27.    Debtors' Sixty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9338, 10/14/10]

Response Deadline:    November 8, 2010 at 4:00 p.m.

Related Document:

    a)    Certificate of No Objection [D.I. 9438, 11/10/10]

Responses Filed:    None

Status: A Certificate of No Objection has been filed.  No hearing is required.

28.    Official Committee of Unsecured Creditors' Twelfth Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof [D.I. 9352, 10/19/10]

Objection Deadline:    November 8, 2010 at 4:00 p.m.

Related Document:

    a)    Certificate of No Objection [D.I. 9440, 11/10/10]

    

Objections Filed:        None

Status: A Certificate of No Objection has been filed.  No hearing is required.

## CONTESTED MATTERS GOING FORWARD

29.    Motion of Mooring Tax Asset Group, LLC for an Order Granting Relief from the Automatic Stay [D.I. 9383, 10/28/10]

Objection Deadline:    November 8, 2010 at 4:00 p.m., extended for the Debtors to November 10, 2010

Objections:

a)    Informal Response of the Debtors

b)    Debtors' Objection [D.I. 9439, 11/10/10]

Status: This matter will **be adjourned to November 17, 2010 at 2:00 p.m.**

30.    The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al. v. Trade Show Fabrications, Inc., Adv. No. 09-52300

Related Documents:

a)    Plaintiff's Motion for Sanctions Due to Defendant's Failure to Attend Depositions and Failure to Admit [D.I. 30, 11/2/10]

Status: This matter will **be adjourned to November 17, 2010 at 2:00 p.m.**

Dated: Wilmington, Delaware
      November 15, 2010

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Margaret Whiteman Greecher*
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Curtis J. Crowther (No. 3238)
Margaret Whiteman Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*

066585.1001

14

066585.1001

### Exhibit A, Seventh Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned |

### Exhibit B, Eighth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Norman Loftis | 4360, 6/4/08 | Adjourned |

### Exhibit C, Tenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Samuel A. Case | 5054, 7/9/08 | Adjourned |

### Exhibit D, Thirteenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Countrywide | 5337, 8/8/08 | Adjourned |
| | FGIC | 5351, 8/11/08 | Adjourned |
| | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned |
| | Deutsche Bank | 5356, 8/11/08 | Adjourned |
| | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned |
| | AT&T Global Services | | Adjourned |

### Exhibit E, Fifteenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Shervonne Powell | 5814, 9/11/08 | Adjourned |
| | John Johnston | 5818, 9/11/08 | Adjourned |
| | Grailing Carter | 5947, 9/17/08 | Adjourned |
| | Office Max | | Adjourned |

### Exhibit F, Seventeenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned |

YCST01:10300103.3                                                        066585.1001

### Exhibit G, Twenty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Scott Jossart |  | Adjourned |

### Exhibit H, Twenty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Riverside County Treasurer-Tax Collector | 8019, 9/8/09 and 8121-8130, 10/1/09 | Adjourned |

### Exhibit I, Twenty-Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DB Structured Products, Inc. |  | Adjourned |

### Exhibit J, Twenty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Credit Suisse |  | Adjourned |
|  | Sharaine Hughes |  | Adjourned |

### Exhibit K, Thirty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 7176, 3/30/09 | Adjourned |
|  | Douglas Huston |  | Adjourned |
|  | David Michaud |  | Adjourned |

### Exhibit L, Thirty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | State of Hawaii | 7341, 4/30/09 | Adjourned |

### Exhibit M, Thirty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | EMC | 7466, 5/29/09 | Adjourned |

YCST01:10300103.3                                          066585.1001

### Exhibit N, Forty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Los Angeles County Treasurer and Tax Collector | 7985, 8/28/09 | Adjourned |

### Exhibit O, Forty-Fourth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Washington Mutual Mortgage Securities Corporation | 8258, 11/6/09 | Adjourned |
|  | UBS Real Estate Securities Inc. |  | Adjourned |
|  | EMC Mortgage Corp. |  | Adjourned |
|  | U.S. Bank National Association |  | Adjourned |
|  | Bank of America, N.A. |  | Adjourned |
|  | HSBC |  | Adjourned |
|  | CitiMortgage Inc. |  | Adjourned |
|  | Impac Funding Corporation |  | Adjourned |
|  | Merrill Lynch Mortgage Lending |  | Adjourned |
|  | Residential Funding Company LLC |  | Adjourned |
|  | Aurora Loan Services LLC |  | Adjourned |

### Exhibit P, Fifty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | City of Portland Oregon | 8716, 3/25/10 | Adjourned |

### Exhibit Q, Fifty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Assured Guaranty Corp. |  | Adjourned |

### Exhibit R, Sixty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Ritz Carlton | 9191, 9/2/10 | Adjourned |

YCST01:10300103.3                                                                 066585.1001

**Exhibit S, Sixty-Third Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | New York City Department of Finance |  | Adjourned |

YCST01:10300103.3                                                                                    066585.1001