# EXHIBIT 1

## Page 30

1  get paid. The only extent I knew how brokers got paid
2  at that time was just through points. I had no idea
3  about yield spread premium or any of the other backdoor
4  payments that could be done.
5     Q  BY MS. EDWARDS: Did you work with Miss
6  Mills during her loan application process? Did you
7  discuss her loan application with her?
8     A  No. It was between her and Tawnya.
9     Q  Did you ever review any loan applications for
10 Miss Mills?
11    A  No.
12    Q  Did you ever provide any documents -- did Miss
13 Mills ever request any documents from you in connection
14 with her loan application?
15    A  No, I don't think so.
16    Q  When was the first time you became aware that
17 a down payment was required in connection with Miss
18 Mills's loan from ABC?
19    A  I would say probably within a week after first
20 engaging with Tawnya. No more than that.
21    Q  And how much was that down payment?
22    A  Originally I believe it was for like $80,000
23 dollars total plus the closing costs. So we're looking
24 at like 100,000.
25    Q  You said originally. So that amount changed?

## Page 31

1     A  Yes.
2     Q  What was the new down payment amount?
3     A  The total would be 212,500.
4     Q  And what was your understanding for the change
5  in the down payment amount?
6     A  My understanding was that at the time that
7  they were going to fund that they pulled her credit
8  score again and that it had been notched down and that
9  they required $75,000 more.
10    Q  And how did you find out about that?
11    A  Deborah told me.
12    Q  Did she tell you how she found that out?
13    A  From Tawnya.
14    Q  Did Deborah express any concerns about making
15 this additional down payment?
16    A  Yes, she did. She just said, "This is getting
17 really expensive."
18       I said, "Yeah, I know."
19    Q  Did you two discuss how she was going to get
20 these additional funds?
21    A  No. I told her I was going to look to see
22 what I could do with my company in order to bring in
23 those additional funds, provide her with financing.
24    Q  Did your company provide additional financing
25 to Deborah?

## Page 32

1     A  No. We borrowed it from Ernie.
2     Q  Who is Ernie?
3     A  Ernie was a friend of Deborah's.
4     Q  What's his full name?
5     A  Ernie Kuhn.
6     Q  Was he a client of Elea Management?
7     A  No.
8     Q  And how much did Deborah borrow from Mr. Kuhn?
9     A  $162,000.
10    Q  Do you know why that amount?
11    A  That's what was needed in order to -- that's
12 what the escrow company said they needed to close the
13 deal.
14    Q  Do you know where the other funds for the down
15 payment were coming from?
16    A  Between me and Deborah.
17    Q  How much was coming from you?
18    A  Well, I gave her about $70,000 dollars for the
19 down payment plus all the costs and part of the
20 expenses -- we were living there for a while. We were
21 renting a house. We'd been up there since May.
22    Q  And are you aware where Deborah came up with
23 the remainder of the down payment?
24    A  I believe she just had it in the bank account,
25 I guess.

## Page 33

1     Q  And this was a separate bank account from your
2  own?
3     A  Yes.
4     Q  Did Deborah ever discuss with you a
5  certificate of deposit that she had for $500,000
6  dollars?
7     A  Yes.
8     Q  Do you know where she had that CD?
9     A  She had it with Singbank Escrow, a division of
10 Fidelity and I believe the head office was in London.
11    Q  Did you help set up this certificate of
12 deposit for Miss Mills?
13    A  Yes, I did.
14       MS. EDWARDS: Can you please mark that as
15 Esquivel Number 1.
16       (Whereupon Exhibit 1 was marked for
17       identification.)
18    Q  BY MS. EDWARDS: Mr. Esquivel, can you please
19 tell me what this document is?
20    A  It's an account statement.
21    Q  Do you recognize it?
22    A  Yes.
23    Q  It says here that this is Singbank Escrow and
24 Trust Company. Did you help set up this account for
25 Miss Mills?

