# EXHIBIT 4

SCOTT R. MARTINEZ

Page 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

- - -

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | CIVIL ACTION NO. |
| | : | 07-11047 (CSS) |
| | : | |
| AMERICAN HOME | : | |
| MORTGAGE HOLDINGS, | : | |
| INC. A Delaware | : | |
| Corporation, et al. | : | |
| | : | Jointly |
| Debtors | : | Administered |

- - -

Deposition of SCOTT R. MARTINEZ taken pursuant to notice at the law offices of Young, Conaway, Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware, beginning at 11:15 a.m., on Monday, October 4, 2010, before Diane Fontanot, a Registered Professional Reporter and Notary Public.

- - -

DiPIERO COURT REPORTING
Registered Professional Reporters
404 South 16th Street
Philadelphia, PA 19146
(215) 735-8101

43b5658c-2441-4047-9c34-0cc4aa43eb8a

SCOTT R. MARTINEZ

Page 58

1  limited pages of the prospectus that I have,
2  yes.
3  BY MR. STAMOULIS:
4  Q.    And the prospectus, on its face, tells
5  the loan-to-value ratio as being one of the
6  selling points for these loans, right?
7  **A.    I don't know if it's a selling point.**
8  **It's a disclosure.**
9  Q.    So, when the Debtors were selling
10 loans to people like Ms. Mills, their
11 objective was to get people like Ms. Mills to
12 put as much money down as possible so that
13 they could have a very attractive
14 loan-to-value ratio for the purpose of
15 ultimate securitization; isn't that correct?
16         MS. ZIEG:  Objection, form.
17 What do you mean by sold the loan to Mills?
18         THE WITNESS:  Can you rephrase
19 the question?
20         MR. STAMOULIS:  Let's just have
21 it read back.
22         THE WITNESS:  I think if you had
23 it read back, it's still -- you lost me half
24 way through, to be honest.
25         MR. STAMOULIS:  Let's read the

DiPIERO COURT REPORTING
(215) 735-8101

43b5658c-2441-4047-9c34-0cc4aa43eb8a

SCOTT R. MARTINEZ

Page 59

1  question back so I can remember my train of
2  thought.
3              - - -
4         (Court reporter read back
5     pending question.)
6              - - -
7  BY MR. STAMOULIS:
8  Q.    Do you understand the question?
9  **A.    No.**
10         MS. ZIEG:  Objection, form.
11         THE WITNESS:  American Home
12 Mortgage originated the loan for Ms. Mills.
13 So, I can say yes to that.
14 BY MR. STAMOULIS:
15 Q.    And American Home Mortgage, when it
16 was originating the loan to Ms. Mills, was
17 highly motivated to have Ms. Mills'
18 loan-to-value ratio be as low as possible; is
19 that correct?
20 **A.    No.**
21 Q.    So, American Home Mortgage was not
22 motivated, when it sold the loan to Ms. Mills,
23 by whether or not it could securitize that
24 loan?
25         MS. ZIEG:  Objection, form.

DiPIERO COURT REPORTING
(215) 735-8101

43b5658c-2441-4047-9c34-0cc4aa43eb8a

SCOTT R. MARTINEZ

Page 60

1         THE WITNESS:  Define sold.
2  BY MR. STAMOULIS:
3  Q.    Sold.
4  **A.    When Ms. Mills applied for a loan with**
5  **American Home Mortgage?**
6  Q.    Yes.
7  **A.    Are you saying that the loan that was**
8  **provided to Ms. Mills, the sole purpose was to**
9  **have a low LTV or they were highly motivated**
10 **to have a low LTV?**
11 Q.    That's right.
12 **A.    Ms. Mills applied for a loan with a**
13 **certain product and she had to meet those**
14 **conditions in order to have a loan in that**
15 **product.**
16 Q.    Did American Home Mortgage encourage
17 its brokers to try to get people to put more
18 money down so that the ultimate products they
19 were selling had very low loan-to-value
20 ratios?
21         MS. ZIEG:  Objection, form.
22         THE WITNESS:  American Home
23 Mortgage had a lot of products that it
24 offered.
25 BY MR. STAMOULIS:

DiPIERO COURT REPORTING
(215) 735-8101

43b5658c-2441-4047-9c34-0cc4aa43eb8a

SCOTT R. MARTINEZ

Page 61

1  Q.    Was there particular emphasis that was
2  given to its brokers that were out there
3  selling, to sell products with low
4  loan-to-value ratios?
5  **A.    I haven't reviewed documents for this.**
6  **I don't recall seeing anything that says that.**
7  Q.    Did you ever run across an memorandum
8  or directives to sales staff to try to push to
9  get more money out of consumers for down
10 payments to achieve favorable loan-to-value
11 ratios?
12         MS. ZIEG:  Objection, form.
13         THE WITNESS:  I don't recall
14 seeing any memos.
15 BY MR. STAMOULIS:
16 Q.    Were there any internal corporate
17 policies at AHM that put emphasis on the low
18 loan-to-value mortgages that were attractive
19 for securitization?
20         MS. ZIEG:  Objection, form.
21 What do you mean by low?
22 BY MR. STAMOULIS:
23 Q.    On a scale of 1 to 100, 100 is high
24 and anything below that is low.
25         MS. ZIEG:  Do you mean percent?

