# EXHIBIT 6

1

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

--------------------------------- X

IN RE:

AMERICAN HOME MORTGAGE,           Case No.

HOLDINGS, INC., a Delaware        07-11047 (CSS)

corporation, et al.,

        Debtors.

----------------------------------X

DEPOSITION OF TAWNYA LETTAU

Wednesday, October 20, 2010

San Luis Obispo, California

Reported in stenotype by:

Elizabeth A. Doukas, RPR, CSR #9872

|  106 |  108 |
|---|---|
| 1   MR. STAMOULIS:  Q.  Do you know whether -- | 1       Q.  You personally? |
| 2   when you submit an application to American Home Mortgage, | 2       MS. ZIEG:  Objection. |
| 3   whether they also pull the credit score of the applicant | 3       MR. YOO:  Objection, calls for improper |
| 4   that you're submitting the application for? | 4   opinion testimony.  I don't think the question is proper, |
| 5       A.  I do not know. | 5   but go ahead and respond, if you can. |
| 6       Q.  Okay.  Do you know it with regard to Chase? | 6       THE WITNESS:  I do not see a reason to pull |
| 7       MR. YOO:  I instruct you not to answer.  I | 7   two credits for a first and a second mortgage concurrent |
| 8   don't see any relevance how -- what Chase does as to the | 8   with the same loan. |
| 9   bankruptcy of American Home Mortgage, as well as Ms. Mills' | 9       MR. STAMOULIS:  Great. |
| 10  claim. | 10      Q.  Have you ever had the situation, in any of the |
| 11      MR. STAMOULIS:  Q.  Do you know it with | 11  loans that you've worked on, where, after the initial terms |
| 12  regard to the other institutions that you have brokered | 12  of the loan were set, that an exception was found and that |
| 13  loans for that are not Chase? | 13  the terms had to change? |
| 14      A.  I do not. | 14      A.  Yes. |
| 15      Q.  And do you know whether a credit score is | 15      MS. ZIEG:  Objection -- |
| 16  pulled multiple times, once for the main loan and then once | 16      THE WITNESS:  Yes. |
| 17  again for the piggyback loan, by a lending institution? | 17      MS. ZIEG:  -- vague. |
| 18      MS. ZIEG:  Objection, calls for speculation, | 18      MR. YOO:  Go ahead and respond. |
| 19  lacks foundation. | 19      THE WITNESS:  Yes. |
| 20      MR. YOO:  Same objection.  I would only ask | 20      MR. STAMOULIS:  Okay. |
| 21  her -- allow her to answer if she has such knowledge from | 21      Q.  So other than Ms. Mills, how often has that |
| 22  American Home Mortgage. | 22  happened in the last six years? |
| 23      THE WITNESS:  And I do not. | 23      A.  I can't answer -- I do not know. |
| 24      MR. STAMOULIS:  Q.  When you pull an | 24      Q.  Could you estimate as to maybe, you know, five |
| 25  applicant's credit score for a loan that's going to involve | 25  times, ten times, 100 times? |

|  107 |  109 |
|---|---|
| 1   a main loan and a piggyback loan, do you pull it once or do | 1       A.  I can't -- |
| 2   you pull it twice? | 2       MS. ZIEG:  Objection. |
| 3       A.  I pull it once. | 3       THE WITNESS:  I could not. |
| 4       Q.  Can you think of any reason why you would pull | 4       MS. ZIEG:  Form. |
| 5   a credit -- you would pull an applicant's credit score | 5       MR. STAMOULIS:  Q.  Without naming any |
| 6   twice in a row when you're dealing with a main loan and | 6   names, sitting here today can you think of any specific |
| 7   then a piggyback loan? | 7   instance in which the terms of a particular loan changed |
| 8       MS. ZIEG:  Objection, vague.  Objection, calls | 8   after the original Loan Application was put in? |
| 9   for speculation and lacks foundation. | 9       MR. YOO:  Asked and answered. |
| 10      When you say, "you," are you asking Ms. Lettau | 10      THE WITNESS:  Yes. |
| 11  if, when she pulls -- | 11      MR. STAMOULIS:  Q.  Do you know whether |
| 12      MR. STAMOULIS:  Yeah, absolutely. | 12  there was ever an instance where an additional down payment |
| 13      MS. ZIEG:  Okay. | 13  was required because the terms had changed? |
| 14      MR. YOO:  Same objection -- join in the | 14      A.  Yes. |
| 15  objections.  Go ahead and respond if you can. | 15      Q.  Can you recall, sitting here today, any |
| 16      THE WITNESS:  I -- no, I would just pull one | 16  instance where you went back and as part of dealing with |
| 17  credit report. | 17  the change in terms you inquired as to whether a |
| 18      MR. STAMOULIS:  Okay. | 18  post-closing line of credit could be established to access |
| 19      Q.  My question is, can you think of any logical | 19  part of the down payment? |
| 20  reason why you would want to pull an applicant's credit | 20      A.  No. |
| 21  score twice in a row if you're dealing with a main loan and | 21      Q.  You don't recall or you know that that has |
| 22  a piggyback loan? | 22  never happened? |
| 23      A.  No. | 23      A.  I know that that has never happened. |
| 24      MS. ZIEG:  Her personally? | 24      Q.  So, in all of the loans that you've worked on |
| 25      MR. STAMOULIS:  Yes. | 25  in the last six years, you have never dealt with a |