# EXHIBIT 7

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

SEAN M. BEACH
DIRECT DIAL: 302-571-6621
DIRECT FAX:  302-576-3281
sbeach@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

November 10, 2010

**BY E-MAIL**

Stamatios Stamoulis
Richard C. Weinblatt
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809

Dear Stam,

On or about November 4, 2010, you filed Deborah Mills' Motion For Partial Summary Judgment That The Foreclosure Of Her Property Was Defective and supporting brief (the "Summary Judgment Brief"). The Summary Judgment Brief states that "Mills lost the $212,500 down payment she made on her home and over $48,500 in closing and escrow costs, **in addition to suffering severe emotional distress and other consequential damages**." See Summary Judgment Brief, pg. 3, lines 11-13 (emphasis added).

The above statement regarding emotional distress and consequential damages directly contradicts both your representations on the record at the Ms. Mills' deposition and the testimony of your client. In particular, after my inquiry regarding Ms. Mills' understanding of her emotional damages, you stated that "... I'm going to object to relevance here because no emotional damages, no punitive damages are being claimed. The basis for our damages is set forth in the rog response. It's statutory and it's based on the damages for improper foreclosure." Mills Deposition (10/5/10), pg. 65, lines 3-8. Your client was then asked to confirm your statement with respect to whether or not emotional damages or punitive damages were being sought and responded by stating "Not at this juncture." Mills Deposition (10/5/10), pg. 65, lines 12-15. Ms. Mills was later asked and then testified as follows:

> Question: ... [Y]our counsel indicated on the record earlier that you weren't seeking any damages related to emotional distress, is that your understanding?
>
> Answer: That is my understanding, correct.

As such, please immediately amend your Summary Judgment Brief to delete the bolded language above and cease any further allegations of emotional distress, punitive or consequential damages in any other written pleadings or in Court. Please confirm your agreement to the foregoing by tomorrow, November 11, 2010. If we do not hear from you by

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Stamatios Stamoulis
Richard C. Weinblatt
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809

November 10, 2010
Page 2

tomorrow, the Debtors intend to seek relief related to the assertions set forth above and costs related thereto. As always, please contact me should you wish to discuss this matter.

Regards,

Sean M. Beach

SMB:y