IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                                           :   Chapter 11
In re:                                                     :
                                                           :   Case No. 07-11047 (CSS)
American Home Mortgage Holdings, Inc., et al,[1]           :   (Jointly Administered)
                                                           :
                                      Debtors.             :
                                                           :
-----------------------------------------------------------x
```

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Edward L. Schnitzer of the law firm of Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022, to represent the Official Committee of Unsecured Creditors in the above-captioned cases and any related adversary proceedings.

Dated:  February 10, 2009

BLANK ROME LLP

By:    /s/ Bonnie Glantz Fatell
Bonnie Glantz Fatell (DE No. 3809)
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 425-6400
Facsimile:     (302) 425-6464
Email: fatell@blankrome.com
Email: carickhoff@blankrome.com

---

[1] The Debtors are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21759278v.1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Edward L. Schnitzer of the law firm Hahn & Hessen LLP is granted.

BY THE COURT:

Dated: 11-15-10

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid the Clerk of Court for District Court.

Dated: February 10, 2009

By: _____

Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Telephone: 212-478-7200
Facsimile: 212-478-7400
Email: eschnitzer@hahnhessen.com