# EXHIBIT II

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :  Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :  Jointly Administered
         Debtors.                                                      :
                                                                       :  Ref. Docket No. ___
---------------------------------------------------------------------- x

### ORDER SUSTAINING DEBTORS' SIXTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the sixty-sixth omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B, C, and D attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

2

adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A, B and D are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit C are hereby reassigned to the New Case Numbers as indicated on Exhibit C; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      December _____, 2010

                                                                                          CHRISTOPHER S. SONTCHI
                                                                                         UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Amended Claims**

**Exhibit A**

**Amended Claims**

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| BANK OF NEW YORK, THE<br>ATTN: MARTIN FEIG<br>101 BARCLAY STREET, 8W<br>NEW YORK, NY 10286 | 8607 | 1/11/08 | 07-11050 | Unspecified* | 10117 | 3/18/08 | 07-11050 | Unspecified* |
| DB STRUCTURED PRODUCTS, INC<br>PETER PRINCIPATO, DIRECTOR<br>DEUTSCHE BANK SECURITIES INC<br>60 WALL STREET<br>NEW YORK, NY 10005 | 9054 | 1/11/08 | 07-11051 | Unspecified* | 10758 | 2/2/10 | 07-11051 | Unspecified* |
| DB STRUCTURED PRODUCTS, INC<br>PETER PRINCIPATO DIRECTOR<br>DEUTSCHE BANK SECURITIES INC<br>60 WALL STREET<br>NEW YORK, NY 10005 | 9056 | 1/11/08 | 07-11050 | Unspecified* | 10759 | 2/2/10 | 07-11050 | Unspecified* |
| DB STRUCTURED PRODUCTS, INC<br>STEVEN KESSLER, ESQ.<br>DEUTSCHE BANK AG NEW YORK<br>60 WALL STREET, 36TH FL<br>NEW YORK, NY 10005-2858 | 10453 | 8/15/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$142,498,546.38 (U)<br>$142,498,546.38 (T) | 10759 | 2/2/10 | 07-11050 | Unspecified* |
| DB STRUCTURED PRODUCTS, INC<br>STEVEN KESSLER, ESQ.<br>60 WALL STREET, 36TH F.<br>NEW YORK, NY 10005-2858 | 10454 | 8/15/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$142,498,546.38 (U)<br>$142,498,546.38 (T) | 10758 | 2/2/10 | 07-11051 | Unspecified* |
| Totals: | 5 Claims | | | - (S)<br>- (A)<br>- (P)<br>$284,997,092.76 (U)<br>$284,997,092.76 (T) | | | | Unspecified* |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Late Filed Claim**

# Exhibit B

## Late Filed Claim

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| MAIER, EDWARD CHARLES & MARCELLA MAE<br>MAIER JT TEN<br>7510 CAHILL RD APT 315B<br>EDINA, MN 55439-2788 | 10790 | 7/22/10 | No Case | $2,240.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,240.00 (T) | 1/11/2008 |
| Totals: | 1 Claim | | | $2,240.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,240.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Wrong Debtor Claims**

# Exhibit C

## Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | | New Case Number |
|---|---|---|---|---|---|---|
| | | | | | | Case Number |
| FARMERS INS. AGENCY<br>C/O JOHN ANDA<br>950 N. ELMHURST RD. STE 101<br>MT. PROSPECT, IL 60056 | 10755 | 1/8/10 | No Case | - (S)<br>- (A)<br>- (P)<br>$1,000.00 (U)<br>$1,000.00 (T) | | 07-11051 |
| TITLE SERVICES CORPORATION<br>ATTN BRIAN G SAYER<br>DUNAKEY & KLATT, P.C.<br>603 COMMERCIAL ST<br>WATERLOO, IA 50701 | 1237 | 8/29/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,085.00 (U)<br>$1,085.00 (T) | | 07-11051 |
| **Totals:** | | | 2 Claims | - (S)<br>- (A)<br>- (P)<br>$2,085.00 (U)<br>$2,085.00 (T) | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Satisfied Claim**

# Exhibit D

## Satisfied Claim

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| PRINCE GEORGE'S COUNTY, MD<br>C/O MEYERS, RODBELL & ROSENBAUM, P.A.<br>M. EVAN MEYERS<br>6801 KENILWORTH AVENUE, SUITE 400<br>RIVERDALE PARK, MD 20737-1385 | 6302 | 12/24/07 | 07-11051 | $4,317.09 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,317.09 (T) | Verified on the claimant's website that the claimed taxes were refunded to the Debtor on 4/28/2008 and the current balance is zero. |
| Totals: | 1 Claim | | | $4,317.09 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,317.09 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.