# EXHIBIT II

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                           :
                                                                             :   Jointly Administered
         Debtors.                                                            :
                                                                             :   Ref. Docket No. _____
---------------------------------------------------------------------------- x

ORDER SUSTAINING DEBTORS' SIXTY-SEVENTH OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Sixty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B and C attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

2

and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that, the Disputed Claims identified on the attached <u>Exhibits A</u>, <u>B</u> and <u>C</u> are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       December ___, 2010

                                        _____
                                        CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Insufficient Documentation Claim**

# Exhibit A

## Insufficient Documentation Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| BANC OF AMERICA LEASING & CAPITAL, LLC<br>PO BOX 5375<br>PRINCETON, NJ 085435375 | 8660 | 1/11/08 | 07-11051 | $1,127,152.75<br>$1,127,152.75 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | The claimant failed to provide sufficient documentation to permit Debtors to assess the validity of claim and has failed to respond to Debtors' requests for additional documentation. |
| **Totals:** | 1 Claim | | | $1,127,152.75<br>$1,127,152.75 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Multiple Debtor Claims**

# Exhibit B

## Multiple Debtor Claims

| Name/Address of Claimant | Objectionable Claim | | | | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| UNITED GUARANTY RESIDENTIAL INS CO ET AL<br>ATTN SARA F MILLARD, AUTHORIZED REP.<br>LAW DEPARTMENT<br>230 N. ELM, SUITE 27401, P.O. BOX 20597<br>GREENSBORO, NC 27420 | 8531 | 1/10/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$6,360.00 (U)<br>$6,360.00 (T) | Claimant filed numerous identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and the claimant's surviving claim (#8534) was asserted against the correct Debtor. |
| UNITED GUARANTY RESIDENTIAL INS CO ET AL<br>ATTN SARA F MILLARD, AUTHORIZED REP.<br>LAW DEPARTMENT<br>230 N. ELM, SUITE 27401, P.O. BOX 20597<br>GREENSBORO, NC 27420 | 8532 | 1/10/08 | 07-11051 | Unspecified* | Claimant filed numerous identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and the claimant's surviving claim (#8534) was asserted against the correct Debtor. |
| UNITED GUARANTY RESIDENTIAL INS CO ET AL<br>ATTN SARA F MILLARD, AUTHORIZED REP.<br>LAW DEPARTMENT<br>230 N. ELM, SUITE 27401, P.O. BOX 20597<br>GREENSBORO, NC 27420 | 8535 | 1/10/08 | 07-11048 | Unspecified* | Claimant filed numerous identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and the claimant's surviving claim (#8534) was asserted against the correct Debtor. |
| UNITED GUARANTY RESIDENTIAL INS CO ET AL<br>ATTN SARA F MILLARD, AUTHORIZED REP.<br>LAW DEPARTMENT<br>230 N. ELM, SUITE 27401, P.O. BOX 20597<br>GREENSBORO, NC 27420 | 8536 | 1/10/08 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$6,360.00 (U)<br>$6,360.00 (T) | Claimant filed numerous identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and the claimant's surviving claim (#8534) was asserted against the correct Debtor. |
| Totals: | 4 Claims | | | - (S)<br>- (A)<br>- (P)<br>$12,720.00 (U)<br>$12,720.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**No Liability Claims**

# Exhibit C

## No Liability Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS, INC. C/O DAVID J NOWACZEWSKI, BODMAN LLP 6TH FLOOR AT FORD FIELD 1901 ST ANTOINE STREET DETROIT, MI 48226 | 9193 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$198,600.00 (U)<br>$198,600.00 (T) | The loan was sold to Countrywide, however, the funding of the rehabilitation loan remained the responsibility of the Debtor. All funds were released. The final payment was made to the borrower on 5/7/2008. |
| EMPIRE HEALTHCHOICE ASSURANCE, INC. DBA EMPIRE BLUE CROSS BLUE SHIELD ATTN LOUIS BENZA, ESQ. 15 METRO TECH CENTERC 6TH FLOOR BROOKLYN, NY 11201 | 7911 | 1/9/08 | 07-11047 | Unspecified* | Claimant filed this contingent unliquidated claim as a reservation of rights. Pursuant to the Debtor's books and records, there are no unpaid employee claims or administrative fees due to the claimant. Accordingly, this claim should be disallowed. |
| NATIONWIDE LENDING & ASSOCIATES, LLC ATTN ERNIE CARDENAS 3231 SHELTER COVE LANE ELK GROVE, CA 95758 | 4066 | 12/3/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$15,113.76 (U)<br>$15,113.76 (T) | Claim relates to closing costs and yield spread premium for a closed loan that did not fund. Pursuant to the Debtor's Broker Agreement with claimant, compensation is only paid on loans that closed and funded. Because this loan did not fund, no compensation is due to the claimant and the claim should be disallowed. |

Totals: 3 Claims

- (S)<br>- (A)<br>- (P)<br>$213,713.76 (U)<br>$213,713.76 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.