# **EXHIBIT A**

***Ferry, Joseph & Pearce, P.A.***
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555    Fax:   (302) 575-1714

American Home Mortgage Holdings, Inc.,　　　　　　　　October 1, 2010- October 31, 2010
Official Committee of Unsecured Creditors
Hahn & Hessen, LLP
488 Madison Avenue　　　　　　　　　　　　　　　　　Inv  #:　　　　　　37278
New York, NY 10022
**Attention:**    Mark T. Power, Esquire

**RE:**    Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 1.40 | 306.00 |
| B18 | Fee Applications, Others - | 0.10 | 27.00 |
| B25 | Fee Applications, Applicant - | 2.20 | 486.00 |
| B32 | Litigation and Litigation Consulting - | 3.50 | 945.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 6.20 | 2,170.00 |
| | **Total** | **13.40** | **$3,934.00** |
| | **Grand Total** | **13.40** | **$3,934.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 270.00 | 4.70 | 1,269.00 |
| Rick S. Miller | 350.00 | 6.80 | 2,380.00 |
| Legal Assistant - KC | 150.00 | 1.90 | 285.00 |
| | | **Total** | **13.40** |
| | | | **$3,934.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**　　　　　　　　　　　　　　　　　　　　　　　　　　**$590.99**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Oct-05-10 | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail to Ms. Irving | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Teleconference with Ms. Irving re: motion to amend | 0.10 | RSM |
| Oct-08-10 | *Litigation and Litigation Consulting* - Confer with RSM re: filing motion to amend complaint in JP Morgan suit | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail to Ms. Irving | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with co-counsel; research re: motion response deadlines | 0.50 | RSM |
| Oct-11-10 | *Fee Applications, Applicant* - Review Certificate of No Objection re: August 2010 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: 12th Interim Fee Application for filing | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Multiple e-mails re: filing motion to amend; prepare and file and serve motion and exhibits | 4.00 | RSM |
| Oct-12-10 | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's time records for Sept. 2010 | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Ms. Irving re: confidentiality stipulation | 0.20 | RSM |
| | *Fee Applications, Applicant* - Revision to Certificate of No Objection of 14th monthly fee application and prepare document for filing | 0.10 | KC |
| | *Fee Applications, Applicant* - Revision to Certificate of No Objection of 12th Quarterly fee application and prepare documents for filing | 0.10 | KC |
| | *Fee Applications, Applicant* - E-filing and service of Certificate of No Objection of 14th monthly fee application | 0.20 | KC |
| | *Fee Applications, Applicant* - E-filing and service of CNO of 12th Quarterly fee application | 0.20 | KC |
| | *Fee Applications, Applicant* - Begin preparation of invoice for September 2010 fee application | 0.10 | KC |
| Oct-13-10 | *Litigation and Litigation Consulting* - Confer with RSM re: filing of certificate of counsel re: stipulation to allow certain exhibits to be filed under seal | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Review stipulation to allow filing of exhibits under seal and prepare certificate of counsel and form of order re: same | 0.60 | LLC |
| | *Litigation and Litigation Consulting* - Revise, finalize, e-file and serve certificate of counsel re: stipulation to allow filing of exhibits under seal | 0.50 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from RSM re: filing of certificate of counsel re: stipulation to file exhibits under seal | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from RSM to co- counsel re: status of filing certificate of counsel re: stipulation to file exhibits under seal | 0.10 | LLC |
| | *Fee Applications, Applicant* - E-mail correspondence with Ms. Irving re: confidentiality stipulation | 0.20 | RSM |
| | *Fee Applications, Applicant* - confer with LLC re: certification of counsel | 0.10 | RSM |
| | *Fee Applications, Applicant* - Review draft certification of counsel | 0.10 | RSM |
| Oct-14-10 | *Case Administration* - Service of copy of cert of counsel, stipulation and order, pleading to judges chambers | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft documents of 15th monthly fee | 0.30 | KC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | application, to LLC for review | | |
| Oct-15-10 | *Fee Applications, Applicant* - Review Sept. 2010 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Prepare documents for filing, e-file and service of 15th fee application | 0.30 | KC |
| Oct-18-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Review letter from Mr. McGuire | 0.10 | RSM |
| Oct-19-10 | *Case Administration* - Email from D. Laskin re: review of proposed interim fee app order | 0.10 | LLC |
| | *Case Administration* - E-mail to KC re: review of proposed interim fee app order | 0.10 | LLC |
| | *Case Administration* - Review note from KC re: review of proposed interim fee order and e-mail to D. Laskin re: same | 0.20 | LLC |
| | *Case Administration* - Review notice of agenda re: 10-21 hearing | 0.10 | LLC |
| | *Case Administration* - Retrieve vm from D. Laskin re: status of proposed interim fee app order | 0.10 | LLC |
| | *Fee Applications, Others* - Follow up e-mail from D. Laskin re: Hennigan fee application | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Trade emails with RSM re: status of certificate of counsel re: stipulation to allow exhibits to be filed under seal | 0.20 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail to LLC re: stipulation to file under seal | 0.10 | RSM |
| | *Case Administration* – E-mail forwarded from LLC re: confirmation of amount of requested fees for FJP and HBD's monthly fee applications; review fee applications re: same | 0.20 | KC |
| | *Case Administration* - Status to LLC re: confirmation of amount of requested fees for FJP and HBD's monthly fee applications; HBD amount discrepancy | 0.10 | KC |
| Oct-20-10 | *Litigation and Litigation Consulting* - Review JP Morgan adversary docket re: order on stipulation to file under seal | 0.10 | LLC |
| Oct-21-10 | *Case Administration* - Review signed interim fee app order and forward same to KC | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review JP Morgan adversary docket re; status of entry of order on stipulation to allow documents to be filed under seal, retrieve related pleadings and confer with KC re; following up with chambers with status of same | 0.30 | LLC |
| Oct-22-10 | *Litigation and Litigation Consulting* - Memo from KC re: status of order on stipulation to allow filing under seal | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail to RSM re: status of order on stipulation to allow filing under seal | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review signed order approving stipulation to file under seal | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Trade emails with RSM re: filing of Morris Declaration in JP Morgan adversary under seal | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Confer with RSM re: filing of Morris declaration in JP Morgan adversary under seal | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Prepare Morris declaration for filing under seal in JP Morgan adversary and confer with KC re: same | 0.60 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review court order; e-mail to Ms. Irving; confer with LLC re: filing sealed documents | 0.30 | RSM |

