# EXHIBIT A

**Modified Amount Claim**

# Exhibit A

## Modified Claim

| | Objectionable Claim | | | | Modified | |
|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
| DCFS TRUST<br>ATTN MARTIN A. MOONEY, ESQ.<br>DEILY, MOONEY & GLASTETTER, LLP<br>PO BOX 55000 - TTEE PAYMENT DEPT 100301<br>DETROIT, MI 48255-1003 | 2305 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$70,122.25 (U)<br>$70,122.25 (T) | - (S)<br>- (A)<br>- (P)<br>$6,591.49 (U)<br>$6,591.49 (T) | Claim relates to an automobile lease. The claim amount should be modified and reduced to $6,591.49 to reflect lease payments totaling $63,530.76, which were made from May 2005 through December 2007. |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$70,122.25 (U)<br>$70,122.25 (T) | - (S)<br>- (A)<br>- (P)<br>$6,591.49 (U)<br>$6,591.49 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed