# EXHIBIT B

**Modified Amount Wrong Debtor Claim**

# Exhibit B

## Modified Amount, Wrong Debtor Claim

| Name/Address of Claimant | Objectionable Claim | | | | | | |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
| TROTT & TROTT, P.C.<br>MARCY J. FORD<br>31440 NORTHWESTERN HWY., SUITE 200<br>FARMINGTON HILLS, MI 48334 | 1654 | 10/19/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$14,204.05 (U)<br>$14,204.05 (T) | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$11,127.85 (U)<br>$11,127.85 (T) | Invoices 052546B0201, 091544F0104, 137666F0102 and 138460F0102 were paid on 11/2/2007. Invoice 141302F0101 was paid on 9/17/2007. Thus, the claim amount should be reduced to match the amounts owed on account of the remaining unpaid invoices. In addition, the claim was asserted against the wrong debtor entity and should be reassigned as indicated to reflect the correct debtor entity. |
| **Totals:** | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$14,204.05 (U)<br>$14,204.05 (T) | | - (S)<br>- (A)<br>- (P)<br>$11,127.85 (U)<br>$11,127.85 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.