# EXHIBIT C

**No Liability Claims**

## Exhibit C
### No Liability Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| ACCOUNTEMPS DIV. OF ROBERT HALF INT'L<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | 10799 | 8/16/10 | 07-11048 | - <br>- <br>- <br>$21,750.15<br>$21,750.15 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant waived its right to file this claim as part of a preference action settlement in connection with The Official Committee of Unsecured Creditors' Seventh Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof [Docket No. 8717], which this Court approved by order dated April 23, 2010 [Docket No. 8794]. |
| OFFICETEAM DIV. OF ROBERT HALF INT'L<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | 10793 | 8/16/10 | 07-11048 | - <br>- <br>- <br>$765.00<br>$765.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant waived its right to file this claim as part of a preference action settlement in connection with The Official Committee of Unsecured Creditors' Seventh Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof [Docket No. 8717], which this Court approved by order dated April 23, 2010 [Docket No. 8794]. |
| OFFICETEAM DIV. OF ROBERT HALF INT'L<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | 10794 | 8/16/10 | 07-11048 | - <br>- <br>- <br>$13,560.98<br>$13,560.98 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant waived its right to file this claim as part of a preference action settlement in connection with The Official Committee of Unsecured Creditors' Seventh Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof [Docket No. 8717], which this Court approved by order dated April 23, 2010 [Docket No. 8794]. |
| OFFICETEAM DIV. OF ROBERT HALF INT'L<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | 10795 | 8/16/10 | 07-11048 | - <br>- <br>- <br>$1,130.77<br>$1,130.77 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant waived its right to file this claim as part of a preference action settlement in connection with The Official Committee of Unsecured Creditors' Seventh Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof [Docket No. 8717], which this Court approved by order dated April 23, 2010 [Docket No. 8794]. |
| OFFICETEAM DIV. OF ROBERT HALF INT'L<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | 10796 | 8/16/10 | 07-11048 | - <br>- <br>- <br>$336.00<br>$336.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant waived its right to file this claim as part of a preference action settlement in connection with The Official Committee of Unsecured Creditors' Seventh Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof [Docket No. 8717], which this Court approved by order dated April 23, 2010 [Docket No. 8794]. |

--- Objectionable Claim ---

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| OFFICETEAM DIV. OF ROBERT HALF INT'L<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | 10798 | 8/16/10 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$8,279.31 (U)<br>$8,279.31 (T) | Claimant waived its right to file this claim as part of a preference action settlement in connection with The Official Committee of Unsecured Creditors' Seventh Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof [Docket No. 8717], which this Court approved by order dated April 23, 2010 [Docket No. 8794]. |
| ROBERT HALF FINANCE & ACCOUNTING DIV. OF<br>ROBERT HALF INTERNATIONAL<br>ATTN: MARY GONZALES<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | 10797 | 8/16/10 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$3,525.58 (U)<br>$3,525.58 (T) | Claimant waived its right to file this claim as part of a preference action settlement in connection with The Official Committee of Unsecured Creditors' Seventh Omnibus Motion for an Order Approving Settlements with Certain Preference Defendants and Limiting Notice Thereof [Docket No. 8717], which this Court approved by order dated April 23, 2010 [Docket No. 8794]. |
| TRANSUNION SETTLEMENT SOLUTIONS, INC.<br>ATTN LEGAL DEPARTMENT<br>5300 BRANDYWINE PARKWAY, SUITE 100<br>WILMINGTON, DE 19803 | 1784 | 10/26/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$2,330.91 (U)<br>$2,330.91 (T) | The Debtor has no liability to this claimant on account of this claim because the referenced account is with American Home Finance, which is a non debtor entity. |

**Totals:** 8 Claims

- (S)
- (A)
- (P)
$51,678.70 (U)
$51,678.70 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.