# EXHIBIT A

**Duplicate Claim**

**Exhibit A**

**Duplicate Claim**

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| STANDARD GUARANTY INSURANCE COMPANY C/O RAUL CUERVO, ESQ. JORDAN BURT LLP 1025 THOMAS JEFFERSON ST., NW-#400 EAST WASHINGTON, DC 20007 | 7967 | 1/9/08 | 07-11050 | - (S) - (A) - (P) $71,932.58 (U) $71,932.58 (T) | 7966 | 1/9/08 | 07-11050 | - (S) - (A) - (P) $71,932.58 (U) $71,932.58 (T) |

Totals: 1 Claim

- (S)
- (A)
- (P)
$71,932.58 (U)
$71,932.58 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.