# EXHIBIT B

**Wrong Debtor Claims**

## Exhibit B
### Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number |
|---|---|---|---|---|---|
| BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE PC<br>ATTN JAMES HOLCOMB, ESQ.<br>801 GRAND AVENUE, SUITE 3700<br>DES MOINES, IA 50309-8004 | 1547 | 10/12/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,250.00 (U)<br>$1,250.00 (T) | 07-11051 |
| CMS LEGAL SERVICES, LLC<br>CMS LEGAL SERVICES, LLC<br>999 18TH ST STE 2200<br>DENVER, CO 802022401 | 4912 | 12/10/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$4,226.95 (U)<br>$4,226.95 (T) | 07-11050 |
| DFS SERVICES LLC<br>ATTN CHRISTINA WALDEN - SR. ASSOCIATE<br>PO BOX 3000<br>NEW ALBANY, OH 43054 | 6049 | 12/21/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$6,727.45 (U)<br>$6,727.45 (T) | 07-11051 |
| HONOLULU ADVERTISER<br>ATTN MARILYN ZIMMERMAN, AGENT<br>C/O SZABO ASSOCIATES, INC.<br>3355 LENOX RD, 9TH FL<br>ATLANTA, GA 30326 | 6030 | 12/14/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$3,115.89 (U)<br>$3,115.89 (T) | 07-11051 |
| I MORTGAGE<br>ATTN AVP, ACCOUNTING, IMS<br>2570 BOYCE PLAZA RD<br>PITTSBURGH, PA 15227 | 2160 | 11/14/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$34,005.00 (U)<br>$34,005.00 (T) | 07-11053 |
| INTER-TEL INTEGRATED SYSTEMS, INC. (BY CT NETWORKS) C/O LEGAL DEPARTMENT<br>DIANA CLINE, PARALEGAL<br>7300 W. BOSTON STREET<br>CHANDLER, AZ 85226 | 10611 | 12/28/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$2,884.20 (U)<br>$2,884.20 (T) | 07-11051 |
| NATIONAL CITY COMMERCIAL CAPITAL CO, LLC<br>LISA M. MOORE, VICE PRESIDENT<br>995 DALTON AVENUE<br>CINCINNATI, OH 45203 | 7936 | 1/9/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$283,902.30 (U)<br>$283,902.30 (T) | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number |
|---|---|---|---|---|---|
| YARLING & ROBINSON<br>151 NORTH DELAWARE STREET<br>MARKET SQUARE CENTER, STE 1535<br>INDIANAPOLIS, IN 46204 | 10603 | 12/23/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$12,771.86 (U)<br>$12,771.86 (T) | 07-11050 |
| **Totals:** | | | 8 Claims | - (S)<br>- (A)<br>- (P)<br>$348,883.65 (U)<br>$348,883.65 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.