# Exhibit 1

| Preference Action | Adversary Proceeding No. |
|---|---|
| A-1 Professional Cleaning & Maintenance Services, Inc. | 09-51533 |
| AMC Transfer, Inc. | 09-51536 |
| iLinc Communications, Inc. | 09-51687 |
| Outsource Solutions, LLC | 09-51742 |
| Quantitative Risk Management Incorporated | 09-51758 |
| Statseeker | N/A |