

October 31, 2010

Mr. Carlo Colagiacomo
General Counsel
American Home Mortgage Investment Corp.
538 Broad Hollow Road
Melville, NY  11747

Dear Carlo:

Attached is our invoice for management services rendered with respect to American Home
Mortgage Investment Corporation Chapter 11 for the period ended October 31, 2010.

If there are any questions regarding this invoice, please contact Kevin Nystrom at
(212) 561-4025.

Respectfully submitted,

Zolfo Cooper, LLC

Zolfo Cooper, LLC

cc: Matthew Lunn, Esq.
    Young, Conaway, Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street, 17th Floor,
    P.O. Box 391
    Wilmington, DE  19899-0391
    and via email: mlunn@ycst.com

290



October 31, 2010

American Home Mortgage Invest.
Mr. Michael Strauss
Chairman of the Board
538 Broad Hollow Road
Melville, NY 11747

## INVOICE

**PLEASE REMIT VIA WIRE TRANSFER**          E.I.N 22-2689479          **Invoice#  0000783-IN**

For consulting services rendered with respect to American Home Mortgage Invest. for the month ended
October 31, 2010.

| | | |
|---|---|---|
| Professional Fees | $ | 146,387.50 |
| Paraprofessional Fees | | 112.50 |
| Total Current Fees | | 146,500.00 |
| Expenses and Other Charges | | 5,707.64 |
| **Invoice Total** | $ | **152,207.64** |

See Attached Schedules                         Wire Transfer Instructions:

Payable upon Receipt



## PROFESSIONAL FEES

| NAME | RATE | HOURS | PROFESSIONAL FEES |
|------|------|-------|-------------------|
| Kevin Nystrom | $ 775.00 | 55.00 | $        42,625.00 |
| Scott R. Martinez | $ 550.00 | 187.50 | 103,125.00 |
| Elizabeth Kardos | $ 425.00 | 1.50 | 637.50 |
| **Total Professional Fees** | | 244.00 | $      146,387.50 |



## PARAPROFESSIONAL FEES

| NAME | RATE | HOURS | PARAPROFESSIONAL FEES |
|------|------|-------|-----------------------|
| Laurie Verry | $ 225.00 | 0.50 | $ 112.50 |
| **Total Paraprofessional Fees** | | **0.50** | $ **112.50** |



## EXPENSES AND OTHER CHARGES

| | | |
|---|---|---:|
| Travel and Lodging | $ | 4,432.81 |
| Meals | | 761.63 |
| Telephone | | 476.06 |
| Photocopies | | 6.20 |
| Postage and Courier | | 30.94 |
| **Total Expenses and Other Charges** | $ | **5,707.64** |

**ZC** ZOLFO COOPER

American Home Mortgage
Description of Current General Responsibilities of ZC Staff

October 31, 2010

| Name | ZC Title | Company Title | Hourly Rate | Current General Responsibilities |
|------|----------|---------------|-------------|----------------------------------|
| K Nystrom | Managing Director | Chief Restructuring Officer | $675 | Responsible for the day to day oversight of liquidation activities and overall management of ZC staff. |
| B Hernandes | Senior Director | Director of Restructuring | $675 | Involved in counterparty negotiations, claim settlements, and communications with creditors. |
| S Martinez | Director | Associate Director | $550 | Cash management and forecasting. Responsible for the day to day oversight of the business personnel. |



**AMERICAN HOME MORTGAGE**
**Time Descriptions**

| Category Code | Service | Description of Service |
|---|---|---|
| 1 | Financing | Preparation of analyses and negotiating to obtain DIP financing, including use of cash collateral and attending related hearings. |
| 2 | Court Reporting | Preparing financial and operating information required by the US Trustee and/or the Court including Statement of Affairs, Schedules of Assets and Liabilities, lists of contracts, interim statements and monthly operating reports. |
| 3 | Chapter 11 Process | Organizing and managing the Debtor's or other parties in interests resources and activities to effectively plan, coordinate, and manage the Chapter 11 process. |
| 4 | Business Operations | Analyzing operations and strategies including the developing, designing, drafting and challenging of forecasts and Business Plan, including related assumptions and rationale and communications with vendors. |
| 5 | Cash Management | Forecasting, planning, controlling and other aspects of managing cash. |
| 6 | Claims Administration | Advising and assisting the Debtor with the development of a claims resolution process including evaluating and selecting a claims processor, responding to specific claims inquiries, analyzing claims, settling claims, assisting in the preparation of motions, orders, stipulations related thereto and attending related hearings. |
| 7 | Unexpired Leases and Executory Contracts | Preparing analyses and advising and assisting the Debtor in valuation, modifications, assumption and rejection of leases and executory contracts including assisting in the preparation and review of related motions, applications, orders, stipulations, and attending hearings related thereto. |
| 8 | Engagement Administration | Maintaining engagement files, preparation of fee applications, invoices and time summaries and responding to inquiries by the US Trustee and other parties in interest. |
| 9 | Asset Analysis | Identification and review of potential assets including causes of action and non-litigation recoveries. |
| 10 | Asset Disposition | Sales, leases (Section 365 matters), abandonment and related transaction work, including equipment lease buyout. |
| 11 | Litigation | Support counsel in identifying, pursuing, or defending various causes of action. |
| 12 | Meetings of creditors | Preparing for and attending the conference of creditors, the Section 341 (a) meeting and other creditors' committee meetings. |
| 13 | DIP Budget Reporting | Developing, designing, and preparing information required under the terms of the DIP agreement. |
| 14 | Secured Lenders Negotiation | Analyzing secured lenders assessments of collateral value, damage claims, and debt calculations and negotiations of settlement of these claims. |
| 15 | Communications matters | Assisting and advising general communications strategies and programs including press releases, letters to interested parties, websites, etc. |

