# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 11/17/10 AT 4:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Edward Schnitzer | Hahn & Hessen | Creditors' Committee |
| Sharon Zieg | Young Conaway Stargatt & Taylor LLP | Debtors |
| Sean Beach | " | " |
| Erin Edwards | " | " |
| Eric Monzo | Morris James | Tampa Steel Erectors |
| Steve Legum | Law Offices of Steven Legum | " |
| Tori Guilfoyle | Blank Rome LLP | Creditors Committee |
| R. Stephen McNeill | Potter Anderson & Corroon | " |
| Richard Weinblatt | Stamoulis & Weinblatt | Bank of America as Agent |
| Stamatios Stamoulis | " | Deborah Mills |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**