IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                  :   Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                      :
                                                                       :   Jointly Administered
                                                Debtors.               ::
---------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on November 12, 2010, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Emergency Motion in Limine to Exclude Undisclosed Evidence Regarding the Mills Claims and Precluding Ms. Mills from Asserting Any Claims Based Upon Such Evidence [D.I. 9443]

Motion to Shorten Time for Notice of the Hearing to Consider the Emergency Motion in Limine to Exclude Undisclosed Evidence Regarding the Mills Claims and Precluding Ms. Mills from Asserting Any Claims Based Upon Such Evidence [D.I. 9444]

                                                       /s/ Debbie Laskin
                                                       Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 15 day of November 2010.

                                                       Notary Public

KASSANDRA ANN RIDDLE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 10, 2012

## SERVICE LIST
## 11/12/2010

Steve Stennett, Esq.
Jones Day
2727 North Harwood Street
Dallas, TX 75201
*Federal Express*

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
*Hand Delivery*

Laurie S. Silverstein, Esq.
Gabriel R. MacConaill, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(Bank of America)
*Hand Delivery*

Ana Alfonso, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Bank of America
*Federal Express*

Mark Indelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
(Official Committee of Unsecured Creditors)
*Federal Express*

Stamatios Stamoulis
Two Fox Point Centre
Stamoulis & Weinblatt
6 Denny Road, Suite 307
Wilmington, DE 19809
(Deborah Mills)
*Email and First Class Mail*