IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :    Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :    Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                   :
                                                                    :    Jointly Administered
                                        Debtors.                    ::
------------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on November 11, 2010, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Notice of Amended Agenda [D.I. 9442]

_____
Debbie Laskin

      SWORN TO AND SUBSCRIBED before me this 18 day of November 2010.

_____
Notary Public

KASSANDRA ANN RIDDLE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 10, 2012

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| FROM: | Debbie Laskin, Paralegal | DATE: | 11/11/10 |
|---|---|---|---|
| PHONE: | 302-571-6710 | CLIENT MATTER: | 066585.1001 |

PLEASE DELIVER AS SOON AS POSSIBLE TO:

| RECIPIENT | COMPANY | TELEPHONE NO. | FACSIMILE NO. |
|---|---|---|---|
| J. William Boone, Esq. | Alston & Bird LLP | 404-881-7000 | 404-881-7777 |
| Charles J. Brown, III, Esquire | Archer & Greiner | | 302-777-4352 |
| William P. Bowden, Esq. Ricardo Palacio, Esq Amanda M. Winfree | Ashby & Geddes, P.A. | 302-654-1888 | 302-654-2067 |
| Frank F. McGinn, Esq. | Bartlett Hackett Feinberg, P.C. | 617-422-0200 | 617-422-0383 |
| Raymond H. Lemisch, Esq. | Benesch Friedlander Coplan & Aronoff LLP | | 302-442-7012 |
| Steven Wilamowsky | Bingham McCutchen | 212-705-7000 | 212-702-3607 |
| Bonnie Glantz Fatell, Esq. | Blank Rome LLP | 302-425-6423 | 302-425-6464 |
| Hilary B. Bonial | Brice, Vander Linden & Wernick, P.C. | 972-643-6600 | 972-643-6698 |
| Jami B. Nimeroff, Esq. | Brown Stone Nimeroff LLC | | 302-351-2744 |
| Teresa K.D. Currier, Esq. Mary F. Caloway, Esq. | Buchanan Ingersoll & Rooney P.C. | 302-428-5500 | 302-428-3996 |
| Mark Ellenberg | Cadwalader, Wickersham & Taft LLP | | 202 862 2400 |
| Mark T. Hurford, Esq. | Campbell & Levine, LLC | | 302-426-9947 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| Lisa Schweitzer, Esq. | Cleary Gottlieb Steen & Hamilton | 212-225-2930 | |
| Patrick J. Reilley, Esq.<br>Mark Politan, Esq. | Cole, Schotz, Meisel, Forman & Leonard, P.A. | 302-295-4888 | 302-652-3117 |
| Karen C. Bifferato, Esq.<br>Christina Thompson, Esq. | Connolly Bove Lodge & Hutz LLP | 302-658-9141 | 302-658-0380 |
| Shelley A. Kinsella, Esq. | Cooche & Taylor | | 302-652-5379 |
| Susan Power Johnston, Esquire | Covington & Burling LLP | | 212-841-1010 |
| Mark E. Felger, Esquire<br>John T. Carroll, III, Esq. | Cozen & O'Connor | 302-295-2000 | 302-295-2013 |
| Christopher P. Simon, Esquire | Cross & Simon, LLC | 302-777-4200 | 302-777-4224 |
| Adam Hiller, Esq. | Draper & Goldberg, PLLC | 302-777-6500 | 302-213-0043 |
| Michael R. Lastowski, Esq.<br>Frederick B. Rosner, Esq.<br>Richard W. Riley, Esquire | Duane Morris LLP | 302-657-4942 | 302-657-4901 |
| Victoria Counihan | Greenberg Traurig | 302-661-7000 | 302-661-7360 |
