**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

(CONFIDENTIAL PORTIONS)

----------------------------------------x

IN RE:

AMERICAN HOME MORTGAGE                    Case No.

HOLDINGS, INC., a Delaware                07-11047 (CSS)

corporation, et al.,

        Debtors.

----------------------------------------x


DEPOSITION OF: DEBORAH E. MILLS

Tuesday, October 5, 2010

Wilmington, Delaware


Reported in stenotype by:

Rich Germosen, CCR, CRCR, RPR, CRR, CLR

```
 1     NON-CONFIDENTIAL PORTION - DEBORAH E. MILLS
 2                MS. ZIEG:  Sure.
 3                Sharon Zieg of Young Conaway
 4     Stargatt & Taylor on behalf of the debtors.
 5                And since we're going to get into
 6     this discussion and I have the request and I dealt
 7     with the discovery, the issue you -- I just want
 8     to know what your objection is.  You're saying
 9     you're not going to provide her bank statements
10     and the tax returns that are responsive to request
11     Number 24?
12                MR. STAMOULIS:  I'm saying that to
13     the extent you already have that material we're
14     not going to reproduce it.  If you tell us you
15     don't have it we'll go get it and we'll produce
16     it.
17                MS. ZIEG:  We don't have it.  We
18     don't have it.
19                MR. STAMOULIS:  Okay.
20                (Request for production of
21     documentation or information.)
22                MR. BEACH:  What number was the
23     next document?
24                THE WITNESS:  Do you know what, can
25     I go to the ladies room real quick?
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

---------------------------------- X

IN RE:

AMERICAN HOME MORTGAGE,                Case No.

HOLDINGS, INC., a Delaware             07-11047 (CSS)

corporation, et al.,

      Debtors.

----------------------------------X

CONTINUED DEPOSITION OF DEBORAH MILLS

Volume II

Tuesday, October 19, 2010

San Luis Obispo, California

Reported in stenotype by:

Elizabeth A. Doukas, RPR, CSR #9872

1   Q.   And you ultimately agreed on a purchase price of
2   1.375 million; is that correct?
3   A.   Correct.
4   Q.   Why did you believe you could afford a mortgage
5   in this amount at this time?
6   A.   Because I was making a lot of money.
7   Q.   How much money were you making, Ms. Mills?
8   A.   We already went over this, jeez.  Yes, I lied on
9   my taxes, call the IRS.  My bank statements speak for
10  themselves.  And my IRS forms, which were passed on to
11  Tawnya Lettau which, evidently, somehow got verified and
12  American Home Mortgage gave me the loan.
13  Q.   Ms. Mills, when you say you lied on your taxes,
14  what do you mean by that?
15  MR. WEINBLATT:  Ms. Mills, I'm going to instruct
16  you not to perjure yourself.  At the same time, think of
17  your rights under the Fifth Amendment, you don't need to
18  self-incriminate yourself.
19  MR. BEACH:    Q.   Ms. Mills, you just testified
20  that you lied on your tax returns, please answer the
21  question?  What do you mean when you say you lied on your
22  tax returns?
23  A.   I claim the Fifth.
24  Q.   All right, Ms. Mills, turning back to your
25  Purchase Agreement.

639

```
 1                        EXAMINATION
 2
 3   BY MR. WEINBLATT:
 4       Q.   Good afternoon -- or evening, Ms. Mills.
 5       A.   Thank you.
 6       Q.   I wanted to remind you that you're still under
 7   oath?
 8       A.   Okay.
 9       Q.   Have you ever been convicted of fraud?
10       A.   No.
11       Q.   I'd like to ask you some questions about the tax
12   returns that you testified about earlier today.
13            Who prepared the tax -- who prepared your tax
14   return?
15       A.   Greco Business Services.
16       Q.   What information did you provide Greco Business
17   Services?
18       A.   All my receipts, bank accounts, ledgers I had.
19       Q.   Did you -- strike that.
20            Is that list exhaustive?
21       A.   I think that's pretty much it.  Expenses,
22   expense reports.
23       Q.   What about revenue?
24       A.   Uhm, I -- they saw my bank accounts and they saw
25   my invoicing that was done.
```

```
 1        Q.    Give me one second.  What about receivables?
 2        A.    Receivables?  That was based off of my
 3   invoicing.
 4        Q.    Cash?
 5        A.    Cash included, too.
 6        Q.    All right.  Based on the testimony you just
 7   gave, what did you mean earlier when you stated that you
 8   lied on your taxes?
 9        A.    Well, uhm, maybe some of the expenses were a
10   little bit higher than what they should have been.
11        Q.    Having said that, and to confirm, Greco Business
12   Services prepared your tax returns?
13        A.    Correct.
14        Q.    Did you rely on Greco Business Services?
15        A.    Yes, I did.
16        Q.    How many discussions did you have with Greco
17   Business Services while your tax returns were being
18   prepared for each year it prepared tax returns for you?
19        A.    I would make an appointment, go in, bring in all
20   my documentation to them.  And then in three or four days
21   I would go back and they would have the -- they would
22   have them prepared.
23              In the duration when we sat down the first
24   initial time going over all my paperwork and all that,
25   Michelle had a thing called a Greco-gram, and she would
```