**EXHIBIT B**

**STAMOULIS & WEINBLATT LLC**
*Intellectual Property & Delaware Corporate Law*

STAMATIOS STAMOULIS
stamoulis@swdelaw.com

**VIA EMAIL**

October 22, 2010

Erin D. Edwards, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

      Re:    <u>Ch-11 07-11047-CSS American Home Mort. – Mills Administrative Claim</u>

Dear Erin:

We write in response to your letter dated October 21, 2010. We have contacted Ms. Mills and asked her to send us a copy of the notes she took during the deposition of Mr. Scott Martinez. Once we receive her notes, we will Bates stamp and produce them to Debtors.

Ms. Mills declines to engage in the efforts you propose in order to obtain her tax returns for production. No claim has been brought by the trustee against Ms. Mills in connection with the loan applications she submitted to AHM. Further, Ms. Mills has not placed her income at issue in this litigation. Thus, her tax returns are not relevant to the only issues before the Court: (1) the fraud committed by Debtors in originating Ms. Mills' loan; or (2) the fraudulent and improper foreclosure process engaged in by Debtors.

In an effort to avoid burdening the Court unnecessarily, we granted Debtors some latitude in inquiring about the statements Ms. Mill made on her loan applications during her approximately twelve (12) on-record deposition hours. Nevertheless, that entire line of inquiry, as well as your demand for the production of Ms. Mills' personal tax returns, is irrelevant to any issue before the Court and will not be admissible at trial. We consider any effort by Debtors to pursue further discovery on these ancillary issues to be frivolous and reserve the right to seek any costs and fees associated with defending against such efforts.

                                                  Very Truly Yours,

                                                  Stamatios Stamoulis
                                                  of Stamoulis & Weinblatt LLC