# EXHIBIT 2

**Edwards, Erin**

---

**From:** Richard C. Weinblatt [weinblatt@swdelaw.com]
**Sent:** Wednesday, October 27, 2010 10:33 PM
**To:** Edwards, Erin
**Cc:** Zieg, Sharon; Beach, Sean; Stamatios Stamoulis
**Subject:** RE: Expert Deposition Scheduling

Dear Erin:

After reviewing the expert report of Phillip Adleson, we do not believe there
is a need to depose him.

Regards,

Rich


Richard C. Weinblatt
Stamoulis & Weinblatt LLC
www.swdelaw.com

-----Original Message-----
From: Edwards, Erin [mailto:eedwards@ycst.com]
Sent: Wednesday, October 20, 2010 1:18 PM
To: Stamatios Stamoulis
Cc: Zieg, Sharon; Richard C. Weinblatt; Beach, Sean
Subject: RE: Expert Deposition Scheduling

Stam,

As we are under no obligation to make Mr. Adelson available in Delaware,
the Debtors will not incur the expense of flying Mr. Adelson to
Delaware. However, we have checked with Mr. Adelson and he is available
and willing to travel to Delaware for a deposition in Wilmington on the
afternoon of November 1st of the morning of November 2nd if Mills pays
for his plane ticket and travel time. Otherwise, you can take his
deposition in San Francisco where he is located or via telephone.

Based on your representations below, we will not take Mr. Austin's
deposition.

Regards,
Erin

-----Original Message-----
From: Stamatios Stamoulis [mailto:stamoulis@swdelaw.com]
Sent: Wednesday, October 20, 2010 12:51 PM
To: Edwards, Erin
Cc: Zieg, Sharon; Richard C. Weinblatt
Subject: Re: Expert Deposition Scheduling

Erin,

11/15/2010

We can confirm that Chris Austin will not be a rebuttal expert.

As for Adleson, half a day should be sufficient. We do not anticipate that we would need more that four hours of on record time.

That said, if he wants to catch an afternoon flight, we could start early to insure we get the full depo in.

Stam

_____
_____

Stamatios Stamoulis
Stamoulis& Weinblatt LLC
Intellectual Property& Delaware Corporate Law
Tel: 302-999-1540
Fax: 302-762-1688
www.swdelaw.com

**********************************************************************
********************************************************
This email message is for the sole use of the intended recipient(s) and
may contain confidential and privileged information. Any unauthorized
use or disclosure is prohibited. If you are not the intended recipient,
please contact the sender by reply email and destroy all copies of the
original message. IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice
contained in this communication (including any attachments) is not
intended or written to be used, and cannot be used, for the purpose of
(i) avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any transaction or
matter addressed herein.
**********************************************************************
********************************************************

On 10/20/2010 12:39 PM, Edwards, Erin wrote:
> Stam,
>
> Can you confirm that you are not using Chris Austin as a rebuttal
> expert?
>
> Also, for Adelson, trying to coordinate schedules. How long do you
> think that you need? (i.e. would half a day be enough?)
>
> Thanks,
> Erin
>
> -----Original Message-----
> From: Stamatios Stamoulis [mailto:stamoulis@swdelaw.com]
> Sent: Tuesday, October 19, 2010 11:16 PM
> To: Edwards, Erin; Zieg, Sharon
> Cc: Richard C. Weinblatt

11/15/2010

> Subject: Expert Deposition Scheduling
>
>
>     Erin,
>
> We will not be bringing Chris Austin to trial, nor unsing his
> declaration as part of our case in chief.  As a result, we will not
> bring Mr. Austin to Delaware for a deposition.  If you still wish to
> depose him, we will try to make him available in California on October

> 27th.  I am still waiting to hear back on whether that day works.
>
> Please confirm that you will bring Mr. Adleson to Delaware for his
> deposition.  Also, we have some scheduling conflicts towards the end
> of next week.  Please let us know if you would be willing to schedule
Mr.
> Adleson for deposition on November 2nd, 4th, or 5th.
>
> Thanks, Stam
>
>
>
> --
> _____
> __
> _____
>
> Stamatios Stamoulis
> Stamoulis&   Weinblatt LLC
> Intellectual Property&   Delaware Corporate Law
> Tel: 302-999-1540
> Fax: 302-762-1688
> www.swdelaw.com
>
> *********************************************************************
> **
> ******************************************************
> This email message is for the sole use of the intended recipient(s)
> and may contain confidential and privileged information. Any
> unauthorized use or disclosure is prohibited. If you are not the
> intended recipient, please contact the sender by reply email and
> destroy all copies of the original message. IRS CIRCULAR 230
> DISCLOSURE: Any U.S. tax advice contained in this communication
> (including any attachments) is not intended or written to be used, and

> cannot be used, for the purpose of
> (i) avoiding penalties under the Internal Revenue Code or (ii)
> promoting, marketing or recommending to another party any transaction
> or matter addressed herein.
> *********************************************************************
> **
> ******************************************************
>
>
>

11/15/2010

\>
\>
\>

11/15/2010

## Edwards, Erin

| | |
|---|---|
| **From:** | Stamatios Stamoulis [stamoulis@swdelaw.com] |
| **Sent:** | Monday, October 25, 2010 1:23 PM |
| **To:** | Zieg, Sharon |
| **Cc:** | Edwards, Erin; Richard C. Weinblatt; Stamatios Stamoulis |
| **Subject:** | Mills-AHM - Misc. Issues |

Erin,

Please let me know where we are in terms of getting reimbursement for Mr. Esquivel's travel expenses.

