IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Docket Ref. Nos. 8812 & 8847 |

**DECLARATION OF RICHARD C. WEINBLATT IN SUPPORT OF
DEBORAH MILLS' MOTION FOR PARTIAL SUMMARY JUDGMENT THAT
THE FORECLOSURE OF HER PROPERTY WAS DEFECTIVE**

I, Richard C. Weinblatt, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney licensed to practice in the State of Delaware and a member of Stamoulis & Weinblatt LLC, counsel for Deborah Mills ("Mills"). Unless otherwise stated hereto, the matters in this declaration are true of my own knowledge.

2. I submit this declaration in support of Mills' Motion for Partial Summary Judgment That the Foreclosure of Her Property Was Defective and for the limited purpose of attaching documents relevant to that motion.

3. To the best of my knowledge, information and belief, attached to this declaration as Exhibit 1 is a true and correct copy of excerpts from the deposition transcript of Scott R. Martinez dated October 4, 2010.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on November 4, 2010.

                    */s/ Richard C. Weinblatt*
                    Richard C. Weinblatt #5080

1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2010, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel. In addition, the following counsel also were served by email:

> Mark S. Indelicato, Esq.
> HAHN & HESSEN LLP
> 488 Madison Avenue
> New York, NY 10022
>
> Sean Beach, Esq.
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> The Brandywine Bldg.
> 1000 West Street, 17th Floor
> PO Box 391
> Wilmington, DE 19899-0391

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080