# EXHIBIT 1

## Mills' List of Exhibits

| Exhibit Number | Bates Number | Identification of Document |
|---|---|---|
| 1 | AHM MILLS000084-86 | Mortgage Broker Agreement |
| 2 | AHM MILLS007993-8000 | Agreement |
| 3 | Martinez 5 | AHM Assets Trust 2005-1 |
| 4 | Martinez 6 | Pooling and Servicing Agreement |
| 5 | Martinez 7 | Substitution of Trustee |
| 6 | Martinez 8 | Substitution of Trustee |
| 7 | Martinez 9 | Substitution of Trustee and Full Conveyance |
| 8 | Martinez 10 | MERS Documents |
| 9 | Martinez 11 | Chronology |
| 10 | Martinez 12 | Notice of Default |
| 11 | Martinez 13 | E-mail |
| 12 | Martinez 14 | E-mails |
| 13 | Larkin 2 | LSAMs comments report log |
| 14 | Larkin 3 | LSAMs comments report log |
| 15 | Larkin 4 | 12-22-05 AHM Servicing letter to Mills |
| 16 | Larkin 5 | 12-22-05 AHM Servicing letter to Mills |
| 17 | Larkin 6 | 3-7/8-07 e-mail string |
| 18 | Larkin 7 | 3-8-07 Larkin e-mail to Friedman with attachment |
| 19 | Larkin 8 | 3-8-07 Larkin/Miles e-mail exchange |
| 20 | Larkin 9 | 3-26-07 Loss Approval Request |
| 21 | Larkin 10 | 3-07 Larkin e-mails to Alagna |
| 22 | Larkin 11 | Listing Addendum A and Listing Agreement |
| 23 | Larkin 12 | Residential Listing Agreement |
| 24 | Larkin 13 | AHM Servicing REO Marketing Agreement |
| 25 | Larkin 14 | 4-07 e-mail string |
| 26 | Larkin 15 | 4-11-07 Miles fax to Tillis; 4-10-07 Miles fax to Franklin |
| 27 | Larkin 16 | 10-9-07 AHM Servicing Reduction Request |
| 28 | Mills MSJ | All Exhibits |
| 29 | Mills Response to Objection | All Exhibits |

# EXHIBIT 2

In re American Home Mortgage Holdings, Inc., et al.
**DEBTORS' EXHIBIT LIST RE: MILLS LITIGATION**

| Trial Exhibit Number | Date | Description | Bates Range | Deposition Exhibit No. | Admitted/ Objection |
|---|---|---|---|---|---|
| 1 | 7/15/2005 | Uniform Residential Loan Application | AHM_MILLS000071 - AHM_MILLS000076 | MillsD 14 | |
| 2 | 7/15/2005 | Uniform Residential Loan Application | AHM_MILLS002017 - AHM_MILLS002025 | Lettau 2 | |
| 3 | 7/14/2005 | Uniform Underwriting and Transmittal Summary | AHM_MILLS002005 | | |
| 4 | 7/15/2005 | Balloon Note | AHM_MILLS006347 - AHM_MILLS006349 | | |
| 5 | 7/15/2005 | Deed of Trust and Request for Notice of Default | AHM_MILLS002360 - AHM_MILLS002369 | | |
| 6 | 7/14/2005 | Notice of Loan Approval | AHM_MILLS001999 - AHM_MILLS002000 | MillsD 16; Lettau 5 | |
| 7 | 7/15/2005 | Email from S&P Exceptions to Julie Garrison; S&P Exceptions; Martha Gramespacher re: REIT Product Exception Request Form ID = 4069 has been approved | AHM_MILLS002001 - AHM_MILLS002002 | | |
| 8 | 7/12/2005 | Approve REIT Production Exception Request | AHM_MILLS000082 - AHM_MILLS000083 | Lettau 7 | |
| 9 | 7/14/2005 | Closing Costs Worksheet - Purchase | AHM_MILLS002019 | | |
| 10 | 7/10/2005 | AHM Credit Report | AHM_MILLS002432 - AHM_MILLS002439 | | |
| 11 | 7/7/2005 | Chase Credit Report | AHM_MILLS002477 - AHM_MILLS002481 | | |
| 12 | 7/14/2005 | Request for Verification of Rent or Mortgage Account | AHM_MILLS002476 | | |
| 13 | 7/18/2005 | Verbal Verification of Employment | AHM_MILLS002440 | | |
| 14 | 7/13/2005 | Tax Preparer's Attestation Memorandum | AHM_MILLS002042 | | |
| 15 | 7/16/2005 | Tax Preparer's Verification Memorandum | AHM_MILLS002482 | | |
| 16 | 5/2/2005 | Seller's Final Settlement Statement | AHM_MILLS002040 | MillsD 17 | |
| 17 | 6/16/2005 | Singbanc Escrow & Trust Company - Account Statement | AHM_MILLS002483 | MillsD 15; Esquivel 1; Lettau 13 | |
| 18 | 7/15/2005 | Gift Letter | AHM_MILLS002473 | MillsD 18; Esquivel | |
| 19 | 7/12/2005 | Federal Emergency Management Agency Standard Flood Hazard Determination | AHM_MILLS002504 - AHM_MILLS002505 | | |
| 20 | 7/28/2005 | Office of Real Estate Appraisers - Real Estate Appraiser License of Dean P. Zibas | AHM_MILLS002043 | | |
| 21 | 7/12/2005 | Property Appraisal and Related Invoice from Appraisal Office, Inc. | AHM_MILLS002519 - AHM_MILLS002547 | | |
| 22 | 7/15/2005 | Property Appraisal and Related Invoice from Chuck Frazier & Associates | AHM_MILLS002506 - AHM_MILLS0025022 | | |
| 23 | 5/18/2005 | Purchase Agreement with Related Counter Offer | AHM_MILLS002716 - AHM_MILLS002724 | MillsD 19 | |
| 24 | 6/22/2005 | Grant Deed | AHM_MILLS002026 - AHM_MILLS002027 | | |
| 25 | 7/7/2005 | Good Faith Estimate of Settlement Charges | AHM_MILLS002119 - AHM_MILLS002120 | | |
| 26 | 7/7/2005 | Good Faith Estimate of Settlement Charges | AHM_MILLS002121 - AHM_MILLS002122 | | |
| 27 | | INTENTIONALLY LEFT BLANK | | | |
| 28 | 7/7/2005 | Mortgage Broker Agreement | AHM_MILLS000084 - AHM_MILLS000086 | MillsD 2; Mills 3 | |
| 29 | 7/18/2005 | Rate Lock Confirmation | AHM_MILLS001970 | Lettau 20 | |

