IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,[1]                :
                                                    : Jointly Administered
                                                    :
                                                    : **Objection Deadline: TBD**
         Debtors.                                   : **Hearing Date: TBD**
---------------------------------------------------------------- x

### ORDER GRANTING DEBTORS' MOTION IN LIMINE FOR A DETERMINATION THAT MORTGAGE BROKER TAWNYA LETTAU WAS NOT THE AGENT OF DEBTORS

Upon consideration of the *Debtors' Motion in Limine for a Determination that JPMorgan Chase, N.A. and Tawnya Lettau was Not the Agent of Debtors* (the "Motion") filed by the above-captioned debtors and debtors-in-possession (the "Debtors"); and due and adequate notice of the Motion having been given under the circumstances; and all parties in interest having been heard or having had the opportunity to be heard; and after due deliberation and sufficient cause appearing therefor; it is hereby:

ORDERED, that the Motion is GRANTED in all respects; and it is further

ORDERED, that neither JPMorgan Chase, N.A. nor Tawnya Lettau acted as the agents of the Debtors; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Case 07-11047-CSS    Doc 9483-2    Filed 11/19/10    Page 2 of 2

ORDERED that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
_____, 2010

> _____
> THE HONORABLE CHRISTOPHER S. SONTCHI
> UNITED STATES BANKRUPTCY JUDGE