IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x   Chapter 11
In re:   ,                                                         :
                                                                   :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :
a Delaware corporation, et al.,[1]                                 :   Jointly Administered
                                                                   :
       Debtors.                                                    :
------------------------------------------------------------------ x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR TRIAL ON NOVEMBER 22, 2010 AT 10:00 A.M. (ET)**

**CONTESTED MATTERS GOING FORWARD**

1.   Administrative Expense Claims Numbered 10802, 10803, 10804, 10805, 10806, 10807, 10808 and 10809 filed by Deborah Mills

     Related Documents:

     a)   Scheduling Order [D.I. 9149, 8/17/10]

     b)   Scheduling Order [D.I. 9213, 9/13/10]

     c)   Joint Pretrial Order Regarding Claim Objection Hearing [D.I. 9482, 11/19/10]

     Objections/Responses Filed:

     d)   Debtors' Objection to Administrative Expense Claims Numbered 10802, 10803, 10804, 10805, 10806, 10807, 10808 and 10809 filed by Deborah Mills [D.I. 9405, 11/3/10]

     e)   Claimant Deborah E. Mills's Response to Debtors' Objections to Administrative Expense Claims Numbered 10802, 10803, 10804, 10805, 10806, 10807, 10808 and 10809 [D.I. 9441, 11/11/10]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

        f)        Debtors' Reply to Claimant Deborah E. Mills's Response to Debtors' Objections to Administrative Expense Claims Numbered 10802, 10803, 10804, 10805, 10806, 10807, 10808 and 10809 [D.I. 9466, 11/17/10]

Status: This matter will be going forward.

2. Deborah Mills's Motion for Partial Summary Judgment that the Foreclosure of Her Property was Defective [D.I. 9411, 11/4/10]

Related Documents:

        a)        Deborah Mills's Opening Brief in Support of Her Motion for Partial Summary Judgment that the Foreclosure of Her Property was Defective [D.I. 9412, 11/4/10]

        b)        Declaration of Richard C. Weinblatt in Support of Deborah Mills's Motion for Partial Summary Judgment that the Foreclosure of Her Property was Defective [D.I. 9413, 11/4/10]

Objections/Responses Filed:

        c)        Debtors' Brief in Opposition to Deborah Mills's Motion for Partial Summary Judgment that the Foreclosure of Her Property was Defective [D.I. 9471, 11/18/10]

        d)        Deborah Mills's Reply Brief in Support of Her Motion for Partial Summary Judgment that the Foreclosure of Her Property was Defective [D.I. 9481, 11/19/10]

Status: This matter will be going forward.

3. Motion *in Limine* of Claimant Deborah E. Mills for an Order Excluding Any Evidence Related to Mills' Tax Returns and Schedules Submitted During Her Personal Bankruptcy [D.I. 9445, 11/14/10]

Objections Filed:

        a)        Debtors' Objection to Claimant Deborah E. Mills for an Order Excluding Any Evidence Related to Mills' Tax Returns and Schedules Submitted During Her Personal Bankruptcy Case [D.I. 9477, 11/19/10]

Status: This matter will be going forward.

4. Motion *in Limine* of Claimant Deborah E. Mills for an Order Excluding the Expert Testimony and Report of Philip M. Adleson [D.I. 9446, 11/14/10]

   Objections Filed:

   a) Debtors' Objection to, and Motion to Dismiss, the Motion in Limine of Claimant Deborah E. Mills for an Order Excluding the Expert Testimony and Report of Philip M. Adleson [D.I. 9478, 11/19/10]

   Status: This matter will be going forward.

5. Debtors' Motion *in Limine* for a Determination That JPMorgan Chase N.A. and Tawnya Lettau were not the Agents of Debtors [D.I. 9483, 11/19/10]

   Objections Filed:    None as of the filing of this Agenda

   Status: This matter will be going forward.

Dated: Wilmington, Delaware
       November 19, 2010

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Margaret Whiteman Greecher*
Sean M. Beach (No. 4070)
Sharon M. Zieg (No. 4196)
Margaret Whiteman Greecher (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*