## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

                        Debtors.

-------------------------------------------------------------------- x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

**Ref. Docket No. 9482**

## NOTICE OF FILING AMENDED EXHIBIT LISTS TO
## JOINT PRETRIAL ORDER REGARDING CLAIM OBJECTION HEARING

PLEASE TAKE NOTICE THAT, on November 19, 2010 the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") and Ms. Deborah Millls ("Ms. Mills" and with the Debtors, the "Parties") filed the *Joint Pretrial Order Regarding Claim Objection Hearing* [D.I. 9482] (the "Pretrial Order"). Attached to the Pretrial Order are Exhibit Lists (the "Original Exhibit Lists") identifying the respective exhibits that the Parties may use in their cases in chief.

PLEASE TAKE FURTHER NOTICE THAT, the Parties have amended their Original Exhibits Lists (the "Amended Exhibit Lists"). Copies of the Amended Exhibit Lists are attached hereto as Exhibits 1 & 2.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

PLEASE TAKE FURTHER NOTICE THAT the Amended Exhibit Lists

supersede the Original Exhibit Lists in their entirely.

Dated: November 21, 2010
   Wilmington, Delaware

        YOUNG CONAWAY STARGATT & TAYLOR, LLP


        */s/ Margaret Whiteman Greecher*
        Sean M. Beach (No. 4070)
        Sharon M. Zieg (No. 4196)
        Erin D. Edwards (No. 4392)
        Margaret Whiteman Greecher (No. 4652)
        Morgan L. Seward (No. 5388)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and Debtors in Possession

**Exhibit 1**

**Mills' Amended List of Exhibits**

| Exhibit Number | Bates Number | Identification of Document | Admitted/Objected |
|---|---|---|---|
| 1 | AHM_MILLS 000071-000076 | Uniform Loan Application | |
| 2 | AHM_MILLS 000082-000083 | REIT Exception Request | |
| 3 | AHM_MILLS 000084-000086 | Mortgage Broker Agreement | |
| 4 | AHM 000190 | Customer Tracking Log | |
| 5 | AHM_MILLS 000230-000234 | Emails to/from J. Larkin | |
| 6 | AHM_MILLS 000342 | Letter from First Fidelity | |
| 7 | AHM_MILLS 000427-000429 | Final HUD | |
| 8 | AHM_MILLS 000725-000729 | Sale Documents | |
| 9 | AHM_MILLS 001970 | Rate Lock Confirmation – 512 Loan | |
| 10 | AHM_MILLS 001982-001983 | Tax Transcript Release | |
| 11 | AHM_MILLS 001984-001985 | W9 Form | |
| 12 | AHM_MILLS 001992-001993 | Credit Score Notice – 512 Loan | |
| 13 | AHM_MILLS 001999 | Notice of Loan Approval – 512 Loan | |
| 14 | AHM_MILLS 002005 | Uniform Underwriting Summary | |
| 15 | AHM_MILLS 002014-002016 | Balloon Note | |
| 16 | AHM_MILLS 002019 | Closing Cost Worksheet – 512 Loan | |
| 17 | AHM_MILLS 002042 | Tax Attestation | |
| 18 | AHM_MILLS 002140 | Uniform Underwriting Summary | |
| 19 | AHM_MILLS 002143-002144 | Uniform Underwriting Summary | |
| 20 | AHM_MILLS 002225-002227 | Mortgage Broker Agreement | |
| 21 | AHM_MILLS 002250-002252 | HUD-1 | |
| 22 | AHM_MILLS 002270-002274 | Adjustable Rate Note | |

| 23 | AHM_MILLS 002275-002289 | Deed of Trust – 512 Loan | |
| 24 | AHM_MILLS 002311 | Rate lock Confirmation – 980 Loan | |
| 25 | AHM_MILLS 002321-002327 | Deed of Trust – 980 Loan | |
| 26 | AHM_MILLS 002339-002340 | Credit Score Notice – 512 Loan | |
| 27 | AHM_MILLS 002429 | Notice of Loan Approval – 980 Loan | |
| 28 | AHM_MILLS 002442 | Closing Cost Worksheet – 980 Loan | |
| 29 | AHM_MILLS 005112-005114 | Substitution of Trustee and Reconveyance | |
| 30 | AHM_MILLS 008147-008149 | Email Chain with Jane Larkin | |
| 31 | AHM_MILLS 008155-008158 | Email Chain with Jane Larkin | |
| 32 | AHM_MILLS 008179-008179 | Email Chain with David Friedman | |
| 33 | Mills Depo Exh 74 | Motion for Stay Relief – 512 Loan | |
| 34 | Mills Depo Exh 75 | Motion for Stay Relief – 980 Loan | |
| 35 | AHM_MILLS 008166-008169 | Email Chain with Jane Larkin and Timeline | |
| 36 | AHM_MILLS 008213-008215 | Email Chain with Jane Larkin and Chronology | |
| 37 | AHM_MILLS 014022-014101 | AHMIT 2005-SD1 Trust Agreement | Hearsay |
| 38 | AHM_MILLS 016016-016311 | Prospectus Supplement | Hearsay |
| 39 | AHM_MILLS 017806-018021 | AHMIT 2005-SD1 Offering Prospectus | Hearsay |
| 40 | AHM_MILLS 018321-018361 | AHMIT 2005-SD1 Master Servicing Agreement | Hearsay |
| 41 | AHM_MILLS 018362-018423 | AHMIT 2005-SD1 Servicing Agreement | Hearsay |
| 42 | MILLS 001231-001232 | California Grant Deed | |
| 43 | MILLS 001233-001234 | Notice of Completion | |
| 44 | MILLS 001238-001239 | Substitution of Trustee – 980 Loan | |
| 45 | MILLS 001241-42 | Request for Notice of Default and Sale | |
| 46 | MILLS 001243-44 | Notice of Default | |

| 47 | MILLS 001245-51 | Deed of Trust and Request for Notice of Default | |
| 48 | MILLS 001256 | Substitution of Trustee and Full Reconveyance | |
| 49 | MILLS 001257 | Notice of Rescission | |
| 50 | MILLS 001258-60 | Notice of Trustee's Sale | |
| 51 | MILLS 001255 | Substitution of Trustee and Full Reconveyance | |
| 52 | MILLS 001261-63 | Substitution of Trustee – 512 Loan | |
| 53 | MILLS 001264-65 | Request for Notice of Default an Sale | |
| 54 | MILLS 001266-67 | Notice of Default | |
| 55 | MILLS 001268-74 | Deed of Trust and Request for Notice of Default | |
| 56 | MILLS 001275-77 | Planned Unit Development Rider | |
| 57 | MILLS 001278-92 | Deed of Trust | |
| 58 | MILLS 001293-96 | Adjustable Rate Rider | |
| 59 | MILLS 001297-99 | Planned Unit Development Rider | |
| 60 | MILLS 001300-01 | Grant Deed | |
| 61 | AHM_MILLS002473 | Gift Letter | |
| 62 | MILLS 01228-30 | Trustee's Deed Upon Sale | |
| 63 | Martinez Depo Ex. 1 | Debtor's Objections to 30(b)(6) Notice | Relevancy |
| 64 | Martinez Depo Ex. 2 | Debtor's First Supplemental Interrogatory Responses | |
| 65 | n/a | Cal Western Corporate Resolution 20000714 | |
| 66 | n/a | Martinez Depo Transcript | |
| 67 | n/a | Lettau Depo Transcript | |
| 68 | n/a | Larkin Depo Transcript | |
| 69 | MILLS 000211-000229 | Hollingsworth v. Strauss Complaint | Relevancy |
| 70 | MILLS 000289-000318 | SEC v. Strauss Complaint | Relevancy |
| 71 | MILLS 000368-000369 | Mills Letter to Strauss | |
| 72 | MILLS 000377 | Mills email to Indelicato | |
| 73 | MILLS 000390-000395 | Mills letter to Indelicato | |
| 74 | MILLS 000488-000492 | Letter of Credit offer and emails | |
| 75 | MILLS 000798-000818 | Email between Beauregard and Mills | |

