IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al., [1]

    Debtors.
------------------------------------------------------------------------ x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR TRIAL ON NOVEMBER 22, 2010 AT 10:00 A.M. (ET)

### CONTESTED MATTERS GOING FORWARD

1.    Administrative Expense Claims Numbered 10802, 10803, 10804, 10805, 10806, 10807, 10808 and 10809 filed by Deborah Mills

    Related Documents:

        a)    Scheduling Order [D.I. 9149, 8/17/10]

        b)    Scheduling Order [D.I. 9213, 9/13/10]

        c)    Joint Pretrial Order Regarding Claim Objection Hearing [D.I. 9482, 11/19/10]

        **d)**    **Notice of Filing Amended Exhibit Lists to Joint Pretrial Order Regarding Claim Objection Hearing [D.I. 9486, 11/21/10]**

    Objections/Responses Filed:

        e)    Debtors' Objection to Administrative Expense Claims Numbered 10802, 10803, 10804, 10805, 10806, 10807, 10808 and 10809 filed by Deborah Mills [D.I. 9405, 11/3/10]

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

[2]  **Amendments appear in bold.**

f)  Claimant Deborah E. Mills's Response to Debtors' Objections to Administrative Expense Claims Numbered 10802, 10803, 10804, 10805, 10806, 10807, 10808 and 10809 [D.I. 9441, 11/11/10]

g)  Debtors' Reply to Claimant Deborah E. Mills's Response to Debtors' Objections to Administrative Expense Claims Numbered 10802, 10803, 10804, 10805, 10806, 10807, 10808 and 10809 [D.I. 9466, 11/17/10]

Status: This matter will be going forward.

2.  Deborah Mills's Motion for Partial Summary Judgment that the Foreclosure of Her Property was Defective [D.I. 9411, 11/4/10]

Related Documents:

a)  Deborah Mills's Opening Brief in Support of Her Motion for Partial Summary Judgment that the Foreclosure of Her Property was Defective [D.I. 9412, 11/4/10]

b)  Declaration of Richard C. Weinblatt in Support of Deborah Mills's Motion for Partial Summary Judgment that the Foreclosure of Her Property was Defective [D.I. 9413, 11/4/10]

Objections/Responses Filed:

c)  Debtors' Brief in Opposition to Deborah Mills's Motion for Partial Summary Judgment that the Foreclosure of Her Property was Defective [D.I. 9471, 11/18/10]

**d)  Corrected Deborah Mills's Reply Brief in Support of Her Motion for Partial Summary Judgment that the Foreclosure of Her Property was Defective [D.I. 9485, 11/20/10]**

Status: This matter will be going forward.

3.  Motion *in Limine* of Claimant Deborah E. Mills for an Order Excluding Any Evidence Related to Mills' Tax Returns and Schedules Submitted During Her Personal Bankruptcy [D.I. 9445, 11/14/10]

Objections Filed:

a)  Debtors' Objection to Claimant Deborah E. Mills for an Order Excluding Any Evidence Related to Mills' Tax Returns and Schedules Submitted During Her Personal Bankruptcy Case [D.I. 9477, 11/19/10]

Status: This matter will be going forward.

4.      Motion *in Limine* of Claimant Deborah E. Mills for an Order Excluding the Expert
        Testimony and Report of Philip M. Adleson [D.I. 9446, 11/14/10]

        Objections Filed:

                a)      Debtors' Objection to, and Motion to Dismiss, the Motion in Limine of
                        Claimant Deborah E. Mills for an Order Excluding the Expert Testimony
                        and Report of Philip M. Adleson [D.I. 9478, 11/19/10]

        Status: This matter will be going forward.

5.      Debtors' Motion *in Limine* for a Determination That JPMorgan Chase N.A. and Tawnya
        Lettau were not the Agents of Debtors [D.I. 9483, 11/19/10]

        Objections Filed:      None as of the filing of this Agenda

        Status: This matter will be going forward.

Dated: Wilmington, Delaware            **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
        November 21, 2010

                                        */s/ Margaret Whiteman Greecher*
                                        Sean M. Beach (No. 4070)
                                        Sharon M. Zieg (No. 4196)
                                        Margaret Whiteman Greecher (No. 4652)
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 571-6600
                                        Facsimile: (302) 571-1253

                                        *Counsel for Debtors and Debtors in Possession*