**SIGN - IN - SHEET**

CASE NAME: American Home Mortgage
CASE NO: 07-11047 (CSS)

COURTROOM LOCATION: 6
DATE: 11/22/10 AT 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Edward Schnitzer | Hahn & Hessen | Creditors Committee |
| Stan Stamoulis | Stamoulis & Weinblatt | Claimant Mills |
| Rich Weinblatt | " | " |
| Deborah Mills | — | " |
| Anthony Esquivel | — | " |
| Candice Hebden | — | " |
| Andrew A. Lundgren | Young Conaway Stargatt + Taylor | Debtors |
| Sean Beach | " | " |
| Sharon Zieg | " | " |
| Erin Edwards | " | " |
| Margaret W. Greecher | " | " |
| Morgan Seward | " | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**