IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x
In re:                                                  :   Chapter 11
                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                  :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                         :
                                                        :   Jointly Administered
     Debtors.                                           :
------------------------------------------------------------------------x   Ref. Docket Nos.  9453 & 9454

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 15, 2010, I caused to be served the:

   a. "Notice of Debtors' Sixty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated November 15, 2010, to which was attached the "Debtors' Sixty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated November15, 2010 [Docket No. 9453], (the "66th Omnibus Objection"), and

   b. "Notice of Debtors' Sixty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated November 15, 2010, to which was attached the "Debtors' Sixty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated November 15, 2010 [Docket No. 9454], (the "67th  Omnibus Objection"),

   by causing true and correct copies of the:

   i. 66th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii.    67th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                            Konstantina Hardopoulos

Sworn to before me this  
15th day of November, 2010

_____  
Notary Public

Cassandra Murray  
NOTARY PUBLIC STATE OF NEW YORK  
No 01MU6220179  
Qualified in the County of Queens  
Commission Expires April 12, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| BANK OF NEW YORK, THE | ATTN LEO T. CROWLEY, ESQ. PILLSBURY WINTHROP SHAW PITTMAN LLP 1540 BROADWAY NEW YORK NY 10036 |
| BANK OF NEW YORK, THE | ATTN: MARTIN FEIG 101 BARCLAY STREET, 8W NEW YORK NY 10286 |
| DB STRUCTURED PRODUCTS, INC | PETER PRINCIPATO, DIRECTOR DEUTSCHE BANK SECURITIES INC 60 WALL STREET NEW YORK NY 10005 |
| DB STRUCTURED PRODUCTS, INC | STEVEN KESSLER, ESQ. DEUTSCHE BANK AG NEW YORK 60 WALL STREET, 36TH FL NEW YORK NY 10005-2858 |
| DB STRUCTURED PRODUCTS, INC | STEVEN KESSLER, ESQ. 60 WALL STREET, 36TH F. NEW YORK NY 10005-2858 |
| DB STRUCTURED PRODUCTS, INC | STEVEN WILAMOWSKY ESQ BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| DB STRUCTURED PRODUCTS, INC | STEVEN WILLAMOWSKY, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| FARMERS INS. AGENCY | C/O JOHN ANDA 950 N. ELMHURST RD. STE 101 MT. PROSPECT IL 60056 |
| MAIER, EDWARD CHARLES & MARCELLA MAE | MAIER JT TEN 7510 CAHILL RD APT 315B EDINA MN 55439-2788 |
| PRINCE GEORGE'S COUNTY, MD | C/O MEYERS, RODBELL & ROSENBAUM, P.A. M. EVAN MEYERS 6801 KENILWORTH AVENUE, SUITE 400 RIVERDALE PARK MD 20737-1385 |
| TITLE SERVICES CORPORATION | ATTN BRIAN G SAYER DUNAKEY & KLATT, P.C. 603 COMMERCIAL ST WATERLOO IA 50701 |

**Total Creditor count  11**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA LEASING & CAPITAL, LLC | PO BOX 5375 PRINCETON NJ 085435375 |
| BANC OF AMERICA LEASING & CAPITAL, LLC | ATTN BRIAN P. MCCONAGHY ONE FINANCIAL PLAZA PROVIDENCE RI 02903 |
| COUNTRYWIDE HOME LOANS, INC. | C/O DAVID J NOWACZEWSKI, BODMAN LLP 6TH FLOOR AT FORD FIELD 1901 ST ANTOINE STREET DETROIT MI 48226 |
| EMPIRE HEALTHCHOICE ASSURANCE, INC. | ATTN MICHAEL R. DAL LAGO, ESQ. MORRISON COHEN, LLP 909 THIRD AVENUE NEW YORK NY 10022 |
| EMPIRE HEALTHCHOICE ASSURANCE, INC. | DBA EMPIRE BLUE CROSS BLUE SHIELD ATTN LOUIS BENZA, ESQ. 15 METRO TECH CENTERC 6TH FLOOR BROOKLYN NY 11201 |
| NATIONWIDE LENDING & ASSOCIATES, LLC | ATTN ERNIE CARDENAS 3231 SHELTER COVE LANE ELK GROVE CA 95758 |
| UNITED GUARANTY RESIDENTIAL INS CO ET AL | ATTN SARA F MILLARD, AUTHORIZED REP. LAW DEPARTMENT 230 N. ELM, SUITE 27401, P.O. BOX 20597 GREENSBORO NC 27420 |

**Total Creditor count  7**