# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS   **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, NOVEMBER 22, 2010 10:00 AM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | LESLIE MURIN |

## Matter:

Evidentiary Hearing - Contested Admin Claim (approx 10 witnesses)

**R / M #:**   0 / 0

## Appearances:

See sign-in sheet

## Proceedings:

Hearing Matters

Hearing held.

Judge signed Order Granting in Part, and Denying in Part, Debtor's Emergency Motion in Limine to Exclude Undisclosed Evidence Regarding the Mills Claims and Precluding Ms. Mills from Asserting any Claims Based Upon Such evidence