**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
In re:                                              :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                    :
                                                    :    Jointly Administered
                                                    :
        Debtors.                                    :    Docket Ref. No.9443
------------------------------------------------------------ x
```

**ORDER GRANTING IN PART, AND DENYING IN PART, DEBTORS'
EMERGENCY MOTION IN LIMINE TO EXCLUDE UNDISCLOSED
EVIDENCE REGARDING THE MILLS CLAIMS AND PRECLUDING MS.
MILLS FROM ASSERTING ANY CLAIMS BASED UPON SUCH EVIDENCE**

Upon consideration of the *Debtors' Emergency Motion in Limine to Exclude Undisclosed Evidence Regarding the Mills Claims and Precluding Ms. Mills from Asserting Any Claims Based Upon Such Evidence* (the "Motion")[2] filed by the above-captioned debtors and debtors-in-possession (the "Debtors"); and due and adequate notice of the Motion having been given under the circumstances; and all parties in interest having been heard or having had the opportunity to be heard; and after due deliberation and sufficient cause appearing therefor; it is hereby:

ORDERED, that the Motion is granted in part and denied in part; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] All capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

ORDERED, that any and all evidence pertaining to emotional distress damages, punitive damages based on emotional distress and punitive damages based on a common law remedy is excluded; and it is further

ORDERED, that Ms. Mills is precluded from asserting any emotional distress damages, punitive damages based on emotional distress and punitive damages based on a common law remedy; and it is further

ORDERED, that the Motion is denied in part as to the Undisclosed Fraud Allegations; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: November 22, 2010
      Wilmington, Delaware

                               The Honorable Christopher S. Sontchi
                               United States Bankruptcy Judge