**SIGN - IN - SHEET**

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 11/23/10 AT 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Sean Beach | Young Conaway Stargatt + Taylor | Debtors |
| Sharon Zieg | " | " |
| Margaret Greecher | " | " |
| Erin Edwards | " | " |
| Andrew Lundgren | " | " |
| Morgan Seward | " | " |
| Edward Schnitzer | Hahn & Hessen LLP | Creditors Committee |
| Stan Stamoulis | Stamoulis & Weinblatt | Claimant Deborah Mills |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.