## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x

In re:                                                              :        Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :        Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                   :
                                                                   :        Jointly  Administered
                                               Debtors.            ::

------------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE        )
                         ) SS
NEW CASTLE COUNTY        )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on November 18, 2010, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Debtors' Brief in Opposition to Deborah Mills's Motion for Partial Summary Judgment [D.I. 9471]

_____

Debbie Laskin

      SWORN TO AND SUBSCRIBED before me this 23 day of November 2010.

_____

Notary Public     KASSANDRA ANN RIDDLE
                  NOTARY PUBLIC
                  STATE OF DELAWARE
                  My commission expires July 10, 2012

066585.1001

## SERVICE LIST

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
*Hand Delivery*

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
*Hand Delivery*

Mark Indelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
Official Committee of Unsecured Creditors
*First Class Mail*

Stamatios Stamoulis
Two Fox Point Centre
Stamoulis & Weinblatt
6 Denny Road, Suite 307
Wilmington, DE 19809
(Deborah Mills)
*By Email and First Class Mail*