**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)

# SIGN - IN - SHEET

**COURTROOM LOCATION:** 6
**DATE:** 11/24/10 AT 9:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Edward Schmitzer | Hahn & Hessen | Official Committee of Unsecured Creditors |
| Sean Beach | YCST | Debtors |
| Margaret W. Greecher | YCST | |
| Sharon Zieg | YCST | |
| Erin Edwards | YCST | |
| Morgan Seward | YCST | |
| Andrew Lundgren | YCST | |
| Richard C. Weinblatt | Stavrolis Weinblatt | Claimant Deborah Mills |
| Stavrolis Stavrolis | Stavrolis & Weinblatt | Claimant Deborah Mills |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**