IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                      :
                                                                       :   Jointly Administered
                                        Debtors.                       ::
---------------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on November 19, 2010, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Debtors' Objection to Claimant Mills's Motion in Limine for an Order Excluding Any Evidence Related to Mills' Tax Returns and Schedules Submitted During Her Personal Bankruptcy Case [D.I. 9477]

Debtors' Objection to, and Motion to Dismiss, the Motion in Limine of Claimant Deborah Mills for an Order Excluding the Expert Testimony and Report of Philip M. Adleson [D.I. 9478]

Joint Pretrial Order Regarding Claim Objection Hearing [D.I. 9482]

Debtors' Motion in Limine for a Determination that JPMorgan Chase, N.A. and Tawnya Lettau Were Not the Agents of the Debtors [D.I. 9483]

                                                                     _____
                                                                     Debbie Laskin

      SWORN TO AND SUBSCRIBED before me this 24 day of November 2010.

                                                                _____
                                                                Notary Public

KASSANDRA ANN RIDDLE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 10, 2012

YCST01:6163664.16                                                                                        066585.1001

## SERVICE LIST

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
*By Hand Delivery*

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
*By Hand Delivery*

Mark Indelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
Official Committee of Unsecured Creditors
*By First Class Mail*

Stamatios Stamoulis
Two Fox Point Centre
Stamoulis & Weinblatt
6 Denny Road, Suite 307
Wilmington, DE 19809
(Deborah Mills)
*By Email*