# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **AMERICAN HOME MORTGAGE** | : | **Case No. 07-11047 (CSS)** |
| **HOLDINGS, INC.**, a Delaware | : | |
| Corporation, et al.,[1] | : | **Jointly Administered** |
| | : | |
| | : | Objection Deadline:  December 14, 2010 at 4:00 p.m. |
| **Debtors.** | : | Hearing Date:  Only if objections are filed |

## NOTICE OF EIGHTH MONTHLY APPLICATION OF HENNIGAN, BENNETT & DORMAN LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2010 THROUGH SEPTEMBER 30, 2010

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

   PLEASE TAKE NOTICE that the **EIGHTH MONTHLY APPLICATION OF HENNIGAN BENNETT & DORMAN LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD AUGUST 1, 2010 THROUGH SEPTEMBER 30, 2010** (the "Application") has been filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Application seeks allowance of monthly fees in the amount of $173,281.60 (80% of $216,602.00) and monthly expenses in the amount of $6,319.97.

   PLEASE TAKE FURTHER NOTICE that the Objections, if any, to the Application must be made in accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code, dated September 3, 2007 [Docket No. 547] (the "Administrative Order"), and must be filed with the Clerk of the Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, **on or before December 14, 2010, at 4:00 p.m. (ET)** (the "Objection Deadline").  Copies of the Fee Application are available upon written request to the undersigned.

---

[1]   The Debtors are the following entities:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

PLEASE TAKE FURTHER NOTICE that at the same time, you must also serve a copy of the objection so as to be received by the undersigned counsel on or before the Objection Deadline. Only those objections that are timely filed, served and received will be considered by the Court.

PLEASE TAKE FURTHER NOTICE that if no objections are received prior to the Objection Deadline, in accordance with the Administrative Order Hennigan, Bennett & Dorman LLP ("HBD")is authorized to file a Certificate of No Objection with the Bankruptcy Court, after which the Debtor is authorized to pay HBD an amount equal to the lesser of (i) 80 percent of the fees and 100 percent of expenses requested in the Application; or (ii) 80 percent of the fees and 100 percent of the expenses not subject to an objection without the need for further order of the Bankruptcy Court. If an objection is properly filed and served and such objection is not otherwise resolved, or the Bankruptcy Court determines that a hearing should be held in respect of the Application, a hearing will be held at a time convenient to the Bankruptcy Court. Only those objections made in writing and timely filed, served and received in accordance with the Administrative Order will be considered by the Bankruptcy Court at the hearing.

Dated: Wilmington, Delaware
November 24, 2010

FERRY, JOSEPH AND PEARCE, P.A.

/s/ Lisa L. Coggins
Rick S. Miller (No. 3418)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19801
Telephone: (302) 575-1555
Facsimile: (302) 575-1714

-and-

HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett
Michael A. Morris
Joshua D. Morse
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200

*Special Conflicts Counsel to the
Official Committee of Unsecured Creditors*