# EXHIBIT B

1659959.1

PAGE 36                         In Reference To:                         DATE: 11/23/2010
American Home Mortgage
Our File Number: AHMH.AHM

COSTS ADVANCED

| Description | Amount |
|---|---:|
| CD Copies | 200.00 |
| Couriers | 106.71 |
| Document Management | 284.46 |
| Computerized Legal Research | 1,932.80 |
| Telephone | 34.75 |
| In-House Reproduction | 4.30 |
| Meals | 342.50 |
| Postage | 1.56 |
| Scanning | 0.40 |
| Travel & Transportation | 3,412.49 |
| **TOTAL COSTS ADVANCED:** | **$6,319.97** |

In Reference To:                         DATE: 11/23/2010
American Home Mortgage
Our File Number:  AHMH.AHM

COSTS BY ACTIVITY

PAGE 38                          In Reference To:                          DATE: 11/23/2010
American Home Mortgage
Our File Number:  AHMH.AHM

ACTIVITY: CDC

| Date | Description | Amount |
|---|---|---|
| 08/19/10 | CD Copies | $75.00 |
| 08/25/10 | CD Copies | $25.00 |
| 09/23/10 | CD Copies | $100.00 |

TOTAL: CDC

$200.00

ACTIVITY: COU

| Date | Description | Amount |
|---|---|---|
| 08/06/10 | Couriers Fed Ex charge for shipment to SHARON M. ZIEG on 08/06/2010 - Invoice #718966708 | $19.74 |
| 08/09/10 | Couriers Fed Ex charge for shipment to SHARON M. ZIEG on 08/09/2010 - Invoice #718966708 | $19.74 |
| 08/19/10 | Couriers Fed Ex charge for shipment to JAMES S. GREEN, JR., ESQ. on 08/19/2010 - Invoice #720556330 | $19.74 |
| 08/19/10 | Couriers Fed Ex charge for shipment to SHARON ZEIG, ES Q. on 08/19/2010 - Invoice #720556330 | $19.74 |
| 09/29/10 | Couriers Fed Ex charge for shipment to MICHEAL S. NEIB URG on 09/29/2010 - Invoice #725187243 | $27.75 |

TOTAL: COU

$106.71

ACTIVITY: DOC

| Date | Description | Amount |
|---|---|---|
| 06/24/10 | Document Management Printing Expense. | $284.46 |

TOTAL: DOC

$284.46

ACTIVITY: HLEG

| Date | Description | Amount |
|---|---|---|
| 08/27/10 | Computerized Legal Research LEXIS LEGAL SERVICES - SINGLE DOCUMENT RETRIE VAL on 08/27/2010 | $152.69 |

PAGE 39                         In Reference To:                                      DATE: 11/23/2010
American Home Mortgage
Our File Number:  AHMH.AHM

| Date | Description | Amount |
|---|---|---|
| 08/27/10 | Computerized Legal Research LEXIS LEGAL SERVICES - TOC DOCUMENT LINKS on 08/27/2010 | $2.16 |
| 08/27/10 | Computerized Legal Research LEXIS LEGAL SERVICES - DOCUMENT PRINTING on 0 8/27/2010 | $8.61 |
| 08/27/10 | Computerized Legal Research SHEPARDS SERVICE - LEGAL CITATION SERVICES on 08/27/2010 | $9.98 |
| 08/27/10 | Computerized Legal Research LEXIS LEGAL SERVICES - SEARCHES on 08/27/2010 | $44.22 |
| 08/27/10 | Computerized Legal Research For services rendered from 08/01/10 to 08/31/ 10 for Legal Research - WESTLAW. | $225.70 |
| 08/31/10 | Computerized Legal Research LEXIS LEGAL SERVICES - SINGLE DOCUMENT RETRIE VAL on 08/31/2010 | $2.15 |
| 08/31/10 | Computerized Legal Research For services rendered from 08/01/10 to 08/31/ 10 for Legal Research - WESTLAW. | $211.80 |
| 09/02/10 | Computerized Legal Research For services rendered from 09/01/10 to 09/30/ 10 for Legal Research - WESTLAW. | $1,160.99 |
| 09/03/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 09/03/2010 | $7.71 |
| 09/07/10 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 09/ 07/2010 | $2.57 |
| 09/07/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 09/07/2010 | $2.57 |
| 09/09/10 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 09/ 09/2010 | $2.57 |
| 09/09/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 09/09/2010 | $48.31 |
| 09/09/10 | Computerized Legal Research LEXIS LEGAL SERVICES-COMBINED SEARCH COMPONEN T on 09/09/2010 | $50.77 |

