**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | **Re: Docket No. 9296** |

**CERTIFICATE OF NO OBJECTION REGARDING TWENTY-FIFTH MONTHLY APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 1, 2010 THROUGH APRIL 30, 2010 [NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, she has received no written answer, objection or other responsive pleading to the *Twenty-Fifth Monthly Application of Blank Rome LLP, Co-Counsel to The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., For Compensation and Reimbursement of Expenses for the Period April 1, 2010 through April 30, 2010 [Docket No. 9296]* (the "Application") filed on October 7, 2010. The undersigned further certifies that she has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than October 27, 2010 at 4:00 p.m.

128189.01600/40192164v.1

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code entered on September 4, 2007, the Debtors are authorized to pay Blank Rome LLP $6,266.75, which represents 50%[1] of the total fees sought ($12,533.50), and $894.37 which represents 100% of the expenses requested in the Application for the period of April 1, 2010 through April 30, 2010 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:    November 30, 2010                **BLANK ROME LLP**

By:  */s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (DE No. 3809)
1201 Market Street, Suite 800
Wilmington, DE  19801
Telephone:  (302) 425-6400
Facsimile:  (302) 425-6464

*Co-Counsel for the Official Committee of Unsecured Creditors*

---

[1] Holdback amount (originally calculated at 20% of fees sought by any given monthly fee application) is now calculated at 50% per agreement among the estate professionals, without prejudice to request the full amount owed.

128189.01600/40192164v.1