**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | * |
| AMERICAN HOME MORTGAGE | * Case No.: 07-11047(CSS) |
| HOLDINGS INC., | * Chapter 11 |
| Debtor. | * |
| | * Objections due by: November 19, 2010 by 4:00 pm |
| | * Hearing Date: December 15, 2010 at 10:00 am |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF NO OBJECTION TO**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**
**WITH RESPECT TO REAL PROPERTY LOCATED AT**
**8427 BAROCCI STREET, LAS VEGAS, NV 89131 (DOCKET NO. 9403)**

CitiMortgage, Inc. (hereinafter "Movant"), by its undersigned counsel, hereby gives notice of the following:

1. Movant filed a Motion for Relief from the Automatic Stay on November 2, 2010. Copies of the Motion were served to the Debtor, Debtor's Counsel, and the United States Trustee, Counsel for Plaintiff and Counsel for Official Committee of Unsecured Creditors on November 2, 2010.

2. The Notice of Motion states "If you fail to respond in accordance with this notice, the relief demanded by the motion will be granted." The Notice provides that a response to the Motion needs to be filed with the Court by November 19, 2010. As of November 30, 2010, no response has been filed by the Debtor or any other interested person.

3. Accordingly, Movant respectfully requests the Court to enter the Proposed Order Terminating Automatic Stay.

Dated: October 15, 2010                Respectfully submitted,

                                       __/s/  Lisa R. Hatfield_____

File No.: DE-94001363-10

Lisa R. Hatfield (DE No. 4967)<br>
284 East Main Street<br>
Newark, DE 19711<br>
Ph:     302-444-4602<br>
Fax:   302-444-4603<br>
lhatfield@closingsource.net

**Certification of Service**

I HEREBY CERTIFY that on November 30, 2010, copies of the foregoing Certificate of No Objection were served upon the parties listed below via first class mail postage pre-paid:

VIA US MAIL
American Home Mortgage Holding, Inc.
538 Broadhollow Road
Melville, NY 11747
Debtor

VIA US MAIL
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899
Trustee

VIA US MAIL
Donald J. Bowman, Jr., Esquire
Edward J. Kosmowski, Esquire
Joel A. Waite, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Attorneys for Debtor

VIA US MAIL
Thomas G. Ciarlone, Esquire
Shalov Stone Bonner & Rocco, LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Attorney  for Plaintiff

VIA US MAIL
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP

File No.:  DE-94001363-10

1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for Official Committee of Unsecured Creditors

                                  Respectfully submitted,

                                  /s/ *Lisa R. Hatfiled*_____
                                  Lisa R. Hatfield (DE No. 4967)
                                  MORRIS|HARDWICK|SCHNEIDER
                                  284 East Main Street
                                  Newark, Delaware 19711
                                  (302) 444-4602
                                  Counsel for Movant

File No.: DE-94001363-10