**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | * |
| AMERICAN HOME MORTGAGE | *   Case No.:  07-11047(CSS) |
| HOLDINGS INC., | *   Chapter 11 |
| Debtor. | * |
| | *  **Objections due by: November 19, 2010 by 4:00 pm** |
| | *  **Hearing Date: December 15, 2010 at 10:00 am** |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**LINE WITHDRAWING**
**MOTION FOR RELIEF FROM AUTOMATIC STAY AND**
**REQUEST FOR ADEQUATE PROTECTION**

CitiMortgage, Inc. (hereinafter "Movant"), by its undersigned counsel, hereby withdraws the Motion for Relief from Stay filed on November 2, 2010, (Docket No. 9403) without prejudice.

Dated: November 30, 2010         Respectfully submitted,

         _/s/  Lisa R. Hatfield_____
         Lisa R. Hatfield   (DE No.  4967)
         Morris|Hardwick|Schneider, LLC
         284 East Main Street
         Newark, DE 19711
         Ph: 302-444-4602
         Fax: 302-444-4603
         lhatfield@closingsource.net
         Attorney for Secured Creditor

**File No.:  DE-94001724-09**

## Certification of Service

I HEREBY CERTIFY that on November 30, 2010, copies of the foregoing Line Withdrawing Motion for Relief from Stay and/or Adequate Protection was served upon the parties listed on the below via First Class Mail, postage pre-paid:

VIA US MAIL
American Home Mortgage Holding, Inc.
538 Broadhollow Road
Melville, NY 11747
Debtor

VIA US MAIL
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899
Trustee

VIA US MAIL
Donald J. Bowman, Jr., Esquire
Edward J. Kosmowski, Esquire
Joel A. Waite, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Attorneys for Debtor

VIA US MAIL
Thomas G. Ciarlone, Esquire
Shalov Stone Bonner & Rocco, LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Attorney for Plaintiff

VIA US MAIL
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for Official Committee of Unsecured Creditors

**File No.: DE-94001724-09**

Respectfully submitted,

/s/ *Lisa R. Hatfiled*
Lisa R. Hatfield (DE No. 4967)
MORRIS|HARDWICK|SCHNEIDER
284 East Main Street
Newark, Delaware 19711
(302) 444-4602
Counsel for Movant

**File No.: DE-94001724-09**