```
            IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE DISTRICT OF DELAWARE

IN RE:                        )      Chapter 11
                              )
                              )
AMERICAN HOME MORTGAGE        )      Case No. 07-11047(CSS)
HOLDINGS, INC., a Delaware    )
Corporation, et al.,          )      Courtroom 6
                              )      824 Market Street
           Debtors.           )      Wilmington, Delaware
                              )
                              )      November 23, 2010
                              )      10:09 a.m.


               TRANSCRIPT OF PROCEEDINGS
      BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI
            UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:


For Debtor:              Young, Conaway, Stargatt &
                         Taylor, LLP
                         BY:  SEAN M. BEACH, ESQ.
                         BY:  SHARON ZIEG, ESQ.
                         BY:  ERIN EDWARDS, ESQ.
                         BY:  MARGARET GREECHER, ESQ.
                         BY:  ANDREW LUNDGREN, ESQ.
                         BY:  MORGAN SEWARD, ESQ.
                         The Brandywine Building
                         1000 West Street, 17th Floor
                         Wilmington, DE  19801
                         (302) 571-6600


ECRO:                    LESLIE MURIN


Transcription Service:   DIAZ DATA SERVICES
                         331 Schuylkill Street
                         Harrisburg, Pennsylvania 17110
                         (717) 233-6664
                         www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

1    APPEARANCES:
     (Continued)
2
     For the Official Committee        Hahn & Hessen, LLP
3    of Unsecured Creditors:           BY:  EDWARD SCHNITZER, ESQ.
                                       488 Madison Avenue
4                                      New York, NY  10022
                                       (212) 478-7200
5
     For Deborah Mills:                Stamoulis & Weinblatt
6                                      BY:  RICHARD WEINBLATT, ESQ.
                                       BY:  STAMATIO STAMOULIS, ESQ.
7                                      Two Fox Point Centre
                                       6 Denny Road, Suite 307
8                                      Wilmington, DE  19809
                                       (302) 999-1540
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          INDEX

2
WITNESSES                    DIRECT   CROSS   REDIRECT   RECROSS
3  FOR DEBORAH MILLS:

4  Deborah Mills               --       5        29

5  Scott Martinez              48       94

6


7  WITNESSES
   FOR DEBTORS:
8

9  Philip Adleson              105      140      149

10 Eileen Wanerka              155      202      210

11 Anthony Esquivel            213
12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  WILMINGTON, DELEWARE, TUESDAY, NOVEMBER 23, 2010, 10:09 A.M.

2          THE CLERK:  All rise.

3          THE COURT:  Please be seated.

4          MR. BEACH:  Good morning, Your Honor.

5          THE COURT:  Good morning.

6          MR. BEACH:   May it please the Court, Sean Beach,

7  from Young, Conaway on behalf of the debtors.

8          Just briefly, Your Honor, I wanted to just kind

9  of plan the day, so I wanted to let Your Honor know that the

10 debtors do intend, if it's acceptable to Your Honor, to move

11 for a judgment on partial findings after the plaintiffs'

12 case in chief is done, subject to a full reservation to put

13 our case on after that.

14         We also have two witnesses that are really

15 pushing us to get out of here today.  I understand that's

16 our problem, but I just wanted to get a sense of whether

17 Your Honor had the ability to go to seven o'clock tonight.

18 We think --

19         THE COURT:  No.

20         MR. BEACH:  No.  What time is the cut-off?

21         THE COURT:  Five.

22         MR. BEACH:  Five o'clock.  Okay, Your Honor.  We

23 will plan accordingly.

24         THE COURT:  I try --

25         MR. BEACH:  I try to be accommodating, but I

1    can't.

2              MR. BEACH:  Understood.

3              THE COURT:  Not today.

4              MR. BEACH:  All right.  I'll cede the podium to -

5    -

6              THE COURT:  All right.  Well, I think, Ms. Zieg,

7    you had a witness on?

8              MS. ZIEG:  Yes, Your Honor.

9              THE COURT:  Ms. Mills, please take the stand.

10              Your affirmation from yesterday is still in

11    place.

12              THE WITNESS:  Okay.

13              MS. ZIEG:  May it please the Court, Sharon Zieg,

14    Young, Conaway, Stargatt and Taylor on behalf of the

15    debtors.

16              Good morning, Ms. Mills.

17              THE WITNESS:  Good morning.

18              MS. ZIEG:  Good morning, Your Honor.

19                   CROSS-EXAMINATION (Resumes)

20    BY MS. ZIEG:

21    Q    Ms. Mills, I believe you testified yesterday that your

22    bankruptcy case closed in October of 2007.  Is that correct?

23    A    Correct.

24    Q    And if you could turn to Exhibit 140, please.

25         (Pause)

1  Q      Ms. Mills, is this an email that you sent to Michael

2  Strauss (phonetic) and Jane Larkin (phonetic) of the debtors

3  on August 6th, 2007?

4  A      Let me read it real quick.

5  Q      Sure.

6  A      (Witness reviews email).

7         Yes, it is.

8  Q      And in this email you assert that you are proceeding

9  with legal action and filing a claim against the debtors,

10 isn't that correct?

11 A      That's what we stated.  Yes.

12 Q      So as of August 6th, 2007, you intended to file a

13 claim against the debtors.  Is that correct?

14 A      We were considering it, but then once American Home

15 Mortgage went into bankruptcy, we figured we would take that

16 course of action.

17 Q      All right.  And that's when you are filing as a

18 creditor, correct?

19 A      Correct.

20 Q      And your bankruptcy closed, again, on October 7th,

21 2007, after this email, isn't that correct?

22 A      Correct.

23 Q      In fact, you testified that you thought you had a

24 claim before you sent this email, isn't that correct?

25 A      We were -- yes.

1  Q      If you can turn to Exhibit 167, Page 4 of 47.

2         (Pause)

3  A      What page number?

4  Q      Four of 47, it's the --

5  A      Four.

6  Q      -- it's the top part that we discussed yesterday.

7  A      Yes.

8  Q      Ms. Mills, this is a schedule that was filed in your

9  bankruptcy case, isn't that correct?

10 A      Correct.

11 Q      This is the schedule that you filed and discussed

12 yesterday that you reviewed and signed under the penalty of

13 perjury?

14 A      Correct.

15 Q      And if you look at Number 21 on this schedule it says,

16 "Other contingent and unliquidated claims of every nature."

17 Do you see that?

18 A      Yes.

19 Q      And you list a claim that you have against American

20 Eagle Moving Company, isn't that correct?

21 A      Correct.

22 Q      And we discussed this claim yesterday, isn't that

23 correct?

24 A      Correct.

25 Q      On anywhere here do you list that you may have a claim

1    against any of the debtors?

2    A      No.

3    Q      In July of 2006 the debtors filed a motion for relief

4    from stay in your bankruptcy, isn't that correct?

5    A      Correct.

6    Q      And that stay relief motion was to enable the debtors

7    to move forward with the foreclosure sale that was scheduled

8    for August 10th, 2006.  Is that correct?

9    A      Correct.

10   Q      And despite the fact that you filed the bankruptcy to

11   stop the foreclosure, you never objected to the debtors'

12   stay relief motion.  Is that correct?

13   A      Correct.

14   Q      You also testified that you were trying to work with

15   AHM continually.  Do you remember that testimony?

16   A      Correct.

17   Q      But that you were not going to accept the payment plan

18   that was offered to you by the debtors.  Is that correct?

19   A      Correct.

20   Q      And that you never had funds to reinstate or re --

21   reinstate or redeem the loans.  Is that correct?

22               MR. STAMOULIS:  Objection.  Mischaracterizes the

23   prior testimony.

24   BY MS. ZIEG:

25   Q      Did you ever have funds to reinstate the loans?

1  A     Yes, we did.

2  Q     You had funds to pay off both the first and second

3  loans?

4  A     No, not to pay off the -- no.

5  Q     Did you ever have funds to cure the default on the

6  loans?

7  A     Yes, we did.

8  Q     And did you ever offer those funds to the debtors?

9  A     With the stipulation that we needed written -- written

10  assurance that they were still not going to foreclose.

11  Q     So contingent on that?

12  A     Yes.

13  Q     And didn't you also testify yesterday that all you

14  wanted to do was just get rid of AHM?

15  A     If possible that's what we were working towards with

16  Lane Escero (phonetic).

17  Q     Okay.  And if you'll turn to Exhibit 194, please.

18        (Pause)

19  Q     Ms. Mills, this is an email from your bankruptcy

20  lawyer, Vaughn Taus.  Is that correct?

21  A     Correct.

22  Q     And this was an email that was sent to Trulia Jones

23  (phonetic).  Is that correct?

24  A     Correct.

25  Q     And is it your understanding that Trulia Jones is a

1  representative of the debtors, or was a representative of

2  the debtors?

3  A     Correct.

4  Q     And this email was sent on August 9th, 2006.  Is that

5  correct?

6  A     Correct.

7  Q     And the date of the foreclosure sale was August 10th,

8  2006?

9  A     Correct.

10  Q     And in this email Mr. Taus explains to the debtors

11  that your client -- "that my client" -- is that you?

12  A     Correct.

13  Q     Okay.  So that you now have funds available and is

14  expected to have significant additional funds available in

15  the immediate future.  Is that correct?

16  A     Correct.

17  Q     So you didn't have the funds then, but you expected to

18  have the funds?

19  A     Correct.

20  Q     Okay.  And in this email he offers a payment of one

21  month of principle and interest, isn't that correct?

22  A     Correct.

23  Q     So that wasn't the entire amount that was owed on --

24  to cure the outstanding amounts.  Is that correct?

25  A     Correct.

1  Q      So that was approximately 6,500 to $7,000?

2  A      Correct.

3  Q      Okay.  And he also states that a second payment will

4  be made -- it's about two-thirds of the way down -- for this

5  second payment they seek an extension.  Do you see that?

6  A      Yes.

7  Q      So he's seeking -- he'll say -- he's saying that

8  you'll pay a second payment so long as you get a two-week

9  extension of the foreclosure sale.  Is that correct?

10 A      Correct.

11 Q      Okay.  But if you didn't get a two-week extension of

12 that foreclosure sale you weren't going to pay that?

13 A      Correct.

14 Q      And it also states at the very end that you believe --

15 Ms. Mills, that you believed that you could make additional

16 two or three months' payments sometime thereafter, correct?

17 A      Correct.

18 Q      And that you would propose a final date at some point

19 in the future to pay off the rest of the amounts owed to

20 cure the default.  Is that correct?

21 A      Correct.

22 Q      Ms. Mills, did you ever -- after the foreclosure sale

23 on August 10th, 2006, did you ever offer fair market value

24 to repurchase the property, you and Mr. Esquivel?

25 A      Not us personally, but Mr. Norwick (phonetic) did.

1  Q      And I believe your testimony was that, in fact, the

2  most you ever offered on the property was $600,000.  Is that

3  correct, you and Mr. Esquivel?

4  A      Jointly.  Yes.

5  Q      And then yesterday you testified about particular

6  offers that were made on your behalf.  Do you remember that

7  testimony?

8  A      Yes.

9  Q      If you could turn to Debtors' Exhibit 211.

10        (Pause.)

11             THE COURT:  211?

12             MS. ZIEG:  Yes, Your Honor.

13  BY MS. ZIEG:

14  Q      You testified yesterday that Curtis and Vanessa Brown

15  made an offer to purchase the property.  Is that correct?

16  A      Correct.

17  Q      In February of 2006?

18  A      In February.  Yeah.  That was right before we left.

19  Q      Okay.  And this is the same Curtis Brown and Vanessa

20  Brown that are on this email that was -- or on this fax that

21  was received by the debtors?

22  A      Correct.

23  Q      And if you look at the purchase price in this offer,

24  do you see that it says, "To be determined"?

25  A      Correct.

1   Q      So that they weren't even offering a purchase price to

2   purchase the property?

3   A      According to American Home Mortgage, they would not

4   accept an offer until there was a current appraisal done on

5   the property.  They would not even entertain it.  So before

6   we left on our own accord I let Terry Miles (phonetic), an

7   appraiser, come into the house and do the appraisal so that

8   we could get that done so that TBA could then be -- it could

9   be determined.

10  Q      Okay.  But as of this date it hadn't been determined

11  yet?

12  A      No.

13  Q      Okay.  And do you know when that appraisal was

14  provided or done?

15  A      Never got -- it was -- it was the week -- around this

16  same time.

17  Q      Okay.  And if you could turn to the third page of this

18  document.  It has Bates Number 244 -- I'm sorry -- 344 at

19  the bottom.  It's a fax from Terry Miles.  Do you see that?

20  A      Yes.

21  Q      And if you turn to the next page, this is the real

22  estate agency disclosure.  Do you see that?

23  A      Yes.

24  Q      And this is the real estate agency disclosure that was

25  made between Ms. Miles and Curtis and Vanessa Brown.  Is

1  that correct?

2  A      Correct.

3  Q      But this was never signed by Curtis and Vanessa Brown.

4  Is that correct?

5  A      Yes, it was signed.

6  Q      It was signed?

7  A      Yeah.

8  Q      If you turn to -- in the same exhibit if you turn to

9  the page that has Bates Numbers 20-3-50.

10  A      Yes.

11  Q      Is this a copy of the offer that was allegedly made by

12  Curtis Brown and Vanessa Brown?

13  A      Yes.

14  Q      And is it your belief that this offer was signed?

15  A      Yes, it was.

16  Q      Do you have a copy of that signed offer?

17  A      No, I don't.  That was in the possession of Terry

18  Miles.

19  Q      Okay.  And if you look at this offer do you see in

20  2(c) it says, "First loan in the amount of" --

21  A      Yes.

22  Q      -- "75,000"?

23  A      Correct.

24  Q      So it was contingent on financing of $750,000?

25  A      I don't know if it was contingent on.

1  Q      Okay.  If you turn to Exhibit 213.

2        (Pause)

3  Q      Yesterday you discussed that Mr. Larry Norwood had

4  made a couple of offers on the property, isn't that correct?

5  A      Correct.

6  Q      And the most he ever offered for the property was

7  $1,025,000?

8  A      Correct.

9  Q      And is this a copy of that offer?

10  A      Yes.

11  Q      If you look to Letter I, where it says, "Loan

12  contingent removal," do you see that?

13  A      Yes.  I see that.

14  Q      And if you look at the last box is checked in that

15  provision.  It says, "The loan contingency shall remain in

16  effect until the designated loans are funded."  Do you see

17  that?

18  A      Yes.

19  Q      So the loan contingency was going to remain in effect

20  until this loan had actually funded, correct?

21  A      Correct.

22  Q      Or closed?

23  A      Correct.

24  Q      And pursuant to the terms in Section 2, Mr. Norwood

25  was seeking a hundred percent financing under this loan.  Is

1  that correct?

2  A    Correct.

3  Q    If you turn to, in the same exhibit, it's towards the

4  end.  It has a fax page number of 14.  Could you turn to

5  that page?

6  A    What's the bate (sic) number?

7  Q    The Bates number is 2247, but in the upper right-hand

8  corner it says, Page 14.

9  A    Okay.

10       (Pause)

11            THE COURT:  What's the Bates number?

12            MS. ZIEG:  The Bates number on the bottom of this

13  page is 2247.

14            THE WITNESS:  Is this --

15            THE COURT:  I'm sorry.  I'm lost.  What -- what

16  exhibit number?

17            THE WITNESS:  Yeah.

18            (Pause)

19            THE WITNESS:  Mine only goes up to a Page 11.

20            THE COURT:  Exhibit --

21            MS. ZIEG:  213?

22            THE COURT:  -- 213.

23            MS. ZIEG:  Does yours only go up to Page 11 as

24  well, Your Honor?

25            THE COURT:  Yes.

1          MS. ZIEG:  Do we have an extra copy of 211?

2          (Pause)

3          MS. ZIEG:  We'll have to come back to that

4  because we don't have an extra copy of the entire copy of

5  this exhibit.  If we come back to it, we will.  If not, no

6  problem.

7          THE COURT:  So you need a copy made?

8          MS. ZIEG:  That would be -- thank you, Your

9  Honor.

10          THE COURT:  How many do you need?

11          MS. ZIEG:  Three, please.

12          THE COURT:  Three.  We'll charge Young, Conaway

13  standard rates; that will be fifty-five-cents a copy.

14          (Laughter)

15          MS. ZIEG:  In the interest of efficiency, I'm

16  just going to go to one more exhibit if --

17          THE COURT:  Yes.  Please.

18  BY MS. ZIEG:

19  Q    If you'll turn to Exhibit 216, hopefully all the pages

20  are in there.

21          (Pause)

22  Q    Bates number at the -- it's about five or six pages

23  in.  The Bates number at the bottom is 2268, so 20268.  Is

24  this a copy of an offer that you and Mr. -- or that Mr.

25  Esquivel and you made --

1  A      Yes.

2  Q      -- to purchase the property?

3  A      Yes.

4  Q      And you offered $300,000 to purchase the property.  Is

5  that correct?

6  A      Correct.

7          MS. ZIEG:  Now I have to wait for the copies,

8  Your Honor.

9          THE COURT:  That's fine.  They have the new

10 machine that's actually quite a bit faster, so hopefully it

11 won't take long.

12         MS. ZIEG:  I apologize.

13         (Pause)

14         MS. ZIEG:  I'll ask you one other question, Ms.

15 Mills, before we get that -- those copies back.

16 BY MS. ZIEG:

17 Q      Yesterday, you testified that you had put your

18 possessions in storage.  Is that correct?

19 A      Correct.

20 Q      Was that before or after you filed for bankruptcy that

21 you put those items into storage?

22 A      I put them right after when we left the home, so it

23 was March.

24 Q      March of 2007?

25 A      Yes.

1    Q        So after the bankruptcy?

2    A        Yes.

3    Q        And you testified that you were delinquent in payments

4    on that storage unit, correct?

5    A        Correct.

6    Q        And that as a result of those delinquencies, they

7    auctioned off or otherwise disposed of your -- of your

8    items?

9    A        Correct.

10   Q        Thank you.

11              THE COURT:  My mouse squeaks.  I didn't know they

12   did that.

13              MS. ZIEG:  I actually had a mouse in my office.

14              THE WITNESS:  A live one?

15              MS. ZIEG:  That's not on the record, is it?

16              THE COURT:  Yeah.

17              MS. ZIEG:  Can we take that off the record,

18   please?

19              THE COURT:  We can go off the record.

20              (Recess)

21              THE COURT:  All right.  Leslie, let's go back on

22   the record.

23              MS. ZIEG:  We're back on the record, Your Honor?

24              THE COURT:  Yes, ma'am.

25   BY MS. ZIEG:

1  Q     You testified yesterday that the terms of the

2  agreement with Mr. Norwood was that he would buy the

3  property for you.  You would live in it.  At some other time

4  into the future you would pay him back.  Is that correct --

5  A     Correct.

6  Q     -- and purchase the property from him?

7  A     Correct.

8  Q     Okay.  And this is a copy of the preapproval for Mr.

9  Norwood's loan that was attached to his offer to purchase

10 the property.  Is that correct?

11 A     I believe so.  Yes.

12 Q     Okay.  And we -- you previously testified that it was

13 a hundred percent financing contingent, isn't that correct?

14 A     According to that document, yes.

15 Q     According to his offer?

16 A     Yes.

17 Q     If you look down on the right column about halfway

18 down the page, maybe two-thirds it says, "occupancy"?

19 A     Yes.

20 Q     Is occupancy primary residence.  Is that correct?

21 A     Yes.

22 Q     So a loan contingency for Mr. Norwood's one-hundred

23 percent financing was that the occupancy on this property

24 was his primary residence.  Is that correct?

25             MR. STAMOULIS:  Objection, Your Honor.

1                MS. ZIEG:  I --

2                MR. STAMOULIS:  Witness lacks foundation to speak

3  to this document.

4                THE COURT:  The document says what it says.

5                MS. ZIEG:  Thank you, Your Honor.

6  BY MS. ZIEG:

7  Q    Now if you go to the next page, there's a couple of

8  numbered items.  Do you see Number 191?

9  A    Yes.

10 Q    On this page it's saying that these are additional

11 conditions to financing.  Do you see that?

12 A    Yes.

13 Q    And Number 191 says "Other."  Do you see that?

14 A    Yes.

15 Q    And it says, "Acceptable signed LOE from borrower's

16 tax preparer explaining how borrowers move to California

17 will not affect his business or current level of income."

18 Do you see that?

19 A    Yes.

20 Q    Did Mr. Norwood have any intention of moving to

21 California to live in this house as his primary residence?

22 A    No.

23 Q    Yesterday, Ms. Mills, you blamed the

24 misrepresentations on your loan application on Ms. LaToe

25 (phonetic).  Is that correct?

1  A      Correct.

2  Q      And especially with respect to the gross overstatement

3  of your gross income.  Is that correct?

4  A      Correct.

5  Q      But you testified in your deposition that --

6            THE COURT:  Stop.  What are we going to call

7  this?  And by this, for the record, I mean the document we

8  were just talking about.

9            MS. ZIEG:  Would you like to call this Exhibit

10  306, Your Honor?

11            THE COURT:  Is that the next number?

12            MS. ZIEG:  Exhibit 306?

13            THE COURT:  All right.  Debtor 306.

14            I'm sorry.  Go ahead.

15            MS. ZIEG:  I apologize.

16  BY MS. ZIEG:

17  Q      And you testified in your deposition that Ms. LaToe

18  had assisted you in filling out that application, correct?

19  A      Via telephone.  Correct.

20  Q      Okay.  But you also provided her with a handwritten

21  copy?

22  A      A handwritten copy that I faxed her.

23  Q      Okay.  But you also testified that you signed the

24  application, isn't that correct?

25  A      At the escrow office on the 15th.

1   Q     Okay.  And you testified that you had read the

2   application prior to signing it, isn't that correct?

3   A     I was signing many docs.  I did not sit down and go

4   over the whole thing.  No, I did not.

5   Q     Okay.  If you can turn to Page 306 of your deposition.

6         (Pause)

7   Q     Line 30 -- I'm sorry -- Page 306, Line 15 --

8              THE COURT:  Hang on.

9              (Pause)

10             THE COURT:  All right.  I'm there.

11  BY MS. ZIEG:

12  Q     Lines -- I'm sorry -- Page 306, Line 15 states -- this

13  is your answer:  "This was filled out by Tania LaToe.  I got

14  her the application.  She filled out the loan application."

15             THE COURT:  Is that --

16  BY MS. ZIEG:

17  Q     Was that your --

18             THE COURT:  It says information.  Please --

19             MS. ZIEG:  I'm sorry.

20             THE COURT:  -- if you're going to read into the

21  record, be accurate.

22             MS. ZIEG:  I'm sorry.

23  BY MS. ZIEG:

24  Q     "I got her the information.  She filled out the loan

25  application."  Was that your testimony?

1  A      Correct.

2  Q      And Mr. Beach questions: "But you testified earlier

3  that" -- and you answer, "I signed it.  Yes.  Yeah."

4  Question: "You signed the loan application?  Had you read

5  the loan application prior to signing it?"  You answered: "I

6  went through it and I signed it.  Yeah."  Was that your

7  answer to those questions about the loan application?

8  A      Yeah.  I went through it quickly and signed it along

9  with many more documents that day.

10 Q      Okay.  And you were deposed on October 5th.  Was that

11 correct?

12 A      Correct.

13 Q      But you were also then deposed on October 19th.  Is

14 that correct?

15 A      I believe it was the 19th.

16 Q      Okay.  And in your October 5th deposition that we were

17 speaking of yesterday, you said that you were a little

18 intimidated by Mr. Beach and you didn't really understand

19 what you were saying.  Is that what you --

20 A      Correct.

21 Q      -- testified to?

22 A      Yes.

23 Q      On October 19th, your deposition was taken by

24 telephone.  Is that correct?

25 A      Correct.

1  Q     And in that depo -- and so you had time between

2  October 5th and October 19th to prepare for your deposition

3  on the 19th, isn't that correct?

4  A     In between working, yes.

5  Q     Okay.  And October 19th you testified that you had

6  personal gross income of $28,000 a month.  Is that correct?

7  A     I don't remember.

8  Q     If you can turn to -- it's Mills Volume II of your

9  deposition.  This is the deposition that was taken on the

10 19th.  If you could turn to Page 511, please.

11 A     I don't have a Volume II.

12        THE COURT:  It's -- it's actually -- it's Tab 2

13 in the same -- oh, you don't have the notebook.  Okay.

14    (Pause)

15        MS. ZIEG:  She can have mine.

16        UNIDENTIFIED:  It's Exhibit 120 in the binders.

17        THE COURT:  That's all right.  She -- maybe you

18 could -- Ms. Zieg, could you help her clean up that area a

19 little bit?  That's -- it becomes very crowded up there and

20 it's hard to concentrate.

21        (Pause)

22 BY MS. ZIEG:

23 Q     Line 23.  And, again, this was on your October 19th

24 deposition.

25 A     And what line?

1  Q     23, ma'am.

2      Line 23 begins with Mr. Beach asking a question:  "Ms.

3  Mills, in your loan application you testified that you made

4  -- that you personally had gross income of $28,000 a month?"

5           THE COURT:  All right.  That's not what it says.

6  It says:  "Ms. Mills, in your mortgage loan application you

7  testified that you made -- that you personally had a gross

8  income of $28,000 a month?"

9           Please, let's -- if we're going to quote from the

10 record --

11           MS. ZIEG:  I'm sorry.

12           THE COURT:  -- let's make sure --

13           MS. ZIEG:  I'm reading fast --

14           THE COURT:  -- we're accurate.

15           MS. ZIEG:  -- to get my -- try to get my --

16           THE COURT:  Slow down.

17           MS. ZIEG:  I apologize.

18 BY MS. ZIEG:

19 Q     "Which was" -- was your answer.  Mr. Beach continued,

20 "Is that correct," and you answered, "That's correct, which

21 was substantiated with my bank statements."  Was that your

22 testimony?

23 A     Yes, it was.

24 Q     And then if you turn to Page 604.

25      (Pause)

1  Q     I'm sorry.  605, I apologize.  Line 1, Mr. Beach

2  questioned:  "And you ultimately agreed on a purchase price

3  of one-million-three-hundred-and-seventy-five-million," it

4  says.  Was that supposed to be 1,375,000?

5             THE COURT:  Well, it says 1.375.

6             MS. ZIEG:  I'm sorry.  1.375 million.

7  BY MS. ZIEG:

8  Q     Is that correct?

9  A     Yeah.  That's --

10 Q     And you --

11 A     -- that's what the document says.

12 Q     -- answered that that was correct?

13 A     Yes.

14 Q     And Mr. Beach questions:  "Why did you believe you

15 could afford a mortgage in this amount at that -- at this

16 time," and you answered, "Because I was making a lot of

17 money," and Mr. Beach questioned, "How much money were you

18 making, Ms. Mills," and you responded, "We already went over

19 this.  Geez.  Yes, I lied on my tax returns.  Call the IRS.

20 My bank statements speak for themselves."  Was that your

21 testimony, Ms. Mills?

22 A     Yes, it was.  And I would like to clarify.  I had --

23 Q     You can clarify on rebuttal.

24             THE COURT:  No.  She -- go ahead.

25             THE WITNESS:  I was at wit's end by that point.

1 I don't know how many hours I had been in the depo and I

2 just said whatever I could just to shut up Mr. Beach.  That

3 was my state of mind when I made that statement.

4           THE COURT:  All right.

5 BY MS. ZIEG:

6 Q      And with respect to your bankruptcy schedules and your

7 statement of financial affairs, you testified about those

8 yesterday and a little bit today.  Is that correct?

9 A      Correct.

10 Q      And your bankruptcy statements and your schedules,

11 your testimony was that that information was inaccurate as

12 well.  Is that correct?

13 A      Can you repeat?

14 Q      The information on your bankruptcy schedules you

15 testified was inaccurate?

16 A      I thought it was accurate based on my -- what my

17 attorney put on there.

18 Q      So whatever your attorney put on there was his fault.

19 Is that correct?

20 A      I'm not a bankruptcy attorney.

21 Q      But you signed those documents --

22 A      Yes --

23 Q      -- correct?

24 A      -- we did.

25 Q      And you reviewed those documents before you signed

1  them?

2  A     Yes, I did.

3           MS. ZIEG:  I have no further questions.

4           THE COURT:  Okay.  Would you like some time

5  before redirect or are you ready to go?

6           MR. STAMOULIS:  I can start right in, Your Honor

7  --

8           THE COURT:  All right.

9           MR. STAMOULIS:  -- if that's okay.

10                     REDIRECT EXAMINATION

11  BY MR. STAMOULIS:

12  Q     Ms. Mills --

13           MR. STAMOULIS:  Are you ready?

14           UNIDENTIFIED:  Uh-huh.

15           MR. STAMOULIS:  Okay.

16  BY MR. STAMOULIS:

17  Q     Let's go back to Page 511 of your deposition

18  transcript, Volume II that you were just reading.  Let me

19  know when you're there.

20  A     I'm there.

21        (Pause)

22  Q     Okay.  So that last line Mr. Beach is asking you what

23  you testified to on your loan application.  Is that right?

24  A     Correct.

25  Q     Okay.  And then the next question on 512, starting at

1  Line 5 --

2          MR.  STAMOULIS:    And  I  will  do  my  best,  Your

3  Honor, to get every single word right.

4  BY MR. STAMOULIS:

5  Q    "And you also" --

6          THE  COURT:   I'm trying not to -- I'm not trying

7  to be difficult --

8          MR. STAMOULIS:  No.

9          THE  COURT:   -- but for the record it needs to be

10 correct.

11         MR. STAMOULIS:  Yeah.  And you --

12         MS. ZIEG:  For the record it was my error.

13         THE COURT:  Okay.

14 BY MR. STAMOULIS:

15 Q    "And  you  also  testified  in  connection  with  your  loan

16       application  that  your  personal  income  for  2004  was

17       approximately 220 a year.  Is that correct?"

18       And you answer:

19       "I provided what they wanted to.  The year 2004-2005

20       tax   returns   and   two   years   worth   of   banking

21       statements.

22       "Ms. Mills, it's a yes or no question.

23       "I  gave  Tania  the  information  and  she  did  what  she

24       did.

25       "Ms. Mills, again, it's a yes or no question.  Are you

1       going to answer the question or not?

2       "I gave Tania all the information.  This is the only

3       way I can say this.  I gave her all the information

4       and she put it together and I signed the application.

5       "Ms. Mills, in 2004 you also testified in connection

6       with your loan application that in 2005 you were

7       making a personal gross income of 28,000 a month.  Do

8       you recall that testimony?

9       "Yes.  I recall that.  That's what I was bringing in

10      gross for my business."

11      Do you see that?

12  A   Yes.

13  Q   Okay.  Do you remember having a conversation with Mr.

14  Beach about the gross amount of money that you were bringing

15  in for your business?

16  A   Yes.

17  Q   Okay.  And do you remember having a conversation with

18  Mr. Beach about how that netted out and how you were going

19  to -- you were reporting that on your tax returns?

20  A   Yes.

21  Q   Okay.  During the first day of your deposition, Ms.

22  Mills, do you remember Mr. Beach taking the time to present

23  you with your loan application, which we might as well pull

24  up.  It's Exhibit 1 in the white binder.

25      (Pause)

1    Q      By the way, Ms. Mills, you testified -- we went

2    through your bankruptcy schedules and they show that you

3    made about $115,000 for the year 2005.  Is it your testimony

4    that that amount was accurate as the net reported income on

5    your 2005 tax returns?

6    A      Correct.

7    Q      Okay.  Now do you remember on Page 2 of Exhibit 1 in

8    the white binder, Mr. Beach going through the statement

9    right above your signature?

10   A      Yes.

11   Q      Where he goes through how any statements in this loan

12   application are punishable by fine or imprisonment?

13   A      Yes.

14   Q      And he went through that in detail right before he

15   started asking you about the statements on your loan

16   application?

17   A      Correct.

18   Q      Okay.  Ms. Mills, prior to walking into your

19   deposition on October 5th, did you ever feel that you had

20   committed any crime?

21   A      No.

22   Q      Were you made to feel like you committed a crime

23   during your deposition on October 5th?

24   A      Yes.

25   Q      Prior to walking into your deposition on October 5th,

1  did you ever feel that you made any material misstatements

2  or misrepresentations on your loan application?

3  A    No.

4  Q    Ms. Mills, staying on Exhibit 1, if you look at this

5  loan application on Page 2, the column on the left-hand side

6  in the middle of the page, you'll see that the -- there's a

7  -- an Item Number J which is for subordinate financing of

8  $275,000, and then an Item Number M, which is a loan amount

9  for 962,5000.

10  A    I'm missing it.  I'm sorry.  Which page?

11  Q    So it's Page 2.

12  A    Page 2.

13  Q    They are the columns in the center of the page.

14  A    Okay.

15  Q    The column -- oh, I'm sorry -- Page 3.

16  A    Okay.

17         THE COURT:  It's doc -- it's document 73 in the

18  lower right-hand corner.

19         THE WITNESS:  Yeah.  I got it.  Thank you.

20  BY MR. STAMOULIS:

21  Q    So do you see the line Item Number J which calls for a

22  two-hundred-and-seventy-five-thousand-dollar loan and the

23  line Item Number M which is a nine-sixty-two-five-hundred-

24  dollar loan?

25  A    Correct.

1  Q      Okay.  Did you ever get this loan?

2             THE COURT:  Which loan?

3  BY MR. STAMOULIS:

4  Q      The -- this --

5  A      No.

6  Q      -- this product, this 962,500 plus 275, was this the

7  loan that was given to you by AHM?

8  A      No.    There  was  the  exception  was  made  for  an

9  additional $75,000 so the second loan went down to 200,000.

10  Q      Okay.   Did you ever sign a loan application for the

11  actual loan that was given to you in this case?

12  A      This was the only one that I signed.

13  Q      Okay.  Now, Ms. Mills, you were questioned about your

14  interactions with Ms. LaToe and I just want to go through

15  that again for the record.  Ms. LaToe called -- now on July

16  15th, on Friday, what did you do in the morning?

17  A      Around eleven o'clock is when I went to the escrow

18  company and signed a lot of documents.

19  Q      Okay.  And then what happened later on in the day?

20  A      I would say it was about three, 3:30 I got a telephone

21  call from Tania.

22  Q      Okay.  And what Ms. LaToe tell you on the telephone

23  call?

24  A      She told me that my credit score had been run again

25  and that they were willing to make an exception and the

1  terms were we would have to come up with an additional

2  $75,000, and I -- that totally floored me when she said that

3  and I said, you know, that's an awful lot of money.   I

4  really have to discuss this with Anthony and that, and then

5  she was just, you know, trying to -- she went on to say

6  that, well, you know, you'll be able to pull out some money

7  in a couple of months, and I said, well, I really have to

8  talk to Anthony about this.   And so I called Anthony and

9  then he personally called and spoke to her.   And we both

10  told her we needed the weekend to think over and we met in

11  her office on Monday.

12  Q     On Friday during the telephone call did Ms. LaToe

13  mention the specific dollar amount that you would be able to

14  pull out?

15  A     She said at least 50,000.

16  Q     Okay.   Did she say -- did she specifically mention

17  when you would be able to pull that out?

18  A     She said within a couple of months.

19  Q     Okay.   Ms. Mills, how did Ms. LaToe -- do you have any

20  idea how Ms. LaToe found out that an exception had to be

21  made in your loan?

22          MS. ZIEG:  Objection.  Calls for speculation.

23          MR. STAMOULIS:  I'm asking her if she knows how.

24          THE COURT:  Overruled.

25          MR. STAMOULIS:  Okay.

1  BY MR. STAMOULIS:

2  Q     Do you have any idea how Ms. LaToe found out that an

3  exception had to be made in your loan.

4            MS. ZIEG:  Objection.  Lacks foundation.

5            THE COURT:  Overruled.

6            THE WITNESS:  I'm assuming she's working with

7  American Home Mortgage and she found out from them.

8  BY MR. STAMOULIS:

9  Q     Okay.  But you have no --

10           MS. ZIEG:  Move to strike.  It calls for

11  speculation.  She --

12           THE COURT:  It's stricken.

13           MS. ZIEG:  -- assumes.

14           THE COURT:  Stricken.

15           MR. STAMOULIS:  Okay.

16  BY MR. STAMOULIS:

17  Q     You have -- you have no idea how --

18           MR. STAMOULIS:  Permission to lead on this

19  question, Your Honor.

20           THE COURT:  Okay.

21  BY MR. STAMOULIS:

22  Q     You have no idea how -- what -- how Ms. LaToe found

23  out that you needed -- and you needed an exception.  Is that

24  right?

25  A     No.  I don't know.

1 Q     And you have no idea what information was conveyed

2 with that exception to Ms. LaToe?

3 A     I do not.

4 Q     You have no idea what AHM told Ms. LaToe as to what

5 they might or might not additionally offer in -- when they

6 communicated the exception to her?

7 A     I have no idea.

8 Q     Okay.  And on Monday when you met with Ms. LaToe, can

9 you recount what happened in the meeting on Monday?

10 A     Well, we got to her office, I would say it was about

11 nine o'clock, and she was with her assistant.  And we sat

12 down and said, Tania, you know, to come up with this

13 additional money is going to be hard for us to do.  You

14 know, you mentioned that we would be able to pull out money

15 within a couple of months.  Is -- is that really -- can we

16 do that, you know, and she said, well, whether it be like a

17 home line equity or something.

18          MS. ZIEG:  Objection.  Calls for hearsay.

19          THE COURT:  Overruled.  I -- yesterday we talked

20 about this.

21          THE WITNESS:  Yeah.  Okay.

22          THE COURT:  All right.

23 BY MR. STAMOULIS:

24 Q     Now, Ms. Mills, was there also any discussion about

25 the one-point drop in your credit score and why this

1 | exception was being made?

2 | A    The exception was being made because I had a spotless

3 | credit history and I was very conservative with my --

4 |          MS. ZIEG:  Objection.  Calls for speculation.

5 | She just testified she has no idea about the exception.

6 |          THE COURT:  Well, what --

7 |          MR. STAMOULIS:  That was my fault.

8 |          THE COURT:  Lay a foundation, please.

9 |          MR. STAMOULIS:  Yeah.  That wasn't my question,

10 | actually.

11 | BY MR. STAMOULIS:

12 | Q    I just was asking whether -- did Ms. LaToe inform you

13 | then that your credit had dropped from 660 to 659?

14 | A    Correct.

15 | Q    Okay.  And what were the implications of that one-

16 | point drop in your credit that you now had a 659 credit?

17 | A    That I had to come up with additional funding.

18 | Q    Did the fact that your credit was now 659 influence

19 | your decision-making on that day?

20 | A    Very much so.

21 | Q    Okay.  And how so?

22 | A    Well, I felt, okay.  If we're going to get the house,

23 | this is the way that we're going to have to do this.  If my

24 | credit scores drop, I'm not going to be able to get funding

25 | anywhere else.

1   Q     And  even  with  that  one-point  drop  American  Home  was

2   still  offering  you  an  exception  and  they  were  still  willing

3   to go  through  with  the  loan,  just  on  new  terms?

4   A     Correct.

5   Q     Okay.

6              MR.  STAMOULIS:    Your  Honor,  during  Ms.  Zieg's

7   questioning,  I  believe  she  examined  the  witness  in  depth

8   about  why  --  what  the  reasons  were  behind  Ms.  Beauregard

9   (phonetic)  pulling  out  of  funding  Ms.  Mills.    I  believe  the

10  door  has  been  opened  to  that  non-contemporaneous  email  that

11  we  discussed,  Exhibit  75,  with  --  where  Ms.  Beauregard

12  recounts  to  Ms.  Mills  why  she  pulled  away  from  American  Home

13  and  I  would  like  to  be  able  to  readdress  that  email.

14              MS.  ZIEG:    I  reserve  my  objection  on  the  basis  of

15  hearsay,  and  it's  also  double  hearsay  because  she's

16  testifying  to  a  --  about  a  declarant  statement  that  isn't  in

17  the  courtroom  today,  that  wasn't  provided  for  deposition

18  because  Mr.  Stamoulis  said  that  he  wasn't  going  to  use  that

19  email,  and  she's  going  to  testify  to  what  Ms.  Beauregard

20  told  her  AHM  said  to  her.    It's  double  hearsay.

21              THE  COURT:    Whose  email  is  it?

22              MR.  STAMOULIS:    Yes,  Your  Honor.    It's  an  email

23  from  Ms.  Beauregard  to  Ms.  Mills.    It  is  non-contemporaneous

24  with  the  event.    I  had  represented  to  counsel  early  in  the

25  litigation  that  we  would  not  be  using  a  declaration  from  Ms.

1  Beauregard at trial or seeking to bring her as a live

2  witness, but I did not say that we weren't going to use any

3  other documents that might have come from her.

4         THE COURT:  And when did this document come to

5  light?

6         MR. STAMOULIS:  It was produced several weeks

7  ago, Your Honor.

8         THE COURT:  By?

9         MS. ZIEG:  Your Honor, it was actually produced

10 during Ms. Mills' deposition and it's an email that she had

11 written about, I don't know, two or three days before her

12 deposition to Ms. Beauregard about a transaction -- about

13 the transaction that allegedly occurred in 2006.

14        MR. STAMOULIS:  The portion that I would seek to

15 introduce, Your Honor, is the email from Ms. Beauregard to

16 Ms. Mills.

17        MS. ZIEG:  I'm going to reserve my objection,

18 again.

19        THE COURT:  Yeah.  Let's -- it's hard for me to

20 make a hearsay ruling without having some substance in order

21 to figure out -- can you proffer what it says?

22        MR. STAMOULIS:  Yes, Your Honor.  I'll proffer

23 that it says that Ms. Beauregard states to Ms. Mills:

24           "We were ready to come to the table with

25           financing.  The reason why we walked away was

1              because we couldn't get the assurances from

2              American Home that they wouldn't keep foreclosing

3              if we came to the table with money."

4         THE COURT:  All right.  It's hearsay.  I'm not

5    going to allow it.

6         MR. STAMOULIS:  Thank you, Your Honor.

7         (Pause)

8    BY MR. STAMOULIS:

9    Q    Very quickly, Ms. Mills.  Ms. Zieg put in front of you

10   Document Number 211, which was the offer of Curtis and

11   Vanessa Brown.  I don't need you to pull the document, Ms.

12   Mills.  I'm just going to ask you generally about it.

13   A    Okay.

14   Q    But that was the March 2007 offer of Curtis and

15   Vanessa Brown to purchase the property, 1880 Burnt Rockway

16   on your behalf for one million dollars.  Is that right?

17   A    Correct.

18   Q    Okay.  And that offer was rejected by American Home.

19   Is that right?

20   A    Correct.

21   Q    Okay.  And she also put in front of you Exhibit Number

22   213, which was the offer of $1.025 million made in April of

23   '07 by Mr. Norwood to purchase the property on your behalf.

24   Is that right?

25   A    Correct.

1  Q     Okay.  And that offer was rejected by American Home,
2  was it not?
3  A     Correct.
4  Q     Okay.  Now Ms. Zieg also questioned you about the fact
5  that American Home, while they rejected your offers to get
6  the loan out of American Home, have someone else purchase it
7  and let you refinance it with them, they did make you an
8  offer to increase your payments to 10,000 a month.  Is that
9  correct?
10 A     Correct.
11            MS. ZIEG:  Objection.  Mischaracterizes the
12 testimony.  Those offers were after the foreclosure sale.
13            THE COURT:  I missed the timeline on the original
14 question I have to admit.  Can you re-ask the question,
15 please?
16            MR. STAMOULIS:  Yes.  Well, I'll leave out the
17 first part.  I don't -- I don't need it.
18 BY MR. STAMOULIS:
19 Q     Ms. Zieg questioned you about the fact that offers
20 were made to you by American Home to double your -- your
21 mortgage payment, is that right, to about 10,000 a month?
22            MS. ZIEG:  Objection.  Mischaracterizes the
23 testimony.  It wasn't double.
24            MR. STAMOULIS:  I'm sorry, Your Honor.
25            THE COURT:  It is what it is.  Yes.

1              MR. STAMOULIS:  I'll be more accurate.

2   BY MR. STAMOULIS:

3   Q     To increase your mortgage payment to 10,000 a month.

4   Is that right?

5   A     Correct.

6   Q     Okay.

7              UNIDENTIFIED:  I didn't hear you.

8              THE COURT:  She said correct.

9              THE WITNESS:  Correct.

10  BY MR. STAMOULIS:

11  Q     Was anyone willing to lend you money as a personal

12  loan without any interest in the property just so that you

13  could bring your monthly mortgage payment up to $10,000 a

14  month?

15  A     I don't completely understand the question.  I'm

16  sorry, Stan.

17  Q     Okay.  You testified throughout the course of this

18  trial that you went to a lot of hard money lenders and a lot

19  of people to try to get funding, to try get financing so

20  that you could keep your home.  Is that right?

21  A     Correct.

22  Q     Okay.  Did all of these lenders that were going to

23  lend you money require an interest in the home as security

24  as a basis for lending you money?

25  A     I -- when you say "interest in the home," like being

1  on title or -- I don't understand.  I'm sorry.  I'm --

2  Q    Were you approaching any lenders to just give you a

3  personal loan so that you could make payments?

4  A    Yes.

5  Q    Okay.  Did any of -- was -- were the -- was the loan

6  that you were trying to get from Ms. Beauregard just a

7  personal loan?

8  A    The loan with Bernadine was they were going to take up

9  the third.

10 Q    Okay.  So they were going to take an interest in the

11 property?

12 A    Yes.

13 Q    Okay.  So the loan from Bernadine would not have been

14 applicable -- and this is Bernadine Beauregard -- for no

15 interest in the property, but just a personal loan to make

16 you make -- to allow you to make ten-thousand-dollar-a-month

17 mortgage payments?  That wasn't the deal with Bernadine?

18 A    That was not the deal.

19          MS. ZIEG:  Objection.  Vague.

20          THE COURT:  Overruled.

21          MR. STAMOULIS:  Okay.

22          THE COURT:  The answer was, that was not the

23 deal.

24          MR. STAMOULIS:  Okay.

25          THE WITNESS:  Correct.

1          THE COURT:  Okay.

2  BY MR. STAMOULIS:

3  Q     And, in fact, Ms. Mills, at the time when you were

4  trying to seek this financing, your credit had plummeted --

5          MS. ZIEG:  Objection.

6  BY MR. STAMOULIS:

7  Q     -- I believe you --

8          MS. ZIEG:  It's a leading question --

9          MR. STAMOULIS:  I'm sorry.

10          MS. ZIEG:  -- Your Honor.

11  BY MR. STAMOULIS:

12  Q     Ms. Mills, what was your credit score in the summer of

13  2006, do you recall?

14  A     In the summer of 2006?

15  Q     Yes.

16  A     It was 703.

17  Q     No.  The summer of 2006?

18  A     Oh, 2006, not 2005.  I'm sorry.  I -- it was in the

19  low 500s or like 490 or something ridiculous.

20  Q     Okay.  Was anyone willing to lend you money personally

21  on -- with that kind of a credit score?

22  A     No.

23  Q     Okay.  And we now know how -- do you now know how your

24  credit score got to be that low?

25  A     Yes, I do.

1   Q      Finally, Ms. Mills, just one last question --

2   actually, a couple of last questions, but your bankruptcy

3   schedules that we reviewed, they were completed in July of

4   2006.  Is that right?

5   A      Correct.

6   Q      Okay.  And the email that you sent about potentially

7   making a claim in the AHM bankruptcy, that was in August of

8   2007.  Is that right?

9   A      Correct.

10  Q      Okay.  Did your lawyer know about that email or your

11  thoughts?

12  A      No.  He -- I don't remember.

13  Q      Okay.  Did you update your schedules a year later

14  after you had initially submitted them?

15  A      No.

16  Q      Okay.

17          MR. STAMOULIS:  I have no further questions, Your

18  Honor.

19          THE COURT:  All right.  Thank you, ma'am.  You

20  may step down.

21          (Witness excused)

22          THE COURT:  Anymore witnesses?

23          MR. STAMOULIS:  Yes, Your Honor.  We --

24          THE COURT:  We can take a recess, but I just --

25  what -- what's the plan?

1          MR. STAMOULIS:  We're going to call Scott

2  Martinez next as our witness.

3          THE COURT:  Okay.  Let's take, say, five minutes

4  and then --

5          MR. STAMOULIS:  Thank you, Your Honor.

6          THE COURT:  -- we'll get Mr. Martinez.

7          MS. ZIEG:  Thank you, Your Honor.

8          (Recess)

9          THE CLERK:  All rise.

10          THE COURT:  Please be seated.

11          You may proceed.

12          MR. STAMOULIS:  Thank you, Your Honor.

13          Claimant calls Scott Martinez to the stand.

14          THE COURT:  All right.  Mr. Martinez, please take

15  the stand and remain standing.

16          THE CLERK:  Please raise your right hand.

17        SCOTT MARTINEZ, WITNESS FOR CLAIMANT, SWORN

18          THE CLERK:  Please state and spell your name for

19  the record.

20          THE WITNESS:  Scott Martinez, S-C-O-T-T M-A-R-T-

21  I-N-E-Z.

22          THE CLERK:  Thank you.  You may be seated.

23          MR. STAMOULIS:  Your Honor, given that the

24  witness is a debtor's representative, I would ask for

25  permission from the Court to lead during my examination.

1              THE COURT:  Permission granted.

2              MR. STAMOULIS:  Thank you, Your Honor.

3                      DIRECT EXAMINATION

4   BY MR. STAMOULIS:

5   Q     Good morning, Mr. Martinez.

6   A     Good morning.

7   Q     Mr. Martinez, you are here today as the corporate

8   designee of the debtors in response to Ms. Mills' claim.  Is

9   that right?

10             MS. ZIEG:  Objection.  Do you mean for purposes

11  of Rule 615 or generally?

12  BY MR. STAMOULIS:

13  Q     What is your role here today, Mr. Martinez?

14  A     I don't know.

15  Q     Are you -- are you here with regard to Rule 615 as a

16  corporate designee of the debtors?

17  A     I don't know what Rule 615 is.

18  Q     But you are here today testifying on behalf of the

19  debtors.  Is that right?

20  A     No.  I'm here testifying -- you -- you called me as a

21  witness.  So, again, I don't -- I don't know what -- you

22  haven't given me any information as to why I am testifying

23  here today for.

24             THE COURT:  Can you please move the microphone

25  closer --

1                    THE WITNESS:  Sure.

2                    THE COURT:  -- or move you closer?

3                    THE WITNESS:  Sorry.

4                    THE COURT:  Either way.

5                    (Pause)

6                    THE COURT:  Ms. Zieg, do you plan to call this

7    witness?

8                    MS. ZIEG:  No, Your Honor.

9                    MR. STAMOULIS:  All right.  Your Honor, he was on

10   -- Mr. Martinez was offered as the 30(b)(6) designee of the

11   debtor.  During -- on the pretrial order he's listed as both

12   a debtors' witness and a claimant's witness.  My -- my role

13   in listing him as a claimant's witness was as a

14   representative of the debtors on -- on the topics presented.

15                   MS. ZIEG:  I don't even know how to answer that.

16                   (Pause)

17                   MR. STAMOULIS:  Indeed, Your Honor, Mr. Martinez

18   has sat through the whole trial and, at representation of

19   counsel, has sat through because he is the client.  So he

20   was here during Ms. Mills' testimony and was not excluded as

21   Mr. Esquivel was.

22                   MS. ZIEG:  That -- that's correct, Your Honor.

23   He is our corporate designees for purposes of Rule 16 --

24   615, which is regarding sequestration.  We're allowed to

25   pick one person.  Mr. Martinez is the representative for the

1    debtors that's here.  Regardless, he's testifying as -- as

2    Mr. Martinez, as to his personal knowledge.  I'm not sure

3    you call a witness at a trial as a corporate designee.  I'm

4    not even sure what that means, Your Honor.

5              THE COURT:  Are you an officer of the

6    corporation?

7              THE WITNESS:  No.

8              THE COURT:  What's your job title?

9              THE WITNESS:  Financial advisor.

10             THE COURT:  Well, who do you work for?

11             THE WITNESS:  Zolfo Cooper.

12             THE COURT:  Are you CRO or --

13             THE WITNESS:  No.  My boss is a CRO.

14             THE COURT:  You get paid by Zolfo Cooper?

15             THE WITNESS:  Correct.

16             THE COURT:  Well, let's see.  Let's -- let's work

17   around it as best we can.  Maybe we can connect later.

18   BY MR. STAMOULIS:

19   Q    Mr. Martinez, I would like you to turn to Exhibit 63

20   in the white binder?

21   A    Which one, one or -- Volume I or Volume II?

22   Q    Volume II, 63.

23   A    Okay.

24   Q    Do you recognize this document, Mr. Martinez?

25   A    I do.

1  Q     This is your 30(b)(6) -- this is the 30(b)(6) notice

2  of deposition that the claimant sent to debtors.  Is that

3  correct?

4              THE COURT:  Where are we?

5              MR. STAMOULIS:  This is Exhibit 63 in Volume II,

6  Your Honor.

7              THE COURT:  In the debtors --

8              THE WITNESS:  It's the debtors' response.  Yeah.

9              THE COURT:  It's -- I'm sorry.  It's the debtors'

10  response to Claimant's 30(b)(6) notice of deposition.  Is

11  that right?

12  A     Yes.

13  Q     Okay.  And this notice of deposition -- this response

14  to notice of deposition listed nine topics.  Is that right?

15  A     (Witness reviews document)

16        Yes.

17  Q     Okay.  And you were listed as the responsive designee

18  for each of these nine topics.  Is that right?

19  A     For my deposition, yes.

20  Q     Yes.  And you were made knowledgeable as to each of

21  these nine topics prior to being offered for deposition.  Is

22  that right?

23              MS. ZIEG:  Objection.  It's subject to the

24  objections set forth in this response to the 30(b)(6)

25  notice.

1          THE COURT:  You can answer.

2          THE WITNESS:  Can you repeat the question?  I'm

3    sorry.

4    BY MR. STAMOULIS:

5    Q    You were made knowledgeable with regard to these nine

6    topics prior to being offered for deposition.  Is that

7    right?

8    A    Yes, subject to the objections that were on file.

9    Q    Oka.  In fact, at your deposition you testified that

10   you met with representatives of American Home and that you

11   prepared for -- at length prior to your deposition in

12   anticipation of your testimony.  Is that right?

13   A    I believe I said that I -- with -- on Sunday that I

14   prepared with Young, Conaway and Eileen Wanerka.

15   Q    Okay.  And, in fact, your employer, Zolfo Cooper,

16   recently submitted a fee application where they ask for

17   reimbursement for all the time that you spent preparing and

18   becoming knowledgeable as to the topics on this 30(b)(6)

19   notice?

20   A    Yes.

21   Q    Okay.  And at the time of your deposition you were

22   knowledgeable with regard to Topic Number 1, which is

23   Deborah Mills.  Is that right?

24          MS. ZIEG:  Again, Your Honor, with respect to

25   this, I just want to make sure it's clear that this is our

1  response and it's subject to all of the objections set forth

2  therein.

3            THE COURT:  Did you designate this gentleman as

4  your witness?

5            MS. ZIEG:  For purposes of a 30(b)(6) deposition,

6  yes, Your Honor.

7            THE COURT:  All right.

8            MR. STAMOULIS:  Your Honor, given him designation

9  in the past when we listed him on our exhibit list we had

10  every understanding with counsel -- he was also listed on

11  their exhibit list as a witness -- that he would be the

12  corporate designee for the purposes of this trial.

13            THE COURT:  Well, I'm try -- I'm trying to figure

14  -- figure out why that matters, for purposes of any -- you

15  haven't asked any substantive questions yet, so I --

16            MR. STAMOULIS:  Okay.

17            THE COURT:  -- what are you trying to accomplish?

18  I mean, if you're worried about hearsay, as an agent it

19  would be an admission of a party opponent.  So --

20            MR. STAMOULIS:  What I'm concerned about, Your

21  Honor, is as I put American Home Mortgage documents in front

22  of him, that Mr. Martinez will testify, I'm only here in my

23  personal capacity.  I don't know what this document is.

24            THE COURT:  Well, let's see what happens.

25            MR. STAMOULIS:  Okay.  Thank you, Your Honor.

1  BY MR. STAMOULIS:

2  Q     Mr. Martinez, would you please turn to Exhibit Number

3  12 in your binder, Volume I of the white binder.

4  A     Exhibit 12?

5  Q     Yes.

6  A     Okay.

7  Q     Mr. Martinez, Exhibit 12 is entitled, A Credit Score

8  Notice, is that not right?

9  A     Yes.

10 Q     Okay.  On Page 2 of Exhibit 12 you'll see that the

11 borrower on Exhibit 12 is Deborah E. Mills and in the center

12 of the page you will see that her credit score is reported

13 as 660.  Do you see that, Mr. Martinez?

14 A     I do.

15 Q     Okay.  If you'll turn to Exhibit 9 in your binder.

16 A     Okay.

17 Q     Do you see that this document is entitled, Rate Lock

18 Confirmation?

19 A     I do.

20 Q     Okay.  You'll see that it's issued by American Brokers

21 Conduit.  Do you see that?

22 A     Yes.

23 Q     And at your deposition you testified that American

24 Brokers Conduit was a d/b/a of American Home Mortgage, did

25 you not testify that way at your deposition?

1  A      Yes, that they're a d/b/a for American Home Mortgage

2  Corporation

3  Q      A d/b/a.  And you'll see that in the center of this

4  document it lists FICO (sic) score for pricing, and the

5  credit score used for the pricing of this loan is 660.  Do

6  you see that, Mr. Martinez?

7  A      Yes.

8  Q      Okay.  And indeed, Mr. Martinez, ABC used 660 as the

9  score for pricing this loan, did it not?

10        MS. ZIEG:  Objection.  Lacks foundation.  The

11  document says what it says.  I'm okay with that with respect

12  to him.  But if you want to ask Mr. Martinez questions about

13  that, you have to establish that he has a foundation for

14  answering that question.

15        THE COURT:  Overruled.

16  BY MR. STAMOULIS:

17  Q      Mr. Martinez, ABC, when they initially pulled Ms.

18  Mills' credit it was 660, was it not?

19  A      I don't know.

20  Q      Okay.  And when ABC initially priced this loan it was

21  using 660 as the credit score, was that not -- is that not

22  correct?

23  A      When American -- when American --

24  Q      When A -- when ABC initially priced the loan for Ms.

25  Mills, it used 660 as her credit score.  Is that not right?

1   A       I don't believe so.  No.

2   Q       Okay.  So you believe that here -- you do see where it

3   says FICO score for pricing is 660.  You see that, right?

4   A       I do.  Yes.

5   Q       Okay.  And it's your understanding that that 660 was

6   not used for pricing Ms. Mills' loan?

7   A       I don't know if it was or it wasn't.

8   Q       Thank you.

9           If you'll turn to Exhibit Number 26, Mr. Martinez.

10  A       Okay.

11  Q       Okay.  This is another document entitled, Credit Score

12  Notice.  Do you see that?

13  A       I do.

14  Q       Okay.  If you turn to the second page of this credit

15  score notice, you see that at the top the borrower's name is

16  Ms. Mills, correct?

17  A       Yes.

18  Q       Okay.  And that you'll see that current most recent

19  credit score is listed at 659.  Do you see that?

20  A       I do.

21  Q       Okay.  So if we turn back to Exhibit 12 and we compare

22  Page 2 of those documents, the current most recent score on

23  Exhibit 12 is 660 and that document is dated July 10th of

24  2005, and the current most recent score on Exhibit 26 is

25  659, and that document is also dated on July 10th of 2005.

1    Do you see that?

2    A       (Witness reviews documents)

3            Yes.  They're both dated July 10th.

4    Q       Now if you'll turn to Exhibit 24, Mr. Martinez.

5    A       Okay.

6    Q       You see this is another Rate Lock Confirmation issued

7    by ABC.  Is that correct?

8    A       Yes.

9    Q       Okay.  And if you go down to the FICO score for

10   pricing, you'll see that that lists 659.  Is that right?

11   A       Yes.

12   Q       Okay.  And now this is for the two-hundred-thousand-

13   dollar or piggy-back loan.  Is that correct?

14   A       Yes.

15   Q       Okay.  So ABC -- do you know if ABC used 659 as the

16   credit score for pricing of the two-hundred-thousand-dollar

17   piggy-back loan?

18           MS. ZIEG:  Objection.  Mr. Martinez lacks

19   personal knowledge.

20           THE COURT:  Overruled.

21           THE WITNESS:  I don't know.

22           MR. STAMOULIS:  Okay.

23   BY MR. STAMOULIS:

24   Q       If you'll turn to Exhibit 2 of the white binder.

25           (Pause)

1    A       Okay.

2    Q       Okay.   This is a loan -- and do you see that this

3    document is entitled, Approve R-E-I-T, Reit Product

4    Exception Request.   Do you see that?

5    A       Yes.

6    Q       And do you see that this exception request in the

7    middle of the page, in the middle column lists the FICO, F-

8    I-C-O as being 659.  Do you see that?

9    A       I do.

10   Q       Okay.   Now if you go down into the comments you'll see

11   that -- well, Mr. Martinez, you've been here for Ms. Mills

12   testimony.   Was that -- is that right?

13   A       Yes.

14   Q       And you heard Ms. Mills tell you that when this

15   exception came about, her piggy-back loan was decreased from

16   275,000 to $200,000.   Is that right?

17   A       Yes, I heard that.

18   Q       All right.   So that required her to come up with an

19   additional $75,0000 in cash for closing  Is that right?

20   A       Based on what she said, yes.

21   Q       And if you turn to the second page, do you recall Ms.

22   Mills also testifying that the interest rate on her loan and

23   the margin was also increased by 1.25 percent?  Do you

24   recall that testimony?

25   A       I don't recall the increase, but I do recall her

1  saying that there was an crease to it.

2  Q    Okay.  And do you see the comments at Page 2 of

3  Exhibit 2 which state, "FICO exception to prove; pricing

4  adjustment 1.25 to both rate and margin inclusive of all

5  pricing and other program guidelines must be met.  Do you

6  see that comment.

7  A    Yes.

8  Q    Okay.  And -- and is it your understanding that --

9  that her loan rate was increased by 1.25 percent as a result

10  of that comment?

11  A    That's what this document says.

12  Q    Now, Mr. Martinez, isn't it true that the reason why

13  Ms. Mills' credit score dropped from 660 to 659 is because

14  American Home, ABC, pulled her credit once for her main loan

15  and then pulled it again for the piggy-back loan --

16          MS. ZIEG:  Object --

17  BY MR. STAMOULIS:

18  Q    -- isn't that right?

19          MS. ZIEG:  Objection.  Lacks foundation.  Mr. --

20  Mr. Martinez doesn't know what happened with respect to --

21          THE COURT:  Then he can --

22          MS. ZIEG:  -- underwriting.

23          THE COURT:  -- testify to that, Ms. Zieg.  You

24  don't need to object.  If he doesn't know, he doesn't know.

25          Do you know?

1              THE WITNESS:  I don't know.

2              THE COURT:  See.  No objection necessary.

3    BY MR. STAMOULIS:

4    Q    And, Mr. Martinez, have you had occasion to review Ms.

5    LaToe's testimony in this matter?

6    A    No.

7    Q    Okay.  But you -- you did hear some excerpts of her

8    testimony discussed here at trial?

9    A    Yes.

10   Q    Okay.  If you'll turn to Exhibit 67 in Volume II of

11   your binder.

12         (Pause)

13   Q    And if you turn to Page Number 106 of Ms. LaToe's

14   testimony.

15              MS. ZIEG:  I'm sorry.  106?

16              MR. STAMOULIS:  1-0-6.

17              THE WITNESS:  Okay.

18              MR. STAMOULIS:  Okay.

19   BY MR. STAMOULIS:

20   Q    I would like you to go to Line 24 and I -- I will read

21   a few lines into the record.  Page 106, Line 24 begins:

22              "When you pull an applicant's credit score for a

23              loan that's going to involve a main loan and a

24              piggy-back loan, do you pull it once or do you

25              pull it twice?

1          "Answer:  I pull it once."

2          And if you continue to Line 19 on Page 107:

3          "My question is, can you think of any logical

4          reason why you would want to pull an applicant's

5          credit score twice in a row if you're dealing

6          with a main loan and a piggy back loan?

7          "Answer:  No."

8          Mr. Martinez, sitting here today, can you think

9    of any legitimate purpose why American Home would pull an

10   applicant's credit score twice in a row for a main loan and

11   then a piggy-back loan?

12   A      No.

13   Q      Okay.  But the impact of American Home pulling -- but

14   the impact -- well, let me rephrase.  I -- strike that,

15   please.

16        The impact of Ms. Mills' credit score being 659 as

17   opposed to 660 was that she had to pay an additional $75,000

18   in down payment --

19          MS. ZIEG:  Objection, Your Honor.  He's

20   testifying.

21          THE COURT:  Okay.  Look --

22          MS. ZIEG:  There's no question pending.

23          THE COURT:  He's allowed to lead the witness and

24   I really would wish you would wait until the question is

25   finished before you objected, Ms. Zieg.

1          MS. ZIEG:  I apologize, Your Honor.

2          THE COURT:  Now start over.

3          MR. STAMOULIS:  Thank you, Your Honor.

4  BY MR. STAMOULIS:

5  Q    Mr. Martinez, based on the exception document, Exhibit

6  2 that we reviewed, the impact of Ms. Mills' credit being

7  659 as opposed to 660 was that she had to come up with an

8  additional $75,000 in down payment and that her loan went up

9  by 1.25 percent in interest.  Is that accurate?

10  A    That's what the loan application said -- or the

11  exception report.  Yes.

12  Q    Mr. Martinez, do you know whether it was a business

13  practice of American Home to purposefully pull credit

14  reports twice in order to increase the amount of down

15  payments that borrowers were putting down on their homes?

16  A    No.

17  Q    Okay.  Was it a business practice of American Home to

18  increase that amount of down payment so that the loan to

19  value ratio of these loans was more attractive for

20  securitization?

21  A    No.

22  Q    You know for a fact that that was not their business

23  practice?

24  A    Do I know for a fact?

25  Q    Yes.

1  A      No, but it just doesn't make sense.

2  Q      Well, I guess I'm going to ask you, now.  So, Mr.

3  Martinez, you recall at your deposition that we went through

4  an offering prospectus for, I believe, some of the

5  securitization products that American -- that the debtors

6  put together.  Is that right?

7  A      Yes.

8  Q      Okay.  And do you recall in that offering prospectus

9  one of the things that was repeated over and over and over,

10  we went through it at length at your deposition, was the

11  attractive loan to value ratios of the products that the

12  debtors were offering?

13  A      I don't know if it was attractive.  It was just a

14  stated LTV in the prospectus.

15  Q      Okay.  But it stated about ten times in that

16  prospectus.  They kept talking about the LTV of these loans.

17  Is that right?

18          MS. ZIEG:  Objection, Your Honor.  It

19  mischaracterizes his testimony at his deposition.  As a

20  matter of fact, I objected to this line of questioning at

21  the deposition because he only had like five pages of

22  excerpts from a fifty-page prospectus.

23          THE COURT:  I -- look, if we're going to

24  establish what the prospectus says, let's go through the

25  prospectus if that's what we have to do.

1          MS. ZIEG:  Thank you, Your Honor.

2          MR. STAMOULIS:  Thank you, Your Honor.

3   BY MR. STAMOULIS:

4   Q    Mr. Martinez, would you please turn to Exhibit 38 in

5   your Volume I.

6          (Pause)

7   A    Okay.

8   Q    This is the complete version of the three-hundred-page

9   prospectus of American Home Asset Trust 2005-1.  Is that --

10  does that look to be accurate?

11  A    I'll take your word for it.  I mean, there's hundreds

12  of pages, so.

13  Q    And Ms. -- one of -- at least one of Ms. Mills' loans

14  was securitized into American Home Asset Trust 2005-1.  Is

15  that right?

16  A    Yes, the first one -- the first mortgage.

17          THE COURT:  The big one?

18          THE WITNESS:  Yes.

19          MR. STAMOULIS:  Okay.

20          (Pause)

21          MR. STAMOULIS:  I apologize, Your Honor.  I have

22  short-hand notes that will get me through this faster.

23          THE COURT:  Very good.

24          (Pause)

25          MR. STAMOULIS:  Well, unfortunately, Your Honor,

1  I can't locate them.  But the prospectus says what the

2  prospectus says.

3  BY MR. STAMOULIS:

4  Q    And do you recall, Mr. Martinez, that at your

5  deposition we went through and noted the times in the

6  prospectus where it discusses the loan to value ratio of the

7  products that were being sold?

8  A    Yes.

9  Q    Okay.  And, Mr. Martinez, do you think that a loan

10 product with a lower loan to value ratio would be a more

11 attractive product for securitization?

12 A    Me personally?

13 Q    Yeah.

14 A    I don't know how to answer that.

15 Q    Well, would you personally buy an investment that is a

16 group of bundled notes that have ninety percent loan to

17 value ratios or would you prefer a group of notes that have

18 eighty-five or eighty percent loan to value ratios, if you

19 were going to invest?

20 A    I -- I mean, that just calls -- depends on what my,

21 you know, investment strategy would be.

22 Q    Thank you, Mr. Martinez.

23      Mr. Martinez, you heard Ms. Mills testify about the

24 discussion with Ms. LaToe where she was -- where Ms. Mills

25 claims she was told Ms. LaToe informed her that she could

1  take $50,000 out of equity within two months of closing the

2  loan.  Did you -- did you hear that testimony?

3  A    I did.

4  Q    Okay.  Now I asked you about that testimony at your --

5  that offer at your deposition.  Do you recall that?

6  A    I do.

7  Q    Okay.  Now at your deposition you -- you testified

8  that in your review of the documents you didn't see a record

9  of that offer ever being made to Ms. Mills.  Is that right?

10 A    I said that if it was made, it would have to -- it

11 would have had to have been proved by the debtors and it

12 would have been contingent upon an exception being made.

13 Q    Okay.  And in your review of the documents you

14 actually did find the call collect where Ms. Mils did indeed

15 call the debtors in October of 2005 to get access to a loan?

16 A    Not -- the call log said in October of 2005 that she

17 made a call and was directed to the refinance department.

18 Q    Okay.

19      (Pause)

20 Q    If you turn back to Exhibit 9 --

21         THE COURT:  Nine?

22         MR. STAMOULIS:  Yes, Your Honor.  Volume I.

23         THE WITNESS:  Okay.

24 BY MR. STAMOULIS:

25 Q    Mr. Martinez, in preparation -- first of all, let me

1  back up.  Do you see on Exhibit 9 it lists the account

2  executive on the right-hand column for this particular loan

3  as being Mr. Rick Cordova (phonetic)?

4  A    Yes.

5  Q    Okay.  In preparation for your 30(b)(6) deposition

6  testimony did you have occasion to call Mr. Cordova?

7  A    Did I call him?

8  Q    Yes.

9  A    No.

10  Q    Did you speak to anyone regarding what Mr. Cordova did

11  or did not know at the time of this loan in preparation for

12  your 30(b)(6) testimony?

13  A    Did I talk to anybody?

14  Q    Yes.

15  A    No.

16  Q    Okay.  Did the name Rick Cordova ever even come up

17  during your preparation for your 30(b)(6) deposition

18  testimony?

19  A    No.

20  Q    Okay.  So you do not know, Mr. Martinez, and you did

21  not find out during your preparation whether Mr. Cordova

22  ever told Ms. LaToe that she could offer an additional

23  $50,000 within two months of closing?

24  A    No.

25  Q    Okay.  In fact, you don't even know whether Mr.

1  Cordova was the one that called up Ms. LaToe to tell her

2  about the exception and to tell her that she could offer

3  additional loans to Ms. Mills because of the exception?

4  A    There's nothing in the loan application that says that

5  there was ever a conversation about a fifty-thousand-dollar

6  withdrawal.

7  Q    Now we also discussed at your deposition, Mr.

8  Martinez, that later on in the process, after Ms. Mills had

9  defaulted, Mr. Cordova actually inquired about purchasing

10  the property from American Home before it went to foreclose.

11  Do you recall that discussion?

12  A    I do.

13  Q    And do you recall that Mr. Cordova actually wrote to

14  someone in servicing and -- and said that he would like to

15  go ahead and buy the property prior to it going into

16  foreclosure for the amount of -- the amount outstanding on

17  the first loan?  Do you recall that?

18  A    I remember seeing an email that said that he wanted to

19  purchase the property.

20  Q    So --

21  A    And I also remember that there's a subsequent part to

22  that where I believe it's David Friedman (phonetic) says

23  that loans are not to be sold to employees of American Home.

24  Q    Okay.  But let's go to Exhibit Number 32.  The bottom

25  half of that email, do you recognize that bottom half of

1  that email?

2  A     From my deposition.  Yes.

3  Q     Okay.  And do you see the second sentence:

4         "I know this home goes to auction tomorrow.  I

5         would like to see if I can purchase this home for

6         the remaining balance due on the first before it

7         goes up."

8  A     I see that.  Yes.

9  Q     Okay.  And now above is Mr. Friedman's email where he

10 says that it's the policy to not permit employees to bid on

11 properties.  Do you see that?

12 A     I don't see it in here, but I know we produced an

13 email with that email chain on it.

14 Q     Okay.

15        (Pause)

16        MR. STAMOULIS:  I'm sorry.

17        MS. ZIEG:  Are you on 32?

18        MR. STAMOULIS:  32, yes.

19        MS. ZIEG:  Okay.

20 BY MR. STAMOULIS:

21 Q     Now that email is dated in June of '06, the top email.

22 Is that right?

23 A     Yes.

24 Q     Okay.  And in -- the next sentence is that -- Mr.

25 Friedman says that there -- they will go to sell and bid

1  full debt, which is about 1.2 on a property worth 1.4.  Is

2  that right?

3  A     Yes.

4  Q     Okay.  So in June of '06 do you know whether AHM would

5  have accepted a $1.2 million bid to purchase the property?

6  A     I don't know, but it looks like they're saying that

7  they would.

8  Q     Now you heard the testimony about the offers that Ms.

9  Mills put together to try to repurchase the property over

10  the last day, have you not?

11  A     Uh-huh.

12  Q     Okay.  And you understand from the documents that we

13  just reviewed very recently that in March of '07 AHM

14  rejected a one-million-dollar bid to purchase the property.

15  Do you recall that testimony?

16  A     I'm sorry.  Say that again.  In March of --

17  Q     Yes.  You -- we just went through a document where an

18  offer was put in in March of '07 --

19  A     Uh-huh.

20  Q     -- by Chris and Vanessa Brown --

21  A     Uh-huh.

22  Q     -- to purchase the property.  Did you see that?

23  A     I did hear that testimony.

24  Q     And that was for one-million-dollars.

25  A     Okay.

1  Q     Okay.  And that was rejected, right?

2  A     As far as I understand, yes.

3  Q     Okay.  And then a month later Mr. Norwood put in a bid

4  to purchase the property at $1.025 million and that was

5  rejected, was it not?

6  A     And I believe that also was rejected because it was

7  subject to financing.

8  Q     Do you know why it was rejected?

9  A     I don't, but I'm speculating that it's because it's

10  contingent upon financing.

11  Q     And had they accepted that 1.025-million-dollar-offer,

12  they would have lost about $100,000 on the loan.  Is that

13  right?

14  A     On the --

15         MS. ZIEG:  Objection.  Calls for speculation.  It

16  speculates that that loan would have actually closed.  He

17  says, if they accepted the offer, then the loss would only

18  have been --

19         MR. STAMOULIS:  I'll rephrase --

20         THE COURT:  If they closed that -- if they closed

21  the deal at --

22         MR. STAMOULIS:  A hundred-and-twenty-five-

23  thousand.

24         THE COURT:  One-million-twenty-five-thousand,

25  that's less than the loan balance of 1.2 plus accrued

1  interest.

2            MR. STAMOULIS:  Okay.

3            THE COURT:  Right?

4            MR. STAMOULIS:  Yeah.

5            THE WITNESS:  And foreclosure costs.

6            MS. ZIEG:  That wasn't asked, Your Honor.

7            THE COURT:  And foreclosure costs, and penalties.

8            MR. STAMOULIS:  Right.

9            THE COURT:  And attorney's fees.

10  BY MR. STAMOULIS:

11  Q    So -- but we're talking somewhere in the neighborhood

12  of maybe 175,000 to a two-hundred-thousand-dollar loss.  Is

13  that right?

14  A    Yeah, but the -- I believe the value at that point was

15  greater than the million-oh-twenty-five that was offered.

16  Q    Well, I mean, rejecting that offer didn't work out so

17  well for American Home, did it?

18  A    At that time, no.

19  Q    Okay.  I mean, ultimately, the property was sold in

20  liquidation for $800,000, right?

21  A    But net to the debtors was 634,000 which was less than

22  -- didn't include interest and penalties that were also --

23  Q    Yeah.  So in hindsight debtors would have done much

24  better to have accepted that offer from Mr. Norwood as

25  opposed to refusing to accept that offer?

1  A     It's hard to predict the future considering that there

2  was a downturn in the housing market that nobody foresaw at

3  that time.

4  Q     Okay.  Well, Mr. Martinez, did you understand that

5  there was a downturn in the housing market going on in March

6  and April of '07?

7  A     Did I personally?  No.

8  Q     Yes.  Okay.  Do you know whether the debtors

9  appreciated that the value of these assets was declining in

10  March and April of '07?

11  A     Declining -- these specific assets?

12  Q     These homes?

13  A     I don't know if they were --

14  Q     Had they accepted Mr. Norwood's offer to re -- to

15  purchase the property, they would have had to pull that loan

16  out of the securitized trust, would they not have?

17  A     I'm sorry.  Which -- which loan are we talking about,

18  the first or the second?

19  Q     We are talking about the -- the first loan.

20  A     The first --

21  Q     Yes.

22  A     -- the first lien, the 962,000?

23  Q     Yes.

24  A     That loan was repurchased by the debtors from the

25  securitization in July of 2007.

1  Q    Okay.  And that was -- so it wasn't even repurchased

2  after the foreclosure.  Is that right?  The foreclosure

3  occurred in August of '06, right?

4  A    The foreclosure was March of -- was it March of '06 or

5  was it July of '06?

6           THE COURT:  If you don't know, you don't know.

7           THE WITNESS:  Yeah.  I don't know.

8           MR. STAMOULIS:  Okay.

9  BY MR. STAMOULIS:

10  Q    Mr. Martinez, do you know whether one of the reasons

11  why AHM was rejecting the offers being made by Ms. Mills was

12  because they did not want to pull these loans out of the

13  trusts that had been securitized?

14  A    That's one of the reasons that they didn't work with

15  Ms. Mills?

16  Q    Yes.

17  A    No.

18  Q    You know for a fact that the securitization of these

19  loans played no role in AHM's refusal to deal or work with

20  Ms. Mills?

21  A    American Home repurchased the first lien in July of

22  2007 and they were continuing to work with her, you know,

23  from the foreclosure forward.  So I don't know for a fact,

24  but --

25  Q    Okay.  And you -- do you know for a fact what -- why

1 | the 1.025-million-dollar offer from Mr. Norwood was rejected

2 | in April of 2007?

3 | A      I can speculate to it.

4 | Q      Okay.  Well, if you don't know, you don't know.

5 | A      I don't know.

6 | Q      Now, Mr. Martinez, loose on your table is Exhibit 99.

7 | A      Okay.

8 |              MS. ZIEG:  99 was excluded yesterday.

9 | BY MR. STAMOULIS:

10 | Q     Which is -- now have you seen that document before?

11 | A     I've seen pieces.  I believe we produced this in our

12 | production previously.

13 | Q     And Exhibit 99 is -- you recall when we went through

14 | it very briefly with the Court showing all of the hits that

15 | were made to Ms. Mills' credit?

16 |              MS. ZIEG:  Objection, Your Honor.  This exhibit

17 | was excluded on relevance grounds.

18 |              THE COURT:  I don't remember if I did that or

19 | not.

20 |              MS. ZIEG:  That was my recollection of what it

21 | was, but sometimes that can be wishful thinking, but --

22 |              THE COURT:  Well, let's see where the -- let's

23 | see where the testimony goes, but the objection on relevance

24 | would be -- oh, yes, it was because it was being offered for

25 | purposes of showing continuing damage and the reason she

1  didn't get the job --

2          MS. ZIEG:  Right.

3          THE COURT:  -- purportedly.  Where  -- where are

4  you heading with --

5          MR. STAMOULIS:  Well --

6          THE COURT:  -- asking this witness about this

7  question?

8          MR. STAMOULIS:  -- Your Honor, I'm asking this

9  witness whether it was a practice of American Home to

10  continually hit the credit of people trying to refinance to

11  basically eliminate their ability to refinance to keep these

12  loans from being pulled out of the trusts.

13          THE COURT:  Well, the document shows, it looks

14  like a monthly credit pull -- or a monthly credit report for

15  failure to make a payment.

16          MR. STAMOULIS:  Yes.

17          THE COURT:  All right.  I'll allow you to proceed

18  for that limited basis.

19          MR. STAMOULIS:  Thank you, Your Honor.

20          THE COURT:  We'll see --

21          MR. STAMOULIS:  All right.  So --

22          THE COURT:  -- we'll see where we go.

23          MR. STAMOULIS:  Okay.

24  BY MR. STAMOULIS:

25  Q    So now having Exhibit 99 before you, Mr. Martinez, do

1    you know whether it was a practice of the debtors to

2    continually hit the credit reports of borrowers who are

3    trying to refinance for the purpose of preventing them from

4    obtaining financing so that these loans were not pulled out

5    of the investment trusts?

6    A      I don't know that.

7    Q      Okay.  Thank you.

8           Mr. Martinez, you are aware, are you not, that AHM

9    ultimately foreclosed on Ms. Mills' home.  Is that right?

10   A      Yes.

11   Q      Okay.  And you are also aware that the foreclosure was

12   limited to foreclosure on the 980 or the smaller loan.  Is

13   that right?

14   A      Yeah.  I believe the foreclosure was on the second.

15   Yes.

16   Q      Okay.  So the first loan was not foreclosed upon?

17   A      Correct.

18   Q      Okay.  I would like you to turn to Exhibit 15 of your

19   binder.

20              MS. ZIEG:  You said 15, correct?

21              MR. STAMOULIS:  Fifteen, 1-5.

22   BY MR. STAMOULIS:

23   Q      Okay.  Have you seen Exhibit 15 before?

24   A      Yes.

25   Q      Okay.  And is this the note that relates to the 980 or

1  small loan taken out by Ms. Mills?

2  A    It looks to be.  Yes.

3  Q    Okay.  And do you see that the lender for this loan is

4  American Brokers Conduit.  Is that right?

5  A    Yes, I do.

6  Q    If you would please turn to Exhibit Number 25.

7       (Pause)

8  A    Okay.

9  Q    Do you recognize this as being the deed of trust for

10 the 980 or small loan?

11 A    (Witness reviews document)

12      Can you just point me where it says the dollar amount

13 so I can --

14 Q    Towards the top of the page just under the title, Deed

15 of Trust and Request for Notice of Default, it has an MIN,

16 which is the loan number and you'll see the last four digits

17 are 9804, the four is something put in by MERS, but that's

18 the loan number, and the amount, I believe, is on the second

19 page where it says 200,000.

20 A    Yes.  I do see that.

21 Q    Okay.  Do you see that the -- a beneficiary on this

22 deed of trust is "Mortgage Electronic Registration System,

23 Inc., MERS, solely as nominee for lender as hereinafter

24 defined and lenders successors and assigns"?  Do you see

25 that --

1  A      Yes.

2  Q      -- Mr. Martinez?

3  A      Yes.

4  Q      Okay.  So you understand that MERS was a beneficiary

5  of this deed of trust solely as a nominee for lender?

6          MS. ZIEG:  Objection.  The document says what it

7  says.

8          THE COURT:  Agreed.

9          MR. STAMOULIS:  Sorry, Your Honor.

10 BY MR. STAMOULIS:

11 Q      Mr. Martinez, if you'll turn to page ending in Bates

12 Number 2325 of this same exhibit.

13 A      Okay.

14 Q      Okay.  And do you see that at the end of this notice

15 of -- at the end of this deed of trust in the middle of the

16 page it says, "Deborah E. Mills" -- this is actually towards

17 the bottom of the page, "Deborah E. Mills, a single woman as

18 trustor or mortgagor in which American Brokers Conduit is

19 named as a beneficiary or mortgagee."  Do you see that?

20 A      Yeah.

21 Q      Okay.  So this document also lists American Brokers

22 Conduit as a beneficiary under this deed of trust?

23 A      Yes.

24 Q      Okay.  Now, Mr. Martinez, if you turn to Exhibit 64 in

25 Volume II of your binder.

1       (Pause)

2  Q    Do you recognize Exhibit Number 64 to be the

3  supplemental interrogatory responses of the debtors in this

4  matter?

5  A    Yes.

6  Q    Okay.  Do you recall that we discussed this at your

7  deposition?

8  A    Discussed the supplemental responses?

9  Q    Yes.

10 A    Yes.

11 Q    Okay.  If you turn to the last page of the

12 supplemental responses.

13 A    Yes.

14         THE COURT:  The chart?

15         MR. STAMOULIS:  The chart, Your Honor.

16 BY MR. STAMOULIS:

17 Q    Do recall our discussing this chart --

18 A    I do.

19 Q    -- at your deposition?

20 A    Yes.

21 Q    Okay.  And you see that this chart refers to a loan

22 number with the last three digits of 980.  Is that right?

23 A    Yes.

24 Q    Okay.  If we go through the history of this loan, on

25 8/8 of 2005 the loan was funded and the legal entity, which

1    is the owner of the loan was American Home Mortgage Corp.,

2    AHM.  Do you see that?

3    A    I do.

4    Q    Okay.  Now would that AHM correspond to -- in that

5    last page of the deed of -- or that page of the deed of

6    trust that we just looked at, 25, where it named American

7    Brokers Conduit as the beneficiary, that -- American Brokers

8    Conduit is the same thing as American Home Mortgage Corp.

9    That's right, isn't it?

10   A    Yes.

11   Q    Okay.  So on 8/8 of 2005 American Home Mortgage Corp

12   owned the loan.  Is that right?

13   A    Yes.

14   Q    Okay.  Then on 12/28 of 2005 there was an -- a

15   transfer from AHM to American Home Mortgage Acceptance, Inc.

16   A    Uh-huh.

17   Q    Do you see that?

18   A    I do.

19   Q    Okay.  That transfer was not a publicly recorded

20   transfer, was it, Mr. Martinez?

21   A    I don't know.

22   Q    Okay.  Have you ever seen a document recording that

23   transfer?

24   A    From Corp to Acceptance, I don't recall seeing one.

25   No.

1   Q    Okay.  And isn't it true that the debtors never

2 produced any document recorded with San Luis Obispo County

3 showing the transfer from AHM to AHMAC?  If the answer --

4 you --

5   A    Yeah.  I --

6   Q    -- you don't know, do you?

7   A    I don't know.

8   Q    Okay.  All right.  Then on the same day that it was

9 transferred to AHMAC, the loan was sold to American Home

10 Mortgage Securities, LLC, depositor of securitization AHMIT

11 2005-SD1.  Do you see that transaction?

12   A    I do.

13   Q    Okay.  And as a result of that transaction the owner

14 became American Home Mortgage Securities, LLC.  Do you see

15 that?

16   A    Yes.

17   Q    Okay.  Then again on that -- and by the way, do you

18 know whether that transaction was ever publicly recorded?

19   A    I don't know.

20   Q    Okay.  Then on the same day -- again, December 28th,

21 2005, American Home Mortgage Securities, LLC transfers the

22 loan to trust on behalf of the securitization trust, AHMIT

23 2005-SD1, and so at this point the owner of the loan is

24 AHMIT 2005-SD1.  Do you see that on the chart?

25   A    Yes.

1    Q      Okay.  Do you know whether that transaction was ever

2    publicly recorded?

3    A      I don't know.

4    Q      Okay.  But it's a fact, is it not, sir, that as of

5    December 28th, 2005, AHMIT 2005-SD1 owned the loan.  Is that

6    right?

7    A      Yes.

8    Q      Okay.  Now if you turn to Exhibit 83 of Volume II of

9    your binder.

10          (Pause)

11   Q      Have you seen this document before, Mr. Martinez?

12   A      I believe I saw it in my prep for my deposition and

13   during my deposition.

14   Q      Okay.  If you go to Item Number 4 -- oh, first of all,

15   let's back up for a second.  Do you recognize this to be the

16   order that granted relief pursuant to the stay or underneath

17   the bankruptcy stay of Ms. Mills so that the foreclosure

18   could continue on the property?  Is that right?

19   A      It looks to be.  Yes.

20   Q      Okay.  And let me make sure I have the right one.

21          (Pause)

22   Q      So, Mr. Martinez, your counsel has represented that

23   this is the order that relates to the 980 loan.  Will you

24   accept that representation?

25   A      Which is the second lien, correct?

1  Q      Yes.

2  A      Yes.

3  Q      Okay.  And that's the loan that was foreclosed on,

4  right?

5  A      Correct.

6  Q      Okay.  And this order is dated July 25th, 2006,

7  correct?

8  A      Yes.

9  Q      Okay.  Now the movant for this order is American Home

10 Mortgage Acceptance, Inc.  Is that correct?

11 A      Yeah.

12 Q      Okay.  Now American Home Mortgage Acceptance, Inc. is

13 a separate and distinct legal entity from American Home

14 Mortgage Corp., is it not?

15 A      Yes.

16 Q      Okay.  And American Home Mortgage, Inc. is a separate

17 and distinct legal entity from American Home Mortgage

18 Investment Trust 2005 SD-1, is it not?

19 A      American Home Mortgage Acceptance, Inc., correct?

20 Q      Yes.

21 A      Yeah.  It is different than --

22 Q      And, indeed, American Home Mortgage Acceptance, Inc.

23 does not own or American Home Mortgage Investment Trust 2005

24 SD-1.  Is that right?

25 A      Can you say that again?  American --

1  Q    Acceptance does not own the trust, does it?

2  A    No.

3  Q    Okay.  And the trust is not a subsidiary of

4  Acceptance, is it?

5  A    No.  On the -- on the AMIT 2005 SD-1 the debtors owned

6  a residual interest in it.

7  Q    Okay.

8  A    In that --

9  Q    So the debtors own -- which debtors owned the residual

10  interest?

11  A    I'm not sure.

12  Q    Okay.  Now if you go to Item Number 4 on this first

13  page of this order, the order is granted as to movant, its

14  successors, its transferees and its assigns.  Do you see

15  those -- that sentence?

16  A    I do.

17  Q    Okay.  At the time that American Home Mortgage

18  Acceptance, Inc. moved for this order it did not own any

19  interest in the property, 1880 Burnt Walk Way pursuant to

20  the 980 loan, did it?

21  A    Correct.

22  Q    Okay.  And AHMIT succeeded Acceptance in interest on

23  December 28th of 2005.  Is that correct?

24  A    Yes.

25  Q    Okay.  It did not succeed after July 25th, 2006.  Is

1  that right?

2  A     "It" being?

3  Q     AHMIT did not succeed in interest to the 980 loan on

4  or after July 25th, 2006, did it?

5  A     No.

6  Q     Okay.  And it -- and Acceptance did not transfer the

7  loan to AHMIT 2005 SD-1 after July 25th, 2006, did it?

8  A     No.

9  Q     And Acceptance did not assign the loan to AHMIT 2005

10  SD-1 on or after July 25th, 2006, did it?

11  A     No.

12  Q     Okay.  By the way before we leave this document, if

13  you look at Number 5 on the first page of this, it says:

14        "Movant may enforce its remedies to foreclosure upon

15        and obtain possession of the property in accordance

16        with applicable non-bankruptcy law, but may not pursue

17        any deficiency claim against debtors or property of

18        the estate except by filing a proof of claim pursuant

19        to 11 U.S.C. 501."

20        Do you see that?

21  A     I do.

22  Q     Okay.  Do you know, Mr. Martinez, whether continuing

23  to hit Ms. Mills' credit score for deficiency on this loan

24  was in pursuit of a deficiency?

25  A     Was the dinging of the credit on the first lien?

1  Q     I -- well, I -- there's -- I will represent to you

2  that there's an order regarding the first loan that has an

3  equivalent provision as -- and, in fact, it -- you can find

4  it -- these are not Bates numbered, but it's one, two,

5  three, four, five -- it's six pages in.

6  A     Six pages in from Exhibit 83?

7  Q     From -- yes.

8  A     Counting back it's Page 2?

9  Q     Counting back it's one, two, three, four, five.

10  A     I'm sorry.  Where it says --

11         MS. ZIEG:  Objection, Your Honor.  Is the

12  question -- I'm sorry.  The question is vague.  I'm -- I

13  don't' know whether he's asking whether there were marks on

14  Ms. Mills' credit report or whether we sought to the

15  deficiency.  I'm not sure what she's -- he's asking.

16         THE COURT:  Well, he's -- frankly, I think he's

17  asking a legal question.  He's --

18         MS. ZIEG:  That's why --

19         THE COURT:  He's asking --

20         MS. ZIEG:  -- I'm asking.

21         THE COURT:  -- whether the dings on the credit

22  report constituted --

23         MR. STAMOULIS:  An action in pursuit --

24         THE COURT:  -- pursuing a claim.

25         MR. STAMOULIS:  -- of a deficiency.

1       MS. ZIEG:  Well, then, my objection is it calls

2  for a legal conclusion.  To the extent he's just asking if

3  they dinged her credit report, then I -- I have no

4  objection.

5       MR. STAMOULIS:  Okay.

6       THE COURT:  Well --

7       MR. STAMOULIS:  Well, the --

8       THE COURT:  -- your objection to the first part's

9  -- on the first basis is sustained.

10       MR. STAMOULIS:  Yes.  Your Honor will determine

11  whether or not any actions were taken in violation of this

12  order.

13  BY MR. STAMOULIS:

14  Q    But it is a fact based on what you heard on the

15  testimony yesterday and as demonstrated in Exhibit 99 that

16  after this order was entered on July 25th, 2006, debtors

17  continued to report the deficiency in the loan to Ms. Mills'

18  credit bureau.  Is that correct?

19  A    I believe they continued to hit their credit, but I'm

20  not sure if that was for the first lien or the second lien.

21  Q    Okay.  The document is what it is.  It's Exhibit 99.

22       MR. STAMOULIS:  We'll -- I'll move on, Your

23  Honor.

24       THE COURT:  How much longer do you think you have

25  with direct?

1          MR. STAMOULIS:  Last question.

2          THE COURT:  Oh, well, there you go.

3          MR. STAMOULIS:  Okay.

4          THE COURT:  Good.

5          MR. STAMOULIS:  I mean, last topic.  One more

6  document, Your Honor.

7          THE COURT:  Very good.

8  BY MR. STAMOULIS:

9  Q    If you turn to Exhibit Number 44.

10     (Pause)

11         THE COURT:  I'm sorry.  What document?

12         THE WITNESS:  44.

13         THE COURT:  Thank you.

14         MR. STAMOULIS:  Yes.

15         THE COURT:  Okay.

16  BY MR. STAMOULIS:

17  Q    Do you -- have you seen this document before, Mr.

18  Martinez?

19  A    I have.

20  Q    Okay.  This is the substitution of trustee related to

21  the 980 loan, is it not?

22  A    Yes.

23  Q    Okay.  And this substitution of trustee is executed by

24  MERS which -- on the second page, which as you recall, was a

25  beneficiary under the deed of trust for the 980 loan.  Is

1  that right?

2  A      Yes.

3  Q      Okay.  And the substitution of trustee empowers Cal

4  Western to go forward with -- this substitution of trustee

5  substitutes Cal Western, does it not?

6              MS. ZIEG:  Objection, Your Honor.  The document

7  says what it says.

8              THE COURT:  Well, let's see where he's going with

9  the question.

10  BY MR. STAMOULIS:

11  Q      Mr. Martinez, is it your understanding that Cal

12  Western completed the foreclosure on the 980 loan?

13  A      Yes.

14  Q      Okay.  And they did it pursuant to the substitution of

15  trustee which was signed by MERS?

16  A      That's what the document says.  Yes.

17  Q      Okay.  And MERS signed that substitution of trustee as

18  a -- in its capacity as beneficiary under the deed of trust

19  for the 980 loan?

20  A      Yes.

21  Q      Okay.  And they did that on behalf -- as a nominee for

22  the owner of that note, which happened at the time of this

23  foreclosure to be AHMIT 2005 SD-1.  Is that not right?

24              MS. ZIEG:  Objection.  Calls for legal conclusion

25  as to who the owner is.

1          THE COURT:  Overruled.

2          THE WITNESS:  I'm sorry.  Could you repeat it?

3  You said who -- did they foreclose on behalf of American

4  Home Mortgage Investment Trust?

5  BY MR. STAMOULIS:

6  Q    Ultimately, that's the question.  Cal Western

7  foreclosed on behalf of AHMIT 2005 SD-1, the owner of the

8  note, did they not?

9  A    Cal Western was -- I don't know.  Cal Western was

10  retained by American Home Mortgage Servicing to perform the

11  foreclosure on the property --

12  Q    Okay.

13  A    -- or on that note I should say.

14  Q    And the foreclosure was done on behalf of the owner of

15  the note, which was 2005 SD-1, was it not?

16  A    Yeah.  It was done for the benefit of the owner.

17  Correct.

18  Q    Okay.  And you have never seen a motion for relief

19  from a bankruptcy stay that -- where the movant was 2005 SD-

20  1, have you?

21  A    In her bankruptcy?

22  Q    Yes.

23  A    No.

24  Q    Okay.  And you never saw a motion for relief from a

25  bankruptcy stay that was signed by MERS, have you, from

1  relief from Ms. Mills' bankruptcy?

2  A      No.

3  Q      Okay.  And you never have seen a motion for relief

4  from Ms. Mills' bankruptcy stay that was signed by Cal

5  Western -- where the movant was Cal Western, have you?

6  A      No.

7  Q      Okay.

8           MR. STAMOULIS:  Your Honor, I have no further

9  questions.

10          THE COURT:  Okay.  We're going to break for

11 lunch.  We'll reconvene at 1:30.

12          During the break -- well, I assume you're going

13 to --

14          MS. ZIEG:  I'm going to cross --

15          THE COURT:  -- cross.

16          MS. ZIEG:  -- Mr. Martinez and it should only be

17 about fifteen minutes.

18          THE COURT:  All right.  Well, we'll --

19          MS. ZIEG:  Twenty minutes.

20          THE COURT:  -- we'll reconvene at 1:30.

21          During the break, sir, you may not discuss the

22 substance of your testimony.

23          All right.  We're on recess until 1:30.

24          MR. STAMOULIS:  Thank you, Your Honor.

25          (Recess)

1          THE CLERK:  All rise.

2          THE COURT:  Please be seated.

3          MR. BEACH:  Good afternoon, Your Honor.  Sean

4    Beach for the record.

5          Your Honor, we've consulted with Ms. Mills'

6    counsel over the break to try to work out some of the

7    logistical issues with witnesses and have a proposal for

8    Your Honor which is to continue Scott, which hopefully will

9    end at --

10          THE COURT:  I'm sorry.

11          MR. BEACH:  -- which will be the continuing of

12    Mr. Martinez, which hopefully will end at two o'clock, and

13    then instead of putting on Mr. Esquivel, which is their last

14    witness, to put on Mr. Adleson, which is our expert and to

15    put on Ms. Wanerka who is one of our fact witnesses because

16    those are the two witnesses for medical reasons who needed

17    to leave today.  We believe we can get them all done by five

18    o'clock and we're talking about whether we just designate

19    Mr. Esquivel's deposition transcript instead of putting him

20    on tomorrow morning, and then we'll just have hopefully one

21    witness tomorrow morning and closings would be the proposal

22    if that's acceptable to Your Honor.

23          THE COURT:  All right.  I'll think about it.

24          MR. BEACH:  Okay.

25          THE COURT:  Mr. Martinez, please take the stand.

1            Ms. Zieg, cross.

2            THE COURT:  Sir, your affirmation from earlier is

3    still in place.

4            MS. ZIEG:  Sam, is it okay if I touch your

5    exhibits here?

6            MR. STAMOULIS:  Oh, sorry.

7            MS. ZIEG:  No.  I can -- I'm going to use a

8    couple of them.

9            MR. STAMOULIS:  Oh, yeah.  Sure.

10           MS. ZIEG:  Okay.

11           For the record, Sharon Zieg, of Young, Conaway,

12   Stargatt and Taylor on behalf of the debtors.

13                       CROSS-EXAMINATION

14   BY MS. ZIEG:

15   Q    Good afternoon, Mr. Martinez.  How are you?

16   A    Good.  How are you?

17   Q    Good.  Thank you.

18        If you'll turn to Mills Exhibit 9, that's the white

19   notebook.

20   A    The white notebook?

21   Q    Yes, sir.

22   A    Okay.

23           THE COURT:  Volume I.

24           MS. ZIEG:  I'm sorry, Your Honor.

25           THE COURT:   I said Volume I.

1  BY MS. ZIEG:

2  Q     Are you there?

3  A     Yes.

4  Q     Okay.  And if you look at the second block down it

5  says, "Account executive."  Do you see that?

6  A     Yes.

7  Q     And you see where it says Mr. Cordova's name?

8  A     I do.

9  Q     So Mr. Cordova was an account executive for AHM.  Is

10  that correct?

11  A     It looks like he was an account executive for American

12  Brokers Conduit.  Yes.

13  Q     Okay.  And isn't it correct that the only person --

14            THE COURT:  Counselor, I'm sorry.  You're going

15  to have to move that microphone closer.  Thank you.

16            THE WITNESS:  Sorry.

17  BY MS. ZIEG:

18  Q     And isn't it correct that the only person or position

19  at AHM that would have any authority to change the terms of

20  a loan is an underwriter?

21  A     Yes.

22  Q     And if you could turn to Debtors' Exhibit 214, please.

23  Before I ask you about 214, was it your understanding that

24  about the time of March or April 2007 the debtors had

25  multiple offers on the property

1   A      Of 2007?

2   Q      Of 2007.

3   A      I don't remember.

4   Q      You don't recall.  If you look at Exhibit 214 --

5   A      Yes.

6   Q      -- is this an offer on the property from a Mr. James

7   Mairzon (phonetic)?  It's in I-A, this is an offer from

8   James --

9   A      Yes.  Yeah.

10  Q      And this offer is dated April 5th, 2007?

11  A      Yes.

12  Q      This was about the same time that Mr. Norwood was

13  making offers on the property?

14  A      Yes.

15  Q      And do you recall the testimony that Mr. Norwood's

16  offer on the property, although contingent on funding, was

17  for the amount of $1,025,000?

18  A      Yes.

19  Q      And are you aware of whether Mr. Mairzon is a

20  completely independent third party or was he in some way

21  related to Ms. Mills?

22  A      I don't know if he was related to her or not.

23  Q      Okay.  And with respect to this offer, it looks like

24  in 2-F the offer was for the amount of $1.1 million.  Is

25  that correct?

1   A      Yes.

2   Q      Do you know whether the debtors accepted or rejected

3   this offer?

4   A      I'm assuming they didn't accept it since it didn't

5   close.

6   Q      Okay.  And if you will turn to Mills Exhibit 54,

7   please.  I'm sorry, 64, 6-4.

8          (Pause)

9   Q      And you'll turn to the last page.  It's the chart with

10  respect to Loan Number 928512.

11  A      The second to last page?

12  Q      The last -- I think it's -- it could be -- oh, I'm

13  sorry.  That's not -- the last page and it's Loan Number

14  930980.

15  A      Yes.

16  Q      This is the chart that you testified to on your direct

17  examination?

18  A      Yes.

19  Q      Okay.  And does this chart represent a chain of title

20  with respect to beneficial ownership or nominal ownership?

21              MR. STAMOULIS:  Objection, Your Honor.

22  Foundation.

23  BY MS. ZIEG:

24  Q      Mr. Martinez, do you know what the difference is

25  between a beneficial owner and a nominal owner?

1   A      I believe so.

2   Q      And what is your understanding of what the difference

3   is between a beneficial owner and a nominal owner?

4   A      A beneficial owner is the owner of the property.  The

5   nominal owner is when -- is the owner to the extent that the

6   new owner hasn't been executed or whatnot.

7   Q      And do you understand whether or not this exhibit is a

8   chain of title for beneficial owners or nominal owners of

9   the property -- of the loans?

10   A      I believe it's beneficiary owners.

11   Q      And if you'll turn to Debtors' Exhibit 295, please.

12          (Pause)

13   A      Okay.

14   Q      Do you know what this --

15          MS. ZIEG:  I'm sorry, Your Honor.  Are you there?

16   No.

17          THE COURT:  Nope.  Hang on.

18          (Pause)

19          THE COURT:  All right.

20          MS. ZIEG:  295.

21          THE COURT:  Yeah.

22   BY MS. ZIEG:

23   Q      Do you know what this document is, Mr. Martinez?

24   A      It looks to be a delinquency report.

25   Q      And do you know who this document was provided to?

1   A       It looks like the noteholders of the -- looks like the

2   Series 2005-1.

3   Q       And if you turn to the Page 18 of this document.

4   A       The page number at the bottom says 18?

5   Q       Yes, sir.

6   A       Okay.

7           (Pause)

8   A       I've got a bunch of Page 15's.

9   Q       You don't have a Page 18?

10  A       I do.  Yes.

11  Q       If you look at the upper left-hand corner it says,

12  "Distribution date, 26 June 2006."  Do you see that?

13  A       25th or --

14  Q       Where it says --

15  A       25th May 2006.

16  Q       Okay.  Are you on Page 18 or 17?

17  A       Eighteen.

18  Q       Can you turn to the next page?

19  A       Okay.  That's the second Page 18.  There's -- yeah.

20  Q       Okay.  I'm sorry.  And then with respect to the upper

21  left-hand corner, is that June 2006?

22  A       June 26, 2006?  Yes.

23  Q       Okay.  And is it your understanding that this is the

24  report provided to the AHMIT -- I'm sorry -- AHMOT 2005-1

25  trust on June 26th, 2006?

1   A      Yes.

2   Q      And if you look down at the bottom where it says --

3   it's the last block and the title of that block is,

4   "Foreclosure loan detail, all mortgage loans and foreclosure

5   during current period."  Do you see that?

6   A      I do.

7   Q      And if you look at the second line in that block it

8   says, "Group 3-A."

9   A      Yes.

10  Q      And the amount of the loan and the original principle

11  balance is $692,500.  Do you see that?

12  A      Nine-sixty-two-five-hundred

13  Q      I'm sorry, 962,500, yes.

14  A      Yes.

15  Q      And is that Ms. Mills' loan?

16  A      It looks to be.  Yes.

17          MR. STAMOULIS:  Objection, Your Honor.

18  Foundation.

19  BY MS. ZIEG:

20  Q      Do you know whether or not this is 'Mills loan -- Ms.

21  Mills' loan?

22  A      It looks to be --

23  Q      All right.

24  A      -- based on the loan number and the UPB.

25  Q      What about the loan number tells you that it's Ms.

1    Mills' loan?

2    A      The loan number ending 5176.

3    Q      How do you know that that's Ms. Mills' loan?

4    A      Actually, I don't.

5    Q      So it's not the debtors --

6    A      That's not the debtors' loan number.  No.

7    Q      Mr. Martinez, do you know whether or not the AHMOT

8    2005-1 trust was securitized by the debtors?  I'm sorry.

9    Whether -- yes.  Whether the AHMOT 2005-1 loan, was that

10   securitized by the debtors?

11   A      No.

12   Q      Who securitized that loan?

13   A      American Home Mortgage Assets.

14   Q      They securitized that loan?

15   A      I think they provided the platform for those loans to

16   be securitized.

17   Q      Did they -- okay.  So that they did not securitize the

18   loan themselves?

19   A      They didn't securitize it.  No.

20   Q      And if you move to Exhibit 296.

21          (Pause)

22   A      Okay.

23   Q      And this is a similar report to 295.  Is that correct?

24   A      Yes.

25   Q      And does this document indicate to you that this

1  report relates to the AHMIT 2005-SD-1 trust?

2  A      Yes.

3  Q      Okay.  So that's the difference between this report

4  and the last report?

5  A      Uh-huh.  Yes.

6  Q      And if you turn to page -- hopefully there's only one

7  of these.  If you turn to Page 19 on this report.

8         (Pause)

9  A      What's the --

10 Q      At the bottom it says --

11 A      -- distribution date at the top?

12 Q      -- 21127.  Do you see that?  That's the Bates number.

13 A      The Bates number is cut off.  Is it the distribution

14 date June 26th, 2006?

15 Q      Yes, sir.

16 A      Yeah.  I've got that Page 19 in front of me.

17 Q      And in the block -- in the heading for this group of

18 loans it says, "Foreclosure loan detail, all mortgage loans

19 and foreclosure during current period."  Do you see that?

20 A      I do.

21 Q      And if you look to Group 2 --

22 A      Yes.

23 Q      -- on the left, in the second loan -- or the second

24 column it says loan numbers.  Do you see that?

25 A      I do.

1  Q      And the third loan in that group, 930980, do you know
2  what loan that is?

3  A      That's the debtors' loan number for the second lien.

4  Q      And so the second lien was reported in this report as
5  in foreclosure in June of 2006?

6  A      It looks to be.  Yes.

7  Q      And, Mr. Martinez, the second loan was securitized
8  into the 2005-SD1 trust.  Is that correct?

9  A      Yes.

10 Q      And do you know what the SD-1 stands for?

11 A      I believe it's scratch and dent.

12 Q      And do you know what would constitute a scratch and
13 dent loan?

14 A      I don't want to say a junk loan, but deficiency loan.

15             MS. ZIEG:  I have no further questions.

16             THE COURT:  Redirect?

17             MR. STAMOULIS:  No redirect, Your Honor.

18             THE COURT:  All right.  Thank you.  You may step
19 down.

20             THE COURT:  All right.  You want to switch order?

21             MR. BEACH:  If it's acceptable to Your Honor.

22             THE COURT:  Okay.

23             MR. BEACH:  If I can approach with Mr. Stamoulis,
24 I can give you some more gloss on why the witnesses do need
25 to leave today if -- if Your Honor wants.

1          THE COURT:  It is what -- it is what it is.  It's

2    -- all right.  That's fine.  Okay.

3          MR. BEACH:  Thank you, Your Honor.

4          Your Honor, our witness is in one of the

5    conference rooms across the hall, so it will just take a

6    minute to get her.

7          THE COURT:  Okay.

8          (Pause)

9          THE COURT:  Could we check the witness stand to

10   make sure there's not anything there you don't need?

11         MS. ZIEG:  Sure.

12         THE COURT:  Thank you.

13         (Pause)

14         THE COURT:  Call your witness.

15         MS. EDWARDS:  Good afternoon, Your Honor.  Erin

16   Edwards from Young, Conaway, Stargatt and Taylor on behalf

17   of the debtors.  The debtors would call Philip Adleson to

18   the stand, please.

19         THE CLERK:  Please raise your right hand.

20         THE COURT:  Remain standing, please.  Thank you.

21      PHILIP ADLESON, WITNESS FOR THE DEBTORS, SWORN

22         THE CLERK:  Please state and spell your name for

23   the record.

24         THE WITNESS:  Philip M. Adleson.  You want first

25   name spelled?

1      THE CLERK:  Just the last name.

2      THE WITNESS:  A-D-L-E-S-O-N, and it's Adleson.

3      THE CLERK:  Thank you.

4      THE COURT:  Thank you.

5      THE WITNESS:  Afternoon, Your Honor.

6      THE COURT:  Good afternoon.

7                    DIRECT EXAMINATION

8  BY MS. EDWARDS:

9  Q     All right, Mr. Adleson.  What is your employment

10 history?

11 A     I've been a licensed attorney since 1976.  I started

12 out with the Palo Alto City Attorney's Office as a certified

13 law student.  Thereafter, worked for the California Court of

14 Appeal Justice Margaret Morris from '76 to '77 and was then

15 foolish enough to set up my own practice in '77 where I

16 apparently can't get fired.  I've been there ever since.

17 Q     All right.  And could you please describe your

18 educational background?

19 A     Yes.  I got a bachelor's degree from Cal State

20 University at Northridge, then went to graduate school to --

21 at USC, then found there were no teaching jobs and went to

22 law school at University at Santa Clara where I graduated in

23 1976, and then post-graduate attended the University of

24 California at Hastings Trial Advocacy College and that's

25 about it.  Since then I've been teaching.

1    Q      Now how did you get involved in this case?

2    A      Through a referral.  Generally most of my expert

3    work's through a referral.

4    Q      Are you receiving compensation in connection with this

5    engagement?

6    A      I am.

7    Q      Do you recall how much?

8    A      I do.  I charge five-and-a-quarter per hour for all

9    expert and consulting work.

10   Q      And what are you being paid for?

11   A      I'm generally paid and my contract states that I

12   merely give my opinion and I'm the advocate of my opinion

13   and my opinion only.

14   Q      And did you review any materials associated with this

15   case?

16   A      I did.

17   Q      Can you explain briefly what type of materials --

18   A      Sure.

19   Q      -- you reviewed?

20   A      I reviewed a loan -- several loan files on a first and

21   second deed of trust, foreclosure files, had some

22   conversation with counsel about depositions.  I did not read

23   depositions; was given a handful of motions that I skimmed

24   for facts.  I like to ask for summary judgment motions and

25   things like that so I get a feel for the facts so I have

1  some idea of what the case is about, and I did that.  And

2  then that's probably the array of things that I read that's

3  case-based, but I did look at certain statutes and other

4  matters to refresh my recollection because we have a time

5  period in 2006.  There's been many changes in California in

6  the law relating to foreclosure and the procedure that's

7  utilized by trustees since then.  So I went back circa 2006

8  to make sure to refresh my recollection.

9  Q    Okay.  Have you ever been involved as counsel in a

10 real estate transaction?

11 A    Oh, many times.

12 Q    And have you ever been involved as counsel in a

13 litigation of real estate transactions?

14 A    More than I can remember.

15 Q    And are you involved in any -- with any associations

16 that are related to the topics of mortgage lending and

17 foreclosure in California?

18 A    Yes.  I'm -- I've been the past president of the --

19 what used to be the California Trustee's Association,

20 Trustees meaning the parties that do the non-judicial

21 foreclosures or re-conveyances.  I was their president in

22 1985, I think it was, and 1986, a member and a director from

23 1982 until this present day with one year off.  It's now

24 called the United Trustee's Association which is a multi-

25 state association of trustees.  I've been their corporate

1 counsel since probably about 2006 through today, and that's

2 the foreclosure end of the business.

3        Then I became corporate counsel for the California

4 Mortgage Association and I don't recall the exact date, but

5 it's about ten years plus or minus a year ago, and

6 previously was also a speaker for them before I became

7 counsel.

8        And I've done an array of other related organizations,

9 but those are the two in which I participate that are most

10 relevant to this.  I also done the California Mortgage

11 Bankers' Association and so forth.

12 Q    Okay.  And have you had any written work published on

13 the topic of mortgage lending and foreclosure in the State

14 of California?

15 A    Limited publication.  They're generally in trade

16 journals.  I have probably an article every quarter in the

17 *United Trustee's Association Journal*, same with the

18 California Mortgage Association Journal on mortgages and

19 regulation of mortgages.  *Servicing Management*, which is a

20 national magazine, I've had publications in that and, also,

21 in the California Land and Title Association newsletter,

22 they will occasionally print one of my articles.

23 Q    And could you highlight any works that you've had

24 published that discuss specific practices and customs of the

25 California mortgage lending industry?

1  A      Well, at least the body of work that I do -- a number

2  of articles, I can't remember because they're so numerous,

3  all deal with either mortgage lending or regulation or

4  practices in the industry, or they deal with non-judicial

5  foreclosure in California.  So in those -- probably a few

6  more on foreclosure because I've been doing that for thirty

7  years.

8  Q      And have you ever been involved in an appeal of a case

9  in California that related to mortgage lending and

10  foreclosure?

11  A      Oh, numerous, numerous cases.

12  Q      And have you ever testified as an expert witness

13  before?

14  A      Yes.

15  Q      How many times have you --

16  A      I don't truthfully recall.  It's become more frequent

17  as I got older because, apparently, you have more experience

18  by that time.  But less probably than fifty and more than --

19  more than twenty and, you know, some of them I don't

20  remember at this point.

21  Q      All right.  Have you been -- have you ever been

22  proffered as a witness and the judge did not qualify you as

23  an expert witness?

24  A      Not that I recall.

25  Q      Have you been involved in any alleged -- excuse me.

1  Have you been involved in the legislation of any of the

2  mortgage lending and foreclosure statutes in California?

3  A    I've been involved in every foreclosure statute in one

4  way or another, either as a person writing the draft,

5  coordinating with the lobbyists and/or opposing the bill

6  since 1983, and on the mortgage end since about ten years

7  ago when I became counsel for the CMA.  So I'm -- I'm well

8  acquainted with the legislation over that period of time and

9  the changes in both sets of laws.

10  Q    And have you ever testified as an expert on

11  foreclosure before the California State Senate and Assembly

12  Judiciary Committees?

13  A    I've done both several times in the Senate and at

14  least once in the assembly.

15  Q    Have you taught any courses or lectured on the topic

16  of mortgage lending and foreclosure in California?

17  A    Yes.  I've been doing that for over ten years, well,

18  many years, but ten years for CMA, which I do all of their

19  legal updates, their compliance updates.  I sit in on their

20  round tables, practices and procedures round tables and so

21  forth.

22  Q    And --

23           THE COURT:  CMA is again the --

24           THE WITNESS:  California Mortgage Association.

25           THE COURT:  Thank you.

1  BY MS. EDWARDS:

2  Q    And did you -- have you taught courses to the United

3  Trustee's Association as well?

4  A    I've taught courses to UTA, United Trustee's

5  Association and their predecessor since 1982 or 3 and I do

6  their legal legislative updates and special programs to this

7  day every -- at least once a year.

8  Q    And do you teach certification courses as well?

9  A    I've written and teach the -- both the beginning

10  California Certification class which is practices and

11  procedures for trustees, for people who actually  do the

12  trustees.  I've done the beginning program and the

13  intermediate program.  I've written them.  I've had other

14  contributors.  I mean, it's not all me.  But I've had other

15  contributors edited them and then have taught both of them.

16  I now pretty much just do the intermediate class.

17  Q    Okay.

18        MS. EDWARDS:  Your Honor, the debtors tender Mr.

19  Adleson as an expert in the customs and practices for the

20  loan origination and foreclosure industries, and to the --

21  and to describe the comprehensive complex legislative scheme

22  relating to foreclosure in the State of California.

23        THE COURT:  Any objection?

24        MR. STAMOULIS:  We have no objection, Your Honor.

25        THE COURT:  All right.

1  BY MS. EDWARDS:

2  Q    Mr. Adleson, what are the customary relationships

3  between borrowers, lenders and brokers?

4  A    Well, there are a number of relationships, but

5  depending on the type of lender and I just have to caveat

6  that I'm not focusing on small private lenders because I

7  don't think we have any of those involved in this case.  So

8  talking about what we call alt a, subprime or institutional

9  lenders.

10          The typical relationship over the last five, ten

11  years has been either you have a retail or a wholesale

12  outlet, which means like a Bank of America, you can walk in

13  the door and apply for a loan, or most of the lenders,

14  particularly ones that were not in-state institutions would

15  have a contract with a number of brokers, either brokers or

16  exempt entities that didn't need a broker's license and they

17  would contract with them saying, you bring us investors who

18  meet certain requirements -- not investors, but borrowers

19  that meet certain requirements and we will consider their

20  loans based on a menu or portfolio of loans  And we can talk

21  about that later.

22          The other end of the relationship, of course, are

23  the brokers who do the retail work and they may represent

24  six lenders, four lenders, it just depends, all with

25  different menus of loans.

1          THE COURT:  Uh-huh.

2          THE WITNESS:  So they're kind of like the GM

3 dealer, maybe a bad example, but they're like the GM dealer

4 and then GM sells them products, the designated cars that

5 are made.

6          The other end, of course, is the actual lender

7 and they fall into two categories, either mortgage bankers

8 or actual lenders -- and sometimes it's hard to tell the

9 difference -- that provide either the product with their

10 line of credit and then sell the investment to individual

11 investors or to pools or Fannie or Freddy -- Fannie Mae,

12 Freddy Mac.

13          And so traditionally you have the lender and you

14 have the retail broker who is out there looking for borrower

15 applicants to fit into somebody's, not a particular lenders,

16 but somebody's menu of loans that are offered.

17          And that's the general structure that was

18 prevalent over the last five to ten years.

19 Q    Okay.  And would it have been customary for a broker

20 to be authorized to make loan commitments on behalf of a

21 lender?

22 A    Well, it's not because of the nature of those

23 relationships.  They're not -- first of all, they're non --

24 generally non-exclusive.  There's a handful of institutions

25 that would have an exclusive broker in one county and

1   another one in another county, just one broker or set of --

2   you know, one company.  That's became much rarer in the last

3   five to ten years.

4           The typical situation was because they're

5   contracting with a number of brokers, they would have

6   independent contractor agreements that say, look.  Here's --

7   you're going to look at what we offer.  You meet borrower's

8   and you can bring loan applications to us for us to consider

9   if they fit within our published programs.  They may have

10  three programs, five programs, ten programs.  And then when

11  the application is submitted, traditionally the lender

12  determines whether or not it meets the underwriting criteria

13  for a particular advertised program.

14          So it's like going to a restaurant.  You have

15  five menu items.  If you pick one, really it's just a

16  question whether you're going to get it done rare, medium or

17  well, but you have to fit within those five items.

18          So that's how it normally worked and the retail

19  broker rarely, if ever -- and, you know, I've seen dozens of

20  these broker/lender agreements and have written samples for

21  use -- rarely if ever will give any authority for the retail

22  broker to commit on loan terms.  They're merely to bring

23  applications within a menu of loans that are offered by that

24  lender.

25          And, in fact, when the borrower comes into a

1   retail broker, they frequently have no idea who the lender

2   is going to be and by "they" I mean both the borrower and

3   the retail broker.  They have to find out what the

4   borrower's qualifications are, are they a prime borrower,

5   you know, alt a borrower, subprime borrower, and then they

6   look at their menu for the various lenders and forward it to

7   the lender who, in their judgment, meets the needs and

8   abilities of the particular borrower.

9   Q     Now would a lender accept an application that deviates

10   from that menu that you were just describing of designed

11   loan products?

12   A     Well, they rarely do it just because it's not in their

13   self-interest. among other things because if you keep

14   accepting loans that don't fit within the menu, you're going

15   to get rejected.

16         Now there's a distinction between that and the

17   situation where you may be very close to fitting or you

18   think you fit into the qualification --

19         THE COURT:  You're using "you" and by "you" you

20   mean --

21         THE WITNESS:  I'm sorry.  The borrower.

22         THE COURT:  -- the broker or the borrower?

23         THE WITNESS:  The borrower may fit within the

24   qualifications of the loan.  The broker believes that --

25         THE COURT:  Right.

1          THE WITNESS:  -- that they can submit -- "they,"

2    the broker -- the loan to this lender to fit within their

3    menu.

4          THE COURT:  Right.

5          THE WITNESS:  But the loan gets there and

6    underwriting invariably comes back with a list of conditions

7    and items that have to be fulfilled.  You've to get

8    insurance.  You've got to do this.  You've got to do that.

9    And your FICO score is not high enough so you have to go to

10   another product.  Occasionally, once you're already in the

11   loan process, if you want a deviation and you're very close,

12   then the lender has to consider, through its underwriter, an

13   exception to that particular plan.

14         And there are exceptions on the fringes, but

15   brokers don't want to submit loans that they know aren't

16   within the menu of items because, again, they're likely to

17   be rejected when you can just go to another lender with more

18   liberal requirements.  It may cost you a little more, but it

19   has more flexibility for the borrower in terms of, you know,

20   it may cost them a point more, but they don't have to have a

21   700 FICO score.

22   BY MS. EDWARDS:

23   Q     Can you explain the escrow process in California?

24   A     Sure.  One of the major differences we have in

25   California from the east coast is all -- we have no attorney

1    closings or almost none.  Closing are done in an escrow and

2    an escrow is a joint agent for the buyer and seller or for

3    the borrower and lender in a loan transaction.

4         As a dual agent, they operate solely off of

5    instructions.  There either could be joint instructions

6    which occasionally happens, but the most common procedure is

7    there are individual borrower/seller instructions and

8    lender/borrower instructions.  Those are often -- the

9    borrower instructions are fairly simple because the borrower

10   is borrowing money and, really, all they want is the money.

11   If the deed closes on the purchase, you can use their deed

12   of trust and documents.  So those are often prepared by the

13   escrow company.

14        In California, northern California, we use a

15   combination title company escrow.  One company serves both

16   functions.  Southern California you have separate escrow

17   companies who are insured; that is, the title is ensured by

18   a separate title company.  This is probably a case that was

19   in northern California.  Either of those set-ups still

20   require separate escrow instructions so you can see the

21   borrower instructed escrow to do X if the deal closes on a

22   given day; lender given similar instructions.  As long as

23   each of the conditions and instructions match they will

24   close.  If they conflict, the escrow will send a letter that

25   they conflict and they can't close.

1          So that's pretty much how every real estate

2   escrow or loan escrow is handled.

3   Q     Okay.

4   A     There are no attorneys involved in the process per se.

5   Q     Is it not uncommon that documents bear different

6   dates?

7   A     In the California escrow process while many times they

8   will bear the same date because the borrower will come in on

9   one day and sign and the dates are frequently a day or two

10  earlier or a different date because when the escrow

11  conditions have been met, both sides of those instructions

12  have been met, generally the lender will send funds and/or

13  documents to the escrow saying, you may close, you know, now

14  that these conditions have been met.  If the borrower

15  doesn't come in for any reason or the loan gets delayed, you

16  may have documents dated one date, but they're signed three,

17  four days later, sometimes a week or two later.  At a

18  certain point they end up being redrafted.

19       Also, you have certain documents in a escrow file,

20  certain RESPA documents, what we call the California

21  Mortgage Loan Disclosure Statement that have to be given

22  within three days of a loan application.  So those are

23  necessarily going to be dated earlier.

24       So if you go through a loan file you may find most of

25  the documents are going to be one date which may or may not

1  be the date of the signature, and there will be a handful of

2  other documents of different dates.  But all that matters is

3  that those documents as a whole, not that they're dated the

4  same, but that they fulfill the mutual instructions of the

5  parties at a point in time.  It's very much like an offer

6  and acceptance.  You have a meeting of the mind and that's

7  the close of the escrow.

8  Q     Okay.

9         MS. EDWARDS:  Your Honor, we have a demonstrative

10 exhibit.  May I approach the bench?

11        THE COURT:  Yes.

12        (Pause)

13        THE COURT:  Oh, jeepers.  It reminds me of

14 studying for the bar, flow charts.

15        MS. EDWARDS:  We think this will help us walk

16 through the process more quickly.

17        THE COURT:  All right.

18        MS. EDWARDS:  Or all stay on the same page at

19 least.

20        THE COURT:  All right.

21        THE WITNESS:  Well, it becomes a big -- a lot of

22 mumbo jumbo without the flow chart.

23        MS. EDWARDS:  All right.

24 BY MS. EDWARDS:

25 Q     So, Mr. Adleson, can you explain the typical non-

1  judicial foreclosure process in California?

2  A     Sure.  This is the generic process, and as I said,

3  this is what existed in 2006, as we've had so many laws

4  since then due to the current foreclosure crisis.

5       But I went back and verified to make sure that this

6  was correct as of the time of the subject foreclosure or any

7  foreclosure in 2006 this would have been applicable.

8       And if it's okay I'll just walk through the chart.

9  It's probably the easiest way --

10               THE COURT:  Yeah.  That's fine.

11               THE WITNESS:  -- to do it.

12               THE COURT:  Uh-huh.

13               THE WITNESS:  But almost every non-judicial

14  foreclosure starts out with one level of pre-notice or the

15  other.  At this time, except for balloon payment notices,

16  which were required on certain one to four owner-occupied or

17  -- I say one to four -- one statute says owner-occupied and

18  one doesn't -- except for that circumstance, there was no

19  California statutory pre-notice.

20               There were, however, frequently contractual pre-

21  default notices, and what that essentially is is the typical

22  letter that you see somewhere between ten and thirty days,

23  thirty has become the common pre-notice because it was used

24  by Fannie Mae, Freddy Mac, and a lot of the government

25  servicers.  So a lot of the computer software, even if your

1    deed of trust says ten days,  will kick out a thirty-day

2    notice.

3          So you get a notice that tells you you're in

4    default and this may be after the typical late charge notice

5    and things like that, but it's warning the borrower that

6    they're in default and that there's likely to be a

7    foreclosure in thirty days.  It generally will include

8    language regarding acceleration under the acceleration

9    clause in the note and deed of trust.

10          THE COURT:  Yeah.

11          THE WITNESS:  There are -- you know, these days

12    there's a statute that actually requires it, but at that

13    time there was not.  In any case, most lenders do that.

14          At that point and assuming there is a valid

15    default -- and for the purpose of discussion I'm going to

16    assume we're not talking about a maturity or balloon payment

17    default, but rather a default of a failure to make an

18    installment of the loan.

19          So once an installment is past the delinquency

20    period, a notice of default is recorded and that's what they

21    call the first notice or action in California, and it's

22    recorded within the County Recorder's Office in the county

23    where the property is located.

24          After that is recorded, the trustee will get a

25    document within a ten-day period called a Trustee Sale

1  Guarantee that gives the trustee information as to the

2  parties to whom notices must be mailed, the proper newspaper

3  for publication, who the vested owner is, the things that

4  match the statutory requirement.  So that's kind of the

5  Bible or source book for the foreclosure for that trustee

6  and it is a title product and it's a guarantee of the

7  information contained therein.

8            With it --

9            THE COURT:  And where does that come from?  That

10 comes from --

11           THE WITNESS:  It comes from a title company.

12           THE COURT:  All right.

13           THE WITNESS:  No escrow situation, pure title

14 company product.

15           Based on that, the -- or verbal information

16 received before they get that, because they do have to make

17 the next block which is a ten-days -- within ten business

18 days certain copies of the notice of default must be --

19 copies of the notice of default must be mailed to certain

20 people.  Those certain people are really two broad

21 categories;  The borrower, the original borrower or trustor;

22 and anyone who has recorded with the county recorded a

23 document called a request for notice of default.  Any person

24 with an interest in the property can do that, but typically

25 all junior lienholders put that in their deed of trust.  So

1   within ten days you're getting a notice out to those

2   entitled persons.

3           For an array of other persons who have liens in

4   the property who are defined by statute, which would be,

5   assuming they don't have a request for a notice of default,

6   junior lienholders, recorded leaseholders, vendees or under

7   a land sale contract.  They get the same notice mailed

8   within one month of recording of the notice of default and

9   that takes care of our statutory notice period.

10          We wait back then three months and after the

11  three months we can start the second notice period, which is

12  -- and it's calendar months, not ninety days -- which is to

13  send notices of sale, with one exception.  It's generally

14  twenty days before that we start this process, but if there

15  is an IRS lien on the property thirty days prior to the

16  scheduled sale it's required that the trustee, both under

17  state and federal law, send a twenty-five-day notice to the

18  IRS.

19          Other than the IRS, all other copies of the

20  notice of sale, which sets the specific sale date, location,

21  time and so forth, are -- must be mailed, the first

22  publication started -- and one thing I didn't put in the box

23  -- and posted both on the property and at a public location

24  at least twenty days before the date set forth in the notice

25  of sale.

1          Back in 2006, the notice of sale could be

2  recorded up to fourteen days prior to the sale.  It had to

3  be at least fourteen days prior to the sale.  And that takes

4  care of our second notice phase.

5          Then if there was nothing else that happened, you

6  could go to sale within -- on the -- basically the twenty-

7  first day.  However --

8          THE COURT:  Is that a -- when you say go to sale,

9  is that a -- what we have here in Delaware.  It's an open

10  sheriff's auction.

11          THE WITNESS:  Because this is a non-judicial

12  foreclosure state and there is absolutely no government

13  participation, we actually -- the private trustee cries it

14  like a private auction.  It frequently is in a public place

15  and the auction is commenced at -- around the time --

16          THE COURT:  Okay.

17          THE WITNESS:  -- say it's a one o'clock sale.

18  You have a bunch of people there.  They announce each of the

19  properties by number.

20          THE COURT:  Okay.

21          THE WITNESS:  They take opening -- qualified

22  people take opening bids and then they bid it to wherever it

23  stops.  And the -- and I was going to talk about this later,

24  but it flows from where we're at here.  When somebody comes

25  in with the highest and best bid, whether it's the

1   beneficiary who is foreclosing or a third party bidder, and

2   the trustee accepts that bid and there are no other bids

3   above it, that is considering the conclusion of the

4   trustee's sale when it becomes final, and in California the

5   recording of the trustee's deed is a ministerial act which

6   will, even if done within fourteen days or if done within

7   fourteen days reverts back to the date of the sale.  So it's

8   --

9               THE COURT:  Got it.

10              THE WITNESS:  -- pretty much done the day, as we

11  call it, the hammer falls.  You'll never find a hammer, but

12  that's still a term they use, like an auction.

13              THE COURT:  I've got one.

14              THE WITNESS:  So invariably there's many times

15  where there's either a bankruptcy or a court order.  If

16  there's a bankruptcy, back then the rule was that after

17  relief from stay if the court order didn't provide

18  otherwise, you had to wait ten days before going to sale.

19  The state law -- we have a parallel state law that said

20  unless the court order provides otherwise, the trustee could

21  not go to sale for more than seven days.  And, invariably,

22  if that -- either of those occurred, the trustee would

23  postpone the sale until either the expiration of these

24  periods -- well, relief from stay or termination of the

25  court order and then these additional periods.

1          Then we go to the issue of postponements up to
2    365 days after the date on the notice of sale.  That was
3    brand new in 2006.  It used to be we had a limited numbers
4    of postponements for beneficiary requests.  Now you can have
5    postponements for court orders at the request of the
6    beneficiary, the request of the trustee, for an array of
7    reasons or agreement with -- between the borrower and
8    lender, and you can do as many as you need to do up until
9    365 days.  If you get to 365 days, you have to merely
10   republish, mail and post again.  You start at Phase II.  You
11   don't go all the way back to one.

12         When you do a postponement for any reason,
13   they're all under the same statutory provision which is
14   California Civil Code 29:24(g) and when you do that, the
15   process is you being the trustee, the trustee's requirement
16   is to merely declare the reason for the postponement at the
17   site of the scheduled trustee sale, the last schedule date.
18   They have to declare the reason, state the new time, date
19   and place of the sale, and the place cannot be changed.  So,
20   basically, you're saying, we're going to be at this place at
21   another date to continue this sale and the reason is request
22   of the beneficiary, let's say, or bankruptcy.

23         There is no requirement and it's well-founded in
24   California beyond that for the trustee or beneficiary to
25   give any further notice.  They do not have to start with a

1  new notice of sale for postponements.  They can do as many

2  as they want up through 365 days, and then no matter what

3  the reason is, they must go back to Phase II.

4         THE COURT:  All right.

5         THE WITNESS:  And, lastly, the conduct of the

6  sale and you've kind of -- we've kind of discussed that.

7  It's an auction sale done in public.  It's been advertised,

8  posted on the door of the house, on a public place, and

9  people show up to the sale and bid.  There can be issues

10 with the sale, but not something I heard is relevant to my

11 testimony today, but I would be glad to talk about bidding.

12 It's generally pretty simple.  I mean, next guy -- next

13 highest bidder is the bidder until somebody else is higher

14 and until it's accepted.

15         And that's really the gist of the non-judicial

16 foreclosure process, and there's a reason the Supreme Court

17 calls it the comprehensive legislative scheme governing non-

18 judicial foreclosure because it can be a little complicated,

19 but on the whole it's relatively -- if you can see it on

20 paper, it's relatively easy.

21         THE COURT:  Uh-huh.

22 BY MS. EDWARDS:

23 Q    Mr. Adleson, I have a question.  Where does the -- or

24 when is the substitution of trustee required in this

25 timeline, in --

1   A      Good --

2   Q      -- this flow?

3   A      Good question.  First of all, you have to look and

4   determine who was the original trustee because sometimes you

5   don't need a substitution.

6   Q      Okay.

7   A      But truthfully in California, every person who

8   provides a document generally is a company that acts as a

9   trustee, title company or whatever, and they want their name

10  in there.  So most trustees, until there's a problem or a

11  re-conveyance, they have no clue they're the trustee.  So

12  you get a lot of documents with this title company, that

13  title company, or this foreclosure service or that one as

14  trustee.

15        Because of that, trustees are often -- one of two

16  things will occur:  A trustee is substituted in or a person

17  is hired as a foreclosure agent.  Most of the time a

18  foreclosure agent is hired because of primarily time

19  pressure from the -- from Fannie Mae, Freddy Mac and so

20  forth.  It's easier to do it that way.

21        And by that you have, let's say, in a case where

22  Chicago Title was the original trustee.  The beneficiary of

23  record will generally hire a foreclosure agent to take the

24  sale up to the notice of sale, the Phase II point.  The

25  statutes in California require if -- if you don't substitute

1  in a trustee before the notice of sale was recorded -- that

2  was the statute back then -- then you would have to do the

3  notice of sale again.  So, really, it's compelling.  You

4  have to substitute in before the notice of sale is basically

5  processed.

6       And that's where most of the substitutions occurred.

7  It's called the sub-bi (phonetic) code and notice is given

8  to, essentially, the same people that have the notice of

9  default sent to them saying there's this new trustee, here's

10  who it is and identifies them.  That document is signed by

11  the beneficiary of record and from that point on the trustee

12  concludes the foreclosure.  All acts prior to that, the

13  recording of the notice of default, the mailing of the

14  notice of default can be done by a beneficiary, mortgagee or

15  their agent.  You don't need to be the trustee to start a

16  foreclosure in California, only to go beyond the notice of

17  sale point.

18       So that's basically it.  It has to be before the

19  notice of sale in most circumstances.

20  Q    Okay.  And can you -- while we're talking about this

21  issue, could you briefly discuss the role of MERS as a

22  beneficiary under California law?

23  A    Okay.  Well, the much talked about MERS is on a lot --

24  a beneficiary of record on a lot of deeds of trust.  Because

25  -- and you have to understand the distinction between

1  mortgage and deeds of trust.  We have law covering both in

2  California, but we pretty much only use deeds of trust now,

3  but our statutes still recognize the fact there may be a

4  mortgage because we have a lot of people who, frankly, don't

5  know they're creating a mortgage and create one.  So you

6  then follow the statutes that deal with mortgages.

7      The bottom line is that with a mortgage, with a power

8  of sale, the beneficiary has the power of sale.  SO we're

9  trying to track of record who has the right to exercise the

10  power of sale.  That is done through assignments of deeds of

11  trust.  The beneficiary has the power, even if he hires an

12  agent to do it.

13      With deeds of trust it's a tri-party agreement, of

14  course, and we have the beneficiary who's the lender.  They

15  do not get the power of sale.  The power of sale actually

16  goes to the trustee and it can only be exercised upon

17  instruction of the beneficiary to do one of two things:  Re-

18  convey because it's paid, the loan's paid, or to start a

19  foreclosure.

20      And the trustees are even protected under California

21  law against slander of title and such if they follow those

22  instructions.  As long as they follow the instructions

23  they're not responsible for filing the notice of default and

24  such, unless it's malicious.

25      So with the trustee, the trustee is an original deed

1  of trust.  The only way you can track who the proper trustee

2  is is where the beneficiary of record signs a substitution

3  because we see that power of sale go from Chicago to -- to

4  say TD Service, another trustee, to another person of

5  record.  So you can only tell who has the power of sale by

6  looking at the persons of record, the beneficiary of record

7  and the prior trustee of record.

8       So it's just a little bit different system because

9  we're not transferring the loan.  We're merely transferring

10 the right to act as trustee under the power of sale.  So

11 hopefully that's semi-clear.

12 Q    And do trustees require the original note in order to

13 effectuate a non-judicial foreclosure under California law?

14 A    Generally, no.

15 Q    And then does a postponement of the trustee's sale

16 trigger any publication -- trigger any publication

17 requirements?

18 A    I'm sorry.  What was that again?

19 Q    You know what?  I'm going to strike that.  Earlier

20 when you were talking about the chart we ended with the

21 postponement and how sometimes there can be multiple

22 postponements.

23 A    Right.

24 Q    Is there any requirement to file a certificate of

25 postponement?

1    A     Oh, it's -- that's a good point.  No.  There's no

2    requirement, but if you review trustee files invariably,

3    trustees, particularly these days even though they have some

4    protection for liability when they follow the beneficiary's

5    instructions gets sued every time the beneficiary gets sued

6    just about because they are the person holding the right to

7    finish the foreclosure.

8         So they want to make sure -- this is one of those

9    things where custom and practice kind of takes over from

10   this comprehensive legislative scheme.  Many of the mailings

11   require, for example, a certificate of mailing much like our

12   proof of service that lawyers use.  Well, the trustees

13   almost to a tee -- almost every file I've seen, they will

14   keep a certificate of postponement saying the reason they

15   postponed, that is the ground, the date, the time, and so

16   forth.

17        And part of the reason is that in the size of

18   California, you have people who cover huge territories as

19   criers.  They're agents for the trustee.  The trustee is --

20   who is Orange County isn't going to go up to Eureka,

21   California and post this -- the property, post the

22   courthouse.  So you have criers throughout the state who

23   contract with trustees.

24        The way that you can evidence what happened in your

25   file is to have that crier sign a certificate of

1   postponement.  They then send it to the trustee.  The

2   trustee looks at it, makes sure it's consistent with what

3   they told them and put it in the file.

4         Similarly, you will find certificates of publication,

5   certificates of mailing, that tell you whether the ten-day

6   mailings were done on time, the monthly mailings were done

7   on time.  Some of those are required by statute, but not the

8   ones relating to postponements.

9   Q    We've just walked through the process of non-judicial

10  foreclosure.  Can you briefly explain the difference between

11  a judicial foreclosure and a non-judicial foreclosure?

12  A     Sure.  First of all, non-judicial foreclosure is not

13  in court.  That's non-judicial.  But more importantly, it's

14  used ninety-nine percent of the time in California.  When

15  you use a non-judicial foreclosure, you're not permitted to

16  get a deficiency under California law, so it's -- it's fast

17  and cheap compared to judicial foreclosure, but you lose any

18  right to get a deficiency judgment when you do that, whether

19  you did the full amount of your debt or not as a foreclosing

20  lender.

21              THE COURT:  Really.

22              THE WITNESS:  A judicial foreclosure, which is

23  still vastly -- well, is used very little compared to non-

24  judicial, has been used more lately, but it is almost always

25  used in a commercial transaction -- I see almost none in

1  residential transactions -- where you have a potentially

2  solvent borrower, guarantor or you have a need for a

3  receiver to take charge of the property, and those

4  situations just pretty much, with a handful of exceptions,

5  don't happen in one to four residential properties.

6           MS. EDWARDS:  All right.

7           THE WITNESS:  And you can --

8           THE COURT:  You said --

9           THE WITNESS:  -- get a deficiency judgment in all

10  but purchase money mortgage transactions.

11           THE COURT:  There's -- okay.  So I buy a house.

12  I have a hundred-thousand-dollar note.  It goes to non-

13  judicial foreclosure and it goes to a bidder for 80,000 so

14  there's a twenty-thousand-dollar deficiency.

15           THE WITNESS:  Correct.

16           THE COURT:  There's no judgment of that

17  deficiency and amount.  Can the lender still nonetheless sue

18  me for that deficiency?

19           THE WITNESS:  No.  We have an anti-deficiency

20  statute called --

21           THE COURT:  So you're --

22           THE WITNESS:  -- that prevents that.

23           THE COURT:  So if you do a non-judicial

24  foreclosure as a lender, you are limited to your collateral.

25           THE WITNESS:  That's right.

1           THE COURT:  Interesting.

2           THE WITNESS:  Now the -- there's exception to

3  that, but it has to do with bad faith, waste or certain

4  fraud, almost never comes up.  And even if you do a judicial

5  foreclosure if the loan is purchase money, used to purchase

6  the property or seller take back, you also can't get a

7  deficiency.  So we're quite a bit of a non-deficiency state.

8  It's only going to be in a refinance or non-purchase money

9  loan that a deficiency can ever be obtained.  It's a

10  wonderful place to borrow.

11          THE COURT:  I was going to say.  Goodness.  All

12  right.

13  BY MS. EDWARDS:

14  Q    Well, also, on that point, what would happen in an

15  instance if there's a first loan and a second loan and only

16  the second loan is non-judicially foreclosed?

17  A    Well, there -- in California there's some case law

18  that if you own both of them, you're the exact same lender,

19  you have to foreclosure on your junior first.  It does not

20  wipe out your first mortgage and that's particularly true if

21  it's not the exact same entity.

22          So you foreclosure on your second.  There's a public

23  policy reason for that, because they don't want to let you

24  foreclosure on your first, wipe out the second because sold

25  out juniors are allowed to sue on the note.  So for public

1   policy reasons we kind of coerced junior -- lenders that

2   hold two notes to foreclosure on the junior first, but that

3   leaves the first mortgage outstanding.  It's not foreclosed.

4   It's not discharged, and to the extent there's, you know,

5   not a bankruptcy issue involved, that that's still a debt

6   that's outstanding.  But the lender is put to the test, do

7   we ultimately want to foreclosure on it and, you know, so

8   forth.

9   Q     All right.  We were walking through this chart of the

10  non-judicial foreclosure process.  Can you tell me what

11  would stop this process, like at any point on this chart

12  what would actually put a stop to the foreclosure?

13  A     Sure.  There's a number of things that will stop it.

14  We've talked about two of the obvious ones, a bankruptcy or

15  a court order.  Those are the ways that you can go to court,

16  in essence, and stop it.

17       The other two ways is California has two pre-

18  foreclosure rights:  One is the right to reinstate, which is

19  very simply the right up until five business days prior to

20  the trustee's sale, the actual conducted trustee's sale to

21  pay the amount of arrearages without acceleration.  So if

22  you missed five payments, you pay the five payments,

23  foreclosure fees and costs, late charges and so forth, you

24  can bring your loan current.  That will terminate the

25  trustee's sale when you tender reinstatement.

1       The second situation is we have what's called pre-sale

2   redemption.  It's a little different than common law in

3   other states.  It's only pre-sale.  Prior to the hammer

4   falling at any time, but, generally, it's from the time the

5   reinstatement right expires, the borrower may redeem, pay

6   the total loan balance plus fees, costs and expenses and

7   that will terminate the sale.

8       And the proper tender of those amounts extinguishes

9   the -- in the cure case it extinguishes those delinquencies,

10  but not the debt as a whole.  In the redemption situation,

11  it extinguishes the entire obligation including the power of

12  sale, so any sale would be void.

13              THE COURT:  In the -- in the former where you're

14  curing the -- where you're curing the deficiency, does it

15  also erase the default related to the deficiency?  In other

16  words --

17              THE WITNESS:  In the reinstatement situation?

18              THE COURT:  Yeah.  I was trying to -- yes.

19  Reinstatement.

20              THE WITNESS:  Well, it --

21              THE COURT:  Say I'm five months behind.

22              THE WITNESS:  Okay.

23              THE COURT:  We go to sale with -- up -- on the

24  sixth day prior to the sale I come in and I have a check for

25  all the accrued -- for that five months, the principle, the

1  interest, escrow fees, attorneys fees, costs, the whole

2  shebang.   So I've cured the deficiency, but have I -- but am

3  I still in default under the note?

4           THE WITNESS:   No, because you're allowed to

5  reinstate --

6           THE COURT:   Assuming --

7           THE WITNESS:   -- and not using the word

8  "deficiency," but you've --

9           THE COURT:   Assuming that --

10          THE WITNESS:   -- cured your default.

11          THE COURT:   Okay.   So you've cured your default.

12          THE WITNESS:   And the trustee then is required to

13  record a recession of notice of default within, I should

14  know, but I think it's twenty days.   It may be thirty.   And

15  that's what evidences the fact that you have made a tender.

16  They have received it.   The foreclosure is terminated.   A

17  request -- a recession and notice of default is filed --

18          THE COURT:   Okay.

19          THE WITNESS:   -- invariably.

20  BY MS. EDWARDS:

21  Q    Mr. Adleson, you -- in the context of explaining

22  reinstatement you kept using the word "tender."   Can you

23  explain to me what you mean by when you're referencing

24  "tender"?

25  A    Sure.   As that's a critical concept as it's used in

1  California foreclosures.  Without -- in almost all cases,

2  now there may be a handful of exceptions, in a foreclosure

3  that is going forward and you're exercising the right of

4  reinstatement or redemption, tender means to make an

5  unconditional payment of either reinstatement or redemption

6  combined with the ability to do so.

7       So we've had a number of cases in California where

8  somebody imposes conditions.  I will reinstate the loan if

9  you do X, Y and Z, or I have a loan from a broker.  I have a

10  loan commitment and if you reinstate, I'll bring the money

11  in.

12       There's a case called AMCAL versus Sherilan Estates

13  (phonetic) and that's -- that's the main one.  Promises from

14  people to give you the money, to -- for some private lender

15  or uncle so and so to give you the money, those don't

16  constitute tender unless you can show that you have the

17  money.  You were ready, willing and able to give the money

18  over and it was rejected, unless you're excused and excused

19  means the trustee won't take the money.  There are some

20  cases where the trustees disagreed with the amount tendered,

21  didn't take it and later it turned out the borrower was

22  right.  In that case, the debt was extinguished or at least

23  the default was.

24            THE COURT:  Right.  Got it.

25            MS. EDWARDS:  Okay.

BY MS. EDWARDS:

Q    And when is a trustee sale final?

A    When the hammer falls.  We talked about that.

Q    Okay.  And then does the borrower have any rights to redeem after the foreclosure is final?

A    In a non-judicial foreclosure in California there's absolutely no post-sale redemption rights.  You certainly can sue and try to set aside the sale, but even that requires tendered -- tender of the disputed or undisputed sums, the amount of the -- purchase of the sale at a minimum.

    But with judicial foreclosure there is up to a one-year post-sale redemption.  That's the reason why most people don't use it in California.  So trustee sales are preferred because there's no post-sale redemption, although we have a lot of post-sale chit-chat and negotiation, but there is no redemption right.

Q    Okay.  Thank you.

        MS. EDWARDS:  I have no more questions.

        THE COURT:  All right.

        Cross.

        MR. STAMOULIS:  Thank you, Your Honor.

        THE COURT:  Uh-huh.

                    CROSS-EXAMINATION

BY MR. STAMOULIS:

1  Q     Mr. Adleson, I believe I heard you testify that

2  typically if the -- if there's one lender or affiliated

3  lenders that own both the big loan and the little loan in a

4  senior and junior loan situation, they're encouraged to

5  foreclosure first on the little loan, but not the big loan.

6  Is that right?

7  A     If I said that that's correct it wrong or you heard it wrong.

8  One of the two.  What I said is where the lender is exactly

9  the same --

10 Q     Okay.

11 A     -- they're encouraged to do that.  Where they are

12 different, that doesn't apply.

13 Q     Okay.

14 A     Now I will say that in practice, and it's probably

15 still done, it make sense to do the junior first in any

16 case.

17 Q     Okay.  And then I think you testified that the loan

18 that you foreclosure on extinguishes your ability to go

19 after a deficiency for that loan?

20 A     Correct.

21 Q     But it doesn't extinguish your ability to go after

22 deficiency for the larger loan, and then you said unless you

23 have a bankruptcy situation.  Can you explain what you meant

24 by that?

25 A     Well, you have to look at the term.  Deficiency means

1   getting a judge -- in California it means getting a judgment

2   under state law.  You can't get a judgment if the debt's

3   been discharged.  You can't get a judgment if it violates

4   the anti-deficiency statute.  So those are situations where

5   you can't get a judgment.  It doesn't mean the debt is gone.

6   It just means you can't take action to collect it.

7   Q    Okay.  So -- and is it common for a borrower to avoid

8   or to postpone their foreclosure by seeking the protections

9   of the bankruptcy law?

10  A    It is.

11  Q    Okay.  And in a situation where a borrower seeks

12  protection through the bankruptcy law, is it common for the

13  lenders to move for a stay of that bankruptcy to be able to

14  continue with the foreclosure?

15          THE COURT:  You mean relief from stay.

16          MR. STAMOULIS:  Oh, I'm sorry.  Relief from a

17  stay.

18          THE WITNESS:  Of course.

19          MR. STAMOULIS:  Okay.

20  BY MR. STAMOULIS:

21  Q    And is it common when those lenders move for relief

22  from a stay, if they hold both the senior and the junior

23  mortgage, that they will move separately for relief from

24  both of those mortgages?

25  A    That's -- well, they move separately.  The question is

1  the timing, do they do it together or later and both happen.

2  Q    Okay.  And do you know whether those stay reliefs, if

3  those orders are issues, whether they prevent the lender, in

4  the text of the order, from going after the debtor for the

5  deficiency?

6  A    I'm not a bankruptcy attorney, but I've never heard of

7  a -- at least under the foreclosing lien, no, and under the

8  senior lien if it's discharged I would assume, no.  But,

9  again, I'm not a bankruptcy expert.  I'm sure the judge

10  knows.  I mean, I don't.

11  Q    Okay.  If you don't know, you don't know.  But if --

12          THE COURT:  Do I know what's commonly in a

13  central district of California --

14          THE WITNESS:  No.

15          THE COURT:  -- order?  No.

16          THE WITNESS:  No.  No.  What -- okay.  Well, then

17  I don't know and you don't know as well.  Sorry.  I could

18  have brought one.  I know we have orders.

19          THE COURT:  Well --

20          THE WITNESS:  I have a department that does that,

21  but --

22          THE COURT:  There are orders in evidence.

23          THE WITNESS:  Yeah.  I haven't done it in years.

24          MR. STAMOULIS:  Okay.

25  BY MR. STAMOULIS:

1  Q    If an order issues granting a lender relief from a

2  stay to pursue foreclosure and that order states that that

3  lender may not go after the deficiency as a result of

4  receiving that relief from the stay, would the California

5  anti-deficiency laws apply to any lender conduct that was

6  not in accord with that order?

7  A    I have no idea what the question is, but maybe you

8  could rephrase it.  I think there's two questions in there

9  is the problem.

10            THE COURT:  Yeah.  I didn't understand it either.

11            MR. STAMOULIS:  Okay.

12            THE COURT:  The other thing is, I mean, direct

13  was limited to --

14            MR. STAMOULIS:  Yes.

15            THE COURT:  -- the state of the law, not to the

16  facts of this case.

17            MR. STAMOULIS:  Okay.  Withdrawn.

18  BY MR. STAMOULIS:

19  Q    You testified a little bit about underwriting

20  procedures and about the different products or menu of

21  products that are offered by a lender.  Do the different

22  products that are offered by a lender typically require

23  different documentation requirements?

24  A    Well, they might because back then, in particular,

25  there were no doc, low doc, and loads of doc loans, very few

1  of the latter by the way.  Try to get a loan now and you'll
2  find the latter predominates.  But back then, there were a
3  lot of no doc or low doc loans that are based on the
4  application and a handful of items that can be verified.
5  Q    Okay.  So if you go into a broker and you fill out an
6  application for one kind of product and you get word back
7  that you don't qualify for that product, but that you
8  qualify for a different product, would the borrower
9  typically fill out a new application for the different
10  product?
11  A    Very frequently what happens is the broker circulates
12  the same application until they find somebody who will
13  underwrite it, and then at that point there sometimes will
14  be three or four iterations of that loan application.  I
15  don't know what happened in this case.  But, I mean, that's
16  the practice when I review files; that you start out with a
17  handwritten copy.  It's typed up.  That copy may be
18  circulated to one, two or three lenders, but before the loan
19  is closed they're going to want it updated and signed by the
20  borrower usually at the close of escrow because that's
21  really the time they're making the statements that these
22  statements are true in my loan app.
23  Q    So the typical practice in California is that at the
24  time that you close escrow you sign the loan application for
25  the actual product that you are purchasing and that is when

1  you are attesting to the statements that are on your loan

2  application?

3  A    Well, it -- the statement is partially correct.  The

4  part where you say for the loan you are getting.  The form

5  that's used is usually a standard HUD-1003 loan application.

6  It has the same questions for every loan and depending on

7  what the lender needs, the borrower may be allowed to fill

8  out less than all of it or sometimes they fill out all of

9  it.  There's isn't a different application for each product.

10  In fact, that form is used nationwide.

11         So you'll find a 1003 form probably in the file.

12  It will be filled out.  It's circulated.  It may be updated,

13  but it doesn't change based on the product.

14  Q    Okay.  But the terms of the loan will be reflected on

15  the final loan application.  Is that right?

16  A    It -- there's a spot for it, but often times,

17  unfortunately, that's not updated.  You will find all kinds

18  of times that it started out and you put X loan.  I want a

19  fixed rate, two-hundred-thousand-dollar loan.  By the time

20  it's been circulated to other lenders offering different

21  products, because you couldn't get the first product, you

22  will then find that sometimes it's inaccurate.  Now that's

23  not uncommon.

24         The actual loan disclosures, the truth in lending,

25  RESPA and so forth, they will give the details of the loan

1    you're getting more so than the loan application.  It will

2    usually say at the bottom of 1003 form that this is not a

3    commitment for a loan, so forth and so on.  It's the

4    borrower's story, not what the lender is willing to give.

5    Q    Mr. Adleson, you testified that you have been involved

6    in every California statute that relates to foreclosure

7    since 1983.  Is that accurate?

8    A    I may have slept through one or two, but I think I

9    have been involved either supporting, authoring or objecting

10   to -- or objecting or providing amendments to all of them.

11   Q    Okay.

12   A    But I can't remember each and every one of them.  It's

13   been thirty years.

14   Q    Okay.  Are you familiar with Section 29:34(a)?

15   A    Correct.  I am.

16   Q    Okay.

17          MR. STAMOULIS:  Your Honor, I would like to hand

18   up a rebuttal exhibit which is a copy of the statute for the

19   witness to review.

20          THE COURT:  Okay.

21          MR. STAMOULIS:  May I also approach the bench and

22   give Your Honor a copy?

23          THE COURT:  Yes, and the other side.

24          (Pause)

25          THE COURT:  Get one for Ms. Werkheiser

1  (phonetic), please.  Thank you.

2  BY MR. STAMOULIS:

3  Q    If you could take a moment to review the statute, Mr.

4  Adleson.  Let me know when you've -- you've had a second.

5  We're only going to talk about the first section of it.

6  A    (a)?

7  Q    Yes.  (a)(1).

8  A    Okay.

9     (Witness reviews statute)

10        MS. ZIEG:  Your Honor, I object.  We just would

11  like some clarification.  What year is this statute from?

12        MR. STAMOULIS:  This is the most current version

13  of the statute and I'm about to ask the witness whether, in

14  his experience, it has changed at all since 2006, which I

15  believe the answer is no, but I'm going to ask the witness

16  if -- his experience on that.

17        THE COURT:  Very good.

18        THE WITNESS:  Okay.  I've looked at it.

19        MR. STAMOULIS:  Okay.

20  BY MR. STAMOULIS:

21  Q    Now this is the current version of the statute.  I

22  have been -- I looked back through cases that dated back to

23  2005 and this -- it appears to be the same text.  Sitting

24  here today, do you know whether or not this is the same text

25  of the statute as it was in 2005 for at least (a)(1)?

1  A    I don't believe that it is.  I couldn't tell without

2  looking at my alleged history.  We made a change to address

3  a problem, but it has nothing to do with the (a) section, so

4  maybe that can save some time.

5  Q    Okay.

6              THE COURT:  Okay.

7              MR. STAMOULIS:    I think that's -- the case law

8  that I was looking at was just quoting the (a) section, so -

9  -

10             THE COURT:  Right.

11 BY MR. STAMOULIS:

12 Q    Now if you could -- now I believed you testified under

13 your -- during your direct that the lender is a beneficiary

14 under the deed of trust.  Did I recall that correctly?

15 A    I thought I said the beneficiary -- yeah.  I may have

16 used those terms, but the beneficiary is the -- is used in

17 California as the beneficiary of record because you get

18 situations like MERS where the owner of the loan may be

19 someone else.  We have no idea who is signing these record

20 documents tracing the power of sale.

21 Q    Yeah.

22 A    So, generally, if I said lender I mean the beneficiary

23 of record --

24 Q    Thank you.

25 A    -- for the purpose of substitution.

1   Q       I believe you testified that a lender is a beneficiary

2   under a deed of trust.   Is that accurate?

3   A       Initially a lender is the beneficiary.

4   Q       Okay.   If -- let's take a look at Exhibit 25 in the

5   white binder.   It's Volume Number I.

6   A       Okay.

7            MR. STAMOULIS:   No, Your Honor, I'm not going to

8   ask the witness for his opinion or anything.   I just want to

9   ask him -- point out certain features of the documents.   I

10  don't know if that's within or without Your Honor's ruling.

11           THE COURT:   Wait.   Hang on.   Which exhibit?

12           MR. STAMOULIS:   It's the deed of trust.

13           THE WITNESS:   I'm familiar with the deed of

14  trust.

15           MR. BEACH:   Twenty-five?

16           MR. STAMOULIS:   Yes.

17           THE COURT:   Well, what are you going to ask?

18           MR. STAMOULIS:   I'm just going to ask him to

19  confirm that under this particular deed of trust, Your

20  Honor, the beneficiaries are both MERS and American Brokers

21  Conduit.

22           THE COURT:   Okay.   Here's what you're going to

23  do.

24           MS. ZIEG:   Yeah.

25           THE COURT:   You're going to open the door right

1  there --

2              MR. STAMOULIS:  Okay.

3              THE COURT:  -- and I'm going to let them ask him

4  anything they want about this transaction.   The document

5  says what it says.

6              MR. STAMOULIS:  Okay.

7              THE COURT:  So --

8              MR. STAMOULIS:  I withdraw my question.

9              THE COURT:  It's up to you because --

10             MR. STAMOULIS:  No.

11             THE COURT:  -- it was your motion in limine.

12             MR. STAMOULIS:   My motion.   I withdraw the

13  question, Your Honor.  I'm -- I will only ask with regard to

14  the state of the law.

15  BY MR. STAMOULIS:

16  Q    Pursuant to Section 29:34(a) -- well, I don't want to

17  ask you to interpret the law.

18        Generally speaking, Mr. Adleson, with regard to MERS,

19  you have -- you are familiar with situation where MERS is

20  listed as a beneficial owner of a -- of a deed of trust.  Is

21  that correct?

22  A    Very much so.

23  Q    Okay.  And typically what's recorded with the county

24  as the beneficial owner of a particular deed is MERS.  Is

25  that right?

1  A    On a lot of institutional deeds of trust MERS is the

2  beneficiary of record.  They are the nominee for whoever the

3  owner is.

4  Q    Okay.  Now once the beneficiary of record is recorded,

5  the -- the beneficial owner may continue to change hands

6  multiple times.  Is that the standard practice with MERS

7  loans?

8  A    I don't do securitization, but that's been my

9  experience; that it can happen.

10  Q    Okay.

11  A    Sure.

12  Q    And is it your experience that any of those transfers

13  that -- are each and every one of those transfers publicly

14  recorded?

15  A    Well, the whole idea of MERS is that none of them are

16  publicly recorded.

17  Q    Okay.  And do you know whether an individual can have

18  access to the MERS system to see -- a general member of the

19  public to see all those transactions?

20  A    No, but you call the -- you can go on the website and

21  get the servicer or you can look on your statement and get

22  the servicer and you can call them and, believe me, that's

23  done a lot.

24  Q    Okay.  And the servicer, in your experience, will tell

25  you all of the transactions that are going on with your

1  loan?

2  A    No.   That's -- you -- they -- if you send them a

3  qualified written request, they -- or a request under the

4  Fair Debt Collection Practices act, they'll tell you who the

5  owner is.   So if you want to get to that information,

6  there's a way to do it, but not by just calling MERS and

7  saying, please give us your chain of title on ownership.

8  That's not going to happen.   But you can get the answers

9  through a Fair Debt Collection Practice request.

10  Q    Okay.

11            MR. STAMOULIS:   Your Honor, I have no further

12  questions.

13            THE COURT:   Okay.

14            Redirect?

15                    REDIRECT EXAMINATION

16  BY MS. EDWARDS:

17  Q    Mr. Adleson, is it the custom and practice in

18  California that the beneficiary of record, sometimes MERS,

19  execute and acknowledge a substitution of trustee?

20  A    The beneficiary of record is the one that has to

21  either directly or through their authorized agent, and that

22  authorization is in writing generally.

23  Q    All right.   Thank you.

24            MS. EDWARDS:   No more questions.

25            THE COURT:   All right.   Thank you, sir.   You may

1  be excused.

2         THE WITNESS:  Thank you for getting me on and

3  off, Your Honor.

4         THE COURT:  Yeah.  You're welcome.  I hope you

5  have a safe flight home.

6         THE WITNESS:  Thank you.

7         MR. STAMOULIS:  Your Honor, if we just may have a

8  moment I'll go get the next witness.

9         THE COURT:  Yeah.  Well, let's take a recess and

10 -- for four or five minutes or so and then we'll do the next

11 witness, which is --

12        MR. STAMOULIS:  Ms. Wanerka.

13        THE COURT:  Okay.

14        (Recess)

15        THE CLERK: All rise.

16        THE COURT:  Please be seated.

17        Okay.

18        MS. ZIEG:  Good afternoon, Your Honor.  Sharon

19 Zieg of Young, Conaway, Stargatt and Taylor.  I would just

20 like to thank the Court again for accommodating the

21 schedules of our witnesses.  I appreciate that.

22        THE COURT:  Uh-huh.

23        MS. ZIEG:  Your Honor, the debtors call Ms.

24 Wanerka to the stand, please.

25        THE COURT:  Okay.  Please take the stand and

1    remain standing.

2             THE CLERK:  Please raise your right hand.

3         EILEEN WANERKA, WITNESS FOR THE DEBTORS, SWORN

4             THE CLERK:  Please state and spell your name for

5    the record.

6             THE WITNESS:  Eileen Wanerka.  It's E-I-L-E-E-N

7    W-A-N-E-R-K-A.

8             THE CLERK:  Thank you.  Please be seated.

9             THE COURT:  Please either move the microphone

10   closer or you close -- there.  Thank you.

11                      DIRECT EXAMINATION

12   BY MS. ZIEG:

13   Q    Good afternoon, Ms. Wanerka.  How are you?

14   A    Good.

15   Q    Ms. Wanerka, can you please tell me by whom you're

16   currently employed?

17   A    American Home Mortgage.

18   Q    And how long have you been employed by American Home

19   Mortgage?

20   A    Ten-and-a-half-years.

21   Q    And when did you begin with American Home Mortgage?

22   A    May 1st, 2000.

23   Q    Okay.  And what position do you hold at American Home

24   Mortgage?

25   A    Assistant Vice-President.

1  Q     And how long have you held the position of assistant

2  vice president?

3  A     Since January of 2007, as assistant vice-president of

4  wholesale operations and technology for American Brokers

5  Conduit, which is the wholesale division of AHM, and then

6  post-bankruptcy just assistant vice-president.

7  Q     And what are your roles and responsibilities with

8  respect to that position?

9  A     The current or previous to?

10 Q     With respect to your position as assistant vice-

11 president of wholesale operations and technology.

12 A     I was the go-to person for all operation origination

13 system issues, like UNIFY, making enhancements to the work

14 flow to make it more efficient for the users, training.  I

15 was the liaison for all projects that rolled out for

16 operations with policies and procedures, business

17 development, the branches.

18 Q     And what is UNIFY?

19 A     UNIFY is our loan origination system that we used for

20 the loan process of underwriting and closing.

21 Q     And is that the software that you were using?

22 A     Yes.

23 Q     And what does wholesale mean with respect to loans?

24 A     Wholesale is the -- is a -- one of the three channels

25 of American Home Mortgage.  It's where we deal with a third

1  party originator, the broker.  The broker is the one who

2  gets the clients, the borrowers.  After working with the

3  borrower to decide what product or what they want, they'll

4  determine which lender they want to go with, which one fits

5  them the best, and then they'll submit the loan application

6  and process the loan for the lender who is underwriting the

7  loan.  So we underwrite the loan for the broker.

8  Q     And you said that there are three channels, correct?

9  A     Yes.

10 Q     What are the three channels or what are the two other

11 channels other than wholesale?

12 A     Retail and correspondent.  Retail, it's AHM employees

13 who are dealing with the borrowers and we process and

14 underwrite those loans, and in correspondent we purchase

15 fully-funded loans from a third party originator, the

16 broker.

17 Q     And with respect to your position at AHM, which of

18 those channels was your primary responsibility?

19 A     Wholesale.

20 Q     Okay.  And have your -- has your role with the debtors

21 changed since the filing of the bankruptcy?

22 A     Drastically.

23 Q     And what are your primary responsibilities now?

24 A     I am the claims administrator.  I handle the claims

25 filings for the omnibus.  I work with assigning the claims

1  to the different individuals who are left to review them,

2  and I also review all the operations claims and answer loan

3  questions that come up in documents.

4  Q     And prior to your role as the assistant vice president

5  of wholesale operations and technology, what other positions

6  did you hold at AHM?

7  A     So many.  I was the website analyst before --

8  actually, right before I became the assistant vice-president

9  of wholesale operations and technology I was an operations

10 analyst, and then before that I was a website analyst, which

11 means I helped develop and create the www.ABConduit.com

12 website that our brokers used.  I was also the one who

13 created all the test plans to make sure that it was accurate

14 and that it -- everything populated correctly into UNIFY,

15 which was the internal loan origination system.

16            THE COURT:  I'm sorry.  Could you stop and start

17 that sentence over again --

18            MS. ZIEG:  You may want to slow down a little

19 bit.

20            THE WITNESS:  Sure.

21            THE COURT:  No.  That's okay.  I just missed it.

22            THE WITNESS:  I was -- where do you want me to

23 start?

24            THE COURT:  After website with the brokers.

25            THE WITNESS:  I -- for the website when part of

1  my responsibilities of that job was that I helped create the

2  website and develop it so -- for the brokers to use it and

3  make sure that it -- when they entered information on our

4  website it went into UNIFY in our -- into our loan

5  origination system within the branch.

6           THE COURT:  Okay.

7           THE WITNESS:  Before that I was a UNIFY -- I was

8  a subject matter expert for UNIFY support.  I worked for

9  UNIFY support, which was our help desk for all of the

10 branches for their questions and their things that come up

11 with UNIFY.  And before that I was an underwriter for

12 wholesale, and then before that I worked in the shipping

13 department.

14 BY MS. ZIEG:

15 Q     And with respect to your role as designing the website

16 that was used by brokers --

17 A     Yes.

18 Q     -- that were -- eventually the information was, I

19 guess, flowed into the UNIFY system, how did you -- how did

20 you know what needed to be done to make that process flow?

21 A     UNIFY and the work flow within wholesale was my

22 responsibility.  I was the one in charge of making it more

23 efficient, making sure that it was functioning properly for

24 the branches.  So -- and making it follow a 1003 and that

25 was the same goal with the website, too, was that it

1  followed the 1003, and we just had to make sure that the

2  fields that they entered in on the website flowed into the

3  correct spots in UNIFY.

4  Q     And what is a 1003?

5  A     A 1003 is a Uniform Residential Loan Application.

6  Q     And what's the significance of a 1003?  Is that a

7  federal form?

8  A     It's a federal form and it's everything of the loan.

9  It's how we know what we're verifying and it's what has the

10 borrower's name, social security number, their employment,

11 income, assets, what they own in real estate, what their

12 liabilities are from their credit report.  It's everything.

13 Q     And if you could turn to Debtors' Exhibit 1.  I'm

14 going to --

15       (Pause)

16 Q     Ms. Wanerka, is this a 1003?

17 A     Yes.

18 Q     Okay.  And, Ms. Wanerka, did you ever work with the

19 brokers, the outside brokers directly, the wholesale

20 brokers?

21 A     When we were first developing the AB Conduit website I

22 did go to a couple of branches to discuss with brokers what

23 -- and like what they used and how -- then to help us create

24 the AB Conduit website and what it should look like and how

25 it should function to make sure that it followed the 1003.

1    Q    And have you ever been an underwriter of wholesale

2    loans?

3    A    Yes.

4    Q    In your various positions with American Home Mortgage

5    did you become familiar with the debtors' loan origination

6    business?

7    A    Yes.

8    Q    And in your various roles with American Home Mortgage,

9    did you become familiar with the debtors' wholesale loan

10    business?

11    A    Yes.

12    Q    What about with respect to the underwriting process

13    and procedures utilized by the debtors?

14    A    Yes.

15    Q    In your various roles with AHM, are you familiar with

16    the debtors' recordkeeping?

17    A    Yes.

18    Q    And more specifically, are you familiar with how the

19    UNIFY system works?

20    A    Very well on how UNIFY works.  It was my primary job.

21    Q    And in your current various roles with the -- with

22    American Home Mortgage, have you become familiar with the

23    Mills' loans?

24    A    Yes.

25    Q    Can any broker sell American Home Mortgage products?

1   A       No.  They have to be an approved broker.

2   Q       And how does a broker become an approved broker?

3   A       Either they would be contacted by an account executive

4   or if they went to our website and wanted to see our

5   products or our rate sheets, if they weren't approved, if

6   they didn't have a log in, they couldn't see them and they

7   would be prompted to contact us to get an application to

8   become an approved broker.

9   Q       And what, if any, quality control checks did the

10  debtors have with respect to approving brokers and

11  continuing to maintaining that approval?

12  A       We had a broker approval department that reviewed the

13  applications submitted by the brokers, along with their

14  resume.  They would pull some reports, like a credit report,

15  and they would check all their licensing, make sure that

16  they're not expired.  We had a section of our loan

17  origination system where we kept all that broker

18  information, so they monitored that.

19         And then we also had a broker watch list policy where

20  we would randomly select files to go through quality

21  control, and then if any fraud was suspected they would be

22  put on a broker watch list where the broker's files would be

23  monitored and then reviewed by our credit risk area and the

24  president of wholesale and the executive vice-president of

25  wholesale, and then they could determine whether or not they

1  wanted to terminate the broker or if they rectified the

2  issue, they would then take them off the watch list and let

3  them continue.

4  Q    Okay.  And if a particular broker is on the watch

5  list, are they still allowed to underwrite loans for

6  American Home Mortgage?

7  A    Yes.  They are, but their loans have to go through a

8  pre-funding checklist and if anything comes up suspicious in

9  that checklist, it is escalated to a manager and then up to

10 credit risk to review it and make a decision of what they're

11 going to do with the loan.

12 Q    Was Ms. LaToe ever on the debtors' watch list?

13 A    Not that I'm aware of.

14 Q    Once a broker is approved -- a wholesale broker -- did

15 you call it a wholesale broker?

16 A    Yes.

17 Q    Okay.  Once a wholesale broker is approved, are they

18 required to sell only American Home loan products?

19 A    No.  They could be doing business with multiple

20 lenders.

21 Q    And are they allowed to change the American Home

22 products in any way that they sell?

23 A    No.  They have to meet the guidelines of the product.

24 Q    Okay.  Are there any minimum requirements for brokers

25 to stay affiliated with American Home Mortgage?

1    A      Not that I'm aware of.

2    Q      Are there any incentives for brokers to select

3    American Home loan products over other products?

4    A      No.

5    Q      Are there any other ways that brokers are compensated

6    for originating loans?

7    A      It depending on the -- on the rate selected on the --

8    on the rate sheet from when they actually locked the loan.

9    There could be a yield spread premium, which would be --

10   serve like a commission paid out to them, or they get

11   commission paid by their company that they work for.

12   Q      And with respect to Ms. Mills' loans, were there any

13   yield spread premiums involved in this loan?

14   A      No.

15   Q      Are you familiar with Ms. LaToe?

16   A      Yes.

17   Q      And how are you --

18   A      Through this loan.

19   Q      -- familiar with Ms. LaToe?

20   A      Through viewing the loan documents for this loan.

21   Q      But you don't -- are not personally familiar with her?

22   A      No.

23   Q      Okay.  Is she employed by American Home Mortgage?

24   A      No.

25   Q      Did Ms. LaToe ever receive any incentive from the

1  debtors for originating the Mills' loans?

2  A     No.

3           THE COURT:  I'm sorry.  How was she -- how was

4  she paid for the Mills' loan?

5           THE WITNESS:  She could have received commission

6  from her company.  She worked for Chase.  They could --

7           THE COURT:  Okay.

8           THE WITNESS:  -- have paid her a commission, but

9  she --

10           THE COURT:  But then -- but how does Chase get

11  paid?

12           THE WITNESS:  They -- on their own side could

13  have -- oh, they got an origination fee from Ms. --

14           THE COURT:  From American Home?

15           THE WITNESS:  No.  From Ms. Mills.

16           THE COURT:  From Ms. Mills, the application fee.

17           THE WITNESS:  Yes.

18           THE COURT:  Okay.  I got it.

19           THE WITNESS:  Well, an application -- there's a -

20  - there -- they charged an origination fee on her loans.

21           THE COURT:  Okay.  That gets paid at closing?

22           THE WITNESS:  That gets paid at closing and it

23  went to Chase, but --

24           THE COURT:  Okay.

25           THE WITNESS:  -- we didn't --

1          THE COURT:  Got it.

2          THE WITNESS:  Right.

3          MS. ZIEG:  Your Honor, if you would like I could

4    show you the exhibit, but that was the mortgage broker

5    agreement between Ms. Mills and Ms. LaToe.  It actually says

6    in there that Ms. LaToe is paid by Ms. Mills --

7          THE COURT:  Uh-huh.

8          MS. ZIEG:  -- as a -- well, I'm sorry, not Ms.

9    LaToe, but Chase is paid a one-percent fee from Ms. Mills.

10          THE COURT:  Very good.  Sorry to interrupt, I

11    just --

12          MS. ZIEG:  That's okay.

13          THE COURT:  -- I didn't understand.

14    BY MS. ZIEG:

15    Q    And how does the broker know what's available as far

16    as what loan products are available

17    A    They get -- if -- if they're an approved broker, like

18    Ms. LaToe was, they can go to our website and see our

19    product guidelines and our rate sheets and that would

20    explain the terms that are allowed, like the loan to value

21    that they could go up to, or what credit score is required,

22    or what loan amount they could go up to for specific

23    products.

24    Q    And when does ABC become involved with a wholesale

25    loan?

1  A    ABC becomes involved when either the broker locks the

2  loan on our website or when we receive a full file within

3  our branches.

4  Q    And what is a rate lock?

5  A    A rate lock confirmation or a rate lock is when a

6  broker locks in the terms of the loan on a specific day so

7  they're locking into that pricing.  If any changes were made

8  to the loan after that and it re-prices, it will always look

9  to the pricing of that day that they locked it in.

10  Q    Okay.

11          THE COURT:  That's before it goes to

12  underwriting?

13          THE WITNESS:  They can lock it before it goes to

14  underwriting or they could lock it in before it gets cleared

15  to close, but it has to be locked before it gets cleared to

16  close.

17          THE COURT:  Got it.

18  BY MS. ZIEG:

19  Q    And if you turn to Exhibit 29, Debtors' 29.

20      (Pause)

21  A    Yes.

22  Q    Can you tell me what this document is?

23  A    This is the rate lock for the first loan of Deborah

24  Mills, 928512.

25  Q    And how do you know it's for the first loan?

1   A      It has a loan number on it.  It says, application

2   number 928512.

3   Q      Okay.  And that's her first loan --

4   A      Yes.

5   Q      -- for the -- a nine-hundred-and-sixty-two-thousand --

6   A      Two-thousand-five-hundred.

7   Q      And what's the date of this -- what is the date this

8   rate lock was printed?

9   A      It's dated July 18th, 2005.

10  Q      And why is it dated July 18th, 2005?

11  A      That's the date it was printed.

12  Q      Okay.  And if you look down on the right-hand column

13  in the fourth block it says, "Product\Lock Information."  Do

14  you see that?

15  A      Yes.

16  Q      And it -- and about the second little section of items

17  it says, "Lock Date."  Do you see that?

18  A      Yes.

19  Q      What's the date that -- the lock date?

20  A      7/7/2005.

21  Q      And what does that mean, the lock date of 7/7/2005?

22  A      That means it was locked on July 7th, 2005, so any

23  changes thereafter, we'll use that day's pricing.

24  Q      So it's a lock date with respect to pricing then?

25  A      To pricing.  Yes.

1  Q     Okay.  And to the left of the lock date it says, "FICO

2  score for pricing."  Do you see that?

3  A     Yes.

4  Q     And what's the number there?

5  A     Six-sixty.

6  Q     And does that mean that that was Ms. Mills' FICO score

7  on this date?

8  A     No.  It --

9  Q     What does --

10 A     This field pulls the credit score for pricing, which

11 on July 14th there was an underwriting exception because her

12 loan was one point below the product requirement.  When the

13 -- when that product exception was approved, the underwriter

14 manually changed her pricing score to 660.  So on July 18th

15 when this was printed, four days later, it's showing that

16 score of 660.

17 Q     So this is simply the FICO score that's needed for

18 pricing.  Is that correct?

19 A     Yes.

20 Q     What information is needed from the broker or the

21 borrower for that matter before a rate lock can occur?

22 A     The borrower's name, social security number, the

23 property address, the loan terms, including your loan

24 amount, the appraised value or the sales price if it's a

25 purchase, the documentation type, the product, and then

1   depending on the product if a credit score is required for

2   pricing of that loan, the credit score would be required as

3   well.

4   Q     Is it a verified credit score that's required at that

5   point in time?

6   A     Everything is subject to review of the underwriter and

7   changes can be made.  So it's verified once we receive a

8   full file and actually pull our own Tri-Merge Credit Report.

9              THE COURT:  Pull your own what?

10             THE WITNESS:  Tri-Merge Credit Report.

11             THE COURT:  What's that mean?

12             THE WITNESS:  It's a three-bureau credit report.

13             THE COURT:  Oh, okay.  So TRW and Equifax and --

14             THE WITNESS:  Yeah.

15             THE COURT:  -- whoever the other one is.  Okay.

16             THE WITNESS:  Uh-huh.

17  BY MS. ZIEG:

18  Q     You mentioned doc types.

19  A     Yes.

20  Q     Do you -- there's a doc type in this right-hand column

21  as well.  It says, "Doc type SIFA."

22  A     Yes.

23  Q     What does that mean?

24  A     It means stated income full asset.

25  Q     And what is the significance of it being a stated

1  income full asset?

2  A    On a stated income full asset loan it means that the

3  income is stated on the application, but not verified, and

4  that the assets are listed and they're fully verified.

5  Q    And who makes the decision of whether a loan is

6  submitted as a doc type SIFA, stated income verified asset?

7  A    That's all communication between the broker and the

8  borrower.

9  Q    Do you have any communications with anyone about that?

10  A    No.

11  Q    And is there any significance with respect to the

12  pricing on a loan if a doc type is SIFA, stated income?

13  A    It could have higher pricing or there could be an

14  adjustment for the doc type.

15  Q    And if a broker submits to the debtors the tax returns

16  on a -- on a SIFA -- can I call it a SIFA?

17  A    Uh-huh.

18  Q    On a SIFA loan --

19        THE COURT:  Wait a minute.  If the broker submits

20  --

21        MS. ZIEG:  If the brokers submits the tax returns

22  --

23        THE COURT:  To whom?

24        MS. ZIEG:  That's where I was going.  That was

25  the rest of my question.

1          THE COURT:  Oh, okay.  I thought you said the

2  debtors so I was --

3          MS. ZIEG:  Right.

4          THE COURT:  -- confused.

5          MS. ZIEG:  To the debtors.

6  BY MS. ZIEG:

7  Q    The broker -- if the broker submits as part of the

8  documentation underwriting the loan application --

9          THE COURT:  Okay.

10 BY MS. ZIEG:

11 Q    -- if the broker submits a tax return to the debtors -

12 - in this particular situation the debtors -- and the loan

13 type was listed originally as a SIFA loan, what happens?

14 A    The underwriter wouldn't be able to ignore the tax

15 returns.  They would have to use them, verify the income,

16 and change the loan to a full income, full asset.

17 Q    So if AHM had the tax returns with respect to Ms.

18 Mills' loan, this would have to change to a doc type stated

19 income, stated -- I mean -- I'm sorry -- full income, full

20 asset loan?

21 A    Yes.  It would have to be changed to a full income,

22 full asset.

23 Q    And do you get any of this information from the

24 borrower directly?  Do the debtors get any of the

25 information that's on the rate lock from the borrower

1  directly?

2  A     From the borrower?  Well, the terms are decided with

3  the -- with the broker and the borrower, and then they enter

4  that information.  It's coming all from -- the terms are

5  coming from the loan application.

6  Q     Okay.  And does the debtor have any contact with the

7  borrower?

8  A     No.  In wholesale we don't have any direct contact

9  with the borrower.  We deal directly with the broker.

10 Q     So only the broker has contact with the borrower?

11 A     Yes.

12 Q     So the debtors would have had no contact with Ms.

13 Mills in this situation?

14 A     None.  We're not allowed.

15 Q     And if you can turn to Exhibit 60, please?

16       (Pause)

17 Q     Can you tell me what this document is?

18 A     This is the rate lock confirmation for Ms. Mills'

19 second loan, 930980.

20 Q     And what date was this document printed?

21 A     This one was printed on July 14th, 2005.

22 Q     Okay.  And what is the rate lock date for this loan?

23 A     7/14/2005.

24 Q     Does it matter what date it's printed with respect to

25 what rate lock pricing -- what pricing is locked?

1  A      No.

2  Q      And with respect to the FICO score for pricing

3  information on this rate lock sheet -- it's on the left-hand

4  column -- what was the FICO score for pricing on this rate

5  lock sheet?

6  A      Six-fifty-nine.

7  Q      And why is this rate lock sheet different from the

8  rate lock sheet from the first loan?

9  A      Because there was an underwriting exception on the

10 first loan and we had to manually change the score to the

11 660, it wasn't using the credit score from the actual credit

12 report.  It was manually overwritten.

13        On this loan, it didn't need an exception.  It met the

14 -- this credit score met the guidelines for the product

15 chosen, so it's taking the middle score from the credit

16 report, the 659.

17 Q      Okay.  So with respect to this rate lock, it was using

18 her actual credit score because you didn't need to change it

19 for pricing.  Is that correct?

20 A      Correct.

21 Q      But with respect to the prior rate lock on Exhibit 29,

22 it had to be manually changed or Ms. Mills wouldn't have

23 been able to get the pricing on that loan.  Is that correct?

24 A      They wouldn't -- yes.  They wouldn't have been able to

25 continue on with the loan.  There's a system that is in

1  place.  If the loan doesn't meet the guidelines, it won't

2  let you continue.

3       (Pause)

4  Q    Ms. Wanerka, did you review the allegations made by

5  Ms. Mills in her response to the debtors' objection to her

6  claim?

7  A    Yes, briefly.

8  Q    And what portions of that response did you review?

9  A    The credit score and the credit pulls.

10  Q    The information about the credit score and the credit

11  pulls.  And do you understand what Ms. Mills' allegations

12  are with respect to credit score 6 -- pulling credit scores

13  successively?

14  A    No.  We pulled the credit report once.

15  Q    And how do you know you pulled the credit report once?

16  A    The credit report is ordered through UNIFY, the loan

17  origination system and it's tracked on our order review

18  credit report screen.  It actually shows the date that the

19  credit report was requested, when it was actually sent out

20  to Equifax and when Equifax returned it, and at that time

21  that it's returned we populate her liabilities, her credit

22  scores and the image of the credit report.

23  Q    And if you could turn to Exhibit 10 for me, please.

24  A    Yes.

25  Q    Can you tell me what this document is?

1  A     This is the credit report that we ordered through

2  UNIFY.

3  Q     And what date was this report ordered?

4  A     7/10/2005.

5  Q     And when you say this is the date -- this is the

6  credit report that the debtors ordered?

7  A     Yes.

8  Q     When you received the loan application?

9  A     Yes.  When we receive a full file within our office,

10  we order a Tri-Merge Credit Report to verify the date as

11  submitted by the broker and to see if any liabilities or

12  anything or if the score had changed.

13  Q     And what is the credit score according to this

14  document?

15  A     Six-fifty-nine.

16  Q     And where is 659 on this document?

17  A     It's on the top line.  It says, "Beacon 5.0, Factor

18  Score for Deborah, Social Security Number 6" -- and it says

19  659.

20  Q     And you previously testified about the mid -- middle

21  score?

22  A     Yes.

23  Q     That you --

24  A     We use the middle score.

25  Q     -- you use the middle score.  And who uses the middle

1 score?

2 A    It's industry standard.  You drop the lowest and the

3 highest and you take the middle score.  If there were

4 multiple borrowers on a loan, you would take the lowest

5 middle score.  So say there were Borrower 1 and 2 and

6 Borrower 2 had a lower middle score, you use their score

7 instead of the primary.

8 Q    Okay.  And -- if you turn to Exhibit 308, which you

9 don't have up there.

10        MS. ZIEG:  May I approach, Your Honor?

11        THE COURT:  Uh-huh.  We need a copy for Ms.

12 Werkheiser, please.

13        (Pause)

14        MS. ZIEG:  Your Honor, if I may, I have several

15 additional exhibits I've already provided to opposing

16 counsel and he's fine with the exhibits.  If I could just

17 hand them up to the witness and to you and Ms. Werkheiser

18 now at one time it might be helpful.

19        THE COURT:  Yes.  That's fine.

20        (Pause)

21 BY MS. ZIEG:

22 Q    And, Ms. Wanerka, if you could turn to Exhibit 308,

23 please.

24 A    Yes.

25 Q    How many times did the debtors pull Ms. Mills' credit

1  report?

2  A    Once.

3  Q    And did they pull it once for the first loan and once

4  for the second loan, or just once overall?

5  A    We pulled it once overall.  What happens with the

6  second loan is that we create the second loan doing a copy

7  account feature, which basically copies all the loan

8  application information with the exception of the loan

9  amount and the product, because that would -- and the

10  interest rate because that would change on the second, and

11  we also copy over the flood cert and the credit report so

12  that we don't have to order it a second time.

13  Q    And with respect to Exhibit 308, what does this

14  exhibit tell you?

15  A    This tells me that the credit report was ordered on

16  7/10.

17  Q    Where does it tell you that the credit report was

18  ordered on 7/10?

19  A    The last line that's highlighted, it says the bureau

20  name is Equifax, and then it says that the time requested

21  was 2240 and that the -- it was sent at 2242 and it was

22  received at 2256.

23  Q    Okay.  And if you could just briefly turn to Exhibit

24  290 for me.

25  A    I don't have a 290.

1  Q      It wouldn't be in that --

2  A      Oh.

3         (Pause)

4              MS. ZIEG:  Your Honor, you might want to leave

5  out the other notebook for the 308 because we'll come back

6  to that.  I just wanted to --

7              THE COURT:  I actually have it loose, but thank

8  you.

9              MS. ZIEG:  Okay.

10 BY MS. ZIEG:

11 Q     Can you tell me -- you had mentioned something about a

12 copy account, correct?

13 A     Yes.

14 Q     Can you just explain to us what a copy account is

15 exactly?

16 A     Sure.  In order to make it that we wouldn't have to

17 order a second report on second loans and, also, to speed up

18 the data entry because the loan information would be the

19 same -- the loan application information would be the same

20 with respect to her employment, her income, real estate

21 owned, liabilities, all of that.  We utilized a copy account

22 feature in UNIFY which would allow us to copy all that

23 information over and create the second loan so that it would

24 just require us to enter in the product, the loan amount,

25 and the interest rate that they're selecting on that second.

1    But the credit report and the flood certs would copy over.

2    Q      And was the copy account software utilized with

3    respect to Ms. Mills' loans?

4    A      Yes.

5    Q      And how do you know that?

6    A      I know that from the field audit report; that there's

7    a field audit report that tracks all of the changes in --

8    that are made in UNIFY, if there is an audit feature turned

9    on on that field.  Application status is one of those and if

10   I go to the application status on the field report it would

11   tell me that it started as a Number 5, which is copied

12   account.

13   Q      And with respect to Exhibit 290, is -- what is this

14   document?

15   A      This is the field audit report for her second loan,

16   930980.

17   Q      And what about this report tells you that it was a

18   copy account?

19                THE COURT:  What -- wait.  Which exhibit number?

20                MS. ZIEG:  We're on 290,Your Honor.

21                THE COURT:  Still on 290.  Okay.

22                MS. ZIEG:  We're still on 290.

23                THE COURT:  Got it.  Thanks.

24                THE WITNESS:  On Page 4, Line Number 74 it says,

25   "Application status: 5, copied account."  That means it was

1   created via -- using the copy account feature.

2           MS. ZIEG:   Thank you.

3   BY MS. ZIEG:

4   Q     And if you could turn back to Exhibit 308 again,

5   please.

6   A     Yes.

7   Q     What about 308 tells you for sure that AHM only pulled

8   one credit report of Ms. Mills?

9   A     There's only one line that says Equifax.  Had another

10  report been pulled, there would be an additional line with

11  the date that it was requested and the time it was received.

12  Q     So from July 10th, 2005 to the date that you printed

13  this report, no other credit reports had been pulled for Ms.

14  Mills.  Is that correct?

15  A     Yes.

16  Q     And if they were they would show up on this document?

17  A     Yes.

18          THE COURT:   What are these other two items here?

19          THE WITNESS:   Those are the flood cert.   We

20  ordered a -- on all loans we have to order a flood cert

21  which determines if the loan is in a flood zone, and if it

22  is in a flood zone we require flood insurance.

23          THE COURT:   Okay.

24  BY MS. ZIEG:

25  Q     Even if the debtors utilized the copy account feature,

1  could they still make a second pull of the credit score --

2  or of the credit report?

3  A     They could, but there's no reason to and if they did

4  within the first twenty-four hours of when we got the

5  application, we would always get the same report back that

6  we requested from Equifax.  You can't pull a new credit

7  report unless the borrower's name or social security number

8  was wrong, and even then you would have to wait after

9  twenty-four hours after you ordered your first report in

10 order to get a new report from Equifax.

11 Q     So in a twenty-four hour period of time Equifax won't

12 even let you pull a second report?

13 A     No.  You'll keep getting back the same report.

14 Q     And with respect to Exhibit 308, which loan does this

15 relate to?

16 A     This relates to her first loan, 928512.  It says that

17 at the bottom.

18 Q     And if you could turn to Exhibit 307, please.

19 A     Yes.

20 Q     And can you tell me what Exhibit 308 (sic) is?

21 A     It is the order view credit report screen on the

22 second loan, 930980, and it shows the Equifax credit report

23 here, but you'll notice that it -- there's no time requested

24 or time sent.  It just has the time received as 2256 and

25 thirty-three seconds which matches the credit report on the

1  first loan that we did order.

2  Q    So that verifies for you that only one credit report -

3  -

4  A    Yes.

5  Q    -- was pulled and only credit report was --

6  A    Was received.

7  Q    -- by the debtors?

8  A    Yes.  And we copied it into this loan.

9       (Pause)

10 Q    If you can turn to Exhibit 55 for me, which is going

11 to put you in another notebook.

12      (Pause)

13 Q    If you go to the end of 55 and count back four pages,

14 you'll see a document that ends in Bates Number 3183.

15 A    Yes.

16 Q    It's the -- could you tell me what this document is?

17 A    It's the disclosure of credit score information.

18 Q    Okay.  And what is this document?

19 A    It is a disclosure that's printed within the three-day

20 docs.  When we initially receive a full file from the

21 broker, we have to disclose the loan in three days.  It's

22 one of the disclosures in there.

23 Q    Okay.  And with respect to the credit score on this

24 particular -- and this document is related to Ms. Mills'

25 loan.  Is that correct?

1  A      Yes.

2  Q      And on this document what is Ms. Mills' credit score

3  reported as?

4  A      Six-sixty.

5  Q      And what -- is that a pricing score or is that what

6  her credit score actually was?

7            THE COURT:  I'm sorry.  What document are we on?

8  I got lost.

9            MS. ZIEG:  That's okay.  We are on Document 55.

10           THE COURT:  Okay.  Your 55?

11           MS. ZIEG:  My 55.  I apologize, Your Honor.

12           THE COURT:  All right.  The insurance disclosure?

13           MS. ZIEG:  It's the insurance disclosure, but if

14  you go all the way to the end of that document --

15           THE COURT:  Right.

16           MS. ZIEG:  -- it's actually several disclosures

17  that are part of the loan -- the closing documents.  If you

18  go to the end and count back four pages you'll be at Bates

19  3183.

20           THE COURT:  Okay.  I have it.

21           MS. ZIEG:  Okay.

22           THE COURT:  Go ahead.

23  BY MS. ZIEG:

24  Q      And, Ms. Wanerka, you were saying that this -- that

25  this 660 credit score on this document, is it the actual

1  credit score or is it the credit score used for pricing?

2  A     This pulls from the credit score used for pricing, but

3  this isn't the actual -- this is what the broker had entered

4  in on our website, not the actual credit score from the

5  credit report that populated.

6  Q     And why did Ms. LaToe enter 660 on your website again?

7  A     The product that she chose --

8          MR. STAMOULIS:  Objection, Your Honor.

9  Foundation.

10          MS. ZIEG:  Your Honor, it directly relates --

11          THE COURT:  Why -- why did Ms. LaToe?

12          MS. ZIEG:  Well, why directly relates to the

13  system and how the system works.  I can -- I can ask her

14  more specifically about the system.

15          THE COURT:  Ask her about the system and let's

16  see if we can connect.

17          MS. ZIEG:  Okay.

18  BY MS. ZIEG:

19  Q    With -- you helped develop -- you developed the

20  website that was used by the brokers for ABC.  Is that

21  correct?

22  A     I was one of the team, but, yes.

23  Q     Okay.  You developed it.

24     (Laughter)

25  Q     And how did the system work with respect to the broker

1  inputting information into the system?

2  A    Sure.  When they went to the website there were five

3  or six tabs that they had to enter the loan information in

4  in order to obtain pricing and to get a rate lock.  The

5  first one was the borrower's information, their social

6  security number, their address, the property.  When they got

7  to the loan product, though, once they chose a product, if

8  there was a pricing adjustment for the credit score, they

9  would be required to put in a credit score in order to move

10  on.

11      In this case it would have been entered as 660 and I

12  can -- I can tell that because of what's printing on this

13  document and the date of the document.  When they entered

14  the 660 on our website when we receive the full file we

15  order a Tri-Merge Credit Report and we'll overwrite that

16  amount -- that credit score that they put in with the actual

17  middle score from the credit report we received from

18  Equifax.

19  Q    So Ms. LaToe was required to put 660 on the website in

20  order to get the product pricing --

21  A    In order to lock the loan she would have been required

22  to put in the minimum credit score required.

23  Q    But this wasn't actually Ms. Mills' credit score?

24  A    No.

25  Q    Is that correct? Did you research why this document

1  says 660?

2  A    Yes.

3  Q    And can you tell me what that research uncovered?

4  A    The credit -- the disclosures, the three-day docs all

5  of these documentation, all of these docs that print are

6  triggered by us entering -- the debtors entering in a broker

7  full file receive date in our UNIFY, in the loan origination

8  system.

9      What happened was is that when that -- when that was

10 entered, the credit report that we ordered from Equifax

11 hadn't been received yet, so it was ordered at -- I think it

12 was like 10:40, but we didn't get it back until 10:56, but

13 the full file receive date was entered at like 10:42, so

14 there was a fourteen-minute lag and this happened to be

15 printed during that time while we waited for the credit

16 report to come back.

17 Q    And if we look at Exhibit 308 which we were just

18 looking at, that's where it tells you when the credit report

19 was received, the 10:56.  Is that correct?

20 A    Yes.

21 Q    Is there anything that tells you when the full file

22 was received?

23 A    Yes.  There's a GFE employment set-up screen in UNIFY

24 that has the broker full file receive date on there and it

25 has the -- if I -- when I do the audit on that field it

1  tells me the exact time that that was entered.

2  Q    And if you turn to Exhibit 309 --

3  A    Yes.

4  Q    What is Exhibit 37 -- I'm sorry -- what is Exhibit

5  309?

6  A    This is a screen chat of the GFE employee set up

7  screen of specifically the audit on the broker full file

8  receive date showing that it was entered on 7/10 at 10:41

9  p.m., fifteen minutes before the credit report was received

10  from Equifax.

11  Q    And this was with respect to the second loan.  Is that

12  correct?

13  A    This is --

14  Q    Or with respect to the first loan.

15  A    This is for the first loan.

16  Q    For the six-hundred-and-ninety-two-thousand-dollar

17  loan?

18  A    Nine-hundred-and-sixty-two.  Yeah.

19  Q    I'm sorry.  It's been a long day.  I apologize.  Thank

20  you for correcting me.

21  A    That's okay.

22  Q    With respect to the second loan, can you turn to

23  Exhibit 310?

24  A    Yes.

25  Q    Is this the same type -- could you describe to me what

1  this is?

2  A     This is, again, the GFE employee set up screen, but

3  it's the audit on the broker full file receive date on the

4  second loan, 930980, and it shows that it was entered on

5  7/10 at 11:10:29, which would have been fourteen minutes

6  after the credit report was received.

7  Q     So the first file was received at 10:41, first -- the

8  full file was received for the first loan at 10:41.  Is that

9  correct?

10  A     It was entered at 10:41.  Yes.

11  Q     And at that point in time the disclosure that we saw

12  with respect to Exhibit 55, that was printed automatically

13  when the full file --

14  A     And it -- yes.  And it was pulling from our credit

15  score used for pricing which the broker entered on the

16  website of 660.  And it hadn't yet populated with the 659

17  from Equifax because that wasn't done until 10:56.

18  Q     So that one printed at 10:41.  At 10:56 the credit

19  score came in --

20  A     Right.

21  Q     -- and automatically repopulated --

22  A     Yeah.  It overwrites what the broker entered and

23  actually puts what the credit score is from the credit

24  report.

25  Q     Okay.  And 10 -- at 11:10 that evening the credit

1    disclosure printed with respect to the second loan.  Is that

2    correct?

3    A     Well, this is the broker full file receive date that

4    would have triggered the credit disclosure to be printed on

5    the second loan.

6    Q     And if we turn to Exhibit 110, please.

7          (Pause)

8    A     Yes.

9    Q     If you turn to the last page of that exhibit, is this

10   the credit disclosure for the second loan?

11   A     Yes, it is.

12   Q     And this is the credit disclosure that lists Ms.

13   Mills' FICO score at 659?

14   A     Yes.

15   Q     And this is all because the credit score had come in

16   from Equifax --

17   A     We had the -- yes.  We had the credit report back at

18   that time with the score 659.

19             THE COURT:  All right.  Please try not to talk

20   over each other.

21             THE WITNESS:  Okay.  Sorry.

22             THE COURT:  Thank you.  It's all right.

23   BY MS. ZIEG:

24   Q     Did the debtors ever receive a credit report from --

25   that was pulled by Chase?

1   A      Yes.

2   Q      And if you turn to Exhibit 11.

3          (Pause)

4   A      Yes.

5   Q      You may have just had it out for 55.

6          THE COURT:  Oh, it's in the -- oh.

7          MS. ZIEG:  I apologize.

8          THE COURT:  No, it's okay.  I -- okay.  Exhibit

9   11.  Got it.

10  BY MS. ZIEG:

11  Q      Ms. Wanerka, can you tell me what Exhibit 11 is?

12  A      This is the credit report ordered by Chase?

13  Q      And did the debtors obtain a copy of this from Ms.

14  LaToe?

15  A      We obtained it from the broker with the full file that

16  they submitted to us.

17  Q      And what is the date of this credit report?

18  A      7/7/2005.

19  Q      And what is -- is there anything on this document that

20  indicates to you what Ms. Mills' credit score was on July

21  7th, 2005?

22  A      The second page her credit score was 659.

23  Q      So Ms. Mills' credit score was 659 on July 7th, 2005

24  and 659 on July 10th, 2005.  Is that correct?

25  A      Yes.

1   Q      It didn't change?

2   A      No.

3          (Pause)

4              MS. ZIEG:  Everyone's going to hate me.

5   BY MS. ZIEG:

6   Q      Can you -- well, can you turn to Exhibit 312, please?

7              MS. ZIEG:  I just want to make sure you're

8   listening, Your Honor.

9              THE WITNESS:  Yes.

10  BY MS. ZIEG:

11  Q      Can you tell me what Exhibit 312 is?

12  A      This is the manual entry of credit scores screen for -

13  - from UNIFY on the second loan, 930980.

14  Q      And what is the significance of this document?

15  A      It shows that the scores from the credit report are

16  populated here on the left-hand side and it's taking the

17  credit score for pricing and it's listed as 659, which is

18  the middle score from the credit -- Equifax credit report.

19  Q      And if you turn to Exhibit 311, can you tell me what

20  Exhibit 311 is?

21  A      These are screen shots of the borrower info and the

22  manual entry of credit score screen for the first loan,

23  928512.  On this one it has the credit scores from the

24  credit report, but the -- on the right-hand side there's two

25  check boxes underneath the manual entry of credit scores

1  section and it says, "Credit scores have been manually set,"

2  which means -- and they changed the middle score to 660 and

3  so the credit score for pricing, then, is changed to 660 and

4  --

5  Q     Okay.  So with respect to the first loan -- and this

6  is a little bit difficult to read because it's a print-out

7  of a computer screen -- you're saying that when you look --

8  it says, "Fair Isaac."  Is that correct?  Is that one of the

9  credit reporting bureaus?

10  A     Right.

11  Q     On the right-hand side and then after that there's two

12  lines that we can barely see and then two boxes that you can

13  check to the left of those items?

14  A     Yes.

15  Q     And --

16  A     Those two boxes are -- well, the first one says,

17  "Closing as a corporation," and the second one says, "Credit

18  scores have been manually set.

19  Q     And the --

20  A     I know UNIFY.

21  Q     And with respect to the second box you're saying that

22  -- that you can tell on this document that it -- that box is

23  checked.  Is that correct?

24  A     Yes.

25  Q     And that that box -- that box being checked is telling

1  You that the credit score was manually --

2  A      Yes.

3  Q      -- inserted in there?

4  A      Yes.

5  Q      In the -- in a wholesale loan -- or in a wholesale

6  channel of the debtors' business, how would a potential

7  borrower's loan application be provided to the debtors?

8  A      Through the broker.

9  Q      And how would the debtor -- how would the broker

10 provide that application to the debtors?

11 A      They could submit it through our website at ABConduit

12 -- www.ABConduit.com or they could submit a full file to us.

13 Q      Just a -- the hard file?

14 A      The hard file.  Yes.

15 Q      And can you describe AHM's loan approval process for

16 brokered loans in the wholesale channel?

17 A      The approved broker would submit the loan application

18 either on the website or to the branch by sending us a full

19 file, and by full file we mean a complete file with the loan

20 application and the supporting documentation of the income

21 and the assets.  The new loan set-up area, we would enter

22 that information in or if it was already entered through the

23 website it would already be there and they would validate

24 that there's no changes on the application, the file.

25         They would make any necessary corrections, order the

1  flood cert, order the credit report, and then they would

2  give it to the underwriter to actually underwrite it, and

3  then the underwriter would either run it through the -- one

4  of the automated engines of Fannie Mae or Freddy Mac, DU or

5  LP or they could manually underwrite it.  It was all based

6  on the product selected.

7  Q     And with respect to the loan product selected that you

8  just mentioned, would anything change if it -- depending on

9  what type of documentation loan it was?

10  A     The documentation requested, like the conditions, the

11  documentation throughout the file would be different.  On a

12  stated income, full asset you wouldn't have any supporting

13  documentation to the income because it's not verified.  It's

14  just stated, where if it was a full income you would have

15  like your paystubs, tax returns, W-2s, things like that.

16  Q     And with respect to the Mills' loan do you remember --

17  do you recall what specific documents were provided in

18  connection with her loan application?

19  A     In her loan, there was the loan application.  There

20  was a CPA letter because she was self-employed.  You have to

21  verify -- do a verbal verification through their accountant,

22  so there was the CPA letter.  There was the verbal

23  verification of employment.  There was a HUD-1, a settlement

24  statement from a closing of a mobile home that she had sold

25  evidencing the net proceeds she received from that because

1    it was being used as assets.  There was a five-hundred-

2    thousand-dollar CD statement in the file, two appraisals

3    because the loan was over a million dollars -- well, the

4    loan -- the value of the property was over a million dollars

5    so there were two appraisals.

6    Q    And with respect to the verbal verification of

7    employment with the accountant, did -- would AHM have asked

8    the accountant what Ms. Mills income was on her income

9    taxes?

10   A    You can't ask the income.  It's just -- it states that

11   they've been employed or that they've been doing their taxes

12   for this many years and then --

13   Q    So they're not employed (sic0 to ask -- I'm sorry.

14   A    We cannot verify income.  It's just stated on the

15   application.

16   Q    You're not allowed to verify the income --

17   A    No.

18   Q    -- on it --

19            THE COURT:  What's that mean, you're not allowed?

20            THE WITNESS:  It's -- that documentation type, it

21   just means that you state the income on the application and

22   you can't get any supporting documentation to verify that

23   income.  If you are verifying that income, it has to be

24   changed to a full income, full asset.

25            THE COURT:  So you -- it's not a legal issue.

1    It's a issue about what type of loan product?

2            THE WITNESS:  Yes.  Yes.

3    BY MS. ZIEG:

4    Q     And, specifically, with respect to the document type,

5    the document type effects the pricing for the product,

6    correct?

7    A     It can.  Based on the product there could be

8    adjustments for the documentation type.

9    Q     Did Ms. Mills provide any tax returns to the debtors?

10   A     No.

11           (Pause)

12   Q     In underwriting Ms. Mills' loan, what information did

13   the debtors rely upon in the loan file?

14   A     Everything.  The loan application, which lists your

15   income, your employment, your assets, the properties that

16   you own and then the supporting documentation, like the bank

17   statement, the HUD-1 and the appraisals.

18   Q     And what did the debtors do independently to verify

19   Ms. Mills' income?

20   A     We do a verbal verification of employment.

21   Q     Just employment?

22   A     Yes.  And we do the appraisals, but that's to verify

23   the value of the property.

24   Q     If you can turn to Exhibit 8, please.

25           THE COURT:  Eight?

1        MS. ZIEG:  Yes, sir.

2        THE COURT:  How we doing on time, Ms. Zieg?

3        MS. ZIEG:  I'm thinking probably about at the

4  most five minutes.

5        THE COURT:  All right.

6  BY MS. ZIEG:

7  Q     And could you tell us what this document is?

8  A     This is an exception request.  It's a product

9  exception request that was submitted by the underwriter to

10  our credit risk area to request an exception for her credit

11  score because the minimum -- the mid credit score of 659 was

12  one point below the required 660 for this product.

13  Q     And what information did the debtors rely upon in

14  granting this underwriting exception?

15  A     The compensating factors that are listed on the -- on

16  the exception request by the underwriter.  It says here that

17  the reserves were verified through the CD, the loan

18  proceeds, and that she's had twenty-years as a landscape

19  designer and, also -- but most of it -- they relied upon the

20  five-hundred-thousand-dollar CD because that gave her

21  twenty-seven months of reserves after the close of escrow.

22  So after the down payment and all the closing costs were

23  paid, it still allowed for twenty-seven months of bills to

24  be paid, like of the mortgage payment to be paid.

25  Q     So if you look at the last section under comments, and

1    it's the -- the middle line, the third line down, it states,

2    "Strong savings, significant reserves after COE of twenty-

3    seven plus months."

4    A       Right.  COE is close of escrow.

5    Q       Thank you.

6                THE COURT:  What is COE?  I'm sorry.

7                THE WITNESS:  It means close of escrow, so after

8    it's closed and the down payment and closing costs are paid

9    it still has twenty-seven months of reserves to pay.

10               THE COURT:  I understand.

11               THE WITNESS:  Okay.

12   BY MS. ZIEG:

13   Q       How, if at all, did the terms of Ms. Mills' loan

14   change as a result of the exception?

15   A       Based on the review of the regional underwriting

16   manager and secondary pricing, they restructured the second

17   loan to be for 200,000 instead of 275,000 and then there was

18   a pricing adjustment for the exception.

19   Q       And if you'll turn to Exhibit 41, please.

20   A       Yes.

21   Q       Do you know what this document is?

22   A       It's a 4506-T.

23   Q       And what is that?

24   A       It's a request for transcript of tax returns?

25   Q       And why is this request for transcript of tax returns

1  included in a loan file that you're not allowed to verify

2  income?

3            THE COURT:  I'm sorry.  Exhibit Number?

4            MS. ZIEG:  I'm sorry, 41, Your Honor.

5            THE COURT:  Thank you.

6            THE WITNESS:  It was standard.

7            MR. STAMOULIS:  Objection to the foundation.

8            THE COURT:  Oh, overruled.

9            Go ahead.

10           THE WITNESS:  It was standard procedure to

11  include this document in the loans for -- in case they

12  needed to request the tax returns after post-closing if

13  there was an issue.

14  BY MS. ZIEG:

15  Q    But it was only with respect to post-closing?

16  A    Yes.

17  Q    Okay.  And prior to closing what would have happened

18  if Ms. Mills had disclosed that she was borrowing $164,000

19  for her down payment?

20           MR. STAMOULIS:  Objection, Your Honor.

21  Foundation and speculation.

22           THE COURT:  Yeah.  Well, that's a hypothetical

23  question.  Sustained.

24  BY MS. ZIEG:

25  Q    Ms. Wanerka, you were involved in underwriting.  Is

1    that correct?

2    A      Yes.

3    Q      And you stated in your testimony today that everything

4    in Ms. Mills' loan file as relied upon in underwriting this

5    loan.  Is that correct?

6    A      Yes.

7    Q      So to the extent -- what would happen if anything on

8    that loan application changed?

9    A      If anything changes --

10              MR. STAMOULIS:  Same objection, Your Honor.

11              THE COURT:  Well, I think she can answer that

12   generally.

13              THE WITNESS:  Yes.  If anything changes between

14   the time of approval and at closing, it has to -- the file

15   has to be downgraded to pending decision and brought back to

16   an underwriter so that they can make sure that the loan

17   still meets guidelines and that they can still clear to

18   close the loan.  It re-requires approval again.

19   BY MS. ZIEG:

20   Q      So anytime there's a change made to a loan

21   application, it has to go back to underwriting.  Is that

22   correct?

23   A      Yes.  If there's changes made to the terms, so -- or

24   to the assets that we would then need to verify because this

25   was a full asset -- full income -- I mean, stated income,

1   full asset loan, it would need to go back to the underwriter

2   to re-review and re-approve.

3   Q    So every piece of information that's provided on the

4   loan application, if any piece of that information changed,

5   the underwriting process would start all over again?

6   A    Yes.

7              MS. ZIEG:  I have no further questions.

8              THE COURT:  All right.

9              Are you -- is there going to be cross?

10             MR. STAMOULIS:  Your Honor, it will be brief.

11             THE COURT:  All right.

12             Okay.  Why don't we start unless you need a

13   break?

14             MR. STAMOULIS:  No, Your Honor.

15             THE COURT:  All right.  Then let's get to it.

16                      CROSS-EXAMINATION

17   BY MR. STAMOULIS:

18   Q    I'm sorry.  Can you help me pronounce your name?

19   A    Wanerka.

20   Q    Wanerka?  Okay.  Thank you, Ms. Wanerka.

21        Ms. Wanerka, can you please turn back to Exhibit 8,

22   which is in the binder that is in front of you?

23   A    Yes.

24   Q    Now, Ms. Wanerka, based on your testimony here today,

25   is it fair to say that you're stating that Ms. Mills never

1  had a credit score of 660?

2  A    Yes.

3  Q    Okay.  And so -- and, in fact, this exception -- well,

4  let me back up.  But Ms. Mills' original loan product that

5  was quoted to her and provided to her was based on a credit

6  score of 660.  Is that right?

7  A    The pricing was based on, yes, 660.  It's the minimum

8  credit score required for that product.

9  Q    Okay.  And so you're saying that all of that -- all of

10  the documents that were created and were prepared with

11  regard to the loan application, the initial loan application

12  were based on a estimated credit score?

13  A    I don't understand the question.

14  Q    Okay.  You're -- are you aware that on Friday, July

15  15th, Ms. Mills went into the escrow office at Chicago Title

16  and signed a number of documents to close on her loan,

17  including what was the then loan application that included

18  all the terms of what was the original loan?

19  A    Yes.

20  Q    IS that right?  Okay.  And that was on July 15th.

21  Okay.  And the -- those terms were based on a credit score

22  of 660.  Is that right?

23  A    Credit score for pricing of 660.

24  Q    Okay.  But your testimony here today is that as early

25  as July 7th from the Chase pulling of the credit score, you

1  knew that her credit score was 659.  Is that your testimony?

2  A    Yes, but there was an underwriting exception because

3  of compensating factors --

4  Q    Okay.

5  A    -- that allowed them to change it to 660.

6  Q    Okay.  But the exception, in addition to allowing them

7  to push this loan through also changed the terms of the

8  loan, right?  We saw -- we see that in Exhibit 8?

9  A    It changed the terms of the second.  They had to

10 restructure the second to be 200,000 instead of 275.

11 Q    But the documents that Ms. Mills signed on the 15th

12 contained the terms that did not reflect the exception,

13 isn't that correct?

14 A    I don't understand the question.

15 Q    If you could go to the white binder and pull Exhibit

16 1.

17 (Pause).

18          THE COURT:  Are we looking at the loan

19 application?

20          MR. STAMOULIS:  Yes, Your Honor.

21          THE COURT:  It's Number 1 in the black binder as

22 well, but --

23          MR. STAMOULIS:  Okay.

24          THE COURT:  -- it doesn't matter.  Whichever one

25 you have.

1  BY MR. STAMOULIS:

2  Q    You turn to the third page of the exhibit.

3  A    Okay.

4  Q    Okay.  Do you see that here the loan terms are a loan

5  for, under Item J, Subordinate Financing of 275 --

6  A    Uh-huh.

7  Q    -- 275,000.

8  A    Yes.

9  Q    And Item M, which is Loan Amount of 962,500.  Do you

10 see that?

11 A    Yes.

12 Q    Okay.  And do you see Ms. Mills' signature below that

13 7/15/2005?

14 A    Yes.

15 Q    Okay.  Now those loan terms are based on a credit

16 score of 660, are they not?

17 A    No.

18 Q    The two-hundred-and-seventy-five-thousand-dollar

19 subordinate financing loan, that is not the loan that was

20 based on the credit score of 660?

21 A    Well, this is from 7/7 is what the date it was printed

22 and it's printed by Chase.  It's what she originally had

23 requested was 275,000.

24 Q    Okay.  She signed this document on July 15th.

25 A    Right.  This could be the initial disclosure, which is

1  -- can be signed at closing.

2  Q     Okay.

3  A     There's usually two applications:  An initial and a

4  final.  This one's dated 7/7 and it has the terms from the

5  initial, so to me it looks like the initial.

6  Q     Okay.  So, typically, if the terms of the loan

7  changed, a final loan application would be prepared?

8  A     Yes.

9  Q     And the borrower would sign that final loan

10  application.  Is that right?

11  A     Yes, but back in 2005 that final application was

12  prepared by the broker.

13  Q     Okay.  And the final loan application is -- is what

14  the lender uses to determine the pricing and the conditions

15  of the loan.  Is that right?

16  A     It's the rate lock confirmation that's used and the

17  final documents that we rely on are the note and the

18  mortgage -- or the note and the deed of trust in the escrow

19  state.

20  Q     Okay.  If Ms. Mills was signing this document on July

21  15th of 2005, giving her $275,000 as that second financing,

22  isn't it fair to say that Ms. Mills had not yet been told

23  that she didn't qualify for this six-hundred-and-sixty-point

24  loan?

25  A     No.  It's the loan approval that would tell her the

1  terms that she's approved for.

2  Q    Can you think of any reason why on July 15th, 2005

3  these terms were still being put in front of Ms. Mills --

4  A    Because the document was printed on 7/7.  On 7/7 the

5  term was 275,000.  It had not been approved yet.  It hadn't

6  even been submitted.

7  Q    Okay.  But you knew on -- later on in the day on 7/7

8  that she had a 659 credit score.  That was your testimony,

9  right?

10  A    No.  We didn't pull credit report until we received

11  the full file on 7/10.

12  Q    Okay.  So you knew as of 7/10 that her credit score

13  was 659.  Is that right?

14  A    Yes.

15  Q    Okay.  And this is dated -- she went in and signed

16  this loan application on 7/15, right?

17  A    Yes.

18  Q    Okay.  So no one told her between 7/10 and 7/15 that

19  this is not the loan that she could get.  Is that right?

20  A    I can't --

21          MS. ZIEG:  Objection.  Calls for speculation.

22          THE COURT:  To the extent you know.

23          THE WITNESS:  No.  Not that --

24          MR. STAMOULIS:  Okay.

25          THE WITNESS:  She would -- the loan approval

1  would have said the terms.

2          MR. STAMOULIS:  Okay.

3  BY MR. STAMOULIS:

4  Q    Are you aware --

5          THE COURT:  And when did the loan approval come?

6          THE WITNESS:  Seven -- the loan was approved on

7  7/14, the second loan was approved on 7/14 with 200,000.

8          THE COURT:  All right.

9          THE WITNESS:  Which was the date that it was --

10 the exception request was approved changing -- saying that

11 the second loan had to be 200,000, not 275.

12         THE COURT:  When did it go to the underwriter?

13         THE WITNESS:  It went to the underwriter on 7/10.

14 The exception request on the first was submitted, I think,

15 on July 12th --

16         THE COURT:  Okay.

17         THE WITNESS:  -- and it was approved on July

18 14th.  But this -- this application that they keep referring

19 to is dated 7/7.

20         THE COURT:  I understand.

21         THE WITNESS:  Okay.

22         MR. STAMOULIS:  Okay.

23 BY MR. STAMOULIS:

24 Q    The exception that was made because of the 659 credit

25 score occurred before Ms. Mills came in and signed this

1  application, right?

2  A    Yes.

3  Q    Okay.  And yet on Friday, July 15th when Ms. Mills

4  came in and signed the application, the terms had not been

5  changed --

6  A    The term -- the terms had been changed in the system

7  and those terms were communicated to her broker.

8  Q    Do you know when they were communicated to her broker?

9  A    On 7/14, it's the same date that they locked in the

10 second at 200,000.

11 Q    Okay.  And what is the record that establishes when

12 those terms were communicated to her broker?

13 A    When the underwriter approves the loan, they would

14 contact the broker and let them know that it has been

15 approved.  It could be by fax, email, phone.

16 Q    If you look at Exhibit 8 in your black binder, the

17 date of this exception is 7/12 of 2005.

18 A    That's the date it was requested, 7/12/2005.

19 Q    Okay.  Would the broker have been notified on 7/12 of

20 2005 that an exception was going to be required?

21 A    Yes.

22 Q    So Ms. LaToe knew -- would have known as of 7/12/2005

23 that an exception was going to be required?

24 A    Yes.

25 Q    Okay.

1          MR. STAMOULIS:  Your Honor, I have no further

2    questions.

3          THE COURT:  Redirect.

4          MS. ZIEG:  Briefly, Your Honor.

5                    REDIRECT EXAMINATION

6    BY MS. ZIEG:

7    Q    Ms. Wanerka, can you turn to Exhibit 6, please, in the

8    black binder?

9    A    Yes.

10   Q    Ms. Wanerka, is a loan application a request for

11   financing?

12   A    Yes.

13   Q    And if you turn to Exhibit 6, what is Exhibit 6?

14   A    It's the notice of loan approval for the first loan,

15   928512.

16   Q    Is this the document you were referring to?

17   A    Yes.

18   Q    And what is the date on this document?

19   A    This is July 14th, 2005.

20   Q    And if you turn to Exhibit 62 -- I'm sorry -- with

21   Exhibit 8, which loan did that refer to?

22   A    The first.

23   Q    And with respect to Exhibit 62.

24   A    Okay.

25   Q    Can you tell me what this document is?

1  A    This is the notice of loan approval for the second

2  loan in the amount of 200,000.

3  Q    And if you could turn -- let me -- Ms. Wanerka, do you

4  know if when Ms. Mills found out about the exception if she

5  tried to do anything to change the terms of her loan?

6  A    I saw through the field audit reports that during the

7  process between the exception request of 7 -- the request

8  date of 7/12 and between when it was approved on 7/14, they

9  tried to change the loan amount on the first from 962,5 to

10 one million.

11 Q    So they tried to change the terms prior -- subsequent

12 to the exception request being made?

13 A    Before -- it was after the exception request was made.

14 They were trying to, I guess, restructure the loans because

15 they were going to make the second go to 200, so they tried

16 to make the first go up more to the one million.  But that

17 would have been through the broker and the underwriter would

18 have been working on that.

19 Q    So would the debtors have contacted Ms. Mills?

20 A    We cannot contact the -- Ms. Mills.  We would have to

21 contact her broker who would communicate to her.

22 Q    So Ms. LaToe would have contacted Ms. Mills?

23 A    Yes.

24          MS. ZIEG:  I have no further questions.

25          THE COURT:  All right.  Thank you.  You may step

1   down.

2              THE WITNESS:  Thank you.

3              THE COURT:  All right.  We have -- who do we have

4   left?

5              MR. STAMOULIS:  Your Honor, I think at this point

6   we can get our witness, Mr. Esquivel, out of sequestration

7   and maybe get him up and down before five o'clock and

8   complete our case.

9              THE COURT:  All right.  Let's try.  Let's take a

10  very short recess while you do that.

11             MR. STAMOULIS:  Thank you, Your Honor.

12             (Recess.)

13             THE CLERK:  All rise.

14             THE COURT:  Please be seated.

15             MR. WEINBLATT:  Good afternoon, Your Honor.

16             THE COURT:  Good afternoon.

17             MR. WEINBLATT:  Rich Weinblatt, Stamoulis and

18  Weinblatt on behalf of Deborah Mills.  Ms. Mills would like

19  to call or we would like to call Anthony Esquivel --

20             THE COURT:  Okay.

21             MR. WEINBLATT:  -- the stand.

22             THE COURT:  Thank you.

23             Mr. Esquivel, please approach the stand and

24  remain standing so we can get your oath.  Yeah.  Actually,

25  on -- in the -- that was my fault.  Actually up there by the

1   chair.  I apologize, sir.   There we go.

2            THE CLERK:  Please raise your right hand.

3         ANTHONY ESQUIVEL, WITNESS FOR CLAIMANT, SWORN

4            THE CLERK:  Please state and spell your name for

5   the record.

6            THE WITNESS:   My full name is Rodger, R-O-D-G-E-

7   R, last name Esquivel, E-S-Q-U-I-V as in Victor, E-L.

8            THE CLERK:  Thank you.  You may be seated.

9            THE COURT:  Okay.  Please be seated, sir.

10           Please make sure you're fairly close to the

11  microphone.  That's fine.  Thank you, sir.

12                     DIRECT EXAMINATION

13  BY MR. WEINBLATT:

14  Q    Good afternoon, Mr. Esquivel.  Let's first discuss

15  your background.  Briefly describe your background for us,

16  please.

17  A    It's in financial markets.  I've been a broker, a

18  Series 3 broker in commodity features and options.  I've

19  taken and passed Series 65 investment advisor exam.  I have

20  worked for and been associated with venture capital firms

21  and private equity firms.

22  Q    Okay.  Let's take those individually.  Well, where did

23  you first start working with securities?

24  A    It was for Opportunities and Options.

25  Q    And what is Opportunities and Options?

1   A      It's a introducing broker firm --

2   Q      Can you please slow down and speak louder, please?

3   A      It's an introducing broker for Man Financial.

4   Q      All right.  And what did you do after Opportunities

5   and Options?

6   A      I was associated with a venture capital firm, Imagine

7   Venture Capital, and I also was starting my own hedge fund.

8   Q      All right.  Let's talk about your hedge fund.  Was

9   that for you individually or did you start some type of

10  entity?

11  A      No.  I started an entity called ELEA Management Group.

12  Q      How do you spell ELEA?

13  A      E-L-E-A.

14  Q      All right.  And what was the -- when was that?

15  A      That was in 2003.

16  Q      Okay.  What was the purpose of ELEA Management Group?

17  A      We were to serve as general partner in various

18  investment funds with different mandates.

19  Q      You mean --

20  A      Trading on margins for various securities worldwide.

21  Q      What does that mean, trading on margins?

22  A      Margin trading is what the brokerage accounts where

23  you can trade on margins.  You put a small deposit down in

24  order to control a large amount of securities.

25  Q      All right.  So did you have investors at that point in

1  time?

2  A      Yes, I did.

3  Q      All right.  How did you go about handling the

4  investors money for margin trading?

5  A      Well, they would -- they would subscribe to interest

6  to ELEA Management Group and then we would take that, and in

7  this case we had their authorization.  We would open up a CD

8  for Deborah and for margin trading.

9  Q      Okay.  Why was the CD opened in -- let me go back a

10  step.  When you said Deborah, do you mean Ms. Mills?

11  A      Ms. Mills.

12  Q      All right.  Why was the CD opened in Ms. Mills' name?

13  A      It was primarily for the investors privacy reasons and

14  their own -- they didn't want their name associated in the

15  front end with it.

16  Q      What was Ms. Mills permitted to do with the CD?

17  A      She was able to obtain margin loans or any kind of

18  equity that she needed to.

19  Q      Was that something that you informed the investors of?

20  A      Yes.  They agreed to it.  They were authorized.

21          THE COURT:  Please try to keep your voice up,

22  sir.

23          THE WITNESS:  Okay.

24          (Pause)

25  BY MR. WEINBLATT:

1    Q      Okay.  Please turn to Mills' Exhibit 6.  It's in the

2    white binder in Volume I.

3              THE COURT:  Do you have room up there, sir?

4              THE WITNESS:  I believe so.

5              THE COURT:  All right.

6              THE WITNESS:  This is Volume 1.

7    BY MR. WEINBLATT:

8    Q    Mr. Esquivel, before we get to Exhibit 6, what was

9    your involvement with Ms. Mills' loan application process

10   with the debtors for the purchase of her home?

11   A    Well, I was involved in overseeing it.  I wasn't

12   directly involved.  I didn't fill out the applications or

13   anything like that.  But she had informed me of everything

14   that was going on and I was overseeing it, and that was

15   about it.

16   Q    Were you involved in any discussions with Ms. Mills'

17   and debtors or anyone else related to the loan?

18   A    Well, yeah.  I was very involved in regards to -- with

19   Tania LaToe.  She was our front person who we dealt with.

20   Q    All right.  Let's talk about Ms. LaToe.  When did you

21   have any -- when did you have any discussions with Ms.

22   LaToe?

23   A    I had several discussions with her.  I had one, it was

24   primarily when an exception came up with the loan and I had

25   discussed with her about  my concerns about that, and then

1  there was a follow-up meeting several days after that that

2  we had all met at her office.

3  Q    When did you learn about the exception from Ms. LaToe?

4  A    I believe that was on the 15th of July.

5  Q    Now let's talk about the -- you said that there was a

6  meeting, a subsequent meeting with Ms. LaToe and Ms. Mills?

7  A    That's correct.  After the weekend.

8  Q    Okay. When was that?

9  A    That was on a Monday.

10  Q    What happened at that meeting?

11  A    At that meeting we had informed her that we were going

12  to have difficulty in regards to the additional 75,000 that

13  she said that she wanted, you know, with American Home

14  Mortgage, and we let her know that that was going to be

15  difficult at this time and what were our options and where

16  do we stand at this point.  You know, we felt very important

17  to bring it to her attention that -- with this new exception

18  after thinking it was done that we needed to know exactly

19  where we stood.

20  Q    What were your options at that point in time based on

21  the discussions at the meeting?

22  A    Not much.  The only option was to go through -- to

23  really go through with the loan; that the credit was now

24  impaired.  Any deposits that we had we would lose.  In

25  addition to that, you know, we -- this is when we -- the

1   original question with her was we're going to need to

2   refinance money if we're going to do this and we're going to

3   need to get $50,000 out at least.  And that was followed up

4   and that was the main reason for getting that assurance from

5   her for the meeting, and it was there at that point where we

6   also -- you know, the understanding through the discussion

7   was that the credit's impaired and, you know, you're not

8   going to get it and whatever deposits you have you're going

9   to lose.

10        But it was the -- you know, it was there that we

11  needed -- we're going to need to pull money out of this

12  right away.

13  Q    What was Ms. LaToe's answer or response to when you

14  said that?

15             MS. ZIEG:  Objection, Your Honor.  Hearsay.

16             THE COURT:  Overruled.  We dealt with this

17  yesterday and this morning.  She's unavailable and it's

18  sufficiently a statement against interest that it's not

19  hearsay.

20             THE WITNESS:  She said that -- I asked her to let

21  the lenders know and she said that it's not going to be a

22  problem.  We can go ahead and get this done.  She had also

23  suggested that the seller would take a third.

24  BY MR. WEINBLATT:

25  Q    Okay.  And I know that you still have Exhibit 6 in

1    front of you which we'll get to, but can you turn to Exhibit

2    61?  It's in Mills' Trial Exhibit binder, Volume II.

3    A    Volume II?

4    Q    Yes.

5         (Pause)

6    A    Okay.  I'm not sure if I have the right one.

7              THE COURT:  Can we get those other notebooks out

8    of there, please?  It's just too awkward for this gentleman.

9              Thank you.

10   BY MR. WEINBLATT:

11   Q    What is the document found at Exhibit 61?

12   A    That's a gift letter.

13   Q    Why did you give Ms. Mills a gift?

14   A    That's what she required.

15   Q    What do you mean, "that's what she required"?

16   A    She said that I need you to sign this gift letter.

17             THE COURT:  Who is "she," sir?

18             THE WITNESS:  Tania LaToe.

19             THE COURT:  Tania.

20   BY MR. WEINBLATT:

21   Q    All right.  Let's go back a step.  Why did you give

22   Ms. Mills a gift?

23   A    Well, I didn't know it was a gift.  I was -- it was

24   going to be -- you know, it was going to be -- I was going

25   to live there eventually and, you know, we were together.

1    She's my fiancée and we were planning on getting married and

2    -- and so it was -- Tania said it had to come in the form of

3    a gift.

4    Q    Okay.  How much was the gift?

5    A    For about 68,000, $68,750.

6    Q    Are you aware if Ms. Mills needed the gift?

7    A    No.  She could have -- she didn't need to get it from

8    me.  She probably could have got a -- you know, whatever she

9    had.  I didn't know, you know, her -- intimately all her

10   finances.

11   Q    All right.  Now let's turn to Exhibit -- Mills'

12   Exhibit 6 which should already be in front of you.

13   A    Wasn't that in the other one?

14   Q    Yeah.  It's in the other -- that's in the -- the other

15   -- the first binder, the other white binder that's up there.

16        What is the document found at Mills' Exhibit 6?

17   A    This is a letter informing me of a wire transfer

18   problem that I had that came -- trying to cure the default.

19   Q    Okay.  And how much money were you trying to wire?

20   A    I was hoping to get about $50,000 out of it, but what

21   had come up was that the value of it had come down quite a

22   bit and there was a large penalty involved with it, and it

23   was going to -- it was going to come down to -- the penalty

24   on it was going to come down to -- the cost to me about

25   25,000.  IT was about twenty percent and that -- that

1   happened -- that came about after they -- they got the wrong

2   account number or wrong routing number and it would have

3   been a nullity.  It would have came out just even with the

4   amount that I would have been able to take out, which would

5   have been about twenty-fie, 30,000, but I would have had to

6   pay 25,000 for a penalty.  So I was going to borrow, but

7   that's just --

8   Q    Okay.  Let's go back a step.  The first paragraph

9   where it says, "In liquidating your $75,000 from your

10  hundred-and-twenty-five-thousand-dollar certificate of

11  deposit funds" --

12  A    Correct.

13  Q    -- does that $75,000 include the penalty that you just

14  referred to or were you trying to --

15  A    No.  That's what I was trying to get out.  I didn't

16  see that part, but that's what it was, 75,000.

17  Q    All right.  And when you said there was a wiring

18  error, are you aware of who had the error?

19  A    It was on their side.

20  Q    Who is "their"?

21  A    Fidelity.

22  Q    All right.  Can you please turn to Debtors' Exhibit

23  164?

24  A    It's in the next --

25  Q    It's in the black binder.

1           (Pause)

2   A     What's the number?

3   Q     One-sixty-four.

4         Actually, that's not the exhibit that I was referring

5   to.  All right.  Don't -- don't worry about that exhibit.

6         Referring to the CD for $500,000, where was that CD

7   being held?

8   A     In Sing Bank Trust and Escrow, Singapore.

9   Q     Prior to Ms. Mills borrowing money from Mr. Coon

10  (phonetic), how much money -- let me back up a step.  Sorry.

11  Were you ever planning on giving Ms. Mills additional money

12  to use towards purchase of the house?

13  A     Yes.  I mean, I was in the middle of a transaction

14  that was going to get me about $200,000 in September, but

15  that fell through.  It was going to be excess -- excess cash

16  from an asset sale through ELEA Management Group in which an

17  investor -- it was a high profile athlete at the time who

18  was going to purchase -- it was going to be a four-million-

19  dollar transaction with three -- him purchasing three-and-a-

20  half million dollars of what I had with Fidelity.

21  Q     Excuse me.  When you say Fidelity, do you mean

22  Fidelity in Singapore?

23  A     No.  They're in -- they're a London Corp.  They were -

24  - they have several subsidiaries, but the main one that we

25  dealt with during that time from 2003 was in London and they

1  had taken a stock interest into ELEA Management Group with

2  various securities that were held in escrow for three-and-a-

3  half-million dollars.  And an investor that I -- was coming

4  on board was going to -- I was going to sell those to him

5  and he was going to take that, in turn, to invest into ELEA.

6         So, anyways, the --

7  Q    We don't need the whole back story.

8  A    Oh, sorry.

9  Q    The question is how much money were you planning on

10 giving her from the transaction that you expected to come

11 in?

12 A    Two-hundred-thousand.

13 Q    What happened with the transaction?

14 A    It fell through.

15 Q    Okay.

16         THE COURT:  This is in '05?

17         THE WITNESS:  Yes.

18 BY MR. WEINBLATT:

19 Q    Prior to that transaction falling through, did you

20 intend for Ms. Mills to have to borrow money for this

21 transaction to keep going?  When I say transaction I mean --

22 let me rephrase that.  Strike that.  Prior to that

23 transaction falling through, was it your intent to have Ms.

24 Mills take out a loan to purchase the house?

25 A    No.

1  Q     Okay.  Thank you.

2           MR. WEINBLATT:  No further questions.

3           THE COURT:  Okay.

4           Cross.

5           (Pause)

6           THE COURT:  Do we need a break?

7           MS. ZIEG:  All right.  Actually, Your Honor, we

8  don't have any questions.

9           THE COURT:  Okay.  Thank you sir.

10           THE WITNESS:  That's it?

11           THE COURT:  You're done.

12           THE WITNESS:  Thank you.

13           THE COURT:  Thank you.

14           Okay.  That's it for your witnesses, correct?

15           MR. STAMOULIS:  Yes, Your Honor.

16           THE COURT:  All right.  So we have to worry about

17  documents for you.

18           And then, Mr. Beach, you have one more witness?

19           MR. BEACH:  We do.

20           THE COURT:  Who is that?

21           MR. BEACH:  We do, Your Honor.  Songhin Sakamoto

22  (phonetic).  He's -- he's testified in this court before.

23           THE COURT:  Yeah.

24           MR. BEACH:  He's back at our office right now.

25  So, I mean, I -- we expected that we wouldn't be able to put

1   him on today, but --

2           THE COURT:  We are not.  I'm just trying to

3   figure out what we're going to do.

4           All right.  Well, let's -- if -- we'll break

5   until tomorrow at nine.  We'll reconvene tomorrow at nine.

6   At that time we'll take care of making sure all the

7   documents from the debtors case that they want in evidence

8   are in evidence.  We can deal with any objections, and then

9   we'll close your case and then we'll turn to Sakamoto and

10  any documents that the debtor has, and then at this point it

11  doesn't look like there will be a rebuttal case, I assume.

12          You're shaking your head no, so.

13          MR. STAMOULIS:  No, Your Honor.  There will be no

14  rebuttal case.

15          THE COURT:  Okay.  And then we can finish -- once

16  we close the evidence we can -- we'll probably hear short

17  argument and then render a decision.  All right.

18          Is that okay?  You're smiling, Mr. Beach?

19          MR. BEACH:  Sure, Your Honor.  Yeah.  Absolutely.

20  It's -- I planned a long closing argument, but short works,

21  too.  There's just a lot to cover here, so.

22          THE COURT:  There is a lot.  Well, I --

23          MR. BEACH:  And I --

24          THE COURT:  -- I'm not going to limit you.  You

25  make the argument you want to make.

1          MR. BEACH:  I'm happy to make --

2          THE COURT:  Brevity is the sole of wit, but you

3   do have to cover all the basis.

4          MS. ZIEG:  Your Honor, we've resolved almost all

5   of the issues with respect to the exhibits, so that

6   shouldn't take more than a minute.

7          THE COURT:  Excellent.

8          MR. STAMOULIS:  Thank you, Your Honor.

9          THE COURT:  Do you want to do it right now?

10          MS. ZIEG:  Sure.

11          THE COURT:  Or do you want to organize your

12   thoughts?

13          MS. ZIEG:  Actually, we have -- things have moved

14   around a lot today, so there's a document under here

15   somewhere that tells me what it is.

16          THE COURT:  Can we do it in the morning?

17          MS. ZIEG:  Yes.  Absolutely.

18          THE COURT:  All right.  I'll be awake for the --

19   okay.  Good.  All right.  So we're in recess until tomorrow

20   at nine.  You can leave your things.  See you then.

21          MS. ZIEG:  Thank you, Your Honor.

22          MR. STAMOULIS:  Thank you, Your Honor.

23        (Whereupon at 4:49 p.m., the hearing was adjourned)

24

25

1

2                          CERTIFICATION

3              I   certify   that   the   foregoing   is   a   correct

4     transcript   from   the   electronic   sound   recording   of   the

5     proceedings  in  the  above-entitled  matter.

6

7

8

9
      Sherri Breach                    November 24, 2010
10
      AAERT Cert. No. 397
11
      Certified Court Transcriptionist
12

13

14

15

16

17

18

19

20

21

22

23

24

25

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **07-11047(css)** 1:7 | | **actual**(12) 34:11 113:6 113:8 136:20 | | **all**(149) 4:2 5:4 5:6 6:17 9:13 17:19 19:21 | | **amounts**(3) 10:24 11:19 137:8 |
| **1.025-million-dolla**(1) 75:1 | | 145:25 146:24 174:11 174:18 184:25 185: | | 22:13 23:10 25:17 26:5 28:4 29:8 31:2 | | **analyst**(3) 158:7 158:10 158:10 |
| **1.025-million-dollar-offe**(1) 71:11 | | 185:4 186:16 | | 31:3 37:22 41:4 43:22 46:19 47:9 47:14 | | **and**(301) 5:14 5:24 6:2 6:8 6:9 6:17 6:20 |
| **2005-sd-1**(1) 102:1 | | **actually**(35) 15:20 18:10 19:13 25:12 | | 49:9 52:17 53:1 53:7 58:18 59:4 66:25 | | 7:11 7:12 7:15 7:16 7:19 7:22 8:6 8:10 |
| **2005-sd1**(5) 82:11 82:23 82:24 83:5 103:8 | | 38:10 40:9 46:2 66:14 68:9 68:13 71:16 | | 75:14 76:17 76:21 82:8 83:14 92:18 92:25 | | 8:20 9:2 9:8 9:13 9:17 9:22 9:25 10:4 |
| **290,your**(1) 180:20 | | 79:16 101:4 111:11 121:12 124:13 130:15 | | 93:1 93:17 93:23 98:19 100:4 100:23 | | 10:7 10:10 10:13 10:20 10:21 11:3 11:14 |
| **30(b)(6)**(10) 49:10 51:1 51:1 51:10 51:24 | | 136:12 158:8 164:8 166:5 170:8 175:18 | | 106:8 109:3 109:21 110:18 111:14 111:25 | | 11:18 11:24 12:1 12:3 12:5 12:14 12:19 |
| 52:18 53:5 67:5 67:12 67:17 | | 175:19 179:7 184:6 184:16 186:23 189:23 | | 112:24 113:23 116:25 117:10 119:2 119:11 | | 12:19 12:23 13:7 13:13 13:17 13:21 13:24 |
| | | 195:2 212:24 212:25 222:4 224:7 226:13 | | 119:18 119:20 119:23 122:12 122:25 | | 13:25 13:25 14:3 14:12 14:14 14:19 15:6 |
| **a)(1**(2) 148:7 148:25 | | | | 123:19 126:11 126:13 127:4 128:3 129:12 | | 15:9 15:14 15:24 17:24 17:25 18:4 19:3 |
| **a-d-l-e-s-s-o-n**(1) 105:2 | | **addition**(2) 204:6 217:25 | | 133:12 134:6 134:9 135:11 136:9 137:25 | | 19:6 20:6 20:8 20:12 21:13 21:15 22:2 |
| **a.m**(2) 1:14 4:1 | | **additional**(17) 10:14 11:15 21:10 34:9 | | 139:1 140:20 146:8 146:8 146:17 147:10 | | 22:7 22:17 23:1 23:3 24:2 24:3 24:6 24:8 |
| **abc**(11) 55:8 55:17 55:20 55:24 57:7 | | 35:1 37:13 38:17 58:19 61:17 62:8 67:22 | | 148:14 152:19 152:25 153:23 153:23 | | 24:10 24:16 24:18 25:1 25:1 25:2 25:5 |
| 57:15 57:15 59:14 166:24 167:1 185:20 | | 68:3 125:25 177:15 181:10 217:12 222:11 | | 154:15 156:12 156:15 158:2 158:13 159:9 | | 25:19 25:23 25:25 26:20 26:24 27:2 27:10 |
| | | | | 162:15 162:17 171:7 173:4 178:7 179:21 | | 27:14 27:16 27:17 27:18 27:22 28:1 28:6 |
| **abconduit**(1) 194:11 | | **additionally**(1) 37:5 | | 179:22 180:7 181:20 184:12 184:14 187:4 | | 28:6 28:8 28:10 28:10 28:25 29:25 30:2 |
| **abilities**(1) 115:8 | | **address**(3) 149:2 169:23 186:6 | | 187:5 190:15 190:19 190:22 195:5 198:5 | | 30:5 30:11 30:15 30:18 30:20 30:23 31:4 |
| **ability**(5) 4:17 76:11 139:6 141:18 141:21 | | **adjourned**(1) 226:23 | | 198:22 199:13 202:5 202:8 202:11 202:15 | | 31:4 31:17 31:18 32:2 32:14 33:8 33:22 |
| **able**(14) 35:6 35:13 35:17 37:14 38:24 | | **adjustment**(4) 59:4 171:14 186:8 199:18 | | 203:9 203:9 203:18 208:8 211:25 212:3 | | 34:14 34:18 34:19 34:22 34:25 34:25 35:2 |
| 39:13 139:17 142:13 172:14 174:23 174:22 | | **adjustments**(1) 197:8 | | 212:9 212:13 214:4 214:8 214:14 214:25 | | 35:3 35:4 35:4 35:7 35:8 35:8 35:9 35:9 |
| 215:17 221:4 224:25 | | **adleson**(17) 3:13 93:14 104:17 104:21 | | 215:3 215:12 216:5 216:20 217:2 219:21 | | 35:10 36:7 36:23 37:1 37:8 37:11 37:11 |
| | | 104:24 105:2 105:9 111:19 112:2 119:25 | | 220:9 220:11 221:17 221:22 222:5 224:7 | | 37:12 37:16 37:25 38:3 38:15 38:21 39:1 |
| **about**(105) 11:4 12:5 17:22 20:17 22:8 | | 127:23 138:21 141:1 147:5 148:4 151:18 | | 224:16 225:4 225:6 225:17 226:3 226:4 | | 39:2 39:13 39:15 39:19 40:4 40:10 41:10 |
| 24:7 28:7 31:14 31:18 32:3 32:15 34:13 | | 153:17 | | 226:18 226:19 | | 41:14 41:18 41:21 42:1 42:7 43:18 44:14 |
| 34:20 35:8 37:10 37:20 37:24 38:5 39:8 | | **administrator**(1) 157:24 | | | | 45:3 45:23 46:6 47:4 47:15 47:18 49:12 |
| 39:16 40:11 40:12 40:12 41:12 42:4 42:19 | | **admission**(1) 53:19 | | **allegations**(2) 175:4 175:11 | | 49:18 49:20 51:13 51:17 51:20 52:10 |
| 42:21 46:6 46:10 53:18 53:20 55:12 58:1 | | **admit**(1) 42:14 | | **alleged**(2) 109:25 149:2 | | 52:14 52:15 52:17 52:21 53:1 54:11 54:23 |
| 63:15 63:16 65:23 66:4 68:2 68:5 68:9 | | **advertised**(2) 114:13 127:7 | | **allegedly**(2) 14:11 40:13 | | 55:3 55:4 55:8 55:20 56:6 56:18 56:21 |
| 70:1 70:8 71:12 73:17 73:19 76:6 92:17 | | **advisor**(2) 50:9 213:19 | | **allow**(4) 41:5 44:16 76:17 179:22 | | 56:23 56:24 56:25 57:9 57:12 58:2 58:6 |
| 93:18 93:23 95:23 95:24 96:12 100:25 | | **advocacy**(1) 105:24 | | **allowed**(14) 49:24 61:23 135:25 138:4 | | 58:14 58:21 58:22 59:2 59:4 59:5 59:8 |
| 105:25 106:22 107:1 108:1 108:5 110:6 | | **advocate**(1) 106:12 | | 146:7 163:5 163:21 166:20 173:14 196:16 | | 59:8 59:15 60:4 60:13 60:20 60:23 61:2 |
| 112:8 112:21 121:16 124:23 127:11 129:2 | | **aert**(1) 227:10 | | 196:19 198:23 200:1 204:5 | | 61:6 61:10 61:23 62:8 63:8 63:9 63:9 |
| 129:23 131:20 132:6 136:14 140:3 144:19 | | **affairs**(1) 28:7 | | | | 64:13 65:4 65:5 65:9 66:11 66:13 66:17 |
| 144:20 148:5 148:13 151:4 161:12 168:16 | | **affect**(1) 21:17 | | **allowing**(1) 204:6 | | 67:20 68:2 68:13 68:14 68:14 68:15 68:21 |
| 171:9 175:10 176:20 179:11 180:17 181:7 | | **affiliated**(2) 141:2 163:25 | | **almost**(9) 117:1 120:13 132:13 132:13 | | 69:3 69:9 69:24 69:25 70:12 70:20 70:24 |
| 185:14 185:15 197:1 198:3 211:4 214:8 | | **affirmation**(2) 5:10 94:2 | | 133:24 133:25 135:4 139:1 226:4 | | 71:1 71:3 71:4 71:6 71:11 72:5 72:7 72:7 |
| 215:3 216:15 216:20 216:25 216:25 217:3 | | **afford**(1) 27:15 | | | | 72:9 72:22 73:6 73:10 74:1 74:22 74:25 |
| 217:5 220:5 220:20 220:24 220:25 221:1 | | **after**(44) 4:11 4:13 6:21 11:22 18:20 | | **along**(2) 24:8 162:13 | | 75:13 75:25 77:11 77:25 78:3 78:15 78:16 |
| 221:5 222:21 224:14 224:16 | | 18:22 19:1 42:12 46:14 46:18 74:2 85:25 | | **already**(6) 27:18 116:10 177:15 194:22 | | 78:18 78:24 78:24 79:14 80:21 80:25 82:1 |
| | | 86:4 86:7 86:10 88:16 121:4 121:24 | | 194:23 220:12 | | 82:13 82:17 82:23 83:12 83:20 84:3 84:6 |
| **above**(3) 32:9 69:9 125:3 | | 123:10 125:16 126:2 140:5 141:19 141:21 | | | | 84:13 84:16 84:17 84:22 85:3 85:14 85:22 |
| **above-entitled**(1) 227:5 | | 143:4 144:3 157:2 158:24 167:8 182:8 | | **also**(43) 4:14 8:14 9:13 11:3 11:14 22:20 | | 86:6 86:6 86:9 86:17 87:3 88:15 89:23 |
| **absolutely**(4) 124:12 140:7 225:19 226:17 | | 182:9 189:6 193:11 198:21 198:22 199:2 | | 22:23 24:13 30:5 30:15 31:5 37:24 39:15 | | 90:3 90:14 90:17 90:21 91:14 91:18 91:24 |
| **acceleration**(3) 121:8 121:8 136:21 | | 199:7 200:12 211:13 214:4 217:1 217:7 | | 41:21 42:4 53:10 56:25 58:22 58:23 68:7 | | 92:3 92:16 93:7 93:12 93:14 93:18 93:20 |
| **accept**(6) 8:17 13:4 72:25 83:24 99:7 | | 217:18 221:1 | | 68:21 71:6 72:22 77:11 79:21 108:6 | | 93:21 94:12 95:4 |
| **acceptable**(4) 4:10 21:15 93:22 103:21 | | **afternoon**(10) 93:3 94:15 104:15 105:5 | | 108:10 108:20 118:19 135:6 135:14 137:15 | | |
| **acceptance**(13) 81:15 81:24 84:10 84:12 | | 105:6 154:18 155:13 212:15 212:16 213:1 | | 147:21 158:2 158:12 162:19 178:11 | | |
| 84:19 84:22 85:1 85:4 85:18 85:22 86:6 | | | | 179:17 198:19 204:7 214:7 218:6 218:22 | | |
| 86:9 119:6 | | **again**(26) 6:20 25:23 30:25 34:15 34:24 | | | | |
| | | 40:18 48:21 52:24 59:15 70:16 82:17 | | **alt**(2) 112:8 115:5 | | |
| **accepted**(7) 70:5 71:11 71:17 72:24 73:14 | | 82:20 84:25 110:23 116:16 126:10 129:3 | | **although**(2) 96:16 140:15 | | |
| 97:2 127:14 | | 131:18 143:9 154:20 158:17 181:4 185:6 | | **alto**(1) 105:12 | | |
| | | 189:2 201:18 202:5 | | **always**(3) 133:24 167:8 182:5 | | |
| **accepting**(1) 115:14 | | | | **amcal**(1) 139:12 | | |
| **accepts**(1) 125:2 | | **against**(7) 6:9 6:13 7:19 8:1 86:17 130:21 | | **amendments**(1) 147:10 | | |
| **access**(2) 66:15 152:18 | | 218:18 | | **america**(1) 112:12 | | |
| **accommodating**(2) 4:25 154:20 | | | | **american**(78) 6:14 7:19 13:3 36:7 39:1 | | |
| **accomplish**(1) 53:17 | | **agency**(2) 13:22 13:24 | | 39:12 41:2 41:18 42:1 42:5 42:6 42:20 | | |
| **accord**(2) 13:6 144:6 | | **agent**(9) 53:18 117:12 117:4 128:17 128:18 | | 52:10 53:21 54:20 54:23 54:24 55:1 55:23 | | |
| **accordance**(1) 86:15 | | 128:23 129:15 130:12 153:21 | | 55:23 59:14 61:9 61:13 62:13 62:17 63:5 | | |
| **according**(4) 13:3 20:14 20:15 176:13 | | | | 64:9 64:14 68:10 68:23 72:17 74:21 76:9 | | |
| **accordingly**(1) 4:23 | | **agents**(1) 132:19 | | 78:4 79:18 79:21 81:1 81:6 81:7 81:8 | | |
| **account**(16) 67:1 95:5 95:9 95:11 162:3 | | **ago**(3) 40:7 108:5 110:7 | | 81:11 81:15 82:9 82:14 82:21 84:9 84:21 | | |
| 178:7 179:12 179:14 179:21 180:10 180:12 | | **agreed**(3) 27:2 79:8 215:20 | | 84:13 84:16 84:17 84:19 84:22 84:23 | | |
| 180:18 180:25 181:1 181:25 221:2 | | **agreement**(4) 20:2 126:7 130:13 166:5 | | 84:25 85:17 91:3 91:10 95:11 101:13 | | |
| | | **agreements**(2) 114:6 114:20 | | 150:20 155:17 155:18 155:21 155:23 156:4 | | |
| **accountant**(3) 195:21 196:7 196:8 | | **ahead**(6) 22:14 27:24 68:15 184:22 200:9 | | 156:25 161:4 161:8 161:22 161:25 163:6 | | |
| **accounts**(1) 214:22 | | 218:22 | | 163:18 163:21 163:25 164:3 164:23 165:14 | | |
| **accrued**(2) 71:25 137:25 | | | | 217:13 | | |
| **accurate**(10) 23:21 26:14 28:16 32:4 43:1 | | **ahm**(22) 9:14 34:7 37:4 39:20 46:7 70:4 | | | | |
| 62:9 64:10 147:7 150:2 158:13 | | 70:13 74:11 77:8 81:4 81:15 82:3 95:9 | | **amit**(1) 85:5 | | |
| | | 95:19 156:5 157:12 157:17 158:6 161:15 | | **among**(1) 115:13 | | |
| **acknowledge**(1) 153:19 | | 172:17 181:7 196:7 | | **amount**(31) 10:23 14:20 27:15 31:14 32:4 | | |
| **acquainted**(1) 110:8 | | | | 33:8 35:13 62:14 62:18 68:16 68:16 78:12 | | |
| **across**(1) 104:5 | | **ahm's**(2) 74:19 194:15 | | 78:18 96:17 96:24 100:10 133:19 134:17 | | |
| **act**(3) 125:5 131:10 153:4 | | **ahmac**(2) 82:3 82:9 | | 179:24 186:16 205:9 211:2 211:9 214:24 | | |
| **action**(5) 6:9 6:16 87:23 121:21 142:6 | | **ahmit**(11) 82:10 82:22 83:5 85:22 86:3 | | 221:4 | | |
| **actions**(1) 88:11 | | 86:7 86:9 90:23 91:7 99:24 102:1 | | | | |
| **acts**(2) 128:8 129:12 | | | | | | |
| | | **ahmot**(3) 99:24 101:7 101:9 | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**and**(301) 95:7 95:13 95:18 95:22 96:10 96:15 96:19 96:23 97:6 97:9 97:13 97:19 97:25 98:2 98:3 98:7 98:11 98:25 99:3 99:20 99:23 100:2 100:3 100:4 100:7 100:10 100:10 100:15 100:24 101:20 101:23 101:25 102:4 102:6 102:17 102:19 102:21 103:1 103:4 103:7 103:10 103:11 103:12 103:12 104:16 104:22 105:2 105:1 105:17 105:21 105:23 105:24 106:9 106:10 106:11 106:12 106:13 106:14 106:20 106:24 107:1 107:1 107:3 107:6 107:12 107:15 107:16 107:22 107:22 108: 108:4 108:5 108:8 108:11 108:12 108:13 108:18 108:20 108:23 108:24 109: 109:9 109:12 109:18 109:19 109:22 110: 110:6 110:8 110:10 110:11 110:13 110:16 110:20 110:20 110:22 111:2 111:5 111:5 111:6 111:8 111:9 111:10 111:12 111:15 111:19 111:20 111:20 111:21 112:3 112:5 112:13 112:16 112:19 112:20 112:23 113: 113:7 113:8 113:10 113:13 113:13 113:17 113:19 113:25 114:8 114:10 114:18 114:1 114:20 114:25 115:2 115:2 115:5 115:6 115:7 115:16 115:19 116:5 116:7 116:9 116:11 116:14 117:1 117:2 117:3 117:7 117:10 117:12 117:23 117:25 118:9 118:9 119:1 119:6 119:6 120:2 120:5 120:8 120:17 120:21 120:22 120:24 121:4 121:5 121:6 121:9 121:14 121:15 121:20 121:21 122:6 122:6 122:9 122:22 123:8 123:10 123:12 123:17 123:21 123:22 123:23 123:23 124:3 124:12 124:15 124:22 124:22 124:23 124:25 125:1 125:2 125:4 125:21 125:25 126:7 126:8 126:10 126:14 126:19 126:19 126:21 126:23 127:2 127:5 127:6 127:8 127:9 127:14 127:15 127:16 128:3 128:9 128:19 128:21 129:6 129:7 129:10 129:11 129:20 129:25 130:1 130:5 130:14 130:16 130:20 130:21 130:23 131:7 131:1 131:15 131:21 132:9 132:15 132:17 132:21 133:3 133:11 133:17 134:3 134:7 134:13 134:17 135:4 135:15 135:25 136:4 136:7 136:16 136:23 136:23 137:6 137:6 137:8 137:24 138:7 138:12 138:14 138:17 139:3 139:9 139:10 139:13 139:15 139:17 139:18 139:18 140:2 140:4 140:8 140:16 141:3 141:4 141:14 141:17 141:22 142:7 142:11 142:21 142:22 143:1 143:2 143:7 143:17 144:2 144:20 144:25 145:1 145:4 145:5 145:6 145:13 145:19 145:25 146:6 146:18 146:25 147:3

**and**(301) 147:12 147:21 147:23 148:13 148:23 150:20 151:3 151:23 152:12 152:1 152:17 152:20 152:21 152:22 152:22 152:24 153:6 153:17 153:19 153:21 154:2 154:9 154:10 154:19 154:25 155:4 155:18 155:21 155:23 156:1 156:4 156:5 156:7 156:7 156:11 156:16 156:18 156:20 156:2 156:23 157:5 157:6 157:8 157:12 157:13 157:13 157:14 157:17 157:20 157:23 158: 158:2 158:4 158:5 158:9 158:10 158:11 158:14 158:16 159:2 159:2 159:10 159:11 159:12 159:15 159:21 159:24 159:24 160: 160:4 160:6 160:8 160:9 160:13 160:18 160:23 160:24 160:24 161:1 161:18 161:21 161:21 161:22 162:4 162:6 162:10 162:15 162:19 162:21 162:2 162:23 162:24 162:25 163:2 163:4 163:8 163:9 163:10 163:21 164:12 164:17 165:2 166:5 166:15 166:18 166:19 166:19 166:24 167:4 167:8 167:19 167:25 168:3 168:7 168:10 168:12 168:16 168:16 168:2 169:1 169:4 169:6 169:25 170:6 170:8 170:13 170:13 170:25 171:3 171:4 171:5 171:7 171:11 171:15 172:12 172:16 172:22 173:3 173:3 173:6 173:15 173:20 173:22 174:2 174:7 174:10 174:15 175:9 175:10 175:11 175:15 175:17 175:20 175:22 175:23 176:3 176:5 176:11 176:13 176:16 176:18 176:20 176:25 177:2 177:5 177:5 177:5 177:8 177:16 177:17 177:17 177:22 178:3 178:3 178:9 178:9 178:10 178:11 178:13 178:20 178:21 178:21 178:23 179:17 179:23 179:25 180:1 180:2 180:5 180:9 180:13 180:17 181:4 181:11 181:16 181:21 182:3 182:8 182:18 182:20 182:22 182:24 183:5 183:8 183:13 183:18 183:23 184:2 184:5 184:18 184:24 185:6 185:13 185:15 185:25 186:4 186:11 186:13 186:15 187:3 187:14 187:1 187:24 188:2 188:11 189:4 189:11 189:1 189:14 189:16 189:21 189:22 189:25 190:5 190:12 190:15 191:2 191:13 191:17 191:19 191:24 192:14 192:16 192:17 192:19 192:21 193:1 193:2 193:2 193:3 193:5 193:11 193:12 193:15 193:17 193:1 193:21 193:25 194:9 194:15 194:19 194:20 194:21 194:23 195:1 195:2 195:7 195:16 196:12 196:21 197:4 197:16 195:19 196:15 196:21 197:14 201:8 201:21 202:4 203:11 203:11 204:19 196:7 206:10 206:11 206:13 207:16 197:17 197:18 197:22 198:7 198:13 198:1 198:19 198:22 198:25 199:8 199:8 199:1 199:17 199:19 199:23 199:25 200:17 200:21 201:3 201:14 201:15 201:17

**and**(103) 202:2 203:3 203:3 203:5 203:9 203:10 203:16 203:20 203:21 204:15 205: 205:12 205:22 206:3 206:4 206:9 206:13 206:14 206:16 206:17 206:18 207:15 207:15 207:18 208:5 208:17 208:25 209:3 209:4 209:7 209:11 209:14 210:13 210:18 210:20 210:23 211:3 211:8 211:17 212:7 212:7 212:7 212:17 212:23 213:4 213:18 213:19 213:20 213:21 213:24 213:25 213:25 214:2 214:4 214:7 214:14 215:6 215:6 215:8 215:13 216:14 216:14 216:17 216:24 216:25 217:6 217:14 217:1 217:15 218:2 218:3 218:4 218:5 218:7 218:8 218:17 218:17 218:21 218:22 218:2 219:25 220:1 220:1 220:2 220:19 220:22 220:22 220:25 221:2 221:23 222:25 223:3 223:5 224:18 225:8 225:9 225:9 225:10 225:15 225:17 225:23

**and/or**(2) 110:5 118:12
**andrew**(1) 1:28
**announce**(1) 124:18
**another**(12) 56:11 57:6 110:4 114:1 114:1 116:10 116:17 126:21 131:4 131:4 181:9 183:11

**answer**(17) 23:13 24:3 24:7 26:19 30:18 31:1 44:22 49:15 52:1 61:1 61:7 65:14 82:3 148:15 158:2 201:11 218:13

**answered**(4) 24:5 26:20 27:12 27:16
**answering**(1) 55:14
**answers**(1) 153:8
**anthony**(5) 3:15 35:4 35:8 35:8 212:19
**anti-deficiency**(3) 134:19 142:4 144:5
**anticipation**(1) 52:12
**any**(82) 8:1 21:20 32:11 32:20 33:1 35:19 36:2 37:24 40:2 43:12 44:2 44:5 48:22 53:14 53:15 61:3 61:9 82:2 85:18 86:17 88:11 95:19 106:14 107:15 107:15 108:12 108:23 109:25 110:1 110:15 111:23 112:7 114:21 118:15 120:6 121:13 122:23 126:11 126:25 131:16 131:16 131:24 133:17 136:11 137:4 137:12 140:4 141:15 144:5 152:12 161:25 162:9 162:21 163:22 163:22 164:2 164:5 164:12 164:25 167:7 168:22 171:9 171:11 172:23 172:24 173:6 173:8 176:11 194:25 195:12 196:22 197:9 202:4 207:2 215:17 216:16 216:21 216:21 217:2 224:8 225:8 225:10

**anybody**(1) 67:13
**anyhow**(1) 46:22
**anyone**(6) 43:11 45:20 67:10 122:22 171:9 201:13 211:5 216:13
**anything**(13) 104:10 150:8 151:4 163:8 176:12 187:21 191:19 195:8 201:7 201:9 201:13 211:5 216:13

**anytime**(1) 201:20
**anyways**(1) 223:6
**anywhere**(2) 7:25 38:25
**apologize**(10) 18:12 22:15 26:17 27:1 62:1 64:21 184:11 188:19 191:7 213:1

**app**(1) 145:22
**apparently**(2) 105:16 109:17
**appeal**(2) 105:14 109:8
**appears**(1) 148:23
**applicable**(3) 44:14 86:16 120:7
**applicant's**(3) 60:22 61:4 61:10
**applicants**(1) 113:15
**application**(82) 21:24 22:18 22:24 23:2 23:14 23:14 23:25 24:4 24:5 24:7 26:3 26:6 29:23 30:16 31:4 31:6 31:23 32:12 32:16 33:2 33:5 34:10 52:16 62:10 68:4 114:11 115:9 118:22 145:4 145:6 145:9 145:12 145:14 145:24 146:2 146:5 146:9 146:15 147:1 157:5 160:5 162:7 165:16 165:19 168:1 171:3 172:8 173:5 176:8 178:8 179:19 180:9 180:10 180:25 182:5 194:7 194:10 194:17 194:20 194:25 195:19 196:15 196:21 197:14 201:8 201:21 202:4 203:11 203:17 204:19 206:7 206:10 206:11 206:13 207:16 208:18 209:1 209:4 210:10 216:9

**applications**(5) 114:8 114:23 162:13 206:3 216:12
**apply**(3) 112:13 141:12 144:5
**appraisal**(3) 13:4 13:7 13:13
**appraisals**(4) 196:2 196:5 197:17 197:22
**appraised**(1) 169:24
**appraiser**(1) 13:7
**appreciate**(1) 154:21
**appreciated**(1) 73:9
**approach**(5) 103:23 119:10 147:21 177:10 212:23
**approaching**(1) 44:2
**approval**(10) 162:11 162:12 194:15 201:14 201:18 206:25 207:25 208:5 210:14 211: 216:6
**approve**(1) 58:3

**approved**(17) 162:1 162:2 162:5 162:8 163:14 163:17 166:17 169:13 194:17 207:1 207:5 208:6 208:7 208:10 208:17 209:15 211:8

**approves**(1) 209:13
**approving**(1) 162:10
**approximately**(2) 11:1 30:17
**april**(6) 41:22 73:6 73:10 75:2 95:24 96:10 210:12 22:6 29:5 29:13 30:25 32:12 33:13 48:7 48:15 48:15 48:18 50:5 50:12 51:4 53:17 68:23 69:17 73:17 73:19 76:3 77:2 77:8 77:8 77:11 87:4 87:4 93:16 94:15 94:16 95:2 96:19 98:15 99:16 106:4 106:10 107:15 107:16 108:9 108:9 112:2 112:4 112:22 113:5 113:16 114:23 115:4 115:4 116:14 117:1 117:7 117:8 117:9 117:12 117:17 118:4 118:9 118:22 118:25 121:11 122:20 123:4 123:21 125:2 128:15 130:20 132:6 133:7 134:24 135:25 136:15 139:19 140:14 141:11 142:4 143:3 143:22 144:21 144:22 145:3 145:22 145:25 146:1 146:1 146:4 147:14 150:17 150:20 151:19 152:2 152:13 152:15 152:25 155:13 156:7 157:8 157:10 157:10 157:13 157:23 158:1 160:12 161:15 161:18 163:5 163:7 163:17 163:21 163:24 164:2 164:5 164:5 164:15 164:17 164:21 166:16 166:20 171:4 173:2 173:4 175:12 180:8 181:18 181:19 184:7 184:9 184:17 187:5 192:15 192:21 193:16 196:23 198:15 199:8 202:9 203:14 204:18 205:4 205:15 205:16 206:17 208:4 220:6 221:18 225:2 225:8

**area**(4) 25:18 162:23 194:21 198:10
**aren't**(1) 116:15
**argument**(3) 225:17 225:20 225:25
**around**(5) 13:15 34:17 50:17 124:15
**array**(4) 107:2 108:8 123:3 126:6
**arrearages**(1) 136:21
**article**(1) 108:16
**articles**(2) 108:22 109:2
**aside**(1) 140:8
**ask**(21) 18:14 41:12 47:24 52:16 55:12 63:2 95:23 106:24 148:13 148:15 150:8 150:9 150:17 150:18 151:3 151:13 151:17 185:13 185:15 196:10 196:13

**asked**(5) 53:15 66:4 72:6 196:7 218:20
**asking**(13) 26:2 29:22 32:15 35:23 38:12 76:6 76:8 87:13 87:17 87:17 87:19 87:20 88:2
**assembly**(2) 110:11 110:14
**assert**(1) 6:8
**asset**(14) 64:9 64:14 170:24 171:1 171:2 171:6 172:16 172:20 172:22 195:12 196:24 201:25 202:1 222:16

**assets**(9) 73:9 73:11 101:13 160:11 171:4 194:21 196:1 197:15 201:24
**assign**(1) 86:9
**assigning**(1) 157:25
**assignments**(1) 130:10
**assigns**(2) 78:24 85:14
**assistant**(8) 37:11 155:25 156:1 156:3 156:6 156:10 158:4 158:8
**assisted**(1) 22:18
**associated**(4) 106:14 213:20 214:6 215:14
**association**(11) 107:19 107:24 107:25 108:4 108:11 108:17 108:18 108:21 110:24 111:3 111:5
**associations**(1) 107:15
**assume**(4) 92:12 121:16 143:8 225:11
**assumes**(1) 36:13

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| assuming(6) 36:6 97:4 121:14 123:5 138:6 138:9 | | bates(13) 13:18 14:9 16:7 16:11 16:12 17:22 17:23 79:11 87:4 102:12 102:13 183:14 184:18 | | below(3) 169:12 198:12 205:12 | | box(6) 15:14 123:22 193:21 193:22 193:25 193:25 | |
| assurance(2) 9:10 218:4 | | beach(38) 1:24 4:4 4:6 4:6 4:20 4:22 4:25 5:2 5:4 24:2 24:18 26:2 26:19 27:1 27:14 27:17 28:2 29:22 31:14 31:18 31:22 32:8 93:3 93:4 93:11 93:24 103:21 103:23 104:3 150:15 224:18 224:19 224:21 224:2 225:18 225:19 225:23 226:1 | | bench(2) 110:10 147:21 | | boxes(3) 192:25 193:12 193:16 | |
| assurances(1) 41:1 | | | | beneficial(8) 97:20 97:25 98:3 98:4 98:8 151:20 151:24 152:5 | | branch(2) 159:5 194:18 | |
| athlete(1) 222:17 | | | | beneficiaries(1) 150:20 | | branches(5) 156:17 159:10 159:24 160:22 167:3 | |
| attached(1) 20:9 | | | | beneficiary(36) 78:21 79:4 79:19 79:22 81:7 89:25 90:18 98:10 125:1 126:4 126:6 126:22 126:24 128:22 129:11 129:14 129:22 129:24 130:8 130:11 130:14 130:1 131:2 131:6 132:5 149:13 149:15 149:16 149:17 149:22 150:1 150:3 152:2 152:4 153:18 153:20 | | brand(1) 126:3 | |
| attended(1) 105:23 | | beacon(1) 176:17 | | | | brandywine(1) 1:30 | |
| attention(1) 217:17 | | bear(2) 118:5 118:8 | | | | breach(1) 227:9 | |
| attesting(1) 146:1 | | beauregard(10) 39:8 39:11 39:19 39:23 40:1 40:12 40:15 40:23 44:6 44:14 | | | | break(7) 92:10 92:12 92:21 93:6 202:13 224:6 225:4 | |
| attorney(6) 28:17 28:18 28:20 105:11 116:25 143:6 | | | | | | brevity(1) 226:2 | |
| attorney's(2) 72:9 105:12 | | became(6) 82:14 108:3 108:6 110:7 114:2 158:8 | | beneficiary's(1) 132:4 | | brief(1) 202:10 | |
| attorneys(2) 118:4 138:1 | | | | benefit(1) 91:16 | | briefly(9) 4:8 75:14 106:17 129:21 133:10 175:7 178:23 210:4 213:15 | |
| attractive(4) 62:19 63:11 63:13 65:11 | | because(72) 17:4 27:16 38:2 39:15 39:18 41:1 49:19 59:13 63:21 68:3 71:6 71:9 74:12 75:24 93:15 107:4 109:2 109:6 109:17 112:6 113:22 114:4 115:12 115:13 116:16 117:9 118:8 118:10 120:23 122:16 124:11 127:18 128:4 128:15 128:18 129:2 130:4 130:18 131:3 131:8 132:6 135:23 135:24 138:4 140:15 144:24 145:20 146:2 149:17 151:9 169:11 174:9 174:18 178:9 178:10 179:5 179:18 186:12 189:17 190:11 193:6 195:15 195:20 195:25 196:3 198:1 198:20 201:24 204:2 207:4 208:24 211:14 | | bernadine(4) 44:8 44:13 44:14 44:17 | | bring(8) 40:1 43:13 112:17 114:8 114:22 136:24 139:10 217:17 | |
| auction(6) 69:4 124:10 124:14 124:15 125:12 127:7 | | | | best(4) 30:2 50:17 124:25 157:5 | | | |
| auctioned(1) 19:7 | | | | better(1) 72:24 | | bringing(2) 31:9 31:14 | |
| audit(8) 180:6 180:7 180:8 180:15 187:25 188:7 189:3 211:6 | | | | between(18) 13:25 25:1 25:4 97:25 98:3 102:3 112:3 115:16 120:22 126:7 129:25 133:10 166:5 171:7 201:13 207:18 211:7 211:8 | | broad(1) 122:20 | |
| august(8) 6:3 6:12 8:8 10:4 10:7 11:23 46:7 74:3 | | | | | | broker(75) 113:14 113:19 113:25 114:1 114:19 114:22 115:1 115:3 115:22 115:24 116:2 139:9 144:5 145:11 157:1 157:1 157:7 157:16 161:25 162:1 162:2 162:2 162:8 162:12 162:17 162:19 162:22 163:1 163:4 163:14 163:14 163:15 163:17 166:4 166:15 166:17 167:1 167:6 169:20 171:7 171:15 171:19 172:7 172:7 172:11 173:3 173:9 173:10 176:11 183:21 185:3 185:25 187:6 187:24 188:7 189:3 189:15 189:22 190:3 191:15 194:8 194:9 194:17 206:12 209:7 209:8 209:12 209:14 209:19 211:17 211:21 213:17 213:18 214:1 214:3 | |
| | | | | beyond(2) 126:24 129:16 | | | |
| authoring(1) 147:9 | | | | bible(1) 112:5 | | | |
| authority(2) 95:19 114:21 | | | | bid(9) 69:10 69:25 70:5 70:14 71:3 124:2 124:25 125:2 127:9 | | | |
| authorization(2) 153:22 215:7 | | | | | | | |
| authorized(3) 113:20 153:21 153:20 | | | | bidder(4) 125:1 127:13 127:13 134:13 | | | |
| automated(1) 195:4 | | become(8) 109:16 120:23 161:5 161:9 161:22 162:2 162:8 166:24 | | bidding(1) 127:11 | | | |
| automatically(2) 189:12 189:21 | | | | bids(2) 124:22 125:2 | | | |
| available(4) 10:13 10:14 166:15 166:16 | | | | big(4) 64:17 119:21 141:3 141:5 | | broker's(2) 112:16 162:22 | |
| avenue(1) 2:6 | | becomes(4) 25:19 119:21 125:4 167:1 | | bill(1) 110:5 | | broker/lender(1) 114:20 | |
| avoid(1) 142:7 | | becoming(1) 52:18 | | bills(3) 198:23 | | brokerage(1) 214:22 | |
| awake(1) 226:18 | | been(71) 13:10 28:1 34:24 39:10 44:13 58:11 66:11 66:12 71:18 74:13 98:6 105:11 105:16 105:25 107:5 107:9 107:12 107:18 107:25 109:6 109:8 109:21 109:22 109:25 110:1 110:17 112:11 113:19 118:11 118:12 118:14 120:7 127:7 133:24 152:8 155:18 161:1 174:23 174:24 181:13 181:13 186:11 186:21 187:11 188:19 189:1 193:1 193:18 196:11 196:12 206:22 207:2 207:6 209:4 209:6 209:14 209:19 211:17 211:18 213:17 213:20 221:3 221:4 221:5 | | binder(22) 31:24 32:8 50:20 54:3 54:3 54:15 57:24 60:11 77:19 79:25 83:9 150:5 202:22 204:15 204:21 209:16 210:8 216:2 219:2 220:15 220:15 221:25 | | brokered(1) 194:16 | |
| aware(9) 77:8 77:11 96:19 163:13 164:1 203:14 208:4 220:6 221:18 | | | | | | brokers(31) 54:20 54:24 78:4 79:18 79:21 81:7 81:7 95:12 112:3 112:15 112:15 112:23 114:5 116:15 150:20 156:4 158:12 158:24 159:2 159:16 160:19 160:19 160:23 160:22 162:10 162:13 163:24 164:2 164:5 171:21 185:20 | |
| | | | | binders(1) 25:16 | | | |
| away(3) 39:12 40:25 218:12 | | | | bit(9) 18:10 25:19 28:8 131:8 135:7 144:19 158:19 193:6 220:22 | | | |
| awful(1) 35:3 | | | | | | | |
| awkward(1) 219:8 | | | | | | brought(2) 143:18 201:15 | |
| bachelor's(1) 105:19 | | | | black(4) 204:21 209:16 210:8 221:25 | | brown(10) 12:14 12:19 12:20 13:25 14:3 14:12 14:12 41:11 41:15 70:20 | |
| back(51) 17:3 17:5 18:15 19:21 19:23 20:4 29:17 56:21 61:6 66:20 67:1 83:15 87:8 87:9 107:7 116:6 120:5 123:10 124:1 125:7 125:16 126:11 127:3 129:2 135:6 144:24 145:2 145:6 148:22 148:22 179:5 181:4 182:5 182:13 183:13 184:18 187:12 187:16 190:17 201:15 201:21 202:1 202:2 203:4 206:11 215:9 219:21 221:8 222:10 223:7 224:24 | | | | blamed(1) 21:23 | | | |
| | | | | block(7) 95:4 100:3 100:3 100:7 102:17 122:17 168:13 | | building(1) 1:30 | |
| | | | | | | bunch(2) 99:8 124:18 | |
| | | | | board(1) 223:4 | | bundled(1) 65:16 | |
| | | before(48) 1:17 6:24 12:18 13:5 18:15 18:20 28:25 29:5 32:14 40:11 61:25 68:11 69:6 75:10 76:25 77:23 83:11 86:12 89:1 95:23 108:6 109:13 110:11 112:16 123:14 123:24 125:18 129:1 129:4 129:18 145:18 158:7 158:8 158:10 159:7 159:11 159:12 167:11 167:13 167:14 167:15 169:21 188:2 208:25 211:13 212:7 216:8 224:22 | | body(1) 109:1 | | bureau(2) 88:18 178:19 | |
| | | | | book(1) 122:5 | | bureaus(1) 193:9 | |
| background(3) 105:18 213:15 213:15 | | | | borrow(3) 135:10 221:6 223:20 | | burnt(2) 41:15 85:19 | |
| bad(2) 113:3 135:3 | | | | borrower(45) 54:11 113:14 114:25 115:2 115:4 115:15 115:8 115:21 115:22 115:23 116:19 117:3 117:9 117:9 117:21 118:8 118:14 121:5 122:21 122:21 126:7 134:2 137:5 139:21 140:4 142:7 142:11 145:8 145:20 146:7 157:3 169:21 171:8 172:24 172:25 173:2 173:3 173:7 173:9 173:10 177:5 177:6 192:21 206:9 | | business(14) 21:17 31:10 31:15 62:12 62:17 62:22 108:2 122:17 136:19 156:16 161:6 161:10 163:19 194:6 | |
| balance(4) 69:6 71:25 100:11 137:6 | | | | | | | |
| balloon(2) 120:15 121:16 | | | | | | | |
| bank(5) 26:21 27:20 112:12 197:16 222:8 | | begin(1) 155:21 | | | | | |
| bankers(2) 108:11 113:7 | | beginning(1) 111:9 111:12 | | | | | |
| banking(1) 30:20 | | begins(2) 26:2 60:21 | | | | | |
| bankruptcy(36) 1:1 1:18 5:22 6:15 6:20 7:9 8:4 8:10 9:19 18:20 19:1 28:6 28:10 28:14 28:20 32:2 46:2 46:7 83:17 91:19 91:21 91:25 92:1 92:4 125:15 125:16 126:22 136:5 136:14 141:23 142:9 142:12 142:13 143:6 143:9 157:21 | | behalf(15) 4:7 5:14 12:6 41:16 41:23 48:18 82:22 90:21 91:3 91:7 91:14 94:12 104:16 113:20 210:12 | | borrower's(10) 21:15 56:15 114:7 115:4 147:4 160:10 169:22 182:7 186:5 194:7 | | | |
| | | | | borrower/seller(1) 117:7 | | | |
| bar(1) 119:14 | | behind(2) 39:8 137:21 | | borrowers(8) 21:16 62:15 77:2 112:3 112:18 157:2 157:13 177:4 | | | |
| barely(1) 193:12 | | being(26) 38:1 38:2 43:25 51:21 52:6 58:8 61:16 62:6 65:7 66:9 66:12 67:3 74:11 75:24 76:12 78:9 89:2 106:10 118:18 126:15 170:25 193:25 196:1 207:3 211:12 222:7 | | | | | |
| based(20) 28:16 58:20 62:5 88:14 100:24 112:20 122:15 145:3 146:13 195:5 197:7 199:15 202:24 203:5 203:7 203:12 203:21 205:15 205:20 217:20 | | | | borrowing(3) 117:10 200:18 222:9 | | | |
| | | | | boss(1) 50:13 | | | |
| | | belief(1) 14:14 | | both(21) 9:2 35:9 49:11 57:3 59:4 110:9 110:13 111:9 111:15 115:2 117:15 118:1 123:16 123:23 130:1 135:18 141:3 142:22 142:24 143:1 150:20 | | | |
| basically(6) 76:11 124:6 126:20 129:4 129:18 178:7 | | believe(32) 5:21 11:14 12:1 20:11 24:15 27:14 39:7 39:9 45:7 52:13 56:1 56:2 63:4 68:22 71:6 72:14 75:11 77:14 78:18 83:12 88:19 93:17 98:1 98:10 103:11 141:1 148:15 149:1 150:1 152:22 216:4 217:4 | | | | | |
| basis(5) 39:14 43:24 76:18 88:9 226:3 | | | | bottom(12) 13:19 16:12 17:23 68:24 68:25 79:17 99:4 100:2 102:10 130:7 147:2 182:17 | | | |
| bate(1) 16:6 | | believed(2) 11:15 149:12 | | | | | |
| | | believes(1) 115:24 | | | | | |

| Word | Page:Line |
|------|-----------|
| **but**(173) | 4:16 4:25 6:14 8:17 10:17 11:11 11:25 13:10 14:3 16:7 22:5 22:20 22:23 24:2 24:13 28:21 30:9 36:9 40:2 41:14 44:15 46:2 46:24 48:18 55:12 58:25 60:7 61:13 61:13 63:1 63:15 65:1 68:24 69:12 70:6 71:9 72:11 72:14 72:21 74:3 75:21 75:21 75:23 78:17 83:4 86:16 87:4 88:11 88:19 103:14 107:3 108:4 108:9 109:18 110:18 111:14 112:4 112:18 113:3 113:16 114:17 116:5 116:14 116:18 116:20 117:6 118:16 119:2 119:4 120:5 120:13 121:5 121:12 121:17 122:24 123:14 124:24 125:11 127:10 127:11 127:19 128:7 130:2 130:3 132:2 133:7 133:13 133:17 133:24 134:10 135:3 136:2 136:6 137:4 137:10 138:2 138:2 138:8 138:14 140:8 140:12 140:16 141:5 141:21 143:6 143:8 143:11 143:21 144:7 145:2 145:7 145:15 145:18 146:13 146:14 146:16 147:8 147:12 148:1 149:3 149:16 152:8 152:20 153:6 153:8 163:7 164:21 165:8 165:10 165:10 165:23 166:4 166:9 167:15 171:3 174:21 179:7 180:1 182:3 182:23 184:13 185:2 185:22 186:23 187:12 187:12 189:2 192:24 197:22 198:19 200:15 203:4 203:24 204:2 204:6 204:11 204:22 206:11 207:7 208:18 211:1 216:13 218:10 219:1 220:20 221:5 221:6 221:16 222:14 222:24 225:1 225:20 226:2 |
| **buy**(4) | 20:2 65:15 68:15 134:11 |
| **buyer**(1) | 117:2 |
| **cal**(9) | 90:3 90:5 90:11 91:6 91:9 91:9 92:4 92:5 105:19 |
| **calendar**(1) | 123:12 |
| **california**(59) | 21:16 21:21 105:13 105:24 107:5 107:17 107:19 108:3 108:10 108:14 108:18 108:21 108:25 109:5 109:9 110:2 110:11 110:16 110:24 111:10 111:22 116:23 116:25 117:14 117:14 117:16 117:19 118:7 118:20 120:1 120:19 121:21 125:4 126:14 126:24 128:7 128:25 129:16 129:22 130:2 130:20 131:13 132:18 132:2 133:14 133:16 135:17 136:17 139:1 139:7 140:6 140:14 142:1 143:13 144:4 145:23 147:6 149:17 153:18 |
| **call**(28) | 22:6 22:9 27:19 34:21 34:23 35:12 47:1 49:6 50:3 66:14 66:15 66:16 66:17 67:6 67:7 104:14 104:17 112:8 118:20 121:21 125:11 152:20 152:22 154:23 163:15 171:16 212:19 212:19 |
| **called**(13) | 34:15 35:8 35:9 48:20 68:1 107:24 121:25 122:23 129:7 134:20 137:1 139:12 214:11 |
| **calling**(1) | 153:6 |
| **calls**(12) | 33:21 35:22 36:10 37:18 38:4 47:13 65:20 71:15 88:1 90:24 127:17 207:21 |
| **came**(9) | 41:3 58:15 189:19 208:25 209:4 216:24 220:18 221:1 221:3 |

| Word | Page:Line |
|------|-----------|
| **can**(135) | 7:1 19:17 19:19 19:19 23:5 25:8 25:15 27:23 28:13 29:6 31:3 37:8 37:15 40:21 42:14 46:24 48:24 50:17 50:17 52:1 52:2 59:21 61:3 61:8 69:5 75:3 75:21 78:12 78:13 84:25 87:3 93:17 94:7 99:18 103:23 103:24 106:17 107:14 112:12 112:20 114:1 116:1 116:17 116:23 117:11 117:20 119:25 122:24 123:11 124:6 126:8 127:1 127:9 127:18 127:19 129:14 129:20 130:17 131:1 131:5 131:21 132:24 133:10 134:7 134:17 135:9 136:10 136:15 136:24 138:22 139:16 140:8 141:23 145:4 149:4 152:9 152:17 152:20 152:21 152:22 153:8 155:1 162:25 166:18 167:13 167:17 167:22 169:21 170:7 171:16 173:15 173:17 175:25 179:1 179:14 182:20 183:10 185:13 185:13 185:16 186:12 186:12 187:3 188:22 191:1 192:6 192:6 192:11 192:19 193:12 193:1 193:22 194:15 197:7 197:24 201:11 201:1 201:17 202:18 202:21 206:1 207:2 207:17 207:25 212:6 212:24 214:2 214:23 218:22 219:1 219:7 221:22 225:8 225:15 225:16 226:16 226:20 |
| **can't**(15) | 5:1 65:1 105:16 109:2 117:25 135:6 142:2 142:3 142:5 142:6 147:12 182:6 196:10 196:22 207:20 |
| **cannot**(3) | 126:19 196:14 211:20 |
| **capacity**(2) | 53:23 90:18 |
| **capital**(3) | 213:20 214:6 214:7 |
| **care**(3) | 123:9 124:4 225:6 |
| **cars**(1) | 113:4 |
| **case**(30) | 1:7 4:12 4:13 5:22 7:9 34:11 106:1 106:15 107:1 109:8 112:7 117:18 121:13 128:21 135:17 137:9 139:12 139:2 141:16 144:16 145:15 149:7 186:11 200:11 212:8 215:7 225:7 225:9 225:11 225:14 |
| **case-based**(1) | 107:3 |
| **categories**(2) | 113:7 122:21 |
| **cash**(2) | 58:19 222:15 |
| **caveat**(1) | 112:5 |
| **cede**(1) | 5:4 |
| **center**(3) | 33:13 54:11 55:3 |
| **central**(1) | 143:13 |
| **centre**(1) | 2:13 |
| **cert**(5) | 178:11 181:19 181:20 195:1 227:10 |
| **certain**(12) | 107:3 112:18 112:19 118:18 118:19 118:20 120:16 122:18 122:19 122:20 135:3 150:9 |
| **certainly**(1) | 140:7 |
| **certificate**(5) | 131:24 132:11 132:14 132:25 221:10 |
| **certificates**(2) | 133:4 133:5 |
| **certification**(3) | 111:8 111:10 227:2 |
| **certified**(2) | 105:12 227:11 |
| **certify**(1) | 227:3 |
| **certs**(1) | 180:1 |
| **chain**(4) | 69:13 97:19 98:8 153:7 |
| **chair**(1) | 213:1 |
| **change**(18) | 95:19 146:13 149:2 152:5 163:21 172:16 172:18 174:10 174:18 178:10 192:1 195:8 199:14 201:20 204:5 211:5 211:9 211:11 |
| **changed**(17) | 126:19 148:14 157:21 169:14 172:21 174:22 176:12 193:2 193:3 196:24 201:8 202:4 204:7 204:9 206:7 209:5 209:6 |
| **changes**(10) | 107:5 110:9 167:7 168:23 170:7 180:7 194:24 201:9 201:13 201:23 |
| **changing**(1) | 208:10 |
| **channel**(2) | 194:6 194:16 |

| Word | Page:Line |
|------|-----------|
| **channels**(5) | 156:24 157:8 157:10 157:11 157:18 |
| **chapter**(1) | 1:4 |
| **charge**(5) | 17:12 106:8 121:4 134:3 159:22 |
| **charged**(1) | 165:20 |
| **charges**(1) | 136:23 |
| **chart**(13) | 80:14 80:15 80:17 80:21 82:24 97:9 97:16 97:19 119:22 120:8 131:20 136:9 136:11 |
| **charts**(1) | 119:14 |
| **chase**(8) | 165:6 165:10 165:23 166:9 190:25 191:12 203:25 205:22 |
| **chat**(1) | 188:6 |
| **cheap**(1) | 133:17 |
| **check**(5) | 104:9 137:24 162:15 192:25 193:13 |
| **checked**(3) | 15:14 193:23 193:25 |
| **checklist**(2) | 163:8 163:9 |
| **checks**(1) | 162:9 |
| **chicago**(3) | 128:22 131:3 203:15 |
| **chief**(1) | 4:12 |
| **chit-chat**(1) | 140:16 |
| **chose**(2) | 185:7 186:7 |
| **chosen**(1) | 174:15 |
| **chris**(1) | 70:20 |
| **christopher**(1) | 1:17 |
| **circa**(1) | 107:7 |
| **circulated**(3) | 145:18 146:12 146:20 |
| **circulates**(1) | 145:11 |
| **circumstance**(1) | 120:18 |
| **circumstances**(1) | 129:19 |
| **city**(1) | 105:12 |
| **civil**(1) | 126:14 |
| **claim**(12) | 6:9 6:13 6:24 7:19 7:22 7:25 46:7 48:8 86:17 86:18 87:24 175:6 |
| **claimant**(4) | 47:13 47:17 51:2 213:3 |
| **claimant's**(3) | 49:12 49:13 51:10 |
| **claims**(6) | 7:16 65:25 157:24 157:24 157:25 158:2 |
| **clara**(1) | 105:22 |
| **clarification**(1) | 148:11 |
| **clarify**(2) | 27:22 27:23 |
| **class**(2) | 111:10 111:16 |
| **clause**(1) | 121:8 |
| **clean**(1) | 25:18 |
| **clear**(2) | 52:25 201:17 |
| **cleared**(3) | 167:14 167:15 |
| **clerk**(18) | 4:2 47:9 47:16 47:18 47:22 93:1 104:19 104:22 105:1 105:3 154:15 155:2 155:4 155:8 212:13 213:2 213:4 213:8 |
| **client**(3) | 10:11 10:11 49:19 |
| **clients**(1) | 157:2 |
| **close**(20) | 97:15 115:17 116:11 117:24 117:25 118:13 119:7 145:20 145:24 155:1 167:15 167:16 198:21 199:4 199:7 201:18 203:16 213:10 225:9 225:16 |
| **closed**(8) | 5:22 6:20 15:22 71:16 71:20 71:20 145:19 199:8 |
| **closer**(4) | 48:25 49:2 95:15 155:10 |
| **closes**(2) | 117:11 117:21 |
| **closing**(16) | 58:19 66:1 67:23 117:1 156:20 165:21 165:22 184:17 193:17 195:24 198:22 199:8 200:17 201:14 206:1 225:20 |
| **closings**(2) | 93:21 117:1 |
| **clue**(1) | 128:11 |
| **cma**(3) | 110:7 110:18 110:23 |
| **coast**(1) | 116:25 |
| **code**(2) | 126:14 129:7 |
| **coe**(3) | 199:2 199:4 199:6 |

| Word | Page:Line |
|------|-----------|
| **coerced**(1) | 136:1 |
| **collateral**(1) | 134:24 |
| **collect**(2) | 66:14 142:6 |
| **collection**(2) | 153:4 153:9 |
| **college**(1) | 105:24 |
| **column**(9) | 20:17 33:5 33:15 58:7 67:2 102:24 168:12 170:20 174:4 |
| **columns**(1) | 33:13 |
| **combination**(1) | 117:15 |
| **combined**(1) | 139:6 |
| **come**(28) | 13:7 17:3 17:5 35:1 37:12 38:17 40:3 40:4 40:24 58:18 62:7 67:16 118:8 118:15 122:9 137:24 158:3 159:10 179:5 187:16 190:15 208:5 220:2 220:21 220:21 220:23 220:24 223:10 |
| **comes**(7) | 114:25 116:6 122:10 122:11 124:24 135:4 163:8 |
| **coming**(3) | 173:4 173:5 223:3 |
| **commenced**(1) | 124:15 |
| **comment**(2) | 59:6 59:10 |
| **comments**(3) | 58:10 59:2 198:25 |
| **commercial**(1) | 133:25 |
| **commission**(4) | 164:10 164:11 165:5 165:8 |
| **commit**(1) | 114:22 |
| **commitment**(2) | 139:10 147:3 |
| **commitments**(1) | 113:20 |
| **committed**(2) | 32:20 32:22 |
| **committee**(1) | 2:4 |
| **committees**(1) | 110:12 |
| **commodity**(1) | 134:18 |
| **common**(6) | 117:6 120:23 137:2 142:7 142:12 142:21 |
| **commonly**(1) | 143:12 |
| **communicat**(1) | 211:21 |
| **communicated**(4) | 37:6 209:7 209:8 209:12 |
| **communication**(1) | 171:7 |
| **communications**(1) | 171:9 |
| **companies**(1) | 117:17 |
| **company**(15) | 7:20 34:18 114:2 117:13 117:15 117:15 117:18 122:11 122:14 128:8 128:9 128:12 128:13 164:11 165:6 |
| **compare**(1) | 56:21 |
| **compared**(2) | 133:17 133:23 |
| **compelling**(1) | 129:3 |
| **compensate**(1) | 164:5 |
| **compensating**(2) | 198:15 204:3 |
| **compensation**(1) | 106:4 |
| **complete**(3) | 64:8 194:19 212:8 |
| **completed**(2) | 46:3 90:12 |
| **completely**(2) | 43:15 96:20 |
| **complex**(1) | 111:21 |
| **compliance**(1) | 110:19 |
| **complicated**(1) | 127:18 |
| **comprehensiv**(3) | 111:21 127:17 132:10 |
| **computer**(2) | 120:25 193:7 |
| **conaway**(8) | 1:22 4:7 5:14 17:12 52:14 94:11 104:16 154:19 |
| **concentrate**(1) | 25:20 |
| **concept**(1) | 138:25 |
| **concerned**(1) | 53:20 |
| **concerns**(1) | 216:25 |
| **concludes**(1) | 129:12 |
| **conclusion**(3) | 88:2 90:24 125:3 |
| **conditions**(8) | 21:11 116:6 117:23 118:11 118:14 139:8 195:10 206:14 |
| **conduct**(2) | 127:5 144:5 |
| **conducted**(1) | 136:20 |
| **conduit**(12) | 54:21 54:24 78:4 79:18 79:22 81:7 81:8 95:12 150:21 156:5 160:21 160:24 |
| **conference**(1) | 104:5 |
| **confirm**(1) | 150:19 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**confirmation**(5) 54:18 57:6 167:5 173:18 206:16

**conflict**(2) 117:24 117:25
**confused**(1) 172:4
**connect**(2) 50:17 185:16
**connection**(4) 30:15 31:5 106:4 195:18
**conservative**(1) 38:3
**consider**(3) 112:19 114:8 116:12
**considering**(4) 14:4 73:1 125:3
**consistent**(1) 133:2
**constitute**(2) 103:12 139:16
**constituted**(1) 87:22
**consulted**(1) 93:5
**consulting**(1) 106:9
**contact**(8) 162:7 173:6 173:8 173:10 173:12 209:14 211:20 211:21

**contacted**(3) 162:3 211:19 211:22
**contained**(2) 122:7 204:12
**context**(1) 138:21
**contingency**(3) 15:15 15:19 20:22
**contingent**(9) 7:16 9:11 14:24 14:25 15:12 20:13 66:12 71:10 96:16

**continually**(3) 8:15 76:10 77:2
**continue**(9) 61:2 83:18 93:8 126:21 142:14 152:5 163:3 174:25 175:2

**continued**(4) 2:2 26:19 88:17 88:19
**continuing**(5) 74:22 75:25 86:22 93:11 162:11

**contract**(5) 106:11 112:15 112:17 123:7 132:23

**contracting**(1) 114:5
**contractor**(1) 114:6
**contractual**(1) 120:20
**contributors**(2) 111:14 111:15
**control**(3) 162:9 162:21 214:24
**conversation**(4) 31:13 31:17 68:5 106:22
**convey**(1) 130:18
**conveyed**(1) 37:1
**coon**(1) 222:9
**cooper**(3) 50:11 50:14 52:15
**coordinating**(1) 110:5
**copied**(3) 180:11 180:25 183:8
**copies**(6) 18:7 18:15 122:18 122:19 123:19 178:7

**copy**(29) 14:11 14:16 15:9 17:1 17:4 17:4 17:7 17:13 17:24 20:8 22:21 22:22 145:17 145:17 147:18 147:22 177:11 178:6 178:7 179:12 179:14 179:21 179:22 180:1 180:2 180:18 181:19 191:13

**cordova**(9) 67:3 67:6 67:10 67:16 67:21 68:1 68:9 68:13 95:9

**cordova's**(1) 95:7
**corner**(4) 16:8 33:18 99:11 99:21
**corp**(6) 81:1 81:8 81:11 81:24 84:14
**corporate**(7) 48:7 48:16 49:23 50:3 53:12 107:25 108:3

**corporation**(4) 1:9 50:6 55:2 193:17

**correct**(185) 5:22 5:23 6:10 6:13 6:18 6:19 6:21 6:22 6:24 7:9 7:10 7:14 7:20 7:21 7:23 7:24 8:4 8:5 8:8 8:9 8:12 8:13 8:16 8:18 8:19 8:21 9:20 9:21 9:23 9:24 10:3 10:5 10:6 10:9 10:12 10:15 10:16 10:19 10:21 10:22 10:24 10:25 11:2 11:9 11:10 11:13 11:16 11:17 11:20 11:21 12:12 12:15 12:16 12:22 12:25 14:1 14:2 14:4 14:23 15:4 15:5 15:8 15:20 15:21 15:23 16:1 16:2 18:5 18:6 18:18 18:19 19:4 19:5 19:9 20:4 20:5 20:7 20:10 20:13 20:20 20:24 21:25 22:1 22:3 22:4 22:18 22:19 22:24 23:2 24:1 24:11 24:12 24:14 24:20 24:24 24:25 25:3 25:6 26:20 26:20 27:8 27:12 28:8 28:9 28:12 28:19 28:23 29:24 30:10 30:17 32:6 32:17 33:25 38:1 39:4 41:17 41:20 41:25 42:3 42:9 42:10 43:5 43:8 43:9 43:21 44:25 46:5 46:9 49:22 50:15 51:3 55:22 56:16 57:7 57:13 77:17 77:20 83:25 84:5 84:7 84:10 84:19 85:21 85:23 88:18 91:17 95:10 95:13 95:18 96:25 101:23 103:8 120:6 134:15 141:20 146:3 147:15 151:21 157:8 160:3 169:18 174:19 174:20 174:23 179:12 181:14 183:25 185:21 186:25 187:19 188:12 189:9 190:21 191:24 193:8 193:23 197:6 201:1 201:5 201:22 204:13 217:7 221:12 224:14 227:3

**correcting**(1) 188:20
**corrections**(1) 194:25
**correctly**(2) 149:14 158:14
**correspond**(1) 81:4
**correspondent**(2) 157:12 157:14
**cost**(3) 116:18 116:20 220:24
**costs**(7) 72:5 72:7 136:23 137:6 138:1 198:22 199:8

**could**(71) 5:24 11:15 12:9 13:8 13:8 13:8 13:17 16:4 25:10 25:18 25:18 27:15 28:2 43:13 43:20 44:3 65:25 67:22 68:2 83:18 91:2 95:22 97:12 104:9 105:17 108:23 117:5 124:1 124:6 125:20 129:21 143:17 144:8 148:3 149:12 158:16 160:13 162:25 163:19 164:9 165:5 165:6 165:12 166:3 166:21 166:22 167:14 171:13 171:13 175:23 177:16 177:22 178:23 181:4 182:1 182:3 182:18 183:16 188:25 194:11 194:1 195:5 197:7 198:7 204:15 205:25 207:19 209:15 211:3 220:7 220:8

**couldn't**(4) 41:1 146:21 149:1 162:6
**counsel**(13) 39:24 49:19 53:10 83:22 93:6 106:22 107:9 107:12 108:1 108:3 108:7 110:7 177:16

**counselor**(1) 95:14
**count**(2) 183:13 184:18
**counting**(2) 87:8 87:9
**county**(8) 82:2 113:25 114:1 121:22 121:22 122:22 132:20 151:23
**couple**(8) 15:4 21:7 35:7 35:18 37:15 46:2 94:8 160:22

**course**(6) 6:16 43:17 112:22 113:6 130:14 142:18

**courses**(4) 110:15 111:2 111:4 111:8

**court**(301) 1:1 4:3 4:5 4:6 4:19 4:21 4:24 5:3 5:6 5:9 5:13 12:11 16:1 16:15 16:20 16:22 16:25 17:7 17:10 17:12 17:17 18:9 19:11 19:16 19:19 19:21 19:24 21:4 22:6 22:11 22:13 23:8 23:10 23:15 23:18 23:20 25:12 25:17 26:5 26:12 26:14 26:16 27:5 27:24 28:4 29:4 29:8 30:6 30:9 30:13 33:17 34:2 35:24 36:5 36:12 36:14 36:20 37:19 37:22 38:6 38:8 39:21 40:4 40:8 41:9 41:14 42:13 42:25 43:8 44:20 44:22 45:1 46:19 46:22 46:24 47:3 47:6 47:10 47:14 47:25 48:1 48:24 49:2 49:4 49:6 50:7 50:8 50:10 50:12 50:14 50:16 51:4 51:7 51:9 52:1 53:3 53:13 53:17 53:24 55:15 57:20 59:21 59:23 60:2 61:2 62:2 63:23 64:17 64:23 66:21 71:20 71:24 72:3 72:7 72:9 74:6 75:14 75:18 75:22 76:3 76:6 76:13 76:17 76:20 76:22 79:8 80:14 87:16 87:19 87:21 87:24 88:6 88:8 88:24 89:2 89:4 89:7 89:11 89:13 89:15 90:8 91:1 92:10 92:15 92:18 92:20 93:2 93:10 93:23 93:25 94:2 94:23 94:25 95:14 98:17 98:19 98:21 103:16 103:18 103:20 103:22 104:1 104:7 104:9 104:12 104:14 104:20 105:4 105:6 105:13 110:23 110:25 111:23 111:25 113:1 115:19 115:22 115:25 116:4 119:11 119:13 119:17 119:20 120:10 121:12 121:19 122:1 124:8 124:16 124:20 125:9 125:13 125:15 125:17 125:20 125:25 126:5 127:4 127:16 127:21 133:13 133:21 134:8 134:11 134:1 134:21 134:23 135:1 135:11 136:15 136:15 137:18 137:21 137:23 138:9 138:11 138:18 139:24 140:20 140:23 142:15 143:12 143:15 143:19 143:22 144:10 144:12 144:15 144:17 147:23 147:25 148:17 149:6 149:10 150:1 150:17 150:22 150:25 151:3 151:7 151:9 151:11 153:13 153:25 154:4 154:9 154:13 154:16 154:20 154:22 154:25 155:9 158:1 158:21 158:24 159:6 165:3 165:7 165:10 165:14 165:16 165:18 165:21 165:24 166:7 166:10 166:13 167:11 167:17 170:9 170:11 170:13 170:15 171:19 171:23 172:4 172:9 177:11 177:19 179:7 180:19 180:21 180:23 181:18 181:23 184:7 184:1 184:12 184:15 184:20 184:22 185:11 185:15 190:19

**court**(64) 190:22 191:6 191:8 196:19 196:25 197:25 198:2 198:5 199:6 199:10 200:3 200:5 200:8 200:22 201:11 202:8 202:11 202:15 204:18 204:21 204:24 207:22 208:5 208:8 208:12 208:16 208:20 210:3 211:25 212:3 212:9 212:14 212:20 212:22 213:9 215:21 216:3 216:5 218:16 219:7 219:17 219:19 223:16 224:3 224:6 224:9 224:11 224:13 224:16 224:20 224:22 224:23 225:15 225:22 225:24 226:2 226:7 226:9 226:11 226:16 226:18 227:11

**courthouse**(1) 132:22
**courtroom**(2) 1:9 39:17
**cover**(3) 132:18 225:21 226:3
**covering**(1) 130:1
**cpa**(2) 195:20 195:22
**crease**(1) 59:1
**create**(6) 130:5 158:11 159:1 160:23 178:179:23

**created**(3) 158:13 181:1 203:10
**creating**(1) 130:5

**credit**(164) 34:24 37:25 38:3 38:13 38:16 38:16 38:18 38:24 45:4 45:12 45:21 45:24 54:7 54:12 55:5 55:18 55:21 55:25 56:11 56:14 56:19 57:16 59:13 59:14 60:22 61:5 61:10 61:16 62:6 62:13 75:15 76:10 76:14 76:14 77:2 86:23 86:25 87:14 87:21 88:3 88:18 88:19 113:10 160:12 162:14 162:23 163:10 166:21 169:10 170:1 170:2 170:4 170:8 170:10 170:12 174:11 174:11 174:14 174:15 174:18 175:9 175:9 175:10 175:10 175:12 175:12 175:14 175:15 175:16 175:18 175:19 175:21 175:22 176:1 176:6 176:10 176:13 177:25 178:11 178:15 178:17 180:1 181:8 181:13 182:1 182:2 182:6 182:21 182:22 182:25 183:2 183:5 183:17 183:23 184:2 184:6 184:25 185:1 185:1 185:2 185:4 185:5 186:8 186:9 186:15 186:16 186:17 186:22 186:23 187:4 187:10 187:15 187:18 188:9 189:6 189:14 189:18 189:23 189:23 189:25 190:4 190:10 190:12 190:15 190:17 190:24 191:12 191:17 191:20 191:22 191:23 192:12 192:15 192:17 192:18 192:18 192:22 192:23 192:24 192:25 193:1 193:3 193:9 193:17 194:1 195:1 198:10 198:11 203:1 203:5 203:8 203:12 203:21 203:23 203:25 204:1 205:15 205:20 207:8 207:10 207:12 208:24 217:23

**credit's**(1) 218:7
**creditor**(1) 6:18
**creditors**(1) 2:5
**crier**(1) 132:25
**criers**(2) 132:19 132:22
**cries**(1) 124:13
**crime**(2) 32:20 32:22
**crisis**(1) 120:4
**criteria**(1) 114:12
**critical**(1) 138:25
**cro**(2) 50:12 50:13
**cross**(7) 3:4 92:14 92:15 94:1 140:21 202:9 224:4

**cross-examination**(4) 5:19 94:13 140:24 202:16

**crowded**(1) 25:19
**cure**(5) 9:5 10:24 11:20 137:9 220:18
**cured**(3) 138:2 138:10 138:11
**curing**(2) 137:14 137:14
**current**(13) 13:4 21:17 56:18 56:22 56:24 100:5 102:19 120:4 136:24 148:12 148:21 156:9 161:21

**currently**(1) 155:16
**curtis**(7) 12:14 12:19 13:25 14:3 14:12 41:10 41:14

**custom**(2) 132:9 153:17
**customary**(2) 112:2 113:19
**customs**(2) 108:24 111:19
**cut**(1) 102:13
**cut-off**(1) 4:20
**d/b/a**(3) 54:24 55:1 55:3
**damage**(1) 75:25
**data**(2) 1:37 179:18
**date**(54) 10:7 11:18 13:10 99:12 102:11 102:14 108:4 118:8 118:10 118:16 118:25 119:1 123:20 123:24 125:7 126:2 126:17 126:21 126:21 132:15 168:7 168:7 168:11 168:17 168:19 168:19 168:21 168:24 169:1 169:7 173:20 173:22 173:24 175:8 176:3 176:5 176:10 181:11 181:12 186:13 187:7 187:13 187:24 188:8 189:3 190:3 191:17 205:21 208:9 209:9 209:17 209:18 210:18 211:8

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **dated**(15) 56:23 56:25 57:3 69:21 84:6 96:10 118:16 118:23 119:3 148:22 168:9 168:10 206:4 207:15 208:19 | | **deficiency**(24) 86:17 86:23 86:24 87:15 87:25 88:17 103:14 133:16 133:18 134:9 134:14 134:17 134:18 135:7 135:9 137:14 137:15 138:22 138:8 141:19 141:22 141:25 143:5 143:3 | | **did**(129) 8:25 9:1 9:5 9:7 9:8 11:22 11:23 11:25 19:12 21:20 23:3 23:4 27:14 28:24 29:2 30:20 30:24 32:19 33:1 34:1 34:10 34:16 35:12 35:16 35:16 35:19 38:12 38:18 40:2 40:4 42:7 43:22 44:5 46:10 46:13 53:3 54:24 55:9 60:7 66:2 66:2 66:3 66:14 66:14 67:6 67:7 67:10 67:10 67:11 67:13 67:16 67:20 70:22 70:23 72:17 73:4 73:7 74:12 75:18 85:18 85:20 85:25 86:3 86:4 86:6 86:7 86:9 86:10 90:14 90:21 91:3 91:8 101:17 101:17 106:1 106:14 106:16 106:22 107:1 107:3 109:22 111:2 133:19 149:14 155:21 158:6 159:19 159:19 160:18 160:22 161:5 161:9 162:9 163:14 164:25 175:4 175:8 177:25 178:3 182:3 183:1 185:6 185:11 185:25 186:25 190:24 191:13 196:7 197:9 197:12 197:18 198:13 199:13 204:12 208:5 208:11 210:21 213:22 214:4 214:9 214:25 215:2 215:3 216:20 216:21 217:3 219:13 219:21 223:19 | | **doc**(13) 33:17 144:25 144:25 144:25 145:3 145:3 170:18 170:20 170:21 171:6 171:12 171:14 172:18 |
| **dates**(3) 118:6 118:9 119:2 | | **defined**(2) 78:24 123:4 | | | | **docs**(4) 23:3 183:20 187:4 187:5 |
| **david**(1) 68:22 | | **degree**(1) 105:19 | | | | **document**(84) 13:18 20:14 21:3 21:4 22:7 27:11 33:17 40:4 41:10 41:11 50:24 51:15 53:23 54:17 55:4 55:11 56:11 56:23 56:25 58:3 59:11 62:5 70:17 75:10 76:13 78:11 79:6 79:21 81:22 82:2 83:11 86:12 88:21 89:6 89:11 89:17 90:6 90:16 98:23 98:25 99:3 101:25 121:25 122:23 128:8 129:10 151:4 167:22 173:17 173:20 175:25 176:14 176:16 180:14 181:16 183:14 183:16 183:18 183:24 184:2 184:7 184:9 184:14 184:25 186:13 186:13 186:25 191:19 192:14 193:22 197:4 197:5 198:7 199:21 200:11 205:24 206:20 207:4 210:16 210:18 210:25 219:11 220:16 226:14 |
| **day**(20) 4:9 24:9 31:21 34:19 38:19 70:10 82:8 82:20 107:23 111:7 117:22 118:9 118:9 124:7 125:10 137:24 167:6 167:9 188:19 207:7 | | **delaware**(4) 1:2 1:8 1:11 124:9 | | | | |
| **day's**(1) 168:23 | | **delayed**(1) 118:15 | | | | |
| | | **deleware**(1) 4:1 | | | | |
| **days**(29) 40:11 118:17 118:22 120:22 121:1 121:7 121:11 122:18 123:1 123:12 123:14 123:15 123:24 124:2 124:3 125:6 125:7 125:18 125:21 126:2 126:9 126:9 127:2 132:3 136:19 138:14 169:15 183:21 217:1 | | **delinquencies**(2) 19:6 137:9 | | **didn't**(25) 11:11 19:11 43:7 66:8 72:16 72:22 76:1 97:4 97:4 101:19 112:16 125:17 139:21 144:10 165:25 166:13 174:13 174:18 187:12 192:1 207:10 215:1 219:23 220:7 220:9 | | |
| | | **delinquency**(2) 98:24 121:19 | | | | |
| | | **delinquent**(1) 19:3 | | | | |
| | | **demonstrated**(1) 88:15 | | | | |
| **deal**(12) 44:17 44:18 44:23 71:21 74:19 109:3 109:4 117:21 130:6 156:25 173:9 225:8 | | **demonstrativ**(1) 119:9 | | **didn't**(9) 9:13 10:17 24:18 74:14 123:22 162:6 206:23 216:12 221:15 | | |
| | | **denny**(1) 2:14 | | | | |
| **dealer**(2) 113:3 113:3 | | **dent**(2) 103:11 103:13 | | | | |
| **dealing**(2) 61:5 157:13 | | **department**(4) 66:17 143:20 159:13 162:12 | | **difference**(5) 97:24 98:2 102:3 113:9 | | **doctor**(1) 87:24 |
| **dealt**(3) 216:19 218:16 222:25 | | **depending**(5) 112:5 146:6 164:7 170:1 195:8 | | **differences**(1) 116:24 | | |
| **deborah**(12) 2:10 3:5 3:7 52:23 54:11 79:16 79:17 167:23 176:18 212:18 215:8 215:10 | | | | **different**(19) 84:21 112:25 118:5 118:10 119:2 131:18 137:2 141:12 144:20 144:21 144:23 145:8 145:9 146:9 146:20 158:1 174:7 195:11 214:18 | | |
| **debt**(8) 70:1 133:19 136:5 137:10 139:22 142:5 153:4 153:9 | | **depends**(2) 65:20 112:24 | | | | |
| | | **depo**(2) 25:1 28:1 | | | | |
| | | **deposed**(2) 24:10 24:13 | | **difficult**(3) 30:7 193:6 217:15 | | |
| **debt's**(1) 142:2 | | **deposit**(2) 214:23 221:11 | | **difficulty**(1) 217:12 | | |
| **debtor**(7) 1:22 22:13 49:11 143:4 173:6 194:9 225:10 | | **deposition**(46) 22:5 22:17 23:5 24:16 24:23 25:2 25:9 25:9 25:24 29:17 31:21 32:19 32:23 32:25 39:17 40:10 40:12 51:1 51:10 51:13 51:14 51:19 51:21 52:6 52:9 52:11 52:21 53:5 54:23 54:25 63:3 63:10 63:19 63:21 65:5 66:5 66:7 67:5 67:17 68:7 69:2 80:7 80:19 83:12 83:13 93:19 | | **digits**(2) 78:16 80:22 | | |
| **debtor's**(1) 47:24 | | | | **dinged**(1) 88:3 | | **doesn't**(11) 59:20 59:24 63:1 118:15 120:18 141:12 142:5 146:13 175:1 204:24 225:11 |
| **debtors**(98) 1:11 3:11 4:7 4:10 5:15 6:2 6:9 6:13 8:1 8:3 8:6 8:11 8:18 9:8 10:1 10:2 10:10 12:9 12:21 48:8 48:16 48:19 49:12 49:14 50:3 52:1 51:7 51:8 51:9 63:5 63:12 66:11 66:15 72:21 72:23 73:8 73:24 77:1 80:3 82:1 85:5 85:9 85:9 86:17 88:16 94:12 95:20 95:24 97:2 98:1 101:5 101:6 101:8 101:10 103:3 104:17 104:17 104:21 111:18 154:23 155:3 157:2 160:13 161:5 161:9 161:13 161:16 162:10 163:12 165:1 167:19 171:15 172:2 172:5 172:11 172:12 172:24 173:12 175:5 176:6 177:25 181:25 183:7 187:6 190:24 191:13 194:6 194:7 194:10 197:9 197:13 197:18 198:13 211:19 216:10 216:17 221:22 225:7 | | **dinging**(1) 86:25 | | **doesn't**(2) 59:24 141:21 |
| | | **depositions**(2) 106:22 106:23 | | **dings**(1) 87:21 | | |
| | | **depositor**(1) 82:10 | | **direct**(10) 33:4 48:3 88:25 97:16 105:7 144:12 149:13 155:11 173:8 213:12 | | **doing**(6) 109:6 110:17 163:19 178:6 196:11 198:2 |
| | | **deposits**(2) 217:24 218:8 | | | | |
| | | **depth**(1) 39:7 | | | | |
| | | **describe**(5) 105:17 111:21 188:25 194:15 213:15 | | | | |
| | | | | **directed**(1) 66:17 | | **dollar**(5) 33:24 35:13 57:13 78:12 222:19 |
| | | | | **directly**(8) 153:21 160:19 172:24 173:1 173:9 185:10 185:12 216:12 | | **dollars**(5) 41:16 196:3 196:4 222:20 223:3 |
| | | **describing**(1) 115:10 | | | | **don't**(85) 14:17 14:25 17:4 25:7 25:11 25:13 36:25 40:11 41:11 42:17 43:15 46:12 48:14 48:17 48:21 48:21 49:15 53:23 55:19 56:1 56:9 61:24 58:25 59:24 74:6 74:6 74:23 75:5 77:6 81:21 81:24 82:6 82:7 82:19 83:3 91:9 96:3 96:4 96:22 99:9 101:4 103:14 104:10 108:4 109:16 109:19 112:7 115:14 116:15 116:20 123:5 126:11 128:5 129:15 134:5 135:23 139:15 140:14 143:10 143:11 143:17 143:17 145:15 149:1 151:16 152:8 164:21 173:8 177:9 178:12 178:25 202:12 203:13 222:5 222:5 223:7 224:8 |
| | | **designate**(2) 53:3 93:18 | | | | |
| | | **designated**(2) 15:16 113:4 | | | | |
| | | **designation**(1) 53:8 | | | | |
| | | **designed**(1) 115:10 | | | | |
| | | **designee**(6) 48:8 48:16 49:10 50:3 51:17 53:12 | | | | |
| **december**(3) 82:20 83:5 85:23 | | **designees**(1) 49:23 | | **director**(1) 107:22 | | |
| **decide**(1) 157:3 | | **designer**(1) 198:19 | | **disagreed**(1) 139:20 | | |
| **decided**(1) 173:2 | | **designing**(1) 159:15 | | **discharged**(3) 136:4 142:3 143:8 | | |
| **decision**(4) 163:10 171:5 201:15 225:17 | | **desk**(1) 159:9 | | **disclose**(1) 183:21 | | |
| **decision-making**(1) 38:19 | | **despite**(1) 8:10 | | **disclosed**(1) 200:18 | | **done**(30) 4:12 13:4 13:8 13:14 72:23 91:14 91:16 93:17 108:8 108:10 110:13 111:12 114:16 117:1 125:6 125:6 125:10 127:7 129:14 130:10 133:6 133:6 141:15 143:23 152:23 159:20 189:17 217:18 218:22 224:11 |
| **declarant**(1) 39:16 | | **detail**(3) 32:14 100:4 102:18 | | **disclosure**(12) 13:22 13:24 118:21 183:17 183:19 184:12 184:13 189:11 190:1 190:4 190:10 190:12 205:25 | | |
| **declaration**(1) 39:25 | | **details**(1) 146:25 | | | | |
| **declare**(2) 126:11 126:18 | | **determine**(5) 88:10 128:4 157:4 162:25 206:14 | | | | |
| **declining**(2) 73:9 73:11 | | | | **disclosures**(4) 146:24 183:22 184:16 187:4 | | |
| **decreased**(1) 58:15 | | | | **discuss**(6) 35:4 92:21 108:24 129:21 160:22 213:14 | | |
| **deed**(26) 78:9 78:14 78:22 79:5 79:15 79:22 81:5 81:5 89:25 90:18 106:21 117:11 117:11 121:1 121:9 122:25 125:5 130:25 149:14 150:2 150:12 150:13 150:1 151:20 151:24 206:18 | | **determined**(3) 12:24 13:9 13:10 | | **discussed**(11) 7:6 7:11 7:22 15:3 39:11 60:8 68:7 80:6 80:8 127:6 216:25 | | **don't**(14) 28:1 42:17 44:1 67:25 74:7 75:4 75:18 87:13 128:25 130:4 143:11 145:7 150:10 204:14 |
| | | **determines**(2) 114:12 181:21 | | | | |
| | | **develop**(3) 158:11 159:2 185:19 | | | | |
| | | **developed**(2) 185:19 185:23 | | | | |
| **deeds**(6) 129:24 130:1 130:2 130:10 130:13 152:1 | | **developing**(1) 160:21 | | **discusses**(1) 65:6 | | **door**(4) 39:10 112:13 127:8 150:25 |
| | | **development**(1) 156:17 | | **discussing**(1) 80:17 | | **double**(4) 39:15 39:20 42:20 42:23 |
| | | **deviates**(1) 115:9 | | **discussion**(5) 37:24 65:24 68:11 121:15 218:6 | | **down**(31) 11:4 20:17 20:18 23:3 26:16 34:9 37:12 46:20 57:9 58:10 61:18 62:8 62:14 62:15 62:18 95:4 100:2 103:19 158:18 168:12 198:22 199:1 199:8 200:19 212:1 212:7 214:2 214:23 220:21 220:23 220:24 |
| **default**(27) 9:5 11:20 78:15 120:21 121:4 121:6 121:15 121:17 121:17 121:20 122:18 122:19 122:23 123:5 123:8 129:9 129:13 129:14 130:23 137:15 138:3 138:10 138:11 138:13 138:17 139:23 220:18 | | **deviation**(1) 116:11 | | **discussions**(4) 216:16 216:21 216:23 | | |
| | | **diaz**(1) 1:37 | | **disposed**(1) 19:7 | | |
| | | | | **disputed**(1) 140:9 | | |
| | | | | **distinct**(2) 84:13 84:17 | | |
| | | | | **distinction**(2) 115:16 129:25 | | |
| **defaulted**(1) 68:9 | | | | **distribution**(3) 99:12 102:11 102:13 | | **downgraded**(1) 201:15 |
| | | | | **district**(2) 1:2 143:13 | | |
| | | | | **division**(1) 156:5 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| downturn(2) 73:2 73:5 | | end(16) 11:14 16:4 27:25 79:14 79:15 | | every(16) 7:16 30:3 53:10 108:16 110:3 | | expert(9) 93:14 106:2 106:9 109:12 | |

**downturn**(2) 73:2 73:5
**dozens**(1) 114:19
**draft**(1) 110:4
**drastically**(1) 157:22
**drop**(5) 37:25 38:16 38:24 39:1 177:2
**dropped**(2) 38:13 59:13
**dual**(1) 117:4
**due**(2) 69:6 120:4
**during**(19) 31:21 32:23 35:12 39:6 40:10 47:25 49:11 49:20 67:17 67:21 83:13 92:12 92:21 100:5 102:19 149:13 187:15 211:6 222:25

**e-i-l-e-e-n**(1) 155:6
**e-l**(1) 213:7
**e-l-e-a**(1) 214:13
**e-s-q-u-i-r-v**(1) 213:7
**each**(8) 51:18 51:20 117:23 124:18 146:9 147:12 152:13 190:20
**eagle**(1) 7:20
**earlier**(5) 24:2 94:2 118:10 118:23 131:19
**early**(2) 39:24 203:24
**easier**(1) 128:20
**easiest**(1) 120:9
**east**(1) 116:25
**easy**(1) 127:20
**ecro**(1) 1:35
**edited**(1) 111:15
**educational**(1) 105:18
**edward**(1) 1:2
**edwards**(22) 1:26 104:15 104:16 105:8 111:1 111:18 112:1 116:22 119:9 119:15 119:18 119:23 119:24 127:22 134:6 135:1 138:20 139:25 140:1 140:19 153:16 153:24

**effect**(2) 15:16 15:19
**effects**(1) 197:5
**effectuate**(1) 131:13
**efficiency**(1) 17:15
**efficient**(3) 156:14 159:23
**eight**(1) 197:25
**eighteen**(1) 99:17
**eighty**(1) 65:18
**eighty-five**(1) 65:18
**eileen**(4) 3:14 52:14 155:3 155:6
**either**(21) 49:4 109:3 110:4 112:11 112:15 113:7 113:9 117:15 117:19 125:15 125:22 125:23 139:5 144:10 147:9 153:21 155:9 162:3 167:1 194:18 195:3

**elea**(7) 214:11 214:12 214:16 215:6 222:1 223:1 223:5

**electronic**(3) 1:43 78:22 227:4
**eleven**(1) 34:17
**eliminate**(1) 76:11
**else**(6) 38:25 42:6 124:5 127:13 149:19 216:17

**email**(29) 6:1 6:6 6:8 6:21 6:24 9:19 9:22 10:4 10:10 10:20 12:20 39:10 39:13 39:19 39:21 39:22 40:10 40:15 46:6 46:10 68:18 68:25 69:1 69:9 69:13 69:19 69:21 69:21 209:15

**employed**(5) 155:16 155:18 164:23 196:11 196:13

**employee**(2) 188:6 189:2
**employees**(3) 68:23 69:10 157:12
**employer**(1) 52:15
**employment**(9) 105:9 160:10 179:20 187:23 195:23 196:7 197:15 197:20 197:2
**empowers**(1) 90:3
**enable**(1) 8:6
**encouraged**(2) 141:4 141:11

**end**(16) 11:14 16:4 27:25 79:14 79:15 93:9 93:12 108:2 110:6 112:22 113:6 118:18 183:13 184:14 184:18 215:15

**ended**(1) 131:20
**ending**(2) 79:11 101:2
**ends**(1) 183:14
**enforce**(1) 86:14
**engagement**(1) 106:5
**engines**(1) 195:4
**enhancements**(1) 156:13
**ensured**(1) 117:17
**enter**(5) 173:3 179:24 185:6 186:3 194:21
**entered**(15) 88:16 159:3 160:2 185:3 186:11 186:13 187:10 187:13 188:1 188:8 189:4 189:10 189:15 189:22 194:22

**entering**(2) 187:6 187:6
**entertain**(1) 13:5
**entire**(3) 10:23 17:4 137:11
**entities**(1) 112:16
**entitled**(5) 54:7 54:17 56:11 58:3 123:2
**entity**(6) 80:25 84:13 84:17 135:21 214:10 214:11
**entry**(4) 179:18 192:12 192:22 192:25
**equifax**(15) 170:13 175:20 175:20 178:20 181:9 182:6 182:10 182:11 182:22 186:18 187:10 188:10 189:17 190:16 192:18
**equity**(4) 37:17 66:1 213:21 215:18
**equivalent**(1) 87:3
**erase**(1) 137:15
**erin**(2) 1:26 104:15
**error**(3) 30:12 221:18 221:18
**escalated**(1) 163:9
**escero**(1) 9:16
**escrow**(29) 22:25 34:17 116:23 117:1 117:2 117:13 117:15 117:16 117:20 117:22 117:24 118:2 118:2 118:7 118:10 118:13 118:19 119:7 122:13 138:1 145:20 145:24 198:21 199:4 199:7 203:15 206:18 222:8 223:2
**especially**(1) 22:2
**esq**(9) 1:24 1:25 1:26 1:27 1:28 1:29 2:5 2:11 2:12
**esquivel**(13) 3:15 11:24 12:3 17:25 49:21 93:13 212:6 212:19 212:23 213:3 213:7 213:14 216:8
**esquivel's**(1) 93:19
**essence**(1) 136:16
**essentially**(2) 120:21 129:8
**establish**(2) 55:13 63:24
**establishes**(1) 209:11
**estate**(8) 13:22 13:24 86:18 107:10 107:13 118:1 160:11 179:20
**estates**(1) 139:12
**estimated**(1) 203:12
**eureka**(1) 132:20
**even**(20) 13:1 13:5 39:1 49:15 50:4 67:15 67:25 74:1 120:25 125:6 130:11 130:20 132:3 135:4 140:8 181:25 182:8 182:12 207:6 221:3
**evening**(1) 189:25
**event**(1) 39:24
**eventually**(2) 159:18 219:25
**ever**(34) 8:25 9:5 9:8 11:22 11:23 12:2 15:6 32:19 33:1 34:1 34:10 66:9 67:16 67:22 68:5 81:22 82:18 83:1 105:16 107:2 107:12 109:8 109:12 109:21 110:10 114:1 114:21 135:9 160:18 161:1 163:12 164:23 190:24 222:11

**exhibits**(4) 94:5 177:15 177:16 226:5
**existed**(1) 120:3
**expected**(2) 10:14 10:17 223:10 224:25
**expenses**(1) 137:6
**experience**(6) 109:17 148:14 148:16 152:9 152:12 152:24

**every**(16) 7:16 30:3 53:10 108:16 110:3 111:7 118:1 120:13 128:7 132:5 132:13 146:6 147:6 147:12 152:13 202:3

**everyone's**(1) 192:4
**everything**(7) 158:14 160:8 160:12 170:6 197:14 201:3 216:13

**evidence**(5) 132:24 143:22 225:7 225:8 225:16

**evidences**(1) 138:15
**evidencing**(1) 195:25
**exact**(4) 108:4 135:18 135:21 188:1
**exactly**(3) 141:8 179:15 217:18
**exam**(1) 213:19
**examination**(9) 29:10 47:25 48:3 97:17 105:7 153:15 155:11 210:5 213:12

**examined**(1) 39:7
**example**(2) 113:3 132:11
**excellent**(1) 226:7
**except**(3) 86:18 120:15 120:18
**exception**(52) 34:8 34:25 35:20 36:3 36:23 37:2 37:6 38:1 38:2 38:5 39:2 58:4 58:6 58:15 59:3 62:5 62:11 66:12 68:2 68:3 76:13 123:13 135:2 169:11 169:13 174:9 174:13 178:8 198:8 198:9 198:10 198:14 198:16 199:14 199:18 203:3 204:2 204:6 204:12 208:10 208:14 208:24 209:17 209:20 209:23 211:4 211:7 211:12 211:13 216:24 217:3 217:17

**exceptions**(3) 116:14 134:4 139:2
**excerpts**(2) 60:7 63:22
**excess**(2) 222:15 222:15
**excluded**(3) 49:20 75:8 75:17
**exclusive**(1) 113:25
**excuse**(2) 109:25 222:21
**excused**(4) 46:21 139:18 139:18 154:1
**execute**(1) 153:19
**executed**(2) 89:23 98:6
**executive**(6) 67:2 95:5 95:9 95:11 162:3 162:24

**exempt**(1) 112:16
**exercise**(1) 130:9
**exercised**(1) 130:16
**exercising**(1) 139:3
**exhibit**(128) 5:24 7:1 9:17 12:9 14:8 15:1 16:3 16:16 16:20 17:5 17:16 17:19 22:9 22:12 25:16 31:24 32:7 33:4 39:11 41:21 50:19 51:5 53:9 53:11 54:2 54:4 54:7 54:10 54:11 54:15 56:9 56:21 56:23 56:24 57:4 57:24 59:3 60:10 62:5 64:4 66:20 67:1 68:24 75:6 75:13 75:16 75:20 77:18 77:23 78:6 79:12 79:24 80:2 83:8 87:6 98:7 98:11 101:20 119:10 147:18 150:4 150:11 160:13 166:4 167:19 173:15 174:2 175:23 177:8 177:22 178:13 178:18 180:13 180:19 181:4 182:14 182:15 182:20 183:10 187:17 188:2 188:4 188:23 189:12 190:6 190:9 191:2 191:8 191:11 192:6 192:11 192:19 192:20 192:20 199:19 199:22 202:21 204:8 204:15 205:2 210:16 210:17 210:13 210:20 210:22 210:23 216:1 216:8 218:25 219:1 219:2 219:11 220:11 220:12 220:16 221:22 222:5

| | | |

**far**(2) 71:2 166:15
**fast**(2) 26:13 133:16
**faster**(2) 18:10 64:22
**fault**(3) 28:18 38:7 212:25
**fax**(4) 12:20 13:19 16:4 209:15
**faxed**(1) 22:22
**feature**(5) 178:7 179:22 180:8 181:1
**features**(2) 150:9 213:18
**february**(2) 12:17 12:18
**federal**(3) 123:17 160:7 160:8
**fee**(5) 52:16 165:13 165:16 165:20 166:9
**feel**(4) 32:19 32:22 33:1 106:25
**fees**(5) 72:9 136:23 137:6 138:1 138:1
**fell**(2) 222:15 223:14
**felt**(2) 38:22 217:16
**few**(3) 60:21 109:5 144:25
**fiancée**(1) 220:1
**fico**(13) 55:4 56:3 57:9 58:7 59:3 116:9 116:21 169:1 169:6 169:17 174:2 174:4 190:13
**fidelity**(4) 221:21 222:20 222:21 223:22
**field**(8) 169:10 180:6 180:7 180:9 180:10 180:15 187:25 211:6
**fields**(1) 160:2
**fifteen**(3) 77:21 92:17 188:9
**fifty**(1) 109:18
**fifty-five-cents**(1) 17:13
**fifty-page**(1) 63:22
**fifty-thousand-dolla**(1) 68:5
**figure**(4) 40:21 53:13 53:14 225:3
**figured**(1) 6:15

| | | |

**expert**(9) 93:14 106:2 106:9 109:12 109:23 110:10 111:19 143:9 159:8
**expiration**(1) 125:23
**expired**(1) 162:16
**expires**(1) 137:5
**explain**(6) 106:17 116:23 119:25 133:10 138:23 141:23 166:20 179:14
**explaining**(2) 21:16 138:21
**explains**(1) 10:10
**extension**(3) 11:5 11:9 11:11
**extent**(5) 88:2 98:5 136:4 201:7 207:22
**extinguish**(1) 141:21
**extinguished**(1) 139:22
**extinguishes**(4) 137:8 137:9 137:11 141:18
**extra**(2) 17:1 17:4
**fact**(25) 6:23 8:10 12:1 38:18 42:4 42:19 45:3 52:9 52:15 62:22 62:24 63:20 67:25 74:18 74:23 74:25 83:4 87:3 88:14 93:15 114:25 130:3 138:15 146:10 203:3
**factor**(1) 176:17
**factors**(2) 198:15 204:3
**facts**(3) 106:24 106:25 144:16
**failure**(2) 76:15 121:17
**fair**(6) 11:23 153:4 153:9 193:8 202:25 206:22
**fairly**(2) 117:9 213:10
**faith**(1) 135:3
**fall**(1) 113:7
**falling**(3) 137:4 223:19 223:23
**falls**(2) 125:11 140:3
**familiar**(11) 147:14 150:13 151:19 161:5 161:9 161:15 161:18 161:22 164:15 164:19 164:21
**fannie**(5) 113:11 113:11 120:24 128:19 195:4

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**file(39)** 6:12 52:8 118:19 118:24 131:24 132:13 132:25 133:3 146:11 167:2 170:8 176:9 183:20 186:14 187:7 187:13 187:21 187:24 188:7 189:3 189:7 189:8 189:13 190:3 191:15 194:12 194:13 194:14 194:19 194:19 194:24 195:11 196:2 197:13 200:1 201:4 201:14 207:11

**filed(6)** 7:8 7:11 8:3 8:10 18:20 138:17
**files(6)** 106:20 106:21 132:2 145:16 162:20 162:22

**filing(5)** 6:9 6:17 86:18 130:23 157:21
**filings(1)** 157:25
**fill(5)** 145:5 145:9 146:7 146:8 216:12
**filled(4)** 23:13 23:14 23:24 146:12
**filling(1)** 22:18
**final(11)** 11:18 125:4 140:2 140:5 146:15 206:4 206:7 206:9 206:11 206:13 206:17

**finally(1)** 46:1
**finances(1)** 220:10
**financial(4)** 28:7 50:9 213:17 214:3
**financing(16)** 14:24 15:25 20:13 20:23 21:11 33:7 40:25 43:19 45:4 71:7 71:10 77:4 205:5 205:19 206:21 210:11

**find(12)** 66:14 67:21 87:3 115:3 118:24 125:11 133:4 145:2 145:12 146:11 146:17 146:22
**findings(1)** 4:11
**fine(7)** 18:9 32:12 104:2 120:10 177:16 177:19 213:11

**finish(2)** 132:7 225:15
**finished(1)** 61:25
**fired(1)** 105:16
**firm(2)** 214:1 214:6
**firms(2)** 213:20 213:21
**first(70)** 9:2 14:20 31:21 42:17 64:16 64:16 66:25 68:17 69:6 73:18 73:19 73:20 73:22 74:21 77:16 83:14 85:12 86:13 86:25 87:2 88:8 88:9 88:20 104:24 106:20 113:23 121:21 123:21 124:7 128:3 133:12 135:15 135:19 135:20 135:24 136:2 136:3 141:5 141:15 146:21 148:5 160:21 167:23 167:25 168:3 174:8 174:10 178:2 182:4 182:9 182:16 183:1 186:5 188:14 188:15 189:7 189:9 189:22 192:22 193:5 193:16 208:14 210:14 210:22 211:9 211:16 213:1 213:23 220:15 221:8

**fit(7)** 113:15 114:9 114:17 115:14 115:18 115:23 116:2
**fits(1)** 157:4
**fitting(1)** 115:17
**five(23)** 4:21 4:22 17:22 47:3 63:21 87:5 87:9 93:17 112:10 113:18 114:3 114:10 114:15 114:17 136:19 136:22 136:22 137:21 137:25 154:10 186:2 198:4 212:7

**five-and-a-quarter(1)** 106:8
**five-hundred(1)** 196:1
**five-hundred-thousand-dolla** 198:20
**fixed(1)** 146:19
**flexibility(1)** 116:19
**flight(1)** 154:5
**flood(8)** 178:11 180:1 181:19 181:20 181:21 181:22 181:22 195:1

**floor(1)** 1:31
**floored(1)** 35:2
**flow(6)** 119:14 119:22 128:2 156:14 159:20 159:21

**flowed(2)** 159:19 160:2
**flows(1)** 124:24
**focusing(1)** 112:6
**follow(5)** 130:6 130:21 130:22 132:4

**follow-up(1)** 217:1
**followed(3)** 160:1 160:25 218:3
**foolish(1)** 105:15
**for(301)** 1:2 1:22 2:4 2:10 3:5 3:11 4:11 4:13 8:8 11:4 15:6 18:7 18:20 20:3 20:8 20:22 22:7 25:2 27:20 30:9 30:12 30:16 31:10 31:15 32:3 33:7 33:9 33:21 34:8 34:10 34:15 35:22 36:10 37:13 37:18 38:4 39:17 40:19 41:16 43:24 44:14 47:17 47:18 47:24 48:10 48:23 49:23 49:25 50:10 51:18 51:19 51:21 52:6 52:11 52:16 52:17 53:5 53:12 53:14 55:1 55:4 55:5 55:9 55:13 55:24 56:3 56:6 57:9 57:12 57:16 58:11 58:19 59:14 59:15 60:22 61:10 62:19 62:22 62:24 64:11 65:1 67:2 67:5 67:11 67:17 68:16 69:5 70:24 71:15 72:17 72:20 74:18 74:23 74:25 75:23 79:4 76:14 76:18 77:3 78:9 78:15 78:24 79:5 83:12 83:15 84:9 85:18 86:23 88:2 88:20 89:25 90:19 90:21 90:24 91:18 91:24 92:3 92:10 93:4 93:7 93:16 94:11 95:9 95:11 96:17 96:24 98:8 101:12 102:17 103:3 103:10 104:21 104:22 105:13 106:8 106:10 106:24 106:24 106:25 108:2 108:6 109:6 110:7 110:17 110:18 111:11 111:11 111:19 112:13 113:14 113:19 114:3 114:13 114:20 114:21 115:6 116:19 117:2 117:2 118:15 119:14 120:15 120:18 121:15 122:3 122:5 122:5 122:23 123:3 123:5 125:21 126:4 126:5 126:6 126:12 126:16 126:24 127:11 130:23 132:4 132:11 132:19 134:2 134:13 134:18 135:23 135:25 137:24 137:25 139:14 141:19 141:22 142:7 142:12 142:13 142:21 142:23 143:4 145:6 145:7 145:9 145:24 146:4 146:6 146:9 146:16 147:13 147:18 147:25 148:25 149:25 150:8 152:2 154:2 154:10 154:20 155:3 155:4 156:4 156:12 156:14 156:15 156:15 156:19 157:6 157:7 157:25 158:25 159:2 159:8 159:9 159:10 159:11 159:23 163:5 163:24 164:2 164:6 164:11 164:20 165:1 165:6 166:22 167:23 167:25 168:5 169:2 169:10 169:17 169:21 170:1 171:14 173:18 173:22 174:2 174:4 174:14 174:19 175:23 176:18 177:11 178:5 178:24 179:5 180:15 181:7 181:13 183:2 183:10 185:1 185:2 185:20 186:8 187:15 188:15 188:16 188:20 189:8 189:1 190:10 191:15 192:12 192:17 192:22 193:7 194:15 196:12 197:5 197:8 198:10 198:12 198:23 199:17 199:18 199:24

**for(37)** 199:25 200:11 200:19 203:8 203:23 205:5 206:23 207:1 207:21 210:10 210:14 211:1 213:3 213:4 213:15 213:20 213:24 214:3 214:9 214:20 215:4 215:8 215:8 215:13 216:10 218:4 218:5 219:8 220:5 221:6 222:6 223:2 223:20 223:20 224:14 224:17 226:18

**foreclose(3)** 9:10 68:10 91:3
**foreclosed(6)** 77:9 77:16 84:3 91:7 135:16 136:3

**foreclosing(4)** 41:2 125:1 133:19 143:7

**foreclosure(91)** 8:7 8:11 10:7 11:9 11:12 11:22 42:12 68:16 72:7 74:2 74:2 74:4 74:23 77:11 77:12 77:14 83:17 86:14 90:12 90:23 91:11 91:14 100:4 100:4 102:18 102:19 105:3 106:21 107:6 107:17 108:2 108:13 109:5 109:6 109:10 110:2 110:3 110:11 110:16 111:20 111:22 120:1 120:6 120:7 120:14 121:7 122:5 124:12 124:12 127:16 127:18 128:13 128:17 128:18 128:23 129:12 129:16 130:19 131:13 132:7 133:10 133:11 133:11 133:1 133:15 133:17 133:22 134:13 134:24 135:5 135:19 135:22 135:24 136:2 136:7 136:10 136:12 136:18 136:23 138:16 139:1 140:5 140:6 140:12 141:5 141:18 142:8 142:14 142:42 147:6

**foreclosures(2)** 107:21 139:1
**foregoing(1)** 227:3
**foresaw(1)** 73:2
**form(7)** 146:4 146:10 146:11 147:2 160:7 160:8 220:2

**former(1)** 137:13
**forth(12)** 51:24 53:1 108:11 110:21 123:21 123:24 128:20 132:16 136:8 136:23 146:25 147:3

**forward(5)** 8:7 74:23 90:4 115:6 139:3
**found(8)** 35:20 36:2 36:7 36:22 105:21 211:4 219:11 220:16

**foundation(11)** 21:2 36:4 38:8 55:10 55:13 59:19 97:22 100:18 185:9 200:7 200:21

**four(16)** 7:4 7:5 78:16 78:17 87:5 87:9 112:24 118:17 120:16 120:17 134:5 145:1 154:10 169:15 183:13 184:18

**four-million(1)** 222:18
**fourteen(5)** 124:2 124:3 125:6 125:7 189:5
**fourteen-minut(1)** 187:14
**fourth(1)** 168:13
**fox(1)** 2:13
**frankly(2)** 87:16 130:4
**fraud(2)** 135:4 162:21
**freddy(5)** 113:11 113:12 120:24 128:19 195:4

**frequent(1)** 109:16
**frequently(5)** 115:1 118:9 120:20 124:14 145:11

**friday(4)** 34:16 35:12 203:14 209:3
**friedman(2)** 68:22 69:25
**friedman's(1)** 69:9
**fringes(1)** 116:14
**from(133)** 4:7 5:10 8:4 9:19 13:19 20:6 21:15 26:9 34:21 36:7 38:13 39:2 39:23 39:25 40:3 40:15 41:1 44:6 44:13 47:25 58:15 59:13 63:22 68:10 69:2 70:12 72:24 73:24 74:23 75:1 76:12 77:3 81:15 81:24 82:3 84:13 84:17 87:6 87:7 91:19 91:24 91:25 92:1 92:4 94:2 96:6 96:7 104:16 105:14 105:19 107:22 115:10 116:25 122:12 122:10 122:11 124:24 125:17 125:24 128:19 128:19 129:11 131:3 132:9 137:4 139:9 139:13 142:15 142:16 142:22 142:23 143:4 144:1 144:4 148:11 157:15 160:12 164:8 164:25 165:6 165:13 165:14 165:15 165:16 166:9 169:20 172:23 172:25 173:2 173:4 173:5 174:7 174:8 174:11 174:15 180:6 181:12 182:6 182:10 183:20 185:2 185:4 186:17 186:17 187:10 188:10 189:1 189:17 189:23 190:16 190:24 191:13 191:15 192:13 192:15 192:18 192:23 195:24 195:25 203:25 205:21 206:4 211:9 217:3 218:4 220:7 221:9 222:9 222:25 223:10 225:7 227:4

**front(5)** 41:9 41:21 53:21 102:16 202:22 207:3 215:15 216:19 219:1 220:12

**fulfill(1)** 119:4
**fulfilled(1)** 116:7
**full(39)** 4:12 70:1 133:19 167:2 170:8 170:24 171:1 171:2 172:16 172:16 172:19 172:19 172:21 172:22 176:9 183:20 186:14 187:7 187:13 187:21 187:24 188:7 189:3 189:8 189:13 190:3 191:15 194:12 194:18 194:19 195:12 195:14 196:24 196:24 201:25 201:25 202:1 207:11 213:6

**fully(1)** 171:4
**fully-funded(1)** 157:15
**function(1)** 160:25
**functioning(1)** 159:23
**functions(1)** 117:16
**fund(2)** 214:7 214:8
**funded(3)** 15:16 15:20 80:25
**funding(5)** 38:17 38:24 39:9 43:19 96:16
**funds(2)** 8:20 8:25 9:2 9:5 9:8 10:13 10:14 10:17 10:18 114:12 214:18 221:11

**further(10)** 29:3 46:17 92:8 103:15 126:25 153:11 202:7 210:1 211:24 224:2

**future(4)** 10:15 11:19 20:4 73:1
**gave(4)** 30:23 31:2 31:3 198:20
**geez(1)** 27:19
**general(3)** 113:17 152:18 214:17
**generally(18)** 41:12 48:11 106:2 106:11 108:15 113:24 118:12 121:7 123:13 127:12 128:8 128:23 131:14 137:4 149:22 151:18 153:22 201:12

**generic(1)** 120:2
**gentleman(2)** 53:3 219:8
**get(83)** 4:15 4:16 9:14 11:8 11:11 13:8 18:15 26:15 26:15 30:3 34:1 38:22 38:24 41:1 42:5 43:19 43:9 44:6 47:6 50:14 64:22 66:15 76:1 93:17 104:6 105:16 106:1 106:25 114:16 115:15 116:7 121:3 121:24 122:16 123:7 126:9 128:12 130:15 133:16 133:18 134:9 135:6 142:2 142:3 142:5 145:1 145:6 146:21 147:25 149:17 152:21 152:21 153:5 153:8 154:8 162:7 164:10 165:10 166:17 172:23 172:24 174:23 182:5 182:10 186:4 186:20 187:12 196:22 202:15 207:19 212:6 212:7 212:24 216:8 218:3 218:8 218:22 219:1 219:7 220:7 220:20 221:15 222:14

**gets(9)** 116:5 118:15 132:5 132:5 157:2 165:21 165:22 167:14 167:15

**getting(9)** 123:1 142:1 142:1 146:4 147:1 154:2 182:13 218:4 220:1

**gfe(3)** 187:23 188:6 189:2
**gift(8)** 219:12 219:13 219:16 219:22 219:23 220:3 220:4 220:6

**gist(1)** 127:15
**give(9)** 44:2 103:24 106:12 114:21 126:25 139:14 139:15 139:17 146:25 147:4 147:22 153:7 195:2 219:13 219:21

**given(10)** 34:7 34:11 47:23 48:22 53:8 106:23 117:22 117:22 118:21 129:7

**gives(1)** 122:1
**giving(3)** 206:21 222:11 223:10
**glad(1)** 127:11
**gloss(1)** 103:24
**go-to(1)** 156:12
**goal(1)** 159:25
**goes(10)** 16:19 32:11 69:4 69:7 75:23 136:10 134:12 134:13 167:11 167:13

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **going**(101) 8:17 9:10 11:12 15:19 17:16 22:6 23:20 26:9 31:1 31:18 32:8 37:13 38:22 38:23 38:24 39:18 39:19 40:2 40:17 41:5 41:12 43:22 44:8 44:10 47:1 60:23 63:2 63:23 65:19 68:15 73:5 90:8 92:10 92:12 92:14 94:7 95:14 114:7 114:14 114:16 115:2 115:14 118:23 118:25 121:1 124:23 125:18 126:20 131:19 132:20 135:8 135:11 139:3 143:4 145:19 148:5 148:15 150:7 150:17 150:18 150:22 150:2 151:3 152:25 153:8 160:14 163:11 171:24 183:10 192:4 202:9 209:20 209:23 211:15 216:14 217:11 217:14 218:1 218:2 218:2 218:8 218:8 218:11 218:21 219:24 219:24 219:24 220:23 220:23 220:24 221:6 222:1 222:15 222:18 222:18 223:4 223:4 223:5 223:21 225:3 225:24 | | **hand**(6) 47:16 104:19 147:17 155:2 177:17 213:2 | | **have**(271) 4:14 7:19 7:25 8:25 9:5 10:13 10:14 10:17 10:18 14:16 17:1 17:3 17:4 18:7 18:9 21:20 25:11 25:13 25:15 29:3 35:1 35:4 35:7 35:19 36:2 36:9 36:17 36:17 36:22 37:1 37:4 37:7 38:23 40:3 42:6 42:14 44:13 46:17 55:13 60:4 63:25 64:21 65:16 65:17 66:10 66:11 66:11 66:12 67:6 70:5 70:10 71:12 71:16 71:18 72:23 72:24 73:15 73:16 75:10 77:23 81:22 83:11 83:20 88:3 88:24 89:17 89:19 91:18 91:20 91:25 92:3 92:5 92:8 93:7 93:20 95:15 95:19 99:9 103:15 106:25 107:4 107:9 107:12 108:12 108:16 109:8 109:12 109:15 109:17 109:21 109:21 109:25 110:1 110:10 110:15 111:2 111:15 111:24 112:5 112:7 112:11 112:15 113:13 113:14 113:19 113:25 114:5 114:9 114:14 114:17 114:20 115:1 115:3 116:7 116:9 116:20 116:20 116:24 116:25 117:16 118:11 118:12 118:14 118:16 118:19 118:21 119:6 119:9 120:7 122:16 123:3 123:5 124:9 124:18 125:19 126:4 126:9 126:18 126:25 127:23 128:3 128:11 128:2 129:2 129:4 129:8 129:25 130:1 130:4 130:14 132:3 132:18 132:22 132:25 134:1 134:2 134:12 134:19 135:19 137:1 137:24 138:2 138:15 138:16 139:9 139:9 139:16 140:4 140:16 140:19 141:23 141:25 143:13 143:18 143:20 144:7 147:5 147:8 147:9 148:22 149:15 149:19 151:19 152:17 153:11 154:5 154:7 155:18 156:1 157:20 161:1 161:22 162:1 162:6 162:10 163:7 163:23 165:5 165:8 165:13 171:9 171:13 172:15 172:18 172:21 173:6 173:8 173:12 174:22 174:24 177:9 177:14 178:12 178:2 179:7 179:16 181:20 182:8 183:21 184:20 186:11 186:21 189:5 190:4 191:5 193:1 193:18 195:12 195:14 195:20 196:7 200:1 202:7 204:25 208:1 209:19 209:22 210:1 211:7 211:18 211:19 211:20 211:22 211:24 212:3 212:3 213:19 214:25 216:3 216:21 216:21 217:12 218:8 218:25 219:6 220:7 220:8 221:2 221:3 221:4 221:5 221:5 222:24 223:20 223:23 224:8 224:16 224:18 226:3 226:13 226:13 | | **her**(90) 22:20 22:22 23:14 23:24 25:18 31:3 35:9 35:10 35:11 35:23 37:6 37:10 37:11 39:20 39:20 40:1 40:3 40:11 54:12 55:25 58:15 58:18 58:22 58:25 59:9 59:14 59:14 60:7 62:8 65:25 68:1 68:2 74:22 88:3 91:21 96:22 104:6 164:21 165:6 165:8 165:20 168:3 169:11 169:14 174:18 175:5 175:5 175:21 175:21 179:20 179:20 180:15 182:16 184:6 185:13 185:15 191:22 195:18 195:19 196:8 198:10 198:20 200:19 203:5 203:5 203:16 204:1 206:21 206:25 207:12 207:18 209:7 209:8 209:12 211:5 211:21 211:21 216:10 216:23 216:25 217:2 217:11 217:14 217:17 218:1 218:5 218:20 220:9 220:9 223:10 |
| | | **handful**(6) 106:23 113:24 119:1 134:4 139:2 145:4 | | | | |
| | | | | | | **here**(29) 4:15 7:25 48:7 48:13 48:15 48:18 48:20 48:23 49:20 50:1 53:22 56:2 58:11 60:8 61:8 69:12 94:5 124:9 124:24 148:24 181:18 182:23 192:16 198:16 200:24 203:24 205:4 225:21 226:14 |
| **gone**(1) 142:5 | | **handle**(1) 157:24 | | | | |
| **good**(28) 4:4 4:5 5:16 5:17 5:18 48:5 48:6 64:23 89:4 89:7 93:3 94:15 94:16 94:17 104:15 105:6 128:1 128:3 132:1 148:17 154:18 155:13 155:14 166:10 212:15 212:16 213:14 226:19 | | **handled**(1) 118:2 | | | | **here's**(3) 114:6 129:9 150:22 |
| | | **handling**(1) 215:3 | | | | **hereinafter**(1) 78:23 |
| | | **hands**(1) 152:5 | | | | **hessen**(1) 2:4 |
| | | **handwritten**(3) 22:20 22:22 145:17 | | | | **high**(2) 116:9 222:17 |
| **goodness**(1) 135:11 | | **hang**(3) 23:8 98:17 150:11 | | | | **higher**(2) 127:13 171:13 |
| **got**(27) 13:15 23:13 23:24 33:19 34:20 37:10 45:24 99:8 102:16 105:19 109:17 116:8 116:8 125:9 125:13 139:24 165:13 165:18 166:1 167:17 180:23 182:4 184:8 186:6 191:9 220:8 221:1 | | **happen**(6) 134:5 135:14 143:1 152:9 153:8 201:7 | | | | **highest**(3) 124:25 127:13 177:3 |
| | | **happened**(13) 34:19 37:9 59:20 90:22 124:5 132:24 145:15 187:9 187:14 200:17 217:10 221:1 223:13 | | | | **highlight**(1) 108:23 |
| | | | | | | **highlighted**(1) 178:19 |
| | | | | | | **him**(16) 20:4 20:6 49:13 53:8 53:9 53:22 55:12 67:7 93:19 150:9 150:18 151:3 212:7 222:19 223:4 225:1 |
| **governing**(1) 127:17 | | **happens**(5) 53:24 117:6 145:11 172:13 178:5 | | | | |
| **government**(2) 120:24 124:12 | | | | | | |
| **graduate**(1) 105:20 | | **happy**(1) 226:1 | | | | |
| **graduated**(1) 105:22 | | **hard**(8) 25:20 37:13 40:19 43:18 73:1 113:8 194:13 194:14 194:14 | | | | **hindsight**(1) 72:23 |
| **granted**(3) 48:1 83:16 85:13 | | | | | | **hire**(1) 128:23 |
| **granting**(2) 144:1 198:14 | | | | | | **hired**(2) 128:17 128:18 |
| **greater**(1) 72:15 | | **harrisburg**(1) 1:39 | | | | **hires**(1) 130:11 |
| **greecher**(1) 1:27 | | **has**(45) 13:18 14:9 16:4 38:5 39:10 49:18 49:19 55:13 78:15 83:22 87:2 112:11 116:12 116:19 120:23 122:22 129:18 130:1 130:9 130:11 131:5 133:24 135:3 136:17 146:6 148:14 149:3 153:20 157:20 160:9 167:15 168:1 173:10 182:24 187:24 187:2 192:23 196:23 199:9 201:14 201:15 201:21 206:4 209:14 225:10 | | | | **his**(12) 20:9 20:15 20:24 21:17 21:21 28:18 50:2 63:19 63:19 148:14 148:16 150:8 |
| **gross**(8) 22:2 22:3 25:6 26:4 26:7 31:7 31:10 31:14 | | | | | | **history**(4) 38:3 80:24 105:10 149:2 |
| | | | | | | **hit**(4) 76:10 77:2 86:23 88:19 |
| | | | | | | **hits**(1) 75:14 |
| **ground**(1) 132:15 | | **hasn't**(1) 98:6 | | | | **hmit**(1) 82:24 |
| **grounds**(1) 75:17 | | **hastings**(1) 105:24 | | | | **hold**(4) 136:2 142:22 155:23 158:6 |
| **group**(11) 65:16 65:17 100:8 102:17 102:21 103:1 214:11 214:16 215:6 222:16 223:1 | | **hate**(1) 192:4 | | | | **holding**(1) 132:6 |
| | | | | | | **holdings**(1) 1:8 |
| **guarantee**(2) 122:1 122:6 | | | | | | **home**(75) 1:7 6:14 13:3 18:22 36:7 37:17 39:1 39:12 41:2 41:18 42:1 42:5 42:6 42:20 43:20 43:23 43:25 52:10 53:21 54:24 55:1 59:14 61:9 61:13 62:13 62:17 64:9 64:14 68:10 68:23 69:4 69:5 72:17 74:21 76:9 77:9 81:1 81:8 81:11 81:15 82:9 82:14 82:21 84:9 84:12 84:13 84:17 84:19 84:22 84:23 85:17 91:4 91:10 101:13 154:5 155:17 155:18 155:21 155:23 156:25 161:4 161:8 161:22 161:25 163:6 163:18 163:21 163:25 164:3 164:23 165:14 195:24 216:10 217:13 |
| **guarantor**(1) 134:2 | | | | **head**(1) 225:12 | | |
| **guess**(3) 63:2 159:19 211:14 | | | | **heading**(2) 76:4 102:17 | | |
| **guidelines**(6) 59:5 163:23 166:19 174:14 175:1 201:17 | | | | **hear**(5) 43:7 60:7 66:2 70:23 225:16 | | |
| | | | | **heard**(9) 58:14 58:17 65:23 70:8 88:14 127:10 141:1 141:7 143:6 | | |
| **guy**(1) 127:12 | | | | | | |
| **had**(103) 4:17 5:7 6:23 8:20 9:2 15:3 15:20 18:17 19:13 22:18 23:1 24:4 25:1 25:5 26:4 26:7 27:22 28:1 32:19 34:24 35:20 36:3 38:2 38:13 38:16 38:17 39:24 40:10 45:4 46:14 53:9 60:4 61:17 62:7 63:21 66:11 68:8 71:11 73:14 73:15 74:15 95:24 106:21 108:12 108:20 108:23 111:13 111:14 120:3 124:2 125:18 126:3 139:7 148:4 160:1 162:12 162:16 162:19 172:17 173:12 174:10 174:22 176:12 177:6 179:11 181:9 181:13 185:3 186:3 190:15 190:17 190:17 191:15 195:24 198:18 200:18 203:1 204:9 205:22 206:22 207:5 207:8 208:11 209:4 209:6 215:7 216:13 216:23 216:23 216:24 217:2 217:11 217:24 218:22 220:2 220:9 220:18 220:21 220:21 221:5 221:18 222:20 223:1 | | | | **hearing**(1) 226:23 | | |
| | | | | **hearsay**(9) 37:18 39:15 39:15 39:20 40:20 41:4 53:18 218:15 218:19 | | |
| | | | | **hedge**(2) 214:7 214:8 | | |
| | | | | **held**(3) 156:1 222:7 223:2 | | |
| **hadn't**(4) 13:10 187:11 189:16 207:5 | | | | **help**(5) 25:18 119:15 159:9 160:23 202:18 | | |
| **hahn**(1) 2:4 | | | | **helped**(3) 158:11 159:1 185:19 | | |
| **half**(3) 68:25 68:25 222:20 | | | | **helpful**(1) 177:18 | | |
| **half-million**(1) 223:3 | | | | | | |
| **halfway**(1) 20:17 | | | | | | |
| **hall**(1) 104:5 | | | | | | |
| **hammer**(4) 125:11 125:11 137:3 140:3 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **honor**(128) 4:4 4:8 4:9 4:10 4:17 4:22 5:8 5:18 12:12 16:24 17:9 18:8 19:23 20:25 21:5 22:10 29:6 30:3 36:19 39:6 39:22 40:7 40:9 40:15 40:22 41:6 42:24 45:10 46:18 46:23 47:5 47:7 47:12 47:23 48:2 49:8 49:9 49:17 49:22 52:4 51:6 52:24 53:6 53:8 53:21 53:25 61:19 62:1 62:3 63:18 64:1 64:2 64:21 64:25 66:22 72:6 75:16 76:8 76:19 79:9 80:15 87:11 88:10 88:23 89:6 90:6 92:8 92:24 93:3 93:5 93:8 93:22 94:24 97:21 98:15 100:17 103:17 103:21 103:25 104:3 104:4 104:15 105:5 111:18 111:24 119:9 140:22 147:17 147:22 148:10 150:7 150:20 151:13 153:1 154:3 154:7 154:18 154:23 166:3 177:10 177:14 179:4 180:20 184:11 185:8 185:10 192:8 200:4 200:20 201:10 202:10 202:14 204:20 210:1 210:4 212:5 212:11 212:15 218:15 224:7 224:15 224:21 225:13 225:19 226:4 226:8 226:21 226:22 | | **i'm**(115) 13:18 16:15 16:15 17:15 22:14 23:7 23:10 23:12 23:19 23:22 26:11 26:13 27:1 27:6 28:20 29:20 30:6 30:6 33:10 33:10 33:15 35:23 36:6 38:24 40:17 41:4 41:12 42:24 43:15 44:1 44:1 45:9 45:18 48:20 50:2 50:3 51:9 52:2 53:13 53:13 53:20 53:22 55:11 60:15 63:2 69:16 70:10 73:17 76:8 85:11 87:10 87:12 87:12 87:15 87:20 88:19 89:11 91:2 92:14 93:12 94:7 94:24 95:14 97:4 97:7 97:12 98:15 99:20 99:24 100:13 101:8 106:11 106:12 107:18 110:7 110:7 112:6 115:21 121:15 131:18 131:19 137:21 142:16 143:6 143:9 143:9 148:13 148:15 150:7 150:13 150:18 151:3 151:13 158:16 160:13 163:13 164:1 165:3 166:8 172:19 184:7 188:4 188:19 196:13 198:3 199:6 200:3 200:4 202:18 210:20 219:6 225:2 225:24 226:1 | | **information**(36) 23:18 23:24 28:11 28:14 30:23 31:2 31:3 37:1 48:22 122:1 122:7 122:15 153:5 159:3 159:18 162:18 168:13 169:20 172:23 172:25 173:4 174:3 175:10 178:8 179:18 179:19 179:23 183:17 186:1 186:3 186:5 194:22 197:12 198:13 202:3 202:4 | | **issue**(7) 126:1 129:21 136:5 163:2 196:25 197:1 200:13 |
| **honor's**(1) 150:10 | | **i've**(29) 75:11 99:8 102:16 105:11 105:16 105:25 107:18 107:25 108:8 108:20 109:6 110:3 110:13 110:17 111:4 111:9 111:12 111:13 111:13 111:14 114:19 125:13 132:13 138:2 143:6 148:18 177:15 213:17 213:18 | | **informed**(4) 65:25 215:19 216:13 217:11 | | **issued**(2) 54:20 57:6 |
| **honorable**(1) 1:17 | | | | **informing**(1) 220:17 | | **issues**(6) 93:7 127:9 143:3 144:1 156:13 226:5 |
| **hope**(1) 154:4 | | **i-a**(1) 96:7 | | **initial**(5) 201:13 205:25 206:3 206:5 206:5 | | **it's**(190) 4:10 7:4 7:6 11:4 13:19 16:3 |
| **hopefully**(7) 17:19 18:10 93:8 93:12 93:20 102:6 131:11 | | **i-c-o**(1) 58:8 | | **initially**(6) 46:14 55:17 55:20 55:24 150:3 183:20 | | 17:22 21:10 25:8 25:12 25:12 25:12 25:16 25:20 30:22 30:25 31:24 33:11 33:17 33:17 36:12 39:15 39:20 39:22 40:10 40:19 41:4 45:8 51:8 51:9 51:9 51:23 |
| **hoping**(1) 220:20 | | **i-n-e-z**(1) 47:21 | | | | 52:25 53:1 54:20 56:5 68:22 69:10 71:9 |
| **hour**(2) 106:8 182:11 | | **idea**(13) 35:20 36:2 36:17 36:22 37:1 37:5 37:7 38:5 107:1 115:1 144:7 149:19 152:15 | | **inputting**(1) 186:1 | | 71:9 73:1 83:4 87:4 87:5 87:8 87:9 88:21 |
| **hours**(3) 28:1 182:4 182:9 | | | | **inquired**(1) 68:9 | | 96:7 97:9 97:12 97:13 98:10 100:3 100:25 |
| **house**(7) 13:7 21:21 38:22 127:8 134:11 222:12 223:24 | | **identifies**(1) 129:10 | | **inserted**(1) 194:3 | | 101:5 103:11 103:21 104:1 105:2 107:23 |
| | | **ignore**(1) 172:14 | | **installment**(2) 121:18 121:19 | | 108:5 109:16 111:14 113:8 113:22 114:14 |
| **housing**(2) 73:2 73:5 | | **image**(1) 175:22 | | **instance**(1) 135:15 | | 114:15 115:12 119:5 120:8 120:9 121:5 |
| **how**(62) 17:10 21:16 27:17 28:1 31:18 31:18 32:11 35:19 35:20 35:23 36:2 36:17 36:22 36:22 38:21 45:23 45:23 49:15 65:14 88:24 94:15 94:16 101:3 106:1 106:7 109:15 114:18 118:1 131:21 155:13 155:18 156:1 159:19 159:19 160:9 160:23 160:24 161:18 161:20 162:2 164:17 165:3 165:3 165:10 166:15 167:25 175:15 177:2 180:5 185:13 185:25 194:6 194:9 194:9 198:2 199:13 214:12 215:3 220:4 220:19 222:10 223:9 | | **imagine**(1) 214:6 | | **instead**(5) 93:13 93:19 177:7 199:17 | | 121:21 122:6 123:12 123:13 123:16 124:9 |
| | | **immediate**(1) 10:15 | | **institutional**(2) 112:8 152:1 | | 124:17 124:25 125:7 126:23 127:7 127:7 |
| | | **impact**(4) 61:13 61:14 61:16 62:6 | | **institutions**(2) 112:14 113:24 | | 127:12 127:14 127:19 127:20 128:20 129:3 |
| | | **impaired**(2) 217:24 218:7 | | **instructed**(1) 117:21 | | 129:7 130:13 130:18 130:24 133:18 132:1 |
| | | **implications**(1) 38:15 | | **instruction**(1) 130:17 | | 133:2 133:13 133:16 133:16 135:8 135:9 |
| | | **important**(1) 217:16 | | **instructions**(13) 117:5 117:5 117:7 117:8 117:9 117:20 117:22 117:23 118:11 119:4 130:22 130:22 132:5 | | 135:21 136:3 136:4 137:2 137:3 137:4 |
| **however**(2) 120:20 124:7 | | **importantly**(1) 133:13 | | | | 138:14 138:25 141:14 143:8 145:17 146:12 |
| **hud-I**(2) 195:23 197:17 | | **imposes**(1) 139:8 | | | | 146:20 146:22 147:3 147:12 150:5 150:12 |
| **hud-1003**(1) 146:5 | | **imprisonment**(1) 32:12 | | **insurance**(4) 116:8 181:22 184:12 184:13 | | 151:9 155:6 156:25 157:12 160:8 160:8 |
| **huge**(1) 132:18 | | **in-state**(1) 112:14 | | **insured**(1) 117:17 | | 160:9 160:9 160:12 167:25 168:9 168:24 |
| **hundred**(1) 15:25 20:13 | | **inaccurate**(3) 28:11 28:15 146:22 | | **intend**(2) 4:10 223:20 | | 169:15 169:24 170:7 170:12 173:4 173:24 |
| **hundred-and-twenty-fiv**(1) 71:22 | | **inc**(9) 1:8 78:23 81:15 84:10 84:12 84:16 84:19 84:22 85:18 | | **intended**(1) 6:12 | | 174:3 174:15 175:17 175:21 176:17 177:2 |
| **hundred-and-twenty-five-tho**(1) 221:10 | | | | **intent**(1) 223:23 | | 183:16 183:17 183:21 184:13 184:16 |
| | | **incentive**(1) 164:25 | | **intention**(1) 21:20 | | 188:19 189:3 190:22 191:6 191:8 192:16 |
| | | **incentives**(1) 164:2 | | **interactions**(1) 34:14 | | 192:17 193:6 195:13 195:13 196:10 196:14 |
| **hundred-thousand-dolla**(1) 134:12 | | **include**(4) 72:22 121:7 200:11 221:13 | | **interest**(25) 10:21 17:15 43:12 43:23 | | 196:20 196:25 197:1 198:8 199:1 199:8 |
| **hundreds**(1) 64:11 | | **included**(2) 200:1 203:17 | | 43:25 44:10 44:15 58:22 62:9 72:1 72:22 | | 199:22 199:24 203:7 204:21 205:22 205:22 |
| **hypothetical**(1) 200:22 | | **including**(3) 137:11 169:23 203:17 | | 85:6 85:10 85:19 85:22 86:3 122:24 138: | | 206:16 206:25 209:9 210:14 213:17 214:1 |
| **i'll**(14) 5:4 18:14 40:22 42:16 43:1 64:11 71:19 76:17 88:22 93:23 120:8 139:10 154:8 226:18 | | **inclusive**(1) 59:4 | | 178:10 179:25 215:5 218:18 223:1 | | 214:3 216:1 218:17 218:18 218:21 219:2 219:8 220:14 221:24 221:25 225:20 |
| | | **income**(39) 21:17 22:3 25:6 26:4 26:8 30:16 31:7 32:4 160:1 170:24 171:1 171:2 171:3 171:6 171:12 172:15 172:16 172:19 172:19 172:21 179:20 194:20 195:12 195:13 195:14 196:8 196:8 196:10 196:14 196:16 196:21 196:23 196:23 196:24 197:15 197:19 200:2 201:25 201: | | **interesting**(1) 135:1 **intermediate**(1) 111:13 111:16 | | |
| | | | | **internal**(1) 158:15 | | **item**(8) 33:7 33:8 33:21 33:23 83:14 85:12 205:5 205:9 |
| | | | | **interpret**(1) 151:17 | | |
| | | | | **interrogatory**(1) 80:3 | | **items**(11) 18:21 19:8 21:8 114:15 114:17 116:7 116:16 145:4 168:16 181:18 193:13 |
| | | | | **interrupt**(1) 166:10 | | |
| | | | | **intimately**(1) 220:9 | | **iterations**(1) 145:14 |
| | | **increase**(5) 42:8 43:3 58:25 62:14 62:18 | | **intimidated**(1) 24:18 | | **its**(6) 85:13 85:14 85:14 86:14 90:18 |
| | | **increased**(1) 58:23 59:9 | | **into**(28) 6:15 13:17 18:21 20:4 23:20 32:18 | | **james**(2) 96:6 96:8 |
| | | **indeed**(4) 49:17 55:8 66:14 84:22 | | 32:25 58:10 60:21 64:14 68:15 103:8 | | **jane**(1) 6:2 |
| | | **independent**(1) 96:20 114:6 | | 113:7 113:15 114:25 115:18 145:5 158:14 | | **january**(1) 156:3 |
| | | **independently**(1) 197:18 | | 159:4 159:4 159:19 160:2 167:7 183:8 | | **jeepers**(1) 119:13 |
| | | **index**(1) 3:1 | | 186:1 203:15 223:1 223:5 | | **job**(4) 50:8 76:1 159:1 161:20 |
| | | **indicate**(1) 101:25 | | | | **jobs**(1) 105:21 |
| | | **indicates**(1) 191:20 | | | | **joint**(2) 117:2 117:5 |
| | | **individual**(3) 113:10 117:7 152:17 | | **introduce**(1) 40:15 | | **jointly**(1) 12:4 |
| | | **individually**(2) 213:22 214:9 | | **introducing**(2) 214:1 214:3 | | **jones**(2) 9:22 9:25 |
| | | **individuals**(1) 158:1 | | **invariably**(5) 116:6 125:14 125:21 132:2 138:19 | | **journal**(2) 108:17 108:18 |
| | | **industries**(1) 111:20 | | | | **journals**(1) 108:16 |
| | | **industry**(3) 108:25 109:4 177:2 | | **invest**(2) 65:19 223:5 | | **judge**(4) 1:18 109:22 142:1 143:9 |
| **i'll**(14) 5:4 18:14 40:22 42:16 43:1 64:11 71:19 76:17 88:22 93:23 120:8 139:10 154:8 226:18 | | **influence**(1) 38:18 | | **investment**(9) 65:15 65:21 77:5 84:18 84:23 91:4 113:10 213:19 214:18 | | **judgment**(10) 4:11 106:24 115:7 133:18 134:9 134:16 142:1 142:2 142:3 142:5 |
| | | **info**(1) 192:21 | | **investor**(2) 222:17 223:3 | | **judicial**(9) 120:1 127:18 133:11 133:17 133:22 133:24 134:13 135:4 140:12 |
| | | **inform**(1) 38:12 | | **investors**(7) 112:17 112:18 113:11 214:25 215:4 215:13 215:19 | | |
| | | | | | | **judiciary**(1) 110:12 |
| | | | | **involve**(1) 60:23 | | **july**(36) 8:3 34:15 46:3 56:23 56:25 57:3 73:25 74:5 74:21 84:6 85:25 86:4 86:7 86:10 88:16 168:9 168:10 168:22 169:11 169:14 173:21 181:12 191:20 191:23 191:24 203:14 203:20 203:25 205:24 206:20 207:2 208:15 208:17 209:3 210:19 217:4 |
| | | | | **involved**(22) 106:1 107:9 107:12 107:15 109:8 109:25 110:1 110:3 112:7 118:4 136:5 147:5 147:9 164:13 166:24 167:1 200:25 216:11 216:12 216:16 216:18 220:22 | | |
| | | | | **involvement**(1) 216:9 | | **jumbo**(1) 119:22 |
| | | | | **irs**(4) 27:19 123:15 123:18 123:19 | | **june**(8) 69:21 70:4 99:12 99:21 99:22 99:25 102:14 103:5 |
| | | | | **isaac**(1) 193:8 | | |
| | | | | **isn't**(25) 6:10 6:21 6:24 7:9 7:20 7:22 8:4 10:21 15:4 20:13 22:24 23:2 25:3 39:16 59:12 59:16 81:9 82:1 95:13 95:18 132:20 146:9 185:3 204:13 206:22 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **junior**(8) 122:25 123:6 135:19 136:1 136:2 141:4 141:15 142:22 | | **latoe**(39) 21:24 22:17 23:13 34:14 34:15 34:22 35:12 35:19 35:20 36:2 36:22 37:2 37:4 37:8 38:12 65:24 65:25 67:22 68:1 163:12 164:15 164:19 164:25 166:5 166:6 166:9 166:18 185:6 185:11 186:19 191:14 209:22 211:22 216:19 216:20 216:22 217:6 217:19 | | **liabilities**(4) 160:12 175:21 176:11 179:21 | | **loan**(301) 14:20 15:11 15:15 15:19 15:20 15:25 20:9 20:22 21:24 23:14 23:24 24:4 24:5 24:7 26:3 26:6 29:23 30:15 31:6 31:23 32:11 32:15 33:2 33:5 33:8 33:22 33:24 34:1 34:2 34:7 34:9 34:10 34:11 35:21 36:3 39:3 42:6 43:12 44:5 44:7 44:8 44:13 44:15 55:5 55:9 55:20 55:24 56:6 57:13 57:17 58:2 58:15 58:22 59:9 59:14 59:15 60:23 60:23 60:24 61:6 61:6 61:10 61:11 62:8 62:10 62:18 63:11 65:6 65:9 65:10 65:16 65:18 66:2 66:15 67:2 67:11 68:4 68:17 71:12 71:16 71:25 73:15 73:17 73:19 73:24 77:12 77:16 78:1 78:3 78:10 78:16 78:18 80:21 80:24 80:25 81:1 81:12 82:9 82:22 82:23 83:5 83:23 84:3 85:20 86:3 86:7 86:9 86:23 87:2 88:17 89:21 89:25 90:12 90:19 95:20 97:10 97:13 100:4 100:10 100:15 100:20 100:21 100:24 100:25 101:1 101:2 101:3 101:6 101:9 101:12 101:14 101:18 102:18 102:23 102:24 103:1 103:2 103:3 103:7 103:13 103:14 103:14 106:20 106:20 111:20 112:13 113:20 114:8 114:22 115:11 115:24 116:2 116:5 116:11 117:3 118:2 118:15 118:21 118:22 118:24 121:18 131:9 135:5 135:9 135:15 135:15 135:16 136:24 137:6 139:8 139:9 139:10 141:3 141:3 141:4 141:5 141:5 141:17 141:19 141:22 145:1 145:14 145:18 145:22 145:24 146:1 146:4 146:5 146:6 146:14 146:15 146:18 146:19 146:24 146:25 147:1 147:3 149:18 153:1 156:19 156:20 157:5 157:6 157:7 157:7 158:2 158:15 159:4 160:5 160:8 161:5 161:9 162:16 163:11 163:18 164:3 164:8 164:13 164:18 164:20 164:20 165:4 166:16 166:20 166:22 166:25 167:2 167:6 167:8 167:23 167:25 168:1 168:3 169:12 169:23 169:23 170:2 171:2 171:5 171:12 171:18 172:8 172:12 172:13 172:16 172:18 172:20 173:5 173:19 173:22 174:8 174:10 174:13 174:23 174:25 175:1 175:16 176:8 177:4 178:3 178:4 178:6 178:6 178:7 178:8 179:18 179:19 179:23 179:24 180:15 181:21 182:14 182:16 182:22 183:1 183:8 183:21 183:25 184:17 186:3 186:7 186:21 187:7 188:11 188:14 188:15 188:17 188:22 189:4 189:8 190:1 190:5 190:10 192:13 192:22 193:5 194:5 194:7 194:15 194:17 |
| **juniors**(1) 135:25 | | | | **liability**(1) 132:4 | | | |
| **junk**(1) 103:14 | | | | **liaison**(1) 156:15 | | | |
| **just**(83) 4:8 4:8 4:16 9:14 17:16 22:8 28:2 28:2 29:18 34:14 35:5 38:5 38:12 39:3 41:12 43:12 44:2 44:6 44:15 46:1 46:24 52:25 63:1 63:13 65:20 70:13 70:17 78:14 81:6 88:2 93:18 93:20 104:5 105:1 111:16 112:5 112:24 114:1 114:15 115:10 115:12 116:17 120:8 131:8 132:6 133:9 134:4 142:6 148:10 149:8 150:8 150:18 153:6 154:7 154:19 156:6 158:21 160:1 166:11 177:16 178:4 178:23 179:6 179:14 179:24 182:24 187:17 191:5 192:7 194:13 195:8 195:14 196:10 196:14 196:21 197:2 219:8 221:3 221:7 221:13 225:2 225:21 | | | | **liberal**(1) 116:18 | | | |
| | | | | **license**(1) 112:16 | | | |
| | | | | **licensed**(1) 105:11 | | | |
| | | | | **licensing**(1) 162:15 | | | |
| | | **latoe's**(3) 60:5 60:13 218:13 | | **lied**(1) 27:19 | | | |
| | | **latter**(2) 145:1 145:2 | | **lien**(11) 73:22 74:21 83:25 86:25 88:20 88:20 103:3 103:4 123:15 143:7 143:8 | | | |
| **justice**(1) 105:14 | | **laughter**(2) 17:14 185:24 | | | | | |
| **keep**(9) 41:2 43:20 76:11 115:13 132:14 182:13 208:18 215:21 223:21 | | **law**(21) 86:16 105:13 105:22 107:6 123:17 125:19 125:19 129:22 130:1 130:21 131:13 133:16 135:17 137:2 142:2 142:9 142:12 144:15 149:7 151:14 151:17 | | **lienholders**(2) 122:25 123:6 | | | |
| | | | | **liens**(1) 123:3 | | | |
| | | | | **light**(1) 40:5 | | | |
| **kept**(3) 63:16 138:22 162:17 | | | | **like**(56) 22:9 27:22 29:4 32:22 37:16 39:13 43:25 45:19 50:19 60:20 63:21 68:14 69:5 70:6 76:14 77:18 95:11 96:23 99:1 99:1 106:24 106:25 112:12 113:2 113:3 114:14 119:5 121:5 124:14 125:12 132:11 136:11 147:17 148:11 149:18 154:20 156:13 160:23 160:24 164:12 164:10 166:3 166:17 166:20 187:12 187:1 195:10 195:15 195:15 197:16 198:24 206:5 212:18 212:19 216:13 225:11 | | | |
| **kick**(1) 121:1 | | **laws**(3) 110:9 120:3 144:5 | | | | | |
| **kind**(10) 4:8 45:21 113:2 122:4 127:6 127:6 132:9 136:1 146:5 215:17 | | **lawyer**(2) 9:20 46:10 | | | | | |
| | | **lawyers**(1) 132:12 | | | | | |
| | | **lay**(1) 38:8 | | | | | |
| **kinds**(1) 146:17 | | **lead**(3) 36:18 47:25 61:23 | | | | | |
| **knew**(4) 204:1 207:7 207:12 209:22 | | **learn**(1) 217:3 | | **likely**(2) 116:16 121:6 | | | |
| **know**(136) 4:9 13:13 14:25 19:11 28:1 29:19 35:3 35:5 35:6 36:25 37:12 37:14 37:16 40:11 45:23 45:23 46:10 48:14 48:17 48:21 49:15 53:23 55:19 56:7 57:15 57:21 59:20 59:24 59:24 59:25 60:1 62:12 62:22 62:24 63:13 65:14 65:21 67:11 67:20 67:25 69:4 69:12 70:4 70:6 71:8 73:8 73:13 74:6 74:6 74:7 74:10 74:18 74:22 74:23 74:25 75:4 75:5 75:7 77:6 81:21 82:6 82:7 82:18 82:19 83:1 83:3 86:22 87:13 91:9 96:22 97:2 97:24 98:14 98:23 98:25 100:20 101:3 101:7 103:1 103:10 103:12 109:19 114:2 114:19 115:5 116:15 116:19 118:13 121:11 130:5 131:19 136:4 136:7 138:14 143:2 143:11 143:11 143:12 143:17 143:17 143:18 145:15 148:4 148:24 150:10 152:17 159:2 160:9 166:15 167:25 175:15 180:5 180:6 193:20 199:21 207:22 209:8 209:14 211:4 217:13 217:14 217:16 217:18 217:25 218:7 218:10 218:21 218:25 219:23 219:24 219:25 220:8 220:9 220:9 | | **leaseholders**(1) 123:6 | | | | | |
| | | **least**(12) 35:15 64:13 109:1 110:14 111:7 119:19 123:24 124:3 139:22 143:7 148:25 218:3 | | | | | |
| | | **leave**(6) 42:16 86:12 93:17 103:25 179:4 226:20 | | **limine**(1) 151:11 | | | |
| | | | | **limit**(1) 225:24 | | | |
| | | | | **limited**(6) 76:18 77:12 108:15 126:3 134:24 144:13 | | | |
| | | **leaves**(1) 136:3 | | | | | |
| | | **lectured**(1) 110:15 | | **line**(26) 23:7 23:7 23:12 25:23 25:25 26:2 27:1 29:22 30:1 33:2 33:3 33:17 60:20 60:21 61:2 63:20 100:7 113:10 130:7 176:17 178:19 180:24 181:9 181:10 199:1 199:1 | | | |
| | | **left**(8) 12:18 13:6 18:22 102:23 158:1 169:1 193:13 212:4 | | | | | |
| | | **left-hand**(5) 33:5 99:11 99:21 174:3 192:1 | | **lines**(3) 23:12 60:21 193:12 | | | |
| **knowledge**(2) 50:2 57:19 | | **legal**(10) 6:9 80:25 84:13 84:17 87:17 88:2 90:24 110:19 111:6 196:25 | | **liquidating**(1) 221:9 | | | |
| **knowledgeable**(4) 51:20 52:5 52:18 52:22 | | | | **liquidation**(1) 72:20 | | **loan**(69) 194:19 194:21 195:7 195:9 195:16 195:18 195:19 195:19 196:3 196:4 197:1 197:12 197:13 197:14 198:17 199:13 199:17 200:1 201:4 201:5 201:8 201:16 201:18 201:20 202:1 202:4 203:4 203:11 203:11 203:16 203:17 203:18 204:7 204:8 204:18 205:4 205:4 205:9 205:15 205:19 205:19 206:6 206:7 206:9 206:13 206:15 206:24 206:25 207:16 207:19 207:25 208:5 208:6 208:7 208:11 209:13 210:10 210:14 210:14 210:21 211:1 211:2 211:5 211:9 216:9 216:17 216:24 217:23 223:24 |
| **known**(1) 209:22 | | **legislation**(2) 110:1 110:8 | | **list**(10) 7:19 7:25 53:9 53:11 116:6 162:19 162:22 163:2 163:5 163:12 | | | |
| **knows**(2) 35:23 143:10 | | **legislative**(4) 111:6 111:21 127:17 132:10 | | | | | |
| **lacks**(5) 21:2 36:4 55:10 57:18 59:19 | | **legitimate**(1) 61:9 | | | | | |
| **lag**(1) 187:14 | | **lend**(3) 43:11 43:23 45:20 | | **listed**(11) 49:11 51:14 51:17 53:9 53:10 56:19 151:20 171:4 172:13 192:17 198:15 | | | |
| **land**(2) 108:21 123:7 | | **lender**(43) 78:3 78:23 79:5 112:5 113:6 113:13 113:21 114:11 114:24 115:1 115:7 115:9 116:2 116:12 116:17 117:3 117:22 118:12 126:8 130:14 133:20 134:17 134:22 135:18 136:6 139:14 141:2 141:8 143:3 147:14 149:13 149:22 150:1 150:3 157:4 157:6 206:14 | | | | | |
| **landscape**(1) 198:18 | | | | **listening**(1) 192:8 | | | |
| **lane**(1) 9:16 | | | | **listing**(1) 49:13 | | | |
| **language**(1) 121:8 | | | | **lists**(7) 55:4 57:10 58:7 67:1 79:21 190:12 197:14 | | | |
| **large**(2) 214:24 220:22 | | **lender/borrower**(1) 117:8 | | | | | |
| **larger**(1) 141:22 | | **lenders**(22) 43:18 43:22 44:2 78:24 112:3 112:6 112:9 112:13 112:24 112:24 113:8 113:15 115:6 121:13 136:1 141:3 142:13 142:21 145:18 146:20 163:20 218:21 | | **litigation**(2) 39:25 107:13 | | | |
| **larkin**(1) 6:2 | | | | **little**(14) 24:17 25:19 28:8 116:18 127:18 131:8 133:23 137:2 141:3 141:5 144:19 158:18 168:16 193:6 | | | |
| **larry**(1) 15:3 | | | | | | | |
| **last**(27) 15:14 29:22 46:1 46:2 70:10 78:16 80:11 80:22 81:5 89:1 89:5 93:13 97:9 97:11 97:12 97:13 100:3 102:4 105:7 112:10 113:18 114:2 126:17 178:19 190:9 198:25 213:7 | | **lending**(9) 43:24 107:16 108:13 108:25 109:3 109:9 110:2 110:16 146:24 | | **live**(5) 19:14 20:3 21:21 40:1 219:25 | | | |
| | | | | **llc**(3) 82:10 82:14 82:21 | | | |
| | | | | **llp**(2) 1:23 2:4 | | | |
| | | | | **loads**(1) 144:25 | | | |
| | | **length**(2) 52:11 63:10 | | | | | |
| | | **leslie**(1) 1:35 19:21 | | | | | |
| **lastly**(1) 127:5 | | **less**(4) 71:25 72:21 109:18 146:8 | | | | | |
| **late**(2) 121:4 136:23 | | **let**(24) 4:9 6:4 13:6 19:24 42:7 61:14 66:25 83:20 135:23 148:4 151:3 163:2 175:2 182:12 203:4 209:14 211:3 215:9 217:14 218:20 222:10 223:22 | | | | **loan's**(1) 130:18 | |
| **lately**(1) 133:24 | | | | | | **loans**(47) 8:21 8:25 9:3 9:6 15:16 62:19 63:16 64:13 68:3 68:23 74:12 74:19 76:12 77:4 98:9 100:4 101:15 102:18 102:18 112:20 112:20 112:25 113:16 114:23 115:14 116:15 144:25 145:3 152:7 156:23 157:14 157:15 161:2 161:23 163:5 163:7 164:6 164:12 165:1 165:20 179:17 180:3 181:20 194:16 200:11 211:14 215:17 | |
| **later**(13) 34:19 46:13 50:17 68:8 71:3 112:21 118:17 118:17 124:23 139:21 143:169:15 207:7 | | **let's**(33) 19:21 26:9 26:12 29:17 40:19 47:13 50:16 50:16 53:14 53:24 63:24 68:24 75:22 75:22 83:15 90:8 126:22 128:21 150:4 154:9 185:15 202:15 212:9 212:9 213:14 213:22 214:8 216:20 217:5 219:21 220:11 221:8 225:4 | | | | | |
| | | | | | | **lobbyists**(1) 110:5 | |
| | | | | | | **locate**(1) 65:1 | |
| | | | | | | **located**(1) 121:23 | |
| | | **letter**(8) 15:11 117:24 120:22 195:20 195:22 219:12 219:16 220:17 | | | | **location**(2) 123:20 123:23 | |
| | | **level**(2) 21:17 120:14 | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| **lock**(28) 54:17  57:6  167:4  167:5  167:5<br>167:13  167:14  167:23  168:8  168:17  168:1<br>168:21  168:24  169:1  169:21  172:25<br>173:18  173:22  173:25  174:3  174:5  174:7<br>174:8  174:17  174:21  186:4  186:21  206:16 | | **make**(41) 11:15  26:12  34:25  40:20  42:7<br>44:3  44:15  44:16  44:16  52:25  63:1  76:15<br>83:20  104:10  107:8  113:20  120:5  121:17<br>122:16  132:8  139:4  141:15  156:14  158:13<br>159:3  159:20  160:1  160:25  162:15  163:10<br>179:16  182:1  192:7  194:25  201:16  211:15<br>211:16  213:10  225:25  225:25  226:1 | | **means**(15) 50:4  112:12  139:4  139:19<br>141:25  142:1  142:6  158:11  168:22  170:24<br>171:2  180:25  193:2  196:21  199:7 | | **minus**(1) 108:5<br>**minute**(3) 104:6  171:19  226:6<br>**minutes**(7) 47:3  92:17  92:19  154:10  188:9<br>189:5  198:4 | |
| **locked**(6) 164:8  167:9  167:15  168:22<br>173:25  209:9 | | **makes**(2) 133:2  171:5<br>**making**(11) 27:16  27:18  31:7  46:7  96:13<br>145:21  156:13  159:22  159:23  159:24  225:6 | | **meant**(1) 141:23<br>**medical**(1) 93:16<br>**medium**(1) 114:16<br>**meet**(5) 112:18  112:19  114:7  163:23  175:1<br>217:10  217:11  217:21  218:5 | | **mischaracterize**(4) 8:22  42:11  42:22  63:19<br>**misrepresentation**(2) 21:24  33:2<br>**missed**(3) 42:13  136:22  158:21<br>**missing**(1) 33:10 | |
| **locking**(1) 167:7<br>**locks**(2) 167:1  167:6<br>**loe**(1) 21:15<br>**log**(2) 66:16  162:6<br>**logical**(1) 61:3<br>**logistical**(1) 93:7<br>**london**(2) 222:23  222:25<br>**long**(8) 1:8  18:11  117:22  130:22  155:18<br>156:1  188:19  225:20 | | **malicious**(1) 130:24<br>**man**(1) 214:3<br>**management**(6) 108:19  214:11  214:16<br>215:6  222:16  223:1 | | **meets**(3) 114:12  115:7  201:17<br>**member**(2) 107:22  152:18<br>**mention**(2) 35:13  35:16<br>**mentioned**(4) 37:14  170:18  179:11  195:8<br>115:6  115:10  115:14  116:3  116:16  144:20 | | **misstatement**(1) 33:1<br>**mobile**(1) 195:24<br>**moment**(2) 148:3  154:8<br>**monday**(4) 35:11  37:8  37:9  217:9<br>**money**(33) 27:17  27:17  31:14  35:3  35:6<br>37:13  37:14  41:3  43:11  43:18  43:23  43:24 | |
| **longer**(1) 88:24<br>**look**(33) 7:15  12:23  14:19  15:11  15:14<br>20:17  33:4  61:21  63:23  64:10  86:13  95:4<br>96:4  99:11  100:2  100:7  102:21  107:3<br>114:6  114:7  115:6  128:3  141:25  150:4<br>152:21  160:24  167:8  168:12  187:17  193:7<br>198:25  209:16  225:11 | | **manager**(2) 163:9  199:16<br>**mandates**(1) 214:18<br>**manual**(3) 192:12  192:22  192:25<br>**many**(17) 17:10  23:3  24:9  28:1  107:5<br>107:11  109:15  110:18  118:7  120:3  125:14<br>126:8  127:1  132:10  158:7  177:25  196:12 | | **menus**(1) 112:25<br>**merely**(5) 106:12  114:22  126:9  126:16<br>131:9 | | 45:20  117:10  117:10  134:10  135:5  135:8<br>139:10  139:14  139:15  139:17  139:17<br>139:19  215:4  218:2  218:11  220:19  222:9<br>222:10  222:11  223:9  223:20 | |
| **looked**(3) 81:6  148:18  148:22<br>**looking**(6) 113:14  131:6  149:2  149:8<br>187:18  204:18 | | **march**(11) 18:23  18:24  41:14  70:13  70:16<br>70:18  73:5  73:10  74:4  74:4  95:24 | | **merican**(1) 1:7<br>**mers**(20) 78:17  78:23  79:4  89:24  90:15<br>90:17  91:25  129:21  129:23  149:18  150:20<br>151:18  151:19  151:24  152:1  152:6  152:15<br>152:18  153:6  153:18 | | **monitored**(2) 162:18  162:23<br>**month**(11) 10:21  25:6  26:4  26:8  31:7  42:8<br>42:21  43:3  43:4  71:3  123:8 | |
| **looks**(14) 70:6  76:13  78:2  83:19  95:11<br>96:23  98:24  99:1  99:1  100:16  100:22<br>103:6  133:2  206:5 | | **margaret**(1) 1:27  105:14<br>**margin**(6) 58:23  59:4  214:22  215:4  215:8<br>215:17 | | **met**(10) 35:10  37:8  52:10  59:5  118:11<br>118:12  118:14  174:13  174:14  217:2 | | **monthly**(4) 43:13  76:14  76:14  133:6<br>**months**(15) 11:16  35:7  35:18  37:15  66:1<br>67:23  123:10  123:11  123:12  137:21  137:25<br>198:21  198:23  199:3  199:9 | |
| **loose**(2) 75:6  179:7<br>**lose**(3) 133:17  217:24  218:9<br>**loss**(2) 71:17  72:12<br>**lost**(3) 16:15  71:12  184:8<br>**lot**(19) 27:16  34:18  35:3  43:18  43:18<br>119:21  120:24  120:25  128:12  129:23<br>129:24  130:4  140:16  145:3  152:1  152:23<br>225:21  225:22  226:14 | | **margins**(3) 214:20  214:21  214:23<br>**market**(4) 1:10  11:23  73:2  73:5<br>**markets**(1) 213:17<br>**marks**(1) 87:13<br>**married**(1) 220:1 | | **michael**(1) 6:1<br>**microphone**(4) 48:24  95:15  155:9  213:11<br>**mid**(2) 176:20  198:11<br>**middle**(17) 33:6  58:7  58:7  79:15  174:15<br>176:20  176:24  176:25  176:25  177:3  177:5<br>177:6  186:17  192:18  193:2  199:1  222:13 | | **morgan**(1) 1:29<br>**morning**(12) 4:4  4:5  5:16  5:17  5:18  34:16<br>48:5  48:6  93:20  93:21  218:17  226:16 |  |
| **louder**(1) 214:2<br>**low**(4) 45:19  45:24  144:25  145:3<br>**lower**(3) 33:18  65:10  177:6<br>**lowest**(2) 177:2  177:4<br>**ltv**(2) 63:14  63:16<br>**luis**(1) 82:2<br>**lunch**(1) 92:11<br>**lundgren**(1) 1:28<br>**m-a-r-t**(1) 47:20<br>**ma'am**(3) 19:24  26:1  46:19 | | **martinez**(65) 3:8  47:2  47:6  47:13  47:14<br>47:17  47:20  48:5  48:7  48:13  49:10  49:17<br>49:25  50:2  50:19  50:24  53:22  54:2  54:7<br>54:13  55:6  55:8  55:12  55:17  56:9  57:4<br>57:18  58:11  59:12  59:20  60:4  61:8  62:5<br>62:12  63:3  64:4  65:4  65:9  65:22  65:23<br>66:25  67:20  68:13  73:4  74:10  75:6  76:25<br>77:8  79:2  79:11  79:24  81:20  83:1  83:22<br>86:22  89:18  90:11  92:16  93:12  93:25<br>94:15  97:24  98:23  101:7  103:7 | | **might**(7) 31:23  37:5  37:5  40:3  144:24<br>177:18  179:4<br>**miles**(4) 13:6  13:19  13:25  14:18<br>**million**(11) 27:6  41:16  41:22  70:5  71:4<br>96:24  196:3  196:4  211:10  211:16  222:20<br>**million-oh-twenty-fiv**(1) 72:15 | | **morris**(1) 105:14<br>**mortgage**(74) 1:7  6:15  13:3  26:6  27:15<br>36:7  42:21  43:3  43:13  44:17  53:21  54:24<br>55:1  64:16  78:22  81:1  81:8  81:11  81:15<br>82:10  82:14  82:21  84:10  84:12  84:14<br>84:16  84:17  84:19  84:22  84:23  85:17  91:4<br>91:10  100:4  101:13  102:18  107:16  108:4<br>108:10  108:13  108:18  108:25  109:3  109:9<br>110:2  110:6  110:16  110:24  113:7  118:21<br>130:1  130:4  130:5  130:7  134:10  135:20<br>136:3  142:23  155:17  155:19  155:21  155:24<br>156:25  161:4  161:8  161:22  161:25  163:6<br>163:25  164:23  166:4  198:24  206:18  217:14 | |
| **mac**(4) 113:12  120:24  128:19  195:4<br>**machine**(1) 18:10<br>**made**(41) 11:4  12:6  12:15  13:25  14:11<br>15:4  17:7  17:25  26:3  26:7  28:3  32:3<br>32:22  33:1  34:8  35:21  36:3  38:1  38:2<br>41:22  42:20  51:20  52:5  56:9  56:9  66:12<br>66:17  74:11  75:15  113:5  138:15  149:2<br>167:7  170:7  175:4  180:8  201:20  201:23<br>208:24  211:12  211:13 | | **match**(2) 117:23  122:4<br>**matches**(1) 182:25<br>**material**(1) 33:1<br>**materials**(2) 106:14  106:17<br>**matter**(9) 60:5  63:20  80:4  127:2  159:8<br>169:21  173:24  204:24  227:5 | |  | | **mortgagee**(2) 79:19  129:14<br>**mortgages**(4) 108:18  108:19  130:6  142:24<br>**mortgagor**(1) 79:18<br>**most**(19) 12:2  15:6  56:18  56:22  56:24<br>106:2  108:9  112:13  117:6  118:24  121:13<br>128:10  128:17  129:6  129:19  140:13  148:12<br>198:4  198:19 | |
| **madison**(1) 2:6<br>**mae**(4) 113:11  120:24  128:19  195:4<br>**magazine**(1) 108:20<br>**mail**(1) 126:10<br>**mailed**(4) 122:2  122:19  123:7  123:21<br>**mailing**(3) 129:13  132:11  133:5<br>**mailings**(3) 132:10  133:6  133:6<br>**main**(7) 59:14  60:23  61:6  61:10  139:13<br>218:4  222:24 | | **matters**(3) 53:14  107:4  119:2<br>**maturity**(1) 121:16<br>**may**(46) 4:6  5:13  7:25  46:20  47:11  47:12<br>86:14  86:16  92:21  99:15  103:18  112:23<br>114:9  115:17  115:23  116:18  116:20  118:1<br>118:16  118:24  118:25  118:25  119:10<br>121:4  130:3  137:5  138:14  139:2  144:3<br>145:17  146:7  146:12  147:8  147:21  149:15<br>149:18  152:5  153:25  154:7  155:22  158:18<br>177:10  177:14  191:5  211:25  213:8 | | **motion**(8) 8:3  8:6  8:12  91:18  91:24  92:3<br>151:11  151:12 | | **motion**(8) 8:3  8:6  8:12  91:18  91:24  92:3<br>151:11  151:12 | |
| **maintaining**(1) 162:11<br>**mairzon**(2) 96:7  96:19<br>**major**(1) 116:24 | | **maybe**(7) 20:18  25:17  50:17  72:12  113:3<br>144:7  149:4  212:7 | | **mils**(1) 66:14<br>**min**(1) 78:15<br>**mind**(2) 28:3  119:6<br>**mine**(2) 16:19  25:15<br>**minimum**(5) 140:11  163:24  186:22  198:11<br>203:7 | | **motions**(2) 106:23  106:24<br>**mouse**(2) 19:11  19:13<br>**movant**(5) 84:9  85:13  86:14  91:19  92:5<br>**move**(15) 4:10  8:7  21:16  36:10  48:24  49:2<br>88:22  95:15  101:20  142:13  142:21  142:23<br>142:25  155:9  186:9 | |
| | | **mean**(36) 22:7  48:10  53:18  64:11  65:20<br>72:16  72:19  89:5  111:14  115:2  115:20<br>127:12  138:23  142:5  142:15  143:10  144:1<br>145:15  149:22  156:23  168:21  169:6<br>170:11  170:23  172:19  194:19  196:19<br>201:25  214:19  214:21  215:10  219:15<br>222:13  222:21  223:21  224:25 | | **ministerial**(1) 125:5 | | **moved**(2) 85:18  226:13<br>**moving**(2) 7:20  212:20<br>**much**(20) 27:17  38:20  72:23  88:24  106:7<br>111:16  114:2  118:1  119:5  125:10  129:23<br>130:2  132:11  134:4  151:22  217:22  220:4<br>220:19  222:10  223:9 | |
| | | **meaning**(1) 107:20 | | | | **multi**(1) 107:24 | |

# AMERICAN HOME MORTGAGE 11.23.10.DOC

| Word | Page:Line |
|------|-----------|
| **multiple**(5) 95:25 131:21 152:6 163:19 177:4 | |
| **mumbo**(1) 119:22 | |
| **murin**(1) 1:35 | |
| **must**(6) 59:5 122:2 122:18 122:19 123:21 127:3 | |
| **mutual**(1) 119:4 | |
| **name**(19) 47:18 56:15 67:16 95:7 104:22 104:25 105:1 128:9 155:4 160:10 169:22 178:20 182:7 202:18 213:4 213:6 213:7 215:12 215:14 | |
| **named**(2) 79:19 81:6 | |
| **national**(1) 108:20 | |
| **nationwide**(1) 146:10 | |
| **nature**(2) 7:16 113:22 | |
| **necessarily**(1) 118:23 | |
| **necessary**(2) 60:2 194:25 | |
| **need**(25) 17:7 17:10 41:11 42:17 59:24 103:24 104:10 112:16 126:8 128:5 129:15 134:2 174:13 174:18 177:11 201:24 202:1 202:12 218:1 218:3 218:11 219:16 220:7 223:7 224:6 | |
| **needed**(13) 9:9 35:10 36:23 36:23 93:16 159:20 169:17 169:20 200:12 215:18 217:18 218:11 220:6 | |
| **needs**(3) 30:9 115:7 146:7 | |
| **negotiation**(1) 140:16 | |
| **neighborhood**(1) 72:11 | |
| **net**(3) 32:4 72:21 195:25 | |
| **netted**(1) 31:18 | |
| **never**(12) 8:11 8:20 13:15 14:3 82:1 91:18 91:24 92:3 125:11 135:4 143:6 202:25 | |
| **new**(13) 2:7 18:9 39:3 98:6 126:3 126:18 127:1 129:9 145:9 182:6 182:10 194:21 217:17 | |
| **newsletter**(1) 108:21 | |
| **newspaper**(1) 122:2 | |
| **next**(13) 13:21 21:7 22:11 29:25 47:2 69:24 99:18 122:17 127:12 127:12 154:8 154:10 221:24 | |
| **nine**(9) 37:11 51:14 51:18 51:21 52:5 66:21 225:5 225:5 226:20 | |
| **nine-hundred-and-sixty-tw(** 188:18 | |
| **nine-hundred-and-sixty-two-** 168:5 | |
| **nine-sixty-two-five-hundre(** 33:23 | |
| **ninety**(2) 65:16 123:12 | |
| **ninety-nine**(1) 133:14 | |
| **nobody**(1) 73:2 | |
| **nominal**(5) 97:20 97:25 98:3 98:5 98:8 | |
| **nominee**(4) 78:23 79:5 90:21 152:2 | |
| **non**(5) 113:23 119:25 127:17 133:23 | |
| **non-bankruptcy**(1) 86:16 | |
| **non-contemporaneous**(2) 39:10 39:23 | |
| **non-deficiency**(1) 135:7 | |
| **non-exclusive**(1) 113:24 | |
| **non-judicial**(14) 107:20 109:4 120:13 124:11 127:15 131:13 133:9 133:11 133:1 133:13 133:15 134:23 136:10 140:6 | |
| **non-judicially**(1) 135:16 | |
| **non-purchase**(1) 135:8 | |
| **none**(4) 117:1 135:25 152:15 173:14 | |
| **nonetheless**(1) 134:17 | |
| **nope**(1) 98:17 | |
| **normally**(1) 114:18 | |
| **northern**(2) 117:14 117:19 | |
| **northridge**(1) 105:20 | |
| **norwick**(1) 11:25 | |

| Word | Page:Line |
|------|-----------|
| **norwood**(9) 15:3 15:24 20:2 21:20 41:23 71:3 72:24 75:1 96:12 | |
| **norwood's**(4) 20:9 20:22 73:14 96:15 | |
| **not**(170) 5:3 8:17 9:4 9:10 11:25 13:3 13:5 17:5 19:15 21:17 23:3 23:4 26:5 28:20 30:6 30:6 31:1 37:3 37:5 38:24 39:25 40:2 41:4 42:2 44:13 44:18 44:22 45:18 49:20 50:2 50:4 54:8 54:25 55:9 55:21 55:21 55:25 56:6 62:22 66:1 67:11 67:20 67:21 68:23 69:10 70:10 71:5 73:16 74:12 75:19 77:4 77:8 77:16 81:19 83:4 84:14 84:18 84:23 85:1 85:3 85:11 85:18 85:25 86:3 86:6 86:9 86:16 87:4 87:15 88:11 88:20 89:21 90:5 90:23 91:8 91:15 92:21 96:22 97:13 98:7 100:20 101:5 101:6 101:7 101:17 104:10 106:22 109:22 109:24 111:14 112:6 112:14 112:1 113:15 113:22 113:23 114:12 115:12 116:9 118:5 118:25 119:3 121:13 121:16 123:12 125:21 126:25 127:10 130:15 130:23 131:9 133:7 133:12 133:15 133:19 138:7 141:5 143:6 143:9 144:3 144:6 144:15 146:17 146:23 147:2 147:4 148:24 150:7 153:6 153:8 162:16 162:25 163:13 164:1 164:21 166:8 171:3 173:14 185:4 190:19 195:13 196:13 196:16 196:19 196:25 200:1 204:12 205:16 205:19 206:2 207:5 207:19 207:23 208:11 209:4 217:22 218:7 218:18 218:21 219:6 222:4 225:7 225:24 | |
| **note**(12) 77:25 90:22 91:8 91:13 91:15 121:9 131:12 134:12 135:25 138:3 206:17 206:18 | |
| **notebook**(5) 25:13 94:19 94:20 179:5 183:11 | |
| **notebooks**(1) 219:7 | |
| **noted**(1) 65:5 | |
| **noteholders**(1) 99:1 | |
| **notes**(4) 64:22 65:16 65:17 136:2 | |
| **nothing**(3) 68:4 124:5 149:3 | |
| **notice**(49) 51:1 51:10 51:13 51:14 51:25 52:19 54:8 56:12 56:15 78:15 79:14 121:1 121:3 121:4 121:20 121:21 122:18 122:19 122:23 123:1 123:5 123:7 123:8 123:9 123:11 123:17 123:20 123:24 124:1 124:4 126:2 126:25 127:1 128:24 129:1 129:3 129:4 129:7 129:8 129:13 129:14 129:16 129:19 130:23 138:13 138:17 182:23 210:14 211:1 | |
| **notices**(4) 120:15 120:21 122:2 123:13 | |
| **notified**(1) 209:19 | |
| **november**(3) 1:13 4:1 227:9 | |
| **now**(59) 10:13 18:7 21:7 32:7 34:13 34:15 37:24 38:16 38:18 42:4 45:23 45:23 57:4 57:12 58:10 59:12 62:2 63:2 66:4 66:7 68:7 69:9 69:21 70:8 75:6 75:10 76:25 79:24 81:4 83:8 84:9 84:12 85:12 106:1 107:23 111:16 115:9 116:14 118:13 126:4 130:2 135:2 139:2 141:14 145:1 146:22 148:21 149:12 149:12 152:4 157:23 177:1 202:24 205:15 217:5 217:23 220:11 224:24 226:9 | |
| **nthony**(1) 213:3 | |
| **nullity**(1) 221:3 | |

| Word | Page:Line |
|------|-----------|
| **number**(71) 7:3 7:15 13:18 16:4 16:6 16: 16:11 16:12 16:16 17:2 17:23 21:8 21:1 22:11 33:7 33:8 33:21 33:23 41:10 41:21 52:22 54:2 56:9 60:13 68:4 78:6 78:16 78:18 79:12 80:2 80:22 83:14 85:12 86:1 89:9 97:10 97:13 99:4 100:24 100:25 101:2 101:6 102:12 102:13 103:3 109:1 112:4 112:15 114:5 124:19 136:13 139:7 150:5 160:10 168:1 168:2 169:4 169:22 176:18 180:11 180:19 180:24 182:7 183:1 186:6 200:3 203:16 204:21 221:2 221:2 222:2 | |
| **numbered**(2) 21:8 87:4 | |
| **numbers**(3) 14:9 102:24 126:3 | |
| **numerous**(3) 109:2 109:11 109:11 | |
| **o'clock**(8) 4:17 4:22 34:17 37:11 93:12 93:18 124:17 212:7 | |
| **oath**(1) 212:24 | |
| **obispo**(1) 82:2 | |
| **object**(3) 59:16 59:24 148:10 | |
| **objected**(3) 8:11 61:25 63:20 | |
| **objecting**(2) 147:9 147:10 | |
| **objection**(41) 8:22 20:25 35:22 36:4 37:18 38:4 39:14 40:17 42:11 42:22 44:19 45:5 48:10 51:23 55:10 55:10 59:19 60:2 61:6 63:18 71:15 75:16 75:23 79:6 87:11 88:1 88:4 88:8 90:6 90:24 97:21 100:17 111:23 111:24 175:5 185:8 200:7 200:20 201:10 207:21 218:15 | |
| **objections**(4) 51:24 52:8 53:1 225:8 | |
| **obligation**(1) 137:11 | |
| **obtained**(4) 86:15 186:4 191:13 215:17 | |
| **obtained**(2) 135:9 191:15 | |
| **obtaining**(1) 77:4 | |
| **obvious**(1) 136:14 | |
| **occasion**(2) 60:4 67:6 | |
| **occasionally**(3) 108:22 116:10 117:6 | |
| **occupancy**(3) 20:18 20:20 20:23 | |
| **occur**(2) 128:16 169:21 | |
| **occurred**(5) 40:13 74:3 125:22 129:6 | |
| **october**(15) 5:22 6:20 24:10 24:13 24:16 24:23 25:2 25:2 25:5 25:23 32:19 32:23 32:25 66:15 66:16 | |
| **off**(11) 9:2 9:4 11:19 19:7 19:17 19:19 102:13 107:23 117:4 154:3 163:2 | |
| **offer**(40) 9:8 11:23 12:15 12:23 13:4 14:11 14:14 14:16 14:19 15:9 17:24 20:9 20:15 37:5 41:10 41:14 41:18 41:22 42:1 42:8 66:5 66:9 67:22 68:2 70:18 71:17 72:16 72:24 72:25 73:14 75:1 96:6 96:7 96:10 96:16 96:23 96:24 97:3 114:7 119: | |
| **offered**(13) 8:18 12:2 15:6 18:4 49:10 51:21 52:6 72:15 75:24 113:16 114:23 144:21 144:22 | |
| **offering**(6) 13:1 39:2 63:4 63:8 63:12 146:20 | |
| **offers**(10) 10:20 12:6 15:4 42:5 42:12 42:19 70:8 74:11 95:25 96:13 | |
| **office**(10) 19:13 22:25 35:11 37:10 105:12 121:22 176:9 203:15 217:2 224:24 | |
| **officer**(1) 50:5 | |
| **official**(1) 2:4 | |
| **often**(4) 117:8 117:12 128:15 146:16 | |
| **oka**(1) 52:9 | |

| Word | Page:Line |
|------|-----------|
| **okay**(301) 4:22 5:12 9:17 10:13 10:20 11:3 11:11 12:19 13:10 13:13 13:17 14:19 15:1 16:9 20:8 20:12 22:20 22:23 23:1 23:5 24:10 24:16 25:5 25:13 29:4 29:9 29:15 29:22 29:25 30:13 31:13 31:17 31:21 32:7 32:18 33:14 33:16 34:1 34:10 34:13 34:19 34:22 35:16 35:19 35:25 36:9 36:15 36:20 37:8 37:21 38:3 38:21 39:5 41:13 41:18 41:21 42:1 42:4 43:6 43:17 43:22 44:5 44:10 44:13 44:21 44:24 45:1 45:20 45:23 46:6 46:10 46:13 46:16 47:3 50:23 51:13 51:17 52:15 52:21 53:16 53:25 54:6 54:10 54:15 54:16 54:20 55:8 55:11 55:20 56:2 56:5 56:10 56:11 56:14 56:18 56:21 57:5 57:9 57:12 57:15 57:22 58:1 58:2 58:10 59:2 59:8 60:7 60:10 60:17 60:18 61:13 61:21 62:17 63:8 63:15 64:7 64:19 65:9 66:4 66:7 66:13 66:18 66:23 67:5 67:16 67:20 67:25 68:24 69:3 69:9 69:14 69:19 69:24 70:4 70:12 70:25 71:1 71:3 72:2 72:19 73:4 73:8 74:1 74:8 74:25 75:4 75:7 76:23 77:7 77:11 77:16 77:18 77:23 77:25 78:3 78:8 78:21 79:4 79:13 79:14 79:21 79:24 80:6 80:11 80:21 80:24 81:4 81:11 81:14 81:19 81:22 82:1 82:8 82:13 82:17 82:20 83:1 83:4 83:8 83:14 83:20 84:3 84:6 84:9 84:12 84:16 85:3 85:7 85:12 85:17 85:22 85:25 86:6 86:12 86:22 88:5 88:21 89:3 89:15 89:20 89:23 90:3 90:14 90:17 90:21 91:12 91:18 91:24 92:3 92:17 92:10 93:24 94:4 94:10 94:22 95:4 95:13 96:23 97:6 97:19 98:13 99:6 99:16 99:19 99:20 99:23 101:17 101:22 102:3 103:22 104:2 104:7 107:9 108:12 111:17 113:19 118:3 119:8 120:8 124:16 124:20 128:6 129:20 129:23 134:11 137:22 138:11 138:18 139:25 140:4 140:18 141:10 141:13 141:17 142:7 142:11 142:19 143:2 143:11 143:16 143:24 144:11 144:17 145:5 146:14 147:11 147:14 147:16 147:20 148:8 148:18 148:19 149:5 149:6 150:4 150:6 150:22 151:2 151:6 151:23 152:4 152:10 152:17 152:24 153:10 153:13 154:13 154:17 154:25 155:23 157:20 158:21 159:6 160:18 163:4 163:17 163:24 164:23 165:7 165:18 | |
| **okay**(90) 165:21 165:24 166:12 167:10 168:3 168:12 169:1 170:13 170:15 172:1 172:9 173:6 173:22 174:17 177:8 178:23 179:9 180:21 181:23 183:18 183:23 184:9 184:10 184:20 184:21 185:17 185:23 188:21 189:25 190:21 191:8 191:8 193:5 199:11 200:17 202:12 202:20 203:3 203:9 203:14 203:20 203:21 203:24 204:4 204:6 204:23 205:3 205:4 205:12 205:15 205:24 206:2 206:6 206:13 206:20 207:7 207:12 207:15 207:18 207:24 208:2 208:16 208:21 208:22 209:3 209:11 209:19 209:25 210:24 212:20 213:9 213:22 214:16 215:9 215:23 216:1 217:8 218:25 219:6 220:4 220:19 221:8 223:15 224:1 224:3 224:9 224:14 225:15 225:18 226:19 | |
| **older**(1) 109:17 | |
| **omnibus**(1) 157:25 | |
| **once**(21) 6:14 59:14 60:24 61:1 110:14 111:7 116:10 121:19 152:4 163:14 163:17 170:7 175:14 175:15 178:2 178:3 178:3 178:4 178:5 186:7 225:15 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **one**(103) 10:20 17:16 18:14 19:14 34:12 38:15 41:16 46:1 49:25 50:21 50:21 63:9 64:13 64:13 64:16 64:17 68:1 74:10 74:14 81:24 83:20 87:4 87:9 89:5 93:15 93:20 102:6 104:4 107:23 108:22 110:3 113:25 114:1 114:1 114:2 114:15 116:24 117:15 118:9 118:16 118:25 120:14 120:16 120:17 120:18 123:8 123:13 123:22 124:17 125:13 126:11 128:13 128:15 130:17 132:8 134:5 136:18 139:13 140:1 141:2 141:8 143:18 145:6 145:18 147:8 147:12 147:25 152:13 153:20 156:24 157:4 158:12 159:22 169:12 170:15 173:21 177:18 180:9 181:8 181:9 183:2 183:22 185:22 186:5 189:18 192:23 193:8 193:16 193:17 195:3 198:12 204:24 207:1 211:10 211:16 216:23 219:6 220:13 222:24 224:18 | | **other**(40) 7:16 18:14 20:3 21:13 40:3 59:5 107:3 108:8 111:13 111:14 112:22 113:6 115:13 119:2 120:15 123:3 123:19 123:19 125:2 136:17 137:3 137:15 144:12 146:20 147:23 157:10 157:11 158:5 164:3 164:5 170:15 179:5 181:13 181:18 190:20 219:7 220:13 220:14 220:14 220:15 | | **palo**(1) 105:12 **paper**(1) 127:20 **paragraph**(1) 221:8 **parallel**(1) 125:15 **part**(9) 7:6 42:17 68:21 132:17 146:4 158:25 172:7 184:17 221:16 | | **phonetic**(16) 6:2 6:2 9:16 9:23 11:25 13:6 21:25 39:9 67:3 68:22 96:7 129:7 139:13 148:1 222:10 224:22 **pick**(2) 49:25 114:15 **piece**(2) 202:3 202:4 **pieces**(1) 75:11 **piggy**(1) 61:6 **piggy-back**(6) 57:13 57:17 58:15 59:15 60:24 61:11 |
| **one's**(1) 206:4 **one-hundred**(1) 20:22 **one-million-dollar**(1) 70:14 **one-million-dollars**(1) 70:24 **one-million-three-hundred-a** 27:3 | | **otherwise**(3) 19:7 125:18 125:20 **our**(48) 4:13 4:16 13:6 47:2 49:23 52:25 53:9 75:11 80:17 93:14 93:15 104:4 114:5 123:9 124:4 130:3 132:11 154:21 156:19 158:12 159:3 159:4 159:4 159:9 162:4 162:4 162:5 162:16 162:23 166:18 166:18 166:19 167:12 167:17 167:2 170:8 175:17 176:9 185:4 186:14 187:7 189:14 194:11 198:10 212:6 212:8 216:19 217:15 224:24 | | **part's**(1) 88:8 **partial**(1) 4:11 **partially**(1) 146:3 **participate**(1) 108:9 **participation**(1) 124:13 **particular**(12) 12:5 67:2 113:15 114:13 115:8 116:13 144:24 150:19 151:24 163:4 172:12 183:24 | | **place**(9) 5:11 94:3 124:14 126:19 126:19 126:20 127:8 135:10 175:1 **plaintiffs**(1) 4:11 **plan**(6) 4:9 4:23 8:17 46:25 49:6 116:13 **planned**(1) 225:20 **planning**(3) 220:1 222:11 223:9 **plans**(1) 158:13 **platform**(1) 101:15 |
| **one-million-twenty-five-thou** 71:24 **one-percent**(1) 166:9 **one-point**(2) 37:25 39:1 **one-sixty-four**(1) 222:3 **ones**(3) 112:14 133:8 136:14 **only**(30) 16:19 16:23 31:2 34:12 53:22 63:21 71:17 92:16 95:13 95:18 102:6 106:13 129:16 130:2 130:16 131:1 131:5 135:8 135:15 137:3 148:5 151:13 163:18 173:10 181:7 181:9 183:2 183:5 200:15 217:22 | | **particularly**(3) 112:14 132:3 135:20 **parties**(3) 107:20 119:5 122:2 **partner**(1) 214:17 **party**(5) 53:19 96:20 125:1 157:1 157:15 **passed**(1) 213:19 **past**(3) 53:9 107:18 121:19 **pause**(60) 5:25 7:2 9:18 12:10 15:2 16:10 16:18 17:2 17:21 18:13 23:6 23:9 25:14 25:21 26:25 29:21 31:25 41:7 49:5 49:16 57:25 60:12 64:6 64:20 64:24 66:19 69:15 78:7 80:1 83:10 83:21 89:10 97:8 98:12 98:18 99:7 101:21 102:8 104:8 104:13 119:12 147:24 160:15 167:20 173:16 175:7 177:13 177:20 179:3 183:9 183:12 190:7 191:3 192:3 197:11 204:17 215:24 219:5 222:1 224:5 | | **played**(1) 74:19 **please**(69) 4:3 4:6 5:9 5:13 5:24 9:17 17:11 17:17 19:18 23:18 25:10 26:9 38:8 42:15 47:10 47:14 47:16 47:18 48:24 54:2 61:15 64:4 78:6 93:2 93:25 95:22 97:7 98:11 104:18 104:19 104:20 104:22 105:17 148:1 153:7 154:16 154:24 154:25 155:2 155:4 155:8 155:9 155:15 173:15 175:23 177:12 177:23 181:5 182:18 190:6 190:19 192:6 197:24 199:19 202:21 210:7 212:14 212:23 213:2 213:4 213:9 213:10 213:16 214:2 214:2 215:21 216:1 219:8 221:22 | | **plan**... |
| **open**(3) 124:9 150:25 215:7 **opened**(3) 39:10 215:9 215:12 **opening**(2) 124:21 124:22 **operate**(1) 117:4 **operation**(1) 156:12 **operations**(7) 156:4 156:11 156:16 158:2 158:5 158:9 158:9 | | **out**(63) 4:15 22:18 23:13 23:14 23:24 31:18 35:6 35:14 35:17 35:20 36:2 36:7 36:23 37:14 39:9 40:21 42:6 42:16 53:14 66:1 67:21 72:16 73:16 74:12 76:12 77:4 78:1 93:6 105:12 113:14 115:3 120:14 121:1 123:1 135:20 135:24 135:25 139:21 145:5 145:9 145:16 146:8 146:8 146:12 146:18 150:9 156:15 164:10 175:19 179:5 191:5 211:4 212:16 216:12 218:3 218:11 219:7 220:20 221:3 221:4 221:15 223:24 225:3 | | **pay**(12) 9:2 9:4 11:8 11:12 11:19 20:4 61:17 136:21 136:22 137:5 199:9 221:6 **payment**(19) 8:17 10:20 11:3 11:5 11:8 42:21 43:3 43:13 61:18 62:18 76:15 120:15 121:16 139:5 198:22 198:24 199:8 200:19 **payments**(8) 11:16 19:3 42:8 44:3 44:17 62:15 136:22 139:5 | | **point**(30) 2:13 11:18 27:25 38:16 72:14 78:12 82:23 109:20 116:20 118:18 119:5 121:14 128:24 129:11 129:17 132:1 135:14 136:11 145:13 150:9 169:12 170:5 189:11 198:12 212:5 214:25 217:16 217:20 218:5 225:10 |
| **opinion**(4) 106:12 106:12 106:13 150:8 **opponent**(1) 53:19 **opportunities**(3) 213:24 213:25 214:4 **opposed**(3) 61:17 62:7 72:25 **opposing**(1) 110:5 177:15 **option**(1) 217:22 **options**(6) 213:18 213:24 213:25 214:5 217:15 217:20 | | **outlet**(1) 112:12 **outside**(1) 160:19 **outstanding**(4) 10:24 68:16 136:3 136:6 **over**(24) 23:4 27:18 35:10 62:2 63:9 63:9 63:9 70:9 93:6 110:8 110:17 112:10 113:18 132:9 139:18 158:17 164:3 178:11 179:23 180:1 190:20 196:3 196:4 202:5 **overall**(2) 178:4 178:5 **overruled**(9) 35:24 36:5 37:19 44:20 55:18 57:20 91:1 200:8 218:16 **overseeing**(2) 216:11 216:14 **overstatement**(1) 22:2 **overwrite**(1) 186:15 **overwrites**(1) 189:22 **overwritten**(1) 174:12 **owed**(2) 10:23 11:19 | | **paystubs**(1) 195:15 **penalties**(2) 72:7 72:22 **penalty**(5) 7:12 220:22 220:23 221:6 **pending**(2) 61:22 201:15 **pennsylvania**(1) 1:39 **people**(13) 43:19 76:10 111:11 122:20 122:20 124:18 124:22 127:9 129:8 130:4 132:18 139:14 140:14 **per**(2) 106:8 118:4 **percent**(10) 15:25 20:13 20:23 58:23 59:9 62:9 65:16 65:18 133:14 220:25 **perform**(1) 91:10 | | **policies**(1) 156:16 **policy**(4) 69:10 135:23 136:1 162:19 **pools**(1) 113:11 **populate**(1) 175:21 **populated**(4) 158:14 185:5 189:16 192:16 **portfolio**(1) 110:2 **portion**(1) 40:14 **portions**(1) 175:8 **position**(6) 95:18 155:23 156:1 156:8 156:10 157:17 |
| **orange**(1) 132:20 **order**(42) 40:20 49:11 62:14 83:16 83:23 84:6 84:9 85:13 85:13 85:18 87:2 88:12 88:16 103:20 125:15 125:17 125:20 125:2 131:12 136:15 143:4 143:15 144:1 144:2 144:6 175:17 176:10 178:12 179:16 179:1 181:20 182:10 182:21 183:1 186:4 186:9 186:15 186:20 186:21 194:25 195:1 214:2 | | **own**(15) 13:6 84:23 85:1 85:9 85:18 105:15 135:18 141:3 160:11 165:12 170:8 170:9 197:16 214:7 215:14 **owned**(5) 81:12 83:5 85:5 85:9 179:21 **owner**(24) 81:1 82:13 82:23 90:22 90:25 91:7 91:14 91:16 97:25 97:25 98:3 98:3 98:4 98:4 98:5 98:5 98:6 98:6 122:3 149:18 151:20 151:24 152:3 152:5 153:5 **owner-occupied**(2) 120:16 120:17 **owners**(3) 98:8 98:8 98:10 **ownership**(3) 97:20 97:20 153:7 | | **period**(9) 100:5 102:19 107:5 110:8 121:20 121:25 123:9 123:11 182:11 **periods**(2) 125:24 125:25 **perjury**(1) 7:13 **permission**(3) 36:18 47:25 48:1 **permit**(1) 69:10 **permitted**(2) 133:15 215:16 **person**(11) 49:25 95:13 95:18 110:4 122:23 128:7 128:16 131:4 132:6 156:12 216:19 **personal**(10) 25:6 30:16 31:7 43:11 44:3 44:7 44:15 50:2 53:23 57:19 | | **positions**(2) 158:5 161:4 **possession**(2) 14:17 86:15 **possessions**(1) 18:18 **possible**(1) 9:15 **post**(3) 126:10 132:21 132:21 **post-bankruptcy**(1) 156:6 **post-closing**(2) 200:12 200:15 **post-graduat**(1) 105:23 **post-sale**(4) 140:7 140:13 140:15 140:16 **posted**(2) 123:23 127:8 **postpone**(2) 125:23 142:8 **postponed**(1) 132:15 **postponemen**(7) 126:12 126:16 131:15 131:21 131:25 132:14 133:1 |
| **ordered**(11) 175:16 176:1 176:3 176:6 178:15 178:18 181:20 182:9 187:10 187:1 191:12 **orders**(4) 126:5 143:3 143:18 143:22 **organizations**(1) 108:8 **organize**(1) 226:11 **original**(10) 42:13 100:10 122:21 128:4 128:22 130:25 131:12 203:4 203:18 218:1 | | **p.m**(2) 188:9 226:23 **page**(68) 7:1 7:3 13:17 13:21 14:9 16:4 16:5 16:8 16:13 16:19 16:23 20:8 21:7 21:10 23:25 23:7 23:12 25:10 26:24 29:17 32:7 33:3 33:6 33:10 33:11 33:12 33:13 33:15 54:10 54:12 56:14 56:22 58:7 58:2 59:2 60:13 60:21 61:2 78:14 78:19 79:1 79:16 79:17 80:11 81:5 81:5 85:13 86:13 87:8 89:24 97:9 97:11 97:13 99:3 99:4 99:8 99:9 99:16 99:18 99:19 102:6 102:7 102:16 119:18 180:24 190:9 191:22 205:2 | | **personally**(9) 11:25 26:4 26:7 35:9 45:20 65:12 65:15 73:7 164:21 **persons**(3) 123:2 123:3 131:6 **phase**(4) 124:4 126:10 127:3 128:24 **philip**(4) 3:13 104:17 104:21 104:24 **phone**(1) 209:15 | | **potential**(1) 194:6 **potentially**(2) 46:6 134:1 **power**(11) 130:7 130:8 130:10 130:11 130:15 130:15 131:3 131:5 131:10 131:17 149:20 **ppearances**(2) 1:20 2:1 |
| **originally**(2) 172:13 205:22 **originating**(2) 164:6 165:1 **origination**(11) 111:20 116:12 156:19 158:15 159:5 161:5 162:17 165:13 165:20 157:17 187:7 **originator**(2) 157:1 157:15 | | **pages**(8) 17:19 17:22 63:21 64:12 87:5 87:6 183:13 184:18 **paid**(18) 50:14 106:10 106:11 130:18 130:18 164:10 164:11 165:4 165:8 165:11 165:21 165:22 166:6 166:9 198:23 198:24 198:24 199:8 | | | | **postponements**(6) 126:1 126:4 126:5 127:1 131:22 133:8 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **practice**(13) 62:13 62:17 62:23 76:9 77:1 105:15 132:9 141:14 145:16 145:23 152:6 153:9 153:17 | | **probably**(12) 107:2 108:1 108:16 109:5 109:18 117:18 120:9 141:14 146:11 198:3 220:8 225:16 | | **public**(7) 123:23 124:14 127:7 127:8 135:22 135:25 152:19 | | **r-o-d-g-e**(1) 213:6 **raise**(4) 47:16 100:14 155:2 213:2 **randomly**(1) 162:20 **rare**(1) 114:16 |
| **practices**(6) 108:24 109:4 110:20 111:10 111:19 153:4 | | **problem**(7) 4:16 17:6 128:10 144:9 149:3 218:22 220:18 | | **publication**(6) 108:15 122:3 123:22 131:16 131:16 133:14 | | **rarely**(3) 114:19 114:21 115:12 **rarer**(1) 114:2 |
| **pre**(2) 120:20 136:17 **pre-funding**(1) 163:8 **pre-notice**(3) 120:14 120:19 120:23 **pre-sale**(2) 137:1 137:3 | | **procedure**(3) 107:6 117:6 200:10 **procedures**(5) 110:20 111:11 144:20 156:16 161:13 | | **publications**(1) 108:20 **publicly**(5) 81:19 82:18 83:2 152:13 **published**(3) 108:12 108:24 114:9 | | **rate**(30) 54:17 57:6 58:22 59:4 59:9 146:19 162:5 164:7 164:8 166:19 167:4 167:5 167:5 167:23 168:8 169:21 172:25 173:18 173:22 173:25 174:3 174:4 174:7 174:8 174:17 174:21 178:10 179:25 184:4 206:16 |
| **preapproval**(1) 20:8 **predecessor**(1) 111:5 **predict**(1) 73:1 **predominates**(1) 145:2 **prefer**(1) 65:17 | | **proceed**(2) 47:11 76:17 **proceeding**(1) 6:8 **proceedings**(3) 1:16 1:43 227:5 **proceeds**(2) 195:25 198:18 | | **pull**(27) 31:23 35:6 35:14 35:17 37:14 41:11 60:22 60:24 60:25 61:1 61:4 61:9 62:13 73:15 74:12 76:14 162:14 170:8 170:9 177:25 178:3 182:1 182:6 182:12 204:15 207:10 218:11 | | **rates**(1) 17:13 **rather**(1) 121:17 **ratio**(3) 62:19 65:6 65:10 **ratios**(3) 63:11 65:17 65:18 |
| **preferred**(1) 140:15 **premium**(1) 164:9 **premiums**(1) 164:13 **prep**(1) 83:12 | | **process**(23) 68:8 116:11 116:23 118:4 118:7 119:16 120:1 120:2 123:14 126:15 127:13 133:9 136:10 136:11 156:20 157:6 157:13 159:20 161:12 194:15 202:5 211:7 216:9 | | **pulling**(5) 39:9 61:13 175:12 189:14 181:13 183:5 190:25 | | **re-approve**(1) 202:2 **re-ask**(1) 42:14 **re-conveyance**(1) 128:11 **re-conveyances**(1) 107:21 |
| **preparation**(5) 66:25 67:5 67:11 67:17 67:21 | | **processed**(1) 129:5 **produced**(6) 1:44 40:6 40:9 69:12 75:11 82:2 | | **pull**(14) 39:12 55:17 59:14 59:15 76:12 77:4 175:14 175:15 178:5 181:7 181:10 181:13 183:5 190:25 | | **re-prices**(1) 167:8 **re-requires**(1) 201:18 **re-review**(1) 202:2 |
| **prepare**(1) 25:2 **prepared**(6) 52:11 52:14 117:12 203:10 206:7 206:12 | | **product**(39) 34:6 58:3 65:10 65:11 113:9 116:10 122:6 122:14 145:6 145:7 145:8 145:10 145:25 146:9 146:13 146:21 157:3 163:23 166:19 169:12 169:13 169:25 170:1 174:14 178:9 179:24 185:7 186:7 186:7 186:20 195:6 195:7 197:1 197:5 197:7 198:8 198:12 203:4 203:8 | | **pulling**(5) 39:9 61:13 175:12 189:14 **pulls**(4) 169:10 175:9 175:11 185:2 **punishable**(1) 33:12 | | **read**(8) 6:4 13:21 23:20 24:4 60:20 106:22 107:2 193:6 **readdress**(1) 39:13 |
| **preparer**(1) 21:16 **preparing**(1) 54:17 **present**(2) 31:22 107:23 **presented**(1) 49:14 | | **product\lock**(1) 168:13 **production**(1) 75:12 | | **purchase**(30) 12:15 12:23 13:1 13:2 18:2 18:4 20:6 20:9 27:2 41:15 41:23 42:6 68:19 69:5 70:5 70:14 70:22 71:4 73:15 117:11 134:10 135:5 135:5 140:10 157:14 169:25 216:10 222:12 222:18 223:24 | | **reading**(2) 26:13 29:18 **ready**(4) 29:5 29:13 40:24 139:17 **real**(8) 6:4 13:21 13:24 107:10 107:13 118:1 160:11 179:20 |
| **president**(6) 107:18 107:21 156:2 156:11 158:4 162:24 | | **products**(17) 63:5 63:11 65:7 113:4 115:11 144:20 144:21 144:22 146:21 161:25 162:5 163:18 163:22 164:3 164:3 166:16 166:23 | | **purchasing**(3) 68:9 145:25 222:19 **pure**(1) 122:13 **purportedly**(1) 76:3 | | **really**(14) 4:14 24:18 35:4 35:7 37:15 61:24 115:14 117:10 122:20 127:15 129:3 133:21 145:21 217:23 |
| **pressure**(1) 128:19 **pretrial**(1) 49:11 **pretty**(6) 111:16 118:1 125:10 127:12 130:2 134:4 | | **proffer**(2) 40:21 40:22 **proffered**(1) 109:22 **profile**(1) 222:17 **program**(4) 59:5 111:12 111:13 114:13 | | **purpose**(5) 61:9 77:3 121:15 149:25 **purposefully**(1) 62:13 **purposes**(4) 48:10 49:23 53:5 53:12 53:14 75:25 | | **reason**(8) 40:25 59:12 61:4 75:25 118:15 126:12 126:16 126:18 126:21 127:3 127:16 132:14 132:17 135:23 140:13 182:3 207:2 218:4 |
| **prevalent**(1) 113:18 **prevent**(1) 143:3 **preventing**(1) 77:3 **prevents**(1) 134:22 **previous**(1) 156:9 | | **programs**(5) 111:6 114:9 114:10 114:10 114:10 **projects**(1) 156:15 **promises**(1) 139:13 **prompted**(1) 162:7 | | **pursuant**(6) 15:24 83:16 85:19 86:18 90:14 151:16 **pursue**(2) 86:16 144:2 **pursuing**(1) 87:24 **pursuit**(2) 86:24 87:23 | | **reasons**(7) 39:8 74:10 74:14 93:16 126:7 136:1 215:13 **rebuttal**(4) 27:23 147:18 225:11 225:14 |
| **previously**(4) 20:12 75:12 108:6 176:20 **price**(4) 12:23 13:1 27:2 169:24 **priced**(2) 55:20 55:24 | | **pronounce**(1) 202:18 **proof**(2) 86:18 132:12 **proper**(3) 122:2 131:1 137:8 | | **push**(1) 204:7 **pushing**(1) 4:15 | | **recall**(28) 31:8 31:9 45:13 58:21 58:24 58:25 58:25 63:3 63:8 65:4 66:5 68:11 68:13 68:17 70:15 75:13 80:6 80:17 81:24 89:24 96:4 96:15 106:7 108:4 109:16 109:24 149:14 195:17 |
| **pricing**(42) 55:4 55:5 55:9 56:3 56:6 57:10 57:16 59:3 59:5 167:7 167:9 168:23 168:24 168:25 169:2 169:10 169:14 169:17 170:2 171:12 171:13 173:25 173:25 174:2 174:14 174:19 174:23 184:5 185:1 185:2 186:4 186:8 186:20 189:15 192:17 193:3 197:5 199:16 199:18 203:7 203:23 206:14 | | **properly**(1) 159:23 **properties**(4) 121:11 124:19 134:5 197:15 **property**(52) 11:24 12:12 12:15 13:2 13:5 15:4 15:6 18:2 18:4 20:3 20:6 20:10 20:23 41:5 41:23 43:12 44:11 44:15 68:10 68:15 68:19 70:1 70:5 70:9 70:10 70:22 71:4 72:19 73:15 83:18 85:19 86:15 86:17 91:11 95:25 96:6 96:13 96:16 98:4 98:9 121:23 122:24 123:4 123:15 132:21 134:3 135:6 169:23 186:6 196:4 197:23 | | **proper**(3) 122:2 131:1 137:8 | | **receive**(13) 164:25 167:2 167:2 170:7 176:9 183:20 186:14 186:17 187:13 187:24 188:8 189:3 190:3 190:24 |
| | | **proposal**(2) 93:7 93:21 **propose**(1) 111:18 **prospectus**(11) 63:4 63:8 63:16 63:22 63:24 63:25 64:9 65:1 65:2 65:6 | | **put**(32) 4:12 18:17 18:21 18:22 28:17 28:18 31:4 41:9 41:21 53:21 63:6 70:9 70:18 71:3 78:17 93:14 93:15 122:25 123:22 133:3 136:6 136:14 146:18 162:22 183:11 186:9 186:16 186:19 186:22 207:3 214:23 224:25 | | **received**(19) 12:21 122:16 138:16 165:5 176:8 178:22 181:11 182:24 183:6 186:17 187:11 187:19 187:22 188:9 189:6 189:7 189:8 195:25 207:10 |
| **primarily**(3) 128:18 215:13 216:24 **primary**(7) 20:20 20:24 21:21 157:18 157:23 161:20 177:7 | | **protected**(1) 130:20 **protection**(2) 132:4 142:12 **protections**(1) 142:8 **prove**(1) 59:3 | | **puts**(1) 189:23 **putting**(3) 62:15 93:13 93:19 **qualification**(1) 115:18 | | **receiver**(1) 134:3 **receiving**(2) 106:4 144:4 **recent**(3) 56:18 56:22 56:24 **recently**(2) 52:16 70:13 |
| **prime**(1) 115:4 **principle**(3) 10:21 100:10 137:25 **print**(2) 108:22 187:5 **print-out**(1) 193:6 | | **prove**(1) 59:3 **proven**(1) 66:11 **provide**(4) 113:9 125:17 194:10 197:9 **provided**(12) 13:14 22:20 30:19 39:17 98:25 99:24 101:15 177:15 194:9 195:17 202:3 203:5 | | **qualifications**(1) 115:4 115:24 **qualified**(2) 124:21 153:3 **qualify**(4) 109:22 145:7 145:8 206:23 **quality**(2) 162:9 162:20 **quarter**(1) 108:16 | | **recess**(10) 19:20 46:24 47:8 92:23 92:25 154:9 154:14 212:10 212:12 226:19 **recession**(2) 138:13 138:17 |
| **printed**(16) 168:8 168:11 169:15 173:20 173:21 173:24 181:12 183:19 187:15 189:12 189:18 190:1 190:4 205:21 205:22 207:4 **printing**(1) 186:12 **prior**(24) 8:23 23:2 24:5 32:18 32:25 51:21 52:6 52:11 68:15 123:15 124:2 124:3 129:12 131:7 136:19 137:3 137:24 158:4 174:21 200:17 211:11 222:9 223:19 223:22 | | **provides**(2) 125:20 128:8 **providing**(1) 147:10 **provision**(3) 15:15 87:3 126:13 | | **question**(39) 18:14 24:4 26:2 29:25 30:22 30:25 31:1 36:19 38:9 42:14 42:14 43:15 45:8 46:1 52:2 55:14 61:3 61:22 61:24 76:7 87:12 87:12 87:17 89:1 90:9 91:6 114:16 127:23 128:3 142:25 144:7 151:8 151:13 171:25 200:23 203:13 204:14 218:223:9 | | **recognize**(6) 50:24 68:25 78:9 80:2 83:15 130:3 **recollection**(3) 75:20 107:4 107:8 **reconvene**(3) 92:11 92:20 225:5 |
| **privacy**(1) 215:13 **private**(5) 112:6 124:13 124:14 139:14 213:21 | | | | **questioned**(5) 27:2 27:17 34:13 42:4 42:19 **questioning**(2) 39:7 63:20 **questions**(22) 24:2 24:7 27:14 29:3 46:2 46:17 53:15 55:12 92:9 103:15 140:19 144:8 146:6 153:12 153:24 158:3 159:10 202:7 210:2 211:24 224:2 224:8 | | **record**(37) 19:15 19:17 19:19 19:22 19:23 22:7 23:21 26:10 30:9 30:12 34:15 47:19 60:21 66:8 93:4 94:11 104:22 128:23 129:11 129:24 130:9 131:2 131:5 131:6 131:6 131:7 138:13 149:17 149:19 149:23 152:2 152:4 153:18 153:20 155:5 209:11 213:5 |
| | | | | **quick**(1) 6:4 **quickly**(3) 24:8 41:9 119:16 **quite**(3) 18:10 135:7 220:21 **quote**(1) 26:9 **quoted**(1) 203:5 **quoting**(1) 149:8 **r-e-i-t**(1) 58:3 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

recorded(17) 1:43 81:19 82:2 82:18 83:2 121:20 121:22 121:24 122:22 122:22 123: 124:2 129:1 151:23 152:4 152:14 152:16

recorder's(1) 121:22
recording(6) 1:43 81:22 123:8 125:5 129:13 227:4

recordkeeping(1) 161:16
recount(1) 37:9
recounts(1) 39:12
recross(1) 3:4
rectified(1) 163:1
redeem(3) 8:21 137:5 140:5
redemption(8) 137:2 137:10 139:4 139:5 140:7 140:13 140:15 140:17

redirect(9) 3:4 29:5 29:10 103:16 103:17 153:14 153:15 210:3 210:5

redrafted(1) 118:18
refer(1) 210:21
referencing(1) 138:23
referral(2) 106:2 106:3
referred(1) 221:14
referring(4) 208:18 210:16 222:4 222:6
refers(1) 80:21
refinance(7) 42:7 66:17 76:10 76:11 77:3 135:8 218:2

reflect(1) 204:12
reflected(1) 146:14
refresh(2) 107:4 107:8
refusal(1) 74:19
refusing(1) 72:25
regard(6) 48:15 52:5 52:22 151:13 151:18 203:11

regarding(4) 49:24 67:10 87:2 121:8
regardless(1) 50:1
regards(2) 216:18 217:12
regional(1) 199:15
registration(1) 78:22
regulation(2) 108:19 109:3
reimbursement(1) 52:17
reinstate(7) 8:20 8:21 8:25 136:18 138:5 139:8 139:10

reinstatemen(7) 136:25 137:5 137:17 137:19 138:22 139:4 139:5

reit(1) 58:3
rejected(13) 41:18 42:1 42:5 70:14 71:1 71:5 71:6 71:8 75:1 97:2 115:15 116:17 139:18
rejecting(2) 72:16 74:11
relate(1) 182:15
related(9) 89:20 96:21 96:22 107:16 108:8 109:9 137:15 183:24 216:17

relates(7) 77:25 83:23 102:1 147:6 182:16 185:10 185:12

relating(3) 107:6 111:22 133:8
relationship(2) 112:10 112:22
relationships(3) 112:2 112:14 113:23
relatively(2) 127:19 127:20
relevance(2) 75:17 75:23
relevant(2) 108:10 127:10
relied(2) 198:19 201:4
relief(16) 8:3 8:6 8:12 83:16 91:18 91:24 92:1 92:3 125:17 125:24 142:15 142:16 142:21 142:23 144:1 144:4

reliefs(1) 143:2
rely(3) 197:13 198:13 206:17
remain(6) 15:15 15:19 47:15 104:20 155:1 212:24

remaining(1) 69:6
remedies(1) 86:14
remember(17) 8:15 12:6 25:7 31:13 31:17 31:22 32:7 46:12 68:18 68:21 75:18 96:3 107:14 109:2 109:20 147:12 195:16

reminds(1) 119:13
removal(1) 15:12
render(1) 225:17
repeat(3) 28:13 52:2 91:2
repeated(1) 63:9
rephrase(4) 61:14 71:19 144:8 223:22
repopulated(1) 189:21
report(75) 62:11 76:14 87:14 87:22 88:3 88:17 98:24 99:24 101:23 102:1 102:3 102:4 102:7 103:4 160:12 162:14 170:8 170:10 170:12 174:12 174:16 175:14 175:15 175:16 175:18 175:19 175:22 176: 176:3 176:6 176:10 178:1 178:11 178:15 178:17 179:17 180:1 180:6 180:7 180:10 180:15 180:17 181:8 181:10 181:13 182:2 182:5 182:7 182:9 182:10 182:12 182:13 182:21 182:22 182:25 183:2 183:5 185:5 186:15 186:17 187:10 187:16 187:18 188: 189:6 189:24 190:17 190:24 191:12 191:17 192:15 192:18 192:24 195:1 207:1

reported(4) 32:4 54:12 103:4 184:3
reporting(2) 31:19 193:9
reports(5) 62:14 77:2 162:14 181:13 211:
represent(3) 87:1 97:19 112:23
representation(2) 49:18 83:24
representativ(5) 10:1 10:1 47:24 49:14 49:25

representative(1) 52:10
represented(2) 39:24 83:22
republish(1) 126:10
repurchase(1) 11:24 70:9
repurchased(3) 73:24 74:1 74:21
request(26) 58:4 58:6 78:15 122:23 123:5 126:5 126:6 126:21 138:17 153:3 153:3 153:9 198:8 198:9 198:10 198:16 199:24 199:25 200:12 208:10 208:14 210:10 211: 211:7 211:12 211:13

requested(8) 175:19 178:20 181:11 182:6 182:23 195:10 205:23 209:18

requests(1) 126:4
require(8) 43:23 117:20 128:25 131:12 132:11 144:22 179:24 181:22

required(21) 58:18 120:16 123:16 127:24 133:7 138:12 163:18 166:21 170:1 170:2 170:4 186:9 186:19 186:21 186:22 198:12 203:8 209:20 209:23 219:14 219:15

requirement(6) 122:4 126:15 126:23 131:24 132:2 169:12

requirements(6) 112:18 112:19 116:18 131:17 144:23 163:24

requires(2) 121:12 140:9
research(2) 186:25 187:3
reservation(1) 4:12
reserve(2) 39:14 40:17
reserves(4) 198:17 198:21 199:2 199:9
residence(3) 20:20 20:24 21:21
residential(3) 134:1 134:5 160:5
residual(2) 85:6 85:9
resolved(1) 226:4
respa(2) 118:20 146:25

respect(46) 22:2 28:6 52:24 55:11 59:20 96:23 97:10 97:20 99:20 156:8 156:10 156:23 157:17 159:15 161:12 162:10 164:12 168:24 171:11 172:17 173:24 174: 174:17 174:21 175:12 178:13 179:20 180:3 180:13 182:14 183:23 185:25 188:1 188:14 188:22 189:12 190:1 193:5 193:2 195:7 195:16 196:6 197:4 200:15 210:23 226:5

responded(1) 27:18
response(9) 48:8 51:8 51:10 51:13 51:24 53:1 175:5 175:8 218:13

responses(3) 80:3 80:8 80:12
responsibilities(3) 156:7 157:23 159:1
responsibility(2) 157:18 159:22
responsible(1) 130:23
responsive(1) 51:17
rest(2) 11:19 171:25
restaurant(1) 114:14
restructure(2) 204:10 211:14
restructured(1) 199:16
result(2) 19:6 59:9 82:13 144:3 199:14
resume(1) 162:14
resumes(1) 5:19

retail(9) 112:11 112:23 113:14 114:18 114:21 115:1 115:3 157:12 157:12

retained(1) 91:10
return(1) 172:11
returned(2) 175:20 175:21
returns(13) 27:19 30:20 31:19 32:5 171:15 171:21 172:15 172:17 195:15 197:9 199:24 199:25 200:12

reverts(1) 125:7
review(16) 60:4 66:8 66:13 106:14 132:2 145:16 147:19 148:3 158:1 158:2 163:10 170:6 175:4 175:8 175:17 199:15

reviewed(9) 7:12 28:25 46:3 62:6 70:13 106:19 106:20 162:12 162:23

reviews(6) 5:6 51:15 57:2 78:11 148:9
rich(1) 212:17
richard(1) 2:11
rick(2) 67:3 67:16
rid(1) 9:14
ridiculous(1) 45:19
right(183) 5:4 5:6 6:17 12:18 18:22 19:21 20:17 22:1 23:10 25:17 26:5 28:4 29:6 29:8 29:23 30:3 30:3 32:9 34:6 34:22 37:22 41:4 41:16 41:19 41:24 42:21 43:4 43:20 46:4 46:8 46:19 47:14 47:16 48:9 48:19 49:9 51:11 51:14 51:18 51:22 52:7 52:12 52:23 53:7 54:8 55:25 56:3 57:10 58:12 58:16 58:18 58:19 59:18 63:6 63:17 64:1 66:9 69:22 70:2 71:1 71:13 72:3 72:8 72:13 72:20 74:2 74:3 76:2 76:17 76:21 77:9 77:13 78:4 80:22 81:9 81:12 82:8 83:6 83:18 83:20 84:4 84:24 86:1 90:1 90:23 92:18 92:23 93:23 98:19 100:23 103:18 103:20 104:2 104:19 105:9 105:17 109:21 111:25 115:25 116:4 117:17 119:2 119:23 122:12 127:4 130:9 131:10 131:23 132:6 132:14 134:6 134:25 135:12 136:18 136:19 137:5 139:3 139:22 139:24 140:17 140:20 141:6 146:15 146:19 150:22 151:25 153:23 153:25 155:2 158:8 166:2 172:3 184:12 184:15 189:20 190:19 190:22 193:10 198:5 199:4 202:8 202:11 202:15 203:6 203:20 203:22 204:8 205:25 206:10 206:15 207:9 207:13 207:16 207:19 208:8 209:1 211:25 212:3 212:9 212:3 214:4 214:8 214:14 214:25 215:3 215:12 216:5 216:20 218:12 219:6 219:21 220:11 221:1 221:22 222:5 224:7 224:16 224:24 225:4 225:17 226:9 226:18 226:19

right-hand(7) 16:7 33:18 67:2 168:12 170:20 192:24 193:11

rights(3) 136:18 140:4 140:7
rise(5) 4:2 47:9 93:1 154:15 212:13
risk(3) 162:23 163:10 198:10
road(1) 2:14
rockway(1) 41:15
rodger(1) 213:6
role(7) 48:13 49:12 74:19 129:21 157:20 158:4 159:15

roles(4) 156:7 161:8 161:15 161:21
rolled(1) 156:15
room(1) 216:3
rooms(1) 104:5
round(2) 110:20 110:20
routing(1) 221:2
row(2) 61:5 61:10
rule(5) 48:11 48:15 48:17 49:23 125:16
ruling(2) 40:20 150:10
run(2) 34:24 195:3
s-c-o-t-t(1) 47:20
safe(1) 154:5
said(43) 24:17 28:2 35:2 35:3 35:7 35:9 35:18 37:12 37:16 39:18 39:20 43:8 52:13 58:20 62:10 66:10 66:16 68:14 68:18 77:20 91:3 94:25 120:2 125:19 134:8 141:7 141:7 141:8 141:22 149:15 149:22 157:8 172:1 208:1 215:10 217:5 217:13 218:14 218:20 218:21 219:16 220:2 221:17

sakamoto(2) 224:21 225:9
sale(62) 8:7 10:7 11:9 11:12 11:22 42:12 121:25 123:7 123:13 123:16 123:20 123:20 123:25 124:1 124:2 124:3 124:6 124:8 124:17 125:4 125:7 125:18 125:21 125:23 126:2 126:17 126:19 126:21 127:1 127:6 127:7 127:9 127:10 128:24 128:24 129:1 129:3 129:4 129:17 129:19 130:8 130:8 130:10 130:15 130:15 131:3 131:5 131:10 131:15 136:20 136:20 136:25 137:7 137:12 137:12 137:23 137:24 140:2 140:8 140:10 149:20 222:16

sales(2) 140:14 169:24
sam(1) 94:4
santa(1) 105:22
sat(3) 37:11 49:18 49:19
save(1) 149:4
savings(1) 199:2
saw(5) 83:12 91:24 189:11 204:8 211:6
say(31) 11:7 31:3 34:20 35:5 35:16 37:10 40:2 43:25 47:3 70:16 84:25 91:13 103:14 114:6 120:17 124:8 124:17 126:22 128:21 131:4 135:11 137:21 141:14 146:4 147:2 176:5 177:5 202:25 206:22 222:21 223:21

saying(16) 11:7 21:10 24:19 59:1 70:6 112:17 118:13 126:20 129:9 132:14 153:7 184:24 193:7 193:21 203:9 208:10

| Word | Page:Line |
| --- | --- |

**says**(75) 7:15 12:24 14:20 15:11 15:15 16:8 20:18 21:4 21:4 21:13 21:15 23:18 26:5 26:6 27:4 27:5 27:11 40:21 40:23 55:11 55:11 56:3 59:11 63:24 65:1 65:2 68:4 68:22 69:10 69:25 71:17 78:12 78:19 79:6 79:7 79:16 86:13 87:10 90:7 90:7 90:16 95:5 95:7 99:4 99:11 99:14 100:2 100:8 102:10 102:18 102:24 120:17 121:1 151:5 151:5 166:5 168:1 168:13 168:17 169:1 170:21 176:17 176:18 178:19 178:22 180:24 181:9 182:16 187:1 193:1 193:8 193:16 193:17 198:16 221:9

**schedule**(4) 7:8 7:11 7:15 126:17
**scheduled**(3) 8:7 123:16 126:17
**schedules**(7) 28:6 28:10 28:14 32:2 46:3 46:13 154:21

**scheme**(3) 111:21 127:17 132:10
**schnitzer**(1) 2:5
**school**(2) 105:20 105:22
**schuylkill**(1) 1:38
**score**(106) 34:24 37:25 45:12 45:21 45:24 54:7 54:12 55:4 55:5 55:9 55:21 55:25 56:3 56:11 56:15 56:19 56:22 56:24 57:9 57:16 59:13 60:22 61:5 61:10 61:16 86:23 116:9 116:21 166:21 169:2 169:6 169:10 169:14 169:16 169:17 170:1 170:2 170:4 174:2 174:4 174:10 174:11 174:14 174:15 174:18 175:9 175:10 175:12 176:12 176:17 176:18 176:21 176:24 176:25 177:1 177:3 177:5 177:6 177:6 182:1 183:17 183:23 184:2 184:5 184:6 184:25 185:1 185:1 185:2 185:4 186:8 186:9 186:16 186:17 186:22 186:23 189:15 189:19 189:23 190:13 190:15 190:18 191:20 191:22 191:23 192:17 192:18 192:22 193:2 193:3 194:1 198:11 198:11 203:1 203:6 203:8 203:12 203:21 203:23 203:25 204:1 205:16 205:20 207:8 207:12 208:25

**scores**(9) 38:24 175:12 175:22 192:12 192:15 192:23 192:25 193:1 193:18

**scott**(6) 3:8 47:1 47:13 47:17 47:20 93:8
**scratch**(2) 103:11 103:12
**screen**(10) 175:18 182:21 187:23 188:6 188:7 189:2 192:12 192:21 192:21 192:22 193:7
**sd-1**(9) 84:18 84:24 85:5 86:7 86:10 90:23 91:7 91:15 103:10

**sean**(3) 1:24 4:6 93:3
**seated**(9) 4:3 47:10 47:22 93:2 154:16 155:8 212:14 213:8 213:9

**second**(67) 9:2 11:3 11:5 11:8 34:9 56:14 58:21 69:3 73:18 77:14 78:18 83:15 83:25 88:20 89:24 95:4 97:11 99:19 102:7 102:23 102:23 103:3 103:4 103:7 106:21 123:11 124:4 135:15 135:16 135:22 135:22 137:1 148:4 168:16 173:19 178:4 178:6 178:6 178:10 178:12 179:17 179:17 179:2 179:25 180:15 182:1 182:12 182:22 188:11 188:22 189:4 190:1 190:5 190:10 191:22 192:13 193:17 193:21 199:16 204:1 204:10 206:21 208:7 208:11 209:10 211:1 211:15

**secondary**(1) 199:16
**seconds**(1) 127:22
**section**(10) 15:24 147:14 148:5 149:3 149:8 151:16 162:16 168:16 193:1 198:25

**securities**(7) 82:10 82:14 82:21 213:23 214:20 214:24 223:2

**securitization**(8) 62:20 63:5 65:11 73:25 74:18 82:10 82:22 152:8

**securitize**(2) 101:17 101:19
**securitized**(9) 64:14 73:16 74:13 101:8 101:10 101:12 101:14 101:16 103:7
**security**(6) 43:23 160:10 169:22 176:18 182:7 186:6
**see**(102) 7:17 11:5 12:24 13:19 13:22 14:19 15:12 15:13 15:16 21:8 21:11 21:13 34:5 34:11 33:6 33:21 50:16 53:24 54:6 54:12 54:13 54:17 54:20 54:21 55:3 55:6 56:2 56:3 56:12 56:15 56:18 56:19 57:1 57:6 57:10 58:2 58:4 58:6 58:8 58:10 59:2 59:6 60:2 66:8 67:1 69:3 69:5 69:8 69:11 69:12 70:22 75:22 75:23 76:20 76:22 78:3 78:16 78:20 78:21 78:24 79:14 79:19 80:21 81:2 81:17 82:11 82:14 82:2 85:14 86:20 90:8 95:5 95:7 99:12 100:5 100:11 102:12 102:19 102:24 117:20 120:22 127:19 131:3 133:25 152:18 152:1 162:4 162:6 166:18 168:14 168:17 169:2 176:11 183:14 185:16 193:12 204:8 205:4 205:10 205:12 221:16 226:20

**seeing**(2) 68:18 81:24
**seek**(3) 11:5 40:14 45:4
**seeking**(4) 11:7 15:25 40:1 142:8
**seeks**(1) 142:11
**seen**(10) 75:10 75:11 77:23 81:22 83:11 89:17 91:18 92:3 114:19 132:13

**select**(2) 162:20 164:2
**selected**(3) 164:7 195:6 195:7
**selecting**(1) 179:25
**self-employed**(1) 195:20
**self-interest**(1) 115:13
**sell**(6) 69:25 113:10 161:25 163:18 163:22 223:4
**seller**(3) 117:2 135:6 218:23
**sells**(1) 113:4
**semi-clear**(1) 131:11
**senate**(2) 110:11 110:13
**send**(6) 117:24 118:12 123:13 123:17 133:1 153:2
**sending**(1) 194:18
**senior**(3) 141:4 142:22 143:8
**sense**(3) 4:16 63:1 141:15
**sent**(10) 6:1 6:24 9:22 10:4 46:6 51:2 129:9 175:19 178:21 182:24
**sentence**(4) 69:3 69:24 85:15 158:17
**separate**(5) 84:13 84:16 117:16 117:18 117:20
**separately**(2) 142:23 142:25
**september**(1) 222:14
**sequestration**(2) 49:24 212:6
**series**(3) 99:2 213:18 213:19
**serve**(2) 164:10 214:17
**serves**(1) 117:15
**service**(5) 1:37 1:44 128:13 131:4 132:12
**service's**(3) 152:21 152:22 152:24
**servicers**(1) 120:25
**servicers**(1) 1:37
**servicing**(3) 68:14 91:10 108:19
**set**(10) 51:24 53:1 105:15 114:1 123:24 140:8 188:6 189:2 193:1 193:18
**set-up**(2) 187:23 194:21
**set-ups**(1) 117:19
**sets**(2) 110:9 123:20
**settlement**(1) 195:23
**seven**(4) 4:17 125:21 199:3 208:6
**several**(8) 40:6 106:20 110:13 177:14 184:16 216:23 217:1 222:24
**seward**(1) 1:29
**shaking**(1) 225:12

**shall**(1) 15:15
**sharon**(4) 1:25 5:13 94:11 154:18
**she**(76) 23:14 23:24 25:15 25:17 27:24 30:23 30:23 31:4 34:24 35:2 35:5 35:5 35:15 35:16 35:16 35:18 35:23 36:7 36:1 37:11 37:16 38:5 38:5 39:7 39:12 40:10 41:21 43:8 58:20 61:17 62:7 65:24 65:25 65:25 66:16 67:22 68:2 75:25 164:23 186:21 195:20 195:24 195:25 200:18 201:11 205:22 205:24 206:23 207:8 207:1 207:19 207:25 211:4 215:17 215:18 216:13 216:19 217:13 217:13 218:20 218:21 218:22 219:14 219:15 219:16 219:17 220:7 220:7 220:8 220:8
**she's**(8) 36:6 39:15 39:19 87:15 198:18 207:1 218:17 220:1
**shebang**(1) 138:2
**sheet**(5) 164:8 174:3 174:5 174:7 174:8
**sheets**(2) 162:5 166:19
**sheriff's**(1) 124:10
**sherilan**(1) 139:12
**sherri**(1) 227:9
**shipping**(1) 159:12
**short**(3) 212:10 225:16 225:20
**short-hand**(1) 64:22
**shots**(1) 192:21
**should**(6) 91:13 92:16 138:13 160:24 160:25 220:12
**shouldn't**(1) 226:6
**show**(5) 32:2 127:9 139:16 166:4 181:16
**showing**(5) 75:14 75:25 82:3 169:15 188:8
**shows**(5) 76:13 175:18 182:22 189:4
**shut**(1) 28:2
**sic**(3) 16:6 55:4 182:20
**sic0**(1) 196:10
**side**(7) 33:5 147:23 165:12 192:16 192:24 193:11 221:19
**sides**(1) 118:11
**sifa**(7) 170:21 171:6 171:12 171:16 171:16 171:18 172:13
**sign**(6) 34:10 118:9 132:25 145:24 206:9 219:16
**signature**(3) 32:9 119:1 205:12
**signed**(31) 7:12 14:3 14:5 14:6 14:14 14:16 21:15 22:23 24:3 24:4 24:6 24:8 28:21 28:25 31:4 34:12 34:18 90:15 90:1 91:25 92:4 118:16 129:10 145:19 203:16 204:11 205:24 206:1 207:15 208:25 209:4
**significance**(4) 160:6 170:25 171:11 192:14
**significant**(2) 10:14 199:2
**signing**(5) 23:2 23:3 24:5 149:19 206:20
**signs**(1) 131:2
**similar**(2) 101:23 117:22
**similarly**(1) 133:4
**simple**(2) 117:9 127:12
**simply**(2) 136:19 169:17
**since**(14) 97:4 105:11 105:16 105:25 107:7 108:1 110:6 110:6 111:5 120:4 147:7 148:14 156:3 157:21
**sing**(1) 222:8
**singapore**(2) 222:8 222:22
**single**(2) 30:3 79:17
**sir**(15) 83:4 92:21 94:2 94:21 99:5 102:15 153:25 198:1 213:1 213:9 213:11 215:22 216:3 219:17 224:9
**sit**(2) 23:3 110:19
**site**(1) 126:17
**sitting**(2) 61:8 148:23

**situation**(12) 114:4 115:17 122:13 137:1 137:10 137:17 141:4 141:23 142:11 151:19 172:12 173:13
**situations**(3) 134:4 142:4 149:18
**six**(5) 17:22 87:5 87:6 112:24 186:3
**six-fifty-nine**(2) 174:6 176:15
**six-hundred-and-ninety-two**-188:16
**six-hundred-and-sixty-poin**( 206:23
**six-sixty**(2) 169:5 184:4
**sixth**(1) 137:24
**size**(1) 132:17
**skimmed**(1) 106:23
**slander**(1) 130:21
**slept**(1) 147:8
**slow**(3) 26:16 158:18 214:2
**small**(4) 78:1 78:10 112:6 214:23
**smaller**(1) 77:12
**smiling**(1) 225:18
**social**(5) 160:10 169:22 176:18 182:7 186:
**software**(3) 120:25 156:21 180:2
**sold**(6) 65:7 68:23 72:19 82:9 135:24 195:24
**sole**(1) 226:2
**solely**(3) 78:23 79:5 117:4
**solvent**(1) 134:2
**some**(22) 11:18 20:3 29:4 35:6 40:20 60:7 63:4 93:6 96:20 103:24 106:21 107:1 109:19 132:3 133:7 135:17 139:14 139:19 148:11 149:4 162:14 214:9
**somebody**(4) 124:24 127:13 139:8 145:12
**somebody's**(2) 113:15 113:16
**someone**(3) 42:6 68:14 149:19
**something**(6) 37:17 45:19 78:17 127:10 179:11 215:19
**sometime**(1) 11:16
**sometimes**(9) 75:21 113:8 118:17 128:4 131:21 145:13 146:8 146:22 153:18
**somewhere**(3) 72:11 120:22 226:15
**songhin**(1) 224:21
**sontchi**(1) 1:17
**sorry**(62) 13:18 16:15 22:14 23:7 23:12 23:19 23:22 26:11 27:1 27:6 33:10 33:15 42:24 43:16 44:1 45:9 45:18 49:3 51:9 52:3 60:15 69:16 70:16 73:17 79:9 87:10 87:12 89:11 91:17 93:18 95:9 99:24 95:16 97:7 97:13 98:15 99:20 99:24 100:13 101:8 115:21 131:18 142:16 143:17 158:16 165:3 166:8 166:10 172:19 184:7 188:4 188:19 190:21 196:13 199:6 200:3 200:4 202:18 210:20 222:10 223:8
**sought**(1) 87:14
**sound**(2) 1:43 227:4
**source**(1) 122:5
**southern**(1) 177:16
**speak**(4) 21:2 27:20 67:10 214:2
**speaker**(1) 108:6
**speaking**(2) 24:17 151:18
**special**(1) 111:6
**specific**(5) 35:13 73:11 108:24 123:20 166:22 167:6 195:17
**specifically**(5) 35:16 161:18 185:14 188:7 197:4
**speculate**(1) 75:3
**speculates**(1) 71:16
**speculating**(1) 71:9
**speculation**(6) 35:22 36:11 38:4 71:15 200:21 207:21
**speed**(1) 179:17

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**spell**(5) 47:18 104:22 155:4 213:4 214:12
**spelled**(1) 104:25
**spent**(1) 52:17
**spoke**(1) 35:9
**spot**(1) 146:16
**spotless**(1) 38:2
**spots**(1) 160:3
**spread**(2) 164:9 164:13
**squeaks**(1) 19:11
**stamatic**(1) 2:12
**stamoulis**(191) 2:10 2:12 8:22 20:25 21:2 29:6 29:9 29:11 29:13 29:15 29:16 30:2 30:4 30:8 30:11 30:14 30:20 34:3 35:23 35:25 36:1 36:8 36:15 36:16 36:18 36:21 37:23 38:7 38:9 38:11 39:6 39:18 39:22 40:6 40:14 40:22 41:6 41:8 42:16 42:18 42:24 43:1 43:2 43:10 44:21 44:24 45:2 45:6 45:9 45:11 46:17 46:23 47:1 47:5 47:12 47:23 48:2 48:4 48:12 49:9 49:17 50:18 51:5 52:4 53:8 53:16 53:20 53:25 54:1 55:16 57:22 57:23 59:17 60:3 60:16 60:18 60:19 62:3 62:4 64:2 64:3 64:19 64:21 64:25 65:3 66:22 66:24 69:16 69:18 69:20 71:19 71:22 72:2 72:4 72:8 72:10 74:8 74:9 75:9 76:5 76:8 76:16 76:19 76:21 76:23 76:24 77:21 77:22 79:9 79:10 80:15 80:16 87:23 87:25 88:5 88:7 88:10 88:13 88:22 89:1 89:3 89:5 89:8 89:14 89:16 90:10 91:5 92:8 92:24 94:6 94:9 97:21 100:17 103:17 103:23 111:24 140:2 140:25 142:16 142:19 142:20 143:22 143:25 144:11 144:14 144:17 144:18 147:17 147:21 148:2 148:12 148:19 148:2 149:7 149:11 150:7 150:12 150:16 150:18 151:2 151:6 151:8 151:10 151:12 151:15 153:11 154:7 154:12 185:8 200:7 200:20 201:10 202:10 202:14 202:17 204:20 204:23 205:1 207:24 208:2 208:3 208:22 208:23 210:1 212:5 212:11 212:17 224:15 225:13 226:8 226:22

**stan**(1) 43:16
**stand**(11) 5:9 47:13 47:15 93:25 104:9 104:18 154:24 154:25 212:21 212:23 217:16
**standard**(6) 17:13 146:5 152:6 177:2 200:6 200:10
**standing**(4) 47:15 104:20 155:1 212:24
**stands**(1) 103:10
**stargatt**(5) 1:22 5:14 94:12 104:16 154:19
**start**(15) 29:6 62:2 123:11 123:14 126:10 126:25 129:15 130:18 145:16 158:16 158:23 202:5 202:12 213:23 214:9
**started**(6) 32:15 105:11 123:22 146:18 180:11 214:11
**starting**(2) 29:25 214:7
**starts**(1) 120:14
**state**(23) 28:3 47:18 59:3 104:22 105:19 107:25 108:13 110:11 111:22 123:17 124:12 125:19 125:19 126:18 132:22 135:4 142:2 144:15 151:14 155:4 196:21 206:19 213:4
**stated**(16) 6:11 63:14 63:15 170:24 170:25 171:2 171:3 171:6 171:12 172:18 172:19 195:12 195:14 196:14 201:3 201:25
**statement**(11) 28:3 28:7 32:8 39:16 118:21 146:3 152:21 195:24 196:2 197:17 218:18
**statements**(9) 26:21 27:20 28:10 30:21 32:11 32:15 145:21 145:22 146:1
**states**(11) 1:1 1:18 11:3 11:14 23:12 40:23 106:11 137:3 144:2 196:10 199:1
**stating**(1) 202:25

**status**(3) 180:9 180:10 180:25
**statute**(16) 110:3 120:17 121:12 123:4 129:2 133:7 134:20 142:4 147:6 147:18 148:3 148:9 148:11 148:13 148:21 148:25
**statutes**(5) 107:3 110:2 128:25 130:3 130: 
**statutory**(4) 120:19 122:4 123:9 126:13
**stay**(19) 8:4 8:6 8:12 83:16 83:17 91:19 91:25 92:4 119:18 125:17 125:24 142:13 142:15 142:17 142:22 143:2 144:2 144:4 163:25
**staying**(1) 33:4
**step**(7) 46:20 103:18 211:25 215:10 219:21 221:8 222:10
**still**(23) 5:10 9:10 39:2 39:2 94:3 117:19 125:12 130:3 133:23 134:17 136:5 138:3 141:15 163:5 180:21 180:22 182:1 198:23 199:19 201:17 201:17 207:3 218:25
**stipulation**(1) 9:9
**stock**(1) 223:1
**stood**(1) 217:19
**stop**(7) 8:11 22:6 136:11 136:12 136:13 136:16 158:16
**stops**(1) 124:23
**storage**(3) 18:18 18:21 19:4
**story**(2) 147:4 223:7
**strategy**(1) 65:21
**strauss**(1) 6:2
**street**(3) 1:10 1:31 1:38
**stricken**(2) 36:12 36:14
**strike**(4) 36:10 61:14 131:19 223:22
**strong**(1) 199:2
**structure**(1) 113:17
**student**(1) 105:13
**studying**(1) 119:14
**sub-bi**(1) 129:7
**subject**(8) 4:12 51:23 52:8 53:1 71:7 120:6 159:8 170:6
**submit**(6) 116:1 116:15 157:5 194:11 194:12 194:17
**submits**(5) 171:15 171:19 171:21 172:7 172:11
**submitted**(10) 46:14 52:16 114:11 162:13 171:6 176:11 191:16 198:9 207:6 208:14
**subordinate**(3) 33:7 205:5 205:19
**subprime**(2) 112:8 115:5
**subscribe**(1) 215:5
**subsequent**(3) 68:21 211:11 217:6
**subsidiaries**(1) 222:24
**subsidiary**(1) 85:3
**substance**(2) 40:20 92:22
**substantiated**(1) 26:21
**substantive**(1) 53:15
**substitute**(2) 128:25 129:4
**substituted**(1) 128:16
**substitutes**(1) 90:5
**substitution**(11) 89:20 89:23 90:3 90:4 90:14 90:17 127:24 128:5 131:2 149:25 153:19
**substitutions**(1) 129:6
**succeed**(2) 85:25 86:3
**succeeded**(1) 85:22
**successively**(1) 175:13
**successors**(2) 78:24 85:14
**such**(2) 130:21 130:24
**sue**(3) 134:17 135:25 140:8
**sued**(2) 132:5 132:5
**sufficiently**(1) 218:18
**suggested**(1) 218:23
**suite**(1) 2:14
**summary**(1) 106:24
**summer**(3) 45:12 45:14 45:17

**sums**(1) 140:10
**sunday**(1) 52:13
**supplemental**(3) 80:3 80:8 80:12
**support**(2) 159:8 159:9
**supporting**(5) 147:9 194:20 195:12 196:22 197:16
**supposed**(1) 27:4
**supreme**(1) 127:16
**sure**(42) 6:5 26:12 49:1 50:2 50:4 52:25 83:20 85:11 87:15 88:20 94:9 104:10 104:11 106:18 107:8 116:24 120:2 120:5 132:8 133:2 133:12 136:13 138:25 143:9 152:11 158:13 158:20 159:3 159:23 160:1 160:25 162:15 179:16 181:7 186:2 192:7 201:16 213:10 219:6 225:6 225:19 226:10
**suspected**(1) 162:21
**suspicious**(1) 163:8
**sustained**(2) 88:9 200:23
**switch**(1) 103:20
**sworn**(4) 47:17 104:21 155:3 213:3
**system**(20) 78:22 131:8 152:18 156:13 156:19 158:15 159:5 159:19 161:19 162:1 174:25 175:17 185:13 185:13 185:14 185:15 185:25 186:1 187:8 209:6
**tab**(1) 25:12
**table**(3) 40:24 41:3 75:6
**tables**(2) 110:20 110:20
**tabs**(1) 186:3
**take**(37) 5:9 6:15 18:11 19:17 44:8 44:10 46:24 47:3 47:14 64:11 66:1 93:25 104:5 124:21 124:22 128:23 134:3 135:6 139:19 139:21 142:6 148:3 150:4 154:9 154:25 163:2 177:3 177:4 212:9 213:22 215:6 218:23 221:4 223:5 223:24 225:6 226:6
**taken**(6) 24:23 25:9 78:1 88:11 213:19 223:1
**takes**(3) 123:9 124:3 132:9
**taking**(3) 31:22 174:15 192:16
**talk**(10) 35:8 67:13 112:20 124:23 127:11 148:5 190:19 214:8 216:20 217:5
**talked**(4) 37:19 129:23 136:14 140:3
**talking**(10) 22:8 63:16 72:11 73:17 73:19 93:18 112:8 121:16 129:20 131:20
**tania**(9) 23:13 30:23 31:2 34:21 37:12 216:19 219:18 219:19 220:2
**taught**(4) 110:15 111:2 111:4 111:15
**taus**(2) 9:20 10:10
**tax**(15) 21:16 27:19 30:20 31:19 32:5 171:15 171:21 172:11 172:14 172:17 195:15 197:9 199:24 199:25 200:12
**taxes**(2) 196:9 196:11
**taylor**(5) 1:23 5:14 94:12 104:16 154:19
**tba**(1) 13:8
**teach**(2) 111:8 111:9
**teaching**(2) 105:21 105:25
**team**(1) 185:22
**technology**(4) 156:4 156:11 158:5 158:9
**tee**(1) 132:13
**telephone**(5) 22:19 24:24 34:20 34:22
**tell**(30) 34:22 58:14 68:1 68:2 113:8 131:5 133:5 136:10 149:1 152:24 153:4 155:15 167:22 173:17 175:25 178:14 178:17 179:11 180:11 182:20 183:16 186:12 187:3 191:11 192:11 192:19 193:22 198:7 206:25 210:25
**telling**(1) 193:25
**tells**(9) 100:25 121:3 178:15 180:17 181:7 187:18 187:21 188:1 226:15

**ten**(14) 63:15 108:5 110:6 110:17 110:18 112:10 113:18 114:3 114:10 120:22 121:1 122:17 123:1 125:18
**ten-and-a-half-years**(1) 155:20
**ten-day**(2) 121:25 133:5
**ten-days**(1) 122:17
**ten-thousand-dollar-a-month**  44:16
**tender**(9) 111:18 136:25 137:8 138:15 138:22 138:24 139:4 139:16 140:9
**tendered**(2) 139:20 140:9
**term**(4) 125:12 141:25 207:5 209:6
**terminate**(3) 136:24 137:7 163:1
**terminated**(1) 138:16
**termination**(1) 125:24
**terms**(34) 15:24 20:1 35:1 39:3 95:19 114:22 116:19 146:14 149:16 160:20 167:5 169:23 173:2 173:4 199:13 201:23 203:18 203:21 204:7 204:9 204:12 205:4 205:15 206:4 206:6 207:1 207:3 208:1 209:4 209:6 209:7 209:12 211:5 211:11
**territories**(1) 132:18
**terry**(3) 13:6 13:19 14:17
**test**(2) 136:6 158:13
**testified**(39) 5:21 6:23 8:14 12:5 12:14 18:17 19:21 20:12 22:5 22:17 22:23 23:1 24:2 24:21 25:6 26:3 26:7 28:7 28:15 29:23 30:15 31:5 32:1 38:5 43:17 52:9 54:23 66:7 97:16 109:12 110:10 141:17 144:19 147:5 149:12 150:1 176:20 224:22
**testify**(7) 9:13 39:19 53:22 54:25 59:23 65:23 141:1
**testifying**(7) 39:16 48:18 48:20 48:22 50:1 58:22 61:20
**testimony**(38) 8:15 8:23 12:1 12:7 23:25 26:22 27:21 28:11 31:8 32:3 42:12 42:23 49:20 52:12 58:12 58:24 60:5 60:8 60:14 63:19 66:2 66:4 67:6 67:12 67:18 70:8 70:15 70:23 75:23 88:15 92:22 96:15 127:11 201:3 202:24 203:24 204:1 207:8
**text**(3) 143:4 148:23 148:24
**than**(15) 71:25 72:15 72:21 84:21 107:14 109:18 109:18 109:19 123:19 125:21 137:2 146:8 147:1 157:11 226:6
**thank**(62) 17:8 19:10 21:5 33:19 41:6 46:19 47:5 47:7 47:12 47:22 48:2 53:25 56:8 62:3 64:1 64:2 65:22 76:19 77:7 89:13 92:24 94:17 95:15 103:18 104:3 104:12 104:20 105:3 105:4 110:25 140:18 140:22 148:1 149:24 153:23 153:25 154:2 154:6 154:20 155:8 155:10 179:7 181:2 188:19 190:22 199:5 200:5 202:20 211:25 212:2 212:11 212:22 213:8 213:11 219:9 224:1 224:9 224:12 224:13 226:8 226:21 226:22
**thanks**(1) 180:23

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**that**(301) 4:9 4:13 4:14 5:21 5:22 6:1 6:8 6:10 6:13 6:15 6:21 6:23 6:24 7:6 7:8 7:11 7:12 7:17 7:19 7:20 7:22 7:25 8:4 8:6 8:7 8:8 8:10 8:12 8:14 8:15 8:17 8:18 8:18 8:20 8:21 9:9 9:10 9:11 9:13 9:20 9:22 9:23 9:25 10:4 10:11 10:11 10:11 10:13 10:15 10:21 10:23 10:23 10:24 11:3 11:5 11:7 11:9 11:12 11:12 11:14 11:15 11:15 11:18 11:20 12:1 12:2 12:6 12:6 12:14 12:15 12:18 12:20 12:20 12:20 12:24 13:1 13:7 13:8 13:8 13:13 13:19 13:22 13:24 14:1 14:4 14:9 14:11 14:14 14:16 14:17 15:3 15:4 15:9 15:12 15:13 15:14 15:17 16:1 16:5 17:3 17:8 17:13 17:24 17:24 18:5 18:15 18:17 18:18 18:20 18:20 19:3 19:4 19:6 19:12 19:17 20:1 20:2 20:4 20:9 20:10 20:12 20:13 20:14 20:20 20:23 20:24 21:10 21:11 21:13 21:18 21:25 22:3 22:5 22:11 22:17 22:18 22:22 22:23 22:24 23:1 23:2 23:15 23:17 23:25 24:3 24:6 24:9 24:10 24:14 24:16 24:17 24:19 24:24 25:7 25:3 25:5 25:6 25:9 25:18 26:3 26:4 26:7 26:7 26:20 26:21 27:4 27:8 27:12 27:12 27:15 27:20 27:25 28:2 28:3 28:8 28:11 28:11 28:12 28:19 29:18 29:22 29:23 30:16 30:17 31:6 31:8 31:9 31:11 31:14 31:18 31:19 32:2 32:4 32:4 32:14 32:19 33:1 33:6 34:7 34:11 34:12 34:15 34:24 34:25 35:2 35:2 35:4 35:6 35:13 35:17 35:20 36:2 36:23 36:23 37:2 37:14 37:15 37:16 38:7 38:9 38:13 38:15 38:16 38:17 38:18 38:19 38:23 39:1 39:10 39:10 39:13 39:16 39:17 39:18 39:18 39:25 40:2 40:3 40:10 40:13 40:14 40:23 40:23 41:2 41:14 41:16 41:18 41:19 41:24 42:1 42:5 42:8 42:19 42:21 43:4 43:12 43:18 43:20 43:20 43:22 44:3 44:6 44:17 44:18 44:22 45:21 45:24 46:3 46:4 46:6 46:7 46:8 46:10 47:23 48:9 48:19 49:15 49:22 50:4 51:2 51:2 51:11 51:14 51:18 51:22 52:6 52:8 52:9 52:10 52:12 52:13 52:13 52:17 52:23 52:25 53:11 53:14 53:22 54:8

**that**(301) 54:10 54:12 54:13 54:17 54:20 54:21 54:23 54:25 55:1 55:3 55:6 55:11 55:13 55:13 55:14 55:21 55:21 55:25 56:2 56:3 56:5 56:5 56:12 56:15 56:18 56:18 56:19 56:23 56:25 57:1 57:7 57:10 57:10 57:10 57:13 58:2 58:4 58:6 58:8 58:11 58:12 58:12 58:14 58:16 58:17 58:18 58:19 58:22 58:24 59:1 59:6 59:8 59:9 59:10 59:12 59:18 59:23 61:14 61:17 62:1 62:2 62:3 63:5 63:5 63:6 63:8 63:9 63:11 63:15 63:17 64:9 64:10 64:15 64:22 65:4 65:7 65:9 65:14 65:15 65:16 65:17 65:21 65:25 66:2 66:4 66:5 66:5 66:8 66:9 66:9 66:10 66:16 67:22 68:1 68:2 68:4 68:4 68:8 68:11 68:13 68:14 68:17 68:18 68:18 68:21 68:22 68:23 68:25 68:25 69:1 69:8 69:10 69:11 69:13 69:21 69:22 69:24 69:25 70:2 70:6 70:8 70:12 70:13 70:15 70:16 70:22 70:23 70:24 71:1 71:4 71:6 71:9 71:11 71:12 71:16 71:16 71:20 72:6 72:13 72:14 72:15 72:16 72:18 72:22 72:24 72:25 73:1 73:2 73:3 73:4 73:9 73:15 73:24 74:1 74:2 74:13 74:14 74:18 75:10 75:14 75:18 75:20 75:21 76:18 77:4 77:6 77:8 77:9 77:11 77:13 77:25 78:3 78:4 78:20 78:21 78:25 79:4 79:14 79:19 80:6 80:21 80:22 81:2 81:4 81:4 81:5 81:6 81:7 81:12 81:17 81:19 81:22 82:1 82:8 82:11 82:13 82:15 82:17 82:18 82:24 83:1 83:4 83:5 83:16 83:17 83:18 83:22 83:23 83:24 84:3 84:10 84:24 84:25 85:8 85:15 85:17 85:23 86:1 86:20 87:2 87:2 88:15 88:18 88:20 90:1 90:11 90:17 90:21 90:22 90:23 91:13 91:19 91:25 92:4 95:5 95:10 95:13 95:15 95:18 95:19 95:23 96:12 96:15 96:25 97:16 98:5 99:12 99:21 99:23 100:3 100:5 100:7 100:1 100:15 100:25 101:3 101:9 101:12 101:14 101:17 101:23 101:25 102:12 102:16 102:19 102:24 103:1 103:2 103:8 106:11 106:23 106:25 107:1 107:2 107:16 107:20 108:9 108:20 108:23 108:24 109:1 109:6 109:9 109:18 109:24 110:8 110:17 112:6 112:14 112:16 112:19 112:21 113:4 113:9

**that**(301) 113:16 113:17 113:25 114:6 114:23 114:23 115:9 115:10 115:10 115:1 115:16 115:24 116:1 116:7 116:8 116:13 116:15 117:17 117:18 117:24 118:5 118:1 118:21 119:2 119:3 119:3 119:4 120:5 120:18 120:21 120:22 121:3 121:5 121:5 121:6 121:12 121:12 121:13 121:14 121:2 122:1 122:3 122:5 122:9 122:9 122:15 122:16 122:24 122:25 123:9 123:14 123:15 124:3 124:5 124:8 124:9 125:2 125:3 125:16 125:19 125:22 126:2 126:14 126:2 127:6 128:8 128:12 128:13 128:15 128:20 128:21 129:1 129:8 129:10 129:11 129:12 130:6 130:7 130:10 131:3 131:18 131:19 132:12 132:15 132:17 132:24 132:25 133:1 133:18 134:16 134:18 134:22 134:22 135:3 135:9 135:14 135:18 135:23 136:1 136:2 136:5 136:13 136:15 136:24 137:7 137:25 138:9 138:15 139:3 139:16 139:22 140:3 140:8 141:1 141:3 141:6 141:7 141:8 141:11 141:12 141:14 141:17 141:18 141:19 141:24 142:13 142:23 143:20 143:20 144:2 144:2 144:2 144:4 144:5 144:6 144:21 144:22 145:3 145:4 145:7 145:7 145:13 145:14 145:16 145:17 145:21 145:23 145:24 145:25 145:26 146:10 146:15 146:18 146:22 147:2 147:7 147:6 147:17 148:16 148:22 149:1 149:4 148:9 149:13 149:14 150:1 150:2 150:19 151:21 151:25 152:6 152:9 152:12 152:13 152:15 152:25 153:5 153:8 153:20 153:2 154:21 156:8 156:15 156:19 156:21 156:21 157:8 158:3 158:10 158:12 158:13 158:14 158:17 159:1 159:1 159:3 159:7 159:10 159:11 159:12 159:16 159:18 159:20 159:23 159:24 159:25 160:1 160:2 160:6 160:25 162:11 162:12 162:15 162:21 162:18 163:9 163:13 163:22 164:1 164:5 164:11 165:21 165:22 166:4 166:6 166:19 166:20 166:21 167:7 167:8 167:9 167:9 168:14 168:17 168:19 168:21 168:22 168:23 169:2 169:6 169:6 169:6 169:13 169:15 169:18 169:21 170:2 170:4 170:11 170:23 171:2 171:4 171:9 171:24 173:4 174:19 174:23 174:23 174:25 175:8 175:18 175:20 175:21 176:1 176:6 176:23 178:6 178:7 178:10 178:12 178:15 178:17 178:2 178:21 179:1 179:6 179:16 179:21 179:22 179:23 179:25 179:25 180:5 180:6 180:6 180:7 180:8 180:9 180:11 180:17 180:25 181:7 181:9 181:11 181:14 182:5 182:16 182:23 183:1

**that**(242) 183:2 183:2 183:14 183:25 184:5 184:5 184:14 184:17 184:24 184:24 185:5 185:7 185:20 185:20 186:3 186:12 186:16 186:16 186:16 186:25 187:3 187:5 187:9 187:9 187:9 187:10 187:15 187:19 187:21 187:24 187:25 188:1 188:1 188:8 188:11 189:4 189:8 189:11 189:11 189:12 189:17 189:18 189:25 190:1 190:3 190:9 190:12 190:18 190:25 191:15 191:19 191:24 192:15 193:7 193:8 193:8 193:11 193:12 193:12 193:21 193:22 193:22 193:22 193:23 193:25 193:25 193:25 194:1 194:10 194:22 194:24 195:7 195:15 195:24 195:25 196:10 196:11 196:19 196:20 196:21 196:22 196:23 197:15 198:9 198:15 198:16 198:18 198:20 199:23 200:1 200:18 201:1 201:3 201:5 201:8 201:11 201:16 201:16 201:17 201:21 201:24 202:4 202:22 202:25 202:25 203:4 203:6 203:8 203:9 203:9 203:10 203:14 203:17 203:20 203:20 203:22 203:24 204:1 204:1 204:5 204:8 204:11 204:12 204:13 205:4 205:10 205:12 205:19 205:19 206:9 206:10 206:11 206:15 206:17 206:21 206:22 206:23 206:25 207:1 207:8 207:8 207:12 207:13 207:18 207:19 207:19 207:23 208:9 208:10 208:18 208:24 209:9 209:11 209:14 209:20 209:23 210:21 211:6 211:16 211:18 212:10 212:25 214:9 214:14 214:15 214:21 214:25 215:6 215:18 215:19 215:19 216:13 216:14 216:14 216:25 217:1 217:1 217:4 217:5 217:8 217:9 217:10 217:11 217:11 217:12 217:13 217:14 217:14 217:17 217:18 217:20 217:23 217:24 217:25 218:3 218:4 218:4 218:5 218:7 218:10 218:14 218:18 218:20 218:21 218:23 218:25 219:16 220:13 220:18 220:18 220:21 220:25 220:25 221:1 221:4 221:13 221:13 221:16 222:4 222:5 222:6 222:14 222:15 222:24 222:25 223:2 223:3 223:5 223:10 223:19 223:22 223:22 223:22 224:20 224:25 225:6 225:7 225:10 225:18 226:5 226:15 227:3

**that's**(115) 4:15 6:11 6:17 9:15 18:9 18:10 19:15 25:17 25:19 26:5 26:20 27:9 27:11 29:9 31:9 35:3 49:22 50:1 59:11 60:23 62:10 63:25 71:25 74:14 78:17 81:9 84:3 87:18 90:16 91:6 93:22 94:18 97:13 99:19 101:3 101:6 102:3 102:12 103:3 104:2 105:24 107:2 107:2 107:6 108:1 113:17 114:2 114:18 118:1 119:6 120:10 121:20 122:4 125:12 127:15 129:6 129:18 131:11 132:1 133:13 134:25 135:20 136:5 136:6 138:15 138:25 139:13 139:13 140:13 142:25 145:15 145:20 146:5 146:17 146:22 149:7 150:10 152:8 152:22 153:2 153:8 158:21 166:12 167:11 168:3 168:11 169:17 170:4 171:7 171:24 172:25 177:19 178:19 183:19 184:9 187:18 188:21 197:22 200:22 202:3 206:16 209:18 213:11 217:7 219:12 219:14 219:15 220:14 220:15 221:7 221:15 221:16 222:4 224:10 224:14

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **the(301)** 1:1 1:2 1:17 1:30 2:4 4:2 4:3 4:5 4:6 4:7 4:9 4:9 4:11 4:17 4:19 4:20 4:21 4:24 5:3 5:4 5:6 5:9 5:9 5:12 5:13 5:14 5:17 6:2 6:9 6:13 7:4 7:6 7:11 7:12 8:1 8:3 8:6 8:7 8:10 8:10 8:11 8:11 8:17 8:18 8:21 8:22 8:25 9:2 9:4 9:5 9:5 9:8 9:9 10:1 10:2 10:7 10:7 10:10 10:15 10:17 10:18 10:23 10:24 11:4 11:9 11:14 11:19 11:19 11:19 11:20 11:22 11:24 12:1 12:2 12:11 12:15 12:19 12:21 12:23 13:2 13:5 13:7 13:7 13:15 13:17 13:19 13:21 13:21 13:24 14:8 14:9 14:11 14:17 14:20 15:4 15:6 15:6 15:14 15:15 15:16 15:19 15:24 16:3 16:3 16:6 16:7 16:7 16:11 16:11 16:12 16:12 16:14 16:15 16:17 16:19 16:20 16:22 16:25 17:4 17:7 17:10 17:12 17:15 17:17 17:17 17:22 17:23 17:23 18:2 18:4 18:7 18:9 18:9 18:22 19:1 19:11 19:14 19:15 19:16 19:17 19:19 19:19 19:21 19:22 19:23 19:24 20:1 20:1 20:2 20:4 20:6 20:8 20:10 20:17 20:18 20:23 21:4 21:4 21:7 21:23 22:2 22:6 22:7 22:7 22:11 22:11 22:13 22:23 22:25 22:25 23:1 23:4 23:8 23:10 23:14 23:14 23:15 23:18 23:20 23:20 23:24 23:24 24:4 24:5 24:7 24:15 25:3 25:9 25:9 25:12 25:13 25:13 25:16 25:17 26:5 26:9 26:12 26:14 26:16 27:5 27:11 27:19 27:24 27:25 28:1 28:4 28:14 29:4 29:8 29:25 30:6 30:9 30:9 30:12 30:13 30:19 30:23 31:1 31:2 31:2 31:3 31:4 31:14 31:21 31:22 31:24 32:1 32:3 32:4 32:8 32:8 32:15 33:5 33:5 33:6 33:6 33:6 33:13 33:13 33:13 33:15 33:17 33:17 33:19 33:21 33:22 34:2 34:4 34:6 34:8 34:9 34:10 34:12 34:15 34:16 34:17 34:19 34:22 34:25 35:10 35:12 35:13 35:24 36:5 36:6 36:12 36:14 36:20 37:6 37:9 37:19 37:21 37:22 37:25 38:2 38:5 38:6 38:8 38:15 38:18 38:22 38:23 39:3 39:7 39:8 39:9 39:14 39:17 39:21 39:24 39:24 40:4 40:8 40:13 40:14 40:15 40:19 40:24 40:25 41:1 41:3 | | **the(301)** 41:4 41:10 41:11 41:14 41:15 41:22 41:23 42:4 42:6 42:11 42:12 42:13 42:13 42:13 42:14 42:16 42:19 42:22 42:25 43:8 43:9 43:12 43:15 43:17 43:23 43:25 44:5 44:5 44:8 44:9 44:10 44:13 44:15 44:17 44:18 44:20 44:22 44:22 44:22 44:25 45:1 45:3 45:12 45:14 45:17 45:18 46:6 46:7 46:19 46:22 46:24 46:25 47:3 47:6 47:9 47:10 47:13 47:14 47:15 47:16 47:18 47:19 47:20 47:22 47:23 47:25 48:1 48:7 48:8 48:16 48:18 48:24 48:24 49:1 49:2 49:3 49:4 49:6 49:10 49:10 49:11 49:14 49:14 49:18 49:19 49:25 49:25 50:5 50:5 50:7 50:8 50:9 50:10 50:11 50:12 50:13 50:14 50:15 50:16 50:20 51:1 51:2 51:4 51:7 51:7 51:8 51:8 51:9 51:9 51:17 51:23 51:24 52:1 52:2 52:2 52:8 52:17 52:18 52:21 53:1 53:3 53:7 53:9 53:11 53:12 53:13 53:13 53:24 54:3 54:10 54:11 54:12 55:3 55:4 55:5 55:8 55:10 55:15 55:21 55:24 56:14 56:15 56:15 56:22 56:24 57:9 57:12 57:15 57:16 57:20 57:21 57:24 58:6 58:7 58:7 58:7 58:10 58:21 58:22 58:23 58:25 59:2 59:12 59:15 59:21 59:23 60:1 60:2 60:17 60:21 61:13 61:14 61:16 61:21 61:23 61:23 61:24 62:2 62:5 62:6 62:10 62:12 62:14 62:18 63:4 63:5 63:9 63:10 63:11 63:11 63:14 63:16 63:21 63:23 63:24 64:8 64:8 64:16 64:20 64:22 64:17 64:18 64:23 65:1 65:1 65:5 65:5 65:6 65:6 65:23 66:1 66:8 66:11 66:13 66:14 66:15 66:16 66:17 66:21 66:23 67:2 67:11 67:16 68:1 68:2 68:8 68:8 68:10 68:15 68:16 68:16 68:17 68:19 69:3 69:6 69:6 69:10 69:21 69:24 70:5 70:8 70:8 70:9 70:10 70:12 70:14 70:22 71:4 71:12 71:14 71:17 71:20 71:21 71:24 71:25 72:3 72:5 72:7 72:9 72:11 72:14 72:14 72:15 72:19 72:21 73:2 73:5 73:8 73:9 73:15 73:16 73:18 73:18 73:19 73:19 73:20 73:22 73:24 73:24 74:2 74:2 74:4 74:6 74:7 74:10 74:11 74:12 74:14 74:18 74:21 74:23 75:1 75:14 75:14 | | **the(301)** 75:18 75:22 75:22 75:23 75:23 75:25 76:1 76:3 76:6 76:10 76:12 76:13 76:13 76:17 76:20 76:22 77:1 77:2 77:3 77:5 77:11 77:12 77:12 77:14 77:14 77:16 77:25 77:25 78:3 78:9 78:10 78:12 78:14 78:14 78:14 78:16 78:16 78:17 78:18 78:18 78:18 78:21 79:6 79:8 79:14 79:15 79:15 79:15 79:17 79:17 80:2 80:3 80:8 80:11 80:11 80:14 80:14 80:15 80:22 80:24 80:25 80:25 81:1 81:1 81:5 81:5 81:7 81:8 81:12 82:1 82:3 82:3 82:8 82:9 82:13 82:17 82:20 82:21 82:22 82:23 82:23 82:24 83:5 83:15 83:16 83:17 83:17 83:18 83:20 83:23 83:23 83:25 84:3 84:9 85:1 85:3 85:5 85:5 85:5 85:9 85:9 85:13 85:17 85:19 85:20 86:3 86:6 86:9 86:12 86:13 86:15 86:18 86:25 86:25 86:25 87:2 87:11 87:12 87:14 87:16 87:19 87:21 87:21 87:21 87:24 88:2 88:6 88:7 88:8 88:8 88:9 88:14 88:17 88:17 88:20 88:20 88:21 88:24 89:2 89:4 89:7 89:11 89:12 89:13 89:15 89:20 89:21 89:24 89:25 89:25 90:3 90:6 90:8 90:9 90:12 90:12 90:14 90:16 90:18 90:19 90:22 90:22 90:25 91:1 91:2 91:6 91:7 91:7 91:10 91:11 91:14 91:14 91:15 91:16 91:16 91:19 92:5 92:10 92:12 92:15 92:18 92:20 92:21 92:21 93:1 93:2 93:4 93:6 93:6 93:10 93:11 93:16 93:21 93:23 93:25 93:25 94:2 94:11 94:12 94:18 94:20 94:22 94:25 95:4 95:13 95:14 95:16 95:18 95:19 95:24 95:25 96:6 96:12 96:16 96:15 96:16 96:17 96:24 96:24 97:2 97:9 97:9 97:11 97:12 97:13 97:16 97:24 98:2 98:4 98:4 98:5 98:5 98:5 98:9 98:9 98:17 99:1 99:8 99:21 99:1 99:1 99:4 99:4 99:11 99:18 99:19 99:20 99:23 99:2 100:2 100:3 100:3 100:7 100:10 100:10 100:10 100:24 100:25 101:2 101:5 101:6 101:7 101:9 101:10 101:10 101:15 101:17 102:1 102:3 102:4 102:9 102:10 102:11 102:12 102:13 102:13 102:17 102:17 102:23 102:23 102:23 103:1 103:3 103:3 103:4 103:7 103:8 103:10 103:16 103:18 103:20 103:22 103:24 104:1 104:4 104:5 104:7 | | **the(301)** 104:9 104:9 104:12 104:14 104:17 104:17 104:18 104:19 104:20 104:21 104:22 104:23 104:24 105:1 105:1 105:2 105:3 105:4 105:5 105:6 105:12 105:13 105:23 106:12 106:25 107:1 107:2 107:6 107:6 107:16 107:18 107:18 107:19 107:20 107:20 107:24 108:2 108:2 108:3 108:4 108:9 108:9 108:10 108:13 108:13 108:16 108:17 108:21 108:24 109:1 109:4 109:22 110:1 110:1 110:4 110:5 110:5 110:6 110:7 110:8 110:9 110:11 110:13 110:14 110:15 110:23 110:23 110:24 110:25 111:2 111:9 111:9 111:11 111:12 111:12 111:16 111:18 111:19 111:19 111:20 111:21 111:22 111:23 111:25 112:2 112:5 112:10 112:11 112:12 112:13 112:22 112:22 112:23 112:23 113:1 113:2 113:2 113:3 113:4 113:6 113:6 113:8 113:9 113:10 113:13 113:14 113:17 113:18 113:22 114:2 114:4 114:11 114:11 114:12 114:18 114:21 114:25 115:1 115:2 115:3 115:3 115:6 115:7 115:7 115:8 115:14 115:16 115:18 115:19 115:21 115:21 115:22 115:22 115:22 115:23 115:23 115:23 115:24 115:24 115:25 116:1 116:2 116:2 116:4 116:5 116:5 116:10 116:12 116:14 116:16 116:19 116:23 116:24 116:25 117:2 117:3 117:6 117:8 117:9 117:10 117:11 117:11 117:12 117:17 117:20 117:21 117:23 117:24 118:4 118:7 118:8 118:8 118:9 118:10 118:12 118:13 118:14 118:15 118:20 118:25 119:1 119:1 119:3 119:4 119:4 119:6 119:7 119:7 119:10 119:11 119:13 119:14 119:16 119:17 119:18 119:20 119:21 119:22 119:25 120:2 120:4 120:6 120:6 120:8 120:9 120:10 120:11 120:12 120:13 120:14 120:21 120:23 120:24 120:25 121:4 121:5 121:8 121:9 121:10 121:11 121:15 121:18 121:19 121:21 121:22 121:22 121:23 121:24 122:1 122:1 122:2 122:3 122:3 122:4 122:4 122:5 122:6 122:9 122:11 122:12 122:13 122:15 122:17 122:18 122:19 122:21 122:21 122:22 122:24 123:4 123:7 123:8 123:10 123:11 123:15 123:15 123:16 123:17 123:19 123:19 123:20 123:21 123:22 123:23 123:24 123:24 124:1 124:2 124:3 124:6 124:6 124:8 124:11 124:13 124:15 124:16 124:16 124:17 124:18 124:20 124:21 124:23 124:25 124:25 125:2 125:3 125:3 125:4 125:5 125:7 125:7 125:9 125:10 125:10 125:11 125:13 125:14 125:16 125:17 125:19 125:20 125:20 |

| Word | Page:Line |
|---|---|
| **the(301)** | 125:22 125:23 125:24 |
| | 126:1 126:2 126:2 126:5 126:5 126:6 |
| | 126:6 126:7 126:11 126:13 126:14 126:15 |
| | 126:15 126:16 126:16 126:16 126:17 |
| | 126:17 126:18 126:18 126:19 126:19 |
| | 126:21 126:22 126:24 127:3 127:4 127:5 |
| | 127:5 127:5 127:8 127:8 127:9 127:10 |
| | 127:13 127:15 127:15 127:16 127:17 |
| | 127:19 127:21 127:23 127:24 128:4 128:1 |
| | 128:17 128:19 128:22 128:22 128:23 |
| | 128:24 128:24 128:24 129:1 129:2 129:2 |
| | 129:4 129:6 129:7 129:8 129:8 129:11 |
| | 129:11 129:12 129:12 129:13 129:13 |
| | 129:13 129:15 129:16 129:18 129:21 |
| | 129:23 129:25 130:3 130:6 130:7 130:8 |
| | 130:8 130:9 130:9 130:11 130:11 130:14 |
| | 130:14 130:15 130:15 130:16 130:17 |
| | 130:18 130:20 130:22 130:23 130:25 |
| | 130:25 131:1 131:1 131:2 131:5 131:6 |
| | 131:6 131:7 131:9 131:10 131:10 131:12 |
| | 131:15 131:20 131:20 132:4 132:5 132:6 |
| | 132:6 132:7 132:10 132:12 132:14 132:15 |
| | 132:15 132:17 132:17 132:17 132:19 |
| | 132:19 132:21 132:21 132:22 132:24 133: |
| | 133:1 133:3 133:5 133:6 133:7 133:9 |
| | 133:10 133:14 133:19 133:21 133:22 134: |
| | 134:7 134:8 134:9 134:11 134:15 134:16 |
| | 134:17 134:19 134:21 134:22 134:24 |
| | 134:25 135:1 135:2 135:2 135:5 135:6 |
| | 135:11 135:16 135:18 135:21 135:24 |
| | 135:25 136:2 136:3 136:4 136:6 136:6 |
| | 136:9 136:12 136:14 136:15 136:17 136: |
| | 136:19 136:20 136:20 136:21 136:22 |
| | 136:24 137:1 137:3 137:4 137:4 137:5 |
| | 137:6 137:7 137:8 137:9 137:9 137:10 |
| | 137:10 137:11 137:11 137:13 137:13 |
| | 137:13 137:14 137:14 137:15 137:15 |
| | 137:17 137:17 137:18 137:20 137:21 |
| | 137:22 137:23 137:23 137:24 137:25 |
| | 137:25 137:25 138:1 138:2 138:3 138:4 |
| | 138:6 138:7 138:7 138:9 138:10 138:11 |
| | 138:12 138:12 138:15 138:16 138:18 |
| | 138:19 138:21 138:22 139:3 139:6 139:8 |
| | 139:10 139:13 139:14 139:15 139:16 |
| | 139:17 139:19 139:19 139:20 139:20 |
| | 139:21 139:22 139:23 139:24 140:3 140:4 |
| | 140:5 140:8 140:9 140:10 140:10 140:10 |
| | 140:13 140:20 140:23 141:2 141:3 141:3 |
| | 141:5 141:5 141:8 141:8 141:9 141:15 |
| | 141:17 141:22 141:25 142:2 142:4 142:5 |
| | 142:8 142:9 142:12 142:12 142:14 142:15 |
| | 142:18 142:22 142:22 142:25 143:1 143:3 |
| | 143:4 143:4 143:4 143:4 143:7 143:7 |
| | 143:9 143:12 143:14 143:15 |
| **the(301)** | 143:16 143:19 143:20 143:22 |
| | 143:23 144:3 144:4 144:4 144:7 144:9 |
| | 144:10 144:12 144:12 144:15 144:15 |
| | 144:15 144:15 144:20 144:21 145:1 145:1 |
| | 145:2 145:3 145:8 145:9 145:11 145:12 |
| | 145:16 145:18 145:19 145:20 145:21 |
| | 145:21 145:23 145:23 145:24 145:25 146: |
| | 146:3 146:3 146:4 146:4 146:6 146:7 |
| | 146:7 146:11 146:13 146:14 146:14 146:1 |
| | 146:25 147:1 147:2 147:3 147:4 147:18 |
| | 147:18 147:20 147:21 147:23 147:23 |
| | 147:25 148:3 148:5 148:12 148:13 148:13 |
| | 148:15 148:15 148:17 148:18 148:21 |
| | 148:21 148:23 148:24 148:25 149:3 149:6 |
| | 149:7 149:8 149:10 149:13 149:14 149:15 |
| | 149:16 149:16 149:17 149:18 149:18 |
| | 149:20 149:22 149:25 150:3 150:4 150:8 |
| | 150:9 150:11 150:12 150:13 150:13 150:1 |
| | 150:20 150:22 150:25 150:25 151:3 151:4 |
| | 151:7 151:9 151:11 151:12 151:14 151:14 |
| | 151:17 151:23 151:24 152:1 152:2 152:2 |
| | 152:4 152:5 152:5 152:6 152:15 152:18 |
| | 152:18 152:20 152:20 152:21 152:22 |
| | 152:24 152:25 153:3 153:4 153:8 153:13 |
| | 153:17 153:18 153:20 153:20 153:25 154: |
| | 154:4 154:6 154:8 154:9 154:10 154:13 |
| | 154:15 154:16 154:20 154:20 154:22 |
| | 154:23 154:24 154:25 154:25 155:2 155:3 |
| | 155:4 155:5 155:6 155:8 155:9 155:9 |
| | 156:1 156:5 156:9 156:12 156:13 156:14 |
| | 156:15 156:17 156:20 156:21 156:24 |
| | 156:24 157:1 157:1 157:1 157:2 157:2 |
| | 157:2 157:5 157:5 157:6 157:6 157:6 |
| | 157:7 157:7 157:10 157:10 157:13 157:15 |
| | 157:20 157:21 157:21 157:24 157:24 |
| | 157:25 157:25 158:1 158:2 158:4 158:7 |
| | 158:8 158:11 158:12 158:13 158:15 158: |
| | 158:20 158:21 158:22 158:24 158:24 |
| | 158:25 158:25 159:1 159:2 159:5 159:6 |
| | 159:7 159:9 159:12 159:15 159:18 159:19 |
| | 159:21 159:22 159:24 159:25 159:25 160: |
| | 160:1 160:2 160:2 160:6 160:8 160:9 |
| | 160:18 160:19 160:19 160:21 160:24 |
| | 160:25 161:5 161:9 161:12 161:13 161:16 |
| | 161:18 161:21 161:22 162:9 162:12 162:1 |
| | 162:22 162:23 162:24 163:1 163:1 163:2 |
| | 163:4 163:11 163:12 163:21 163:23 163:2 |
| | 164:7 164:7 164:7 164:8 164:8 164:20 |
| | 164:25 165:1 165:3 165:4 165:5 165:7 |
| | 165:8 165:10 165:12 165:14 165:15 165:1 |
| | 165:16 165:17 165:18 165:19 165:21 |
| | 165:22 165:24 165:25 166:1 |
| **the(301)** | 166:2 166:4 166:4 166:7 166:10 |
| | 166:13 166:15 166:20 166:20 167:1 167:1 |
| | 167:6 167:6 167:8 167:9 167:11 167:13 |
| | 167:17 167:23 167:23 167:25 168:5 168:7 |
| | 168:7 168:11 168:12 168:13 168:16 168:1 |
| | 168:19 168:21 169:1 169:1 169:4 169:10 |
| | 169:12 169:12 169:13 169:17 169:20 |
| | 169:20 169:22 169:22 169:23 169:24 |
| | 169:24 169:25 169:25 170:1 170:2 170:6 |
| | 170:9 170:10 170:11 170:12 170:13 170:1 |
| | 170:15 170:15 170:16 170:25 171:2 171:3 |
| | 171:4 171:5 171:7 171:7 171:11 171:14 |
| | 171:15 171:15 171:19 171:19 171:21 |
| | 171:21 171:23 171:25 172:1 172:1 172:4 |
| | 172:5 172:7 172:7 172:7 172:8 172:9 |
| | 172:11 172:11 172:12 172:12 172:14 |
| | 172:14 172:15 172:16 172:17 172:23 |
| | 172:24 172:24 172:25 172:25 173:2 173:2 |
| | 173:3 173:3 173:3 173:4 173:5 173:6 |
| | 173:6 173:9 173:9 173:10 173:10 173:12 |
| | 173:18 173:22 174:2 174:3 174:4 174:7 |
| | 174:8 174:9 174:10 174:10 174:11 174:11 |
| | 174:13 174:14 174:14 174:15 174:15 |
| | 174:16 174:21 174:23 174:25 175:1 175:1 |
| | 175:4 175:5 175:9 175:9 175:10 175:10 |
| | 175:10 175:14 175:15 175:16 175:16 |
| | 175:18 175:18 175:22 175:22 176:1 176:5 |
| | 176:5 176:6 176:8 176:10 176:11 176:12 |
| | 176:13 176:17 176:20 176:24 176:25 |
| | 176:25 177:2 177:2 177:3 177:4 177:7 |
| | 177:11 177:16 177:17 177:19 177:25 178: |
| | 178:4 178:5 178:6 178:7 178:8 178:8 |
| | 178:9 178:9 178:10 178:11 178:11 178:15 |
| | 178:17 178:19 178:19 178:20 178:21 179: |
| | 179:5 179:7 179:18 179:18 179:18 179:19 |
| | 179:19 179:23 179:24 179:24 179:25 180: |
| | 180:1 180:2 180:6 180:7 180:10 180:10 |
| | 180:15 180:19 180:21 180:23 180:24 181: |
| | 181:11 181:11 181:12 181:18 181:19 |
| | 181:19 181:21 181:23 181:25 181:25 182: |
| | 182:2 182:4 182:4 182:5 182:7 182:13 |
| | 182:17 182:21 182:22 182:22 182:24 |
| | 182:25 182:25 183:7 183:13 183:16 183:1 |
| | 183:19 183:20 183:21 183:22 183:23 |
| | 184:7 184:10 184:12 184:12 184:13 184:1 |
| | 184:14 184:15 184:17 184:17 184:18 |
| | 184:20 184:22 184:25 185:1 185:2 185:3 |
| | 185:3 185:4 185:4 185:7 185:11 185:12 |
| | 185:13 185:14 185:15 185:15 185:19 |
| | 185:20 185:22 185:25 185:25 186:1 186:2 |
| | 186:3 186:4 186:5 186:6 186:7 186:8 |
| | 186:13 186:13 186:14 186:14 186:16 |
| | 186:17 186:19 186:20 186:21 |
| **the(301)** | 186:22 187:4 187:4 187:4 187:6 |
| | 187:7 187:10 187:13 187:15 187:18 187:1 |
| | 187:21 187:24 187:25 187:25 188:1 188:6 |
| | 188:7 188:7 188:9 188:11 188:14 188:15 |
| | 188:16 188:22 188:25 189:2 189:3 189:3 |
| | 189:3 189:6 189:7 189:7 189:8 189:11 |
| | 189:13 189:15 189:15 189:16 189:18 |
| | 189:22 189:23 189:23 189:25 190:1 190:3 |
| | 190:4 190:5 190:9 190:10 190:10 190:12 |
| | 190:15 190:17 190:17 190:18 190:19 |
| | 190:21 190:22 190:24 191:6 191:6 191:8 |
| | 191:12 191:13 191:15 191:15 191:17 |
| | 191:22 192:9 192:12 192:13 192:14 192:15 |
| | 192:15 192:16 192:16 192:18 192:18 |
| | 192:21 192:21 192:22 192:23 192:23 |
| | 192:24 192:24 192:25 193:2 193:3 193:5 |
| | 193:8 193:11 193:13 193:16 193:17 193:19 |
| | 193:21 194:1 194:5 194:6 194:7 194:8 |
| | 194:9 194:9 194:10 194:13 194:14 194:16 |
| | 194:17 194:17 194:18 194:18 194:19 |
| | 194:20 194:20 194:21 194:21 194:22 |
| | 194:24 194:24 194:25 195:1 195:2 195:3 |
| | 195:3 195:4 195:6 195:7 195:10 195:10 |
| | 195:10 195:11 195:13 195:16 195:19 |
| | 195:22 195:22 195:25 196:2 196:3 196:3 |
| | 196:4 196:4 196:6 196:7 196:8 196:10 |
| | 196:14 196:16 196:19 196:20 196:21 |
| | 196:21 196:25 197:2 197:4 197:5 197:5 |
| | 197:5 197:7 197:8 197:9 197:13 197:13 |
| | 197:14 197:15 197:16 197:16 197:17 |
| | 197:17 197:18 197:22 197:23 197:23 |
| | 197:25 198:2 198:3 198:5 198:9 198:11 |
| | 198:11 198:12 198:13 198:15 198:15 |
| | 198:16 198:16 198:17 198:17 198:17 |
| | 198:19 198:21 198:22 198:22 198:24 |
| | 198:25 199:1 199:1 199:1 199:6 199:7 |
| | 199:8 199:10 199:10 199:11 199:13 199:14 |
| | 199:15 199:16 199:18 200:3 200:5 200:6 |
| | 200:7 200:8 200:10 200:11 200:12 200:22 |
| | 201:7 201:11 201:13 201:14 201:14 201:16 |
| | 201:18 201:23 201:24 202:1 202:3 202:5 |
| | 202:8 202:11 202:15 202:22 203:7 203:7 |
| | 203:10 203:11 203:11 203:13 203:15 |
| | 203:17 203:18 203:18 203:21 203:25 |
| | 203:25 204:6 204:7 204:7 204:9 204:9 |
| | 204:10 204:11 204:11 204:12 204:12 |
| | 204:14 204:15 204:18 204:18 204:21 |
| | 204:21 204:24 205:2 205:2 205:4 205:18 |
| | 205:19 205:20 205:21 205:25 206:4 206:4 |
| | 206:5 206:6 206:6 206:9 206:12 206:13 |
| | 206:14 206:14 206:14 206:15 206:16 |
| | 206:16 206:17 206:17 206:18 206:18 |
| | 206:18 206:25 206:25 207:4 207:4 207:7 |
| | 207:11 207:19 207:22 207:22 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| the(210) | 207:23 207:25 207:25 208:1 208:5 208:5 208:6 208:6 208:7 208:8 208:9 208:9 208:10 208:11 208:12 208:12 208:13 208:13 208:14 208:14 208:16 208:17 208:20 208:21 208:24 208:24 209:1 209:4 209:6 209:6 209:6 209:9 209:9 209:11 209:13 209:13 209:14 209:16 209:18 209:19 210:3 210:7 210:14 210:14 210:16 210:18 210:22 211:1 211:1 211:2 211:4 211:5 211:6 211:6 211:7 211:7 211:9 211:9 211:11 211:12 211:13 211:14 211:15 211:16 211:16 211:17 211:17 211:19 211:20 211:25 212:2 212:3 212:9 212:13 212:14 212:16 212:20 212:21 212:22 212:23 212:25 212:25 213:2 213:4 213:5 213:6 213:8 213:9 213:10 214:14 214:16 214:22 215:3 215:9 215:12 215:13 215:14 215:16 215:19 215:21 215:23 216:3 216:3 216:4 216:5 216:6 216:10 216:10 216:12 216:17 216:24 217:3 217:4 217:5 217:7 217:12 217:21 217:21 217:22 217:2 217:23 217:25 218:4 218:5 218:6 218:6 218:7 218:10 218:16 218:20 218:21 218:2 219:6 219:7 219:11 219:17 219:18 219:19 220:2 220:4 220:6 220:13 220:14 220:14 220:14 220:15 220:16 220:18 220:21 220:22 220:24 221:1 221:3 221:3 221:13 221:18 221:24 222:5 222:2 222:2 222:6 222:12 222:13 222:17 222:24 223:6 223:7 223:9 223:10 223:13 223:16 223:17 223:24 224:3 224:6 224:9 224:10 224:11 224:12 224:13 224:16 224:20 224:23 225:2 225:6 225:7 225:10 225:15 225:16 225:22 225:24 225:25 226:2 226:2 226:3 226:5 226:5 226:7 226:9 226:11 226:16 226:16 226:18 226:23 227:3 227:4 227:4 227:5 | there(113) | 13:4 17:20 23:10 25:19 28:17 28:18 29:19 29:20 34:8 37:24 59:1 68:5 69:25 73:1 73:5 81:14 87:13 89:2 95:2 98:15 104:10 105:16 105:21 112:4 113:14 116:5 116:14 117:5 117:7 118:4 119:1 120:18 120:20 121:11 121:13 121:14 123:14 124:5 124:12 124:18 125:2 126:23 127:9 128:10 130:3 131:21 131:24 135:17 139:2 139:19 140:12 140:17 143:22 144:8 144:25 145:2 145:13 151:1 155:10 157:8 163:24 164:2 164:5 164:9 164:12 165:20 166:6 169:4 169:11 171:11 171:13 174:9 177:3 177:5 177:9 180:8 181:10 183:22 186:2 186:8 187:14 187:21 187:24 191:19 194:3 194:23 195:19 195:19 195:22 195:2 195:23 196:1 196:5 197:7 199:17 200:13 202:9 204:2 212:25 213:1 216:3 217:1 217:5 218:5 218:10 219:8 219:25 220:15 220:22 221:17 225:11 225:13 225:22 | they're(33) | 55:1 57:3 70:6 108:15 109:2 113:2 113:3 113:23 113:23 114:4 114:22 116:16 118:16 119:3 121:6 126:13 128:11 130:5 130:23 132:19 141:4 141:11 145:19 145:21 162:16 163:10 166:17 167:7 171:4 179:25 196:13 222:23 222:23 | this(44) | 199:21 199:25 200:11 201:4 201:24 203:3 204:7 205:21 205:24 205:25 206:4 206:20 206:23 207:15 207:16 207:19 208:18 208:18 208:25 209:17 210:16 210:18 210:19 210:25 211:1 212:5 215:7 216:6 217:15 217:16 217:17 217:25 218:2 218:11 218:16 218:17 218:22 219:8 219:16 220:17 223:16 223:20 224:22 225:10 |
| | | | | they've(2) | 196:11 196:11 | those(57) | 9:8 18:15 18:21 19:6 24:7 28:7 |
| | | | | thing(4) | 23:4 81:8 123:22 144:12 | | 28:21 28:25 42:12 56:22 85:15 93:16 |
| | | | | things(14) | 63:9 106:25 107:2 115:13 121:1 | | 101:15 108:9 109:5 112:7 113:22 114:17 |
| | | | | | 122:3 128:16 130:17 132:9 136:13 159:10 | | 117:8 117:12 117:19 118:11 118:22 119:3 |
| | | | | | 195:15 226:13 226:20 | | 122:20 123:1 125:22 130:21 132:8 133:7 |
| | | | | think(25) | 4:18 5:6 35:10 61:3 61:8 65:9 | | 134:3 136:15 137:8 137:9 139:15 142:4 |
| | | | | | 87:16 88:24 93:23 97:12 101:15 107:22 | | 142:21 142:24 143:2 143:3 149:16 152:12 |
| | | | | | 112:7 115:18 119:15 138:14 141:17 144:8 | | 152:13 152:19 157:14 157:18 180:9 181:19 |
| | | | | | 147:8 149:7 187:11 201:11 207:2 208:14 | | 193:13 193:16 203:21 205:15 209:7 |
| | | | | | 212:5 | | 209:12 213:22 219:7 223:4 |
| their(45) | 53:11 62:15 62:22 76:11 88:19 93:13 107:21 107:25 110:18 110:19 111:1 111:5 111:6 112:19 113:9 115:6 115:7 115:12 116:2 117:11 122:25 128:9 129:15 142:8 153:21 159:10 159:10 160:10 160:1 160:12 162:13 162:15 163:7 164:11 165:12 177:6 186:5 186:6 195:21 196:11 215:7 215:14 215:14 221:19 221:20 | there's(56) | 21:7 33:6 61:22 64:11 68:4 68:21 87:1 87:2 99:19 102:6 104:10 107:5 113:24 115:16 121:6 121:12 125:14 125:1 125:16 127:16 128:10 129:9 132:1 134:1 134:14 134:16 135:2 135:15 135:17 135:22 136:4 136:13 139:12 140:4 140:15 141:2 144:8 146:9 146:16 153:6 165:19 170:20 175:24 180:6 181:9 182:3 182:23 187:23 192:4 193:11 194:24 201:20 201:23 206:7 225:21 226:14 | thinking(3) | 75:21 198:3 217:18 | though(2) | 132:3 186:7 |
| | | | | third(10) | 13:17 44:9 96:20 103:1 125:1 | thought(4) | 6:23 28:16 149:15 172:1 |
| | | | | | 156:25 157:15 199:1 205:2 218:23 | thoughts(2) | 46:11 226:12 |
| | | | | | | thousand(1) | 71:23 |
| | | | | thirty(7) | 109:6 120:22 120:23 121:7 | thousand-dollar(1) | 196:2 |
| | | | | | 123:15 138:14 147:13 | three(20) | 11:16 17:11 17:12 34:20 40:11 |
| | | | | | | | 80:22 87:5 87:9 114:10 118:16 118:22 |
| | | | | thirty-day(1) | 121:1 | | 123:10 123:11 145:14 145:18 156:24 157:8 |
| | | | | thirty-three(1) | 182:25 | | 157:10 183:21 222:19 |
| | | | | this(301) | 6:1 6:8 6:21 6:24 7:8 7:11 7:15 | | |
| | | | | | 7:22 9:19 9:22 10:4 10:10 10:20 11:4 | three-and-a(2) | 222:19 223:2 |
| | | | | | 13:17 13:21 13:24 14:1 14:14 14:19 | three-bureau(1) | 170:12 |
| | | | | | 15:9 15:20 15:25 16:12 16:14 17:5 17:24 | three-day(3) | 183:19 187:4 |
| | | | | | 20:8 20:23 21:3 21:10 21:21 22:7 22:7 | three-hundred-page(1) | 64:8 |
| | | | | | 22:9 23:12 23:13 25:9 25:23 27:15 27:15 | through(57) | 24:6 24:8 32:2 32:8 32:11 |
| | | | | | 27:19 31:2 31:3 32:11 33:4 34:1 34:4 | | 32:14 34:14 34:18 49:18 49:19 63:3 63:10 |
| | | | | | 34:6 34:6 34:11 34:12 35:4 35:8 | | 63:24 64:22 65:5 70:17 75:13 80:24 106:2 |
| | | | | | 36:18 37:12 37:20 37:25 38:23 38:23 | | 106:3 108:1 116:12 118:24 119:16 120:8 |
| | | | | | 40:17 44:14 45:4 49:6 50:24 51:1 51:1 | | 127:2 130:10 133:9 136:9 142:12 147:8 |
| | | | | | 51:5 51:13 51:13 51:24 52:18 52:25 52:2 | | 148:22 153:9 153:21 162:20 163:7 164:18 |
| them(38) | 18:22 29:1 36:7 42:7 46:14 65:1 77:3 93:17 94:8 108:6 109:19 111:13 111:15 111:15 112:17 113:4 116:20 129:9 129:10 133:3 135:18 147:10 147:12 151:3 152:15 152:22 153:2 157:5 158:1 162:6 163:2 163:3 164:10 172:15 177:17 204:5 204:6 209:14 | they(214) | 9:10 11:5 13:1 13:3 13:5 18:9 19:6 19:11 30:19 32:2 33:13 34:25 37:5 37:5 39:2 41:2 42:5 42:7 44:8 44:10 46:3 52:16 55:17 63:16 69:25 70:7 71:11 71:12 71:17 71:20 71:20 73:13 73:14 73:15 73:16 74:12 74:14 74:22 88:3 88:19 90:1 90:21 91:3 91:8 97:4 101:14 101:15 101:17 101:17 101:19 108:22 109:4 112:1 112:23 113:7 114:5 114:9 114:9 115:1 115:2 115:3 115:4 115:5 115:12 116:1 116:1 116:16 116:20 117:4 117:10 117:23 117:24 117:25 117:25 118:7 118:18 119:4 121:20 122:16 122:16 123:5 123:7 124:18 124:21 124:22 125:12 126:18 126:25 127:2 127:12 127:3 128:9 128:11 130:14 130:21 130:22 132:3 132:4 132:6 132:8 132:13 132:14 133:1 133:3 135:23 138:16 141:11 142:22 142:23 142:25 143:1 143:3 144:24 145:12 146:8 146:25 151:4 152:2 153:2 153:3 157:3 157:4 159:3 160:2 160:11 160:23 162:1 162:4 162:5 162:6 162:15 160:23 162:12 162:14 162:15 163:7 162:25 162:25 165:1 163:2 163:7 164:10 164:11 164:15 165:20 166:17 166:18 166:21 167:1 167:13 167:14 172:15 173:3 174:24 174:24 178:3 181:16 181:16 182:1 182:3 182:3 186:2 186:3 186:6 186:7 186:8 183:12 186:16 191:16 193:2 194:11 194:1 193:24 194:25 195:1 195:5 198:19 199:16 200:11 201:16 201:17 204:9 205:16 208:1 209:8 209:9 209:13 211:8 211:11 211:14 211:15 211:15 215:5 215:5 215:14 215:20 215:20 221:1 221:1 222:3 222:24 222:25 225:7 | this(44) continued | | | |
| | | | | | | through(57) continued | |
| themselves(2) | 27:20 101:18 | | | | | time(62) | 4:20 13:16 20:3 25:1 27:16 29:4 31:22 45:3 52:17 52:21 67:11 72:18 73:3 85:17 90:22 95:24 96:12 107:4 109:18 110:8 119:5 120:6 120:15 121:13 123:21 124:15 126:18 128:17 128:18 132:5 132:15 133:6 133:7 133:14 137:4 137:4 145:21 145:24 146:19 149:4 170:5 175:20 177:18 178:12 178:20 181:11 182:11 182:23 182:24 182:24 187:15 188:1 189:11 190:18 198:2 201:14 215:1 217:15 217:20 222:17 222:25 225:6 |
| then(101) | 6:14 10:17 12:5 13:8 24:13 26:24 29:25 33:8 34:19 35:4 35:9 38:13 47:4 59:15 59:21 61:11 71:3 71:17 81:14 82:8 82:17 82:20 88:1 88:3 93:13 93:20 99:20 105:14 105:20 105:21 105:23 105:2 107:2 107:7 108:3 111:15 113:4 113:10 114:10 115:5 116:12 120:4 123:10 124:5 124:22 125:16 125:25 126:1 127:2 129:2 129:2 130:6 131:15 133:1 138:12 140:4 141:17 141:22 143:16 144:24 145:2 145:1 146:22 154:10 156:5 157:5 158:10 159:11 160:23 162:19 162:21 162:23 162:25 163:1 163:9 165:10 168:24 169:25 173:3 178:20 182:8 193:3 193:11 193:12 195:1 195:3 196:12 197:16 199:17 201:24 202:15 203:17 215:6 216:25 224:18 225:8 225:9 225:10 225:15 225:17 226:20 | | | today(19) | 4:15 5:3 28:8 39:17 48:7 48:13 48:18 48:23 61:8 93:17 103:25 108:1 127:11 148:24 201:3 202:24 203:24 225:1 226:14 | timeline(2) | 42:13 127:25 |
| | | | | | | times(11) | 63:15 65:5 107:11 109:15 110:13 118:7 125:14 146:16 146:18 152:6 177:25 |
| | | | | together(5) | 31:4 63:6 70:9 143:1 219:25 | timing(1) | 143:1 |
| | | | | told(9) | 34:24 35:10 37:4 39:20 65:25 67:22 133:3 206:22 207:18 | title(20) | 44:1 50:8 78:14 97:19 98:8 100:3 108:21 117:15 117:17 117:18 122:6 122:11 122:13 128:9 128:12 128:13 128:22 130:21 153:7 203:15 |
| | | | | tomorrow(6) | 69:4 93:20 93:21 225:5 225:5 226:19 | | |
| | | | | tonight(1) | 4:17 | they'll(3) | 153:4 157:3 157:5 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **too**(3) 159:25 219:8 225:21 | | **try**(13) 4:24 4:25 26:15 43:19 43:19 53:1 | | **underneath**(2) 83:16 192:25 | | **value**(14) 11:23 62:19 63:11 65:6 65:10 |
| **top**(6) 7:6 56:15 69:21 78:14 102:11 | | 70:9 93:6 140:8 145:1 190:19 212:9 | | **understand**(17) 4:15 24:18 43:15 44:1 | | 65:17 65:18 72:14 73:9 166:20 169:24 |
| **topic**(4) 52:22 89:5 108:13 110:15 | | 215:21 | | 70:12 71:2 73:4 79:4 98:7 129:25 144:10 | | 196:4 197:23 220:21 |
| **topics**(7) 49:14 51:14 51:18 51:21 52:6 | | **trying**(58) 8:14 30:6 30:6 35:5 44:6 45:4 | | 166:13 175:11 199:10 203:13 204:14 | | |
| 52:18 107:16 | | 53:13 53:17 76:10 77:3 130:9 137:18 | | 208:20 | | **vanessa**(8) 12:14 12:19 13:25 14:3 14:12 |
| | | 211:14 220:18 220:19 221:14 221:15 225: | | **understanding**(9) 9:25 53:10 56:5 59:8 | | 41:11 41:15 70:20 |
| **total**(1) 137:6 | | | | 90:11 95:23 98:2 99:23 218:6 | | |
| **totally**(1) 35:2 | | **tuesday**(1) 4:1 | | | | **various**(8) 115:6 161:4 161:8 161:15 |
| **touch**(1) 94:4 | | **turn**(76) 5:24 7:1 9:17 12:9 13:17 13:21 | | **understood**(1) 5:2 | | 161:21 214:17 214:20 223:2 |
| **towards**(5) 9:15 16:3 78:14 79:16 222:12 | | 14:18 14:8 15:1 16:3 16:4 17:19 23:5 25:8 | | **underwrite**(6) 145:13 157:7 157:14 163:5 | | **vastly**(1) 133:23 |
| **tracing**(1) 149:20 | | 25:10 26:24 50:19 54:2 54:15 56:9 56:14 | | 195:2 195:5 | | **vaughn**(1) 9:20 |
| **track**(2) 130:9 131:1 | | 56:21 57:4 57:24 58:21 60:10 60:13 64:4 | | | | **vendees**(1) 123:6 |
| **tracked**(1) 175:17 | | 66:20 77:18 78:6 79:11 79:24 80:11 83:8 | | **underwriter**(17) 95:20 116:12 159:11 | | **venture**(3) 213:20 214:6 214:7 |
| **tracks**(1) 180:7 | | 89:9 94:18 95:22 97:6 97:9 98:11 99:3 | | 161:1 169:13 170:6 172:14 195:2 195:3 | | **verbal**(5) 122:15 195:21 196:2 196:6 |
| **trade**(2) 108:15 214:23 | | 99:18 102:6 102:7 160:13 167:19 173:15 | | 198:9 198:16 201:16 202:1 202:1 208:13 | | 197:20 |
| **trading**(5) 214:20 214:21 214:22 215:4 | | 175:23 177:8 177:22 178:23 181:4 182:18 | | 209:13 211:17 | | |
| 215:8 | | 183:10 188:2 188:22 190:6 190:9 191:2 | | | | **verification**(4) 195:21 195:23 196:6 197:20 |
| | | 192:6 192:19 197:24 199:19 202:21 205:2 | | **underwriting**(20) 59:22 114:12 116:6 | | **verified**(9) 120:5 145:4 170:4 170:7 171:3 |
| **traditionally**(2) 113:13 114:11 | | 210:7 210:13 210:20 211:3 216:1 219:1 | | 144:19 156:20 157:6 161:12 167:12 167:1 | | 171:4 171:6 195:13 198:17 |
| **training**(1) 156:14 | | 220:11 221:22 223:5 225:9 | | 169:11 172:8 174:9 197:12 198:14 199:15 | | |
| **transaction**(18) 40:12 40:13 82:11 82:13 | | | | 200:25 201:4 201:21 202:5 204:2 | | **verifies**(1) 183:2 |
| 82:18 83:1 107:10 117:3 133:25 151:4 | | **turned**(2) 139:21 180:8 | | | | **verify**(10) 172:15 176:10 195:21 196:14 |
| 222:13 222:19 223:10 223:13 223:19 | | **twenty**(8) 92:19 109:19 123:14 123:24 | | **undisputed**(1) 140:9 | | 196:16 196:22 197:18 197:22 200:1 201:24 |
| 223:21 223:21 223:23 | | 124:6 138:14 199:2 220:25 | | **unfortunately**(2) 64:25 146:17 | | |
| | | | | **unidentified**(3) 25:16 29:14 43:7 | | **verifying**(2) 160:9 196:23 |
| **transactions**(5) 107:13 134:1 134:10 | | **twenty-fie**(1) 221:5 | | **uniform**(1) 160:5 | | **version**(3) 64:8 148:12 148:21 |
| 152:19 152:25 | | **twenty-five**(1) 150:15 | | **unify**(22) 156:13 156:18 156:19 158:14 | | **versus**(1) 139:12 |
| | | **twenty-five-day**(1) 123:17 | | 159:4 159:7 159:8 159:9 159:11 159:19 | | **very**(23) 11:14 25:19 38:3 38:20 41:9 |
| **transcript**(7) 1:16 1:44 29:18 93:19 | | **twenty-four**(3) 182:4 182:9 182:11 | | 159:21 160:3 161:19 161:20 175:16 176:2 | | 64:23 70:13 75:14 89:7 115:17 116:11 |
| 199:24 199:25 227:4 | | **twenty-seven**(3) 198:21 198:23 199:9 | | 179:22 180:8 187:7 187:23 192:13 193:20 | | 119:5 133:23 136:19 144:25 145:11 148:17 |
| | | **twenty-thousand-dolla**(1) 134:14 | | | | 151:22 161:20 166:10 212:10 216:18 |
| **transcription**(2) 1:37 1:44 | | **twenty-years**(1) 198:18 | | **unit**(1) 19:4 | | 217:16 |
| **transcriptionist**(1) 227:11 | | **twice**(4) 60:25 61:5 61:20 62:14 | | **united**(6) 1:1 1:18 107:24 108:17 111:2 | | **vested**(1) 122:3 |
| **transfer**(7) 81:15 81:19 81:20 81:23 82:3 | | **two**(35) 2:13 4:14 11:16 30:20 40:11 66:1 | | 111:4 | | **via**(2) 22:19 181:1 |
| 86:6 220:17 | | 67:23 87:4 87:9 93:12 93:16 108:9 113:7 | | | | **vice**(3) 156:2 156:10 158:4 |
| | | 118:9 118:17 122:20 128:15 130:17 136:2 | | **university**(3) 105:20 105:22 105:23 | | **vice-presiden**(5) 155:25 156:3 156:6 |
| **transferees**(1) 85:14 | | 136:14 136:17 136:17 141:8 144:8 145:18 | | **unless**(5) 125:20 130:24 139:16 139:18 | | 158:8 162:24 |
| **transferred**(1) 82:9 | | 147:8 157:10 181:18 192:24 193:11 193:1 | | 141:22 182:7 202:12 | | |
| **transferring**(2) 131:9 131:9 | | 193:16 196:2 196:5 206:3 | | | | **victor**(1) 213:7 |
| **transfers**(3) 82:21 152:12 152:13 | | | | **unliquidated**(1) 7:16 | | **view**(1) 182:21 |
| **tri-merge**(4) 170:8 170:10 176:10 186:15 | | **two-hundred-and-seventy-fiv** | | **unsecured**(1) 2:5 | | **viewing**(1) 164:20 |
| **tri-party**(1) 130:13 | | 205:18 | | **until**(18) 13:4 15:16 15:20 61:24 92:23 | | **violates**(1) 142:3 |
| **trial**(8) 40:1 43:18 49:18 50:3 53:12 60:8 | | | | 107:23 125:23 126:8 127:13 127:14 128:1 | | **violation**(1) 88:11 |
| 105:24 219:2 | | **two-hundred-thousan**(2) 57:12 223:12 | | 136:19 145:12 187:12 189:17 207:10 | | **voice**(1) 215:21 |
| | | **two-hundred-thousand-dolla** 57:16 | | 225:5 226:19 | | **void**(1) 137:12 |
| **tried**(4) 211:5 211:9 211:11 211:15 | | 72:12 146:19 | | | | **volume**(20) 25:8 25:11 29:18 50:21 50:21 |
| **trigger**(2) 131:16 131:16 | | | | **upb**(1) 100:24 | | 50:22 51:5 54:3 60:10 64:5 66:22 79:25 |
| **triggered**(2) 187:6 190:4 | | **two-thirds**(2) 11:4 20:18 | | **update**(1) 46:13 | | 83:8 94:23 94:25 150:5 216:2 216:6 219:2 |
| **true**(4) 59:12 82:1 135:20 145:22 | | **two-thousand-five-hundre**(1 168:6 | | **updated**(3) 145:19 146:12 146:17 | | 219:3 |
| **trulia**(2) 9:22 9:25 | | **two-week**(1) 11:8 11:11 | | **updates**(3) 110:19 110:19 111:6 | | |
| **trust**(43) 64:9 64:14 73:16 78:9 78:15 | | **type**(18) 106:17 112:5 169:25 170:20 | | **upon**(9) 66:12 71:10 77:16 86:14 130:16 | | **w-2s**(1) 195:15 |
| 78:22 79:5 79:15 79:22 81:6 82:22 82:22 | | 170:21 171:6 171:12 171:14 172:13 172:1 | | 197:15 198:13 198:19 201:4 | | **w-a-n-e-r-k-a**(1) 155:7 |
| 84:18 84:23 85:1 85:3 89:25 90:18 94:1 | | 188:25 195:9 196:20 197:1 197:4 197:5 | | | | **wait**(8) 18:7 61:24 123:10 125:18 150:11 |
| 99:25 101:18 102:1 103:8 106:21 117:12 | | 197:8 214:9 | | **upper**(3) 16:7 99:11 99:20 | | 171:19 180:19 182:8 |
| 121:1 121:9 122:25 129:24 130:1 130:2 | | | | **usc**(1) 105:15 | | |
| 130:11 130:13 131:1 141:14 150:2 150:12 | | **typed**(1) 145:17 | | **use**(18) 39:18 40:2 94:7 114:21 117:11 | | **waited**(1) 187:15 |
| 150:14 150:19 151:20 152:1 152:1 216:18 222:8 | | **types**(1) 170:18 | | 117:14 125:12 132:10 132:12 133:15 140:1 | | **walk**(4) 85:19 112:12 119:15 120:8 |
| | | **typical**(6) 112:10 114:4 119:25 120:21 | | 159:2 168:23 172:15 176:24 176:25 177:6 | | **walked**(2) 40:25 133:9 |
| **trustee**(47) 89:20 89:23 90:3 90:4 90:15 | | 121:4 145:23 | | 222:12 | | **walking**(3) 32:18 32:25 136:9 |
| 90:17 121:24 121:25 122:1 122:5 124:13 | | | | | | **wanerka**(24) 3:14 52:14 93:15 154:12 |
| 125:22 125:20 125:22 126:6 126:15 | | **typically**(6) 122:24 141:2 144:22 145:9 | | **used**(28) 55:5 55:8 55:25 56:6 57:15 | | 154:24 155:3 155:6 155:13 155:15 160:16 |
| 126:17 126:24 127:24 128:4 128:9 128:11 | | 151:23 206:6 | | 107:19 120:23 126:3 133:14 133:23 133:2 | | 160:18 175:4 177:22 184:24 191:11 200:25 |
| 128:14 128:16 128:22 129:1 129:9 129:11 | | | | 133:25 135:5 138:24 146:5 146:10 149:16 | | 202:19 202:20 202:20 202:21 202:24 |
| 129:15 130:16 130:25 130:25 131:1 131:4 | | **u.s.c**(1) 86:19 | | 149:16 156:19 158:12 159:16 160:23 185: | | 210:7 210:10 211:3 |
| 131:7 131:10 132:2 132:19 132:19 133:1 | | **uh-huh**(16) 29:14 70:11 70:19 70:21 81:16 | | 185:2 185:20 189:15 196:1 206:16 | | |
| 133:2 138:12 139:19 140:2 140:14 153:19 | | 102:5 113:1 120:12 127:21 140:23 154:22 | | | | **want**(33) 34:14 52:25 55:12 61:4 74:12 |
| | | 166:7 170:16 171:17 177:11 205:6 | | **users**(1) 156:14 | | 103:14 103:20 104:24 116:11 116:15 |
| **trustee's**(12) 107:19 107:24 108:17 111:3 | | | | **uses**(2) 176:25 206:14 | | 117:10 127:2 128:9 132:8 135:23 136:7 |
| 111:4 125:4 125:5 126:15 131:15 136:20 | | **ultimately**(5) 27:2 72:19 77:9 91:6 136:7 | | **using**(9) 39:25 55:21 115:19 138:7 138:22 | | 145:19 146:18 150:8 151:14 151:16 153:5 |
| 136:20 136:25 | | **unavailable**(1) 218:17 | | 156:21 174:11 174:17 181:1 | | 157:3 157:4 158:18 158:22 179:4 192:7 |
| | | **uncle**(1) 139:15 | | | | 215:14 225:7 225:9 226:11 |
| **trustees**(13) 107:7 107:20 107:25 111:11 | | **uncommon**(2) 118:5 146:23 | | **usually**(4) 145:20 146:5 147:2 206:3 | | |
| 111:12 128:10 128:18 130:20 131:12 132: | | **unconditional**(1) 139:5 | | **uta**(1) 111:4 | | **wanted**(10) 4:8 4:9 4:16 9:14 30:19 68:18 |
| 132:12 132:23 139:20 | | **uncovered**(1) 187:3 | | **utilized**(5) 107:7 161:13 179:21 180:2 | | 162:4 163:1 179:6 217:13 |
| | | **under**(27) 7:12 15:25 78:14 79:22 89:25 | | 181:25 | | |
| **trustor**(2) 79:18 122:21 | | 90:18 121:8 123:6 123:16 126:13 129:22 | | | | **wants**(1) 103:25 |
| **trusts**(3) 74:13 76:12 77:5 | | 130:20 131:10 131:13 133:16 138:3 142:2 | | **vague**(2) 44:19 87:12 | | **warning**(1) 121:5 |
| **truth**(1) 146:24 | | 143:7 143:7 149:12 149:14 150:2 150:19 | | **valid**(1) 121:14 | | |
| **truthfully**(2) 109:16 128:7 | | 153:3 198:25 205:5 226:14 | | **validate**(1) 194:23 | | |
| **trw**(1) 170:13 | | | | | | |

| Word | Page:Line |
|---|---|
| **was(301)** | 7:8 8:6 8:7 8:18 9:14 9:22 9:22 10:1 10:4 10:7 10:23 11:1 12:1 12:2 12:18 12:20 12:21 13:4 13:13 13:15 13:15 13:24 14:3 14:5 14:6 14:11 14:14 14:15 14:17 14:24 14:25 15:6 15:19 15:25 18:20 18:23 20:2 20:9 20:12 20:23 20:24 23:3 23:13 23:17 23:25 24:6 24:10 24:15 24:21 25:9 25:23 26:19 26:19 26:21 26:21 26:23 27:4 27:12 27:16 27:20 27:22 27:25 28:3 28:11 28:11 28:15 28:16 28:18 30:12 30:16 31:9 32:4 34:6 34:7 34:8 34:8 34:11 34:12 34:20 35:5 37:1 37:10 37:11 37:24 38:1 38:2 38:3 38:7 38:12 38:18 39:1 40:6 40:9 40:25 41:10 41:14 41:18 41:22 42:1 42:2 43:11 44:5 44:5 44:8 44:18 44:22 44:22 45:12 45:16 45:18 45:20 46:7 49:9 49:10 49:13 49:20 49:20 49:21 53:10 54:24 55:18 55:18 55:20 55:21 56:5 56:7 58:12 58:15 58:23 59:1 59:9 61:17 62:12 62:17 62:19 62:22 63:9 63:10 63:13 63:13 64:14 65:24 65:25 66:10 66:17 68:1 68:5 70:18 70:24 71:1 71:4 71:5 71:6 71:6 71:8 72:14 72:15 72:19 72:21 72:21 73:2 73:5 73:9 73:24 74:1 74:4 74:4 74:5 74:11 74:11 75:1 75:8 75:17 75:20 75:21 75:24 75:24 76:9 77:1 77:11 77:14 77:16 79:4 80:25 81:1 81:14 81:19 81:20 82:8 82:9 82:18 82:1 84:3 86:24 86:25 88:16 88:20 89:24 90:15 91:9 91:9 91:14 91:15 91:15 91:16 91:19 91:25 92:4 92:5 95:9 95:11 95:23 96:12 96:12 96:16 96:20 96:22 96:24 98:25 101:8 101:9 103:4 103:7 105:14 106:23 107:21 107:22 108:6 113:17 114:4 117:18 120:6 120:18 120:23 121:13 124:5 124:23 125:16 126:2 128:4 128:22 129:1 129:2 131:18 135:11 137:18 139:18 139:21 139:22 139:23 144:5 144:13 148:25 149:8 149:8 151:11 156:12 156:15 157:18 158:7 158:9 158:10 158:12 158:13 158:15 158:2 159:1 159:7 159:7 159:9 159:11 159:16 159:18 159:21 159:22 159:23 159:25 159:25 161:20 162:21 163:12 163:5 163:5 166:4 166:18 168:8 168:11 168:22 169:6 169:11 169:12 169:13 169:15 171:24 171:24 172:2 172:13 173:20 173:21 174:4 |
| **was(179)** | 174:9 174:12 174:17 175:19 175:19 176:3 178:15 178:17 178:21 178:22 178:21 180:2 180:17 180:25 181:11 181:11 182:8 183:5 183:5 183:6 184:6 185:20 185:22 186:5 186:8 186:19 187:9 187:9 187:11 187:12 187:13 187:14 187:23 187:22 188:1 188:8 188:9 188:11 189:4 189:6 189:7 189:8 189:10 189:12 189:14 190:25 191:20 191:22 191:23 194:1 194:2 195:5 195:9 195:14 195:19 195:20 195:21 195:22 195:22 195:23 196:1 196:1 196:3 196:4 196:8 198:9 198:11 199:17 200:6 200:10 200:13 200:15 200:18 201:25 203:5 203:7 203:17 203:18 203:20 204:1 204:2 205:19 205:21 205:23 206:11 206:2 207:4 207:5 207:8 207:13 208:6 208:7 208:9 208:9 208:10 208:14 208:17 208:24 209:18 209:20 209:23 211:8 211:13 211:1 212:25 213:24 214:6 214:7 214:8 214:14 214:14 214:16 215:9 215:12 215:1 215:16 215:17 215:19 216:8 216:11 216:14 216:16 216:14 216:18 216:19 216:23 217:1 217:4 217:5 217:8 217:9 217:14 217:18 217:22 217:23 218:1 218:3 218:4 218:5 218:7 218:10 218:10 218:1 219:23 219:23 219:23 219:24 219:24 220:2 220:4 220:20 220:21 220:22 220:23 220:24 220:25 221:6 221:15 221:1 221:17 221:19 222:4 222:6 222:13 222:1 222:15 222:17 222:18 222:18 222:25 223:2 223:4 223:24 223:5 223:23 226:23 |
| **wasn't(14)** | 34:23 38:9 39:17 39:18 42:23 44:17 56:7 72:6 74:1 174:11 186:23 189:17 216:11 220:13 |
| **waste(1)** | 135:3 |
| **way(20)** | 11:4 31:3 32:1 38:23 49:4 54:25 82:17 85:19 86:12 96:20 110:4 120:9 126:11 128:20 131:1 132:24 145:1 153:6 163:22 184:14 |
| **ways(3)** | 136:15 136:17 164:5 |
| **we'll(21)** | 17:3 17:12 47:6 76:20 76:22 88:22 92:11 92:18 92:20 93:20 154:10 168:23 179:5 186:15 219:1 225:4 225:5 225:6 225:9 225:9 225:16 |
| **we're(31)** | 19:23 26:9 26:14 38:22 38:23 47:1 49:24 63:23 72:11 92:10 92:23 93:18 121:16 124:24 126:20 129:20 130:8 131:9 131:9 135:7 148:5 160:9 173:14 180:20 180:22 218:1 218:2 218:2 218:11 225:3 226:19 |
| **we've(7)** | 93:5 120:3 127:6 133:9 136:14 139:7 226:4 |
| **website(26)** | 152:20 158:7 158:10 158:12 158:24 158:25 159:2 159:4 159:15 159:25 160:2 160:21 160:24 162:4 166:18 167:2 185:4 185:6 185:20 186:2 186:14 186:19 189:16 194:11 194:18 194:23 |
| **week(2)** | 13:15 118:17 |
| **weekend(2)** | 35:10 217:7 |
| **weeks(1)** | 40:6 |
| **weinblatt(15)** | 2:10 2:11 212:15 212:17 212:17 212:18 212:21 213:13 215:25 216:7 218:24 219:10 219:20 223:18 224:2 |
| **welcome(1)** | 154:4 |
| **well(88)** | 5:6 16:24 27:5 28:12 31:23 35:6 35:7 37:10 37:16 38:6 38:22 42:16 50:10 50:16 53:13 53:24 58:11 61:14 63:2 64:22 65:15 72:16 72:17 73:4 75:4 75:22 76:5 76:13 87:1 87:16 88:1 88:6 88:7 89:2 90:8 92:12 92:18 109:1 110:7 110:17 111:3 111:8 112:4 113:22 114:17 115:12 119:21 125:24 129:23 132:12 133:23 135:14 135:17 137:20 141:25 142:25 143:16 143:17 143:19 144:24 146:3 150:1 151:16 152:15 154:9 161:20 165:19 166:2 170:3 170:21 173:2 185:12 190:3 192:6 193:16 196:3 200:22 201:11 203:3 204:22 205:21 213:22 215:5 216:11 216:18 219:22 225:4 225:22 |
| **well-founded(1)** | 126:23 |
| **went(28)** | 6:15 24:6 24:8 27:18 32:1 32:14 34:9 34:17 35:5 43:18 62:8 63:3 63:10 65:5 68:10 70:17 75:13 105:20 105:21 107:7 120:5 159:4 162:4 165:23 186:2 203:15 207:15 208:13 |
| **were(107)** | 6:14 6:25 8:14 8:17 9:10 9:15 12:6 19:3 22:8 24:10 24:13 24:16 24:17 24:19 27:17 29:18 31:6 31:14 31:18 31:19 32:22 34:13 34:25 35:1 38:15 39:2 39:8 40:24 42:12 42:20 43:22 44:2 44:5 44:8 44:8 44:10 45:3 46:3 51:17 51:20 52:5 52:8 52:21 62:15 65:2 65:17 65:19 72:22 73:13 74:22 75:15 77:4 87:13 88:11 105:21 112:14 115:10 120:16 120:20 131:20 133:6 133:6 136:9 139:17 144:25 145:2 156:21 159:18 160:21 164:12 167:7 177:3 177:5 181:16 184:24 186:2 187:17 195:17 196:5 198:17 198:22 200:25 203:10 203:12 203:21 207:3 209:7 209:8 209:12 210:16 211:14 211:15 214:17 215:20 216:16 217:11 217:15 217:20 219:25 220:1 220:19 221:14 222:11 222:23 223:2 223:9 |
| **weren't(4)** | 11:12 13:1 40:2 162:5 |
| **werkheiser(3)** | 147:25 177:12 177:17 |
| **west(1)** | 1:31 |
| **western(8)** | 90:4 90:5 90:12 91:6 91:9 91:9 92:5 92:5 |
| **what(231)** | 4:20 6:11 7:3 9:15 16:15 16:15 21:4 22:6 24:19 24:19 25:25 26:5 27:11 28:16 29:22 30:19 30:23 34:19 34:16 34:19 34:22 36:22 37:1 37:4 37:4 37:9 38:6 38:15 39:8 39:19 40:21 42:25 45:12 46:25 48:13 48:17 48:21 50:4 53:17 53:20 53:21 53:24 55:11 58:20 59:11 59:20 62:10 63:24 63:25 65:1 65:20 67:10 74:25 75:20 79:6 87:15 88:14 88:21 89:11 90:7 90:16 97:24 98:2 98:2 98:14 98:23 100:25 103:2 103:10 103:12 104:1 104:1 105:9 106:10 106:17 107:1 107:19 112:2 112:8 114:7 115:3 118:20 120:3 120:21 121:20 124:9 127:2 131:18 131:19 132:24 133:2 135:14 136:10 136:12 138:15 138:23 141:8 141:28 143:16 144:7 145:11 145:15 146:7 147:4 148:11 150:17 150:22 151:5 155:23 156:7 156:18 156:23 157:3 157:3 157:10 157:10 157:23 158:5 159:20 160:4 160:9 160:9 160:11 160:11 160:22 160:23 160:24 161:12 162:9 163:10 166:16 166:21 166:22 167:4 167:22 168:7 168:21 169:9 169:20 170:9 170:23 170:25 172:13 173:17 173:20 173:22 173:24 173:25 173:25 174:4 175:8 175:11 175:25 176:3 176:13 178:5 178:13 179:14 180:13 180:17 180:19 181:7 181:18 182:20 183:16 183:18 184:2 184:5 184:5 184:7 185:3 187:3 187:9 188:4 188:4 188:25 189:22 189:23 191:11 191:17 191:19 191:20 192:11 192:14 192:19 195:9 195:17 196:8 197:1 197:12 197:18 198:7 198:13 199:6 199:21 199:23 200:17 201:7 203:17 203:18 205:21 205:22 206:13 209:11 210:13 210:18 210:25 213:25 214:4 214:14 214:16 214:21 214:22 215:16 216:8 217:10 217:15 217:20 218:10 218:13 219:11 219:14 219:15 219:15 220:16 220:20 221:15 221:16 222:20 223:13 225:3 225:6 226:15 |
| **what's(17)** | 16:6 16:11 46:25 50:8 102:9 137:1 143:12 151:23 160:6 166:15 168:7 168:19 169:4 170:11 186:12 196:19 222:2 |
| **whatever(5)** | 28:2 28:18 128:9 218:8 220:8 |
| **whatnot(1)** | 98:6 |
| **when(97)** | 6:17 13:13 18:22 28:9 29:19 34:17 35:2 35:17 37:5 37:8 40:4 43:25 45:3 53:9 53:9 55:17 55:20 55:23 55:23 55:24 55:24 58:14 60:22 75:13 98:5 110:7 114:10 114:25 116:17 118:10 124:8 124:24 125:4 126:12 126:14 127:24 131:20 132:4 133:14 133:18 136:25 138:23 140:2 140:3 142:21 145:16 145:25 148:4 155:21 158:25 159:3 160:21 164:8 166:11 167:1 167:2 167:5 169:12 169:13 169:15 175:19 175:20 176:5 176:8 176:9 182:4 183:20 186:2 186:6 186:13 186:14 187:9 187:9 187:18 187:21 187:25 189:13 193:7 208:5 208:12 209:3 209:8 209:11 209:13 211:4 211:8 214:14 215:16 216:21 216:24 217:3 217:8 217:25 218:13 221:17 222:21 223:21 |
| **where(69)** | 15:11 32:11 39:11 51:4 52:16 56:2 65:6 65:24 65:24 66:14 68:22 69:9 70:17 75:22 75:23 76:3 76:3 76:22 78:12 78:19 81:6 87:10 90:8 91:19 92:5 95:7 99:14 100:25 105:5 105:22 115:17 121:23 122:9 124:24 125:15 127:23 128:21 129:6 131:2 132:9 134:1 137:13 137:14 139:7 139:20 141:8 141:11 142:4 142:11 146:4 149:18 151:19 156:25 158:22 162:17 162:19 162:22 171:24 176:16 178:17 187:18 195:14 213:22 214:22 217:15 217:19 218:5 221:9 222:6 |
| **whereupon(1)** | 226:23 |
| **wherever(1)** | 124:22 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**whether**(39) 4:16 37:16 38:12 62:12 67:21 67:25 70:4 73:8 74:10 76:9 77:1 82:18 83:1 86:22 87:13 87:13 87:14 87:21 88:1 93:18 96:19 97:2 98:7 100:20 101:7 101:9 101:9 114:12 114:16 124:25 133:5 133:18 143:2 143:3 148:13 148:24 152:17 162:25 171:5

**which**(91) 26:19 26:20 31:23 33:7 33:8 33:10 33:21 33:23 34:2 41:10 41:22 49:24 50:21 52:22 59:3 70:1 72:21 73:17 73:17 75:10 78:16 79:18 80:25 83:25 85:9 89:24 89:24 90:15 90:22 91:15 93:8 93:8 93:11 93:12 93:13 93:14 107:24 108:9 108:19 110:18 111:10 112:12 117:6 118:25 120:1 122:17 123:4 123:11 123:12 123:20 125:2 126:13 133:22 136:18 147:18 148:14 150:11 154:11 156:5 157:4 157:4 157:17 158:10 158:15 159:9 164:9 169:10 177:8 178:7 179:22 180:11 180:19 181:21 182:1 182:25 183:10 187:17 189:5 189:15 192:17 193:2 197:14 202:22 205:9 205:25 208:9 210:21 219:1 220:12 221:4 222:16

**whichever**(1) 204:24
**while**(5) 42:5 118:7 129:20 187:15 212:10
**white**(11) 31:24 32:8 50:20 54:3 57:24 94:18 94:20 150:5 204:15 216:2 220:15

**who**(48) 50:10 77:2 90:25 91:3 93:15 93:16 98:25 101:12 111:11 112:17 112:23 113:14 115:1 115:7 117:17 122:3 122:22 123:3 123:4 125:1 128:4 128:7 129:10 130:4 130:9 131:1 131:5 132:18 132:20 132:22 145:12 149:19 153:4 157:1 157:6 157:13 158:1 158:12 171:5 176:25 211:21 212:3 216:19 219:17 221:18 221:20 222:1 224:20

**who's**(1) 130:14
**whoever**(2) 152:2 170:15
**whole**(8) 23:4 49:18 119:3 127:19 137:10 138:1 152:15 223:7

**wholesale**(25) 112:11 156:4 156:5 156:11 156:23 156:24 157:11 157:19 158:5 158:9 159:12 159:21 160:19 161:1 161:9 162:24 162:25 163:14 163:15 163:17 166:24 173:1 194:5 194:5 194:16

**whom**(3) 122:2 155:15 171:23
**whose**(1) 39:21
**why**(30) 27:14 37:25 39:8 39:12 40:25 48:22 53:14 59:12 61:4 61:9 71:8 74:11 74:25 87:18 103:24 140:13 168:10 174:7 185:6 185:11 185:11 185:12 186:25 199:25 202:12 207:2 215:9 215:12 219:13 219:21

**will**(57) 4:23 11:3 17:5 17:13 21:17 30:2 53:22 54:12 60:20 64:22 69:25 83:23 87:1 88:10 93:8 93:11 93:12 97:6 104:5 108:22 112:19 114:21 117:23 117:24 118:8 118:8 118:12 119:1 119:15 121:1 121:7 121:24 125:6 128:16 128:23 132:13 133:4 136:13 136:24 137:7 139:8 141:14 142:23 145:12 145:13 146:12 146:14 146:17 146:22 146:25 147:1 151:13 152:24 167:8 202:10 225:11 225:13

**willing**(6) 34:25 39:2 43:11 45:20 139:17 147:4

**wilmington**(4) 1:11 1:32 2:15 4:1
**wipe**(2) 135:20 135:24
**wire**(2) 220:17 220:19
**wiring**(1) 221:17
**wish**(1) 61:24
**wishful**(1) 75:21
**wit**(1) 226:2

**wit's**(1) 27:25
**with**(247) 6:9 8:7 8:14 9:9 9:15 20:22 22:2 22:20 24:9 26:2 26:21 28:6 30:15 31:6 31:13 31:17 31:23 34:14 35:1 35:4 36:6 37:2 37:8 37:11 37:12 38:3 38:17 39:1 39:3 39:11 39:24 40:24 41:3 42:7 44:8 44:17 45:21 48:15 52:5 52:10 52:13 52:1 52:22 52:24 53:10 55:11 55:11 58:18 59:20 61:6 62:7 65:10 65:24 69:13 74:14 74:19 74:22 75:14 76:4 80:22 82:2 86:16 88:25 90:4 90:8 93:5 93:7 96:23 97:9 97:20 99:20 103:23 105:12 106:4 106:14 106:22 107:15 107:23 108:17 109:3 109:4 110:5 110:8 112:15 112:17 112:24 113:9 114:5 116:6 116:17 120:14 122:8 122:22 122:24 123:13 124:25 126:7 126:25 127:11 128:12 130:6 130:7 130:7 130:13 130:25 131:20 132:23 133:2 134:4 135:3 137:23 139:6 139:20 140:12 142:14 144:6 145:16 147:14 149:3 150:13 151:13 151:18 181:1 151:23 152:6 152:25 155:21 156:7 156:10 156:16 156:23 156:25 157:2 157:4 157:13 157:17 157:20 157:25 158:24 159:11 159:15 159:25 160:18 160:22 161:4 161:5 161:8 161:9 161:12 161:15 161:18 161:21 161:21 161:22 162:10 162:13 163:11 163:19 163:25 164:12 164:15 164:19 164:21 166:24 168:24 171:9 171:1 172:17 173:2 173:3 173:6 173:9 173:9 173:10 173:12 173:24 174:2 174:17 174:21 174:25 175:12 177:16 178:5 178:8 178:13 179:20 180:2 180:13 181:10 182:14 183:2 185:19 185:25 186:16 188:11 188:14 188:22 189:12 189:16 190:1 190:18 191:1 193:5 193:21 194:19 195:7 195:16 195:18 196:6 196:7 197:4 200:15 203:10 203:10 210:20 210:23 213:20 213:23 214:6 214:1 215:15 215:16 216:9 216:10 216:16 216:18 216:19 216:21 216:23 216:24 216:25 217:6 217:13 217:17 217:23 218:1 218:16 220:22 221:3 222:19 222:20 222:2 223:1 223:13 225:8 226:5

**withdraw**(2) 151:8 151:12
**withdrawal**(1) 68:6
**withdrawn**(1) 144:17
**within**(28) 35:18 37:15 66:1 67:23 114:9 114:17 114:23 115:14 115:23 116:2 116:16 118:22 121:22 121:25 122:17 123:1 123:8 124:6 125:6 125:6 133:8 150:10 159:5 159:21 167:2 176:9 182:4 183:19

**without**(7) 40:20 43:12 119:22 136:21 139:1 149:1 150:10

**witness**(169) 5:7 5:12 5:17 6:6 16:14 16:17 16:19 19:14 21:2 27:25 33:19 36:6 37:21 39:7 40:2 43:9 44:25 46:21 47:2 47:17 47:20 47:24 48:21 49:1 49:3 49:7 49:12 49:12 49:13 50:3 50:7 50:9 50:11 50:13 50:15 51:8 51:15 52:2 53:4 53:11 57:2 57:21 60:1 60:17 61:23 64:18 66:23 72:5 74:7 76:6 76:9 78:11 89:12 91:2 93:14 93:21 95:16 104:4 104:9 104:14 104:21 104:24 105:2 105:5 109:12 109:22 109:23 110:24 113:2 115:21 115:23 116:1 116:5 119:21 120:11 120:13 121:11 122:1 122:13 124:11 124:17 124:21 125:10 125:14 127:5 133:22 134:7 134:9 134:15 134:19 134:22 134:25 135:2 137:17 137:22 138:4 138:7 138:10 138:12 138:19 142:18 143:14 143:16 143:20 143:23 147:19 148:9 148:13 148:15 148:18 150:8 150:13 154:2 154:6 154:8 154:11 155:3 155:6 158:20 158:22 158:25 159:7 165:25 165:12 165:15 165:17 165:19 165:22 165:25 166:2 167:13 170:10 170:12 170:14 170:16 177:17 180:24 181:19 190:21 192:9 196:20 197:2 199:7 199:1 200:6 200:10 201:13 207:23 207:25 208:6 208:9 208:13 208:17 208:21 212:2 212:6 213:3 213:6 215:23 216:4 216:6 218:20 219:18 223:17 224:10 224:12 224:18

**witnesses**(10) 3:4 3:10 4:14 46:22 93:7 93:15 93:16 103:24 154:21 224:14

**woman**(1) 79:17
**won't**(4) 18:11 139:19 175:1 182:11
**wonderful**(1) 135:10
**word**(5) 30:3 64:11 138:7 138:22 145:6
**words**(1) 137:16
**work**(18) 8:14 50:10 50:16 72:16 74:14 74:19 74:22 93:6 106:9 108:12 109:1 112:23 156:13 157:25 159:21 160:18 164:11 185:25

**work's**(1) 106:3
**worked**(6) 105:13 114:18 159:8 159:12 165:6 213:20

**working**(6) 9:15 25:4 36:6 157:2 211:18 213:23

**works**(5) 108:23 161:19 161:20 185:13 225:20

**worldwide**(1) 214:20
**worried**(1) 53:18
**worry**(2) 222:5 224:16
**worth**(2) 30:20 70:1

**would**(158) 6:15 11:18 13:3 13:5 17:8 20:2 20:3 20:4 22:9 27:22 29:4 34:20 35:1 35:13 35:17 37:10 37:14 39:13 39:25 40:14 44:13 47:24 50:19 53:11 53:19 54:2 60:20 61:4 61:9 61:24 61:24 64:4 65:10 65:15 65:17 65:21 66:10 66:11 66:12 68:14 69:5 70:4 70:7 71:12 71:16 71:17 72:23 73:15 73:16 75:24 77:18 78:6 81:4 93:21 95:19 103:12 104:17 112:14 112:17 113:19 113:25 114:5 115:9 120:7 123:4 125:22 127:11 129:2 135:14 136:11 136:12 137:12 143:8 144:4 145:8 147:17 148:10 154:19 162:3 162:7 162:14 162:15 162:20 162:21 162:22 163:2 164:9 166:3 166:19 170:2 172:15 172:18 172:21 173:12 177:4 178:9 178:10 179:18 179:19 179:22 179:23 180:1 180:10 181:10 181:16 182:5 182:8 186:9 186:11 186:21 189:5 190:4 194:6 194:9 194:9 194:17 194:21 194:23 194:23 194:25 195:1 195:3 195:8 195:11 195:14 196:7 200:17 201:7 201:24 202:1 202:5 206:7 206:9 206:25 207:25 208:1 209:13 209:19 209:22 211:17 211:17 211:19 211:20 211:21 211:22 212:18 212:19 215:5 215:5 215:6 215:7 217:24 218:23 221:2 221:3 221:4 221:4 221:5

**wouldn't**(7) 41:2 174:22 174:24 179:1 179:16 195:12 224:25

**wouldn't**(1) 172:14 174:24
**writing**(2) 110:4 153:22
**written**(8) 9:9 9:9 40:11 108:12 111:9 111:13 114:20 153:3

**wrong**(5) 141:7 141:7 182:8 221:1 221:2
**wrote**(1) 68:13
**www.abconduit.com**(2) 158:11 194:12
**www.diazdata.com**(1) 1:41
**yeah**(49) 12:18 14:7 16:17 19:16 24:3 24:6 24:8 27:9 30:11 33:19 37:21 38:9 40:19 51:8 65:13 72:4 72:14 72:23 74:7 77:14 79:20 82:5 84:11 84:21 91:16 94:9 96:9 98:21 99:19 102:16 120:10 121:10 137:18 143:23 144:10 149:15 149:21 150:24 154:4 154:9 170:14 188:18 189:22 200:22 212:24 216:18 220:14 224:23 225:19

**year**(9) 30:17 30:19 32:3 46:13 107:23 108:5 111:7 140:13 147:8

**years**(13) 30:20 108:5 109:7 110:6 110:17 110:18 110:18 112:11 113:18 114:3 143:23 147:13 196:12

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **yes**(290) 5:8  6:7  6:11  6:25  7:7  7:18  9:1 9:7  9:12  11:6  12:4  12:8  12:12  13:20 13:23  14:5  14:10  14:13  14:15  14:21  15:10 15:13  15:18  16:25  17:17  18:1  18:3  18:25 19:2  19:24  20:11  20:14  20:16  20:19  20:21 21:9  21:12  21:14  21:19  24:3  24:22  25:4 26:23  27:13  27:19  27:22  28:22  29:2  30:2 30:25  31:9  31:12  31:16  31:20  32:10  32:13 32:24  39:22  40:22  42:16  42:25  44:4  44:11 45:15  45:25  46:23  51:12  51:16  51:19 51:20  52:8  52:20  53:6  54:5  54:9  54:22 55:1  55:7  56:4  56:17  57:3  57:8  57:11 57:14  58:5  58:13  58:17  58:20  59:7  60:9 62:11  62:25  63:7  64:16  64:18  65:8  66:22 67:4  67:8  67:14  69:2  69:8  69:18  69:23 70:3  70:17  71:2  73:8  73:21  73:23  74:16 75:24  76:16  77:10  77:15  77:24  78:2  78:5 78:20  79:1  79:3  79:23  80:5  80:9  80:10 80:13  80:20  80:23  81:10  81:13  82:16 82:25  83:7  83:19  84:1  84:2  84:8  84:15 84:20  85:24  87:7  88:10  89:14  89:22  90:2 90:13  90:16  90:20  91:22  94:21  95:3  95:6 95:12  95:21  96:5  96:9  96:11  96:14  96:18 97:1  97:15  97:18  99:5  99:10  99:22  100:1 100:9  100:13  100:14  100:16  101:9  101:24 102:2  102:5  102:15  102:22  103:6  103:9 105:19  107:18  109:14  110:17  119:11 137:18  144:14  147:23  148:7  150:16  156:2 157:9  159:17  160:17  161:3  161:7  161:11 161:14  161:17  161:24  163:7  163:16  164:13 165:17  167:21  168:4  168:15  168:18 168:25  169:3  169:19  170:19  170:22  172:2 173:11  174:24  175:7  175:24  176:7  176:9 176:22  177:19  177:24  179:13  180:4  181:6 181:15  181:17  182:19  183:4  183:8  183:15 184:1  185:22  187:2  187:20  187:23  188:3 188:24  189:10  189:14  190:8  190:11  190:16 190:17  191:1  191:4  191:25  192:9  193:14 193:24  194:2  194:4  194:14  197:2  197:22 197:22  198:1  199:20  200:16  201:2  201:6 201:13  201:23  202:6  202:23  203:2  203:7 203:19  204:2  204:20  205:8  205:11  205:14 206:8  206:11  207:14  207:17  209:2  209:21 209:24  210:9  210:12  210:17  211:23  215:2 215:20  219:4  222:13  223:17  224:15  226:17 | | **you**(301) 5:7  5:21  5:24  6:1  6:8  6:8  6:12 6:17  6:23  6:23  6:23  6:24  7:1  7:11  7:12 7:15  7:17  7:19  7:19  7:25  7:25  8:10  8:11 8:14  8:14  8:15  8:17  8:18  8:20  8:25  9:2 9:5  9:8  9:13  9:13  10:11  10:13  10:17 10:17  11:5  11:8  11:11  11:12  11:14  11:15 11:15  11:18  11:22  11:23  11:24  12:2  12:3 12:5  12:6  12:9  12:14  12:23  12:24  13:13 13:17  13:19  13:21  13:22  14:8  14:8  14:16 14:19  14:19  15:1  15:3  15:11  15:12  15:14 15:16  16:3  16:4  17:7  17:8  17:10  17:24 17:25  18:4  18:14  18:17  18:17  18:20  18:22 19:3  19:3  19:10  20:1  20:3  20:3  20:4 20:12  20:17  21:5  21:7  21:8  21:11  21:13 21:18  21:23  22:5  22:9  22:17  22:18  22:20 22:23  22:23  23:1  23:1  23:5  24:2  24:3 24:4  24:4  24:5  24:10  24:13  24:17  24:17 24:18  24:19  24:19  25:1  25:5  25:5  25:8 25:10  25:13  25:17  25:18  26:3  26:3  26:4 26:6  26:7  26:7  26:20  26:24  27:2  27:10 27:14  27:14  27:16  27:17  27:18  27:23  28:7 28:13  28:14  28:21  28:25  28:25  29:4  29:5 29:13  29:18  29:22  29:23  30:5  30:11  30:11 30:18  30:25  31:5  31:6  31:8  31:11  31:13 31:14  31:17  31:18  31:19  31:22  31:23  32:1 32:2  32:7  32:15  32:19  32:19  32:22  32:22 33:1  33:1  33:4  33:19  33:21  34:1  34:7 34:10  34:11  34:13  34:16  34:22  35:3  35:5 35:6  35:13  35:17  35:19  36:2  36:9  36:17 37:9  37:12  37:13  37:14  37:16  38:12  38:16 39:2  40:21  41:6  41:9  41:11  41:12  41:21 42:4  42:7  42:7  42:14  42:19  42:20  43:7 43:11  43:12  43:17  43:18  43:20  43:23 43:24  43:25  44:2  44:2  44:3  44:6  44:16 47:12  47:22  47:22  48:2  48:7  48:10  48:15 48:15  48:18  48:20  48:20  48:21  48:24  49:2 49:6  50:3  50:5  50:10  50:12  50:14  50:19 50:24  51:17  51:20  52:1  52:2  52:5  52:9 52:10  52:10  52:17  52:21  53:3  53:14  53:17 53:25  54:2  54:12  54:13  54:17 | **you**(301) 54:21  54:23  54:25  55:6  55:12 55:13  56:2  56:2  56:3  56:8  56:12  56:14 56:15  56:19  57:1  57:6  57:9  57:15  58:2 58:4  58:6  58:8  58:10  58:14  58:14  58:21 58:21  58:23  59:2  59:5  59:23  59:25  60:4 60:7  60:7  60:13  60:20  60:20  60:24  60:24 61:2  61:3  61:4  61:8  61:24  61:25  62:3 62:12  62:22  63:2  63:3  63:8  64:1  64:2 64:4  65:4  65:9  65:15  65:17  65:18  65:21 65:22  65:23  66:2  66:2  66:4  66:5  66:7 66:7  66:8  66:13  66:20  67:1  67:6  67:10 67:20  67:20  67:25  68:11  68:13  68:17 68:25  69:3  69:11  69:17  70:4  70:8  70:10 70:12  70:15  70:17  70:22  71:8  73:4  73:8 74:6  74:6  74:10  74:18  74:22  74:25  74:25 75:4  75:4  75:10  75:13  76:4  76:17  76:19 76:25  77:1  77:7  77:8  77:8  77:11  77:18 77:20  77:23  78:3  78:6  78:9  78:12  78:21 78:24  79:4  79:14  79:19  79:24  80:2  80:6 80:11  80:21  81:2  81:7  81:22  82:4  82:6 82:6  82:11  82:14  82:17  82:24  83:1  83:8 83:11  83:14  83:15  83:23  84:25  85:12 85:14  86:13  86:20  86:22  87:1  87:3  88:14 88:24  88:24  89:2  89:9  89:13  89:17  89:17 89:24  91:2  91:3  91:18  91:20  91:24  91:25 92:3  92:5  92:21  92:24  94:15  94:16  94:17 95:2  95:4  95:5  95:7  95:15  95:22  95:23 96:4  96:4  96:15  96:19  97:2  97:6  97:16 97:24  98:7  98:14  98:15  98:23  98:25  99:3 99:9  99:11  99:12  99:16  99:18  100:2  100:5 100:7  100:11  100:20  100:25  101:3  101:7 101:20  101:25  102:6  102:7  102:12  102:19 102:21  102:24  103:1  103:10  103:12  103:13 103:18  103:20  103:24  104:3  104:10 104:12  104:20  104:24  105:3  105:4  105:17 106:1  106:4  106:7  106:10  106:14  106:17 106:19  107:9  107:12  107:15  108:12  108:22 109:8  109:12  109:15  109:17  109:19 109:21  109:21  109:22  109:25  110:1  110:11 110:15  110:25  111:2  111:2  111:8  112:11 112:12  112:17  113:13  113:13  114:2  114:7 114:8  114:14  114:15  114:17  114:19  114:25 115:10  115:13  115:17  115:17  115:18 115:19  115:19  115:19  116:9  116:11  116:17 116:18  116:19  116:23  117:11  117:16 117:20  118:13  118:13  118:15  118:19 118:24  118:24  119:6  119:25 | **you**(301) 120:22  121:3  121:3  121:11  121:11  124:5 124:8  124:18  125:18  126:4  126:8  126:8 126:9  126:9  126:10  126:10  126:12  126:14 126:15  127:19  128:3  128:4  128:12  128:21 128:25  129:2  129:3  129:15  129:20  129:21 129:25  130:5  131:1  131:5  131:19  131:20 132:2  132:18  132:22  132:24  133:4  133:5 133:10  133:15  133:17  133:18  133:19  134:1 134:2  134:7  134:8  134:23  134:24  135:4 135:6  135:18  135:19  135:22  135:23  136:4 136:7  136:10  136:15  136:22  136:22  136:28 136:25  138:15  138:21  138:22  138:22 138:23  139:9  139:10  139:14  139:15  139:16 139:16  139:17  140:7  140:18  140:22  141:1 141:7  141:17  141:18  141:22  141:22  141:28 141:23  141:25  142:2  142:3  142:5  142:6 142:15  143:2  143:11  143:11  143:17  144:7 144:19  145:5  145:5  145:6  145:7  145:7 145:16  145:24  145:24  145:25  146:1  146:4 146:4  146:17  146:18  146:21  146:21  147:5 147:5  147:14  148:1  148:3  148:24  149:12 149:12  149:17  149:24  150:1  150:17  151:9 151:17  151:19  151:19  152:17  152:20 152:20  152:21  152:22  152:25  153:2  153:2 153:4  153:5  153:8  153:23  153:25  153:25 154:2  154:4  154:6  155:8  155:10  155:10 155:13  155:15  155:18  155:21  155:23  156:1 156:21  157:8  158:6  158:16  158:18  158:22 159:19  159:20  160:13  160:18  161:1  161:5 161:9  161:15  161:18  161:22  163:13  164:15 164:17  164:21  166:3  166:4  167:19  167:22 167:25  168:12  168:14  168:17  169:2  170:18 170:20  171:9  172:1  172:23  173:15  173:17 174:18  175:2  175:4  175:8  175:11  175:15 175:15  175:23  175:25  176:5  176:8  176:20 176:23  176:25  177:2  177:3  177:4  177:6 177:8  177:8  177:17  177:22  178:14  178:17 178:23  179:4  179:8  179:11  179:11  179:14 180:5  180:17  181:2  181:4  181:7  181:12 182:6  182:8  182:9  182:12  182:18  182:20 183:2  183:10  183:11  183:13  183:16  184:14 184:17  184:24  185:19  185:19  185:23 186:25  187:3  187:18  187:21  188:2  188:20 188:22  188:25  190:9  190:22  192:1  191:5 191:11  191:20  192:6  192:6  192:11  192:19 192:19  193:7  193:12  193:22  194:1  194:15 195:7  195:12  195:14  195:16  195:17  195:20 196:10  196:21  196:22  196:23  196:25 197:16  197:24  198:7  198:25  199:5  199:21 200:5  200:25  201:3  202:9  202:12  202:18 202:20  202:21  202:22  203:14  203:25 204:15 |
| **yesterday**(18) 5:10  5:21  7:6  7:12  7:22 9:13  12:5  12:14  15:3  18:17  20:1  21:23 24:17  28:8  37:19  75:8  88:15  218:17 | | | | | | **you**(99) 204:25  205:2  205:4  205:9  205:12 207:2  207:7  207:12  207:22  208:4  209:8 209:16  210:7  210:13  210:16  210:20  210:25 211:3  211:3  211:25  211:25  212:2  212:10 212:11  212:22  213:8  213:8  213:11  213:23 214:2  214:4  214:9  214:9  214:12  214:19 214:23  214:23  214:25  215:3  215:10  215:10 215:19  216:3  216:16  216:20  216:21  217:3 217:5  217:13  217:16  217:25  218:6  218:7 218:8  218:10  218:13  218:25  219:1  219:1 219:9  219:13  219:15  219:16  219:21  219:24 219:25  220:6  220:9  220:9  220:12  220:19 221:13  221:14  221:17  221:18  221:22 222:11  222:21  222:21  223:5  223:20  223:19 224:1  224:9  224:12  224:13  224:17  224:18 225:24  225:24  225:25  226:2  226:8  226:9 226:11  226:20  226:20  226:21  226:22 |
| **yet**(7) 13:11  53:15  187:11  189:16  206:22 207:5  209:3 | | | | | | | |
| **yield**(2) 164:9  164:13 | | | | | | **you'll**(29) 9:17  11:8  17:19  33:6  35:6 54:10  54:15  54:20  55:3  56:9  56:18  57:4 57:10  57:24  58:10  60:10  78:16  79:11 94:18  97:9  98:11  125:11  145:1  146:11 182:13  182:23  183:14  184:18  199:19 |
| **york**(1) 2:7 | | | | | | | |

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|

**you're**(44) 23:20  29:19  53:18  61:5  92:12  95:14  114:7  114:16  115:14  115:19  116:10  116:11  121:3  123:1  126:20  133:15  134:21  135:18  137:13  137:14  138:4  138:23  139:3  139:18  147:1  150:22  150:25  154:4  155:15  192:7  193:7  193:21  196:16  196:19  200:1  202:25  203:9  203:14  213:10  218:7  218:8  224:11  225:12  225:18

**you've**(10) 58:11  108:23  116:7  116:8  116:8  127:6  138:8  138:11  148:4  148:4

**young**(8) 1:22  4:7  5:14  17:12  52:14  94:11  104:16  154:19

**your**(301) 4:4  4:8  4:9  4:10  4:17  4:22  5:8  5:10  5:18  5:21  6:20  7:8  8:4  9:19  9:25  10:11  12:1  12:6  12:12  14:14  16:24  17:8  18:8  18:17  19:7  19:7  19:23  20:25  21:5  21:24  22:3  22:5  22:10  22:17  23:5  23:13  23:17  23:25  24:6  24:16  24:23  25:2  25:8  25:23  26:3  26:6  26:19  26:21  27:20  28:6  28:6  28:10  28:10  28:11  28:14  28:18  29:6  29:17  29:23  30:2  30:15  30:16  31:6  31:15  31:19  31:21  31:23  32:2  32:3  32:5  32:9  32:15  32:18  32:23  32:25  33:2  34:13  35:21  36:3  36:19  37:25  38:13  38:16  38:18  38:19  39:6  39:22  40:7  40:9  40:15  40:22  41:6  41:16  41:23  42:5  42:8  42:20  42:20  42:24  43:3  43:13  43:20  45:4  45:10  45:12  45:23  46:2  46:10  46:10  46:13  46:17  46:23  47:5  47:7  47:12  47:16  47:18  47:23  48:2  48:13  49:8  49:9  49:17  49:22  50:4  50:8  51:1  51:6  52:9  52:11  52:12  52:15  52:21  52:24  53:4  53:6  53:8  53:20  53:25  54:3  54:15  54:23  54:25  56:5  59:8  60:11  61:19  62:1  62:3  63:3  63:10  63:18  64:1  64:2  64:5  64:11  64:21  64:25  65:4  66:4  66:5  66:7  66:8  66:13  66:22  67:5  67:12  67:17  67:17  67:21  68:7  72:6  75:6  75:16  76:8  76:19  77:18  79:9  79:25  80:6  80:15  80:19  83:9  83:22  87:11  88:8  88:10  88:22  89:6  90:6  90:11  92:8  92:22  92:24  93:3  93:5  93:8  93:22  94:2  94:4  94:24  95:23  97:16  97:21  98:2  98:15  99:23  100:17  103:17  103:21  103:25  104:3  104:10  104:14  104:15  104:19  104:22  105:5  105:9  105:17  111:18  111:24  116:9  119:9  120:25  132:24  133:19  134:24  135:19  135:20  135:22  135:24  136:24  138:10  138:11  140:22  141:18  141:21  146:1  147:17  147:22  148:10  149:13  149:13  150:7  150:10  150:19  151:11  151:13  152:12  152:21  152:24  152:25  153:7  153:11  154:3  154:7  154:18  154:23  155:2  155:4  156:7  156:10  157:17  157:18  157:20  157:20  157:23  158:4  159:15  161:4  161:8  161:15  161:21  166:3  169:23  170:9  177:10  177:14  179:4  182:9  184:10  184:11  185:6  185:8  185:10  192:8  195:15  197:14  197:15  197:15  200:4  200:20  201:3  201:10  202:10  202:14  202:18  202:24  203:24  204:1

**your**(35) 204:20  207:8  209:16  210:1  210:4  212:5  212:11  212:15  212:24  213:2  213:4  213:15  213:15  214:8  215:21  216:9  217:20  218:15  221:9  221:9  223:23  224:7  224:14  224:15  224:21  225:9  225:12  225:13  225:19  226:4  226:8  226:11  226:20  226:21  226:22

**yours**(1) 16:23

**zieg**(198) 1:25  5:6  5:8  5:13  5:13  5:18  5:20  8:24  12:12  12:13  16:12  16:21  16:23  17:1  17:3  17:8  17:11  17:15  17:18  18:7  18:12  18:14  18:16  19:13  19:15  19:17  19:23  19:25  21:1  21:5  21:6  22:9  22:12  22:15  22:16  23:11  23:16  23:19  23:22  23:23  25:15  25:18  25:22  26:11  26:13  26:15  26:17  26:18  27:6  27:7  28:5  29:3  30:12  35:22  36:4  36:10  36:13  37:18  38:4  39:14  40:9  40:17  41:9  42:4  42:11  42:19  42:22  44:19  45:5  45:8  45:10  47:7  48:10  49:6  49:8  49:15  49:22  51:23  52:24  53:5  55:10  57:18  59:16  59:19  59:22  59:23  60:15  61:19  61:22  61:25  62:1  63:18  64:1  69:17  69:19  71:15  72:6  75:8  75:16  75:20  76:2  77:20  79:6  87:11  87:18  87:20  88:1  90:6  90:24  92:14  92:16  92:19  94:1  94:4  94:7  94:10  94:11  94:14  94:24  95:1  95:17  97:23  98:15  98:20  98:22  100:19  103:15  104:11  148:10  150:24  154:18  154:19  154:23  155:12  158:18  159:14  166:3  166:8  166:12  166:14  167:18  170:17  171:21  171:24  172:3  172:5  172:6  172:10  177:10  177:14  177:21  179:4  179:9  179:10  180:20  180:22  181:2  181:3  181:24  184:9  184:11  184:13  184:16  184:21  184:23  185:10  185:12  185:17  185:18  190:23  191:7  191:10  192:4  192:5  192:7  192:10  197:3  198:1  198:2  198:3  198:6  199:12  200:4  200:14  200:24  201:19  202:7  207:21  210:4  210:6  211:24  218:15  224:7  226:4  226:10  226:13  226:17  226:21

**zieg's**(1) 39:6

**zolfo**(3) 50:11  50:14  52:15

**zone**(2) 181:21  181:22