## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that, on November 30, 2010, I caused one copy of the foregoing to be served upon the parties listed below in the manner so indicated.

**HAND DELIVERY**
Sean M. Beach, Esq.
Michael S. Neiburg, Esq.
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Bldg.
1000 West Street, 17th Floor
Wilmington, DE 19801

_____
Amanda M. Winfree (#4615)

{00313576;v1}