UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.,* | Case No. 07-11047- CSS (Jointly Administered) |
| Debtors. | |

---------------------------------------------------------------------------x

AMERICAN HOME MORTGAGE HOLDINGS, INC.,

              Plaintiff,

    v.

| DEFENDANT | ADV. NO. |
|---|---|
| MOODY'S INVESTORS SERVICE, INC. | 09-51570 |
| MOODY'S WALL STREET ANALYTICS, INC. | 09-51572 |

## **STATUS REPORT**

American Home Mortgage Holdings, Inc., by its undersigned counsel, files the attached status report regarding adversary actions.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>November 30, 2010 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Curtis J. Crowther*<br>Curtis J. Crowther (No. 3238)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391<br>(302) 571-6755<br>(302) 576-3445 (fax)<br>ccrowther@ycst.com<br><br>Counsel for Plaintiff |

## **STATUS CHART**

| MOODY'S INVESTORS SERVICE, INC. | 09-51570 | E – Settled.  Court approval will be sought within 30 days. |
|---|---|---|
| MOODY'S WALL STREET ANALYTICS, INC. | 09-50572 | E – Settled.  Court approval will be sought within 30 days. |