EXHIBIT "A"

## AMERICAN HOME MORTGAGE
### Time Summary
### October 1, 2010 to October 31, 2010

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 14.7 | 650.00 | $9,555.00 |
| MICHELE MICHAELIS | DIRECTOR | 20.4 | 475.00 | 9,690.00 |
| MATTHEW J STEWART | SENIOR | 53.5 | 275.00 | 14,712.50 |
| NAUSHON E VANDERHOOP | SENIOR | 0.9 | 200.00 | 180.00 |
| JASON M FRIEDMAN | STAFF | 0.4 | 200.00 | 80.00 |
| MIGDALIA GOMEZ | PARA-PROF. | 2.9 | 150.00 | 435.00 |
|  | TOTAL: | 92.8 |  | $34,652.50 |
| TRAVEL TIME: Billed @ ½ rate |  |  |  |  |
| MATTHEW J STEWART | SENIOR | 0.5 | 137.50 | 68.75 |
|  | SUBTOTAL: | 0.5 |  | 68.75 |
|  | TOTAL: | 93.3 |  | $34,721.25 |

EXHIBIT "A"

-2-

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### October 1, 2010 to October 31, 2010

### A.  ACCOUNTS PAYABLE

| Date | Name | Description | Time |
|---|---|---|---|
| 10/28/2010 | M.M. | Reviewed most recent claim update. | 0.3 |
| | | TOTAL: | 0.3 |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| M. MICHAELIS (M.M.) | 0.3 | 475.00 | 142.50 |
| **TOTAL:** | **0.3** | | **142.50** |

EXHIBIT "A"

-3-

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### October 1, 2010 to October 31, 2010

**B.    PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|---|---|---|---|
| 10/4/2010 | M.M. | Reviewed preference request from counsel. | 0.3 |
| 10/5/2010 | M.M. | Correspondence with Debtors re: preference questions. | 0.2 |
| 10/6/2010 | M.M. | Reviewed updated preference schedule. | 0.4 |
| 10/8/2010 | M.M. | Revisited preference file updates and settlements. | 0.5 |
| 10/22/2010 | M.M. | Reviewed settlement information action for preferences. | 0.4 |
| | | **TOTAL:** | **1.8** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| M. MICHAELIS (M.M.) | 1.8 | 475.00 | 855.00 |
| **TOTAL:** | **1.8** | | **855.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### October 1, 2010 to October 31, 2010

### C. LITIGATION CONSULTING

| Date | Name | Description | Time |
|---|---|---|---|
| 10/1/2010 | M.S. | Reviewed plaintiff's draft document request and correspondence with D. Berliner and M. Michaelis re: same. | 0.4 |
| 10/7/2010 | D.B. | Reviewed AHM motion to approve settlement agreement with Waterfield and settlement agreement. | 0.4 |
| 10/8/2010 | M.M. | Reviewed open items for litigations. | 0.8 |
| 10/11/2010 | D.B. | Discussed 506(c) surcharge on Mt. Prospect Building with M. Stewart. | 0.2 |
| 10/12/2010 | M.S. | Correspondence with D. Berliner re: causes of action investigation. | 0.2 |
| 10/14/2010 | M.S. | Reviewed materials related to the causes of action investigation. | 0.6 |
| 10/15/2010 | M.S. | Correspondence with C. Kang re: causes of action investigation. | 0.2 |
| 10/15/2010 | M.S. | Correspondence with D. Berliner re: causes of action investigation. | 0.1 |
| 10/18/2010 | M.S. | Prepared materials and reviewed documents relating to litigations. | 1.2 |
| 10/19/2010 | M.S. | Discussions with counsel re: causes of action investigation and discovery. | 0.4 |
| 10/21/2010 | D.B. | Reviewed draft of Plaintiff's response to Defendant's first request for production of documents and first Interrogatory and prepared comments. | 0.9 |

EXHIBIT "A"

-5-

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### October 1, 2010 to October 31, 2010

### C.  LITIGATION CONSULTING

| Date | Name | Description | Time |
|---|---|---|---|
| 10/28/2010 | M.M. | Revisited litigation and open item status and discussed same. | 0.3 |
| | | TOTAL: | 5.7 |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| D. BERLINER (D.B.) | 1.5 | 650.00 | 975.00 |
| M. MICHAELIS (M.M.) | 1.1 | 475.00 | 522.50 |
| M. STEWART (M.S.) | 3.1 | 275.00 | 852.50 |
| TOTAL: | 5.7 | | 2,350.00 |

