EXHIBIT "B"

## American Home Mortgage Holdings, Inc.
## Schedule of Expenses*
### October 1, 2010 through October 31, 2010

| | | |
|---|---|---:|
| 1. | PHOTOCOPYING | |
| | a. Internal | |
| | b. External | |
| 2. | TELECOMMUNICATIONS | |
| | a. Toll Charges | |
| | b. Facsimile | |
| 3. | COURIER, FRIEGHT AND POSTAL SERVICES | |
| | *For overnight and hand delivery to Counsel and Committee members* | |
| 4. | COURT REPORTER AND TRANSCRIPTS | |
| 5. | TECHNOLOGY SERVICES – *Concordance Database Monthly Hosting Fee* | $1,500.00 |
| 6. | OUT-OF-TOWN TRAVEL | |
| | a. Transportation | 235.50 |
| | b. Lodging | |
| | c. Meals | 209.67 |
| 7. | OUTSIDE SERVICES | |
| 8. | LOCAL MEALS | |
| 9. | LOCAL TRANSPORTATION, TOLLS, MILEAGE AND PARKING – for cabs to/from meetings, car service *for employees working after 8:00 p.m. and local mileage using personal auto* | |
| 10. | MISCELLANEOUS – *Publications/Subscriptions* | |
| | **TOTAL** | **$1,945.17** |

*Details available upon request to BDO.