# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| American Home Mortgage Holdings, Inc., *et al.*[1] | : Case No. 07-11047 (CSS) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : **Objections Due By: December 21, 2010 @ 4 p.m.** |
| | : **Hearing Date: Only in the Event of an Objection** |

---

**THIRTIETH MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| | |
|---|---|
| *Name of Applicant*: | Blank Rome LLP |
| *Authorized to Provide Professional Services to*: | Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* |
| *Date of Retention*: | November 28, 2007, *nunc pro tunc* to August 14, 2007 |
| *Period for which Compensation and Reimbursement is Sought*: | September 1, 2010 through September 30, 2010 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $7,940.40 (80% of $9,925.50) |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $1,548.53 |

This is a:     ✓  Monthly     _____ Quarterly     _____ Final Application

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/40192217v.1

Prior fee applications.

| Date Filed [Dkt. No.] | Period Covered | Requested | | Approved | | Amount of Holdback |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | |
| 12/03/07 Combined First and Second Monthly [Dkt. 2254] | 08/14/07 – 09/30/07 | $194,724.50 | $10,296.24 | $194,724.50[1] Paid | $10296.24 Paid | $38,944.90 Paid |
| 12/05/07 Third Monthly [Dkt. 2304] | 10/01/07 – 10/31/07 | $137,968.00 | $9,712.25 | $137,968.00[1] Paid | $6,065.94 Paid | $53,547.30 Paid |
| 02/15/08 Combined Fourth and Fifth Monthly [Dkt. 2983] | 11/01/07 – 12/31/07 | $109,524.00 | $5,079.82 | $109,524.00[2] Paid | $5,079.82 Paid | $21,904.80 Paid |
| 03/20/08 Sixth Monthly [Dkt. 3372] | 01/01/08 – 01/31/08 | $43,313.00 | $584.53 | $43,313.00[2] Paid | $584.53 Paid | $8,662.60 Paid |
| 04/25/08 Seventh Monthly [Dkt. 3866] | 02/01/08 – 02/29/08 | $19,331.50 | $2,840.04 | $15,465.20[3] Paid | $2,840.04 Paid | $3,866.30 Paid |
| 06/18/08 Eighth Monthly [Dkt. 4719] | 03/01/08 – 03/31/08 | $38,443.00 | $948.85 | $30,754.40[3] Paid | $948.85 Paid | $7,688.60 Paid |
| 06/18/08 Ninth Monthly [Dkt. 4722] | 04/01/08 – 04/30/08 | $38,491.50 | $1,102.57 | $30,793.20[3] Paid | $1,102.57 Paid | $7,698.30 Paid |
| 07/23/08 Tenth Monthly [Dkt. 5198] | 05/01/08 – 05/31/08 | $26,585.00 | $1,051.38 | $21,268.00[4] Paid | $1,051.38 Paid | $5,317.00 Paid |
| 09/18/2008 Eleventh Monthly [Dkt. 5951] | 06/01/08 – 06/30/08 | $23,384.50 | $1,458.43 | $18,707.60[4] Paid | $1,458.43 Paid | $4,676.90 Paid |
| 09/29/08 Twelfth Monthly [Dkt. 6144] | 07/01/08 – 07/31/08 | $11,887.00 | $1,028.84 | $9,509.60[4] Paid | $1,028.84 Paid | $2,377.40 Paid |

---

[1] On January 15, 2008, the Court entered an Omnibus Order Approving First Interim Fee Applications of Professionals (the "First Interim Fee Order"). The First Interim Fee Order approved the fees and expenses sought by Blank Rome for the period of August 14, 2007 through October 31, 2007 on an interim basis.

[2] On April 14, 2008, the Court entered an Omnibus Order Approving Second Interim Fee Applications of Professionals (the "Second Interim Fee Order"). The Second Interim Fee Order approved the fees and expenses sought by Blank Rome for the period of November 1, 2007 through January 31, 2008 on an interim basis.

[3] On September 2, 2008, the Court entered an Omnibus Order Approving Third Interim Fee Applications of Professionals (the "Third Interim Fee Order"). The Third Interim Fee Order approved the fees and expenses sought by Blank Rome for the period of February 1, 2008 through April 30, 2008 on an interim basis.

[4] On October 22, 2008, the Court entered an Omnibus Order approving the Fourth Interim Fee Applications of Professionals (the "Fourth Interim Fee Order"), the Fourth Interim Fee Order approved the fees and expenses sought by Blank Rome of the period of May 1, 2008 through July 31, 2008 on an interim basis.

