**AMERICAN HOME MORTGAGE COMPANY**
**PROFESSIONAL BACKGROUND**
**SEPTEMBER 1, 2010 - SEPTEMBER 30, 2010**

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Tarr, S. | Associate, Member of NY Bar Since 2005, Area of Expertise - Business Restructuring | $425.00 | 3.50 | $1,487.50 |
| Root. A | Associate, Member of DE Bar Since 2003, Area of Expertise - Financial services | $280.00 | 0.5 | $140.00 |
| Guilfoyle, V. | Associate, Member of DE Bar Since 2008, Area of Expertise - Litigation | $295.00 | 12.40 | $3,658.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $475.00 | 1.50 | $712.50 |
| Senese, K. | Paralegal | $250.00 | 10.80 | $2,700.00 |
| Moody, T. | Paralegal | $220.00 | 4.10 | $902.00 |
| Killen, R | Clerk | $105.00 | 3.10 | $325.50 |
| Grand Total: | | | **35.90** | **$9,925.50** |

**AMERICAN HOME MORTGAGE CO.**
**PROJECT CODE SUMMARY**
**SEPTEMBER 1, 2010, - SEPTEMBER 30, 2010**

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 7.10 | $1,712.00 |
| 2 | Other Professionals' Fee/Employment Issues | 3.50 | $897.50 |
| 3 | Executory Contracts and Unexpired Leases | 0.00 | $0.00 |
| 4 | Claims Analysis and Objections | 0.30 | $88.50 |
| 5 | Committee Business and Meetings | 1.00 | $475.00 |
| 6 | Case Administration | 3.70 | $495.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.00 | $0.00 |
| 8 | Employee Benefits/General Labor | 0.00 | $0.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.10 | $47.50 |
| 10 | Financing Issues | 0.00 | $0.00 |
| 11 | Regulatory Matters | 0.00 | $0.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 0.10 | $29.50 |
| 13 | Stay Relief Issues | 0.00 | $0.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.00 | $0.00 |
| 15 | Tax Issues | 0.00 | $0.00 |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 0.00 | $0.00 |
| 17 | Hearings - Attendance/Preparation | 2.30 | $674.00 |
| 18 | Loan Servicing Transfer Issues | 0.00 | $0.00 |
| 19 | D&O Issues/E&O Issues | 0.00 | $0.00 |
| 20 | Non-Working Travel Time | 0.00 | $0.00 |
| 21 | Adversary Litigation | 4.70 | $1,904.50 |
| 22 | Preference Actions | 13.10 | $3,602.00 |
| | **TOTALS** | **35.90** | **$9,925.50** |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 01 | | | | |
| Sep 13 10 | EMAIL EXCHANGES WITH B. FATELL; REVIEW, EDIT AND CODE BLANK ROME MAY THROUGH JULY TIME NARRATIVES | SENESE | 0.50 | $125.00 |
| Sep 14 10 | PREPARE BLANK ROME'S MAY MONTHLY FEE APPLICATION | SENESE | 0.70 | $175.00 |
| Sep 14 10 | REVIEW, EDIT AND CODE BLANK ROME'S JUNE MONTHLY TIME NARRATIVES | SENESE | 0.50 | $125.00 |
| Sep 23 10 | REVIEW, EDIT AND CODE BLANK ROME'S JULY AND AUGUST 2010 TIME NARRATIVES | SENESE | 0.30 | $75.00 |
| Sep 23 10 | DRAFT BLANK ROME'S JUNE MONTHLY FEE APPLICATION; FORWARD TO B. FATELL FOR REVIEW AND EFILING APPROVAL | SENESE | 0.80 | $200.00 |
| Sep 23 10 | DRAFT BLANK ROME'S INTERIM FEE APPLICATION (COVERING APRIL - JUNE 2010) | SENESE | 0.70 | $175.00 |
| Sep 23 10 | DRAFT BLANK ROME'S JULY MONTHLY FEE APPLICATION; FORWARD TO B. FATELL FOR REVIEW AND EFILING APPROVAL | SENESE | 0.80 | $200.00 |
| Sep 23 10 | DRAFT BLANK ROME'S AUGUST MONTHLY FEE APPLICATION; FORWARD TO B. FATELL FOR REVIEW AND EFILING APPROVAL | SENESE | 0.70 | $175.00 |
| Sep 23 10 | PREPARE 26TH MONTHLY FEE APPLICATION | MOODY | 1.00 | $220.00 |
| Sep 23 10 | PREPARE 26TH MONTHLY FEE APPLICATION | MOODY | 0.50 | $110.00 |
| Sep 23 10 | PREPARE 26TH MONTHLY FEE APPLICATION | MOODY | 0.60 | $132.00 |

