**AMERICAN HOME MORTGAGE COMPANY**
**PROFESSIONAL BACKGROUND**
**OCTOBER 1, 2010 - OCTOBER 31, 2010**

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Tarr, S. | Associate, Member of NY Bar Since 2005, Area of Expertise - Business Restructuring | $425.00 | 7.40 | $3,145.00 |
| Root. A | Associate, Member of DE Bar Since 2003, Area of Expertise - Financial services | $280.00 | 0.8 | $224.00 |
| Guilfoyle, V. | Associate, Member of DE Bar Since 2008, Area of Expertise - Litigation | $295.00 | 11.60 | $3,422.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $475.00 | 0.20 | $95.00 |
| Senese, K. | Paralegal | $250.00 | 14.10 | $3,525.00 |
| Moody, T. | Paralegal | $220.00 | 3.10 | $682.00 |
| Killen, R | Clerk | $105.00 | 3.20 | $336.00 |
| Grand Total: | | | **40.40** | **$11,429.00** |

**AMERICAN HOME MORTGAGE CO.**
**PROJECT CODE SUMMARY**
**OCTOBER 1, 2010, - OCTOBER 31, 2010**

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 4.50 | $1,125.00 |
| 2 | Other Professionals' Fee/Employment Issues | 5.70 | $1,438.50 |
| 3 | Executory Contracts and Unexpired Leases | 0.00 | $0.00 |
| 4 | Claims Analysis and Objections | 0.60 | $177.00 |
| 5 | Committee Business and Meetings | 0.00 | $0.00 |
| 6 | Case Administration | 3.90 | $538.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.00 | $0.00 |
| 8 | Employee Benefits/General Labor | 0.00 | $0.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.00 | $0.00 |
| 10 | Financing Issues | 0.00 | $0.00 |
| 11 | Regulatory Matters | 0.00 | $0.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 0.00 | $0.00 |
| 13 | Stay Relief Issues | 0.00 | $0.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.00 | $0.00 |
| 15 | Tax Issues | 0.00 | $0.00 |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 0.00 | $0.00 |
| 17 | Hearings - Attendance/Preparation | 0.30 | $84.00 |
| 18 | Loan Servicing Transfer Issues | 0.00 | $0.00 |
| 19 | D&O Issues/E&O Issues | 0.00 | $0.00 |
| 20 | Non-Working Travel Time | 0.00 | $0.00 |
| 21 | Adversary Litigation | 9.40 | $3,766.50 |
| 22 | Preference Actions | 16.00 | $4,300.00 |
| | **TOTALS** | **40.40** | **$11,429.00** |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  01 | | | | |
| Oct 05 10 | REVISE, FINALIZE AND FORMAT BLANK ROME'S APRIL MONTHLY FEE APPLICATION - PREPARE SAME FOR EFILING | SENESE | 0.20 | $50.00 |
| Oct 05 10 | REVISE, FINALIZE AND FORMAT BLANK ROME'S MAY MONTHLY FEE APPLICATION - PREPARE SAME FOR EFILING | SENESE | 0.20 | $50.00 |
| Oct 07 10 | REVISE FINALIZE, FORMAT AND EFILE BLANK ROME'S AUGUST MONTHLY FEE APPLICATION (0.2); SERVICE OF APPLICATION UPON REVIEWING PARTIES AND SERVICE OF A COPY OF THE NOTICE OF THE APPLICATION UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL (0.4) | SENESE | 0.60 | $150.00 |
