## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x

In re:                                                  :          Chapter 11

                                                        :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,                  :          Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                       :

                                                        :          Jointly  Administered

                                    Debtors.            ::

------------------------------------------------------------------------ x

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                       ) SS
NEW CASTLE COUNTY      )

       Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on December 1, 2010, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Notice of Effective Date  [D.I. 9519]


_____
Debbie Laskin

       SWORN TO AND SUBSCRIBED before me this ____ day of December 2010.


_____
Notary Public

**KASSANDRA ANN RIDDLE**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
My commission expires July 10, 2012

## SERVICE LIST
### 12/1/2010

Harold Novikoff, Esq.
Emil Kleinhaus, Esq.
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York, NY 10019
(JPMorgan)
*First Class Mail*

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105
(Oracle USA, Inc.)
*First Class Mail*

Deborah Miller, Esq
Oracle USA, Inc.
500 Oracle Parkway
Redwood City, CA 94065
*First Class Mail*

Michael P. Morton, Esq.
Michael P. Morton, P.A.
1203 North Orange Street
Wilmington, DE 19801
(Adv. 09-51751 - Baltimore Gas and Electric Company d/b/a BGE)
*Hand Delivery*

Evan Salan, Esq.
Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP
1065 Avenue of the Americas
New York, NY 10018
(09-51567 - De Lage Landen Financial Services)
*First Class Mail*

Lucian Murley, Esq
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(Securitization Trusts - Triad Adv.)
*First Class Mail*

Amish R. Doshi, Esq.
Day Pitney LLP
7 Times Square, 20th Floor
New York, NY 10036-7311
Counsel for Oracle USA, Inc.
*First Class Mail*

Brian W. Bisignani, Esq.
Post & Schell, P.C.
17 North Second Street 12th Floor
Harrisburg, PA 17101-1601
(09-51564 - AON Consulting, Inc.)
*First Class Mail*

Benjamin Shapiro
Two First Financial Plaza
Belongia Shapiro Hynes
20 South Clark St., Suite 300
Chicago, IL 60603
(Showcase and Orsi)
*First Class Mail*

Mark Belongia
Two First Financial Plaza
Belongia Shapiro & Franklin LLP
20 South Clark Street, Suite 300
Chicago, IL 60603
(Orsi)
*First Class Mail*

Tracey M. Ohm, Esq.
Stinson Morrison Hecker LLP
1150 18th Street, N.W., Suite 800
Washington, D.C., 20036-3845
(09-51569 - MCI Communications Services, Inc. a/k/a Verizon Business Services)
*First Class Mail*

Ricardo Palacio, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
09--51576 - United Guaranty Services, Inc.
*Hand Delivery*

Wililam F. Taylor, Jr,., Esq.
Kate Roggio Buck, Esq.
McCarter & English, LLP
405 North King Street, 8th Floor
Wilmington, DE 19801
(09-51562 - ADP, Inc. a/k/a Automatic Data Processing, Inc.)
*First Class Mail*

Charles J. Brown, III, Esq.
Archer & Greiner PC
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
(Adv. 09-52884, 09-52885, 09-52886 (BellSouth
Telecommunications, AT&T, Inc., AT&T Mobility, LLC))
*Hand Delivery*

Jana Croft, Esq.
Real Estate and Bankruptcy Law
Embarq, Inc.
5454 W. 110th St.
Overland Park, KS 66211
(09-51568 - Embarq, Inc.)
*First Class Mail*

Triad Guaranty Insurance
Attn: Officer, General or Managing Agent
PO Box 2300
Winston-Salem, NC 27102
*First Class Mail*

Richard S. Fuld, Jr.
c/o Lehman Brothers Holdings Inc.
Lehman Commercial Paper  Inc.
745 7th Avenue
New York, NY 10019
*First Class Mail*

Richard S. Fuld, Jr.
Lehman Brothers Inc.
745 7th Avenue
New York, NY 10019
*First Class Mail*

Bekins Moving Solutions, Inc.
Attn: President, Officer, Manager or General Agent
6300 Valley View Street
Buena Park, CA 90620
*First Class Mail*

Prentice-Hall Corp. System, Inc.
Attn: Registered Agent for Lehman Commercial Paper  Inc.
80 State Street
Albany, NY 12207
*First Class Mail*

William R. Clayton, Esq.
Greenberg Traurig, LLP
401 East Las Olas Boulevard
Suite 200
Fort Lauderdale, FL 33301
(Attorneys' Title Insurance Fund, Inc.)
*First Class Mail*

Prentice-Hall Corp. System, Inc.
Attn: Registered Agent for Lehman Brothers Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808
*First Class Mail*

Mark K. Tonnesen
President and CEO
Triad Guaranty Insurance
101 South Stratford Road
Winston-Salem, NC 27104
*First Class Mail*

Lee Harrington, Esq.
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022
(HSBC)
*First Class Mail*

Stuart J. Miller, Esq.
Lankenau & Miller
132 Nassau Street, Suite 423
New York, NY 10038
(WARN Plaintiffs)
*First Class Mail*

Adam Klein, Esq.
Justin M. Swartz, Esq.
Jack A. Raisner, Esq.
Rene' S. Roupinian, Esq.
Outten & Golden
3 Park Avenue, 29th Fl.
New York, NY 10016
(WARN Plaintiffs)
*First Class Mail*

Mary Olsen, Esq.
M. Vance McCrary, Esq.
J. Cecil Gardner, Esq.
The Gardner Firm
1119 Government Street
Post Office Drawer 3103
Mobile, AL 36652
(WARN Plaintiffs)
*First Class Mail*

Barry M. Klayman, Esq.
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
(Triad)
*Hand Delivery*

Fair Isaac Software, Inc.
ATTN: Officer, General or Managing Agent
3550 Engineering Drive, Suite 200
Norcross, GA 30092
*First Class Mail*

Merrill Lynch MTS
ATTN: Officer, General or Managing Agent
4600 Regents Blvd., Suite 200
Irving, TX 75063
*First Class Mail*

Wells Fargo Bank
ATTN: Mike Watchke
9062 Old Annapolis Road
Columbia, MD 21045
*First Class Mail*

Gryphon Networks Corp
ATTN: Officer, General or Managing Agent
c/o Gryphon Networks Inc.
249 Vanderbilt Avenue
Norwood, MA 02062
*First Class Mail*

Goldman Sachs Mortgage Co.
ATTN: Sally Bartholmey
100 Second Avenue South, Suite 200 North
St. Petersburg, FL 33701
*First Class Mail*

Goldman Sachs Mortgage Co.
ATTN: Eugene Gorelik
85 Broad Street
New York, NY 10004
*First Class Mail*

Lewtan Technologies, Inc.
ATTN: Officer, General or Managing Agent
300 5th Avenue
Waltham, MA 02451
*First Class Mail*

Signature Bank
ATTN: Debra M. Eannel
70 West 36th Street, 15th Fl
New York, NY 10018
*First Class Mail*

LXI Corp.
ATTN: Officer, General or Managing Agent
222 West Las Colinas Blvd., Suite 960
Irving, TX 75039
*First Class Mail*

ACE Securities Corp
ATTN: Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-1
6525 Morrison Boulevard, SUite 318
Charlotte, NC 28211
*First Class Mail*

McAfee Antivirus
ATTN: Officer, General or Managing Agent
3965 Freedom Circle
Santa Clara, CA 95054
*First Class Mail*

Countrywide Home Loans Servicing, Inc.
ATTN: Officer, General or Managing Agent
400 Countrywide Way
Simi Valley, CA 93065
*First Class Mail*

AIA Software of North America
ATTN: Officer, General or Managing Agent
5 Broadacre Drive, Suite 100
Mount Laurel, NJ 08054
*First Class Mail*

Pro Data Computer Systems
ATTN: Officer, General or Managing Agent
2809 S 160th Street, Suite 401
Omaha, NE 68130
*First Class Mail*

DB Structured Products, Inc.
ATTN: Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-1
60 Wall Street
New York, NY 10005
*First Class Mail*

PGF Solutions, Inc.
ATTN: Officer, General or Managing Agent
2920 Stanway Avenue
Douglasville, GA 30135
*First Class Mail*

