UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :   Jointly Administered
                        Debtors.                                 :
                                                                 :   Ref. Docket No. 9213, 9405
---------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL
## REGARDING THE MILLS CLAIMS

On or about August 13, 2010, Deborah Mills ("Ms. Mills") filed administrative expense claims numbered 10802, 10803, 10804, 10805, 10806, 10807, 10808 and 10809 (the "Mills Claims"). As set forth in the *Scheduling Order Relating to the Motion of Deborah Mills for Order to (I) Amend Proof of Claim and (II) Motion for Order of Allowed Administrative Expense Claim Priority Against the Estate Pursuant to Section 503(b) of the Bankruptcy Code in Immediately Available Funds and (III) Order of Right to Protection of Certain Property Interest Under Section 361 or (IV) Avoidance Action Against Debtors Pursuant to Section 549* [D.I. 9149, as amended by 9213] (the "Scheduling Order"), the Mills Claims included any and all causes of action to be asserted against the above captioned debtors and debtors in possession (collectively, the "Debtors") and superseded previously-filed claims filed by Ms. Mills.

In accordance with the Scheduling Order, on November 3, 2010, the Debtors objected to the Mills Claims [D.I. 9405] (the "Objection").

---

[1] The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holdings"); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580) (collectively, "AHM" or the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

An evidentiary hearing (the "Hearing") on the Mills Claims and the Objection was held November 22-24, 2010. At the conclusion of the Hearing, the Court made certain findings of fact and conclusions of law, as set forth more fully on the record, and ordered that the Mills Claims were disallowed and expunged.

Attached hereto as Exhibit A (the "Proposed Order") is the Debtors' proposed form of order disallowing and expunging the claims in their entirety.

Counsel for Ms. Mills has reviewed the Proposed Order, but does not consent to the language therein. Accordingly, Ms. Mills may be filing a separate, competing order.

The Debtors believe that the attached Proposed Order is consistent with the Court's ruling at the Hearing and respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: Wilmington, Delaware  
December 3, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP  
/s/ Sean M. Beach  
Sean M. Beach (No. 4070)  
Sharon M. Zieg (No. 4196)  
Erin D. Edwards (No. 4392)  
Margaret Whiteman Greecher (No. 4652)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253  
Counsel for Debtors and Debtors-in-Possession

YCST01:10435444.2     066585.1001

## EXHIBIT A

Proposed Order

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                                       :  Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,¹             :
                                                             :  Jointly Administered
                              Debtors.                       :
------------------------------------------------------------ x  Ref. Docket No. 9213, 9405
```

## ORDER DISALLOWING AND EXPUNGING THE MILLS CLAIMS

Upon consideration of the administrative expense claims numbered 10802, 10803, 10804, 10805, 10806, 10807, 10808 and 10809 (the "Mills Claims") filed by Ms. Deborah Mills ("Ms. Mills") against the above-captioned debtors and debtors in possession (the "Debtors"), and the related pleadings including, but not limited to, the Debtors' objection to the Mills Claims [D.I. 9405] (the "Objection") by which the Debtors requested the entry of an order disallowing and expunging in full each of the Mills Claims; and an evidentiary hearing (the "Hearing") having been held on November 22-24, 2010 in accordance with the *Scheduling Order Relating to the Motion of Deborah Mills for Order to (I) Amend Proof of Claim and (II) Motion for Order of Allowed Administrative Expense Claim Priority Against the Estate Pursuant to Section 503(b) of the Bankruptcy Code in Immediately Available Funds and (III) Order of Right to Protection of Certain Property Interest Under Section 361 or (IV) Avoidance Action Against Debtors Pursuant to Section 549* [D.I. 9149, as amended by 9213] (the "Scheduling Order"); and it appearing that

---

[1] The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holdings"); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580) (collectively, "AHM" or the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having set forth certain findings of fact and conclusions of law on the record at the Hearing; and sufficient cause appearing thereof; it is hereby

ORDERED that the findings of fact and conclusions of law regarding the Mills Claims set forth by this Court on the record at the Hearing are fully incorporated by reference herein; and it is further

ORDERED that the Objection is SUSTAINED; and it is further

ORDERED that the Mills Claims shall be disallowed and expunged in their entirety with prejudice, and it is further

ORDERED that, in accordance with the Scheduling Order, all previously filed or asserted claims, motions or causes of action of Ms. Mills shall be deemed disallowed and expunged with prejudice; and it is further

ORDERED that Ms. Mills is barred from filing or asserting any further Claim (as such term is defined in section 101(5) of the Bankruptcy Code) against the Debtors or their successors.

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      December ___, 2010

                                                CHRISTOPHER S. SONTCHI
                                                UNITED STATES BANKRUPTCY JUDGE