UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :  Jointly Administered
                        Debtors.                                 :
                                                                 :  **Ref. Docket No. 9463**
---------------------------------------------------------------- x

### CERTIFICATION OF COUNSEL REGARDING ORDER DENYING MOTION FOR SANCTIONS FILED BY DEBORAH MILLS

On November 17, 2010, Deborah Mills ("Mills") filed a letter with the Court [D.I. 9463] (the "Motion"). By the Letter, Mills moved for sanctions alleging a violation of Rule 45 of the Federal Rules of Civil Procedure with respect to the subpoena of records from Owens & Associates for the production of Mills's personal income tax returns for the years 2003-2006.

An evidentiary hearing was held November 22-24, 2010 and pursuant to the findings and conclusions of the Court, as set forth on the record, the Court found no sanctions were warranted. A form of order denying the request for sanctions sought in the Motion is attached hereto as Exhibit A (the "Proposed Order").

Counsel for Ms. Mills has reviewed the Proposed Order, but does not consent to the language therein. Accordingly, Ms. Mills may be filing a separate, competing order.

---

[1] The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holdings"); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580) (collectively, "AHM" or the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

       The Debtors believe that the Proposed Order accurately reflects the Court's ruling and respectfully request that the Court approve the Proposed Order.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>December 3, 2010 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>     /s/ Sean M. Beach<br>Sean M. Beach (No. 4070)<br>Sharon M. Zieg (No. 4196)<br>Erin D. Edwards (No. 4392)<br>Margaret Whiteman Greecher (No. 4652)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Counsel for Debtors and Debtors-in-Possession |

## EXHIBIT A

Proposed Order

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[2]               :
                                                                 : Jointly Administered
                            Debtors.                             :
                                                                 : Ref. Docket No. 9463
---------------------------------------------------------------- x

## ORDER DENYING MOTION FOR SANCTIONS FILED BY DEBORAH MILLS

The Court having considered the letter for sanctions against the Debtors and Young Conaway Stargatt & Taylor, LLP for violation of Rule 45(b) of the Federal Rules of Civil Procedure with respect to the subpoena of records from Owens & Associates for the production of Mills's personal income tax returns for the years 2003-2006 (the "Motion"), and finding that no sanction was warranted;

IT IS HEREBY ORDERED, that the Motion is denied, and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of the Order.

Dated: Wilmington, Delaware
_____ \_\_\_\_\_, 2010

                              CHRISTOPHER S. SONTCHI
                              UNITED STATES BANKRUPTCY JUDGE

---

[2] The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holdings"); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580) (collectively, "AHM" or the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.