IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :  Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                            :
                                                              :  Jointly Administered
                                                              :
           Debtors.                                           :  Ref. Docket No. 9445 and 9477
------------------------------------------------------------- x

### CERTIFICATION OF COUNSEL REGARDING ORDER DENYING MOTION IN *LIMINE* OF CLAIMANT DEBORAH E. MILLS FOR AN ORDER EXCLUDING ANY EVIDENCE RELATED TO MILLS' TAX RETURNS AND SCHEDULES SUBMITTED DURING HER PERSONAL BANKRUPTCY CASE

The undersigned counsel hereby certifies that:

On November 14, 2010, Deborah E. Mills filed the *Motion in Limine of Claimant Deborah E. Mills for an Order Excluding any Evidence Related to Mills' Tax Returns and Schedules Submitted During Her Personal Bankruptcy Case* [Docket No. 9445] (the "Motion in Limine").

On November 19, 2010, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Objection to Claimant Deborah E. Mills's Motion in Limine for an Order Excluding any Evidence Related to Mills' Tax Returns and Schedules Submitted During Her Personal Bankruptcy Case* [Docket No. 9477] (the "Debtors' Objection").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

On November 22, 2010, the Court held a hearing (the "Hearing") on the Motion in *Limine*. At the Hearing, for the reasons set forth on the record, the Court denied the Motion in *Limine*.

Counsel for Ms. Mills has reviewed the attached Proposed Order (the "Proposed Order"), but does not consent to the language therein. Accordingly, Ms. Mills may be filing a separate, competing order.

The Debtors believe that the Proposed Order accurately reflects the Court's ruling and respectfully request that the Court approve the Proposed Order.

Accordingly, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: Wilmington, Delaware  
December 3, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sean M. Beach*  
Sean M. Beach (No. 4070)  
Sharon M. Zieg (No. 4196)  
Erin D. Edwards (No. 4392)  
Margaret Whiteman Greecher (No. 4652)  
Morgan L. Seward (No. 5388)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

*Counsel for Debtors and Debtors in Possession*

## EXHIBIT A
### (PROPOSED ORDER)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :  Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[2]                           :
                                                             :  Jointly Administered
                                                             :
         Debtors.                                            :  Ref. Docket No. 9445 & 9477
                                                             :
------------------------------------------------------------ x

## ORDER DENYING MOTION IN *LIMINE* OF CLAIMANT DEBORAH E. MILLS FOR AN ORDER EXCLUDING ANY EVIDENCE RELATED TO MILLS' TAX RETURNS AND SCHEDULES SUBMITTED DURING HER PERSONAL BANKRUPTCY CASE

Upon consideration of the *Motion in Limine of Claimant Deborah E. Mills for an Order Excluding any Evidence Related to Mills' Tax Returns and Schedules Submitted During Her Personal Bankruptcy Case* [Docket No. 9445] (the "**Motion in *Limine***") and the *Debtors' Objection to Claimant Deborah E. Mills's Motion in Limine for an Order Excluding any Evidence Related to Mills' Tax Returns and Schedules Submitted During Her Personal Bankruptcy Case* [Docket No. 9477] (the "**Debtors' Objection**"); and a trial on the Motion in Limine and the Debtors' Objection having been held November 22-24, 2010 (the "**Trial**"); and after due deliberation and for the reasons stated on the record at the Trial, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1.    The Motion in *Limine* is DENIED.

---

[2]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road,

2. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       December ___, 2010

                                                                          Christopher S. Sontchi
                                                                          United States Bankruptcy Judge

---

Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.