IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                :
                                                                 :   Jointly Administered
                                      Debtors.                   ::
---------------------------------------------------------------- x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on December 2, 2010, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Notice of Effective Date [D.I. 9519]

_____
Debbie Laskin

      SWORN TO AND SUBSCRIBED before me this 3 day of December 2010.

_____
Notary Public

KASSANDRA ANN RIDDLE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 10, 2012

Juliet Hardy
White House Properties
3825 E. Thousand Oaks Blvd.
Suite I
Westlake Village, CA 91362

Berton Maley
Codilis & Associates
15W030 North Road
Burr Ridge, IL

Sandra Kraege Higby
The Law Office of Sandra Kraege Higby
482 Southbridge Street
Suite 353
Auburn, MA 01501

Joseph Pascoe
Orlans Associates, P.C.
2501 Rochester Court
Troy, Michigan 48083

Jeanette Yates
Barbara Realty, Inc.
1046 W. Busch Blvd.
#300
Tampa, FL 33612

Joe Tetzlaff
RE/MAX Professionals
2475 W. Monroe St.
Springfield, IL 62704

Cynthia Schmitt
Century 21 Heartland Real Estate
401 E. Springfield Ave.
Champaign, IL 61820

James F. Grenen
Grenen & Birsic, P.C.
One Gateway Center
Ninth Floor
Pittsburgh, PA 15222

Allen J. Reis
Weltman, Weinberg & Reis, Co., LPA
965 Keynote Circle
Brooklyn Heights, Ohio 44131

John F. Michaels
John F. Michaels, Chartered
4252 W. 124th Terrace
Leawood, KS 66209

Jeffrey Cameron
Counselor Realty
13601 80th Circle N
Maple Grove, MN 55369

Ronnie Perry
Ronnie Perry Realty Company, Inc.
3144 Cypress Mill Rd.
Brunswick, GA 31525

Kim Novak
Real Estate Professionals, Inc.
518 Eastern Blvd
Baltimore, MD 21221

John B. Philip
Crislip, Philip & Associates
4515 Poplar Avenue
Suite 322
Memphis, Tennessee 38117

Thomas Stephenson
North River Realty
412 Front St.
Beaufort, NC 28516

James M. Peterman
Blommer Peterman, S.C.
13700 W. Greenfield Avenue
Brookfield, WI 53005

Stephen N. Goldberg
Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue
Suite 208
Towson, MD 21204

Armand J. Howell
Matheson, Mortensen, Olsen & Jeppson, PC
648 East First South
Salt Lake City, Utauh

Joshua Lobe
Lobe & Fortin
30 Kimball Avenue
South Burlington, Vermont

Susan C. Little
Susan C. Little & Associates, P.A.
4501 Indian School Rd., NE
Suite 101
Albuquerque, NM 87110

Jack Creaven
Jack Creaven/Remax
101 North Precinct Rd.
Centerville, MA 02632

Michael W. Zientz
Mackie Wolf & Zientz PC
14180 N. Dallas Parkway
#660
Dallas, TX 75254

Jeffrey L. Robbins
Rund Wallman & Robbins LLP
151 N. Delaware Street
Suite 520
Indianapolis, Indiana 46204-2535

Kevin Godley
REMAX Olson & Associates
3835 E. Thousand Oaks Blvd
Units K-N
Westlake Village, CA 91362

Brian McCaffrey
McCaffrey Professional Association
163 Water Street
P.O. Box 616
Exeter, New Hampshire 03833

Travis Larsen
Presidential Realty LLC
4856 E. Baseline Rd.
#104
Mesa, AZ 85206

Kathryn Rodriguez
PMZ Real Estate
1600 N. Carpenter Rd.
Suite A2
Modesto, CA 95351

Peggy McNichols
Phoenician Properties Real Estate
6991 E. Camelback Rd.
D105
Scottsdale, Arizona 85251

Todd Miller
Nevada Realty Solutions
8942 Spanish Ridge Ave.
Las Vegas, NV 89148

Robert L. Smart
Prudential Kansas City Realty
7400 State Line
Prairie Village, Kansas 66208

