## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re:     :    Chapter 11

      :

AMERICAN HOME MORTGAGE    :    Case No.  07-11047 (CSS)

HOLDINGS, INC., a Delaware corporation, et al.,[1]    :

      :    Jointly Administered

       Debtors.    :

------------------------------------------------------------- x    **Ref. Docket No. 9529, 9530 & 9531**

### CORRECTION FOR CERTIFICATIONS OF COUNSEL
### REGARDING THE MILLS TRIAL

On December 3, 2010, counsel for the above captioned debtors and debtors in possession (the "Debtors") filed the following certifications of counsel (the "Certifications"):

- Certification of Counsel Regarding the Mills Claims [D.I. 9529]

- Certification of Counsel Regarding Order Denying Motion for Sanctions Filed By Deborah Mills [D.I. 9530]

- Certification of Counsel Regarding Order Denying Motion in Limine of Claimant Deborah E. Mills for an Order Excluding Any Evidence Related to Mills' Tax Returns and Schedules Submitted During Her Personal Bankruptcy Case [D.I. 9531]

Each of the Certifications provided that "[c]ounsel for Ms. Mills has reviewed the Proposed Order, but does not consent to the language therein." Counsel for Ms. Mills has

---

[1] The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holdings"); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc.  ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp.  ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc.  ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.  ("Great Oak"), a New York corporation (8580) (collectively, "AHM" or the "Debtors").   The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

indicated that the statement is inaccurate, and the Debtors provide the requested correction as follows:

> Ms. Mills does not consent to the Proposed Order.

Dated: Wilmington, Delaware
December 3, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP
_____/s/ Margaret Whiteman Greecher_____
Sean M. Beach (No. 4070)
Sharon M. Zieg (No. 4196)
Erin D. Edwards (No. 4392)
Margaret Whiteman Greecher (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession

YCST01:10439584.2                                                                                    066585.1001

## **EXHIBIT A**

Proposed Order

066585.1001

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re:                                                : Chapter 11
                                                      :
AMERICAN HOME MORTGAGE                                 : Case No.  07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]     :
                                                      : Jointly Administered
                                                      :
                          Debtors.                     :
------------------------------------------------------------- x   **Ref. Docket No. 9213, 9405**

## ORDER DISALLOWING AND EXPUNGING THE MILLS CLAIMS

Upon consideration of the administrative expense claims numbered 10802, 10803,

10804, 10805, 10806, 10807, 10808 and 10809 (the "Mills Claims") filed by Ms. Deborah Mills

("Ms. Mills") against the above-captioned debtors and debtors in possession (the "Debtors"), and

the related pleadings including, but not limited to, the Debtors' objection to the Mills Claims

[D.I. 9405] (the "Objection") by which the Debtors requested the entry of an order disallowing

and expunging in full each of the Mills Claims; and an evidentiary hearing (the "Hearing")

having been held on November 22-24, 2010 in accordance with the *Scheduling Order Relating to*

*the Motion of Deborah Mills for Order to (I) Amend Proof of Claim and (II) Motion for Order of*

*Allowed Administrative Expense Claim Priority Against the Estate Pursuant to Section 503(b) of*

*the Bankruptcy Code in Immediately Available Funds and (III) Order of Right to Protection of*

*Certain Property Interest Under Section 361 or (IV) Avoidance Action Against Debtors Pursuant*

*to Section 549* [D.I. 9149, as amended by 9213] (the "Scheduling Order"); and it appearing that

---

[1]  The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holdings"); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc.  ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp.  ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc.  ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.  ("Great Oak"), a New York corporation (8580) (collectively, "AHM" or the "Debtors").   The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

YCST01:10439584.2                                                                                 066585.1001

the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court

having set forth certain findings of fact and conclusions of law on the record at the Hearing; and

sufficient cause appearing thereof; it is hereby

ORDERED that the findings of fact and conclusions of law regarding the Mills

Claims set forth by this Court on the record at the Hearing are fully incorporated by reference

herein; and it is further

ORDERED that the Objection is SUSTAINED; and it is further

ORDERED that the Mills Claims shall be disallowed and expunged in their

entirety with prejudice, and it is further

ORDERED that, in accordance with the Scheduling Order, all previously filed or

asserted claims, motions or causes of action of Ms. Mills shall be deemed disallowed and

expunged with prejudice; and it is further

ORDERED that Ms. Mills is barred from filing or asserting any further Claim (as

such term is defined in section 101(5) of the Bankruptcy Code) against the Debtors or their

successors.

ORDERED that this Court shall retain jurisdiction over all affected parties with

respect to any matters, claims, or rights arising from or related to the implementation and

interpretation of this Order.

Dated: Wilmington, Delaware
      December ___, 2010

                                     _____
                                     CHRISTOPHER S. SONTCHI
                                     UNITED STATES BANKRUPTCY JUDGE

YCST01:10439584.2                            066585.1001