**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | : | |
| et al., | : | Jointly Administered |
| | : | |
| | : | **Related Docket No. 9454** |
| Debtors. | : | |
| | : | Hearing Date: 12/15/10 at 10:00 a.m. |

**RESPONSE OF BANC OF AMERICA LEASING & CAPITAL, LLC TO DEBTORS'
SIXTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS**

Banc of America Leasing & Capital, LLC, by and through its undersigned counsel, hereby responds to *Debtors' Sixty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 592(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1,* dated November 15, 2010 [Docket No. 9454] (the "Objection"), and respectfully submits as follows:

### BACKGROUND

1. On August 6, 2007, (the "Petition Date"), the Debtors filed their voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the District of Delaware.

2. Banc of America Leasing & Capital, LLC is an equipment lessor, and the Debtors had approximately 160 active leases with Banc of America Leasing & Capital, LLC as of the Petition Date.

3. On November 15, 2007, in accordance with the Notice of Bar Dates for Filing of Proofs of Claim, counsel for Banc of America Leasing & Capital, LLC wrote to the attorney for debtors and asked for permission to file its Proof of Claim without the necessity of attaching copies of approximately 160 equipment leases. A copy of the letter is attached as Exhibit A.

4. On January 4, 2008, counsel for debtors responded to a follow-up e-mail regarding this request and authorized Banc of America Leasing & Capital, LLC to file its Proof of Claim without attaching copies of its leases. A copy of this correspondence is attached hereto as Exhibit B.

5. On January 11, 2008, Banc of America Leasing & Capital, LLC filed its Proof of Claim in the amount of $1,127,152.75, a copy of which is attached hereto as Exhibit C.

6. On November 15, 2010, the Debtors filed its Sixty-Seventh Omnibus (Substantive) Objection to Claims, including the claim filed by Banc of America Leasing & Capital, LLC (the "Objection") (Docket No. 9454).

7. In its Objection, the Debtors seek to disallow and expunge in full the claim filed by Banc of America Leasing & Capital, LLC.

8. Debtors allege that the Proof of Claim was submitted without sufficient alleged facts or documentation to support the claim.

9. The Proof of Claim (Exhibit A) has attached to it a narrative as well as a spreadsheet summarizing the equipment lease agreements that form the basis of the claim.

10. The Proof of Claims states that copies of the lease agreements are available upon request. As set forth above, debtors' counsel specifically authorized Banc of America Leasing & Capital, LLC to file its Proof of Claim without attaching voluminous copies of leases.

11. On March 10, 2008, an e-mail was received from Christopher Conry of American Home Mortgage Company to which counsel responded on April 14, 2008. No further communication has been received with respect to the Proof of Claim.

12. Beginning in September 2007, Debtors filed a series of rejection motions that listed nonresidential real property leases and indicated that all unexpired equipment leases at those locations were being rejected without identifying the equipment lease by date, lessor and/or equipment.

13. Despite repeated requests, Debtors failed to describe with particularity the equipment that was subject to rejection, in particular, the equipment owned by Banc of America Leasing & Capital, LLC that was subject to the rejection.

14. Debtors' rejection of equipment by location rather than a more specific description did not take into account the possibility that the equipment's actual location may differ from that contained on the leases and in Banc of America Leasing & Capital, LLC's records.

15. Banc of America Leasing & Capital, LLC's ability to pick up the equipment was seriously hampered by the lack of cooperation it received from Debtors.

16. Banc of America Leasing & Capital, LLC filed a Proof of Claim based on the general balance due in its entirety because debtors repeated failed to adequately identify which equipment it was rejecting with the understanding that it would be ready to adjust its claim when the leases were formally rejected in a proper manner.

## RELIEF REQUESTED

17. The plan provided for a rejection damages bar date and stated that any Proofs of Claim arising from the rejection of executory contracts would be due within thirty days after the Effective Date.

18. Subsequent to the filing of its Objection, the Debtors filed the Notice of Effective Date (Docket No. 9519) which provides that the Effective Date of the Plan is November 30, 2010, and the Bar Date for Rejection Damages Claims is January 5, 2011. Accordingly, Banc of America Leasing & Capital, LLC intends to file a Rejection Claim that will supersede its Proof of Claim.

19. The Objection as to Banc of America Leasing & Capital, LLC's claim should be denied as the reasons are not supported by the facts. Additionally, Banc of America Leasing & Capital, LLC should be afforded time to file a Rejection Claim.

20. Banc of America Leasing & Capital, LLC reserves the right to amend, supplement and/or withdraw this Response.

WHEREFORE, Banc of America Leasing & Capital, LLC reserves the right to object as set forth herein.

Dated: Wilmington, Delaware
December 7, 2010

*/s/ John R. Weaver Jr.*
_____
John R. Weaver, Jr. (No. 911)
CAPEHART & SCATCHARD, P.A.
831 North Tatnall Street, Suite 200
Wilmington, Delaware 19801
(302) 428-1077

William G. Wright, Esquire
CAPEHART & SCATCHARD, P.A.
8000 Midlantic Drive, Suite 300S
Mount Laurel, NJ 08054
(856) 234-6800
Attorneys for Banc of America Leasing & Capital, LLC

# Farr, Burke, Gambacorta & Wright

*Attorneys at Law / A Professional Corporation*
1000 Atrium Way • Suite 401 • P.O. Box 669 • Mt. Laurel, NJ 08054 • 856-813-2720 • Telecopier 856-813-2743

November 15, 2007

<u>*Via Telecopier (302) 571-1253 & Mail*</u>
Young Conaway Stargatt & Taylor, LLP
Attn:   Kara Hammond Coyle, Esquire
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

   Re: American Home Mortgage Holdings, Inc., et al., Debtors
      Case No. 07-11047 (CSS)

Dear Ms. Coyle:

  This firm represents creditor Banc of America Leasing & Capital, LLC with respect to approximately 160 equipment leases entered into with debtor. My client anticipates filing two proofs of claims in this matter—one as to the rejected leases and the other as to leases that have not been rejected or assumed to date.

