**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No.  07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | : | |
| et al., | : | Jointly Administered |
| | : | |
| | : | **Related Docket No. 9454** |
| Debtors. | : | |
| _____ | : | Hearing Date: 12/15/10 at 10:00 a.m. |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the  7th day of December, 2010, she caused a true copy of the Response of Banc of America Leasing & Capital, LLC to Debtors' Sixty-Seventh Omnibus (Substantive) Objection to Claims (Docket Index No. 9454) to be mailed to the persons or parties identified below by first class mail:

Young Conaway Stargatt & Taylor LLP
Attn:  Michael S. Neiburg, Esquire
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Counsel for Debtors in Possession

Dated:  December 7, 2010

*/s/ Joanne Lafferty*
_____
JOANNE LAFFERTY