IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------------x
In re                                                                    Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS,                                         Case No. 07-11047 (CSS)
INC., *et al.*, [1]                                                       (Jointly Administered)

                       Debtors.
---------------------------------------------------------------------------------x
AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.,    )
                                                  )
                                 Plaintiff,    )
    v.                                                   )
                                                  )
DE LAGE LANDEN FINANCIAL SERVICES, INC.          )    Adv. Proc. No. 09-51567
                                                )
                               Defendant(s).    )
---------------------------------------------------------------------------------x

## STATUS REPORT

       Plaintiffs, American Home Mortgage Holdings, Inc., *et al*. by and through their undersigned counsel, hereby submit the attached status report of the above-captioned adversary proceeding.

Dated: December 7, 2010

                                                  YOUNG CONAWAY STARGATT &
                                                  TAYLOR, LLP


                                                /s/ *Curtis J. Crowther*
                                                Curtis J. Crowther (No. 3238)
                                                The Brandywine Building
                                                1000 West Street, 17th Floor
                                                Wilmington, Delaware 19801
                                                Telephone: (302) 571-6600
                                                Facsimile: (302) 571-1253

                                                Counsel for Plaintiff

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

## **STATUS CHART**

|  |  | E – Settled.  It is anticipated that the case will be dismissed within 30 days pending documentation of the settlement. |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | 09-51567 |  |

YCST01:10461670.1                                                                                                                              066585.1001