## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
In re:                                      :
                                            :     Chapter 11
                                            :
AMERICAN HOME MORTGAGE                      :
HOLDINGS, INC., a Delaware corporation, et al.,  :  Case No. 07-11047 (CSS)
                                            :
                                            :     Jointly Administered
                                            :
                     Debtors.               :
-------------------------------------------------------x
```

**THIRTY EIGHTH MONTHLY APPLICATION OF QUINN EMANUEL URQUHART & SULLIVAN, LLP, SPECIAL INVESTIGATORY, LITIGATION AND CONFLICTS COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES DURING THE PERIOD FROM SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| | |
|---|---|
| Name of applicant: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Authorized to provide professional services to: | Debtors |
| Date of retention: | September 13, 2007 (nunc pro tunc to August 10, 2007) |
| Period for which compensation and reimbursement is sought: | September 1, 2010 - September 30, 2010 |
| Amount of compensation requested: | $41,573.50 |
| Amount of expense reimbursement requested: | $469.70 |

This is an:___X___ interim _____ final application.

This is the thirty eighth monthly fee application filed by Quinn Emanuel Urquhart & Sullivan, LLP in these cases.

**Prior Applications:**

| Date Filed/ Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| Nov. 21, 2007 / Docket No. 2141 | August 10, 2007 - August 31, 2007 | $217,865.00 | $1,404.26 | $217,865.00 | $1,404.26 |
| Nov. 21, 2007 / Docket No. 2142 | September 1, 2007 - September 30, 2007 | $293,619.00 | $37,757.62 | $293,619.00 | $37,757.62 |
| Dec. 4, 2007 / Docket No. 2277 | October 1, 2007 - October 31, 2007 | $497,748.00 | $36,429.13 | $497,748.00 | $36,429.13 |
| Feb. 7, 2007 / Docket No. 2897 | November 1, 2007 - November 30, 2007 | $287,397.00 | $13,334.64 | $287,397.00 | $13,289.64 |
| Mar. 17, 2008 / Docket No. 3326 | December 1, 2007 - December 31, 2007 | $123,807.25 | $17,100.11 | $123,807.25 | $15,285.06 |
| Mar. 17, 2008 / Docket No. 3327 | January 1, 2008 - January 31, 2008 | $204,209.75 | $7,435.31 | $204,209.75 | $7,112.55 |
| May 19, 2008 / Docket No. 4076 | March 1, 2008 - March 29, 2008 | $172,483.00 | $9,484.53 | $172,483.00 | $9,484.53 |
| May 30, 2008 / Docket No. 4319 | March 1, 2008 - March 31, 2008 | $171,026.25 | $6,421.36 | $171,026.25 | $6,421.36 |
| June 13, 2008 / Docket No. 4626 | April 1, 2008 - April 30, 2008 | $122,547.00 | $4,743.47 | $122,547.00 | $4,743.47 |
| August 21, 2008 / Docket No. 5512 | May 1, 2008 - May 31, 2008 | $ 210,227.00 | $ 7,320.78 | $210,227.00 | $ 7,320.78 |
| September 12, 2008 / Docket No. 5855 | June 1, 2008 - June 30, 2008 | $233,945.75 | $3,513.35 | $233,945.75 | $3,513.35 |
| September 12, 2008 / Docket No. 5856 | July 1, 2008 - July 31, 2008 | $124,699.50 | $8,811.09 | $124,699.50 | $8,811.09 |
| October 29, 2008 / Docket No. 6471 | August 1, 2008 - August 30, 2008 | $18,508.50 | $3,951.15 | $18,508.50 | $3,951.15 |
| November 26, 2008 / Docket No. 6634 | September 1, 2008 - September 30, 2008 | $39,181.50 | $407.00 | $39,181.50 | $407.00 |
| December 12, 2008 / Docket No. 6713 | October 1, 2008- October 31, 2009 | $64,936.25 | $3,812.94 | $64,936.25 | $3,812.94 |
| March 13, 2009 / Docket No. 7005 | November 1, 2008- November 30, 2008 | $12,811.00 | $4,296.32 | $10,248.80 | $4,296.32 |

| Date Filed/ Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| March 13, 2009 / Docket No. 7102 | December 1, 2008- December 31, 2008 | $29,893.00 | $648.22 | $29,893.00 | $648.22 |
| March 13, 2009 / Docket No. 7103 | January 1, 2009- January 31, 2009 | $21,954.00 | $430.75 | $21,954.00 | $430.75 |
| April 15, 2009 / Docket No. 7275 | February 1, 2009- February 28, 2009 | $81,855.50 | $3,522.61 | $81,855.50 | $3,522.61 |
| June 10, 2009/ Docket No. 7517 | March 1, 2009- March 31, 2009 | $36,994.50 | $9809.67 | $36,994.50 | $9809.67 |
| June 10, 2009/ Docket No. 7518 | April 1, 2009- April 30, 2009 | $58,816.00 | $2939.45 | $58,816.00 | $2939.45 |
| August 18, 2009// Docket No. 7961 | May 1, 2009 - May 31, 2009 | $42,436.00 | $914.29 | $33,948.80 | $914.29 |
| August 18, 2009/ Docket No. 7962 | June 1, 2009 June 30, 2009 | $15,733.50 | $541.57 | $12,586.80 | $541.57 |
| September 14, 2009 Docket No. 8062 | July 1, 2009 - July 31, 2009 | $18,603.50 | $439.39 | $9,301.75 | $439.39 |
