IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | :: | |

---

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                   ) SS
NEW CASTLE COUNTY  )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on December 2, 2010, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Notice of Effective Date [D.I. 9519]

_____
Debbie Laskin

      SWORN TO AND SUBSCRIBED before me this 7 day of December 2010.

_____
Notary Public

KASSANDRA ANN RIDDLE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 10, 2012

YCST01:6163664.16                                                                                                  066585.1001

Rawle Andrews
AARP Maryland
200 St. Paul Place, Suite 2510
Baltimore, MD 21202

Peter Bibler
Legal Assistance Foundation of Metro. Chicago
111 West Jackson Blvd., 3rd Fl.
Chicago, IL 60604

Tamara F. Jushnir Groman
Legal Assistance Foundation of Metro. Chicago
111 West Jackson Blvd., 3rd Fl.
Chicago, IL 60604

Hope Del Carol
Oregon Law Center
921 SW Washington, Suite 516
Portland, OR 97205

Meghan Faux
South Brooklyn Legal Services
105 Court Street, 3rd Fl.
Brooklyn, NY 11210

Margaret Becker
Staten Island Legal Services
36 Richmond Terrace, Suite 205
Staten Island, NY 10301

Debbie Acquisto
9319 65th Avenue E
Bradenton, DL 34202

Christopher Bilek
8417 S. 78gh Ave.
Bridgview, IL 60455

Florence Dandridge
198 Park Avenue
Staten Island, NY 10302

Gracie Graves
406 Division Avenue NE
Washington, D.C. 20019

Delena Lamacchia
1104 Black Road
Cherryville, NC 28021

Paula Rush
1308 Thornapple Drive
Osprey, FL 34229

Daniel Junk
181 Oldfield Way
Okatie, SC 29909

Edmund Andrews
323 St. Lawrence Drive
Silver Spring, MD

David Jackson
12787 Lavender Keep Circle
Farifax, VA 22033

Dwayne Cecil
645 Highland Road
Matteson, IL 60443

Brooklyn Legal Services
975 Hegeman Ave.
Brooklyn, NY 11208

Gary Rohde
27986 Whitcomb
Livonia, MI 48154

Patsy Zeltner
16100 Sand Ridge Road
Bowling Green, OH 43402

Joseph MacCormack
4800 Christie Jane Lane
Fairfax, VA 22030

James Rucker
5057 Coronado Drive
El Dorado Hills, CA 95762

Shervonne Powell
18902 Mills Choice Road, #4
Gaithersburg, MD 20886

Grailing Carter
288 Durham Dr.
Front Royal, VA 22630

Julie Trister
2539 Bedford St., Unit 37A
Stamford, CT 06905

Thomas Chavez
35012 Camino Capistrano
Dana Point, CA 92624

Nicole Silgar
4105 Las Lomas Avenue
Las Vegas, NV 89102

Rueiming Tsai
204 Hackamore Common
Fremont, CA 94539

David Parker
142 Disney Court
Owings Mills, MD 21117

Lisa Moll
8105 Legacy Court
Antelope, CA 95843

Keith Zolner
1647 Bonita Lane
Sarasota, FL 34239

Penny Montague
20842 Southwest Longacre
Beaverton, OR 97006

Mona Dobben
38645 37th Street East
Palmdale, CA 93550

Cecil Dwayne
4054 Storrow Way
Westfield, IN 46074

Grailing Carter
9863 Buckner Rd
Manassas, VA 20110

David Parker
7505 Marston Road
Baltimore, MD 21207

Veronica and Francis Fowler
723 Greene Ave.
Brooklyn, NY 11221

Christopher Bilek
405 N. Everett St.
Streator, IL 61364

Paula Rush
2651 Peery Drive
Churchville, MD 21028

Edmund Andrews
1220 East West Highway
Silver Spring, MD 2091

Shervonne Powell
2705 Barclay Street
Baltimore, MD 21218

Rueming Tsai
543 South Park Victoria Drive
Milpitas, CA 95035

Veronica and Francis Fowler
234 Grove Street
Brooklyn, NY 11237