IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                      :
                                                                       :   Jointly Administered
                                           Debtors.                    ::
---------------------------------------------------------------------- x

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on December 3, 2010, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Notice of Effective Date [D.I. 9519]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 9 day of December 2010.

_____
Notary Public

KASSANDRA ANN RIDDLE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 10, 2012

## SERVICE LIST

Trinity Inspection Services, Inc.
Attn: Brad Meyer
4851 LBJ Freeway, Suite 410
Dallas, TX 75244
(Cure Notice - Construction Loan Sale)
*First Class Mail*

Lendors Choice Network, Inc.
Attn: Allen Skogsberg
1303 East Grand Avenue, Suite 115
Arroyo Grande, CA 93420
(Cure Notice - Construction Loan Sale)
*First Class Mail*

American Title, Inc.
Attn: Mike MacIntosh
1510 Wall Street
Bellevue, NE 68005
(Cure Notice - Construction Loan Sale)
*First Class Mail*

Jerry Christopher Matthews
The Bank of New York Trust Company
601 Travis Street, 16th Fl
Houston, TX 77002
(Creditor Committee Member)
*First Class Mail*

Rocco DeStefano, Esq.
3983 Stonesthrow Ct.
Naples, FL 34109
(2nd Omnibus Objection)
*First Class Mail*

Hilda Gamble
1514 First Parkway
Washington, MO 63090
(5th Omnibus Objection)
*First Class Mail*

Paul Kuhlmeier
5296 E. Softwood Drive
Boise, ID 83716
(2nd Omnibus Objection)
*First Class Mail*

Digital Draw Network, Inc.
Attn: Doug Stuart
10542 South Jordan Gateway, SUite 200
South Jordan, UT 84095
Cure Notice - Construction Loan Sale
*First Class Mail*

MortgageHub
Attn: Dave Dempster
181 Washington Street, Suite 525
Conshohocken, PA 19428
(Cure Notice - Construction Loan Sale)
*First Class Mail*

Steven Sass
UPS
307 International CIrcle, Suite 270
Hunt Valley, MD 21030
(Creditor Commttee Member)
*First Class Mail*

John Marsicano
Waldners Business Environments, Inc.
125 Route 110
Farmingdale, NY 11735
(Creditor Commttee Member)
*First Class Mail*

Antonio Cavaliere
Mound Investments
24620 Schoenherr Road
Warren, MI 48089
(5th Omnibus Objection)
*First Class Mail*

Albert and Anne Houston
1600 Ravenswood Court
Aledo, TX 76008
5th Omnibus Objection
*First Class Mail*

Matthew Liang
1797 Kanapu'u Drive
Kailua, HI 96734
*First Class Mail*

Tory Carroll
227 Duncan Trail
Longwood, FL 32779
(5th Omnibus Objection)
*First Class Mail*

Dennis MacDonadl
5101 S Ironton Way
Greenwood Village, CO 80111
(2nd Omnibus Objection)
*First Class Mail*

Marie Minutillo
12204 Summerwood
Alpharetta, GA 30005
(2nd Omnibus Objection)
*First Class Mail*

Ken and Tracy Liu
26751 Almaden Court
Los Altos Hills, CA 94022
(2nd Omnibus Objection)
*First Class Mail*

Dietmar Schoeffel
355 Hillsdale Avenue
Hillsdale, NJ 07642
(5th Omnibus Objection)
*First Class Mail*

Barbara Henning
2138 Stanley Drive
Fort Worth, TX 76110
(5th Omnibus Objection)
*First Class Mail*

Carla Arsulowicz
Diocesan Publications
500 S. Lake Destiny Drive
Orlando, FL 32810
(5th Omnibus Objection)
*First Class Mail*

Dean Brunel, Esq.
75 Central Street, Unit 1
Somerville, MA 02143
(2nd Omnibus Objection- McPherson, Inc.)
*First Class Mail*

Gilbert Scott
2213 Eastwood Drive
Richardson, TX 75080
(5th Omnibus Objection)
*First Class Mail*

Greer and Laurie Phillips
2104 White Lane
Haslet, TX 76052
(5th Omnibus Objection)
*First Class Mail*

