## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x

In re:                                          :    Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]              :
                                                :    Jointly Administered
        Debtors.                                :
                                                :    **Ref. Docket No.:  9453 & 9516**
------------------------------------------------------------------ x

### CERTIFICATION OF COUNSEL REGARDING REVISED ORDER WITH RESPECT TO THE DEBTORS' SIXTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

The undersigned counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1.       On November 15, 2010, the Debtors filed the Debtors' Sixty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 9453] (the "Objection"). By the Objection, the Debtors sought, *inter alia*: (i) the disallowance of claim number 8607 ("Claim 8607") filed by The Bank of New York ("Bank of New York" and together with the Debtors, the "Parties") on the grounds that Claim 8607 was amended and superseded by claim 10117 ("Claim 10117") filed by Bank of New York; and (ii) the disallowance of claim numbers 9054, 9056, 10453 and 10454 filed by DB Structured Products, Inc. (collectively, the "DB

---

[1]       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Structured Claims") on the grounds that such claims had been amended and superseded by claims subsequently filed by DB Structured Products, Inc.

2.    The Debtors received an informal response to the Objection from Bank of New York.  During subsequent discussions, Bank of New York sought assurances that the requested disallowance of Claim 8607 had no effect on the Parties' stipulation (the "Stipulation"), which had been approved by an order [Docket No. 8298] of the Court dated November 13, 2009.  The Stipulation embodies the Parties' consensual resolutions with respect to, among other claims, Claim 10117.  Pursuant to the Stipulation, a portion of Claim 10117 is allowed as a general unsecured claim in amount of $317,816.  The Stipulation further provides that the remaining portions claimed by Claim 10117 remain unliquidated.

3.    The Debtors agree that nothing in the Objection and/or the proposed form of order sustaining the Objection is intended or shall be deemed to amend, modify or otherwise affect the Stipulation, and the Stipulation shall remain in full force and effect.  A revised proposed form of order (the "Revised Proposed Order") reflecting the Parties' agreement that the Objection does not affect the Stipulation's treatment of, among other things, Claim 10117 is attached hereto as Exhibit 1.

4.    In addition, on November 15, 2010, DB Structured Products, Inc. filed a response [Docket No. 9516] to the Objection, pursuant to which it argued that the DB Structured Claims should not be expunged because the subsequently filed claims merely supplement the DB Structured Claims and were not intended to supersede the earlier filed DB Structured Claims.  As a result of follow-up discussions, the Debtors and DB Structured Products, Inc. have agreed to an adjournment of the Objection with respect to the DB Structured Claims.  The Revised Proposed Order reflects this adjournment.

5.      Responses to the Objection were to be filed and served no later than December 8,

2010 at 4:00 p.m. (ET).  The undersigned hereby certifies that, as of the date hereof, no other

comments, answers, objections or other responsive pleadings to the Objection have been

received.  The undersigned further certifies that the Court's docket has been reviewed in this case

and, other than Bank of New York's informal response and DB Structured Products, Inc.'s

response, no answer, objection or other responsive pleading to the Objection appears thereon.

WHEREFORE, based on the foregoing, the Debtors respectfully request that the Court

enter the Revised Proposed Order at its earliest convenience.

Dated:  December 13, 2010
        Wilmington Delaware

                            **YOUNG CONAWAY STARGATT & TAYLOR, LLP**


                            /s/ Michael S. Neiburg
                            Sean M. Beach (No. 4070)
                            Margaret Whiteman Greecher (No. 4652)
                            Michael S. Neiburg (No. 5275)
                            The Brandywine Building
                            1000 West Street, 17th Floor
                            Wilmington, Delaware  19801
                            Telephone: (302) 571-6600
                            Facsimile: (302) 571-1253

                            Counsel to the Debtors and Debtors in Possession

# EXHIBIT 1

**Revised Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x

In re:                                                    :    Chapter 11

                                     :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :    Case No. 07-11047 (CSS)

a Delaware corporation, et al.,[1]                      :

