HAROLD L DICKEY
15832 WEST JOSHUA TREE DRIVE
SURPRISE, ARIZONA 85374
HLANDGEO@AOL.COM
7 DECEMBER 2010

U S BANKRUPTCY COURT
DISTRICT OF DELAWARE
MR CHRISTOPHER S. SONTCHI
U S BANKRUPTCY JUDGE
824 MARKET STREET
WILIMINGTON, DELAWARE 19801

DEAR SIR;

IN REFERENCE TO AMERICAN HOME MORTGAGE HOLDINGS, INC IN CHAPTER 11 CASE NO 07-11047 (CSS) JOINTLY ADMINISTERED, WE RECEIVED THE INFORMATION YESTERDAY WHICH WAS IN RELATION TO THE ABOVE CASE AND TALKED ABOUT CONFIRMATION DATE AND CONFIRMATION ORDER ETC----

I DO NOT HAVE AN UNDERSTANDING OF THIS LETTER OR WHAT IT IS REFERRING TO, SO I WOULD LIKE TO ASK FOR AN EXPLANITION IF POSSIBLE IF THIS CONCERNS ME AS ONE OF THE CLAIMENTS IN THE ABOVE CASE.

ALL WE KNOW IS WE HAVE 2500 PREFERRED SHARES OF THE AMERICAN HOME MORTGAGE COMPANY NOW IN BANKRUPTCY AND WONDER IF WE WILL EVER GET ANY OF OUR MONEY BACK FROM INVESTING IN THIS COMPANY WHICH HAS A NYSE SYMBOL OF AHMNO. OUR LOSS FROM INVESTING IN THIS COMPANY AMOUNTS TO $18,802.01 AND IF THE COMPANY SHOULD PAY CALLABLE AMOUNT IT WOULD AMOUNT TO $25.00 PER SHARE OR 62,500.00. WHICH WE DO NOT EXPECT TO RECEIVE, BUT WOULD LIKE TO RECEIVE WHAT WE HAVE IN IT OR $18,802.01  THESE SHARES ARE HELD IN TRUST WITH OUR BROKER THE TD AMERITRADE BROKERAGE CO.

I WISH TO THANK YOU FOR YOUR ANSWER AND ESTIMATE WHAT IS TO HAPPEN IN THE FUTURE. WE HOPE THE LEGAL PROCESS WILL NOT USE UP ALL THE FUNDS OF THIS COMPANY, AND EVEN HOPE IT MIGHT AGAIN RETURN TO ORDINARY BUSINESS.

SINCERELY

*[signature]*
HAROLD L. DICKEY ETAL