BK 5118 PG 1056



ROCKINGHAM COUNTY
REGISTRY OF DEEDS

024322

2010 JUN 15  AM 9: 50

## Report of Collector's Execution of Real Estate Tax Lien
### Town of Hampton
June 08, 2010
Page: 1

Tax Year: 2009
Date of Execution:
6/1/2010

| Owner of Person Taxed and Description of Real Estate | Total Lien |
|---|---|
| ALLYN, KELLY ANN O'CONNOR | $1,074.23 |

2 HAWTHORNE LN
HOLYOKE MA 01040
    0.00 Acre  Map:  210    Block:  3    Lot: 135     70 KINGS HWY 135

| | |
|---|---|
| AMERICAN HOME MTG SERVICING INC | $3,709.24 |

4600 REGENT BLVD SUITE 200
IRVING TX 75063
    0.09 Acre  Map:  282    Block:  56    Lot:  1     13 HIGHLAND AVE 1

| | |
|---|---|
| APPLETON DRAKESIDE LLC | $8,493.67 |

PO BOX 119
HAMPTON NH 03843-0119
    12.00 Acre  Map:  188    Block:  3    Lot:     95 DRAKESIDE RD

| | |
|---|---|
| ATLANTIC BREEZE SUITES | $2,864.53 |

C/O RICHARD ROY
429 OCEAN BLVD
HAMPTON NH 03842
    0.20 Acre  Map:  265    Block:  18    Lot: 101     429 OCEAN BLVD 101

| | |
|---|---|
| ATLANTIC BREEZE SUITES | $2,709.47 |

C/O RICHARD ROY
429 OCEAN BLVD
HAMPTON NH 03842
    0.20 Acre  Map:  265    Block:  18    Lot: 102     429 OCEAN BLVD 102

**Town of Hampton**

100 Winnacunnet Rd.

Hampton NH 03842

# Tax Statement

| | |
|---|---|
| **Date:** | 12/7/2010 |
| **Page:** | 1 |
| **Map / Lot:** | 282-56-1 |
| **Account ID:** | 90259 |
| **Interest Thru:** | 11/30/2010 |

AMERICAN HOME MTG SERVICING INC

4600 REGENT BLVD SUITE 200

IRVING, TX   75063

AMERICAN HOME MTG SERVICING INC

4600 REGENT BLVD SUITE 200

IRVING, TX   75063

| | | | | |
|---|---|---|---|---|
| **Property** 282-56-1 | | Land | 0.00 | 0.00 |
| **Location** 13 HIGHLAND AVE 1 | | Building | 200,000.00 | 0.00 |
| | | Current Use | 0.00 | 0.00 |
| **Taxable Value** | 200,000.00 | | 0.00 | 0.00 |
| **Exemptions** | 0.00 | | | |
| **Net Taxable Value** | $200,000.00 | Tax Credits: | 0.00 | |

## Tax Year 2010

Amount Due: **$3,436.65**

| Invoice | Date | Due Date | Description | Principal | Interest Due | Billed | Due |
|---|---|---|---|---|---|---|---|
| 2010-1-293872 | 05/20/2010 | 07/01/2010 | 2010-1-0-2010 tax warrant | | | $1,694.00 | $1,778.65 |
| **Billing Detail** | | | | **Principal** | **Interest Due** | | |
| Tax Bill | 05/20/2010 | | Current Property Tax | $1,694.00 | $84.65 | | |
| 2010-2-350379 | 11/01/2010 | 12/01/2010 | 2010-2-0-2010 tax warrant | | | $1,658.00 | $1,658.00 |
| **Billing Detail** | | | | **Principal** | **Interest Due** | | |
| Tax Bill | 11/01/2010 | | Current Property Tax | $1,658.00 | $0.00 | | |

**Town of Hampton**

100 Winnacunnet Rd.

Hampton NH 03842

# Tax Statement

| | |
|---|---|
| **Date:** | 12/7/2010 |
| **Page:** | 2 |
| **Map / Lot:** | 282-56-1 |
| **Account ID:** | 90259 |
| **Interest Thru:** | 11/30/2010 |

AMERICAN HOME MTG SERVICING INC

4600 REGENT BLVD SUITE 200

IRVING, TX   75063

AMERICAN HOME MTG SERVICING INC

4600 REGENT BLVD SUITE 200

IRVING, TX   75063

**Tax Year 2009**

Amount Due: **$4,042.15**

| Invoice | Date | Due Date | Description | Principal | Interest Due | Billed | Due |
|---|---|---|---|---|---|---|---|
| 2009-1-83 | 05/29/2009 | 07/01/2009 | 2009-1-PROPERTY TAX | | | $1,697.00 | $0.00 |
| **Billing Detail** | | | | **Principal** | **Interest Due** | | |
| Tax Bill | 05/29/2009 | | 2009-1-PROPERTY TAX | $1,697.00 | $0.00 | | |
| | 06/01/2010 | | Liquidate Invoice 2009-1-83 | ($1,697.00) | $0.00 | | |
| Interest | 06/01/2010 | | Lien Interest thru 06/01/2010 | $186.90 | $0.00 | | |
| Costs | 06/01/2010 | | Accumulated Lien Costs | $18.28 | $0.00 | | |
| 2009-2-83 | 11/05/2009 | 12/07/2009 | 2009-2-PROPERTY TAX | | | $1,691.00 | $0.00 |
| **Billing Detail** | | | | **Principal** | **Interest Due** | | |
| Tax Bill | 11/05/2009 | | 2009-2-PROPERTY TAX | $1,691.00 | $0.00 | | |
| | 06/01/2010 | | Liquidate Invoice 2009-2-83 | ($1,691.00) | $0.00 | | |
| Interest | 06/01/2010 | | Lien Interest thru 06/01/2010 | $97.84 | $0.00 | | |
| Costs | 06/01/2010 | | Accumulated Lien Costs | $18.22 | $0.00 | | |
| 2009-298559 | 06/01/2010 | 06/01/2010 | 2009 Tax Lien 282-56-1 | | | $3,709.24 | $4,042.15 |
| **Billing Detail** | | | | **Principal** | **Interest Due** | | |
| Tax Bill | 06/01/2010 | | 2009 Tax Lien 282-56-1 | $3,709.24 | $332.91 | | |

| | |
|---|---|
| **$10,449.24** | **$7,478.80** |
| Principal Due | $7,061.24 |
| Interest Due | $417.56 |
| Cost Due | $60.50 |
| **Total Taxes Currently Due** | **$7,539.30** |





December 7, 2010


Office of the Clerk
United States Bankruptcy Court
District of Delaware
Attn: Claims
824 Market St., 3rd Floor
Wilmington, DE  19801


In Re:  Case No. . . . . . . . . . . . . . . . . . . . . . 07-11047
        American Home Mortgage Holdings, Inc/American Home Mortgage Servicing
        13 Highland Ave, Hampton, NH


Dear Sir or Madam:

        Enclosed for filing please find Proof of Claim for the Town of Hampton, N.H. relative to the above referenced matter.  Kindly provide this writer with an acknowledgement of the filing of this claim; I have enclosed a stamped, self-addressed envelope and photocopy of the proof of claim, tax statement through effective date of plan, and copy of lien filed 6/15/2010.

Sincerely,


Donna Bennett, Tax Collector
Town of Hampton, N.H.
100 Winnacunnet Road
Hampton, NH  03842
(603) 926-6769


*136 Winnacunnet Road, Hampton, New Hampshire 03842   Tel. 603-926-6766   Fax 603-926-6853*