# EXHIBIT A

# [RESERVED]