# EXHIBIT B

## Multiple Debtor Claims

## Exhibit B

### Multiple Debtor Claims

| Name/Address of Claimant | Objectionable Claim | | | Total Amount Claimed | Comments |
| --- | --- | --- | --- | --- | --- |
| | Claim Number | Date Filed | Case Number | | |
| UNITED GUARANTY RESIDENTIAL INS CO ET AL ATTN SARA F MILLARD, AUTHORIZED REP. LAW DEPARTMENT 230 N. ELM, SUITE 27401, P.O. BOX 20597 GREENSBORO, NC 27420 | 8531 | 1/10/08 | 07-11050 | - (S) - (A) - (P) $6,360.00 (U) $6,360.00 (T) | Claimant filed numerous identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and the claimant's surviving claim (#8534) was asserted against the correct Debtor. |
| UNITED GUARANTY RESIDENTIAL INS CO ET AL ATTN SARA F MILLARD, AUTHORIZED REP. LAW DEPARTMENT 230 N. ELM, SUITE 27401, P.O. BOX 20597 GREENSBORO, NC 27420 | 8532 | 1/10/08 | 07-11051 | Unspecified* | Claimant filed numerous identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and the claimant's surviving claim (#8534) was asserted against the correct Debtor. |
| UNITED GUARANTY RESIDENTIAL INS CO ET AL ATTN SARA F MILLARD, AUTHORIZED REP. LAW DEPARTMENT 230 N. ELM, SUITE 27401, P.O. BOX 20597 GREENSBORO, NC 27420 | 8535 | 1/10/08 | 07-11048 | Unspecified* | Claimant filed numerous identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and the claimant's surviving claim (#8534) was asserted against the correct Debtor. |
| UNITED GUARANTY RESIDENTIAL INS CO ET AL ATTN SARA F MILLARD, AUTHORIZED REP. LAW DEPARTMENT 230 N. ELM, SUITE 27401, P.O. BOX 20597 GREENSBORO, NC 27420 | 8536 | 1/10/08 | 07-11049 | - (S) - (A) - (P) $6,360.00 (U) $6,360.00 (T) | Claimant filed numerous identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and the claimant's surviving claim (#8534) was asserted against the correct Debtor. |
| Totals: | 4 Claims | | | - (S) - (A) - (P) $12,720.00 (U) $12,720.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.