# EXHIBIT C

**No Liability Claims**

## Exhibit C

## No Liability Claims

| Name/Address of Claimant | Objectionable Claim | | | | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | 9193 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$198,600.00 (U)<br>$198,600.00 (T) | The loan was sold to Countrywide, however, the funding of the rehabilitation loan remained the responsibility of the Debtor. All funds were released. The final payment was made to the borrower on 5/7/2008. |
| EMPIRE HEALTHCHOICE ASSURANCE, INC.<br>DBA EMPIRE BLUE CROSS BLUE SHIELD<br>ATTN LOUIS BENZA, ESQ.<br>15 METRO TECH CENTERC 6TH FLOOR<br>BROOKLYN, NY 11201 | 7911 | 1/9/08 | 07-11047 | Unspecified* | Claimant filed this contingent unliquidated claim as a reservation of rights. Pursuant to the Debtor's books and records, there are no unpaid employee claims or administrative fees due to the claimant. Accordingly, this claim should be disallowed. |
| NATIONWIDE LENDING & ASSOCIATES, LLC<br>ATTN ERNIE CARDENAS<br>3231 SHELTER COVE LANE<br>ELK GROVE, CA 95758 | 4066 | 12/3/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$15,113.76 (U)<br>$15,113.76 (T) | Claim relates to closing costs and yield spread premium for a closed loan that did not fund. Pursuant to the Debtor's Broker Agreement with claimant, compensation is only paid on loans that closed and funded. Because this loan did not fund, no compensation is due to the claimant and the claim should be disallowed. |
| Totals: | 3 Claims | | | - (S)<br>- (A)<br>- (P)<br>$213,713.76 (U)<br>$213,713.76 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.