# EXHIBIT A

**Amended Claim**

## Exhibit A

### Amended Claims

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| BANK OF NEW YORK, THE<br>ATTN: MARTIN FEIG<br>101 BARCLAY STREET, 8W<br>NEW YORK, NY 10286 | 8607 | 1/11/08 | 07-11050 | Unspecified* | 10117 | 3/18/08 | 07-11050 | Unspecified* |
| Totals: | 1 Claim | | | Unspecified* | | | | Unspecified* |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.