# EXHIBIT B

**Late Filed Claim**

## Exhibit B

### Late Filed Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| MAIER, EDWARD CHARLES & MARCELLA MAE<br>MAIER JT TEN<br>7510 CAHILL RD APT 315B<br>EDINA, MN 55439-2788 | 10790 | 7/22/10 | No Case | $2,240.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,240.00 (T) | 1/11/2008 |
| Totals: | 1 Claim | | | $2,240.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,240.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.