# EXHIBIT C

**Wrong Debtor Claims**

# Exhibit C

## Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claims | | | | New Case Number |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | Case Number |
| FARMERS INS. AGENCY<br>C/O JOHN ANDA<br>950 N. ELMHURST RD. STE 101<br>MT. PROSPECT, IL 60056 | 10755 | 1/8/10 | No Case | - (S)<br>- (A)<br>- (P)<br>$1,000.00 (U)<br>$1,000.00 (T) | 07-11051 |
| TITLE SERVICES CORPORATION<br>ATTN BRIAN G SAYER<br>DUNAKEY & KLATT, P.C.<br>603 COMMERCIAL ST<br>WATERLOO, IA 50701 | 1237 | 8/29/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,085.00 (U)<br>$1,085.00 (T) | 07-11051 |
| Totals: | 2 Claims | | | - (S)<br>- (A)<br>- (P)<br>$2,085.00 (U)<br>$2,085.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.