# EXHIBIT D

**Satisfied Claim**

## Exhibit D

### Satisfied Claim

| Name/Address of Claimant | Objectionable Claim | | | | |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| PRINCE GEORGE'S COUNTY, MD<br>C/O MEYERS, RODBELL & ROSENBAUM, P.A.<br>M. EVAN MEYERS<br>6801 KENILWORTH AVENUE, SUITE 400<br>RIVERDALE PARK, MD 20737-1385 | 6302 | 12/24/07 | 07-11051 | $4,317.09 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,317.09 (T) | Verified on the claimant's website that the claimed taxes were refunded to the Debtor on 4/28/2008 and the current balance is zero. |
| Totals: | 1 Claim | | | $4,317.09 (S)<br>- (A)<br>- (P)<br>- (U)<br>$4,317.09 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.