# EXHIBIT A

Code American Home - Administrative Matters

| 08/04/10 | CYNTHIA BALLARD | 4.50 | 1,125.00 |
|---|---|---|---|

Download and process documents for Concordance for S. Astorina.

| 08/04/10 | JAMES DALCERO | 7.20 | 1,692.00 |
|---|---|---|---|

Identify and pull loans cited in spreadsheet for printing, organizing and attorney review.

| 08/10/10 | JAMES DALCERO | 8.00 | 1,880.00 |
|---|---|---|---|

File correspondence and case related material to electronic databases.

| 08/12/10 | JAMES DALCERO | 8.00 | 1,880.00 |
|---|---|---|---|

Search database for emails from Otto, Sherman, and/or Cutaia to AHM and/or CWT employees.

| 08/13/10 | JAMES DALCERO | 2.20 | 517.00 |
|---|---|---|---|

Organize depositions and cited exhibits binders; Search database for emails from Otto, Sherman, and/or Cutaia to AHM and/or CWT employees.

| 08/14/10 | EDUARDO TORO | 2.00 | 410.00 |
|---|---|---|---|

Search and export documents from concordance for printing and review purposes; Print documents as requested by review team.

| 08/16/10 | JAMES DALCERO | 4.70 | 1,104.50 |
|---|---|---|---|

Organize emails of Otto, Cutaia, and Sherman by printing, remove duplicates, and place in chronological order.

| 08/18/10 | JAMES DALCERO | 1.70 | 399.50 |
|---|---|---|---|

Search/pull emails from Loeffler to WUF/Attorneys.

| 08/19/10 | JAMES DALCERO | 2.30 | 540.50 |
|---|---|---|---|

Organize emails re Loeffler and building into binder for attorney review.

| 08/24/10 | JAMES DALCERO | 2.00 | 470.00 |
|---|---|---|---|

Create chart of tentative exhibits in chronological order re pre-trial order.

| 08/30/10 | JAMES DALCERO | 7.30 | 1,715.50 |
|---|---|---|---|

Pull electronic copies of documents identified in Opposing Counsel's Trial Exhibit List.

| 08/31/10 | JAMES DALCERO | 12.70 | 2,984.50 |
|---|---|---|---|
| | Pull electronic copies of documents identified in opposing counsel's trial exhibit list. | | |
| 09/01/10 | CYNTHIA BALLARD | 1.50 | 375.00 |
| | Cited checked brief. | | |
| 09/01/10 | JAMES DALCERO | 9.70 | 2,279.50 |
| | Pull electronic copies of documents identified in Opposing Counsel's Trial Exhibit List and Pl.'s Proposed Findings of Fact. | | |
| 09/02/10 | CYNTHIA BALLARD | 3.00 | 750.00 |
| | Acquire proposals from various vendors re hyper linking of text from the Proposed Findings of Fact and Conclusions of Law. | | |
| 09/02/10 | CYNTHIA BALLARD | 2.00 | 500.00 |
| | Cite checked brief. | | |
| 09/02/10 | CYNTHIA BALLARD | 2.00 | 500.00 |
| | Quote checked brief. | | |
| 09/02/10 | CYNTHIA BALLARD | 2.00 | 500.00 |
| | Blue booked brief. | | |
| 09/02/10 | CYNTHIA BALLARD | 1.50 | 375.00 |
| | Proof read brief. | | |
| 09/02/10 | CYNTHIA BALLARD | 0.30 | 75.00 |
| | Edit brief. | | |
| 09/02/10 | JAMES DALCERO | 13.70 | 3,219.50 |
| | Pull electronic copies of documents identified in Defendant's Trial Exhibit List and Pl.'s Proposed Findings of Fact. | | |
| 09/03/10 | CYNTHIA BALLARD | 1.50 | 375.00 |
| | Cite check Proposed Findings of Fact and Conclusions of Law. | | |
| 09/03/10 | CYNTHIA BALLARD | 1.00 | 250.00 |
| | Edit Proposed Findings of Fact and Conclusions of Law. | | |
| 09/03/10 | CYNTHIA BALLARD | 2.00 | 500.00 |
| | Generate TOA for brief. | | |

| 09/03/10 | CYNTHIA BALLARD | 0.50 | 125.00 |
|---|---|---|---|

Communicate w/ vendors re hyper linking of text from the Proposed Findings of Facts and Conclusions of Law.

| 09/03/10 | CYNTHIA BALLARD | 1.00 | 250.00 |
|---|---|---|---|

Prepare documents for filing.

| 09/03/10 | JAMES DALCERO | 7.30 | 1,715.50 |
|---|---|---|---|

Pull electronic copies of documents identified in Pl.'s Proposed Findings of Fact; Check documents pulled against Def.'s Exhibit List and Proposed Findings of Fact.

| 09/07/10 | CYNTHIA BALLARD | 2.00 | 500.00 |
|---|---|---|---|

Assist w/ preparation re hyper linking of text from the Proposed Findings of Fact and Conclusion of Law.

| 09/07/10 | JAMES DALCERO | 9.30 | 2,185.50 |
|---|---|---|---|

Retrieve case law to Proposed Findings of Fact and Conclusion of Law in preparation of sending to vendor for e-brief creation.

