# EXHIBIT B

DISBURSEMENTS AND CHARGES

| 06/08/10 | TAXIS & LOCAL TRANSPORTATION - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 4/28 DILLON 1 WFC TO BKLYN | 48.05 |
|---|---|---|
| 08/02/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ASTORINA, SALVATORE | 39.88 |
| 08/02/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; PENSYL, BRADLEY | 8.91 |
| 08/02/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; PENSYL, BRADLEY | 8.90 |
| 08/02/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, MATTHEW BENDER SERVICE; PENSYL, BRADLEY | 8.90 |
| 08/02/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, MATTHEW BENDER SERVICE; PENSYL, BRADLEY | 71.21 |
| 08/02/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; BULL, NATHAN | 46.82 |
| 08/02/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; PENSYL, BRADLEY | 428.13 |
| 08/03/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; PENSYL, BRADLEY | 12.05 |
| 08/03/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; GRIMM, KYLE | 12.65 |
| 08/03/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; PENSYL, BRADLEY | 316.71 |
| 08/03/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; GRIMM, KYLE | 8.90 |
| 08/03/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; GRIMM, KYLE | 162.35 |
| 08/03/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; GRIMM, KYLE | 8.90 |
| 08/03/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, SHEPARD'S SERVICE; GRIMM, KYLE | 5.17 |
| 08/03/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, COLLIER SERVICE; PENSYL, BRADLEY | 35.60 |
| 08/03/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, MATTHEW BENDER SERVICE; PENSYL, BRADLEY | 153.09 |

| | | |
|---|---|---:|
| 08/04/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; GRIMM, KYLE | 8.90 |
| 08/04/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; GRIMM, KYLE | 182.99 |
| 08/04/10 | OVERTIME MEALS –Pensyl, Bradley-161731665-Izzy and Nats | 20.00 |
| 08/04/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; PENSYL, BRADLEY | 378.15 |
| 08/05/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; GRIMM, KYLE | 54.10 |
| 08/05/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; GRIMM, KYLE | 35.59 |
| 08/06/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; PENSYL, BRADLEY | 28.46 |
| 08/08/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; BULL, NATHAN | 60.27 |
| 08/08/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; PENSYL, BRADLEY | 878.61 |
| 08/08/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; PENSYL, BRADLEY | 8.90 |
| 08/08/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; PENSYL, BRADLEY | 17.80 |
| 08/08/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, MATTHEW BENDER SERVICE; PENSYL, BRADLEY | 35.60 |
| 08/09/10 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 6/15/10-K.BOUGERE | 20.00 |
| 08/09/10 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 7/13/10-C.BALLARD | 15.00 |
| 08/09/10 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 7/19/10-C.BALLARD | 5.00 |
| 08/09/10 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 7/19/10-J.DALCERO | 97.50 |
| 08/09/10 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 7/19/10-C.BALLARD | 7.50 |
| 08/09/10 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 7/19/10-C.BALLARD | 6.25 |

| 08/09/10 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 7/19/10-C. BALLARD | 5.00 |
| 08/09/10 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 7/21/10-J. DALCERO | 5.00 |
| 08/09/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; BULL, NATHAN | 79.43 |
| 08/09/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; PENSYL, BRADLEY | 111.05 |
| 08/09/10 | WESTLAW BULL, NATHAN - | 19.82 |
| 08/11/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; PENSYL, BRADLEY | 165.06 |
| 08/11/10 | OVERTIME MEALS –Bull, Nathan-162549045-No. 1 Little House Chinese | 15.86 |
| 08/12/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; PENSYL, BRADLEY | 33.10 |
| 08/15/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; PENSYL, BRADLEY | 1,141.69 |
| 08/15/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; PENSYL, BRADLEY | 62.28 |
| 08/15/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; PENSYL, BRADLEY | 62.28 |
| 08/15/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; PENSYL, BRADLEY | 17.80 |
| 08/15/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, MATTHEW BENDER SERVICE; PENSYL, BRADLEY | 17.83 |
| 08/15/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, MATTHEW BENDER SERVICE; PENSYL, BRADLEY | 1,377.03 |
| 08/15/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, MATTHEW BENDER SERVICE; PENSYL, BRADLEY | 35.60 |
| 08/15/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, MATTHEW BENDER SERVICE; PENSYL, BRADLEY | 35.60 |
| 08/16/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; PENSYL, BRADLEY | 17.81 |
| 08/16/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, MATTHEW BENDER SERVICE; PENSYL, BRADLEY | 459.26 |
| 08/16/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, MATTHEW BENDER SERVICE; PENSYL, BRADLEY | 71.21 |

