# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,[1] | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtor. | Related Docket No. 9183<br>Adv. No. 09-51758 – Docket No. 21 |

## NOTICE OF WITHDRAWAL OF MOTION OF QUANTITATIVE RISK MANAGEMENT INCORPORATED FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. § 503(b)(1)(A)

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws the **Motion of Quantitative Risk Management Incorporated for Allowance of Administrative Expense Claim under 11 U.S.C. § 503(b)(1)(A)** (Docket No. 9183) filed in the above-captioned case on August 27, 2010.

| | |
|---|---|
| December 14, 2010<br>Wilmington, Delaware | PEPPER HAMILTON LLP<br><br>By:  /s/ Evelyn J. Meltzer<br>Henry Jaffe (DE Bar No. 2987)<br>Evelyn J. Meltzer (DE Bar No. 4581)<br>Hercules Plaza, Suite 5100<br>1313 North Market Street<br>P.O. Box 1709<br>Wilmington, DE  19899-1709<br>Telephone:  (302) 777-6500<br>Facsimile:  (302) 421-8390<br><br>-and- |

---

[1] The Debtors in these cases are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

#13571188 v1

Michael M. Eidelman, Bar No. 06197788
VEDDER PRICE P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL  60601-1003
Telephone:  (312) 609-7500
Facsimile:  (312) 609-5005

*Attorneys for Quantitative Risk Management, Inc.*

#13571188 v1