## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,[1] | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtor. | **Related Docket Nos. 9183, 9555** **Adv. No. 09-51758 – Docket No. 21** |

### AMENDED NOTICE OF WITHDRAWAL OF MOTION OF QUANTITATIVE RISK MANAGEMENT INCORPORATED FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. § 503(b)(1)(A)

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws with prejudice the

**Motion of Quantitative Risk Management Incorporated for Allowance of Administrative**

**Expense Claim under 11 U.S.C. § 503(b)(1)(A)** (Docket No. 9183) filed in the above-captioned

case on August 27, 2010.

December 14, 2010
Wilmington, Delaware

PEPPER HAMILTON LLP

By: _/s/ Evelyn J. Meltzer_
Henry Jaffe (DE Bar No. 2987)
Evelyn J. Meltzer (DE Bar No. 4581)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

-and-

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

Michael M. Eidelman, Bar No. 06197788
VEDDER PRICE P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL  60601-1003
Telephone:  (312) 609-7500
Facsimile:  (312) 609-5005

*Attorneys for Quantitative Risk
Management, Inc.*