IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| American Home Mortgage Holdings, Inc., *et al.* [1] | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | **Objections Due By: January 5, 2011 @ 4:00 p.m.** |
| | **Hearing Date: January 12, 2011 @ 10:00 a.m.** |

---

**NOTICE OF TENTH INTERIM APPLICATION OF BLANK ROME LLP, AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL*., FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM <u>APRIL 1, 2010 THROUGH JUNE 30, 2010</u>**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On December 14, 2010, the Tenth Interim Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period from April 1, 2010 through June 30, 2010 (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the *"Bankruptcy Court"*). By the Interim Application, Blank Rome LLP (*"Blank Rome"*) seeks the allowance and payment of compensation in the amount of $51,663.00 and reimbursement of expenses in the amount of $7,255.07 incurred in representation of the Official Committee of Unsecured Creditors (the *"Committee"*) of American Home Mortgage Holdings,

---

[1]   The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/40192447v.1

Inc., *et al.* (the *"Debtors"*) during the period of April 1, 2010 through June 30, 2010 (the *"Application Period"*).

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **January 5, 2011 at 4:00 p.m. (ET)**. Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Interim Application is scheduled for **January 12, 2011 at 10:00 a.m. (ET)** before the Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

Dated:   December 14, 2010

BLANK ROME LLP

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
Facsimile:    (302) 425-6464

*Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*