**AMERICAN HOME MORTGAGE COMPANY**
**PROFESSIONAL BACKGROUND**
**APRIL 1, 2010 - JUNE 30, 2010**

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Tarr, S. | Associate, Member of NY Bar Since 2005, Area of Expertise - Business Restructuring | $410.00 | 3.10 | $1,271.00 |
| Sloan, E. | Associate, Member of DE Bar Since 2006, Area of Expertise - Litigation | $275.00 | 1.2 | $330.00 |
| Root. A | Associate, Member of DE Bar Since 2003, Area of Expertise - Financial services | $260.00 | 5.4 | $1,404.00 |
| Guilfoyle, V. | Associate, Member of DE Bar Since 2008, Area of Expertise - Litigation | $270.00 | 86.50 | $23,355.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $450.00 | 10.30 | $4,635.00 |
| Senese, K. | Paralegal | $235.00 | 83.20 | $19,552.00 |
| Moody, T. | Paralegal | $210.00 | 2.60 | $546.00 |
| Killen, R | Clerk | $100.00 | 5.70 | $570.00 |
| Grand Total: | | | **198.00** | **$51,663.00** |