**AMERICAN HOME MORTGAGE CO.**
**PROJECT CODE SUMMARY**
**APRIL 1, 2010, - JUNE 30, 2010**

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 6.70 | $1,578.00 |
| 2 | Other Professionals' Fee/Employment Issues | 14.80 | $3,562.00 |
| 3 | Executory Contracts and Unexpired Leases | 1.10 | $258.50 |
| 4 | Claims Analysis and Objections | 4.30 | $1,119.00 |
| 5 | Committee Business and Meetings | 1.20 | $324.00 |
| 6 | Case Administration | 5.20 | $537.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.20 | $54.00 |
| 8 | Employee Benefits/General Labor | 0.00 | $0.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.00 | $0.00 |
| 10 | Financing Issues | 0.20 | $42.00 |
| 11 | Regulatory Matters | 0.00 | $0.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 0.50 | $135.00 |
| 13 | Stay Relief Issues | 0.90 | $243.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.00 | $0.00 |
| 15 | Tax Issues | 0.00 | $0.00 |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 0.00 | $0.00 |
| 17 | Hearings - Attendance/Preparation | 10.20 | $2,722.50 |
| 18 | Loan Servicing Transfer Issues | 2.50 | $675.00 |
| 19 | D&O Issues/E&O Issues | 0.00 | $0.00 |
| 20 | Non-Working Travel Time | 0.00 | $0.00 |
| 21 | Adversary Litigation | 14.10 | $5,417.00 |
| 22 | Preference Actions | 136.10 | $34,996.00 |
|  | **TOTALS** | **198.00** | **$51,663.00** |