**AMERICAN HOME MORTGAGE COMPANY**
**EXPENSE SUMMARY**
**APRIL 1, 2010 TO JUNE 30, 2010**

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | | $1.06 |
| Reproduction of Documents | | $473.90 |
| Contracted Photocopying - Parcels | | $4,439.79 |
| Telecopier/Fax | | $0.00 |
| Courier and Express Services | | $968.85 |
| Hand Delivery Service | | $45.00 |
| Special Mailing Charges | | $417.67 |
| Filing Fees | | $0.00 |
| Travel Expenses | | $0.00 |
| Meeting Expenses | | $0.00 |
| Filing Pleadings | | $250.00 |
| Court | | $0.00 |
| E-Services | | $0.00 |
| Westlaw | | $0.00 |
| Transcript | | $0.00 |
| Record/Docket Searches | | $658.80 |
| **TOTAL** | | **$7,255.07** |