## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------

In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

                Debtors.

-------------------------------------------------------------

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Objections Due By:  January 5, 2011 @ 4:00 p.m.**
: **Hearing Date:  January 12, 2011 @ 10:00 a.m.**

### ELEVENTH INTERIM APPLICATION OF BLANK ROME LLP, AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2010 THROUGH OCTOBER 31, 2010

| | |
|---|---|
| *Name of Applicant*: | Blank Rome LLP |
| *Authorized to Provide Services to*: | Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* |
| *Date of Retention*: | November 28, 2007, *nunc pro tunc*, to August 14, 2007 |
| *Period For Which Compensation And Reimbursement Are Sought*: | July 1, 2010 through October 31, 2010 |
| *Amount of Compensation Requested*: | $37,934.00 |
| *Amount of Expense Reimbursement Requested*: | $6,145.90 |

This is the Eleventh interim application.

---

[1]  The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

Summary and Status of Monthly Fee Applications
Covered by the Within Interim Fee Application:

| Monthly Fee Statement Date Filed [Dkt. No.] Period | Total Fees / Expenses Requested | CNO Date Filed [Dkt.] | Fees Authorized to be paid (80%) | Expenses Authorized to be paid (100%) | Holdback Amount (20%) |
|---|---|---|---|---|---|
| Twenty-Eighth Monthly 10/7/2010 [Dkt. No. 9300] 7/01/10 through 7/31/10 | $7,969.50 / $170.18 | 11/30/2010 [Dkt. No. 9509] | $6,375.60 Pending ($3,354.93 Paid) | $170.18 Paid | $1,593.90 Pending |
| Twenty-Ninth Monthly 10/7/2010 [Dkt. No. 9302] 8/01/10 through 8/31/10 | $8,610.00 / $562.45 | 11/30/2010 [Dkt. No. 9510] | $6,888.00 Pending | $562.45 Paid | $1,722.00 Pending |
| Thirtieth Monthly 12/1/2010 [Dkt. No. 9520] 9/01/10 through 9/30/10 | $9,925.50 / $1,548.53 | CNO due 12/21/2010 | $7,940.40 Pending | $1,548.53 Pending | $1,985.10 Pending |
| Thirty-First Monthly 12/2/2010 [Dkt. No. 9521] 10/01/10 through 10/31/10 | $11,429.00 / $3,864.74 | CNO due 12/22/2010 | $9,143.20 Pending | $3,864.74 Pending | $2,285.80 Pending |
| **Totals:** | **$37,934.00 / $6,145.90** | | **$30,347.20** | **$6,145.90** | **$7,586.80** |

Summary and Status of Interim Fee Applications Filed To Date:

| Interim Fee Statement Date Filed [Dkt. No.] Period | Total Fees / Expenses Requested | Order Approving [Dkt. No.] | Fees Approved | Expenses Approved | Holdback |
|---|---|---|---|---|---|
| First Interim Fee Application Filed 12/17/07 [Dkt. No. 2413] | $332,692.50 / $20,008.49 | Signed 1/14/08 | $332,692.50 Paid | $20,008.49 Paid | 0.00 |
| Second Interim Fee Application Filed 03/20/08 [Dkt. No. 3376] | $152,837.00 / $5,664.35 | Signed 4/14/08 | $152,837.00 Paid | $5,664.35 Paid | 0.00 |
| Third Interim Fee Application Filed 06/20/08 [Dkt. No. 4758] | $96,266.00 / $4,838.96 | Signed 08/29/08 | $96,266.00 Paid | $4,838.96 Paid | 0.00 |

2

| Interim Fee Statement Date Filed [Dkt. No.] Period | Total Fees / Expenses Requested | Order Approving [Dkt. No.] | Fees Approved | Expenses Approved | Holdback |
|---|---|---|---|---|---|
| Fourth Interim Fee Application<br><br>Filed 09/29/08<br>[Dkt. No. 6146] | $61,856.50 / $3,538.65 | Signed 10/23/08 | $61,856.50 Paid | $3,538.65 Paid | 0.00 |
| Fifth Interim Fee Application<br><br>Filed 12/16/08<br>[Dkt. No. 6738] | $41,202.50/ $2,303.32 | Signed 01/13/09 | $32,962.00 Paid | $2,303.32 Paid | $8,240.50 Paid |
| Sixth Interim Fee Application<br><br>Filed 10/15/09<br>[Dkt. 8191] | $98,411.00 / $53,075.55 | Signed 12/14/09 | $66,215.95 Paid | $53,075.55 Paid | $32,195.05[2]<br><br>Paid: $11,340.30 (20% holdback)<br><br>paid: $20,854.75 (50% holdback) |
| Seventh Interim Fee Application<br><br>Filed 11/20/09<br>[Dkt. 8324] | $48,614.00 / $19,303.13 | Signed 12/14/09 | $24,307.00 Paid | $19,303.13 Paid | $24,307.00 paid (50% holdback) |
| Eighth Interim Fee Application<br><br>Filed 02/17/10<br>[Dkt. 8588] | $37,261.00 / $7,631.55 | Signed 3/9/2010 | $18,630.50 Paid | $7631.55 Paid | $18,630.50 paid (50% holdback) |
| Ninth Interim Fee Application<br><br>Filed 06/17/2010<br>[Dkt. 8930] | $40,514.50 / $6,469.62 | Signed 7/19/2010 | $20,257.25 Paid | $6,469.62 Paid | $20,257.25 paid (50% holdback) |

