AMERICAN HOME MORTGAGE COMPANY
PROFESSIONAL BACKGROUND
JULY 1, 2010 - OCTOBER 31, 2010

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Tarr, S. | Associate, Member of NY Bar Since 2005, Area of Expertise - Business Restructuring | $425.00 | 11.80 | $5,015.00 |
| Root, A | Associate, Member of DE Bar Since 2003, Area of Expertise - Financial services | $280.00 | 6.8 | $1,904.00 |
| Guilfoyle, V. | Associate, Member of DE Bar Since 2008, Area of Expertise - Litigation | $295.00 | 55.70 | $16,431.50 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $475.00 | 4.20 | $1,995.00 |
| Senese, K. | Paralegal | $250.00 | 39.70 | $9,925.00 |
| Moody, T. | Paralegal | $220.00 | 9.10 | $2,002.00 |
| Killen, R | Clerk | $105.00 | 6.30 | $661.50 |
| Grand Total: | | | **133.60** | **$37,934.00** |