AMERICAN HOME MORTGAGE COMPANY
EXPENSE SUMMARY
JULY 1, 2010 TO OCTOBER 31, 2010

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---:|
| Long Distance Telephone | | $0.46 |
| Reproduction of Documents | | $60.00 |
| Contracted Photocopying - Parcels | | $4,101.61 |
| Telecopier/Fax | | $0.00 |
| Courier and Express Services | | $420.91 |
| Hand Delivery Service | | $82.50 |
| Special Mailing Charges | | $51.74 |
| Filing Fees | | $75.00 |
| Travel Expenses | | $0.00 |
| Meeting Expenses | | $0.00 |
| Filing Pleadings | | $0.00 |
| Court | | $0.00 |
| E-Services | | $0.00 |
| Westlaw | | $0.00 |
| Transcript | | $928.00 |
| Record/Docket Searches | | $425.68 |
| **TOTAL** | | **$6,145.90** |