# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------
In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

Debtors.
---------------------------------------------------------------

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
:
: **Re: Docket _____**

## ORDER APPROVING ELEVENTH INTERIM APPLICATION OF BLANK ROME LLP, AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2010 THROUGH OCTOBER 31, 2010

Upon consideration of the Eleventh Interim Application (the "*Interim Application*") of Blank Rome LLP ("*Blank Rome*"), Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period from July 1, 2010 through October 31, 2010, and adequate notice of such Interim Application having been given, and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Interim Application is GRANTED.

2. Blank Rome is awarded compensation for professional services rendered during the period from July 1, 2010 through and including October 31, 2010 in the amount of $37,934.00.

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/40192457v.1

3. Blank Rome is awarded reimbursement of expenses during the period from July 1, 2010 through and including October 31, 2010 in the amount of $6,145.90.

4. The Debtor is authorized and directed to pay the outstanding balance owed to Blank Rome upon entry of this Order.

Dated: January _____ , 2011

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge