## <u>CERTIFICATE OF SERVICE</u>

I, *Bonnie Glantz Fatell*, certify that on December 14, 2010, I caused service of the attached *Notice of Application* <u>and</u> *Eleventh Interim Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., for Compensation and Reimbursement of Expenses for the Period of July 1, 2010 through October 31, 2010,* to be made via First Class Mail, postage prepaid, on the Notice Parties (as defined in the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 3, 2007) listed on the Service List attached hereto as <u>Exhibit A</u>.

I further certify that on December 14, 2010, a copy of the Notice only was served via First Class Mail upon all parties on the 2002 Service List attached hereto as <u>Exhibit B</u>.

/s/ Bonnie Glantz Fatell

Dated: December 14, 2010                                    Bonnie Glantz Fatell (DE Bar. No 3809)

# EXHIBIT A
## Notice Parties

**(Via First Class Mail)**

Alan Horn, Esquire
American Home Mortgage
Holdings, Inc.
538 Broadhollow Road
Melville, NY  11747
*Debtors*

James L. Patton, Jr., Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Counsel for the Debtors*

Jeffrey M. Levine
Milestone Advisors, LLC
1775 Eye Street, NW, Suite 8800
Washington, DC  20006

Margot B. Schonholtz, Esquire
Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022
*Counsel for the Administrative Agent*

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Counsel for the Administrative Agent*

Corinne Ball, Esquire
Erica M. Ryland, Esquire
Jones Day
222 East 41st Street
New York, NY  10017
*Counsel for DIP Agent*

Victoria Counihan, Esquire
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE  19801
*Counsel for DIP Agent*

Joseph McMahon, Esquire
*Office of the United States Trustee*
844 King Street, Room 2313
Wilmington, DE  19801

**In re American Home Mortgage Holdings, Inc.;**
**Case No. 07-11047(CSS)**
**Exhibit B - 2002 SERVICE LIST (via First Class Mail)**

Karen C. Bifferato, Esq
Marc J. Phillips, Esq.
Christina M. Thompson, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

William P. Bowden, Esq.
Don Beskrone, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Michael Busenkell, Esq.
Womble Carlyle
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Mark D. Collins, Esq
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

J. Cory Falgowski, Esq
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

Adam G. Landis, Esq
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801

Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899

Joseph O'Neil, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Todd C. Schiltz, Esquire
Wolf Block Schorr & Solis-Cohen, LLP
1650 Arch Street, 19th Floor
Philadelphia, PA 19103

Russell C. Silberglied, Esq.
Christopher Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899

Russell C. Silberglied, Esquire
Christopher M. Samis, Esquire
Richards, Layton  Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Charles J. Brown, III, Esq.
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE  19801

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

**In re American Home Mortgage Holdings, Inc.;**
**Case No. 07-11047(CSS)**
**Exhibit B - 2002 SERVICE LIST (via First Class Mail)**

Teresa K.D. Currier, Esq.
Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

James E. Huggett, Esq.
Margolis Edelstein
750 Shipyard Dr. Ste. 102
Wilmington, DE 19801

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski, Stang, Ziehl, Jones
& Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
*Counsel for Indymac Bank F.S.B.*

Steven K. Kortanek, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Donna L. Culver, Esquire
Robert J. Dehney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

Norman M. Monhait, Esquire
Rosenthal, Monhait & Goddess, P.A.
9219 Market Street - Suite 1401
PO Box 1070
Wilmington, DE  19889-1070

The Bayard Firm
Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
*Counsel for Bracebridge Capital, LLC*

Patrick J. Reilley, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
*Counsel for Waldner's Business Environments*
*Inc.*

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Counsel for Natixis Real Estate Capital Inc.*

Ricardo Palacio, Esquire
Benjamin W. Keenan, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
*Counsel for United Guaranty Services, Inc.,*
*United Guaranty Residential Insurance*
*Company and United Guaranty Mortgage*
*Indemnity Company*

Michael J. Barrie, Esquire
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801
*Counsel for Liberty Property Limited*
*Partnership*

2

**In re American Home Mortgage Holdings, Inc.;**
**Case No. 07-11047(CSS)**
**Exhibit B - 2002 SERVICE LIST (via First Class Mail)**

William E. Chipman, Jr., Esq.
Edwards Angell Palmer & Dodge LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801
*Counsel for Countywide Home Loans, Inc.*

Barry E. Bressler, Esquire
Schnadee Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
*Counsel for Liberty Property Limited*
*Partnership*

Richard L. Canel, Jr., Esquire
Spector Gadon & Rosen, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
*Counsel for Chesterbrook Partners, LP*

Gilbert B. Weisman, Esquire
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701
*Counsel for American Express Travel Related*
*Services Co.*

