IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                                          :     Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :     Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                              :
                                                                :     Jointly Administered
     Debtors.                                               :
---------------------------------------------------------------------x     Ref. Docket Nos.  9549-9552

## AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                                      ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 13, 2010, I caused to be served the:

    a. "Notice of Debtors' Sixty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated December 13, 2010, to which was attached the "Debtors' Sixty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated December 13, 2010 [Docket No. 9549], (the "68th Omnibus Objection"),

    b. "Notice of Debtors' Sixty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated December 13, 2010, to which was attached the "Debtors' Sixty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated December 13, 2010 [Docket No. 9550], (the "69th Omnibus Objection"),

    c. "Revised Order Sustaining in Part Debtors' Sixty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated December 13, 2010 [Docket No. 9551], (the "67th Omnibus Order"), and

    d. "Revised Order Sustaining Debtors' Sixty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated December 13, 2010 [Docket No. 9552], (the "66th Omnibus Order"),

by causing true and correct copies of the:

    i. 68th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    ii. 69th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

    iii. 67th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C, and

    iv. 66th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          Pete Caris

Sworn to before me this
14th day of December, 2010

_____
Notary Public

SIDNEY J. GARABATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

**EXHIBIT A**

| Claim Name | Address Information |
| --- | --- |
| CONLEY, CAROLYN A. | 431 LAYTON AVE PITTSBURGH PA 15216 |
| D'ANGELI, JOSEPH | 201 TINTON PL EAST NORTHPORT NY 11731 |
| DUQUESNE LIGHT COMPANY | PETER J. ASHCROFT BERNSTEIN LAW FIRM, SUITE 2200 THE GULF TOWER PITTSBURGH PA 15219 |
| HUTCHISON, ANTHONY | 205 TURF CT. WEBSTER GROVE MO 63119 |
| LYTWYN, P. PETER | 960 BERGER RD EASTON PA 18042 |
| YOUNG, SHELLE | 1227 9TH AVE SE OLYMPIA WA 98501 |

**Total Creditor count  6**

**EXHIBIT B**

# AMERICAN HOME MORTGAGE
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ANDRIANO, DOMINICK | 159 12TH ST BETHPAGE NY 11714 |
| BARNHART, MARY TERESA | 5603 CONCORD DR ELDERSBURG MD 21784 |
| BRAUN, DAVID L. | 14219 E BARBIE LN SCOTTSDALE AZ 85262 |
| CAHILL, ANNE C. | 628 W. 58TH ST. HINSDALE IL 60521 |
| CONLEY, CAROLYN | 431 LAYTON AVE PITTSBURGH PA 15216 |
| CRAGHOLM, RACHEL K. | 2704 ENTRADA CIRCLE ANTIOCH CA 94509 |
| D'ANGELI, LINDA | 201 TINTON PL EAST NORTHPORT NY 11731 |
| DE VREEZE, ERIK | 711 INDIANAPOLIS AVE NUMBER 1 HUNTINGTON BEACH CA 92648 |
| DOREMUS, LORI A. | 1704 ROCKY FALLS CT RALEIGH NC 27610 |
| DUROSEAU, ALAN J | PO BOX 10642 WESTBURY NY 115900808 |
| GARCIA, ENA M | 21 STEWART CIR CENTEREACH NY 11720-2847 |
| GARCIA, MELISSA | 35 IRENE ST LINDENHURST NY 117571304 |
| GARCIA, WILLIAM L | 21 STEWART CIR CENTEREACH NY 11720-2847 |
| HARSCH, AMY | 14040 ELWELL ROAD BELLEVILLE MI 48111 |
| HOPP, DEBRA S | 8137 SAGIMORE CT FORT WAYNE IN 46835 |
| JOHN, SARAMMA | 19 WASHINGTON DR. LINDENHURST NY 11757 |
| LAMBIASI, ANTONINO (ANTHONY) | 162 50 98TH ST HOWARD BEACH NY 11414 |
| LEIBER, KIMBERLY | 707 WEST SANTA ANA STREET #290 ANAHEIM CA 92805 |
| MACLELLAN, KATIE | 111 WASHINGTON ST HANOVER MA 02339 |
| MEATTE, JESS | 131 KEYSTONE DR FENTON MO 63026 |
| O'MALLEY, LISA | 1940 THORNWOOD AVENUE WILMETTE IL 60091 |
| RIGDON, LILIA | 10720 LAKE SHASTA COURT FORT WAYNE IN 46804 |
| ROBB EVANS, PLAINTIFF V. AMERICAN HOME | 11661 SAN VICENTE BLVD STE 500 LOS ANGELES CA 900495113 |
| RUDZINSKI, CHRISTINE | 4121 AVALON DR WEYMOUTH MA 02188 |
| TSATSAKIS, ANASTASIOS (TASI) | 17859 S. ALTA DRIVE LOCKPORT IL 60441 |
| VARGAS, MARIANNE A | 7392 SWEET CLOVER COLUMBIA MD 21045 |
| VIERA, DIANNE | 820 CISCO ST COLTON CA 92324-6310 |
| WALTERS, JANICE M. | 5631 TRISHLYN COVE FORT WAYNE IN 46835 |

