# **<u>EXHIBIT A</u>**

***Ferry, Joseph & Pearce, P.A.***
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555      Fax:   (302) 575-1714

American Home Mortgage Holdings, Inc.,   November 1, 2010- November 30, 2010
Official Committee of Unsecured Creditors
Hahn & Hessen, LLP
488 Madison Avenue                         Inv #:         37577
New York, NY 10022
**Attention:**   Mark T. Power, Esquire

**RE:**   Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 0.50 | 111.00 |
| B18 | Fee Applications, Others - | 2.00 | 528.00 |
| B25 | Fee Applications, Applicant - | 2.30 | 421.00 |
| B32 | Litigation and Litigation Consulting - | 0.90 | 243.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 4.90 | 1,675.00 |
| | **Total** | **10.60** | **$2,978.00** |
| | **Grand Total** | **10.60** | **$2,978.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 270.00 | 3.40 | 918.00 |
| Rick S. Miller | 350.00 | 4.90 | 1,715.00 |
| Legal Assistant - DRS | 150.00 | 0.20 | 30.00 |
| Legal Assistant - KC | 150.00 | 2.10 | 315.00 |
| **Total** | | **10.60** | **$2,978.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                     **$131.70**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Nov-01-10 | *Case Administration* - Review notice of appearance and forward same to KC | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from and to RSM re: status of filing reply in JP Morgan action and prepare certificate of completion of briefing and request for oral argument | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review e-mail from Mr. McGuire | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review draft reply; e-mail correspondence with Mr. Morris | 0.40 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Revise, prepare and file reply and declaration | 1.50 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail to DRS re: service of reply | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail to LLC re: notice of completion of briefing and request for oral argument | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Serve reply and affidavit to responses of JP Morgan in opposition to Motion for Leave to File Amended Complaint | 0.20 | DRS |
| Nov-02-10 | *Litigation and Litigation Consulting* - Email to and from RSM re: notice of completion of briefing and request for oral argument in JP Morgan adversary | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Prepare notice of completion of briefing and request for oral argument in JP Morgan adversary | 0.40 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review e-mails from Ms. Irving re: confidentiality stip | 0.40 | RSM |
| Nov-03-10 | *Litigation and Litigation Consulting* - Confer with KC re: notice of filing of completion of briefing and request for oral argument | 0.20 | LLC |
| Nov-04-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Review notice of completion of briefing | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review request for oral argument | 0.10 | RSM |
| Nov-05-10 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| Nov-08-10 | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: Sept. 2010 fee application for filing | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review request for oral argument filed by JPM | 0.10 | RSM |
| | *Case Administration* - Review recent notices filed re: address changes, update of 2002 service lists/ labels | 0.20 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to Sept. 2010 fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft Certificate of No Objection and COS for Sept. 2010 fee application | 0.10 | KC |
| | *Fee Applications, Applicant* – E-file and service of Certificate of No Objection for Sept. 2010 fee application | 0.20 | KC |
| Nov-12-10 | *Fee Applications, Applicant* - Review FJ&P time records for Oct. 2010 | 0.20 | RSM |
| | *Fee Applications, Applicant* - Draft bill for RSM review in preparation of Oct 2010 fee application | 0.10 | KC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Nov-16-10 | *Fee Applications, Applicant* - Review Oct. 2010 fee application for filing | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Ms. Irving re: Deutsche Bank subpoena | 0.30 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Teleconference with Ms. Irving re: Deutsche Bank subpoena | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Research local rules re: service of subpoenas | 0.50 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Prepare and file notice of service of subpoena | 0.60 | RSM |
| | *Fee Applications, Applicant* - Revise Oct. 2010 invoice in preparation as exhibit for Oct. 2010 fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft of Oct. 2010 fee application and related documents | 0.40 | KC |
| | *Fee Applications, Applicant* – E-file and service of Oct. 2010 fee application | 0.20 | KC |
| Nov-17-10 | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Ms. Irving | 0.20 | RSM |
| Nov-23-10 | *Fee Applications, Others* - E-mail from and to J. Wolfe re: HBD's 8th monthly fee application and status of same | 0.20 | LLC |
| | *Fee Applications, Others* - Confer with KC re: status of HBD's 8th monthly fee application | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: Oct. 2010 monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Begin draft of 5th Quarterly fee application for Aug- Oct 2010 | 0.50 | KC |
| Nov-24-10 | *Fee Applications, Others* - E-mail from J. Wolf re: status of HBD monthly fee app | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with KC re: status of HBD monthly fee app | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail from J. Wolf re: HBD 8th monthly fee app and review same | 0.20 | LLC |
| | *Fee Applications, Others* - Finalize, e-file and coordinate service of HBD 8th monthly fee application | 1.10 | LLC |
| Nov-29-10 | *Fee Applications, Others* - E-mail to J. Wolf re: status of filing HBD 8th monthly fee app | 0.10 | LLC |
| | *Fee Applications, Others* - Review email from LLC re: HBD fee application filed 11-24-10 | 0.10 | KC |
| | Totals | 10.60 | |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Nov-01-10 | Photocopy Cost | 9.40 |
| | Photocopy Cost | 1.20 |
| | Photocopy Cost | 1.50 |
| | Photocopy Cost | 1.70 |
| Nov-03-10 | Photocopy Cost | 13.20 |
| | Photocopy Cost | 3.20 |
| | Photocopy Cost | 1.40 |
| Nov-05-10 | Cost Advance - First State Deliveries - hand delivery 11/3/10 | 6.50 |
| Nov-08-10 | Photocopy Cost | 3.00 |
| Nov-09-10 | Cost Advance - First State Deliveries - hand deliveries 11/8/10 | 32.50 |

| Invoice #: | 37577 | Page 4 | Nov. 1 – Nov. 30, 2010 |
|---|---|---|---|
| Nov-16-10 | Photocopy Cost | | 1.60 |
| | Photocopy Cost | | 20.00 |
| | Photocopy Cost | | 4.00 |
| Nov-18-10 | Cost Advance - First State Deliveries - hand deliveries | | 32.50 |
| | Totals | | $131.70 |
| | **Total Fees & Disbursements** | | **$3,109.70** |