### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------
                                    :  Chapter 11
In re:                              :
                                    :  Case No. 07-11047 (CSS)
American Home Mortgage Holdings, Inc., et al. 1  :  (Jointly Administered)
                                    :
                        Debtors.    :  Objections Due By: January 5, 2011 @ 4:00 p.m.
                                    :  Hearing Date: January 12, 2011 @ 10:00 a.m.
-------------------------------------------------------
```

### THIRTEENTH INTERIM APPLICATION OF BDO USA, LLP, AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>FROM AUGUST 1, 2010 THROUGH OCTOBER 31, 2010</u>

*Name of Applicant*:                      BDO USA, LLP

*Authorized to Provide Services to*:      Official Committee of Unsecured Creditors of American
                                          Home Mortgage Holdings, Inc., *et al.*

*Date of Retention*:                      November 28, 2007, *nunc pro tunc*, to
                                          August 14, 2007

*Period For Which Compensation
And Reimbursement Are Sought*:            August 1, 2010 through October 31, 2010

*Amount of Compensation Requested*:       $146,712.75

*Amount of Expense Reimbursement
Requested*:                               $5,253.99

This is an interim application.

---

[1]  The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

| Monthly Fee Statement Date Filed [Dkt. No.] Period | Total Fees / Expenses Requested | CNO Date Filed [Dkt.] | Fees Authorized to be paid (80%) | Expenses Authorized to be paid (100%) | Holdback Amount (20%) |
|---|---|---|---|---|---|
| Thirty-Fifth Monthly 09/21/10 [Dkt. No. 9244], 08/01/10 through 08/31/10 | $56,222.50 /$1,686.46 | 10/20/10; [9356] | $44,978.00 | $1,686.46 | $11,244.50 |
| Thirty-Sixth Monthly 10/20/10 [Dkt. No. 9357] 09/01/10 through 09/30/10 | 55,769.00/1,622.36 | 11/23/10; [9496] | 44,615.20 | 1,622.36 | 11,153.80 |
| Thirty-Seventh Monthly 11/30/10 [Dkt. No. 9518] 10/01/10 through 10/31/10 | 34,721.25/1,945.17 | Obj. Due: 12/20/10 | 27,777.00 *Pending* | 1,945.17 *Pending* | 6,944.25 *Pending* |
| **Totals** | **$146,712.75/$5,253.99** | | **$117,370.20** | **$5,253.99** | **$36,535.55** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------

In re:

American Home Mortgage Holdings, Inc., *et al.*[2]

Debtors.

-------------------------------------------------------------

:   Chapter 11
:
:   Case No. 07-11047 (CSS)
:   (Jointly Administered)
:
:   **Objections Due By:** January 5, 2011 @ 4:00 p.m.
:   **Hearing Date:** January 12, 2011 @ 10:00 a.m.

**THIRTEENTH INTERIM APPLICATION OF BDO USA, LLP, AS FINANCIAL
ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM AUGUST 1, 2010 THROUGH OCTOBER 31, 2010**

This Thirteenth Interim Application for Compensation and Reimbursement of Expenses

("*Interim Application*") is filed by BDO USA, LLP f/k/a BDO Seidman, LLP ("*BDO*"),

Financial Advisors for the Official Committee of Unsecured Creditors of American Home

Mortgage Holdings, Inc., *et al.* (the "*Committee*"), requesting compensation and reimbursement

of expenses for services provided and expenses incurred by BDO as financial advisors for the

Committee for the period from August 1, 2010 through and including October 31, 2010

("*Thirteenth Interim Period*").

<u>**Background**</u>

1.      On August 14, 2007, the Office of the United States Trustee for the District of

Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the

Official Committee of Unsecured Creditors: Wilmington Trust Company, Bank of New York

---

[2] The Debtors in these cases are:  American Home Mortgage Holdings, Inc.; American Home
Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing,
Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement
Services, Inc; and Great Oak Abstract Corp.

Trust Company[3], N.A., Deutsche Bank National Trust Co., Nomura Credit & Capital, Inc., Impac Funding Corporation, Waldners[4] Business Environments, Inc., and United Parcel Service (Docket No. 156).

2.      Hahn & Hessen LLP ("*Hahn & Hessen*") and Blank Rome LLP ("*Blank Rome*") were selected by the Committee to serve as co-counsel to the Committee, and BDO was selected by the Committee to serve as financial advisor to the Committee.

3.      On September 27, 2007, the Committee filed the Application to Employ BDO USA, LLP as Financial Advisor to the Committee *Nunc Pro Tunc* to August 14, 2007 (Docket No. 966, the "*Retention Application*").  On November 28, 2007, an order, effective as of August 14, 2007 was duly signed and entered by this Court authorizing the retention of BDO (Docket No. 2201, the "*Retention Order*").

4.      BDO submits this Interim Application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Court's administrative order pursuant to sections 105(a) and 331 of the Bankruptcy Code establishing procedures for interim compensation and reimbursement of expenses for professionals and committee members dated September 4, 2007 (the "*Administrative Order*") [Docket No. 547].

## Relief Requested

5.      Pursuant to this Interim Application, BDO requests approval of allowance of compensation for actual and necessary professional services rendered in the amount of $146,712.75 and for reimbursement of reasonable and necessary out-of-pocket expenses in the amount of $5,253.99 for the Thirteenth Interim Period.

---

[3] The Bank of New York Trust Company, N.A resigned from the Committee effective 11/13/07. The U.S. Trustee has appointed Law Debenture Trust Company of New York as a replacement member effective immediately.

