IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

Debtors.

---

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Objections Due By: January 5, 2011 @ 4:00 p.m.**
: **Hearing Date: January 12, 2011 @ 10:00 a.m.**

**NOTICE OF THIRTEENTH INTERIM APPLICATION OF BDO USA, LLP,
AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC.,** *ET AL.***,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM AUGUST 1, 2010 THROUGH OCTOBER 31, 2010**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On December 15, 2010, the Thirteenth Interim Application of BDO USA, LLP, as Financial Advisors to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period From August 1, 2010 Through October 31, 2010 (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the *"Bankruptcy Court"*).  By the Interim Application, BDO Seidman, LLP seeks the allowance and payment of compensation in the amount of $146,712.75 and reimbursement of expenses in the amount of $5,253.99 incurred in representation of the Official Committee of Unsecured Creditors (the *"Committee"*) of American Home Mortgage Holdings,

---

[1]   The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/40192464v.1

Inc., *et al.* (the *"Debtors"*) during the period of August 1, 2010 through October 31, 2010 (the *"Application Period"*).

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **January 5, 2011 at 4:00 p.m. (ET)**. Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Interim Application is scheduled for **January 12, 2011 at 10:00 A.M. (ET)** before The Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

Dated: December 15, 2010

                                               BLANK ROME LLP

                                               */s/ Bonnie Glantz Fatell*
                                               Bonnie Glantz Fatell (No. 3809)
                                               David W. Carickhoff (No. 3715)
                                               1201 Market Street, Suite 800
                                             Wilmington, Delaware 19801
                                             Telephone:    (302) 425-6400
                                             Facsimile:     (302) 425-6464

                                             And

                                             Mark S. Indelicato
                                             Mark T. Power
                                             Hahn & Hessen LLP
                                             488 Madison Avenue
                                             New York, NY  10022
                                             Telephone:  (212) 478-7200
                                             Facsimile:  (212) 478-7400

                                             *Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*