**Exhibit A**

**AMERICAN HOME MORTGAGE**
**Time Summary**
**August 1, 2010 to October 31, 2010**

| **Professional** | **Category** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 47.7 | 650.00 | $31,005.00 |
| MICHELE MICHAELIS | DIRECTOR | 78.4 | 475.00 | 37,240.00 |
| CHRIS AWONG | SENIOR | 38.5 | 275.00 | 10,587.50 |
| MATTHEW J STEWART | SENIOR | 217.8 | 275.00 | 59,895.00 |
| NAUSHON E VANDERHOOP | SENIOR | 4.1 | 200.00 | 820.00 |
| JASON M FRIEDMAN | STAFF | 10.8 | 200.00 | 2,160.00 |
| ALAINA D MASLER | STAFF | 7.8 | 200.00 | 1,560.00 |
| MARISSA HERMANN | STAFF | 10.3 | 180.00 | 1,854.00 |
| MIGDALIA GOMEZ | PARA-PROF. | 7.4 | 150.00 | 1,110.00 |
| | **SUBTOTAL:** | **422.8** | | **$146,231.50** |
| TRAVEL TIME: Billed @ ½ rate | | | | |
| MATTHEW J STEWART | SENIOR | 3.5 | 137.50 | 481.25 |
| | **SUBTOTAL:** | **3.5** | | **481.25** |
| | **TOTAL:** | **426.3** | | **$146,712.75** |