**Exhibit B**

| | | HOURS | AMOUNT |
|---|---|---|---|
| A. | ACCOUNTS PAYABLE | 0.9 | $307.50 |

Reviewed claims related to Rush and Jacksons, WL Ross and Sprint/Nextel. Reviewed updated claims analysis received from Debtors.

| B. | PREFERENCE ANALYSIS | 48.8 | 15,342.50 |
|---|---|---|---|

Responded to requests for information from counsel related to various individual preference defendants.

| C. | LITIGATION CONSULTING | 113.8 | 38,317.50 |
|---|---|---|---|

Special investigative work related to draft complaint regarding UCC investigation. Preparation of follow-up information for counsel regarding issues related to UCC investigation, including analysis of potential damages. Meetings with UCC counsel regarding settlement proposals received and comments on draft complaint. Responded to subpoena re: JPM litigation.

| D. | MEETINGS – DEBTOR | 50.8 | 18,580.00 |
|---|---|---|---|

Meetings, discussions and correspondence with Debtors' management, key personnel and professionals related to ongoing requests for financial information related to claims issues, AH Bank, cash flow forecasts, cash needed to go effective and other current issues.

| E. | REPORT PREPARATION | 46.2 | 17,342.50 |
|---|---|---|---|

Preparation of an update report to the Creditors' Committee and Liquidating Trustee.

| F. | MEETING WITH CREDITORS | 3.0 | 1,315.00 |
|---|---|---|---|

Prepared for and attended meetings of Creditors' Committee. Presented BDO reports to the Committee.

| G. | BUSINESS ANALYSIS | 129.1 | 43,271.50 |
|---|---|---|---|

Analyzed Debtors' actual versus budgeted cash flows, cash flow projections, cash needed to go effective, estimated unsecured creditor recovery, Monthly Operating Reports and other financial results. Reviewed and analyzed motions and objections filed with the Court. Reviewed and updated analysis regarding professional fee information. Findings were conveyed to Counsel and the Committee.

| H. | COUNSEL DISCUSSIONS & COURT HEARINGS | 16.0 | 8,070.00 |
|---|---|---|---|

Consulted with Counsel regarding all pertinent matters related to ongoing work related to the Debtors' mortgage loans, Effective Date issues, sale of AH Bank; Committee report preparation and meetings; business analyses; and various other open case issues. Attend Court hearing re: Rush and Jackson claims.

**Exhibit B**

|  |  | HOURS | AMOUNT |
|---|---|---:|---:|
| I. | FEE APPLICATIONS / MONTHLY STATEMENTS | 14.2 | 3,685.00 |
|  | Preparation and review of monthly data for submission to the Debtor and other interested parties.  Preparation and review of monthly fee applications and interim application. |  |  |
|  | **SUBTOTAL:** | **422.8** | **$146,231.50** |
| J. | TRAVEL TIME | 3.5 | 481.25 |
|  | Professional time expended on travel, billed at one half the hourly rate of each professional. |  |  |
|  | **SUBTOTAL:** | **3.5** | **481.25** |
|  | **TOTAL:** | **426.3** | **$146,712.75** |

2