**Exhibit C**

American Home Mortgage Holdings, Inc.
Schedule of Expenses
August 1, 2010 through October 31, 2010

1. PHOTOCOPYING
   a. Internal
   b. External

2. TELECOMMUNICATIONS
   a. Toll Charges
   b. Facsimile
   c. Out-of-State toll charges

3. COURIER, FRIEGHT AND POSTAL SERVICES
   *For overnight and hand delivery to Counsel*
   *and Committee members*

4. COURT REPORTER AND TRANSCRIPTS

5. TECHNOLOGY SERVICES – *Concordance Database Fees*    $4,500.00

6. OUT-OF-TOWN TRAVEL
   a. Transportation    422.00
   b. Lodging
   c. Meals    330.39

7. OUTSIDE SERVICES

8. LOCAL MEALS

9. LOCAL TRANSPORTATION, TOLLS, MILEAGE
   AND PARKING – for cabs to/from meetings, car service
   *for employees working after 8:00 p.m. and local mileage*
   *using personal auto*

10. MISCELLANEOUS – Pacer Services Center    1.60

    **TOTAL**    **$5,253.99**

**Exhibit C**

**American Home Mortgage**
Thirteenth Interim Expense Details
August 1, 2010 through October 31, 2010 (by Accounting Date)

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---|---|
| 07/27/10 | 08/02/10 | Stewart,Matthew | Travel Meals | 23.63 | Lunch with Scott Martinez (at AHM). |
| 07/16/10 | 08/02/10 | Stewart,Matthew | Travel | 57.00 | Travel to and from Melville Long Island (Normal Commute by Train) - mileage. |
| 07/27/10 | 08/02/10 | Stewart,Matthew | Travel | 57.00 | Travel to and from Melville Long Island (Normal Commute by Train) - mileage. |
| 07/27/10 | 08/02/10 | Stewart,Matthew | Travel Meals | 5.18 | Breakfast / Water - Self |
| 07/16/10 | 08/02/10 | Stewart,Matthew | Travel Meals | 10.05 | Breakfast / Water - Self |
| 07/27/10 | 08/02/10 | Stewart,Matthew | Travel | 16.00 | Tolls - Tarrytown Bridge, Whitestone and Throggs Neck Bridges |
| 07/16/10 | 08/02/10 | Stewart,Matthew | Travel | 16.00 | Tolls - Tarrytown Bridge, Whitestone and Throggs Neck Bridges |
| 07/07/10 | 08/31/10 | PACER SERVICE CENTER | Outside Services | 1.60 | PACER SERVICE CENTER |
| 08/31/10 | 08/31/10 | Berliner,David | Technology | 1,500.00 | Concordance Database Monthly Hosting Fee |
| 09/21/10 | 09/22/10 | Michaelis,Michele | Travel | 11.00 | Cab from Farmingdale Station to Debtor. |
| 09/21/10 | 09/22/10 | Michaelis,Michele | Travel | 14.00 | 6:45am cab to Penn Station. |
| 09/21/10 | 09/22/10 | Michaelis,Michele | Travel Meals | 81.86 | Lunch for all individuals |
| 09/21/10 | 09/22/10 | Michaelis,Michele | Travel | 15.50 | Train to Melville from Penn Station. |
| 09/31/10 | 09/31/10 | Berliner,David | Technology | 1,500.00 | Concordance Database Monthly Hosting Fee |
| 09/21/10 | 10/05/10 | Stewart,Matthew | Travel | 45.00 | Travel to and from Melville NY. |
| 09/21/10 | 10/05/10 | Stewart,Matthew | Travel | 19.00 | George Washington / Long Island Bridges - Tolls. |
| 09/29/10 | 10/05/10 | Stewart,Matthew | Travel Meals | 7.12 | Breakfast / Water. |

2

**Exhibit C**

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---|---|
| 09/29/10 | 10/05/10 | Stewart,Matthew | Travel | 50.00 | Travel to and from Melville NY. |
| 09/29/10 | 10/05/10 | Stewart,Matthew | Travel | 16.00 | Tappan Zee, Long Island Bridges - Tolls. |
| 09/29/10 | 10/05/10 | Stewart,Matthew | Travel Meals | 86.19 | Dinner with S. Martinez |
| 09/14/10 | 10/05/10 | Stewart,Matthew | Travel | 50.00 | Travel to and from Melville NY. |
| 09/14/10 | 10/05/10 | Stewart,Matthew | Travel | 16.00 | Tappan Zee, Long Island Bridges - tolls. |
| 09/14/10 | 10/05/10 | Stewart,Matthew | Travel Meals | 7.12 | Breakfast / Water. |
| 09/21/10 | 10/05/10 | Stewart,Matthew | Travel Meals | 101.13 | Dinner with S. Martinez and L. Smalley. |
| 09/21/10 | 10/05/10 | Stewart,Matthew | Travel Meals | 8.11 | Breakfast / Water. |
| 10/07/10 | 10/08/10 | Michaelis,Michele | Travel | 10.00 | Cab from Farmingdale Station to client site. |
| 10/07/10 | 10/08/10 | Michaelis,Michele | Travel | 15.50 | Train. |
| 10/07/10 | 10/08/10 | Michaelis,Michele | Travel | 14.00 | Cab to Penn Station at 7am. |
| 10/31/10 | 10/31/10 | Berliner,David | Technology | 1,500.00 | Concordance Database Monthly Hosting Fee |

**$5,253.99**