IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   : Jointly Administered
            Debtors.                                               :
                                                                   : Ref. No. 9461
------------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION TO STATEMENT
## RE: DOCKET NO. 9461

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Monthly Statement of Zolfo Cooper as Restructuring Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period October 1, 2010 through October 31, 2010 (the "Statement"). The Court's docket which was last updated December 16, 2010, reflects that no objections to the Statement have been filed. Objections to the Statement were to be filed and served no later than December 6, 2010 at 4:00 p.m.

YCST01:6333618.27                                                                                    066585.1001

Pursuant to the Order Under Sections 105 and 363 of the Bankruptcy Code Approving the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom entered on September 5, 2007 [Docket No. 606], the Debtors are now authorized to pay 100% of requested interim fees ($146,500.00) and 100% of requested interim expenses ($5,707.64) on an interim basis without further Court order.

Dated: Wilmington, Delaware
December 16, 2010

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          /s/ *Matthew B. Lunn*
          Sean M. Beach (No. 4070)
          Matthew B. Lunn (No. 4119)
          Ryan M. Bartley (No. 4985)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253

          Counsel for Debtors and
          Debtors in Possession