IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                              :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,     :
                                                    :    Jointly Administered
                      Debtors.                      :
---------------------------------------------------------------- x

# UNOPPOSED MOTION TO
# EXTEND TIME TO FILE NOTICE OF APPEAL

Claimant Deborah E. Mills ("Mills") hereby moves the Court for an order granting a twenty-one day extension, until **January 10, 2011**, for Mills to file her notice of appeal regarding the Court's Order dated December 6, 2010 [D.I. 9534].

Mills consulted with Debtors[1] prior to filing this Motion. Debtor will not oppose this motion so long as the following statement in included in the motion: "The Plan Trustee does not believe the relief sought in the motion is warranted, but will not oppose the motion. The Plan Trustee and the Debtors fully reserve all rights, including, without limitation, the right to seek damages and costs against Ms. Mills pursuant to Federal Rules of Bankruptcy Procedure 8020 and 9011 for, among other reasons, the pursuit of a frivolous appeal."

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Dated:  December 17, 2010                             __/s/ Stamatios Stamoulis_____
                                                        Stamatios Stamoulis  #4606
                                                        stamoulis@swdelaw.com
                                                        Stamoulis & Weinblatt LLC
                                                        Two Fox Point Centre
                                                        6 Denny Road, Suite 307
                                                        Wilmington, DE 19809
                                                        (302) 999-1540

                                                        *Attorneys for Claimant Deborah E. Mills*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2010, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel. In addition, the following counsel also were served by email:

        HAHN & HESSEN LLP
        Mark S. Indelicato, Esq.
        488 Madison Avenue
        New York, NY 10022

        YOUNG CONAWAY STARGATT & TAYLOR, LLP
        Sean Beach, Esq.
        The Brandywine Bldg.
        1000 West Street, 17th Floor
        PO Box 391
        Wilmington, DE 19899-0391

        */s/ Stamatios Stamoulis*
        Stamatios Stamoulis #4606