IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :    Chapter 11
                                                              :
AMERICAN HOME MORTGAGE                                        :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,               :
                                                              :    Jointly Administered
              Debtors.                                        :
------------------------------------------------------------- x

**ORDER GRANTING MOTION TO
EXTEND TIME TO FILE NOTICE OF APPEAL**

Upon the Unopposed Motion to Extend Time to File Notice of Appeal of Claimant Deborah E. Mills ("Mills"); and adequate notice of the Motion having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    Mills time to file a notice of appeal is extended up to and including **January 10, 2011**.

3.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: December ____, 2010          _____
       Wilmington, Delaware          The Honorable Christopher S. Sontchi
                                     United States Bankruptcy Judge