IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------- x
In re:                                                      :    Chapter 11
                                                            :
AMERICAN HOME MORTGAGE                                      :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, <u>et al.</u>,      :
                                                            :    Jointly Administered
            Debtors.                                        :
----------------------------------------------------------- x

## UNCONTESTED MOTION TO WITHDRAW AS COUNSEL TO DEBORAH E. MILLS

Stamoulis & Weinblatt LLC ("Stamoulis & Weinblatt") is currently counsel to Claimant Deborah E. Mills. Stamoulis & Weinblatt and Deborah E. Mills have mutually decided that Stamoulis & Weinblatt will no longer represent Claimant Deborah E. Mills in the above captioned matter or in any appeal she may pursue. Debtors[1] have been consulted and do not oppose this motion to withdraw. Based on the foregoing, Stamoulis & Weinblatt requests that the Court grant this Motion to Withdraw.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

|  |  |
|---|---|
| Dated:  December 17, 2010 | __/s/ Stamatios Stamoulis_____ |
|  | Stamatios Stamoulis  #4606 |
|  | stamoulis@swdelaw.com |
|  | Stamoulis & Weinblatt LLC |
|  | Two Fox Point Centre |
|  | 6 Denny Road, Suite 307 |
|  | Wilmington, DE 19809 |
|  | (302) 999-1540 |

*Attorneys for Deborah E. Mills*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2010, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel. In addition, the following counsel also were served by email:

> HAHN & HESSEN LLP
> Mark S. Indelicato, Esq.
> 488 Madison Avenue
> New York, NY 10022
>
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> Sean Beach, Esq.
> The Brandywine Bldg.
> 1000 West Street, 17th Floor
> PO Box 391
> Wilmington, DE 19899-0391

>> */s/ Stamatios Stamoulis*
>> Stamatios Stamoulis #4606