IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF STAMOULIS & WEINBLATT LLC**

Upon the Uncontested Motion to Withdraw as Counsel to Claimant Deborah E. Mills of Stamoulis & Weinblatt LLC; and adequate notice of the Motion having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: December ____, 2010         _____
       Wilmington, Delaware        The Honorable Christopher S. Sontchi
                                   United States Bankruptcy Judge