IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
In re:                                                  :    Chapter 11
                                                        :
AMERICAN HOME MORTGAGE                                   :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,         :
                                                        :    Jointly Administered
                Debtors.                                :
------------------------------------------------------- x
```

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF STAMOULIS & WEINBLATT LLC

Upon the Uncontested Motion to Withdraw as Counsel to Claimant Deborah E. Mills of Stamoulis & Weinblatt LLC; and adequate notice of the Motion having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: December 17, 2010
       Wilmington, Delaware

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge