IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                          :    Chapter 11
                                                :
AMERICAN HOME MORTGAGE                          :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al., :
                                                :    Jointly Administered
            Debtors.                            :
                                                :
---------------------------------------------------------------- x

## ORDER GRANTING MOTION TO
## EXTEND TIME TO FILE NOTICE OF APPEAL

Upon the Unopposed Motion to Extend Time to File Notice of Appeal of Claimant Deborah E. Mills ("Mills"); and adequate notice of the Motion having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion; and upon the record in these proceedings; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Mills time to file a notice of appeal is extended up to and including **January 10, 2011**.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: December 17, 2010
Wilmington, Delaware

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge