**<u>Exhibit B</u>**

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 143961

For professional services rendered from July 1, through July 31, 2010 in connection with the following:

| | | | |
|---|---|---|---:|
| 002 | CREDITORS COMMITTEE | $ | 23,934.50 |
| 006 | SALES OF ASSETS | | 2,736.00 |
| 007 | PROFESSIONAL FEES | | 1,384.00 |
| 008 | AVOIDANCE ACTIONS | | 74,309.00 |
| 009 | LITIGATION | | 3,221.00 |
| 011 | EMPLOYEE ISSUES | | 170.00 |
| 012 | CLAIMS ADMINISTRATION | | 1,623.00 |
| 013 | INVESTIGATION OF COMPANY | | 23,815.00 |
| 014 | TRIAD WORKOUT | | 3,689.00 |
| | **Total Time** | $ | 134,881.50 |
| | LONG DISTANCE TELEPHONE CHARGES | $ | 37.68 |
| | CARFARE | | 171.85 |
| | COURT REPORTER SERVICES | | 539.75 |
| | DUPLICATING | | 328.10 |
| | LEXIS | | 1,026.78 |
| | MEALS | | 91.97 |
| | OVERNIGHT DELIVERY | | 7.94 |
| | POSTAGE | | 185.81 |
| | SEARCH FEES | | 33.84 |
| | TELECOPY PAGES | | 3.00 |
| | TELEPHONE CONFERENCE CALL | | 58.04 |
| | TRAVEL | | 228.00 |
| | **Total Disbursements** | $ | 2,712.76 |
| | **TOTAL BILL** | $ | **137,594.26** |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 143961

For professional services rendered from July 1, through July 31, 2010 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
002      CREDITORS COMMITTEE

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/01/10 | Review JP Morgan Chase pleadings (motion to dismiss counterclaims, opposition and reply) (.90); review borrower's committee's proposed 2004 order and emails re: same (.50); conference call with MSI and debtors' counsel re: borrower claims and emails with debtors' counsel re: same (.90). | ELS | 2.30 | 1,368.50 |
| 07/01/10 | Review docket, recent pleadings and correspondence (.20). | JXZ | 0.20 | 85.00 |
| 07/02/10 | Review correspondence, docket and recent pleadings (.20). | JXZ | 0.20 | 85.00 |
| 07/06/10 | Conference call with debtors, BDO and Cadwalader re: BDO expert fees (.40); review email from Jackson re: Empire Blue Cross and meeting with MSI re: same (.40). | ELS | 0.80 | 476.00 |
| 07/06/10 | Teleconference with Berliner and Micheles regarding issues on Milestone; Review agreement. | MSI | 0.40 | 304.00 |
| 07/07/10 | Review docket and recent pleadings (.20); review and revise critical dates memo (.20). | JS | 0.40 | 98.00 |
| 07/07/10 | Telephone conference with ELS and Beach re: status on outstanding issues including Milestone issues. | MSI | 0.60 | 456.00 |
| 07/08/10 | Arrange for ELS to appear at 7/19 hearing telephonically (.20); prepare for hearing (.20). | JS | 0.40 | 98.00 |
| 07/08/10 | Review committee update (.10). | JXZ | 0.10 | 42.50 |
| 07/09/10 | Conference call with debtors re: FCIC request. | ELS | 0.50 | 297.50 |
| 07/12/10 | Review and provide comments on draft Rush escrow agreement. | ELS | 0.30 | 178.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/12/10 | Review order resolving Debtors' 13 omnibus objection to claims (.20); review stipulation order regarding debtors 57 omnibus objection to claims (.10); review critical dates memo (.20); review docket and recent pleadings (.20); review and update contact list (.20). | JS | 0.90 | 220.50 |
| 07/13/10 | Review various emails re: Rush settlement and closing. | ELS | 0.80 | 476.00 |
| 07/13/10 | Review docket/recent pleadings (.20). | JXZ | 0.20 | 85.00 |
| 07/14/10 | Conference call re: Rush settlement and whether 1099 needs to be issued. | ELS | 0.50 | 297.50 |
| 07/14/10 | Research for MSI (.20); review docket (.20); review order setting omnibus hearing dates (.20); calendar events (.20); review certification of counsel regarding order approving interim fee request (.20); file maintenance (.80). | JS | 1.80 | 441.00 |
| 07/15/10 | Review agenda of 7/19 hearing (.30); prepare hearing binder for hearing (2.30); emails with local counsel and ELS regarding same (.20). | JS | 2.80 | 686.00 |
| 07/15/10 | Review hearing agenda (.10). | JXZ | 0.10 | 42.50 |
| 07/16/10 | Further preparation for 7/19 hearing (.40); review Order granting debtors' 9019 motion (.10); review order granting committee's tenth omnibus motion and 9019 (.20); review order regarding debtors 58th omnibus objection to claims (.10); review order granting debtors 9019 with Aon consulting (.10); review and forward 60th omnibus objection to claims (.20): review and forward 61 omnibus objection to claims (.10); calendar events (.20); file maintenance (.30). | JS | 1.70 | 416.50 |
| 07/19/10 | Phone call with Beach re: Mills and Rush (.30); email to committee re: Jackson's settlement and review draft settlement agreement (.50); appear telephonically at omnibus hearing (.40). | ELS | 1.20 | 714.00 |
| 07/19/10 | Review committee update (.10); review docket/recent pleadings (.20). | JXZ | 0.30 | 127.50 |
| 07/19/10 | Discussion with ELS & ZV re telephonic hearing | MTP | 0.20 | 152.00 |
| 07/20/10 | Rush - review emails re: 9019 issues, conference call with Shanon, Rush, Drebsky and Beach. | ELS | 0.70 | 416.50 |
| 07/20/10 | Review adversary proceeding dockets (.10); review 9019 order (.10); draft stipulation (.20); review revise settlement agreements (.40); numerous calls, e-mails, meetings ELS (various), S. DeRousse (Zensar), C. Kunz (Johnston)(.40). | JXZ | 1.10 | 467.50 |
| 07/21/10 | Review emails re: bank deposits and phone call/email with Green at First Bank of Highland Park re: same (.50); review Shannon letter re: Rush settlement and related emails (.30). | ELS | 0.80 | 476.00 |
| 07/21/10 | Review scheduling order (.10). | JXZ | 0.10 | 42.50 |
| 07/22/10 | Review debtors' draft agreement settling bank name litigation and draft agreement with Jacksons and emails re: same. | ELS | 0.70 | 416.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/23/10 | Jackson - review latest version of settlement agreement and phone call with Beach re: same (.50); Rush - review emails re: status; phone call with Beach and foreclosure attorney re: status; phone call with Drebsky re: same (.50). | ELS | 1.00 | 595.00 |
| 07/26/10 | Meeting with MSI re: s.p.e. motion and Jackson settlement. | ELS | 0.20 | 119.00 |
| 07/26/10 | Review and forward motion to approve 9019 re Jackson (.20); review and forward motion to file Jackson settlement under seal (.10); review and forward motion to authorize AHM to form a special purpose entity (.20); calendar events (.20); research regarding upcoming events (.30); file maintenance (.30). | JS | 1.30 | 318.50 |
| 07/26/10 | Review correspondence, docket and recent pleadings (.50). | JXZ | 0.50 | 212.50 |
| 07/26/10 | Review various emails from Beach, BDO and ELS re: status of various issues (.40); review pleadings filed (.70). | MSI | 1.10 | 836.00 |
| 07/27/10 | Rush - emails and phone calls re: finalizing Rush closing and payments (.60); review draft BDO report and send comments to BDO (.30). | ELS | 0.90 | 535.50 |
| 07/27/10 | Review and edit BDO report (.80) meeting with ELS re: same (.10); telephone conference with Berliner and Micheles re: same (.20). | MSI | 1.10 | 836.00 |
| 07/27/10 | Review BDO Report | MTP | 0.50 | 380.00 |
| 07/28/10 | Review borrowers' committee 2004 discovery motion and emails with debtors' counsel re: same. | ELS | 0.70 | 416.50 |
| 07/28/10 | Reviewing BDO Report (.20); Reviewing and summarizing for Committee motion of the Borrowers Committee re leave for discovery (1.70). | JO | 1.90 | 608.00 |
| 07/28/10 | Review borrowers relief from stay motion (.30). | JXZ | 0.30 | 127.50 |
| 07/28/10 | Review and analyze motion from borrowers' committee. | MSI | 0.80 | 608.00 |
| 07/28/10 | Review Borrowers Committee Rule 2004 motion and discuss with MSI | MTP | 1.00 | 760.00 |
| 07/29/10 | Researched issues for reply to objection of Borrowers Committee | DS | 0.60 | 144.00 |
| 07/29/10 | Borrowers Committee motion - meeting with MSI re: motion; conference call with MSI, JO and debtors; meeting with RS re: research re: motion (1.70);  Monthly committee call re: case update, bank liquidation and borrowers' motion (1.10). | ELS | 2.80 | 1,666.00 |
| 07/29/10 | Finalizing summary of borrowers committee motion for Committee (.40); Preparing for Committee call (.20); Committee call (1.00); Drafting minutes of Committee call (.70). | JO | 2.30 | 736.00 |
| 07/29/10 | Review borrower relief from stay motion and comment same (.70); review correspondence (.10); review committee update (.10); attention to creditor inquiries (.20); committee call (1.00). | JXZ | 2.10 | 892.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/29/10 | Review materials in preparation for Committee meeting (.60); Meeting with ELS regarding issues of borrowers motion (.20); attend teleconference with Debtors regarding same (.70); e-mails with BDO regarding status (.20); attend Committee meeting to address borrowers motion, sale of the bank and effective date issues (1.0). | MSI | 2.70 | 2,052.00 |
| 07/29/10 | Participate in part of Committee meeting (.5); conference call with Young Conaway & H&H team re Borrowers' motion (1.0) | MTP | 1.50 | 1,140.00 |
| 07/30/10 | Researched issues for reply to objection of Borrowers Committee | DS | 0.80 | 192.00 |
| 07/30/10 | Review and revise JO draft Borrowers committee objection. | ELS | 1.40 | 833.00 |
| 07/30/10 | Drafting objection to Borrowers Committee motion re discovery. | JO | 3.00 | 960.00 |

