**Exhibit C**

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 7/16/2010 | Schnitzer, Edward L. | CAR | $ 7.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 70; DATE: 7/20/2010 |
| 7/16/2010 | Schnitzer, Edward L. | CAR | $ 21.20 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 70; DATE: 7/20/2010 |
| 7/19/2010 | Rigano, Nicholas C. | CAR | $ 49.29 | VENDOR: ROYAL DISPATCH SERVICES, INC.; INVOICE#: 659766; DATE: 7/30/2010 |
| 7/26/2010 | Rigano, Nicholas C. | CAR | $ 45.07 | VENDOR: ROYAL DISPATCH SERVICES, INC.; INVOICE#: 660137; DATE: 8/6/2010 |
| 7/28/2010 | Rigano, Nicholas C. | CAR | $ 49.29 | VENDOR: ROYAL DISPATCH SERVICES, INC.; INVOICE#: 660137; DATE: 8/6/2010 |
|  |  |  | **$ 171.85** |  |
| 7/21/2010 | Schnitzer, Edward L. | CTRE | **$ 539.75** | VENDOR: ELLEN GRAUER COURT REPORTING CO.; INVOICE#: 20103189EA; DATE: 8/19/2010 |
| 7/7/2010 | Schnitzer, Edward L. | DUPL | $ 0.20 |  |
| 7/9/2010 | Zawadzki, Jeffrey | DUPL | $ 5.00 |  |
| 7/12/2010 |  | DUPL | $ 1.00 |  |
| 7/12/2010 |  | DUPL | $ 0.20 |  |
| 7/12/2010 |  | DUPL | $ 0.50 |  |
| 7/12/2010 |  | DUPL | $ 1.00 |  |
| 7/12/2010 |  | DUPL | $ 0.60 |  |
| 7/12/2010 |  | DUPL | $ 6.80 |  |
| 7/12/2010 |  | DUPL | $ 9.00 |  |
| 7/12/2010 |  | DUPL | $ 0.40 |  |
| 7/12/2010 |  | DUPL | $ 2.70 |  |
| 7/12/2010 |  | DUPL | $ 2.70 |  |
| 7/12/2010 |  | DUPL | $ 0.70 |  |
| 7/12/2010 |  | DUPL | $ 0.80 |  |
| 7/12/2010 |  | DUPL | $ 2.40 |  |
| 7/12/2010 |  | DUPL | $ 1.00 |  |
| 7/12/2010 |  | DUPL | $ 1.90 |  |
| 7/12/2010 |  | DUPL | $ 1.80 |  |
| 7/12/2010 |  | DUPL | $ 0.90 |  |
| 7/12/2010 |  | DUPL | $ 0.50 |  |
| 7/12/2010 |  | DUPL | $ 0.20 |  |
| 7/12/2010 |  | DUPL | $ 0.30 |  |
| 7/12/2010 |  | DUPL | $ 1.30 |  |
| 7/12/2010 |  | DUPL | $ 0.40 |  |
| 7/12/2010 |  | DUPL | $ 0.20 |  |
| 7/12/2010 |  | DUPL | $ 0.20 |  |
| 7/12/2010 |  | DUPL | $ 0.20 |  |
| 7/12/2010 |  | DUPL | $ 0.80 |  |
| 7/12/2010 |  | DUPL | $ 0.30 |  |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 7/12/2010 | | DUPL | $ 0.20 | |
| 7/12/2010 | | DUPL | $ 0.20 | |
| 7/12/2010 | | DUPL | $ 0.50 | |
| 7/12/2010 | | DUPL | $ 0.40 | |
| 7/12/2010 | | DUPL | $ 0.30 | |
| 7/12/2010 | | DUPL | $ 0.60 | |
| 7/12/2010 | | DUPL | $ 0.40 | |
| 7/12/2010 | | DUPL | $ 0.40 | |
| 7/12/2010 | | DUPL | $ 1.70 | |
| 7/12/2010 | | DUPL | $ 0.70 | |
| 7/12/2010 | | DUPL | $ 0.20 | |
| 7/12/2010 | | DUPL | $ 0.40 | |
