**Exhibit B**

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144109

For professional services rendered from August 1, through August 31, 2010 in connection with the following:

| | | | |
|---|---|---|---|
| 002 | CREDITORS COMMITTEE | $ | 25,652.00 |
| 007 | PROFESSIONAL FEES | | 7,604.00 |
| 008 | AVOIDANCE ACTIONS | | 45,699.00 |
| 009 | LITIGATION | | 15,113.50 |
| 012 | CLAIMS ADMINISTRATION | | 1,190.00 |
| 013 | INVESTIGATION OF COMPANY | | 48,375.00 |
| 014 | TRIAD WORKOUT | | 20,335.00 |
| | **Total Time** | $ | 163,968.50 |
| | LONG DISTANCE TELEPHONE CHARGES | $ | 16.38 |
| | CARFARE | | 313.11 |
| | DUPLICATING | | 141.20 |
| | LEXIS | | 221.66 |
| | MEALS | | 25.33 |
| | POSTAGE | | 17.44 |
| | SEARCH FEES | | 26.00 |
| | TELEPHONE CONFERENCE CALL | | 59.24 |
| | TRAVEL | | 1,277.00 |
| | **Total Disbursements** | $ | 2,097.36 |
| | **TOTAL BILL** | **$** | **166,065.86** |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144109

For professional services rendered from August 1, through August 31, 2010 in connection with the following:

703159          AMERICAN HOME MORTGAGE HOLDINGS, INC.
002             CREDITORS COMMITTEE

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/02/10 | Researched issues for reply to objection of Borrowers Committee (5.40); Met to discuss ongoing research with ELS (.50). | DS | 5.90 | 1,416.00 |
| 08/02/10 | Borrowers' Committee 2004 motion - meeting with MSI re: proposed response and meeting with BS re: research re: same. | ELS | 0.80 | 476.00 |
| 08/02/10 | Revise and edit objection to borrower's committee motion for discovery (1.20); meeting with ELS regarding same (.10). | MSI | 1.30 | 988.00 |
| 08/02/10 | Review reply to Borrowers' motion | MTP | 0.60 | 456.00 |
| 08/03/10 | Borrowers' Committee 2004 motion - meeting with JO re: our response and review and revise draft response. | ELS | 0.80 | 476.00 |
| 08/03/10 | Review docket (.20). | JS | 0.20 | 49.00 |
| 08/03/10 | Review docket/recent pleadings (.10). | JXZ | 0.10 | 42.50 |
| 08/03/10 | Review and analyze issues related to borrower's motion. | MSI | 0.40 | 304.00 |
| 08/04/10 | Conference call with MSI and debtors re: 506(c) claim against Park National and litigation strategy re: same (1.10); review and revise latest version of objection to the Borrowers' committee's 2004 motion and review emails from debtors re: same (.70). | ELS | 1.80 | 1,071.00 |
| 08/04/10 | Teleconference with Debtor to address 506(c) claim against secured lender of Chicago property (.40); review e-mails regarding same (.20); revise and edit objection to borrower's committee motion (.30). | MSI | 0.90 | 684.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/05/10 | Jackson - review latest version of proposed redacted settlement agreement to satisfy US Trustee (.20); review revised response to Borrowers' committee 2004 motion, review debtors' proposed response and draft emails with comments (1.40). | ELS | 1.60 | 952.00 |
| 08/05/10 | Review docket and recent pleadings (.80); attention to creditor inquiries (.20). | JXZ | 1.00 | 425.00 |
| 08/05/10 | Review and edit objection to borrower's motion (.80); meeting with ELS regarding comments (.10); draft e-mail to YCST regarding same (.20). | MSI | 1.10 | 836.00 |
| 08/06/10 | Review debtors' revised draft objection to borrowers' committee 2004 motion and meeting with MSI re: same (.40). | ELS | 0.40 | 238.00 |
| 08/06/10 | Review docket and recent pleadings (.20); review and forward motion to compel filed by Debtors (.20); review motion to shorten notice (.10); calendar events (.10). | JS | 0.60 | 147.00 |
| 08/06/10 | Review and comments on Debtors' response to borrower's motion (.60); review and respond to e-mails from M. Gretcher regarding various outstanding issues (.20). | MSI | 0.80 | 608.00 |
| 08/11/10 | Review committee update (.10); review docket/recent pleadings (.70). | JXZ | 0.80 | 340.00 |
| 08/11/10 | Teleconference with P. Morgan and M. Greetcher regarding borrower motion and potential resolution (.30); review issues and alternatives (.40); teleconference with Greetcher regarding Traveler's bond issues (.20); review documents on claim (.50). | MSI | 1.40 | 1,064.00 |
| 08/12/10 | E-mails re Borrowers Committee 2004 Motion and initial review of their proposed reply. | ELS | 0.30 | 178.50 |
| 08/12/10 | Review docket/recent pleadings (.10). | JXZ | 0.10 | 42.50 |
| 08/12/10 | Review motion by Borrower's Committee for lease to file response and reply (1.10); teleconference and e-mails with Greetcher regarding same (.20); review documents on Travelers issues with Watson (1.20); teleconference with Greetcher regarding same (.20). | MSI | 2.70 | 2,052.00 |
| 08/13/10 | Emails re: borrowers' committee 2004 motion and initial review of their proposed reply. | ELS | 0.30 | 178.50 |
| 08/13/10 | Review docket and orders entered (.20); review response on motion to compel (.40); e-mails with Drebsky regarding Jackson settlement (.10). | MSI | 0.70 | 532.00 |
| 08/15/10 | Review hearing agenda (.10); review borrower information motion reply papers (.60); review U.S. Bank reply papers (.30); review discovery objection (.20); review subpoenas (.20). | JXZ | 1.40 | 595.00 |
| 08/16/10 | Meeting with MSI regarding borrowers committee 2004 motion and order disbanding borrowers committee (.20). | ELS | 0.20 | 119.00 |
| 08/16/10 | Review Order authorizing AHM to form a special purpose entity subsidiary (.10); review amended subpoena direct to Equitable Funds LLC (.10); review and forward order disbanding official committee of borrowers (.10). | JS | 0.30 | 73.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/16/10 | Review docket/recent pleadings (.10); review correspondence (.10); review order disbanding borrower committee and calls ELS same (.10). | JXZ | 0.30 | 127.50 |
| 08/16/10 | Review pleadings and reply in preparation for hearing (1.20); e-mails with Greetcher regarding same (.20); attend hearing (.80); transportation back to NY (2.20 @ 50%) (1.10); meeting with ELS regarding order on Borrower's committee and hearing (.20); meeting with Borrower's counsel to discuss settlement of motion (.30). | MSI | 3.60 | 2,736.00 |
| 08/17/10 | Review docket/recent pleadings (.10). | JXZ | 0.10 | 42.50 |
| 08/17/10 | Review e-mail from M. Greetcher regarding proposed term sheet on borrower order (.20); review and edit same (.30). | MSI | 0.50 | 380.00 |
| 08/18/10 | Review docket/recent pleadings (.20). | JXZ | 0.20 | 85.00 |
| 08/19/10 | Review Mills file and e-mails with debtors counsel regarding same. | ELS | 1.40 | 833.00 |
| 08/19/10 | Review docket and monitor recent filings (.20). | JS | 0.20 | 49.00 |
| 08/19/10 | Revision of docket/recent pleadings (.10). | JXZ | 0.10 | 42.50 |
| 08/19/10 | Review e-mails on Watson settlement (.30); teleconference with regulatory counsel, YCST and Debtor to address settlement alternatives (.90). | MSI | 1.20 | 912.00 |
| 08/20/10 | Continue review of Mills Loan/foreclosure file. | ELS | 2.40 | 1,428.00 |
| 08/23/10 | Mills - continue review of debtors' documents concerning loan and foreclosure of same. | ELS | 1.90 | 1,130.50 |
| 08/23/10 | Review and forward motion to approve 9019 (.20); review post confirmation reports (.20); calendar events (.10); file maintenance (.20). | JS | 0.70 | 171.50 |
| 08/23/10 | Review correspondence, docket and recent pleadings (.20); review post-confirmation reports (.30). | JXZ | 0.50 | 212.50 |
| 08/24/10 | Mills - emails and phone call with debtor's counsel re: loan, foreclosure, claim and judicial estoppel and meeting with MSI re: same; review draft discovery, email debtors' counsel re: same and phone call with debtors' counsel re: same; review Mills Chapter 7 docket and related Kuhn adversary docket and draft email to debtors' counsel re: same. | ELS | 3.70 | 2,201.50 |
| 08/24/10 | Review e-mails and meeting with ELS regarding strategy on Mills (.30); review documents regarding same (.20). | MSI | 0.50 | 380.00 |
| 08/25/10 | Attention to creditor inquiries (.40). | JXZ | 0.40 | 170.00 |
| 08/26/10 | Attention to creditor inquiries (.10); review docket (.10). | JXZ | 0.20 | 85.00 |
| 08/26/10 | Teleconference with G. Wild regarding Bank transaction. | MSI | 0.20 | 152.00 |
| 08/27/10 | Review adversary proceeding dockets (.10). | JXZ | 0.20 | 85.00 |
| 08/30/10 | Review correspondence, docket and recent pleadings (.20). | JXZ | 0.20 | 85.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| | TOTAL HOURS | | 45.00 | |
| | TOTAL SERVICES..........................................................................$ | | | 25,652.00 |

