**<u>Exhibit C</u>**

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 8/2/2010 | Rigano, Nicholas C. | CAR | $ 49.29 | VENDOR: ROYAL DISPATCH SERVICES, INC.; INVOICE#: 660377; DATE: 8/13/2010 |
| 8/3/2010 | Rigano, Nicholas C. | CAR | $ 44.19 | VENDOR: ROYAL DISPATCH SERVICES, INC.; INVOICE#: 660590; DATE: 8/20/2010 |
| 8/16/2010 | McCahey, John P | CAR | $ 2.25 | VENDOR: PETTY CASH; INVOICE#: 082410; DATE: 8/24/2010 |
| 8/16/2010 | Indelicato, Mark S | CAR | $ 15.00 | VENDOR: INDELICATO; INVOICE#: 48; DATE: 8/25/2010 |
| 8/16/2010 | Indelicato, Mark S | CAR | $ 161.16 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 132371; DATE: 8/24/2010 |
| 8/16/2010 | Malatak, Robert J. | CAR | $ 14.52 | VENDOR: ROBERT MALATAK; INVOICE#: 21; DATE: 11/12/2010 |
| 8/16/2010 | Malatak, Robert J. | CAR | $ 13.40 | VENDOR: ROBERT MALATAK; INVOICE#: 22; DATE: 11/12/2010 |
| 8/17/2010 | Schnitzer, Edward L. | CAR | $ 13.30 | VENDOR: PETTY CASH; INVOICE#: 082410; DATE: 8/24/2010 |
| | | | $ 313.11 | |
| 8/2/2010 | | DUPL | $ 0.80 | |
| 8/2/2010 | | DUPL | $ 0.70 | |
| 8/2/2010 | | DUPL | $ 0.30 | |
| 8/2/2010 | | DUPL | $ 1.10 | |
| 8/2/2010 | | DUPL | $ 0.20 | |
| 8/2/2010 | | DUPL | $ 1.10 | |
| 8/2/2010 | | DUPL | $ 0.30 | |
| 8/2/2010 | | DUPL | $ 0.20 | |
| 8/2/2010 | | DUPL | $ 1.20 | |
| 8/2/2010 | | DUPL | $ 0.20 | |
| 8/2/2010 | | DUPL | $ 1.00 | |
| 8/2/2010 | | DUPL | $ 1.10 | |
| 8/2/2010 | | DUPL | $ 0.70 | |
| 8/2/2010 | | DUPL | $ 1.10 | |
| 8/2/2010 | | DUPL | $ 0.70 | |
| 8/3/2010 | | DUPL | $ 1.80 | |
| 8/3/2010 | | DUPL | $ 3.50 | |
| 8/3/2010 | | DUPL | $ 1.70 | |
| 8/3/2010 | | DUPL | $ 3.20 | |
| 8/3/2010 | | DUPL | $ 0.80 | |
| 8/3/2010 | | DUPL | $ 0.80 | |
| 8/3/2010 | | DUPL | $ 0.50 | |
| 8/3/2010 | | DUPL | $ 1.80 | |
| 8/3/2010 | | DUPL | $ 0.80 | |
| 8/3/2010 | | DUPL | $ 0.80 | |
| 8/3/2010 | | DUPL | $ 0.80 | |
| 8/3/2010 | | DUPL | $ 0.80 | |
| 8/3/2010 | | DUPL | $ 1.20 | |
| 8/3/2010 | | DUPL | $ 1.50 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|------|-----------|-----------|------------|-----------|
| 8/3/2010 | | DUPL | $ 0.20 | |
| 8/3/2010 | | DUPL | $ 1.90 | |
| 8/3/2010 | | DUPL | $ 0.10 | |
| 8/4/2010 | | DUPL | $ 0.90 | |
| 8/4/2010 | | DUPL | $ 1.60 | |
| 8/4/2010 | | DUPL | $ 2.10 | |
| 8/4/2010 | | DUPL | $ 4.00 | |
| 8/5/2010 | | DUPL | $ 0.90 | |
| 8/5/2010 | | DUPL | $ 0.20 | |
| 8/5/2010 | | DUPL | $ 0.10 | |
| 8/5/2010 | | DUPL | $ 0.10 | |
| 8/5/2010 | | DUPL | $ 0.20 | |
| 8/5/2010 | | DUPL | $ 0.20 | |
| 8/6/2010 | | DUPL | $ 0.40 | |
| 8/6/2010 | | DUPL | $ 0.70 | |
