**<u>Exhibit B</u>**

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144214

For professional services rendered from September 1, through September 30, 2010 in connection with the following:

| | | | |
|---|---|---|---:|
| 002 | CREDITORS COMMITTEE | $ | 8,202.50 |
| 006 | SALES OF ASSETS | | 219.00 |
| 007 | PROFESSIONAL FEES | | 5,890.50 |
| 008 | AVOIDANCE ACTIONS | | 50,647.50 |
| 009 | LITIGATION | | 40,837.00 |
| 012 | CLAIMS ADMINISTRATION | | 297.50 |
| 013 | INVESTIGATION OF COMPANY | | 29,225.00 |
| 014 | TRIAD WORKOUT | | 5,712.00 |
| | **Total Time** | $ | 141,031.00 |
| | LONG DISTANCE TELEPHONE CHARGES | $ | 13.73 |
| | CARFARE | | 161.57 |
| | DUPLICATING | | 224.50 |
| | LEXIS | | 3,373.15 |
| | MEALS | | 43.56 |
| | OVERNIGHT DELIVERY | | 36.40 |
| | POSTAGE | | 27.89 |
| | REPORTS FEE | | 1,868.75 |
| | SEARCH FEES | | 327.28 |
| | TELECOPY PAGES | | 24.00 |
| | TELEPHONE CONFERENCE CALL | | 185.17 |
| | TRAVEL | | 15.00 |
| | **Total Disbursements** | $ | 6,301.00 |
| | **TOTAL BILL** | $ | **147,332.00** |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144214

For professional services rendered from September 1, through September 30, 2010 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
002      CREDITORS COMMITTEE

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/01/10 | Review BDO draft report for 9/2 committee call. | ELS | 0.30 | 178.50 |
| 09/01/10 | Draft correspondence (.10); review financial update (.20). | JXZ | 0.30 | 127.50 |
| 09/01/10 | Review BDO report on Waterfield (.40); teleconference with K. Nystrom regarding same (.20); review BDO update to the Committee (.30); teleconference with Berliner regarding same (.20); review issues to be addressed at meeting and discuss same with ELS (.50); review 9019 motion and discuss with ELS (.20). | MSI | 1.80 | 1,368.00 |
| 09/01/10 | Review BDO report on Waterfield and Bank | MTP | 0.50 | 380.00 |
| 09/02/10 | Preparation for Committee call and review of BDO report (.30); participate in Committee call (.70); Drafting minutes of Committee call (.40). | JO | 1.40 | 448.00 |
| 09/02/10 | Review and calendar motion to approve compromise under rule 9019 approving and authorizing the stipulation resolving all claims of Edward Dabrieo (.20); Review and calendar docket no. 9198 motion to approve compromise under rule 9019 (.20); review docket (.10). | JS | 0.50 | 122.50 |
| 09/02/10 | Committee call (.60); meeting MSI re open issues (.20); attention to creditor inquiries (.10). | JXZ | 0.90 | 382.50 |
| 09/02/10 | Review material in preparation for Committee meeting (.60); attend Committee meeting (.60); meeting with ELS and e-mails with S. Sass regarding same (.20). | MSI | 1.40 | 1,064.00 |
| 09/03/10 | Review docket and recent pleadings (.20); file maintenance (.20). | JS | 0.40 | 98.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/08/10 | Review committee update (.10). | JXZ | 0.10 | 42.50 |
| 09/08/10 | Teleconference with Nystrom and Siedel to discuss Waterfield litigation settlement (.10); teleconference with Berliner regarding same (.10); draft and e-mail to the Committee outlining the settlement (.30); e-mail with Drebsky regarding same (.10); review pleadings filed by the Debtor and discuss with ELS (.30). | MSI | 0.90 | 684.00 |
| 09/09/10 | Review docket/recent pleadings. | JXZ | 0.10 | 42.50 |
| 09/13/10 | Review docket and recent pleadings (.20); forward relevant pleadings (.10); calendar events (.20). | JS | 0.50 | 122.50 |
| 09/13/10 | Review docket/recent pleadings (.10); attention to creditor inquiries (.10). | JXZ | 0.20 | 85.00 |
| 09/13/10 | Emails with Nystrom, Seidel and ELS re: settlement (.20); review pleadings and discussions with ELS (.40). | MSI | 0.60 | 456.00 |
| 09/14/10 | Review docket/recent pleadings (.10); calendar maintenance (.10). | JXZ | 0.20 | 85.00 |
| 09/14/10 | Extensive telephone conference with Sass re: effective date issues and update on status of the litigation. | MSI | 0.50 | 380.00 |
| 09/17/10 | Review docket/review pleadings. | JXZ | 0.10 | 42.50 |
| 09/20/10 | Review correspondence (.10). | JXZ | 0.10 | 42.50 |
| 09/21/10 | Review e-mails and issues on effective date (.60); review documents regarding same (.50). | MSI | 1.10 | 836.00 |
| 09/22/10 | Review docket and recent pleadings (.60); review notice of agenda (.20); arrange for telephonic appearance for MSI (.20); review calendar events (.20). | JS | 1.20 | 294.00 |
| 09/24/10 | Review docket/recent pleadings (.20), | JXZ | 0.20 | 85.00 |
| 09/27/10 | Review pleadings file and letter to the court (.10); review language on Watson releases (.20); teleconference with Beach regarding same, Waterfield and effective date (.20); review issues regarding same (.30). | MSI | 0.80 | 608.00 |
| 09/30/10 | Teleconference with Creditors regarding status of confirmation. | MSI | 0.30 | 228.00 |

TOTAL HOURS          14.40

TOTAL SERVICES.........................................................................$   8,202.50

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $0.35 |
| DUPLICATING | $12.60 |
| MEALS | $33.04 |
| SEARCH FEES | $190.80 |
| TELEPHONE CONFERENCE CALL | $84.73 |

<u>DISBURSEMENT SUMMARY</u>

TOTAL DISBURSEMENTS.............................................................$      321.52

TOTAL FEES & DISBURSEMENTS ............................................$      8,524.02

<u>SUMMARY OF ATTORNEY TIME</u>

| <u>ATTORNEY</u> | | <u>HOURS</u> | BILLED<br><u>PER HOUR</u> | BILL<br><u>AMOUNT</u> |
|---|---|---|---|---|
| 556 | Smith | 2.60 | 245.00 | 637.00 |
| 583 | Orbach | 1.40 | 320.00 | 448.00 |
| 493 | Zawadzki | 2.20 | 425.00 | 935.00 |
| 486 | Schnitzer | 0.30 | 595.00 | 178.50 |
| 260 | Indelicato | 7.40 | 760.00 | 5,624.00 |
| 364 | Power | 0.50 | 760.00 | 380.00 |
| ATTY TOTAL | | 14.40 | | 8,202.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144214

