**Exhibit C**

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|------|-----------|-----------|-----------|-----------|
| 9/30/2010 | Indelicato, Mark S | CAR | **$161.57** | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 134304; DATE: 10/5/2010 |
| 9/2/2010 | | DUPL | $1.00 | |
| 9/9/2010 | | DUPL | $0.30 | |
| 9/9/2010 | | DUPL | $1.70 | |
| 9/10/2010 | Virani, Zahir | DUPL | $2.40 | |
| 9/10/2010 | Virani, Zahir | DUPL | $1.70 | |
| 9/10/2010 | Schnitzer, Edward L. | DUPL | $1.20 | |
| 9/10/2010 | | DUPL | $0.20 | |
| 9/10/2010 | | DUPL | $0.10 | |
| 9/13/2010 | Virani, Zahir | DUPL | $1.00 | |
| 9/13/2010 | | DUPL | $0.20 | |
| 9/14/2010 | Schnitzer, Edward L. | DUPL | $1.20 | |
| 9/14/2010 | Schnitzer, Edward L. | DUPL | $15.00 | |
| 9/14/2010 | Kang, Christina | DUPL | $4.40 | |
| 9/14/2010 | Schnitzer, Edward L. | DUPL | $1.60 | |
| 9/14/2010 | Virani, Zahir | DUPL | $0.50 | |
| 9/14/2010 | Virani, Zahir | DUPL | $8.70 | |
| 9/14/2010 | Virani, Zahir | DUPL | $5.10 | |
| 9/15/2010 | Virani, Zahir | DUPL | $2.00 | |
| 9/15/2010 | Virani, Zahir | DUPL | $3.40 | |
| 9/15/2010 | Virani, Zahir | DUPL | $0.10 | |
| 9/15/2010 | | DUPL | $1.50 | |
| 9/15/2010 | | DUPL | $0.20 | |
| 9/15/2010 | | DUPL | $1.90 | |
| 9/15/2010 | | DUPL | $5.20 | |
| 9/15/2010 | | DUPL | $1.40 | |
| 9/16/2010 | Virani, Zahir | DUPL | $0.10 | |
| 9/16/2010 | Virani, Zahir | DUPL | $1.20 | |
| 9/16/2010 | Rigano, Nicholas C. | DUPL | $75.30 | |
| 9/16/2010 | | DUPL | $1.90 | |
| 9/16/2010 | | DUPL | $1.80 | |
| 9/16/2010 | | DUPL | $0.20 | |
| 9/16/2010 | | DUPL | $0.10 | |
| 9/16/2010 | | DUPL | $4.50 | |
| 9/16/2010 | | DUPL | $0.20 | |
| 9/17/2010 | Virani, Zahir | DUPL | $0.90 | |
| 9/17/2010 | Virani, Zahir | DUPL | $2.40 | |
| 9/17/2010 | | DUPL | $1.90 | |
| 9/17/2010 | | DUPL | $0.40 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|------|-----------|-----------|------------|-----------|
| 9/17/2010 | | DUPL | $0.20 | |
| 9/17/2010 | | DUPL | $0.10 | |
| 9/17/2010 | | DUPL | $1.90 | |
| 9/17/2010 | | DUPL | $1.90 | |
| 9/17/2010 | | DUPL | $1.20 | |
| 9/17/2010 | | DUPL | $0.10 | |
| 9/17/2010 | | DUPL | $0.20 | |
| 9/20/2010 | | DUPL | $0.70 | |
| 9/20/2010 | | DUPL | $0.20 | |
| 9/20/2010 | | DUPL | $0.20 | |
| 9/20/2010 | | DUPL | $1.20 | |
| 9/20/2010 | | DUPL | $0.20 | |
| 9/20/2010 | | DUPL | $0.20 | |
| 9/20/2010 | | DUPL | $1.80 | |
| 9/20/2010 | | DUPL | $1.00 | |
| 9/20/2010 | | DUPL | $0.30 | |
| 9/20/2010 | | DUPL | $0.10 | |
| 9/20/2010 | | DUPL | $0.30 | |
| 9/20/2010 | | DUPL | $0.30 | |
| 9/20/2010 | | DUPL | $1.90 | |
| 9/20/2010 | | DUPL | $1.90 | |
| 9/20/2010 | | DUPL | $1.90 | |
| 9/20/2010 | | DUPL | $1.80 | |
| 9/20/2010 | | DUPL | $0.60 | |
| 9/21/2010 | | DUPL | $1.70 | |
