**Exhibit B**

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144632

For professional services rendered from October 1, through October 31, 2010 in connection with the following:

| | | | |
|---|---|---|---:|
| 002 | CREDITORS COMMITTEE | $ | 31,717.00 |
| 007 | PROFESSIONAL FEES | | 8,120.50 |
| 008 | AVOIDANCE ACTIONS | | 36,158.50 |
| 009 | LITIGATION | | 36,931.50 |
| 012 | CLAIMS ADMINISTRATION | | 2,450.50 |
| 013 | INVESTIGATION OF COMPANY | | 18,191.00 |
| 014 | TRIAD WORKOUT | | 20,674.00 |
| | **Total Time** | $ | 154,243.00 |
| | LONG DISTANCE TELEPHONE CHARGES | $ | 7.58 |
| | CARFARE | | 245.51 |
| | CERTIFIED COPY | | 1,891.30 |
| | COURT FILING AND MISC. FEES | | 195.00 |
| | DUPLICATING | | 180.90 |
| | LEXIS | | 576.87 |
| | MEALS | | 113.41 |
| | OVERNIGHT DELIVERY | | 23.88 |
| | POSTAGE | | 17.67 |
| | TRAVEL | | 517.00 |
| | **Total Disbursements** | $ | 3,769.12 |
| | **TOTAL BILL** | $ | **158,012.12** |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144632

For professional services rendered from October 1, through October 31, 2010 in connection with the following:

703159       AMERICAN HOME MORTGAGE HOLDINGS, INC.
002          CREDITORS COMMITTEE

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/01/10 | Review Debtors' answering brief (.20); review docket (.10); calendar events (.10). | JS | 0.40 | 98.00 |
| 10/04/10 | Travel to and from Delaware for 30(b)(6) deposition in Mills matter (at 1/2 time) (2.60); attend 30(b)(6) deposition in Mills matter (4.80); draft email to Beach re: Mills' deposition (.30). | ELS | 7.70 | 4,581.50 |
| 10/04/10 | Review docket/recent pleadings (.20). | JXZ | 0.20 | 92.00 |
| 10/05/10 | Travel to and from deposition of Mills (at 1/2 time) (2.40); attend and assist at deposition of Mills and meetings with debtors' counsel re: same (10.80). | ELS | 13.20 | 7,854.00 |
| 10/06/10 | Waterfield - review revised settlement. | ELS | 0.30 | 178.50 |
| 10/07/10 | Park National - review debtor's papers opposing Park National summary judgment motion. | ELS | 0.70 | 416.50 |
| 10/07/10 | Reviewing BDO update report. | JO | 0.20 | 70.00 |
| 10/07/10 | Review motion to approve 9019 filed by Debtors' (.20); review motion to shorten regarding 9019 (.10); review order denying motion to short (.10); calendar events (.10); review and revise critical dates memo (.20). | JS | 0.70 | 171.50 |
| 10/07/10 | Review docket/recent pleadings (.40); review committee update (.20). | JXZ | 0.60 | 276.00 |
| 10/07/10 | Review order denying motion to shorten notice; email re same | MTP | 0.20 | 152.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/08/10 | Review reply memorandum of law by US bank (.20); review adjournment of hearings (.30); review docket (.20); review and revise critical dates memo (.50); calendar events (.10); file maintenance (.80). | JS | 2.10 | 514.50 |
| 10/11/10 | Appear telephonically at Esquival deposition. | ELS | 5.10 | 3,034.50 |
| 10/12/10 | Review Subpoena's re: Bridgeport and Norwood (.20); review docket (.10). | JS | 0.30 | 73.50 |
| 10/12/10 | Review docket/recent pleadings and calendar maintenance. | JXZ | 0.10 | 46.00 |
| 10/12/10 | Review issues on effective date; teleconference with creditors regarding same; teleconference with S. Sass regarding same and review pleadings. | MSI | 0.60 | 456.00 |
| 10/13/10 | Review agenda of hearing on 10/15 (.30); meeting with NCR and ELS regarding hearing (.20). | JS | 0.50 | 122.50 |
| 10/13/10 | Review committee update (.10). | JXZ | 0.10 | 46.00 |
| 10/13/10 | Review committee update (.10). | JXZ | 0.10 | 46.00 |
| 10/14/10 | Review 9019 motion/settlement agreement (.40). | JXZ | 0.40 | 184.00 |
| 10/15/10 | Review pleadings filed (.30); teleconference with Beach regarding effective date issues, Waterfield, fee application and litigations (.30); teleconference with Beach and Nystrom regarding strategy (.10). | MSI | 0.70 | 532.00 |
| 10/18/10 | Meeting with JO re: objection to borrower committee recent fee applications and review and revise draft objection. | ELS | 0.70 | 416.50 |
| 10/18/10 | Reviewing Borrower Committee fee applications (.30); Discussing same with ELS (.30); Drafting and revising objection to Borrower Committee fee applications (3). | JO | 3.60 | 1,260.00 |
| 10/18/10 | Review docket and update calendar events (.50). | JS | 0.50 | 122.50 |
| 10/19/10 | Mills - meeting with MSI re: deposition and appear telephonically at the Mills deposition (7.70); review and revise JO draft of objection to borrower committee fee applications and meeting with JO re: same (.30). | ELS | 8.00 | 4,760.00 |
| 10/19/10 | Reviewing pleading regarding modifying automatic stay (.30) and discussing same with ELS and Debtors (.10); Revising objection to borrower committee fee application (.20). | JO | 0.60 | 210.00 |
| 10/19/10 | Prepare for AHM hearing (.20); arrange for ELS to appear telephonically (.20); review docket (.20). | JS | 0.60 | 147.00 |
| 10/19/10 | Review hearing agenda (.10). | JXZ | 0.10 | 46.00 |
| 10/20/10 | Appear telephonically at Tanya Latteau's deposition for Mills matter (3.50); begin review of Esquivel deposition transcript (.50). | ELS | 4.00 | 2,380.00 |
| 10/20/10 | Review docket/pleadings (.10). | JXZ | 0.10 | 46.00 |
| 10/20/10 | Teleconference with Beach regarding various litigations and settlements; review same. | MSI | 0.40 | 304.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/21/10 | Review and analyze issues outstanding (.90); teleconference with S. Sass regarding same (.10); review memos from JXZ (.10). | MSI | 1.10 | 836.00 |
| 10/22/10 | Review certification of counsel regarding omnibus hearing dates (.20); calendar events (.20); update critical dates memo (.20); review docket (.10); file maintenance (.80). | JS | 1.50 | 367.50 |
| 10/22/10 | Review effective date chart and participate in call with proposed trustee, Debtor, YCST and BDO (1.10); teleconference with BDO and review open issues (.20); review e-mails on Bank issues (.30). | MSI | 1.60 | 1,216.00 |
| 10/25/10 | Review and revise debtors' draft consent order re: Ohio trustee borrower claim. | ELS | 0.50 | 297.50 |
| 10/25/10 | Review order setting omnibus hearing dates (.20). | JS | 0.20 | 49.00 |
| 10/28/10 | Review Mooring Tax Asset Group's motion to limit notice (.10); review notice of hearing regarding same (.10); calendar events (.10); review docket (.10). | JS | 0.40 | 98.00 |
| 10/28/10 | Teleconference with BDO regarding outstanding effective date issues. | MSI | 0.20 | 152.00 |
| 10/29/10 | Drafted email informing AHM team re Cambridge complaint filed with regards to subprime | NCR | 0.20 | 64.00 |

