**Exhibit C**

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 10/4/2010 | Schnitzer, Edward L. | CAR | $14.40 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 77; DATE: 10/6/2010 |
| 10/4/2010 | Schnitzer, Edward L. | CAR | $10.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 77; DATE: 10/6/2010 |
| 10/4/2010 | Schnitzer, Edward L. | CAR | $38.81 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 134660; DATE: 10/12/2010 |
| 10/5/2010 | Schnitzer, Edward L. | CAR | $15.98 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 77; DATE: 10/6/2010 |
| 10/5/2010 | Schnitzer, Edward L. | CAR | $10.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 77; DATE: 10/6/2010 |
| 10/5/2010 | Schnitzer, Edward L. | CAR | $31.04 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 134660; DATE: 10/12/2010 |
| 10/5/2010 | Zawadzki, Jeffrey | CAR | $62.64 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 630911; DATE: 10/15/2010 |
| 10/18/2010 | Zawadzki, Jeffrey | CAR | $62.64 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 632299; DATE: 10/31/2010 |
| | | | **$245.51** | |
| 10/5/2010 | Schnitzer, Edward L. | CC | **$1,891.30** | VENDOR: DISCOVERY WORKS GLOBAL; INVOICE#: 162330; DATE: 10/14/2010 |
| 10/1/2010 | | DUPL | $1.30 | |
| 10/1/2010 | | DUPL | $0.80 | |
| 10/1/2010 | | DUPL | $0.40 | |
| 10/1/2010 | | DUPL | $0.40 | |
| 10/4/2010 | | DUPL | $1.80 | |
| 10/4/2010 | | DUPL | $0.60 | |
| 10/4/2010 | | DUPL | $0.10 | |
| 10/4/2010 | | DUPL | $0.10 | |
| 10/4/2010 | | DUPL | $0.20 | |
| 10/4/2010 | | DUPL | $0.10 | |
| 10/4/2010 | | DUPL | $0.20 | |
| 10/4/2010 | | DUPL | $0.40 | |
| 10/4/2010 | | DUPL | $0.30 | |
| 10/5/2010 | | DUPL | $0.70 | |
| 10/5/2010 | | DUPL | $0.70 | |
| 10/5/2010 | | DUPL | $2.00 | |
| 10/6/2010 | Schnitzer, Edward L. | DUPL | $0.20 | |
| 10/6/2010 | | DUPL | $0.40 | |
| 10/6/2010 | | DUPL | $0.20 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 10/6/2010 | | DUPL | $0.20 | |
| 10/6/2010 | | DUPL | $0.20 | |
| 10/6/2010 | | DUPL | $0.20 | |
| 10/7/2010 | Schnitzer, Edward L. | DUPL | $0.80 | |
| 10/7/2010 | | DUPL | $1.70 | |
| 10/7/2010 | | DUPL | $1.60 | |
| 10/7/2010 | | DUPL | $1.00 | |
| 10/7/2010 | | DUPL | $1.90 | |
| 10/7/2010 | | DUPL | $1.70 | |
| 10/7/2010 | | DUPL | $4.40 | |
| 10/7/2010 | | DUPL | $0.10 | |
| 10/7/2010 | | DUPL | $0.10 | |
| 10/7/2010 | | DUPL | $0.10 | |
| 10/7/2010 | | DUPL | $0.10 | |
| 10/7/2010 | | DUPL | $0.10 | |
| 10/7/2010 | | DUPL | $0.10 | |
| 10/7/2010 | | DUPL | $0.10 | |
| 10/7/2010 | | DUPL | $0.10 | |
| 10/7/2010 | | DUPL | $0.10 | |
| 10/7/2010 | | DUPL | $2.20 | |
| 10/7/2010 | | DUPL | $4.40 | |
| 10/7/2010 | | DUPL | $3.80 | |
| 10/7/2010 | | DUPL | $1.90 | |
| 10/7/2010 | | DUPL | $1.90 | |
| 10/7/2010 | | DUPL | $1.80 | |
