**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., | ) | Jointly Administered |
| A Delaware Corporation, et al., | ) | **Hearing Date: 1/12/2011 at 10:00 a.m.** |
| Debtors | ) | **Objection Deadline: 1/5/2011 at 4:00 p.m.** |

**NOTICE OF MOTION OF CITY OF CAMBRIDGE, MASSACHUSETTS**
**FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

The City of Cambridge, Massachusetts ("Cambridge"), by and through its undersigned counsel, has filed the attached **Motion for Payment of Administrative Expense Claim** (the "Motion").

You are required to file a response to the Motion, on or before **January 5, 2011 at 4:00 p.m.** (the "Objection Deadline").

At the same time, you must also serve a copy of the response upon:

Kevin J. Mangan (#3810)
**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
222 Delaware Avenue
Wilmington, DE 19801
Phone: (302) 252-4361
Facsimile: (302) 661-7729
kmangan@wcsr.com

A HEARING ON THE MOTION WILL BE HELD ON **JANUARY 12, 2011 AT 10:00 A.M.,** ONLY IF OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE.

WCSR 4520541v1

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  December 20, 2010

Respectfully submitted,

/s/ Kevin J. Mangan

Kevin J. Mangan (#3810)
**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
222 Delaware Avenue
Wilmington, DE 19801
Phone: (302) 252-4361
Facsimile: (302) 661-7729
kmangan@wcsr.com

*Counsel to The City of Cambridge, Massachusetts*

WCSR  4520541v1

2