UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., | ) | Jointly Administered |
| A Delaware Corporation, et al., | ) | |
| Debtors | ) | **Re:  Docket No. ____** |

# ORDER APPROVING MOTION OF CITY OF CAMBRIDGE, MASSACHUSETTS FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

The Court, having considered The City of Cambridge, Massachusetts' ("Cambridge")[1] Motion for Payment of Administrative Expense Claim (the "Motion") and any responses thereto, and finding good cause to grant the Motion, it is hereby ordered as follows:

1. The Motion is granted.
2. Cambridge shall have an allowed administrative expense claim in the amount of $12,786.23.
3. Debtors are directed to pay such claim within ten (10) business days hereof.

DATED: _____, 2011

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

WCSR 4520539v1