# EXHIBIT A



Bk: 1337 Pg: 135 Cert#: 239436
Doc: FD    05/24/2007 02:32 PM

Property Address: 1 Norfolk Place a/k/a 2 Rumeal Robinson Place, Cambridge, MA

Massachusetts Foreclosure Deed AmHomeF2116

## MASSACHUSETTS FORECLOSURE DEED

Mortgage Electronic Registration Systems, Inc. as Nominee for American Home Mortgage

having its usual place of business at 4600 Regent Blvd., Suite 200, Irving, Texas

the present holder of a mortgage

from Stephen D. Hodge

to Mortgage Electronic Registration Systems, Inc. as Nominee for American Home Mortgage

dated January 6, 2006, registered with Middlesex County (Southern District) Registry District of the Land Court
as Document No. 1421697
noted on Certificate of Title No. 237696,

by the power conferred by said

mortgage and every other power, for Two Hundred Thirty Six Thousand and no/100 --- ($236,000.00)-------dollars

paid, grants to American Home Mortgage Servicing, Inc.,

a corporation duly organized and validly existing under the laws of Maryland,
of 4600 Regent Blvd., Suite 200, Irving, Texas

the premises conveyed by said mortgage.

MASSACHUSETTS EXCISE TAX
Southern Middlesex District ROD # 001
Date 05/24/2007 02:32 PM
Ctrl# 022081 16267 Doc# 01444210
Fee: $1,076.16 Cons: $236,000.00

237696

Witness the execution of said corporation this <u>1st</u> day of May, 2007

Mortgage Electronic Registration
Systems, Inc. as Nominee for
American Home Mortgage

By: _____
Robert Hardman, Vice President
And Assistant Secretary
See Vote recorded with said Deeds
herewith

### STATE OF TEXAS

Dallas County, ss.

On this <u>1st</u> day of May, 2007, before me, the undersigned notary public in and for the State of Texas, personally appeared **Robert Hardman**, proved to me through satisfactory evidence of identification, which was personal knowledge of identity, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose as Vice President and Assistant Secretary of Mortgage Electronic Registration Systems, Inc. as Nominee for American Home Mortgage.

_____
Name:
Notary Public
My commission expires:

MATTHEW G STONER
NOTARY PUBLIC
State of Texas
Comm. Exp. 08-30-2008

## AFFIDAVIT OF SALE

I, Robert Hardman,
Vice President and Assistant Secretary of Mortgage Electronic Registration Systems, Inc. as Nominee for American Home Mortgage
the present holder of a mortgage named in the foregoing deed, make oath and say that the principal, interest, and other obligations
mentioned in the mortgage above referred to were not paid or tendered or performed when due or prior to the sale, and that

Mortgage Electronic Registration Systems, Inc. as Nominee for American Home Mortgage
published on the

29th day of March, and the 5th and 12th days of April, 2007
in the Cambridge Chronicle

a newspaper published or by its title page purporting to be published in Cambridge
and having a circulation therein, a notice of which the following is a true copy,

See attached Appendix A.

I also complied with Chapter 244, Section 14, of the Massachusetts General Laws, as amended, by mailing the required notices certified mail, return receipt requested.

Pursuant to said notice at the time and place therein appointed,
Mortgage Electronic Registration Systems, Inc. as Nominee for American Home Mortgage
sold the mortgaged premises at public auction by
Jeffrey I. Mann of Paul E. Saperstein Co., Inc., of Holbrook, MA, a licensed auctioneer,

to American Home Mortgage Servicing, Inc.

above named, for Two Hundred Thirty Six Thousand and no/100--($236,000.00)--dollars

bid by American Home Mortgage Servicing, Inc.
being the highest bid made therefor at said auction.

_____
Robert Hardman, Vice President
And Assistant Secretary

237696

Signed and sworn to by the said Robert Hardman
May 1st, 2007, before me,



Name:
Notary Public
My Commission expires:

MATTHEW G STONER
NOTARY PUBLIC
State of Texas
Comm. Exp 08-30-2008

## APPENDIX A

Page 30  CAMBRIDGE CHRONICLE    Thursday, March 29, 2007

**Legal Notices**

1 NORFOLK PLACE A/K/A 2 RUMEAL ROBINSON PLACE
**LEGAL NOTICE
MORTGAGEE'S SALE OF
REAL ESTATE**

By virtue and in execution of the power of sale contained in a certain mortgage given by Stephen D. Hodge to Mortgage Electronic Registration Systems, Inc. as Nominee for American Home Mortgage dated January 6, 2006 and duly recorded with the Middlesex County (Southern District) Registry District of the Land Court as Document No. 1421697 noted on Certificate of Title No. 237896, of which Mortgage the undersigned is the present holder, for breach of conditions contained in said Mortgage and for the purpose of foreclosing, said premises will be sold at Public Auction at 2:00 P.M. on the 23rd day of April, 2007 upon the mortgaged premises known as 1 Norfolk Place a/k/a 2 Rumeal Robinson Place, Cambridge, Massachusetts, all and singular the premises described in said Mortgage, to wit:

the following described property located in the County of Middlesex, State of Massachusetts:

This mortgage is subject and subordinate to a certain mortgage of even date herewith.