### Page 54

1  in, whatever savings I had. It was done together. It
2  was just we had to make up the difference.
3  Q   So at the time that the October mortgage
4  payment was missed, between the two of you, you weren't
5  able to make a mortgage payment?
6  A   No. It was that the cash reserve was
7  dwindling down real quick. So we thought, first of all,
8  that we'd be able to work with AHM to get the money out.
9  Then after that didn't happen, that's when we began the
10 journey going through all these brokerages.
11     But we were already tapped out as it was.
12 There was no way that we were going to -- at that point
13 if we would have done that, we would have been on bread
14 and butter and they knew this.
15     Deborah said that: "We're going to need to
16 refinance it." Again, they were aware.
17 Q   After Deborah had the conversation with AHM
18 about refinancing, did you contact Tawnya Lettaeau
19 again?
20 A   She did, yes. I believe so.
21 Q   Deborah did?
22 A   Yes. Right about that -- I think it might
23 have been back to back.
24 Q   And did you and Deborah discuss her
25 conversation with Tawnya?

### Page 55

1  A   She informed me that -- Tawnya said that the
2  credit score needed to be brought back up, that it was
3  going to take six months and during that time we could
4  work to get the credit score back so we could do it
5  through Chase. That was my concern, that she wanted to
6  do it through Chase.
7      I don't know if she ran another credit score
8  at that time and that's what she based it on telling
9  Deborah, and I don't know if she filled out an
10 application with Tawnya. But it was left off -- in the
11 end it was that "the credit score is going to be way too
12 low to do this through Chase right now, so you will have
13 to wait about six months."
14 Q   Did Deborah have a conversation with Tawnya at
15 the time about the assurance that you sought from her
16 regarding being able to re-fi with AHM?
17 A   That's the reason we called. After being
18 rejected by AHM, calling Tawnya and telling her what has
19 happened and that's how it started.
20 Q   What did Tawnya say when Miss Mills said to
21 her that AHM said no to a re-fi at that point?
22 A   Well, Tawnya didn't inform her that AHM said
23 no to a re-fi. Deborah was informing her that AHM had
24 said no.
25 Q   So when Deborah told Tawnya about that fact,

### Page 56

1  what was Tawnya's response?
2  A   I don't know what her response was to that.
3  All I know is that Deborah called her and made her aware
4  of what was going on to see what she could do to help
5  take care of this, and in the end it was just the credit
6  score was too low. She was not going to be able to do
7  it with Chase and it would be at least six months before
8  she could do anything. She didn't say anything about
9  her dealing with AHM anymore. It was just her and
10 Tawnya working for whoever she worked for at the time,
11 Chase.
12 Q   At that time did you seek personally to secure
13 any financing?
14 A   Absolutely. We did everything we could. We
15 were scrambling to do everything we could, both
16 individual and together.
17 Q   And what were you doing individually?
18 A   Calling up brokers, calling up clients,
19 investors, family, friends, anybody who I knew to secure
20 funding.
21 Q   Did you submit any loan applications to anyone
22 at that time?
23 A   Yes. We submitted a lot of loan applications.
24 I would say over 40 of them.
25 Q   Do you still have copies of any of those loan

### Page 57

1  applications?
2  A   I don't. Going through the files, I don't
3  believe there is any copies of those applications.
4  Deborah would have them if there are any.
5  Q   What kind of files are you referencing?
6  A   Just the loan files and the things with the
7  house and all that stuff. What little we have left, old
8  notes, old things. Just paperwork that we had during
9  that time after the move. Boxing everything up, there
10 is no rhyme or reason to it. It was just all thrown in
11 boxes.
12 Q   And were your documents kept together, yours
13 and Deborah's?
14 A   No -- yes and no. I mean, everything was just
15 thrown together. We were evicted. You guys sent the
16 sheriff.
17 Q   When did you first become aware of the
18 foreclosure proceedings on the property?
19 A   About February. It was right before
20 Valentine's Day actually.
21 Q   Was that in 2005?
22 A   2006.
23 Q   And how did you become aware of the
24 foreclosure?
25 A   There was a notice that came in the mail, just