DiPIERO COURT REPORTING
(215) 735-8101

43b5658c-2441-4047-9c34-0cc4aa43eb8a

SCOTT R. MARTINEZ

Page 62

1        MR. STAMOULIS:  Yes.
2        MS. ZIEG: Loan-to-value?
3        MR. STAMOULIS:  Yes.
4        MS. ZIEG:  Objection, form.
5   BY MR. STAMOULIS:
6   Q.     So, were you aware of any corporate
7   policy at AHM that encouraged selling the
8   kinds of loans that would be attractive for
9   securitization?
10  **A.     I don't recall seeing anything.**
11  Q.     Let's turn to the Page 43, Bates
12  Number 16219.
13       MS. ZIEG: Mills 5?
14       MR. STAMOULIS:  Mills 5.
15  BY MR. STAMOULIS:
16  Q.     Do you see the section Mortgage Pool
17  Insurance Policies?
18  **A.     Before you do, can I read the first**
19  **sentence?**
20  Q.     Sure.  Read the first two sentences.
21       MS. ZIEG:  Let's go off the
22  record.
23            - - -
24       (Discussion held off the
25    record.)

DiPIERO COURT REPORTING
(215) 735-8101

SCOTT R. MARTINEZ

Page 63

1            - - -
2   BY MR. STAMOULIS:
3   Q.     Was a mortgage pool insurance policy
4   purchased for the loans that were securitized
5   pursuant to the prospectus that has been
6   marked as Mills Exhibit 5?
7        MS. ZIEG:  Objection, form.
8        THE WITNESS:  I don't recall.
9   This is a non-debtor that's issuing.  This is
10  American Home Mortgage Assets Trust.  So, I'm
11  not familiar with what they provided.
12  BY MR. STAMOULIS:
13  Q.     But American Home Servicing, Inc is
14  the Servicer listed on this prospectus, right?
15  **A.     Yes.**
16  Q.     So, they're a party to this
17  prospectus?
18       MS. ZIEG:  No.  They're just a
19  Servicer.
20       THE WITNESS:  No.  They're just
21  servicing.
22  BY MR. STAMOULIS:
23  Q.     In your capacity as the corporate
24  designee for that Debtor, do you know whether
25  a mortgage pool insurance policy was obtained

DiPIERO COURT REPORTING
(215) 735-8101

SCOTT R. MARTINEZ

Page 64

1   for the loans sold pursuant to this
2   prospectus?
3        MS. ZIEG:  Objection, form.
4        THE WITNESS:  I'm sorry.  Say
5   that again.
6        MR. STAMOULIS:  Read it back.
7            - - -
8        (Court reporter read back
9    pending question.)
10           - - -
11       THE WITNESS:  I don't recall,
12  no.
13  BY MR. STAMOULIS:
14  Q.     Based on this provision of the
15  prospectus, it states that, "Each mortgage
16  pool insurance policy will cover Defaulted
17  Mortgage Losses in an amount equal to a
18  percentage specified in the applicable
19  prospectus supplement of the aggregate
20  principal balance of the mortgage loans on the
21  cut-off date, or will cover a portion of
22  Defaulted Mortgage Losses on any mortgage up
23  to a specified percentage of the Value of that
24  mortgage loan."
25       Do you know whether any claims

DiPIERO COURT REPORTING
(215) 735-8101

SCOTT R. MARTINEZ

Page 65

1   were made against any mortgage pool insurance
2   policy based on the default of the loans
3   ending in 512 and 980?
4        MS. ZIEG:  Objection, form.
5        THE WITNESS:  Can we take them
6   one at a time because all I have in front of
7   me is the prospectus for American Home
8   Mortgage Assets Trust 2005-1 which relates to
9   the loan ending in 512.
10  BY MR. STAMOULIS:
11  Q.     Yes.
12  **A.     You're saying were there any claims**
13  **made on the mortgage insurance?**
14       MS. ZIEG:  The mortgage pool
15  insurance.
16       THE WITNESS:  The mortgage pool
17  insurance.
18       MS. ZIEG:  To the extent it
19  existed.
20       THE WITNESS:  Right.  I'm not
21  aware of any.
22  BY MR. STAMOULIS:
23  Q.     You're not aware of any but are you
24  testifying that no such claims were made?
25  **A.     Can I ask a question to Counsel?**

DiPIERO COURT REPORTING
(215) 735-8101