| Date | Description | Amount | Atty |
|---|---|---:|---|
| | *Case Administration* - Vm message for Court re: status of e-filed order (docket #63) | 0.10 | KC |
| | *Case Administration* - Call from Court re: status of e-filed order (docket #63) and resubmit copy of same to chambers | 0.10 | KC |
| Oct-25-10 | *Case Administration* - Review order setting omnibus hearing dates and forward same to KC | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review JPM response to Motion to Amend | 0.30 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail to Ms. Irving re: deadline to file reply | 0.10 | RSM |
| Oct-26-10 | *Litigation and Litigation Consulting* – E-mail from RSM re: due date for reply papers in JP Morgan adversary | 0.10 | LLC |
| Oct-29-10 | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Mr. Morris re: reply page limitations | 0.30 | RSM |
| | Totals | 13.40 | |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| Oct-11-10 | Photocopy Cost | 0.20 |
| | Photocopy Cost | 2.30 |
| | Photocopy Cost | 34.20 |
| | Photocopy Cost | 5.00 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 1.50 |
| | Photocopy Cost | 2.30 |
| Oct-12-10 | Photocopy Cost | 5.00 |
| | Cost Advance - Postage - 5@ $.44 | 2.20 |
| Oct-13-10 | Photocopy Cost | 4.90 |
| | Cost Advance - First State Deliveries - hand deliveries 10/12/10 | 32.50 |
| Oct-14-10 | Photocopy Cost | 1.30 |
| Oct-15-10 | Photocopy Cost | 19.00 |
| | Cost Advance - Postage 5 @ 1.39 | 6.95 |
| Oct-18-10 | Cost Advance - Blue Marble - copies 112.80; service 309.56 | 422.36 |
| | Cost Advance - First State Deliveries - hand deliveries 10/15/10 | 32.50 |
| Oct-21-10 | Photocopy Cost | 0.60 |
| Oct-22-10 | Photocopy Cost | 1.60 |
| | Photocopy Cost | 1.50 |
| | Photocopy Cost | 0.50 |
| | Cost Advance - Pacer Service Center - 7/1/10- 9/30/10 RSM (Account # FJ0091) | 14.08 |
| | Totals | $590.99 |

**Total Fees & Disbursements**          **$4,524.99**