ZOLFO COOPER

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Kevin Nystrom | 10/1/10 | 11 | 1.0 | Review and execution of the Mills affidavit |
| Kevin Nystrom | 10/1/10 | 10 | 1.0 | Discussion of next steps at the OTS for dividend approval |
| Kevin Nystrom | 10/1/10 | 11 | 1.0 | Review and execution of the BofA settlement |
| Kevin Nystrom | 10/1/10 | 11 | 1.0 | Update on the Waterfield settlement |
| | | | 4.0 | |
| Kevin Nystrom | 10/4/10 | 11 | 1.0 | Discussion regarding Waterfield - Huntington settlement |
| | | | 1.0 | |
| Kevin Nystrom | 10/5/10 | 11 | 0.5 | Discussion regarding Waterfield - Huntington settlement |
| Kevin Nystrom | 10/5/10 | 10 | 1.0 | Review of the Milestone fee proposal for AH Bank |
| Kevin Nystrom | 10/5/10 | 4 | 1.0 | Review and execute the Sales Tax return |
| | | | 2.5 | |
| Kevin Nystrom | 10/6/10 | 11 | 1.0 | Discuss the notice of accelerated motion for Waterfield |
| Kevin Nystrom | 10/6/10 | 10 | 1.0 | Discuss the OTS response to the AH Bank loan sale |
| Kevin Nystrom | 10/6/10 | 10 | 1.0 | Review of the trustee agreement requirements |
| | | | 3.0 | |
| Kevin Nystrom | 10/7/10 | 11 | 1.0 | Review of the AH Bank naming rights settlement |
| Kevin Nystrom | 10/7/10 | 10 | 1.0 | Review the AH Bank Trustee agreement |
| Kevin Nystrom | 10/7/10 | 10 | 1.0 | Monitor discussions with the OTS regarding AH Bank |
| | | | 3.0 | |
| Kevin Nystrom | 10/11/10 | 4 | 2.0 | Review of the 401k audits |
| Kevin Nystrom | 10/11/10 | 10 | 1.0 | Execute the AH Bank naming rights settlement |
| | | | 3.0 | |
| Kevin Nystrom | 10/12/10 | 10 | 1.0 | Review of the AH Bank trustee agreement |
| Kevin Nystrom | 10/12/10 | 11 | 1.0 | Discuss the Deloitte litigation |
| | | | 2.0 | |
| Kevin Nystrom | 10/13/10 | 4 | 1.5 | Review the 401k audit representation letters |
| Kevin Nystrom | 10/13/10 | 11 | 1.0 | Review timing of approval of the Waterfield settlement |
| Kevin Nystrom | 10/13/10 | 4 | 1.0 | Call on the 401k audits |
| | | | 3.5 | |
| Kevin Nystrom | 10/14/10 | 4 | 3.0 | Review the 401k audited financial statements |
| Kevin Nystrom | 10/14/10 | 4 | 1.0 | File the 401k 5500s |
| | | | 4.0 | |
| Kevin Nystrom | 10/15/10 | 10 | 1.0 | Update UCC on AH Bank OTS process |
| Kevin Nystrom | 10/15/10 | 5 | 1.0 | Review the cash flow projections |
| Kevin Nystrom | 10/15/10 | 4 | 2.0 | Filing 5500 |
| | | | 4.0 | |
| Kevin Nystrom | 10/18/10 | 4 | 1.0 | Review the letter of termination of benefit plans |
| Kevin Nystrom | 10/18/10 | 10 | 1.0 | Update on the OTS pronouncement |
| | | | 2.0 | |
| Kevin Nystrom | 10/19/10 | 10 | 1.0 | Meeting with BDO on update of AH Bank liquidation |
| Kevin Nystrom | 10/19/10 | 4 | 0.5 | Review the letter of termination of benefit plans |
| Kevin Nystrom | 10/19/10 | 4 | 1.0 | Arranging alternative individual healthcare coverage |
| Kevin Nystrom | 10/19/10 | 6 | 0.5 | Discussions regarding Cadwalader fees |
| | | | 3.0 | |
| Kevin Nystrom | 10/20/10 | 6 | 1.5 | Review of Cadwalader fees related to Waterfield with M. Seidel |
| Kevin Nystrom | 10/20/10 | 5 | 1.0 | Review of cash projections |
| Kevin Nystrom | 10/20/10 | 4 | 0.5 | Consider benefit plans options |
| | | | 3.0 | |
| Kevin Nystrom | 10/21/10 | 10 | 1.0 | Preparation for AH Bank BOD meeting |
| Kevin Nystrom | 10/21/10 | 10 | 1.0 | AH Bank BOD meeting |
| Kevin Nystrom | 10/21/10 | 10 | 1.0 | Review the OTS letter |
| | | | 3.0 | |
| Kevin Nystrom | 10/22/10 | 10 | 1.5 | Review AHM plans for emergence |
| Kevin Nystrom | 10/22/10 | 10 | 1.5 | Review AH Bank liquidation steps |
| | | | 3.0 | |
| Kevin Nystrom | 10/25/10 | 5 | 1.0 | Review the cash projections |

ZOLFO COOPER

| Name | Date | Category code | Hours | Narrative |
|---|---|---|---|---|
| Kevin Nystrom | 10/25/10 | 4 | 1.0 | Review the benefit plan termination steps and notices |
| Kevin Nystrom | 10/25/10 | 12 | 1.0 | Prep for the emergence plan presentation to the UCC advisors |
| | | | 3.0 | |
| Kevin Nystrom | 10/26/10 | 12 | 2.0 | Meeting with UCC advisors on plan to emerge |
| | | | 2.0 | |
| Kevin Nystrom | 10/27/10 | 4 | 1.0 | Update on the 401K plan audits |
| | | | 1.0 | |
| Kevin Nystrom | 10/28/10 | 10 | 2.0 | Options to liquidate the reinsurance companies and FHLB stock |
| | | | 2.0 | |
| Kevin Nystrom | 10/29/10 | 4 | 1.0 | Transition meeting with Liquidating Trustee |
| Kevin Nystrom | 10/29/10 | 4 | 1.0 | Benefits cancellation notice and procedures |
| Kevin Nystrom | 10/29/10 | 10 | 1.0 | Review of AH Bank financial statements |
| | | | 3.0 | |
| | | Total | 55.0 | |

ZOLFO COOPER

| Name | Date | Category code | Hours | Narrative |
|------|------|------|------|-----------|
| Scott Martinez | 10/1/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 10/1/10 | 5 | 1.2 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 10/1/10 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 10/1/10 | 5 | 1.0 | Updated the effective date scenarios |
| Scott Martinez | 10/1/10 | 3 | 0.8 | Work session with AHM employees regarding the bond loans |
| Scott Martinez | 10/1/10 | 3 | 0.5 | Phone call with AHM and Young Conaway regarding the bond loans |
| Scott Martinez | 10/1/10 | 10 | 1.0 | Work session with AH Bank regarding the sale of the servicing rights for 30 loans |
| Scott Martinez | 10/1/10 | 11 | 3.0 | Reviewed documentation regarding the Mills litigation |
| | | | 8.8 | |
| Scott Martinez | 10/2/10 | 11 | 3.0 | Reviewed information regarding the Mills litigation |
| | | | 3.0 | |
| Scott Martinez | 10/3/10 | 11 | 10.0 | Work session with Young Conaway and AHM regarding preparation for the Mills deposition |
| | | | 10.0 | |
| Scott Martinez | 10/4/10 | 11 | 1.0 | Work session with Young Conaway regarding preparation for the Mills deposition |
| Scott Martinez | 10/4/10 | 11 | 5.0 | Participated in the Mills deposition as the 30(B)(6) witness for the Debtors |
| | | | 6.0 | |
| Scott Martinez | 10/5/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 10/5/10 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 10/5/10 | 5 | 0.5 | Updated the cash flow projections |
| Scott Martinez | 10/5/10 | 11 | 2.0 | Reviewed the Orsi discovery request |
| Scott Martinez | 10/5/10 | 11 | 0.5 | Phone call with AHM and Young Conaway regarding the Orsi discovery request |
| Scott Martinez | 10/5/10 | 11 | 0.5 | Phone call with Young Conaway regarding the Mt. Prospect settlement proposal |
| Scott Martinez | 10/5/10 | 5 | 1.0 | Reviewed files received from AHMSI regarding P&I, servicing fees and advances |
| Scott Martinez | 10/5/10 | 6 | 1.0 | Work session with AHM employees regarding open claims |
| Scott Martinez | 10/5/10 | 10 | 0.4 | Phone call with West Coast regarding the bank loans |
| Scott Martinez | 10/5/10 | 3 | 1.0 | Work session with AHM employees regarding the bond loans |
| | | | 9.7 | |
| Scott Martinez | 10/6/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 10/6/10 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 10/6/10 | 5 | 0.5 | Phone calls with AHMSI regarding P&I owed, advances and servicing fees |
| Scott Martinez | 10/6/10 | 5 | 3.5 | Analyzed reports sent from AHMSI regarding P&I owed, servicing fees and advances |
| Scott Martinez | 10/6/10 | 11 | 1.0 | Reviewed the draft transcript regarding the Mills litigation |
| Scott Martinez | 10/6/10 | 3 | 0.8 | Prepared an analysis for the Trustee regarding professional firms and the matters currently being addressed by each |
| Scott Martinez | 10/6/10 | 3 | 1.5 | Reviewed the draft 401k audits for 2006 - 2009 |
| Scott Martinez | 10/6/10 | 6 | 0.5 | Work session with AHM employees regarding open claims |
| Scott Martinez | 10/6/10 | 3 | 0.5 | Work session with AHM employees regarding the benefit plans |
| | | | 10.3 | |
| Scott Martinez | 10/7/10 | 3 | 0.5 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 10/7/10 | 5 | 0.3 | Prepared the professional fee wire request documents |
| Scott Martinez | 10/7/10 | 12 | 3.5 | Work session with BDO and the Trustee regarding transition issues and a status update |
| Scott Martinez | 10/7/10 | 5 | 1.2 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 10/7/10 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 10/7/10 | 5 | 1.0 | Updated the effective date scenarios |
| Scott Martinez | 10/7/10 | 6 | 1.5 | Reviewed the updated claims summary analysis |
| Scott Martinez | 10/7/10 | 5 | 1.0 | Work session with AHM employees regarding the funds received from AHMSI |
| Scott Martinez | 10/7/10 | 3 | 0.5 | Work session with AHM regarding requests for information from counsel for Montague |
| Scott Martinez | 10/7/10 | 3 | 0.3 | Phone call with Young Conaway regarding the 401k audits |
| | | | 10.1 | |