| Mark S. Indelicato, Esq. | Hahn & Hessen LLP | 212-478-7200 | 212-478-7400 |
| Peter S. Partee, Esq. | Hunton & Williams | 212-309-1000 | 212-309-1100 |
| Michael Gregory Wilson, Esq. | Hunton & Williams | 804-788-8200 | 804-788-8218 |
| Ian Gershengorn | Jenner & Block LLP | | 202-639-6066 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware  19801
P.O. Box 391
Wilmington, Delaware  19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| Name | Firm | Phone | Fax |
|---|---|---|---|
| Brett Barragate, Esq. | Jones Day | | 216-579-0212 |
| Margot B. Schonholtz, Esq. | Kaye Scholer LLP | 212-836-8000 | 212) 836-8689 |
| Jeff Kurtzman | Klehr Harrison Harvey Branzburg & Ellers, LLP | 302-426-1189 | 302-426-9193 |
| Adam G. Landis, Esq. | Landis Rath & Cobb LLP | 302-467-4400 | 302-467-4450 |
| Robert J. Rosenberg | Latham & Watkins LLP | 212-906-1200 | 212-751-4864 |
| Joseph J. Bodnar, Esq. | Law Offices of Joseph J. Bodnar | 302-656-8162 | 302-656-2769 |
| John P. Dillman, Esq. | Linebarger Goggan Blair & Sampson, LLP | 713-844-3478 | 713-844-3503 |
| Thomas H. Grace, Esq. | Locke Liddell & Sapp | 713-226-1200 | 713-223-3717 |
| Vadim Rubinstein, Esq. | Loeb & Loeb | | 212-407-4990 |
| James E. Huggett, Esquire | Margolis Edelstein | 302-888-1112 | 302-888-1119 |
| William F. Taylor, Jr. | McCarter & English, LLP | 302-984-6300 | 302-984-6399 |
| Sean D. Malloy, Esquire | McDonald Hopkins Co., LPA | 216-348-5400 | 216-348-5474 |
| Gregory A. Bray, Esq. | Milbank Tweed Hadley & McCloy, LLP | 213-892-4000 | 213-892-4770 |
| Eric K. Moser, Esq. | Milbank Tweed Hadley & McCloy, LLP | 212-530-5000 | 212-530-5219 |
| Rachel B. Mersky, Esq. | Monzack Mersky McLauglin and Browder | 302-656-8162 | 302-656-2769 |
| Rebecca Booth | Morgan Lewis & Bockius LLP | | 215.963.5001 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| Brett D. Fallon, Esquire<br>Thomas Horan | Morris James LLP | 302-888-6800 | 302-571-1750 |
| Derek C. Abbott<br>Donna Culver, Esq | Morris Nichols Arsht & Tunnell | 302-658-9200 | 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 |
| John Rosenthal, Esq. | Nixon Peabody, LLP | 415-984-8319 | 415-442-1001 |
| Dennis J. Drebsky, Esq. | Nixon Peabody, LLP | 212-940-3000 | 212-940-3111 |
| Lee Harrington, Esquire | Nixon Peabody, LLP | 617-345-1000 | 617-345-1300 |
| Joseph McMahon, Jr., Esq. | Office of the United States Trustee | | 302-573-6497 |
| Laura Davis Jones, Esquire | Pachulski, Stang, Ziehl, Young & Jones LLP | 302-652-4100 | 302-652-4400 |
| Douglas Davis | Paul, Weiss, Rifkind, Wharton & Garrison LLP | 212-373-3493 | 212-757-3990 |
| Rick B. Antonoff, Esq. | Pillsbury Wintrhrop Shaw Pittman LLP | | 212-858-1500 |
| Laurie Selber Silverstein | Potter Anderson & Corroon LLP | 302-984-6000 | 302-658-1192 |
| Kimberly E.C. Lawson, Esq.<br>J. Cory Falgowski, Esq.<br>Kurt F. Gwynne, Esq.<br>Joseph O'Neil, Esq. | Reed Smith LLP | 302-778-7500 | 302-778-7575 |
| Mark D. Collins, Esq.<br>Russell C. Silberglied, Esquire | Richards, Layton & Finger, P.A. | 302-651-7700 | 302-651-7701 |