Also, we can take the depo of your expert telephonically. Is he available on November 2 for a phone depo?

Thanks, Stam

--

Stamatios Stamoulis
Stamoulis& Weinblatt LLC
Intellectual Property& Delaware Corporate Law
Tel: 302-999-1540
Fax: 302-762-1688
www.swdelaw.com

********************************************************************************
*********************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
********************************************************************************
*********************************

# Edwards, Erin

| | |
|---|---|
| **From:** | Stamatios Stamoulis [stamoulis@swdelaw.com] |
| **Sent:** | Wednesday, October 20, 2010 12:51 PM |
| **To:** | Edwards, Erin |
| **Cc:** | Zieg, Sharon; Richard C. Weinblatt |
| **Subject:** | Re: Expert Deposition Scheduling |

Erin,

We can confirm that Chris Austin will not be a rebuttal expert.

As for Adleson, half a day should be sufficient. We do not anticipate that we would need more that four hours of on record time.

That said, if he wants to catch an afternoon flight, we could start early to insure we get the full depo in.

Stam

---

Stamatios Stamoulis
Stamoulis & Weinblatt LLC
Intellectual Property & Delaware Corporate Law
Tel: 302-999-1540
Fax: 302-762-1688
www.swdelaw.com

********************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
********************************************************************************

On 10/20/2010 12:39 PM, Edwards, Erin wrote:
> Stam,
>
> Can you confirm that you are not using Chris Austin as a rebuttal
> expert?
>
> Also, for Adelson, trying to coordinate schedules. How long do you
> think that you need? (i.e. would half a day be enough?)
>
> Thanks,
> Erin
>
> -----Original Message-----
> From: Stamatios Stamoulis [mailto:stamoulis@swdelaw.com]
> Sent: Tuesday, October 19, 2010 11:16 PM
> To: Edwards, Erin; Zieg, Sharon
> Cc: Richard C. Weinblatt
> Subject: Expert Deposition Scheduling
>

1

```
>
>     Erin,
>
> We will not be bringing Chris Austin to trial, nor unsing his
> declaration as part of our case in chief.  As a result, we will not
> bring Mr. Austin to Delaware for a deposition.  If you still wish to
> depose him, we will try to make him available in California on October
> 27th.  I am still waiting to hear back on whether that day works.
>
> Please confirm that you will bring Mr. Adleson to Delaware for his
> deposition.  Also, we have some scheduling conflicts towards the end
> of next week.  Please let us know if you would be willing to schedule Mr.
> Adleson for deposition on November 2nd, 4th, or 5th.
>
> Thanks, Stam
>
>
>
> --
> _____
> __
> _____
>
> Stamatios Stamoulis
> Stamoulis&   Weinblatt LLC
> Intellectual Property&   Delaware Corporate Law
> Tel: 302-999-1540
> Fax: 302-762-1688
> www.swdelaw.com
>
> **********************************************************************
> **
> ****************************************************
> This email message is for the sole use of the intended recipient(s)
> and may contain confidential and privileged information. Any
> unauthorized use or disclosure is prohibited. If you are not the
> intended recipient, please contact the sender by reply email and
> destroy all copies of the original message. IRS CIRCULAR 230
> DISCLOSURE: Any U.S. tax advice contained in this communication
> (including any attachments) is not intended or written to be used, and
> cannot be used, for the purpose of
> (i) avoiding penalties under the Internal Revenue Code or (ii)
> promoting, marketing or recommending to another party any transaction
> or matter addressed herein.
> **********************************************************************
> **
> ****************************************************
>
>
>
>
>
>
```

## Edwards, Erin

| | |
|---|---|
| From: | Stamatios Stamoulis [stamoulis@swdelaw.com] |
| Sent: | Tuesday, October 19, 2010 11:16 PM |
| To: | Edwards, Erin; Zieg, Sharon |
| Cc: | Richard C. Weinblatt |
| Subject: | Expert Deposition Scheduling |

Erin,

We will not be bringing Chris Austin to trial, nor unsing his declaration as part of our case in chief. As a result, we will not bring Mr. Austin to Delaware for a deposition. If you still wish to depose him, we will try to make him available in California on October 27th. I am still waiting to hear back on whether that day works.

Please confirm that you will bring Mr. Adleson to Delaware for his deposition. Also, we have some scheduling conflicts towards the end of next week. Please let us know if you would be willing to schedule Mr.
Adleson for deposition on November 2nd, 4th, or 5th.

Thanks, Stam

--

Stamatios Stamoulis
Stamoulis& Weinblatt LLC
Intellectual Property& Delaware Corporate Law
Tel: 302-999-1540
Fax: 302-762-1688
www.swdelaw.com

*********************************************************************************
*********************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
*********************************************************************************
*********************************