In re American Home Mortgage Holdings, Inc., et al.
**DEBTORS' EXHIBIT LIST RE: MILLS LITIGATION**

| Trial Exhibit Number | Date | Description | Bates Range | Deposition Exhibit No. | Admitted/ Objection |
|---|---|---|---|---|---|
| 30 | 7/19/2005 | Chicago Title Company Settlement Statement | AHM_MILLS002382 - AHM_MILLS002384 | | |
| 31 | 7/15/2005 | Adjustable Rate Note | AHM_MILLS001927 - AHM_MILLS001931 | | |
| 32 | 7/15/2005 | Adjustable Rate Note | AHM_MILLS002443 - AHM_MILLS002447 | MillsD 20 | |
| 33 | 7/15/2005 | Deed of Trust | AHM_MILLS002448 - AHM_MILLS002468 | MillsD 22 | |
| 34 | 7/19/2005 | Balloon Note | AHM_MILLS002569 - AHM_MILLS002571 | | |
| 35 | 7/15/2005 | Deed of Trust and Request for Notice of Default | AHM_MILLS002579 - AHM_MILLS002588 | | |
| 36 | 7/15/2005 | Assignment of Mortgage | AHM_MILLS002589 - AHM_MILLS002590 | | |
| 37 | 7/19/2005 | Trust-in-Lender Disclosure Statement | AHM_MILLS001980 | MillsD 23 | |
| 38 | 7/15/2005 | Chicago Title Company Settlement - Report Documents | AHM_MILLS002935; AHM_MILLS002484 - AHM_MILLS002494 | Lettau 26 | |
| 39 | 7/19/2005 | Insurance Binder | AHM_MILLS002379 | | |
| 40 | 7/19/2005 | Request for Taxpayer Identification Number and Certification (W-9) | AHM_MILLS001984 - AHM_MILLS001985 | | |
| 41 | 7/19/2005 | Request for Transcript of Tax Return (4506-T) | AHM_MILLS001982 - AHM_MILLS001983 | | |
| 42 | 7/19/2005 | RESPA Servicing Disclosure | AHM_MILLS003181 | MillsD 24 | |
| 43 | | Monthly Payment Information Letter | AHM_MILLS003165 - AHM_MILLS003166 | MillsD 21 | |
| 44 | | Compliance Agreement | AHM_MILLS001986 | MillsD 25 | |
| 45 | 7/15/2005 | Occupancy Agreement | AHM_MILLS003177 | MillsD 26 | |
| 46 | 7/7/2005 | Occupancy Certification | AHM_MILLS003178 | MillsD 27 | |
| 47 | 7/19/2005 | Borrower's Certification & Authorization | AHM_MILLS003179 | MillsD 28 | |
| 48 | | California Driver License of D. Mills | AHM_MILLS003218 | | |
| 49 | 7/18/2005 | Signature/Name Affidavit | AHM_MILLS003169 | MillsD 29 | |
| 50 | | Six Month LIBOR Adjustable Rate Loan Program Disclosure - Interest-Only | AHM_MILLS003167 - AHM_MILLS003168 | MillsD 30 | |
| 51 | | Escrow Waiver Letter | AHM_MILLS003163 | MillsD 31 | |
| 52 | | Tax Escrow Account Designation of Mortgage Investing Institution to Receive Tax Bills | AHM_MILLS003162 and AHM_MILLS03161 | | |
| 53 | 7/10/2005 | Affiliated Business Arrangement Disclosure | AHM_MILLS003184 - AHM_MILLS003185 | MillsD 32 | |
| 54 | 7/19/2005 | California Per Diem Interest Disclosure | AHM_MILLS003171 | MillsD 33 | |
| 55 | 7/19/2005 | California Insurance Disclosure | AHM_MILLS003164 - AHM_MILLS003186 | MillsD 34 | |
| 56 | 7/19/2005 | Equal Credit Opportunity Act Notice | AHM_MILLS003180 | MillsD 35 | |
| 57 | | Collateral Check List | AHM_MILLS003114 | | |
| 58 | 7/19/2005 | Document Funding Checklist - Conventional | AHM_MILLS003144 | | |
| 59 | 8/9/2005 | Deed of Trust | AHM_MILLS001902 - AHM_MILLS001923 | MillsD 36 | |

YCST01:10327749.1    066585.1001

In re American Home Mortgage Holdings, Inc., et al.
**DEBTORS' EXHIBIT LIST RE: MILLS LITIGATION**