| 76 | MILLS 001313-001315 | Subpoena and Response from AHMIT 2005-SD1 | Relevancy |
|---|---|---|---|
| 77 | AHMSI 000015-000016 | Email chain with Jane Larkin | |
| 78 | AHMSI 115-120 | Email chain with Jane Larkin | |
| 79 | NORWOOD 000484-000486 | Letter from Norwood | |
| 80 | NORWOOD 000491 | Email between Esquivel and Norwood | |
| 81 | NORWOOD 000545 | Email between Esquivel and Norwood | |
| 82 | MILLS 000899-000916 | State of California ex rel. v. MERS, et al | Relevancy |
| 83 | D.I. 9405 – Group Exh. O | Orders Granting Relief from Stay | |
| 84 | AHM_MILLS 020053-020073 | LSAMs comments report log | |
| 85 | AHM_MILLS 008020-008035 | LSAMs comments report log | |
| 86 | AHM_MILLS 000199 | 12-22-05 AHM Servicing letter to Mills | |
| 87 | AHM_MILLS 000405 | 12-22-05 AHM Servicing letter to Mills | |
| 88 | AHMSI 000006-000007 | 3-7/8-07 e-mail string | |
| 89 | AHM_MILLS 008166-008169 | 3-8-07 Larkin e-mail to Friedman with attachment | |
| 90 | AHM_MILLS 008212 | 3-8-07 Larkin/Miles e-mail exchange | |
| 91 | AHM_MILLS 001623-001624 | 3-26-07 Loss Approval Request | |
| 92 | AHM_MILLS 008207-008208 | 3-07 Larkin e-mails to Alagna | |
| 93 | AHM_MILLS 007377-7381 | Listing Addendum A and Listing Agreement | |
| 94 | AHM_MILLS 020706-020710 | Residential Listing Agreement | |
| 95 | AHM_MILLS 020699-020705 | AHM Servicing REO Marketing Agreement | |
| 96 | AHM_MILLS 020148-020153 | 4-07 e-mail string | |
| 97 | Larkin 15 | 4-11-07 Miles fax to Tillis; 4-10-07 Miles fax to Franklin | |

| 98 | AHM_MILLS 007430 | 10-9-07 AHM Servicing Reduction Request | |
| | | | |

5

**Exhibit 2**

066585.1001

In re American Home Mortgage Holdings, Inc., et al.
**DEBTORS' EXHIBIT LIST RE: MILLS LITIGATION**

| Trial Exhibit Number | Date | Description | Bates Range | Deposition Exhibit No. | Admitted/Objection |
|---|---|---|---|---|---|
| 1 | 7/15/2005 | Uniform Residential Loan Application | AHM_MILLS000071 -AHM MILLS000076 | MillsD 14 | |
| 2 | 7/15/2005 | Uniform Residential Loan Application | AHM_MILLS002017 -AHM MILLS002025 | Lettau 2 | |
| 3 | 7/14/2005 | Uniform Underwriting and Transmittal Summary | AHM_MILLS002005 | | |
| 4 | 7/15/2005 | Balloon Note | AHM_MILLS006347-AHM MILLS006349 | | |
| 5 | 7/15/2005 | Deed of Trust and Request for Notice of Default | AHM_MILLS002360-AHM MILLS002369 | | |
| 6 | 7/14/2005 | Notice of Loan Approval | AHM_MILLS001999 AHM MILLS002000 | MillsD 16; Lettau 5 | |
| 7 | 7/15/2005 | Email from S&P Exceptions to Julie Garrison; S&P Exceptions; Martha Gramespacher re: REIT Product Exception Request Form ID = 4069 has been approved | AHM_MILLS002001 -AHM MILLS002002 | | |
| 8 | 7/12/2005 | Approve REIT Production Exception Request | AHM_MILLS000082 -AHM MILLSOOO083 | Lettau 7 | |
| 9 | 7/14/2005 | Closing Costs Worksheet -Purchase | AHM_MILLS002019 | | |
| 10 | 7/10/2005 | AHM Credit Report | AHM_MILLS002432-AHM MILLS002439 | | |
| 11 | 7/7/2005 | Chase Credit Report | AHM_MILLS002477-AHM MILLS002481 | | |
| 12 | 7/14/2005 | Request for Verification of Rent or Mortgage Account | AHM_MILLS002476 | | |
| 13 | 7/8/2005 | Verbal Verification of Employment | AHM_MILLS002440 | | |
| 14 | 7/13/2005 | Tax Preparer's Attestation Memorandum | AHM_MILLS002042 | | |
| 15 | 7/16/2005 | Tax Preparer's Verification Memorandum | AHM_MILLS002482 | | |
| 16 | 5/21/2005 | Seller's Final Settlement Statement | AHM_MILLS002040 | MillsD 17 | |
| 17 | 6/16/2005 | Singbang Escrow & Trust Company -Account Statement | AHM_MILLS002483 | MillsD 15; Esquivel 1; Lettau 13 | |
| 18 | 7/15/2005 | Gift Letter | AHM MILLS002473 | MillsD 18; Esquivel | |
| 19 | 7/12/2005 | Federal Emergency Management Agency Standard Flood Hazard Determination | AHM_MILLS002504-AHM MILLS002505 | | R |
| 20 | 7/28/2005 | Office of Real Estate Appraisers -Real Estate Appraiser License of Dean P. Zibus | AHM_MILLS002043 | | A, R |
| 21 | 7/12/2005 | Property Appraisal and Related Invoice from Appraisal Office, Inc. | AHM_MILLS002519-AHM MILLS002547 | | A, C |
| 22 | 7/15/2005 | Property Appraisal and Related Invoice from Chuck Frazier & Associates | AHM_MILLS002506-AHM MILLS025022 | | A, R, C |
| 23 | 5/18/2005 | Purchase Agreement with Related Counter Offer | AHM_MILLS02716-AHM MILLS002724 | MillsD 19 | |
| 24 | 6/22/2005 | Grant Deed | AHM_MILLS002026 -AHM MILLS002027 | | |