TOTAL: HLEG

$1,932.80

ACTIVITY: HTEL

| Date | Description | Amount |
|---|---|---|
| 06/28/10 | Telephone - Jeanne E. Irving - TMOBILE*HOTSPOT 800-981-85 63 TX REF# T1,141E017, WIRELESS INT 06/28/10 | $7.99 |
| 08/19/10 | Telephone - Jeanne E. Irving - AIRCELL GOGO INFLIGH 877-3 50-0038 IL REF# 05055928ACL INTERNET ACC 08/19/1 0 | $14.02 |
| 09/12/10 | Telephone - - VENDOR: American Teleconferencing Services, LTD Inv#03958974- for service rendered during 08/13- 09/12/10 for conference call Ms. Irving. | $12.74 |

TOTAL: HTEL

$34.75

ACTIVITY: INH

| Date | Description | Amount |
|---|---|---|
| 08/02/10 | In-House Reproduction Expense (7 pages @ $.10 per page). | $0.70 |
| 08/03/10 | In-House Reproduction Expense (4 pages @ $.10 per page). | $0.40 |
| 08/06/10 | In-House Reproduction Expense (5 pages @ $.10 per page). | $0.50 |
| 08/19/10 | In-House Reproduction Expense (7 pages @ $.10 per page). | $0.70 |
| 08/20/10 | In-House Reproduction Expense (6 pages @ $.10 per page). | $0.60 |
| 08/25/10 | In-House Reproduction Expense (12 pages @ $.10 per page). | $1.20 |
| 08/27/10 | In-House Reproduction Expense (1 page @ $.10 per page). | $0.10 |
| 08/27/10 | In-House Reproduction Expense (1 page @ $.10 per page). | $0.10 |

TOTAL: INH

$4.30

ACTIVITY: MEA

| Date | Description | Amount |
|---|---|---|
| 06/29/10 | Meal expense for Mr. Morris while in Wilmington, Delaware on 06/29/10. | $41.00 |
| 06/30/10 | Meal expense for Ms. Irving and Mr. Morris while in Wilmington, Delaware on 06/30/10. | $125.00 |
| 08/16/10 | Meals - Jeanne Irving - CALIFORNIA PIZZA KIT LOS ANG ELES CA REF# 890000030 2132288500 08/16/10 | $9.32 |
| 08/18/10 | Meal expense for Mr. Morris and Ms. Irving while in Dallas, TX on 08/18/10. | $167.18 |

TOTAL: MEA

$342.50

ACTIVITY: POS

| Date | Description | Amount |
|---|---|---|
| 08/27/10 | Postage Expense. | $1.56 |

TOTAL: POS

$1.56

## ACTIVITY: SCA

| Date | Description | Amount |
|---|---|---:|
| 08/10/10 | Scanning Expense (1 page @ $.10 per page). | $0.10 |
| 08/12/10 | Scanning Expense (2 pages @ $.10 per page). | $0.20 |
| 08/19/10 | Scanning expense (1 page @ $.10 per page). | $0.10 |

TOTAL: SCA

$0.40

## ACTIVITY: TRA

| Date | Description | Amount |
|---|---|---:|
| 06/30/10 | Travel Agent fee expense for Ms. Irving for trip to Wilmington, Delaware on 06/29/10 - 06/30/10. | $35.00 |
| 07/01/10 | Hotel expense for Ms. Irving while in Wilmington, Delaware on 06/29/10 - 06/30/10. | $1,025.60 |
| 07/01/10 | Rental car expense for Ms. Irving while in Wilmington, Delaware on 06/29/10 - 06/30/10. | $101.72 |
| 07/01/10 | Hotel expense for Mr. Morris while in Wimington, Delaware on 06/29/10 - 06/30/10. | $455.90 |
| 07/06/10 | Car Service expense for Mr. Morris from PHL to Wilmington, Delaware on 06/29/10. | $148.50 |
| 07/22/10 | Travel agent fee expense for Mr. Morris for trip to Wilmington, Delaware on 06/29/10 - 06/30/10. | $35.00 |
| 07/30/10 | Round trip airfare expense for Mr. Morris from Florida to Texas, 06/29/10 - 06/30/10 (Reduced from actual fare). | $762.00 |
| 08/19/10 | Hotel expense for Ms. Irving while in Dallas, TX on 08/19/10. | $343.85 |
| 08/19/10 | Hotel expense for Mr. Morris while in Dallas, TX on 08/18/10 - 08/19/10. | $413.87 |
| 08/19/10 | Travel Agent fee expense for Mr. Morris for trip to Dallas, Texas on 08/18/10 - 08/19/10. | $35.00 |
| 08/27/10 | Transportation expense for Ms. Irving from Hotel to Airport on 08/19/10. | $56.05 |

TOTAL: TRA

$3,412.49

TOTAL ALL ACTIVITIES:                                                   $6,319.97