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
## October 1, 2010 to October 31, 2010

### D. MEETINGS - DEBTOR

| Date | Name | Description | Time |
|---|---|---|---|
| 10/1/2010 | M.S. | Correspondences with the Debtors re: bank and Effective Date. | 0.2 |
| 10/5/2010 | M.S. | Discussions with the Debtors and D. Berliner re: case updates. | 0.6 |
| 10/7/2010 | M.M. | Met with Debtors and Liquidating Trustee re: Employee retention. | 1.8 |
| 10/7/2010 | M.M. | Met with Debtors and Liquidating Trustee re: litigation issues. | 1.1 |
| 10/7/2010 | M.M. | Met with Debtors and Liquidating Trustee re: tax and workers compensation issues. | 0.7 |
| 10/7/2010 | M.M. | Met with Debtors and Trustee tentative effective date. | 0.8 |
| 10/7/2010 | M.S. | Meetings with the Debtors and the Liquidating Trustee re: case updates and Effective Date. | 5.0 |
| 10/7/2010 | M.S. | Correspondences with D. Berliner and the Debtors re: causes of action. | 0.2 |
| 10/11/2010 | D.B. | Telephone call from K. Nystrom re: D&T litigation. | 0.1 |
| 10/11/2010 | M.S. | Correspondences with D. Berliner and S. Martinez re: Mt. Prospect. | 0.4 |
| 10/13/2010 | M.S. | Correspondences with the Debtors re: site visit. | 0.2 |

EXHIBIT "A"

-7-

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### October 1, 2010 to October 31, 2010

### D.  MEETINGS - DEBTOR

| Date | Name | Description | Time |
|---|---|---|---|
| 10/15/2010 | M.S. | Prepared for and met with the Debtors re: causes of action investigation. | 2.8 |
| 10/18/2010 | M.S. | Correspondences with the Debtors and D. Berliner re: Bank. | 0.1 |
| 10/19/2010 | D.B. | Conference call with K. Nystrom and S. Martinez re: OTS approval of Bank litigation plan and dividend requested; discussed Effective Date issues and timing. | 0.5 |
| 10/19/2010 | M.S. | Correspondences with the Debtors re: discovery. | 0.2 |
| 10/22/2010 | D.B. | Conference call with professionals and S. Sass re: Effective Date issues and met with M. Michaelis re: work to be done. | 1.2 |
| 10/22/2010 | M.M. | Conference call with professionals re: updates for effective date. | 1.3 |
| 10/26/2010 | M.S. | Correspondence with the Debtors and reviewed WARN Settlement. | 0.6 |
| 10/27/2010 | D.B. | Telephone call with S. Martinez re: case status update. | 0.5 |
| 10/27/2010 | M.S. | Correspondences with the Debtors and D. Berliner re: Mt. Prospect. | 0.2 |
| 10/29/2010 | M.S. | Prepared for visit with the Trustee on Monday. | 1.4 |
| | | **TOTAL:** | **19.9** |

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### October 1, 2010 to October 31, 2010

### D.     MEETINGS - DEBTOR

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|---|---:|---:|---:|
| D. BERLINER (D.B.) | 2.3 | 650.00 | 1,495.00 |
| M. MICHAELIS (M.M.) | 5.7 | 475.00 | 2,707.50 |
| M. STEWART (M.S.) | 11.9 | 275.00 | 3,272.50 |
| **TOTAL:** | **19.9** | | **7,475.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### October 1, 2010 to October 31, 2010

### E. REPORT PREPARATION

| Date | Name | Description | Time |
|---|---|---|---|
| 10/1/2010 | D.B. | Reviewed updated BDO analysis of cash available to fund Liquidating Trust and estimated process from Liquidation of AH Bank. | 0.6 |
| 10/5/2010 | M.S. | Prepared BDO's update report for 10/7/10. | 0.7 |
| 10/6/2010 | D.B. | Reviewed draft BDO report to UCC re: case status update prepared comments and discussed with M. Stewart. | 1.2 |
| 10/6/2010 | J.F. | Assisted M. Stewart with report preparation. | 0.4 |
| 10/6/2010 | M.M. | Edited AHM report to Committee. | 0.9 |
| 10/6/2010 | M.S. | Prepared 10/7/10 Committee update report. | 2.8 |
| 10/6/2010 | M.S. | Revised the 10/7/10 Committee Update report based on M. Michaelis' edits. | 0.8 |
| 10/7/2010 | M.M. | Reviewed final report. | 0.6 |
| 10/7/2010 | M.S. | Reviewed and sent 10/7/10 update report to the Committee. | 0.4 |
| 10/25/2010 | M.S. | Prepared BDO update report for tomorrow's Committee call. | 0.4 |
| 10/26/2010 | M.M. | Discussed report for Committee with M. Stewart. | 0.4 |
| 10/26/2010 | M.S. | Prepared BDO update report for tomorrow's Committee call. | 2.8 |
| 10/27/2010 | M.M. | Reviewed and edited report to Committee. | 1.7 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### October 1, 2010 to October 31, 2010