128189.01600/40192217v.1

| | | Requested | | Approved | | |
|---|---|---|---|---|---|---|
| 11/26/08 Thirteenth Monthly [Dkt. 6632] | 08/01/08 – 08/31/08 | $14,547.00 | $1,177.48 | $11,637.60 Paid | $1,177.48 Paid | $2,909.40 Paid |
| 12/16/08 Fourteenth Monthly [Dkt. [6724] | 09/01/08 – 09/30/08 | $10,283.50 | $615.50 | $8,226.80 Paid | $615.50 Paid | $2,056.70 Paid |
| 12/16/08 Fifteenth Monthly [Dkt. 6735] | 10/01/08 – 10/31/08 | $16,372.00 | $510.34 | $13,097.60 Paid | $510.34 Paid | $3,274.40 Paid |
| 10/09/09 Sixteenth Monthly [Dkt. 8162] | 11/1/08 – 7/31/09 | $98,411.00 | $53,075.55 | $66,215.95 Paid | $53,075.55 Paid | $32,195.05 [5,6] *$11,340.30 Paid (20%) $20,854.75 Paid (50%)* |
| 10/09/09 Seventeenth Monthly [Dkt. 8164] | 08/01/09 – 08/31/09 | $20,720.00 | $10,774.10 | $10,360.00 Paid | $10,774.10 Paid | $10,360.00 [5,7] |
| 10/30/09 Eighteenth Monthly [Dkt. 8237] | 09/01/09 – 09/30/09 | $14,032.00 | $7,553.42 | $7,016.00 Paid | $7,553.42 Paid | $7,016.00 [5,7] |
| 11/18/09 Nineteenth Monthly [Dkt. 8314] | 10/01/09 – 10/31/09 | $13,862.00 | $975.16 | $6,931.00 Paid | $975.61 Paid | $2,772.40 [7] |
| 12/4/09 Twentieth Monthly [Dkt. 8353] | 11/01/09 – 11/30/09 | $21,127.50 | $4,780.17 | $10,563.75 Paid | $4,780.17 Paid | $10,563.75 [7] |
| 02/16/2010 Twenty-First Monthly [Dkt. 8579] | 12/01/09 – 12/31/09 | $16,133.50 | $2,851.38 | $8,066.75 Paid | $2,851.38 Paid | $8,066.75 [7] |
| 02/16/2010 Twenty-Second Monthly [Dkt. 8580] | 01/01/2010 – 01/31/2010 | $11,030.00 | $4,842.50 | $5,515.00 Paid | $4,842.50 Paid | $5,515.00 [7] |

---

[5] On December 14, 2009, the Court entered an Omnibus Order approving the Fifth and Sixth Interim Fee Applications of Professionals (the "Interim Fee Order"). The Interim Fee Order approved the fees and expenses sought by Blank Rome of the periods of August 1, 2008 through July 31, 2009 and August 1, 2009 through October 31, 2009 on an interim basis.

[6] Holdback amount recalculated / adjusted to reflect 20% holdback for months November and December 2008 through April 2009; 50% holdback for months May 2009 through July 2009 in light of agreement among the estate professionals.

[7] Holdback amount (originally calculated at 20% of fees sought by any given monthly fee application) is now calculated at 50% per agreement among the estate professionals.

2

128189.01600/40192217v.1

|  |  | **Requested** |  | **Approved** |  |  |
|---|---|---|---|---|---|---|
| 03/19/2010 Twenty-Third Monthly [Dkt. 8707] | 02-01-2010 – 02-28-2010 | $16,921.50 | $725.73 | $8,460.75 Paid | $725.73 Paid | $8,460.75[7] |
| 05/13/2010 Twenty-Fourth Monthly [Dkt. 8854] | 03-01-2010 – 03-31-2010 | $12,563.00 | $901.39 | $6,281.50 Paid | $910.39 Paid | $6,281.50[7] |
| 10/07/2010 Twenty-Fifth Monthly [Dkt. 9296] | 04-01-2010 – 04-30-2010 | $12,533.50 | $894.37 | $10,026.80 Pending | $894.37 Pending | $2,506.70[7] Pending |
| 10/07/2010 Twenty-Sixth Monthly [Dkt 9297] | 05-01-2010 – 05-31-2010 | $20,101.00 | $3,391.92 | $16,080.80 Pending | $3,391.92 Pending | $4,020.20[7] Pending |
| 10/07/2010 Twenty-Seventh Monthly [Dkt. 9299] | 06-01-2010 – 06-30-2010 | $19,028.50 | $2,968.78 | $15,222.80 Pending | $2,968.78 Pending | $3,805.70[7] Pending |
| 10/07/2010 Twenty-Eighth Monthly [Dkt. 9300] | 07-01-2010 – 07-31-2010 | $7,969.50 | $170.18 | $6,375.60 Pending | $170.18 Pending | $1,593.90[7] Pending |
| 10/07/2010 Twenty-Ninth Monthly [Dkt. 9302] | 08-01-2010 – 08-31-2010 | $8,610.00 | $562.45 | $6,888.00 Pending | $562.45 Pending | $1,722.00[7] Pending |