PROJECT CODE TOTALS  01            TOTAL VALUE:    $1,712.00        7.10

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 02 | | | | |
| Sep 02 10 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS FILED IN CONNECTION WITH BDO'S JUNE MONTHLY FEE APPLICATION; PREPARE CERTIFICATE OF NO OBJECTION WITH RESPECT TO SAME AND FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.30 | $75.00 |
| Sep 02 10 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS FILED IN CONNECTION WITH HAHN'S FEBRUARY 2010 MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION AND FORWARD SAME TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.30 | $75.00 |
| Sep 03 10 | REVISE NOTICE; FINALIZE, FORMAT AND EFILE BDO'S JULY MONTHLY FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTEIS AND SERVICE OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.60 | $150.00 |
| Sep 03 10 | REVISE, FORMAT AND EFILE CNO RE BDO'S JUNE MONTHLY FEE APPLICATION | SENESE | 0.10 | $25.00 |
| Sep 03 10 | REVISE, FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO HAHN'S FEBRUARY MONTHLY FEE APPLICATION | SENESE | 0.10 | $25.00 |
| Sep 03 10 | REVIEW YOUNG CONAWAY STARGATT & TAYLOR, LLP'S THIRTY-FIFTH MONTHLY FEE APPLICATION | GUILFOYLE | 0.20 | $59.00 |
| Sep 13 10 | REVIEW BDO'S DRAFT INTERIM FEE APPLICATION; PREPARE NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORWARD TO B. FATELL FOR REVIEW AND EFILING APPROVAL | SENESE | 0.40 | $100.00 |
| Sep 16 10 | REVIEW VARIOUS PROFESSIONALS' FEE APPLICATIONS | GUILFOYLE | 0.30 | $88.50 |
| Sep 21 10 | REVIEW BDO'S AUGUST MONTHLY FEE APPLICATION; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.40 | $100.00 |
| Sep 21 10 | FORMAT AND EFILE BDO'S AUGUST MONTHLY FEE APPLICATION; SERVICE OF THE APPLICATION PACKAGE UPON THE REVIEWING PARTIES AND SERVICE OF A COPY OF THE NOTICE UPON ALL THE PARTIES LISTED ON THE 2002 SERVICE LIST (EXTENSIVE) VIA FIRST CLASS MAIL | SENESE | 0.80 | $200.00 |

PROJECT CODE TOTALS   02            TOTAL VALUE:    $897.50      3.50

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 04 | | | | |
| Sep 20 10 | REVIEW PARK NATIONAL'S CORRECTED MOTION FOR SUMMARY JUDGMENT, MEMORANDUM OF LAW AND MOTION TO SHORTEN | GUILFOYLE | 0.30 | $88.50 |