| Oct 07 10 | REVISE (0.3), FINALIZE, FORMAT AND EFILE BLANK ROME'S MAY MONTHLY FEE APPLICATION (0.2); SERVICE OF APPLICATION UPON REVIEWING PARTIES AND SERVICE OF A COPY OF THE NOTICE OF THE APPLICATION UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST C LASS MAIL (0.3) | SENESE | 0.80 | $200.00 |
| Oct 07 10 | REVISE (0.4), FINALIZE, FORMAT AND EFILE BLANK ROME'S JUNE MONTHLY FEE APPLICATION (0.2); SERVICE OF APPLICATION UPON REVIEWING PARTIES AND SERVICE OF A COPY OF THE NOTICE OF THE APPLICATION UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL (0.3) | SENESE | 0.90 | $225.00 |
| Oct 07 10 | REVISE, FINALIZE, FORMAT AND EFILE BLANK ROME'S APRIL MONTHLY FEE APPLICATION (0.2); SERVICE OF APPLICATION UPON REVIEWING PARTIES AND SERVICE OF A COPY OF THE NOTICE OF THE APPLICATION UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL (0.4) | SENESE | 0.60 | $150.00 |
| Oct 07 10 | REVISE (0.4), FINALIZE, FORMAT AND EFILE BLANK ROME'S JULY MONTHLY FEE APPLICATION (0.2); SERVICE OF APPLICATION UPON REVIEWING PARTIES AND SERVICE OF A COPY OF THE NOTICE OF THE APPLICATION UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL (0.3) | SENESE | 0.90 | $225.00 |
| Oct 21 10 | REVIEW, EDIT AND CODE BLANK ROME'S SEPTEMBER MONTHLY FEE APPLICATION | SENESE | 0.30 | $75.00 |
| PROJECT CODE TOTALS  01 | TOTAL VALUE:    $1,125.00 | | 4.50 | |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 02 | | | | |
| Oct 04 10 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS FILED IN CONNECTION WITH BDO'S JULY MONTHLY AND TWELFTH INTERIM FEE APPLICATION; DRAFT CERTIFICATES OF NO OBJECTION WITH REGARD TO EACH AND FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.20 | $50.00 |
| Oct 05 10 | EFILE CNO RE BDO'S 34TH MONTHLY FEE APPLICATION AND EMAIL TO N. VANDERHOOP REGARDING STATUS OF CNO RE BDO'S INTERIM | SENESE | 0.10 | $25.00 |
| Oct 07 10 | REVIEW HAHN'S MARCH MONTHLY FEE APPLICATION, DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME AND FORWARD TO B. FATELL FOR EFILING APPROVAL (0.2); FORMAT AND EFILE APPLICATION (0.2); SERVICE OF APPLICATION UPON REVIEWING PARTIES A ND SERVICE OF A COPY OF THE NOTICE OF THE APPLICATION UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL (0.3) | SENESE | 0.70 | $175.00 |
| Oct 07 10 | REVIEW HAHN'S APRIL MONTHLY FEE APPLICATION, DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME AND FORWARD TO B. FATELL FOR EFILING APPROVAL (0.2); FORMAT AND EFILE APPLICATION (0.2); SERVICE OF APPLICATION UPON REVIEWING PARTIES A ND SERVICE OF A COPY OF THE NOTICE OF THE APPLICATION UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL (0.3) | SENESE | 0.70 | $175.00 |
| Oct 07 10 | REVIEW HAHN'S MAY MONTHLY FEE APPLICATION, DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME AND FORWARD TO B. FATELL FOR EFILING APPROVAL (0.2); FORMAT AND EFILE APPLICATION (0.2); SERVICE OF APPLICATION UPON REVIEWING PARTIES AND SERVICE OF A COPY OF THE NOTICE OF THE APPLICATION UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL (0.3) | SENESE | 0.70 | $175.00 |