ACE Securities Corp
ATTN: Doris Hearn
6525 Morrison Boulevard, SUite 318
Charlotte, NC 28211
*First Class Mail*

Wells Fargo Bank
ATTN: Susan Valenti
9062 Old Annapolis Road
Columbia, MD 21045
*First Class Mail*

Bank Hapoalim BM
ATTN: General Counsel
1177 Avenue of the Americas
New York, NY 10036
*First Class Mail*

Objectif Lune, Inc.
ATTN: Officer, General or Managing Agent
c/o Objectif Lune, LLC
300 Broadacres Drive, 4th Fl.
Bloomfield, NJ 07003
*First Class Mail*

Patrick Townsend and Associates
ATTN: Officer, General or Managing Agent
7700 Earling Street NE
Olympia, WA 98506
*First Class Mail*

Aspect Software
ATTN: Officer, General or Managing Agent
6 Technology Park Drive
Westford, MA 01886
*First Class Mail*

AS/Computer Consultants
ATTN: Officer, General or Managing Agent
4555 McDOnnell Blvd.
St. Louis, MO 63134
*First Class Mail*

RJS Software
ATTN: Officer, General or Managing Agent
14041 Burnhaven Drive, Suite 120
Burnsville, MN 55337
*First Class Mail*

Wilmington Trust Company
ATTN: Corporate Trust Administration
1100 North Market Street
Wilmington, DE 19890
*First Class Mail*

Aegon USA Real Estate Services
ATTN: Madonna Ammons
400 West Market Street, 5th Fl.
Louisville, KY 40232
*First Class Mail*

Checkfree Services
ATTN: Officer, General or Managing Agent
23 Crossroads Drive, Suite 200
Owings Mills, MD 21117
*First Class Mail*

Charlotte Fire Department Credit Union
ATTN: Debbie Trotter
2100 Commonwealth Avenue
Charlotte, NC 28205
*First Class Mail*

DRI Management Systems, Inc.
ATTN: Officer, General or Managing Agent
1451 Quail Street, Suite 100
Newport Beach, CA 92660
*First Class Mail*

EMC Mortgage Corporation
ATTN: Scott Samlin, SVP and General Counsel
909 Hidden RIdge Drive, Suite 200
Irving, TX 75038
*First Class Mail*

Softland Software
ATTN: Officer, General or Managing Agent
84 Elm Street
Peterborough, NH 03458
*First Class Mail*

Wells Corporate Trsut Services
ATTN: Quonda Leftwich
Wells Fargo Bank Minnesota
9062 Old Annapolis Road
Columbia, MD 21045
*First Class Mail*

Mortgage Asset Securitization
ATTN: Legal Dept.- Officer, General or Managing Agent
1285 Avenue of the Americas
New York, NY 10019
*First Class Mail*

Wells Fargo Bank
ATTN: Client Manager- DBALT 2007-1
9062 Old Annapolis Road
Columbia, MD 21045
*First Class Mail*

U.S. Bank N.A.
ATTN: Corporate Trust Office
One Federal Street, 3rd Fl.
Boston, MA 02110
*First Class Mail*

The Powertech Group
ATTN: Officer, General or Managing Agent
6703 South 234th Street
Kent, WA 98032
*First Class Mail*

Phoenix Founders Inc.
ATTN: Mark Paperella
38 Prospect Street, 2nd Fl.
Hartford, CT 06115
*First Class Mail*

D.W. Consulting, Inc.
ATTN: Officer, General or Managing Agent
2000 Bolden Road
Irving, TX 75060
*First Class Mail*

SAS Institute
ATTN: Officer, General or Managing Agent
SAS Campus Drive
Cary, NC 27513
*First Class Mail*

EDI Integration Corp
ATTN: Denise Carley
PO Box 4166
Crofton, MD 21114
*First Class Mail*

UBS Real Estate Securities, Inc.
ATTN: Eileen Lindblom
1285 Avenue of the Americas
New York, NY 10019
*First Class Mail*

Deutsche Bank National Trust Co.
ATTN: Trust Administration
1761 East St. Andrew Place
Santa Ana, CA 92705
*First Class Mail*

DLJ Mortgage Capital
Attn: General Counsel
c/o Credit Suisse Securities
One  Madison Avenue, 4th Fl
New York, NY 10010
*First Class Mail*

JP Morgan Chase Bank
Attn: Bea Delgado
1111 Fannin,, 12th Fl.
Houston, TX 77002
*First Class Mail*

Morgan Stanley Servicing Oversight
Attn: Jeff Williams
5002 T-Rex Avenue, Suite 300
Boca Raton, FL 33431
*First Class Mail*

Morgan Stanley Mortgage Capital
Attn: Peter Woroniecki
1221 Avenue of the Americas, 27th Fl
New York, NY 10020
*First Class Mail*

Merrill Lynch Mortgage Lending, Inc.
ATTN: Diane Alexander
4 World Financial Center
New York, NY 10080
*First Class Mail*

Societe Generale
Attn: Officer, General or Managing Agent
1221 Avenue of the Americas
New York, NY 10020
*First Class Mail*

CSFB Mortgage Capital
Attn: Legal Dept.
c/o Credit Suisse Securities
Eleven Madison Avenue, 4th Fl
New York, NY 10010
*First Class Mail*

La Fayette Asset Securitization LLC
Attn: Liquid Assets Securitization
c/o Calyon Bldg
1301 Avenue of the Americas
New York, NY 10019
*First Class Mail*

Lloyds TSB Bank
Attn: Michelle White
1251 Avenue of the Americas
New York, NY 10020
*First Class Mail*

JP Morgan Chase Bank
Attn: Julie Lowery
707 Travis 6th Fl.
Houston, TX 77252
*First Class Mail*

Barclays Bank
Attn: Glenn Pearson
200 Cedar Knolls Road
Whippany, NJ 07981
*First Class Mail*

Barclays Bank
Attn: Michael Dryden
200 Park Avenue
New York, NY 10166
*First Class Mail*

CSFB Mortgage Capital
Attn: Gary Timmerman
302 Carnegie Center 2nd Fl.
Princeton, NJ 08540
*First Class Mail*

IXIS Real Estate Capital
Attn: Ray Sullivan
9 West 57th St.
New York, NY 10019
*First Class Mail*

DLJ Mortgage Capital
Attn: Bruce Kaiserman
c/o Credit Suisse Securities
Eleven Madison Avenue, 4th Fl
New York, NY 10010
*First Class Mail*

ABN AMRO Bank
Attn: Kevin Haynes
540 West Madison Street- 27th Fl
Chicago, IL 60661
*First Class Mail*

IndyMac Bank
Attn: Officer, General or Managing Agent
3465 Dove Street, Suite 100
Pasadena, CA 91107
*First Class Mail*

Bank of America, N.A.
Attn: Eric Sadow
101 S. Tyron Street, 29st Fl.
Charlotte, NC 28255
*First Class Mail*

SunTrust Asset Funding
Attn: Tony Atkins
303 Peachtree Street, 23rd Fl
Atlanta, GA 30308
*First Class Mail*

JPMorgan Mortgage Acquisition Corp.
Attn: J.P. Morgan Alternative Loan Trust 2007-S1
270 Park Avenue, 6th Fl.
New York, NY 10017
*First Class Mail*

Sutton Funding
Attn: Mary Logan
c/o Barclays Bank
200 Park Avenue
New York, NY 10166
*First Class Mail*

BNP Paribas
Attn: Officer, General or Managing Agent
787 Seventh Avenue, 7th Fl
New York, NY 10019
*First Class Mail*

Liquid Funding
Attn: Corporate Secretary
Canon's Court, 22 Victoria Street
Hamiton HM 12, Bermuda
*First Class Mail (International)*

Bear Stearns
ATTN: Eileen Albus
383 Madison Avenue
New York, NY 10179
*First Class Mail*

SunTrust Banks
Attn: Woodruff Polk
303 Peachtree Street, 23rd Fl
Atlanta, GA 30308
*First Class Mail*

Impac Funding Corp
Attn: Client Administration
1401 Dove Street, Suite 100
Newport Beach, CA 92660
*First Class Mail*

CSFB Mortgage Capital
Attn: William Sachelari
302 Carnegie Center 2nd Fl.
Princeton, NJ 08540
*First Class Mail*