Marina Dubrova
Metro Brokers/ McClure & Assoc.
3000 Youngfield St.
Ste. #285
Lakewood, CO 80215

Rebecca Clark
Clark Company, INC.
722 N. 11th Street
Ste. B
Lafayettee, IN 47904

Scott Phebus
Walker Realty Group
155 E. Boardwalk Dr.
Suite #400
Ft. Collins, CO 80525

Ovidio Deleon
Quantum Real Estate Group
2403 Sweet Sage St.
Chula Vista, CA 91915

Neven Spralja
Real Solution
127 Avenida Del Mar
#2B
San Clemente, CA 92672

Frederick D. Byrd
A.M.F & Associates, LLC
3100 Lorna Rd
Suite 306
Birmingham, AL 35216

| | |
|---|---|
| Dorothy S. Buse<br>Coldwell Banker Ackley Realty<br>22 W. Monument Ave.<br>Kissimmee, FL 34741 | Dennis Fox<br>Mckinzie Nielsen Real Estate<br>3400 Calloway Drive<br>Suite 800<br>Bakersfield, CA 93312 |
| Sarah E. Powers<br>Powers Kirn, LLC<br>728 Marne Highway<br>Suite 200<br>Moorestown, New Jersey 08057 | Tim Sparaco<br>Alamo Better Homes<br>2035 Fairbanks St.<br>San Leandro, CA 94577 |
| Gregory S. Kurzner<br>Re/Max Greater Atlanta – The Kurzner Group<br>3554 Old Milton Parkway<br>Alpharetta, GA 30005 | Mitzi Wasdin<br>Re/Max United<br>1000 Bankhead Ave.<br>Carrollton, GA 30117 |
| Dale Friend<br>Caldwell Banker MLRE<br>14255 Mono Way<br>Sonora, CA 95370 | Herlinda Sandoval-Ryan<br>Keller Williams Realty<br>8148 La Mesa Blvd.<br>La Mesa, CA 91941 |
| Clifton E. Green<br>Allison James Estates & Homes<br>915 Highland Pointe Dr<br>Ste. 250<br>Roseville, CA 95678 | Robert Hosch<br>Butler 7 Hosch, PA<br>3185 South Conway Road<br>Orlando, FL 32812 |
| Jeff Duncan Brecht<br>Sussman Shank LLP<br>1000 SW Broadway<br>Suite 1400<br>Portland, Oregon 97205 | Christine K. Nichols<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>200 West Madison<br>Suite 3900<br>Chicago, IL 60606-3465 |

Jared W. Jones
Horizon Realty Group, a Nevada LLC
5071 N. Rainbow Blvd
#180
Las Vegas, NV 89130

Gina Daugherty
Daugherty Realtors, Inc.
5 N. Main Street
Walton , Kentucky 41094

Danielle Smith
Riverpointe Realty Walker & Associates
645 Griswold
#4400
Detroit, MI 48226

Catherine Richmond
Home & Land Professionals
1208 National Ave.
Las Vegas, NM 87701

Coya J. Smith
Re/Max Properties
504 W. Burlington
LaGrange, IL 60525

Steve Cross
Re/Max Prefered
8215 S. Eastern Ave.
Suite 215
Las Vegas, NV 89123

Dawn Meyers
Susan River Realty
170 Russell Ave.
STE A
SusanVille, CA 96130

Andrew Armato
Realty Executives Area Realtors
100 NE Englewood Rd.
Gladstone. MO 64118

Paul A. DiSegna
Re/Max Metro
401 Jefferson Blvd.
Warwick, RI 02886

H. Hutchens
Affiliated Realtor
3630 35th Ave.
Oakland, CA

Stephan Black
Re/Max Gold
951 Live Oak Blvd.
Yuba, CA

Debra Bridges
Re/Max Associates
21610 E. 11 Mile, # 4
St. Claire Shores, MI 48081