  Pursuant to the Notice of Bar Dates for Filing of Proofs of Claim, I am writing to request the "advance express written consent of the Debtors" to permit the filing of these two Proofs of Claims without the necessity of attaching copies of approximately 160 equipment leases. A summary will be attached to each Proof of Claim that identifies each account and other relevant lease particulars. Additionally, copies of the leases will be provided upon request.

  Please advise if debtors will give its consent to the filing of Banc of America Leasing & Capital, LLC's two proofs of claims without lease copies. Thank you for your attention to this matter.

Very truly yours,

WILLIAM G. WRIGHT

JL:jm

William R. Farr
1919-2006
M. Leroy Cobbin
1903-1992

▲ Admitted in NJ
● Admitted in PA
▼ Admitted in DE
■ Certified Civil Trial Attorney

Thomas C. Burke ▲
Bari J. Gambacorta ▲
William G. Wright ▲●■

Sculeri ▲●
Cofran ▲

Delaware Office
P.O. Box 510
914 Walnut Street
Wilmington, DE 19899
Attention - Clark C. Kingery, Esquire
302-428-1077

Of Counsel:
John R. Weaver, Jr. ▼
Clark C. Kingery ▼●

Pennsylvania Office
325 Chestnut Street, Suite 1300
Philadelphia, PA 19106
215-751-0919

EXHIBIT A

## Joanne Lafferty

| | |
|---|---|
| **From:** | Coyle, Kara Hammond [kcoyle@ycst.com] |
| **Sent:** | Friday, January 04, 2008 11:41 AM |
| **To:** | 'Joanne Lafferty' |
| **Subject:** | RE: American Home Mortgage |

I apologize for the delay in responding to your earlier correspondence.
You may file your proof of claim without attaching copies of the leases.
I assume you will state in your proof of claim that copies of the leases are available upon request by the Debtors?

Thanks,

Kara Hammond Coyle
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Phone: 302-571-6550
Facsimile: 302-576-3472
kcoyle@ycst.com

To ensure compliance with requirements imposed by the Internal Revenue Service in Circular 230 on tax practitioners, we inform you that, unless we expressly state otherwise in this communication (including any attachments), any federal tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or other matter addressed herein.

This message may contain confidential attorney-client communications or other protected information.  If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it.  If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message.  Thank you for your cooperation.

-----Original Message-----
From: Joanne Lafferty [mailto:jlaffert@farrlawnet.com]
Sent: Friday, January 04, 2008 11:26 AM
To: Coyle, Kara Hammond
Subject: American Home Mortgage

Dear Ms. Coyle:

Our firm represents creditor Banc of America Leasing & Capital, LLC with respect to approximately 160 equipment leases.  Attached is a copy of our November 15th letter to you asking for debtor's consent to the filing of our client's proof of claim without attaching copies of approx. 160 leases.
Since the filing deadline is upon us, would you kindly advise if this is acceptable?
Thank you.

---

Joanne Lafferty, Paralegal
Farr, Burke, Gambacorta & Wright, P.C.
1000 Atrium Way, Suite 401
P.O. Box 669
Mt. Laurel, NJ  08054
Voice:  (856) 813-2720 ext. 117
Fax:    (856) 813-2743
E-mail: jlafferty@farrlawnet.com


EXHIBIT B

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>American Home Mortgage Claims Processing Center<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>American Home Mortgage Holdings, Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 07-11047 (CSS)<br>Jointly Administered | |
| Name of Debtor Against Which Claim is Held<br>American Home Mortgage | Case No. of Debtor<br>07-11051 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

Banc of America Leasing & Capital, LLC
c/o William G. Wright
Farr, Burke, Gambacorta & Wright
1000 Atrium Way, Suite 401
MT. Laurel, NJ  08054

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: 856-813-2720
Email Address: wgwright@farrlawnet.com

Account or other number by which creditor identifies debtor:

Check here if this claim:
☐ replaces  ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other  Equipment Leases  (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: ___ ___ ___ ___
   Unpaid compensation for services performed
   from _____ to _____
          (date)     (date)

2. Date debt was incurred:
   various dates

3. If court judgment, date obtained:
   n/a

4. Total Amount of Claim at Time Case Filed: $1,127,152.75+ _____ + _____  $1,127,152.75
                                         (unsecured nonpriority)    (secured)         (unsecured priority)     (Total)

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other _____

   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. Unsecured Nonpriority Claim: $1,127,152.75
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. Supporting Documents: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 1/9/08
Sign and print the name and title, if any, of the creditor or other person (attach copy of power of attorney, if any):
William G. Wright, Esqui[re] ... Banc of America Leasing & Cap[ital]

Penalty for presenting fraudulent claim: Fine of up to $500,000 or both. 18 U.S.C. §§ 152 and 3571.