| October 26, 2009 Docket No. 8215 | August 1, 2009 August 31, 2009 | $9,019.50 | $7,713.02 | $7,215.60 | $7,713.02 |
| November 17, 2009 Docket No. 8310 | September 1, 2009 - September 30, 2009 | $9,762.00 | $33.04 | $7,809.60 | $33.04 |
| December 18, 2009 Docket No. 8428 | October 1, 2009 — October 31, 2009 | $6,025.00 | $138.97 | $6,025.00 | $138.97 |
| January 29, 2010 Docket No. 8522 | November 1, 2009 - November 30, 2009 | $11,321.50 | $132.69 | $11,321.50 | $132.69 |
| March 8, 2010 Docket No. 8658 | December 1, 2009 December 31, 2009 | $11,907.00 | $1,465.05 | $11,907.00 | $1,465.05 |
| March 8, 2010 Docket No. 8659 | January 1, 2010 January 31, 2010 | $19,920.50 | $650.26 | $19,920.50 | $650.26 |
| June 9, 2010 Docket No. 8897 | February 1, 2010 February 28, 2010 | $3,663.00 | $30.50 | $3,663.00 | $30.50 |
| June 9, 2010 Docket No. 8898 | March 1, 2010 March 31, 2010 | $6,050.50 | $102.64 | $6,050.50 | $102.64 |

| Date Filed/ Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| June 9, 2010 Docket No. 8899 | April 1, 2010 April 30, 2010 | $5,575.00 | $45.74 | $5,575.00 | $45.74 |
| July 27, 2010 Docket No. 9050 | May 1, 2010 May 31, 2010 | $3,502.00 | $53.60 | $2,801.60 | $53.60 |
| July 27, 2010 Docket No. 9051 | June 1, 2010 June 30, 2010 | $2,248.50 | $2.90 | $1,798.80 | $2.90 |
| September 14, 2010 Docket No. 9215 | July 1, 2010 July 31, 2010 | $12,636.00 | $88.18 | $6,318.00 | $88.18 |
| September 28, 2010 Docket No. 9274 | August 1, 2010 August 31, 2010 | $15,063.50 | $798.16 | | |

ATTACHMENT TO THIRTY EIGHTH MONTHLY FEE APPLICATION OF
QUINN EMANUEL URQUHART & SULLIVAN, LLP: SPECIAL INVESTIGATORY,
LITIGATION AND CONFLICTS COUNSEL TO THE DEBTORS

| NAME | POSITION; EXPERIENCE | HOURLY RATE | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| James C. Tecce | Partner | $790.00 | 14.60 | $11,534.00 |
| Olga M. Urbieta | Associate | $390.00 | 50.60 | $19,734.00 |
| Christopher Clark | Attorney | $320.00 | 38.50 | $12,320.00 |
| **SUBTOTAL** | | **$500.00 (BLENDED RATE)** | **103.70 HOURS** | **$43,588.00** |
| | Reduction for Non-Working Travel | | | ($2,014.50) |
| | | | | $41,573.50 |

**SUMMARY TABLE OF SERVICES RENDERED DURING
THIRTY EIGHTH MONTHLY FEE PERIOD
(September 1, 2010 - September 30, 2010)**

| ACTIVITY | HOURS | FEES |
|---|---|---|
| Fee Application Preparation/Fee Issues | 68.80 | $25,206.00 |
| Lender Claims | 29.80 | $14,353.00 |
| Non-Working Travel (50%) | 5.10 | $2,014.50 |
| **Total** | **103.70** | **$41,573.50** |

### SUMMARY BY CATEGORY TYPE OF DISBURSEMENTS BILLED
### (September 1, 2010 - September 30, 2010)

| DISBURSEMENTS | AMOUNT |
|---|---|
| Photocopying @ $0.10/ppg | $399.90 |
| Offsite Document Services | $51.82 |
| Express Mail | $17.98 |
| **Total Disbursements** | **469.70** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x

In re:                                              :

                                                   :    Chapter 11

AMERICAN HOME MORTGAGE                               :

HOLDINGS, INC., a Delaware corporation, et al.,      :    Case No. 07-11047 (CSS)

                                                   :    Jointly Administered

                                  Debtors.          :

-------------------------------------------------------x    **Objection Deadline: _____, 2010**

### THIRTY EIGHTH MONTHLY APPLICATION OF QUINN EMANUEL URQUHART & SULLIVAN, LLP, SPECIAL INVESTIGATORY, LITIGATION AND CONFLICTS COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES DURING THE PERIOD FROM SEPTEMBER 1, 2010 THROUGH SEPTEMBER 31, 2010

Quinn Emanuel Urquhart & Sullivan, LLP ("**Quinn Emanuel**"), special

investigatory, litigation and conflicts counsel to American Home Mortgage Holdings, Inc., a

Delaware Corporation, and its affiliated debtors and debtors-in-possession in the above-

captioned cases (collectively, the "**Debtors**" or "**American Home**"), hereby submits its

application (the "**Application**") to this Court pursuant to sections 330 and 331 of chapter 11 of

title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**"), Local Rule 2016-2 of the Local Rules of

Bankruptcy Practice and Procedure For United States Bankruptcy Court For the District of

Delaware ("**Local Rule No. 2016-2**"), for an order (i) allowing compensation of $41,573.50 for

actual, reasonable and necessary professional services rendered, and reimbursement of $469.70