Joe Sgavichio
8930 Redbridge Road
Richmond, VA 23236
*First Class Mail*

Kenneth Dunnill
917 Overbrook Road
Wilmington, DE 19807
5th Omnibus Objection
*First Class Mail*

Michael Surowiec
116 Ralph Ave.
S. Plainfield, NJ 07080
*First Class Mail*

Connie Shelton
Town of Pine Knoll Shores
100 Municipal Circle
Pine Knoll Shores, NC 28512
*First Class Mail*

Judith Rigsby
100 Chacey Lane
Worthington, OH 43085
(2nd Omnibus Objection)
*First Class Mail*

John Clark
2349 Bridgewood Drive
Roanoke, TX 76262
(5th Omnibus Objection)
*First Class Mail*

Gena Goff
7 E. 124th St.
New York, NY 10035
(5th Omnibus Objection)
*First Class Mail*

Frederick and Jean Conrad
4009 Wood End Drive
Edina, MN 55424
(2nd Omnibus Objection)
*First Class Mail*

Alex Yamamura
12429 N. 68th Street
Scottsdale, AZ 85254
(Mona Dobben)
*First Class Mail*

Richard Kreiss
5100 Aurora Drive
Leesburg, FL 34748
(2nd Omnibus Objection)
*First Class Mail*

Ramesh Pathak
31 Blaisdell Way
Fremont, CA 94536
(5th Omnibus Objection)
*First Class Mail*

Elizabeth Hohloch
12322 Fairbanks Road
Linden, MI 48423
(2nd Omnibus Objection)
*First Class Mail*

Joseph Yankura
7445 Harrow Drive
Nashbille, TN 37221
(2nd Omnibus Objection)
*First Class Mail*

Jess Meatte
131 Keystone Drive
Fenton, MO 63026
*First Class Mail*

Erik Fleischner
HQUS EUCOM, CMR 480
Box 2230
APO AE, 09128
*Federal Express*

Brian Fiore
37 A Katie Court
Mahopac, NY 10541
(5th Omnibus Objection)
*First Class Mail*

Edward Ekas
153 Norman Drive
Cranberry Twp., PA 16066
*First Class Mail*

Ron Bartoszkiewica
PO Box 14607
Spfld, MO 65814
(2nd Omnibus Objection)
*First Class Mail*

Terry and Bobbie Petrash
4806 Hwy 574
Plant City, FL 33566
(5th Omnibus Objection)
*First Class Mail*

Paul Deck
BW-0041
1000 Follies Road
Dallas, PA 18612
*Federal Express*

Jerry McBride
1305 Azure Hills Drive
Van Buren, AR 72956
(2nd Omnibus Objection)
*First Class Mail*

Paul Vos
Vos Law Firm
115 Center Avenue N.
Mitchellville, IA 50169
(5th Omnibus Objection)
*First Class Mail*

Jane Lueneburg
2311 Forest Dr.
Tomahawk, WI 54487
(2nd Omnibus Objection)
*First Class Mail*

Mark Presley
6100 Harris Parkway #320
Fort Worth, TX 76132
(5th Omnibus Objection)
*First Class Mail*

John Balestrine
6603 Stoddard Road
Wilmington, NC 28412
(5th Omnibus Objection)
*First Class Mail*

Stan Bergum
5190 Rancho Madera Bend
San Diego, CA 92130
*Federal Express*

Lew Serbin
PO Box 1058
San Francisco, CA 94101
(2nd Omnibus Objection)
*First Class Mail*

Charles Wesner
919 Maple Street
Crozet, VA 22932
(5th Omnibus Objection)
*First Class Mail*

Fred and Leatrice Feuerman
5681 Caruso Court, #104
Boynton Beach, FL 33437
(5th Omnibus Objection)
*First Class Mail*

Wayne McGill
8300 Fawn Meadow Ave.
Las Vegas, NV 89149
*First Class Mail*

Stacy Hopkins
Hopkins & Co.
202 N. Spring Street
Searcy, Arkansas 72143
(5th Omnibus Objection)
*First Class Mail*

Kathleen Heck
30 Hideaway Lane
Sparta, NJ 07871
(2nd Omnibus Objection)
*First Class Mail*

Thomas Scourtos
16 Shore Drive N.
Copiague, NY 11726
(2nd Omnibus Objection)
*First Class Mail*