                                     :    Jointly Administered

        Debtors.                                    :

---------------------------------------------------------------------- x    **Ref. Docket No. 9453 & 9516**

## REVISED ORDER SUSTAINING DEBTORS' SIXTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the sixty-sixth omnibus (non-substantive) claims objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") reassigning or disallowing and expunging each of the Disputed Claims[2] identified on Exhibits A, B, C, and D attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate

---

[1]       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]       All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Objection is adjourned with respect to proof of claim numbers 9054, 9056, 10453 and 10454 filed by DB Structured Products, Inc.; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A, B and D are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit C are hereby reassigned to the New Case Numbers as indicated on Exhibit C; and it is further

ORDERED that nothing in this Order is intended or shall be deemed to amend, modify or otherwise affect the stipulation entered into between the Debtors and The Bank of New York (the "Stipulation"), which was approved by the Court [Docket No. 8298] on November 13, 2009. The Stipulation shall remain in full force and effect with respect to, among other things, the agreed treatment of claim no. 10117 filed by The Bank of New York; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      December ___, 2010

                                                                               _____
                                                           CHRISTOPHER S. SONTCHI
                                                           UNITED STATES BANKRUPTCY JUDGE

                                                                              066585.1001

# EXHIBIT A

**Amended Claim**

## Exhibit A
### Amended Claims

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| BANK OF NEW YORK, THE ATTN: MARTIN FEIG 101 BARCLAY STREET, 8W NEW YORK, NY 10286 | 8607 | 1/11/08 | 07-11050 | Unspecified* | 10117 | 3/18/08 | 07-11050 | Unspecified* |
| Totals: | 1 Claim | | | Unspecified* | | | | Unspecified* |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Late Filed Claim**

# Exhibit B

## Late Filed Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| | | | Objectionable Claim | | |
| MAIER, EDWARD CHARLES & MARCELLA MAE<br>MAIER JT TEN<br>7510 CAHILL RD APT 315B<br>EDINA, MN  55439-2788 | 10790 | 7/22/10 | No Case | $2,240.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,240.00 (T) | 1/11/2008 |
| **Totals:** | 1 Claim | | | $2,240.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,240.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Wrong Debtor Claims**

## Exhibit C
### Wrong Debtor Claims

| | | | Objectionable Claims | | New Case Number |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
| FARMERS INS. AGENCY<br>C/O JOHN ANDA<br>950 N. ELMHURST RD. STE 101<br>MT. PROSPECT, IL 60056 | 10755 | 1/8/10 | No Case | - (S)<br>- (A)<br>- (P)<br>$1,000.00 (U)<br>$1,000.00 (T) | 07-11051 |
| TITLE SERVICES CORPORATION<br>ATTN BRIAN G SAYER<br>DUNAKEY & KLATT, P.C.<br>603 COMMERCIAL ST<br>WATERLOO, IA 50701 | 1237 | 8/29/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,085.00 (U)<br>$1,085.00 (T) | 07-11051 |
| **Totals:** | | **2 Claims** | | - (S)<br>- (A)<br>- (P)<br>$2,085.00 (U)<br>$2,085.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Satisfied Claim**

# Exhibit D

## Satisfied Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Objectionable Claim |
|---|---|---|---|---|---|
| PRINCE GEORGE'S COUNTY, MD<br>C/O MEYERS, RODBELL & ROSENBAUM, P.A.<br>M. EVAN MEYERS<br>6801 KENILWORTH AVENUE, SUITE 400<br>RIVERDALE PARK, MD 20737-1385 | 6302 | 12/24/07 | 07-11051 | $4,317.09 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,317.09 (T) | Verified on the claimant's website that the claimed taxes were refunded to the Debtor on 4/28/2008 and the current balance is zero. |
| **Totals:** | **1 Claim** | | | $4,317.09 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,317.09 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.