Subtotal For Code American Home - Administrative Matters......... 29,193.50

Code American Home Waterfield Litigation

| 08/02/10 | MARTIN SEIDEL | 3.50 | 2,800.00 |
|---|---|---|---|

Analyze issues for trial (1.5);  Attend team meeting to plan trial preparation (2.0).

| 08/02/10 | SALVATORE ASTORINA | 10.70 | 6,099.00 |
|---|---|---|---|

Conduct legal research re pre-trial orders, email N. Bull re same and call w/ O. Ridges (Managing Attorney's Office) re same (1.1); Review and analyze materials re Price Waterhouse Coopers (.5); Meet w/ M. Seidel, N. Bull and B. Pensyl re trial preparation (2.0); Review and analyze documents re loan repurchase issue, draft chart summarizing same (7.1).

| 08/02/10 | NATHAN BULL | 7.50 | 4,725.00 |
|---|---|---|---|

Pretrial preparation, including legal research, review documents and testimony (5.5); Discuss same w/ M. Seidel, B. Pensyl and S. Astorina (2.0).

| | | | |
|---|---|---|---|
| 08/02/10 | BRADLEY PENSYL | 9.40 | 4,747.00 |

Attend to trial preparation, including research and review case law and draft memo re same (7.4); Meet w/ M. Seidel, N. Bull and S. Astorina re trial preparation (2.0).

| | | | |
|---|---|---|---|
| 08/03/10 | MARTIN SEIDEL | 2.00 | 1,600.00 |

Emails w/ B. Pensyl; Emails w/ E. Gorman re mediation; Telephone conference w/ K. Nystrom; Emails w/ K. Nystrom; Analyze trial strategy and settlement.

| | | | |
|---|---|---|---|
| 08/03/10 | SALVATORE ASTORINA | 10.20 | 5,814.00 |

Review and analysis of documents in connection w/ loan repurchase issue, update and revise chart re same (10.1); Email C. Ballard re loan repurchase issue (.1).

| | | | |
|---|---|---|---|
| 08/03/10 | NATHAN BULL | 4.30 | 2,709.00 |

Pretrial preparation, including legal research and review of documents and testimony (4.0); Discussions w/ B. Pensyl re same (.3).

| | | | |
|---|---|---|---|
| 08/03/10 | BRADLEY PENSYL | 4.90 | 2,474.50 |

Attend to trial preparation, including research and review case law and draft memo re same (4.4); Emails and discussions w/ N. Bull re trial preparation (.3); Emails and meeting w/ K. Grimm re case law research (.2).

| | | | |
|---|---|---|---|
| 08/04/10 | MARTIN SEIDEL | 5.00 | 4,000.00 |

Telephone conference w/ E. Gorman; Telephone conference w/ K. Nystrom; Work on pre-trial prep; Office consult w/ N. Bull re same; Review research re attorneys' fees, reduction/remediation of damages; Emails w/ M. Filler.

| | | | |
|---|---|---|---|
| 08/04/10 | SALVATORE ASTORINA | 7.70 | 4,389.00 |

Review and analyze documents in connection w/ loan repurchase issue, update and revise chart re same (5.5); Review and analyze materials relating to arbitration issue (2.2).

| | | | |
|---|---|---|---|
| 08/04/10 | NATHAN BULL | 5.00 | 3,150.00 |

Pretrial preparation, including formulation of trial outcomes, review of legal research and documents and related discussions w/ M. Seidel.

| 08/04/10 | BRADLEY PENSYL | 5.80 | 2,929.00 |
|---|---|---|---|

Emails and discussions w/ K. Grimm re case law research (.3); Meeting w/ N. Bull re trial preparation (.8); Attend to trial preparation, including review case law, documents and deposition transcripts and draft memo summarizing case law research (4.7).

| 08/05/10 | SALVATORE ASTORINA | 8.00 | 4,560.00 |
|---|---|---|---|

Review and analyze documents in connection w/ loan repurchase issue, draft chart re same.

| 08/05/10 | NATHAN BULL | 7.70 | 4,851.00 |
|---|---|---|---|

Pretrial preparation, including formulation of trial outcomes (5), review of legal research (1.9) and related discussions w/ B. Pensyl (.8).

| 08/05/10 | BRADLEY PENSYL | 7.60 | 3,838.00 |
|---|---|---|---|

Discussions and emails w/ N. Bull re trial preparation (.8); Attend to trial preparation , including review case law and documents and draft memo re same (6.8).

| 08/06/10 | MARTIN SEIDEL | 3.00 | 2,400.00 |
|---|---|---|---|

Emails re trial prep; Analyze damages/attorney fee evidence; Analyze issues re evidence/settlement.

| 08/06/10 | SALVATORE ASTORINA | 8.50 | 4,845.00 |
|---|---|---|---|

Review and analyze documents in connection w/ loan repurchase issue and revise chart re same.

| 08/06/10 | NATHAN BULL | 2.80 | 1,764.00 |
|---|---|---|---|

Pretrial preparation, including review of legal research.

| 08/06/10 | BRADLEY PENSYL | 5.60 | 2,828.00 |
|---|---|---|---|

Attend to trial preparation, including review case law and documents and draft memo re same (1.2); Review documents and litigation filings related to defendants' defenses and counterclaims and create spreadsheet analysis re same (4.4).

| 08/07/10 | SALVATORE ASTORINA | 5.40 | 3,078.00 |
|---|---|---|---|

Review and analyze documents in connection w/ loan repurchase issue, draft chart re same.

| 08/07/10 | BRADLEY PENSYL | 3.40 | 1,717.00 |
|---|---|---|---|

Attend to trial preparation, including review documents and litigation filings related to defendants' defenses and counterclaims and draft memo analyzing same.

| 08/08/10 | SALVATORE ASTORINA | 2.00 | 1,140.00 |
|---|---|---|---|

Revise and edit chart re loan repurchase issue (1.2); Email N. Bull and B. Pensyl re loan repurchases (.5); Review interrogatories and email N. Bull and B. Pensyl re same (.3).