| | | |
|---|---|---:|
| 08/16/10 | DUPLICATING 550 COPY(S)    Dalcero, James | 55.00 |
| 08/16/10 | OVERTIME MEALS –Pensyl, Bradley-163064292-Izzy and Nats | 20.00 |
| 08/16/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; PENSYL, BRADLEY | 579.29 |
| 08/17/10 | SEARCH FEES - DIRECT - - VENDOR: CADWALADER, P. QUATTLEBAUM | 87.50 |
| 08/17/10 | SEARCH FEES - DIRECT - - VENDOR: CADWALADER, P. QUATTLEBAUM | 140.00 |
| 08/17/10 | OVERTIME MEALS –Pensyl, Bradley-163212744-SouthWest NY | 20.00 |
| 08/19/10 | PUBLICATIONS - VENDOR: NEW YORK LAW INSTITUTE 8/2 PER C. BALLARD | 82.50 |
| 08/19/10 | OVERTIME MEALS –Pensyl, Bradley-163470279-Kitchenette | 20.00 |
| 08/19/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ASTORINA, SALVATORE | 71.20 |
| 08/19/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ASTORINA, SALVATORE | 90.43 |
| 08/19/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ASTORINA, SALVATORE | 53.41 |
| 08/19/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; PENSYL,BRADLEY | 274.83 |
| 08/20/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ASTORINA, SALVATORE | 88.99 |
| 08/20/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ASTORINA, SALVATORE | 53.40 |
| 08/23/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ASTORINA, SALVATORE | 37.73 |
| 08/23/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ROSENTHAL, LARRY | 1,210.43 |
| 08/23/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ROSENTHAL, LARRY | 24.77 |
| 08/23/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ROSENTHAL, LARRY | 267.74 |
| 08/23/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ROSENTHAL, LARRY | 151.31 |

| | | |
|---|---|---|
| 08/23/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, MATTHEW BENDER SERVICE; ROSENTHAL, LARRY | 26.69 |
| 08/23/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, MATTHEW BENDER SERVICE; ROSENTHAL, LARRY | 106.80 |
| 08/23/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, SHEPARD'S SERVICE; ROSENTHAL, LARRY | 25.80 |
| 08/23/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; SPENCER, SCOTT | 74.29 |
| 08/24/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ROSENTHAL, LARRY | 551.82 |
| 08/24/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ROSENTHAL, LARRY | 156.61 |
| 08/24/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ROSENTHAL, LARRY | 409.41 |
| 08/24/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, MATTHEW BENDER SERVICE; ROSENTHAL, LARRY | 8.89 |
| 08/24/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, MATTHEW BENDER SERVICE; ROSENTHAL, LARRY | 35.59 |
| 08/24/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, SHEPARD'S SERVICE; ROSENTHAL, LARRY | 46.46 |
| 08/24/10 | OVERTIME MEALS –Dalcero, James-163991211-Au Mandarin | 20.00 |
| 08/25/10 | OVERTIME MEALS –Bull, Nathan-164136609-Papa John s | 20.00 |
| 08/26/10 | OVERTIME MEALS –Pensyl, Bradley-164236950-PJ Clarke s on the Hud | 20.00 |
| 08/26/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ROSENTHAL, LARRY | 216.45 |
| 08/26/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ROSENTHAL, LARRY | 17.82 |
| 08/26/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ROSENTHAL, LARRY | 53.41 |
| 08/26/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, SHEPARD'S SERVICE; ROSENTHAL, LARRY | 5.18 |
| 08/26/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; SPENCER, SCOTT | 408.57 |
| 08/27/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; PENSYL, BRADLEY | 523.97 |