---

[2] Blank Rome's Sixth Interim Fee Application originally sought interim approval and payment of fees in the amount of $78,728.80 (80% of fees), with a holdback amount of $19,682.20 (20% holdback). The interim fee and holdback amounts have since been recalculated / adjusted to reflect (i) 80% interim fees and 20% holdback for months November and December 2008 through April 2009 and (ii) 50% interim fees and a 50% holdback for months May 2009 through July 2009 in light of agreement among the estate professionals.

| | | | | | |
|---|---|---|---|---|---|
| Tenth Interim Fee Application<br><br>Filed 12/14/2010<br>[Dkt. 9562] | $51,663.00 / $7,255.07 | *Pending* | *Pending* | *Pending* | *Pending* |

128189.01600/40192333v.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al.* [1] | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : | **Objections Due By:  January 5, 2011 @ 4:00 p.m.** |
|  | : | **Hearing Date:  January 12, 2011 @ 10:00 a.m.** |

-------------------------------------------------------------

**ELEVENTH INTERIM APPLICATION OF BLANK ROME LLP, AS CO-COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN
HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
JULY 1, 2010 THROUGH OCTOBER 31, 2010**

This Eleventh Interim Application for Compensation and Reimbursement of Expenses

("*Interim Application*") is filed by Blank Rome LLP ("*Blank Rome*"), co-counsel to the Official

Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* (the

"*Committee*"), requesting compensation and reimbursement of expenses for services provided

and expenses incurred by Blank Rome as co-counsel to the Committee for the period from July

1, 2010 through and including October 31, 2010 ("*Eleventh Interim Period*").

## Background

1.      On August 6, 2007 (the *"Petition Date"*), the Debtors commenced with this Court

voluntary cases (the *"Chapter 11 Cases"*) under chapter 11 of title 11 of the United States Code

(the *"Bankruptcy Code"*), which Chapter 11 Cases are being jointly administered pursuant to an

order of this Court.  The Debtors are continuing their businesses and managing their affairs as

debtors and debtors in possession.

---

[1]    The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage
Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.;
American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services,
Inc; and Great Oak Abstract Corp.

2.      On August 14, 2007, the Office of the United States Trustee for the District of

Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the

Official Committee of Unsecured Creditors: Wilmington Trust Company, Bank of New York

Trust Company, N.A., Deutsche Bank National Trust Co., Nomura Credit & Capital, Inc., Impac

Funding Corporation, Waldners Business Environments, Inc.[2], and United Parcel Service

(Docket No. 156).

3.      Hahn & Hessen LLP ("*Hahn & Hessen*") and Blank Rome were selected by the

Committee to serve as co-counsel to the Committee, and BDO Seidman LLP ("*BDO*") was

selected by the Committee to serve as financial advisor to the Committee.

4.      On September 14, 2007, the Committee filed with the Court the Application of

the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et

al.*, for an Order Authorizing the Committee to Retain and Employ Blank Rome LLP as Its Co-

Counsel Pursuant to 11 U.S.C. Sections 328 and 1103 and Fed. R. Bankr. P. 2014 *Nunc Pro

Tunc* as of August 14, 2007 (the "*Blank Rome Retention Application*") (Docket No. 759).  On

November 28, 2007, the Court entered an order approving the Blank Rome Retention

Application (Docket No. 2202).

5.      Blank Rome submits this Interim Application pursuant to sections 330 and 331 of

the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Court's administrative

order pursuant to sections 105(a) and 331 of the Bankruptcy Code establishing procedures for

interim compensation and reimbursement of expenses for professionals and committee members

dated September 3, 2007 (the "*Administrative Order*").

---

[2]      Waldner Business Environments, Inc. has since resigned.

**Relief Requested**

6.      Pursuant to this Interim Application, Blank Rome requests approval of allowance

of compensation for actual and necessary professional services rendered in the amount of

$37,934.00 and for reimbursement of reasonable and necessary out-of-pocket expenses in the

amount of $6,145.90 for the Eleventh Interim Period.