Eric Lopez Schnabel, Esquire
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801-1671
*Counsel for U.S. Bank National Association,*
*as Indenture Trustee*

Brett D. Fallon, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
*Counsel for CitiMortgage, Inc.*

Eric M. Davis, Esquire
Jason M. Liberi, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
*Counsel for Waterfield Shareholders LLC*

Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
*Counsel for Impac Funding Corporation*

Michael R. Lastowski, Esquire
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
*Counsel for Bear Stearns*

Joseph J. Bodnar, Esuqire
Law Offices of Joseph J. Bodnar
1201 Orange Street, Suite 400
Wilmington, DE 19801
*Counsel for Greenwich Capital and*
*Counsel for Royal Bank of Scotland*

Mark E. Felger, Esquire
Jeffrey R. Waxman, Esquire
Cozen & O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
*Special Conflicts Counsel for Debtors*

David B. Stratton, Esquire
Pepper Hamilton LLP
1313 Market Street, Hercules Plaza, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
*Counsel for Deutsche Bank*

Derek C. Abbott, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*Counsel for Merrill Lynch, Pierce, Fenner &*
*Smith Incorporated and Merrill Lynch Bank*
*USA*

Donna L. Culver, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**In re American Home Mortgage Holdings, Inc.;**
**Case No. 07-11047(CSS)**
**Exhibit B - 2002 SERVICE LIST (via First Class Mail)**

Donna L. Culver, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
*Counsel for Travelers Casualty and Surety*
*Company of America*

Lisa C. McLaughlin, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
*Counsel for FRMC Financial, Inc.*

William F. Taylor, Jr., Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
*Verizon Business Global LLC*

Gaston P. Loomis, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
*Counsel for General Electric Capital*
*Corporation*

Jami Nimeroff, Esquire
Brown Stone Nimeroff LLC
4 E. 8th Street, Suite 400
Wilmington, DE 19801
*Counsel for Microsoft*

Ms. Catherine Steege
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

William P. Weintraub, Esq
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower,
951 East Byrd Street
Richmond, VA 23219

Washington Mutual
1301 Second Avenue, W - MC 3501
Seattle, WA 98101

Benjamin C. Ackerly, Esq
Hunton & Williams
Riverfront Plaza, East Tower,
951 East Byrd Street
Richmond, VA 23219

Rick B. Antonoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

Doria Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH 44114

Mark A. Broude, Esq
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022

128189.01600/21618788v.1

**In re American Home Mortgage Holdings, Inc.;**
**Case No. 07-11047(CSS)**
**Exhibit B - 2002 SERVICE LIST (via First Class Mail)**

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

Alison Conn, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Leo T. Crowley, Esq.
Margot Erlich, Esq.
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036

Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791

Dennis J. Drebsky, Esq
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022

Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Ian Gershengorn, Esq.
Jenner & Block LLP
1099 New York Ave. NW Ste.900
Washington, DC 20001

Thomas H. Grace, Esq
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002

Frederick D. Holden, Jr
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202

George Kielman, Esq.
Freddie Mac
8200 Jones Brance Drive - MS 202
McLean, VA 22102

James M. Liston, Esq.
Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Fl.
Boston, MA 02110

Peter McGonigle
Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA 19103

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022

Guy Moss, Esq.
Riemer & Braunstein
Three Center Plaza
Boston, MA 02108

Larry J. Nyhan, Esq.
Matthew Clemente, Esq.
David Hall, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Peter S. Partee, Esq
Scott H. Bernstein, Esq.
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136

Thomas J. Polis, Esq.
Polis & Associates
19800 MacArthur Boulevard
Suite 1000
Irvine, CA 92612

5

**In re American Home Mortgage Holdings, Inc.;**
**Case No. 07-11047(CSS)**
**Exhibit B - 2002 SERVICE LIST (via First Class Mail)**

John Rosenthal, Esq
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600

Patricia Schrage, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Richard Stern, Esquire
Michael Luskin, Esq.
Luskin, Stern & Eisler LLp
1 Battery Park Plz
New York NY 10004-1405

Franklin Top, III, Esq.
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603

Elizabeth Weller, Esq.
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201

Jonathan Winnick, Esq.
Citibank Agency & Trust
388 Greenwich Street, 19th Fl.
New York, NY 10013

Mary DeFalaise, Esq.
U.S. Department of Justice
1100 L St., NW, Room 10002
Washington, DC 20005

David G. Aelvoet, Esq.
Linebarder Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205

John Ashmead, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

Elizabeth Banda, Esq
Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430

Louis L. Benza, Esq.
Associate Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center South - 6th Floor
Brooklyn, NY 11201

Brian W. Bisignani
Post & Schell, PC
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