**Total Creditor count  28**

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA LEASING & CAPITAL, LLC | PO BOX 5375 PRINCETON NJ 085435375 |
| BANC OF AMERICA LEASING & CAPITAL, LLC | ATTN BRIAN P. MCCONAGHY ONE FINANCIAL PLAZA PROVIDENCE RI 02903 |
| COUNTRYWIDE HOME LOANS, INC. | C/O DAVID J NOWACZEWSKI, BODMAN LLP 6TH FLOOR AT FORD FIELD 1901 ST ANTOINE STREET DETROIT MI 48226 |
| EMPIRE HEALTHCHOICE ASSURANCE, INC. | ATTN MICHAEL R. DAL LAGO, ESQ. MORRISON COHEN, LLP 909 THIRD AVENUE NEW YORK NY 10022 |
| EMPIRE HEALTHCHOICE ASSURANCE, INC. | DBA EMPIRE BLUE CROSS BLUE SHIELD ATTN LOUIS BENZA, ESQ. 15 METRO TECH CENTERC 6TH FLOOR BROOKLYN NY 11201 |
| NATIONWIDE LENDING & ASSOCIATES, LLC | ATTN ERNIE CARDENAS 3231 SHELTER COVE LANE ELK GROVE CA 95758 |
| UNITED GUARANTY RESIDENTIAL INS CO ET AL | ATTN SARA F MILLARD, AUTHORIZED REP. LAW DEPARTMENT 230 N. ELM, SUITE 27401, P.O. BOX 20597 GREENSBORO NC 27420 |

**Total Creditor count  7**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| BANK OF NEW YORK, THE | ATTN LEO T. CROWLEY, ESQ. PILLSBURY WINTHROP SHAW PITTMAN LLP 1540 BROADWAY NEW YORK NY 10036 |
| BANK OF NEW YORK, THE | ATTN: MARTIN FEIG 101 BARCLAY STREET, 8W NEW YORK NY 10286 |
| DB STRUCTURED PRODUCTS, INC | PETER PRINCIPATO, DIRECTOR DEUTSCHE BANK SECURITIES INC 60 WALL STREET NEW YORK NY 10005 |
| DB STRUCTURED PRODUCTS, INC | STEVEN KESSLER, ESQ. DEUTSCHE BANK AG NEW YORK 60 WALL STREET, 36TH FL NEW YORK NY 10005-2858 |
| DB STRUCTURED PRODUCTS, INC | STEVEN KESSLER, ESQ. 60 WALL STREET, 36TH F. NEW YORK NY 10005-2858 |
| DB STRUCTURED PRODUCTS, INC | STEVEN WILAMOWSKY ESQ BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| DB STRUCTURED PRODUCTS, INC | STEVEN WILLAMOWSKY, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| FARMERS INS. AGENCY | C/O JOHN ANDA 950 N. ELMHURST RD. STE 101 MT. PROSPECT IL 60056 |
| MAIER, EDWARD CHARLES & MARCELLA MAE | MAIER JT TEN 7510 CAHILL RD APT 315B EDINA MN 55439-2788 |
| PRINCE GEORGE'S COUNTY, MD | C/O MEYERS, RODBELL & ROSENBAUM, P.A. M. EVAN MEYERS 6801 KENILWORTH AVENUE, SUITE 400 RIVERDALE PARK MD 20737-1385 |
| TITLE SERVICES CORPORATION | ATTN BRIAN G SAYER DUNAKEY & KLATT, P.C. 603 COMMERCIAL ST WATERLOO IA 50701 |

**Total Creditor count  11**