[4] Waldners Business Environments, Inc. resigned from the Committee in the first quarter of 2008. The U.S. Trustee has not yet appointed a replacement.

6.      A  summary  schedule  of  the  time  expended  by  all  professionals  and

paraprofessionals engaged as financial advisors to the Committee is attached hereto and marked

**Exhibit A**.

7.      Pursuant to the terms of the Administrative Order, BDO filed and properly served

three (3) monthly fee applications during the Thirteenth Interim Period.  In accordance with the

Administrative  Order,  and  as  set  forth  in  Local  Rule  2016-2,  each  monthly  fee  application

included (i) a detailed itemization of the service hours expended by matter and professional and

(ii) a summary schedule of hours and fees categorized by project code.  Each monthly fee

application also included a detailed chronological itemization of the services rendered by each

professional and paraprofessional, calculated by tenths of an hour and categorized in accordance

with  the  appropriate  project  code.   Every  effort  was  made  by  BDO  to  categorize  daily  time

entries  in  accordance  with  the  correct  project  code.   However,  in  some  instances,  services

overlap  between  project  codes.   Thus,  some  services  may  appear  under  more  than  one  code,

although in no instance is a specific time entry recorded more than once.  Time entries are edited

for accuracy, to eliminate and correct errors (*i.e.*, time charged to the wrong project code), and

for clarity.

8.      A summary of the services covered by the within Interim Application, together

with a summary of hours and fees categorized by project code, are attached hereto as **Exhibit B**.

9.      A summary schedule and details of the out-of-pocket expenses incurred by BDO

is attached hereto and marked **Exhibit C**.

**Status Of Prior Monthly Fee Applications**

10.     Pursuant to the Administrative Order, BDO filed its thirty-fifth monthly fee application (Dkt. #9244) on September 21, 2010, pursuant to which BDO sought payment of 80% of the total compensation, $56,222.50 and 100% reimbursement of expenses expended by BDO, $1,686.46, for the period of August 1, 2010 through August 31, 2010.  A copy of the thirty-fifth monthly fee application is available by on the docket or by written request to BDO. Upon receiving no timely objections, on October 20, 2010, Blank Rome filed a Certificate of No Objection with the Court on behalf of BDO [Dkt. No. 9356].  BDO has been paid 80% of requested fees ($44,978.00), and 100% of requested expenses ($1,686.46).

11.     BDO filed its thirty-sixth monthly fee application (Dkt. #9357) on October 20, 2010, pursuant to which BDO sought payment of 80% of the total compensation, $55,769.00, and 100% reimbursement of expenses expended by BDO, $1,622.36, for the period of September 1, 2010 through September 30, 2010.  A copy of the thirty-sixth monthly fee application is available by on the docket or by written request to BDO.  Upon receiving no timely objections, on November 23, 2010, Blank Rome filed a Certificate of No Objection with the Court on behalf of BDO [Dkt. No. 9496].  BDO has been paid 80% of requested fees ($44,615.20), and 100% of requested expenses ($1,622.36).

12.     BDO filed its thirty-seventh monthly fee application (Dkt. #9518) on November 30, 2010, pursuant to which BDO sought payment of 80% of the total compensation, $34,721.25, and 100% reimbursement of expenses expended by BDO, $1,945.17, for the period of October 1, 2010 through October 31, 2010.  A copy of the thirty-seventh monthly fee application is available by on the docket or by written request to BDO.  Objections to the thirty-seventh monthly application must be filed by December 20, 2010.  BDO has not yet been paid for services rendered to the Committee with respect to its thirty-seventh monthly fee application.

13.     The total number of hours expended by BDO professionals and paraprofessionals in performing professional services for the Committee during the Thirteenth Interim Period was 426.3 hours at an average billing rate of approximately $344.15 per hour.  The value of these services has been computed at the rates BDO customarily charges for similar services provided to other clients.

14.     BDO submits that the services rendered were actual and necessary, that the compensation sought herein is reasonable and in accordance with the standards of section 330 of the Bankruptcy Code and the expenses for which reimbursement is sought were actual and necessary.  Moreover, BDO has reviewed the requirements of Del. Bankr. LR 2016-2, and the Administrative Order, and believes that this Interim Application complies with that rule and that order.

15.     BDO seeks this Court's approval for the total fees for services rendered and disbursements in the amounts set forth above and an order requesting the Debtor to pay any outstanding unpaid fees and expenses for such period.

16.     A copy of this Interim Application has been served upon the Debtor and the Notice Parties as defined in the Administrative Order.  A copy of the Notice (only) of this Interim Application was served upon those parties listed on the 2002 Service List.

WHEREFORE, BDO respectfully requests that this Court enter an Order (i) approving this Interim Application, (ii) providing that an allowance be made to BDO in the sum of $146,712.75 as compensation for reasonable and necessary professional services rendered to the Committee and in the sum of $5,253.99 for reimbursement of actual and necessary costs and expenses incurred, for a total of $151,966.74 (iii) authorizing and directing the Debtor to pay

BDO the outstanding amount of such sums, and (iv) for such other relief as the Court deems proper and just.

Dated: December 13 2010

BDO USA, LLP

David E. Berliner
Partner
BDO USA, LLP
135 West 50th Street, 20th Floor
New York, N.Y. 10020
Telephone Number:    (212) 885-8001
Facsimile Number:    (212) 515-2599

Financial Advisors for the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*