TOTAL HOURS                      48.60

TOTAL SERVICES.........................................................................$    23,934.50

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $30.00 |
| DUPLICATING | $62.90 |
| LEXIS | $33.06 |
| MEALS | $13.77 |
| SEARCH FEES | $9.20 |
| TELEPHONE CONFERENCE CALL | $58.04 |

TOTAL DISBURSEMENTS..............................................$    206.97

TOTAL FEES & DISBURSEMENTS ............................................$    24,141.47

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|------|------|-------|-----------------|-------------|
| 618 | Shapiro | 1.40 | 240.00 | 336.00 |
| 556 | Smith | 9.30 | 245.00 | 2,278.50 |
| 583 | Orbach | 7.20 | 320.00 | 2,304.00 |
| 493 | Zawadzki | 5.20 | 425.00 | 2,210.00 |
| 486 | Schnitzer | 15.60 | 595.00 | 9,282.00 |
| 260 | Indelicato | 6.70 | 760.00 | 5,092.00 |

| 364 | Power | 3.20 | 760.00 | 2,432.00 |
|-----|-------|------|--------|----------|
| ATTY TOTAL | | 48.60 | | 23,934.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 143961

For professional services rendered from July 1, through July 31, 2010 in connection with the following:

703159        AMERICAN HOME MORTGAGE HOLDINGS, INC.
006           SALES OF ASSETS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/06/10 | Review issues about Bank Liquidation including transfer of deposits (.60); Teleconference with Berliner regarding same (.20); Teleconference with J. Deterding regarding interest in deposits (.40). | MSI | 1.20 | 912.00 |
| 07/07/10 | Review issues on transfer of deposits. | MSI | 0.30 | 228.00 |
| 07/26/10 | Review issues and motion on transfer of interest to S.P.E. (.70); meeting with ELS re: same (.20). | MSI | 0.90 | 684.00 |
| 07/27/10 | Review motion to approve Silverpoint transactions (.60); meeting with ELS re: same (.10); draft and respond to emails with J. Detering re: potential interest in accounts (.40); discuss same with Berliner (.10). | MSI | 1.20 | 912.00 |

TOTAL HOURS                    3.60

TOTAL SERVICES........................................................................$     2,736.00

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 260 | Indelicato | 3.60 | 760.00 | 2,736.00 |
| ATTY TOTAL | | 3.60 | | 2,736.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 143961

For professional services rendered from July 1, through July 31, 2010 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
007         PROFESSIONAL FEES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/02/10 | Review certifications (.10). | JXZ | 0.10 | 42.50 |
| 07/04/10 | Review fee application/draft summary (.30). | JXZ | 0.30 | 127.50 |
| 07/08/10 | Review certifications (.10). | JXZ | 0.10 | 42.50 |
| 07/13/10 | Review certifications (.10). | JXZ | 0.10 | 42.50 |
| 07/15/10 | Prepare for July 19th fee hearing (1.40); review agenda with regarding to fee hearing (.10). | JS | 1.50 | 367.50 |
| 07/15/10 | Review certifications (.10). | JXZ | 0.10 | 42.50 |
| 07/16/10 | Review certifications (.10). | JXZ | 0.10 | 42.50 |
| 07/21/10 | Review fee order (.10); review numerous fee applications/draft summaries (.70). | JXZ | 0.80 | 340.00 |
| 07/26/10 | Review and update fee summary chart. | JS | 1.20 | 294.00 |
| 07/29/10 | Review fee application (.10). | JXZ | 0.10 | 42.50 |

TOTAL HOURS                    4.40

TOTAL SERVICES.........................................................................$      1,384.00

DISBURSEMENT SUMMARY

DUPLICATING                                                      $8.70

DISBURSEMENT SUMMARY

TOTAL DISBURSEMENTS............................................................$          8.70

TOTAL FEES & DISBURSEMENTS ............................................$      1,392.70


SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 2.70 | 245.00 | 661.50 |
| 493 | Zawadzki | 1.70 | 425.00 | 722.50 |
| ATTY TOTAL | | 4.40 | | 1,384.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 143961