| 7/12/2010 | | DUPL | $ 0.70 | |
| 7/12/2010 | | DUPL | $ 0.40 | |
| 7/12/2010 | | DUPL | $ 0.90 | |
| 7/12/2010 | | DUPL | $ 0.40 | |
| 7/12/2010 | | DUPL | $ 2.30 | |
| 7/12/2010 | | DUPL | $ 0.90 | |
| 7/12/2010 | | DUPL | $ 0.40 | |
| 7/12/2010 | | DUPL | $ 0.50 | |
| 7/12/2010 | | DUPL | $ 0.40 | |
| 7/12/2010 | | DUPL | $ 0.40 | |
| 7/12/2010 | | DUPL | $ 0.60 | |
| 7/12/2010 | | DUPL | $ 0.10 | |
| 7/12/2010 | | DUPL | $ 0.20 | |
| 7/12/2010 | | DUPL | $ 0.40 | |
| 7/12/2010 | | DUPL | $ 0.40 | |
| 7/12/2010 | | DUPL | $ 0.30 | |
| 7/12/2010 | | DUPL | $ 0.40 | |
| 7/12/2010 | | DUPL | $ 0.50 | |
| 7/12/2010 | | DUPL | $ 0.50 | |
| 7/12/2010 | | DUPL | $ 1.80 | |
| 7/12/2010 | | DUPL | $ 1.10 | |
| 7/12/2010 | | DUPL | $ 0.80 | |
| 7/12/2010 | | DUPL | $ 3.90 | |
| 7/12/2010 | | DUPL | $ 0.80 | |
| 7/12/2010 | | DUPL | $ 0.50 | |
| 7/12/2010 | | DUPL | $ 0.20 | |
| 7/12/2010 | | DUPL | $ 0.40 | |
| 7/12/2010 | | DUPL | $ 0.70 | |
| 7/12/2010 | | DUPL | $ 1.40 | |
| 7/12/2010 | | DUPL | $ 1.00 | |
| 7/12/2010 | | DUPL | $ 0.20 | |
| 7/12/2010 | Schnitzer, Edward L. | DUPL | $ 6.80 | |
| 7/12/2010 | | DUPL | $ 0.30 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 7/12/2010 | | DUPL | $ 0.90 | |
| 7/12/2010 | | DUPL | $ 2.10 | |
| 7/12/2010 | | DUPL | $ 0.50 | |
| 7/12/2010 | | DUPL | $ 0.80 | |
| 7/12/2010 | | DUPL | $ 0.50 | |
| 7/12/2010 | | DUPL | $ 2.10 | |
| 7/12/2010 | | DUPL | $ 4.10 | |
| 7/12/2010 | | DUPL | $ 0.30 | |
| 7/12/2010 | | DUPL | $ 0.90 | |
| 7/12/2010 | | DUPL | $ 1.00 | |
| 7/12/2010 | | DUPL | $ 0.30 | |
| 7/12/2010 | | DUPL | $ 1.50 | |
| 7/13/2010 | | DUPL | $ 0.50 | |
| 7/13/2010 | | DUPL | $ 0.40 | |
| 7/13/2010 | | DUPL | $ 0.70 | |
| 7/13/2010 | | DUPL | $ 0.90 | |
| 7/13/2010 | | DUPL | $ 0.90 | |
| 7/13/2010 | | DUPL | $ 2.00 | |
| 7/13/2010 | | DUPL | $ 0.20 | |
| 7/14/2010 | | DUPL | $ 0.40 | |
| 7/14/2010 | | DUPL | $ 0.40 | |
| 7/15/2010 | | DUPL | $ 0.70 | |
| 7/15/2010 | | DUPL | $ 0.70 | |
| 7/15/2010 | | DUPL | $ 2.00 | |
| 7/15/2010 | | DUPL | $ 2.00 | |
| 7/15/2010 | | DUPL | $ 0.40 | |
| 7/15/2010 | | DUPL | $ 0.20 | |
| 7/15/2010 | | DUPL | $ 1.30 | |
| 7/15/2010 | | DUPL | $ 0.10 | |
| 7/15/2010 | | DUPL | $ 0.40 | |
| 7/15/2010 | | DUPL | $ 0.10 | |
| 7/15/2010 | | DUPL | $ 0.30 | |
| 7/15/2010 | | DUPL | $ 0.20 | |
| 7/15/2010 | | DUPL | $ 0.50 | |
| 7/15/2010 | | DUPL | $ 0.50 | |
| 7/15/2010 | | DUPL | $ 0.10 | |