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $2.14 |
| CARFARE | $28.30 |
| DUPLICATING | $35.70 |
| LEXIS | $55.89 |
| MEALS | $9.53 |
| TRAVEL | $243.00 |

| | |
|---|---|
| TOTAL DISBURSEMENTS...........................................................$ | 374.56 |
| TOTAL FEES & DISBURSEMENTS ...........................................$ | 26,026.56 |

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 618 | Shapiro | 5.90 | 240.00 | 1,416.00 |
| 556 | Smith | 2.00 | 245.00 | 490.00 |
| 493 | Zawadzki | 5.60 | 425.00 | 2,380.00 |
| 486 | Schnitzer | 15.60 | 595.00 | 9,282.00 |
| 260 | Indelicato | 15.30 | 760.00 | 11,628.00 |
| 364 | Power | 0.60 | 760.00 | 456.00 |
| ATTY TOTAL | | 45.00 | | 25,652.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144109

For professional services rendered from August 1, through August 31, 2010 in connection with the following:

      703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
      007      PROFESSIONAL FEES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/02/10 | Review fee applications filed by H&H (.30); finalize certificate of counsel and exhibit to be submitted to the court (1.80); update calendar (.10); update fee summary chart (.30). | JS | 2.50 | 612.50 |
| 08/02/10 | Review certifications (.10). | JXZ | 0.10 | 42.50 |
| 08/03/10 | Review/revise H&H's 31st monthly fee application (.50); prepare exhibits to 31st fee application (.80); forward fee application and exhibits to local counsel (.10); review/revise H&H's April fee statement (1.0); review/revise H&H's June fee statement (.80); calendar events (.20). | JS | 3.40 | 833.00 |
| 08/03/10 | Reviewing May billing calculations for errors (.70). | KP | 0.70 | 133.00 |
| 08/03/10 | Revise 31st fee application | MTP | 0.80 | 608.00 |
| 08/04/10 | Prepare fee statements and fee application to be submitted to Fee Examiner (.30). | JS | 0.30 | 73.50 |
| 08/05/10 | Review fee applications, draft summaries and e-mails MTP same (.50); review certifications (.10). | JXZ | 0.60 | 255.00 |
| 08/06/10 | Work on various monthly fee applications | MTP | 1.80 | 1,368.00 |
| 08/11/10 | Review fee order (.10); review certifications (.10); review fee applications (.20). | JXZ | 0.40 | 170.00 |
| 08/15/10 | Review fee applications and draft summaries (.50); review certifications (.10). | JXZ | 0.60 | 255.00 |
| 08/16/10 | E-mail RM re invoices (.10). | JXZ | 0.10 | 42.50 |
| 08/20/10 | Update summary fee chart (.70). | JS | 0.70 | 171.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/20/10 | Revise and edit monthly fee statement. | MSI | 0.50 | 380.00 |
| 08/23/10 | Review H&H's May fee statements for errors and miscalculations (1.20); review revised H&H fee statements for April and June (.50). | JS | 1.70 | 416.50 |
| 08/23/10 | Review certifications (.10). | JXZ | 0.10 | 42.50 |
| 08/24/10 | Draft and revise H&H's March, 2010 fee application (2.20). | JS | 2.20 | 539.00 |
| 08/24/10 | Review numerous fee applications; draft summaries and e-mails MTP same (.60). | JXZ | 0.60 | 255.00 |
| 08/24/10 | Emails re fee application summaries | MTP | 0.40 | 304.00 |
| 08/26/10 | Further revisions to H&H's June fee statement (.30); review and revise H&H's July fee statement (1.20). | JS | 1.50 | 367.50 |
| 08/30/10 | Draft H&H's April, 2010 fee application (1.50); Draft H&H's May, 2010 fee application (1.50). | JS | 3.00 | 735.00 |

TOTAL HOURS                                             22.00

TOTAL SERVICES.........................................................................$     7,604.00

DISBURSEMENT SUMMARY

DUPLICATING                                                                    $13.80

TOTAL DISBURSEMENTS...........................................................$          13.80

TOTAL FEES & DISBURSEMENTS ...........................................$     7,617.80

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 608 | Primm | 0.70 | 190.00 | 133.00 |
| 556 | Smith | 15.30 | 245.00 | 3,748.50 |
| 493 | Zawadzki | 2.50 | 425.00 | 1,062.50 |
| 260 | Indelicato | 0.50 | 760.00 | 380.00 |
| 364 | Power | 3.00 | 760.00 | 2,280.00 |
| ATTY TOTAL | | 22.00 | | 7,604.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144109