| 8/6/2010 | | DUPL | $ 0.90 | |
| 8/6/2010 | | DUPL | $ 0.70 | |
| 8/6/2010 | | DUPL | $ 0.90 | |
| 8/6/2010 | | DUPL | $ 0.20 | |
| 8/6/2010 | | DUPL | $ 0.20 | |
| 8/9/2010 | | DUPL | $ 0.20 | |
| 8/10/2010 | | DUPL | $ 0.10 | |
| 8/11/2010 | | DUPL | $ 0.20 | |
| 8/11/2010 | | DUPL | $ 0.30 | |
| 8/11/2010 | | DUPL | $ 4.00 | |
| 8/11/2010 | | DUPL | $ 3.00 | |
| 8/13/2010 | | DUPL | $ 0.60 | |
| 8/13/2010 | | DUPL | $ 0.70 | |
| 8/16/2010 | | DUPL | $ 0.20 | |
| 8/16/2010 | | DUPL | $ 3.50 | |
| 8/16/2010 | | DUPL | $ 0.30 | |
| 8/16/2010 | | DUPL | $ 0.60 | |
| 8/16/2010 | | DUPL | $ 0.30 | |
| 8/16/2010 | | DUPL | $ 1.10 | |
| 8/16/2010 | | DUPL | $ 0.70 | |
| 8/17/2010 | | DUPL | $ 0.20 | |
| 8/18/2010 | | DUPL | $ 0.50 | |
| 8/19/2010 | | DUPL | $ 4.00 | |
| 8/19/2010 | | DUPL | $ 0.10 | |
| 8/19/2010 | | DUPL | $ 0.30 | |
| 8/19/2010 | | DUPL | $ 0.20 | |
| 8/19/2010 | | DUPL | $ 0.30 | |
| 8/19/2010 | | DUPL | $ 0.10 | |
| 8/19/2010 | | DUPL | $ 0.10 | |
| 8/19/2010 | | DUPL | $ 0.10 | |
| 8/19/2010 | | DUPL | $ 0.10 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|------|-----------|-----------|-----------|-----------|
| 8/19/2010 | | DUPL | $ 0.10 | |
| 8/19/2010 | | DUPL | $ 0.10 | |
| 8/19/2010 | | DUPL | $ 0.10 | |
| 8/19/2010 | | DUPL | $ 0.10 | |
| 8/19/2010 | | DUPL | $ 0.10 | |
| 8/19/2010 | | DUPL | $ 0.10 | |
| 8/19/2010 | | DUPL | $ 0.10 | |
| 8/19/2010 | | DUPL | $ 0.10 | |
| 8/19/2010 | | DUPL | $ 0.10 | |
| 8/19/2010 | | DUPL | $ 0.10 | |
| 8/19/2010 | | DUPL | $ 0.60 | |
| 8/19/2010 | | DUPL | $ 0.60 | |
| 8/19/2010 | | DUPL | $ 0.40 | |
| 8/19/2010 | | DUPL | $ 1.20 | |
| 8/19/2010 | | DUPL | $ 0.70 | |
| 8/19/2010 | | DUPL | $ 0.60 | |
| 8/19/2010 | | DUPL | $ 0.80 | |
| 8/19/2010 | | DUPL | $ 0.60 | |
| 8/19/2010 | | DUPL | $ 0.70 | |
| 8/19/2010 | | DUPL | $ 1.80 | |
| 8/19/2010 | | DUPL | $ 0.20 | |
| 8/19/2010 | | DUPL | $ 1.50 | |
| 8/19/2010 | | DUPL | $ 0.10 | |
| 8/19/2010 | | DUPL | $ 0.50 | |
| 8/19/2010 | | DUPL | $ 0.70 | |
| 8/19/2010 | | DUPL | $ 1.80 | |
| 8/19/2010 | | DUPL | $ 6.00 | |
| 8/19/2010 | | DUPL | $ 3.00 | |
| 8/19/2010 | | DUPL | $ 0.30 | |
| 8/19/2010 | | DUPL | $ 1.80 | |
| 8/19/2010 | | DUPL | $ 2.60 | |
| 8/19/2010 | | DUPL | $ 0.20 | |
| 8/20/2010 | | DUPL | $ 0.80 | |
| 8/20/2010 | | DUPL | $ 0.80 | |
| 8/20/2010 | | DUPL | $ 0.70 | |
| 8/20/2010 | | DUPL | $ 1.00 | |
| 8/24/2010 | Virani, Zahir | DUPL | $ 1.80 | |
| 8/24/2010 | | DUPL | $ 0.10 | |
| 8/24/2010 | | DUPL | $ 0.70 | |
| 8/24/2010 | | DUPL | $ 0.80 | |