For professional services rendered from September 1, through September 30, 2010 in connection with the following:

|  |  |
|---|---|
| 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| 006 | SALES OF ASSETS |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/07/10 | Review certifications. | JXZ | 0.10 | 42.50 |
| 09/14/10 | Review and calendar notice of sale of miscellaneous assets (.20). | JS | 0.20 | 49.00 |
| 09/14/10 | Review sale notice. | JXZ | 0.20 | 85.00 |
| 09/26/10 | Review sale notice. | JXZ | 0.10 | 42.50 |

TOTAL HOURS                                          0.60

TOTAL SERVICES.........................................................................$        219.00

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 0.20 | 245.00 | 49.00 |
| 493 | Zawadzki | 0.40 | 425.00 | 170.00 |
| ATTY TOTAL | | 0.60 | | 219.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144214

For professional services rendered from September 1, through September 30, 2010 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|--|--------|----------------------------------------|
|  | 007 | PROFESSIONAL FEES |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/02/10 | Review YCST's June fee application (.20); update fee summary chart (.20). | JS | 0.40 | 98.00 |
| 09/08/10 | Review certifications (.10); review fee applications/draft summaries (.50). | JXZ | 0.60 | 255.00 |
| 09/09/10 | Review certifications. | JXZ | 0.10 | 42.50 |
| 09/13/10 | Review certifications. | JXZ | 0.10 | 42.50 |
| 09/14/10 | Draft H&H's 35th (June, 2010) fee application (1.00); review quarterly fee application of debtors' professionals (.40). | JS | 1.40 | 343.00 |
| 09/14/10 | Review fee applications/draft summaries. | JXZ | 0.60 | 255.00 |
| 09/15/10 | Revise H&H's 33rd (April, 2010) fee application. | JS | 1.50 | 367.50 |
| 09/15/10 | Review fee applications/draft summaries (.90); emails M. Greecher, ELS, MSI re interim fee applications (.10). | JXZ | 1.00 | 425.00 |
| 09/15/10 | Review certifications. | JXZ | 0.10 | 42.50 |
| 09/16/10 | Revise H&H's May fee application (.70); revise H&H's June fee application (1.00). | JS | 1.70 | 416.50 |
| 09/16/10 | Review fee applications/draft summaries. | JXZ | 0.30 | 127.50 |
| 09/16/10 | Work on May and June fee application and forward to JS | MTP | 1.20 | 912.00 |
| 09/17/10 | Revise H&H's 34th (May, 2010) fee application (2.00); Revise H&H's 35th (June, 2010) fee application (1.80). | JS | 3.80 | 931.00 |
| 09/20/10 | Review certifications. | JXZ | 0.10 | 42.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/20/10 | Review analysis prepared by Zolfo on outstanding Cadwalader fees (.30); teleconference with parties regarding issues (.50). | MSI | 0.80 | 608.00 |
| 09/30/10 | Review H&H's May, 2010 fee statement (.80); review H&H's June, 2010 fee statement (.80); preparation for drafting of H&H's May and June, 2010 fee application (.50). | JS | 2.10 | 514.50 |
| 09/30/10 | Review certifications (.10); review numerous FCE applications and draft summaries (1.00). | JXZ | 1.10 | 467.50 |

TOTAL HOURS                    16.90

TOTAL SERVICES.........................................................................$     5,890.50

DISBURSEMENT SUMMARY

DUPLICATING                                                        $18.10

SEARCH FEES                                                          $4.88

TOTAL DISBURSEMENTS..............................................................$       22.98

TOTAL FEES & DISBURSEMENTS ............................................$     5,913.48

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|------|------|-------|-----------------|-------------|
| 556 | Smith | 10.90 | 245.00 | 2,670.50 |
| 493 | Zawadzki | 4.00 | 425.00 | 1,700.00 |
| 260 | Indelicato | 0.80 | 760.00 | 608.00 |
| 364 | Power | 1.20 | 760.00 | 912.00 |
| ATTY TOTAL | | 16.90 | | 5,890.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144214

For professional services rendered from September 1, through September 30, 2010 in connection with the following:

|        | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|--------|--------|----------------------------------------|
|        | 008    | AVOIDANCE ACTIONS                      |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/01/10 | iLinc - emails re: settlement language. | ELS | 0.30 | 178.50 |
| 09/01/10 | Research AHM SOFAs regarding third party wires. | JS | 1.00 | 245.00 |
| 09/02/10 | QRM - emails with NCR re: assumption/rejection issue, emails with Awong re: invoices and review of same (.60); On Guard - review of vendor payable guidelines and emails with defendant's counsel re: same and settlement discussions; phone call with defendant's counsel re: settlement (.80); Experian - emails with Stratton re: matter (.30); PMC - review defendant's counsel's email re: stipulated facts and draft response (.40). | ELS | 2.10 | 1,249.50 |
| 09/02/10 | Draft stipulation (.20); e-mails ELS (various), K. Mangan/CAS (Triad)(.20). | JXZ | 0.40 | 170.00 |
| 09/02/10 | A-1 Professional Cleaning - review analysis and email from L. Plank re: defenses. | KGC | 0.30 | 145.50 |
| 09/03/10 | Trade Show - review email and meeting with ZV re: same (.40); Experian - emails with JO re: settlement status (.20); QRM - phone call with Beach and Martinez re: matter and draft email to defendant's attorney re: same; various emails with defendant's attorney re: contract (.90); Outsource - review Felger email re: their proposal and draft reply and emails with RMS re: same (.60). | ELS | 2.10 | 1,249.50 |
| 09/03/10 | Call to Experian re settlement terms (.20). | JO | 0.20 | 64.00 |
| 09/03/10 | Emails ELS (various). | JXZ | 0.10 | 42.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/03/10 | Review of TSF documents and meeting with ELS regarding negotiation (.60). Communiction with opposing counsel regarding TSF defenses (.50). | ZV | 1.10 | 352.00 |
| 09/07/10 | Staffseeker - emails with Plank re: matter (.20); iLinc - emails with RMS re: settlement (.20); Experian - meeting with JO re: matter (.20). | ELS | 0.60 | 357.00 |
| 09/07/10 | Call re Experian settlement. | JO | 0.10 | 32.00 |
| 09/07/10 | Attention to mediation schedule (.10); emails/calls CAJ/K. Maneau (Triad) (.10); review AP docket/recent pleadings (.10); review 547 research (.50). | JXZ | 0.80 | 340.00 |
| 09/07/10 | Calendar all CFN deadlines re: proposed stipulation and scheduling order (.30); review email from AMC Transfer re: defenses (.40). | KGC | 0.70 | 339.50 |
| 09/08/10 | Trade Show - meeting with ZV re: deposition preparation (.40); Outsource - review and revise draft settlement agreement and email same to defendant's attorney (.60); On Guard - emails with Paul Moran re: deposition transcript corrections (.20); PMC - email with defendant's counsel re: stipulated facts (.30). | ELS | 1.50 | 892.50 |
| 09/08/10 | Emails K. Maugan/T. Guilfoyle (Triad) (.10); review docket/recent pleadings (.10). | JXZ | 0.20 | 85.00 |
| 09/08/10 | Meeting with ELS to discuss TSF deposition (.30). Drafting of deposition scripts and related document (1.70). Drafting of response to admissions (1.10). | ZV | 3.10 | 992.00 |
| 09/09/10 | Review docket/recent pleadings (.10); attention to discovery (.20); review scheduling orders (.10). | JXZ | 0.40 | 170.00 |
| 09/09/10 | Drafting and editing of deposition outline for TSF deposition (1.10). Drafting and editing of discovery responses to TSF (3.20). | ZV | 4.30 | 1,376.00 |
| 09/10/10 | A-1 Cleaning - emails with RMS re: preference analysis (.40); Trade Show - meeting with ZV, review and revise draft responses to admissions (.70); QRM - phone call with Beach re: contract and administration claim, emails with defendant's counsel re: preference settlement offers (1.10). | ELS | 2.20 | 1,309.00 |
| 09/10/10 | Review docket and recent pleadings. | JXZ | 0.10 | 42.50 |
| 09/10/10 | Editing of deposition outline and discovery responses for TSF. | ZV | 2.20 | 704.00 |
| 09/13/10 | On Guard - meeting with NCR re: depositions (.50); Trade Show - prepare for depositions, review invoices and discovery (3.50). | ELS | 4.00 | 2,380.00 |
| 09/13/10 | Review AP dockets (.10). | JXZ | 0.10 | 42.50 |
| 09/13/10 | Meeting with ELS re: various preferences. | MSI | 0.20 | 152.00 |
| 09/13/10 | Met with ELS re: On Guard deposition. | NCR | 0.40 | 120.00 |
| 09/13/10 | Review of pleadings from TSF and defenses put forth by opposing counsel (.60). Drafting of additional discovery responses for TSF (3.10). | ZV | 3.70 | 1,184.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/14/10 | Trade Show - prepare for 9/15 depositions (2.10); iLinc - review their edits to settlement and emails RMS re: same (.40); AMC - review RMS analysis and draft reply (.40). | ELS | 2.90 | 1,725.50 |
| 09/14/10 | Reviewing iLinc settlement agreement edits. | JO | 0.20 | 64.00 |
| 09/14/10 | Review emails and review file re AMC Transfer (.70); e-mail to L. Plank re same (.20). | KGC | 0.90 | 436.50 |
| 09/14/10 | Prepared deposition outline for deposition of Robert Alberts. | NCR | 3.80 | 1,140.00 |
| 09/14/10 | Analysis of TSF discovery responses received, drafting of discovery responses to be served (2.70);  Drafting of correspondence to opposing counsel (.40). | ZV | 3.10 | 992.00 |
| 09/15/10 | Trade Show - prepare for deposition and make record after witness failed to show, emails and phone call with defendant's counsel re: same; review and revise interrogatories responses and document production responses. | ELS | 3.60 | 2,142.00 |
| 09/15/10 | Call to Experian re settlement agreement. | JO | 0.10 | 32.00 |
| 09/15/10 | Review scheduling orders (.10); attention to open preferences (.20); review AP dockets/defaults (.20); emails JWS/ELS re domestication of judgments (.10); draft information subpoenas (.20); draft stipulations of dismissal (.20). | JXZ | 1.00 | 425.00 |
| 09/15/10 | Meeting with ELS regarding various issues on preferences. | MSI | 0.20 | 152.00 |
| 09/15/10 | Edited deposition outline for On Guard deposition. | NCR | 2.30 | 690.00 |
| 09/15/10 | Attendance at deposition with ELS for TSF (.80).  Preparation of documentation for deposition (.60).  Drafting of discovery responses (.90). | ZV | 2.30 | 736.00 |
| 09/16/10 | Trade Shows - emails re: deposition rescheduling and draft second amended deposition (.80); Outsource - review their edits to settlement agreement and draft email with my comments (.60); On Guard - meeting with NCR re: depositions (.30). | ELS | 1.70 | 1,011.50 |
| 09/16/10 | CFN Financial - draft motion and order to reopen case. | KGC | 3.00 | 1,455.00 |
| 09/16/10 | Prepared for deposition of Robert Alberts of On Guard (3.50); edited stipulation of facts for PMC (.40). | NCR | 3.90 | 1,170.00 |
| 09/16/10 | Preparation of Trade Show Fabrications documents for analysis (.70).  Preparation of deposition documents (.90). | ZV | 1.60 | 512.00 |
| 09/17/10 | On Guard - attend deposition (1.70); settlement meeting with NCR and defendant's attorney and meeting with NCR and MSI re: same (.60); Outsource - review their response to my comments, review and revise settlement (.60). | ELS | 2.90 | 1,725.50 |
| 09/17/10 | Contacting Experian re settlement. | JO | 0.10 | 32.00 |
| 09/17/10 | Review discovery issues and meeting with ELS regarding issues. | MSI | 0.30 | 228.00 |
| 09/17/10 | Prepared for and participated in deposition of Robert Alberts with regard to On Guard matter. | NCR | 3.80 | 1,140.00 |
| 09/17/10 | Preparation and service of second notice of deposition (.70). | ZV | 0.70 | 224.00 |
| 09/19/10 | CFN - review and revise motion and order to reopen adversary. | ELS | 0.20 | 119.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/20/10 | Draft memo to ELS re open matters (1.50); draft notices of dismissal for various matters (.30). | AW | 1.80 | 675.00 |
| 09/20/10 | Cadwalader - conference call with MSI and debtors re: Cadwalader's fees and potential preference action (.40); meeting with NCR, JXZ and JO re: status of open matters (.40). | ELS | 0.80 | 476.00 |