| 9/21/2010 | | DUPL | $0.20 | |
| 9/21/2010 | | DUPL | $0.20 | |
| 9/22/2010 | Rigano, Nicholas C. | DUPL | $0.50 | |
| 9/22/2010 | Delapaz, Christina | DUPL | $0.20 | |
| 9/22/2010 | Rigano, Nicholas C. | DUPL | $0.20 | |
| 9/27/2010 | | DUPL | $0.40 | |
| 9/27/2010 | | DUPL | $0.30 | |
| 9/27/2010 | | DUPL | $0.10 | |
| 9/27/2010 | | DUPL | $0.10 | |
| 9/27/2010 | | DUPL | $0.80 | |
| 9/27/2010 | | DUPL | $0.10 | |
| 9/27/2010 | | DUPL | $1.00 | |
| 9/27/2010 | | DUPL | $0.20 | |
| 9/27/2010 | | DUPL | $0.20 | |
| 9/27/2010 | | DUPL | $0.10 | |
| 9/27/2010 | | DUPL | $0.10 | |
| 9/27/2010 | | DUPL | $0.20 | |
| 9/27/2010 | | DUPL | $0.10 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|------|-----------|-----------|-----------|-----------|
| 9/27/2010 | | DUPL | $0.10 | |
| 9/27/2010 | | DUPL | $0.10 | |
| 9/27/2010 | | DUPL | $0.10 | |
| 9/27/2010 | | DUPL | $0.10 | |
| 9/27/2010 | | DUPL | $0.10 | |
| 9/27/2010 | | DUPL | $0.10 | |
| 9/27/2010 | | DUPL | $0.10 | |
| 9/27/2010 | | DUPL | $0.10 | |
| 9/27/2010 | | DUPL | $0.10 | |
| 9/27/2010 | | DUPL | $0.10 | |
| 9/27/2010 | | DUPL | $0.10 | |
| 9/28/2010 | Virani, Zahir | DUPL | $5.30 | |
| 9/28/2010 | Virani, Zahir | DUPL | $1.80 | |
| 9/28/2010 | | DUPL | $0.70 | |
| 9/28/2010 | | DUPL | $0.10 | |
| 9/28/2010 | | DUPL | $0.10 | |
| 9/28/2010 | | DUPL | $0.10 | |
| 9/29/2010 | Schnitzer, Edward L. | DUPL | $0.10 | |
| 9/29/2010 | | DUPL | $6.40 | |
| 9/29/2010 | | DUPL | $0.90 | |
| 9/29/2010 | | DUPL | $0.70 | |
| 9/29/2010 | | DUPL | $0.90 | |
| 9/30/2010 | Schnitzer, Edward L. | DUPL | $0.10 | |
| 9/30/2010 | Craner, Katherine G. | DUPL | $15.00 | |
| 9/30/2010 | | DUPL | $4.20 | |
| 9/30/2010 | | DUPL | $0.60 | |
| 9/30/2010 | | DUPL | $0.20 | |
| 9/30/2010 | | DUPL | $0.10 | |
| 9/30/2010 | | DUPL | $0.10 | |
| 9/30/2010 | | DUPL | $0.20 | |
| 9/30/2010 | | DUPL | $0.10 | |
| 9/30/2010 | | DUPL | $0.80 | |
| 9/30/2010 | | DUPL | $0.10 | |
| 9/30/2010 | | DUPL | $0.10 | |
| 9/30/2010 | | DUPL | $0.20 | |
| 9/30/2010 | | DUPL | $0.90 | |
| 9/30/2010 | | DUPL | $0.10 | |
| 9/30/2010 | | DUPL | $0.10 | |
| 9/30/2010 | | DUPL | $0.20 | |
| 9/30/2010 | | DUPL | $0.10 | |
| 9/30/2010 | | DUPL | $0.10 | |
| 9/30/2010 | | DUPL | $0.10 | |
| 9/30/2010 | | DUPL | $0.10 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|------|-----------|-----------|------------|-----------|
| 9/30/2010 | | DUPL | $0.10 | |
| 9/30/2010 | | DUPL | $1.00 | |
| 9/30/2010 | | DUPL | $0.10 | |
| 9/30/2010 | | DUPL | $0.10 | |
| 9/30/2010 | | DUPL | $0.10 | |
| 9/30/2010 | | DUPL | $1.20 | |
| 9/30/2010 | | DUPL | $0.10 | |
| 9/30/2010 | | DUPL | $0.20 | |
| 9/30/2010 | | DUPL | $0.10 | |
| | | | **$224.50** | |
| 9/30/2010 | Kang, Christina | FAX | **$24.00** | |