TOTAL HOURS                                     58.50

TOTAL SERVICES........................................................$     31,717.00

DISBURSEMENT SUMMARY

LONG DISTANCE TELEPHONE CHARGES                                        $2.86

CARFARE                                                              $195.13

CERTIFIED COPY                                                     $1,891.30

DUPLICATING                                                          $26.10

LEXIS                                                                $10.83

MEALS                                                                $41.59

POSTAGE                                                               $2.44

TOTAL DISBURSEMENTS............................................$      2,170.25

TOTAL FEES & DISBURSEMENTS ............................$     33,887.25

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 7.20 | 245.00 | 1,764.00 |
| 544 | Rigano | 0.20 | 320.00 | 64.00 |
| 583 | Orbach | 4.40 | 350.00 | 1,540.00 |
| 493 | Zawadzki | 1.70 | 460.00 | 782.00 |
| 486 | Schnitzer | 40.20 | 595.00 | 23,919.00 |
| 260 | Indelicato | 4.60 | 760.00 | 3,496.00 |
| 364 | Power | 0.20 | 760.00 | 152.00 |
| ATTY TOTAL | | 58.50 | | 31,717.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144632

For professional services rendered from October 1, through October 31, 2010 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|---|---|---|
|  | 007 | PROFESSIONAL FEES |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/04/10 | Final revisions to H&H's March fee application (.80); final revisions H&H's April fee application (.80). | JS | 1.60 | 392.00 |
| 10/04/10 | E-mails K. Ryan re fee applications (.10). | JXZ | 0.10 | 46.00 |
| 10/04/10 | Review and revise monthly fee application | MTP | 1.00 | 760.00 |
| 10/05/10 | Review certifications (.10). | JXZ | 0.10 | 46.00 |
| 10/07/10 | Final revisions to H&H's May fee application (.70); final revisions to H&H's June fee application (.60); prepare H&H's March, April, May and June, 2010 fee applications and exhibits for local counsel (3.50). | JS | 4.80 | 1,176.00 |
| 10/08/10 | Begin calculations and spreadsheet to draft H&H's 11th interim fee application (2.50). | JS | 2.50 | 612.50 |
| 10/11/10 | Draft H&H's 11th interim fee application (2.00). | JS | 2.00 | 490.00 |
| 10/12/10 | Review H&H's July, 2010 fee statements (.80); review H&H's August, 2010 fee statements (.80). | JS | 1.60 | 392.00 |
| 10/12/10 | Review certifications. | JXZ | 0.10 | 46.00 |
| 10/12/10 | Work on various monthly fee applications | MTP | 0.80 | 608.00 |
| 10/13/10 | Finalize and forward H&H's 11th interim fee application to local counsel. | JS | 1.50 | 367.50 |
| 10/13/10 | Review numerous fee applications, draft summaries and e-mail MSI same (1.10). | JXZ | 1.10 | 506.00 |
| 10/14/10 | Review certifications (.10). | JXZ | 0.10 | 46.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/18/10 | Review second and final fee application of Gilbert LLP and Zuckerman Spaeder LLP (.50); update fee summary chart (.30). | JS | 0.80 | 196.00 |
| 10/18/10 | Review objection to Borrowers committee fee application | MTP | 0.40 | 304.00 |
| 10/19/10 | Review certifications (.10). | JXZ | 0.10 | 46.00 |
| 10/20/10 | Review certifications (.10); meeting ELS re borrower fee applications (.10). | JXZ | 0.20 | 92.00 |
| 10/21/10 | Review numerous fee apps/draft summaries and e-mails MSI same (1.20); review fee order (.10). | JXZ | 1.30 | 598.00 |
| 10/27/10 | Further review of July, 2010 fee statements (.50); draft H&H's Thirty-Sixth (July) fee application (1.80); further review of August, 2010 fee statements (.40); draft H&H's Thirty-Seventh (August) fee application (1.80). | JS | 4.50 | 1,102.50 |
| 10/28/10 | Review H&H September, 2010 fee statements (1.20). | JS | 1.20 | 294.00 |

TOTAL HOURS                   25.80

TOTAL SERVICES..........................................................................$    8,120.50

DISBURSEMENT SUMMARY

DUPLICATING                                                                    $63.10

TOTAL DISBURSEMENTS............................................................$      63.10

TOTAL FEES & DISBURSEMENTS ............................................$    8,183.60


SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 556 | Smith | 20.50 | 245.00 | 5,022.50 |
| 493 | Zawadzki | 3.10 | 460.00 | 1,426.00 |
| 364 | Power | 2.20 | 760.00 | 1,672.00 |
| ATTY TOTAL | | 25.80 | | 8,120.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144632

For professional services rendered from October 1, through October 31, 2010 in connection with the following:

703159          AMERICAN HOME MORTGAGE HOLDINGS, INC.
008             AVOIDANCE ACTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/01/10 | Prepare 12th omnibus 9019 papers and email committee re: approval of settlements to be included in said motion. | ELS | 1.90 | 1,130.50 |
| 10/01/10 | Drafting summary of default judgment (.90). | KP | 0.90 | 171.00 |
| 10/04/10 | Assist KP with drafting of default documents in re: Larry Elliott (.40); prepare domestication documents regarding Optimost LLC & King Officer Services (.80); forward to local counsel for filing (.10). | JS | 1.30 | 318.50 |
| 10/04/10 | Meetings, e-mails, calls MSI/ELS (various), M. Felger/client (Warehouseline)(.40); calendar maintenance (.10); review adversary proceeding dockets/defaults and judgments (.10). | JXZ | 0.60 | 276.00 |
| 10/04/10 | Drafting default documents in re: Larry Elliott (2.40). | KP | 2.40 | 456.00 |
| 10/04/10 | Drafted enforcement documents for Optimost. | NCR | 0.30 | 96.00 |
| 10/05/10 | Follow-up re Experian settlement agreement. | JO | 0.10 | 35.00 |
| 10/05/10 | Emails to/from JXZ regarding Transbox and Tri M domestication of defaults (.20). | JS | 0.20 | 49.00 |
| 10/05/10 | Review document production/claims registry, conduct  ordinary course/new value analysis and draft mediation statement (2.30); draft litigation stipulation (.20); e-mails M. Yurkewicz (WHL)(.10). | JXZ | 2.60 | 1,196.00 |
| 10/05/10 | Drafted sample information subpoena. | NCR | 0.60 | 192.00 |
| 10/06/10 | Prepare documents for default judgment in L. Elliott (0.5). | AW | 0.50 | 212.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/06/10 | Warehouse Line - review and revise JXZ draft mediation letter and meeting with JXZ re: same (.70); A-1 - review and revise RMS draft settlement agreement (.30); Wyndham - emails with Crowther re: defenses (.30). | ELS | 1.30 | 773.50 |
| 10/06/10 | Meetings, e-mails, calls ELS (various), M. Yurkewicz (WHL), C. Neff (Xerox), T. Guilfoyle/C. Kunz (Johnston)(.70). | JXZ | 0.70 | 322.00 |
| 10/07/10 | Edit documents for default judgment in L. Elliott and forward to local counsel (0.5). | AW | 0.50 | 212.50 |
| 10/07/10 | CB Contractors - review their letter and draft motion to set aside default (.30); revisions to 12th omnibus 9019 motion (.30). | ELS | 0.60 | 357.00 |
| 10/07/10 | Calendar maintenance (.10); review adversary proceeding dockets/recent pleadings (.10); numerous e-mails, meetings, calls T Guilfoyle /ELS (various); C. Neff/M. Ralston/R. Roland (Xerox), M. Yurkewicz (WHL)(.60); draft mediation statement (.90). | JXZ | 1.70 | 782.00 |
| 10/07/10 | Drafted and edited Quantitative Risk Management settlement agreement (.50); followed up with counsel re obtaining an executed Outsource settlement (.10). | NCR | 0.60 | 192.00 |
| 10/07/10 | Initial drafting of Trade Show Fabrications motion for sanctions (.70). | ZV | 0.70 | 224.00 |
| 10/08/10 | Reviewed CB Contractor's letter regarding vactur of default (.20); conference with ELS re same (.10). | CJK | 0.30 | 157.50 |
| 10/08/10 | E-mails, meetings ELS (various), S. Sass (WHL)(.20); revise mediation statement (.20). | JXZ | 0.40 | 184.00 |
| 10/11/10 | Email correspondence with RMS/ELS re vacatur of default by CB Contractors (.10). | CJK | 0.10 | 52.50 |
| 10/11/10 | Reviewing Experian settlement agreement redline and responding with comments. | JO | 0.30 | 105.00 |
| 10/11/10 | Mailing certifications of counsel to bankruptcy clerk (.50). | KP | 0.50 | 95.00 |
| 10/11/10 | Meeting with ELS regarding issues on mediation and discovery (.30); Review same (.20). | MSI | 0.50 | 380.00 |
| 10/12/10 | Email correspondence with RMS/ELS re CD Contractor's motion to vacate default (.10). | CJK | 0.10 | 52.50 |
| 10/12/10 | Emails with debtors' counsel re: AT&T preference and their asserted defenses. | ELS | 0.40 | 238.00 |
| 10/12/10 | Review AP dockets/pleadings (.10); emails/calls with M. Yurkewicz/ELS (WHC) (.10). | JXZ | 0.20 | 92.00 |
| 10/12/10 | Drafting of sanctions motion for TSF (2.10).  Research regarding sanctions (1.10). | ZV | 3.20 | 1,024.00 |
| 10/13/10 | A-1 - emails with Plank re: their comments to settlement agreement (.20); emails with Rowland re: Placement Solutions and Rapid Access (.30); Iron Mountain - emails re: mediation dates (.20). | ELS | 0.70 | 416.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/13/10 | Review adversary proceeding dockets/recent pleadings (.10); draft stipulation (.10); numerous e-mails, calls, meetings ELS (various), client/M. Yurkewicz (WHL), CAJ (Triad)(.30). | JXZ | 0.50 | 230.00 |
| 10/13/10 | Mailing checks for payment of filing fee for certifications of counsel (.30). | KP | 0.30 | 57.00 |
| 10/13/10 | Followed up with Ron Rowland re: status of negotiations between Rapid Access and Placement. | NCR | 0.30 | 96.00 |
| 10/14/10 | Email correspondence/teleconference with ELS re Chander Sign's settlement payment (.10); prepared letter to Chandler Signs re same and checked docket and bank record (.20); e-mail correspondence with Chandler Signs counsel re same (.10); e-mail correspondence with RMS/ELS/CB Contractors counsel re motion to vacate default (.10). | CJK | 0.50 | 262.50 |
| 10/14/10 | Update master status chart (.30); CB Contractors - emails re: motion to set aside default (.40). | ELS | 0.70 | 416.50 |
| 10/14/10 | Research status of preference actions; Collegiate Relocation, Design Circles and Dynamic Painting (.50); emails and meetings with CK and ELS regarding same (.20). | JS | 0.70 | 171.50 |
| 10/14/10 | Review adversary proceeding docket/review pleadings (.20); meetings, e-mails ELS, JO, E. Plank (various)(.20). | JXZ | 0.40 | 184.00 |
| 10/15/10 | E-mail correspondence with local counsel/RMS/ELS re Chandler Sign's settlement check (.10). | CJK | 0.10 | 52.50 |
| 10/15/10 | Warehouseline - review defendant's profit/loss statement and balance sheet and meeting with JXZ re: poverty defense and response to their offer (.70); Trade Show - emails re: verification page (.20); Vector - meeting with JXZ re: their expert report (.40);  Experian - emails re: settlement agreement revisions and meeting with JO re: same (.30); Chandler Signs - emails re: second settlement payment (.20). | ELS | 1.80 | 1,071.00 |
| 10/15/10 | Calls and emails with Experian and revising settlement agreement (.60). | JO | 0.60 | 210.00 |
| 10/15/10 | Assist KP with Domestication procedures for NAMB (.20). | JS | 0.20 | 49.00 |
| 10/15/10 | Review scheduling orders (.10); review adversary proceeding dockets/pleadings (.20); attention to discovery issues (.10); review expert report (.50); conduct various searches(.20); conduct ordinary course/new value analyses (.30); numerous e-mails, calls, meetings ELS (various), M. Kurkewicz/J. Dushkin (WHL), T. Guilfoyle (Vector)(1.10); review document production (.20). | JXZ | 2.70 | 1,242.00 |
| 10/15/10 | Processing certification of judgment in  AHM v. NAMB (1.30). | KP | 1.30 | 247.00 |
| 10/15/10 | Confirmed receipt of wire from Quantitative Risk Management | NCR | 0.10 | 32.00 |