| 10/7/2010 | | DUPL | $0.10 | |
| 10/7/2010 | | DUPL | $1.00 | |
| 10/7/2010 | | DUPL | $1.90 | |
| 10/8/2010 | | DUPL | $4.20 | |
| 10/8/2010 | | DUPL | $4.40 | |
| 10/8/2010 | | DUPL | $4.40 | |
| 10/8/2010 | | DUPL | $3.80 | |
| 10/8/2010 | | DUPL | $0.20 | |
| 10/11/2010 | | DUPL | $0.20 | |
| 10/11/2010 | | DUPL | $0.20 | |
| 10/11/2010 | | DUPL | $0.20 | |
| 10/11/2010 | | DUPL | $0.20 | |
| 10/11/2010 | | DUPL | $0.10 | |
| 10/11/2010 | | DUPL | $0.20 | |
| 10/11/2010 | | DUPL | $5.00 | |
| 10/11/2010 | | DUPL | $0.30 | |
| 10/11/2010 | | DUPL | $0.20 | |
| 10/11/2010 | | DUPL | $2.00 | |
| 10/12/2010 | Virani, Zahir | DUPL | $6.30 | |
| 10/12/2010 | | DUPL | $0.10 | |
| 10/12/2010 | | DUPL | $0.10 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 10/12/2010 | | DUPL | $0.20 | |
| 10/12/2010 | | DUPL | $0.10 | |
| 10/12/2010 | | DUPL | $0.10 | |
| 10/12/2010 | | DUPL | $3.90 | |
| 10/12/2010 | | DUPL | $3.50 | |
| 10/13/2010 | Schnitzer, Edward L. | DUPL | $0.10 | |
| 10/13/2010 | | DUPL | $0.60 | |
| 10/13/2010 | | DUPL | $0.10 | |
| 10/13/2010 | | DUPL | $1.70 | |
| 10/14/2010 | | DUPL | $0.50 | |
| 10/14/2010 | | DUPL | $0.10 | |
| 10/14/2010 | | DUPL | $0.50 | |
| 10/14/2010 | | DUPL | $1.00 | |
| 10/14/2010 | | DUPL | $0.20 | |
| 10/14/2010 | | DUPL | $1.10 | |
| 10/14/2010 | | DUPL | $0.30 | |
| 10/14/2010 | | DUPL | $6.30 | |
| 10/14/2010 | | DUPL | $16.20 | |
| 10/15/2010 | Primm, Kyle | DUPL | $0.30 | |
| 10/15/2010 | | DUPL | $0.10 | |
| 10/15/2010 | | DUPL | $3.20 | |
| 10/15/2010 | | DUPL | $0.50 | |
| 10/18/2010 | | DUPL | $0.10 | |
| 10/18/2010 | | DUPL | $1.30 | |
| 10/18/2010 | | DUPL | $2.10 | |
| 10/18/2010 | | DUPL | $1.30 | |
| 10/18/2010 | | DUPL | $1.00 | |
| 10/18/2010 | | DUPL | $3.10 | |
| 10/18/2010 | | DUPL | $4.50 | |
| 10/18/2010 | | DUPL | $0.60 | |
| 10/18/2010 | | DUPL | $0.50 | |
| 10/18/2010 | | DUPL | $0.50 | |
| 10/18/2010 | | DUPL | $0.50 | |
| 10/18/2010 | | DUPL | $0.50 | |
| 10/18/2010 | | DUPL | $0.50 | |
| 10/18/2010 | | DUPL | $0.60 | |
| 10/18/2010 | | DUPL | $1.40 | |
| 10/19/2010 | Schnitzer, Edward L. | DUPL | $0.30 | |
| 10/19/2010 | | DUPL | $1.90 | |
| 10/19/2010 | | DUPL | $3.60 | |
| 10/19/2010 | | DUPL | $3.90 | |
| 10/19/2010 | | DUPL | $0.10 | |
| 10/19/2010 | | DUPL | $0.50 | |
| 10/19/2010 | | DUPL | $0.10 | |
| 10/20/2010 | | DUPL | $0.40 | |
| 10/20/2010 | | DUPL | $0.40 | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 10/20/2010 | | DUPL | $0.20 | |
| 10/21/2010 | Zawadzki, Jeffrey | DUPL | $0.30 | |
| 10/21/2010 | | DUPL | $1.90 | |
| 10/21/2010 | | DUPL | $0.70 | |
| 10/21/2010 | | DUPL | $1.90 | |
| 10/21/2010 | | DUPL | $0.40 | |
| 10/22/2010 | Delapaz, Christina | DUPL | $0.30 | |
| 10/22/2010 | Delapaz, Christina | DUPL | $7.20 | |
| 10/22/2010 | | DUPL | $1.30 | |