The land at 2 Rumeal Robinson Place, Cambridge, Middlesex County, Massachusetts being shown as Lot A2 on Land Court Plat No. 5365C dated February 8, 1946, a copy of which is filed at the Middlesex South District Registry of the Land Court with Certificate of Title No. 58018, Book 388, Plan 161. As more particularly described in Exhibit A, attached hereto and made a part hereof. For information purposes only: the APN is shown by the county assessor as 90-154; source of title is Book 1280, Page 151 (recorded 02/12/04).

This deed of trust is second in lien and subsequent to the first deed of trust recording concurrent herewith.

Exhibit A

The land at 2 Rumeal Robinson Place, Cambridge, Middlesex County, Massachusetts, being shown as Lot A2 on Land Court Plan No. 5365C dated February 8, 1946, a copy of which is filed at the Middlesex South District Registry of the Land Court with Certificate of Title No. 58018, in Land Registration Book 388, Page 161.

The premises are also known as 1 Norfolk Place, Cambridge, Massachusetts.

Together with a right to use the whole of Norfolk Place, as shown on said plan, in common with others entitled thereto.

Said premises are subject to the following encumbrances:

1. Right of way for the benefit of the owners of Lot A1 on said plan in common with the owners of said Lot A2.
2. Reservations as to water, gas and sewer pipes referred to in a Deed dated January 20, 1925 filed with said Registry District as Document No. 56492.

# APPENDIX A

TERMS OF SALE:

Said premises will be sold and conveyed subject to a prior mortgage of record given by Stephen D. Hodge to Mortgage Electronic Registration Systems, Inc. as Nominee for American Home Mortgage in the original principal amount of $700,000.00 dated January 6, 2006 and recorded at the Middlesex County (Southern District) Registry District of the Land Court as Document No. 1421696 noted on Certificate of Title No. 237696.

Said premises will be sold and conveyed subject to and with the benefit of any and all mortgages, restrictions, easements, covenants, outstanding tax titles, municipal or other public taxes, water and sewer charges, assessments, federal and state tax liens, other liens or claims in the nature of liens, and existing encumbrances of record created prior to the mortgage, if there be any, and the rights of tenants and occupants of the mortgaged premises, if there be any. No representation is made as to the existence or non-existence of lead paint or UFFI at the premises and Buyer purchases subject to all requirements related thereto, including the costs and expenses for same. The Buyer shall be responsible for installing and obtaining evidence of compliance with any fire and smoke detector and carbon monoxide alarm requirements and assumes all responsibility, including the costs and expenses for same. If the premises are not serviced by a public sewage system, Buyer shall be solely responsible for compliance with all Title V Regulations, including but not limited to, any inspection and upgrade requirements set forth in 310 CMR 15.000 et seq., including the costs and expenses for same.

The highest bidder shall be required to deposit cash, bank treasurer's check or certified check in the amount of Ten Thousand ($10,000.00) Dollars at the time and place of the sale and said deposit must be shown at the time and place of the sale in order to qualify as a bidder. The balance of the purchase price shall be paid in certified check or bank treasurer's check within thirty (30) days after the date of sale at the offices of the attorney for the foreclosing mortgagee.

The successful bidder shall be required to execute a Memorandum of Terms and Conditions of Sale at the Auction Sale. In the event the successful purchaser of the foreclosed premises does not fulfill the terms and conditions of said foreclosure sale by purchasing the property, the mortgagee reserves the right to thereafter accept the bid of the next highest bidder at the foreclosure sale and to further accept said bid upon the conditions of the second bidder agreeing to fulfill its bid commitment which was made at the time of the foreclosure sale.

Other terms to be announced at the sale.

DATED: March 23, 2007

Mortgage Electronic Registration Systems, Inc.
as Nominee for American Home Mortgage
Present Holder of Said Mortgage
By Its Attorney
SANDRA KRAEGE HIGBY
482 Southbridge Street, Suite #353
Auburn, MA 01501
Paul E. Saperstein Co., Inc.
(617) 227-6553

AD#1127244
Cambridge Chronicle 3/29, 4/5, 4/12/07

Page 2 of 2

Doc    01444210

Southern Middlesex LAND COURT
REGISTRY DISTRICT
RECEIVED FOR REGISTRATION

On: May 24,2007 at 02:32P
Document Fee        125.00    Rec Total $1,566.16

NOTED ON:  CERT 239436      BK 01337 PG 135