### Page 158

1  Q  Did you ever talk to her on the phone?
2  A  Initially when we were first -- however we
3  found each other. I don't remember how we found each
4  other. But initially explaining the situation to her
5  was probably the only time.
6  Q  Were you e-mailing Miss Beauregard?
7  A  No, I never e-mailed her.
8  Q  So with respect to her seeking assurances in
9  connection with the payment prior to the foreclosure
10 sale, you never spoke directly with Ms. Beauregard about
11 it?
12 A  I don't believe so, no. She was speaking with
13 Deborah. I'm there and Deborah is conveying to me just
14 like anything else.
15 Q  So you found out about this through Deborah?
16 A  Yes. But also we have no explanation -- our
17 understanding is Lane Nocera, back in December, he was
18 in constant contact or in contact with AHM -- I wouldn't
19 say constant but he had been in contact. Whatever he
20 found out spooked him, and our understanding is that he
21 opened up title insurance.
22      He had gone through some steps and then he
23 just called Deborah up and said, "There is something not
24 right here and you are on your own." Then I tried
25 calling him and he would never pick up. I tried to get

### Page 159

1  an explanation. So he was prepared to go. He was ready
2  to go. He had explained the situation, that it would be
3  a very high-cost, expensive loan.
4  Q  So the loan from Mr. Nocera, was that going to
5  be a loan to you and Deborah that you were going to use
6  the funds for the property?
7  A  They were going to refinance all the loans and
8  put it into one of their loans and get it out from AHM.
9  See, we had already gone -- and then there was another
10 one too, Bayview Funding in Florida. To get $25,000
11 out, they were going to take a third one.
12     Bayview Funding is what it was called, and I
13 believe they were in the secondary market. They were
14 the ones that purchased from their originators. I don't
15 recall how I got in touch with him. His name was Hugh.
16 Between him and Lane prior to 2006, they were our two
17 solid people that were going to come in here and
18 refinance these loans.
19     Now, with Bayview, this is how it really
20 started crumbling. I spoke directly mostly with this
21 gentleman named Hugh. I went through the application.
22 They were going to buy it and they were going to -- what
23 it was, it was to refinance -- I don't know if it was
24 the second or the first or one of them -- and it was
25 going to allow us to take out 25,000.

### Page 160

1      However, what happened with that is we went
2  through it and then they instructed their originator to
3  go through the loan process with Deborah. They had
4  already verified and ran a line of credit and they
5  wanted to buy this loan.
6      So they had the originator contact Deborah.
7  Asked us to go through their loan application to get it
8  back to them. Then he called me after she went through
9  that process. He called me and said that they were
10 ready to fund and they had pulled her credit score and
11 it had dropped to like 480 and that was the shocker.
12     So previously to that her credit score was
13 sufficient to do it and then when they went to go to
14 actually fund it, he said the credit score came up at
15 480. It had dropped.
16 Q  So do you recall what time frame that was?
17 A  That was between October, November, December,
18 that time frame in 2005. Then came Lane Nocera. After
19 that, that was devastating. That's when we knew things
20 were not looking good. Then Lane and then when he
21 dropped out of the thing, that's when Deborah kind of
22 lost it.
23 Q  What do you mean she lost it?
24 A  She had an emotional breakdown. She tried to
25 commit suicide.

### Page 161

1  Q  Did she seek treatment then?
2  A  Well, there was an ambulance that was there,
3  the police, and she was taken to the hospital. She was
4  evaluated and she was released to me after she was
5  stitched up.
6  Q  I just want to make sure. Today we've
7  discussed several financing options you tried, you and
8  Deborah tried to get in connection with the property. I
9  want to make sure I covered every one.
10     So there was Larry Norwood and Curtis Brown,
11 Bernadine Beauregard, Bayview Funding, Lane Nocera, your
12 neighbor named George. We don't know his last name.
13 A  No.
14 Q  I just want to make sure if we're missing
15 anybody. Is there anyone else besides this list of the
16 people we discussed? It seems like when we went back,
17 it refreshed your recollection about Bayview Funding. I
18 just want to make sure we talked about everyone.
19 A  The other one would be Lou Docera and then
20 Kenneth Embasaldo. I don't know how you spell his last
21 name. I believe involved with Ken there was a lady
22 named Eva Frontino, I believe. And then Curtis Brown --
23 don't forget him -- and American Private Equity,
24 friends, family members. The thing with the family
25 members was -- I don't know.