ZOLFO COOPER

| Name | Date | Category code | Hours | Narrative |
|---|---|---|---|---|
| Scott Martinez | 10/11/10 | 8 | 2.5 | Prepared the supporting analyses for Zolfo Cooper's Sept fee application |
| Scott Martinez | 10/11/10 | 2 | 2.0 | Reviewed the draft August financials |
| Scott Martinez | 10/11/10 | 3 | 1.0 | Reviewed the draft 5500 reports for the 401k |
| Scott Martinez | 10/11/10 | 6 | 1.0 | Work session with AHM employees regarding open claims |
| Scott Martinez | 10/11/10 | 11 | 1.0 | Work session with AHM employees regarding litigation discovery |
| Scott Martinez | 10/11/10 | 5 | 0.8 | Work session with AHM employees regarding funds received from AHMSI last week |
| | | | 8.3 | |
| Scott Martinez | 10/12/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 10/12/10 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 10/12/10 | 5 | 0.5 | Updated the cash flow projections |
| Scott Martinez | 10/12/10 | 6 | 0.5 | Phone call with AHM and Young Conaway regarding open claims |
| Scott Martinez | 10/12/10 | 6 | 1.5 | Work session with AHM employees regarding claims |
| Scott Martinez | 10/12/10 | 5 | 1.0 | Work session with AHM employees regarding funds received from AHMSI last week |
| Scott Martinez | 10/12/10 | 3 | 0.8 | Revised the draft letters to employees regarding health benefits |
| Scott Martinez | 10/12/10 | 3 | 0.5 | Phone call with ADP regarding health benefits |
| Scott Martinez | 10/12/10 | 3 | 0.5 | Work session with Aon regarding the D&O insurance |
| Scott Martinez | 10/12/10 | 11 | 1.0 | Work session with AHM employees regarding the Orsi litigation |
| | | | 9.1 | |
| Scott Martinez | 10/13/10 | 5 | 0.5 | Reviewed cash management activity |
| Scott Martinez | 10/13/10 | 5 | 1.0 | Prepared a reconciliation analysis for the 434 account |
| Scott Martinez | 10/13/10 | 5 | 1.0 | Work session with AHM employees regarding funds received from AHMSI last week |
| Scott Martinez | 10/13/10 | 3 | 1.0 | Prepared for and participated in a conference call with AHM and Belfint regarding the 401k audits |
| Scott Martinez | 10/13/10 | 3 | 1.0 | Reviewed the comments to the AH Bank liquidating trust agreement |
| Scott Martinez | 10/13/10 | 3 | 0.5 | Phone call with AHM and Young Conaway regarding the bond loans |
| Scott Martinez | 10/13/10 | 3 | 1.0 | Work session with AHM employees regarding the bond loans |
| Scott Martinez | 10/13/10 | 6 | 1.0 | Work session with AHM employees regarding claims |
| Scott Martinez | 10/13/10 | 3 | 0.5 | Phone call with Intercity regarding AHM benefits |
| Scott Martinez | 10/13/10 | 11 | 1.0 | Work session with AHM employees regarding Orsi litigation |
| Scott Martinez | 10/13/10 | 3 | 0.5 | Work session with AHM employees regarding files in the basement |
| Scott Martinez | 10/13/10 | 5 | 0.5 | Work session with AHMSI employees regarding issues related to last week's wire |
| | | | 9.5 | |
| Scott Martinez | 10/14/10 | 5 | 2.0 | Updated the advance analysis for amounts owed to AHM from ABN |
| Scott Martinez | 10/14/10 | 3 | 1.5 | Work session regarding the benefit plans for AH Bank and AHM |
| Scott Martinez | 10/14/10 | 3 | 1.5 | Reviewed the revised AH Bank liquidating trust agreement |
| Scott Martinez | 10/14/10 | 5 | 1.0 | Work session with AHM employees regarding issues related to last week's wire |
| Scott Martinez | 10/14/10 | 5 | 0.5 | Work session with AHMSI employees regarding issues related to last week's wire |
| Scott Martinez | 10/14/10 | 11 | 1.0 | Work session with AHM employees regarding Orsi litigation |
| Scott Martinez | 10/14/10 | 3 | 1.0 | Work session with AHM employees regarding the Delaware bond loans |
| Scott Martinez | 10/14/10 | 6 | 0.5 | Work session with AHM employees regarding open claims |
| | | | 9.0 | |
| Scott Martinez | 10/15/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 10/15/10 | 5 | 1.2 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 10/15/10 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 10/15/10 | 5 | 1.0 | Updated the effective date scenarios |
| Scott Martinez | 10/15/10 | 11 | 1.0 | Participated in a call with BDO regarding the Deloitte litigation |
| Scott Martinez | 10/15/10 | 5 | 1.0 | Call with AHM and AHMSI regarding questions related to the P&I owed to AHM |
| Scott Martinez | 10/15/10 | 5 | 1.3 | Work session with AHM employees regarding issues related to the wire sent to AHM on 10/5/10 from AHMSI |
| Scott Martinez | 10/15/10 | 3 | 0.4 | Work session with AHM employees regarding the DSHA bond loans |
| Scott Martinez | 10/15/10 | 3 | 0.8 | Phone call with the insurance broker regarding health benefits |
| | | | 8.0 | |