| Norman Monhait | Rosenthal Monhait & Goddess | 302-656-4433 | 302-658-7567 |
| Mark Minuti, Esquire | Saul Ewing LLP | 302-421-6800 | 302-421-5865 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware  19801
P.O. Box 391
Wilmington, Delaware  19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| Name | Firm | Phone | Fax |
|---|---|---|---|
| Michael J. Barrie | Schnader Harrison Segal & Lewis LLP | 302-888-4554 | 302-888-1696 |
| Andrew Silverstein<br>John Ashmead, Esq. | Seward & Kissel | 212-574-1200 | 212-480-8421 |
| Matthew A. Clemente, Esq.<br>Paul S. Caruso, Esq. | Sidley Austin LLP | 312-853-7000 | 312-853-7036 |
| Lee S. Attanasio | Sidley Austin LLP | 212-906-2342 | 212-906-2021 |
| Eric Gorman, Esq. | Skadden Arps Slate Meagher & Flom LLP | | 312-407-0411 |
| Jason Liberi, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | 302-651-3000 | 302-651-3001 |
| William A. Hazeltine Esq. | Sullivan - Hazeltine - Allinson LLC | 302-428-8191 | 302-428-8195 |
| Neil Glassman<br>Eric M. Sutty, Esq. | The Bayard Firm | | 302-658-6395 |
| Ellen W. Slights, Esq. | U.S. Attorney's Office | 302-573-6277 | 302-573-6431 |
| Mary DeFalaise, Esq. | U.S. Department of Justice | | 202-307-0494 |
| Lori Fife, Esq. | Weil Gotshal & Manges, LLP | 212-310-8000 | 212-310-8007 |
| Duane Werb | Werb & Sullivan | 302-652-1100 | 302-652-1111 |
| Kristi J. Doughty, Esq. | Whittington & Aulgur | 302-378-1661 | 302-285-0236 |
| Jeffrey Cianciulli | Wier & Partners LLP | 215-665-8181 | 215-665-8464 |
| William D. Sullivan, Esq. | William D. Sullivan, LLC | 302-428-8191 | 302-428-8195 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| Name | Firm | Phone | Fax |
|---|---|---|---|
| Patrick Healy | Wilmington Trust Co. | | 302-636-4149 |
| Todd C. Schiltz, Esquire | Wolf Block Schorr & Solis-Cohen, LLP | 302-777-0312 | 302-777-5863 |
| Steven K. Kortanek, Esq. Kevin Mangan, Esq. Michael G. Busenkell | Womble Carlyle Sandridge & Rice PLLC | 302-252-4320 | 302-661-7728 |
| Erin Lewis Roberts | Womble Carlyle Sandridge & Rice PLLC | 703-394-2260 | 703-918-2252 |
| Linda Singer | Zuckerman Spaeder LLP | | 202-822-8106 |
| Thomas G. Macauley, Esq. | Zuckerman Spaeder LLP | 302-427-0400 | 302-427-8242 |
| Eric Lopez Schnabel, Esq. | Dorsey & Whitney | | (646) 514-9843 |
| Stuart M. Brown, Esq. | | | 302-777-7263 |
| Whitney Groff, Esq. | McCalla Raymer | | 866-761-0279 |
| Daniel Kerrick, Esq. | Ciconte Wasserman & Scerba | | 302-658-4982 |
| Christopher D. Loizides, Esq. | | | 302-654-0728 |
| Franklin Top III, Esq. | Chapman and Cutler LLP | | 312-701-2361 |
| Gary Ravert | McDermott, Will & Emery | 212-547-5400 | 212-547-5444 |
| Ken Yudell, Esq. | | | (212) 755-6006 |
| Stephen Weisbrod, Esq. | | | (202) 772-3962 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP
THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware  19801
P.O. Box 391
Wilmington, Delaware  19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | |
|---|---|
| Lisa Coggins, Esq. | 302-575-1714 |
| Jeffrey Waxman, Esq. | 320-571-1750 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*