| Trial Exhibit Number | Date | Description | Bates Range | Deposition Exhibit No. | Admitted/ Objection |
|---|---|---|---|---|---|
| 60 | 7/14/2005 | Rate Lock Confirmation | AHM_MILLS006357; AHM_MILLS001970; AHM_MILLS001960-0001964 | Lettau 20 | |
| 61 | 8/16/2005 | Uniform Underwriting and Transmittal Summary | AHM_MILLS006186; AHM_MILLS002647; AHM_MILLS002648; AHM_MILLS006187 | | |
| 62 | 7/14/2005 | Notice of Loan Approval | AHM_MILLS002783 | MillsD 37 | |
| 63 | 7/15/2005 | Uniform Residential Loan Application (Second Loan) | AHM_MILLS002424-AHM_MILLS002427 | MillsD 38 | |
| 64 | 7/15/2005 | Uniform Residential Loan Application | AHM_MILLS002469-AHM_MILLS002472 | | |
| 65 | 7/10/2005 | AHM Credit Report | AHM_MILLS006191-AHM_MILLS006198 | | |
| 66 | 7/7/2005 | Chase Credit Report | AHM_MILLS006210-AHM_MILLS006214 | | |
| 67 | 7/18/2005 | American Brokers Conduit Verbal Verification of Employment | AHM_MILLS002657 | | |
| 68 | 7/13/2005 | Tax Preparer's Attestation Memorandum | AHM_MILLS002042 | | |
| 69 | 6/16/2005 | Grecco Bookkeeping, Tax & Business Services – Tax Preparer's Verification Memo | AHM_MILLS006215 | MillsD 39; Esquivel 1; Lettau 13; | |
| 70 | 6/16/2005 | Singbanc Escrow & Trust Company Account Statement | AHM_MILLS006216; AHM_MILLS002483 | MillsD 40; Esquivel | |
| 71 | 7/15/2005 | Gift Letter | AHM_MILLS006206 | | |
| 72 | 7/13/2005 | Request for Verification of Rent or Mortgage Account | AHM_MILLS002704 | | |
| 73 | 5/18/2005 | Purchase Agreement with Related Counter Offer | AHM_MILLS002849-AHM_MILLS002857 | | |
| 74 | 6/21/2005 | The Appraisal Office, Inc. Appraisal and Invoice | AHM-MILLS006242-AHM_MILLS006270 | | |
| 75 | 7/15/2005 | Chuck Frazier & Associates Appraisal and Invoice | AHM_MILLS006229-AHM_MILLS006241; AHM_MILLS002876 | | |
| 76 | 7/15/2005 | Adjustable Rate Note | AHM_MILLS006316-AHM_MILLS006320 | | |
| 77 | 7/15/2005 | Deed of Trust | AHM_MILLS006321-AHM_MILLS006341 | | |
| 78 | 7/7/2005 | Mortgage Broker Agreement | AHM_MILLS006271-AHM_MILLS006273 | | |
| 79 | 7/14/2005 | Closing Costs Worksheet – Purchase | AHM_MILLS002663 | | |
| 80 | 7/7/2005 | Good Faith Estimate of Settlement Charges | AHM_MILLS006274-AHM_MILLS006275 | | |
| 81 | 7/7/2005 | Good Faith Estimate of Settlement Charges | AHM_MILLS006276-AHM_MILLS006278 | | |
| 82 | 7/15/2005 | Balloon Note | AHM_MILLS006283-AHM_MILLS006285 | | |
| 83 | 7/15/2005 | Balloon Note | AHM_MILLS006364-AHM_MILLS006366 | MillsD 42 | |
| 84 | 7/15/2005 | Deed of Trust and Request for Notice of Default | AHM_MILLS002395-AHM_MILLS002404 | | |

In re American Home Mortgage Holdings, Inc., et al.
**DEBTORS' EXHIBIT LIST RE: MILLS LITIGATION**

| Trial Exhibit Number | Date | Description | Bates Range | Deposition Exhibit No. | Admitted/ Objection |
|---|---|---|---|---|---|
| 85 | 7/15/2005 | Deed of Trust and Request for Notice of Default | AHM_MILLS006367- AHM_MILLS006376 | MillsD 43 | |
| 86 | 7/15/2005 | Deed of Trust and Request for Notice of Default | AHM_MILLS002614- AHM_MILLS002623 | | |
| 87 | 7/14/2005 | Chicago Title Company Buyer's Escrow Information Sheet | AHM_MILLS006217 | MillsD 44 | |
| 88 | 7/14/2005 | Chicago Title Company Lenders Supplemental Report and Related Documents | AHM_MILLS006218; AHM_MILLS006219; AHM_MILLS002708- AHM_MILLS002715; AHM_MILLS006207- AHM_MILLS006208 | | |
| 89 | 7/19/2005 | Chicago Title Company Settlement Statement | AHM_MILLS006296- AHM_MILLS006298 | MillsD 45 | |
| 90 | 7/15/2005 | Truth-in-Lending Disclosure Statement | AHM_MILLS002406- AHM_MILLS2407 | MillsD 46 | |
| 91 | 7/15/2005 | Compliance Agreement | AHM_MILLS006379 | MillsD 47 | |
| 92 | 7/15/2005 | Occupancy Agreement | AHM_MILLS002633 | MillsD 48 | |
| 93 | 7/10/2005 | Occupancy Certification | AHM_MILLS002634 | MillsD 49 | |
| 94 | 7/19/2005 | Loan Closing Instructions | AHM_MILLS002929- AHM_MILLS002933; AHM_MILLS002600 | | |
| 95 | 7/15/2005 | Signature/Name Affidavit | AHM_MILLS006377 | MillsD 50 | |
| 96 | n/a | Copy of Deborah Mills California Driver License | AHM_MILLS002795 | | |
| 97 | 7/15/2005 | Request for Taxpayer Identification Number and Certification (W-9) | AHM_MILLS006342- AHM_MILLS006343 | | |
| 98 | 7/15/2005 | Request for Transcript of Tax Return (4605-T Form) | AHM_MILLS006344- AHM_MILLS006345 | | |
| 99 | 7/15/2005 | Correspondence from Chicago Title Company | AHM_MILLS006355 | | |
| 100 | n/a | Escrow Waiver Letter | AHM_MILLS002943 | MillsD 51 | |
| 101 | n/a | Tax Information Sheet | AHM-MILLS002386 | | |
| 102 | 7/15/2005 | Tax Escrow Account Designation of Mortgage Investing Institution to Receive Tax Bills | AHM_MILLS002887; AHM_MILLS006282 | MillsD 53 | |
| 103 | 7/15/2005 | Insurance Binder | AHM_MILLS006313 | | |
| 104 | n/a | Monthly Payment Information Letter | AHM_MILLS002390- AHM_MILLS002391 | MillsD 54 | |
| 105 | 7/15/2005 | California Insurance Disclosure | AHM_MILLS002608 | MillsD 55 | |
| 106 | 7/15/2005 | California Per Diem Interest Disclosure | AHM_MILLS002963 | MillsD 56 | |
| 107 | 7/15/2005 | Borrower's Certification & Authorization | AHM_MILLS002971 | MillsD 57 | |
| 108 | 7/15/2005 | Equal Credit Opportunity Act Notice | AHM_MILLS002636 | MillsD 58 | |
| 109 | 7/15/2005 | RESPA Servicing Disclosure | AHM-MILLS002637 | MillsD 59 | |
| 110 | 7/10/2005 | Credit Score Notice | AHM_MILLS002638- AHM_MILLS002639 | MillsD 60 | |
| 111 | na | Third Party Providers – Addendum to Good Faith Estimate | AHM_MILLS002640 | | |
| 112 | 7/10/2005 | Affiliated Business Arrangement Disclosure | AHM_MILLS002641 | MillsD 52 | |
| 113 | n/a | Important Information About Procedures for Applying for a Mortgage | AHM_MILLS002642 | | |
| 114 | 7/19/2005 | Document Funding Checklist – Conventional | AHM_MILLS006346 | | |
| 115 | 8/9/2005 | Recorded Version of Deed of Trust | AHM_MILLS001902- AHM_MILLS001923 | | |