H = Hearsay    F = Foundation    R = Relevance    I = Incomplete    O = Opinion    N = Inconsistent with terms of scheduling order and/or Rules of Court    A = Authenticity    C=Compound

| Trial Exhibit Number | Date | Description | Bates Range | Deposition Exhibit No. | Admitted/Objection |
|---|---|---|---|---|---|
| 25 | 7/1/2005 | Good Faith Estimate of Settlement Charges | AHM_MILLS002119-AHM MILLS002120 | | |
| 26 | 7/7/2005 | Good Faith Estimate of Settlement Charges | AHM_MILLS002121 -AHM MILLS002122 | | |
| 27 | | INTENTIONALLY LEFT BLANK | | | |
| 28 | 7/7/2005 | Mortgage Broker Agreement | AHM_MILLS000084 AHM MILLS000086 | MillsD 2; Mills 3 | |
| 29 | 7/18/2005 | Rate Lock Confirmation | AHM MILLS001970 | Lettau 20 | |
| 30 | 7/19/2005 | Chicago Title Company Settlement Statement | AHM_MILLS002382-AHM MILLS002384 | | |
| 31 | 7/15/2005 | Adjustable Rate Note | AHM_MILLS001927-AHM MILLS001931 | | |
| 32 | 7/15/2005 | Adjustable Rate Note | AHM_MILLS002443-AHM MILLS002447 | MillsD20 | |
| 33 | 7/15/2005 | Deed of Trust | AHM_MILLS002448-AHM MILLS002468 | MillsD 22 | |
| 34 | 7/19/2005 | Balloon Note | AHM_MILLS002569-AHM MILLS002571 | | |
| 35 | 7/15/2005 | Deed of Trust and Request for Notice of Default | AHM_MILLS002579-AHM MILLS002588 | | |
| 36 | 7/15/2005 | Assignment of Mortgage | AHM_MILLS002589-AHM MILLS002590 | | |
| 37 | 7/19/2005 | Trust-in-Lender Disclosure Statement | AHM_MILLS001980 | MillsD 23 | |
| 38 | 7/15/2005 | Chicago Title Company Settlement -Report Documents | AHM_MILLS002935; AHM_MILLS002484 AHM MILLS002494 | Lettau 26 | C |
| 39 | 7/19/2005 | Insurance Binder | AHM MILLS002379 | | |
| 40 | 7/19/2005 | Request for Taxpayer Identification Number and Certification (W-9) | AHM_MILLS001984-AHM MILLS001985 | | |
| 41 | 7/19/2005 | Request for Transcript of Tax Return (4506-T) | AHM_MILLS001982-AHM MILLS001983 | | |
| 42 | 7/19/2005 | RESPA Servicing Disclosure | AHM MILLS003181 | MillsD24 | |
| 43 | 7/19/2005 | Monthly Payment Information Letter | AHM_MILLS003165-AHM MILLS003166 | MillsD 21 | |
| 44 | | Compliance Agreement | AHM MILLS0019B6 | MillsD 25 | |
| 45 | 7/15/2005 | Occupancy Agreement | AHM MILLS003177 | MillsD 26 | |
| 46 | 7/17/2005 | Occupancy Certification | AHM MILLS003178 | MillsD 27 | |
| 47 | 7/19/2005 | Borrower's Certification & Authorization | AHM MILLS003179 | MillsD 2B | |
| 4B | | California Driver License of D. Mills | AHM MILLS003321B | | |
| 49 | | Signature/Name Affidavit | AHM MILLS003169 | MillsD 29 | |
| 50 | 7/18/2005 | Six Month UBOR Adjustable Rate Loan Program Disclosure -Interest-Only | AHM_MILLS003167-AHM MILLS003168 | MillsD 30 | |

H = Hearsay    F = Foundation    I = Incomplete    O = Opinion    R = Relevance    N = Inconsistent with terms of scheduling order and/or Rules of Court    A = Authenticity    C=Compound

| Trial Exhibit Number | Date | Description | Bates Range | Deposition Exhibit No. | Admitted/Objection |
|---|---|---|---|---|---|
| 51 | | Escrow Waiver Letter | AHM_MILLS003163 | MillsD 31 | |
| 52 | | Tax Escrow Account Designation of Mortgage Investing Institution to Receive Tax Bills | AHM_MILLS003162 and AHM MILLS03161 | | |
| 53 | 7/10/2005 | Affiliated Business Arrangement Disclosure | AHM_MILLS003184 -AHM MILLS003185 | MillsD 32 | |
| 54 | 7/19/2005 | California Per Diem Interest Disclosure | AHM_MILLS003171 | MillsD 33 | |
| 55 | 7/19/2005 | California Insurance Disclosure | AHM_MILLS003164 -AHM MILLS0031B6 | MillsD 34 | |
| 56 | 7/19/2005 | Equal Credit Opportunity Act Notice | AHM_MILLS003180 | MillsD 35 | |
| 57 | | Collateral Check List | AHM MILLS003114 | | |
| 5B | 7/19/2005 | Document Funding Checklist –Conventional | AHM MILLS003144 | | |
| 59 | B/9/2005 | Deed of Trust | AHM_MILLS001902 AHM MILLS001923 | MillsD 36 | |
| 60 | 7/14/2005 | Rate Lock Confirmation | AHM_MILLS006357; AHM_MILLS001970, AHM MILLS001960-0001964 | Lettau 20 | C, A |
| 61 | 8/16/2005 | Uniform Underwriting and Transmittal Summary | AHM_MILLS006186; AHM_MILLS002647; AHM_MILLS002648; AHM MILLS006187 | | C |
| 62 | 7/14/2005 | Notice of Loan Approval | AHM_MILLS002783 | MillsD 37 | |
| 63 | 7/15/2005 | Uniform Residential Loan Application (Second Loan) | AHM_MILLS002424-AHM MILLS002427 | MillsD 38 | |
| 64 | 7/15/2005 | Uniform Residential Loan Application | AHM_MILLS002469-AHM MILLS002472 | | |
| 65 | 7/10/2005 | AHM Credit Report | AHM_MILLS006191-AHM MILLS006198 | | |
| 66 | 7/7/2005 | Chase Credit Report | AHM_MILLS006210-AHM MILLS006214 | | |
| 67 | 7/18/2005 | American Brokers Conduit Verbal Verification of Employment | AHM_MILLS002657 | | |
| 68 | 7/13/2005 | Tax Preparer's Attestation Memorandum | AHM_MILLS002042 | | |
| 69 | 6/16/2005 | Grecco Bookkeeping, Tax & Business Services –Tax Preparer's Verification Memo | AHM_MILLS002215 | | |
| 70 | 6/16/2005 | Singbane Escrow & Trust Company Account Statement | AHM_MILLS006216; AHM MILLS002483 | MillsD 39; Esquivel 1; Lettau 13; | C |
| 71 | 7/15/2005 | Gift Letter | AHM_MILLS006206 | MillsD 40; Esquivel | |
| 72 | 7/13/2005 | Request for Verification of Rent or Mortgage Account | AHM_MILLS002704 | | |
| 73 | 5/18/2005 | Purchase Agreement with Related Counter Offer | AHM_MILLS002849AHM MILLS002857 | | |
| 74 | 6/21/2005 | The Appraisal Office, Inc. Appraisal and Invoice | AHM-MILLS006242-AHM MILLS006270 | | C |
| 75 | 7/15/2005 | Chuck Frazier & Associates Appraisal and Invoice | AHM_MILLS006229- AHM_MILLS006241 ; AHM MILLS002876 | | C |