### E. REPORT PREPARATION

| Date | Name | Description | Time |
|---|---|---|---|
| 10/27/2010 | M.S. | Various correspondences with M. Michaelis and D. Berliner re: AHM report. | 0.3 |
| 10/27/2010 | M.S. | Reviewed and revised BDO update report for 10/28/10 based on M. Michaelis' edits. | 1.2 |
| 10/27/2010 | M.S. | Prepared 6 month budget for the Trust. | 1.4 |
| 10/27/2010 | M.S. | Prepared BDO update report for tomorrow's Committee call. | 2.7 |
| 10/28/2010 | D.B. | Reviewed draft of BDO report to UCC re: financial update, prepared comments and discussed with M. Stewart and M. Michaelis. | 2.4 |
| 10/28/2010 | M.M. | Edited report to Committee. | 1.9 |
| 10/28/2010 | M.S. | Prepared BDO's update report. | 2.2 |
| 10/28/2010 | M.S. | Revised BDO report and Post-Effective Date forecast based on D. Berliner's edits. | 1.2 |
| 10/28/2010 | M.S. | Revised 6 Month Post-Effective Date forecast. | 1.4 |
| 10/29/2010 | D.B. | Reviewed revised draft of BDO report to UCC re: case status update. | 0.6 |
| 10/29/2010 | M.M. | Reviewed final report distributed to Committee. | 0.1 |
| 10/29/2010 | M.S. | Finalized draft update report and sent to counsel. | 0.8 |

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
October 1, 2010 to October 31, 2010

### E. REPORT PREPARATION

| Date | Name | Description | Time |
|---|---|---|---|
| | | TOTAL: | 29.9 |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| D. BERLINER (D.B.) | 4.8 | 650.00 | 3,120.00 |
| M. MICHAELIS (M.M.) | 5.6 | 475.00 | 2,660.00 |
| M. STEWART (M.S.) | 19.1 | 275.00 | 5,252.50 |
| J. FRIEDMAN (J.F.) | 0.4 | 200.00 | 80.00 |
| **TOTAL:** | **29.9** | | **11,112.50** |

EXHIBIT "A"

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### October 1, 2010 to October 31, 2010

### F. MEETINGS WITH CREDITORS

| Date | Name | Description | Time |
|---|---|---|---|
| 10/14/2010 | D.B. | Discussed AHM case status with S. Sass, Liquidating Trustee. | 0.1 |
| 10/19/2010 | M.S. | Correspondence with S. Sass and L. Smalley re: AH Bank. | 0.1 |
| | | **TOTAL:** | **0.2** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| D. BERLINER (D.B.) | 0.1 | 650.00 | 65.00 |
| M. STEWART (M.S.) | 0.1 | 275.00 | 27.50 |
| **TOTAL:** | **0.2** | | **92.50** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### October 1, 2010 to October 31, 2010

### G. BUSINESS ANALYSIS

| Date | Name | Description | Time |
|---|---|---|---|
| 10/1/2010 | D.B. | Reviewed revised cash flow forecast for period 10/8/2010 through 1/7/2011. | 0.3 |
| 10/1/2010 | M.S. | Reviewed cash flow forecast and updated Effective Date analyses. | 2.3 |
| 10/1/2010 | M.S. | Reviewed AH Bank's financial statements and updated liquidation analysis. | 0.7 |
| 10/1/2010 | M.S. | Correspondence with D. Berliner re: bank and Effective Date analysis. | 0.1 |
| 10/4/2010 | M.M. | Reviewed professional fee responses received from counsel for use in effective date cash analysis. | 0.3 |
| 10/5/2010 | D.B. | Met with M. Stewart to discuss results of status update call with Zolfo. | 0.2 |
| 10/5/2010 | M.M. | Discussion with M. Stewart re: visit to Debtors' site with Liquidating Trustee. | 0.6 |
| 10/5/2010 | M.S. | Reviewed updated cash flow forecast and Effective Date analysis. | 0.3 |
| 10/5/2010 | M.S. | Discussions with M. Michaelis re: Committee report, professional fees and Thursday site visit. | 0.4 |
| 10/6/2010 | M.M. | Reviewed BDO revised effective date analysis. | 0.6 |
| 10/6/2010 | M.M. | Revisited effective date budget details for open legal issues/settlements and professional fees. | 0.8 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### October 1, 2010 to October 31, 2010