3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| American Home Mortgage Holdings, Inc., *et al.* [8] | : Case No. 07-11047 (CSS) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : **Objections Due By: December 21, 2010 @ 4:00 p.m.** |
| | : **Hearing Date: Only in the Event of an Objection** |

---

## THIRTIETH MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010

This Thirtieth monthly fee application for compensation and reimbursement of expenses (the "Fee Application") is filed by Blank Rome LLP ("Blank Rome") requesting payment for services rendered and reimbursement of costs expended as co-counsel for the Official Committee of Unsecured Creditors (the "Committee") of American Home Mortgage Holdings, Inc., *et al.* (the "Debtors") for the period of September 1, 2010 through September 30, 2010 (the "Application Period"). In support of this Fee Application, Blank Rome respectfully states as follows:

### Jurisdiction

1.   The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of these chapter 11 cases in is district is proper under 28 U.S.C. §§ 1408 and 1409.

---

[8] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

4

**Background**

2. On August 6, 2007 (the "Petition Date"), the Debtors commenced with this Court voluntary cases (the "Chapter 11 Cases") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), which Chapter 11 Cases are being jointly administered pursuant to an order of this Court. The Debtors are continuing their businesses and managing their affairs as debtors and debtors in possession.

3. On August 14, 2007, the Office of the United States Trustee for the District of Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the Committee: Wilmington Trust Company, Bank of New York Trust Company, N.A., Deutsche Bank National Trust Co., Nomura Credit & Capital, Inc., Impac Funding Corporation, Waldners Business Environments, Inc.[9], and United Parcel Service (Docket No. 156).

4. Hahn & Hessen LLP ("Hahn & Hessen") and Blank Rome were selected by the Committee to serve as co-counsel to the Committee, and BDO Seidman LLP ("BDO") was selected by the Committee to serve as financial advisor to the Committee.

5. On September 4, 2007, the Court entered the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Administrative Order") (Docket No. 547).

6. On September 14, 2007, the Committee filed with the Court the Application of the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for an Order Authorizing the Committee to Retain and Employ Blank Rome LLP as Its Co-Counsel Pursuant to 11 U.S.C. Sections 328 and 1103 and Fed. R. Bankr. P. 2014 *Nunc Pro Tunc* as of August 14, 2007 (the "Blank Rome Retention Application") (Docket No. 759). On

---

[9] Waldners Business Environments, Inc. has since resigned.

5

November 28, 2007, the Court entered an order approving the Blank Rome Retention Application (Docket No. 2202).

7.     Blank Rome is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors and creditors' committees.

8.     Presently, the attorneys at Blank Rome having the day-to-day responsibility for representation of the Committee in the Chapter 11 Cases are Bonnie Glantz Fatell and David Carickhoff.  Blank Rome has drawn and will draw upon the knowledge and skills of other firm attorneys to provide services as the need arises.

## Relief Requested

9.     Blank Rome submits this Fee Application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Administrative Order, and Del. Bankr. LR 2016-2.  By this Fee Application, Blank Rome seeks (i) interim allowance of compensation for actual and necessary professional services rendered in the amount of $9,925.50 for the Application Period, (ii) payment of 80% of this amount ($7,940.40), and (iii) allowance and payment of 100% of its actual and necessary expenses in the amount of $1,548.53, in accordance with the terms of the Administrative Order.

10.    Blank Rome has made all reasonable efforts to avoid duplication of work with its co-counsel, Hahn & Hessen.

**Summary of Fees**

11.     The total number of hours expended by Blank Rome professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 35.90 hours at a blended billing rate of $276.50 per hour.  The value of these services has been computed at the rates that Blank Rome customarily charges for similar services provided other clients.

12.     A detailed chronological itemization of the services rendered by each attorney and paraprofessional during the Application Period, calculated by tenths of an hour and categorized in accordance with the appropriate project code, is attached hereto as **Exhibit "A"**.  Every effort has been made by Blank Rome to categorize daily time entries in accordance with the correct project code.  However, in some instances, services overlap between project codes.  Thus, some services may appear under more than one code, although in no instance is a specific time entry recorded more than once.

13.     Specifically, the services rendered by Blank Rome to the Committee during the Application Period included the following:

(Project Code 1)     Blank Rome Fee/Employment Applications:

Blank Rome began preparation of various monthly and interim fee applications covering the periods May through August.