| PROJECT CODE TOTALS 04 | TOTAL VALUE: | $88.50 | 0.30 |
|---|---|---|---|

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 05 | | | | |
| Sep 02 10 | COMMITTEE MEETING VIA TELECONFERENCE (.6); REVIEW BDO REPORT (.2) | CARICKHOFF | 0.80 | $380.00 |
| Sep 08 10 | REVIEW EMAILS TO COMMITTEE REGARDING PROPOSED SETTLEMENT OF LITIGATION | CARICKHOFF | 0.20 | $95.00 |
| PROJECT CODE TOTALS  05 | TOTAL VALUE: | $475.00 | 1.00 | |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 06 | | | | |
| Sep 01 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Sep 02 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 | $10.50 |
| Sep 03 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 | $21.00 |
| Sep 03 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Sep 07 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Sep 08 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 | $10.50 |
| Sep 10 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Sep 10 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 | $21.00 |
| Sep 13 10 | REVIEW DEBTORS' MOTION TO EXCLUDE EXPERT TESTIMONY AND REPORTS OF S. ALBERT | GUILFOYLE | 0.20 | $59.00 |
| Sep 13 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Sep 14 10 | TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WITH MORGAGEE'S COUNSEL REGARDING MORTGAGOR INFORMATION | GUILFOYLE | 0.20 | $59.00 |
| Sep 14 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Sep 15 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Sep 16 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.30 | $31.50 |
| Sep 17 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 | $21.00 |
| Sep 17 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Sep 20 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| Sep 21 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Sep 22 10 | ATTENTION TO REVIEW AND ORGANIZE PLEADINGS | MOODY | 0.10 | $22.00 |
| Sep 22 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Sep 23 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Sep 24 10 | E-MAIL CORRESPONDENCE WITH INTERESTED PARTY REGARDING STATUS OF CASE | GUILFOYLE | 0.10 | $29.50 |
| Sep 24 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 | $21.00 |
| Sep 24 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Sep 27 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Sep 28 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Sep 29 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 | $21.00 |
| Sep 30 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |

PROJECT CODE TOTALS  06           TOTAL VALUE:    $495.00      3.70

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 09 | | | | |
| Sep 08 10 | TELECONFERENCE WITH COUNSEL FOR CREDITOR (JONES DAY) REGARDING EFFECTIVE DATE OF PLAN AND RELATED MATTERS | CARICKHOFF | 0.10 | $47.50 |
| PROJECT CODE TOTALS 09 | TOTAL VALUE: | $47.50 | 0.10 | |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 12 | | | | |
| Sep 28 10 | REVIEW NOTICE OF PROPOSED SALE OF MISCELLANEOUS ASSETS | GUILFOYLE | 0.10 | $29.50 |
| PROJECT CODE TOTALS 12 | TOTAL VALUE: $29.50 | | 0.10 | |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 17 | | | | |
| Sep 21 10 | REVIEW AND DISTRIBUTE AGENDA FOR 9-23 HEARING | SENESE | 0.10 | $25.00 |
| Sep 21 10 | REVIEW AGENDA FOR SEPTEMBER 23, 2010 HEARING | GUILFOYLE | 0.20 | $59.00 |
| Sep 23 10 | TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING SEPTEMBER 23, 2010 HEARING (.2); PREPARE FOR AND ATTEND SEPTEMBER 23, 2010 HEARING (1.8) | GUILFOYLE | 2.00 | $590.00 |