| Oct 07 10 | REVIEW HAHN'S JUNE MONTHLY FEE APPLICATION, DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME AND FORWARD TO B. FATELL FOR EFILING APPROVAL (0.2); FORMAT AND EFILE APPLICATION (0.2); SERVICE OF APPLICATION UPON REVIEWING PARTIES AN D SERVICE OF A COPY OF THE NOTICE OF THE APPLICATION UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL (0.3) | SENESE | 0.70 | $175.00 |
| Oct 12 10 | EMAIL FROM D. LASKIN REGARDING UPCOMING INTERIM FEE APPLICATION HEARING, INCLUDING BDO'S | SENESE | 0.10 | $25.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | INTERIM, AND INQUIRING REGARDING WITH RESPECT TO AN INTERIM FOR BR AND HAHN | | | |
| Oct 13 10 | FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO BDO'S TWELFTH INTERIM FEE APPLICATION | SENESE | 0.10 | $25.00 |
| Oct 14 10 | REVIEW DRAFT OF HAHN'S INTERIM FEE APPLICATION; DRAFT NOTICE THEREOF AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.20 | $50.00 |
| Oct 15 10 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS FILED IN CONNECTION WITH BDO'S AUGUST MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION AND FORWARD TO B. FATELL FOR EFILING APPROVAL | SENESE | 0.20 | $50.00 |
| Oct 18 10 | REVIEW FINAL FEE APPLILCATIONS OF ZUCKERMAN SPAEDER LLP AND GILBERT LLP AND FIFTEENTH MONTHLY FEE APPLICATION OF FERRY, JOSEPH & PEARCE, P.A. | GUILFOYLE | 0.30 | $88.50 |
| Oct 19 10 | REVIEW DRAFT PROPOSED OMNIBUS ORDER APPROVING INTERIM FEES, VERIFYING FIGURES WITH RESPECT TO BDO'S INTERIM; EMAIL RESPONSE CONFIRMING FIGURES ARE CORRECT TO D. LASKIN | SENESE | 0.10 | $25.00 |
| Oct 19 10 | REVISE CAPTION; FORMAT AND EFILE HAHN'S ELEVENTH INTERIM FEE APPLICATION; SERVICE OF APPLICATION PACKAGE UPON REVIEWING PARTIES; OVERSEE SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL (EXTEN SIVE) | SENESE | 0.60 | $150.00 |
| Oct 20 10 | FORMAT AND EFILE AHM'S SEPTEMBER MONTHLY FEE APPLICATION; SERVICE OF FEE APPLICATION UPON REVIEWING PARTIES AND SERVICE OF A COPY OF THE NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL (EXTENSIVE) | SENESE | 0.80 | $200.00 |
| Oct 20 10 | FORMAT AND EFILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO AHM'S AUGUST MONTHLY FEE APPLICATION | SENESE | 0.10 | $25.00 |
| Oct 20 10 | REVIEW AND DISTRIBUTE ORDER GRANTING BDO'S INTERIM FEE APPLICATION | SENESE | 0.10 | $25.00 |

PROJECT CODE TOTALS  02              TOTAL VALUE:    $1,438.50       5.70

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  04 | | | | |
| Oct 07 10 | REVIEW MOTION TO SETTLE CERTAIN CLAIMS AND RELATED MOTION TO SHORTEN | GUILFOYLE | 0.20 | $59.00 |
| Oct 11 10 | REVIEW PARK NATIONAL'S REPLY MEMORANDUM OF LAW IN SUPPORT OF SUMMARY JUDGMENT MOTION | GUILFOYLE | 0.20 | $59.00 |
| Oct 18 10 | REVIEW DEBTORS' SIXTY-FOURTH AND SIXTY-FIFTH OMNIBUS OBJECTION TO CLAIMS | GUILFOYLE | 0.20 | $59.00 |