Park Avenue Receivables Co
Attn: Officer, General or Managing Agent
131 South Dearborn
Chicago, IL 60603
*First Class Mail*

Citibank N.A.
Attn: Structured Finance Agency and Trust
388 Greenwich Street, 14th Fl
New York, NY 10013
*First Class Mail*

ABN AMRO Bank
Attn: Therese Gremley
540 West Madison Street- 27th Fl
Chicago, IL 60661
*First Class Mail*

IXIS Real Estate Capital
Attn: Al Zakes, Esq.
9 West 57th St.
New York, NY 10019
*First Class Mail*

JP Morgan Chase Bank
Attn: Officer, General or Managing Agent
121 South Dearborn
Chicago, IL 60603
*First Class Mail*

Amsterdam Funding Corp
Attn: Kevin Hayes
540 West Madison Street, 27th Fl.
Chicago, IL 60661
*First Class Mail*

CitiMortgage Mortgage Inc.
ATTN: Master Servicing Division, Compliance Manager
4000 Regent Blvd
Irving, TX 75063
*First Class Mail*

Starbird Funding Corp
Attn: Officer, General or Managing Agent
c/o J.H. Management Corp
One International Place, Room 3218
Boston, MA 02110
*First Class Mail*

Barton Capital
Attn: Officer, General or Managing Agent
c/o AMACAR Group
6525 Morrison Blvd., Suite 318
Charlotte, NC 28211
*First Class Mail*

JP Morgan Chase Bank
Attn: Thanh Roettele
707 Travis 6th Fl.
Houston, TX 77252
*First Class Mail*

Barton Capital LLC
ATTN: Douglas Johnson
Barton Capital LLC
6525 Morrison Blvd., Suite 318
Charlotte, NC 28211
*First Class Mail*

EMC Mortgage Corporation
ATTN: Ralene Ruyle
909 Hidden RIdge Drive, Suite 200
Irving, TX 75038
*First Class Mail*

Citigroup Global Markets
Attn: Susan Mills
390 Greenwich Street, 6th Fl
New York, NY 10013
*First Class Mail*

IXIS Real Estate Capital
Attn: Micheal Freidman
9 West 57th St.
New York, NY 10019
*First Class Mail*

Greenwich Capital Financial Prod.
ATTN: David Katz
600 Steamboat Road
Greenwich, CT 06830
*First Class Mail*

Bear Stearns Bank
Attn: Jerome Schneider/Patrick Phelan
Block 9, Harcourt Centre
Charlotte Way
Dublin 2, Ireland
*First Class Mail (International)*

Freddie Mac
Attn: Officer, Manager or General Agent
1410 Springhill Road, Suite 600
McLean, VA 22102
(Freddie Mac)
*First Class Mail*

GinneMae
Attn: Officer, Manager or General Agent
451 7th Street, SW Room B-133
Washington, DC 20410
*First Class Mail*

Calyon New York Branch
Attn: Liquid Assets Securitization
Calyon Bldg.
1301 Avenue of the Americans
New York, NY 10019
*First Class Mail*

UBS Real Estate Securities, Inc.
ATTN: Christopher Schmit
1285 Avenue of the Americas
New York, NY 10019
*First Class Mail*

Morgan Stanley
Attn: Danielsa Levarda, Esq
1633 Broadway
New York, NY 10019
*First Class Mail*

U.S. Bank National Asso.
Attn: Pamela Wieder
60 Livingston Avenue
St. Paul, MN 55107
*First Class Mail*

American Title, Inc.
Attn: Mike MacIntosh
1510 Wall Street
Bellevue, NE 68005
(Cure Notice - Construction Loan Sale)
*First Class Mail*

Trinity Inspection Services, Inc.
Attn: Brad Meyer
4851 LBJ Freeway, Suite 410
Dallas, TX 75244
(Cure Notice - Construction Loan Sale)
*First Class Mail*

Steven Sass
UPS
307 International CIrcle, Suite 270
Hunt Valley, MD 21030
(Creditor Commttee Member)
*First Class Mail*

Jerry Christopher Matthews
The Bank of New York Trust Company
601 Travis Street, 16th Fl
Houston, TX 77002
(Creditor Committee Member)
*First Class Mail*

William Brown, Esq.
Phillips Lytle LLP
3400 HSBC Center
Buffalo, NY 14203
*First Class Mail*

Amelia Charamba
Nixon Peabody
100 Summer St.
Boston, MA 02110
*First Class Mail*

Washington Mutual Mortgage Securities
Attn: Michael Coyne
623 Fifth Avenue, 17th Fl.
New York, NY 10022
*First Class Mail*

MortgageHub
Attn: Dave Dempster
181 Washington Street, Suite 525
Conshohocken, PA 19428
(Cure Notice - Construction Loan Sale)
*First Class Mail*

Digital Draw Network, Inc.
Attn: Doug Stuart
10542 South Jordan Gateway, SUite 200
South Jordan, UT 84095
Cure Notice - Construction Loan Sale
*First Class Mail*

Lendors Choice Network, Inc.
Attn: Allen Skogsberg
1303 East Grand Avenue, Suite 115
Arroyo Grande, CA 93420
(Cure Notice - Construction Loan Sale)
*First Class Mail*

John Marsicano
Waldners Business Environments, Inc.
125 Route 110
Farmingdale, NY 11735
(Creditor Commttee Member)
*First Class Mail*

Rita Lopez
c/o Global Securities and Trust Services
LaSalle Bank National Association, as Trustee
135 South LaSalle Street, Suite 1511
Chicago, IL 60603
*First Class Mail*

Greenwich Capital Financial Products
Attn: Legal
600 Steamboat Road
Greenwich, CT 06830
*First Class Mail*

Countrywide Home Loans, Inc.
ATTN: David Sobul, Esq.
4500 Park Granada
Calabasas, CA 91302
*First Class Mail*

Justin Balser
Aurora Loan Services LLC
10350 Park Meadows Drive
Littleton, CO 80124
*First Class Mail*

HSBC Bank USA
ATTN: Thomas Nolan
8 East 40th Street, 3rd Fl
New York, NY 10016
*First Class Mail*

Bear Stearns
ATTN: Gerald Russello
320 Park Ave.
New York, NY 10022
*First Class Mail*

Countrywide Home Loans, Inc.
ATTN: Kathleen Conte
4500 Park Granada
Calabasas, CA 91302
*First Class Mail*

JPMorgan Mortgage Acquisition Corp.
Attn: Brian Simons
270 Park Avenue, 6th Fl.
New York, NY 10017
*First Class Mail*

GMAC ResCAp
Attn: Richard Ballot
465 South Street, Suite 202
Morristown, NJ 07960
*First Class Mail*

JPMorgan Chase
Attn: Julie Lowery
707 Travis Street, Fl 6 NOrth
Houston, TX 77002
(Bank)
*First Class Mail*

Citigroup
Attn: Joe Chung
388 Greenwich Street
New York, NY 10013
(Bank)
*First Class Mail*

Bank of America, N.A.
Attn: Adam Glassner
214 North Tyron Street, 21st Fl.
Charlotte, NC 28255
*First Class Mail*

Wells Fargo Funding
ATTN: Amy Thoreson-Long
2801 Wells Fargo Way
MAC X9902-01T
Minneapolis, MN 55048
*First Class Mail*

Wells Fargo Bank
ATTN: William Fay
9062 Old Annapolis Road
Columbia, MD 21045
*First Class Mail*

Richard Wyron, Jr
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
Nomura Credit
*First Class Mail*

HSBC
Attn: Dennis O'Connor
452 Fifth Avenue, Floor LL
New York, NY 10018
(Bank)
*First Class Mail*

US Bank
Attn: William Umscheid
800 Nicollet Mall, 3rd Fl.
Minneapolis, MN 55402
(Bank)
*First Class Mail*

Bank of America
Attn: Marilyn Thomas
333 South Hope Street, 12th Fl.
Los Angeles, CA 90017
(Bank)
*First Class Mail*

American Home Bank
Attn: Marie C. Goudie
220 W. Huron, 5th Fl
Chicago, NY 312-660-8436
(Bank)
*First Class Mail*