Lavina Pratt
Eagle Hill Properties
771 Eagle Hills Way
Eagle, ID 83616

David R. Holt
Today Real Estate, Inc.
1533 Falmouth Road (Rt.28)
Centerville, MA 02632

Jennifer Gage
Associated Brokers A.R.E. Corporation
410 Century Park Dr.
Yuba City, CA 95991

Jamie Gonzalez
Windermere Signature Collection
5119 Lone Tree Way
Antioch, CA 94531

Anthony Pagones
Windermere Real Estate Company
301 NE 100th Street
Suite 200
Seattle, WA 98125

Kahlil Ali
Re/Max Colonial Homes
10903 Indian Head Hwy
Ft. Washington, MD 20744

Christopher M. Bunton
Chartwell Realty
783 NE Anderson Ln.
Lee's Summit, MO 64064

Reggie A. McMullin
Keller Williams Realty
100 Grapevine Hwy
Hurst, TX 76054

Cristina Krupka
Premier Realty Group, Inc.
5990 Kipling Parkway # 102
Arvada, CO 80004

Karen Karr
Re/Max Town Center
4100 Regent St.
Suite B
Columbus, OH 43219

Sidney Fields
Fairfax Realty, Inc.
8555 6th Street
Suite 202
Silver Spring, MD 20910

LuAnne Anderson
Westhill Real Estate
2519 Blossom Street
Dos Palos, CA 93620

Ann Bishop
Re/Max Showcasr Homes
912 S. Old Woodward Ave
Birmingham, MI 48009

Sandria Bernardini
California Real Estate Services
795 Indigo Court, #E
Pomona, CA 91767

Frederick D. Byrd
A.M.F & Associates, LLC
3100 Lorna Rd.
Suite 306
Birmingham, AL 35216

Jason Dillard
ADAO & Associates
5079 Lone Tree Way
Antioch, CA 94531

Marguerite Crespillo
Realty First Corporation
97 Vernon Street
Roseville, CA 95678

Kristin Sullivan
ERA The Masiello Group
72 South River Rd.
Bedford, NH

Louis Sterling, IV
Taft Capital Funding
8306 Wilshire Blvd
Suite 2034
Beverly Hills, CA 90211

Melissa Hylton
Home Realty, Inc.
659 Auburn Ave., #g13
Atlanta, GA 30312

Kristian Peter
San Diego Realty, Inc.
275 3rd Ave.
Chula Vista, CA 91910

Bari J. Gambacorta
Farr Burke Gambacorta & Wright
1000 Atrium Way, Suite 401
Mount Laurel, NY 08054

Sharon Hankla
CMS Legal dba Castle, Meinhold & Stawiarski
13725 Struthers Road, Suite 201
Colorado Springs, CO 80921

Marc Wenger
Jackson Lewis LLP
58 South Service, Suite 410
Melville, NY 11747

Rita Honeycutt
Regional Realty
2300 Highway 1054 N.
Palmouth, KY

Charles Cochran
Santa Fe Realty
6316 Franklin Bluff
El Paso, TX 79912

John Clayton
Charles Rutenberg Realty
4709 W. Clear Avenue
Tampa, FL 33629

Chad Evans
Realty Executives Pointes
15011 Kercheval
Gross Point Park, MI 48230

Vincent Coutryer
Millennium Realtors Corp.
2045 W. Walnut Hill Lane
Irving, TX 75038

Douglas Ramos
Alliance Realty
1449 B East 2nd Str.
Plainfield, NJ 07060

Peggy McNichols
Phornician Properties
6991 E. Camelback Road
Scottsdale, AZ 85251

Michael Weaster
Century 21 Excel
9235 Katy Freeway, 2nd Fl
Houston, TX 77024

Anthony Colas
Central 2000's Management
329 Central Avenue
Orange, NJ 07050

Roger Burnett
Summit Real Estate
304 SW 16th St.,
Pentonville, AR 72712

Bruce Ibold
Huff Realty Inc.
6770 Cheviot Road
Cinti, OH 45247

Richard Ullstrom
Alaska Trustee, LLC
3000 A. Street, Suite 200
Anchorage, AL 99503