FILED / RECEIVED
JAN 1 1 2008
EPIQ BANKRUPTCY SOLUTIONS, LLC

EXHIBIT C

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | : | |
| Corporation, et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | |

## PROOF OF CLAIM

1. This Proof of Claim is made for and on behalf of Banc of America Leasing & Capital, LLC having an address at One Financial Plaza, Providence, Rhode Island 02903.

2. This Proof of Claim is filed against debtor American Home Mortgage Corp.

3. The grounds for liability are as follows:

   a. On various dates, Debtor entered into numerous Equipment Lease Agreements (together with all individual leasing records, schedules, riders and other attachments thereto, the "Leases") with Ricoh Customer Finance Corp. for copiers and related office equipment that were assigned to Banc of America Leasing & Capital, LLC. Attached hereto as Exhibit A is a spreadsheet summarizing the Lease Agreements that were active as of the date of filing. Copies of the Lease Agreements are available upon request.

4. The amount due as of the date of filing, less sale proceeds received to date, is $1,127,152.75.

**NOTE: This figure represents the amount due as of the date of filing. It is not being filed as a rejection claim as to the Lease Agreements, and Banc of America Leasing & Capital, LLC reserves the right to file a rejection claim.**

5. No judgment has been rendered on this claim.

6. This claim is not subject to any setoff or counterclaim.

7. The claim is filed as a general unsecured claim.

8. This Claim, to the extent it refers to leases or executory contracts that have not been assumed or rejected as of the filing of this Claim, will be withdrawn if the Debtor assumes the lease(s) or executory contract(s) in question.

9. Banc of America Leasing & Capital, LLC reserves the right to further amend and/or supplement this Proof of Claim.

10. Banc of America Leasing & Capital, LLC reserves all of its rights under the above-described obligations. The filing of this Proof of Claim is not intended to be and shall not be considered as: (1) a waiver of any past, present or future event of default, or (2) a waiver or limitation of any rights of Banc of America Leasing & Capital, LLC under the above-described obligations.

11. All notices concerning this Proof of Claim should be sent to:

Banc of America Leasing & Capital, LLC
Attn: Brian P. McConaghy
One Financial Plaza
Providence, Rhode Island 02903
with a copy to:

Farr, Burke, Gambacorta & Wright
1000 Atrium Way, Suite 401
Mt. Laurel, NJ 08054
Attn: William G. Wright, Esquire

Dated: January 9, 2008

FARR, BURKE, GAMBACORTA & WRIGHT
A Professional Corporation

By: _____
WILLIAM G. WRIGHT
1000 Atrium Way, Suite 401
Mt. Laurel, New Jersey 08054
Telephone No. (856) 813-2720
Telecopier No. (856) 813-2743