for actual, reasonable and necessary expenses incurred during the period from September 1, 2010

through September 30, 2010 (the "**Thirty Eighth Monthly Fee Period**"), and (ii) authorizing

and directing the Debtors to pay to Quinn Emanuel the amount of $33,728.50 which is equal to

the sum of eighty percent (80%) of such allowed compensation ($33,258.80) and one hundred

percent (100%) of expense reimbursement, and represents as follows:

## I.    INTRODUCTION

### A.    Background

1.    <u>Bankruptcy Filing</u>.  On August 6, 2007, (the "**Petition Date**"), each of the

Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The

Debtors continue to operate their businesses and manage their property as debtors-in-possession

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.    <u>Jurisdiction</u>.  This Court has jurisdiction over this Application pursuant to 28

U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

Venue of the Debtors' chapter 11 cases and this Application is proper under 28 U.S.C. §§ 1408

and 1409.  The statutory predicates for the relief sought herein are sections 330 and 331 of the

Bankruptcy Code, Rule 2016 of the Bankruptcy Rules, and Local Rule No. 2016-2.  This

Application is made pursuant to the Administrative Order Establishing Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals Pursuant To Sections 331 and

105(a) of the Bankruptcy Code (the "**Compensation Order**"), entered on October 3, 2007 by

this Court.

### B.    Retention Of Quinn Emanuel And Billing History

3.    On September 13, 2007, the Court authorized Quinn Emanuel's retention as

special investigatory, litigation and conflicts counsel to American Home <u>nunc pro tunc</u> to August

10, 2007, pursuant to the Order Pursuant to Section 327(a) of The Bankruptcy Code and

Bankruptcy Rule 2014(a) Approving the Retention of Quinn Emanuel Urquhart, Oliver &

Hedges LLP, <u>Nunc Pro Tunc</u>, as Special Investigatory, Litigation and Conflicts Counsel for the

Debtors (Docket No. 741) (the "**Retention Order**"). The Retention Order authorized Quinn Emanuel to be compensated pursuant to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and Orders of this Court, including the Compensation Order.

4.    This Application is Quinn Emanuel's thirty eighth monthly application for approval and allowance of compensation. Quinn Emanuel makes this monthly application for approval and allowance of compensation pursuant to section 331 of the Bankruptcy Code and the Compensation Order. No prior application has been made to this or any other court for the relief requested herein, nor has payment been received by Quinn Emanuel for legal services provided to and on behalf of the Debtors, or for out-of-pocket expenses incurred in connection therewith.

5.    Quinn Emanuel has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these cases.

6.    No promises have been received by Quinn Emanuel or any member thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.

## II.    CASE STATUS

7.    On February 23, 2009, the Court entered its Findings of Fact, Conclusions of Law and Order Confirming the Amended Chapter 11 Plan of Liquidation of the Debtors Dated February 18, 2009 (the "**Plan**"). The effective date of the Plan was November 30, 2010.

### III.    __APPLICATION__

8.     By this Application, Quinn Emanuel is seeking (a) allowance of reasonable

compensation for actual and necessary professional services rendered by Quinn Emanuel, as

special investigatory, litigation and conflicts counsel for the Debtors, during the Thirty Eighth

Monthly Fee Period, and (b) reimbursement of actual, reasonable and necessary expenses

incurred by Quinn Emanuel in connection with such services during the Thirty Eighth Monthly

Fee Period.

9.     Specifically, Quinn Emanuel seeks approval of the sum of $41,563.50 for actual,

reasonable and necessary legal services rendered on behalf of the Debtors during the Thirty

Eighth Monthly Fee Period, and $469.70 for reimbursement of actual, reasonable and necessary

expenses incurred in connection with the rendition of such services.  The fees sought by the

Application reflect an aggregate of 103.7 hours of attorney and paraprofessional time spent and

recorded in performing services for the Debtors during the Thirty Eighth Monthly Fee Period.

10.     Quinn Emanuel rendered to the Debtors all services for which compensation is

sought solely in connection with these cases, in furtherance of the duties and functions of the

Debtors.