George Hambrick
111 SE 9th Ct.
Pompano Beach, FL 33060
2nd Omnibus Objection
*First Class Mail*

James Youngman
395 County Road 414
Killen, AL 35645
*Federal Express*

Trevor Corso, Esq.
1249 Paterson Plank Road, 2nd Fl.
Secausus, NJ 07096
(2nd Omnibus Objection- Henry Fett)
*First Class Mail*

Caren Goodman
177 Washington St.
Golden, CO 80403
*First Class Mail*

Marsha Albrecht
837 N. Maple Avenue
Palatine, IL 60067
(2nd Omnibus Objection)
*First Class Mail*

Paula Rush
2651 Peery Drive
Churchville, MD 21028
*First Class Mail*

Ellen Opper-Weiner, Esq.
3 Bethesda Metro Center, Suite 700
Bethesda, MD 20814
*First Class Mail*

Gary and Karen Grundy
9552 Norway Hills Trail
Lakeville, MN 55044
*Federal Express*

Nathan & Lilian Frieder
52-54 65th Place
Maspeth, NY 11378
(2nd Omnibus Objection)
*First Class Mail*

Sunshine Custome Cleaners
Attn: Erica
6005 Irene Drive
Hoffman Estates, IL 60192
*Federal Express*

Irene and Mark White
877 East Heartwood Circle
Fruit Heights, UT 84037
*First Class Mail*

David Blate
2300 Avenue E. Northwest
Winterhaven, FL 33880
*Federal Express*

Kristen Kohl
32 Audley Circle
Plainview, NY 11803
(5th Omnibus Objection)
*First Class Mail*

David Crowe
2593 Rever Drive
Akron, OH 44333
*Federal Express*

Stephen Field
657 Partridge Hill Drive
Hoffman Estates, IL 60169
(401K Participant)
*First Class Mail*

Helen Bullard
3127 W Robinwood
Fresno, CA 93711
(5th Omnibus Objection)
*First Class Mail*

Edwin Anderson
2454 FM 1827
McKinney, TX 75071
(2nd Omnibus Objection)
*First Class Mail*

Allan Sturms
6005 Trent Court
Lewis Center, OH 43045
(2nd Omnibus Objection)
*First Class Mail*

E M Henderson
PO Box 770344
Winter Garden, FL 34777
2nd Omnibus Objection
*First Class Mail*

Jennifer vonBehren
304 East Almond Ave. Apt. # 10
Orange, CA 92866
(2nd Omnibus Objection)
*First Class Mail*

Kristin Wolf
622 South 8th
Petersburg, IL 62675
*First Class Mail*

Philip Braun
18 Pinecone Lane
Commack, NY 11725
(5th Omnibus Objection)
*First Class Mail*

Simon H. Sakamoto
7692 Albany Post Road
Red Hook, NY 12571
*First Class Mail*

Robert C. Bernstein
506 Bay 5th Street
West Islip, NY 11795
*First Class Mail*

Linda K. Larsen
16252 Treasure Cv
Bullard, TX 75757
*First Class Mail*

Michael Labuskes
7 Hewitt Drive
Northport, NY 11768
(401K Participant)
*First Class Mail*

Gail Thakarar
2 Fenbrook Drive
Larchmont, NY 10538
*First Class Mail*

Craig Pino
3 Legends Circle
Melville, NY 11747
*First Class Mail*

Stephen A. Hozie
40 Mallet Hill Rd.
Columbia, SC 29225
*First Class Mail*

Michael Labuskes
7 Hewitt Drive
Northport, NY 11768
*First Class Mail*

Alan B. Horn
332 Franklin Ave.
Sea Cliff, NY 11579
*First Class Mail*

Theresa Parker
71 Fulton St.
Brentwood, NY 11717
(401K Participant)
*First Class Mail*

David Keanna
544 Monroe Street
Cedarhurst, NY 11756
401K Participant
*First Class Mail*

Marie Goudie
20165 Crystal Lake Way
Frankfort, IL 60423
(401K Participant)
*First Class Mail*

Janet Fabiano
9329 South 82nd Ave.
Hickory Hills, IL 60557
(401K Participant)
*First Class Mail*

Michael Duffner
19 Prince Charming Road
Nesconset, NY 11767
(401K Participant)
*First Class Mail*