| 08/08/10 | NATHAN BULL | 1.50 | 945.00 |
|---|---|---|---|

Pretrial preparation, including analyze documents and spreadsheets detailing loan repurchases (1), and related correspondence w/ S. Astorina and B. Pensyl (.5).

| 08/08/10 | BRADLEY PENSYL | 7.10 | 3,585.50 |
|---|---|---|---|

Attend to trial preparation, including review documents and litigation filings relating to defendants' defenses and counterclaims and draft memo analyzing same (6.6); Research and review case law relating to breach of contract claims (.5).

| 08/09/10 | MARTIN SEIDEL | 4.00 | 3,200.00 |
|---|---|---|---|

Prepare for trial; Office consult w/ N. Bull re trial outline and Proposed Findings of Fact; Review documents re trial prep; Emails w/ K. Nystrom.

| 08/09/10 | SALVATORE ASTORINA | 7.50 | 4,275.00 |
|---|---|---|---|

Review, revise and edit evidence outline, email N. Bull re same (5.0); Review and analyze document relating to arbitration issue (1.9); Review and analyze documents relating to loan repurchase issue, draft chart re same (.6).

| 08/09/10 | NATHAN BULL | 12.00 | 7,560.00 |
|---|---|---|---|

Pretrial preparation, including attention to pretrial memoranda, creation of trial outline, analyze documents and spreadsheets (10.5), and related discussions w/ M. Seidel, B. Pensyl and S. Astorina (1.5).

| 08/09/10 | BRADLEY PENSYL | 9.30 | 4,696.50 |
|---|---|---|---|

Attend to trial preparation, including review documents and litigation filings relating to defendants' defenses and counterclaims and draft memo summarizing same (8.8); Emails and discussions w/ N. Bull re trial preparation (.5).

| 08/10/10 | MARTIN SEIDEL | 3.50 | 2,800.00 |
|---|---|---|---|

Emails w/ K. Nystrom; Review legal fee issues; Review evidence re loan payments; Office consult w/ N. Bull; Prepare for trial.

| 08/10/10 | SALVATORE ASTORINA | 10.70 | 6,099.00 |
|---|---|---|---|

Review and analyze documents relating to loan repurchase issue, draft chart re same (2.3); Meet w/ N. Bull re evidence outline (.2); Review and analyze materials in connection w/ evidence outline, revise and edit same (8.2).

| 08/10/10 | NATHAN BULL | 10.80 | 6,804.00 |
|---|---|---|---|

Pretrial preparation, including attention to pretrial memoranda, creation of trial outline, analyze documents and spreadsheets (8.5), and related discussions w/ M. Seidel, B. Pensyl and S. Astorina (2.3).

| 08/10/10 | BRADLEY PENSYL | 10.10 | 5,100.50 |
|---|---|---|---|

Meet w/ N. Bull re trial preparation (1.1); Review documents and litigation filings relating to defendants' defenses and counterclaims and draft memo analyzing same in preparation for trial (9.0).

| 08/11/10 | AMANDA KOSOWSKY | 0.20 | 130.00 |
|---|---|---|---|

Emails w/ S. Astorina re interrogatory responses.

| 08/11/10 | MARTIN SEIDEL | 3.50 | 2,800.00 |
|---|---|---|---|

Prepare for trial; Office consult w/ N. Bull; Analyze damages research; Office consult w/ B. Pensyl.

| 08/11/10 | SALVATORE ASTORINA | 7.30 | 4,161.00 |
|---|---|---|---|

Review and analyze documents relating to loan repurchase issue, draft chart re same (7.0); Telephone call w/ B. Pensyl re loan repurchase issues, trial preparation (.1); Email communication w/ A. Kosowsky re information requested re interrogatories (.2)

| 08/11/10 | NATHAN BULL | 11.00 | 6,930.00 |

Pretrial preparation, including attention to pretrial memoranda, creation of trial outline, analyze documents and spreadsheets (10), and related discussions w/ M. Seidel, B. Pensyl and S. Astorina (1).

| 08/11/10 | BRADLEY PENSYL | 2.50 | 1,262.50 |

Attend to trial preparation, including review documents and litigation filings relating to defendants' defenses and counterclaims (2.1); Discussions and emails w/ N. Bull re same (.3); Call w/ S. Astorina (.1).

| 08/12/10 | MARTIN SEIDEL | 2.00 | 1,600.00 |

Prepare for trial; Emails and office consult re trial outline and prep; Analyze settlement case.

| 08/12/10 | SALVATORE ASTORINA | 8.80 | 5,016.00 |

Review and analyze documents in connection w/ evidence outline, revise and edit same, email N. Bull presenting results of same (5.9); Conference call w/ N. Bull and P. Jackson re bankruptcy issues (.6); Meet w/ N. Bull re trial preparation and work to be done (.8); Review and analyze documents in connection w/ Purchase Price Adjustment Claim, telephone call w/ N. Bull re same (1.3); Telephone call w/ J. Dalcero re document review project (.1); Telephone call w/ A. Diamond re database issue (.1).

| 08/12/10 | NATHAN BULL | 10.80 | 6,804.00 |

Pretrial preparation, including attention to pretrial memoranda, creation of trial outline, analyze documents and spreadsheets, and related discussions w/ M. Seidel, B. Pensyl and S. Astorina (8.7); Call w/ P. Jackson of Young Conaway and S. Astorina to discuss post-petition repurchase procedure (.6); Review related disclosure documents (1.5).