| | | |
|---|---|---:|
| 08/27/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ASTORINA, SALVATORE | 133.51 |
| 08/27/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ASTORINA, SALVATORE | 37.73 |
| 08/27/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ASTORINA, SALVATORE | 80.09 |
| 08/27/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ROSENTHAL, LARRY | 108.24 |
| 08/27/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ROSENTHAL, LARRY | 133.52 |
| 08/27/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ROSENTHAL, LARRY | 96.11 |
| 08/27/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ROSENTHAL, LARRY | 560.69 |
| 08/27/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, MATTHEW BENDER SERVICE; ROSENTHAL, LARRY | 24.92 |
| 08/27/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, SHEPARD'S SERVICE; ROSENTHAL, LARRY | 30.98 |
| 08/27/10 | OVERTIME MEALS –Pensyl, Bradley-164359764-Izzy and Nats | 20.00 |
| 08/29/10 | OVERTIME MEALS –Pensyl, Bradley-164474352-Gigino Trattoria | 20.00 |
| 08/29/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ASTORINA, SALVATORE | 8.89 |
| 08/29/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; ASTORINA, SALVATORE | 8.89 |
| 08/29/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; PENSYL, BRADLEY | 15.11 |
| 08/30/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; PENSYL, BRADLEY | 11.06 |
| 08/30/10 | OVERTIME MEALS -Pensyl Bradley-164590110-PJ Clarke s on the Hudson | 20.00 |
| 08/31/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; PENSYL, BRADLEY | 291.82 |
| 08/31/10 | DUPLICATING - VENDOR: WILLIAMS LEA INC. 8/30/10-C. BALLARD | 1.70 |

| | | |
|---|---|---:|
| 08/31/10 | DUPLICATING - VENDOR: WILLIAMS LEA INC. 8/30/10- C. BALLARD | 0.15 |
| 08/31/10 | DUPLICATING - VENDOR: WILLIAMS LEA INC. 8/3/10- C.KOH | 1.25 |
| 08/31/10 | DUPLICATING - VENDOR: WILLIAMS LEA INC. 8/10/10- J.DALCERO | 2.50 |
| 08/31/10 | OVERTIME MEALS –Dalcero, James-164747370-Blockheads Burritos | 20.00 |
| 08/31/10 | OVERTIME MEALS –Pensyl, Bradley-164749830-Liberatos Pizza & Parm | 20.00 |
| 08/31/10 | OVERTIME MEALS -Bull, Nathan-164725614-No. 1 Little House Chinese | 20.00 |
| 09/01/10 | MANAGING ATTORNEY'S CHARGE | 25.00 |
| 09/01/10 | OVERTIME MEALS -Bull Nathan-164855145-Baluchi's (Greenwich St.) | 20.00 |
| 09/01/10 | OVERTIME MEALS -Pensyl Bradley-164863308-Il Mattone | 20.00 |
| 09/01/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; PENSYL, BRADLEY | 121.54 |
| 09/02/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; BALLARD, CYNTHIA | 109.00 |
| 09/02/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; PENSYL, BRADLEY | 15.43 |
| 09/02/10 | OVERTIME MEALS –Dalcero, James-165015381-Burger Burger | 20.00 |
| 09/02/10 | OVERTIME MEALS –Ballard, Cynthia-165014121-Lily s | 17.12 |
| 09/02/10 | OVERTIME MEALS –Astorina, Salvatore-165020997- Gatehouse | 19.91 |
| 09/02/10 | OVERTIME MEALS –Pensyl, Bradley-165004323-SouthWest NY | 20.00 |
| 09/03/10 | OVERTIME MEALS –Ballard, Cynthia-165116286-Gatehouse | 16.84 |
| 09/03/10 | LD TELEPHONE LD TELEPHONE 13125501700 ,5643 | 4.17 |
| 09/03/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; BALLARD, CYNTHIA | 171.30 |
| 09/03/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; PENSYL, BRADLEY | 38.59 |
| 09/04/10 | DUPLICATING 2126 COPY(S)     Ballard, Cynthia | 212.60 |