7.      A summary schedule of the time expended by all professionals and

paraprofessionals engaged in the representation of the Committee is attached hereto and marked

**Exhibit A**.

8.      Pursuant to the terms of the Administrative Order, Blank Rome filed and properly

served three (4) monthly fee applications during the Eleventh Interim Period.  In accordance with

the Administrative Order, and as set forth in Local Rule 2016-2, the monthly fee applications

included (i) a detailed itemization of the service hours expended by matter and professional and

(ii) a summary schedule of hours and fees categorized by project code.  The monthly fee

applications also included a detailed chronological itemization of the services rendered by each

attorney and paraprofessional, calculated by tenths of an hour and categorized in accordance with

the appropriate project code.  Every effort was made by Blank Rome to categorize daily time

entries in accordance with the correct project code.  However, in some instances, services

overlap between project codes.  Thus, some services may appear under more than one code,

although in no instance is a specific time entry recorded more than once.  Time entries are edited

for accuracy, to eliminate and correct errors (*i.e.*, time charged to the wrong project code), and

for clarity.  The project codes used by Blank Rome in connection with its representation of the

Committee in this case are as follows:

3

| | |
|---|---|
| Code 1: | Blank Rome Fee / Employment Applications |
| Code 2: | Other Professionals' Fee / Employment Issues |
| Code 3: | Executory Contracts and Unexpired Leases |
| Code 4: | Claims Analysis and Objections |
| Code 5: | Committee Business and Meetings |
| Code 6: | Case Administration |
| Code 7: | Debtor's Business Operations |
| Code 8: | Employee Benefits / General Labor |
| Code 9: | Evaluation and Negotiation of Debtor's Plan and Disclosure Statement |
| Code 10: | Financing Issues |
| Code 11: | Regulatory Matters |
| Code 12: | Sale of Assets / Asset Purchase Agreement |
| Code 13: | Stay Relief Issues |
| Code 14: | Secured Creditor / Equipment Lessor Issues |
| Code 15: | Tax Issues |
| Code 16: | Asset Analysis and Recovery |
| Code 17: | Hearings – Attendance / Preparation |
| Code 18: | Loan Servicing Transfer Issues |
| Code 19: | D & O Issues / E & O Issues |
| Code 20: | Non-Working Travel Time |
| Code 21: | Adversary Litigation |

9.      A detailed chronological itemization of the services covered by the within Interim Application, together with a summary of hours and fees categorized by project code, are attached hereto as **Exhibit B**.

10.     A summary schedule of the out-of-pocket expenses incurred by Blank Rome is attached hereto and marked **Exhibit C**.

11.     The total number of hours expended by Blank Rome professionals and paraprofessionals in performing professional services for the Committee during the Sixth Interim Period was 133.60 hours at an average billing rate of approximately $283.93 per hour.  The value of these services has been computed at the rates Blank Rome customarily charges for similar

4

services provided to other clients.

### Monthly Fee Applications Covered
### By The Within Interim Fee Application

12.     Pursuant to the Administrative Order, and with respect to the Interim Application,

Blank Rome filed its twenty-eighth monthly fee application (Dkt. No. 9300) on October 7, 2010

("Twenty-Eighth Monthly Fee Application"), pursuant to which Blank Rome sought approval of

80%[3] of the total compensation, $7,969.50, and 100% reimbursement of expenses expended by

Blank Rome, $170.18, for the period of July 1, 2010 through July 31, 2010.  Blank Rome

incorporates by reference its Twenty-Eighth Monthly Fee Application as if all were attached

hereto in full and made a part hereof.  A copy of the Twenty-Eighth Monthly Fee Application is

available upon request.  Blank Rome, to date, has received no written objection or other

responsive pleading with respect to its Twenty-Eighth Monthly Fee Application.  Pursuant to the

Notice of Application, objections to the Application were to be filed and served no later than

October 27, 2010 at 4:00 p.m.  A certificate of no objection to the Twenty- Eighth Monthly Fee

Application was filed on November 30, 2010 (Dkt. No. 9509).  To date, Blank Rome has

received $3,525.11 for services rendered to the Committee with respect to its Twenty- Eighth

Monthly Fee Application.

13.     Further, Blank Rome filed its twenty-ninth monthly fee application (Dkt. No.

9302) on October 7, 2010 ("Twenty-Ninth Monthly Fee Application"), pursuant to which Blank

Rome sought approval of 80%[3] of the total compensation, $8,610.00, and 100% reimbursement

of expenses expended by Blank Rome, $562.45, for the period of August 1, 2010 through August

31, 2010.  Blank Rome incorporates by reference its Twenty- Ninth Monthly Fee Application as

if all were attached hereto in full and made a part hereof.  A copy of the Twenty-Ninth Monthly

---

[3]     Given the liquidity at the time, professionals previously agreed to a holdback of 50% of their fees pending the plan effective date.