Mark Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004

Samuel B. Garber
Assistant General Counsel
General Growth Management, Inc.,
110 N. Wacker
Chicago, IL 60606

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

128189.01600/21618788v.1

**In re American Home Mortgage Holdings, Inc.;**
**Case No. 07-11047(CSS)**
**Exhibit B - 2002 SERVICE LIST (via First Class Mail)**

Arnold Gulkowitz, Esq.
Brian Goldberg, Esq.
Dickstein Shapiro LLP
1633 Broadway
New York, NY 10019-6708
*Counsel for Greenwich Capital Markets, Inc.*

Lisa G. Laukitis, Esq.
Joshua Sussberg, Esq.
Paul Basta, Esq.
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022

Scott K. Levine, Esq
Platzer Swergold Karlin Levine
Goldberg & Jaslow
1065 Avenue of the Americas
New York, NY 10018

Gerard Luckman, Esq.
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753

Joseph T. Moldovan, Esq.
Moorison Cohen LLP
909 Third Avenue
New York, NY 10022

Eric K. Moser, Esq
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

Richard P. Norton, Esq.
Reed Smith LLP
599 Lexington Ave., 29th Fl.
New York, NY 10022

Mary E. Olsen, Esquire
M. Vance McCrary, Esqire
J. Cecil Gardner, Esquire
The Gardner Firm
1119 Government Street, PO Drawer 3103
Mobile, AL  36652

Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038

John Philip, Esq.
Crislip, Philip & Asso.
4515 Poplar Avenue, Suite 322
Memphis, TN 38117

Michael Reed, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX 78755

Erica Ryland, Esq.
Corinne Ball, Esq.
I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Margot B. Schonholtz, Esq.
Ana Alfonso, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099

Stephen B. Selbst, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173

Vincent Sherman, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Paul S. Caruso, Esq
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Ronald L. Cohen, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

**In re American Home Mortgage Holdings, Inc.;**
**Case No. 07-11047(CSS)**
**Exhibit B - 2002 SERVICE LIST (via First Class Mail)**

Enid M. Colson, Esq
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

Mark Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022

Bruce A. Wilson, Esquire
Kutak Rock LLP
1650 Farnam Street
Omaha, NE  68102

Kathleen M. O'Connell, Esquire
*Suntrust Bank*
303 Peahtree Street, 36th Floor
Mail Code 0662
Atlanta, Georgia 30308

John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253-3064

Matthew J. Botica, Esquire
David W. Wirt, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601

Martin Jefferson Davis, Esquire
Office of Thrift Supervision
Harborside Financial Center Plaza Five
Suite 1600
Jersey City, NJ  07311

J. David Folds, Esq.
DLA Piper US LLP
500 8th St. NW
Washington, DC  20004-2131

Paul, Weiss, Rifkind, Wharton & Garrison, LLP
Douglas R. Davis, Esquire
Kelley A. Cornish, Esquire
1285 Avenue of the Americas
New York, NY  10019-6064
*Counsel for Bracebridge Capital, LLC*

Susan R. Fuertes, Esquire
14910 Aldine-Westfield Road
Houston, TX 77032

*Assured Guaranty*
Ling Chow
Andrew Pickering
1325 Avenue of the Americas
New York, NY  10019

Harold S. Berzow, Esquire
Ruskin Moscou Faltischek, P.C.
East Tower, 15th Floor
1425 RexCorp Plaza
Uniondale, NY  11556
*Counsel for Waldner's Business Environments Inc.*

William G. Wright, Esquire
Capehart Scatchard
8000 Midlantic Drive, Suite 300S
Mount Laurel, NJ  08054
*Counsel for Banc of America Leasing & Capital, LLC*

Missouri Department of Revenue,
Bankruptcy Unit
Attn: Sheryl L. Moreau
P.O. Box 475
Jefferson City, MO 65105-0475
*Counsel for Missouri Department of Revenue*

Susan D. Profant, CFCA, CLA,Paralegal
Ken Burton, Jr., Manatee County Tax Collector
P.O. Box 25300
Bradenton, FL 34206-5300
*Counsel for Ken Burton, Jr., Manatee County Tax Collector*

8

**In re American Home Mortgage Holdings, Inc.;**
**Case No. 07-11047(CSS)**
**Exhibit B - 2002 SERVICE LIST (via First Class Mail)**

Nancy Hotchkiss, Esquire
Trainor Fairbrook
P.O. Box 255824
Sacramento, CA 95865
*Counsel for Cowifi Ironpoint, LLC*

Joseph F. Falcone III, Director, Counsel
Natixis Real Estate Capital Inc.
9 West 57th Street
35th Floor
New York, NY 10019
*Counsel for Natixis Real Estate Capital Inc.*