For professional services rendered from July 1, through July 31, 2010 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|--|--------|----------------------------------------|
|  | 008    | AVOIDANCE ACTIONS                      |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/01/10 | Drafted mediation statement for mediation of D.W. Consulting proceeding (1.00); Conference/teleconference with ELS re same (.10); Revised D.W. Consulting mediation statement (.10); Email correspondence with mediator re D.W. Consulting mediation statement (.10); Email correspondence with ELS preference actions that should be dismissed and reviewed chart for accuracy (.10). | CJK | 1.40 | 700.00 |
| 07/01/10 | Johnston - meeting with JXZ re: counter offer and basis and review emails re: same (.60); CFN - emails with defendant's counsel and RMS re: poverty defense and settlement (.40); Touch - meeting with ZV re: revised agreement (.30); DW Consulting - review and revise CJK draft mediation statement, emails with Stratton re: matter, review ordinary course of business analysis (.60); updated master chart and update status report (.80); update escrow balance spreadsheet and send same to BDO (.70). | ELS | 3.40 | 2,023.00 |
| 07/01/10 | Call with F&R re dismissal (.10); Review dismissal list (.10). | JO | 0.20 | 64.00 |
| 07/01/10 | Review scheduling orders and pending preferences (.50); calendar maintenance (.10); draft restraining orders, information subpoenas and notices to judgment debtor (.90; review adversary proceeding dockets (.20); review checks (.10); review invoicing data and conduct ordinary course/new value analyses (.60); review discovery (.50); numerous e-mails, calls, meetings ELS (various), C. Awong (various), M. Migliore (VB)(.50); draft response (.30). | JXZ | 3.70 | 1,572.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/01/10 | Attention to discussions with counsel to CFN re default judgment (.30); coordinate filing stipulation of dismissal with Bellagio (.40). | KGC | 0.70 | 339.50 |
| 07/01/10 | Communication with D. Culver regarding Touch settlement (.40); Drafting of Touch settlement stipulation (.70); Communication with opposing counsel regarding Reckson settlement offer (.30). | ZV | 1.40 | 448.00 |
| 07/02/10 | Draft stipulation of dismissal in AHM v. Intercity (.30). | AW | 0.30 | 112.50 |
| 07/02/10 | Email correspondence with ELS/mediator/counsel for D.W. Consulting re settlement (.10). | CJK | 0.10 | 50.00 |
| 07/02/10 | Experian - review settlement agreement and provide comments to RMS (.30); Varga - meeting with JXZ and email to Martinez re: ocp bills (.30); update status report (.40); PMC - review notice of deposition and note objections and emails with NCR re: same (.30); Johnston - meeting with JXZ re: settlement offers and final resolution (.60); On Guard - review emails re: matter (.20); DW Consulting - emails re: mediation for the 12th (.30). | ELS | 2.40 | 1,428.00 |
| 07/02/10 | Research dismissed adversary proceedings and update adversary proceedings chart (3.20). | JS | 3.20 | 784.00 |
| 07/02/10 | Review/revise restraining notices/information subpoenas (.40); calendar maintenance (.10), review discovery (.40); drat response (.20); meetings, e-mails, calls ELS/MSI (various, M. Migliore, C. Awong (VB), C. Kunz (Johnston)1.60). | JXZ | 2.70 | 1,147.50 |
| 07/04/10 | E-mail C. Kunz(Johnston)(.10). | JXZ | 0.10 | 42.50 |
| 07/06/10 | Varga - meeting with JXZ re: settlement status and review email from debtors re: ordinary course payments (.60); Johnston - draft email to committee re: settlement approval (.80); draft email to committee re: approval of 5 preference settlements (.40); On Guard - review RMS email and analysis and meeting with NCR re: same; review and revise draft mediation statement and meeting with NCR re: same (1.10); Embarq - review preference analysis from debtors' counsel and emails with debtors' counsel re: same (.50). | ELS | 3.40 | 2,023.00 |
| 07/06/10 | Discussing Iron Mountain with ELS (.10); Contacting defense counsel and mediator re mediation (.10); Drafting mediation statement (.80). | JO | 1.00 | 320.00 |
| 07/06/10 | Draft case assessment (.90); review ordinary course/new value analyses (.40); calendar maintenance (.10); review documents re Johnston (.50); revise form of settlement agreement (.20); draft Johnston settlement agreement (.60); review Xerox settlement agreement (.20); review schedule of settlements (.10); numerous e-mails, calls, meetings ELS (various), C. Kunz/R. Lemisch (Johnston), S. Martinez (VB)(.70). | JXZ | 3.70 | 1,572.50 |
| 07/06/10 | Drafted and edited On Guard mediation statement. | NCR | 3.80 | 1,140.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/06/10 | Meeting with ELS to discuss open matters (.30); Communication with D. Culver regarding Touch settlement (.30);  Editing of Touch settlement agreement (.40);  Initial drafting of Reckson mediation statement (.80). | ZV | 1.80 | 576.00 |
| 07/07/10 | Email correspondence with ELS/mediator re settlement in D.W. Consulting proceeding (.20). | CJK | 0.20 | 100.00 |
| 07/07/10 | Iron Mountain - review and revise mediation statement and meeting with JO re: same (.60); On Guard - review NCR revised mediation statement (.30); process settlement checks (.20); ILinc - emails with JO re: mediation (.30); D. W. consulting - emails with mediator re:status (.30). | ELS | 1.70 | 1,011.50 |
| 07/07/10 | Finalizing Iron Mountain mediation statement. | JO | 0.30 | 96.00 |
| 07/07/10 | Review adversary proceed dockets regarding dismissals (.80). | JS | 0.80 | 196.00 |
| 07/07/10 | Numerous meetings, e-mails, calls ELS/MSI (various), M. Migliore/T. Guilfoyle (VB), M. Feleer (Warehouse)(.60); calendar maintenance (.10); review adversary proceeding dockets (.10); draft deposition notice, affidavit and supervise service (.40); review mediation orders (.20); draft disclosure requests (.50). | JXZ | 1.90 | 807.50 |
| 07/07/10 | Reviewed AHM's status report for preference matters and provided comments to ELS. | NCR | 0.70 | 210.00 |
| 07/07/10 | Analysis of Reckson invoices, additional documentation and defenses (.80); Drafting and editing of Reckson shared mediation statement (1.30); Meeting with ELS to discuss Reckson mediation statement and other open matters (.40); Communication with client regarding Reckson mediation statement (.10);  Communication with D. Culver regarding Touch settlement agreement (.40); Revisions and editing of Touch settlement stipulation (.50). | ZV | 3.50 | 1,120.00 |
| 07/08/10 | Email correspondence/teleconference with Mediator, ELS, counsel for D.W. Consulting re mediation (.40). | CJK | 0.40 | 200.00 |
| 07/08/10 | PMC - review and revise NCR draft deposition response email (.20); CFN - phone call with defendant's attorney re: judgment and meeting with  KGC re: same (.40); DW - phone calls with defendant's attorney re: settlement; emails and phone call with mediator re: same (.70). | ELS | 1.30 | 773.50 |
| 07/08/10 | Calls with iLinc re mediation. | JO | 0.20 | 64.00 |
| 07/08/10 | Meeting ELS (various)(.20). | JXZ | 0.20 | 85.00 |
| 07/08/10 | Review file for CFN re corporate name and service of complaint (.60); various e-mails with BDO re same (.20). | KGC | 0.80 | 388.00 |
| 07/08/10 | Edited On Guard mediation statement (.90); drafted email to Roland Jones re objection to notice of deposition (.80);  reviewed dockets for outstanding preferences to determine status of each (.40). | NCR | 2.10 | 630.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/08/10 | Analysis of Trade Show Fabrications discovery responses and Touch counter offer (.40); Communication with D. Culver regarding Touch settlement (.30); Communication with ELS to discuss open matters (.30);  Follow up regarding Reckson counter offer and communication with opposing counsel (.50). | ZV | 1.50 | 480.00 |
| 07/09/10 | Email correspondence with ELS/S. Sass re mediation in D.W. Consulting (.10). | CJK | 0.10 | 50.00 |
| 07/09/10 | On Guard - emails with defendant's counsel and with Awong re: other security providers and re: settlement status (1.50); CFN - emails with defendant's counsel re: vacating default judgment and defendant's real name (.60). | ELS | 2.10 | 1,249.50 |
| 07/09/10 | Draft discovery requests (.90); draft affidavit (.20); supervise service (.20). | JXZ | 1.20 | 510.00 |
| 07/09/10 | Analysis of invoices and backup documentation and discovery responses of Trade Show Fabrications (1.10); Spreadsheet analysis of OCB defenses and analysis of contract terms to determine ordinary potential ordinary payment (.80);  Analysis and comparison of additional invoices (.50). | ZV | 2.40 | 768.00 |
| 07/12/10 | Reviewed financial information provided by D.W. Consulting to show insolvency (.20). | CJK | 0.20 | 100.00 |