| 7/15/2010 | | DUPL | $ 0.10 | |
| 7/15/2010 | | DUPL | $ 0.20 | |
| 7/15/2010 | | DUPL | $ 0.10 | |
| 7/15/2010 | | DUPL | $ 0.20 | |
| 7/15/2010 | | DUPL | $ 0.10 | |
| 7/15/2010 | | DUPL | $ 0.50 | |
| 7/15/2010 | | DUPL | $ 3.80 | |
| 7/15/2010 | | DUPL | $ 3.90 | |
| 7/16/2010 | | DUPL | $ 2.40 | |
| 7/16/2010 | | DUPL | $ 2.50 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 7/16/2010 | | DUPL | $ 3.60 | |
| 7/16/2010 | | DUPL | $ 0.90 | |
| 7/16/2010 | | DUPL | $ 1.20 | |
| 7/16/2010 | | DUPL | $ 1.20 | |
| 7/16/2010 | | DUPL | $ 0.50 | |
| 7/16/2010 | | DUPL | $ 3.00 | |
| 7/16/2010 | | DUPL | $ 2.70 | |
| 7/16/2010 | | DUPL | $ 0.20 | |
| 7/16/2010 | | DUPL | $ 0.30 | |
| 7/16/2010 | | DUPL | $ 0.30 | |
| 7/16/2010 | | DUPL | $ 0.90 | |
| 7/16/2010 | | DUPL | $ 2.30 | |
| 7/16/2010 | | DUPL | $ 1.40 | |
| 7/16/2010 | | DUPL | $ 2.40 | |
| 7/19/2010 | | DUPL | $ 0.40 | |
| 7/19/2010 | | DUPL | $ 0.80 | |
| 7/19/2010 | | DUPL | $ 0.70 | |
| 7/19/2010 | | DUPL | $ 1.10 | |
| 7/19/2010 | | DUPL | $ 0.40 | |
| 7/19/2010 | | DUPL | $ 0.80 | |
| 7/19/2010 | | DUPL | $ 0.20 | |
| 7/19/2010 | | DUPL | $ 0.50 | |
| 7/19/2010 | | DUPL | $ 0.50 | |
| 7/19/2010 | | DUPL | $ 0.40 | |
| 7/19/2010 | | DUPL | $ 0.20 | |
| 7/19/2010 | | DUPL | $ 0.10 | |
| 7/19/2010 | | DUPL | $ 0.10 | |
| 7/19/2010 | | DUPL | $ 2.40 | |
| 7/19/2010 | | DUPL | $ 0.20 | |
| 7/19/2010 | | DUPL | $ 0.50 | |
| 7/19/2010 | | DUPL | $ 0.50 | |
| 7/19/2010 | | DUPL | $ 0.50 | |
| 7/19/2010 | | DUPL | $ 0.50 | |
| 7/20/2010 | | DUPL | $ 0.50 | |
| 7/20/2010 | | DUPL | $ 0.50 | |
| 7/20/2010 | | DUPL | $ 0.80 | |
| 7/20/2010 | | DUPL | $ 0.10 | |
| 7/20/2010 | | DUPL | $ 0.80 | |
| 7/20/2010 | | DUPL | $ 0.20 | |
| 7/20/2010 | | DUPL | $ 1.10 | |
| 7/20/2010 | | DUPL | $ 59.00 | |
| 7/20/2010 | | DUPL | $ 0.10 | |
| 7/20/2010 | | DUPL | $ 0.90 | |
| 7/20/2010 | | DUPL | $ 0.10 | |
| 7/20/2010 | | DUPL | $ 0.90 | |
| 7/20/2010 | | DUPL | $ 0.90 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 7/20/2010 | | DUPL | $ 0.20 | |
| 7/20/2010 | | DUPL | $ 0.50 | |
| 7/20/2010 | | DUPL | $ 0.60 | |
| 7/20/2010 | | DUPL | $ 0.90 | |
| 7/20/2010 | | DUPL | $ 0.10 | |
| 7/20/2010 | | DUPL | $ 0.50 | |
| 7/20/2010 | | DUPL | $ 0.90 | |
| 7/20/2010 | | DUPL | $ 0.30 | |
| 7/20/2010 | | DUPL | $ 0.50 | |
| 7/20/2010 | | DUPL | $ 0.80 | |
| 7/20/2010 | | DUPL | $ 0.60 | |
| 7/20/2010 | | DUPL | $ 0.20 | |