For professional services rendered from August 1, through August 31, 2010 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
008       AVOIDANCE ACTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/02/10 | Determined whether Diners Club and Digital Storage proceedings are open and settlement payments have been made (.20); Prepared stipulation of dismissal of Digital Storage proceeding (.20); Email correspondence with Digital Storage counsel re same (.10); Prepared notice of dismissal of Diners Club proceeding (.10); Email correspondence with local counsel re same (.10). | CJK | 0.70 | 350.00 |
| 08/02/10 | Outsource - prepare for (.90), travel to and from (at 1/2 time) (2.60) and attend mediation (3.20); Varga - review draft settlement agreement and meeting with JXZ re: same (.30). | ELS | 7.00 | 4,165.00 |
| 08/02/10 | Meetings, calls, e-mails T. Guilfoyle/K. Mangan (Triad), ELS (various), M. Migliore (VB), R. Rowland/C. Bifferato (VB)(.80); review claims registry/proofs of claim (.50); draft settlement agreements (.90); review adversary proceeding dockets (.10); attention to tolling agreements (.10). | JXZ | 2.40 | 1,020.00 |
| 08/02/10 | Meeting with ELS regarding mediation issues. | MSI | 0.20 | 152.00 |
| 08/02/10 | Reviewed emails and documents related to MDIC preference adversary. | NCR | 0.50 | 150.00 |
| 08/03/10 | Researched arguments for American Home avoidance action. | DS | 1.60 | 384.00 |
| 08/03/10 | Experian - emails with mediator and defendant's attorney re: settlement (.80); Trade Show - emails with Felger re: mediation (.20); Reckson - meeting with ZV re: settlement and review and revise revised settlement agreement (.30); Novasoft - emails re: additional $4,000 payment (.20). | ELS | 1.50 | 892.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/03/10 | Conversation with counsel re: default judgments against A-1 Professional Cleaning and AMC Transfer and agreement of extensions of time to forward analysis of defenses(.40); e-mails with counsel and RMS re: same (.30). | KGC | 0.70 | 339.50 |
| 08/03/10 | Communication with opposing counsel regarding Securitron Dismissal (.30). Meeting with ELS regarding Trade Show Fabrications (.30). Communication with opposing counsel regarding Reckson dismissal and final settlement (.40). Meeting with ELS regarding Reckson settlement (.20). Research on outstanding Reckson claims and affiliate claims (.40). | ZV | 1.60 | 512.00 |
| 08/04/10 | Email correspondence with local counsel re stipulation of dismissal for Digital Storage Solutions (.10). | CJK | 0.10 | 50.00 |
| 08/04/10 | Researched arguments for American Home avoidance action (.80); drafted legal section of summary judgment motion (1.80). | DS | 2.90 | 696.00 |
| 08/04/10 | Trade Show - review and revise latest version of mediation statement and emails with Felger and Sass re: mediation timing. | ELS | 0.50 | 297.50 |
| 08/04/10 | Drafting and revising objection to Borrowers Committee motion for discovery (.70); Discussing same with ELS (.10). | JO | 0.80 | 256.00 |
| 08/04/10 | E-mail J. Randolph (VB)(.10). | JXZ | 0.10 | 42.50 |
| 08/04/10 | Draft all outstanding stipulations of dismissal and e-mail same to all outstanding matters not dismissed (1.6); close matters that have been dismissed (.8). | KGC | 2.40 | 1,164.00 |
| 08/04/10 | Reviewed dockets for all outstanding preferences and prepared stipulations of dismissals for Radian entities, Nextel, Sprint, Tribune, and Newsday. | NCR | 1.30 | 390.00 |
| 08/04/10 | Drafting of mediation statement for Trade Show Fabrications (.90). Meeting with ELS regarding Mediation statement (.30). Communication with client regarding mediation statement (.20). Communication with mediatior regarding scheduling of mediation for Trade Show Fabrications (.30). | ZV | 1.70 | 544.00 |
| 08/05/10 | Iron Mountain - review their suggested settlement agreement edits and their email re: same (.20); Johnston - review debtors' email re: amended W-2 and meeting with JXZ re: same (.30). | ELS | 0.50 | 297.50 |
| 08/05/10 | Revise settlement agreement (.20); e-mails, calls, meetings ELS (various), R. Roland (Xerox), S. Martinez/C. Kunz (Johnston)(.50); review adversary proceeding dockets (.10). | JXZ | 0.80 | 340.00 |
| 08/05/10 | Drafted email to Quantitative Risk Management's counsel re: answer deadline and had phone conversation re same. | NCR | 0.40 | 120.00 |
| 08/05/10 | Follow up with opposing counsel regarding Reckson settlement (.30). | ZV | 0.30 | 96.00 |
| 08/06/10 | Experian - review emails from Stratton re: settlement and respond. | ELS | 0.40 | 238.00 |
| 08/06/10 | E-mail C. Kunz (Johnston)(.10); review settlement agreement (.20). | JXZ | 0.30 | 127.50 |
| 08/06/10 | Meeting with ELS regarding status. | MSI | 0.20 | 152.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/06/10 | Drafted discovery requests and sent to Quantitative Risk Management. | NCR | 0.40 | 120.00 |
| 08/09/10 | On Guard - various emails re: depositions. | ELS | 0.40 | 238.00 |
| 08/09/10 | E-mail R. Roland (Xerox)(.10); review adversary proceeding dockets (.10). | JXZ | 0.20 | 85.00 |
| 08/09/10 | Drafting of confidential mediation statement for Trade Show Fabrications (.80). | ZV | 0.80 | 256.00 |
| 08/10/10 | Trade Show - emails re: mediation, review and revise ZV draft confidential mediation statement. | ELS | 0.40 | 238.00 |
| 08/10/10 | Revisions and analysis of mediation statement for Trade Show Fabrications (.50).  Analysis of invoices related to tradeshow for response formulation to opposing counsel's argument (.60). | ZV | 1.10 | 352.00 |
| 08/11/10 | Emails re Iron Mountain preferences. | JO | 0.10 | 32.00 |
| 08/11/10 | Review Xerox settlement agreement (.20); e-mails ELS (various); R. Roland (Xerox)(.10); review adversary proceeding dockets (.10); calendar maintenance (.10). | JXZ | 0.50 | 212.50 |
| 08/11/10 | Revisions and service of mediation statements for Trade Show (.40). | ZV | 0.40 | 128.00 |
| 08/12/10 | Iron Mountain e-mails re mediation (.20); Outsource e-mails re settlement offer (.20). | ELS | 0.40 | 238.00 |
| 08/12/10 | Call to C Brown re Iron Mountain (.10); Email to mediator re Iron Mountain (.10). | JO | 0.20 | 64.00 |
| 08/12/10 | Attention to discovery (.10); review pending preferences (.10). | JXZ | 0.20 | 85.00 |
| 08/12/10 | Reviewed and drafted emails to and from On Guard's counsel re upcoming depositions (.30); edited summary judgment brief for PMC adversary proceeding (.50). | NCR | 0.80 | 240.00 |
| 08/13/10 | Iron Mountain - emails re: mediation (.20); Outsource - emails re: settlement offer (.20). | ELS | 0.40 | 238.00 |
| 08/13/10 | Review discovery responses and answer to complaints. | MSI | 0.30 | 228.00 |
| 08/15/10 | Review adversary proceeding dockets (.10); calendar maintenance (.10); e-mails M. Migliore (VB), S. Blach (Johnston)(.20); attention to discovery issues (.10); review Warehouseline check register (.10). | JXZ | 0.60 | 255.00 |
| 08/16/10 | Reviewed ELS' chart of status of open cases, checked docket for four proceedings, and email report to ELS re same (.30); e-mail correspondence with ELS/local counsel re motion for default against Client Services (.10). | CJK | 0.40 | 200.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/16/10 | Varga meeting with JZ regarding settlement agreement edits (.30); on guard-draft e-mails regarding 30b6 deposition, conference call with NR, Awong and debtors regarding depositions (.80); J. Laurie e-mails regarding status and mediation scheduling (.20); Trade show meeting with ZV and conference call iwth ZV and Awong regarding mediation and defenses (.90); preparing September 9th status reports (1.30). | ELS | 3.50 | 2,082.50 |
| 08/16/10 | Following up re Iron Mountain and iLinc preferences. | JO | 0.20 | 64.00 |
| 08/16/10 | Revise settlement agreements (.80); numerous calls, e-mails, meetings M. Migliore (VB), ELS (various), R. Roland (Xerox)(.60); review Xerox settlement (.10); review answers (.10); calendar maintenance (.10); review/revise status report (.10). | JXZ | 1.80 | 765.00 |
| 08/16/10 | Meeting with ELS regarding various outstanding preference issues. | MSI | 0.20 | 152.00 |
| 08/16/10 | Call with Paul Moran, Belinda Jones and Chris Awong re On Guard deposition. | NCR | 0.80 | 240.00 |