| 8/25/2010 | Virani, Zahir | DUPL | $ 0.30 | |
| 8/25/2010 | Zawadzki, Jeffrey | DUPL | $ 0.10 | |
| 8/25/2010 | Virani, Zahir | DUPL | $ 0.40 | |
| 8/25/2010 | | DUPL | $ 3.80 | |
| 8/25/2010 | | DUPL | $ 4.70 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|------|-----------|-----------|-----------:|-----------|
| 8/25/2010 | | DUPL | $ 4.50 | |
| 8/25/2010 | | DUPL | $ 1.80 | |
| 8/25/2010 | | DUPL | $ 1.80 | |
| 8/25/2010 | | DUPL | $ 0.40 | |
| 8/25/2010 | | DUPL | $ 0.20 | |
| 8/25/2010 | | DUPL | $ 0.20 | |
| 8/25/2010 | | DUPL | $ 0.20 | |
| 8/25/2010 | | DUPL | $ 0.10 | |
| 8/30/2010 | | DUPL | $ 1.80 | |
| 8/30/2010 | | DUPL | $ 0.90 | |
| 8/30/2010 | | DUPL | $ 0.10 | |
| 8/30/2010 | | DUPL | $ 0.70 | |
| 8/30/2010 | | DUPL | $ 0.20 | |
| 8/30/2010 | | DUPL | $ 0.20 | |
| 8/30/2010 | | DUPL | $ 13.60 | |
| 8/31/2010 | Zawadzki, Jeffrey | DUPL | $ 0.90 | |
| 8/31/2010 | | DUPL | $ 0.90 | |
| | | | **$ 141.20** | |
| 8/2/2010 | Power, Mark | LEXI | $ 40.64 | VENDOR: LEXIS - NEXIS; INVOICE#: 1008001956; DATE: 9/14/2010 |
| 8/3/2010 | Orbach, Joseph | LEXI | $ 15.25 | VENDOR: LEXIS - NEXIS; INVOICE#: 1008001956; DATE: 9/14/2010 |
| 8/3/2010 | Power, Mark | LEXI | $ 157.92 | VENDOR: LEXIS - NEXIS; INVOICE#: 1008001956; DATE: 9/14/2010 |
| 8/10/2010 | Kang, Christina | LEXI | $ 7.85 | VENDOR: LEXIS - NEXIS; INVOICE#: 1008001956; DATE: 9/14/2010 |
| | | | **$ 221.66** | |
| 8/2/2010 | Schnitzer, Edward L. | MEAL | $ 15.80 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 72; DATE: 8/3/2010 |
| 8/16/2010 | Indelicato, Mark S | MEAL | $ 9.53 | VENDOR: INDELICATO; INVOICE#: 49; DATE: 9/22/2010 |
| | | | **$ 25.33** | |
| 8/4/2010 | Rigano, Nicholas C. | POST | $ 4.90 | |
| 8/6/2010 | Rigano, Nicholas C. | POST | $ 3.46 | |
| 8/16/2010 | Rigano, Nicholas C. | POST | $ 0.44 | |
| 8/19/2010 | Orbach, | POST | $ 1.05 | |
| 8/20/2010 | Mandelsberg, Steven J | POST | $ 0.44 | |
| 8/24/2010 | Rigano, Nicholas C. | POST | $ 1.05 | |
| 8/25/2010 | Virani, Zahir | POST | $ 1.05 | |
| 8/25/2010 | Virani, Zahir | POST | $ 1.22 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 8/26/2010 | Rigano, Nicholas C. | POST | $ 1.05 | |
| 8/30/2010 | Rigano, Nicholas C. | POST | $ 1.56 | |
| 8/31/2010 | Zawadzki, Jeffrey | POST | $ 1.22 | |
| | | | **$ 17.44** | |
| 8/30/2010 | Power, Mark | SEAR | **$ 26.00** | VENDOR: PACER SERVICE CENTER; INVOICE#: 09302010; DATE: 9/30/2010 |
| 8/16/2010 | Schnitzer, Edward L. | TELCON | $ 14.75 | VENDOR: AMERICAN EXPRESS; INVOICE#: 100110; DATE: 10/5/2010 |