| 09/20/10 | Review transfer/invoice data (.30); calls/e-mails/meetings ELS (various), C. Awong (CAD)(.30). | JXZ | 0.60 | 255.00 |
| 09/20/10 | Finalize and forward CFN motion to reopen case to Delaware counsel for review and filing. | KGC | 0.60 | 291.00 |
| 09/20/10 | Prepared preference memo for ELS of all outstanding preferences and work to be done (.70); drafted letter to Roland Jones re: PMC deposition transcript (.70); followed up with NAMB counsel re: settlement (.20); followed up with RMS re: various outstanding preference claims (.40). | NCR | 2.00 | 600.00 |
| 09/21/10 | Outsource - emails re: revisions to settlement. | ELS | 0.40 | 238.00 |
| 09/21/10 | Calls with Experian re settlement agreement. | JO | 0.30 | 96.00 |
| 09/21/10 | Review correspondence (.10); draft memo to accounting (.10);calendar maintenance (.10); calls, e-mails M. Hayes (Varga), JO (EXP)(.20); attention to open preferences (.10). | JXZ | 0.60 | 255.00 |
| 09/21/10 | Review proposed settlements for A-1 Professional Cleaning and AMC Transfer (.30); review overall file and check status of certain matters and follow-up with ELS re: same (1.40). | KGC | 1.70 | 824.50 |
| 09/21/10 | Prepared Errata sheet for Chris Awong deposition in On Guard (1.00); prepared Errata sheet for Paul Moran deposition in On Guard (.20); prepared Errata sheet for Belinda Jones deposition .(30); sent emails to each of the foregoing parties requesting that they sign (.30). | NCR | 1.80 | 540.00 |
| 09/21/10 | Follow up regarding defaults (.40).  Preparation of documents for deposition (.90). | ZV | 1.30 | 416.00 |
| 09/22/10 | Emails re: settlements in QRM and iLinc. | ELS | 0.30 | 178.50 |
| 09/22/10 | Research regarding judgments entered in preference actions (.40). | JS | 0.40 | 98.00 |
| 09/22/10 | Attention to discovery matters (.20); calls/e-mails ELS (various), KCG (various), M. Felger (Warehouseline), C. Awong (CAD)(.30). | JXZ | 0.50 | 212.50 |
| 09/22/10 | Drafted and sent letter and Errata sheets to opposing counsel and stenographer in On Guard (.40); drafted emails to Ron Rowland and Sean Beach re: status of QRM settlement (.30). | NCR | 0.70 | 210.00 |
| 09/22/10 | Drafted email to QRM re: settlement (.10); phone conversation with QRM counsel (.10); advised Ron Rowland and Sean Beach of settlement and terms via email (.40). | NCR | 0.60 | 180.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/23/10 | Conference with ELS re status of open cases (.10); checked dockets for preference cases assigned to me to determine what cases are open and status (.50); Determined why default judgment was not entered in Client Services (.10); Email correspondence with local counsel re same (.10); prepared stipulation of dismissal for D.W. Consulting proceeding (.10); e-mail correspondence with D.W. Consulting counsel re same (.10). | CJK | 1.00 | 500.00 |
| 09/23/10 | Meeting with CJK re: DW and Client Services (.20); meeting with NCR re: Rapid Access and review emails re: same (.30); emails with RMS re: receipt of settlement payments (.20). | ELS | 0.70 | 416.50 |
| 09/23/10 | Prepare certifications of judgment for registration in another district (Transbox and Tri M) (.80); prepare email for local counsel regarding same (.20). | JS | 1.00 | 245.00 |
| 09/23/10 | E-mails ELS/M. Hermann (CAD). | JXZ | 0.10 | 42.50 |
| 09/23/10 | Review CFN Financial file re possible settlement and preparation of discovery. | KGC | 1.30 | 630.50 |
| 09/23/10 | Followed up with opposing counsel in Rapid Access for selection of a mediator (.20); drafted mediation stipulation (.20). | NCR | 0.40 | 120.00 |
| 09/24/10 | Email correspondence with local counsel/ELS re entry of default judgment against Client Services (.10). | CJK | 0.10 | 50.00 |
| 09/24/10 | Client Services - emails with Blank Rome re: certification of counsel for default (.20); Update master preference list (.20). | ELS | 0.40 | 238.00 |
| 09/24/10 | Review 9010 order (.10); e-mails ELS (various), M. Hayes/M. Mieliore (VB), M. Ralston (Xerox), C. Kunz (Johnston)(.30); review defaults (.10). | JXZ | 0.50 | 212.50 |
| 09/26/10 | E-mails M. Ralston re Xerox. | JXZ | 0.10 | 42.50 |
| 09/27/10 | Drafted CNO for entry of default against Client Services (.40); reviewed applicable federal rule of civil procedure re same (.10); checked docket for Client Services proceeding for applicable filings for CNO for entry of default (.20); e-mail correspondence/teleconference with ELS re same (.10); revised CNO for entry of default against Client Services per ELS (.40); e-mail correspondence with local counsel re same (.10). | CJK | 1.30 | 650.00 |
| 09/27/10 | Trade Show - prepare for 9/28 deposition (.60);  Experian - settlement agreement edits (.30). | ELS | 0.90 | 535.50 |
| 09/27/10 | Revising Experian settlement agreement. | JO | 0.30 | 96.00 |
| 09/27/10 | E-mails C. Neff/M. Ralston (Xerox), M. Michaelis (CAD)(.20). | JXZ | 0.20 | 85.00 |
| 09/27/10 | Review CFN file and background (.90); draft initial disclosures (.80); review stipulation and forward filing error to Blank Rome (.60); discuss same with ELS (.20). | KGC | 2.50 | 1,212.50 |
| 09/27/10 | Deposition preparation (.90). | ZV | 0.90 | 288.00 |
| 09/28/10 | Meet with ELS (.20); draft stipulation (.30); update claims chart to reflect all developments (1.00). | AW | 1.50 | 562.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/28/10 | Trade Show - prepare for and take deposition of their principal/owner (5.80); meeting with AW re: open preferences (.20); QRM - review draft settlement agreement and meeting with NCR re: same (.30). | ELS | 6.30 | 3,748.50 |
| 09/28/10 | Research for AW regarding AHM v Kalee (.30). | JS | 0.30 | 73.50 |
| 09/28/10 | Discussion with counsel to CFN re: settlement and email to L. Plank and ELS re: same (.30); draft discovery re: same (.90). | KGC | 1.20 | 582.00 |
| 09/28/10 | Meeting with ELS re: issues on depositions and preferences. | MSI | 0.20 | 152.00 |
| 09/28/10 | Reviewed and edited Quantitative Risk Management settlement agreement. | NCR | 1.00 | 300.00 |
| 09/28/10 | Participate in deposition for TSF. | ZV | 5.40 | 1,728.00 |
| 09/29/10 | E-mail correspondence with local counsel/ELS re certification of counsel re entry of default against Client Services (.10); reviewed certification of counsel re entry of default against Client Services (.10). | CJK | 0.20 | 100.00 |
| 09/29/10 | CFN - meeting with KGC re: matter (.20); review draft Client Services Customer Care default motion (.20). | ELS | 0.40 | 238.00 |
| 09/29/10 | Research pacer regarding Client Services inc; Consumer Marketing Services llc or Client Services Customer care were ever a party in a bankruptcy (.80); emails with JXZ regarding same (.10). | JS | 0.90 | 220.50 |
| 09/29/10 | E-mails ELS/LEB (Xerox). | JXZ | 0.10 | 42.50 |
| 09/29/10 | Review answer filed by defendant (.50); draft and review discovery to serve on defendant and coordinate same (.70). | KGC | 1.20 | 582.00 |
| 09/29/10 | Drafted and sent email to Jason Cornell re: settlement discussions in On Guard. | NCR | 0.40 | 120.00 |
| 09/30/10 | E-mail correspondence with local counsel/ELS re default against Client Services (.10). | CJK | 0.10 | 50.00 |
| 09/30/10 | QRM - review Beach's edits to draft agreement and email re same (.30); review and reconcile August bank statements re preference escrow funds (.30). | ELS | 0.60 | 357.00 |
| 09/30/10 | Document review (.10); e-mails ELS/R. Roland (Xerox) (.10); review docket/recent pleadings (.10); attention to discovery issues (.10); review scheduling orders (.10). | JXZ | 0.50 | 212.50 |
| 09/30/10 | Meeting with ELS regarding outstanding issues on preferences. | MSI | 0.20 | 152.00 |
| 09/30/10 | Edited and sent Quantitative Risk Management preference settlement agreement to opposing counsel (.30); drafted email to Mark Felger re mediation of Rapid Access (.20). | NCR | 0.50 | 150.00 |