| 9/15/2010 | Schnitzer, Edward L. | LEXI | $3.91 | VENDOR: LEXIS - NEXIS; INVOICE#: 1009001950; DATE: 9/30/2010 |
| 9/27/2010 | Kang, Christina | LEXI | $1,044.68 | VENDOR: LEXIS - NEXIS; INVOICE#: 1010001946; DATE: 10/31/2010 |
| 9/29/2010 | Kang, Christina | LEXI | $2,324.56 | VENDOR: LEXIS - NEXIS; INVOICE#: 1009001950; DATE: 9/30/2010 |
| | | | **$3,373.15** | |
| 9/15/2010 | Schnitzer, Edward L. | MEAL | $23.23 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 753411; DATE: 9/19/2010 |
| 9/17/2010 | Meldon, Anne S | MEAL | $9.81 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 753411; DATE: 9/19/2010 |
| 9/28/2010 | Kang, Christina | MEAL | $10.52 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 762579; DATE: 10/3/2010 |
| | | | **$43.56** | |
| 9/14/2010 | Kang, Christina | ODEL | $9.10 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 7-229-21455; DATE: 9/20/2010 |
| 9/14/2010 | Kang, Christina | ODEL | $9.10 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 7-229-21455; DATE: 9/20/2010 |
| 9/15/2010 | Virani, Zahir | ODEL | $9.10 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 7-229-21455; DATE: 9/20/2010 |
| 9/15/2010 | Virani, Zahir | ODEL | $9.10 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 7-229-21455; DATE: 9/20/2010 |
| | | | **$36.40** | |
| 9/10/2010 | Schnitzer, Edward L. | POST | $2.10 | |
| 9/16/2010 | Virani, Zahir | POST | $0.61 | |
| 9/16/2010 | Virani, Zahir | POST | $1.05 | |
| 9/16/2010 | Virani, Zahir | POST | $1.05 | |
| 9/17/2010 | Virani, Zahir | POST | $2.10 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 9/20/2010 | Rigano, Nicholas C. | POST | $5.54 | |
| 9/22/2010 | Rigano, Nicholas C. | POST | $5.71 | |
| 9/22/2010 | Rigano, Nicholas C. | POST | $0.10 | |
| 9/27/2010 | Gonzalez, Dalgis E. | POST | $0.44 | |
| 9/28/2010 | Gonzalez, Dalgis E. | POST | $1.05 | |
| 9/30/2010 | Rigano, Nicholas C. | POST | $1.90 | |
| 9/30/2010 | Craner, Katherine G. | POST | $6.24 | |
| | | | **$27.89** | |
| | | | | |
| 9/15/2010 | Schnitzer, Edward L. | REP | $453.75 | VENDOR: ELLEN GRAUER COURT REPORTING CO.; INVOICE#: 201103800EA; DATE: 10/15/2010 |
| 9/15/2010 | Schnitzer, Edward L. | REP | $175.00 | VENDOR: ELLEN GRAUER COURT REPORTING CO.; INVOICE#: 20103785EA; DATE: 10/15/2010 |
| 9/28/2010 | Schnitzer, Edward L. | REP | $1,240.00 | VENDOR: ELLEN GRAUER COURT REPORTING CO.; INVOICE#: 20103938EA; DATE: 10/22/2010 |
| | | | **$1,868.75** | |
| 9/3/2010 | Power, Mark | SEAR | $26.64 | VENDOR: PACER SERVICE CENTER; INVOICE#: 09302010; DATE: 9/30/2010 |
| 9/7/2010 | Power, Mark | SEAR | $0.24 | VENDOR: PACER SERVICE CENTER; INVOICE#: 09302010; DATE: 9/30/2010 |
| 9/10/2010 | Power, Mark | SEAR | $4.32 | VENDOR: PACER SERVICE CENTER; INVOICE#: 09302010; DATE: 9/30/2010 |