| 10/15/10 | Research and drafting of sanctions motion (2.10). | ZV | 2.10 | 672.00 |
| 10/18/10 | Research re: whether discovered assets can be distributed without opening the bankruptcy case (1.00). | CJH | 1.00 | 270.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/18/10 | Warehouseline - draft email to committee re: mediation settlement authority and meeting with JXZ re: same (.60); J. Laurie - review expert reports (.70); Vector - review expert report and meeting with JXZ re: same and review expert discovery letter (.60); Iron Mountain - review and respond to emails re: mediation/settlement (.30). | ELS | 2.20 | 1,309.00 |
| 10/18/10 | Emails re Iron Mountain preferences (.20); Emails re Experian settlement (.10). | JO | 0.30 | 105.00 |
| 10/18/10 | Review expert report and draft response (.50); conduct searches of expert (.20); research SAT issues (.20); draft deposition notice (.20); draft affidavit (.20); calendar maintenance (.10); numerous e-mails, calls, meetings ELS (various), E. Monzo (VC), J. Dushkin (WHL)(.60); review ordinary course analyses (.20); attention to opern preferences (.10). | JXZ | 2.30 | 1,058.00 |
| 10/18/10 | Ensured we received all settlement installments from RJ Foote and ensured the proceeding was dismissed. | NCR | 0.20 | 64.00 |
| 10/19/10 | Read and review J. Laurie's expert reports (1.0); formulate investigation questions (0.5). | AW | 1.50 | 637.50 |
| 10/19/10 | E-mail correspondence with local counsel re stipulation of dismissal for D.W. Consulting (.10). | CJK | 0.10 | 52.50 |
| 10/19/10 | CMS - meeting with JXZ re: settlement discussions and strategy (.40); Warehouseline - meeting with JXZ re: poverty documents (.30); Trade Show - review and revise ZV draft motion for sanctions (.50); Experian - review their edits to settlement agreement and meeting with JO) re: same (.30). | ELS | 1.50 | 892.50 |
| 10/19/10 | Reviewing Experian settlement agreement and responding with comments (.30). | JO | 0.30 | 105.00 |
| 10/19/10 | Review ZV's preference chart and research regarding whether dismissals were granted. | JS | 1.50 | 367.50 |
| 10/19/10 | Review document production (.80); draft response (.50); e-mails, meeting, calls ELS/C. Kane (various), E. Monzo (WHL), E. Plank (Xerox)(.40). | JXZ | 1.70 | 782.00 |
| 10/19/10 | Drafting and editing of sanctions motion (2.30). | ZV | 2.30 | 736.00 |
| 10/20/10 | Meet with ELS to discuss J. Laurie (.30). | AW | 0.30 | 127.50 |
| 10/20/10 | Continued research re: whether discovered assets can be distributed without opening the bankruptcy case. | CJH | 2.50 | 675.00 |
| 10/20/10 | J. Laurie - meeting with AW re: their expert report (.30); Experian - meeting with JO re: settlement (.20); Warehouseline - meeting with JXZ re: partner distributions and brokerage fees (.20); Vector - review documents relied on by expert (.30). | ELS | 1.00 | 595.00 |
| 10/20/10 | Calls and emails with Experian re settlement agreement. | JO | 0.30 | 105.00 |
| 10/20/10 | E-mails, calls, meetings ELS /T. Guilfoyle (various), J. Dushkin (WHL), K. Mangan (Trid)(.50). | JXZ | 0.50 | 230.00 |
| 10/20/10 | Follow up regarding settlements for Pure and Reckson (.30); editing of motion for sanctions for TSF (1.40). | ZV | 1.70 | 544.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/21/10 | Research re: whether we can recoup cost of opposing party's expert witness fees to attend deposition (1.80). | CJH | 1.80 | 486.00 |
| 10/21/10 | CB Contractors - draft email to defendant's attorney re: motion to set aside default. | ELS | 0.20 | 119.00 |
| 10/21/10 | Emails re Experian settlement. | JO | 0.20 | 70.00 |
| 10/21/10 | Review preference dockets (.50). | JS | 0.50 | 122.50 |
| 10/21/10 | Review adversary proceeding docket/pleadings (.10); calendar maintenance (.10); review document production (1.80); research discovery issues (.50); draft deposition notice, affidavit and discovery correspondence (.40); numerous calls, meetings, e-mails ELS (various), E. Monzo (VC), client (WHL), J. Dushkin (WHL)(1.00). | JXZ | 3.90 | 1,794.00 |
| 10/21/10 | CFN Financial - Discussion with ELS re: supplemental discovery and discovery deadlines. | KGC | 0.20 | 100.00 |
| 10/21/10 | Reviewed On Guard analysis re settlement proposal | NCR | 0.40 | 128.00 |
| 10/21/10 | Editing and revisions to sanctions motion (.80). | ZV | 0.80 | 256.00 |
| 10/22/10 | Meeting with ELS re: research findings (.10). | CJH | 0.10 | 27.00 |
| 10/22/10 | CB Contractors - meeting with CJH re: responding to motion to vacate default. | ELS | 0.30 | 178.50 |
| 10/22/10 | Emails with ELS regarding Twelfth omnibus 9019 motion (.20); review docket regarding amended notice of hearing (.10). | JS | 0.30 | 73.50 |
| 10/22/10 | Review docket/recent pleadings (.10); e-mails, calls ELS (various), T. Guilfoyle (various), M. Felger (WHL), J. Dushkin (WHL), M. Yurkewicz (WHL) (.90). | JXZ | 1.00 | 460.00 |
| 10/25/10 | Draft mediation statement for AHM v. J. Laurie (1.50). | AW | 1.50 | 637.50 |
| 10/25/10 | E-mail correspondence with Chandler Signs counsel regarding stop payment on settlement check (.10). | CJK | 0.10 | 52.50 |
| 10/25/10 | Trade Show - review and revise ZV revised motion for sanctions (.80); J. Laurie - emails re: settlement and review and revise AW draft mediation statement (.50). | ELS | 1.30 | 773.50 |
| 10/25/10 | Contacting mediator re Experian preference. | JO | 0.10 | 35.00 |
| 10/25/10 | Emails with NCR regarding status of domestications (.20). | JS | 0.20 | 49.00 |
| 10/25/10 | Various e-mails with ELS and CFN counsel re mediator stipulation and draft same (1.0); check stipulation and discovery order regarding timelines of same (.30). | KGC | 1.30 | 650.00 |
| 10/25/10 | Review discovery issues and meeting with ELS regarding same. | MSI | 0.20 | 152.00 |
| 10/26/10 | Trade Show - review and revise ZV revised version of motion for sanctions (.70); Experian - emails re: settlement (.20); CFN - emails re: mediator (.30). | ELS | 1.20 | 714.00 |
| 10/26/10 | Reviewed and edited Placement Solution settlement agreement. | NCR | 0.50 | 160.00 |
| 10/26/10 | Review and revisions to Sanctions motion (.80).  Review and follow up of settled matters (.40). | ZV | 1.20 | 384.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/27/10 | Contractors Research for Opposition Motion; Begin draft of motion (2.20). | CJH | 2.20 | 594.00 |
| 10/27/10 | Meeting with ELS regarding outstanding claims and issues. | MSI | 0.20 | 152.00 |
| 10/28/10 | Draft Motion to Oppose Reopening Adversary Proceeding (3.50). | CJH | 3.50 | 945.00 |
| 10/28/10 | Trade Show - review and revise motion for sanctions (2.50); Warehouseline - emails with Felger re: settlement (.40); J. Laurie - emails with Sass re: mediation  (.20). | ELS | 3.10 | 1,844.50 |
| 10/29/10 | Revise/Complete Motion to Oppose (1.50). | CJH | 1.50 | 405.00 |
| 10/29/10 | Warehouseline - emails with Felger and defendant's counsel re: settlement and clawback (.40); CB - review and revise CJH draft response to motion to vacate and meeting with CJH re: same (1.80). | ELS | 2.20 | 1,309.00 |
| 10/29/10 | E-mails ELS (WHL)(.10). | JXZ | 0.10 | 46.00 |