| 10/22/2010 | | DUPL | $0.20 | |
| 10/22/2010 | | DUPL | $0.40 | |
| 10/22/2010 | | DUPL | $0.10 | |
| 10/22/2010 | | DUPL | $0.50 | |
| 10/22/2010 | | DUPL | $0.40 | |
| 10/22/2010 | | DUPL | $0.20 | |
| 10/22/2010 | | DUPL | $0.10 | |
| 10/22/2010 | | DUPL | $0.10 | |
| 10/22/2010 | | DUPL | $0.10 | |
| 10/22/2010 | | DUPL | $0.10 | |
| 10/22/2010 | | DUPL | $0.60 | |
| 10/22/2010 | | DUPL | $0.60 | |
| 10/22/2010 | | DUPL | $0.90 | |
| 10/22/2010 | | DUPL | $0.10 | |
| 10/22/2010 | | DUPL | $0.10 | |
| 10/25/2010 | | DUPL | $0.30 | |
| 10/25/2010 | | DUPL | $0.30 | |
| 10/25/2010 | | DUPL | $0.40 | |
| 10/25/2010 | | DUPL | $0.20 | |
| 10/25/2010 | | DUPL | $0.20 | |
| 10/25/2010 | | DUPL | $0.30 | |
| 10/25/2010 | | DUPL | $0.30 | |
| 10/25/2010 | | DUPL | $0.80 | |
| 10/25/2010 | | DUPL | $0.90 | |
| 10/26/2010 | Schnitzer, Edward L. | DUPL | $0.40 | |
| 10/26/2010 | Millman, Dustin | DUPL | $10.50 | |
| 10/26/2010 | | DUPL | $0.30 | |
| 10/26/2010 | | DUPL | $0.10 | |
| 10/26/2010 | | DUPL | $0.10 | |
| 10/26/2010 | | DUPL | $0.20 | |
| | | | **$180.90** | |
| 10/7/2010 | Schnitzer, Edward L. | FIL | $39.00 | VENDOR: UNITED STATES BANKRUPTCY COURT; INVOICE#: 1; DATE: 10/7/2010 |
| 10/7/2010 | Schnitzer, Edward L. | FIL | $39.00 | VENDOR: UNITED STATES BANKRUPTCY COURT; INVOICE#: 2; DATE: 10/7/2010 |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 10/12/2010 | Schnitzer, Edward L. | FIL | $39.00 | VENDOR: UNITED STATES BANKRUPTCY COURT; INVOICE#: 3; DATE: 10/12/2010 |
| 10/12/2010 | Schnitzer, Edward L. | FIL | $39.00 | VENDOR: UNITED STATES BANKRUPTCY COURT; INVOICE#: 4; DATE: 10/12/2010 |
| 10/15/2010 | Primm, Kyle | FIL | $39.00 | PAYEE: UNITED STATE BANKRUPTCY COURT; REQUEST#: 53031; DATE: 10/15/2010. |
| | | | **$195.00** | |
| 10/18/2010 | Zawadzki, Jeffrey | LEXI | $10.83 | VENDOR: LEXIS - NEXIS; INVOICE#: 1010001946; DATE: 10/31/2010 |
| 10/21/2010 | Schnitzer, Edward L. | LEXI | $17.39 | VENDOR: LEXIS - NEXIS; INVOICE#: 1010001946; DATE: 10/31/2010 |
| 10/25/2010 | Smith, Jason | LEXI | $397.51 | VENDOR: LEXIS - NEXIS; INVOICE#: 1010001946; DATE: 10/31/2010 |
| 10/28/2010 | Hunker, Christopher J. | LEXI | $151.14 | VENDOR: LEXIS - NEXIS; INVOICE#: 1010001946; DATE: 10/31/2010 |
| | | | **$576.87** | |
| 10/5/2010 | Zawadzki, Jeffrey | MEAL | $20.63 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 765553; DATE: 10/10/2010 |
| 10/14/2010 | Kang, Christina | MEAL | $11.63 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 768177; DATE: 10/17/2010 |
| 10/18/2010 | Zawadzki, Jeffrey | MEAL | $20.96 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 769508; DATE: 10/24/2010 |
| 10/19/2010 | Kang, Christina | MEAL | $11.63 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 769508; DATE: 10/24/2010 |