ZOLFO COOPER

| Name | Date | Category code | Hours | Narrative |
|---|---|---|---|---|
| Scott Martinez | 10/18/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 10/18/10 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 10/18/10 | 5 | 0.5 | Updated the cash flow projections |
| Scott Martinez | 10/18/10 | 11 | 2.5 | Reviewed the draft interrogatory responses for the Orsi litigation |
| Scott Martinez | 10/18/10 | 11 | 0.8 | Reviewed the draft interrogatory responses for the Deloitte litigation |
| Scott Martinez | 10/18/10 | 3 | 0.6 | Work session with AHM employees regarding the DSHA bond loans |
| Scott Martinez | 10/18/10 | 11 | 0.3 | Phone call with AHM and Young Conaway regarding pending litigation |
| Scott Martinez | 10/18/10 | 3 | 0.5 | Work session with AHM employees regarding borrower requests |
| | | | 8.0 | |
| Scott Martinez | 10/19/10 | 12 | 0.5 | Phone call with BDO regarding the bank liquidation and dividend request approval |
| Scott Martinez | 10/19/10 | 11 | 0.5 | Phone call with BDO regarding the Deloitte interrogatories |
| Scott Martinez | 10/19/10 | 3 | 1.0 | Revised the draft letters to AHM and AH Bank employees regarding benefits |
| Scott Martinez | 10/19/10 | 3 | 2.5 | Updated the AHM open items listing to be discussed with the UCC |
| Scott Martinez | 10/19/10 | 11 | 2.0 | Work session with AHM employees regarding open litigation |
| Scott Martinez | 10/19/10 | 3 | 0.8 | Work session with AHM employees regarding the status of document requests |
| Scott Martinez | 10/19/10 | 3 | 0.4 | Status update with AHM employees regarding the approval of the AH Bank liquidation and dividend request as well as effective date issues including health benefits |
| Scott Martinez | 10/19/10 | 11 | 0.5 | Work session with AHM employees regarding the JP Morgan discovery |
| Scott Martinez | 10/19/10 | 2 | 1.0 | Work session with AHM employees regarding the September financials |
| Scott Martinez | 10/19/10 | 3 | 0.5 | Work session with AHM employees regarding the bond loans |
| | | | 9.7 | |
| Scott Martinez | 10/20/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 10/20/10 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 10/20/10 | 3 | 0.5 | Phone call with Intercity regarding the health benefit plans |
| Scott Martinez | 10/20/10 | 3 | 0.5 | Phone call with the liquidating trustee regarding the health benefit plans |
| Scott Martinez | 10/20/10 | 3 | 0.7 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 10/20/10 | 5 | 0.4 | Prepared the professional fee wire request documents |
| Scott Martinez | 10/20/10 | 11 | 0.5 | Phone call with AHM and Young Conaway regarding the Orsi litigation |
| Scott Martinez | 10/20/10 | 3 | 0.5 | Reviewed comments from Young Conaway on the letter to employees |
| Scott Martinez | 10/20/10 | 6 | 1.0 | Work session with AHM employees regarding open claims |
| Scott Martinez | 10/20/10 | 11 | 1.5 | Prepared for and participated in a call with Young Conaway and AHM regarding the JP Morgan litigation |
| Scott Martinez | 10/20/10 | 3 | 0.5 | Reviewed the payroll preview and vacation reports |
| Scott Martinez | 10/20/10 | 3 | 0.5 | Phone call with Young Conaway regarding open issues |
| Scott Martinez | 10/20/10 | 11 | 0.5 | Reviewed the production received from Orsi |
| | | | 9.1 | |
| Scott Martinez | 10/21/10 | 5 | 0.5 | Reviewed cash management activity |
| Scott Martinez | 10/21/10 | 3 | 4.0 | Meeting with the liquidating trustee regarding transition issues |
| Scott Martinez | 10/21/10 | 11 | 1.0 | Participated in a conference call with AHM, Young Conaway and Hennigan Bennett regarding the JP Morgan litigation |
| Scott Martinez | 10/21/10 | 3 | 0.7 | Participated in the AH Bank Board call |
| Scott Martinez | 10/21/10 | 6 | 1.0 | Work session with AHM employees regarding open claims |
| Scott Martinez | 10/21/10 | 3 | 0.5 | Work session with the insurance broker regarding the health benefits |
| Scott Martinez | 10/21/10 | 12 | 0.7 | Updated the open items listing in preparation for tomorrow's call with the advisors to the UCC |
| Scott Martinez | 10/21/10 | 3 | 0.7 | Work session with AHM employees regarding Borrower inquiries |
| Scott Martinez | 10/21/10 | 11 | 0.5 | Work session with AHM employees regarding pending litigation |
| | | | 9.6 | |
| Scott Martinez | 10/22/10 | 5 | 1.2 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 10/22/10 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 10/22/10 | 5 | 1.0 | Updated the effective date scenarios |

ZOLFO COOPER

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Scott Martinez | 10/22/10 | 12 | 1.2 | Participated in a conference call with Young Conaway, BDO, Hahn & Hessen and the liquidating trustee regarding transition issues and open items |
| Scott Martinez | 10/22/10 | 2 | 0.5 | Work session with AHM employees regarding the September financials |
| Scott Martinez | 10/22/10 | 3 | 0.5 | Phone cal with the insurance broker regarding the health benefit plans |
| Scott Martinez | 10/22/10 | 6 | 0.8 | Work session with AHM employees regarding claims |
| Scott Martinez | 10/22/10 | 2 | 1.0 | Reviewed the draft September financials |
| Scott Martinez | 10/22/10 | 3 | 0.5 | Work session with AHM employees regarding the files in the basement |
| | | | 7.0 | |
| Scott Martinez | 10/25/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 10/25/10 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 10/25/10 | 5 | 0.5 | Updated the cash flow projections |
| Scott Martinez | 10/25/10 | 11 | 0.5 | Work session with AHM employees regarding the Orsi litigation |
| Scott Martinez | 10/25/10 | 11 | 1.0 | Reviewed the revised responses to the Orsi interrogatories |
| Scott Martinez | 10/25/10 | 2 | 1.0 | Work session with AHM employees regarding the draft September financials |
| Scott Martinez | 10/25/10 | 2 | 1.0 | Reviewed the draft post confirmation reports for the quarter ended September 2010 |
| Scott Martinez | 10/25/10 | 3 | 0.5 | Phone call with Aetna regarding health benefits |
| Scott Martinez | 10/25/10 | 5 | 0.7 | Reviewed the draft retention payout analysis for AHM employees |
| Scott Martinez | 10/25/10 | 6 | 1.0 | Work session with AHM employees regarding open claims |
| | | | 9.0 | |
| Scott Martinez | 10/26/10 | 3 | 0.6 | Phone call with the liquidating trustee regarding transition issues |
| Scott Martinez | 10/26/10 | 2 | 1.0 | Work session with AHM employees regarding the post confirmation reports |
| Scott Martinez | 10/26/10 | 2 | 1.0 | Reviewed the draft post confirmation reports |
| Scott Martinez | 10/26/10 | 3 | 0.8 | Updated the two scenario letters to employees regarding health benefits |
| Scott Martinez | 10/26/10 | 3 | 0.4 | Work session with the insurance broker regarding a status update from Aetna |
| Scott Martinez | 10/26/10 | 6 | 1.0 | Work session with AHM employees regarding open claims |
| Scott Martinez | 10/26/10 | 11 | 1.0 | Work session with AHM employees regarding current litigation |
| Scott Martinez | 10/26/10 | 3 | 0.5 | Work session with AHM employees regarding file storage |
| Scott Martinez | 10/26/10 | 3 | 0.4 | Phone call with Young Conaway regarding open issues |
| Scott Martinez | 10/26/10 | 3 | 0.5 | Work session with the property manager regarding inspections and space |
| Scott Martinez | 10/26/10 | 3 | 0.5 | Phone call with Paul Hastings regarding the liquidation of AH Bank |
| Scott Martinez | 10/26/10 | 3 | 1.0 | Work session with AHM employees regarding investor 7 reconciliations |
| | | | 8.7 | |
| Scott Martinez | 10/27/10 | 5 | 0.5 | Reviewed cash management activity |
| Scott Martinez | 10/27/10 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 10/27/10 | 12 | 1.0 | Prepared for and participated in the weekly update call with BDO |
| Scott Martinez | 10/27/10 | 3 | 0.5 | Phone calls with Aetna regarding the benefit plans |
| Scott Martinez | 10/27/10 | 3 | 0.8 | Drafted an e-mail outlining the requests from Aetna for health benefits |
| Scott Martinez | 10/27/10 | 3 | 0.3 | Meeting with AHM employees regarding a status update on the effective date and health benefits |
| Scott Martinez | 10/27/10 | 11 | 0.5 | Phone call with Young Conaway regarding settlement discussions with Park National |
| Scott Martinez | 10/27/10 | 3 | 0.5 | Phone call with the liquidating trustee regarding open issues |
| Scott Martinez | 10/27/10 | 6 | 1.6 | Work session with AHM employees regarding open claims |
| Scott Martinez | 10/27/10 | 3 | 0.5 | Work session with AHM employees regarding the files in the basement |
| Scott Martinez | 10/27/10 | 11 | 0.5 | Work session with AHM employees regarding litigation discovery |
| Scott Martinez | 10/27/10 | 3 | 0.5 | Reviewed the plan trust agreement for purposes of sending the document to Aetna |
| Scott Martinez | 10/27/10 | 11 | 0.3 | Phone call with BDO regarding the Park National settlement offer |
| Scott Martinez | 10/27/10 | 5 | 0.5 | Work session with AHM employees regarding this week's check run |
| | | | 9.0 | |