In re American Home Mortgage Holdings, Inc., et al.
**DEBTORS' EXHIBIT LIST RE: MILLS LITIGATION**

| Trial Exhibit Number | Date | Description | Bates Range | Deposition Exhibit No. | Admitted/ Objection |
|---|---|---|---|---|---|
| 116 | | INTENTIONALLY LEFT BLANK | | | |
| 117 | 8/9/2005 | Loan Policy of Title Insurance | AHM_MILLS002123-AHM_MILLS002137 | | |
| 118 | 8/10/2006 | Email to T. Jones from M. Johnson re: potential reinstatement by Mills | AHM_MILLS019230-19231 | | |
| 119 | 10/5/2010 | Deposition to Deborah Mills, Vol. 1 | | | |
| 120 | 10/19/2010 | Deposition of Deborah Mills, Vol. 2 | | | |
| 121 | 10/11/2010 | Deposition of Anthony Esquivel | | | |
| 122 | 10/12/2010 | Deposition of Jane Larkin | | | |
| 123 | 10/20/2010 | Deposition of Tawnya Lettau | | Lettau 46 | |
| 125 | 3/30/2005 | Chase Agreements and related docs | AHM_MILLS007892-AHM_MILLS007916 | | |
| 126 | Various | Conv. Event Foreclosure Review Checklist Packet | AHM_MILLS000089-AHM_MILLS000421 | | |
| 127 | 8/13/2010 | Declaration of. Mills in Support of Administrative Expense Claim | n/a | MillsD 1; Lettau 48 | |
| 128 | 6/6/2006 | Email to C. Oates to J.Gibson re: post-ponement of Foreclosure Sale | AHM_MILLS00008177 | | |
| 129 | 6/6/2006 | Email from J.Gibson to M. Johnson re: post-ponement of Foreclosure Sale | AHM_MILLS00000359 | | |
| 130 | 9/15/208 | Letter from M. Whiteman re: 1880 Burnt Rock Way, Templeton, California (from Mills Proof of Claim dated 3/21/2010) | n/a | | |
| 131 | 10/5/2008 | Email to Judge Sontchi from A. Esquivel (from Mills Proof of Claim dated 3/21/2010) | n/a | | |
| 132 | 9/22/2008 | Email to Judge Sontchi from A. Esquivel (from Mills Proof of Claim dated 3/21/2010) | n/a | | |
| 133 | 8/20/2007 | Email to A. Esquivel re: rejection of offer (from Mills Proof of Claim dated 3/21/2010) | n/a | | |
| 134 | | INTENTIONALLY LEFT BLANK | | | |
| 135 | 6/6/2006 | Letter from D. Mills and A. Esquivel to C. Oats re: postponement of sale | AHM_MILLS000355 - AHM_MILLS000358 | Esquivel 4 | |
| 136 | 3/31/2007 | Letter from D. Mills and A. Esquivel re: removal of personal property | AHMSI 000029 - AHMSI 000031 | Esquivel 5 | |
| 137 | 6/15/2006 | Letter to A. Esquivel re: liquidation certificate of Deposit funds | AHM_MILLS000346 | Esquivel 6 | |
| 138 | 3/7/2007 | Email from A. Esquivel and D. Mills to M. Strauss re: foreclosed property | MILLS000356-MILLS000357 | Esquivel 7 | |
| 139 | | INTENTIONALLY LEFT BLANK | | | |
| 140 | 8/6/2007 | Email from D. Mills to M. Strauss and J. Larkin re: 1880 Burnt Rock Way Loan | AHM_MILLS007452 | Esquivel 9 | |
| 141 | 10/31/2007 | Attachment A to Mills Proof of Claim dated 11/19/2007 | | | |
| 142 | 3/7/2007 | Letter to M. Strauss from D. Mills and A.Esquivel (from Mills Proof of Claim dated 11/19/2007) | | | |
| 143 | | Addition And/Or Amendment to Escrow Instructions (from Mills Proof of Claim dated 11/19/2007) | | | |
| 144 | 8/18/2007 | Email from A. Esquivel to J. Larkin, A. Horn, M. Strauss, and M. Feder re: {Disarmed} —Offer to Purchase N+1 | AHMSI 000085 - AHMSI 000086 | Esquivel 13 | |
| 145 | 8/20/2007 | Email from T. Miles to A. Esqivel with Cc to J. Larkin and R. Tillis re: 1880 Burnt Rock Way, Templeton CA 93465 REO 1000928512 | MILLS000239 | Esquivel 14 | |
| 146 | 8/23/2007 | Email from A. Esquivel to D. Friedman, J. Larkin, M. Strauss, A. Horn with Cc to landscapediva@gmail.com, anthonius75@gmail.com | MILLS000150 - MILLS000151 | Esquivel 15 | |
| 147 | 9/4/2007 | Email from K. Coffey to A. Esquivel re: business relationship | MILLS000236 - MILLS000238 | Esquivel 16 | |
| 148 | 8/15/2007 | Email from A. Esquivel to J. Larkin with Cc to M. Strauss and M. Feder re: {Disarmed} | AHMSI 000069 - AHMSI 000070 | Esquivel 11 | |
| 149 | | | | | |
| 150 | 11/3/2009 | Letter from M. Seward of YCS&T to D. Mills re: confidential settlement of Claim Number 2743 | n/a | MillsD 8 | |
| 151 | 11/3/2009 | Letter from M. Seward of YCS&T to D. Mills re: confidential settlement of Claim Number 2743 | n/a | MillsD 9 | |
| 152 | 9/17/2010 | Claimant D. Mills' Response to Debtors' First Set of Interrogatories and Requests for Production of Documents | n/a | MillsD 11 | |
| 153 | 9/24/2010 | Claimant D. Mills' First Supplemental Response to Debtors' First Set of Interrogatories and Requests for Production of Documents | n/a | MillsD 12 | |
| 154 | 2/14/2006 | Request for Dismissal | n/a | MillsD 13 | |