H = Hearsay    F = Foundation    R = Relevance    I = Incomplete    O = Opinion    N = Inconsistent with terms of scheduling order and/or Rules of Court    A = Authenticity    C=Compound

| Trial Exhibit Number | Date | Description | Bates Range | Deposition Exhibit No. | Admitted/Objection |
|---|---|---|---|---|---|
| 76 | 7/15/2005 | Adjustable Rate Note | AHM_MILLS006316-AHM MILLS006320 | | |
| 77 | 7/15/2005 | Deed of Trust | AHM_MILLS006321-AHM MILLS006341 | | |
| 78 | 7/12/2005 | Mortgage Broker Agreement | AHM_MILLS006271-AHM MILLS006273 | | |
| 79 | 7/14/2005 | Closing Costs Worksheet -Purchase | AHM_MILLS002663 | | |
| 80 | 7/12/2005 | Good Faith Estimate of Settlement Charges | AHM_MILLS006274-AHM MILLS006275 | | |
| 81 | 7/12/2005 | Good Faith Estimate of Settlement Charges | AHM_MILLS006276-AHM MILLS006278 | | |
| 82 | 7/15/2005 | Balloon Note | AHM_MILLS006283-AHM MILLS006285 | | |
| 83 | 7/15/2005 | Balloon Note | AHM_MILLS006364-AHM MILLS006366 | MillsD42 | |
| 84 | 7/15/2q05 | Deed of Trust and Request for Notice of Default | AHM_MILLS002395-AHM MILLS002404 | | |
| 85 | 7/15/2005 | Deed of Trust and Request for Notice of Default | AHM_MILLS006367-AHM MILLS006376 | MillsD 43 | |
| 86 | 7/15/2005 | Deed of Trust and Request for Notice of Default | AHM_MILLS002614-AHM MILLS002623 | | |
| 87 | 7/14/2005 | Chicago Title Company Buyer's Escrow Information Sheet | AHM_MILLS002617 | MillsD 44 | |
| 88 | 7/14/2005 | Chicago Title Company Lenders Supplemental Report and Related Documents | AHM_MILLS006218-AHM_MILLS006219; AHM_MILLS002708-AHM_MILLS002715; AHM_MILLS006207AHM MILLS006208 | | C |
| 89 | 7/19/2005 | Chicago Title Company Settlement Statement | AHM_MILLS006296AHM MILLS006298 | MillsD 45 | |
| 90 | 7/15/2005 | Truth-in-Lending Disclosure Statement | AHM_MILLS002406AHM MILLS2407 | MillsD46 | |
| 91 | 7/15/2005 | Compliance Agreement | AHM_MILLS006379 | MillsD 47 | |
| 92 | 7/15/2005 | Occupancy Agreement | AHM_MILLS002633 | MillsD 48 | |
| 93 | 7/10/2005 | Occupancy Certification | AHM_MILLS002634 | MillsD 49 | |
| 94 | 7/19/2005 | Loan Closing Instructions | AHM_MILLS002929-AHM_MILLS002933; AHM_MILLS002600 | | C |
| 95 | 7/15/2005 | Signature/Name Affidavit | AHM_MILLS006377 | MillsD 50 | |

H = Hearsay     F = Foundation     I = Incomplete     O = Opinion     R = Relevance     N = Inconsistent with terms of scheduling order and/or Rules of Court     A = Authenticity     C=Compound

| Trial Exhibit Number | Date | Description | Bates Range | Deposition Exhibit No. | Admitted/Objection |
|---|---|---|---|---|---|
| 96 | n/a | Copy of Deborah Mills California Driver License | AHM MILLS002795 | | |
| 97 | 7/15/2005 | Request for Taxpayer Identification Number and Certification (W-9) | AHM_MILLS006342-AHM MILLS006343 | | |
| 98 | 7/15/2005 | Request for Transcript of Tax Return (4605-T Form) | AHM_MILLS006344-AHM MILLS006345 | | |
| 99 | 7/15/2005 | Correspondence from Chicago Title Company | AHM MILLS006355 | | |
| 100 | n/a | Escrow Waiver Letter | AHM MILLS002943 | MillsD 51 | |
| 101 | n/a | Tax Information Sheet | AHM-MILLS002386 | | |
| 102 | 7/15/2005 | Tax Escrow Account Designation of Mortgage Investing Institution to Receive Tax Bills | AHM_MILLS002387, AHM MILLS006282 | MillsD 53 | |
| 103 | 7/15/2005 | Insurance Binder | AHM MILLS006313 | | |
| 104 | n/a | Monthly Payment Information Letter | AHM_MILLS002390AHM MILLS002391 | MillsD 54 | |
| 105 | 7/15/2005 | California Insurance Disclosure | AHM MILLS002608 | MillsD 55 | |
| 106 | 7/15/2005 | California Per Diem Interest Disclosure | AHM MILLS002963 | MillsD 56 | |
| 107 | 7/15/2005 | Borrower's Certification &Authorization | AHM MILLS002971 | MillsD 57 | |
| 108 | 7/15/2005 | Equal Credit Opportunity Act Notice | AHM MILLS002636 | MillsD 58 | |
| 109 | 7/15/2005 | RESPA Servicing Disclosure | AHMcMILLS002637 | MillsD 59 | |
| 110 | 7/10/2005 | Credit Score Notice | AHM_MILLS002638AHM MILLS002639 | MillsD 60 | |
| 111 | na | Third Party Providers -Addendum to Good Faith Estimate | AHM MILLS002640 | | |
| 112 | 7/10/2005 | Affiliated Business Arrangement Disclosure | AHM MILLS002641 | MillsD52 | |
| 113 | n/a | Important Information About Procedures for Applying for a Mortgage | AHM MILLS002642 | | |
| 114 | 7/19/2005 | Document Funding Checklist-Conventional | AHM MILLS006346 | | |
| 115 | 8/9/2005 | Recorded Version of Deed of Trust | AHM_MILLS001902AHM MILLS001923 | | |
| 116 | | INTENTIONALLY LEFT BLANK | | | |
| 117 | 8/9/2005 | Loan Policy of Title Insurance | AHM_MILLS002123-AHM MILLS002137 | | |

H = Hearsay     F = Foundation     R = Relevance     I = Incomplete     O = Opinion     N = Inconsistent with terms of scheduling order and/or Rules of Court     A = Authenticity     C=Compound