### G. BUSINESS ANALYSIS

| Date | Name | Description | Time |
|---|---|---|---|
| 10/7/2010 | M.S. | Reviewed updated Effective Date and Debtors' cash flow forecast. | 1.4 |
| 10/7/2010 | M.S. | Reviewed docket and related filings. | 0.4 |
| 10/8/2010 | D.B. | Met with M. Michaelis re: results of meeting with Liquidating Trustee and D&T litigation. | 0.2 |
| 10/8/2010 | D.B. | Reviewed cash flow forecast for period 10/15/2010 through 1/7/2011 and Effective Date Analysis. | 0.3 |
| 10/8/2010 | M.M. | Reviewed revised cash budget and discussed. | 0.7 |
| 10/11/2010 | M.S. | Reviewed cash flow forecast and updated Effective Date analyses. | 0.6 |
| 10/12/2010 | D.B. | Reviewed e-mail from M. Stewart re: Waterfield hearing status and discussed timing impact on going Effective. | 0.1 |
| 10/13/2010 | M.S. | Reviewed docket and related filings. | 0.3 |
| 10/15/2010 | M.S. | Reviewed docket and related filings. | 0.4 |
| 10/18/2010 | D.B. | Reviewed cash flow budget for period 10/22/2010 - 1/17/2011 and updated Effective Date analysis. | 0.5 |
| 10/18/2010 | M.S. | Reviewed fee applications filed through 10/17/10 to update Effective Date Cash Flow Forecast. | 0.4 |
| 10/18/2010 | M.S. | Reviewed cash flow forecast and Effective Date cash. | 0.8 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
## October 1, 2010 to October 31, 2010

### G. BUSINESS ANALYSIS

| Date | Name | Description | Time |
| --- | --- | --- | --- |
| 10/19/2010 | D.B. | Reviewed 9/30/2010 Balance sheet of AHBank to prepare for conference call. | 0.3 |
| 10/19/2010 | M.S. | Prepared for and met with D. Berliner re: Effective Date cash. | 0.7 |
| 10/19/2010 | M.S. | Reviewed cash flow forecast and Effective Date cash. | 1.2 |
| 10/19/2010 | M.S. | Reviewed open issues and outstanding case items. | 0.7 |
| 10/19/2010 | M.S. | Reviewed docket and related filings. | 0.4 |
| 10/22/2010 | D.B. | Reviewed open issues list re: Effective Date Issues to prepare for conference call. | 0.6 |
| 10/22/2010 | M.M. | Reviewed documents related to bank settlements. | 0.2 |
| 10/22/2010 | M.M. | Reviewed Milestone fee issue. | 0.1 |
| 10/25/2010 | M.M. | Reviewed current cash flow budget prepared by Debtors. | 0.4 |
| 10/25/2010 | M.M. | Revisited cash flow budget prepared by BDO. | 0.4 |
| 10/25/2010 | M.S. | Reviewed Debtors' cash flow forecast and Effective Date analysis. | 1.4 |
| 10/25/2010 | M.S. | Reviewed docket and related filings, including professional fee applications. | 0.8 |
| 10/26/2010 | M.M. | Discussed current effective date expectations and payment of professional fees. | 0.3 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### October 1, 2010 to October 31, 2010