**Total Hours:  7.10         Total Fees:    $1,712.00**

(Project Code 2)     Other Professionals' Fee/Employment Applications:

Blank Rome reviewed monthly and interim fee applications of various professionals. Blank Rome also performed various tasks necessary to the preparation, filing and service of (i) BDO's thirty-fourth and thirty-fifth monthly and twelfth interim fee applications and certificate of no objection in respect of BDO's thirty-third monthly fee application and (ii) a certificate of

7

no objection in respect of Hahn & Hessen's thirty-first monthly fee application.

**Total Hours:  3.50      Total Fees:   $897.50**

(Project Code 4)      Claims Analysis and Objections:

Blank Rome reviewed Park National Bank's corrected motion for summary judgment and related memorandum of law and motion to shorten.

**Total Hours:  0.30      Total Fees:   $88.50**

(Project Code 5)      Committee Business and Meetings:

As counsel to the Committee, Blank Rome participated in a teleconference meeting with committee members to discuss case status and pending issues.  Blank Rome also reviewed correspondence to the committee regarding proposed settlement of litigation.

**Total Hours:  1.00      Total Fees:   $475.00**

(Project Code 6)      Case Administration:

The time billed to this category includes services related to general administrative and case management matters, including, but not limited to, reviewing and filing pleadings, monitoring the docket, and reviewing pertinent pleadings and transcripts of court hearings, and reviewing motions, objections, responses and orders.  This category also includes time that otherwise would not comport with an identified project code.

**Total Hours:  3.70      Total Fees:   $495.00**

(Project Code 9)      Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests:

Blank Rome teleconferenced with counsel for Jones Day regarding the plan effective date and other related matters.

**Total Hours:  0.10      Total Fees:   $47.50**

(Project Code 12)    <u>Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales)</u>:

Blank Rome reviewed a notice of proposed sale of miscellaneous assets.

**Total Hours:  0.10         Total Fees:    $29.50**

(Project Code 17)    <u>Hearings - Attendance / Preparation</u>:

The time billed to this matter relates to the attendance at hearings and related proceedings and includes time spent in preparation for the same.  During this Application Period, Blank Rome prepared for and attended the omnibus hearing on September 23, 2010, including reviewing the agenda and related pleadings, discussions with co-counsel and e-mail communications.

**Total Hours:  2.30         Total Fees:    $674.00**

(Project Code 21)    <u>Adversary Litigation</u>:

Blank Rome continued to work with co-counsel with respect to adversary matters, including without limitation, reviewing and participating in discussions regarding the appointment of a mediator in the Committee v. AMEX adversary proceeding.

**Total Hours:  4.70         Total Fees:    $1,904.50**

(Project Code 22)    <u>Preference Actions</u>:

During September, Blank Rome continued to prosecute preference actions including, without limitation, preparation of discovery documents, initial disclosures, stipulations, motions, notices of dismissal, negotiations of settlements and preparation of related documents, email correspondence, telephone calls and related services in connection with the foregoing.

**Total Hours: 13.10         Total Fees:    $3,602.00**

**Actual and Necessary Costs and Expenses Incurred**

14.    Reimbursement of expenses in the amount of $1,548.53 is sought herein. A categorized summary of the actual and necessary costs and expenses incurred by Blank Rome during the Application Period, and an itemization of each expense within each category, is attached as **Exhibit "B"**. Blank Rome reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such expenses may not have been captured to date in Blank Rome's billing system.

**Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules**

15.    In accordance with Del. Bankr. LR 2016-2, a summary schedule of hours and fees for each attorney and paraprofessional, and a summary of hours and fees categorized by project code follow the cover sheet to this Fee Application. The undersigned submits that this Fee Application complies with Del. Bankr. LR 2016-2.

16.    Blank Rome submits that the services rendered and expenses incurred were actual and necessary and that the compensation sought is reasonable and in accordance with the standards of section 330 of the Bankruptcy Code.

17.    No agreement or understanding exists between Blank Rome and any other entity (other than members or employees of Blank Rome) for the sharing of compensation received or to be received for services rendered in or in connection with the Chapter 11 Cases.

**Notice**

18.    As required by the Administrative Order, a copy of this Fee Application has been served upon: (a) the Debtors; (b) Debtors' Counsel; (c) the Office of the United States Trustee; and (d) counsel to the DIP Lender. Notice of this Fee Application was served upon all parties requesting notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, Blank Rome respectfully requests an award of compensation for professional services rendered as co-counsel to the Committee during the Application Period in the sum of $7,940.40 (80% of $9,925.50), together with the reimbursement of disbursements in the amount of $1,548.53; and such other and further relief that the Court deems just and proper.

Dated:   December 1, 2010

BLANK ROME LLP

*/s/  Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
Victoria A. Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464

*Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*