PROJECT CODE TOTALS  17          TOTAL VALUE:   $674.00      2.30

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 21 | | | | |
| Sep 01 10 | CONFER WITH S. SASS REGARDING MEDIATOR AND EMAILS WITH E. SCHNITZER REGARDING SAME | TARR | 0.50 | $212.50 |
| Sep 03 10 | FORMAT AND EFILE STIPULATION REGARDING APPOINTMENT OF MEDIATOR (AMEX ADV. PROC); SERVICE OF A COPY OF SAME UPON COUNSEL FOR AMEX | SENESE | 0.20 | $50.00 |
| Sep 03 10 | REVIEW MOTION FOR APPROVAL OF STIPULATION AUTHORIZING (A) US BANK TO REMIT AUGUST 2007 PAYMENT TO AMERICAN HOME AND (B) DISMISSING THE ADVERSARY PROCEEDING | GUILFOYLE | 0.20 | $59.00 |
| Sep 03 10 | ATTEND TO MEDIATOR STIPULATION | TARR | 0.40 | $170.00 |
| Sep 08 10 | EMAILS REGARDING 34TH OMNIBUS AND PREFERENCE LITIGATION | TARR | 0.30 | $127.50 |
| Sep 13 10 | REVIEW INITIAL DISCLOSURES FOR DELOITTE ACTION; EMAIL CO-COUNSEL REGARDING SAME | CARICKHOFF | 0.40 | $190.00 |
| Sep 14 10 | TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WITH C. KANG REGARDING NOTICE OF SERVICE OF INITIAL DISCLOSURES (.1); REVIEW, REVISE, FILE AND FORWARD NOTICE OF SERVICE OF INITIAL DISCLOSURES TO C. KANG (.3) | GUILFOYLE | 0.40 | $118.00 |
| Sep 14 10 | CONFERENCE WITH AMEX COUNSEL (0.4); EMAILS REGARDING SAME (0.2) | TARR | 0.60 | $255.00 |
| Sep 16 10 | EMAILS WITH MEDIATOR REGARDING SCHEDULING | TARR | 0.50 | $212.50 |
| Sep 17 10 | ATTEND INITIAL TELEPHONIC CONFERENCE CALL WITH MEDIATOR | TARR | 0.50 | $212.50 |
| Sep 21 10 | EMAIL AMEX COUNSEL REGARDING ANALYSIS (0.1); EMAIL MEDIATOR REGARDING DATES (0.1) | TARR | 0.20 | $85.00 |
| Sep 24 10 | EMAIL AMEX COUNSEL REGARDING ANALYSIS | TARR | 0.10 | $42.50 |
| Sep 28 10 | REVIEW AMEX ANALYSIS | TARR | 0.40 | $170.00 |
| PROJECT CODE TOTALS 21 | TOTAL VALUE: | $1,904.50 | 4.70 | |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 22 | | | | |
| Sep 01 10 | FORMAT AND EFILE STATUS REPORT IN NUMEROUS ADVERSARY / PREFERENCE MATTERS | SENESE | 0.50 | $125.00 |
| Sep 01 10 | REVIEW STATUS REPORT AND RELATED E-MAIL CORRESPONDENCE WITH K. SENESE (.2) | GUILFOYLE | 0.20 | $59.00 |
| Sep 03 10 | DISCUSSIONS AND E-MAIL CORRESPONDENCE WITH E. SLOAN REGARDING DEFAULT AND DEFAULT JUDGMENT MOTION AND ORDER (.2); TELEPHONE CALL TO CHAMBERS REGARDING DEFAULT AND DEFAULT JUDGMENT MOTION (.1) | GUILFOYLE | 0.30 | $88.50 |
| Sep 03 10 | REVIEW AND PREPARE FOR FILING STIPULATION REGARDING APPOINTMENT OF MEDIATOR | ROOT | 0.20 | $56.00 |
| Sep 08 10 | EFILE AND COORDINATE HAND DELIVERY TO CHAMBERS REGARDING CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING THE STIPULATION VACATING THE DEFAULT JUDGMENT AND AMENDING THE CAPTION OF THE COMPLAINT (CFN FINANCIAL INC.) | MOODY | 0.30 | $66.00 |