| PROJECT CODE TOTALS  04 | TOTAL VALUE: | $177.00 | 0.60 |
|-------------------------|--------------|---------|------|

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE:  06 | | | | |
| Oct 01 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 | $21.00 |
| Oct 01 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Oct 04 10 | REVIEW DEBTORS' OPPOSITION TO PARK NATIONAL'S MOTION FOR SUMMARY JUDGMENT | GUILFOYLE | 0.20 | $59.00 |
| Oct 04 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Oct 05 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Oct 06 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 | $10.50 |
| Oct 07 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 | $21.00 |
| Oct 08 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 | $21.00 |
| Oct 08 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.40 | $42.00 |
| Oct 11 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Oct 12 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 | $10.50 |
| Oct 13 10 | REVIEW AND DISTRIBUTE AGENDA FOR 10-15-2010 HEARING | SENESE | 0.10 | $25.00 |
| Oct 13 10 | REVIEW AGENDA FOR OCTOBER 15, 2010 HEARING | GUILFOYLE | 0.10 | $29.50 |
| Oct 13 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Oct 14 10 | REVIEW 9019 MOTION REGARDING AMERICAN HOME BANK AND RE-NOTICE OF 9019 MOTION REGARDING WATERFIELD SHAREHOLDER LLC | GUILFOYLE | 0.30 | $88.50 |
| Oct 14 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Oct 14 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 | $21.00 |
| Oct 18 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY | KILLEN | 0.20 | $21.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | OF CERTAIN PLEADINGS LISTED THEREIN | | | |
| Oct 19 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Oct 20 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Oct 21 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Oct 22 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Oct 22 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Oct 25 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Oct 27 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Oct 28 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Oct 29 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |
| Oct 29 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 | $10.50 |

PROJECT CODE TOTALS  06                    TOTAL VALUE:    $538.00    3.90

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  17 | | | | |
| Oct 19 10 | REVIEW AND DISTRIBUTE AGENDA FOR 10-21 HEARING; SUBSEQUENT EMAIL TO B. FATELL AND T. GUILFOYLE REGARDING STATUS OF HEARING ON BDO'S INTERIM FEE APPLICATION | SENESE | 0.10 | $25.00 |
| Oct 19 10 | REVIEW AGENDA FOR OCTOBER 21, 2010 HEARING | GUILFOYLE | 0.10 | $29.50 |
| Oct 21 10 | REVIEW AMENDED AGENDA FOR OCTOBER 21, 2010 HEARING | GUILFOYLE | 0.10 | $29.50 |