Bank of New York
Attn: Martin Feig
101 Barclay Street, 8 West
New York, NY 10286
(Bank)
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
1535 Schillinger Road S.
Mobile, AL 36695
*First Class Mail*

Vancouver Center Development LLC
Attn: Landlord
17355 S. W. Boones Ferry Road
Lake Oswego, OR 97035
*First Class Mail*

Michael Schein
Vedder Price Kaufman & Kammholz
1633 Broadway, 47th Fl.
New York, NY 10019
*First Class Mail*

Jefferson Plaza Venture/Bergman Plaza V.
Attn: Landlord
555 Route One South
Iselin, NJ 08830
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
955 Chesterbrook Blvd.
Wayne, PA 19087
*First Class Mail*

Jerry Ragains
4374 Sunset Drive
Tyaskin, MD 21865
*First Class Mail*

Deutsche Bank
Attn: Peter Principaio
60 Wall Street, 28th Fl.
New York, NY 10005
(Bank)
*First Class Mail*

State of Delaware
Attn: Officer, Managing Agent or General Agent
Division of Corporation
P.O. Box 898
Dover, DE 19903
*First Class Mail*

Tomorrow 34 Cole Center Ltd.
Attn: Landlord
2460 West 26th Avenue, Suite 190-C
Denver, COl 80211
*First Class Mail*

Joseph Smalley
Gateway Funding
300 Welsh Road, Bldg. 5
Horsham, PA 19044
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
3445 N. Causeway Blvd.
Metairie, LA 70002
*First Class Mail*

Tim Ross
Ross Mortgage Corporation
27862 Woodward Avenue
Royal Oak, MI 48067
*First Class Mail*

Steven Case
The Irvine Company
PO Box 6370
Newport Beach, CA 92614
*First Class Mail*

Sawmill Properties
Attn: Officer, General or Managing Agent
Office Equipment Finance Services
PO Box 790448
St. Louis, MO 63179
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
400 Skokie Blvd.
Northbrook, IL 60062
*First Class Mail*

James and Kristen Johnston
20 Broadmoor Street
Moraga, CA 94556
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
304 Harper Drive
Moorestown, NJ 08054
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
5151 Beltline Road
Dallas, TX 75254
*First Class Mail*

Combined 400 Building
c/o Officer, General or Managing Agent
Department No. 70903
Los Angeles, CA 90084
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
1120 Benfield Blvd. Suite A.
Millersville, MD 21108
*First Class Mail*

Susie Garza
PrimeLending, A Plains Capital Company
18111 Preston Road, Suite 900
Dallas, TX 75252
*First Class Mail*

Richard Keller
Buck-Kennett Associates, LLC
3711 Kennett Pike
Greenville, DE 19807
*First Class Mail*

Lexington Square LLP
Attn: Landlord
11649 N. Port Washington Road, Suite 206
Mequon, WI 53092
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
65 Jackson Drive
Cranford, NJ 07016
*First Class Mail*

Caleb Kim
Countrywide
4500 Pake Granada CH-18A
CAlabasas, CA 91302
*First Class Mail*

Ridgecrest Valuation Associates
Attn: Landlord
4910 Ridge Crest Court
Frederick, MD 21702
*First Class Mail*

S.A.S. Airport Ltd
Attn: Landlord
1923-1/2 West Alexis Road
Toledo, OH 43613
*First Class Mail*

Parkway Properties
Attn: Landlord
150 Boush St., SUite 704
Norfolk, VA 23510
*First Class Mail*

US Bankcorp
Attn: Officer, General or Managing Agent
Office Equipment Finance Services
PO Box 790448
St. Louis, MO 63179
*First Class Mail*

Sawmill Properties, LLC
c/o Cumbest Properties, Inc.
PO Box 851256
Mobile, AL 36685
*First Class Mail*

Kathryn Richards
Southern Trust Mortgage
150 Boush Street, #400
Norfolk, VA 23510
*First Class Mail*

1717 LLC- Butterfield Properties
Attn: Landlord
477 E. Butterfield Road, Suite 500
Lombard, IL 60148
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
4421 Virginia Beach Blvd.
Virginia Beach, VA 23462
*First Class Mail*

Ocean View Int'l Inc.
Attn: Claude and Shirley Tarvin
PO Box Y
Yuba City, CA 95992
*First Class Mail*

St. John Properties
Attn: Landlord
2650 Lord Baltimore Dr.
Baltimore, MD 21244
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
11870 Merchants Walk
Newport News, VA 23606
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
1803 Whites Road
Kalamazoo, MI 49009
*First Class Mail*

Dean Palmer
642 Bridge Street
Yuba City, CA 95991
*First Class Mail*

Palos Heights Properties
Attn: Landlord
1 South Polo Drive
South Barrington, IL 60010
*First Class Mail*

Forsyth Building
Attn: Officer, General or Managing Agent
1011 West Lake Street
Oak Park, IL 60301
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
3709 Kennett Pike
Greenville, DE 19807
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
275 South Main St.
Longmont, CO 80501
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
810 CM Fagan Drive
Hammond, LA 70403
*First Class Mail*

Michael McGrath
US Mortgage Corp.
19D Chapin Road
Pine Brook, NJ 07058
*First Class Mail*

Academy Mortgage
Attn: Bill Bent
1707 Cole Blvd., #350
Golden, CO 80401
*First Class Mail*

Amy Martin
Flagstar Bank
5151 Corporate Drive
Troy, MI 48098
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
1409 West Causeway Approach
Mandeville, LA 70471
*First Class Mail*

Nestor De Castro
Hanjin Shipping Co., Ltd
80 E. Route 4, Suite 490
Paramus, NJ 07652
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
5215 Center Street
Williamsburg, VA 23188
*First Class Mail*

Bob Shield
West American Mortgage
1 South 660 Midwest Road, Suite 100
Oakbrook Terrace, IL 60181
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
790-8 Sunset Blvd. N.
Sunset Beach, NC 28462
*First Class Mail*

Synthia Farley
First Horizon Home Loans
4000 Horizon Way
Irving, TX 75063
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
817 Eastern Shore Dr.
Salisbury, MD 21801
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
806 Ocean Street
Santa Cruz, CA 95060
*First Class Mail*

Sinclair Haberman
Preston Tower
315 Central Park West, Suite 120
New York, NY 10025
*First Class Mail*

Kimothy Lee
1011 West Lake Street, Suite 212
Oak Park, IL 60301
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
2345 Gause Blvd. East
Slidell, LA 70458
*First Class Mail*

Moreland Johnson
Attn: Landlord
6 Pasatiempo Drive
Santa Cruz, CA 95060
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
34382 Carpenters Way
Lewes, DE 19958
*First Class Mail*

Robinson Court Associates
Attn: Landlord
4839 Campbells Run Road
Pittsburgh, PA 15205
*First Class Mail*

Chuck Hierdahl
GMAC Financial Services
1100 Virginia Drive
Mail Code 190-FTW-M98
Fort Washington, PA 19034
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
1717 N. Naper Blvd.
Naperville, IL 60563
*First Class Mail*

SSF Realty
Attn: Officer, General or Managing Agent
PO Box 1089
Lakeland, FL 33802
*First Class Mail*

Linda Blount
Allegiance Partners
828 Greenbriar Pkwy
Chesapeake, VA 23320
*First Class Mail*

Birch Grove Plaza
Attn: Landlord
4355 24th Avenue
Fort Gratiot, MI 48059
*First Class Mail*

Positive Properties
Attn: Landlord
105 Valley View
Chappaqua, NY 10514
*First Class Mail*

John Morelli
Main Street Home Mortgage Corp.
1122 N. LaSalle Street
Chicago, IL 60610
*First Class Mail*

Diversified Commercial Investments
Attn: Landlord
4804 Courthouse St., Suite 3A
Williamsburg, VA 23188
*First Class Mail*

White Road LLC
Attn: Landlord
5340 Holiday Terrace
Kalamazoo, MI 49009
*First Class Mail*

Michele Lane Partners
Attn: Landlord
1828 Wood Haven Court
Greenwood, IN 46143
*First Class Mail*

Al Antuzzi
First Home Mortgage
28 Waters Edge Drive
Delran, NJ 08075
*First Class Mail*