Michele Dickinson
Professional Real Estate
29591 Nuevo Road
Neuvo, CA 92567

Priscilla Mendoza
Century 21 King Realtors
2598 S. Archibald Ave., Suite E
Ontorio, CA 91761

Linda Leaf
Keller Williams
6510 Town Center
Clarkston, MI 48346

Craig Ball
Ball Realty Inc.
306 W. Michigan Ave.
Three Rivers, MI 49093

Steffanie Countryman
West USA Realty
2266 S. Dobson
Mesa, AZ 85202

Marthana Green
Orchid Real Estate
1842 Dartmouth Dr.
Middleburg, FL 32068

Marthana Green
Orchid Real Estate Services
7 Orchid Ave.
Middleburg, FL 32068

Michelle Sheehan
Gaston & Sheehan Realty
1420 Highway 685
Pflugerville, TX 78660

Lema Perkins
Century 21 Metro Alliance
19820 N. 7th St., Suite 100
Phoenix, AZ 85024

Stanley Abraham
Century 21 Metro Alliance
19820 N. 7th St., #100
Phoenix, AZ 85024

Helga Hess
Realty of California 122 Clarmonte
Santa Cruz, CA 95065

Mike Novak-Smith
Re/Max Results
23580 Sunnymead Blvd.
Moreno Valley, CA

Jackie Cooper
Beltway Realty
256 N. Sam Houston Parkway E. Suite 160
Houston, TX 77060

Joann Outland
Outland & Asso.
1566 W. Grand Ave.
Grover Beach, CA 93433

Bobby Shelton
Shelton Properties
208 N. Logan Street
Gaffney, SC 29341

usan Trent
.othberg Logan & Warsco, LLP
10 West Berry Street, Suite 2100
ort Wayne, IN 46802

)onna Burton
RA Buckhead Realty
95 South Atlanta St.
.oswell, GA 30075

/ayne Strickland
:itty Dunes Realty
620 N. Croatan Hwy.
:itty Hawk, NC 27949

fillie Allie
latinum 500 Realty
915 Cascade Road, suite T-134
.tlanta, GA 30331

:ruce Ailion
.e/Max Communities
35 Johnson Ferry Road
farietta, GA 30068

Royce West
West & Asso.
320 S.R.L. Thornton Frwy, Suite 300
Dallas, TX 75203

Michele Gossett
Re/Max Realty Center
807 N. Church St.
Watertown, WI 53098

Nicole Robinson
Prudential Landmark Properties
7717 Macomb
Gross Ile, MI 48183

Amy Hendrix
The Hendrix Group
900 Logan St.
Denver, CO 80203

John McArdle
Reamerica Hometown One
44785 Five Mile
Plymouth, MI 48170

Betty Craig
Saylor Realty LLC
320 W. McLane
Osceola, IA 50213

Richard Novak
Re/Max All Stars
6809 Indiana Avenue
Riverside, CA 92506

ick Rogers
remiere Realty
630 Fountainview, Suite 225
ouston, TX 77057

onnee Tumbarello
ction Real Estate Network
823 N. Harlem Ave.
hicago, IL 60634

ethany Drew
ileman Real Estate
1065 Cathell Road
erlin, MD 21811

oger Erickson
mericana Properties Inc.
220 E. Powell Blvd.
resham, OR 97030

ike Pate
ealty Executives
00 NW Englewood Road
ladstone, MO 64118

ustin Ford
570 Fishinger Blvd.
illiard, OH 43026

erald Van Dyke
rudential Realtors
025 Wisconsin Ave., NW
ashington, D.C. 20016

Kristin Sullivan
ERA The Masiello Group
72 South River Road
Bedford, NH 03110

Kenneth Davis
Re/Max All Cities Realty
7920 W. Sunset Blvd., Suite 100
Los Angeles, CA 90046

Terri Pirtle
Real Living Realty Services
7283 Old Troy Parkway
Huber Heights, OH 45424