Attorneys for Banc of America Leasing & Capital, LLC

AMERICAN HOME MORTGAGE

| CONTRACT NO. | TERM | NET INVEST | EQUIP ADDRESS | EQUIP ADDRESS | EQUIP CITY | ST | ZIP | CCAN |
|---|---|---|---|---|---|---|---|---|
| 004-2244070-000 | 36 | 8201.06 | 1400 W BENSON | SUITE 315 | ANCHORAGE | AK | 99503 | CCAN 440972 |
| 008-1670424-000 | 37 | 0 | 3101 EMMORTON RD | | ABINGDON | MD | 21009 | CCAN 201946 |
| 008-1705709-000 | 37 | 0 | 7142 COLUMBIA GATEWAY DR | | COLUMBIA | MD | 21046 | CCAN 201946 |
| 008-1705708-000 | 37 | 0 | 7142 COLUMBIA GATEWAY DR | | COLUMBIA | MD | 21046 | CCAN 201946 |
| 008-1716613-000 | 37 | 0 | 7142 COLUMBIA GATEWAY DRIVE | SUITE 225 | COLUMBIA | MD | 21044 | CCAN 201946 |
| 008-1670964-000 | 37 | 0 | 5565 STERRETT PLACE | SUITE 126 | COLUMBIA | MD | 21044 | CCAN 201946 |
| 008-1705707-000 | 37 | 0 | 1801 MCCORMICK DRIVE | SUITE 130 C.C. #2694 | LARGO | MD | 20774 | CCAN 201946 |
| 008-1688263-000 | 37 | 0 | 3825 LEONARDTOWN ROAD | | WALDORF | MD | 20602 | CCAN 201946 |
| 008-1707614-000 | 37 | 0 | 3825 LEONARD TOWN RD 5 | | WALDORF | MD | 20602 | CCAN 201946 |
| 008-1655272-000 | 37 | 0 | 3000 ATRIUM WAY #108 | | MOUNT LAUREL | NJ | 8054 | CCAN 201946 |
| 008-1665976-000 | 37 | 0 | 3000 ATRIUM WAY | SUITE 108 | MOUNT LAUREL | NJ | 8054 | CCAN 201946 |
| 008-1671554-000 | 37 | 0 | 34 S. BROAD STREET | | WOODBURY | NJ | 8096 | CCAN 201946 |
| 008-1671554-001 | 24 | 0 | 34 SOUTH BROAD ST | | WOODBURY | NJ | 8096 | CCAN 201946 |
| 008-1707610-000 | 37 | 0 | 1954 ASHLEY RIVER RD SUITE P | | CHARLESTON | SC | 29407 | CCAN 201946 |
| 008-1651270-000 | 37 | 0 | 109 LAURENS RD | | GREENVILLE | SC | 29607 | CCAN 201946 |
| 008-1707612-000 | 37 | 0 | 944 GLENWOOD STATION LANE | | CHARLOTTESVILLE | VA | 22901 | CCAN 201946 |
| 008-2188190-000 | 37 | 0 | 860 GREENBRIER CIRCLE | | CHESAPEAKE | VA | 23320 | CCAN 201946 |
| 008-1707612-000 | 37 | 0 | 1777 CENTER COURT DR STE 125 | | | | | |
| 008-1602713-000 | 37 | 0 | 2303 N AUGUSTA ST SUITE E | | STAUNTON | VA | 24401 | CCAN 201946 |
| 008-1716616-000 | 37 | 0 | 1209 MAIN ST STE 106 | | JUPITER | FL | 33458 | CCAN 2172014 |
| 004-2195350-000 | 37 | 7606.25 | COST CENTR #515 | 481 N. FREDERICK AVE., STE 420 | GAITHERSBURG | MD | 20877 | CCAN 2172014 |
| 004-2172014-000 | 37 | 5871.81 | 8700 E VISTA BONITA | | SCOTTSDALE | AZ | 85255 | CCAN 2181750 |
| 004-2190847-000 | 37 | 14030.38 | 1777 CENTER COURT DR STE 125 | | CERRITOS | CA | 90703 | CCAN 2181750 |
| 004-2188190-000 | 37 | 13463.49 | 1390 WILLOW PASS RD | STE 530 | CONCORD | CA | 94520 | CCAN 2181750 |
| 004-2190844-000 | 37 | 6570.13 | 2944 HILLTOP RD | | RICHMOND | CA | 94806 | CCAN 2181750 |
| 004-2183189-000 | 37 | 7112.58 | 2 SALINAS ST | | SALINAS | CA | 93915 | CCAN 2181750 |
| 004-2192938-000 | 37 | 6111.16 | 3933 S. PARKER ROAD | Suite 450 cost center # 3300 | AURORA | CO | 80015 | CCAN 2181750 |
| 004-2172014-000 | 37 | 6061.43 | 300 RIVERWALK TERRACE 260 | | JENKS | OK | 74037 | CCAN 2181750 |
| 004-2187662-000 | 37 | 6061.43 | 538 BROAD HOLLOW ROAD | | HUNTINGTON STATION | NY | 11747 | CCAN 2252258 |
| 200-5008031-000 | 39 | 7436.69 | 538 BROAD HOLLOW ROAD | | HUNTINGTON STATION | NY | 11747 | CCAN 2252258 |
| 200-5008031-001 | 37 | 24309.96 | 1929 HOOVER CT | | HOOVER | AL | 35226 | CCAN 251020 |
| 004-2200306-000 | 37 | $7,819.49 | 8767 VIA DE VENTURA STE 120 | | SCOTTSDALE | AZ | 85258 | CCAN 251020 |