11.     Quinn Emanuel maintains written records of the time expended in the rendition of

the professional services required by the Debtors.  These records are maintained in the ordinary

course of Quinn Emanuel's practice.  For the convenience of the Court and parties in interest,

attached hereto as part of the cover sheet, is a billing summary for the Thirty Eighth Monthly Fee

Period, setting forth the name of each attorney and paraprofessional for whose work on these

cases compensation is sought, each attorney's year of bar admission, the aggregate of the time

expended by each such attorney and paraprofessional, the hourly billing rate for each such

11

attorney and paraprofessional at Quinn Emanuel's current billing rates, and an indication of the individual amounts requested as part of the total amount of compensation requested. Also set forth in the billing summary is additional information indicating whether each attorney is a partner or associate, and how many years each attorney has held such position. The compensation requested by Quinn Emanuel is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code.

12.    Attached hereto as Exhibit "A" are time entry records broken down in tenths of an hour by project category, in accordance with the U.S. Trustee Guidelines, setting forth a detailed description of services performed by each attorney and paraprofessional on behalf of the Debtors.

13.    Quinn Emanuel also maintains records of all actual and necessary expenses incurred in connection with the performance of professional services, a summary of which also is attached hereto as part of the cover sheet. The summary lists the amounts and categories of expenses for which reimbursement is sought. Attached hereto as Exhibit "B" is a summary of the expenses, including the date the expense was incurred and the charge.

## IV.    SUMMARY OF PROFESSIONAL SERVICES RENDERED

14.    To provide an orderly and meaningful summary of the services rendered on behalf of the Debtors by Quinn Emanuel, in accordance with the U.S. Trustee Guidelines, Quinn Emanuel has established the following separate project billing categories in connection with these cases:

a)    Bank/Thrift Issues
b)    Cash Collateral and DIP Financing
c)    Case Management/Calendar Maintenance/Service of
d)    Class Actions
e)    Court Hearings
f)    Creditor Inquiries

12

g)    Employee Issues
h)    Fee Application Preparation/Fee Issues
i)    Government Issues/Investigations
j)    Insurance Issues
k)    Lender Claims
l)    Meetings
m)    Non-Working Travel (Only 50% Requested)
n)    Other Conflicts
o)    Plan and Disclosure Statement
p)    Recharacterization
q)    Retention of Professionals
r)    Rule 2004 Investigations
s)    Servicing Platform Issues
t)    Stay Relief Matters
u)    Travel Time

15.    The following summary is intended only to highlight a number of the services rendered by Quinn Emanuel in the separate project billing categories where Quinn Emanuel expended a considerable number of hours on behalf of the Debtors.  It is not meant to be a detailed description of all of the work performed by Quinn Emanuel during the Thirty Eighth Monthly Fee Period.  Detailed descriptions of the day-to-day services provided by Quinn Emanuel and the time expended performing such services in each project billing category are fully set forth in Exhibit "A" hereto.  Such detailed descriptions show that Quinn Emanuel was involved in the performance of services for the Debtors on a daily basis to meet the needs of the Debtors in these cases.

A.    **Lender Claims**:  (Total Hours: 29.80; Total Fees: $14,353.00)

16.    On April 21, 2008, U.S. Bank, National Association ("**U.S. Bank**") filed an interpleader action against the Debtors and several Bear Stearns entities and affiliates ("**Bear Stearns**").  In its complaint, U.S. Bank seeks to resolve competing claims asserted by the Debtors and Bear Stearns regarding a monthly payment owing on account of a trust certificate owned by the Debtors and allegedly foreclosed upon by Bear Stearns (the "**August Payment**").

13

Quinn Emanuel attorneys negotiated with Bear Sterns concerning the resolution of a companion

case (filed by Wells Fargo Bank, N.A., hereinafter, "**Wells Fargo**") raising the same issues.

Quinn Emanuel and Bear Stearns agreed that the Wells Fargo action would govern the outcome

and disposition of the U.S. Bank proceeding.

17.    On July 2, 2008, Quinn Emanuel attorneys, on American Home's behalf, filed a

motion for summary judgment on its claim to the disputed monthly payment in the Wells Fargo

action.  On October 30, 2008, the Court entered an order and issued an opinion granting

summary judgment in favor of American Home and against Bear Stearns (the "**Bankruptcy**

**Court Opinion**").

18.    The Bankruptcy Court Opinion was affirmed by the District Court (in July 2009),

and the Third Circuit (in July 2010).  Consistent with American Home's agreement with Bear

Stearns, during the Thirty Eighth Monthly Fee Period, Quinn Emanuel attorneys continued

negotiating a stipulation with U.S. Bank and Bear Stearns for the transfer of the August Payment

to American Home.  It also prepared for motion practice in the event such an agreement could

not be reached.  Throughout this fee period, Quinn Emanuel attorneys also continued

documenting the agreement (and motion approving the same) until it was filed on September 2,

2010.  Moreover, Quinn Emanuel attorneys prepared for and attended the hearing when the

stipulation and consent order were presented to the Court for approval.  Ultimately, the

stipulation and consent order were approved by the Court on September 23, 2010.