John Kalas
255 Huntington Bay Road
Huntington Bay Road, NY 11743
*First Class Mail*

Giuseppina Ruperto
676 Fairview Ave.
Westbury, NY 11590
401K Participant
*First Class Mail*

James DeBastiani
1304 Silver Ct.
Bartlett, IL 60103
(401K Participant)
*First Class Mail*

Christopher J. Cavaco
130 Hidden Acres Path
Wading River, NY 11792
*First Class Mail*

Michele Newsham
12 Bucknell Lane
Stony Brook, NY 11790
*First Class Mail*

Mark James
2911 Pacific Heights Road
Honolulu, HA 96813
*First Class Mail*

Robert Q. Yeckley
18 Autumn Drive
East Northport, NY 11731
*First Class Mail*

Monica Stasko
39 Quebec Drive
South Huntington, NY 11746
(401K Participant)
*First Class Mail*

Jason Burzenski
16 Hazel Avenue
Farmingdale, NY 11735
(401K Participant)
*First Class Mail*

Thomas G. Trepanier
813 Rockland Avenue
Mamaroneck, NY 10543
*First Class Mail*

Patricia Shepherd
9 E. Willow Ave.
Phoenix, AZ 85022
*First Class Mail*

Maureen Burch
578 Northern Parkway
Uniondale, NY 11553
(401K Participant)
*First Class Mail*

Julian Forbes
1846 Freeman Avenue
Elmont, NY 11003
(401K Participant)
*First Class Mail*

Susan Seoylemezian
174 Garden St.
Garden City, NY 11530
(401K Participant)
*First Class Mail*

Karen Gowins
407 River Road
Saint James, NY 11780
*First Class Mail*

Marissa Morelle
2059 47th Street
Astoria, NY 11105
*First Class Mail*

Robert N. Iorizzo
1833 Bradley Court
North Bellmore, NY 11710
*First Class Mail*

Damian Voulo
11 James Monroe
East Setauket, NY 11733
(401K Participant)
*First Class Mail*

Steven G. Dickman
3908 Sharondale Drive
Flower Mound, TX 75022
*First Class Mail*

George Hart
4541 Patrick Dr.
Kennesaw, GA 30114
*First Class Mail*

Michael Little
534 Pecan St.
Lindenhurst, NY 11757
(401K Participant)
*First Class Mail*

Joy Milligan
1346 Harvest Drive
Crest Hill, IL 60403
(401K Participant)
*First Class Mail*

David M. Friedman
605 Coyote Road
Roanoke, TX 76262
*First Class Mail*

Frank Policano
12 Cape Road
Amity Harbor, NY 11701
(401K Participant)
*First Class Mail*

MaryAnn Munson
130 Taft Crescent
Centerpoint, NY 11721
*First Class Mail*

Richard Levardson
272 Lake Drive
Patchogue, NY 11772
(401K Participant)
*First Class Mail*

Tim Neer
78 Cobblestone Drive
Shoreham, NY 11786
*First Class Mail*

Eric Levine
6 Tain Drive
Great Neck, NY 11021
(401K Participant)
*First Class Mail*

Douglas Pettibone
17848 Sky Park Circle, Suite C
Irvine, CA 92614
(Mona Dobben)
*First Class Mail*

Garvan McDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
PO Box 2165
Wilmington, DE 19801
(Valerie Scruggs)
*First Class Mail*

Robert F. Johnson
343 Alexander Drive
Telford, PA 18969
*First Class Mail*

James H. Shenwick
Shenwick & Asso.
655 Third Avenue, 20th Fl.
New York, NY 10017
(Valerie Scruggs)
*First Class Mail*

Dena L. Kwaschyn
18 Gregory Court
East Northpoint, NY 11731
*First Class Mail*

Damian J. Voulo
11 James Monroe
East Setauket, NY 11733
*First Class Mail*

Jeffrey Lake
6 Harlen Ave.
Medford, NY 11763
(401K Participant)
*First Class Mail*

Michael Warner
635 Laurel St.
Babylon, NY 11702
(401K Participant)
*First Class Mail*

Jeffery Levine
Milestone Advisors LLC
1775 Eye Street, NW, Suite 800
Washington, DC 20006
*First Class Mail*