| 08/13/10 | MARTIN SEIDEL | 3.50 | 2,800.00 |

Meet w/ N. Bull; Emails w/ K. Nystrom; Telephone conference w/ R. Johnson, R. Loeffler re trial prep; Review damages analysis.

| | | | |
|---|---|---|---|
| 08/13/10 | SALVATORE ASTORINA | 7.90 | 4,503.00 |

Review and analyze documents in connection w/ evidence outline, email N. Bull presenting results of same (5.3); Review and analyze statements of material fact and counter statements of material fact, draft chart summarizing contents of same (2.6).

| | | | |
|---|---|---|---|
| 08/13/10 | NATHAN BULL | 5.20 | 3,276.00 |

Pretrial preparation, including attention to pretrial memoranda, creation of trial outline, analyze documents and spreadsheets, and related discussions w/ M. Seidel and B. Pensyl.

| | | | |
|---|---|---|---|
| 08/14/10 | SALVATORE ASTORINA | 5.50 | 3,135.00 |

Review and analyze statements of material fact and counter statements of material fact, draft chart summarizing contents of same.

| | | | |
|---|---|---|---|
| 08/15/10 | BRADLEY PENSYL | 6.60 | 3,333.00 |

Research and review case law and deposition transcripts, and draft memo re same, in preparation for trial.

| | | | |
|---|---|---|---|
| 08/16/10 | SALVATORE ASTORINA | 5.20 | 2,964.00 |

Telephone calls w/ N. Bull re evidence outline (.1); Review and analyze documents and deposition testimony in connection w/ evidence outline, revise and edit same, email N. Bull re same (4.9); Review and analyze documents in connection w/ arbitration issue, email N. Bull presenting results of same (.2).

| | | | |
|---|---|---|---|
| 08/16/10 | NATHAN BULL | 7.00 | 4,410.00 |

Pretrial preparation, including attention to pretrial memoranda, review of legal research, creation of trial outline, analyze documents, correspondence and spreadsheets, and related discussions w/ M. Seidel, B. Pensyl and S. Astorina.

| | | | |
|---|---|---|---|
| 08/16/10 | BRADLEY PENSYL | 9.60 | 4,848.00 |

Attend to trial preparation, including review deposition transcripts and case law relating to breach of contract claims and defenses to counterclaims (5), and draft memo and email N. Bull re same (4.6).

| 08/17/10 | MARTIN SEIDEL | 4.50 | 3,600.00 |
|---|---|---|---|

Meet w/ K. Nystrom, M. Indelicato; Office consult w/ N. Bull; Review emails re settlement; Emails w/ E. Gorman.

| 08/17/10 | SALVATORE ASTORINA | 7.40 | 4,218.00 |
|---|---|---|---|

Email N. Bull re information requested in connection w/ evidence outline (.2); Review and analyze documents and testimony in connection w/ evidence outline, draft summaries re same (7.1); Telephone calls w/ N. Bull re information requested in connection w/ evidence outline (.1).

| 08/17/10 | NATHAN BULL | 8.30 | 5,229.00 |
|---|---|---|---|

Pretrial preparation, including attention to pretrial memoranda, review of legal research, creation of trial outline, analyze documents, correspondence and spreadsheets, and related discussions w/ B. Pensyl and S. Astorina.

| 08/17/10 | BRADLEY PENSYL | 10.10 | 5,100.50 |
|---|---|---|---|

Attend to trial preparation, including review documents and deposition transcripts and draft trial evidence outline (8.8); Review case law relating to breach of contract claims and defendants' counterclaims (.9); Emails and discussions w/ N. Bull re trial preparation (.4).

| 08/18/10 | MARTIN SEIDEL | 2.50 | 2,000.00 |
|---|---|---|---|

Trial prep; Emails w/ K. Nystrom; Office consult w/ N. Bull; Office consult w/ G. Markel.

| 08/18/10 | SALVATORE ASTORINA | 6.80 | 3,876.00 |
|---|---|---|---|

Telephone call w/ N. Bull re evidence outline (.1); Review and analyze documents and deposition testimony in connection w/ evidence outline, draft summary of certain deposition testimony in connection w/ same (6.7).

| 08/18/10 | NATHAN BULL | 6.00 | 3,780.00 |
|---|---|---|---|

Pretrial preparation, including attention to pretrial memoranda, creation of trial outline, analyze documents, correspondence and spreadsheets (5.9), and related discussions w/ S. Astorina (.1).

| Date | Name | Hours | Amount |
|---|---|---|---|
| 08/18/10 | BRADLEY PENSYL | 8.90 | 4,494.50 |

Attend to trial preparation, including review case law, documents and deposition transcripts relating to breach of contract claims and defendants' counterclaims (7.0); Draft trial evidence outline (1.9).

| 08/19/10 | MARTIN SEIDEL | 3.50 | 2,800.00 |
|---|---|---|---|

Meet w/ S. Spencer; Trial prep; Telephone conference w/ E. Gorman; Emails w/ K. Nystrom, M. Indelicato.

| 08/19/10 | SALVATORE ASTORINA | 6.50 | 3,705.00 |
|---|---|---|---|

Review and analyze deposition testimony in connection w/ the evidence outline, update evidence outline re same (.5); Review and analyze documents relating to post-closing communications (1.6); Telephone calls w/ B. Pensyl re Fed. R. Civ. P. 32 research issue (.1); Legal research re Fed. R. Civ. P. 32 (4.3).

| 08/19/10 | NATHAN BULL | 7.00 | 4,410.00 |
|---|---|---|---|

Pretrial preparation, including attention to pretrial memoranda, creation of trial outline, analyze documents, correspondence and spreadsheets (6.5), and related discussions w/ B. Pensyl (.5).