| | | |
|---|---|---:|
| 09/07/10 | DUPLICATING 579 COPY(S)    Dalcero, James | 57.90 |
| 09/07/10 | WESTLAW, OUTSIDE COMPUTER DATABASE; DALCERO, JAMES | 843.77 |
| 09/07/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; DALCERO, JAMES | 71.45 |
| 09/07/10 | LEXIS/NEXIS, OUTSIDE COMPUTER DATABASE, LEXIS LEGAL SERVICES; DALCERO, JAMES | 42.87 |
| 09/07/10 | MANAGING ATTORNEY'S CHARGE | 50.00 |
| 09/08/10 | MANAGING ATTORNEY'S CHARGE | 25.00 |
| 09/09/10 | LD TELEPHONE LD TELEPHONE 13124070792 ,3829 | 0.48 |
| 09/09/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 7/19 B PENSYL 1 WFC TO 222 E 19TH | 28.71 |
| 09/09/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 7/22 B PENSYL 1 WFC TO 222 E 19TH | 28.71 |
| 09/10/10 | SUPPLIES - - VENDOR: STAPLES ADVANTAGE  - 7/26/10 PO 12005 INV 103529768; CYNTHIA  BALLARD (9/10/10) | 29.72 |
| 09/10/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 7/22 M SEIDEL 500 READE ST TO 1 WFC | 67.52 |
| 09/10/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 7/22 M SEIDEL 219 E 68TH TO 560 PEARL | 35.32 |
| 09/10/10 | LD TELEPHONE LD TELEPHONE 16098766330 ,6830 | 0.24 |
| 09/13/10 | LD TELEPHONE LD TELEPHONE 13025716710 ,6830 | 0.12 |
| 09/13/10 | LD TELEPHONE LD TELEPHONE 13025716710 ,6830 | 0.24 |
| 09/13/10 | MANAGING ATTORNEY'S CHARGE | 25.00 |
| 09/14/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 8/5 S ASTORINA 1 WFC TO BKLYN | 50.24 |
| 09/16/10 | SEARCH FEES - DIRECT - - VENDOR: CADWALADER, WICKERSHAM & TAFT #4014, REED ELSEVIC INC-LEXISNEXIS, 9/10/10, P.QUATTLEBAUM | 299.41 |
| 09/16/10 | SUPPLIES- VENDOR: STAPLES ADVANTAGE   - 8/05/10 PO 12047    INV  103770088; CYNTHIAA  BALLARD (9/16/10) | 29.72 |

| | | |
|---|---|---|
| 09/21/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -  714/10      1WFC -  222 E19TH     BRADLEY  PENSYL (INV 1391463-H, 7/21/10) | 28.71 |
| 09/21/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. - 7/13/10     1WFC - BKLYN 11215 SAL ASTORINO (INV 1391463-G, 7/21/10) | 50.24 |
| 09/21/10 | SEARCH FEES - DIRECT - - VENDOR: CADWALADER, WICKERSHAM & TAFT #4019, MESSINGER, 9/14/10- P.QUATTLEBAUM | 105.00 |
| 09/23/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 7/21 B PENSYL 1 WFC TO E 19TH | 28.71 |
| 09/23/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 7/16 BULL 1 WFC TO 19/8TH | 29.81 |
| 09/24/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 8/11 BULLV 1WFC TO 19/9TH | 29.81 |
| 09/24/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 8/12 BULL 1 WFC TO 20TH & 8TH | 29.81 |
| 09/27/10 | COMPUTER SERVICE/ACCURINT/LEXIS NEXIS RISK DATA MGMT.INC. C. Backles/J. Hunt (B.S. Pensyl - Aug. 9, 2010) Inv. No.# 1022789-20100831 Dated: 8/31/2010 | 28.85 |
| 09/27/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 7/19/10  BULL  FROM CWT TO 19th/9th | 29.81 |
| 09/28/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 7/21/10  BULL  FROM CWT TO 19th/9th | 29.81 |
| 09/28/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 7/16/10  B. PENSYL FROM CWT TO 222 E. 19th ST | 28.71 |
| 09/28/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 8/10 SAL ASTORINA 1 WFC TO BKLYN | 60.78 |
| 09/28/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 8/10 B PENSYL 1 WFC TO 222 E 19TH | 28.71 |