128189.01600/40192333v.1

Fee Application is available upon request.  Blank Rome, to date, has received no written

objection or other responsive pleading with respect to its Twenty- Ninth Monthly Fee

Application.  Pursuant to the Notice of Application, objections to the Application were to be

filed and served no later than October 27, 2010 at 4:00 p.m.  A certificate of no objection to the

Twenty- Ninth Monthly Fee Application was filed on November 30, 2010 (Dkt. No. 9510).   To

date, Blank Rome has received $562.45 for services rendered to the Committee with respect to

its Twenty- Ninth Monthly Fee Application.

14.    Further, Blank Rome filed its thirtieth monthly fee application (Dkt. No. 9520) on

December 1, 2010 ("Thirtieth Monthly Fee Application"), pursuant to which Blank Rome sought

approval of 80%[3] of the total compensation, $9,925.50, and 100% reimbursement of expenses

expended by Blank Rome, $1,548.53, for the period of September 1, 2010 through September

30, 2010.  Blank Rome incorporates by reference its Thirtieth Monthly Fee Application as if all

were attached hereto in full and made a part hereof.  A copy of the Thirtieth Monthly Fee

Application is available upon request.  Blank Rome, to date, has received no written objection or

other responsive pleading with respect to its Thirtieth Monthly Fee Application.  Pursuant to the

Notice of Application, objections to the Application are to be filed and served no later than

December 21, 2010 at 4:00 p.m.  Upon the passage of the objection deadline, and if no

objections are of record, a certificate of no objection to the Thirtieth Monthly Fee Application

will be filed.  To date, Blank Rome has not received any payment for services rendered to the

Committee with respect to its Thirtieth Monthly Fee Application.

15.    Further, Blank Rome filed its thirty-first monthly fee application (Dkt. No. 9521)

on December 2, 2010 ("Thirty-First Monthly Fee Application"), pursuant to which Blank Rome

sought approval of 80%[3] of the total compensation, $11,429.00, and 100% reimbursement of

expenses expended by Blank Rome, $3,864.74, for the period of October 1, 2010 through

6

October 31, 2010.  Blank Rome incorporates by reference its Thirty-First Monthly Fee

Application as if all were attached hereto in full and made a part hereof.  A copy of the Thirty-

First Monthly Fee Application is available upon request.  Blank Rome, to date, has received no

written objection or other responsive pleading with respect to its Thirty-First Monthly Fee

Application.  Pursuant to the Notice of Application, objections to the Application are to be filed

and served no later than December 22, 2010 at 4:00 p.m.  Upon the passage of the objection

deadline, and if no objections are of record, a certificate of no objection to the Thirty-First

Monthly Fee Application will be filed.  To date, Blank Rome has not received any payment for

services rendered to the Committee with respect to its Thirty-First Monthly Fee Application.

16.     Blank Rome submits that the services rendered were actual and necessary, that the

compensation sought herein is reasonable and in accordance with the standards of section 330 of

the Bankruptcy Code and the expenses for which reimbursement is sought were actual and

necessary.  Moreover, Blank Rome has reviewed the requirements of Del. Bankr. LR 2016-2,

and the Administrative Order, and believes that this Interim Application complies with that rule

and that order.

17.     Blank Rome seeks this Court's approval for the total fees for services rendered

and disbursements in the amounts set forth above and an order requesting the Debtors to pay any

outstanding unpaid fees and expenses for such period.

18.     A copy of this Interim Application will be served upon the Debtors and the Notice

Parties as defined in the Administrative Order.  A copy of the Notice (only) of this Interim

Application will be served upon those parties listed on the 2002 Service List.

WHEREFORE, Blank Rome respectfully requests that this Court enter an Order,

substantially in the form attached hereto (i) approving this Interim Application, (ii) providing

that an allowance be made to Blank Rome in the sum of $37,934.00 as compensation for

7

reasonable and necessary professional services rendered to the Committee and in the sum of

$6,145.90 for reimbursement of actual and necessary costs and expenses incurred, for a total of

$44,079.90 (iii) authorizing and directing the Debtors to pay Blank Rome the outstanding

amount of such sums, and (iv) for such other relief as the Court deems proper and just.

**BLANK ROME LLP**

Dated:  December 14, 2010

/s/ Bonnie Glantz Fatell
Bonnie Glantz Fatell (DE No. 3809)
David W. Carickhoff (DE No. 3715)
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801
Telephone:     (302) 425-6400
Facsimile:     (302) 425-6464

Co-Counsel to the Official Committee of
Unsecured Creditors of American Home Mortgage
Holdings, Inc., *et al.*

128189.01600/40192333v.1