Joseph Cioffi, Esquire
Miles Baum, Esquire
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
*Counsel for Natixis Real Estate Capital Inc.*

Brad R. Godshall
Pachulski Stang Ziehl Young
Jones & Weintraub LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067
*Counsel for Indymac Bank F.S.B.*

Susheel Kirpalani, Esquire
James C. Tecce, Esquire
Joseph H. Minias, Esquire
Quinn, Emanuel, Urquhart,
& Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
*Counsel for Special Investigatory, Litigation and Conflicts Counsel To American Home Mortgage Holdings, Inc., et al., Debtors and Debtors In Possession*

Nancy Connery, Esquire
Schoeman, Updike & Kaufman, LLP
60 East 42nd Street
New York, NY 10165
*Counsel for STWB, Inc.*

Stephen D. Lerner, Esquire
Elliot M. Smith, Esquire
Squire, Sanders & Dempsey L.L.P.
221 E. Fourth Street, Suite 2900
Cincinnati, OH 45202
*Counsel for FSI Realty Funding, Inc.*

Alyssa D. Englund
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
*Counsel for WestLB AG, New York Branch*

Office of the County Attorney
12000 Government Center Parkway, Suite 549
Fairfax, VA 22035
*Counsel for the Department of Tax Administration for Fairfax County, Virginia*

Peter D. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110
*Counsel for Richtree Enterprises, LLC*

John H. Capitano, Esq.
Kennedy Covington Lobdell & Hickman, L.L.P.
214 N. Tryon Street, 47th Floor
Charlotte, NC 28202
*Counsel for NNN VF Four Resource Square, LLC*

**In re American Home Mortgage Holdings, Inc.;**
**Case No. 07-11047(CSS)**
**Exhibit B - 2002 SERVICE LIST (via First Class Mail)**

Katherine A. Constantine, Esquire
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402
*Counsel for U.S.Bank National Association,*
*As Indenture Trustee*

Cecil Ingram, Treasurer
Office of the Ada County Treasurer
200 W. Front Street, 1st Floor
Boise, ID 83702
*Counsel for the Ada County Treasurer's Office*

Hollie N. Hawn, Esquire
Office of the County Attorney
For Broward County
Government Center
115 South Andrews Avenue
Ft. Lauderdale, FL 33301
*Counsel for Broward County Revenue*
*Collection Division*

Andrew J. Petrie, Esquire
Featherstsone Petrie DeSisto LLP
600 17th Street, Suite 2400S
Denver, CO 80202-5424
*Counsel for CitiMortgage, Inc.*

Steven W. Kelly, Esquire
Silver & DeBoskey, PC
1801 York Street
Denver, CO  80206
*Counsel for Brookwood Tamarac Plaza*
*Investors, LLC and Counsel for Gateway*
*Canyon, Inc.*

EMC Corproation
c/o Phyllis A. Hayes
Receivable Management Services
P.O. Box 5126
Timonium, MD  21094

S. James Wallace, Esqurie
Griffith, McCague & Wallace, P.C.
The Gulf Tower, 38th Floor
707 Grant Street
Pittsburgh, PA  15219
*Counsel for Duquesne Light Company*

Karen J. Stapleton, Esquire
*The County of Loudoun*
One Harrison Street, S.E. 5th Floor
Leesburg, VA  20175

Geoffrey S. Aaronson, Esquire
Geoffrey S. Aaronson, P.A.
Bank of America Tower
100 SE 2nd Street, 27th Floor
Miami, FL  33131
*Counsel for Craven-Shaffer-North Bay Village*

Fred B. Ringel, Esquire
Robinson Brog Leinwand Greene Genovese &
Gluck P.C.
1345 Avenue of the Americas
New York, NY  10105
*Counsel for 3445 North Causeway Limited*
*Partners*

Robert H. Rosenbaum, Esquire
M. Evan Myers, Esuqire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD  20737-1385
*Counsel for Charles County, Maryland and*
*Counsel for Prince George's County, Maryland*

Robert E. Greenberg, Esquire
Friedlander, Misler, Sloan Kletzkin
& Ochsman, PLLC
1101 Seventeenth Street, N.W.
Suite 700
Washington, DC  20036-4704
*Counsel for Realty Associates Fund V, LP*

American Express Bank FSB
c/o Becket & Lee LLP
POB 3001
Malvern, PA  19355-0701

**In re American Home Mortgage Holdings, Inc.;**
**Case No. 07-11047(CSS)**
**Exhibit B - 2002 SERVICE LIST (via First Class Mail)**

R. Frederick Linfesty
Iron Mountain Information Management, Inc.
745 Atlantic Avenue
Boston, MA 02111

William Novotny, Esquire
Mariscal, Weeks, McIntyre & Friedlander, P.A.
2901 North Central Avenue, Suite 200
Phoenix, AR 85012-2705
*Counsel for Waterfall Shopping Center, Inc.*