| 07/12/10 | Qwest - meeting with NCR re; settlement edits and review email re: same (.30); Xerox - review RMS emails re: settlement edits (.30); On Guard - meeting with NCR re: settlement offer and discovery and review emails re: same (.40); Iron Mountain - meeting with JO re: settlement and meditation and review emails re: same (.40); Johnston - review their edits to settlement agreement and meeting with JXZ re: same (.40). | ELS | 1.80 | 1,071.00 |
| 07/12/10 | Call with C Brown re Iron Mountain preferences (.30); Discussing Iron Mountain with ELS (.20); Emails to C Brown, Debtors and Mediator re Iron Mountain (.40). | JO | 0.90 | 288.00 |
| 07/12/10 | Calls/meetings ELS, M. Migliore (VB)(.20); calendar maintenance (.10); e-mail C. Kunz, R. Lemisch (Johnston)(.10). | JXZ | 0.40 | 170.00 |
| 07/12/10 | Review CFN file re default judgment relief. | KGC | 1.20 | 582.00 |
| 07/12/10 | Met with ELS re On Guard and Qwest (.30); drafted email to Qwest counsel re settlement (.50); drafted email to On Guard counsel re settlement (.50). | NCR | 1.30 | 390.00 |
| 07/12/10 | Communication with ELS and mediator regarding Reckson mediation statement and outstanding settlement offer (.30); Communication with opposing counsel regarding Reckson counter offer (.20); Meeting with ELS to discuss Reckson defenses and positioning (.40); Analysis of Reckson defense charts and invoice history (.50).  Communication with opposing counsel regarding Touch settlement language (.30);  Meeting with ELS regarding Touch settlement (.20); Meeting with ELS regarding Trade Show Fabrications mediation scheduling and defenses (.40);  Communication with mediator regarding Trade Show Fabrications mediation (.20). | ZV | 2.50 | 800.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/13/10 | Review and respond to RMS emails re: eMagic and Experian (.50); Iron Mountain - review and respond to debtors' emails re: matter (.20); On Guard - emails with Felger re: wires, emails with Awong re: wires in preference period (.90). | ELS | 1.60 | 952.00 |
| 07/13/10 | Emails with Debtors re Iron Mountain. | JO | 0.20 | 64.00 |
| 07/13/10 | Take call from Warehouseline counsel regarding discovery documents (.20). | JS | 0.20 | 49.00 |
| 07/13/10 | Review AP dockets (.10); review affidavit (.10); review Xerox settlement agreement (.10); meetings, calls, e-mails ELS (various), J. Dushkin/T. Guilfoyle (Warehouseline), R. Roland (Xerox)(.40). | JXZ | 0.70 | 297.50 |
| 07/13/10 | Drafted and edited responses to Outsource discovery. | NCR | 3.50 | 1,050.00 |
| 07/13/10 | Communication with mediator regarding Reckson mediation statement and status of negotiations (.30);  Meeting with ELS regarding Reckson mediation statement and status of settlement negotiations (.40);  Analysis of Trade Show Fabrications invoices and defenses (.80); Communication with D. Culver regarding Touch negotiations and outstanding defenses (.50); Drafting of Touch settlement stipulation and discussion with ELS regarding settlement (.80). | ZV | 2.80 | 896.00 |
| 07/14/10 | Draft stipulation to set aside default judgment with CFN Financial. | KGC | 2.60 | 1,261.00 |
| 07/14/10 | Communication with opposing counsel regarding settlement offers outstanding (.20). | ZV | 0.20 | 64.00 |
| 07/15/10 | Email correspondence with ELS/JS re default judgment against Client Services (.10). | CJK | 0.10 | 50.00 |
| 07/15/10 | On guard - meeting with NCR re: mediation (.30); PMC - meeting with NCR re: deposition (.50); Reckson - meeting with ZV re: settlement offer status and review emails re: same (.40); ConEd - review emails from debtors' counsel re: preference analysis (.40); CFN - review and revise KGC draft stipulation vacating default judgment (.40); Outsource - review and revise NCR draft mediation statement and draft discovery responses and meeting with NCR re: same (.70); Rapid Access - emails with NCR re: vacating default (.30). | ELS | 3.00 | 1,785.00 |
| 07/15/10 | E-mail K. Senese (various)(.10); review AP dockets (.10); review defaults (.10); e-mails M. Migliore (VB)(.30); calendar maintenance (.10). | JXZ | 0.70 | 297.50 |
| 07/15/10 | Discussions with ZV re claims treatment for settlement with Schottel and review stipulation re same. | KGC | 0.50 | 242.50 |
| 07/15/10 | Prepared responses to Outsource's discovery requests  (3.00); prepared mediation statement for mediation with Outsource (2.40); prepared Rapid Access stipulation to vacate default judgment (.70); communication with Rapid Access counsel (.20); reviewed and provided various requested documents pursuant to document production to On Guard counsel (1.50). | NCR | 7.80 | 2,340.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/15/10 | Meeting with ELS regarding Reckson analysis and offer (.30); Analysis of Reckson defenses and communication with opposing counsel regarding settlement (.60);  Communication with RMS regarding settlement stipulation drafting (.20); Communication with mediator regarding scheduling of Reckson mediation and Trade Show Fabrications mediation (.30). | ZV | 1.40 | 448.00 |
| 07/16/10 | Reviewed and revised draft motion and related papers for request for entry of default against Red Leaf Capital and Client Services Customer Care (1.5); Searched online for address for Red Leaf Capital for service of default papers (.30); Email corrs. with ELS re default request papers for Red Leaf Capital and Client Services Customer Care (.10); Revised default papers for Red Leaf and Client Services per ELS and email corrs. with ELS re same (.20);  Email corrs. with local counsel re same (.10); Reviewed order/motion granting 10th omnibus 9019 motion and memos evidencing settlement payment to determine which proceedings should be dismissed (.20); Prepared stipulation of dismissal for CT Networks (.20); Checked dockets for Della Femina and Drew & Rogers to determine whether they are still open and should be dismissed (.10); Email corrs. with ELS re same (.10); Conf./TL/email corrs. with J. Smith/ELS re affidavit for request for default judgment against Red Leaf and Client Services (.20). | CJK | 3.00 | 1,500.00 |
| 07/16/10 | Experian - emails with RMS re: settlement agreement (.30); Client Services - review draft default papers (.20); On guard - prepare for mediation (.50); travel to and from mediation (at 1/2 time) (2.10); meeting with Sass re: mediation (1.20); and attend mediation (2.90). | ELS | 7.20 | 4,284.00 |
| 07/16/10 | Prepare Red Leaf Capital default pleadings (1.80); emails with CK, ELS and local counsel regarding same (.20). | JS | 2.00 | 490.00 |
| 07/16/10 | Communication with mediator and opposing counsel regarding Trade Show Fabrications mediation scheduling (.60).  Analysis of Trade Show Fabrications defenses and invoices history (.80). Meeting with ELS to discuss defenses and positioning (.30). Communication with opposing counsel regarding Reckson defenses and offer of settlement (.40).  Meeting with ELS regarding Reckson defense analysis (.50).  Analysis of Reckson defenses and invoice history (.70). | ZV | 3.30 | 1,056.00 |
| 07/19/10 | Prepared stipulation of dismissal for Della Femina and email corr. with counsel re same (.20); Prepared stipulation of dismissal for Drew & Rogers and email corr. with counsel re same (.20); Email corrs. with CT Networks counsel re stipulation of dismissal (.10); Email corrs. with local counsel re erroneous closing of CT Networks, Drew & Rogers and Della Femina adversary proceedings and stipulations of dismissal (.10); Email corrs. with local counsel/ELS re filing of default papers for Red Leaf Capital/Client Services (.10). | CJK | 0.70 | 350.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/19/10 | Experian - meeting with Stratton and defense attorneys re: settlement issues and email to Plank re: same (.60); PMC - meeting with NCR re: deposition, emails re: same, review and revise deposition outline and meeting with NCR re: same (1.80). | ELS | 2.40 | 1,428.00 |
| 07/19/10 | Meetings, calls, e-mails ELS (various), M. Migliore (VB), C. Kunz (Johnston)(.40); review adversary proceeding dockets (.10); draft response (.10); review/revise settlement agreements (.60). | JXZ | 1.20 | 510.00 |
| 07/19/10 | Discussion with ELS re status reports and dismissals for Building Champions and Bernard Hodes and check dockets re same. | KGC | 0.80 | 388.00 |
| 07/19/10 | Edited Outsource discovery (2.10); edited Rapid Access stipulation deeming default judgment as vacated (.50); edited Outsource mediation statement (1.10); prepared deposition outline for deposition of John Celetano of PMC (3.40). | NCR | 7.00 | 2,100.00 |
| 07/20/10 | Email corrs. with ELS/local counsel re court's denial of request for default against Client Services (.10). | CJK | 0.10 | 50.00 |
| 07/20/10 | Experian - emails with Plank re: settlement; review and respond to defendant's counsel's email re: settlement; review and revise revised settlement agreement; emails with debtors re: potential claims (.80); Rapid Access - review revised draft stipulation to vacate default and meeting with NCR re: same (.20); Outsource - review NCR revised mediation statement and meeting re: same (.30). | ELS | 1.30 | 773.50 |