| 7/20/2010 | | DUPL | $ 0.20 | |
| 7/20/2010 | | DUPL | $ 0.20 | |
| 7/20/2010 | | DUPL | $ 0.20 | |
| 7/20/2010 | | DUPL | $ 0.10 | |
| 7/20/2010 | | DUPL | $ 0.90 | |
| 7/20/2010 | | DUPL | $ 0.20 | |
| 7/20/2010 | | DUPL | $ 0.10 | |
| 7/20/2010 | | DUPL | $ 0.20 | |
| 7/20/2010 | | DUPL | $ 0.90 | |
| 7/20/2010 | | DUPL | $ 0.20 | |
| 7/20/2010 | | DUPL | $ 0.90 | |
| 7/20/2010 | | DUPL | $ 0.70 | |
| 7/20/2010 | | DUPL | $ 0.70 | |
| 7/20/2010 | | DUPL | $ 0.40 | |
| 7/20/2010 | | DUPL | $ 0.60 | |
| 7/20/2010 | | DUPL | $ 0.10 | |
| 7/20/2010 | | DUPL | $ 1.30 | |
| 7/20/2010 | | DUPL | $ 1.30 | |
| 7/20/2010 | | DUPL | $ 0.10 | |
| 7/20/2010 | | DUPL | $ 2.50 | |
| 7/20/2010 | | DUPL | $ 0.10 | |
| 7/20/2010 | | DUPL | $ 0.20 | |
| 7/20/2010 | | DUPL | $ 2.40 | |
| 7/21/2010 | | DUPL | $ 2.40 | |
| 7/21/2010 | | DUPL | $ 1.40 | |
| 7/21/2010 | | DUPL | $ 1.50 | |
| 7/21/2010 | | DUPL | $ 0.80 | |
| 7/21/2010 | | DUPL | $ 0.80 | |
| 7/21/2010 | | DUPL | $ 0.20 | |
| 7/21/2010 | | DUPL | $ 0.20 | |
| 7/21/2010 | | DUPL | $ 0.20 | |
| 7/21/2010 | | DUPL | $ 0.20 | |
| 7/21/2010 | | DUPL | $ 0.20 | |
| 7/21/2010 | | DUPL | $ 0.20 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 7/21/2010 | | DUPL | $ 0.20 | |
| 7/21/2010 | | DUPL | $ 0.20 | |
| 7/22/2010 | | DUPL | $ 2.20 | |
| 7/22/2010 | | DUPL | $ 2.50 | |
| 7/22/2010 | | DUPL | $ 2.00 | |
| 7/23/2010 | | DUPL | $ 0.60 | |
| 7/23/2010 | | DUPL | $ 0.90 | |
| 7/23/2010 | | DUPL | $ 1.10 | |
| 7/23/2010 | | DUPL | $ 0.40 | |
| 7/23/2010 | | DUPL | $ 0.30 | |
| 7/23/2010 | | DUPL | $ 0.20 | |
| 7/23/2010 | | DUPL | $ 0.10 | |
| 7/23/2010 | | DUPL | $ 2.40 | |
| 7/28/2010 | | DUPL | $ 0.60 | |
| 7/28/2010 | | DUPL | $ 0.30 | |
| 7/28/2010 | | DUPL | $ 0.30 | |
| 7/28/2010 | | DUPL | $ 0.30 | |
| 7/28/2010 | | DUPL | $ 0.70 | |
| 7/28/2010 | | DUPL | $ 0.30 | |
| 7/28/2010 | | DUPL | $ 0.30 | |
| 7/28/2010 | | DUPL | $ 0.50 | |
| 7/28/2010 | | DUPL | $ 0.60 | |
| 7/28/2010 | | DUPL | $ 2.10 | |
| 7/28/2010 | | DUPL | $ 0.10 | |
| 7/28/2010 | | DUPL | $ 0.20 | |
| 7/28/2010 | | DUPL | $ 0.30 | |
| 7/28/2010 | | DUPL | $ 28.40 | |
| 7/28/2010 | | DUPL | $ 0.20 | |
| 7/28/2010 | | DUPL | $ 0.80 | |
| 7/28/2010 | | DUPL | $ 0.90 | |
| 7/28/2010 | | DUPL | $ 0.90 | |
| 7/28/2010 | | DUPL | $ 0.60 | |
| 7/28/2010 | | DUPL | $ 1.10 | |
| 7/28/2010 | | DUPL | $ 0.80 | |
| 7/28/2010 | | DUPL | $ 0.70 | |
| 7/28/2010 | | DUPL | $ 0.10 | |