| 08/16/10 | Reviewed AHM preference status update chart for filing. | NCR | 0.60 | 180.00 |
| 08/16/10 | Meeting with ELS to discuss Trade Show Fabrications mediation (.40); Research regarding contemporaneous exchange defense and events giving rise to obligations to pay (1.30); Review of status chart (.30);  Communication with counsel re dismissal of Reckson (.20). | ZV | 2.20 | 704.00 |
| 08/17/10 | E-mail correspondence with local counsel/ELS re filing of CNO for motion for default against Client Services (.10). | CJK | 0.10 | 50.00 |
| 08/17/10 | Trade show-prepare for mediation, travel to and from mediation (at 1/2 time), attend mediation, meeting with MSI regarding mediation. | ELS | 6.90 | 4,105.50 |
| 08/17/10 | Reviewing and editing status report for preferences (.20); Preparing HBM II dismissal stipulation (.20). | JO | 0.40 | 128.00 |
| 08/17/10 | Review adversary proceeding dockets (.10); review/revise status report (.20); numerous meetings, calls, e-mails ELS, MSI, T. Guilfoyle (various), M. Migliore (VB)(.50). | JXZ | 0.80 | 340.00 |
| 08/17/10 | Meeting with ELS regarding mediation and various issues on preferences. | MSI | 0.30 | 228.00 |
| 08/17/10 | Analysis of additional invoices regarding payment patterns for Trade Show Fabrications (.60); Analysis of contracts (.40); Analysis of charts (.50). | ZV | 1.50 | 480.00 |
| 08/18/10 | Namb-review NCR's e-mails regarding June conference (.30); prepare 11th omnibus 9019 motion, notice and order (.90); e-mails with blank Rome regarding Amex mediation (.20); Winston-phone conferences with Martinez regarding 502h claim (.30); Trade show-e-mails with Awong regarding preparing chart showing show dates and review of same (.50); Ilinc-e-mails with JO regarding settlement status. | ELS | 2.40 | 1,428.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/18/10 | E-mails/calls ELS (various), M. Migliore (VB)(.20); revise settlement agreement (.20). | JXZ | 0.40 | 170.00 |
| 08/18/10 | Meeting with ELS regarding outstanding issues. | MSI | 0.20 | 152.00 |
| 08/18/10 | Drafted and sent email in response to NAMB's defenses | NCR | 0.70 | 210.00 |
| 08/18/10 | Analysis of Trade Show invoices and patterns (.80);  Drafting of notice of deposition and related position letter (1.00). | ZV | 1.80 | 576.00 |
| 08/19/10 | Ilinc - meetings with JO regarding counter offer and notice of deposition (.60); process various settlement checks (.30); trade show-review Awong sheet on trade shows and draft e-mail to Felgar regarding same (.80); various e-mails regarding 11th omnibus 9019 motion (.40). | ELS | 2.10 | 1,249.50 |
| 08/19/10 | Discussing iLinc with ELS (.30); Reviewing iLinc and making counter offer (.60); Preparing notice of depositions for iLinc (.80). | JO | 1.70 | 544.00 |
| 08/19/10 | Revision of settlement agreement (.10); draft escrow memo (.20); revision of schedule of settlements (.10); calendar maintenance (.10); review of AP dockets (.10); e-mails/calls with ELS/T. Guilfoyle (various), M. Migliore / M. Hayes (UB), C. Kunz (Johnston) (.40). | JXZ | 1.00 | 425.00 |
| 08/19/10 | Close certain files re matters settled and/or dismissed. | KGC | 1.30 | 630.50 |
| 08/19/10 | Reviewed and gathered On Guard documents in preparation for deposition preparation call with Chris Awong (1.50); prepared response to NAMB correspondence (.50). | NCR | 2.00 | 600.00 |
| 08/20/10 | PMC - review revised stipulated facts and draft e-mails re same (.30); On Guard - conference call with Awong and N. Rigano re deposition, review draft revised interrogatories, review Awong's notes, review Awong's wire analysis, various e-mails re same (1.90). | ELS | 2.20 | 1,309.00 |
| 08/20/10 | Call with Chris Awong re On Guard deposition (1.00); drafted amended interrogatories for On Guard (.80). | NCR | 1.80 | 540.00 |
| 08/23/10 | On Guard - review amended interrogatories, emails with Awong re: analysis (.60); Trade Show - review and revise notice of deposition and discovery letter (.40); review July bank statement and escrow information, update escrow chart and send bank statement to BDO (.90). | ELS | 1.90 | 1,130.50 |
| 08/23/10 | Review adversary proceeding dockets (.10); review 9019 motion (.10); draft stipulations (.20). | JXZ | 0.40 | 170.00 |
| 08/23/10 | Gathered and reviewed documents re: On Guard adversary proceeding in preparation for deposition preparation calls of Paul Moran and Belinda Jones. | NCR | 1.20 | 360.00 |
| 08/24/10 | Review adversary proceeding dockets (.10); e-mails/calls ELS/M. Felger re: Warehouseline (.10). | JXZ | 0.20 | 85.00 |
| 08/24/10 | Call with Paul Moran and Belinda Jones re: On Guard deposition preparation (.90); determined which outstanding preference defendants we should produce check registers to (.40). | NCR | 1.30 | 390.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/25/10 | Outsource - emails with Felger re: settlement offers (.30). | ELS | 0.30 | 178.50 |
| 08/25/10 | Draft escrow memo (.20); review adversary proceeding dockets (.10); e-mails M. Mayes (VB)(.10). | JXZ | 0.40 | 170.00 |
| 08/25/10 | Drafted initial disclosures in Rapid Access proceeding. | NCR | 0.30 | 90.00 |
| 08/26/10 | iLinc - emails with JO re: settlement. | ELS | 0.20 | 119.00 |
| 08/26/10 | Call with iLinc counsel re depositions and settlement and follow-up email. | JO | 0.40 | 128.00 |
| 08/26/10 | Editing of notice of deposition for Trade Show Fabrications (.70);  Meeting with ELS regarding Trade Show research and settlement negotiations (.40). | ZV | 1.10 | 352.00 |
| 08/27/10 | Verify status of cases for September 2010 status report (1.00). | AW | 1.00 | 375.00 |
| 08/27/10 | On Guard - review deposition exhibits and draft email re: deposition. | ELS | 0.30 | 178.50 |
| 08/27/10 | Emails with iLinc re settlement. | JO | 0.20 | 64.00 |
| 08/27/10 | Review cases and update default chart. | JS | 1.80 | 441.00 |
| 08/27/10 | Reviewed motion filed by QRM (.30); reviewed email from opposing counsel (.10); reviewed deposition exhibits provided by On Guard (.20). | NCR | 0.60 | 180.00 |
| 08/27/10 | Service of notice of deposition (.40); Meeting with ELS to discuss Trade Show (.20). | ZV | 0.60 | 192.00 |
| 08/29/10 | Reviewing and responding to iLinc email re settlement. | JO | 0.20 | 64.00 |
| 08/29/10 | Review discovery responses (.50). | JXZ | 0.50 | 212.50 |
| 08/30/10 | Prepare dismissals in Metavante and Mortgage Consulting Services (.70). | AW | 0.70 | 262.50 |
| 08/30/10 | DW - process settlement and add to last 9019 (.30); On Guard - meeting with witness re: deposition preparation, defend depositions, meetings with NCR and MSI re: wire report and emails re: same (4.10). | ELS | 4.40 | 2,618.00 |
| 08/30/10 | Call with iLinc re settlement (.20). | JO | 0.20 | 64.00 |
| 08/30/10 | Research for ELS and NR regarding preference bank wires (2.50). | JS | 2.50 | 612.50 |
| 08/30/10 | Review correspondence (.10); e-mails R. Roland (Xerox)(.10). | JXZ | 0.20 | 85.00 |
| 08/30/10 | Follow-up with RMS and Adversary on status of A-1 and AMC Transfer and extension of time re: same. | KGC | 0.60 | 291.00 |
| 08/30/10 | Prepared for and participated in On Guard deposition of Chris Awong, Belinda Jones and Paul Moran. | NCR | 2.80 | 840.00 |
| 08/30/10 | Prepared and served written discovery to Rapid Access (.40): reviewed SOFA for trade vendor payments pursuant to On Guard discovery request (.80). | NCR | 1.20 | 360.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/31/10 | On Guard - meetings with NCR re: wire information (.30); QRM - meeting with NCR re: their alleged defenses (.20); iLinc - review draft settlement agreement and offer comments (.40); PMC - review NCR revised stipulation of facts and draft email re: same (.60). | ELS | 1.50 | 892.50 |
| 08/31/10 | Emails re iLinc settlement. | JO | 0.20 | 64.00 |
| 08/31/10 | Further research regarding preferential wires (.80). | JS | 0.80 | 196.00 |
| 08/31/10 | E-mails/calls R. Roland/C. Plank (Xerox)(.10); review correspondence (.10). | JXZ | 0.20 | 85.00 |
| 08/31/10 | Edited PMC stipulation of facts (2.60): reviewed SOFAs for each debtor to determine if wire transfers during the preference period were included pursuant to On Guard's discovery request (.70); call with Quantitative Risk Management's counsel (.30); updated ELS re: same (.10). | NCR | 3.70 | 1,110.00 |