| 8/17/2010 | Kang, Christina | TELCON | $ 17.64 | VENDOR: AMERICAN EXPRESS; INVOICE#: 100110; DATE: 10/5/2010 |
| 8/17/2010 | Kang, Christina | TELCON | $ 17.64 | VENDOR: AMERICAN EXPRESS; INVOICE#: 110710; DATE: 11/4/2010 |
| 8/24/2010 | Rigano, Nicholas C. | TELCON | $ 9.21 | VENDOR: AMERICAN EXPRESS; INVOICE#: 100110; DATE: 10/5/2010 |
| | | | **$ 59.24** | |
| 8/3/2010 | Virani, Zahir | TELE | $ 0.98 | 1-410-773-4033 |
| 8/4/2010 | Orbach, | TELE | $ 0.41 | 1-302-356-6621 |
| 8/4/2010 | Kang, | TELE | $ 0.36 | 1-302-571-6655 |
| 8/4/2010 | Kang, | TELE | $ 0.35 | 1-302-571-6655 |
| 8/4/2010 | Kang, | TELE | $ 6.53 | 1-302-571-6655 |
| 8/5/2010 | Zawadzki, Jeffrey | TELE | $ 0.35 | 1-630-725-5019 |
| 8/5/2010 | Zawadzki, Jeffrey | TELE | $ 0.35 | 1-847-721-9349 |
| 8/5/2010 | Rigano, Nicholas C. | TELE | $ 0.35 | 1-312-609-7728 |
| 8/5/2010 | Orbach, | TELE | $ 1.10 | 1-302-425-6404 |
| 8/6/2010 | Smith, Jason | TELE | $ 0.35 | 1-631-470-5198 |
| 8/6/2010 | Rigano, Nicholas C. | TELE | $ 0.36 | 1-312-609-7728 |
| 8/6/2010 | Smith, Jason | TELE | $ 0.35 | 1-631-470-5198 |
| 8/6/2010 | Rigano, Nicholas C. | TELE | $ 0.36 | 1-312-609-7728 |
| 8/16/2010 | Zawadzki, Jeffrey | TELE | $ 0.74 | 1-302-652-8400 |
| 8/19/2010 | Orbach, | TELE | $ 0.35 | 1-512-236-2088 |
| 8/25/2010 | Zawadzki, Jeffrey | TELE | $ 0.88 | 1-774-994-0112 |
| 8/27/2010 | Rigano, Nicholas C. | TELE | $ 0.35 | 1-312-560-2523 |
| 8/30/2010 | Kang, | TELE | $ 0.37 | 1-302-571-6655 |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 8/31/2010 | Rigano, Nicholas C. | TELE | $ 0.35 | 1-312-309-7728 |
| 8/31/2010 | Rigano, Nicholas C. | TELE | $ 0.35 | 1-312-609-7728 |
| 8/31/2010 | Rigano, Nicholas C. | TELE | $ 0.79 | 1-702-693-7111 |
| | | | $ 16.38 | |
| 8/2/2010 | Schnitzer, Edward L. | TRAV | $ 228.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 72; DATE: 8/3/2010 |
| 8/16/2010 | Indelicato, Mark S | TRAV | $ 228.00 | VENDOR: INDELICATO; INVOICE#: 48; DATE: 8/25/2010 |
| 8/16/2010 | Malatak, Robert J. | TRAV | $ 297.00 | VENDOR: MCCAHEY; INVOICE#: 22; DATE: 8/26/2010 |
| 8/16/2010 | McCahey, John P | TRAV | $ 297.00 | VENDOR: MCCAHEY; INVOICE#: 22; DATE: 8/26/2010 |
| 8/16/2010 | Indelicato, Mark S | TRAV | $ 15.00 | VENDOR: INDELICATO; INVOICE#: 49; DATE: 9/22/2010 |
| 8/17/2010 | Schnitzer, Edward L. | TRAV | $ 197.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 73; DATE: 8/18/2010 |
| 8/17/2010 | Malatak, Robert J. | TRAV | $ 15.00 | VENDOR: MCCAHEY; INVOICE#: 23; DATE: 9/21/2010 |
| | | | $ 1,277.00 | |
| | **Total:** | | **$ 2,097.36** | |