TOTAL HOURS            117.90

TOTAL SERVICES..........................................................$    50,647.50

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $4.97 |
| DUPLICATING | $188.30 |
| LEXIS | $3.91 |
| OVERNIGHT DELIVERY | $36.40 |
| POSTAGE | $27.89 |
| REPORTS FEE | $1,868.75 |
| SEARCH FEES | $104.96 |

TOTAL DISBURSEMENTS............................................................$    2,235.18

TOTAL FEES & DISBURSEMENTS ............................................$   52,882.68

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 3.60 | 245.00 | 882.00 |
| 544 | Rigano | 21.60 | 300.00 | 6,480.00 |
| 574 | Virani | 29.70 | 320.00 | 9,504.00 |
| 583 | Orbach | 1.30 | 320.00 | 416.00 |
| 581 | Wang | 3.30 | 375.00 | 1,237.50 |
| 493 | Zawadzki | 6.30 | 425.00 | 2,677.50 |
| 478 | Craner | 13.40 | 485.00 | 6,499.00 |
| 931 | Kang | 2.70 | 500.00 | 1,350.00 |
| 486 | Schnitzer | 34.90 | 595.00 | 20,765.50 |
| 260 | Indelicato | 1.10 | 760.00 | 836.00 |
| ATTY TOTAL | | 117.90 | | 50,647.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144214