| 9/15/2010 | Power, Mark | SEAR | $0.96 | VENDOR: PACER SERVICE CENTER; INVOICE#: 09302010; DATE: 9/30/2010 |
| 9/16/2010 | Power, Mark | SEAR | $4.88 | VENDOR: PACER SERVICE CENTER; INVOICE#: 09302010; DATE: 9/30/2010 |
| 9/28/2010 | Power, Mark | SEAR | $104.96 | VENDOR: PACER SERVICE CENTER; INVOICE#: 09302010; DATE: 9/30/2010 |
| 9/30/2010 | Power, Mark | SEAR | $185.28 | VENDOR: PACER SERVICE CENTER; INVOICE#: 09302010; DATE: 9/30/2010 |
| | | | **$327.28** | |
| | | | | |
| 9/2/2010 | Zawadzki, Jeffrey | TELCON | $40.73 | VENDOR: AMERICAN EXPRESS; INVOICE#: 110710; DATE: 11/4/2010 |
| 9/8/2010 | Kang, Christina | TELCON | $22.98 | VENDOR: AMERICAN EXPRESS; INVOICE#: 110710; DATE: 11/4/2010 |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|------|-----------|-----------|------------|-----------|
| 9/16/2010 | Kang, Christina | TELCON | $13.88 | VENDOR:  TELEPHONE CONFEREN AMERICAN EXPRESS; INVOICE#: 110710; DATE: 11/4/2010 |
| 9/23/2010 | Indelicato, Mark S | TELCON | $44.00 | VENDOR: INDELICATO; INVOICE#: 50; DATE: 10/29/2010 |
| 9/24/2010 | Kang, Christina | TELCON | $63.58 | VENDOR: AMERICAN EXPRESS; INVOICE#: 110710; DATE: 11/4/2010 |
| | | | **$185.17** | |
| | | | | |
| 9/3/2010 | Orbach, Joseph | TELE | $0.35 | |
| 9/3/2010 | Kang, Christina | TELE | $2.69 | |
| 9/8/2010 | Kang, Christina | TELE | $0.35 | |
| 9/9/2010 | Kang, Christina | TELE | $2.12 | |
| 9/13/2010 | Rigano, Nicholas C. | TELE | $0.35 | |
| 9/13/2010 | Rigano, Nicholas C. | TELE | $0.42 | |
| 9/13/2010 | Kang, Christina | TELE | $0.35 | |
| 9/13/2010 | Kang, Christina | TELE | $0.39 | |
| 9/13/2010 | Kang, Christina | TELE | $0.35 | |
| 9/13/2010 | Kang, Christina | TELE | $0.35 | |
| 9/14/2010 | Kang, Christina | TELE | $0.35 | |
| 9/14/2010 | Kang, Christina | TELE | $0.35 | |
| 9/15/2010 | Orbach, Joseph | TELE | $0.35 | |
| 9/15/2010 | Orbach, Joseph | TELE | $0.35 | |
| 9/16/2010 | Orbach, Joseph | TELE | $0.35 | |
| 9/16/2010 | Orbach, Joseph | TELE | $0.35 | |
| 9/16/2010 | Orbach, Joseph | TELE | $0.35 | |
| 9/16/2010 | Orbach, Joseph | TELE | $0.35 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|------|-----------|-----------|-----------|-----------|
| 9/16/2010 | Orbach, Joseph | TELE | $0.35 | |
| 9/16/2010 | Orbach, Joseph | TELE | $0.35 | |
| 9/21/2010 | Rigano, Nicholas C. | TELE | $0.35 | |
| 9/21/2010 | Orbach, Joseph | TELE | $0.35 | |
| 9/23/2010 | Smith, Jason | TELE | $0.35 | |
| 9/24/2010 | Kang, Christina | TELE | $1.11 | |
| 9/28/2010 | Rigano, Nicholas C. | TELE | $0.35 | |
| | | | **$13.73** | |
| 9/21/2010 | McCahey, John P | TRAV | **$15.00** | VENDOR: MCCAHEY; INVOICE#: 23; DATE: 9/21/2010 |
| | **Total:** | | **$6,301.00** | |