TOTAL HOURS                                    87.80

TOTAL SERVICES..........................................................$    36,158.50

DISBURSEMENT SUMMARY

 LONG DISTANCE TELEPHONE CHARGES                              $1.55

COURT FILING AND MISC. FEES                                  $195.00

DUPLICATING                                                  $45.10

LEXIS                                                        $566.04

MEALS                                                        $24.75

POSTAGE                                                      $11.77

TOTAL DISBURSEMENTS.............................................$    844.21

TOTAL FEES & DISBURSEMENTS ............................................$    37,002.71

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 608 | Primm | 5.40 | 190.00 | 1,026.00 |
| 556 | Smith | 4.90 | 245.00 | 1,200.50 |
| 599 | Hunker | 12.60 | 270.00 | 3,402.00 |
| 544 | Rigano | 3.00 | 320.00 | 960.00 |
| 574 | Virani | 12.00 | 320.00 | 3,840.00 |
| 583 | Orbach | 2.20 | 350.00 | 770.00 |
| 581 | Wang | 4.30 | 425.00 | 1,827.50 |
| 493 | Zawadzki | 19.30 | 460.00 | 8,878.00 |
| 478 | Craner | 1.50 | 500.00 | 750.00 |
| 931 | Kang | 1.30 | 525.00 | 682.50 |
| 486 | Schnitzer | 20.40 | 595.00 | 12,138.00 |
| 260 | Indelicato | 0.90 | 760.00 | 684.00 |
| ATTY TOTAL | | 87.80 | | 36,158.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144632

For professional services rendered from October 1, through October 31, 2010 in connection with the following:

703159        AMERICAN HOME MORTGAGE HOLDINGS, INC.
009           LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/01/10 | Review e-mails and issues on Waterfield (.40); respond to same (.20). | MSI | 0.60 | 456.00 |
| 10/01/10 | Review draft discovery demands and draft e-discovery plan and confer with CJK re same. | RJM | 0.90 | 513.00 |
| 10/04/10 | Review of materials from Capstone re estimated expert fees and emails re same (.50); review of revised discovery requests and emails (1.00); confer with RJM re discovery issues (.20); review of materials re potential experts (.50). | JPM | 2.20 | 1,650.00 |
| 10/04/10 | Review debtors response to U.S. Bank brief (.80); review protective order (.30). | JXZ | 1.10 | 506.00 |
| 10/04/10 | Review final draft of settlement and various e-mails with ELS and Beach regarding same (.70). | MSI | 0.70 | 532.00 |
| 10/05/10 | Review of documents and memoranda re debtors' electronic documents (1.50); emails re plaintiff's document request (.30); review of tape of oral argument in Court of Appeals re pari delecto case (1.20); confer with CJK (.10) and RJM (.10) re discovery issues (.20). | JPM | 3.40 | 2,550.00 |
| 10/06/10 | Review of filed discovery requests and issues (.80); internal emails (.20); corroboration of expert issues (1.00). | JPM | 2.00 | 1,500.00 |
| 10/06/10 | Coordinate preparation and filing of CFN Affidavits of Service of Discovery. | KGC | 0.80 | 400.00 |
| 10/07/10 | Emails re plaintiffs' selection of expert (.50); confer with CJK and RJM re same (.10); review of experts' CVs (.50). | JPM | 1.10 | 825.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/11/10 | Emails re Deloitte litigation (.30). | JPM | 0.30 | 225.00 |
| 10/11/10 | Review and circulate amended complaint re: JP Morgan (.30); calendar events (.10). | JS | 0.40 | 98.00 |
| 10/11/10 | Meeting with ELS regarding final changes to Waterfield settlement (.20); review same and e-mails (.60); review e-mail from special counsel on discovery request (.10); teleconference with special counsel regarding same (.50). | MSI | 1.40 | 1,064.00 |
| 10/12/10 | Review subpoenas (.20); review motion to amend JPM complaint (.50). | JXZ | 0.70 | 322.00 |
| 10/13/10 | Email correspondence with JPM/RJM re potential experts (.20). | CJK | 0.20 | 105.00 |
| 10/13/10 | Confer with MSI re expert retention (.20); telephone conference with D. Berliner of BDO re expert retention (.20); telephone conference with potential experts (Worth, Regan and 2C) (.70); review of materials provided by Regan and 2C (.80); internal emails re expert retention (.50). | JPM | 2.40 | 1,800.00 |
| 10/13/10 | Review subpoena (.10); review motion to intervene (.50). | JXZ | 0.60 | 276.00 |
| 10/13/10 | Review defaults for L. Plank. | KGC | 0.50 | 250.00 |
| 10/14/10 | Emails (both internal and with prospective experts) re expert issues (.50); confer with CJK re discovery issues (.20); review of draft responses to Deloitte's discovery requests (.70). | JPM | 1.40 | 1,050.00 |
| 10/14/10 | Review deposition notice (.10). | JXZ | 0.10 | 46.00 |
| 10/14/10 | Review Adversary proceedings dockets (.10). | JXZ | 0.10 | 46.00 |
| 10/15/10 | Review and revise responses to discovery requests and several conferences with CJK re same (1.50). | JPM | 1.50 | 1,125.00 |
| 10/17/10 | Edit discovery demand responses and interrogatories. | RJM | 1.20 | 684.00 |
| 10/18/10 | Review of draft discovery responses (.50); review of discovery issues (.70); review of accounting issues (1.20). | JPM | 2.40 | 1,800.00 |
| 10/19/10 | Review of revised discovery responses and several conferences with CJK and internal emails (1.50). | JPM | 1.50 | 1,125.00 |
| 10/19/10 | Meeting with ELS regarding Mills deposition and attend portions of deposition. | MSI | 0.80 | 608.00 |
| 10/20/10 | Prepare for meeting with Zolfo Cooper re testifying expert (.50); review of Deloitte's comments to discovery plan (.30); review of Debtors' comments to responses to discovery requests (.20); internal emails re discovery (.30). | JPM | 1.30 | 975.00 |
| 10/20/10 | Additional edits to responses to discovery demands (.30); review co-counsel's edits (.10). | RJM | 0.40 | 228.00 |
| 10/21/10 | Mills - emails with debtors re: deposition and status and continue review of Esquivel transcript. | ELS | 1.10 | 654.50 |
| 10/21/10 | Meet with Zollo Cooper re testifying expert (1.00); emails re discovery issues (.20); confer with RJM and CJK re same (.30). | JPM | 1.50 | 1,125.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/22/10 | Telephone conference with R. Collura re potential testifying expert (.20); review and sign final responses to Deloitte discovery requests (.50); internal emails re Deloitte litigation (.20); emails with Collura (.10). | JPM | 1.00 | 750.00 |
| 10/23/10 | Review of NY Ct. of Appeals decision in Kuschner issued October 20, 2010 (1.00). | JPM | 1.00 | 750.00 |
| 10/25/10 | Review of materials provided by Zolfo Cooper (.40); review of draft confidentiality agreement (.80) and proposed discovery plan revised by Deloitte's counsel (.50); internal conference re N.Y. Ct. of Appeals decision in Kuschner and review of same (.80). | JPM | 2.50 | 1,875.00 |
| 10/26/10 | Review of issues in Deloitte litigation (both procedurally and substantive) (1.50); confer with RJM and CJK re same (.40); confer with MSI (.20). | JPM | 2.10 | 1,575.00 |
| 10/26/10 | Teleconference with Crothers and Beach regarding post petition slip and fall litigation. | MSI | 0.30 | 228.00 |
| 10/26/10 | Review Kirschner decision (.60); review revised draft of confidentiality agreement and Rule 26 discovery plan (.70); meet with J. McCahey and CJK re case strategy (.40). | RJM | 1.70 | 969.00 |
| 10/27/10 | Confer with MSI re Deloitte issues, including selection of testifying expert (.30); telephone conference with D. Berliner (BDO) re Deloitte litigation matter (.30); telephone conference with R. Collura (Zolfo Cooper) re selection of testifying expert (.30); telephone conference with J. Worth (Capstone) re Capstone's selection of testifying expert (.40); review of pari delecto issues (1.00). | JPM | 2.30 | 1,725.00 |
| 10/27/10 | Telephone conference with CJK, D. Millman and J. Brezenski (Debtors) re e-discovery. | RJM | 1.00 | 570.00 |
| 10/28/10 | Review of pari delecto decisions and revise draft of CJK memorandum to Committee re Court of Appeals decision and impact on Deloitte litigation (4.50). | JPM | 4.50 | 3,375.00 |
| 10/29/10 | Mills - begin review of debtor's draft objection. | ELS | 0.80 | 476.00 |
| 10/29/10 | Review of pari delecto issues and revise memorandum to Committee re NY Court of Appeals decision (2.80). | JPM | 2.80 | 2,100.00 |

TOTAL HOURS                                52.60

TOTAL SERVICES..........................................................................$    36,931.50

DISBURSEMENT SUMMARY

DUPLICATING                                                              $25.40

OVERNIGHT DELIVERY                                             $23.88

TOTAL DISBURSEMENTS.............................................$       49.28

<u>DISBURSEMENT SUMMARY</u>

TOTAL FEES & DISBURSEMENTS ............................................$      36,980.78

<u>SUMMARY OF ATTORNEY TIME</u>

| <u>ATTORNEY</u> | | <u>HOURS</u> | BILLED<br><u>PER HOUR</u> | BILL<br><u>AMOUNT</u> |
|---|---|---|---|---|
| 556 | Smith | 0.40 | 245.00 | 98.00 |
| 493 | Zawadzki | 2.60 | 460.00 | 1,196.00 |
| 478 | Craner | 1.30 | 500.00 | 650.00 |
| 931 | Kang | 0.20 | 525.00 | 105.00 |
| 952 | Malatak | 5.20 | 570.00 | 2,964.00 |
| 486 | Schnitzer | 1.90 | 595.00 | 1,130.50 |
| 226 | McCahey | 37.20 | 750.00 | 27,900.00 |
| 260 | Indelicato | 3.80 | 760.00 | 2,888.00 |
| ATTY TOTAL | | 52.60 | | 36,931.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144632

For professional services rendered from October 1, through October 31, 2010 in connection with the following:

703159        AMERICAN HOME MORTGAGE HOLDINGS, INC.
012           CLAIMS ADMINISTRATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/05/10 | Review claims order (.10). | JXZ | 0.10 | 46.00 |
| 10/12/10 | Appear telephonically at deposition of Larkin re: Mills administration claim. | ELS | 3.50 | 2,082.50 |
| 10/13/10 | Review claims notices (.10). | JXZ | 0.10 | 46.00 |
| 10/14/10 | Review claims orders/stipulations (.20). | JXZ | 0.20 | 92.00 |
| 10/22/10 | Review omnibus claims objections (.40). | JXZ | 0.40 | 184.00 |

TOTAL HOURS                                4.30

TOTAL SERVICES.........................................................................$      2,450.50

DISBURSEMENT SUMMARY

CARFARE                                                                    $50.38
TRAVEL                                                                     $517.00

TOTAL DISBURSEMENTS............................................................$       567.38

TOTAL FEES & DISBURSEMENTS .............................................$     3,017.88

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 0.80 | 460.00 | 368.00 |
| 486 | Schnitzer | 3.50 | 595.00 | 2,082.50 |
| ATTY TOTAL | | 4.30 | | 2,450.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**


December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022


Invoice number: 144632

For professional services rendered from October 1, through October 31, 2010 in connection with the following:

703159        AMERICAN HOME MORTGAGE HOLDINGS, INC.
013           INVESTIGATION OF COMPANY


| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/01/10 | Reviewed JPM's comments to interrogatories to D&T (.10); revised interrogatories (.10); teleconference with RJM re interrogatories, document requests and joint Rule 26(f) report (.50); revised same per RJM and further reviews/revisions to same (1.20); e-mail correspondence with BDO/JPM/RJM re same (.10); e-mail correspondence with D&T counsel re proposed Rule 26(f) report (.20); e-mail correspondence with local counsel re D&T's discovery requests (.10). | CJK | 2.30 | 1,207.50 |
| 10/04/10 | Conference with RJM re next steps and outstanding items (.20); Reviewed potential expert's fees schedule (.10); Drafted response to D&T document requests (2.50). | CJK | 2.80 | 1,470.00 |
| 10/05/10 | Teleconference with local counsel re draft discovery requests (.10); Teleconference with RJM re D&T's proposed confidentiality stipulation (.10); Email correspondence with JPM/RJM re discovery requests (.10); Reviewed discovery requested as revised by local counsel (.30); Finalized discovery requests for service (.20); Email correspondence with D&T counsel re same (.10); Email correspondence with BDO re same (.10). | CJK | 1.00 | 525.00 |
| 10/06/10 | Correspondence with RJM re upcoming deadlines and open issues (.10); Email correspondence with local counsel re notice of service of discovery requests (.10); Conference with RJM re D&T's proposed confidentiality stipulation and discovery (.50). | CJK | 0.70 | 367.50 |
| 10/07/10 | Email correspondence with JPM/RJM/MSI re potential expert (.10). | CJK | 0.10 | 52.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/08/10 | E-mail correspondence with MSI/JPM/RJM re potential expert (.10). | CJK | 0.10 | 52.50 |
| 10/08/10 | Emails (internal and BDO) re experts (.40). | JPM | 0.40 | 300.00 |
| 10/11/10 | Email correspondence with JPM re potential expert (.10). | CJK | 0.10 | 52.50 |
| 10/14/10 | Conference with JPM re discovery (.10); e-mail correspondence with JPM/RJM re experts (.20); reviewed/revised responses to D&T's document demands (2.0); cursory review of documents for response to D&T's document demands (.50); drafted response to D&T's interrogatories (1.0); correspondence with BDO re answers to interrogatories (.10); research re potential expert (.50); e-mail report to JPM/RJM re same (.10). | CJK | 4.50 | 2,362.50 |
| 10/15/10 | Conference with RJM re responses to D&T document requests (.20); teleconference/e-mail correspondence with BDO re answers to interrogatory (.30); reviewed Debtors' employee list (.20); conference/teleconference/e-mail correspondence with JPM re interrogatory and document demand responses (.20); reviewed JPM's comments to answers to interrogatory and revised same (.20); e-mail correspondence with JPM/RJM re expert (.10). | CJK | 1.20 | 630.00 |
| 10/17/10 | Reviewed/revised responses to Deloitte's document demands (.80); Email correspondence with JPM/RJM re same (.20). | CJK | 1.00 | 525.00 |
| 10/18/10 | Email correspondence/teleconference with Debtors' counsel re Deloitte's interrogatory (.20); reviewed lists and other documents reflecting debtors' employees for same (.10); teleconference with RJM re responses to Deloitte's discovery requests (1.00). | CJK | 1.30 | 682.50 |
| 10/19/10 | Teleconference/e-mail correspondence with BDO re responses to D&T's document requests (.60); reviewed certain documents for responses to D&T's document requests (1.50); reviewed/revised responses to D&T's document requests (1.00); teleconference with RJM re same (.30); conference/teleconference with JPM re same (.20); e-mail correspondence with RJM/JPM re revised responses to document requests (.50). | CJK | 4.10 | 2,152.50 |
| 10/20/10 | Teleconference with RJM re responses to D&T's discovery requests (.30); e-mail correspondence with Debtors' counsel re response to interrogatory and reviewed/revised same (.30); reviewed/revised draft response to document requests (.20); e-mail correspondence with D&T's counsel re joint discovery plan report (.10); e-mail correspondence with BDO re discovery responses (.10). | CJK | 1.00 | 525.00 |
| 10/21/10 | Conference with JPM/RJM/potential expert (1.20); conference with JPM/RJM re same and discovery (.20); reviewed NY Court of Appeal's decision re in pari delicto (.70); reviewed/revised proposed confidentiality stipulation (1.50); e-mail correspondence with JPM/RJM re same (.10); correspondence with local counsel re discovery responses (.10); e-mail correspondence with BDO/JPM/RJM re same (.10). | CJK | 3.90 | 2,047.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/22/10 | Teleconference/email correspondence with local counsel re discovery responses (.20); e-mail correspondence with RJM/JPM re same (.10); finalized discovery responses (.30); e-mail correspondence/letter to Deloitte's counsel re same (.10); reviewed/revised notice of service of responses to Deloitte's discovery requests (.10); reviewed email correspondence from potential expert (.10); preliminary review of Deloitte's comments to proposed joint discovery plan (.20). | CJK | 1.10 | 577.50 |
| 10/25/10 | Teleconference/email correspondence with J. Burzenski re production of e-discovery and joint discovery plan (.20); conference with JPM re same and in pari delicto (.10); determined open discovery and related issues to address in near future (.10). | CJK | 0.40 | 210.00 |
| 10/26/10 | E-mail correspondence with JPM/RKM regarding meeting (.10); conference/teleconference with JPM/RJM re discovery and next steps (.50); teleconference/conference with D. Milman re electronic discovery issues (.20); e-mail correspondence with J. Burzenski re electronic discovery (.10); reviewed memos/notes regarding Debtors' electronic information (.20); reviewed Deloitte's comments to joint discovery plan (.30). | CJK | 1.40 | 735.00 |
| 10/26/10 | Meeting with JPM regarding expert litigation. | MSI | 0.10 | 76.00 |
| 10/27/10 | Reviewed NY Court of Appeals in pari delicto decision (.50); reviewed SEC complaint (.30); drafted/revised memo to committee re same (2.50); prepared for call with J. Burzenski/RJM/D. Millman re discovery plan (.20); teleconference with J. Burzenski/RJM/D. Millman re discovery (1.10); e-mail correspondence with J. Burzenski re same (.10); conference/teleconference with D. Millman re discovery (.20); reviewed charts re electronically stored information (.20). | CJK | 5.10 | 2,677.50 |
| 10/27/10 | Meeting with RJM, CJK and client re: electronic production of documents (1.00); Searching through concordance production for attorney requested emails (1.00). | DM | 2.00 | 430.00 |
| 10/28/10 | Conference with JPM regarding memo to Committee re in pari delicto (.10); reviewed e-mails referenced in SEC complaint (.10). | CJK | 0.20 | 105.00 |
| 10/28/10 | Searched and printed out financial correspondence from concordance databases for attorney review. | NJK | 1.80 | 270.00 |
| 10/29/10 | Conference with JPM re memo to Committee (.20); e-mail correspondence with JPM/MSI/RJM regarding same (.10). | CJK | 0.30 | 157.50 |