| 10/23/2010 | Jarvinen, Christopher A. | MEAL | $23.81 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 769508; DATE: 10/24/2010 |
| 10/25/2010 | Zawadzki, Jeffrey | MEAL | $10.50 | VENDOR: Jeffrey Zawadzki; INVOICE#: 9; DATE: 11/4/2010 |
| 10/25/2010 | Zawadzki, Jeffrey | MEAL | $14.25 | VENDOR: Jeffrey Zawadzki; INVOICE#: 9; DATE: 11/4/2010 |
| | | | **$113.41** | |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 10/22/2010 | Kang, Christina | ODEL | $11.94 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 7-276-65889; DATE: 11/1/2010 |
| 10/22/2010 | Kang, Christina | ODEL | $11.94 | VENDOR: FEDERAL EXPRESS, INC; INVOICE#: 7-276-65889; DATE: 11/1/2010 |
| | | | **$23.88** | |
| 10/5/2010 | Kang, Christina | POST | $1.90 | |
| 10/5/2010 | Kang, Christina | POST | $1.56 | |
| 10/6/2010 | Schnitzer, Edward L. | POST | $1.56 | |
| 10/7/2010 | Smith, Jason | POST | $1.22 | |
| 10/7/2010 | Schnitzer, Edward L. | POST | $1.22 | |
| 10/11/2010 | Primm, Kyle | POST | $1.05 | |
| 10/11/2010 | Primm, Kyle | POST | $1.39 | |
| 10/12/2010 | Virani, Zahir | POST | $5.50 | |
| 10/15/2010 | Primm, Kyle | POST | $1.05 | |
| 10/15/2010 | Primm, Kyle | POST | $1.22 | |
| | | | **$17.67** | |
| 10/4/2010 | Smith, Jason | TELE | $0.35 | |
| 10/4/2010 | Schnitzer, Edward L. | TELE | $0.51 | |
| 10/4/2010 | Schnitzer, Edward L. | TELE | $0.35 | |
| 10/5/2010 | Schnitzer, Edward L. | TELE | $0.35 | |
| 10/5/2010 | Schnitzer, Edward L. | TELE | $0.57 | |
| 10/5/2010 | Rigano, Nicholas C. | TELE | $0.35 | |
| 10/5/2010 | Kang, Christina | TELE | $0.35 | |
| 10/13/2010 | Rigano, Nicholas C. | TELE | $0.50 | |
| 10/13/2010 | Rigano, Nicholas C. | TELE | $0.35 | |
| 10/18/2010 | Kang, Christina | TELE | $0.35 | |
| 10/18/2010 | Kang, Christina | TELE | $0.35 | |
| 10/18/2010 | Kang, Christina | TELE | $0.35 | |
| 10/18/2010 | Kang, Christina | TELE | $0.35 | |
| 10/21/2010 | Zawadzki, Jeffrey | TELE | $0.73 | |
| 10/21/2010 | Kang, Christina | TELE | $0.35 | |
| 10/22/2010 | Smith, Jason | TELE | $0.35 | |
| 10/22/2010 | Kang, Christina | TELE | $0.35 | |
| 10/25/2010 | Kang, Christina | TELE | $0.37 | |
| 10/26/2010 | Kang, Christina | TELE | $0.35 | |
| | | | **$7.58** | |
| 10/4/2010 | Schnitzer, Edward L. | TRAV | $137.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 77; DATE: 10/6/2010 |
| 10/4/2010 | Schnitzer, Edward L. | TRAV | $137.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 77; DATE: 10/6/2010 |

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 10/5/2010 | Schnitzer, Edward L. | TRAV | $137.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 77; DATE: 10/6/2010 |
| 10/5/2010 | Schnitzer, Edward L. | TRAV | $106.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 77; DATE: 10/6/2010 |
| | | | **$517.00** | |
| | Total: | | **$3,769.12** | |