ZOLFO COOPER

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Scott Martinez | 10/28/10 | 3 | 1.5 | Work session with AHM employees regarding the status of winddown tasks |
| Scott Martinez | 10/28/10 | 3 | 0.5 | Work session with AHM employees regarding the termination of the flexspend account with ADP |
| Scott Martinez | 10/28/10 | 3 | 0.3 | Phone call with Belfint regarding the 401k audits |
| Scott Martinez | 10/28/10 | 11 | 1.0 | Work session with AHM employees regarding current litigation |
| Scott Martinez | 10/28/10 | 3 | 1.0 | Work session with the liquidating trustee regarding transition issues |
| Scott Martinez | 10/28/10 | 3 | 1.5 | Work session with AHM employees regarding AHMSI issues |
| Scott Martinez | 10/28/10 | 3 | 0.5 | Work session with AHM employees regarding system backups |
| Scott Martinez | 10/28/10 | 3 | 0.5 | Work session with AHM employees regarding the files in the basement |
| Scott Martinez | 10/28/10 | 3 | 0.5 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 10/28/10 | 5 | 0.3 | Prepared the professional fee wire request documents |
| Scott Martinez | 10/28/10 | 6 | 1.0 | Work session with AHM employees regarding open claims |
| | | | 8.6 | |
| Scott Martinez | 10/29/10 | 5 | 0.5 | Reviewed cash management activity |
| Scott Martinez | 10/29/10 | 5 | 1.2 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 10/29/10 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 10/29/10 | 5 | 1.0 | Updated the effective date scenarios |
| Scott Martinez | 10/29/10 | 3 | 1.1 | Phone call with the liquidating trustee regarding the AH Bank liquidation |
| Scott Martinez | 10/29/10 | 3 | 0.5 | Phone call with AH Bank regarding winddown tasks |
| Scott Martinez | 10/29/10 | 3 | 0.5 | Phone calls with Aetna regarding the benefit plans |
| Scott Martinez | 10/29/10 | 3 | 0.4 | Phone call with Intercity regarding the benefit plans |
| Scott Martinez | 10/29/10 | 3 | 0.8 | Updated the benefit notice to employees of AH Bank and AHM |
| Scott Martinez | 10/29/10 | 6 | 0.7 | Work session with AHM employees regarding legal claims |
| | | | 7.0 | |
| | | Total | 187.5 | |

ZC ZOLFO COOPER

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Elizabeth Kardos | 10/4/10 | 8 | 1.0 | Various discussions with ZC professionals and counsel regarding subpoenas |
| | | | 1.0 | |
| Elizabeth Kardos | 10/5/10 | 8 | 0.5 | Received and responded to emails with ZC professionals regarding prior document production and review of prior document production and process of production and communication of same |
| | | | 0.5 | |
| | | Total | 1.5 | |

ZOLFO COOPER

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Laura Capen Verry | 10/2/10 | 8 | 0.2 | Retrieve files on subpoenas and review document production communications |
| | | | 0.2 | |
| Laura Capen Verry | 10/5/10 | 8 | 0.3 | Review documents and process for documents produced for prior subpoenas |
| | | | 0.3 | |
| | | Total | 0.5 | |

 ZOLFO COOPER

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2010

**CATEGORY 1**          **FINANCING**

| Professional | Hourly Rate | October 2010 Hours | October 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 10.20 | $ 193.75 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 75.00 | $ 12,302.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 41.00 | $ 24,250.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 22.80 | $ 14,357.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 550 | 0.00 | $ - | 5.20 | $ 2,549.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 154.20 | $ 53,653.25 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2010

ZOLFO COOPER

**CATEGORY 2**      **COURT REPORTING**

| Professional | Hourly Rate | October 2010 Hours | October 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 0.00 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 18.50 | $ 6,617.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 0.20 | $ 129.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 0.00 | $ - |
| Robert Semple | $ 640 | 0.00 | $ - | 13.00 | $ 7,345.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 31.80 | $ 17,490.00 |
| Scott Martinez | $ 550 | 8.50 | $ 4,675.00 | 131.30 | $ 65,638.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 24.10 | $ 9,037.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 8.50 | $ 4,675.00 | 218.90 | $ 106,257.00 |

ZOLFO COOPER

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2010

**CATEGORY 3**         **CHAPTER 11 PROCESS**

| Professional | Hourly Rate | October 2010 Hours | October 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 17.50 | $ 4,262.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 40.50 | $ 12,910.00 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 1571.60 | $ 941,132.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 75.30 | $ 47,209.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 130.50 | $ 76,745.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 291.00 | $ 166,310.00 |
| Scott Martinez | $ 550 | 56.20 | $ 30,910.00 | 2113.40 | $ 980,247.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 138.90 | $ 60,757.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.60 | $ 225.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 43.00 | $ 2,150.00 |
| Total | | 56.20 | $ 30,910.00 | 4422.30 | $ 2,291,947.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2010