In re American Home Mortgage Holdings, Inc., et al.
**DEBTORS' EXHIBIT LIST RE: MILLS LITIGATION**

| Trial Exhibit Number | Date | Description | Bates Range | Deposition Exhibit No. | Admitted/ Objection |
|---|---|---|---|---|---|
| 155 | 8/9/2005 | Recorded Copy of Deed of Trust and Request for Notice of Default (980 Loan) | AHM_MILLS002344 - AHM_MILLS002353 | MillsD 61 | |
| 156 | 12/22/2005 | Letter from A. Ellsworth to D. Mills re: default notice ("breach letter") (512 Loan) | AHM_MILLS000199 | MillsD 62 | |
| 157 | 12/22/2005 | Letter from A. Ellsworth to D. Mills re: default notice ("breach letter") (980 Loan) | AHM_MILLS000405 | MillsD 63 | |
| 158 | 1/25/2006 | Letter from J. Gibson to D. Mills re: foreclosure status (512 Loan) | AHM_MILLS000189 | MillsD 64 | |
| 159 | 1/25/2006 | Letter from J. Gibson to D. Mills re: foreclosure status (980 Loan) | AHM_MILLS000395 | MillsD 65 | |
| 160 | 5/29/2006 | Letter from D. Mills to A. Ellsworth re: default of mortgage loan ("hardship letter") | MILLS000125 - MILLS000128 | MillsD 66 | |
| 161 | 6/5/2006 | Letter from D. Mills to C. Oats re: request to postpone sale of home | MILLS000119 and MILLS 000488 | MillsD 67 (MILLS000119 only) | |
| 162 | 6/6/2006 | Letter from D. Mills to C. Oats re: request to postpone sale of home | MILLS000355 - MILLS000358 | MillsD 68 | |
| 163 | 6/15/2006 | Letter from D. Mills to A. Ellsworth re: request to postpone sale of home | AHM_MILLS000343 - AHM_MILLS000344 | MillsD 69 (AHM_MILLS00034 3 only) | |
| 164 | 6/22/2006 | Letter from D. Mills to Cal-Western re: request to postpone sale of home | MILLS000120 | MillsD 70 | |
| 165 | 6/26/2006 | Letter from B. Taus to Cal-Western re: bankruptcy petition of D. Mills | AHM_MILLS019146 - AHM_MILLS019147 | MillsD 71 | |
| 166 | 6/26/2006 | U.S. Bankrutpcy Court Central District of CA - Voluntary Petition and Related Schedules D, E, and F [D.I. 1] | n/a | MillsD 72 | |
| 167 | 7/11/2006 | U.S. Bankrutpcy Court Central District of CA - Schedules and SOFA [Mills Bankr. D.I. 10] | n/a | MillsD 73 | |
| 168 | 6/30/2006 | U.S. Bankrutpcy Court Central District of CA - Motion for Relief from Automatic Stay [D.I. 7] | n/a | MillsD 74 | |
| 169 | 6/30/2006 | U.S. Bankrutpcy Court Central District of CA - Motion for Relief from Automatic Stay [D.I. 9 | n/a | MillsD 75 | |
| 170 | | INTENTIONALLY LEFT BLANK | | | |
| 171 | 9/4/2007 | U.S. Bankrutpcy Court Central District of CA - Stipulation for Judgment of Nondischargeability of Debt and Mutual General Release (Kuhn Settlement and Order - D.I. 21] | n/a | MillsD 77 | |
| 172 | Unknown | Various handwritten notes | various | MillsD 78 | |
| 173 | Unknown | Various handwritten notes | various | MillsD 79 | |
| 174 | | INTENTIONALLY LEFT BLANK | | | |
| 175 | Unknown | LSAMs comments report log | AHM_Mills020053 - AHM_Mills020073 | Larkin 2 | |
| 176 | Unknown | LSAMs comments report log | AHM_Mills008020 - AHM_Mills008035 | Larkin 3 | |
| 177 | 12/22/2005 | AHM Servicing letter to D. Mills | AHM_Mills000199 | Larkin 4 | |
| 178 | 12/22/2005 | AHM Servicing letter from A. Ellsworth to D. Mills | AHM_Mills000405 | Larkin 5 | |
| 179 | 3/8/2007 | Email from D. Friedman to R. Hardman and J. Larkin re: foreclosure property owners | AHMSI 000006 - AHMSI000007 | Larkin 6 | |
| 180 | 3/8/2007 | Email from J. Larkin to D. Friedman with Cc to R. Hardman re: D. Mills chronology | AHM_MILLS008166 - AHM_MILLS008169 | Larkin 7 | |
| 181 | 3/8/2007 | Email from T. Miles to J. Larkin re: D. Mills property and removal of belongings | AHM_MILLS008212 - AHM_MILLS001624 | Larkin 8 | |
| 182 | 3/26/2007 | Loss Approval Request | AHM_MILLS001623 - AHM_MILLS001624 | Larkin 9 | |
| 183 | 3/15/2007 | Email from J. Larkin to S. Alagn with Cc to D. Friedman re: D. Mills chronology/summary | AHM_MILLS008207 - AHM_MILLS008208 | Larkin 10 | |
| 184 | 3/31/2007 | Listing Addendum A and Listing Agreement | AHM_MILLS007377 - AHM_MILLS007381 | Larkin 11 | |
| 185 | Unknown | Residential Listing Agreement | AHM_MILLS020706 - AHM_MILLS020710 | Larkin 12 | |
| 186 | 3/31/2007 | AHM Servicing REO Marketing Agreement | AHM_MILLS020699 - AHM_MILLS020705 | Larkin 13 | |