| Trial Exhibit Number | Date | Description | Bates Range | Deposition Exhibit No. | Admitted/Objection |
|---|---|---|---|---|---|
| 118 | 8/10/2006 | Email to T.Jones from M. Johnson re: potential reinstatement by Mills | AHM MILLS019230-19231 | | |
| 119 | 10/5/2010 | Deposition to Deborah Mills. Vol. 1 | | | |
| 120 | 10/19/2010 | Deposition of Deborah Mills. Vol. 2 | | | |
| 121 | 10/11/2010 | Deposition of Anthony Esquivel | | | |
| 122 | 10/12/2010 | Deposition of Jane Larkin | | | |
| 123 | 10/20/2010 | Deposition of Tawnya Lettau | | | |
| 125 | 3/30/2005 | Chase Agreements and related docs | AHM_MILLS007892-AHM MILLS007916 | Lettau 46 | C |
| 126 | Various | Conv. Event Foreclosure Review Checklist Packet | AHM_MILLS000089-AHM MILLS000421 | | C, R |
| 127 | 8/13/2010 | Declaration of. Mills in Support of Administrative Expense Claim | n/a | MillsD 1; Lettau 48 | |
| 128 | 6/6/2006 | Email from C. Oates to J.Gibson re: post-ponement of Foreclosure Sale | AHM MILLS0008177 | | |
| 129 | 6/6/2006 | Email from J.Gibson to M. Johnson re: post-ponement of Foreclosure Sale | AHM MILLS00000359 | | |
| 130 | 9/15/208 | Letter from M. Whiteman re: 1880 Burnt Rock Way, Templeton, California (from Mills Proof of Claim dated 3/21/2010) | n/a | | |
| 131 | 10/5/2008 | Email to Judge Sontchi from A. Esquivel (from Mills Proof of Claim dated 3/21/2010\ | n/a | | |
| 132 | 9/22/2008 | Letter to Judge Sontchi from A Esquivel (from Mills Proof of Claim dated 3/21/201 OJ | n/a | | |
| 133 | 8/20/2007 | Email to A Esquivel re: rejection of offer (from Mills Proof of Claim dated 3/21/2010) | n/a | | |
| 134 | | | | | |
| 135 | 6/12/2006 | Letter from D. Mills and A Esquivel to C. Oats re: postponement of sale | AHM_MILLS000355 AHM MILLS000358 | Esquivel 4 | |
| 136 | 3/31/2007 | Letter from D. Mills and A. Esquivel re: removal of personal property | AHMSI 000029 -AHMSI 000031 | Esquivel 5 | |
| 137 | 6/15/2006 | Letter to A Esquivel re: liquidation certificate of Deposit funds | AHM MILLS000346 | Esquivel 6 | |
| 138 | 3/7/2007 | Email from A. Esquivel and D. Mills to M. Strauss re: foreclosed property | MILLS000356-MILLS000357 | Esquivel 7 | |
| 139 | | INTENTIONALLY LEFT BLANK | | | |
| 140 | 8/6/2007 | Email from D. Mills to M. Strauss and J. Larkin re: 1880 Burnt Rock Way Loan | AHM MILLS007452 | Esquivel 9 | |

H = Hearsay    F = Foundation    R = Relevance    I = Incomplete    O = Opinion    N = Inconsistent with terms of scheduling order and/or Rules of Court    A = Authenticity    C=Compound

| Trial Exhibit Number | Date | Description | Bates Range | Deposition Exhibit No. | Admitted/Objection |
|---|---|---|---|---|---|
| 141 | 10/31/2007 | Attachment A to Mills Proof of Claim dated 11/19/2007 | | | |
| 142 | 3/712007 | Letter to M. Strauss from D. Mills and AEsquivel (from Mills Proof of Claim dated 11/19/2007\ | | | |
| 143 | | Addition And/Or Amendment to Escrow Instructions (from Mills Proof of Claim dated 11/19/2007] | | | |
| 144 | 8/18/2007 | Email from A. Esquivel to J. Larkin, A Horn, M. Strauss, and M. Feder re: (Disarmed) - Offer to Purchase N+1 | AHMSI 000085 -AHMSI 000086 | Esquivel 13 | |
| 145 | 8/20/2007 | Email from T. Miles to A Esqivel with Cc to J. Larkin and R. Tillis re: 1880 Burnt Rock Way, Templeton CA 93465 REO 1000928512 | MILLS000239 | Esquivel 14 | |
| 146 | 8/23/2007 | Email from A Esquivel to D. Friedman, J. Larkin, M. Strauss, A. Horn with Cc to landscapedivw@gmail.com, anthonius75@gmail.com | MILLS000150 -MILL.SOO0151 | Esquivel 15 | |
| 147 | 9/4/2007 | Email from K. Coffey to A. Esquivel re: business relationship | MILLS000236 -MILLS0O0238 | Esquivel 16 | |
| 148 | 8/15/2007 | Email from A Esquivel to J. Larkin with Cc to M. Strauss and M. Feder re: (Disarmed) | AHMSI 000069 -AHMSI 000070 | Esquivel 11 | |
| 149 | | | | | |
| 150 | 11/3/2009 | Letter from M. Seward of YCS&T to D. Mills re: confidential settlement of Claim Number 2743 | n/a | MillsD 8 | |
| 151 | 11/3/2009 | Letter from M. Seward of YCS&T to D. Mills re: confidential settlement of Claim Number 2743 | n/a | MillsD 9 | |
| 152 | 9/17/2010 | Claimant D. Mills' Response to Debtors' First Set of Interrogatories and Requests for Production of Documents | n/a | MillsD 11 | |
| 153 | 9/24/2010 | Claimant D. Mills' First Supplemental Response to Debtors' First Set of Interrogatories and Requests for Production of Documents | n/a | MillsD 12 | |
| 154 | 3/14/2006 | Request for Dismissal | n/a | MillsD 13 | |
| 155 | 8/9/2005 | Recorded Copy of Deed of Trust and Request for Notice of Default (980 Loan) | AHM_MILLS002344 AHM MILLS002353 | MillsD 61 | |
| 156 | 12/12/2005 | Letter from A. Ellsworth to D. Mills re: default notice ("breach letter") (512 Loan) | AHM MILLS0O0199 | MillsD 62 | |
| 157 | 12/12/2005 | Letter from A. Ellsworth to D. Mills re: default notice ("breach letter") (980 Loan) | AHM MILLS0O0405 | MillsD 63 | |
| 158 | 1/25/2006 | Letter from J. Gibson to D. Mills re: foreclosure status (512 Loan) | AHM MILLS0O0189 | MillsD64 | |
| 159 | 1/25/2006 | Letter from J. Gibson to D. Mills re: foreclosure status (980 Loan) | AHM MILLS0O0395 | MillsD 65 | |
| 160 | 5/29/2006 | Letter from D. Mills to A. Ellsworth re: default of mortaaac loan ("hardship letter") | MILLS000125 -MILLS0O0128 | MillsD 66 | |
| 161 | 6/5/2006 | Letter from D. Mills to C. Oats re: request to postpone sale of home | MILLS000119 and MILLS 000488 | MillsD 67 (MILLS000119 only) | C |
| 162 | 6/6/2006 | Letter from D. Mills to C. Oats re: reauest to postpone sale of home | MILLS000355 -MILLS0O0358 | MillsD 68 | |

H = Hearsay    F = Foundation    I = Incomplete    O = Opinion    N = Inconsistent with terms of scheduling order and/or Rules of Court    R = Relevance    A = Authenticity    C=Compound