### G.  BUSINESS ANALYSIS

| Date | Name | Description | Time |
|---|---|---|---|
| 10/26/2010 | M.M. | Reviewed correspondence relative to WARN payments. | 0.2 |
| 10/26/2010 | M.S. | Reviewed open issues and outstanding case items. | 0.4 |
| 10/27/2010 | D.B. | Reviewed employee analysis re: ongoing people to prepare for conference call. | 0.3 |
| 10/27/2010 | M.M. | Reviewed and discussed post-effective date employee levels. | 0.9 |
| 10/27/2010 | M.S. | Revised 6 Month Post-Effective Date forecast. | 1.1 |
| 10/27/2010 | M.S. | Reviewed Debtors' cash flow forecast and Effective Date analysis. | 0.7 |
| 10/28/2010 | M.S. | Reviewed docket and related filings. | 1.2 |
| 10/29/2010 | M.M. | Discussed meeting with Liquidating Trustee and budget adjustments. | 0.2 |
| 10/29/2010 | M.M. | Reviewed current cash budget. | 0.2 |
| 10/29/2010 | M.S. | Prepared 6 month post-effective budget and reviewed claims. | 1.3 |
| 10/29/2010 | M.S. | Reviewed Debtors' updated cash flow forecast and Effective analysis. | 0.4 |
|  |  | TOTAL: | 27.1 |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| D. BERLINER (D.B.) | 2.8 | 650.00 | 1,820.00 |
| M. MICHAELIS (M.M.) | 5.9 | 475.00 | 2,802.50 |
| M. STEWART (M.S.) | 18.4 | 275.00 | 5,060.00 |
| TOTAL: | 27.1 |  | 9,682.50 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### October 1, 2010 to October 31, 2010

**H.   COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time |
|---|---|---|---|
| 10/1/2010 | D.B. | Reviewed revised draft of Plaintiff's initial disclosures and interrogatories, prepared comments, discussed with M. Stewart and e-mailed comments to counsel. | 0.9 |
| 10/1/2010 | D.B. | E-mail from E. Schnitzer re: 5 preference settlements. | 0.1 |
| 10/7/2010 | D.B. | E-mail from Hahn & Hessen re: selection of expert for D&T litigation. | 0.1 |
| 10/7/2010 | M.S. | Correspondences with counsel re: Waterfield. | 0.1 |
| 10/14/2010 | D.B. | E-mails from M. Indelicato re: JPM litigation. | 0.1 |
| 10/18/2010 | D.B. | Reviewed e-mail from E. Schnitzer re: settlement authority for preference action against Warehouse Linen. | 0.1 |
| 10/21/2010 | D.B. | Telephone call and e-mails with M. Indelicato re: Advisory Agreement prepared by Milestone; reviewed agreement and prepared comments for counsel. | 0.6 |
| 10/21/2010 | D.B. | E-mails to Hahn & Hessen re: comments on request for document production and interrogatory. | 0.2 |
| 10/22/2010 | D.B. | Telephone call from M. Indelicato re: Effective Date issues and met with M. Michaelis re: work to be done. | 0.3 |
| 10/27/2010 | M.S. | Prepared for and participated update call with counsel. | 0.8 |
| | | **TOTAL:** | **3.3** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| D. BERLINER (D.B.) | 2.4 | 650.00 | 1,560.00 |
| M. STEWART (M.S.) | 0.9 | 275.00 | 247.50 |
| **TOTAL:** | **3.3** | | **1,807.50** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
## October 1, 2010 to October 31, 2010

### I. FEE APPLICATIONS / MONTHLY STATEMENTS

| Date | Name | Description | Time |
|---|---|---|---|
| 10/5/2010 | M.G. | Prepared September monthly data. | 1.8 |
| 10/6/2010 | M.G. | Updated September monthly data. | 0.4 |
| 10/6/2010 | N.V. | Reviewed and edited September 2010 time detail; updated project categories. | 0.6 |
| 10/7/2010 | M.G. | Revised September monthly data | 0.3 |
| 10/7/2010 | N.V. | Reviewed updated September 2010 monthly application. | 0.3 |
| 10/8/2010 | D.B. | Reviewed and approved 36th monthly application of BDO as FA to UCC for September 2010 and Berliner Declaration. | 0.8 |
| 10/11/2010 | M.G. | Revised and prepared monthly application; sent out September monthly application. | 0.4 |
| | | **TOTAL:** | **4.6** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| D. BERLINER (D.B.) | 0.8 | 650.00 | 520.00 |
| N. VANDERHOOP (N.V.) | 0.9 | 200.00 | 180.00 |
| M. GOMEZ (M.G.) | 2.9 | 150.00 | 435.00 |
| **TOTAL:** | **4.6** | | **1,135.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### October 1, 2010 to October 31, 2010

### J.     TRAVEL TIME

| Date | Name | Description | Time |
|---|---|---|---|
| 10/7/2010 | M.S. | Travel time to and from American Home Mortgage. | 0.5 |
| | | TOTAL: | 0.5 |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| M. STEWART (M.S.) | 0.5 | 137.50 | 68.75 |
| **TOTAL:** | **0.5** | | **68.75** |