| Sep 08 10 | REVIEW, FILE AND FORWARD STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT TO J. ZAWADZKI (.3); REVIEW STIPULATION VACATING DEFAULT JUDGMENT AND RELATED E-MAIL CORRESPONDENCE WITH E. SCHNITZER (.1); DISCUSS ORDER GRANTING DEFAULT MOTION WITH E. SLOA N AND PREPARE DRAFT ORDER GRANTING DEFAULT MOTION AND DRAFT CERTIFICATION OF COUNSEL (.2); PREPARE PROPOSED ORDER VACATING DEFAULT JUDGMENT AND CERTIFICATION OF COUNSEL AND RELATED EMAIL CORRESPONDENCE WITH E. SCHNITZER (.5); DISCUSS FILING AND SERV ICE OF PROPOSED ORDER VACATING DEFAULT JUDGMENT AND CERTIFICATION OF COUNSEL WITH T. MOODY (.1); REVIEW DEFENDANT'S DISCOVERY RESPONSES (.2) | GUILFOYLE | 1.40 | $413.00 |
| Sep 08 10 | REVIEW OF KEY DATES IN AMEX ADVERSARY PROCEEDING AND E-MAILS TO TEAM REGARDING SAME | ROOT | 0.10 | $28.00 |
| Sep 09 10 | REVIEW AND FORWARD ORDER APPROVING STIPULATION VACATING DEFAULT JUDGMENT TO E. SCHNITZER | GUILFOYLE | 0.20 | $59.00 |
| Sep 10 10 | TELEPHONE CONFERENCE WITH CLERK REGARDING MOTION TO REOPEN ADVERSARY PROCEEDING | GUILFOYLE | 0.10 | $29.50 |
| Sep 13 10 | REVIEW DEFENDANT'S DISCOVERY RESPONSES | GUILFOYLE | 0.10 | $29.50 |
| Sep 14 10 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS FILED IN CONNECTION WITH THE COMMITTEE'S ELEVENTH 9019 MOTION; DRAFT CERTIFICATE OF NO OBJECTION AND FORWARD TO T. GUILFOYLE FOR REVIEW AND EFILING APPROVAL | SENESE | 0.30 | $75.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY.
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| Sep 14 10 | REVIEW AND REVISE CERTIFICATE OF NO OBJECTION REGARDING ELEVENTH OMNIBUS 9019 MOTION AND RELATED E-MAIL CORRESPONDENCE WITH K. SENESE (.2); REVIEW ADVERSARY PROCEEDING DOCKET AND RELEVANT FILINGS AND RELATED E-MAIL CORRESPONDENCE WITH J. ORBACH (.3); REVIEW ADVERSARY PROCEEDING DOCKET AND ORDER APPROVING STIPULATION VACATING DEFAULT JUDGMENT AND RELATED E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND K. CRANER (.3) | GUILFOYLE | 0.80 | $236.00 |
| Sep 16 10 | REVIEW DOCKET, FILE CERTIFICATE OF NO OBJECTION REGARDING ELEVENTH OMNIBUS 9019 MOTION AND RELATED E-MAIL CORRESPONDENCE WITH E. SCHNITZER (.3); REVIEW AND FORWARD AFFIDAVIT OF SERVICE REGARDING DISCOVERY RESPONSES TO K. SENESE FOR FILING (.1) | GUILFOYLE | 0.40 | $118.00 |
| Sep 16 10 | DISCUSS STATUS OF AMEX ADVERSARY WITH S. TARR | ROOT | 0.10 | $28.00 |
| Sep 17 10 | EFILE AFFIDAVIT OF SERVICE OF DISCOVERY RESPONSES (TRADE SHOW FABRICATIONS) | SENESE | 0.10 | $25.00 |
| Sep 17 10 | EFILE SECOND NOTICE OF DEPOSITION AND AFFIDAVIT OF SERVICE WITH RESPECT TO SAME (TRADESHOW) | SENESE | 0.10 | $25.00 |