| PROJECT CODE TOTALS  17 | TOTAL VALUE: | $84.00 | 0.30 | |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE: 21 | | | | |
| Oct 04 10 | MEET WITH S. TARR REGARDING AMEX PREFERENCE ACTION | CARICKHOFF | 0.20 | $95.00 |
| Oct 05 10 | REVIEW AND REVISE PLAINTIFF'S FIRST SET OF DOCUMENT REQUESTS AND INTERROGATORIES (.4); PREPARE NOTICE OF SERVICE OF DISCOVERY REQUESTS AND CERTIFICATE OF SERVICE (.2); E-MAIL CORRESPONDENCE WITH B. FATELL AND C. KANG REGARDING DISCOVERY REQUESTS (.1) | GUILFOYLE | 0.70 | $206.50 |
| Oct 06 10 | FORMAT AND EFILE NOTICE OF SERVICE OF DISCOVERY (DELOITTE) | SENESE | 0.10 | $25.00 |
| Oct 06 10 | E-MAIL CORRESPONDENCE WITH K. SENESE AND C. KANG REGARDING FILING AND SERVING NOTICE OF SERVICE OF DISCOVERY REQUESTS | GUILFOYLE | 0.10 | $29.50 |
| Oct 13 10 | TELEPHONE AMEX COUNSEL AND REVIEWED EMAILS REGARDING SAME | TARR | 0.40 | $170.00 |
| Oct 18 10 | REVIEW STATUS REPORT AND CONFER WITH A. ROOT REGARDING SAME | TARR | 0.30 | $127.50 |
| Oct 19 10 | ANALYZE AND PREPARE CHART REGARDING PREFERENCE DATA | TARR | 4.50 | $1,912.50 |
| Oct 22 10 | TELEPHONE CONFERENCE WITH C. KANG REGARDING DISCOVER RESPONSES (.1); DISCUSS FILING AND SERVICE OF NOTICE OF SERVICE OF DISCOVERY RESPONSES WITH T. MOODY (.1); REVIEW DISCOVERY RESPONSES AND REVIEW AND REVISE RELATED NOTICE OF SERVICE (.7) | GUILFOYLE | 0.90 | $265.50 |
| Oct 22 10 | ANALYZE MEMO FROM AMEX RELATIVE TO PRIOR ANALYSIS | TARR | 2.00 | $850.00 |
| Oct 27 10 | EMAILS WITH A. ROOT REGARDING DRAFTING MEDIATION STATEMENT | TARR | 0.20 | $85.00 |
| PROJECT CODE TOTALS  21 | TOTAL VALUE: | $3,766.50 | 9.40 | |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| PROJECT CODE:  22 | | | | |
| Oct 01 10 | TELEPHONE FROM T. GUILFOYLE; CORRECT CFN STIPULATION IMAGE AND TRIAD GUARANTY STIPULATION IMAGE (SWITCH SIGNATURE PAGES); RESPOND TO EMAIL FROM T. BLANFORD FORWARDING CORRECTED TRIAD GURANTY IMAGE FOR PLACEMENT ON DOCKET; FORWARD CORRECTED CFN IMAGE TO T. GUILFOYLE FOR CONTACTING CHAMBERS | SENESE | 0.40 | $100.00 |
| Oct 04 10 | PROCESS CETIFICATIONS OF JUDGMENT FO V. GUILFOYLE (ADV. PROC. OPTIMOST AND KING OFFICE) | MOODY | 0.40 | $88.00 |
| Oct 04 10 | COORINATE RETRIEVAL OF OFFICIAL COPIES OF CERTIFIED JUDGMENTS FROM BANKRUPTCY COURT (OPTIMOST AND KING OFFICE) | MOODY | 0.20 | $44.00 |
| Oct 04 10 | RECEIVE, SCAN AND EMAIL TO V. GUILFOYLE OFFICIAL STAMPED CERTIFIIED JUDGMENTS (OPTIMOST LLC AND KING OFFICER SERVICES) | MOODY | 0.20 | $44.00 |
| Oct 04 10 | REVIEW AND DISCUSS 9019 ORDERS WITH K. SENESE (.1); REVIEW ENTRIES OF DEFAULT AND DEFAULT JUDGMENT (.2); REVIEW DEFAULT JUDGMENT CERTIFICATIONS AND RELATED E-MAIL CORRESPONDENCE WITH J. SMITH AND DISCUSSIONS WITH T. MOODY (.2); PREPARE, FILE AND FORW ARD STIPULATION OF DISMISSAL TO A. WANG (.3) | GUILFOYLE | 0.80 | $236.00 |
| Oct 05 10 | PREPARE ENCLOSURE LETTER TO J. SMITH REGARDING DEFAULT JUDGMENT CERTIFICATIONS | GUILFOYLE | 0.10 | $29.50 |