Shawn McIntee
Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center, 90 South Seventh St.
Minneapolis, MN 55402
(Centennial Mortgage & Funding, Inc.)
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
420 East Patrick St.
Frederick, MD 17201
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
1799 Michelle Lane
Greenwood, IN 46142
*First Class Mail*

AAOP 2, LP
Attn: Landlord
PO Box 828104
Philadelphia, PA 19182
*First Class Mail*

JGSA LLC
Attn: Landlord
16 Causeway Drive
Ocean Isle, NC 28468
*First Class Mail*

Fountainebleau Place, LLC
Attn: Officer, General or Managing Agent
111 Maringouin Lane
Mandeville, LA 70471
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
6513-6515 W 127th Street
Palos Heights, IL 60463
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
828 Greenbriar Pkwy.
Chesapeake, VA 23320
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
601 South Florida Avenue, #1
Lakeland, FL 33801
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
6516 Steubenville Pike
Pittsburgh, PA 15205
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
860 Greenbriar Pkwy.
Chesapeake, VA 23320
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
1307 Franklin Road
Yuba City, CA 95993
*First Class Mail*

Joseph Gribb, Jr.
Tredyffrein GP LLC
NW 5739
PO Box 1450
Minneapolis, MN 55485
*First Class Mail*

Virginia Beach Affiliates
c/o Time Equities, Inc.
55 5th Avenue, 15th Fl.
New York, NY 10003
*First Class Mail*

Jerry Carney and Associates
Attn: Officer, General or Managing Agent
5922 Cypress Cayou Lane
Lacombe, LA 70445
*First Class Mail*

Caroline Browder
Sun Trust Mortgage
919 E. Main Street, 14th Fl.
Richmond, VA 23219
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
87 Newtown Lane
East Hampton, NY 11937
*First Class Mail*

Jim Hensley
Fifth Third Bank
5830 Bond Street, Suite 300
Cumming, GA 30040
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
5350 Airport Highway
Toledo, OH 43615
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
2619 Forest Avenue
Chico, CA 95298
*First Class Mail*

Louisiana Federal Land Bank Asso.
Attn: Officer, General or Managing Agent
PO Box 4806
Monroe, LA 71211
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
100 South Jefferson Road
Whippany, NJ 08830
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
700 Washington St.
Vancouver, WA 98660
*First Class Mail*

Bob Dickenson
c/o Coldwell Banker
Dartmouth Ventures, LLC
4421 Coastal Highway
Rehoboth Beach, DE 19971
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
11649 N Port, Washington Road
Mequon, WI 53092
*First Class Mail*

John Sly
Lincoln Mortgage Company
15 E. Ridge Pike, Suite 101
Conshohocken, PA 19428
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
642 Bridge Street
Yuba City, CA 95991
*First Class Mail*

De Lage Landen
Attn: Officer, General or Managing Agent
111 Old Eagle School Road
Wayne, PA 19087
*First Class Mail*

Xerox Corp
c/o PNC Bank- Officer, General or Managing Agent
1200 East Campbell, Suite 108
Richardson, TX 75081
*First Class Mail*

American Home Mortgage Landlord
Attn:  Officer, General or Managing Agent
20201 E. Jackson Drive, Suite 420
Independence, MO 64057
*First Class Mail*

AFP Associate, Ltd.
Attn: Officer, General, or Managing Agent
C/O West World Management, Inc.
4 Manhattanville Road
Purchase, NY 10577
*First Class Mail*

Thirty Four South Broad Street, LLC
Attn: Landlord
34 South Broad Street
Woodbury, NJ 08096
*First Class Mail*

Harvey Lindsay
Commercial RE
Merchants Walk One
999 Waterside Dr., Suite 1400
Norfolk, VA 73510
*First Class Mail*

American Home Mortgage Landlord
Attn: Landlord
17744 Skypark Circle
Irvine, CA 92614
*First Class Mail*

Banc of America Leasing
ATTN: Leasing Admin Center, Officer, General or Managing
Agent
PO Box 371992
Pittsburgh, PA 15250
*First Class Mail*

Eva Milanowski
Pitney Bowes Credit Corporation
PO Box 856390
Louisville, KY 40285
*First Class Mail*

Jeffery Levine
Milestone Advisors LLC
1775 Eye Street, NW, Suite 800
Washington, DC 20006
*First Class Mail*

American Home Mortgage Landlord
Attn:  Officer, General or Managing Agent
18484 Highway 18, Suite 150
Apple Valley, CA 92307
*First Class Mail*

Mountain Greenery LLC
Attn: Officer, General or Managing Agent
PO Box 2309
Stateline, NV 89449
*First Class Mail*

American Home Mortgage Landlord
Attn:  Officer, General or Managing Agent
255 Kingsbury Grade, 1st Fl.
Stateline, NV 89449
*First Class Mail*

Mason Dixon Funding, Inc.
Attn:  Richard Guber
800 King Farm Blvd., #210
Rockville, MD 20850
*First Class Mail*

TIC Properties Management, Inc.
Attn: Officer, General or Managing Agent
c/o Premier Real Estate Asso.
106 W. 14th Street
Kansas City, MO 64105
*First Class Mail*

Mei Lin Kwan-Gett, Esq.
WIllkie Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-6099
(Richard Loeffler)
*First Class Mail*

Tai Park, Esq.
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022
(Mary Feder)
*First Class Mail*

Jack Auspitz, Esq.
Larry Gerschwer, Esq.
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104
(Stephen Hozie)
*First Class Mail*

NewOak Capital
Attn: Shanker Merchant
485 Lexington Ave., 25th Fl
New York, NY 10017
*First Class Mail*

American Home Mortgage Landlord
Attn:  Officer, General or Managing Agent
103 A Paulette Circle, Suite B
Lynchburg, VA 24502
*First Class Mail*

Winona Partners
Attn: Officer, General or Managing Agent
18231 Hwy. 18, SUite 4
Apple Valley, CA 92307
*First Class Mail*

Pamela Chepiga, Esq.
Patricia Hynes, Esq.
Allen & Overy
1221 Avenue of the Americas
New York, NY 10020
(John Johnson, Nicholas Marfino, Michael McManus, Cathleen Raffaeli)
(Kristian Salovaara, Kenneth Slosser, Irving Thau)
*First Class Mail*

Paul C. Curnin, Esq.
Kenneth Ziman, Esq.
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017
(Michael Strauss)
*First Class Mail*

Frank Wohl, Esq.
Lankler Siffert & Wohl
500 Fifth Avenue
New York, NY 10110
(Robert Bernstein)
*First Class Mail*

National Union Fire Ins. Co.
Attn: Officer, General or Managing Agent
175 Water Street
New York, NY 10038
*First Class Mail*

Mona Dobben
9208 N. 107th Drive
Sun City, AZ 85351
*First Class Mail*

Summit Partners
Attn: Erin Valenti
499 Hamiton Ave.
Palo Alto, CA 21166
*First Class Mail*

Orix Capital Markets
Attn: Cliff Weiner
1717 Main Street, Suite 900
Dallas, TX 75201
*First Class Mail*

McAfee
Attn: James Seltzer
5000 Headquarters Drive
Plano, TX 75024
(Cure Notice)
*First Class Mail*

Laura Beall
11002 Blue Roan Road
Oakton, VA 22124
*First Class Mail*

Federal Deposit Ins. Corp.
Division of Resolution & receiverships
Frank Campagna
1910 Pacific Avenue, Suite 1600
Dallas, TX 75201
*First Class Mail*

UBS (RBK Management)
Attn: Amit Grover
299 Park Avenue, 31st Fl.
New York, NY 10171
*First Class Mail*

New York Mortgage Trust
Attn: David Akre
52 Vanderbilt Avenue
New York, NY 10017
*First Class Mail*

Medallion Financial Group
Attn: Andy Murstein
437 Madison Avenue, 38th Fl.
New York, NY 10022
*First Class Mail*

Quicken Loans
Attn: Rob Kramer
20555 Victor Parkway
Livonia, MI 48152
*First Class Mail*

AS/Computer Consultants
Attn: Officer, General or Managing Agent
7614 Opportunity Drive
Fort Wayne, IN 46825
(Cure Notice)
*First Class Mail*