Steven Pite
Pite Duncan LLP
525 East Main Street
El Cajon, CA 92020

Linda Arms
Houston-Key Realty
111 CR 2259
Cleveland, TX 77327

Jason Benham
Benham Real Estate Group
552 Newell St.
Concord, NC 28025

Richard Conflitti
American REO Services
22422 Gratiot Ave.
Eastpointe, MI 48021

ester Leu
eu & Okuda
22 Merchant Street
1ain Floor
[onolulu, Hawaii 96813

Steven Weinberg
Greenberg Glusker Fields Claman & Machtinger LLP
1900 Avenue of the Stars, 21st Fl.
Los Angeles, CA 90067

aul Booth
.e/Max
644 131st. Suite B
alos Park, IL 60464

Raymond Megie
Realty Executives Main Street
1022 S. Lapeer Road
Lapeer, MI 48446

aren Sothoron
eller Williams Realty
809 E. Harmony Road, Suite 100
ort Collins, CO 80528

Michael Shannon
23756 Michigan Ave.
Dearborn, MI 48124

arol McDonald
.e/Max Homeward Bound
061 N. Abbe Road, Suite 1
lyria, OH 44035

Steven Gregory
ERA Golden Hills Brokers
3223 Crow Canyon Road, #110
San Ramon, CA 94583

andy Tarlton
oldwell Banker Carousel Realty
04 Tower Drive
loore, OK 73160

Joe Gummerson
Ashlon Realty
910 Hale Pl., Suite 200
Chula Vista, CA 91914

an Humeston
entury 21 Moneyworld
75 N. Stephanie St. #4
enderson, NV 89014

Jason Dillard
Adao & Associates
5079 Lone Tree Way
Anticoh, CA 94531

teven Powrezek
hapiro & Fishman, LLP
0004 N. Dale Mabry Hwy, Suite 112
ampa, FL 33618

Anne Blades
Salisbury 100 Inc.
5423 St. Andrews Dr.
Salisbury, MD 21801

ruce Lilley
ed Carpet KeimBelle Valley Realty
25 N. Cedar St.
nlay City, MI 48444

ach Merritt
he Merritt Group
751 Alcott St.
)enver, CO 80211

u Chivington
339 Mt. Vernon Ave.
larion, OH 43302

helly Irizorry
07-03 Rockaway Blvd.
amaica, NY 11436

alerie Dowd
ll American Real Estate
250 Millersville Pike
ane, PA 17603

radley P. Jones
dams & Edens
001 Creek Cove
randon, MS 39042

ugene Hartigan
oquina Reef Realty
396 S. Highway 1
ockledge, FL 32955

Sally May
2222 Gold Hill Road
Fort Mill, SC 29708

Cheryl Sommerville
Zyzxx dba BPOSP.com
25462 Alpine Ct.
Murrieta, CA 92563

Gareth Benton, Jr.
Century 21 Mountain Properties
18603 Wedge Parkway, Suite F
Reno, NV 85911

Kristian Ruble
Re/Max Performance Realty
30 Stonecrest Court
Shelbyville, KY 40065

Eduardo San Ramon
First Service Realty
13155 SW 42st, #200
Miami, FL 33175

Richard Irving
United Country Rick Irving Realty
6040 Camp Bowie, Suite One
Fort Worth, TX 76116

Melissa Hylton
Home Realty
659 Auburn Ave. #G-13
Atlanta, GA 30312

Richard Warden
Starr Realty, Inc.
109 Mill
East Jordan, MI 49727

Kathleen Young
1500 State Street, #100
San Diego, CA 92101

Stephen Johnsont
Realty Executives Triad
2400 Battleground, 144-A
Greensboro, NC 27408

Erik McKenzie
New England Group
4 Cocasset St.
Foxboro, MA 02035

Thomas Carpenter
Carr Allison
14231 Seaway Road
Building 2000, Suite 2001
Gulfport, MS 39503

Ronald Lorenzini
Lorenzini & Asso.
1900 Spring Road, Suite 501
Oak Brook, IL 60523