| 004-2222298-000 | 37 | $10,982.76 | 8767 VIA DE VENTURA STE 120 | | SCOTTSDALE | AZ | 85258 | CCAN 251020 |
| 004-2222300-000 | 37 | $10,982.76 | 2390 E ORANGEWOOD AVE | STE 105 | ANAHEIM | CA | 92806 | CCAN 251020 |
| 004-2182425-000 | 37 | $12,892.71 | 51 E CAMPBELL AVE STE 170 | | CAMPBELL | CA | 95008 | CCAN 251020 |
| 004-2186236-000 | 37 | $5,809.68 | 1250 CORONIA POINTE | STE 300 | CORONA | CA | 92879 | CCAN 251020 |
| 004-2182428-000 | 37 | $12,892.71 | 111 PACIFICA DR STE 305 | | IRVINE | CA | 92618 | CCAN 251020 |
| 004-2186933-000 | 37 | $13,463.49 | 300 E STATE ST 240 | | REDLANDS | CA | 92373 | CCAN 251020 |
| 004-2182424-000 | 37 | $5,804.45 | 79 N. WASHINGTON STREET | COST CENTER #346 | SONORA | CA | 95370 | CCAN 251020 |
| 004-2182427-000 | 37 | $6,223.09 | 1307 FRANKLIN RD | | YUBA CITY | CA | 95991 | CCAN 251020 |
| 004-2222295-000 | 37 | $8,124.43 | 5975 GREENWOOD PLAZA BLVD 106 | | GREENWOOD VILLAGE | CO | 80111 | CCAN 251020 |
| 004-2163498-000 | 37 | $5,449.68 | 8177 W GLADES RD | STORE 25 1ST FL | BOCA RATON | FL | 33434 | CCAN 251020 |
| 004-2201975-000 | 37 | $7,820.98 | 27499 RIVERVIEW CENTER BLVD | | BONITA SPRINGS | FL | 34134 | CCAN 251020 |
| 404-2162830-000 | 37 | $5,766.07 | 1201 N UNIVERSITY DR | SUITE 1275 | CORAL SPRINGS | FL | 33071 | CCAN 251020 |
| 404-2207407-000 | 37 | $6,857.99 | 1625 S CONGRESS 2ND FLOOR | 1ST FLOOR | DELRAY BEACH | FL | 33445 | CCAN 251020 |
| 004-2152044-000 | 37 | $4,203.35 | 1625 S CONGRESS | | DELRAY BEACH | FL | 33445 | CCAN 251020 |
| 004-2193197-000 | 37 | $7,068.07 | 1112 NW 76TH BLVD STE 9A | | GAINESVILLE | FL | 32606 | CCAN 251020 |
| 004-2214534-000 | 37 | $8,466.86 | 127 51 S DIXIE HWY | | MIAMI | FL | 33156 | CCAN 251020 |
| 004-2189131-000 | 37 | $6,964.53 | 7575 DR PHILLIPS BLVD | STE 365 | ORLANDO | FL | 32819 | CCAN 251020 |
| 404-2155227-000 | 37 | $5,800.58 | 330 W 23RD ST STE F | | PANAMA CITY | FL | 32405 | CCAN 251020 |
| 404-2150708-000 | 36 | $1,078.78 | 801 S UNIVERSITY DR | STE A139 | PLANTATION | FL | 33324 | CCAN 251020 |
| 004-2146715-000 | 37 | $3,843.34 | 303 SE 17TH STREET | SUITE 302 | SAINT AUGUSTINE | FL | 32084 | CCAN 251020 |
| 004-2191436-000 | 37 | $6,984.65 | 4150 MARINER BLVD | | SPRING HILL | FL | 34609 | CCAN 251020 |
| 004-2191110-000 | 37 | $7,309.46 | 1560 SAWGRASS CORP PKWY | 4TH FLOOR | SUNRISE | FL | 33323 | CCAN 251020 |
| 004-2213429-000 | 37 | $8,182.35 | 2805 W BUSCH BLVD | STE 102 | TAMPA | FL | 33618 | CCAN 251020 |
| 004-2189929-000 | 37 | $6,497.21 | 1701 A1A SUITE 304 | | VERO BEACH | FL | 32963 | CCAN 251020 |
| 004-2202523-000 | 37 | $7,408.48 | 10600 FOREST HILLS BLVD | STE 160 | WELLINGTON | FL | 33414 | CCAN 251020 |
| 004-2228640-000 | 37 | $7,225.52 | 480 N ORLANDO AVE STE 232 | | WINTER PARK | FL | 32789 | CCAN 251020 |
| 004-2186349-000 | 37 | $6,400.64 | 2100 RIVEREDGE PKWY STE 1200 | | ATLANTA | GA | 30328 | CCAN 251020 |
| 004-2186716-000 | 37 | $6,313.47 | 2100 RIVEREDGE PARKWAY STE 120 | | ATLANTA | GA | 30328 | CCAN 251020 |
| 004-2185754-000 | 37 | $6,308.22 | 57 EXECUTIVE PARK SOUTH | | ATLANTA | GA | 30329 | CCAN 251020 |
| 004-2147025-000 | 37 | $3,514.14 | 1529 B PIEDMONT AVE | STE 190 | ATLANTA | GA | 30324 | CCAN 251020 |
| 004-2194305-000 | 37 | $6,030.72 | 285 ELM ST STE 301 | | CUMMING | GA | 30040 | CCAN 251020 |
| 004-2185753-000 | 37 | $6,288.77 | | | | | | |