B.    **Fee Applications:**  (Total Hours: 68.80; Total Fees: $25,206.00)

19.    Throughout this time period, Quinn Emanuel attorneys spent significant time

drafting and preparing multiple fee applications.  During this fee period, Quinn Emanuel drafted

and prepared the July and August fee applications for filing.  In addition, Quinn Emanuel

attorneys also prepared a detailed final fee application outlining Quinn Emanuel's extensive

involvement in the American Home proceedings. Indeed, the final fee application summarizes more than three years of work and over $3 million in services provided by Quinn Emanuel. Over the course of Quinn Emanuel's involvement, Quinn Emanuel was involved in multiple litigations involving rights and obligations under repurchase agreements and other securities contracts, recharacterization of financing agreements, and insurance issues. Ultimately, Quinn Emanuel's hard work yielded successful results for the Debtors. Quinn Emanuel will file its final fee application by the January 31, 2010 deadline.

20.      The total time spent by Quinn Emanuel attorneys and paraprofessionals during the Thirty Eighth Monthly Fee Period was 103.7 hours, which services have a fair market value of $41,573.50. As shown by this application and supporting exhibits, Quinn Emanuel spent its time economically and without unnecessary duplication of time (or duplication of the efforts of the Debtors' other retained professionals). In addition, the work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task.

## V.    EXPENSES

21.      Quinn Emanuel has expended the total amount of $469.70 in actual, reasonable and necessary expenses in connection with representing the Debtors during the Thirty Eighth Monthly Fee Period. Quinn Emanuel maintains records of all actual and necessary expenses incurred in connection with the performance of professional services. A breakdown of expenses, including the date the expense was incurred and the charge, is annexed hereto as Exhibit "B."

22.      In connection with the reimbursement of actual, reasonable and necessary expenses, it is Quinn Emanuel's policy to charge its clients in all areas of practice for expenses, other than fixed and routine overhead expenses, incurred in connection with representing its

clients. The expenses charged to Quinn Emanuel's clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, photocopying charges, out-of-town travel expenses, local transportation expenses, expenses for working meals, computerized research, transcription costs, as well as non-ordinary overhead expenses particularly attributable to an individual client or cases such as secretarial and other overtime.

23.    Quinn Emanuel charges the Debtors for these expenses at rates consistent with those charged to Quinn Emanuel's other bankruptcy clients, which rates are equal to or less than the rates charged by Quinn Emanuel to its non-bankruptcy clients. Quinn Emanuel seeks reimbursement from the Debtors at the following rates for the following expenses: (a) ten cents per page for photocopying; and (b) one dollar per page for out-going facsimiles. In accordance with section 330 of the Bankruptcy Code and with the U.S. Trustee Guidelines, Quinn Emanuel will seek reimbursement only for the actual cost of such expenses to Quinn Emanuel.

24.    In providing or obtaining third party services which are reimbursable by clients, Quinn Emanuel does not include in such reimbursable amount any costs of investment, equipment or capital outlay, except that the reimbursable cost of photocopying and faxes includes a factor for the cost of the equipment.

25.    Quinn Emanuel regularly charges its non-bankruptcy clients for ordinary business hour fees and expenses for secretarial, library, word processing, and other staff services because such items are not included in the firm's overhead for the purpose of setting the billing rates.

26.    Attorneys at Quinn Emanuel have not incurred expenses for luxury accommodations, deluxe meals or air travel in excess of coach fares. Throughout the Thirty Eighth Monthly Fee Period, Quinn Emanuel has been keenly aware of cost considerations and has tried to minimize the expenses charged to the Debtors' estates.

## VI.    <u>NOTICE</u>

27.    No trustee or examiner has been appointed in these chapter 11 cases. Notice of this Application has been given to (a) the United States Trustee, (b) the Debtors, (c) counsel for the Debtors, (d) the Creditors' Committee, and (e) counsel for the Creditors' Committee.  Quinn Emanuel submits that no further notice need be given in accordance with the Compensation Order.

## VII.   CONCLUSION

WHEREFORE, Quinn Emanuel respectfully requests the Court to enter an order, substantially in the form attached hereto (i) approving and allowing Quinn Emanuel compensation in the amount of $41,573.50 for actual, reasonable and necessary professional services rendered and reimbursement of $469.70 for actual, reasonable and necessary expenses incurred, and authorizing and directing the Debtors to pay to Quinn Emanuel the amount of $33,728.50 which is equal to the sum of eighty percent (80%) of such allowed compensation ($33,258.80) and one hundred percent (100%) of expense reimbursement; and (ii) granting such further relief as is just.