| 08/19/10 | BRADLEY PENSYL | 9.30 | 4,696.50 |
|---|---|---|---|

Attend to trial preparation, including: draft memo re defendants' counterclaims (5.3); related discussion w/ N. Bull (.5); Call w/ S. Astorina (.1) Review documents and deposition transcripts relating to breach of contract claims and draft trial evidence outline (2.6); Review case law, documents and deposition transcripts relating to defendants' defenses to breach of contract claims (.8).

| 08/19/10 | SCOTT SPENCER | 4.50 | 2,880.00 |
|---|---|---|---|

Worked on motion in limine re defendants' evidence and argument inconsistent w/ its answer to AHM's Interrogatory No. 25.

| 08/20/10 | MARTIN SEIDEL | 0.50 | 400.00 |
|---|---|---|---|

Emails w/ E. Gorman; Telephone conference w/ E. Gorman.

| 08/20/10 | SALVATORE ASTORINA | 6.30 | 3,591.00 |

Review and analyze documents relating to post-closing communications, meet w/ N. Bull re same (.4); Legal research re Fed. R. Civ. P. 32 (5.9).

| 08/20/10 | NATHAN BULL | 4.50 | 2,835.00 |

Pretrial preparation, including attention to pretrial memoranda, creation of trial outline and analyze documents, correspondence and spreadsheets.

| 08/20/10 | BRADLEY PENSYL | 6.90 | 3,484.50 |

Attend to trial preparation, including review documents and deposition transcripts relating to breach of contract claims and draft trial evidence outline.

| 08/20/10 | SCOTT SPENCER | 8.50 | 5,440.00 |

Work on motion in limine re defendants' evidence and argument inconsistent w/ its answer to AHM's Interrogatory No. 25.

| 08/22/10 | BRADLEY PENSYL | 11.60 | 5,858.00 |

Review deposition transcripts and produced documents, and draft and revise trial evidence outline in preparation for trial.

| 08/23/10 | SALVATORE ASTORINA | 6.00 | 3,420.00 |

Review cases re Fed. R. Civ. P. 32 issue (.3); Legal research re pre-trial orders, findings of fact and conclusions of law (5.0); Review and analyze materials relating to Summary Judgment and discovery issues, email S. Spencer re same (.7).

| 08/23/10 | NATHAN BULL | 0.80 | 504.00 |

Call w/ trial witness.

| 08/23/10 | BRADLEY PENSYL | 4.20 | 2,121.00 |

Review and revise pretrial order (1.5); Review documents and deposition transcripts relating to claims and defendants' counterclaims and revise trial evidence outline (2.7).

| 08/23/10 | LARRY ROSENTHAL | 6.80 | 3,876.00 |

Attention to case law research requested by N. Bull.

| 08/23/10 | SCOTT SPENCER | 9.00 | 5,760.00 |

Work on motion in limine re defendants' evidence and argument inconsistent w/ its answer to AHM's Interrogatory No. 25.

| 08/24/10 | MARTIN SEIDEL | 0.50 | 400.00 |

Emails re trial preparation; Trial preparation.

| 08/24/10 | SALVATORE ASTORINA | 6.80 | 3,876.00 |

Review and analyze materials relating to expert discovery, email N. Bull w/ information requested (1.4); Email S. Spencer re information requested relating to discovery issues (.2); Draft chart of trial exhibits in connection w/ joint pre-trial order, meet w/ N. Bull re same, email N. Bull re same (5.2).

| 08/24/10 | NATHAN BULL | 9.00 | 5,670.00 |

Draft the parties' Joint Pretrial Order, including preparation of AHM's proposed deposition designations and exhibit list and related review of testimony and documents and related discussions w/ S. Astorina and B. Pensyl (5.5); Attend to Proposed Findings of Fact and Law, including drafting, legal research and related discussions w/ B. Pensyl and S. Astorina (3.5).

| 08/24/10 | BRADLEY PENSYL | 7.80 | 3,939.00 |

Review deposition transcripts and review and revise trial evidence outline and pretrial order in preparation for trial.

| 08/24/10 | LARRY ROSENTHAL | 5.30 | 3,021.00 |

Attention to case law research requested by N. Bull.

| 08/24/10 | SCOTT SPENCER | 2.50 | 1,600.00 |

Work on motion in limine re defendants' evidence and argument inconsistent w/ its answer to AHM's Interrogatory No. 25.

| 08/25/10 | MARTIN SEIDEL | 2.50 | 2,000.00 |

Telephone conference w/ E. Gorman; Review claims and defenses from PTO; Review issues re witness designations; Telephone conference w/ K. Nystrom; Emails w/ K. Nystrom, M. Indelicato.

| 08/25/10 | SALVATORE ASTORINA | 3.50 | 1,995.00 |

Edit and revise evidence outline (.5); Review and analyze deposition testimony, draft deposition designations chart for joint pre-trial order, email N. Bull re same (3.0).

| 08/25/10 | NATHAN BULL | 10.00 | 6,300.00 |

Draft Joint Pretrial Order, including preparation of AHM's proposed deposition designations and exhibit list and related review of testimony and documents (4.5); Attend to Proposed Findings of Fact and Law, including drafting, legal research and related discussions w/ B. Pensyl and S. Astorina. (5.5).

| 08/25/10 | BRADLEY PENSYL | 6.50 | 3,282.50 |

Review documents and deposition transcripts relating to defendants' counterclaims and draft memo re same (2.6); Review deposition transcripts and review and revise trial evidence outline and pretrial order (3.9).