| | | |
|---|---|---|
| 09/28/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 8/9 B PENSYL 1 WFC TO 222 E 19TH | 28.71 |
| 09/28/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. - 8/04/10 1WFC-BKLYN 11215    SAL ASTORINA (INV 1392706-I,  8/11/10) | 50.24 |
| 09/29/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 8/2/10 S. ASTORINA FROM CWT TO 11215 | 50.24 |
| 09/29/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 8/17 B PENSYL 1 WFC TO 222 E 19TH | 28.71 |
| 09/29/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 8/17 BULL 1 WFC TO 349 W 19TH | 29.81 |
| 09/29/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 8/3/10 S. ASTORINA FROM CWT TO 11215 | 50.24 |
| 09/29/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 8/26 B PENSYL 1 WFC TO 222 E 19TH | 28.71 |
| 09/29/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 8/25 BULL 1 WFC TO 19-9TH | 29.81 |
| 09/29/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -  8/09/10 1WFC -  19TH / 9TH    NATHAN BULL (INV 1393267-E,  8/18/10) | 29.81 |
| 09/30/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 8/24 BULL 1 WFC TO 25 W HOUSTON | 48.67 |
| 09/30/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 8/20/10 BULL 1 WFC TO W 19TH | 29.81 |
| 09/30/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 8/4/10 B. PENSYL FROM CWT TO 222 E. 17th ST | 28.71 |
| 09/30/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 8/2/10 B. PENSYL FROM CWT TO 222 E. 19th ST | 28.71 |

| | | |
|---|---|---:|
| 09/30/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 8/17/10  B. PENSYL FROM CWT TO 222 E. 19th ST | 28.71 |
| 09/30/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 8/13/10  A. DIAMOND FROM CWT TO 11374 | 54.07 |
| 09/30/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 8/13/10  BULL  FROM CWT TO 19th/9th | 29.81 |
| 09/30/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. - 9/02/10 1WFC - BKLYN 11225    CYNTHIA  BALLARD ( INV 1395428-L, 9/08/10 ) | 56.87 |
| 09/30/10 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 9/2/10- C. BALLARD | 1.53 |
| 09/30/10 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 9/3/10- C. BALLARD | 3.90 |
| 09/30/10 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 9/2/10- C. BALLARD | 0.10 |
| 09/30/10 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 9/3/10- C. BALLARD | 0.15 |
| 09/30/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 9/2/10  B. PENSYL FROM CWT TO 222 E. 19th ST | 28.71 |
| 09/30/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 9/2/10  BULL  FROM CWT TO 19th/9th | 29.81 |
| 09/30/10 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 9/3/10- C. BALLARD | 12.00 |
| 09/30/10 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 9/7/10- J. DALCERO | 12.00 |
| 09/30/10 | DUPLICATING - - VENDOR: WILLIAMS LEA INC. 9/3/10- C. BALLARD | 13.75 |
| 09/30/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. 8/24 J DALCERO 1 WFC TO W 72ND | 36.43 |
| 09/30/10 | LD TELEPHONE LD TELEPHONE 13025716710 ,6830 | 0.24 |
| 10/12/10 | MANAGING ATTORNEY'S CHARGE | 25.00 |
| 10/13/10 | MANAGING ATTORNEY'S CHARGE | 25.00 |