Philip Carnes, President
*Philip Carnes & Associates, Inc.*
4939 Lower Rosewell Road, Suite 103
Marietta, GA 30668

A.G. Edwards & Sons, Inc.
Attn: Jonathan Griffith
2801 Market Street, 9th Floor
F Building
St. Louis, MO 63103

William Goldman, Esquire
Andrew Stearn
Sidley Austin
787 Seventh Avenue
New York, NY 10019
*Counsel for Bear Stearns*

Michelle Hart, Esquire
Jeanne Morton, Esquire
McCalla Raymer
1544 Old Alabama Road
Roswell, GA 30076
*Counsel for CitiMortgage and*
*Counsel for EMC Mortgage Corporation, and*
*Authorized Agent for America's Servicing*
*Company, and*
*Counsel for National City Mortgage Company,*
*and PHH Mortgage Corporation*

Thomas J. Leanse, Esquire
Dustin P. Branch
Katten Muchin Rosenman
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
*Counsel for RREEF Management Company*

Raymond J. Lemisch, Esquire
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Avenue, Suite 810
Wilmington, DE 19801
*Counsel for DDR Entities*

David M. Neumann, Esquire
Benesch, Friedlander, Coplan & Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
*Counsel for DDR Entities*

Stephen B. Porterfield, Esquire
Sirote & Permutt, P.C.
2311 Highland Avenue South
P.O. Box 55727
Birmingham, AL 35205
*Counsel for Hoover Court, LLC*

Andrew Silverstein, Esquire
Laurie Binder, Esquire
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
*Counsel for Deutsche Bank*

Robert P. Simons, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15230-2009
*Counsel for GMAC*

Claudia Z. Springer, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
*Counsel for GMAC*

Madeleine C. Wanslee, Esquire
Gust Rosenfeld P.L.C.
201 E. Washington Street, Suite 800
Phoenix, AZ 85004
*Counsel for Maricopa County*

128189.01600/21618788v.1

**In re American Home Mortgage Holdings, Inc.;**
**Case No. 07-11047(CSS)**
**Exhibit B - 2002 SERVICE LIST (via First Class Mail)**

Donald A. Workman, Esquire
Jeffrey M. Sullivan, Esquire
Baker & Hostetler, LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC  20036
*Counsel for Fidelity National and*
*Counsel for Mainstay Funds*

Dana S. Plon, Esquire
Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street, Suite 600
Philadelphia, PA 19102
*Counsel for Fidelity Court Associatess*

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899
*Counsel for Security Connections, Inc.*

Hilary B. Bonial, Esquire
Tyler B. Jones, Esquire
Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX  75243
*Counsel for EMC Mortgage Corporation and*
*Authorized Agent for CitiMortgage, Inc.*

Lance N. Jurich, Esquire
Loeb & Loeb LLP
10100 Santa Monica Blvd.
Los Angeles, CA  90067
*Counsel for Merrill Lynch Pierce Fenner &*
*Smith, Incorporated and Merrill Lynch Bank*
*USA*

Vadim J. Rubinstein, Esquire
Loeb & Loeb LLP
345 Park Avenue
New York, NY  10154
*Counsel for Merrill Lynch Pierce Fenner &*
*Smith, Incorporated and Merrill Lynch Bank*
*USA*

Sari E. Meador, Paralegal
Delinquency and Enforcement
Office of Joe G. Tedder, CFC
*Tax Collector for Polk County, Florida*
P.O. Box 2016
Bartow, FL  33831-2016

Eric J. Gorman, Esquire
Felicia G. Perlman, Esquire
Justin L. Heather, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
155 N Wacker Drive, Suite 2100
Chicago, IL  60606
*Counsel for Waterfield Shareholders LLC*

Sean D. Malloy, Esquire
McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114
*Counsel for Certain Participants in the Non-*
*Qualified Deferred Compensation Plan of*
*American Home Mortgage Holdings, Inc.*

Shawn G. Rice, Esquire
Rice & Gotzmer s.c.
605 N. 8th Street, Suite 350
Sheboygan, WI 53081
*Counsel for Priority Signs, Inc.*

Michael S. Margoll, Esquire
*Moss Codilis, L.L.P.*
6560 Greenwood Plaza Blvd., Suite 100
Englewood, CO  80111

Lee J. Mondshein, Esquire
7600 Jericho Turnpike
Woodbury, NY  11797
*Counsel for Hauppauge Woodlands*
*Associates, LP*

12

**In re American Home Mortgage Holdings, Inc.;**
**Case No. 07-11047(CSS)**
**Exhibit B - 2002 SERVICE LIST (via First Class Mail)**