| 07/20/10 | Attention to notices of dismissal or stipulations of dismissal for settled matters (.30); review files re same (.40); coordinate preparing status report re same (.40). | KGC | 1.10 | 533.50 |
| 07/20/10 | Edited responses to Outsource discovery requests (1.20); Reviewed edited Rapid Access Stipulation vacating default judgment (.40). | NCR | 1.60 | 480.00 |
| 07/20/10 | Analysis of Reckson settlement stipulation draft and search of claims register to verify claims for waiver and to be preserved (.70).  Meeting with ELS to discuss open matters (.30). Communication with K. Bohuslav regarding revisions to Reckson settlement stipulation and follow up regarding Trade Show status (.50). | ZV | 1.50 | 480.00 |
| 07/21/10 | Email corrs. with ELS/RMS/counsel for D.W. Consulting re settlement (.10). | CJK | 0.10 | 50.00 |
| 07/21/10 | Outsource - review and revise NCR revised discovery responses (.50); PCM - meeting with NCR re: deposition and attend deposition of Celetano (3.60); DW Consulting - review tax returns and emails re: settlement (.50); Experian - review revised settlement agreement and send same to defendant's counsel (.40). | ELS | 5.00 | 2,975.00 |
| 07/21/10 | Numerous calls, e-mails, meetings C. Kunz (Johnston), ELS (various), M. Phillips/T. Guilfoyle (Zensar), S. Martinez/S. Beach (Johnston)(.40); draft stipulation of dismissal (.10). | JXZ | 0.50 | 212.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/21/10 | Prepared for and conducted deposition of John Celetano (6.90); reviewed Outsource responses to discovery requests (.40); drafted letter to Outsource citing deficiencies in their responses (1.50). | NCR | 8.80 | 2,640.00 |
| 07/22/10 | Email corrs. with CT Networks counsel/ELS re stipulation of dismissal (.10); Checked dockets for Diners Club and Digital Storage to determine whether cases are open (.20); Email corr. with local counsel re stipulation of dismissal for CT Networks (.10); Email corr. with ELS re status of open cases that have settled and should be closed (.10); Email corrs. with ELS/J. Smith re default motion for Client Services (.10). | CJK | 0.60 | 300.00 |
| 07/22/10 | Review list of matters that are settled but still open and send email to team re: same (.60); Experian - emails with mediator re: matter (.40); Varga Berger - meeting with JXZ re: settlement status (.20); Client Services - emails with local counsel re: obtaining default (.20). | ELS | 1.40 | 833.00 |
| 07/22/10 | Dismissing Fairmont Hotel preference. | JO | 0.20 | 64.00 |
| 07/22/10 | Review email from ELS regarding open matters (.20); research regarding dismissed adversary proceedings (.80). | JS | 1.00 | 245.00 |
| 07/22/10 | E-mails, meetings M. Mieliore/ES (VB)(.20); attention to discovery (.10); review settlements (.10). | JXZ | 0.40 | 170.00 |
| 07/22/10 | Edited responses to Outsource discovery requests (.60); edited letter to Outsource discovery re inadequate discovery responses (.40); calendared all days for Rapid Access adversary proceeding (.20). | NCR | 1.20 | 360.00 |
| 07/23/10 | On Guard - emails with Felger re: matter (.20); Outsource - review revised mediation statement (.20); Ilinc - meeting with JO re: settlement status and proposed counter and emails re: mediation statements (.50). | ELS | 0.90 | 535.50 |
| 07/23/10 | Calls and emails with iLinc re mediation scheduling and settlement offers (.70); Discussing same with ELS (.30). | JO | 1.00 | 320.00 |
| 07/23/10 | E-mails M. Migliore(VB)(.10); review document production (.30). | JXZ | 0.40 | 170.00 |
| 07/23/10 | Edited Outsource discovery responses and mediation statement. | NCR | 0.70 | 210.00 |
| 07/26/10 | DW - review RMS draft settlement agreement and draft emails re: same (.20); Experian - email re: status of settlement (.10); Novasoft - email re: status of settlement (.20). | ELS | 0.50 | 297.50 |
| 07/26/10 | Review adversary proceeding dockets (.10); attention to defaults (.10); review warehouseline response (.40); conduct ordinary course/new value analyses (.50). | JXZ | 1.10 | 467.50 |
| 07/26/10 | Discussion with ELS re notices of dismissals and status report (.30); e-mail to local counsel re same (.30). | KGC | 0.60 | 291.00 |
| 07/26/10 | Sent email to outsource counsel re discovery responses .2 | NCR | 0.20 | 60.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/27/10 | Draft stipulations of dismissal for Microsoft, Inner Workings, Long Island Power Authority, Media Recovery and Kelly Service (1.2). | AW | 1.20 | 450.00 |
| 07/27/10 | Meeting with JS re: domesticating certain default judgments (30); On Guard - phone call with Sass re: matter and emails re: same (.30); PMC - conference call with defendant's attorney re: held checks and depositions and meeting with NCR re: same (.70); review AHM bank statements and send same to BDO (.30); Novasoft - draft revised settlement agreement (.50). | ELS | 2.10 | 1,249.50 |
| 07/27/10 | Drafting Inco-check dismissal stipulation (.30). | JO | 0.30 | 96.00 |
| 07/27/10 | E-mails ELS/CAJ (Triad)(.10); draft stipulation to extend (.10); attention to defaults and call CMC same (.10). | JXZ | 0.30 | 127.50 |
| 07/27/10 | Review status on cases and drafting stipulations of dismissal. | KGC | 0.70 | 339.50 |
| 07/27/10 | Call with Roland Jones re PMC (.30); drafted stipulation of uncontested facts for PMC (2.00); Drafted notice of deposition for On Guard (.20). | NCR | 2.50 | 750.00 |
| 07/28/10 | Finalize preference matters (.70). | AW | 0.70 | 262.50 |
| 07/28/10 | Drafted motion for default against Red Leaf/Client Services (1.0); Email correspondence/teleconference with ELS re same (.10); Email correspondence with local counsel re same (.10). | CJK | 1.20 | 600.00 |
| 07/28/10 | Met with ELS to discuss assignment and researched arguments for American Home avoidance action. | DS | 4.80 | 1,152.00 |
| 07/28/10 | PMC - meeting with DS re: drafting motion re: holding checks, edits to NCR's draft stipulated facts (1.80); Ilinc - meeting with JO re: mediation extension (.10); Novasoft - edits to settlement agreement, review and draft emails to defendant's counsel re: same (.80); Iron Mountain - meeting with JO, review and revise draft settlement agreement (.40); Client Services - review CJK draft motion for default and default judgment (.30). | ELS | 3.40 | 2,023.00 |
| 07/28/10 | Drafting iLinc stip re extension of mediation (.30); Drafting Iron Mountain settlement agreement (.60). | JO | 0.90 | 288.00 |
| 07/28/10 | Attention to discovery (.20); e-mails CAJ (Triad)(.10). | JXZ | 0.30 | 127.50 |
| 07/28/10 | Review and revise notices of dismissal and stipulations of dismissal (1.0); review and revise status report re same (.40); prepare e-mails to counsel for all matters to be dismissed and review files re same (1.60). | KGC | 3.00 | 1,455.00 |
| 07/29/10 | Researched arguments for American Home avoidance action. | DS | 2.20 | 528.00 |
| 07/29/10 | PMC - meeting with RS re: research on holding check ordinary course of business issue (.30); Novasoft - emails re: revised settlement agreement (.40); Placement Solutions - review RMS analysis and emails re: same (.30). | ELS | 1.00 | 595.00 |
| 07/29/10 | Followed up with Qwest counsel re: obtaining an executed settlement agreement (.30); reviewed emails from ELS and Ron Rowland re: the status of Placement Solutions preference (.20). | NCR | 0.50 | 150.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/29/10 | Review of 10th omnibus order re settlements and drafting of dismissal notices for Securitron, Sourcemedia, and Shred-it (.70). Communication with local counsel regarding multiple dismissals (.20). Review of settlement with Teem Plumbing and drafting of satisfaction of judgment for Teem preference matter (.50). Meeting with ELS regarding open matters (.30). Follow up with RMS regarding Reckson settlement status (.20). Review and editing of Reckson settlement agreement and review of claims register for Reckson claims (.40). | ZV | 2.30 | 736.00 |
| 07/30/10 | PMC - meeting with NCR re: stipulated facts (.30); Outsource - meeting with NCR re: Monday mediation and review of documents re: same; emails to committee re: settlement authority and explanation of potential defenses. | ELS | 2.00 | 1,190.00 |
| 07/30/10 | Draft settlement agreements (1.10); e-mails K. Manean, CAS (Triad)(.10). | JXZ | 1.20 | 510.00 |
| 07/30/10 | Reviewed and created Outsource ordinary course of business scenario analysis (.70); prepared for Outsource mediation (.50). | NCR | 1.20 | 360.00 |
| 07/30/10 | Follow up regarding Trade Show Fabrications and Reckson (.50). Communication with RMS regarding Reckson settlement (.20). Follow up and dismissal of multiple matters from 10th omnibus motion (.60). | ZV | 1.30 | 416.00 |