| 7/28/2010 | | DUPL | $ 0.10 | |
| 7/28/2010 | | DUPL | $ 0.20 | |
| 7/28/2010 | | DUPL | $ 0.60 | |
| 7/28/2010 | | DUPL | $ 0.20 | |
| 7/28/2010 | | DUPL | $ 0.10 | |
| 7/28/2010 | | DUPL | $ 0.70 | |
| 7/28/2010 | | DUPL | $ 0.40 | |
| 7/29/2010 | | DUPL | $ 0.20 | |
| 7/29/2010 | | DUPL | $ 0.30 | |
| 7/29/2010 | | DUPL | $ 0.40 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 7/29/2010 | | DUPL | $ 0.40 | |
| 7/29/2010 | | DUPL | $ 0.30 | |
| 7/29/2010 | | DUPL | $ 0.20 | |
| 7/29/2010 | | DUPL | $ 0.30 | |
| 7/29/2010 | | DUPL | $ 0.80 | |
| 7/29/2010 | | DUPL | $ 1.00 | |
| 7/29/2010 | | DUPL | $ 1.00 | |
| 7/29/2010 | | DUPL | $ 0.30 | |
| 7/30/2010 | | DUPL | $ 2.70 | |
| 7/30/2010 | | DUPL | $ 0.70 | |
| 7/30/2010 | | DUPL | $ 3.50 | |
| 7/30/2010 | | DUPL | $ 4.40 | |
| 7/30/2010 | | DUPL | $ 0.10 | |
| 7/30/2010 | | DUPL | $ 0.60 | |
| 7/30/2010 | | DUPL | $ 0.60 | |
| 7/30/2010 | | DUPL | $ 0.80 | |
| 7/30/2010 | | DUPL | $ 0.60 | |
| 7/30/2010 | | DUPL | $ 0.40 | |
| 7/30/2010 | | DUPL | $ 0.40 | |
| | | | **$ 328.10** | |
| 7/12/2010 | Rigano, Nicholas C. | FAX | **$ 3.00** | |
| 7/12/2010 | Kang, Christina | LEXI | $ 2.22 | VENDOR: LEXIS - NEXIS; INVOICE#: 1007004331; DATE: 8/12/2010 |
| 7/15/2010 | Hall, Bryan | LEXI | $ 641.24 | VENDOR: LEXIS - NEXIS; INVOICE#: 1007004331; DATE: 8/12/2010 |
| 7/29/2010 | Shapiro, David | LEXI | $ 235.30 | VENDOR: LEXIS - NEXIS; INVOICE#: 1007004331; DATE: 8/12/2010 |
| 7/30/2010 | Proman, Jonathan M. | LEXI | $ 114.96 | VENDOR: LEXIS - NEXIS; INVOICE#: 1007004331; DATE: 8/12/2010 |
| 7/30/2010 | Shapiro, David | LEXI | $ 33.06 | VENDOR: LEXIS - NEXIS; INVOICE#: 1007004331; DATE: 8/12/2010 |
| | | | **$ 1,026.78** | |
| 7/15/2010 | Rigano, Nicholas C. | MEAL | $ 23.20 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 719672; DATE: 7/18/2010 |
| 7/16/2010 | Schnitzer, Edward L. | MEAL | $ 55.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 70; DATE: 7/20/2010 |
| 7/29/2010 | Indelicato, Mark S | MEAL | $ 13.77 | VENDOR: INDELICATO; INVOICE#: 48; DATE: 8/25/2010 |
| | | | **$ 91.97** | |
| 7/15/2010 | Kang, Christina | ODEL | $ 7.94 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 7-159-86168; DATE: 7/19/2010 |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 7/7/2010 | Lodico, Jean M. | POST | $ 2.10 | |
| 7/9/2010 | Zawadzki, Jeffrey | POST | $ 3.12 | |
| 7/12/2010 | Schnitzer, Edward L. | POST | $ 3.15 | |