TOTAL HOURS                    105.30

TOTAL SERVICES ..........................................................................$    45,699.00

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $6.63 |
| CARFARE | $93.48 |
| DUPLICATING | $51.60 |
| LEXIS | $157.92 |
| MEALS | $15.80 |
| POSTAGE | $17.00 |
| SEARCH FEES | $26.00 |
| TELEPHONE CONFERENCE CALL | $23.96 |
| TRAVEL | $425.00 |

TOTAL DISBURSEMENTS ............................................$    817.39

TOTAL FEES & DISBURSEMENTS ............................................$    46,516.39

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 618 | Shapiro | 4.50 | 240.00 | 1,080.00 |
| 556 | Smith | 5.10 | 245.00 | 1,249.50 |
| 544 | Rigano | 20.40 | 300.00 | 6,120.00 |
| 574 | Virani | 13.10 | 320.00 | 4,192.00 |
| 583 | Orbach | 4.60 | 320.00 | 1,472.00 |
| 581 | Wang | 1.70 | 375.00 | 637.50 |
| 493 | Zawadzki | 11.00 | 425.00 | 4,675.00 |
| 478 | Craner | 5.00 | 485.00 | 2,425.00 |
| 931 | Kang | 1.30 | 500.00 | 650.00 |
| 486 | Schnitzer | 37.20 | 595.00 | 22,134.00 |
| 260 | Indelicato | 1.40 | 760.00 | 1,064.00 |
| ATTY TOTAL | | 105.30 | | 45,699.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144109

For professional services rendered from August 1, through August 31, 2010 in connection with the following:

703159          AMERICAN HOME MORTGAGE HOLDINGS, INC.
009             LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/02/10 | Telephone conference with S. Beach and CJK re document issues and proposed scheduling order. | RJM | 0.50 | 285.00 |
| 08/03/10 | Drafting and editing objection to borrowers Committee motion for discovery. | JO | 2.90 | 928.00 |
| 08/03/10 | Review reply briefs (.40). | JXZ | 0.40 | 170.00 |
| 08/03/10 | Confer with CJK re Deloitte discovery issues. | RJM | 0.60 | 342.00 |
| 08/04/10 | Review JPM pleadings (.30). | JXZ | 0.30 | 127.50 |
| 08/04/10 | Confer with CJK re strategy and pretrial order (.20); several email exchanges with CJK and JPM re pretrial order (.10). | RJM | 0.30 | 171.00 |
| 08/05/10 | Call with TG at Blank Rome re comments to objection of Borrower Committee motion for discovery (.30); Revising objection (.30). | JO | 0.60 | 192.00 |
| 08/05/10 | E-mail M. Olsen re WARN settlement (.10). | JXZ | 0.10 | 42.50 |
| 08/06/10 | Reviewing Debtors draft objection to Borrower Committee motion for discovery. | JO | 0.40 | 128.00 |
| 08/10/10 | Teleconference with P. Morgan and M. Greetcher to address borrower motion and strategy (.60); review plan issues (.50); review pleadings and e-mails (.60). | MSI | 1.70 | 1,292.00 |
| 08/11/10 | Review recent orders (.10); review adversary proceeding dockets/discovery notices (.10). | JXZ | 0.20 | 85.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/12/10 | Reviewing Borrowers Committee motion for leave to file reply and reply to objections re Borrower Committee discovery and preparing summary of same. | JO | 0.70 | 224.00 |
| 08/12/10 | Meeting with JPM regarding issues on D&T action. | MSI | 0.20 | 152.00 |
| 08/12/10 | Telephone conference with Skadden re pretrial conference in Deloitte case. | RJM | 0.90 | 513.00 |
| 08/13/10 | Several teleconferences with P. Morgan and M. Greetcher regarding potential settlement with Borrower's committee (.30); review and edit term sheet of settlement (.40); review and respond to e-mails regarding same (.20); review issues on original borrower's discovery (.50). | MSI | 1.40 | 1,064.00 |
| 08/15/10 | Review Deloitte answer (.80); review adversary proceeding dockets (.20); e-mail D. Berliner re pending litigation (.10). | JXZ | 1.10 | 467.50 |
| 08/16/10 | Review subpoena (.10). | JXZ | 0.10 | 42.50 |
| 08/16/10 | Review Waterfield issues in preparation for meeting with the Debtor. | MSI | 0.70 | 532.00 |
| 08/16/10 | Attend pretrial conference in Delaware (.50); travel to/from Delaware to court conference (1/2 of 4.60) (2.30). | RJM | 2.80 | 1,596.00 |
| 08/17/10 | Meeting with M. Micheles, K. Nystrom and M. Siedel to discuss the Waterfield litigation (1.00); review e-mails and discuss same with ELS (.20). | MSI | 1.20 | 912.00 |
| 08/17/10 | Prepare for (including review of complaint answer and BDO memoranda) and participate in telephone conference with BDO. | RJM | 3.30 | 1,881.00 |
| 08/18/10 | Attention to issues re Capstone's possible retention and participate in call on same (.5) | MTP | 0.50 | 380.00 |
| 08/18/10 | Meeting with Capstone re: possible retention. | RJM | 1.40 | 798.00 |
| 08/19/10 | Review pleadings from AHM v. JPMorgan adversary (.50); prepare pleadings for ELS's review (1.50). | JS | 2.00 | 490.00 |
| 08/19/10 | Revision of deposition notices (.10); revision of order compeline production (.10). | JXZ | 0.20 | 85.00 |
| 08/19/10 | Several e-mails with M. Siedel to address settlement alternatives. | MSI | 0.20 | 152.00 |
| 08/20/10 | Review scheduling order (.10). | JXZ | 0.10 | 42.50 |
| 08/24/10 | Research for ELS regarding Deborah Mills (1.20). | JS | 1.20 | 294.00 |
| 08/25/10 | Further research for ELS regarding Deborah Mills (.80). | JS | 0.80 | 196.00 |
| 08/25/10 | E-mail from M. Siedel regarding status and settlement discussion (.10); numerous e-mails in response (.30); review issues on effective date if settle (.30). | MSI | 0.70 | 532.00 |
| 08/26/10 | Meeting with M. Michele regarding Waterfield issues. | MSI | 0.20 | 152.00 |
| 08/27/10 | Review subpoenas (.10); review adversary proceeding dockets/recent pleadings (.10). | JXZ | 0.20 | 85.00 |
| 08/27/10 | Review issues on Waterfield and effects of settlement (.80); review e-mails and discussion with BDO (.20). | MSI | 1.00 | 760.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|

TOTAL HOURS 28.90

TOTAL SERVICES..........................................................................$ 15,113.50

DISBURSEMENT SUMMARY

CARFARE $189.08

DUPLICATING $10.90

POSTAGE $0.44

TOTAL DISBURSEMENTS...........................................................$ 200.42

TOTAL FEES & DISBURSEMENTS ............................................$ 15,313.92

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|----|-------|-----------------|-------------|
| 556 | Smith | 4.00 | 245.00 | 980.00 |
| 583 | Orbach | 4.60 | 320.00 | 1,472.00 |
| 493 | Zawadzki | 2.70 | 425.00 | 1,147.50 |
| 952 | Malatak | 9.80 | 570.00 | 5,586.00 |
| 260 | Indelicato | 7.30 | 760.00 | 5,548.00 |
| 364 | Power | 0.50 | 760.00 | 380.00 |
| ATTY TOTAL | | 28.90 | | 15,113.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144109

For professional services rendered from August 1, through August 31, 2010 in connection with the following:

> 703159        AMERICAN HOME MORTGAGE HOLDINGS, INC.
> 012           CLAIMS ADMINISTRATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/05/10 | Review claims certification/order (.10). | JXZ | 0.10 | 42.50 |
| 08/11/10 | Review claims stipulations/orders (.90); review opposition papers to borrower relief from stay motion  (1.10). | JXZ | 2.00 | 850.00 |
| 08/15/10 | Review Mills certification/scheduling order (.10); review LaSalle certification/order (.10); review omnibus claims orders (.20). | JXZ | 0.40 | 170.00 |
| 08/25/10 | Review discovery notice (.10). | JXZ | 0.10 | 42.50 |
| 08/28/10 | Review QRM administrative claim motion (.20). | JXZ | 0.20 | 85.00 |

TOTAL HOURS                                 2.80

TOTAL SERVICES.......................................................................$      1,190.00

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 2.80 | 425.00 | 1,190.00 |
| ATTY TOTAL | | 2.80 | | 1,190.00 |

# Hahn & Hessen LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144109

For professional services rendered from August 1, through August 31, 2010 in connection with the following:

703159          AMERICAN HOME MORTGAGE HOLDINGS, INC.
013             INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/02/10 | Email correspondence with RJM re meeting to discuss next steps and conference with RJM re same (.60); Reviewed cases cited in Y. Kim's memo re effect of SEC consent judgment to establish commission of fraud/crime (3.00). | CJK | 3.60 | 1,800.00 |
| 08/02/10 | Review of memoranda re discovery requirements and deadlines for pre-trial order (.40); organize Deloitte litigation file (1.00). | JPM | 1.40 | 1,050.00 |
| 08/03/10 | Reviewed charts of electronically restored documents from local counsel (.30); Conference with RJM re same (.10); Reviewed notes of call with local counsel to get a handle on document issues (.20); Revised proposed scheduling order in light of document issues (.20); Email correspondence/teleconference with ELS re agenda for 8/16 hearing and initial scheduling conference (.10); Email correspondence with local counsel/debtors' counsel re same (.10); Conference with RJM re document issues (.60); Revised proposed scheduling order per RJM and reviewed local rule re dispositive motions for scheduling order (.30); Email correspondence with RJM re same (.10). | CJK | 2.00 | 1,000.00 |
| 08/03/10 | Emails re PTC (.20); review of issues (1.50). | JPM | 1.70 | 1,275.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/04/10 | Conference with RJM re proposed scheduling order (.20); revised proposed scheduling order per RJM (.20); e-mail correspondence with JPM/RJM re same (.10); e-mail correspondence with Debtors' counsel/JPM/RJM re call to discuss document issues (.10); teleconference with Debtors' counsel re document issues (1.50); reviewed/assessed document issues in preparation for call with Debtors' counsel (.50); e-mail correspondence with Deloitte's counsel re call in advance of 8/16 scheduling conference (.10); reviewed requirements for initial disclosures in anticipation of call with Debtors' counsel re document issues (.20); reviewed charts and spreadsheets containing document information provided by Debtors' counsel (.50). | CJK | 3.40 | 1,700.00 |
| 08/04/10 | Internal conferences and emails re scheduling order issues (1.20); review of complaint and discovery issues (1.00). | JPM | 2.20 | 1,650.00 |
| 08/05/10 | Reviewed extensive notes of 8/4 call with Debtors' counsel on document issues and prepared report to JPM/RJM re same (4.00); e-mail correspondence with Deloitte counsel/JPM/RJM re call in anticipation of initial scheduling conference (.10). | CJK | 4.10 | 2,050.00 |
| 08/06/10 | Reviewed Federal Rules and local rules to evaluate JPM's comments/questions to draft scheduling order (.30); Reviewed charts document inventory to assess document discovery issues (.50). | CJK | 0.80 | 400.00 |
| 08/09/10 | Email correspondence/teleconference with RJM re call with D&T counsel (.50); teleconference with D&T counsel/RJM in anticipation of 8/16 initial scheduling conference (.90); reviewed local rules and general standing orders re requirement for mediation (.30); e-mail correspondence with RJM re same (.20). | CJK | 1.90 | 950.00 |
| 08/10/10 | Reviewed U. Penn Law Review article re effect of consent judgment to determine what, if any, effect the SEC consent judgments of AHM officers has on litigation with D&T (1.50); retrieved/reviewed sections 27, 28 and 29 of restatement (second) of judgments re same, commentaries and a few notable decisions cited (1.50). | CJK | 3.00 | 1,500.00 |
| 08/11/10 | Teleconferences/email correspondence/conference with JPM/RJM re call with D&T and proposed scheduling order issues (1.50); reviewed stipulation conferring standing on Committee to bring claims to determine whether common interest agreement and stipulation preserving privilege are necessary (.20); e-mail correspondence with D&T counsel re 8/12 follow-up call (.10); e-mail correspondence with BDO/JPM/RJM re call, information needed and next steps (.30); reviewed complaint to prepare for initial disclosures (1.00); searched through relevant documents and Concordance database of Debtors' documents for information required in initial disclosures (1.50); email correspondence with JPM/RJM re history of settlement negotiations with D&T (.10). | CJK | 4.70 | 2,350.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/11/10 | Review CJK memorandum re debtors' documents, discovery in Deloitte litigation (.50); conference and emails with CJK re issues raised by Deloitte's counsel re initial scheduling order (.50); review of Deloitte issues (1.00); confer with MSI re Deloitte issues (.20); confer with CJK and RJM re Deloitte litigation discovery issues (1.00); review of prior settlement discussions with Deloitte (.70); emails with BDO (.10); travel arrangements for 8/16 PTC in Deloitte (.20); emails with Deloitte's counsel (.10). | JPM | 4.30 | 3,225.00 |
| 08/12/10 | E-mail correspondence with BDO/JPM/RJM re call to discuss next steps (.10); e-mail correspondence with JPM/RJM re followup call with D&T counsel (.10); teleconference/e-mail correspondence with D&T's counsel/RJM re remaining issues for scheduling order (1.00); conference/teleconference with JPM/RJM re developments at call (.30); e-mail correspondence with JPM/RJM re items to follow up with D&T during call (.20); retrieved/reviewed notice of agenda for 8/16 omnibus hearing and e-mail correspondence with JPM/RJM re same (.10); reviewed D&T's answer (.80); conference with JPM re scheduling order issues (.30); revised scheduling order (.30); e-mail correspondence with JPM/RJM re revised scheduling order and answer (.10); e-mail correspondence with JPM/RJM re D&T's answer and meeting with Capstone (.10). | CJK | 3.40 | 1,700.00 |
| 08/12/10 | Review of materials for scheduling order discussions with Skadden (Deloitte's counsel) (1.00); conference (2) and emails with CJK and RJM re same (.70); conference call with Skadden re proposed scheduling order (1.10); emails with Skadden re provisions in scheduling order re depositions (.40); review and revise latest draft of proposed scheduling order and conferences (2) with CJK re same (.50); conference and emails with SJM re Capstone as potential testifying expert (.30); confer with MSI re Deloitte issues (.30); review of Deloitte answer to complaint and internal emails re same (1.00); email to BDO forwarding answer (.10); emails re scheduling order draft (.30); telephone conference with Skadden re settlement (.30). | JPM | 6.00 | 4,500.00 |
| 08/13/10 | Conference with JPM re D&T's answer to the complaint and settlement (.20); e-mail correspondence with JPM/RJM/BDO re meeting with BDO and potential expert (.10); e-mail correspondence with JPM/RJM/SJM re meeting with potential expert (.10); e-mail correspondence with D&T counsel/JPM/RJM re revised scheduling order (.20); reviewed revised scheduling order and revises same (.20); prepared materials for JPM for initial scheduling conference (.20). | CJK | 1.00 | 500.00 |
| 08/13/10 | Confer with CJK re draft scheduling order and PTC issues (2) (.50); review of same (.30); review of court order (.90); telephone conference and emails with Deloitte's counsel re scheduling order and revise same (.70); prepare for 8/16 PTC (1.00); emails re expert retention and meetings (.40). | JPM | 3.80 | 2,850.00 |
| 08/14/10 | Prepare for PTC in Deloitte. | JPM | 1.00 | 750.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/16/10 | E-mail correspondence with JPM re rule making mediation mandatory for only preference actions (.10); conference with RJM re initial scheduling conference and settlement (.30); retrieved/reviewed filed scheduling order and calendared important dates (.10); reviewed requirements for initial disclosures for 8/17 call with BDO (.10). | CJK | 0.60 | 300.00 |
| 08/16/10 | Travel to Delaware and prepare for pre-trial conference (1.50); attend pre-trial conference in Deloitte litigation (1.00); return from Delaware to office (1/2 of 2.00--1.00); review file (1.00). | JPM | 4.50 | 3,375.00 |
| 08/17/10 | E-mail correspondence with JPM/RJM/SJM re meeting with Capstone (.10); teleconference with BDO/JPM/RJM re next steps (.90); conference. with JPM/RJM re same (.30). | CJK | 1.30 | 650.00 |
| 08/17/10 | Prepare for call with BDO re Deloitte litigation (1.00); conference call with BDO and follow-up internal meeting re discovery issues (1.30). | JPM | 2.30 | 1,725.00 |
| 08/18/10 | Drafted initial disclosures (1.50); conference with potential expert Capstone/JPM/RJM (1.40); conference with D. Millman re discovery planning and issues (.30). | CJK | 3.20 | 1,600.00 |
| 08/18/10 | Prepare for meeting with potential testifying experts (1.00); meet with J. Worth and J. Salome of Capstone as potential testifying experts in Deloitte litigation (1.30); follow-up internal meetings (.30); review of BDO materials re damages (1.00). | JPM | 3.60 | 2,700.00 |
| 08/19/10 | E-mail correspondence/teleconference with RJM re approach and issues in case (.10); conference with JPM/RJM re same (.60); e-mail correspondence with potential expert Capstone re meeting (.10); retrieved and reviewed Debtors' 1Q2007 10-Q re damages issues (1.00); reviewed relevant documents to identify individuals with discoverable information for initial disclosures and drafted initial disclosures (1.00); reviewed BDO's various damages analyses (.50). | CJK | 3.30 | 1,650.00 |
| 08/19/10 | Confer with CJK and RJM re damage issues in Deloitte (.40); email with Capstone re testifying expert (.10); review of damages documents prepared by BDO (1.60). | JPM | 2.10 | 1,575.00 |
| 08/20/10 | Conference with RJM re causation issue in proving damages due to D&T's negligence (.30); reviewed in pari delicto article issued by Law360 publication (.20); dealt with document discovery issues in anticipation of Rule 26(f) conference (1.50); revised rough draft of initial disclosures (.30); e-mail correspondence with BDO re information required to be disclosed in initial disclosures (.20); reviewed Capstone's CV and e-mail correspondence with same re potential retention as expert (.10); reviewed CV of potential expert Regan (.10). | CJK | 2.70 | 1,350.00 |
| 08/20/10 | E-mails with BDO regarding litigation issues (.30); review of draft "initial disclosures" and e-mails with BDO regarding same (.50). | JPM | 0.80 | 600.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/24/10 | Worked on initial disclosures (1.50); reviewed analyses of damages and computation and supporting documents (.80); retrieved and reviewed indexes of document productions, location and format prepared by J. Tucker to get a handle on document discovery issues (1.00); reviewed Federal and local rules pertaining to scope and limits of electronic discovery (.30). | CJK | 3.60 | 1,800.00 |
| 08/24/10 | Conference with CJK regarding initial disclosure issues (.20). | JPM | 0.20 | 150.00 |
| 08/26/10 | Reviewed various indexes of documents to get a handle on document discovery in anticipation of Rule 26(f) discovery report (1.50). | CJK | 1.50 | 750.00 |
| 08/26/10 | Review of damage issues (1.20). | JPM | 1.20 | 900.00 |