For professional services rendered from September 1, through September 30, 2010 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|  | 009 | LITIGATION |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/03/10 | US Bank - phone call with Beach and Martinez re: interpleader settlement and draft email to US Bank counsel re: same | ELS | 0.50 | 297.50 |
| 09/03/10 | Review scheduling order. | JXZ | 0.10 | 42.50 |
| 09/03/10 | Review e-mails and respond to Nystrom and M. Siedel (.20); teleconference with Siedel and Nystrom regarding same (.20); review issues (.30). | MSI | 0.70 | 532.00 |
| 09/07/10 | Review deposition notice (.10); review scheduling order (.10); review discovery notices (.10); review US Bank 9019 motion (.40). | JXZ | 0.70 | 297.50 |
| 09/07/10 | Meeting with CJK regarding discovery issues. | RJM | 1.20 | 684.00 |
| 09/08/10 | Park Bank - phone call with Zweig re: motion to exclude expert and review draft motion re: same (.50); emails with US Bank's counsel re: information on interpleader settlement (.20). | ELS | 0.70 | 416.50 |
| 09/08/10 | Confer with CJK re internal disclosure issues (.30); review of CJK memoranda re same (.30). | JPM | 0.60 | 450.00 |
| 09/08/10 | Review motion in limine. | JXZ | 0.60 | 255.00 |
| 09/08/10 | Prepare for and participate in Rule 26 conference with Deloitte's counsel. | RJM | 1.30 | 741.00 |
| 09/09/10 | Review of draft initial disclosure statement and internal emails re suggested revisions (1.50); review of CJK memoranda re documents (1.00); review of expert resumes (.30). | JPM | 2.80 | 2,100.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/09/10 | Extensive teleconference with M. Greecher to discuss Mills complaint and strategy and changes to borrower discovery order (.90); review and analyze same (.30); teleconference with Siedel regarding Waterfield (.10). | MSI | 1.30 | 988.00 |
| 09/09/10 | Review/edit initial disclosures. | RJM | 0.30 | 171.00 |
| 09/10/10 | Emails with US Bank's counsel re: interpleader settlement. | ELS | 0.30 | 178.50 |
| 09/10/10 | Review and revise draft initial disclosures in Deloitte litigation (1.50); internal emails re same (.40); several emails from Deloitte counsel, BDO and internally re discovery planning (.80). | JPM | 2.70 | 2,025.00 |
| 09/10/10 | Confer with C. Kang re initial disclosures and related matters. | RJM | 0.10 | 57.00 |
| 09/11/10 | Review revised draft internal disclosures and internal emails re same. | JPM | 1.00 | 750.00 |
| 09/13/10 | Review and revise initial disclosure in Deloitte litigation (1.30); various emails re same (.50). | JPM | 1.80 | 1,350.00 |
| 09/13/10 | Final edits to pre-trial disclosures. | RJM | 0.20 | 114.00 |
| 09/14/10 | Review revisions to initial disclosure and related materials and various emails and internal conferences re same (3.00); review of Deloitte initial disclosure (.40); confer with CJK re same (.10). | JPM | 3.50 | 2,625.00 |
| 09/14/10 | Review and calendar scheduling order relating to motion of Mills (.20). | JS | 0.20 | 49.00 |
| 09/15/10 | Confer with CJK re Deloitte initial disclosures (.20); review same (.50); emails with Capstone re possible retention as expert (.30); review of expert issues (1.00). | JPM | 2.00 | 1,500.00 |
| 09/16/10 | Confer with CJK (2) re discovery issues (.50); emails re same (.40). | JPM | 0.90 | 675.00 |
| 09/16/10 | Review US Bank pleadings. | JXZ | 0.50 | 212.50 |
| 09/17/10 | Park National - begin review of their summary judgment motion. | ELS | 0.30 | 178.50 |
| 09/17/10 | Review US Bank order (.10); review AP dockets (.10). | JXZ | 0.20 | 85.00 |
| 09/17/10 | Review and analyze proposed discovery order with borrowers (.60); teleconference (2x) with M. Greecher regarding issues on same (.50). | MSI | 1.10 | 836.00 |
| 09/19/10 | Review Mills' discovery responses and email to Debtors' counsel re: same. | ELS | 0.30 | 178.50 |
| 09/20/10 | Confer with CJK re document issues (.30); review of CJK memoranda (.80). | JPM | 1.10 | 825.00 |
| 09/20/10 | Review final draft of Borrower's order and e-mail with M. Greecher regarding same (.20); review e-mails with Borrower's counsel (.10). | MSI | 0.30 | 228.00 |
| 09/21/10 | Revise and edit proposed Waterfield settlement; draft e-mail to Beach regarding same. | MSI | 1.20 | 912.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/22/10 | Waterfield - review and revise draft settlement agreement and conference call with MSI and Beach re: same (.90); Mills - phone call with debtors counsel re: depositions, meeting with MSI re: same and review Mills document production (2.90). | ELS | 3.80 | 2,261.00 |
| 09/22/10 | Review discovery notice (.10). | JXZ | 0.10 | 42.50 |
| 09/22/10 | Revise and edit settlement agreement (.80); meeting with ELS regarding same and teleconference with Beach regarding issues (.40); review e-mails regarding same (.20). | MSI | 1.40 | 1,064.00 |
| 09/23/10 | Waterfield - review latest version of revised settlement stipulation and meeting with MSI re: same. | ELS | 0.40 | 238.00 |
| 09/23/10 | Confer with MSI re AHM/Deloitte litigation (.30); confer (2) with CJK re discovery and expert issues (.40); review of expert retention issues (1.00); review of discovery requests by Deloitte (.80); review of draft confidentiality agreement prepared by Deloitte counsel (1.00); emails with BDO and internal re Deloitte discovery demands (.40). | JPM | 3.90 | 2,925.00 |
| 09/23/10 | Emails with Debbie Laskin regarding Mills v. Kuehn/Kuehn Ventura, CA Court litigation (.20); review and forward pleadings (.30). | JS | 0.50 | 122.50 |
| 09/23/10 | Review deposition notices/subpoenas. | JXZ | 0.20 | 85.00 |
| 09/23/10 | Review additional changes to the settlement agreement including revisions (.80); draft e-mails regarding same (.20); meeting with ELS regarding same (.10). | MSI | 1.10 | 836.00 |
| 09/24/10 | Emails with BDO. | JPM | 0.20 | 150.00 |
| 09/24/10 | Review and edit latest draft of Waterfield settlement agreement; review and respond to e-mails regarding same. | MSI | 0.80 | 608.00 |
| 09/24/10 | Confer with CJK re various discovery issues (.50); meet and confer with Deloitte re e-discovery (1.40). | RJM | 1.90 | 1,083.00 |
| 09/27/10 | Confer with CJK and RJM re retention of expert (.40); review of resumes (.80); telephone conference with M. Michaelis of BDO (.20); review of draft document request (.50). | JPM | 1.90 | 1,425.00 |
| 09/27/10 | Review WFB circuit opinion. | JXZ | 0.20 | 85.00 |
| 09/27/10 | Confer with JPM re experts. | RJM | 0.10 | 57.00 |
| 09/28/10 | Review of Deloitte's discovery requests and CJK memoranda (1.20); conference call with BDO and CJK re responses and other discovery issues (.50); confer (2) with CJK re discovery issues (.40); review of accountant document requests in other cases and review plaintiff's document request to Deloitte (1.60); emails with BDO and review of attachments (.40). | JPM | 4.10 | 3,075.00 |
| 09/28/10 | Review and forward notice of depositions re: Mills and Esquivel (.10); review and forward subpoena for Video tape trail (.10). | JS | 0.20 | 49.00 |
| 09/28/10 | Review deposition notices. | JXZ | 0.10 | 42.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/28/10 | Review and edit latest draft of the Waterfield settlement agreement (.50); review issues raised by Huntington and discuss same with Beach (.40). | MSI | 0.90 | 684.00 |
| 09/29/10 | Telephone conference with John Worth (.30) and Paul Regan (.30) re potential role as expert witness in Deloitte litigation (.30); email to Paul Regan re AHM (.30); emails with CJK re expert issues (.40); review of materials from BDO (1.00); telephone conference with RJM re expert issues and discovery issues (.30). | JPM | 2.90 | 2,175.00 |
| 09/29/10 | Telephone conference with CJK re various discovery issues (.20); telephone conference with JPM re various discovery issues and experts (.10); review CV's of Worth and Regan (.20). | RJM | 0.50 | 285.00 |
| 09/30/10 | Review debtors' draft 9019 motion re Waterfield and provide comments on same (.40); e-mails with debtor's counsel re depositions in Mills matter (.20). | ELS | 0.60 | 357.00 |
| 09/30/10 | Review of CJK summary of findings from published services of potential experts (Worth and Regan) (.50); review of recent demand for production of documents (.50); and draft discovery plan (.40); review of emails and schedules prepared by BDO re debtors' documents (.80); review of initial discovery statements of parties (.70). | JPM | 2.90 | 2,175.00 |
| 09/30/10 | Review subpoena (.10). | JXZ | 0.10 | 42.50 |
| 09/30/10 | Review and edit motion seeking approval of Waterfield settlement (.80); review and respond to various e-mails regarding status and outstanding issues (.30). | MSI | 1.10 | 836.00 |
| 09/30/10 | Review of Waterfield settlement motion | MTP | 0.50 | 380.00 |