TOTAL HOURS                                              36.90

TOTAL SERVICES..........................................................................$    18,191.00

DISBURSEMENT SUMMARY

LONG DISTANCE TELEPHONE CHARGES                                   $3.17

DISBURSEMENT SUMMARY

DUPLICATING                                                          $21.20

MEALS                                                               $23.26

POSTAGE                                                              $3.46

_____

TOTAL DISBURSEMENTS............................................................$      51.09

TOTAL FEES & DISBURSEMENTS ............................................$   18,242.09

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 607 | Kacuba | 1.80 | 150.00 | 270.00 |
| 558 | Millman | 2.00 | 215.00 | 430.00 |
| 931 | Kang | 32.60 | 525.00 | 17,115.00 |
| 226 | McCahey | 0.40 | 750.00 | 300.00 |
| 260 | Indelicato | 0.10 | 760.00 | 76.00 |
| ATTY TOTAL | | 36.90 | | 18,191.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**


December 16, 2010

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022


Invoice number: 144632

For professional services rendered from October 1, through October 31, 2010 in connection with the following:

703159    AMERICAN HOME MORTGAGE HOLDINGS, INC.
014       TRIAD WORKOUT


| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/04/10 | Communications to/from Debtors' counsel, re: stipulation (.20); Communication with Triad's counsel, re: stipulation (.20); Attention to research, re: status of Triad (.40). | CAJ | 0.80 | 476.00 |
| 10/05/10 | Additional communications to Triad's counsel, re: stipulation. | CAJ | 0.10 | 59.50 |
| 10/08/10 | Communications with Debtors (.10) and counsel for Triad (.10), re: stipulation; Telephone call with M. Minuti, re: case issues (.20); Attention to review motion to intervene, re: Fannie Mae (.20) and communications with JO (.10), Debtors (.10) and H&H team (.20); Draft stipulation extending time to response to complaint (.70) and communications with various parties, re: circulate(.40); Additional communications with Triad's counsel, re; stipulation (.20). | CAJ | 2.30 | 1,368.50 |
| 10/08/10 | Review Fannie Mae's motion to intervene | MTP | 0.40 | 304.00 |
| 10/11/10 | Communications from/to counsel for Countrywide, re: various issues (.10);  Continue to research, re: motion to dismiss (3.10) and review of insurance policies (.80); Attention to multiple communication Communications from/to counsel for Securitization Trusts, re: multiple issues (.20). | CAJ | 4.20 | 2,499.00 |
| 10/12/10 | Attention to continue to review documents in database, re: motion to dismiss (2.40); reminder to Debtors' counsel, re: stipulation issues (.10); Communication to/from Triad's counsel (.10). | CAJ | 2.60 | 1,547.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/13/10 | Multiple communications with Triad, Debtors and H&H team, re: status of stipulation (.30); Research, re: alternative route for Triad with respect to insurance policies (2.10); Communication with JO, re: calendar issue (.00). | CAJ | 2.40 | 1,428.00 |
| 10/18/10 | Multiple communications to counsel for Triad (.10), Securitization Trusts (.10) and Debtors (.10), re: status of stipulation; Continue to review insurance policies (2.30). | CAJ | 2.60 | 1,547.00 |
| 10/19/10 | Attention to drafting 12 email communications/conference calls to various parties, including counsel for Triad, Securitization Trusts, Countrywide and the Debtors, re: status of stipulation, stipulation still needs to be executed and update from Triad, deadline fast approaching (1.00); Communications to/from Triad, re: receive executed signature page and multiple communication with Debtors, re: forward executed signature page with request to file with the Court (.30) and six additional communications to Debtors' counsel locate/forward additional documents and planning strategy (.40); Communications with H&H team, re: Triad stipulation (.20); Communications to JO/JS, re: calendar deadlines (.10). | CAJ | 2.00 | 1,190.00 |
| 10/21/10 | Attention to communications to/from Debtors, re: stipulation (.20); Attention to review of insurance-related documents (.60). | CAJ | 0.80 | 476.00 |
| 10/22/10 | Communications to Debtors' counsel, re: stipulation (.20); Attention to communication to party seeking to intervene (.20); Research issue raised in intervention paper (.70); Attention to receipt/review Triad response to intervention (.10). | CAJ | 1.20 | 714.00 |
| 10/25/10 | Attention to reminder to Debtors, re: status of stipulation (.10); Continue to review insurance policies (2.60); Attention to communication with Triad's counsel, re: stipulation (.10). | CAJ | 2.80 | 1,666.00 |
| 10/25/10 | Research regarding master list of insurance policies. | JS | 1.00 | 245.00 |
| 10/26/10 | Attention to follow-up telephone and email communications to Debtors' counsel, re: AHM/Triad - stipulation (.20); Continue with research issues, re: motion to dismiss (insurance law issues) (2.80); Continue with review of insurance policies (1.20). | CAJ | 4.20 | 2,499.00 |
| 10/27/10 | Attention to receive/review entered stipulation by the Court (.10); Communications to Debtors, re: forward same (.10); Communications to H&H team, re: same (.10); Meeting with JS, re: Concordance database with respect to insurance claims (.20) and continue to review insurance documents (.60); Attention to drafting communication to Triad's counsel, re: outstanding insurance documents (.30). | CAJ | 1.40 | 833.00 |
| 10/27/10 | Review order approving 12st stipulation regarding time to respond to complaint (.10); calendar event (.10); emails with CAJ regarding same (.10). | JS | 0.30 | 73.50 |
| 10/28/10 | Attention to research, re: motion to dismiss (3.20); Continue to review insurance policies (.40). | CAJ | 3.60 | 2,142.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 10/29/10 | Attention to receipt/review court order, re: Freddie Mac motion to intervene (.10) and conference call with counsel for Freddie Mac, re: case issues (.40); Continue to research/review insurance law issues (1.60) and insurance policies (.40); Communications to counsel for Triad (.10) and the Debtors, re: same (.10). | CAJ | 2.70 | 1,606.50 |

TOTAL HOURS                     35.40

TOTAL SERVICES.........................................................................$     20,674.00

DISBURSEMENT SUMMARY

MEALS                                                                             $23.81

TOTAL DISBURSEMENTS.............................................................$          23.81

TOTAL FEES & DISBURSEMENTS ............................................$     20,697.81


SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 556 | Smith | 1.30 | 245.00 | 318.50 |
| 588 | Jarvinen | 33.70 | 595.00 | 20,051.50 |
| 364 | Power | 0.40 | 760.00 | 304.00 |
| ATTY TOTAL | | 35.40 | | 20,674.00 |