**ZOLFO COOPER**

### CATEGORY 4          BUSINESS OPERATIONS

| Professional | Hourly Rate | October 2010 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 476.05 | $ 152,636.25 |
| Kevin Nystrom | $ 775 | 18.50 | $ 14,337.50 | 438.00 | $ 156,267.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 311.20 | $ 194,661.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 217.40 | $ 136,080.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 1212.10 | $ 705,255.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 550 | 0.00 | $ - | 22.10 | $ 11,840.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 9.10 | $ 3,944.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 1.70 | $ 595.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 18.50 | $ 14,337.50 | 2687.65 | $ 1,361,280.25 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2010

ZOLFO COOPER

**CATEGORY 5**        **CASH MANAGEMENT**

| Professional | Hourly Rate | October 2010 Hours | October 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 1.00 | $ - |
| Kevin Nystrom | $ 775 | 3.00 | $ 2,325.00 | 107.00 | $ 33,140.00 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 406.10 | $ 241,721.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 4.60 | $ 2,898.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 275.10 | $ 154,753.00 |
| Scott Martinez | $ 550 | 50.00 | $ 27,500.00 | 1803.50 | $ 853,907.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 92.30 | $ 38,328.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 7.00 | $ 2,625.00 |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 1335.30 | $ 489,437.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 4.00 | $ 200.00 |
| Total | | 53.00 | $ 29,825.00 | 4035.90 | $ 1,817,010.50 |

ZOLFO COOPER

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2010

**CATEGORY 6**          **CLAIMS ADMINISTRATION**

| Professional | Hourly Rate | October 2010 Hours | October 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 7.25 | $ 2,712.50 |
| Kevin Nystrom | $ 775 | 2.00 | $ 1,550.00 | 53.00 | $ 26,362.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 88.50 | $ 55,426.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 1.50 | $ 945.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 166.50 | $ 98,299.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 26.90 | $ 15,267.00 |
| Scott Martinez | $ 550 | 15.60 | $ 8,580.00 | 439.70 | $ 220,945.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 1881.60 | $ 822,731.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 17.60 | $ 10,130.00 | 2664.95 | $ 1,242,689.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2010



CATEGORY 7    UNEXPIRED LEASES AND EXECUTORY CONTRACTS

| | | October 2010 | | Cumulative | |
|---|---|---|---|---|---|
| Professional | Hourly Rate | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ – | 0.00 | $ – |
| Kevin Nystrom | $ 775 | 0.00 | $ – | 0.00 | $ – |
| Bret Fernandes | $ 675 | 0.00 | $ – | 2.00 | $ 1,180.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ – | 0.00 | $ – |
| Robert Semple | $ 640 | 0.00 | $ – | 0.00 | $ – |
| Mark Lymbery | $ 590 | 0.00 | $ – | 0.00 | $ – |
| Scott Martinez | $ 550 | 0.00 | $ – | 1.00 | $ 450.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ – | 0.00 | $ – |
| Elizabeth Kardos | $ 425 | 0.00 | $ – | 0.00 | $ – |
| Linda Cheung | $ 375 | 0.00 | $ – | 0.00 | $ – |
| Carmen Bonilla | $ 375 | 0.00 | $ – | 0.00 | $ – |
| Rebecca Randall | $ 345 | 0.00 | $ – | 0.00 | $ – |
| Laura Capen Verry | $ 225 | 0.00 | $ – | 0.00 | $ – |
| Sam Mitchell | $ 50 | 0.00 | $ – | 0.00 | $ – |
| Total | | 0.00 | $ – | 3.00 | $ 1,630.00 |

ZC ZOLFO COOPER

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2010

**CATEGORY 8**          **ENGAGEMENT ADMINISTRATION**

| Professional | Hourly Rate | October 2010 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 3.50 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 45.00 | $ 13,352.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 0.00 | $ - |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 37.40 | $ 23,188.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 21.90 | $ 12,808.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 5.40 | $ 3,106.00 |
| Scott Martinez | $ 550 | 2.50 | $ 1,375.00 | 57.80 | $ 28,243.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 52.30 | $ 22,824.00 |
| Elizabeth Kardos | $ 425 | 1.50 | $ 637.50 | 63.40 | $ 25,360.00 |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 235.20 | $ 83,185.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.50 | $ 112.50 | 78.50 | $ 16,313.50 |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 4.50 | $ 2,125.00 | 600.40 | $ 228,380.50 |



American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2010

**CATEGORY 9**          **ASSET ANALYSIS**

| Professional | Hourly Rate | October 2010 Hours | October 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ – | 0.00 | $ – |
| Kevin Nystrom | $ 775 | 0.00 | $ – | 2.50 | $ 720.00 |
| Bret Fernandes | $ 675 | 0.00 | $ – | 152.30 | $ 92,138.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ – | 0.30 | $ 186.00 |
| Robert Semple | $ 640 | 0.00 | $ – | 2.00 | $ 1,130.00 |
| Mark Lymbery | $ 590 | 0.00 | $ – | 0.00 | $ – |
| Scott Martinez | $ 550 | 0.00 | $ – | 0.00 | $ – |
| Puneet Agrawal | $ 465 | 0.00 | $ – | 0.00 | $ – |
| Elizabeth Kardos | $ 425 | 0.00 | $ – | 0.00 | $ – |
| Linda Cheung | $ 375 | 0.00 | $ – | 0.00 | $ – |
| Carmen Bonilla | $ 375 | 0.00 | $ – | 0.00 | $ – |
| Rebecca Randall | $ 345 | 0.00 | $ – | 0.00 | $ – |
| Laura Capen Verry | $ 225 | 0.00 | $ – | 0.00 | $ – |
| Sam Mitchell | $ 50 | 0.00 | $ – | 0.00 | $ – |
| Total | | 0.00 | $ – | 157.10 | $ 94,174.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2010

ZC ZOLFO COOPER

**CATEGORY 10**          **ASSET DISPOSITION**

| Professional | Hourly Rate | October 2010 Hours | October 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 108.45 | $ 13,717.50 |
| Kevin Nystrom | $ 775 | 20.00 | $ 15,500.00 | 763.50 | $ 318,865.00 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 740.00 | $ 436,375.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 1002.30 | $ 625,625.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 854.70 | $ 494,725.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 75.10 | $ 41,949.00 |
| Scott Martinez | $ 550 | 1.40 | $ 770.00 | 526.80 | $ 260,209.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 72.30 | $ 31,096.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 21.40 | $ 16,270.00 | 4143.15 | $ 2,222,563.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2010

ZOLFO COOPER

CATEGORY 11        LITIGATION

| Professional | Hourly Rate | October 2010 | | Cumulative | |
|---|---|---|---|---|---|
| | | Hours | Value | Hours | Value |
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 22.05 | $ 6,820.00 |
| Kevin Nystrom | $ 775 | 8.50 | $ 6,587.50 | 419.75 | $ 309,142.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 354.80 | $ 223,965.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 64.40 | $ 40,542.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 31.00 | $ 18,290.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 550 | 46.40 | $ 25,520.00 | 473.60 | $ 240,698.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 13.90 | $ 6,046.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.20 | $ 85.00 |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.90 | $ 337.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 21.60 | $ 4,860.00 |
| Sam Mitchell | $ 50 | 0.00 | $ - | 14.00 | $ 700.00 |
| Total | | 54.90 | $ 32,107.50 | 1416.20 | $ 851,486.50 |