In re American Home Mortgage Holdings, Inc., et al.
DEBTORS' EXHIBIT LIST RE: MILLS LITIGATION

| Trial Exhibit Number | Date | Description | Bates Range | Deposition Exhibit No. | Admitted/ Objection |
|---|---|---|---|---|---|
| 187 | 4/9/2007 | Email from R. Tillis to T. Miles re: D. Mills property offers | AHM_MILLS020148 - AHM_MILLS020153 | Larkin 14 | |
| 188 | 4/11/2007 | Facsimile from T. Miles to R. Tillis re: property offers | Unable to read | Larkin 15 | |
| 189 | 10/9/2007 | AHM Servicing Reduction Request | AHM_MILLS007430 | Larkin 16 | |
| 190 | 6/1/2006 | Market Place Properties LOC/B&B Investments - Loan Commitment | MILLS 000488 | | |
| 191 | 6/15/2006 | Letter from First Fidelity to A. Esquivel re: liquidating certificate of Deposit funds | AHM_MILLS000344 | | |
| 192 | 7/25/2006 | U.S. Bankruptcy Court Central District of CA - Order Granting Motion for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (Real Property) [D.I. 12] | n/a | | |
| 193 | 7/25/2006 | U.S. Bankruptcy Court Central District of CA - Order Granting Motion for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (Real Property) [D.I. 13] | n/a | | |
| 194 | 8/9/2006 | Email from Vaughn Taus to T. Jones re: Deborah Mills foreclosure | AHM_MILLS000305 | | |
| 195 | 3/15/2007 | Personal Property Agreement & Release | AHMSI 000026 | | |
| 196 | 5/17/2007 | Alternative Notice of Right to Reclaim Abandoned Personal Property | AHM_MILLS007463 | | |
| 197 | 8/14/2007 | Letter from D. Mills and A. Equivel re: Sale and Title Transfer (offer to purchase for $300,000) | AHMSI 000070 | | |
| 198 | 1/27/2006 | Recorded copy of Notice of Default | n/a | | |
| 199 | 1/30/2006 | Affidavit of Mailing Notice of Default | AHM_MILLS019122 - AHM_MILLS019126 | | |
| 200 | 2/27/2006 | Affidavit of Mailing Notice of Default | AHM_MILLS019113 - AHM_MILLS019117 | | |
| 201 | 3/1/2006 | Recorded copy of Substitution of Trustee | n/a | | |
| 202 | 5/15/2006 | Recorded copy of Notice of Trustee's Sale | n/a | | |
| 203 | 5/18/2006 | Affidavit of Mailing Notice of Trustee Sale | AHM_MILLS019108 - AHM_MILLS019112 | | |
| 204 | 5/16/2006 | Reliable Posting & Publishing - Certificate of Posting Property and Public Place | AHM_MILLS019458 - AHM_MILLS019461 | | |
| 205 | 6/1/2006 | The Cambrian - Affidavit of Publication - Notice of Trustee's Sale | AHM_MILLS019462 | | |
| 206 | 6/7/2006 | Reliable Posting & Publishing - Certificate of Postponement | AHM_MILLS019465 | | |
| 207 | 6/19/2006 | Reliable Posting & Publishing - Certificate of Postponement | AHM_MILLS019466 | | |
| 208 | 6/26/2006 | Reliable Posting & Publishing - Certificate of Postponement | AHM_MILLS019467 | | |
| 209 | 9/22/2008 | Letter from D. Mills and A. Esquival to Judge Sontchi re: Letter of Relief for Settlement re: Claim #2743 | n/a | | |
| 210 | 8/21/2007 | Email from D. Mills to A. Horn, D. Friedman, J. Larkin with Cc to A. Esquivel re: 1880 Burnt Rock Way | AHMSI 000097 | | |
| 211 | 2/25/2007 | Letter of Intent to Purchase Real Estate from Curtis C. and Vanessa Brown | AHM_MILLS020342 - AHM_MILLS020369 | | |
| 212 | 3/12/2007 | Faxed copy of Disclosure re: Real Estate Agency Relationships | AHM_MILLS020766 - AHM_MILLS020799 | | |
| 213 | 3/30/2007 | California - Residential Purchase Agreement and Joint Escrow Instructions | AHM_MILLS020800 - AHM_MILLS020809 | | |
| 214 | 4/5/2007 | California - Residential Purchase Agreement and Joint Escrow Instructions | AHM_MILLS020816 - AHM_MILLS020825 | | |
| 215 | 4/11/2007 | Fax from Eva Marie Fontanilla re: new offer for 1880 Burnt Rock Way | AHM_MILLS020655 - AHM_MILLS020234 | | |
| 216 | 8/15/2007 | Fax from T. Miles to AHM (Attn: Reandrea Tillis) re: offer from A. Esquivel and D. Mills | AHM_MILLS020264 - AHM_MILLS020284 | | |
| 217 | 12/10/2007 | California - Residential Purchase Agreement and Joint Escrow Instructions | AHM_MILLS020826 - AHM_MILLS020848 | | |
| 218 | 12/12/2007 | Counter Offer Evaluation Worksheet | AHM_MILLS020232 | | |