| Trial Exhibit Number | Date | Description | Bates Range | Deposition Exhibit No. | Admitted/Objection |
|---|---|---|---|---|---|
| 163 | 6/15/2006 | Letter from D. Mills to A. Ellsworth re: request to postpone sale of home | AHM_MILLS000343 - AHM_MILLSOO0344 | MillsD 69 (AHM_MILLSOO0343 4 3 only) | |
| 164 | 6/21/2006 | Letter from D. Mills to Cal-Western re: request to postpone sale of home | MILLSOO0120 | MillsD 70 | |
| 165 | 6/26/2006 | Letter from B. Taus to Cal-Western re: bankruptcy petition of D. Mills | AHM_MILLS019146-AHM MILLS019147 | MillsD 71 | C, R |
| 166 | 6/26/2006 | U.S. Bankruptcy Court Central District of CA –Voluntary Petition and Related Schedules D, E, and F [D.I.1] | n/a | MillsD 72 | R |
| 167 | 7/11/2006 | U.S. Bankruptcy Court Central District of CA –Schedules and SOFA (Mills Bankr. D.I. 10) | n/a | MillsD 73 | |
| 168 | 6/30/2006 | U.S. Bankruptcy Court Central District of CA –Motion for Relief from Automatic Stay (D.I. 7) | n/a | MillsD 74 | |
| 169 | 6/30/2006 | U.S. Bankruptcy Court Central District of CA –Motion for Relief from Automatic Stay (D.I. 9 | n/a | MillsD75 | |
| 170 | | INTENTIONALLY LEFT BLANK | | | |
| 171 | 9/4/2007 | U.S. Bankruptcy Court Central District of CA –Stipulation for Judgment of Nondischargeability of Debt and Mutual General Release [Kuhn Settlement and Order–D.I. 21) | n/a | MillsD 77 | R |
| 172 | Unknown | Various handwritten notes | various | MillsD 78 | |
| 173 | Unknown | Various handwritten notes | various | MillsD 79 | |
| 174 | | INTENTIONALLY LEFT BLANK | | | |
| 175 | Unknown | LSAMs comments report log | AHM_Mills020053-AHM Mills020073 | Larkin 2 | |
| 176 | Unknown | LSAMs comments report log | AHM_Mills080020-AHM Mills008035 | Larkin 3 | |
| 177 | 1212212005 | AHM Servicing letter to D. Mills | AHM_Mills00199 | Larkin 4 | |
| 178 | 1212212005 | AHM Servicing letter from A. Ellsworth to D. Mills | AHM_MillsOO0405 | Larkin 5 | |
| 179 | 3/8/2007 | Email from D. Friedman to R. Hardman and J. Larkin re: foreclosure property owners | AHMSI 000006 –AHMSI000007 | Larkin 6 | |
| 180 | 3/8/2007 | Email from J. Larkin to D. Friedman with Cc to R. Hardman re: D. Mills chronology | AHM_MILLS08166 AHM MILLS08169 | Larkin 7 | |
| 181 | 3/8/2007 | Email from T. Miles to J. Larkin re: D. Mills property and removal of belongings | AHM_MILLS008212 | Larkin 8 | |
| 182 | 3/26/2007 | Loss Approval Request | AHM_MILLS01623 AHM MILLS01624 | Larkin 9 | |
| 183 | 3/15/2007 | Email from J. Larkin to S. Alagn with Cc to D. Friedman re: D. Mills chronology/summary | AHM_MILLS008207-AHM MILLS008208 | Larkin 10 | C=Compound |

H = Hearsay    F = Foundation    R = Relevance    I = Incomplete    O = Opinion    N = Inconsistent with terms of scheduling order and/or Rules of Court    A = Authenticity    C=Compound

| Trial Exhibit Number | Date | Description | Bates Range | Deposition Exhibit No. | Admitted/Objection |
|---|---|---|---|---|---|
| 184 | 3/31/2007 | Listing Addendum A and Listing Agreement | AHM_MILLS007377 AHM MILLS007381 | Larkin 11 | |
| 185 | Unknown | Residential Listing Agreement | AHM_MILLS020706 AHM MILLS020710 | Larkin 12 | |
| 186 | 3/31/2007 | AHM Servicing REO Marketing Agreement | AHM_MILLS020699 AHM MILLS020705 | Larkin 13 | |
| 187 | 4/9/2007 | Email from R. Tillis to T. Miles re: D. Mills property offers | AHM_MILLS020148-AHM MILLS020153 | Larkin 14 | |
| 188 | 4/11/2007 | Facsimile from T. Miles to R. Tillis re: property offers | Unable to read | Larkin 15 | |
| 189 | 10/9/2007 | AHM Servicing Reduction Request | AHM MILLS007430 | Larkin 16 | |
| 190 | 6/1/2006 | Market Place Properties LOC/B&B Investments -Loan Commitment | MILLS 000488 | | |
| 191 | 6/15/2006 | Letter from First Fidelity to A. Esquivel re: liquidating certificate of Deposit funds | AHM MILLS000344 | | |
| 192 | 7/25/2006 | U.S. Bankruptcy Court Central District of CA –Order Granting Motion for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (Real Property) [D.1. 121] | n/a | | |
| 193 | 7/25/2006 | U. S. Bankruptcy Court Central District of CA –Order Granting Motion for Relief from the Automatic Stay Under 11 U. S. C. Section 362 (Real Property) [D.1. 131] | n/a | | |
| 194 | 8/9/2006 | Email from Vaughn Taus to T. Jones re: Deborah Mills foreclosure | AHM MILLSOO0305 | | |
| 195 | 3/15/2007 | Personal Property Agreement & Release | AHMSI 000026 | | |
| 196 | 5/17/2007 | Alternative Notice of Right to Reclaim Abandoned Personal Property | AHM MILLS007463 | | |
| 197 | 8/14/2007 | Letter from D. Mills and A. Equivel re: Sale and Title Transfer (offer to purchase for $300,000) | AHMSI 000070 | | |
| 198 | 1/27/2006 | Recorded copy of Notice of Default | n/a | | |
| 199 | 1/30/2006 | Affidavit of Mailing Notice of Default | AHM_MILLS019122-AHM MILLS019126 | | |
| 200 | 2/27/2006 | Affidavit of Mailing Notice of Default | AHM_MILLS019113-AHM MILLS019117 | | |
| 201 | 3/11/2006 | Recorded copy of Substitution of Trustee | n/a | | |
| 202 | 5/15/2006 | Recorded Copy of Notice of Trustee's Sale | n/a | | |
| 203 | 5/18/2006 | Affidavit of Mailing Notice of Trustee Sale | AHM_MILLS019108 -AHM MILLS019112 | | |
| 204 | 5/16/2006 | Reliable Posting & Publishing –Certificate of Posting Property and Public Place | AHM_MILLS019458-AHM MILLS019461 | | |
| 205 | 6/1/2006 | The Cambrian -Affidavit of Publication -Notice of Trustee's Sale | AHM MILLS019462 | | |

H = Hearsay    F = Foundation    R = Relevance    I = Incomplete    O = Opinion    N = Inconsistent with terms of scheduling order and/or Rules of Court    A = Authenticity    C=Compound