| Sep 17 10 | E-MAIL CORRESPONDENCE WITH D. LASKIN AND E. SCHNITZER REGARDING STATUS OF ELEVENTH OMNIBUS 9019 MOTION AND SEPTEMBER 23, 2010 HEARING (.1); REVIEW AND FORWARD SECOND NOTICE OF DEPOSITION AND RELATED AFFIDAVIT OF SERVICE TO K. SENESE FOR FILING (.2) | GUILFOYLE | 0.30 | $88.50 |
| Sep 20 10 | DRAFT CERTIFICATE OF SERVICE; FORMAT AND EFILE MOTION TO RE-OPEN ADVERSARY PROCEEDING (CFN FINANCIAL); SERVICE OF SAME UPON COUNSEL FOR THE DEFENDANT VIA HAND DELIVERY | SENESE | 0.30 | $75.00 |
| Sep 20 10 | REVIEW AND REVISE MOTION TO RE-OPEN ADVERSARY PROCEEDING, PROPOSED FORM OF ORDER AND CERTIFICATE OF SERVICE (.5); E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCE WITH K. SENESE AND E-MAIL CORRESPONDENCE WITH K. CRANER REGARDING MOTION TO RE-OPEN (.2) | GUILFOYLE | 0.70 | $206.50 |
| Sep 20 10 | DISCUSS STATUS OF AMEX ADVERSARY WITH S. TARR | ROOT | 0.10 | $28.00 |
| Sep 23 10 | EFILE AFFIDAVIT OF SERVICE REGARDING PLAINTIFF'S RESPONSE TO REQUEST FOR ADMISSIONS (TRADE SHOW ADV. PROC) | SENESE | 0.10 | $25.00 |
| Sep 23 10 | REVIEW AND FORWARD AFFIDAVIT OF SERVICE REGARDING DISCOVERY TO K. SENESE FOR FILING | GUILFOYLE | 0.40 | $118.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| | (.1); REVIEW CERTIFICATIONS OF DEFAULT JUDGMENTS AND RELATED DISCUSSION WITH T. MOODY AND E-MAIL CORRESPONDENCE WITH J. SMITH (.2); E-MAIL CORRESPONDENCE WITH C. KANG REGARDING DEFAULT JUDGMENT (.1) | | | |
| Sep 24 10 | REVIEW AND DISTRIBUTE ORDER GRANTING COMMITTEE'S ELEVENTH 9019 MOTION; SERVICE OF ORDER UPON ALL INTERESTED PARTIES / DEFENDANTS VIA FIRST CLASS MAIL | SENESE | 0.40 | $100.00 |
| Sep 24 10 | RESEARCH AND PROCESS CERTIFICATION AND DEFAULT PAPERS (TRI M CONSTRUCTION AND TRANS-BOX) | MOODY | 0.80 | $176.00 |
| Sep 24 10 | RECEIVE, SCAN AND EMAIL TO V. GUILFOYLE CERTIFIED COPIES FROM COURT REGARDIGN CERTIFICATION AND DEFAULT PAPERS (TRI M CONSTRUCTION AND TRANS-BOX) | MOODY | 0.20 | $44.00 |
| Sep 24 10 | REVIEW ORDER GRANTING ELEVENTH OMNIBUS 9019 MOTION (.1); REVIEW AND REVISE CERTIFICATE OF SERVICE FOR ORDER GRANTING ELEVENTH OMNIBUS 9019 MOTION AND RELATED E-MAIL CORRESPONDENCE WITH K. SENESE (.1); E-MAIL CORRESPONDENCE AND DISCUSSION WITH T. MOOD Y REGARDING CERTIFICATION OF DEFAULT JUDGMENT (.2); TELEPHONE CONFERENCES WITH CHAMBERS' ASSISTANTS AND E-MAIL CORRESPONDENCE WITH C. KANG AND E. SCHNITZER REGARDING MOTION FOR DEFAULT AND DEFAULT JUDGMENT (.2) | GUILFOYLE | 0.60 | $177.00 |