| Oct 06 10 | REVIEW AND FORWARD AFFIDAVITS OF SERVICE REGARDING DISCOVERY TO K. SENESE FOR FILING (.1); REVIEW, EXECUTE, FILE AND FORWARD STIPULATION OF DISMISSAL TO J. ZAWADZKI (.3); REVIEW AFFIDAVIT OF NON-MILITARY SERVICE AND AFFIDAVIT OF COUNSEL IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AND RELATED E-MAIL CORRESPONDENCE WITH A. WANG AND E. SCHNITZER (.2) | GUILFOYLE | 0.60 | $177.00 |
| Oct 07 10 | PREPRAE AND ARRANGE FOR PAYMENT OF CERTIFICATION OF JUDGMENT (NATIONAL ASSOCIATION) | MOODY | 0.30 | $66.00 |
| Oct 07 10 | REVIEW, REVISE, FILE AND FORWARD STIPULATION OF DISMISSAL TO J. ZAWADZKI (.3); ATTENTION TO CERTIFICATION OF DEFAULT JUDGMENT, INCLUDING REVIEWING DOCUMENTS AND E-MAIL CORRESPONDENCE AND DISCUSSION WITH T. MOODY (.2); REVIEW SCHEDULING ORDER, REVIEW AND REVISE STIPULATION EXTENDING LITIGATION DEADLINE AND RELATED E-MAIL CORRESPONDENCE WITH J. ZAWADZKI (.2); FILE AND FORWARD STIPULATION EXTENDING | GUILFOYLE | 0.90 | $265.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | LITIGATION DEADLINE TO J. ZAWADZKI (.2) | | | |
| Oct 08 10 | COORIDNATE HAND DELIVERY TO USBC CLERK REGARDING PAYMENT OF CERTIFICATION OF DEFAULT PAPERS (NATIONAL ASSOCIATION) | MOODY | 0.20 | $44.00 |
| Oct·08 10 | REVIEW RULES REGARDING SETTLEMENT MOTIONS AND RELATED E-MAIL CORRESPONDENCE WITH K. SENESE (.2); REVIEW AND FORWARD CERTIFICATION OF DEFAULT JUDGMENT TO J. SMITH (.1); PREPARE, FILE AND FORWARD STIPULATION OF DISMISSAL TO N. RIGANO (.3) | GUILFOYLE | 0.60 | $177.00 |
| Oct 11 10 | PREPARE, FILE AND FORWARD STIPULATION OF DISMISSAL TO N. RIGANO (.3) | GUILFOYLE | 0.30 | $88.50 |
| Oct 12 10 | INITIAL PREPARATION FOR SERVICE OF COMMITTEE'S 9019 MOTION - REVIEW EXECUTED AGREEMENTS AND CREATE CERTIFICATE OF SERVICE / SERVICE LIST; EMAIL EXCHANGE WITH E. SCHNITZER REGARDING AGREEMENTS OUTSTANDING IN ORDER TO FILE MOTION | SENESE | 0.30 | $75.00 |
| Oct 13 10 | FORMAT AND EFILE REQUEST FOR DEFAULT AND REQUEST FOR DEFAULT JUDGMENT (LARRY ELLIOTT); SERVICE OF SAME UPON DEFENDANT VIA FIRST CLASS MAIL | SENESE | 0.40 | $100.00 |
| Oct 13 10 | ATTENTION TO CORRECTING STIPULATION, INCLUDING REVIEW OF DOCKET, ORDER APPROVING STIPULATION AND STIPULATION, TELEPHONE CONFERENCE WITH CHAMBERS AND PREPARATION OF STIPULATION FOR DELIVERY TO CHAMBERS (.5); REVIEW DOCKET AND CERTAIN FILINGS AND REVIE W AND REVISE REQUESTS FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AND RELATED DOCUMENTS AND RELATED DISCUSSIONS AND E-MAIL CORRESPONDENCE WITH K. SENESE AND E-MAIL CORRESPONDENCE WITH A. WANG AND E. SCHNITZER (.6) | GUILFOYLE | 1.10 | $324.50 |
| Oct 14 10 | REVIEW L. ELLIOTT ENTRY OF DEFAULT AND JUDGMENT BY DEFAULT (.1); REVIEW MOTION TO VACATE DEFAULT JUDGMENT AND RELATED E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCE WITH E. SCHNITZER (.3); REVIEW STATUS LIST AND E-MAIL CORRESPONDENCE WITH E. SCHNITZE R AND D. LASKIN REGARDING OCTOBER 22, 2010 HEARING (.1) | GUILFOYLE | 0.50 | $147.50 |