Chandra Williams
Attn: EBT Administration
Merrill Lynch Trust Company
1300 Merrill Lynch Drive
MSC 0303
Pennington, NJ 08534
*First Class Mail*

Starboard Specialty Funds, LLC
Attn: Shawn Bastic
200 W. Adams Street, Suite 1050
Chicago, IL 60606
*First Class Mail*

Pro Data Computer
Attn: Officer, General or Managing Agent
2809 S 160th St., Suite 401
Omaha, NE 68130
(Cure Notice)
*First Class Mail*

Patrick Townsend and Associates
Attn: Officer, General or Managing Agent
406 Legion Way SE, Suite 300
Olympia, WA 98501
(Cure Notice)
*First Class Mail*

NetMore Inc.
Attn: Mark Freedle
109 East Main Street, Suite 301
Walla Walla, WA 99362
*First Class Mail*

Alison Zea
2839 Tiboron Blvd., East-102
Naples, FL 34109
*Federal Express*

Lexin Capital
Attn: Metin Negrin
645 Madison Avenue
New York, NY 10022
*First Class Mail*

Bancorp Inc.
Attn: Frank Mastrangelo
405 Silverside Road
Wilmington, DE 19809
*First Class Mail*

Federal Deposit Ins. Corp.
Attn: Officer, General or Managing Agent
1601 Bryan Street
Dallas, TX 75201
*First Class Mail*

Evolve Bank & Trust
Attn: W. Scott Stafford
8000 Centerview Parkway, Suite 500
Memphis, TN 38018
*First Class Mail*

Michael A. Glasser
Glasser and Glasser P.L.C.
Crown Center
580 E. Main Street, Suite #600
Norfolk, VA 23510
*First Class Mail*

Henry Jones
Real Estate Broker
Jones Realty
329 W. 18th
Chicago, IL 60616
*First Class Mail*

Terry Hutchens
Hutchens & Senter
4317 Ramsey
PO Box 2505
Fayetteville, NC 28311
*First Class Mail*

Pam Teller
Pam Teller - Keller WIlliams Realty
100 Bluegrass Commons Boulevard
Hendersonville, TN 37075
*First Class Mail*

Payoneer
Attn: Yuvul Tal
410 Park Avenue, 15th Fl.
New York, NY 10022
*First Class Mail*

WL Ross & Co., LLC
Attn: Josh Seegopaul
1166 Avenue of the Americas, 27th Fl.
New York, NY 10036
*First Class Mail*

Blue Bear Properties
c/o Brazos Mgmt Properties
5005 Riverway, Suite 460
Houston, TX 77056
*First Class Mail*

Codilis and Associates, P.C.
Codilis and Associates, P.C.
15W030 N. Frontage Rd, Ste 100
Burr Ridge, IL 60527
*First Class Mail*

Marie Dougherty
God's Country Realty, Inc
38900 FM 1774 Rd.
Magnolia, TX 77355
*First Class Mail*

Doug Hus
Capital Valley Realty
1020 Suncast Ln., Ste 105
El Dorado Hills, CA 95762
*First Class Mail*

George A. Del Cid
Darnella Barnes Real Estate Services
PO Box 3047
PO Box 3047
Antioch, CA 94531
*First Class Mail*

Joy Bailey
Joy Real Estate
45 W. 5th Street
Greenville, SC 29611
*First Class Mail*

Phillip A. Murphy
Re/Max Associates Realtors
1951 51st Street NE
Cedar Rapids, IA 52402
*First Class Mail*

Gret Guenther
AGP Asset Management
2252 Oakdale Ave., Ste 160
Woodland Hills, CA 91367
*First Class Mail*

Lana F. Detro
Ala Carte Realty, LLC
5823 N. Post Rd
Indianapolis, IN 46216
*First Class Mail*

Mary Carnes
Century 21 AA Carnes Inc
382 West State Road
Longwood, FL 32750
*First Class Mail*

Kathryn B. Milstead
Parker, Millken, Clark, O'Hara & Samuelian
555 S. Flower St., 30th Fl
Los Angeles, CA 90071
*First Class Mail*

Bertha Pyne
Selective Homes
501 A Southeast Greenville Boulevard
Greenville, NC 27858
*First Class Mail*

Samuel Resnick
Real Estate  Broker
Exit Realty Asso.
1028 Commonwealth Avenue
Boston, MA 02215
*First Class Mail*

Sheldon Schaffer
Century 21 Advantage
5555 Redwood Street
Las vegas, NV 89118
*First Class Mail*

Ann Bishop
RE/MAX Showcase Homes
912 S. Old Woodward
Birmingham, MI 48009
*First Class Mail*

Rosie O. Jacobs
Jacobs Real Estate
1020 East 4th Street
Okmulgee, OK 74447
*First Class Mail*

Chuck Green
Real Estate  Broker
Pinnacle Real Estate
210 N. Seven Oaks Dr.
Knoxville, TN 37922
*First Class Mail*

Alan Weinreb PLLC
Alan Weinreb PLLC
6800 Jericho Turnpike, Ste 207W
Syosset, NY 11791
*First Class Mail*

Mike Potier
Boardwalk Properties
3948 Atlantic Avenue
Long Beach, CA 90807
*First Class Mail*

Eric H. Lindquist, Esq
Eric H. Lindquist, P.C., L.L.O.
8712 West Dodge Road, Suite 260
Omaha, NE 68114-3419
*First Class Mail*

David C. Nash
Norma J. Gibbs
Long & Foster Realtors
402 S. Main St.
Culpepper, VA 22701
*First Class Mail*

Kenneth Myers
Re/Max Homeward Bound
5061 N. Abbe Rd. #1
Sheffield Village, OH 44035
*First Class Mail*

Grant Masteller
Real Estate  Broker
Marc I Realty LLC
5961 NC Hwy 150E
Denver, NC 28037
*First Class Mail*

Cathy A. Forsythe
First Choice, Realtors
1402 W. Eisenhower Blvd.
Loveland, CO 80537
*First Class Mail*

Cindy Simpson
Prudential Georgia Realty
4750 Alabama Rd. # 50
Roswell, GA 30075
*First Class Mail*

Robert Schmidt
Real Estate  Broker
Prudential California Realty
891 Kuhn Dr., #201
Chula Vista, CA 91914
*First Class Mail*

Lawrence D. Gallagher
Today Real Estate, Inc.
1533 Route 28
Centerville, MA 02632
*First Class Mail*

Jill Drebing
REMAX 10
9926 South West Highway
Oaklawn, IL 60464
*First Class Mail*

Kenneth Bjurstrom
Milliman, Inc.
15800 W. Bluemound Road
Brookfield, WI 53005
*First Class Mail*

Chris Myers
Remax Real Estate Center
365 Glenbrook Drive
Tracy, CA 95377
*First Class Mail*

Carol R. Haynes
Century 21 Joe Walker
409 W. Main St.
Westerville, OH 43081
*First Class Mail*

Linda Vane
REO Real Estate
108 Powers Court
Sterling, VA 20166
*First Class Mail*

Alex Mendenhall
REMAX Executive Realty
7825 Ballantyne Commons Pkwy
Ste 100
Charlotte, NC 28277
*First Class Mail*

James Crouch
Coldwell Banker Apex
4723-A Bradford Dr
Dallas, TX 75219
*First Class Mail*

Wanda Wile
Austin Brokers
3586 Canton Road
Marietta, GA 30066
*First Class Mail*

Brian Russell
Remerica Country Homes
14931 Telegraph Road
Flat Rock, MI 48134
*First Class Mail*

Chris Dunn
Apollo Associates Realty
555 Highway 138, Ste D
Riverdale, GA 30274
*First Class Mail*

Matthew G. Roseman, Esq
Cullen and Dykman LLP
100 Quentin Roosevelt Blvd
Garden City, NY 11530
*First Class Mail*

Grenen & Birsic, P.C.
Grenen & Birsic, P.C.
One Gateway Center, 9th Fl
Pittsburgh, PA 15222
*First Class Mail*

Jason Cox
East Coast Properties
2012 Anthony Rd.
Burlington, NC 27215
*First Class Mail*

Jeryl A. Vallie
Multiple Choice Real Estate
1324 N. Main St.
Adrian, MI 49221
*First Class Mail*