Forrest Barbee
Prudential American Group
3240 E. Tropicana Ave.
Las Vegas, NV 89121

Linda Weppner
Century 21 Bell Real Estate
2103 Warren Ave.
Cheyenne, WY 82001

Dafina Williams
Century 21 Nachman Realty
1720 N. King Street
Hampton, VA 23670

Andrew Nelson
Pierce and Associates
1 North Dearborn St., Suite 1300
Chicago, IL 60602

Dan Thornhill
McEachan & Thornhill
10 Walker St.
Kittery, ME 03904

Gerard Julien
Donald Julien & Asso.
118 Terry Parkway
Gretna, LA 70056

Jason Bates
7377 S. Revere Parkway, #400
Centennial, CO 80111

Alex Bryan
Coldwell Banker
1120 W. University Ave., #200
Flaggstaff, AZ 86001

Jesus Esparza
Asset Solutions Realty
741 NM Highway
528 Suite E
Albuquerque, NM 87114

Charles Peterson
Mackoff Kellogg Law Firm
46 West 2nd Street
Dickinson, ND 58601

Susan Scheiffley
Keller Williams
1460 Commission Court
Woodbridge, VA 22192

Pam Zibell
Realty Executives Suncoast
3090 Charles Ave.
Clearwater, FL 33761

David Kreisman
Fisher and Shapiro
4201 Lake Cook Road
Northbrook, IL 60062

Gary McCafferty
Goldbeck McCafferty & McKeever
701 Market Street, Suite 5000
Philadelphia, PA 19106

Cynthia Houser
Century Realty
1300 Western Branch Blvd.
Chesapeake, VA 23321

Jill Bagnietski
Hoppens Realty
575 Lester Ave.
Oralaska, WI 54650

Tal Kadosh
Tromas Properties
20656 Ventura Blvd.
Woodland Hills, CA 91364

Cheryl Stevens
Snelson & Stevens Realtors
120 Niles-Cortland Road
Warren, OH 44484

Dixie Maddrey
Remax Preferred Asso.
7101 Creedmoor Road, Suite 115
Raleigh, NC 27613

Ralph Barone
NJ REO Asset Management & Realty
650 Bloomfield Ave, Suite 100
Bloomfield, NJ 07003

Kevin Good
K. Good, LLC
5688 East Easter Ave.
Littleton, CO 80122

Michael Patrick
Re/Max Colonial Homes
10903 Indian Head Hwy
Suite 203
Fort Washington, MD 20744

Gayle McDaniel
Real Estate Unlimited
5 W. Candler St.
Winder, GA 30680

William Cockrell
Realty Executives
107 Shadowbriar Dr.
Houston, TX 77077

Colleen Altison
Innovative Real Estate Solutions
3 Barre Road
Hubbardston, MA 01452

Patty Hamby
Century 21 Fuller Realty
25 S. Chamberlain Av.
Rockwood, TN 37854

Karen Brown
Cost Realty Inc.
155 W. New Haven Ave.
W. Melbourne, FL 32904

Eddie San Roman
First Service Realty
3155 SW 41 St., Suite 200
Miami, FL 33175

Joseph Iuliucci
Prudential Americana Group
337 E. Sunset Road, Suite 150
Las Vegas, NV 89113

Irwin Wilensky
Sunraye Realty
6798 Crosswinds Drive North
C102
St. Petersburg, FL 33710

Frederick Worthen
Platinum Realty
10925 Antioch Road
Overland, KS 66210

Scott Godzyk
Godzyk Realty Group
PO Box 4738
Manchester, NH 03108

Orlanda Powell
William Davis Realty
17732 Preston Road, Suite 100
Dallas, TX 75252

Clifford Solomon
Solomon & Tanenbaum
707 Westchester Ave., Suite 205
White Plains, NY 10604

Diane Pelletier
Core Realty
25 S. 2nd St.
Jacksonville Beach, Fl 32250

Sue Lenz Cassara
Remax Regency
9950 Grand Ave.
Franklin Park, IL 60131