| Account | | Amount | Address | Address 2 | City | State | Zip | Code |
|---|---|---|---|---|---|---|---|---|
| 004-2185751-000 | 37 | $6,263.57 | 3175 SATELLITE BLVD | BLDG 600 STE 100 | DULUTH | GA | 30096 | CCAN 251020 |
| 004-2195121-000 | 37 | $7,591.02 | 500 COLONIAL CENTER PARKWAY | STE 930 | ROSWELL | GA | 30076 | CCAN 251020 |
| 004-2207790-000 | 37 | $7,527.01 | 100 CRESCENT CENTRE PARKWAY | SUITE 105 | TUCKER | GA | 30084 | CCAN 251020 |
| 004-2144182-000 | 37 | $917.34 | 2403 HARNISH DRIVE | | ALGONQUIN | IL | 60102 | CCAN 251020 |
| 004-2192962-000 | 37 | $8,195.79 | 1704 S NEIL STREET | | CHAMPAIGN | IL | 61820 | CCAN 251020 |
| 004-2133888-000 | 37 | $7,386.74 | 939 N WORTH AVE | | CHICAGO | IL | 60610 | CCAN 251020 |
| 004-2128328-000 | 37 | $12,952.33 | 915 W 178TH ST STE #3W | | HOMEWOOD | IL | 60563 | CCAN 251020 |
| 004-2128328-000 | | | 1717 N NAPER BLVD STE 102 | | HOMEWOOD | IL | 60148 | CCAN 251020 |
| 004-2128328-000 | | | 950 N ELMHURST RD | | HOMEWOOD | IL | 60148 | CCAN 251020 |
| 004-2128328-000 | | | 246 JANATA STE 220 | | HOMEWOOD | IL | 60148 | CCAN 251020 |
| 004-2222296-000 | 37 | $9,332.37 | 765 ELA ROAD | SUITE 100 | LAKE ZURICH | IL | 60047 | CCAN 251020 |
| 004-2218912-000 | 37 | $8,730.21 | 246 E JANATA BLVD SUITE 220 | | LOMBARD | IL | 60148 | CCAN 251020 |
| 404-2153923-000 | 37 | $5,088.90 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 | CCAN 251020 |
| 004-2196165-000 | 37 | $6,420.70 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 | CCAN 251020 |
| 004-2195386-000 | 37 | $6,434.97 | 950 NORTH ELMHURST ROAD | SUITE 305 | MOUNT PROSPECT | IL | 60056 | CCAN 251020 |
| 004-2195383-000 | 37 | $13,076.38 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 | CCAN 251020 |
| 004-2195166-000 | 37 | $6,420.70 | 950 N ELMHURST RD | | MOUNT PROSPECT | IL | 60056 | CCAN 251020 |
| 004-2210904-000 | 37 | $16,058.91 | CONTRACT ADJUSTMENT | | MOUNT PROSPECT | IL | 60148 | CCAN 251020 |
| 004-2118224-000 | 37 | $8,020.77 | 246 JANATA BLVD STE 200 | | MOUNT PROSPECT | IL | 60430 | CCAN 251020 |
| 004-2118224-000 | | | 915 W 175TH ST STE 300 | | MOUNT PROSPECT | IL | 60056 | CCAN 251020 |
| 004-2196167-000 | 37 | $6,420.70 | 950 NORTH ELMHURST ROAD | | NAPERVILLE | IL | 60563 | CCAN 251020 |
| 004-2184747-000 | 37 | $6,136.72 | 950 NORTH ELMHURST ROAD | SUITE 305 | NAPERVILLE | IL | 60563 | CCAN 251020 |
| 004-2198385-000 | 37 | $7,815.93 | 1245 E DIEHL ROAD | | NAPERVILLE | IL | 60563 | CCAN 251020 |
| 004-2186092-000 | 37 | $7,345.92 | 1245 E DIEHL RD STE 305 | SUITE 305 | PALOS HEIGHTS | IL | 60463 | CCAN 251020 |
| 004-2196694-000 | 37 | $6,434.97 | 1245 E DIEHL ROAD | | PLAINFIELD | IL | 60544 | CCAN 251020 |
| 004-2201905-000 | 37 | $6,676.91 | 6417 W 127TH STREET | | SKOKIE | IL | 60077 | CCAN 251020 |
| 004-2204952-000 | 36 | $6,751.06 | 23003 W LINCOLN HWY | STE C | OVERLAND PARK | KS | 66213 | CCAN 251020 |
| 004-2287340-000 | 37 | $11,881.83 | 5215 OLD ORCHARD RD STE 410 | | LEXINGTON | KY | 40502 | CCAN 251020 |
| 004-2144181-000 | 37 | $3,825.04 | 11348 METCALF | | LOUISVILLE | KY | 40207 | CCAN 251020 |
| 004-2200802-000 | 37 | $8,121.15 | 800 EAST HIGH ST STE A | | HAMMOND | LA | 70403 | CCAN 251020 |
| 004-2150705-000 | 37 | $3,418.73 | 4010 DUPONT CIRCLE STE 700 | | MANDEVILLE | LA | 70471 | CCAN 251020 |
| 404-2227002-000 | 36 | $10,148.05 | 810 CM FAGAN DR STE B | | MANDEVILLE | LA | 70471 | CCAN 251020 |