Dated: Wilmington, Delaware
     December 6, 2010

           QUINN EMANUEL URQUHART &
           SULLIVAN, LLP

           By _____
                James C. Tecce
                Susheel Kirpalani

              51 Madison Avenue, 22nd Floor
              New York, New York 10010
              Telephone: (212) 849-7000
              Telecopier: (212) 849-7100

**EXHIBIT A**

**Statement Detail**

Lender Claims

| Date | Timekeeper | Description | Hours | Fee |
|------|-----------|-------------|-------|-----|
| 09/01/10 | JCT | Draft motion to approve settlement agreement (3.6); call w/ U.S. Bank counsel re same (.4); call w/ K. Nystrom re settlement options (.1). | 4.10 | $3,239.00 |
| 09/01/10 | OMU | Meeting w/ J. Tecce and E. Schnabel re: U.S. Bank stipulation (.4); revise motion and stipulation re: same (1.5). | 1.90 | $741.00 |
| 09/02/10 | JCT | Review and revise motion to approve (.2); calls with counsel to US Bank, Bear Stearns, review draft revisions and confs w/ clients (S. Sakamoto, K. Nystrom) re options, revised provisions (1.4). | 1.60 | $1,264.00 |
| 09/02/10 | OMU | Review and revise stipulation and motion (6.0); calls and emails re: finalizing same (1.4). | 7.40 | $2,886.00 |
| 09/10/10 | JCT | Emails among E. Schnitzer, YCST re US Bank settlement. | 0.20 | $158.00 |
| 09/15/10 | OMU | Discuss upcoming hearing re: U.S. Bank stipulation with J. Tecce (.1); emails re: same (.2). | 0.30 | $117.00 |
| 09/17/10 | CC4 | Select and assemble pleadings, correspondence and documents for upcoming hearing. | 3.20 | $1,024.00 |
| 09/21/10 | CC4 | Select and assemble pleadings, correspondence and documents for use at hearing, create index and prepare to be shipped. | 3.50 | $1,120.00 |
| 09/21/10 | JCT | Review agenda, options for hearing, status on certificate of counsel, outline for remarks if hearing goes forward on Bank settlement. | 0.20 | $158.00 |
| 09/21/10 | OMU | Prepare and review background materials for hearing on stipulation. | 3.60 | $1,404.00 |
| 09/22/10 | JCT | Review docs for USBank hearing (.1); outline talking points (.3). | 0.30 | $237.00 |
| 09/23/10 | JCT | Revise letter to Judge Sontchi regarding 3d Cir. decision (.2); revise payment notice (.1). | 0.30 | $237.00 |
| 09/23/10 | JCT | Court Hearings: Prepare for (.8) and attend (.5) hearing on US Bank settlement. | 1.30 | $1,027.00 |
| 09/23/10 | OMU | Prepare letter to Judge Sontchi (.4); revise per J. Tecce's comments and email same (.3). | 0.70 | $273.00 |
| 09/23/10 | OMU | Draft notice of receipt of August payment. | 0.40 | $156.00 |

| Date | Timekeeper | Description | Hours | Fee |
|------|-----------|-------------|-------|-----|
| 09/30/10 | OMU | Revise Notice of Payment (.6); emails re: filing of same (.2). | 0.80 | $312.00 |
| | | Sub-Total: | 29.80 | $14,353.00 |

**Preparation of
Fee Application**

| Date | Timekeeper | Description | Hours | Fee |
|------|-----------|-------------|-------|-----|
| 09/01/10 | CC4 | Review prior fee application and prepare charts for final fee interim fee application. | 5.60 | $1,792.00 |
| 09/01/10 | OMU | Revise AHM final fee application. | 0.90 | $351.00 |
| 09/02/10 | CC4 | Cont. to review prior fee applications and prepare charts for final fee application. | 5.60 | $1,792.00 |
| 09/02/10 | OMU | Revise final fee application. | 3.80 | $1,482.00 |
| 09/03/10 | CC4 | Review and prepare charts for final fee application. | 3.40 | $1,088.00 |
| 09/03/10 | OMU | Revise AHM final fee application (.5); review August invoice (.2); begin reviewing final fee application numbers (.3). | 1.00 | $390.00 |
| 09/07/10 | CC4 | Continue to review and prepare final fee application chart and tables. | 3.80 | $1,216.00 |
| 09/08/10 | CC4 | Continue to prepare final fee application (1.4); review previous interim fee orders (1.2). | 2.60 | $832.00 |
| 09/09/10 | CC4 | Finalize review and creation of chart regarding interim fee orders. | 1.50 | $480.00 |
| 09/10/10 | CC4 | Cont. to edit and revise final fee application and charts of interim fee orders. | 3.90 | $1,248.00 |