| 08/25/10 | SCOTT SPENCER | 3.00 | 1,920.00 |

Work on motion in limine re defendants' evidence and argument inconsistent w/ its answer to AHM's Interrogatory No. 25.

| 08/26/10 | MARTIN SEIDEL | 2.50 | 2,000.00 |

Telephone conference w/ E. Gorman; Emails re settlement; Attention to trial prep.

| 08/26/10 | SALVATORE ASTORINA | 0.10 | 57.00 |

Telephone call w/ B. Pensyl re material to be submitted in connection w/ joint pre-trial order, email B. Pensyl containing information requested re joint pre-trial order.

| 08/26/10 | NATHAN BULL | 7.50 | 4,725.00 |

Draft the parties' Joint Pretrial Order (2); Attend to Proposed Findings of Fact and Law, including drafting, legal research and related discussions w/ B. Pensyl and S. Astorina (5.5).

| 08/26/10 | BRADLEY PENSYL | 10.80 | 5,454.00 |

Attend to trial preparation, including, meeting w/ N. Bull re pretrial brief and trial preparation (.9); Review deposition transcripts and documents and review and revise trial evidence outline and pretrial order (3.4); Call w/ S. Astorina (.1); Draft outline of argument for pretrial brief and draft pretrial brief (6.4).

| 08/26/10 | LARRY ROSENTHAL | 7.00 | 3,990.00 |

Attention to case law research requested by N. Bull.

| 08/26/10 | SCOTT SPENCER | 4.80 | 3,072.00 |

Work on motion in limine re defendants' evidence and argument inconsistent w/ its answer to AHM's Interrogatory No. 25.

| 08/27/10 | MARTIN SEIDEL | 0.50 | 400.00 |

Telephone conference w/ E. Gorman; Telephone conference w/ N. Bull.

| 08/27/10 | SALVATORE ASTORINA | 3.30 | 1,881.00 |

Review deposition transcripts (.1); Telephone call w/ N. Bull re pre-trial memorandum (.1); Conduct legal research re declaratory judgments (3.1).

| 08/27/10 | NATHAN BULL | 8.00 | 5,040.00 |

Prepare AHM's proposed witnesses, deposition designations and exhibits, and related discussions w/ opposing counsel as well as B. Pensyl and S. Astorina (2.5); Attend to AHM's Pretrial Memorandum, including drafting and discussions w/ B. Pensyl (5.5).

| 08/27/10 | BRADLEY PENSYL | 8.70 | 4,393.50 |

Draft pretrial brief.

| 08/27/10 | LARRY ROSENTHAL | 7.50 | 4,275.00 |

Attention to case law research requested by N. Bull.

| 08/28/10 | MARTIN SEIDEL | 1.00 | 800.00 |

Review trial brief drafts.

| 08/28/10 | NATHAN BULL | 4.00 | 2,520.00 |

Review and analyze Skadden's proposed witnesses, exhibits and deposition designations (1.5); Review motion in limine (1); Attend to pretrial memoranda (1.5).

| 08/29/10 | SALVATORE ASTORINA | 3.50 | 1,995.00 |
|---|---|---|---|

Conduct legal research re declaratory judgments, draft rider for pre-trial memorandum re declaratory judgment claim (3.4); Email N. Bull and B. Pensyl re same (.1).

| 08/29/10 | NATHAN BULL | 3.50 | 2,205.00 |
|---|---|---|---|

Attend to pretrial memoranda, including edits and review of documents and legal research.

| 08/29/10 | BRADLEY PENSYL | 9.10 | 4,595.50 |
|---|---|---|---|

Draft pretrial brief and review case law, deposition transcripts and produced documents.

| 08/30/10 | MARTIN SEIDEL | 2.00 | 1,600.00 |
|---|---|---|---|

Office consult w/ N. Bull re settlement, trial prep; Office consult w/ G. Markel; Telephone conference w/ Judge Ellis' chambers.

| 08/30/10 | SALVATORE ASTORINA | 7.50 | 4,275.00 |
|---|---|---|---|

Telephone calls w/ N. Bull re pre-trial order (.2); Email J. Dalcero re materials to be collected in connection w/ pre-trial order (.2); Review and analyze documents identified by Defendants as potential exhibits, draft memorandum re same (6.8); Review and analyze materials relating to Waterfield Shareholder LLC for information requested by N. Bull, email N. Bull presenting results of same (.3).

| 08/30/10 | NATHAN BULL | 9.50 | 5,985.00 |
|---|---|---|---|

Attend to pretrial submissions, including review of and edits to the parties Joint Pretrial Order, AHM's Pretrial Memorandum, and AHM's Proposed Findings of Fact and Law (8), and related discussions w/ M. Seidel, B. Pensyl, S. Astorina (1.5).

| 08/30/10 | BRADLEY PENSYL | 13.90 | 7,019.50 |
|---|---|---|---|

Attend to trial preparation, including draft pretrial brief and proposed conclusions of law (13.4); Emails and discussions w/ N. Bull re pretrial brief, case law and deposition testimony (.5).

| 08/31/10 | MARTIN SEIDEL | 1.00 | 800.00 |
|---|---|---|---|

Emails w/ K. Nystrom; Office consult w/ N. Bull; Emails w/ E. Gorman.

| 08/31/10 | SALVATORE ASTORINA | 10.40 | 5,928.00 |

Review and analyze Defendants' proposed trial exhibits, edit and revise chart re same (5.8); Review AHM's proposed trial exhibits, edit and revise chart re same, email N. Bull and B. Pensyl re same (4.1); Telephone calls w/ N. Bull re joint pre-trial order and work to be done to prepare for trial (.2); Email J. Dalcero re exhibit issues (.3).