| | | |
|---|---|---|
| 10/14/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 9/1/10  BULL  FROM CWT TO 19th/9th | 29.81 |
| 10/14/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 9/1/10  B. PENSYL FROM CWT TO 222 E. 19th ST | 28.71 |
| 10/14/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 8/31/10  J. DALCERO FROM CWT TO W. 72nd | 36.43 |
| 10/14/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -  8/29/10    1WFC -  222 E19TH   BRADLEY, PENSYL  (INV 1395428-D,  9/08/10) | 28.71 |
| 10/14/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 8/30/10  B. PENSYL FROM CWT TO E. 19th ST | 28.71 |
| 10/19/10 | SUPPLIES - - VENDOR: STAPLES ADVANTAGE  - 8/27/10 PO 12310  INV 104168372; CYNTHIA  BALLARD (10/19/10) | 26.04 |
| 10/19/10 | COMPUTER SERVICE/COURTALERT P. B. Quattlebaum Alert Service Inv. No.# 309100-1008 Dated: 8/31/2010 | 26.35 |
| 10/19/10 | SEARCH FEES - DIRECT - - VENDOR: CADWALADER, WICKERSHAM & TAFT #4093, MESSINGER, 11/2/10, P.QUATTLEBAUM | 52.50 |
| 10/19/10 | SEARCH FEES - DIRECT - - VENDOR: CADWALADER, WICKERSHAM & TAFT #4093, MESSINGER, 11/2/10, P.QUATTLEBAUM | 157.50 |
| 10/19/10 | SEARCH FEES - DIRECT - - VENDOR: CADWALADER, WICKERSHAM & TAFT #4093, MESSINGER, 11/2/10, P.QUATTLEBAUM | 52.50 |
| 10/20/10 | TAXIS & LOCAL TRANSPORTATION - - VENDOR: XYZ TWO WAY RADIO SERVICE INC. -  9/01/10   1WFC - BKLYN 11215    SAL ASTORINA      (INV 1396098-L, 9/22/10) | 50.24 |
| 10/20/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 9/3/10  C. BALLARD FROM CWT TO CWT | 49.78 |
| 10/20/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 9/3/10  S. ASTORINA FROM CWT TO 11215 | 50.24 |

| | | |
|---|---|---:|
| 10/20/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 9/3/10  B. PENSYL FROM CWT TO 222 E. 19th ST | 28.71 |
| 10/20/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 9/3/10  BULL  FROM CWT TO 22nd/9th | 29.81 |
| 10/20/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 9/3/10  S. ASTORINA FROM CWT TO 11215 | 50.24 |
| 10/20/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 9/2/10  B. PENSYL FROM CWT TO 222 E. 19th | 28.71 |
| 10/20/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 9/2/10  J. DALCERO FROM CWT TO W. 72nd ST | 36.43 |
| 10/20/10 | TAXIS & LOCAL TRANSPORTATION- VENDOR: XYZ TWO WAY RADIO SERVICE INC.- 8/31/10  S. ASTORINA FROM CWT TO 11215 | 50.24 |
| 10/28/10 | LD TELEPHONE LD TELEPHONE 13025716710 ,6830 | 0.71 |
| 10/28/10 | SEARCH FEES: 7/01- 9/30  B. Pensyl : PACER SERVICE CENTER | 25.44 |
| 10/31/10 | COMPUTER SERVICE/COURTALERT P. B. Quattlebaum Alert Service Inv. No.# 309100-1009 Dated: 9/30/2010 | 25.15 |

## INTERIM COSTS AND EXPENSES SUMMARY

| EXPENSES CATEGORY | TOTAL EXPENSES ($) |
|---|---:|
| MANAGING ATTORNEY'S CHARGE | 175.00 |
| PUBLICATIONS | 82.50 |
| SUPPLIES | 85.48 |
| COPYING | 325.50 |
| OUTSIDE PRINTING | 210.28 |
| TELEPHONE | 6.20 |
| ONLINE RESEARCH | 15,331.54 |
| LOCAL TRAVEL | 1,886.82 |
| MEALS | 409.73 |
| LITIGATION SUPPORT VENDORS | 919.85 |
| **TOTAL** | **19,432.90** |