Lella Amiss E. Pape, Esquire
Rees Broome, PC
8133 Leesburg Pike, Ninth Floor
Vienna, VA  22182
*Counsel for East West Holdings, LLC*

Jonathan B. Alter
Bingham McCutchen LLP
One State Street
Hartford, CT  06103
*Counsel for Travelers Casualty and Surety*
*Company of America*

Richardo I. Kilpatrick, Esquire
Kilpatrick & Associates, P.C.
901 North Opdyke Road, Suite C
Auburn Hills, MI 48326
*Counsel for Oakland County Treasurer*

Ronald L. Cohen, Esquire
Arlene R. Alves, Esquire
Seward & Kissel, LLP
One Battery Park Plaza
New York, NY  10004
*Counsel for Citibank, N.A.*

Jonathan R. Winnick, Esquire
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME  04104-5029
*Counsel for Citibank, N.A.*

IKON Office Solutions
Recovery and Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA  31210

Shawn B. Rediger, Esquire
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101
*Counsel for W2007 Seattle Office Bellefield*
*Office Park Realty, LLC*

Richard F. Holley, Esquire
Ogonna M. Atomah, Esquire
Santoro, Driggs, Walch, Kearney, Holley &
Thompson
400 South Fourth Street, Third Floor
Las Vegas, NV  89101
*Counsel for Corporate Center V, LLC*

Zachary Mosner, Asst. Attorney General
Office of the Attorney General
Bankruptcy and Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188

Shawn M. Christianson, Esquire
Buchalter Nemer, PC
333 Market Street, 25th Floor
San Francisco, CA  94105-2126
*Counsel for Oracle USA, Inc. and*
*Oracle Credit Corporation*

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Counsel for Mortgage Electronic Registration*
*Systems, Inc.*

Douglas Badaszewski, Agent
PPTS 361, LLC
c/o Plymouth Park Tax Services LLC
115 S. Jefferson Road
Whippany NJ 07981-1029

**In re American Home Mortgage Holdings, Inc.;**
**Case No. 07-11047(CSS)**
**Exhibit B - 2002 SERVICE LIST (via First Class Mail)**

Carol E. Momjian, Esquire
Senior Deputy Attorney General
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
*Counsel for the Commonwealth of Pennsylvania,*
*Dept of Revenue, Bureau of Accounts Settlement*

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Andrea L. Niedermeyer, Esquire
Stutzman, Bromberg, Esserman & Plifka, PC
2323 Bryan Street, Suite 2200
Dallas, TX 75201
*Counsel for Sun Life Assurance Company of*
*Canada (U.S.)*

Craig J. Ziady, Esquire
*Cummings Properties, LLC*
200 West Cummings Park
Woburn, MA 01801

Christine A. Roberts, Esquire
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129
*Counsel for Clark County, NV*

Michael G. Wilson, Esquire
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
*Counsel for ZC Real Estate Tax Solutions*
*Limited*

Richard P. Norton, Esquire
Hunton & Williams LLP
200 Park Avenue
New York, NY 10166
*Counsel for ZC Real Estate Tax Solutions*
*Limited*

Linda Boyle
*Time Warner Telecom Inc.*
10475 Park Meadows Drive, #400
Littleton, CO 80124

Martha E. Romero, Esquire
Romero Law Firm
BMR Professional Building
6516 Bright Avenue
Whittier, CA 90601
*Counsel for Counties of Placer*
*and Monterey, California*

Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
*Counsel for Investors and the Class*

Samuel H. Rudman, Esquire
David A. Rosenfeld, Esquire
Mario Alba, Esquire
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
*Counsel for Investors and the Class*

Stuart Berman, Esquire
Sean Handler, Esquire
Schriffin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
*Counsel for Investors and the Class*

Douglas Badaszewski
*Plymouth Park Tax Services LLC*
*And PPTX FX Corp.*
35 Airport Road, Suite 150
Morristown, NJ 07960

Stuart Finestone, Esquire
*Finestone & Morris, LLP*
3340 Peachtree Road, NE
Suite 2540 Tower Place
Atlanta, GA 30326

14

**In re American Home Mortgage Holdings, Inc.;**
**Case No. 07-11047(CSS)**
**Exhibit B - 2002 SERVICE LIST (via First Class Mail)**

James D. Heaney, Vice President
Law Debenture Trust Company of New York
400 Madison Avenue, 4th Floor
New York, NY  10017

Tina N. Moss, Esquire
Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569
*Counsel for Law Debenture Trust Company of New York*

Flora Garcia, Deputy Treasurer – Tax Collector
Imperial County Treasurer – Tax Collector
940 West Main Street, Suite 106
El Centro, CA  92243