TOTAL HOURS                                       179.20

TOTAL SERVICES..........................................................$      74,309.00

DISBURSEMENT SUMMARY

LONG DISTANCE TELEPHONE CHARGES                              $6.94

CARFARE                                                                $171.85

COURT REPORTER SERVICES                                      $539.75

DUPLICATING                                                          $203.60

LEXIS                                                                    $350.26

MEALS                                                                   $78.20

POSTAGE                                                              $183.81

TELECOPY PAGES                                                    $3.00

TRAVEL                                                                $228.00

TOTAL DISBURSEMENTS...........................................$       1,765.41

TOTAL FEES & DISBURSEMENTS ............................$      76,074.41

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 618 | Shapiro | 7.00 | 240.00 | 1,680.00 |
| 556 | Smith | 7.20 | 245.00 | 1,764.00 |
| 544 | Rigano | 42.90 | 300.00 | 12,870.00 |
| 574 | Virani | 25.90 | 320.00 | 8,288.00 |
| 583 | Orbach | 5.20 | 320.00 | 1,664.00 |
| 581 | Wang | 2.20 | 375.00 | 825.00 |
| 493 | Zawadzki | 20.70 | 425.00 | 8,797.50 |
| 478 | Craner | 12.00 | 485.00 | 5,820.00 |
| 931 | Kang | 8.20 | 500.00 | 4,100.00 |
| 486 | Schnitzer | 47.90 | 595.00 | 28,500.50 |
| ATTY TOTAL | | 179.20 | | 74,309.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 143961

For professional services rendered from July 1, through July 31, 2010 in connection with the following:

703159        AMERICAN HOME MORTGAGE HOLDINGS, INC.
009           LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/02/10 | Preliminary review of objection to motion to dismiss (.30). | JXZ | 0.30 | 127.50 |
| 07/04/10 | Review objection to motion to dismiss (.60). | JXZ | 0.60 | 255.00 |
| 07/06/10 | Review JPM order (.10). | JXZ | 0.10 | 42.50 |
| 07/06/10 | Teleconference with Debtors counsel and Cadwalder regarding issues on litigation, experts and fees; Teleconference with Berliner regarding same. | MSI | 0.50 | 380.00 |
| 07/06/10 | Meet with J. McCahey re scheduling issues and telephone conference with M. Chehi re same. | RJM | 0.10 | 57.00 |
| 07/15/10 | Edit pro hac vice certification and confer with CJK re same. | RJM | 0.30 | 171.00 |
| 07/19/10 | Meeting with ELS and MTP regarding telephonic coverage of Mills hearing (.30).  Review of Mills objection and related documentation (.40). | ZV | 0.70 | 224.00 |
| 07/21/10 | REview adversary proceeding dockets/recent pleadings (.50). | JXZ | 0.50 | 212.50 |
| 07/23/10 | Review scheduling order (.10). | JXZ | 0.10 | 42.50 |
| 07/28/10 | Review and respond to numerous emails related to Rush closing. | MSI | 0.40 | 304.00 |
| 07/29/10 | Call with MSI, MTP and Debtors re Borrowers Committee Motion (1); Drafting objection to same (1) | JO | 2.00 | 640.00 |
| 07/29/10 | Meetings, calls, e-mails ELS (various), M. Migliore (VB), CJK (RLC), R. Roland (Xerox), C. Kunz (Johnston (.90); calendar maintenance (.10); review discover requests (.50; attention to document production (.20). | JXZ | 1.70 | 722.50 |
| 07/30/10 | Review adversary proceeding dockets (.10). | JXZ | 0.10 | 42.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|

TOTAL HOURS 7.40

TOTAL SERVICES.........................................................................$  3,221.00

DISBURSEMENT SUMMARY

OVERNIGHT DELIVERY $7.94

POSTAGE $1.56

TOTAL DISBURSEMENTS............................................................$  9.50

TOTAL FEES & DISBURSEMENTS ...........................................$  3,230.50

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 574 | Virani | 0.70 | 320.00 | 224.00 |
| 583 | Orbach | 2.00 | 320.00 | 640.00 |
| 493 | Zawadzki | 3.40 | 425.00 | 1,445.00 |
| 952 | Malatak | 0.40 | 570.00 | 228.00 |
| 260 | Indelicato | 0.90 | 760.00 | 684.00 |
| ATTY TOTAL | | 7.40 | | 3,221.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 143961

For professional services rendered from July 1, through July 31, 2010 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
011         EMPLOYEE ISSUES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/20/10 | Review WARN settlement/exhibits and e-mails M. Minella same (.40). | JXZ | 0.40 | 170.00 |

TOTAL HOURS                                      0.40

TOTAL SERVICES..........................................................................$      170.00

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 0.40 | 425.00 | 170.00 |
| ATTY TOTAL | | 0.40 | | 170.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 143961

For professional services rendered from July 1, through July 31, 2010 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|--|--------|----------------------------------------|
|  | 012    | CLAIMS ADMINISTRATION                  |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/01/10 | Review claims order (.10). | JXZ | 0.10 | 42.50 |
| 07/01/10 | Review e-mails and attend conference call with ELS, Beach and Gretcher regarding dealing with Borrower claims (.60); Review and respond to e-mail regarding Borrower's Committee request for discovery (.20); Meeting with ELS regarding same (.20). | MSI | 1.00 | 760.00 |
| 07/07/10 | Numerous emails and discussions to address Rush and Jackson issues (.40); review issues re: same (.40). | MSI | 0.80 | 608.00 |
| 07/13/10 | Review claims orders (.10). | JXZ | 0.10 | 42.50 |
| 07/21/10 | Review omnibus claims objections (.30); review claims orders (.10). | JXZ | 0.40 | 170.00 |

TOTAL HOURS               2.40

TOTAL SERVICES.........................................................................$     1,623.00

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 0.60 | 425.00 | 255.00 |

| 260 | Indelicato | 1.80 | 760.00 | 1,368.00 |
|-----|------------|------|--------|----------|
| ATTY TOTAL | | 2.40 | | 1,623.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 143961

For professional services rendered from July 1, through July 31, 2010 in connection with the following:

703159        AMERICAN HOME MORTGAGE HOLDINGS, INC.
013           INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/01/10 | Conference/teleconference/email correspondence with with JPM/RJM re Deloitte's extension request and adjournment of the initial conference (.20); Correspondence with local counsel re same (.10); Retrieved and reviewed Judge Sontchi's rules and local rules re adjournments of conferences (.40). | CJK | 0.70 | 350.00 |
| 07/01/10 | Telephone conference with counsel for Debtors re extension of time to answer complaint and other issues (.40); confer with RJM (.10) and CJK (.10) re same; emails with CJK re procedure to adjourn pre-trial conference (.20). | JPM | 0.80 | 600.00 |
| 07/01/10 | Research on consent judgment. | KYJ | 2.50 | 600.00 |
| 07/02/10 | Email correspondence/conference with JPM/RJM re adjournment of initial scheduling conference (.20). | CJK | 0.20 | 100.00 |
| 07/02/10 | Emails and internal conference re Deloitte litigation and pretrial conference (.80). | JPM | 0.80 | 600.00 |
| 07/02/10 | Research on consent judgment. | KYJ | 2.80 | 672.00 |
| 07/06/10 | Email correspondence with debtors' counsel re adjournment of 7/19 initial scheduling conference (.10);Teleconference with ELS re same (.10). | CJK | 0.20 | 100.00 |
| 07/06/10 | Confer with RJM (.10) and CJK (.10) re PTC; telephone conference to Deloitte's counsel re same (.10); emails with Debtor re same (.20); review of PTC/discovery requirements (.50). | JPM | 1.00 | 750.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/07/10 | Teleconference with JPM re stipulation adjourning Deloitte's time to answer the complaint (.10); Reviewed/revised stipulation extending Deloitte's time to answer and adjourning initial scheduling conference (.10); Email correspondence with local counsel/JPM/RJM/Deloitte counsel re filing of stipulation (.10); Teleconference with JPM re Y. Kim's memo re effect of consent judgment of Strauss, Hozie and Bernstein (.10); Teleconference with Y. Kim re same (.10). | CJK | 0.50 | 250.00 |
| 07/07/10 | Telephone conference with counsel for Deloitte re stipulation extending time and adjournment of PTC (.30); review of same (.20); emails with local counsel, CJK and Deloitte re same (.40); confer with CJK (2) (.20) and RJM (2) (.20) re scheduling issues. | JPM | 1.30 | 975.00 |
| 07/07/10 | Research on consent judgment issue. | KYJ | 2.00 | 480.00 |
| 07/08/10 | Research and drafting on consent judgment issue. | KYJ | 8.60 | 2,064.00 |
| 07/09/10 | Checked notices of recent filing and email correspondence with JPM re motion for admission pro hac (.10); Reviewed Y. Kim's memo re effect of consent judgment against Strauss, Hozie and Bernstein, conference/email correspondence/teleconference with Y. Kim re same (1.00). | CJK | 1.10 | 550.00 |
| 07/09/10 | Review of YK memorandum re use of SEC consent judgment to support a finding of pari delecto (.70); review of filings in Deloitte litigation (.30); emails and telephone conference with CJK re Deloitte litigation (.20). | JPM | 1.20 | 900.00 |
| 07/09/10 | Worked on 3rd circuit research/memo. | KYJ | 6.50 | 1,560.00 |
| 07/12/10 | Reviewed cases cited in Y. Kim's memo re effect of consent judgment of Strauss, Hozie and Bernstein (3.00); Email correspondence with Y. Kim re same under Third Circuit law (.10); Email correspondence with local counsel re admission pro hac (.10). | CJK | 3.20 | 1,600.00 |
| 07/12/10 | Internal emails re Deloitte (.30); review of BDO materials re Deloitte issues (.80); email to BDO re status of Deloitte litigation (.10). | JPM | 1.20 | 900.00 |
| 07/12/10 | Worked on 3rd circuit research/memo. | KYJ | 0.70 | 168.00 |
| 07/13/10 | Email correspondence with ELS/debtors' counsel re agenda for 7/18 omnibus hearing (.10); Reviewed cases cited in Y. Kim's memo re effect of consent judgment of Strauss, Bernstein and Hozie (2.00). | CJK | 0.10 | 50.00 |
| 07/13/10 | 3rd Circuit research memo. | KYJ | 6.60 | 1,584.00 |
| 07/14/10 | Email correspondence with local counsel/JPM re draft motions for admission pro hac (.10). | CJK | 0.10 | 50.00 |
| 07/14/10 | Review of application for admission pro-hac vice and emails with Blank Rome re same (.20). | JPM | 0.20 | 150.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/15/10 | Reviewed draft motions for admission pro hac (.10); Telephone conferences with RJM re same (.10); Email correspondence with Y. Kim re research re Third Circuit law on effect of consent judgment of Strauss, Hozie and Bernstein (.10); Reviewed Y. Kim's memo re same (.50); Reviewed cases cited in Y. Kim's memo (2.00); Reviewed docket entry and signed order approving extension of D&T's time to respond to complaint and adjourning scheduling conference (.10); Email correspondence with local counsel/paralegal re motion for admission pro hac (.10); Revised certifications for admission pro hac (.10). | CJK | 3.10 | 1,550.00 |
| 07/15/10 | Review of order extending time to answer (.10); emails and confer with CJK re pro hac admission (.20); review of settlement memorandum re Third Circuit authority on use of consent judgment as evidence (.80). | JPM | 1.10 | 825.00 |
| 07/15/10 | Finishing memo on 3rd circuit cases re consent judgments and collateral estoppel (1.40); gather cases for CK (.10). | KYJ | 1.50 | 360.00 |
| 07/16/10 | Email correspondence with local counsel re filing of motion for admission pro hac (.10). | CJK | 0.10 | 50.00 |
| 07/19/10 | Emails with local counsel re admission pro hac vice in AHM/Deloitte litigation (.10). | JPM | 0.10 | 75.00 |
| 07/19/10 | E-mails with A. Schrag re: upcoming court argument on motions for summary judgment. | ZGN | 0.10 | 66.00 |
| 07/21/10 | Reviewed answer, complaint, and related documents in preparation for oral argument on summary judgment motions | AMS | 1.50 | 525.00 |
| 07/22/10 | Attended hearing on summary judgment motions and motions to strike (3.6); e-mail and subsequent discussion with ZGN regarding the hearing (.5) | AMS | 4.10 | 1,435.00 |
| 07/22/10 | Review status e-mails, and review e-mails from and conver with A. Schrag concerning argument on motions for summary judgment (.60). | ZGN | 0.60 | 396.00 |
| 07/23/10 | Reviewed summary judgment motion papers (1.30) | AMS | 1.30 | 455.00 |
| 07/26/10 | Reviewed NYLJ article on in pari delicto (.50). | CJK | 0.50 | 250.00 |
| 07/27/10 | Reviewed rules re items to do before scheduling conference and email report to JPM/RJM re same (.80); Teleconference with RJM re same (.10); Conference with ELS re applicability of Fed. R. Civ. P. 26(f) (.10); Drafted proposed scheduling order (.80); Drafted notice of filing of proposed scheduling order (.20). | CJK | 2.00 | 1,000.00 |
| 07/27/10 | Internal emails re Deloitte litigation and discovery issues (.50). | JPM | 0.50 | 375.00 |
| 07/28/10 | Conference with RJM regarding next steps (.10). | CJK | 1.00 | 500.00 |
| 07/28/10 | Confer with MSI re need to retain testifying expert in Deloitte litigation (.10); review of expert issues (1.0). | JPM | 1.10 | 825.00 |
| 07/29/10 | Confer with RJM re testifying expert for Deloitte litigation (.10). | JPM | 0.10 | 75.00 |

TOTAL HOURS            61.00

| DATE | SERVICES | | ATTY | HOURS | VALUE |
|------|----------|---|------|-------|-------|
| | TOTAL SERVICES..........................................................................$ | | | | 23,815.00 |

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $0.74 |
| DUPLICATING | $52.90 |
| LEXIS | $643.46 |
| POSTAGE | $0.44 |
| SEARCH FEES | $24.64 |
| | ———— |
| TOTAL DISBURSEMENTS............................................................$ | 722.18 |
| TOTAL FEES & DISBURSEMENTS ............................................$ | 24,537.18 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 619 | Kim | 31.20 | 240.00 | 7,488.00 |
| 967 | Schrag | 6.90 | 350.00 | 2,415.00 |
| 931 | Kang | 12.80 | 500.00 | 6,400.00 |
| 428 | Newman | 0.70 | 660.00 | 462.00 |
| 226 | McCahey | 9.40 | 750.00 | 7,050.00 |
| ATTY TOTAL | | 61.00 | | 23,815.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 143961

For professional services rendered from July 1, through July 31, 2010 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
014        TRIAD WORKOUT

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 07/02/10 | Additional communications to/from Debtors' counsel (.10) and H&H team (.10), re: stipulation. | CAJ | 0.20 | 119.00 |
| 07/27/10 | Attention to work on extension, including multiple communications with Debtors' counsel (.20), counsel for Triad (.10) and internal H&H team (.20); Drafting stipulation (.80) and numerous communications with various parties, re: forward same (.30). | CAJ | 1.60 | 952.00 |
| 07/28/10 | Approximately 11 communications with Debtors, Triad, Countrywide and Certain Securitization Trusts, re: stipulation (.30). | CAJ | 0.30 | 178.50 |
| 07/30/10 | Attention to communications (approximately one dozen) with counsel for Triad, the Debtors, Countrywide and CST, re; stipulation (.40)); Obtain signed stipulation and forward to the Debtors' counsel (.10); Attention to begin research, re: motion to dismiss (3.60), including research related to mortgage securitization industry. | CAJ | 4.10 | 2,439.50 |

TOTAL HOURS                6.20

TOTAL SERVICES..........................................................................$     3,689.00

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 588 | Jarvinen | 6.20 | 595.00 | 3,689.00 |
| ATTY TOTAL | | 6.20 | | 3,689.00 |