| 7/12/2010 | Schnitzer, Edward L. | POST | $ 173.00 | |
| 7/12/2010 | Edward L. | POST | $ 1.22 | |
| 7/20/2010 | Virani, Zahir | POST | $ 1.22 | |
| 7/23/2010 | Indelicato, Mark S | POST | $ 1.56 | |
| 7/27/2010 | Rigano, Nicholas C. | POST | $ 0.44 | |
| | | | $ 185.81 | |
| 5/20/2010 | Power, Mark | SEAR | $ 9.04 | VENDOR: PACER SERVICE CENTER; INVOICE#: 06302010; DATE: 6/30/2010 |
| 7/12/2010 | Power, Mark | SEAR | $ 0.16 | VENDOR: PACER SERVICE CENTER; INVOICE#: 09302010; DATE: 9/30/2010 |
| 7/21/2010 | Power, Mark | SEAR | $ 0.24 | VENDOR: PACER SERVICE CENTER; INVOICE#: 09302010; DATE: 9/30/2010 |
| 7/21/2010 | Schrag C, Alison M. | SEAR | $ 24.40 | VENDOR: PACER SERVICE CENTER; INVOICE#: 09302010; DATE: 9/30/2010 |
| | | | $ 33.84 | |
| 7/29/2010 | Schnitzer, Edward L. | TELCON | $ 58.04 | VENDOR: AMERICAN EXPRESS; INVOICE#: 091010; DATE: 9/9/2010 |
| 7/1/2010 | Orbach, Joseph | TELE | $ 0.35 | 1-631-872-3203 |
| 7/1/2010 | Kang, Christina | TELE | $ 0.39 | 1-302-425-6404 |
| 7/1/2010 | Kang, Christina | TELE | $ 0.35 | 1-302-425-6404 |
| 7/6/2010 | Virani, Zahir | TELE | $ 0.35 | 1-302-351-9208 |
| 7/6/2010 | Orbach, Joseph | TELE | $ 0.35 | 1-302-356-6621 |
| 7/8/2010 | Orbach, Joseph | TELE | $ 0.35 | 1-512-236-2383 |
| 7/12/2010 | Rigano, Nicholas C. | TELE | $ 0.72 | 1-516-829-8290 |
| 7/12/2010 | Virani, Zahir | TELE | $ 0.40 | 1-302-351-9208 |
| 7/12/2010 | Virani, Zahir | TELE | $ 0.40 | 1-302-575-1555 |
| 7/13/2010 | Virani, Zahir | TELE | $ 0.35 | 1-302-351-9208 |
| 7/15/2010 | Rigano, Nicholas C. | TELE | $ 0.47 | 1-302-427-5512 |
| 7/21/2010 | Zawadzki, Jeffrey | TELE | $ 0.35 | 1-302-888-6811 |
| 7/22/2010 | Rigano, Nicholas C. | TELE | $ 0.36 | 1-410-773-4035 |
| 7/23/2010 | Orbach, Joseph | TELE | $ 1.09 | 1-512-236-2088 |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 7/26/2010 | Rigano, Nicholas C. | TELE | $ 0.35 | 1-302-425-6404 |
| 7/29/2010 | Virani, Zahir | TELE | $ 0.35 | 1-410-773-4033 |
| 7/29/2010 | Rigano, Nicholas C. | TELE | $ 0.35 | 1-302-824-7607 |
| 7/29/2010 | Schnitzer, Edward L. | TELE | $ 30.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 72; DATE: 8/3/2010 |
| 7/30/2010 | Virani, Zahir | TELE | $ 0.35 | 1-410-773-4033 |
| | | | **$ 37.68** | |
| 7/16/2010 | Schnitzer, Edward L. | TRAV | **$ 228.00** | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 70; DATE: 7/20/2010 |
| | Total: | | **$ 2,712.76** | |