TOTAL HOURS                    79.20

TOTAL SERVICES..........................................................................$    48,375.00

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $7.61 |
| CARFARE | $2.25 |
| DUPLICATING | $29.20 |
| LEXIS | $7.85 |
| TELEPHONE CONFERENCE CALL | $35.28 |
| TRAVEL | $609.00 |

TOTAL DISBURSEMENTS...........................................$    691.19

TOTAL FEES & DISBURSEMENTS ...........................................$    49,066.19

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 931 | Kang | 44.10 | 500.00 | 22,050.00 |
| 226 | McCahey | 35.10 | 750.00 | 26,325.00 |
| ATTY TOTAL | | 79.20 | | 48,375.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144109

For professional services rendered from August 1, through August 31, 2010 in connection with the following:

<table>
<tr><td>703159</td><td>AMERICAN HOME MORTGAGE HOLDINGS, INC.</td></tr>
<tr><td>014</td><td>TRIAD WORKOUT</td></tr>
</table>

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/02/10 | Communications from/to Debtors' counsel, re: forward signature pages (.30) and additional communications related to certification of counsel (.10). | CAJ | 0.40 | 238.00 |
| 08/03/10 | Attention to continue with research, re: motion to dismiss (3.80); Begin outlining argument (1.10). | CAJ | 4.90 | 2,915.50 |
| 08/03/10 | Attention to theories on motion to dismiss | MTP | 0.70 | 532.00 |
| 08/04/10 | Continue outlining arguments for motion to dismiss (2.60). | CAJ | 2.60 | 1,547.00 |
| 08/05/10 | Attention to continue to research issues related to drafting motion to dismiss proceeding, including securitization cases (3.20) and mortgage cases (1.90). | CAJ | 5.10 | 3,034.50 |
| 08/06/10 | Communications with Debtors' counsel, re: issues related to stipulation/order (.20); Continue to research re: motion to dismiss (1.60). | CAJ | 1.80 | 1,071.00 |
| 08/06/10 | Review Order regarding time to respond to complaint (.10); update calendar events (.10). | JS | 0.20 | 49.00 |
| 08/09/10 | Attention to continue to research, re: motion to dismiss with respect to Triad's claim with respect to mortgage/securitizations (3.80); Attention to communications to/from Debtors' counsel, re: same (.30). | CAJ | 4.10 | 2,439.50 |
| 08/16/10 | Attention to review research, re: dismissal. | CAJ | 0.80 | 476.00 |
| 08/17/10 | Communications to/from Debtors' counsel, re: Triad issue (.20); Attention to communication Triad's counsel (.20); Research impact of development with Triad (1.30). | CAJ | 1.70 | 1,011.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 08/20/10 | Attention to research, re: dismissal issues. | CAJ | 2.10 | 1,249.50 |
| 08/23/10 | Continue with developing strategy with respect to dismissing adversary proceeding (1.30) and additional research, re: motion to dismiss (1.80). | CAJ | 3.10 | 1,844.50 |
| 08/25/10 | Continue with research/developing strategy, re: dismissal. | CAJ | 2.10 | 1,249.50 |
| 08/27/10 | Attention to continued research, re: dismissal. | CAJ | 0.90 | 535.50 |
| 08/30/10 | Attention to continue with investigation of facts related to insurance policies related to motion (1.30) and communication with Triad's counsel, re: same (.10). | CAJ | 1.40 | 833.00 |
| 08/31/10 | Attention to continue to research dismissal issues. | CAJ | 2.20 | 1,309.00 |

TOTAL HOURS                    34.10

TOTAL SERVICES..........................................................................$    20,335.00


## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 556 | Smith | 0.20 | 245.00 | 49.00 |
| 588 | Jarvinen | 33.20 | 595.00 | 19,754.00 |
| 364 | Power | 0.70 | 760.00 | 532.00 |
| ATTY TOTAL | | 34.10 | | 20,335.00 |