TOTAL HOURS                               58.90

TOTAL SERVICES..........................................................................$    40,837.00

DISBURSEMENT SUMMARY

CARFARE                                                    $161.57

DUPLICATING                                                $0.30

SEARCH FEES                                               $26.64

TELECOPY PAGES                                           $24.00

TOTAL DISBURSEMENTS..............................................................$      212.51

TOTAL FEES & DISBURSEMENTS ...........................................$    41,049.51

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 0.90 | 245.00 | 220.50 |
| 493 | Zawadzki | 2.80 | 425.00 | 1,190.00 |
| 952 | Malatak | 5.60 | 570.00 | 3,192.00 |
| 486 | Schnitzer | 6.90 | 595.00 | 4,105.50 |
| 226 | McCahey | 32.30 | 750.00 | 24,225.00 |
| 260 | Indelicato | 9.90 | 760.00 | 7,524.00 |
| 364 | Power | 0.50 | 760.00 | 380.00 |
| | ATTY TOTAL | 58.90 | | 40,837.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144214

For professional services rendered from September 1, through September 30, 2010 in connection with the following:

703159    AMERICAN HOME MORTGAGE HOLDINGS, INC.
012       CLAIMS ADMINISTRATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/08/10 | Review Dabrieo 9019 motion and emails ELS same (.30). | JXZ | 0.30 | 127.50 |
| 09/13/10 | Review scheduling order/certification (.20). | JXZ | 0.20 | 85.00 |
| 09/20/10 | Review claims notice (.10). | JXZ | 0.10 | 42.50 |
| 09/24/10 | Review claims orders (.10). | JXZ | 0.10 | 42.50 |

TOTAL HOURS                                    0.70

TOTAL SERVICES..........................................................................$    297.50

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 0.70 | 425.00 | 297.50 |
| ATTY TOTAL | | 0.70 | | 297.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144214

For professional services rendered from September 1, through September 30, 2010 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|--|--------|----------------------------------------|
|  | 013    | INVESTIGATION OF COMPANY               |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/01/10 | Email correspondence with J. Burzenski re document discovery issues (.10); e-mail correspondence with Debtors' counsel re same (.10); investigated electronic document discovery issues (1.00). | CJK | 1.20 | 600.00 |
| 09/02/10 | E-mail correspondence with J. Burzenski re document discovery issues (.10); e-mail correspondence with BDO re initial disclosures (.10); reviewed initial disclosures (.30); reviewed various privilege logs produced to determine source and use in litigation against D&T (.50). | CJK | 1.00 | 500.00 |
| 09/03/10 | Teleconference with Debtors' IT employee J. Burzenski to get a handle on document and electronic information issues (1.30); prepared memo to file memorializing call with J. Burzenski (1.00); e-mail correspondence with J. Burzenski re email restored files (.10); reviewed list of email restored files (.20); e-mail correspondence with BDO re initial disclosures (.10); teleconference with BDO re initial disclosures (.50); revised initial disclosures (.50). | CJK | 3.70 | 1,850.00 |
| 09/07/10 | Reviewed BDO's proposed revisions to initial disclosures (.30); revised initial disclosures (.80); conference with JPM re document issues (.20); conference with RJM/JPM re initial disclosures, Rule 26(f) report and discovery issues (1.20); correspondence with BDO re proposed revisions to initial disclosures (.20); e-mail correspondence with Deloitte's counsel re Rule 26(f) conference (.10). | CJK | 2.80 | 1,400.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/07/10 | Confer with CJK and RJM (2) re discovery issues (.80); review of CJK memoranda re documents (1.00); review of previous materials re AHM documents (1.00); emails with Deloitte counsel and BDO (.30). | JPM | 3.10 | 2,325.00 |
| 09/08/10 | Conference with RJM re Rule 26(f) conference and discovery issues (.40); continuation of Rule 26(f) conference with D&T counsel/RJM (.80); reviewed federal and local rules re e-discovery requirements (.20); correspondence with J. Burzenski regarding Debtors' document issues (.10); research regarding our obligation to review and produce voluminous documents in the warehouse and cost shifting considerations (3.00); e-mail report to RJM/JPM re same (.50); revised initial disclosures (.20); teleconference with BDO re proposed revisions to initial disclosures (.30); reviewed document index provided by BDO re document categories listed in initial disclosures (.10). | CJK | 5.60 | 2,800.00 |
| 09/09/10 | Reviewed electronic discovery issues for call with Debtors' employee J. Burzenski (.20); teleconference with J. Burzenski re electronic discovery issues (1.00); Memo to JPM/RJM re same (1.00); e-mail correspondence with P. Moran re accounting system issues (.20); teleconference with RJM re initial disclosures (.10); initial drafting of Rule 26(f) written discovery report (.50); e-mail correspondence with JPM/RJM re initial disclosures (.20). | CJK | 3.20 | 1,600.00 |
| 09/10/10 | Conference with RJM re initial disclosures (.30); reviewed privilege log and investigated the circumstances surrounding its preparation (.40); e-mail correspondence with JPM/RJM re same (.10); e-mail correspondence with BDO re initial disclosures (.10); e-mail correspondence with D&T counsel re continued Rule 26(f) conference (.10); teleconference with M. Stewart at BDO re initial disclosures (.30); revised initial disclosures (.50); reviewed BDO's damages calculations for initial disclosures (.30); e-mail correspondence with JPM/RJM re same (.20); e-mail correspondence with Debtors' employee J. Burzenski re contact information for other employees with knowledge of electronic information issues (.10). | CJK | 2.40 | 1,200.00 |
| 09/13/10 | Conference/teleconference/email correspondence with RJM/JPM re revised initial disclosures (.50); reviewed revisions to initial disclosures and made further revisions (.50); e-mail correspondence with local counsel re initial disclosures (.10); reviewed notes of issues re electronic accounting systems for call with P. Moran (.30); teleconference with P. Moran re electronic accounting system issues (1.00); prepared memo to file memorializing call with P. Moran (.70); e-mail correspondence with BDO re revised initial disclosures (.10). | CJK | 3.20 | 1,600.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/14/10 | E-mail correspondence with BDO re final revisions to initial disclosures (.10); revised initial disclosures (.30); e-mail correspondence/conference with JPM/RJM re final revised initial disclosures (.20); teleconference with local counsel re filing of notice of service of initial disclosures (.10); finalized and due diligence re initial disclosures (.30); prepared notice of service of initial disclosures (.20); reviewed applicable rules re service and filing of initial disclosures (.20); e-mail correspondence with D&T counsel re initial disclosures (.10); reviewed D&T's initial disclosures (.20). | CJK | 1.70 | 850.00 |
| 09/15/10 | E-mail correspondence with local counsel re information about various privilege logs (.20); e-mail correspondence with potential expert Capstone/JPM re status (.10). | CJK | 0.30 | 150.00 |
| 09/16/10 | Conference with RJM re preparation for continuation of Rule 26(f) conference with D&T counsel (.70); continuation of Rule 26(f) conference with D&T counsel (.70); conference with JPM re same (.10); e-mail correspondence with Debtors' employees/D&T counsel re global call to discuss electronic discovery issues (.30). | CJK | 1.80 | 900.00 |
| 09/17/10 | E-mail correspondence with JPM/RJM/Debtors/D&T counsel re global call to discuss electronic information issues (.20). | CJK | 0.20 | 100.00 |
| 09/21/10 | Teleconference with RJM re followup Rule 26(f) conference (.10); Email correspondence with D&T counsel re same (.10); Email correspondence with J. Burzenski and P. Moran re same (.10). | CJK | 0.30 | 150.00 |
| 09/22/10 | Reviewed Deloitte & Touche's document demands, interrogatories and notice of deposition (.80). | CJK | 0.80 | 400.00 |
| 09/23/10 | Conference with JPM re D&T's discovery requests (.10); e-mail correspondence with BDO re same (.10); reviewed D&T's proposed confidentiality stipulation (.80); conference with JPM re expert retention issues and next steps (.20); drafted document requests (.50); reviewed prior request for documents to Deloitte to frame appropriate document requests (.30); prepared for 9/24 Rule 26(f) conference with D&T (1.00). | CJK | 3.00 | 1,500.00 |
| 09/24/10 | Prepared for Rule 26(f) conference with D&T (.20); Conference with RJM re Rule 26(f) conference with D&T and discovery (.30); Follow-up Rule 26(f) conference (1.40); Reviewed notes of Rule 26(f) conference (.30); Email correspondence with JPM/RJM re call with BDO re discovery (.10); Email correspondence with RJM/J. Burzenski re discovery (.10); Teleconference with J. Burzenski re D&T's electronic information system (.50); Conference with RJM re same (.20); Email correspondence with JPM/RJM/BDO re discovery (.10); Addressed/investigated electronic discovery and related issues (1.00). | CJK | 4.20 | 2,100.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 09/27/10 | Conference/teleconference with JPM re expert retention issues (.10); drafted Plaintiff's document requests to D&T (2.00); e-mail correspondence with JPM/RJM re same (.10); reviewed transcript of Rule 26(f) conference with D&T (1.00). | CJK | 3.20 | 1,600.00 |
| 09/28/10 | Prepared for call with BDO re discovery (.20); call with BDO/JPM re discovery (.50); Conference with JPM re our discovery requests (.30); revised discovery requests per JPM (1.20); reviewed BDO's chart of D&T discovery requests and notice of deposition (.30); drafted parties' joint Rule 26(f) discovery plan (2.00); background and experience research re potential experts, John Worth and Paul Regan (1.50). | CJK | 6.00 | 3,000.00 |
| 09/29/10 | E-mail correspondence with J. Burzenski re electronic discovery issues (.10); reviewed and summarized materials on potential experts (5.50); e-mail correspondence with JPM and potential expert re case (.10); teleconference with RJM re update on discovery (.20); e-mail correspondence with BDO re D&T discovery (.10); reviewed BDO's chart re D&T discovery (.40); revised draft joint Rule 26(f) report (.40); reviewed BDO's comments to draft document requests (.10); revised document requests (.50); e-mail correspondence with JPM/RJM re same (.10). | CJK | 7.50 | 3,750.00 |
| 09/30/10 | E-mail correspondence with JPM/RJM re draft of joint Rule 26(f) report (.10); teleconference with BDO re discovery requests (.10); reviewed PCAOB reports (.20); teleconference with JPM re same (.10); drafted interrogatories (.50); prepared notices of deposition (.50); teleconference with RJM re discovery requests and 26(f) report (.10); e-mail correspondence with JPM/RJM re interrogatories and deposition notices (.10). | CJK | 1.70 | 850.00 |