ZOLFO COOPER

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2010

**CATEGORY 12**          **MEETINGS OF CREDITORS**

| Professional | Hourly Rate | October 2010 Hours | October 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 18.70 | $ 7,362.50 |
| Kevin Nystrom | $ 775 | 3.00 | $ 2,325.00 | 86.00 | $ 23,762.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 0.00 | $ - |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 34.20 | $ 21,515.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 2.00 | $ 1,180.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 1.50 | $ 825.00 |
| Scott Martinez | $ 550 | 6.90 | $ 3,795.00 | 250.80 | $ 120,506.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 41.20 | $ 18,384.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 61.10 | $ 22,800.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 9.90 | $ 6,120.00 | 495.50 | $ 216,335.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2010

ZOLFO COOPER

**CATEGORY 13        DIP BUDGET REPORTING**

| Professional | Hourly Rate | October 2010 Hours | October 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ – | 0.00 | $ – |
| Kevin Nystrom | $ 775 | 0.00 | $ – | 4.00 | $ – |
| Bret Fernandes | $ 675 | 0.00 | $ – | 2.60 | $ 1,430.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ – | 0.00 | $ – |
| Robert Semple | $ 640 | 0.00 | $ – | 0.00 | $ – |
| Mark Lymbery | $ 590 | 0.00 | $ – | 1.10 | $ 605.00 |
| Scott Martinez | $ 550 | 0.00 | $ – | 22.00 | $ 9,570.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ – | 0.00 | $ – |
| Elizabeth Kardos | $ 425 | 0.00 | $ – | 0.00 | $ – |
| Linda Cheung | $ 375 | 0.00 | $ – | 0.00 | $ – |
| Carmen Bonilla | $ 375 | 0.00 | $ – | 46.70 | $ 17,107.50 |
| Rebecca Randall | $ 345 | 0.00 | $ – | 0.00 | $ – |
| Laura Capen Verry | $ 225 | 0.00 | $ – | 0.00 | $ – |
| Sam Mitchell | $ 50 | 0.00 | $ – | 0.00 | $ – |
| Total | | 0.00 | $ – | 76.40 | $ 28,712.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2010

**ZOLFO COOPER**

### CATEGORY 14    SECURED LENDERS NEGOTIATION

| Professional | Hourly Rate | October 2010 Hours | October 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 73.50 | $ 14,337.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 274.00 | $ 28,927.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 32.60 | $ 19,234.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 262.30 | $ 164,883.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 576.80 | $ 329,864.00 |
| Scott Martinez | $ 550 | 0.00 | $ - | 0.00 | $ - |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 802.40 | $ 337,747.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 2021.60 | $ 894,993.50 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to October 31, 2010

ZC ZOLFO COOPER

**CATEGORY 15**          **COMMUNICATIONS MATTERS**

| Professional | Hourly Rate | October 2010 Hours | October 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 5.75 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 10.00 | $ 1,662.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 0.00 | $ - |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 15.30 | $ 9,486.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 3.40 | $ 1,870.00 |
| Scott Martinez | $ 550 | 0.00 | $ - | 0.00 | $ - |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 212.30 | $ 76,102.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 22.80 | $ 7,410.00 |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 269.55 | $ 96,531.00 |

AMERICAN HOME MORTGAGE
EXPENSES BY DAY BY PROFESSIONAL
10/01/2010 Through 10/31/2010

 ZOLFO COOPER

| Emp# | Name | Date | Description | | Amount |
|------|------|------|-------------|--|--------|
| 0325 | Scott R. Martinez | 10/3/2010 | Ground Transportation - NY | | 15.00 |
| 0325 | Scott R. Martinez | 10/3/2010 | Ground Transportation - NY | | 124.00 |
| 0325 | Scott R. Martinez | 10/3/2010 | Hotel - NY | | 176.90 |
| 0325 | Scott R. Martinez | 10/3/2010 | Meals - NY | BRKFST - 1 | 9.25 |
| 0325 | Scott R. Martinez | 10/4/2010 | Ground Transportation - NY | | 35.00 |
| 0325 | Scott R. Martinez | 10/4/2010 | Ground Transportation - NY | | 108.00 |
| 0325 | Scott R. Martinez | 10/4/2010 | Meals - NY | DINNER - 1 | 5.68 |
| 0325 | Scott R. Martinez | 10/5/2010 | Ground Transportation - NY | | 100.61 |
| 0325 | Scott R. Martinez | 10/5/2010 | Ground Transportation - NY | | 5.50 |
| 0325 | Scott R. Martinez | 10/5/2010 | Hotel - NY | | 199.82 |
| 0325 | Scott R. Martinez | 10/5/2010 | Meals - NY | DINNER - 1 | 17.25 |
| 0325 | Scott R. Martinez | 10/6/2010 | Ground Transportation - NY | | 100.61 |
| 0325 | Scott R. Martinez | 10/6/2010 | Hotel - NY | | 199.82 |
| 0325 | Scott R. Martinez | 10/6/2010 | Meals - NY | DINNER - 2 | 54.00 |
| 0325 | Scott R. Martinez | 10/6/2010 | Meals - NY | LUNCH - 1 | 18.27 |
| 0325 | Scott R. Martinez | 10/7/2010 | Ground Transportation - NY | | 100.60 |
| 0325 | Scott R. Martinez | 10/7/2010 | Ground Transportation - NY | | 7.25 |
| 0325 | Scott R. Martinez | 10/7/2010 | Ground Transportation - NY | GAS | 17.00 |
| 0325 | Scott R. Martinez | 10/7/2010 | Ground Transportation - NY | EZ PASS | 7.50 |
| 0325 | Scott R. Martinez | 10/7/2010 | Meals - NY | LUNCH - 6 | 105.55 |
| 0325 | Scott R. Martinez | 10/11/2010 | Ground Transportation - NY | | 93.03 |
| 0325 | Scott R. Martinez | 10/11/2010 | Ground Transportation - NY | | 5.50 |
| 0325 | Scott R. Martinez | 10/11/2010 | Hotel - NY | | 199.82 |
| 0325 | Scott R. Martinez | 10/11/2010 | Meals - NY | LUNCH - 2 | 21.81 |
| 0325 | Scott R. Martinez | 10/12/2010 | Ground Transportation - NY | | 93.03 |
| 0325 | Scott R. Martinez | 10/12/2010 | Hotel - NY | | 199.82 |
| 0325 | Scott R. Martinez | 10/12/2010 | Meals - NY | LUNCH - 1 | 18.13 |
| 0325 | Scott R. Martinez | 10/12/2010 | Meals - NY | DINNER - 1 | 50.00 |
| 0325 | Scott R. Martinez | 10/13/2010 | Ground Transportation - NY | | 93.03 |
| 0325 | Scott R. Martinez | 10/13/2010 | Ground Transportation - NY | | 7.25 |
| 0325 | Scott R. Martinez | 10/13/2010 | Ground Transportation - NY | GAS | 23.00 |
| 0325 | Scott R. Martinez | 10/13/2010 | Meals - NY | LUNCH - 1 | 12.42 |
| 0325 | Scott R. Martinez | 10/14/2010 | Ground Transportation - NY | | 93.03 |
| 0325 | Scott R. Martinez | 10/14/2010 | Ground Transportation - NY | | 5.50 |
| 0325 | Scott R. Martinez | 10/14/2010 | Hotel - NY | | 199.82 |
| 0325 | Scott R. Martinez | 10/14/2010 | Meals - NY | BRKFST - 1 | 9.32 |
| 0325 | Scott R. Martinez | 10/14/2010 | Meals - NY | LUNCH - 1 | 13.07 |
| 0325 | Scott R. Martinez | 10/14/2010 | Meals - NY | DINNER - 1 | 18.26 |
| 0325 | Scott R. Martinez | 10/15/2010 | Ground Transportation - NY | | 93.04 |
| 0325 | Scott R. Martinez | 10/15/2010 | Ground Transportation - NY | | 7.25 |
| 0325 | Scott R. Martinez | 10/15/2010 | Ground Transportation - NY | GAS | 16.00 |
| 0325 | Scott R. Martinez | 10/15/2010 | Ground Transportation - NY | EZ PASS | 10.00 |
| 0325 | Scott R. Martinez | 10/18/2010 | Ground Transportation - NY | | 94.12 |
| 0325 | Scott R. Martinez | 10/18/2010 | Ground Transportation - NY | | 5.50 |
| 0325 | Scott R. Martinez | 10/18/2010 | Hotel - NY | | 199.82 |
| 0325 | Scott R. Martinez | 10/18/2010 | Meals - NY | DINNER - 1 | 34.07 |
| 0325 | Scott R. Martinez | 10/19/2010 | Ground Transportation - NY | | 94.12 |
| 0325 | Scott R. Martinez | 10/19/2010 | Hotel - NY | | 199.82 |
| 0325 | Scott R. Martinez | 10/19/2010 | Meals - NY | LUNCH - 2 | 21.65 |
| 0325 | Scott R. Martinez | 10/19/2010 | Meals - NY | DINNER - 1 | 34.70 |
| 0325 | Scott R. Martinez | 10/20/2010 | Ground Transportation - NY | | 94.12 |
| 0325 | Scott R. Martinez | 10/20/2010 | Ground Transportation - NY | GAS | 21.25 |
| 0325 | Scott R. Martinez | 10/20/2010 | Ground Transportation - NY | | 7.25 |
| 0325 | Scott R. Martinez | 10/20/2010 | Meals - NY | LUNCH - 1 | 16.99 |
| 0325 | Scott R. Martinez | 10/21/2010 | Ground Transportation - NY | | 94.12 |
| 0325 | Scott R. Martinez | 10/21/2010 | Ground Transportation - NY | | 5.50 |
| 0325 | Scott R. Martinez | 10/21/2010 | Hotel - NY | | 199.82 |
| 0325 | Scott R. Martinez | 10/21/2010 | Meals - NY | BRKFST - 1 | 11.22 |