7

In re American Home Mortgage Holdings, Inc., et al.
**DEBTORS' EXHIBIT LIST RE: MILLS LITIGATION**

| Trial Exhibit Number | Date | Description | Bates Range | Deposition Exhibit No. | Admitted/ Objection |
|---|---|---|---|---|---|
| 219 | 3/27/2007 | Listing Agreement Ref#1000928512/Mills | AHM_MILLS020692 - AHM_MILLS020710 | | |
| 220 | 3/31/2007 | Letter from D. Mills and A. Esquivel re: removal of personal property (also see #136) | AHM_MILLS020678 - AHM_MILLS020680 | | |
| 221 | 4/16/2007 | Email from evaf@earthlink.net to T. Miles re: 1880 Burnt Rock Way and rejection of offers | AHM_MILLS020153 | | |
| 222 | 4/16/2007 | Email from R. Tillis to T. Miles re: 1880 Burnt Rock Way - rejected offers | AHM_MILLS020152 | | |
| 223 | 3/12/2007 | Email from V. Taus to D. Mills re:Sample Agreement | MILLS000011 | | |
| 224 | 4/10/2007 | Email from R. Tillis to T. Miles re: 1880 Burnt Rock Way - Seller counter | AHM_MILLS020151 | | |
| 225 | 7/14/2000 | Mortgage Electronic Registration Systems, Inc. - Corporate Resolution | n/a | | |
| 226 | 1/25/2006 | Letter from J. Gibson of Cal-Western Reconveyance Corp. re: commencement of foreclosure | AHM_MILLS017806 - AHM_MILLS019388 | | |
| 227 | 12/28/2005 | AHM Offering Circular and Supplement | AHM_MILLS017806 - AHM_MILLS018026 | | |
| 228 | 10/31/2005 | AHMAT 2005-1 Closing Documents | AHM_MILLS016010 - AHM_MILLS017799 | | |
| 229 | 12/21/2005 | Trust Agreement | AHM_MILLS018054 - AHM_MILLS018060 | | |
| 230 | 12/28/2005 | Amended and Restated Trust Agreement | AHM_MILLS014022 - AHM_MILLS014101 | | |
| 231 | 12/28/2005 | Master Servicing Agreement | AHM_MILLS018321 - AHM_MILLS018361 | | |
| 232 | 12/28/2005 | Servicing Agreement | AHM_MILLS018362 - AHM_MILLS018423 | | |
| 233 | 7/19/2005 | Loan Closing Instructions | AHM_MILLS001960 - AHM_MILLS001964 | | |
| 234 | 11/2/2010 | Third Party Business Records Affidavit from Cal-Western and Related Exhibits | n/a | | |
| 235 | 7/26/2006 | U.S. Bankrutpcy Court Central District of CA - Employee Income Records [D.I. 17] | n/a | | |
| 236 | 7/27/2006 | U.S. Bankrutpcy Court Central District of CA - BNC Certificate of Mailing re: Order Granting Motion for Relief from Automatic Stay [D.I. 14] | n/a | | |
| 237 | 7/27/2006 | U.S. Bankrutpcy Court Central District of CA - BNC Certificate of Mailing re: Order Granting Motion for Relief from Automatic Stay [D.I. 15] | n/a | | |
| 238 | | INTENTIONALLY LEFT BLANK | | | |
| 239 | 10/27/2006 | Declaration concerning debtor's schedules - Amended, Amended Schedule I, Chapter 7 Statement of Current Monthly Income and Means Test Calculation - Form 22A - Amended, Amended Schedule J [D.I. 29] | n/a | | |
| 240 | 11/17/2006 | U.S. Bankrutpcy Court Central District of CA - Declaration of R. Esquivel re: Employee Income Records [D.I. 31] | n/a | | |
| 241 | 11/17/2006 | U.S. Bankrutpcy Court Central District of CA - Declaration of R. Esquivel re: Employee Income Records [D.I. 32] | n/a | | |
| 242 | 11/17/2006 | U.S. Bankrutpcy Court Central District of CA - Declaration of R. Esquivel re: Employee Income Records [D.I. 33] | n/a | | |
| 243 | 11/17/2006 | U.S. Bankrutpcy Court Central District of CA - Amended Schedule J - Second Amended [D.I. 34] | n/a | | |
| 244 | 11/17/2006 | U.S. Bankrutpcy Court Central District of CA - Declaration Conceing Debtor's Amended Schedules [D.I. 35] | n/a | | |
| 245 | 11/17/2006 | U.S. Bankrutpcy Court Central District of CA - Amended Business Income and Expenses [D.I. 36] | n/a | | |

In re American Home Mortgage Holdings, Inc., et al.
**DEBTORS' EXHIBIT LIST RE: MILLS LITIGATION**