| Trial Exhibit Number | Date | Description | Bates Range | Deposition Exhibit No. | Admitted/Objection |
|---|---|---|---|---|---|
| 206 | 6/7/2006 | Reliable Posting & Publishing -Certificate of Postponement | AHM MILLS019465 | | |
| 207 | 6/19/2006 | Reliable Posting & PublishinQ -Certificate of Postponement | AHM MILLS019466 | | |
| 208 | 6/26/2006 | Reliable Postina & Publishina -Certificate of Postponement | AHM MILLS019467 | | |
| 209 | 9/2212008 | Letter from D. Mills and A. Esquival to Judge Sontchi re: Letter of Relief for Settlement re: Claim #2743 | n/a | | |
| 210 | 8/21/2007 | Email from D. Mills to A. Horn, D. Friedman, J. Larkin with Cc to A. Esquivel re: 1880 Burnt Rock Way | AHMSI 000097 | | |
| 211 | 2125/2007 | Letter of Intent to Purchase Real Estate from Curtis C. and Vanessa Brown | AHM_MILLS020342 -AHM MILLS020369 | | C |
| 212 | 3/1212007 | Faxed copy of Disclosure re: Real Estate Agency Relationships | AHM_MILLS020766-AHM MILLS020799 | | |
| 213 | 3/30/2007 | California -Residential Purchase Agreement and Joint Escrow Instructions | AHM_MILLS020800-AHM MILLS020809 | | |
| 214 | 4/5/2007 | California -Residential Purchase Agreement and Joint Escrow Instructions | AHM_MILLS020816-AHM MILLS020825 | | |
| 215 | 4/11/2007 | Fax from Eva Marie Fontanilla re: new offer for 1880 Burnt Rock Way | AHM_MILLS026655-AHM MILLS020234 | | |
| 216 | 8/15/2007 | Fax from T. Miles to AHM (Attn: Reandrea Tillis) re: offer from A. Esquivel and D. Mills | AHM_MILLS020264-AHM MILLS020284 | | |
| 217 | 12110/2007 | California -Residential Purchase Agreement and Joint Escrow Instructions | AHM_MILLS020826-AHM MILLS020848 | | |
| 218 | 1211212007 | Counter Offer Evaluation Worksheet | AHM MILLS020232 | | |
| 219 | 3/27/2007 | Listing Agreement Ref#/#1000928512l1Mills | AHM_MILLS020692-AHM MILLS020710 | | |
| 220 | 3/31/2007 | Letter from D. Mills and A. Esquivel re: removal of personal property (also see #136) | AHM_MILLS020678 -AHM MILLS020680 | | |
| 221 | 4/16/2007 | Email from eval@earthlink.net to T. Miles re: 1880 Burnt Rock Wav and reiection of offers | AHM MILLS020153 | | |
| 222 | 4/16/2007 | Email from R. Tillis to T. Miles re: 1880 Burnt Rock Way -rejected offers | AHM MILLS020152 | | |
| 223 | 3/1212007 | Email from V. Taus to D. Mills re:Sample Agreement | MILLS000011 | | |
| 224 | 4/10/2007 | Email from R. Tillis to T. Miles re: 1880 Burnt Rock Wav -Seller counter | AHM MILLS020151 | | |
| 225 | 7/14/2000 | Mortgage Electronic Registration Systems. Inc. -Corporate Resolution | n/a | | |
| 226 | 1/25/2006 | Letter from J. Gibson of Cal-Western Reconveyance Corp. re: commencement of foreclosure | AHM_MILLS019372-AHM MILLS019388 | | C |
| 227 | 12128/2005 | AHM Offering Circular and Supplement | AHM_MILLS017806-AHM MILLS018026 | | |

H = Hearsay    F = Foundation    R = Relevance    I = Incomplete    O = Opinion    N = Inconsistent with terms of scheduling order and/or Rules of Court    A = Authenticity    C=Compound

| Trial Exhibit Number | Date | Description | Bates Range | Deposition Exhibit No. | Admitted/Objection |
|---|---|---|---|---|---|
| 228 | 10/31/2005 | AHMAT 2005-1 Closing Documents | AHM_MILLS016010-AHM MILLS017799 | | |
| 229 | 12/21/2005 | Trust Agreement | AHM_MILLS018054-AHM MILLS018060 | | |
| 230 | 12/28/2005 | Amended and Restated Trust Agreement | AHM_MILLS014022-AHM MILLS014101 | | |
| 231 | 12/28/2005 | Master Servicing Agreement | AHM_MILLS018321 -AHM MILLS018361 | | |
| 232 | 12/28/2005 | Servicing Agreement | AHM_MILLS018362-AHM MILLS018423 | | |
| 233 | 7/19/2005 | Loan Closing Instructions | AHM_MILLS001960-AHM MILLS001964 | | |
| 234 | 11/212010 | Third Party Business Records Affidavit from Cal-Western and Related Exhibits | n/a | | C, A |
| 235 | 7/26/2006 | U.S. Bankrutpcy Court Central District of CA -Employee Income Records (D.I. 17) | n/a | | R |
| 236 | 7/27/2006 | U.S. Bankrutpcy Court Central District of CA -BNC Certificate of Mailing re: Order Granting Motion for Relief from Automatic Stav (D.I. 14) | n/a | | |
| 237 | 7/27/2006 | U.S. Bankrutpcy Court Central District of CA -BNC Certificate of Mailing re: Order Granting Motion for Relief from Automatic Stav (D.I. 15) | n/a | | |
| 238 | | INTENTIONALLY LEFT BLANK | | | |
| 239 | 10/27/2006 | Declaration concerning debtor's schedules -Amended, Amended Schedule I , Chapter 7 Statement of Current Monthly Income and Means Test Calculation -Form 22A - Amended, Amended Schedule J [D.I. 29] | n/a | | R |
| 240 | 11/17/2006 | U.S. Bankrutpcy Court Central District of CA -Declaration of R. Esquivel re: Employee Income Records [D.I. 31] | n/a | | R |
| 241 | 11/17/2006 | U.S. Bankrutpcy Court Central District of CA -Declaration of R. Esquivel re: Employee Income Records [D.I. 32] | n/a | | R |
| 242 | 11/17/2006 | U.S. Bankrutpcy Court Central District of CA -Declaration of R. Esquivel re: Employee Income Records [D.I. 33] | n/a | | R |
| 243 | 11/17/2006 | U.S. Bankrutpcy Court Central District of CA -Amended Schedule J -Second Amended [D.I. 34] | n/a | | R |
| 244 | 11/17/2006 | U.S. Bankrutpcy Court Central District of CA -Declaration Concerning Debtor's Amended Schedules [D.I. 35] | n/a | | R |
| 245 | 11/17/2006 | U.S. Bankrutpcy Court Central District of CA -Amended Business Income and Expenses [D.I. 36] | n/a | | R |
| 246 | 11/17/2006 | U.S. Bankrutpcy Court Central District of CA -Amended Business Income and Expenses [D.I. 37] | n/a | | R |
| 247 | 11/17/2006 | U.S. Bankrutpcy Court Central District of CA -Amended Business Income and Expenses [D.I. 38] | n/a | | R |
| 248 | 11/17/2006 | U.S. Bankrutpcy Court Central District of CA -Second Amended Schedule-I [D.I. 39] | n/a | | R |

H = Hearsay    F = Foundation    R = Relevance    I = Incomplete    O = Opinion    N = Inconsistent with terms of scheduling order and/or Rules of Court    A = Authenticity    C=Compound