| Sep 28 10 | REVIEW STIPULATIONS AND RELATED E-MAIL CORRESPONDENCE WITH K. CRANER AND K. SENESE (.2); E-MAIL CORRESPONDENCE WITH J. SMITH REGARDING CERTIFICATIONS OF DEFAULT JUDGMENT AND PREPARE RELATED ENCLOSURE LETTER (.2); E-MAIL CORRESPONDENCE WITH A. WANG AN D K. SENESE REGARDING SERVICE OF COMPLAINTS (.1); REVIEW AND REVISE CERTIFICATION OF COUNSEL REGARDING DEFAULT AND DEFAULT JUDGMENT (.2) | GUILFOYLE | 0.70 | $206.50 |
| Sep 29 10 | REVIEW TRIAD DOCKET AND EMAIL FROM K. CRANER; EMAIL EXCHANGES WITH T. GUILFOYLE; DRAFT NOTICE OF WITHDRAWAL OF PLEADING DUE TO INCORRECT SIGNATURE PAGE ATTACHED; FORWARD TO T. GUILFOYLE FOR REVIEW AND COMMENT | SENESE | 0.40 | $100.00 |
| Sep 29 10 | REVIEW CFN DOCKET AND EMAIL FROM K. CRANER; EMAIL EXCHANGES WITH T. GUILFOYLE; PREPARE INITIAL DRAFT OF NOTICE OF WITHDRAWAL OF PLEADINGS (STIP AND ORDER) DUE TO INCORRECT SIGNATURE PAGE ATTACHED TO STIPULATION AND SUBSEQUENTLY THE ORDER ENTERED; ADD ITIONAL EMAIL EXCHANGES WITH AND TELEPHONE CALL FROM T. | SENESE | 0.20 | $50.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| | GUILFOYLE | | | |
| Sep 29 10 | DETAILED EMAIL TO BANKRUPTCY COURT REGARDING INADVERTENTLY SWITCHED SIGNATURE PAGES (CFN AND TRIAD MATTERS) | SENESE | 0.10 | $25.00 |
| Sep 29 10 | SCAN AND EFILE STIPULATION BETWEEN THE COMMITTEE OAND RAPID ACCESS REGARDING APPOINTMENT OF MEDIATOR | MOODY | 0.20 | $44.00 |
| Sep 29 10 | EFILE AND COORDINATE HAND DELIVERY TO CHAMBERS OF CERTIFICATION OF COUNSEL REGARDING PROPOSED ENTRY OF DEFAULT AND JUDGMENT BY DEFAULT (RED LEAF AND CLIENT SERVICES) | MOODY | 0.40 | $88.00 |
| Sep 29 10 | REVIEW DOCKET AND RELEVANT FILINGS AND REVISE CERTIFICATION OF COUNSEL, PROPOSED ENTRY OF DEFAULT AND PROPOSED JUDGMENT BY DEFAULT (.7); E-MAIL CORRESPONDENCE WITH C. KANG REGARDING CERTIFICATION OF COUNSEL AND PROPOSED ENTRY OF DEFAULT AND PROPOSED JUDGMENT BY DEFAULT (.1); REVIEW AND EXECUTE MEDIATION STIPULATION AND RELATED E-MAIL CORRESPONDENCE WITH N. RIGANO (.1); REVIEW AND REVISE NOTICE OF WITHDRAWAL AND E-MAIL TO CLERK AND TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WITH K. SENESE RE GARDING CORRECTING SIGNATURE PAGES (.2) | GUILFOYLE | 1.10 | $324.50 |
| Sep 30 10 | PREPARE PROPOSED DEFAULT AND DEFAULT JUDGMENT AND REVIEW AND REVISE CERTIFICATION OF COUNSEL (.3); E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND E-MAIL CORRESPONDENCE AND DISCUSSION WITH T. MOODY REGARDING PROPOSED DEFAULT AND DEFAULT JUDGMENT AND CERT IFICATION OF COUNSEL (.2); E-MAIL CORRESPONDENCE WITH K. SENESE REGARDING CORRECTING SIGNATURE PAGES (.1); REVIEW, REVISE, FILE AND FORWARD STIPULATION OF DISMISSAL TO A. WANG (.3) | GUILFOYLE | 0.90 | $265.50 |

PROJECT CODE TOTALS  22            TOTAL VALUE:   $3,602.00      13.10

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| REPORT TOTALS | | TOTAL VALUE: | 9,925.50 | 35.90 |