| Oct 15 10 | REVIEW EXPERT REPORT AND FORWARD EXPERT REPORT TO J. ZAWADZKI (.2); E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND K. SENESE REGARDING TWELFTH OMNIBUS 9019 MOTION (.1) | GUILFOYLE | 0.30 | $88.50 |
| Oct 15 10 | COMMUNICATIONS WITH S. TARR REGARDING NEGOTIATIONS WITH COUNSEL FOR AMEX | ROOT | 0.20 | $56.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| Oct 18 10 | SCAN AND EFILE STATUS REPORT (AHM V. AMEX) | MOODY | 0.20 | $44.00 |
| Oct 18 10 | PREPARE SERVICE LIST FOR TWELFTH OMNIBUS 9019 MOTION AND RELATED E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND K. SENESE (.3); PREPARE, FILE AND FORWARD STIPULATION OF DISMISSAL TO N. RIGANO (.3); REVIEW DEFENDANT'S DISCOVERY RESPONSES (.1) | GUILFOYLE | 0.60 | $177.00 |
| Oct 18 10 | DRAFT AND EXECUTE STATUS REPORT FOR AMEX ADVERSARY (.2); STRATEGIZE WITH S. TARR REGARDING NEGOTIATIONS WITH COUNSEL FOR AMEX (.2) | ROOT | 0.40 | $112.00 |
| Oct 19 10 | REVIEW SETTLEMENT AGREEMENTS AND THE DOCKETS FOR THOSE RESPECTIVE ADVERSARY PROCEEDINGS IN PREPARATION FOR FINALIZING 9019; EMAILS TO AND TELEPHONE CALL FROM T. GUILFOYLE REGARDING CERTAIN CLOSED MATTERS; TELEPHONE TO COURT / CASE ADMINISTRATOR INQUI RING WITH RESPECT TO FILING IN CLOSED CASES | SENESE | 0.20 | $50.00 |
| Oct 19 10 | REVISE CAPTIONS AND FINALIZE TWELFTH 9019 MOTION, NOTICE THEREOF AND PROPOSED ORDER APPROVING AND DRAFT CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORWARD TO T. GUILFOYLE FOR REVIEW AND EFILING APPROVAL | SENESE | 0.30 | $75.00 |
| Oct 19 10 | FORMAT REVISED MOTION, NOTICE THEREOF, PROPOSED FORM OF ORDER AND RESPECTIVE SETTLEMENT AGREEMENTS (EXHIBITS) FOR EFILING PURPOSES AND PREPARE FOR SERVICE OF SAME | SENESE | 0.20 | $50.00 |
| Oct 19 10 | FINAL REVISION TO CERTIFICATE OF SERVICE IN LIGHT OF STATSEEKER ADDRESS RECEIVED FROM HAHN & HESSEN; EFILE TWELFTH 9019 MOTION IN MAIN CASE; EFILE TWELFTH 9019 MOTION IN FIVE RELATED ADVERSARY PROCEEDINGS; SERVICE OF MOTION UPON INTERESTED PARTIES, D EFENDANTS AND DEFENDANTS' COUNSEL, IF APPLICABLE, VIA OVERNIGHT OR FIRST CLASS MAIL; OVERSEE SERVICE OF A COPY OF THE NOTICE OF THE MOTION ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.90 | $225.00 |
| Oct 19 10 | REVIEW SETTLEMENT AGREEMENTS AND REVIEW AND REVISE TWELFTH OMNIBUS 9019 MOTION, NOTICE, PROPOSED ORDER AND CERTIFICATE OF SERVICE (.5); E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCE WITH K. SENESE REGARDING TWELFTH OMNIBUS 9019 MOTION (.2) | GUILFOYLE | 0.70 | $206.50 |
| Oct 20 10 | FORMAT AND EFILE NOTICE OF VOLUNTARY DISMISSAL | SENESE | 0.10 | $25.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | (RAVENSCRAFT); STIPULATION OF DISMISAL (TOUCH LLC) | | | |
| Oct 20 10 | FORMAT AND EFILE CERTIFICATION OF COUNSEL REGARDING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (TRIAD GUARANTY) | SENESE | 0.10 | $25.00 |