Mark Zeichner
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022
*First Class Mail*

Tammy Yau
Realty World Global
4847 Hopyard Road, Suite 1
Pleasanton, CA 94588
*First Class Mail*

Mitchel Kider
Weiner Brodsky Sidman Kider
1300 Nineteenth Street, 5th Fl.
Washington, DC
*First Class Mail*

Susan Facteau
Tree House Realty Group
1002 Gott
Ann Arbor, MI 48103
*First Class Mail*

Mark Goedert
Goedert Real Estate
30800 12 Mile Road
Bingham Hills, MI 48025
*First Class Mail*

Jeffrey P. Carren
Laner Muchin Dombrow Becker Leving & Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, IL 60610
*First Class Mail*

Keith S. Shaw
Keith S. Shaw & Associates, LLC
1160 Silas Deane Highway
Wethersfield, CT 06109
*First Class Mail*

Bobby E. Shelton
Shelton Properties Inc.
208 N. Logan St.
Gaffney, SC 29341
*First Class Mail*

John F. Pendergast, Jr., Esq
Pendergast & Jones, P.C.
115 Perimeter Center Place, Ste 1000
Atlanta, CA 30346
*First Class Mail*

Beth Stewart-Martinez
Tampa Realty Group & Appraisals, Inc.
8411 N. Seminole Ave.
Tampa, FL 33604
*First Class Mail*

Eugene R. Zachman
Colorado Investors Real Estate Services
1601 S. Pearl Street
Denver, CO 80201
*First Class Mail*

Mary Carnes
Century 21 AA Carnes Inc
382 West State Road
Longwood, FL 32750
*First Class Mail*

Julie Dawson
ERA Kelly and Fischer
139 Ryon Avenue
Hinesville, GA 31313
*First Class Mail*

Anne Rankin
Guarantee Real Estate
7088 N. Maple Avenue
Fresno, CA 93720
*First Class Mail*

Jeanette F. Frankenberg
Stern, Lavinthal, Frankenberg & Norgaard, LLC
293 Eisenhower Parkway, Ste. 300
Livingston, NJ 07039
*First Class Mail*

Craig O'Boyle
O'Boyle Real Estate Group
15 Lambrig Way
Colorado Springs, CO 80906
*First Class Mail*

Renee Bolos
Covenant Properties
1561 Dutch Fork Rd.
Irmo, SC 29063
*First Class Mail*

Arcenio Salinas
Crosstown Realty
570 E. Higgins Road
Elk Grove, IL 60007
*First Class Mail*

Gary J. Weglarz
Applebrook Realty, Inc.
10039 S. Western Avenue
Chicago, IL 60643
*First Class Mail*

Christopher Palmer
Wilson & Associates, PLLC
1521 Merrill Drive, Ste D-220
Little Rock, AR 72211
*First Class Mail*

Marna Holbrook
Secure Real Estate Realty
9065 S. 255 W.
Sandy, UT 84070
*First Class Mail*

Charles K. Watts
Seale, Smith, Zuber & Barnette
8550 United Plaza Blvd., Ste 200
Baton Rouge, LA 70809
*First Class Mail*

David L. Yeager
REMAX of Reading
1290 Broadcasting Rd.
Wyomissing, PA 19610
*First Class Mail*

Gary Hunter
Associate Broker
Re/Max Metro
225 N. State College
Anaheim, CA 92806
*First Class Mail*

Daniel C Consuegra
Law Office of Daniel C Consuegra
9204 King Palm Drive
Tampa, FL 33619
*First Class Mail*

Michele L. Gossett
RE/MAX Realty Center
807 N. Church St.
Watertown, WI 53098
*First Class Mail*

Alan Weinreb PLLC
Alan Weinreb PLLC
475 Sunrise Highway
West Babylon, NY 11704
*First Class Mail*

George Desalvo
Coldwell Banker
350 Bon Air Center
Green Brae, CA 94904
*First Class Mail*

Stephan Black
Re/Max Gold
751 Live Oak Blvd
Yuba City, CA 95993
*First Class Mail*

Albert Hakim
Remax Associates Bank Owned / Investment Division
21610 E. Eleven Mile Road, Suite 5
St. Clair Shores, MI 48080
*First Class Mail*

Gregory A. Balcom
Balcom Law Firm, PC
8584 Katy Freeway, Ste 305
Houston, TX 77024
*First Class Mail*

Cynthia Schmitt
Century 21 Heartland Real Estate
401 E. Springfield Avenue
Champaign, IL 61820
*First Class Mail*

John D. Werkmeister
TEAMwerk Professionals
11859 Pecos St.
Westminster, CO 80234
*First Class Mail*

Eileen Daly
Associate Broker
Prudential Rand
955 Middletown Road
Nanuet, NY 10954
*First Class Mail*

Edward Lukasik
Remax Professionals
440 W Boughton Road
Bolingbrook, IL 60440
*First Class Mail*

Phillip Chernitzer
Famous Services t/a REO Real Estate
5031 Backlick Rd.
Annanoale, VA 22603
*First Class Mail*

Steve Cross
RE/MAX Preferred
8215 S. Eastern Avenue
Las Vegas, NV 89123
*First Class Mail*

Mark Goldin
Re/Max Town & Country
117 West Street
Keene, NH 03431
*First Class Mail*

David Fennell
Routh Crabtree Olsen, P.S.
3535 Factoria Blvd., Suite 200
Bellevue, WA 98006
*First Class Mail*

Lawrence Hahn
Coldwell Banker
11555 Heron Bay Boulevard
Coral Springs, FL 33076
*First Class Mail*

Michelle Syberg
MAPP Mid America Property Partners
1436 Triad Center
St. Peters, MO 63376
*First Class Mail*

David Petkovstk
Realty Executives
185 Cypress Point Pkwy, Suite 4
Palm Coast, FL 32164
*First Class Mail*

LuAnne Anderson
Westhill Real Estate
2519 Blossom Street
Dos Palos, CA 93620
*First Class Mail*

Myra Bridges
Century 21 Anderson Properties
503 Jolly Acres
Anderson, SC 29621
*First Class Mail*

Juliet Hardy
White House Properties
3825 E. Thousands Oaks Boulevard
Oak Park, CA 91377
*First Class Mail*

Peggie Wattron
Century 21 Lighthouse Realty
4455 Baymeadows Road, #104
Jacksonville, FL 32217
*First Class Mail*

Kelly A. Poole
Rosicki, Rosicki & Associates
51 East Bethpage Rd.
Plainview, NY 11803
*First Class Mail*

Jan Leighton
JD Campbell Realty, Inc.
9098 W. Pinnacle Peak
Peoria, AZ 85383
*First Class Mail*

Catherine Richmond
Home & Land Professionals, LLC
1208 National Avenue
Las Vegas, NM 87701
*First Class Mail*

Kenneth Rusin, Jr
Four Seasons Realty Inc.
407 N. Northwest Highway
Palestine, IL 60067
*First Class Mail*

Diane Howard
Re/Max Realty Associates
1 Real Estate Way
Spartanburg, SC 29302
*First Class Mail*

Terry Miles
Terry Miles Broker
7401 El Camino Real
Atascadero, CA 93422
*First Class Mail*

Robert J. Hopp
Robert J. Hopp & Associates, LLC
999 18th Street, Suite 805
Denver, CO 80202
*First Class Mail*

Rita Zerbo
Keller Williams Realty
3730 Roswell Road, Suite 150
Marietta, GA 30062
*First Class Mail*

Pam Brown
Clark- Branch Realtors
3710 Dover Drive
Ayden, NC 28513
*First Class Mail*

Jennifer L. Buehler
NRT New England Incorporated d/b/a/ Coldwell Banker
24 Washington Avenue
North Haven, CT 06473
*First Class Mail*

James A. Geske
WIlford & Geske, PA
7650 Currell Blvd., Ste 300
Woodbury, MN 55125
*First Class Mail*

Bonnie Hall
Gracious Living Realty
3039 Glenmont Dr.
Roanoke, VA 24018
*First Class Mail*

W L. Longshore
Longshore Buck & Longshore, P.C.
2009 2nd Avenue North
Birmingham, AL 35203
*First Class Mail*