| 004-2129045-000 | 37 | $3,425.81 | 1409 W CAUSEWAY APPROACH | | MANDEVILLE | LA | 70471 | CCAN 251020 |
| 004-2215299-000 | 37 | $10,627.77 | 1409 W CAUSEWAY APPROACH | Cost Center # 2570 | AGAWAM | MA | 1001 | CCAN 251020 |
| 004-2181247-000 | 37 | $6,061.43 | 67 Hynt Street, Suite 113 | | MARSTONS MILLS | MA | 2648 | CCAN 251020 |
| 404-2150704-000 | 37 | $1,024.16 | 153 LOVELLS LANE | | WESTBOROUGH | MA | 1581 | CCAN 251020 |
| 004-2164250-000 | 37 | $11,193.95 | 112 TURNPIKE RD SUITE 305 | | WESTBOROUGH | MA | 1581 | CCAN 251020 |
| 004-2164250-000 | | | 112 TURNPIKE RD SUITE 305 | | ANNAPOLIS | MD | 21401 | CCAN 251020 |
| 004-2207563-000 | 37 | $6,857.99 | 116 DEFENSE HWY | STE 301 | BETHESDA | MD | 20814 | CCAN 251020 |
| 404-2155226-000 | 37 | $4,507.89 | 3 BETHESDA METRO CENTER | | OWINGS MILLS | MD | 21117 | CCAN 251020 |
| 004-2213266-000 | 37 | $8,795.91 | 10451 MILL RUN CIRCLE | SUITE 330 | PORTLAND | ME | 4101 | CCAN 251020 |
| 004-2186348-000 | 37 | $5,489.13 | ONE CANAL PLAZA 7TH FL | | ANN ARBOR | MI | 48103 | CCAN 251020 |
| 004-2207080-000 | 37 | $7,679.83 | 3526 W LIBERTY STE 200 | | FARMINGTON HILLS | MI | 48331 | CCAN 251020 |
| 004-2220543-000 | 37 | $6,811.75 | 33481 W 14 MILE RD | STE 110 | BLOOMINGTON | MN | 55431 | CCAN 251020 |
| 004-2211338-000 | 37 | $7,429.69 | 1600 W 182ND ST | | CHASKA | MN | 55318 | CCAN 251020 |
| 004-2191812-000 | 37 | $5,327.42 | 107 HAZEL TINE BLVD STE 500 | | MINNEAPOLIS | MN | 55408 | CCAN 251020 |
| 004-2190824-000 | 37 | $7,606.25 | 3001 HENNEPIN AVENUE | | WHITE BEAR LAKE | MN | 55110 | CCAN 251020 |
| 004-2281781-000 | 37 | $7,546.95 | 4740 WHITE BEAR PKWY STE 103 | SUITE 100 | CHARLOTTE | NC | 28262 | CCAN 251020 |
| 004-2281359-000 | 36 | $10,925.81 | 125 FLOYD SMITH DRIVE STE 190 | | CHARLOTTE | NC | 28210 | CCAN 251020 |
| 004-2235457-000 | 36 | $9,028.04 | 6230 FAIRVIEW RD | | CHARLOTTE | NC | 28210 | CCAN 251020 |
| 404-2154251-000 | 37 | $5,051.61 | 6230 FAIRVIEW RD STE 400 | | RALEIGH | NC | 27609 | CCAN 251023 |
| 404-2154485-000 | 37 | $4,869.96 | 4700 HOMEWOOD | SUITE 203 | CHESTER | NJ | 7930 | CCAN 251020 |
| 002-2188114-000 | 37 | $8,028.45 | 1 MILL RIDGE LANE | 2ND FLOOR | EATONTOWN | NJ | 7724 | CCAN 251020 |
| 004-2200621-000 | 37 | $7,990.55 | 2-12 CORBETT WAY | SUITE 850 | FORT LEE | NJ | 7024 | CCAN 251020 |
| 404-2150707-000 | 37 | $5,014.80 | 2 EXECUTIVE DRIVE | | MARLTON | NJ | 8053 | CCAN 251020 |
| 004-2196937-000 | 37 | $7,680.47 | TWO GREENTREE CENTER | 9000 LINCOLN DR STE 122 | PLEASANTVILLE | NJ | 8234 | CCAN 251020 |
| 004-2162622-000 | 37 | $6,472.16 | 2900 FIRE RD SUITE 202B | 875 RTE 17 SOUTH | RAMSEY | NJ | 7446 | CCAN 251020 |
| 004-2188206-000 | 37 | $7,578.89 | LINCOLN PLAZA | 6TH FL | SECAUCUS | NJ | 7094 | CCAN 251020 |
| 004-2219478-000 | 37 | $6,962.67 | ONE HARMON PLAZA | 1ST FLOOR | SPARTA | NJ | 7871 | CCAN 251020 |
| 004-2143516-000 | 37 | $4,448.32 | 60 BLUE HERON ROAD | SUITE 345 | RENO | NV | 89502 | CCAN 251020 |
| 004-2196698-000 | 37 | $6,919.49 | 5250 S VIRGINIA AVE | | KINGSTON | NY | 12401 | CCAN 251020 |
| 404-2162506-000 | 37 | $10,354.95 | COST CENTER 115 | 65 BROADWAY | BLUE ASH | OH | 45242 | CCAN 251020 |
| 004-2144412-000 | 37 | $4,540.29 | 4460 CARVER WOODS DR | | BEND | OR | 97702 | CCAN 251020 |
| 004-2210127-000 | 37 | $7,107.36 | 300 SW COLUMBIA ST | STE 103 | | | | |