| 09/10/10 | OMU | Revise AHM final fee application. | 2.70 | $1,053.00 |
| 09/13/10 | OMU | Prepare final fee application (8.7); review July fee application (.3). | 9.00 | $3,510.00 |
| 09/14/10 | CC4 | Prepare August fee application. | 3.60 | $1,152.00 |
| 09/14/10 | OMU | Review AHM July fee application (.4); prepare final fee application (3.9). | 4.30 | $1,677.00 |
| 09/15/10 | OMU | Revise AHM final fee application. | 5.70 | $2,223.00 |

21

| Date | Timekeeper | Description | Hours | Fee |
|------|-----------|-------------|-------|-----|
| 09/16/10 | OMU | Revise AHM final fee application. | 1.50 | $585.00 |
| 09/17/10 | JCT | Review and revise final fee application. | 1.50 | $1,185.00 |
| 09/23/10 | OMU | Revise AHM final application incorporating J. Tecce's comments. | 1.40 | $546.00 |
| 09/24/10 | CC4 | Finalize August fee application. | 1.80 | $576.00 |
| 09/24/10 | OMU | Revise AHM final fee application (2.8); revise AHM August fee application (1.6). | 4.40 | $1,716.00 |
| 09/27/10 | OMU | Revise August AHM fee application (.4); prepare for filing (.2); email same (.2). | 0.80 | $312.00 |
| | | Sub-Total: | 68.80 | $25,206.00 |

**Non-Working Travel**

| Date | Timekeeper | Description | Hours | Fees |
|------|-----------|-------------|-------|------|
| 09/23/10 | JCT | Non working travel: Travel to (2.5) and from (2.6) hearing in Wilmington, Delaware for US Bank settlement. | 5.10 | 4,029.00 |
| | | Sub-Total: | 5.10 | $4,029.00 |

## EXHIBIT B

### Summary By Expenses Incurred

| | | | |
|---|---|---|---|
| 9/2310 | Document Reproduction | 2,274 pages @ $0.10 per page, | 227.40 |
| 9/21/10 | Document Reproduction | 42 pages @ $0.10 per page | 4.20 |
| 9/1/10 | Document Reproduction | 22 pages @ $0.10 per page | 2.20 |
| 9/1/10 | Document Reproduction | 23 pages @ $0.10 per page | 2.30 |
| 9/2/10 | Document Reproduction | 22 pages @ $0.10 per page | 2.20 |
| 9/2/10 | Document Reproduction | 23 pages @ $0.10 per page | 2.30 |
| 9/2/10 | Document Reproduction | 23 pages @ $0.10 per page | 2.30 |
| 9/2/10 | Document Reproduction | 24 pages @ $0.10 per page | 2.40 |
| 9/2/10 | Document Reproduction | 30 pages @ $0.10 per page | 3.00 |
| 9/2/10 | Document Reproduction | 33 pages @ $0.10 per page | 3.30 |
| 9/2/10 | Document Reproduction | 29 pages @ $0.10 per page | 2.90 |
| 9/3/10 | Document Reproduction | 28 pages @ $0.10 per page | 2.80 |
| 9/3/10 | Document Reproduction | 7 pages @ $0.10 per page | 0.70 |
| 9/3/10 | Document Reproduction | 43 pages @ $0.10 per page | 4.30 |
| 9/8/10 | Document Reproduction | 16 pages @ $0.10 per page | 1.60 |
| 9/8/10 | Document Reproduction | 16 pages @ $0.10 per page | 1.60 |
| 9/8/10 | Document Reproduction | 12 pages @ $0.10 per page | 1.20 |
| 9/8/10 | Document Reproduction | 20 pages @ $0.10 per page | 2.00 |
| 9/8/10 | Document Reproduction | 13 pages @ $0.10 per page | 1.30 |
| 9/8/10 | Document Reproduction | 13 pages @ $0.10 per page | 1.30 |
| 9/8/10 | Document Reproduction | 11 pages @ $0.10 per page | 1.10 |
| 9/8/10 | Document Reproduction | 13 pages @ $0.10 per page | 1.30 |
| 9/8/10 | Document Reproduction | 7 pages @ $0.10 per page | 0.70 |
| 9/8/10 | Document Reproduction | 17 pages @ $0.10 per page | 1.70 |
| 9/8/10 | Document Reproduction | 6 pages @ $0.10 per page | 0.60 |
| 9/8/10 | Document Reproduction | 12 pages @ $0.10 per page | 1.20 |
| 9/8/10 | Document Reproduction | 23 pages @ $0.10 per page | 2.30 |
| 9/8/10 | Document Reproduction | 18 pages @ $0.10 per page | 1.80 |
| 9/8/10 | Document Reproduction | 13 pages @ $0.10 per page | 1.30 |
| 9/10/10 | Document Reproduction | 44 pages @ $0.10 per page | 4.40 |
| 9/13/10 | Document Reproduction | 50 pages @ $0.10 per page | 5.00 |
| 9/14/10 | Document Reproduction | 25 pages @ $0.10 per page | 2.50 |
| 9/14/10 | Document Reproduction | 1 page @ $0.10 per page | 0.10 |
| 9/14/10 | Document Reproduction | 11 pages @ $0.10 per page | 1.10 |
| 9/14/10 | Document Reproduction | 11 pages @ $0.10 per page | 1.10 |