| 08/31/10 | NATHAN BULL | 14.30 | 9,009.00 |

Attend to pretrial submissions, including review of and edits to the parties Joint Pretrial Order, AHM's Pretrial Memorandum, and AHM's Proposed Findings of Fact and Law, and related discussions w/ M. Seidel, B. Pensyl, S. Astorina and w/ opposing counsel.

| 08/31/10 | BRADLEY PENSYL | 14.60 | 7,373.00 |

Review deposition transcripts and review and revise pretrial order (1.4); Draft pretrial brief and proposed conclusions of law (13.2).

| 09/01/10 | MARTIN SEIDEL | 2.50 | 2,000.00 |

Telephone conference w/ E. Gorman; Telephone conference and emails w/ K. Nystrom; Office consult w/ N. Bull; Prepare for trial.

| 09/01/10 | SALVATORE ASTORINA | 11.00 | 6,270.00 |

Review and analyze Defendants' proposed exhibits, revise and edit chart re same (9.1); Review materials in connection w/ editing and revising deposition designations chart (.6); Review and analyze AHM's proposed exhibits chart, update same (.5); Email L. Riley (Skadden) re materials relating to joint pre-trial order (.2); Call w/ L. Riley (Skadden) re Defendants' proposed exhibits (.1); Meet w/ N. Bull re stipulated facts, review and analyze same, email N. Bull re same (.4); Emails and phone call w/ J. Dalcero re exhibits issue (.1).

| 09/01/10 | NATHAN BULL | 14.50 | 9,135.00 |

Attend to pretrial submissions, including review of and edits to the parties' Joint Pretrial Order, AHM's Pretrial Memorandum, and AHM's Proposed Findings of Fact and Law, and related discussions w/ M. Seidel, B. Pensyl, S. Astorina and w/ opposing counsel.

| | | | |
|---|---|---|---|
| 09/01/10 | BRADLEY PENSYL | 13.40 | 6,767.00 |

Draft and revise pretrial brief, proposed statements of fact and proposed conclusions of law.

| | | | |
|---|---|---|---|
| 09/02/10 | MARTIN SEIDEL | 3.00 | 2,400.00 |

Telephone conference w/ K. Nystrom; Office consult w/ N. Bull; Telephone conference w/ E. Gorman, N. Bull, S. Astorina, and L. Riley re joint pre-trial order; Review joint pre-trial order; Review exhibits.

| | | | |
|---|---|---|---|
| 09/02/10 | SALVATORE ASTORINA | 12.90 | 7,353.00 |

Meet, email and telephone calls w/ J. Dalcero re Defendants' exhibit list (.4); Email N. Bull re Defendants' exhibit list (.1); Review AHM exhibit list (.1); Review and analyze documents listed on Defendants' exhibit list (8.1); Review and analyze AHM testimony designations (.5); Meet w/ N. Bull re Defendants' exhibit list (.7); Conference call w/ M. Seidel, N. Bull, E. Gorman (Skadden), L. Riley (Skadden) re joint pre-trial order (.6); Review and analyze deposition transcripts in connection w/ counter-designations of testimony, draft chart re counter-designations (2.3); Email O. Ridges re joint pre-trial order (.1).

| | | | |
|---|---|---|---|
| 09/02/10 | NATHAN BULL | 11.80 | 7,434.00 |

Attend to pretrial submissions, including review of and edits to the parties' Joint Pretrial Order, AHM's Pretrial Memorandum, and AHM's Proposed Findings of Fact and Law, and related discussions w/ M. Seidel, B. Pensyl, S. Astorina and w/ opposing counsel.

| | | | |
|---|---|---|---|
| 09/02/10 | BRADLEY PENSYL | 14.80 | 7,474.00 |

Draft and revise pretrial brief, proposed conclusions of law, and proposed statements of fact.

| | | | |
|---|---|---|---|
| 09/03/10 | MARTIN SEIDEL | 2.50 | 2,000.00 |

Emails w/ K. Nystrom and M. Indelicato; Telephone conference w/ E. Gorman; Office consult w/ N. Bull re pre-trial brief; Telephone conference w/ Judge Ellis' chambers; Review and finalize pre-trial filings.

| | | | |
|---|---|---|---|
| 09/03/10 | SALVATORE ASTORINA | 12.70 | 7,239.00 |

Review and analyze deposition transcripts in connection w/ counter-designations of testimony, draft chart re counter-designations, email N. Bull re same (2.8); Review and analyze documents cited on Defendants' exhibit list (2.1); Review and analyze materials in connection w/ AHM Pre-Trial Memorandum of Law, edit and revise same, email B. Pensyl re same (5.9); Review and analyze AHM Proposed Findings of Fact and Conclusions of Law; Telephone call w/ B. Pensyl re same, emails w/ C. Ballard re same (1.9)

| | | | |
|---|---|---|---|
| 09/03/10 | NATHAN BULL | 10.50 | 6,615.00 |

Attend to pretrial submissions, including review of and edits to the parties joint pretrial order, AHM's pretrial memorandum, and AHM's proposed findings of fact and law, and related discussions w/ M. Seidel, B. Pensyl, S. Astorina and w/ opposing counsel.

| | | | |
|---|---|---|---|
| 09/03/10 | BRADLEY PENSYL | 11.70 | 5,908.50 |

Draft and revise pretrial brief, proposed conclusions of law, and proposed statements of fact.