Michael B. Reynolds
Joe Coleman
Eric S. Pezold
Snell & Wilmer LLP
600 Anton Boulevard, Suite 1400
Costa Mesa, CA  92626
*Counsel for Galaxy Associates*

James L. Hardy
Galaxy Associates, LLC
1220 Ensenada Avenue
Laguna Beach, CA  92651

Steven R. Lefkofsky, Esquire
Lefkofsky & Gorosh, PC
31500 Northwestern Highway, Suite 105
Farmington Hills, MI 48334
*Counsel for InnerWorkings, Inc.*

"J" Jackson Shrum, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE  19801
*Counsel for Moussa Ndoye*

David W. McAllister, Esquire
*Pite Duncan, LLP*
PO Box 17933
San Diego CA 92177-7921

Richardo I. Kilpatrick, Esquire
Kilpatrick & Associates, P.C.
615 Griswold, Suite 1004
Detroit, MI  48226-3985
*Counsel for Wayne County Treasurer*

Christopher R. Belmonte, Esquire
Pamela A. Bosswick, Esquire
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY  10169
*Counsel for Moody's Investors Service*

Susan Power Johnston, Esquire
Amanda Weiss, Esquire
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
*Counsel for Wilmington Trust*

Shelley A. Kinsella, Esquire
Cooch and Taylor
824 Market Street, Suite 1000
P.O. Box 1680
Wilmington, DE  19899
*Counsel for Wilmington Trust*

Patrick Healy
Wilmington Trust Company
1100 North Market Street
Rodney Square North
Wilmington, DE  19890-0001

15

**In re American Home Mortgage Holdings, Inc.;**
**Case No. 07-11047(CSS)**
**Exhibit B - 2002 SERVICE LIST (via First Class Mail)**

Prince Altee Thomas, Esquire
Fox Rothschild LLP
2000 Market Street, Tenth Floor
Philadelphia, PA  19103-3291
*Counsel for Spring-Ford Area School District /*
*Limerick Township Tax Collector*


Christopher B. Mosley, Esquire
Senior Assistant City Attorney
City of Fort Worth
1000 Throckmorton Street
Fort Worth, TX  76102


James E. Huggett, Esquire
Sally E. Sobczyk, Esquire
Meghan M. Kelly, Esquire
Lucian B. Murley, Esquire
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE  19801
*Counsel for FLSA Claimants*


Rene S. Roupinian, Esquire
Outten & Golden, LLP
3 Park Avenue, 29th Floor
New York, NY  10016
*Counsel for FLSA Claimants*


Matthew Helland
Nichols Kaster & Anderson PLLP
80 South 8th Street, Suite 4600
Minneapolis, MN  55402
*Counsel for FLSA Claimants*


Richard A. Sheils, Jr., Esquire
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA  01615-0156
*Counsel for Sandra Kraege Higby*


Thomas J. Salerno, Esquire
Jordan A. Kroop, Esquire
Squire, Sanders & Dempsey LLP
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, AZ  85004-4498


Merced County Tax Collector
Attn:  Lorraine Gonzalez, Tax Collector Clerk I
2222 "M" Street
Merced, CA  95340


Michael A. Cox, Attorney General
Julius O. Curling, Asst. Attorney General
State of Michigan, Department of the Treasury
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI  48202


Charmen C. Avila
c/o Peter Spindel, Esquire
P.O. Box 166245
Miami, FL  33116-6245


Karen L. Rowse-Oberle, Esquire
Thomas M. Hensel, Jr., Esquire
Butler, Butler & Rowse-Oberle, PLLC
24525 Harper Avenue, Suite Two
St. Clair Shores, MI  48080
*Counsel for City of Fraser*


Jeffrey Vincent McGee
P.O. Box 3877
Jackson, GA  30233-0078


Elena P. Lazarou, Esquire
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY  10022
*Counsel for General Electric Capital*
*Corporation*


Nichole C. Gazzo, Esquire
Steven J. Baum, P.C.
220 Northpointe Parkway, Suite G
Amherst, NY  14228
*Counsel for First Horizon Home Loan*
*Corporation*


Sherry D. Lowe, Esquire
Lamm Rubenstone LLC
3600 Horizon Blvd., Suite 200
Trevose, PA 19053
*National City Commercial Capital Company,*
*LLC*


16

**In re American Home Mortgage Holdings, Inc.;**
**Case No. 07-11047(CSS)**
**Exhibit B - 2002 SERVICE LIST (via First Class Mail)**

Tennessee Department of Revenue
c/o TN Attorney General's Office, Bankruptcy
Division
PO Box 20207
Nashville, TN  37202-0207

Phyllis A. Hayes, Paralegal
Receiveable Management Services
307 International Circle, Suite 270
Hunt Valley, MD  21030
*Agent for Industrial Business Services*