TOTAL HOURS                                            56.90

TOTAL SERVICES............................................................$       29,225.00

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $8.41 |
| DUPLICATING | $5.20 |
| LEXIS | $3,369.24 |
| MEALS | $10.52 |
| TELEPHONE CONFERENCE CALL | $100.44 |
| TRAVEL | $15.00 |

TOTAL DISBURSEMENTS...............................................$       3,508.81

TOTAL FEES & DISBURSEMENTS ............................................$       32,733.81

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 931 | Kang | 53.80 | 500.00 | 26,900.00 |
| 226 | McCahey | 3.10 | 750.00 | 2,325.00 |
| ATTY TOTAL | | 56.90 | | 29,225.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**


December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue    (33rd floor)
New York, NY 10022


Invoice number: 144214

For professional services rendered from September 1, through September 30, 2010 in connection with the following:

| | | |
|---|---|---|
| 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. | |
| 014 | TRIAD WORKOUT | |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 09/02/10 | Attention to communications to counsel for the Debtors (.20), Triad (.10), Countrywide (.10) and the Securitization Trusts (.10), re: propose additional stipulation; Communication with ELS re: same (.10); Attention to drafting stipulation (.60) and additional communications with various counsel, re: forward/discuss same (.30); Communication with Debtors' counsel, re: Triad issue (.10); Receive/review executed signature pages and multiple communications to the Debtors, re: forwarding same (.20). | CAJ | 1.80 | 1,071.00 |
| 09/07/10 | Additional work related to stipulation, including communications to various parties (.20) and overseeing the finalization/filing by the Debtors with the Court (.10). | CAJ | 0.30 | 178.50 |
| 09/10/10 | Attention to review court entry granting stipulation and multiple communications, re: forwarding stipulation. | CAJ | 0.20 | 119.00 |
| 09/13/10 | Attention to research, re: motion to dismiss issues. | CAJ | 2.40 | 1,428.00 |
| 09/14/10 | Attention to review mortgage loan documents (.40) and additional research, re: contract and insurance law (Illinois) (1.80); Communication with Debtors' counsel (.10). | CAJ | 2.30 | 1,368.50 |
| 09/27/10 | Continue with researching/reviewing case law with respect to dismissal issues. | CAJ | 1.40 | 833.00 |
| 09/28/10 | Attention to continue to review insurance policy information, re: motion to dismiss (.60); Attention to on-line research, re: insurance law issue (.60). | CAJ | 1.20 | 714.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
|      |          |      |       | _____ |

TOTAL HOURS                9.60

TOTAL SERVICES...........................................................................$      5,712.00

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 588 | Jarvinen | 9.60 | 595.00 | 5,712.00 |
| ATTY TOTAL | | 9.60 | | 5,712.00 |