AMERICAN HOME MORTGAGE
EXPENSES BY DAY BY PROFESSIONAL
10/01/2010 Through 10/31/2010

 ZOLFO COOPER

| Emp# | Name | Date | Description | | Amount |
|------|------|------|-------------|---|--------|
| 0325 | Scott R. Martinez | 10/21/2010 | Meals - NY | LUNCH - 3 | 47.07 |
| 0325 | Scott R. Martinez | 10/21/2010 | Meals - NY | DINNER - 2 | 98.10 |
| 0325 | Scott R. Martinez | 10/22/2010 | Ground Transportation - NY | | 94.12 |
| 0325 | Scott R. Martinez | 10/22/2010 | Ground Transportation - NY | GAS | 17.50 |
| 0325 | Scott R. Martinez | 10/22/2010 | Ground Transportation - NY | | 7.25 |
| 0325 | Scott R. Martinez | 10/25/2010 | Ground Transportation - NY | | 93.03 |
| 0325 | Scott R. Martinez | 10/25/2010 | Ground Transportation - NY | | 5.50 |
| 0325 | Scott R. Martinez | 10/25/2010 | Hotel - NY | | 199.82 |
| 0325 | Scott R. Martinez | 10/25/2010 | Meals - NY | BRKFST - 1 | 6.20 |
| 0325 | Scott R. Martinez | 10/25/2010 | Meals - NY | LUNCH - 2 | 18.25 |
| 0325 | Scott R. Martinez | 10/25/2010 | Meals - NY | DINNER - 1 | 37.86 |
| 0325 | Scott R. Martinez | 10/26/2010 | Ground Transportation - NY | | 93.03 |
| 0325 | Scott R. Martinez | 10/26/2010 | Ground Transportation - NY | GAS | 19.50 |
| 0325 | Scott R. Martinez | 10/26/2010 | Ground Transportation - NY | | 7.25 |
| 0325 | Scott R. Martinez | 10/26/2010 | Meals - NY | LUNCH - 1 | 9.21 |
| 0325 | Scott R. Martinez | 10/27/2010 | Ground Transportation - NY | | 93.03 |
| 0325 | Scott R. Martinez | 10/27/2010 | Ground Transportation - NY | | 12.75 |
| 0325 | Scott R. Martinez | 10/27/2010 | Meals - NY | BRKFST - 1 | 11.50 |
| 0325 | Scott R. Martinez | 10/27/2010 | Meals - NY | LUNCH -1 | 13.08 |
| 0325 | Scott R. Martinez | 10/28/2010 | Ground Transportation - NY | | 93.03 |
| 0325 | Scott R. Martinez | 10/28/2010 | Ground Transportation - NY | | 5.50 |
| 0325 | Scott R. Martinez | 10/28/2010 | Hotel - NY | | 199.82 |
| 0325 | Scott R. Martinez | 10/28/2010 | Meals - NY | BRKFST - 1 | 9.97 |
| 0325 | Scott R. Martinez | 10/28/2010 | Meals - NY | LUNCH - 2 | 18.63 |
| 0325 | Scott R. Martinez | 10/28/2010 | Meals - NY | DINNER - 1 | 10.62 |
| 0325 | Scott R. Martinez | 10/29/2010 | Ground Transportation - NY | | 93.01 |
| 0325 | Scott R. Martinez | 10/29/2010 | Ground Transportation - NY | | 29.25 |
| 0325 | Scott R. Martinez | 10/29/2010 | Ground Transportation - NY | EZ PASS | 10.00 |
| 0325 | Scott R. Martinez | 10/29/2010 | Ground Transportation - NY | | 7.25 |
| 0325 | Scott R. Martinez | 10/29/2010 | Meals - NY | LUNCH - 1 | 9.50 |
| 0325 | Scott R. Martinez | 10/30/2010 | Phone - NY | CELL | 138.40 |
| | | | **Sub Total** | | **$ 5,332.84** |
| | | | | | |
| 0401 | Kevin Nystrom | 10/6/2010 | Phone - NY | CELL | 65.42 |
| | | | **Sub Total** | | **$      65.42** |
| | | | | | |
| 9999 | Payable Accounts | 9/26/2010 | Phone - NY | PREMIER CONFERENCE | 202.99 |
| 9999 | Payable Accounts | 10/11/2010 | Postage - NY | FED EX | 27.48 |
| 9999 | Payable Accounts | 10/26/2010 | Phone - NY | CONFERENCE CALL | 69.25 |
| 9999 | Payable Accounts | 10/31/2010 | Copy Charges - NJ | | 6.20 |
| 9999 | Payable Accounts | 10/31/2010 | Postage - NJ | | 3.46 |
| | | | **Sub Total** | | **309.38** |

**TOTAL OCTOBER EXPENSES**                                                **$  5,707.64**