| Trial Exhibit Number | Date | Description | Bates Range | Deposition Exhibit No. | Admitted/ Objection |
|---|---|---|---|---|---|
| 246 | 11/17/2006 | U.S. Bankruptcy Court Central District of CA - Amended Business Income and Expenses [D.I. 37] | n/a | | |
| 247 | 11/17/2006 | U.S. Bankruptcy Court Central District of CA - Amended Business Income and Expenses [D.I. 38] | n/a | | |
| 248 | 11/17/2006 | U.S. Bankruptcy Court Central District of CA - Second Amended Schedule I [D.I. 39] | n/a | | |
| 249 | 11/17/2006 | U.S. Bankruptcy Court Central District of CA - Second Amended Statement of Current Monthly Income and Means Test Calculation - Form 22A [D.I. 40] | n/a | | |
| 250 | 11/21/2006 | U.S. Bankruptcy Court Central District of CA - Withdrawal re: Employee Income Records and Amended Schedule J Amended Business and Expense [D.I. 41] | n/a | | |
| 251 | 7/19/2007 | U.S. Bankruptcy Court Central District of CA - Discharge of Debtor in a Chapter 7 Case [D.I. 52] | n/a | | |
| 252 | 10/5/2007 | U.S. Bankruptcy Court Central District of CA - Withdrawal re: Motion to Convert Case from Chapter 7 to Chapter 13 [D.I. 54] | n/a | | |
| 253 | 10/9/2007 | U.S. Bankruptcy Court Central District of CA - Order Closing Case [D.I. 55] | n/a | | |
| 254 | Various | U.S. Bankruptcy Court Central District of CA - Docket Summary for Case No. 9:06-bk-10337-RR | n/a | | |
| 255 | 8/9/2005 | Recorded Grant Deed | n/a | | |
| 256 | 8/9/2005 | Recorded Deed of Trust (512 Loan) | AHM_MILLS001902-AHM_MILLS001923 | | |
| 257 | 8/9/2005 | Recorded Deed of Trust and Request for Notice of Default (980 Loan) | AHM_MILLS002344 - AHM_MILLS002353 | MillsD 61 | |
| 258 | 1/27/2006 | Recorded Notice of Default (512 Loan) | n/a | | |
| 259 | 1/27/2006 | Recorded Notice of Default (980 Loan) | n/a | | |
| 260 | 3/1/2006 | Recorded Substitution of Trustee (512 Loan) | n/a | | |
| 261 | 3/1/2006 | Recorded Substitution of Trustee (980 Loan) | n/a | | |
| 262 | 5/15/2006 | Recorded Notice of Trustee's Sale (512 Loan) | n/a | | |
| 263 | 5/15/2006 | Recorded Notice of Trustee's Sale (980 Loan) | n/a | | |
| 264 | 8/17/2006 | Recorded Notice of Rescission (512 Loan) | n/a | | |
| 265 | 8/22/2006 | Recorded Trustee's Deed Upon Sale | n/a | | |
| 266 | 1/14/2009 | Recorded Substitution of Trustee and Full Reconveyance | n/a | | |
| 267 | 2/3/2006 | Recorded California Grant Deed | n/a | | |
| 268 | 1/13/2009 | Recorded Interspousal Transfer Grant Deed signed by S. Thorndyke | n/a | | |
| 269 | 1/13/2009 | Recorded Interspousal Transfer Grant Deed signed by J. Ehrke | n/a | | |
| 270 | 1/13/2009 | Recorded Interspousal Transfer Grant Deed signed by L. Tobey | n/a | | |
| 271 | 1/13/2009 | Recorded Grant Deed | n/a | | |
| 272 | 8/10/2006 | Reinstatement Worksheet (980 Loan) | AHM_MILLS019139 | | |
| 273 | 8/10/2006 | Reinstatement Worksheet (512 Loan) | AHM_MILLS019140 | | |
| 274 | 1/14/2009 | Recorded Copy of Substitution of Trustee and Full Reconveyance | n/a | | |
| 275 | 8/10/2005 | Recorded Copy of Notice of Completion | n/a | | |
| 276 | 12/24/2009 | Recorded Copy of Survey Monument Grant Deed | n/a | | |
| 277 | 12/24/2009 | Recorded Copy of Deed of Trust | n/a | | |
| 278 | 9/12/2006 | U.S. Bankruptcy Court Central District of CA - Adversary Case 06-01097, [D.I. 1] | n/a | | |
| 279 | 10/13/2006 | U.S. Bankruptcy Court Central District of CA - Adversary Case 06-01097, [D.I. 4] | n/a | | |
| 280 | 8/27/2007 | U.S. Bankruptcy Court Central District of CA - Adversary Case 06-01097, [D.I. 20] | n/a | | |
| 281 | 9/2/2007 | U.S. Bankruptcy Court Central District of CA - Adversary Case 06-01097, [D.I. 21] | n/a | | |
| 282 | 10/5/2007 | U.S. Bankruptcy Court Central District of CA - Adversary Case 06-01097, [D.I. 22] | n/a | | |
| 283 | | 2003 Tax Returns of Mills | n/a | | |
| 284 | | 2004 Tax Returns of Mills | n/a | | |

In re American Home Mortgage Holdings, Inc., et al.
DEBTORS' EXHIBIT LIST RE: MILLS LITIGATION

| Trial Exhibit Number | Date | Description | Bates Range | Deposition Exhibit No. | Admitted/ Objection |
|---|---|---|---|---|---|
| 285 | 2/27/2006 | Affidavit of Mailing Substitution of Trustee | AHM_MILLS019118 - AHM_MILLS019121 | | |
| 286 | 8/10/2006 | Declaration of Trustee's Sale | AHM_MILLS019463 | | |
| 287 | 6/6/2006 | E-mail from D. Friedman to R. Cordova | AHM_MILLS008178 | | |
| 288 | 9/3/2010 | Claimant D. Mill's Notice of Deposition of Debtors | n/a | | |
| 289 | Various | Field Audit Report (1 of 2) | AHM_MILLS015948 - AHM_MILLS015992 | | |
| 290 | Various | Field Audit Report (2 of 2) | AHM_MILLS015993 - AHM_MILLS016004 | | |
| 291 | 4/25/2007 | Email from A. Esquivel to L. Norwood re: Support on Option 3 | NORWOOD00000063 | | |
| 292 | 4/11/2007 | Email from A. Esquivel to L. Norwood re: American paper work | NORWOOD00000382 | | |
| 293 | 3/30/2007 | Email from A. Esquivel to L. Norwood re: signing docs | NORWOOD00000408 | | |
| 294 | 3/23/2007 | Email from A. Esquivel to L. Norwood re: property | NORWOOD00000494 | | |
| 295 | 10/31/2005 | Mortgage Backed-P/T Certificates Series 2005-1 | AHM_MILLS021100 - AHM_MILLS021121 | | |
| 296 | 12/30/2005 | Mortgage Pass Through Certificates Series 2005-SD1 | AHM_MILLS021122 - AHM_MILLS021148 | | |
| 297 | 3/27/2007 | Email from T.Miles to D.Mills re:Listing Price | MILLS000006-07 | | |
| 298 | 8/21/2006 | Email from V. Taus to D. Mills re: Update | MILLS000009-10 | | |
| 299 | 2/28/2007 | Appraisal Report | AHM_MILLS000902-927 | | |
| 300 | 8/15/2007 | Residential Purchase Agreement from A. Hall | AHM_MILLS007535-7546 | | |
| 301 | 8/17/2007 | Email from A. Esquivel to J.Larkin re: the Property | AHMSI 000080-81 | | |
| 302 | 8/30/2007 | Email from K.Coffey to J.Larkin re: Offer | AHMSI 000039 | | |
| 303 | 9/10/2007 | Email from J.Larkin to K.Coffey re: Offer | AHMSI 000115-120 | | |
| 304 | 9/26/2010 | Email from J.Larkin to K.Coffey re: Update | AHMSI 000125-126 | | |
| 305 | 12/16/2007 | Email from D.Mills to A.Esquivel re:sidebar | MILLS000202-203 | | |

YCST01:10327749.1    066585.1001