| Trial Exhibit Number | Date | Description | Bates Range | Deposition Exhibit No. | Admittel/Objection |
|---|---|---|---|---|---|
| 249 | 11/17/2006 | U.S. Bankruptcy Court Central District of CA - Second Amended Statement of Current Monthly Income and Means Test Calculation - Form 22A [D.I. 40] | n/a | | R |
| 250 | 11/21/2006 | U.S. Bankruptcy Court Central District of CA - Withdrawal re: Employee Income Records and Amended Schedule J Amended Business and Expense [D.I. 41] | n/a | | R |
| 251 | 7/19/2007 | U.S. Bankruptcy Court Central District of CA - Discharge of Debtor in a Chapter 7 Case [D.I. 52] | n/a | | R |
| 252 | 10/5/2007 | U.S. Bankruptcy Court Central District of CA - Withdrawal re: Motion to Convert Case from Chapter 7 to Chapter 13 [0.1. 54] | n/a | | R |
| 253 | 10/9/2007 | U.S. Bankruptcy Court Central District of CA - Order Closing Case [D.I. 55] | n/a | | R |
| 254 | Various | U.S. Bankruptcy Court Central District of CA - Docket Summary for Case No. 9:06-bk-10337-RR | n/a | | R |
| 255 | 8/9/2005 | Recorded Grant Deed | n/a | | |
| 256 | 8/9/2005 | Recorded Deed of Trust (512 Loan) | AHM_MILLS001902-AHM_MILLS001923 | | |
| 257 | 8/9/2005 | Recorded Deed of Trust and Request for Notice of Default (980 Loan) | AHM_MILLS002344 AHM_MILLS002353 | MillsD 61 | |
| 258 | 1/27/2006 | Recorded Notice of Default (512 Loan) | n/a | | |
| 259 | 1/27/2006 | Recorded Notice of Default (980 Loan) | n/a | | |
| 260 | 3/1/2006 | Recorded Substitution of Trustee 1512 Loan) | n/a | | |
| 261 | 3/1/2006 | Recorded Subsitution of Trustee 1980 Loan) | n/a | | |
| 262 | 5/15/2006 | Recorded Notice of Trustee's Sale (512 Loan) | n/a | | |
| 263 | 5/15/2006 | Recorded Notice of Trustee's Sale (980 Loan) | n/a | | |
| 264 | 8/17/2006 | Recorded Notice of Rescission 1512 Loan) | n/a | | |
| 265 | 8/22/2006 | Recorded Trustee's Deed Upon Sale | n/a | | |
| 266 | 1/14/2009 | Recorded Substitution of Trustee and Full Reconveyance | n/a | | |
| 267 | 2/3/2006 | Recorded California Grant Deed | n/a | | |
| 268 | 1113/2009 | Recorded Interspousal Transfer Grant Deed signed by S. Thorndyke | n/a | | |
| 269 | 1/13/2009 | Recorded Intersoousal Transfer Grant Deed siqned by J. Ehrke | n/a | | |
| 270 | 1/13/2009 | Recorded Interspousal Transfer Grant Deed signed by L. Tobey | n/a | | |

H = Hearsay    F = Foundation    I = Incomplete    R = Relevance    O = Opinion    N = Inconsistent with terms of scheduling order and/or Rules of Court    A = Authenticity    C=Compound

| Trial Exhibit Number | Date | Description | Bates Range | Deposition Exhibit No. | Admitted/Objection |
|---|---|---|---|---|---|
| 271 | 1/13/2009 | Recorded Grant Deed | n/a | | |
| 272 | 8/10/2006 | Reinstatement Worksheet (980 Loan) | AHM MILLS019139 | | |
| 273 | 8/10/2006 | Reinstatement Worksheet 1512 Loan) | AHM MILLS019140 | | |
| 274 | 1/14/2009 | Recorded Copy of Substitution of Trustee and Full Reconveyance | n/a | | |
| 275 | 8/10/2005 | Recorded Copy of Notice of Completion | n/a | | |
| 276 | 12/14/2009 | Recorded Copy of Survey Monument Grant Deed | n/a | | |
| 277 | 12/14/2009 | Recorded Copy of Deed of Trust | n/a | | |
| 278 | 9/12/2006 | U.S. Bankruptcy Court Central District of CA -Adversary Case 06-01097, [D.1.1] | n/a | | R |
| 279 | 10/13/2006 | U.S. Bankruptcy Court Central District of CA -Adversary Case 06-01097, [D.1. 4] | n/a | | R |
| 280 | 8/27/2007 | U.S. Bankruptcy Court Central District of CA -Adversary Case 06-01097, [D.1. 20] | n/a | | R |
| 281 | 9/2/2007 | U.S. Bankruptcy Court Central District of CA -Adversary Case 06-01097, [D.1. 21] | n/a | | R |
| 282 | 10/5/2007 | U.S. Bankruptcy Court Central District of CA -Adversary Case 06-01097, [D.1. 22] | n/a | | R |
| 283 | | 2003 Tax Returns of Mills | n/a | | R |
| 284 | | 2004 Tax Returns of Mills | n/a | | R |
| 285 | 2/27/2006 | Affidavit of Mailing Substitution of Trustee | AHM_MILLS019118-AHM MILLS019121 | | |
| 286 | 8/10/2006 | Declaration of Trustee's Sale | AHM MILLS019463 | | |
| 287 | 6/6/2006 | E-mail from D. Friedman to R. Cordova | AHM MILLS008178 | | |
| 288 | 9/3/2010 | Claimant D. Mill's Notice of Deposition of Debtors | n/a | | |
| 289 | Various | Field Audit Report (1 of 2) | AHM_MILLS015948-AHM MILLS015992 | | |
| 290 | Various | Field Audit Report (2 of 2) | AHM_MILLS015993 AHM MILLS016004 | | |
| 291 | 4/25/2007 | Email from A. Esquivel to L. Norwood re: Support on Option 3 | NORWOOD00000063 | | A |
| 292 | 4/11/2007 | Email from A Esquivel to L. Norwood re: American paper work | NORWOOD00000382 | | A |
| 293 | 3/30/2007 | Email from A Esouivel to L. Norwood re: signing docs | NORWOOD00000408 | | A |
| 294 | 3/23/2007 | Email from A Esquivel to L. Norwood re: property | NORWOOD00000494 | | A |
| 295 | 10/31/2005 | Mortgage Backed-PIT Certificates Series 2005-I | AHM_MILLS021100-AHM MILLS021121 | | |
| 296 | 12/30/2005 | Mortgage Pass Through Certificates Series 2005-SD1 | AHM_MILLS021122-AHM MILLS021148 | | |
| 297 | 3/27/2007 | Email from T.Miles to D.Mills re:Listing Price | MILLS000006-07 | | |
| 298 | 8/21/2006 | Email from V. Taus to D. Mills re: Update | MILLS000009-10 | | |
| 299 | 2/28/2007 | Appraisal Report | AHM MILLS009902-927 | | |

H = Hearsay    F = Foundation    I = Incomplete    O = Opinion    N = Inconsistent with terms of scheduling order and/or Rules of Court    A = Authenticity    C=Compound

R = Relevance

| Trial Exhibit Number | Date | Description | Bates Range | Deposition Exhibit No. | Admitted/Objection |
|---|---|---|---|---|---|
| 300 | 8/15/2007 | Residential Purchase Agreement from A.Hall | AHM MILLS007535-7546 | | |
| 301 | 8/17/2007 | Email from A.Esquivel to J.Larkin re: the Property | AHMSI000080-81 | | |
| 302 | 8/30/2007 | Email from K.Coffey to J.Larkin re: Offer | AHMSI 000039 | | |
| 303 | 9/10/2007 | Email from J.Larkin to K.Coffey re: Offer | AHMSI000115-120 | | |
| 304 | 9/26/2010 | Email from J.Larkin to K.Coffey re: Update | AHMSI000125-126 | | |
| 305 | 12/16/2007 | Email from D.Mills to A.Esquivel re:sidebar | MILLS000202-203 | | |

H = Hearsay    F = Foundation    R = Relevance    I = Incomplete    O = Opinion    N = Inconsistent with terms of scheduling order and/or Rules of Court    A = Authenticity    C=Compound