| Oct 20 10 | EMAIL EXCHANGES WITH E. SCHNITZER; EMAIL EXCHANGE WITH T. GUILFOYLE AND B. FATELL; REVIEW AND DISTRIBUTE AMENDED AGENDA CANCELLING HEARING ON 10-21 | SENESE | 0.10 | $25.00 |
| Oct 20 10 | REVIEW, EXECUTE AND FORWARD STIPULATION OF DISMISSAL TO C. KANG (.2); REVIEW, EXECUTE AND FORWARD STIPULATION OF DISMISSAL TO Z. VIRANI (.2); REVIEW AND EXECUTE STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND PREPARE CERTIFICATION OF COUNSEL A ND PROPOSED ORDER (.4); DISCUSSION WITH K. SENESE AND E-MAIL CORRESPONDENCE WITH J. ZAWADZKI REGARDING STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT (.1); REVIEW LOCAL RULES REGARDING DISCOVERY MOTIONS AND RELATED E-MAIL CORRESPONDENCE WITH E. SCHNITZER (.2) | GUILFOYLE | 1.10 | $324.50 |
| Oct 21 10 | REVIEW, FILE AND FORWARD STIPULATION OF DISMISSAL TO Z. VIRANI (.3); E-MAIL CORRESPONDENCE WITH D. LASKIN, E. SCHNITZER AND K. SENESE REGARDING TWELFTH OMNIBUS 9019 MOTION (.1) | GUILFOYLE | 0.40 | $118.00 |
| Oct 22 10 | EMAIL FROM T. GUILFOYLE; DRAFT AMENDED NOTICE OF HEARING DUE TO CHANGE OF HEARING DATE FOR COMMITTEE'S TWELFTH OMNIBUS 9019 OBJECTION TO CLAIMS AND FORWARD TO T. GUILFOYLE FOR REVIEW AND EFILING APPROVAL | SENESE | 0.30 | $75.00 |
| Oct 22 10 | FORMAT AND EFILE AMENDED NOTICE OF COMMITTEE'S TWELFTH OMNIBUS 9019 MOTION; SERVICE OF SAME UPON INTERESTED PARTIES, DEFENDANTS AND COUNSEL TO DEFENDANT(S), IF APPLICABLE, VIA FIRST CLASS MAIL AND SERVICE UPON ALL PARTIES LISTED ON THE 2002 SERVICE L IST VIA FIRST CLASS MAIL (EXTENSIVE) | SENESE | 0.60 | $150.00 |
| Oct 22 10 | PREPARE AND REVISE NOTICE OF SERVICE AND CERTIFICATE OF SERVICE FOR RESPONSES TO FIRST SET OF INTERROGATORIES (DELOITTE) .3; REVISE NOTICE AND CERTIFICATE OF SERVICE (DELOITTE) .2; COORDINATE WITH V. GUILFOYLE REGARDING SAME .2 | MOODY | 0.70 | $154.00 |
| Oct 22 10 | SCAN, EFILE AND SERVE NOTICE OF SERVICE OF DISCOVERY OF PLAINTIFF'S RESPONSE TO | MOODY | 0.50 | $110.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|------------|-------|----------------|
| | DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST INTERROGATORY (DELOITTE) | | | |
| Oct 22 10 | REVIEW AND REVISE AMENDED NOTICE OF TWELFTH OMNIBUS 9019 MOTION AND RELATED E-MAIL CORRESPONDENCE WITH K. SENESE | GUILFOYLE | 0.20 | $59.00 |
| Oct 26 10 | SCAN AND EFILE STIPULATION REGARDING APPOINTMENT OF MEDIATOR BETWEEN THE COMMITTEE AND CFN FINANCE, INC | MOODY | 0.40 | $88.00 |
| Oct 26 10 | REVIEW AND EXECUTE MEDIATOR STIPULATION IN CFN ADVERSARY PROCEEDING | ROOT | 0.20 | $56.00 |

PROJECT CODE TOTALS  22              TOTAL VALUE:   $4,300.00      16.00

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | | TIMEKEEPER | HOURS | BILLABLE VALUE |
|------|-----------|---|------------|-------|----------------|
| REPORT TOTALS | | TOTAL VALUE: | 11,429.00 | 40.40 | |