Beth J. Zeitzer
R.O.I. Properties
2025 N 3rd  Street, Suite #157
Phoenix, AZ 85004
*First Class Mail*

Thomas Sawyer
TPS Business Services, Inc.
661 Eldridge Ave. E
Maplewood, MN 55117
*First Class Mail*

Michael Sullivan
Moss Codilis, LLP
6560 Greenwood Plaza, Blvd., Suite 100
Englewood, CO 80111
*First Class Mail*

Lawrence D. Gallagher
Today Real Estate, Inc.
1533 Route 28
Centerville, MA 02632
*First Class Mail*

Kevin Goodnight
Prestige Properties LLC
392 Thompson Creek Center
Stevensville, MD 21666
*First Class Mail*

Frank Kutch
Century 21 Arrow Realty, Inc.
2145 East Main Street
Leesburg, FL 34748
*First Class Mail*

Scott Gies
25800 Northwestern Hwy., Suite 950
Southfield, MI 48075
(Adelbert Moss)
*First Class Mail*

Craig Fiederlien, Esq.
Christenson & Fiederlein, PC
302 E. Court Street
Flint, MI 48502
(Wykes - Sugg of Bankruptcy)
*First Class Mail*

Hope A. Del Carlo, Esq
Oregon Law Center
921 SW Washington Street, Suite 516
Portland, OR 97205
(Penny Montague - Sugg of Bankruptcy)
*First Class Mail*

Timothy McFarlin, Esq.
4 Park Plaza, Suite 1025
Irvine, CA 92614
(Susan David)
*First Class Mail*

Joseph Fusco
Century 21 Classic Homes
2239 Main Street
Glastonbury, CT 06033
*First Class Mail*

Joann Outland
Outland Inc
350 James Way, Suite 130
Pismo Beach, CA 93449
*First Class Mail*

Jeanne Reagan
John Hall & Associates
9366 E. Raintree Dr.
Scottsdale, AZ 85260
*First Class Mail*

Michael D. Hayes
Varga Berger Ledsky & Casey
224 S. Michigan Avenue, Suite 350
Chicago, IL 60604
*First Class Mail*

Ometrius Deon Long
400 Park Avenue South, Suite 150
Winter Park, FL 32789
*First Class Mail*

Robin E. Paley, Esq
Law Offices of Robin E. Paley, A PLC
15915 Ventura Blvd., Suite 303
Encino, CA 91436
(Lisa Stone)
*First Class Mail*

Lee A. Weiss, Esq
Dreier LLP
499 Park Avenue
New York, NY 10022
(Valenzuela - Sugg of Bankruptcy)
*First Class Mail*

James Beeler
27651 Morningside
Lathrup Village, MI 48076
(James Beeler)
*First Class Mail*

T. Hall Brehme IV, Esq.
Purdy & Brehm
9820 WIllow Creek Road, Suite 490
San Diego, CA 92131
(Holmes)
*First Class Mail*

Bernhardt Christenson, III
302 E. Court Street
Flint, MI 48502
*First Class Mail*

Frank & Nora Estes
3738 E. Eugie Avenue
Phoenix, AZ 85032
*First Class Mail*

Thomas Fellman
6344 Grand Cypress Circle
Lake Worth, FL 33463
*First Class Mail*

Paul R. Kiesel, Esq
Kiesel Boucher Larson LLP
8648 Wilshire Blvd.
Beverly Hills, CA 90211
(Valenzuela - Sugg of Bankruptcy)
*First Class Mail*

Brad Aldrich, Esq.
276 S. Union St., Suite 1
Plymouth, MI 48170
(Sandra Vance)
*First Class Mail*

Brett Grossman
Westrate & Thomas
204 Commercial St.
PO Box 359
Dowagiac, MI 49047
*First Class Mail*

Daniel Harvill
2740 Chain Bridge Road
Vienna, VA 22181
*First Class Mail*

Sandra I. Tiberi, Esq.
Hemar, Rousso & Heald, LLP
15910 Ventura Boulevard, 12th Floor
Encino, CA 91436
(LowerMyBills - Sugg of Bankruptcy)
*First Class Mail*

Timothy A. Charshaf, Esq
The Heritage Law Group, A.P.C.
1101 Investment Boulevard, Suite 125
El Dorado Hills, CA 95762
Rucker - Sugg of Bankruptcy
*First Class Mail*

Mark E. Griffin, Esq
Griffin & McCandlish
215 SW Washington Street, Suite 202
Portland, OR 97202
(Montague - Sugg of Bankruptcy)
*First Class Mail*

Wm. Spielberger, Esq.
53 W. Jackson Blvd., Suite 1231
Chicago, IL 60604
(Perez)
*First Class Mail*

Douglas & Elizabeth Thompson
8548 Highway 20/26
Nanpa, ID 83687
*First Class Mail*

Janice LaGesse
4804 Granite Drive, Suite F-3 #359
Rocklin, CA 95677
(LaGesse)
*First Class Mail*

Jonathan Zak, Esq.
Wright, Finaly & Zak
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Citifinancial
*First Class Mail*

Rocco DeLeonardis, Esq.
8317 Centreville Road, Suite 213
Manassas, VA 20111
(Alemendarez)
*First Class Mail*

Konstantin Pakulov
6634 Lankershim Blvd., #B
North Hollywood, CA 91606
(Konstantin Pakulov)
*First Class Mail*

Audrie Lawton, Esq.
Lawton & Associates
9900 Westpark Drive, Suite 275
Houston, TX 77063
(Phipps - Sugg of Bankruptcy)
*First Class Mail*

Auburn Bainbridge Excavating
11313 East Washington Street
Chagrin Falls, OH 44023
(Perez)
*First Class Mail*

Charles Ziegler, Esq.
1030 Lafayette St.
PO Box 53513
Lafayette, LA 70505
(Barbara Adams)
*First Class Mail*

US Bank Corp
Attn:- Officer, General or Managing Agent
PO Box 790448
St. Louis, MO 63179
*First Class Mail*

Avalon Bay Community Properties
Attn: Property Owner
2900 Eisenhower Avenue, Suite 300
Alexandria, VA 22314
(10th Rejection Motion)
*First Class Mail*

Atlantic Business Systems
Attn: Officer, General or Managing Agent
PO Box 26200
New York, NY 10087
*First Class Mail*

David M. Arbogast, Esq
Arbogast & Berns LLP
19510 Ventura Boulevard, Suite 200
Tarzana, CA 91356
(Valenzuela - Sugg for Bankruptcy)
*First Class Mail*

James Ochs, Esq.
149 North Meramec, 2nd Fl.
St. Louis, MO 63105
(William Beck)
*First Class Mail*

Daniel Goulding
McCarthy & Holthus
1770 Fourth Avenue
San Diego, CA 92101
*First Class Mail*

Realty Associates Fund V LP
Attn: Officer, General or Managing Agent
801 Arthur Godfrey Road, Suite 600
Miami, FL 33140
*First Class Mail*

CIT Technology Financial Services
c/o PNC Bank- Officer, General or Managing Agent
PO Box 550599
Jacksonville, FL 32255
*First Class Mail*

Avalon Bay Communities, Inc.
Attn: Customer Care Center
3901 Sabre Street, Suite 100
Virginia Beach, VA 23452
(10th Rejection Motion)
*First Class Mail*

Avalon Bay Community Properties
Attn: Manager
100 Court North Drive
Melville, NY 11747
(10th Rejection Motion)
*First Class Mail*

Ricoh Corporation
Attn: Officer, General or Managing Agent
PO Box 41601
Philadelphia, PA 19101
*First Class Mail*

Moody's Wall Street Analysis, Inc.
Attn: Officer, General or Managing Agent
395 Oyster Point Blvd., Suite 215
South San Francisco, CA 94080
(7th Rej Motion)
*First Class Mail*

David Wiseblood, Esq.
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
(10220 SW Greenberg Road;5000 Meadows, Lake Oswego,
OR)
*First Class Mail*

Pamela Bosswick, Esq.
Satterlee Stephens Burke & Burke
230 Park Avenue
New York, NY 10169
(7th Rej Motion)
*First Class Mail*

Moody's Investors Service, Inc.
Attn: Officer, General or Managing Agent
99 Church Street
New York, NY 10007
7th Rej Motion
*First Class Mail*