| Account | | Amount | Address | Suite | City | State | Zip | Code |
|---|---|---|---|---|---|---|---|---|
| 004-2190228-000 | 37 | $5,545.76 | 314 EXTON COMMONS | | EXTON | PA | 19341 | CCAN 251020 |
| 004-2146938-000 | 37 | $3,785.82 | 415 EAGLEVIEW BLVD | | EXTON | PA | 19341 | CCAN 251020 |
| 004-2204575-000 | 37 | $5,777.56 | 300 WELSH RD BLVD 4 | SUITE 150 | HORSHAM | PA | 19044 | CCAN 251020 |
| 004-2147416-000 | 37 | $4,417.51 | 4100 WILLIAM PENN HWY | | MONROEVILLE | PA | 15146 | CCAN 251020 |
| 004-2211365-000 | 37 | $7,959.08 | 2 W LAFAYETTE ST | STE 325 | NORRISTOWN | PA | 19401 | CCAN 251020 |
| 004-2211364-000 | 37 | $7,638.87 | 2 W LAFAYETTE ST | STE 325 | NORRISTOWN | PA | 19401 | CCAN 251020 |
| 404-2150698-000 | 37 | $4,935.87 | 6516 STUEBENVILLE | | PITTSBURGH | PA | 15220 | CCAN 251020 |
| 004-2148758-000 | 37 | $4,234.01 | FOSTER PLAZA BLDG 4 | 1ST FL | PITTSBURGH | PA | 15220 | CCAN 251020 |
| 004-2146934-000 | 37 | $3,780.19 | 259 RAPNOR CHESTER RD | | RADNOR | PA | 19087 | CCAN 251020 |
| 004-2139117-000 | 37 | $4,035.52 | PINE TREE SHOPPES | | WEXFORD | PA | 15090 | CCAN 251020 |
| 004-2146937-000 | 37 | $3,515.40 | 121 PHENIX AVE | | CRANSTON | RI | 2920 | CCAN 251020 |
| 004-2213905-000 | 37 | $8,182.35 | 1954 ASHLY RIVER RD STE P | | CHARLESTON | SC | 29407 | CCAN 251020 |
| 004-2141358-000 | 37 | $3,494.95 | 3321 FOREST DR | STE 4 | COLUMBIA | SC | 29204 | CCAN 251020 |
| 004-2205184-000 | 37 | $8,263.17 | 1293 PROFESSIONAL DR | SUITE C | MYRTLE BEACH | SC | 29577 | CCAN 251020 |
| 404-21534448-000 | 37 | $1,151.92 | 129 E MAIN ST SUITE C | | SPARTANBURG | SC | 29306 | CCAN 251020 |
| 004-2185348-000 | 37 | $5,166.41 | 118 MABRY HOOD RD STE 400 | | KNOXVILLE | TN | 37922 | CCAN 251020 |
| 004-2182426-000 | 37 | $5,587.01 | 3418 OLSEN BLVD G | | AMARILLO | TX | 79109 | CCAN 251020 |
| 004-2243477-000 | 48 | $8,180.37 | 4600 REGENT BLVD | STE 100 | IRVING | TX | 75063 | CCAN 251020 |
| | | | 4650 REGENT BLVD | STE 100 | IRVING | TX | 75063 | CCAN 251020 |
| 004-2216547-000 | 37 | $6,973.97 | 4600 REGENT BLVD STE 200 | | IRVING | TX | 75063 | CCAN 251020 |
| 004-21577447-000 | 37 | $18,761.44 | 4600 REGENT BLVD 2ND FL | | IRVING | TX | 75063 | CCAN 251020 |
| 004-2216546-000 | 37 | $14,190.67 | 4800 REGENT BLVD STE 200 | | MCKINNEY | TX | 75071 | CCAN 251020 |
| 004-2198882-000 | 37 | $6,570.13 | 6220 VIRGINIA PKWY | SUITE 200 | CHANTILLY | VA | 20151 | CCAN 251020 |
| 004-2196421-000 | 37 | $7,614.44 | 5160 PARSTONE DR STE 190A | | DULLES INTERNATIONAL AIRP | VA | 20166 | CCAN 251020 |
| 004-2148752-000 | 37 | $3,947.25 | 21351 RIDGETOP CIRCLE STE 300 | | HARDY | VA | 24101 | CCAN 251020 |
| 004-2184248-000 | 37 | $5,682.46 | 55 WESTLAKE RD SPACE 112 | | STAFFORD | VA | 22554 | CCAN 251020 |
| 004-2195787-000 | 37 | $7,048.18 | 556 GARRISONVILLE RD STE 110A | | BETHESDA | MD | 20817 | CCAN 401398 |
| 025-0172545-006 | 36 | 0 | 7910 WOODMONT AVE | STE 1310 | TUCSON | AZ | 85704 | CCAN 403694 |
| 002-16956659-000 | 61 | 5165.72 | 5401 N North Oracle Road | | TUCSON | AZ | 85711 | CCAN 403694 |
| 002-2268403-000 | 60 | 24963.39 | 900 S CRAYCROFT | | TUCSON | AZ | 85711 | CCAN 403694 |
| 002-2282598-000 | 60 | 43815.74 | 6245 E BROADWAY STE 350 | | TUCSON | AZ | 85704 | CCAN 403694 |
| 002-2204743-000 | 61 | 6158.04 | 5151 N ORACLE | | LUTZ | FL | 33559 | CCAN 440972 |
| 004-2177981-000 | 37 | 5982.94 | 24430 STATE RD 54 | | MAITLAND | FL | 32751 | CCAN 440972 |
| 404-2161992-000 | 37 | 5940 | 1060 MAITLAND CENTER COMMONS | STE 230 | ELMHURST | IL | 60126 | CCAN 440972 |
| 404-2161992-000 | 37 | 10009.12 | 112 S YORK ROAD | | ELMHURST | IL | 60126 | CCAN 440972 |
| | | | 112 S YORK ROAD | | OVERLAND PARK | KS | 66213 | CCAN 440972 |
| 004-2175312-000 | 37 | 6704.62 | 12980 METCALF SUITE 150 | | CHARLOTTE | NC | 28210 | CCAN 440972 |
| 004-2177982-000 | 37 | 6233.77 | 6230 FAIRVIEW RD STE 400 | | LANCASTER | PA | 17603 | CCAN 440972 |
| 004-2181280-000 | 37 | 6595.77 | 3047 COLUMBIA AVE | | ALEXANDRIA | VA | 22314 | CCAN 440972 |
| 004-2176638-000 | 37 | 6492.25 | 700 S WASHINGTON ST STE 220 | | CENTREVILLE | VA | 20121 | CCAN 440972 |
| 004-2177598-000 | 37 | 5741.8 | 13890 BRADDOCK RD STE 304A | | DUMFRIES | VA | 22026 | CCAN 440972 |
| 004-2181013-000 | 37 | 5069.84 | 17300 RIVER BLVD #201 | | RESTON | VA | 20191 | CCAN 440972 |
| 004-2172554-000 | 37 | 7675.19 | 12355 SUNRISE VALLEY DR | SUITE 230 | IRVINE | CA | 92618 | CCAN 600053770 |
| 600-9009444-000 | 30 | 18986.93 | 111 PACIFICA DRIVE #305 | | LA JOLLA | CA | 92037 | CCAN 600053770 |
| 600-9009442-000 | 30 | 24014.65 | 4275 EXECUTIVE #700 | | | | | |
| | | 1,134,380.35 | | | | | | |

LESS SALE PROCEES    $7,227.60

$1,127,152.75