| 9/14/10 | Document Reproduction | 7 pages @ $0.10 per page | 0.70 |
| 9/14/10 | Document Reproduction | 43 pages @ $0.10 per page | 4.30 |
| 9/15/10 | Document Reproduction | 6 pages @ $0.10 per page | 0.60 |
| 9/16/10 | Document Reproduction | 78 pages @ $0.10 per page | 7.80 |
| 9/17/10 | Document Reproduction | 67 pages @ $0.10 per page | 6.70 |
| 9/17/10 | Document Reproduction | 8 pages @ $0.10 per page | 0.80 |

| | | | |
|---|---|---|---|
| 9/17/10 | Document Reproduction | 5 pages @ $0.10 per page | 0.50 |
| 9/17/10 | Document Reproduction | 12 pages @ $0.10 per page | 1.20 |
| 9/17/10 | Document Reproduction | 41 pages @ $0.10 per page | 4.10 |
| 9/17/10 | Document Reproduction | 41 pages @ $0.10 per page | 4.10 |
| 9/17/10 | Document Reproduction | 22 pages @ $0.10 per page | 2.20 |
| 9/17/10 | Document Reproduction | 78 pages @ $0.10 per page | 7.80 |
| 9/17/10 | Document Reproduction | 8 pages @ $0.10 per page | 0.80 |
| 9/17/10 | Document Reproduction | 51 pages @ $0.10 per page | 5.10 |
| 9/17/10 | Document Reproduction | 62 pages @ $0.10 per page | 6.20 |
| 9/17/10 | Document Reproduction | 59 pages @ $0.10 per page | 5.90 |
| 9/17/10 | Document Reproduction | 52 pages @ $0.10 per page | 5.20 |
| 9/17/10 | Document Reproduction | 43 pages @ $0.10 per page | 4.30 |
| 9/17/10 | Document Reproduction | 39 pages @ $0.10 per page | 3.90 |
| 9/17/10 | Document Reproduction | 3 pages @ $0.10 per page | 0.30 |
| 9/17/10 | Document Reproduction | 3 pages @ $0.10 per page | 0.30 |
| 9/17/10 | Document Reproduction | 7 pages @ $0.10 per page | 0.70 |
| 9/17/10 | Document Reproduction | 42 pages @ $0.10 per page | 4.20 |
| 9/20/10 | Document Reproduction | 9 pages @ $0.10 per page | 0.90 |
| 9/21/10 | Document Reproduction | 4 pages @ $0.10 per page | 0.40 |
| 9/21/10 | Document Reproduction | 21 pages @ $0.10 per page | 2.10 |
| 9/21/10 | Document Reproduction | 4 pages @ $0.10 per page | 0.40 |
| 9/21/10 | Document Reproduction | 3 pages @ $0.10 per page | 0.30 |
| 9/21/10 | Document Reproduction | 12 pages @ $0.10 per page | 1.20 |
| 9/24/10 | Document Reproduction | 42 pages @ $0.10 per page | 4.20 |
| 9/24/10 | Document Reproduction | 24 pages @ $0.10 per page | 2.40 |
| 9/30/10 | Document Reproduction | 9 pages @ $0.10 per page | 0.90 |
| 9/21/10 | Document Reproduction | 12 pages @ $0.10 per page | 1.20 |
| 9/21/10 | Document Reproduction | 1 page @ $0.10 per page | 0.10 |
| 9/1/10 | Document Reproduction | 9 pages @ $0.10 per page | 0.90 |
| 9/1/10 | Document Reproduction | 9 pages @ $0.10 per page | 0.90 |
| 9/1/10 | Document Reproduction | 8 pages @ $0.10 per page | 0.80 |
| 9/1/10 | Document Reproduction | 8 pages @ $0.10 per page | 0.80 |
| 9/1/10 | Document Reproduction | 9 pages @ $0.10 per page | 0.90 |
| 9/1/10 | Document Reproduction | 12 pages @ $0.10 per page | 1.20 |
| 9/1/10 | Document Reproduction | 12 pages @ $0.10 per page | 1.20 |
| 9/1/10 | Document Reproduction | 1 page @ $0.10 per page | 0.10 |
| 9/2/10 | Document Reproduction | 10 pages @ $0.10 per page | 1.00 |
| 9/21/10 | Document Reproduction | 17 pages @ $0.10 per page | 1.70 |
| 9/23/10 | Document Reproduction | 5 pages @ $0.10 per page | 0.50 |
| 9/30/10 | Document Reproduction | 2 pages @ $0.10 per page | 0.20 |
| 9/30/10 | Document Reproduction | 2 pages @ $0.10 per page | 0.20 |
| 9/30/10 | Document Reproduction | 2 pages @ $0.10 per page | 0.20 |
| 9/21/10 | Express Mail | FedEx Standard Overnight to Wilmington, DE | 17.98 |
| 9/29/10 | Off-Site Document Services | Rebinding (4 documents) | 3.98 |
| 9/29/10 | Off-Site Document Services | Tabs (25 tabs) | 8.75 |

| | | | |
|---|---|---|---:|
| 9/23/10 | Off-Site Document Services | Tabs (33 tabs) | 11.55 |
| 9/23/10 | Off-Site Document Services | Creation of Tabs | 14.06 |
| 9/23/10 | Off-Site Document Services | Custom Tabs (3) | 1.50 |
| 9/23/10 | Off-Site Document Services | Spiral Binding | 8.00 |
| 9/23/10 | Off-Site Document Services | Rebinding (4) | 3.98 |
| TOTAL | | | 469.70 |