| | | | |
|---|---|---|---|
| 09/06/10 | MARTIN SEIDEL | 0.50 | 400.00 |

Telephone conference w/ E. Gorman re settlement.

| | | | |
|---|---|---|---|
| 09/07/10 | SALVATORE ASTORINA | 0.50 | 285.00 |

Review and analyze joint pre-trial order.

| | | | |
|---|---|---|---|
| 09/07/10 | NATHAN BULL | 6.80 | 4,284.00 |

Confer w/ vendors re costs and timing of converting pretrial memoranda into an appropriate electronic format as directed by the Court (.5); Draft letter re same to the Court (.5); Review and file pretrial memoranda (.8); Review and analyze Defendants' proposed findings of law and fact (5.0).

| | | | |
|---|---|---|---|
| 09/07/10 | BRADLEY PENSYL | 2.60 | 1,313.00 |

Review the defendants' proposed conclusions of law and proposed statements of fact.

| | | | |
|---|---|---|---|
| 09/08/10 | MARTIN SEIDEL | 0.80 | 640.00 |

Confer w/ E. Gorman; Confer w/ M. Indelicato and K. Nystrom re settlement; Telephone conference w/ S. Beach.

| 09/08/10 | NATHAN BULL | 1.50 | 945.00 |
| | Review and analyze Defendants' pretrial memoranda. | | |
| 09/10/10 | MARTIN SEIDEL | 0.50 | 400.00 |
| | Telephone conference w/ S. Beach re settlement; Telephone conference w/ E. Gorman. | | |
| 09/14/10 | MARTIN SEIDEL | 0.30 | 240.00 |
| | Telephone conference w/ E. Gorman re settlement. | | |
| 09/19/10 | MARTIN SEIDEL | 0.50 | 400.00 |
| | Telephone conference w/ E. Gorman; Emails re settlement. | | |
| 09/20/10 | MARTIN SEIDEL | 0.50 | 400.00 |
| | Telephone conference w/ K. Nystrom. | | |
| 09/21/10 | MARTIN SEIDEL | 0.50 | 400.00 |
| | Review and edit draft settlement; Emails w/ E. Gorman re same; Emails w/ K. Nystrom re same; Confer w/ N. Bull re same. | | |
| 09/21/10 | NATHAN BULL | 1.50 | 945.00 |
| | Review settlement agreement, including revisions and discussions w/ M. Seidel. | | |
| 09/22/10 | MARTIN SEIDEL | 1.50 | 1,200.00 |
| | Confer w/ K. Nystrom; Confer w/ E. Gorman; Review settlement draft. | | |
| 09/23/10 | MARTIN SEIDEL | 0.50 | 400.00 |
| | Emails and calls w/ E. Gorman re settlement agreement; Emails and call w/ N. Bull re same; Review and edit settlement agreement. | | |
| 09/23/10 | NATHAN BULL | 1.70 | 1,071.00 |
| | Attend to settlement agreement, including revisions and discussions w/ M. Seidel. | | |
| 09/24/10 | MARTIN SEIDEL | 0.50 | 400.00 |
| | Confer w/ E. Gorman re settlement. | | |
| 09/27/10 | MARTIN SEIDEL | 0.50 | 400.00 |
| | Confer w/ E. Gorman re settlement. | | |
| 09/28/10 | MARTIN SEIDEL | 0.50 | 400.00 |
| | Review and respond to emails re settlement (.3); Confer w/ E. Gorman re same (.2). | | |

| | | | |
|---|---|---|---|
| 09/29/10 | MARTIN SEIDEL | 0.50 | 400.00 |
| | Confer w/ K. Nystrom. | | |
| 09/30/10 | MARTIN SEIDEL | 0.50 | 400.00 |
| | Telephone conference w/ E. Emma re settlement; Telephone conference w/ K. Nystrom; Emailing S. Beck; Email notes re settlement. | | |
| 09/30/10 | NATHAN BULL | 1.50 | 945.00 |
| | Draft resolution certificate, and related discussions w/ M. Seidel;  Review motion to be submitted in bankruptcy proceeding. | | |
| 10/01/10 | MARTIN SEIDEL | 0.50 | 400.00 |
| | Telephone conference w/ E. Gorman; emails w/ client. | | |
| 10/04/10 | MARTIN SEIDEL | 0.50 | 400.00 |
| | Telephone conferences w/ E. Gorman; Emails w/ E. Gorman; Telephone conference w/ K. Nystrom. | | |
| 10/05/10 | MARTIN SEIDEL | 0.50 | 400.00 |
| | Telephone conference and emails w/ E. Gorman; Emails w/ K. Nystrom. | | |
| 10/06/10 | MARTIN SEIDEL | 0.50 | 400.00 |
| | Telephone conference w/ E. Gorman; Finalize settlement; Office consult w/ N. Bull; Telephone conference w/ Judge Koeltl's chambers. | | |
| 10/06/10 | NATHAN BULL | 1.50 | 945.00 |
| | Draft correspondence to the Court, review of related documents and discussions w/ M. Seidel. | | |
| 10/07/10 | NATHAN BULL | 0.50 | 315.00 |
| | Edit correspondence to the Court. | | |
| 10/08/10 | NATHAN BULL | 0.30 | 189.00 |
| | Draft correspondence to the Court and related discussions w/ M. Seidel and S. Astorina. | | |
| 10/14/10 | NATHAN BULL | 0.80 | 504.00 |
| | Attention to settlement, including review of documents, correspondence w/ bankruptcy counsel, and related discussion w/ M. Seidel. | | |

Subtotal For Code American Home Waterfield Litigation....... 481,387.00