Elihu E. Allinson, III, Esquire
Sullivan, Hazeltine, Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801
*Counsel for Thomas and Sara Chavez*

Charles D. Richmond, Esquire
2537 Via Pisa
Del Mar, CA  92014
*Counsel for Thomas and Sara Chavez*

Norman P. Fivel, Esquire
Assistant Attorney General
Office of the NY State Attorney General
Civil Recoveries Bureau
The Capitol
Albany, NY  12224

Marikae G. Toye, Esquire
Deputy Attorney General
NJ Attorney General's Office
Division of Law
RJ Hughes Justice Complex
P.O. Box 106
Trenton, NJ  08625

Bank of America N.A.
475 Crosspoint Parkway
P.O. Box 9000
Getzville, NY 14068

Ralph M. Stone, Esquire
Thomas G. Ciarlone, Jr., Esquire
Shalov Stone Bonner & Rocco LLP
485 Seventh Avenue, Suite 1000
New York, NY  10018

Litton Loan Servicing, LP
P.O. Box 829009
Dallas, TX 75382-9009

Joseph E. Shickick, Jr., Esquire
Ridell Williams P.S.
1001 4th Avenue, Suite 4500
Seattle, WA  98154-1192
*Counsel for Microsoft*

John Krigsman
Managing Member
First American Capital V LLC
7286 Siena Way
Boulder, CO  80301

Bank of America, N.A.
475 Crosspoint Parkway
P.O. Box 9000
Getzville, NY  14068

David McCall, Esquire
Gay, McCall, Isaacks, Gordon & Roberts, P.C.
777 East 15th Street
Plano, TX 75074
*Counsel for Frisco ISD Tax Assessor/Collector*
*and City of Garland Tax Assessor/Collector and*
*the Collin County Tax Assessor/Collector*

William A. Hazeltine, Esquire
Sullivan, Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801
*Counsel for MERS*

Regina A. Iorii, Esquire
Werb & Sullivan
300 Delaware Avenue, 13th Floor
Wilmington, DE  19899
*Counsel for LaSalle Bank*

J. William Boone, Esquire
Bess M. Parrish, Esquire
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424
*Counsel for LaSalle Bank*

17

**In re American Home Mortgage Holdings, Inc.;**
**Case No. 07-11047(CSS)**
**Exhibit B - 2002 SERVICE LIST (via First Class Mail)**

Mark J. Politan, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Court Plaza North
25 Main Street
Hackensack, NJ  07601
*Counsel for Drew & Rogers, Inc.*


John P. Dillman, Esquire
*Montgomery County (Texas) Taxing Authorities*
Post Office Box 3064
Houston, TX  77253-3064


Lynette Norfolk, Esquire
*Office of the Treasurer-Tax Collector*
*Calaveras County*
Government Center
891 Mountain Ranch Road
San Andreas, CA  95249-9709


Sarah L. Cave, Esquire
Jeffrey S. Margolin, Esquire
*Hughes Hubbard & Reed LLP*
One Battery Park Plaza
New York, NY  10004


Brian Hulse, Esquire
*Davis Wright Tremaine LLP*
1201 Third Avenue, Suite 2200
Seattle, Washington  98101-3045
*Counsel for Washington Mutual Bank*


American Home Mortgage Servicing, Inc.
4600 Regent Boulevard, Suite 200
Irving, TX  75063


Eric M. Sutty, Esquire
*Fox Rothschild LLP*
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE  19801


Rebecca L. Booth
1 Rodney Square
Wilmington, DE 19801


McDermott Will & Emery LLP
Counsel for Michael Strauss
Attn:  Gary O Ravert
        Lance E. Rothenberg
340 Madison Avenue
New York, NY  10173-1922


Stefanie Birbrower Greer, Esquire
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036


Patrick J. Reilley, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801


Allan B. Diamond, Esquire
Christopher A. Provost, Esquire
Diamond McCarthy LLP
909 Fannin Street, 15th Floor
Two Houston Center
Houston, TX  77010


Allan B. Diamond, Esquire
Christopher A. Provost, Esquire
Diamond McCarthy LLP
620 Eighth Avenue, 39th Floor
New York Times Building
New York, NY  10018


David W. Stack
Senior Vice President
ABN AMRO Inc.
499 Washington Blvd. Ste 400
Jersey City, NJ 07310-1995


Cole, Schot Meisel, Forman & Leonard
500 Delaware Ave. Ste 1410
Wilmington, DE 19801


Richard C. Weinblatt, Esquire
Stamatios Stamoulis, Esquire
Stamoulis & Weinblatt LLC
Two Fox Pointe Centre
6 Denny Road, Suite 307
Wilmington, DE  19809

18