# EXHIBIT B

**COLLECTOR COPY**

*The Commonwealth of Massachusetts*
*City of Cambridge*
*Office of Collector of Taxes*
*Louis DePasquale: Tax Collector*

Based on assessments as of January 1, 2008. Your Real Estate tax for the fiscal year beginning July 1, 2008 and ending June 30, 2009 on the parcel of real estate described below is as follows:

**Fiscal Year 2009 Real Estate Tax Bill**

| Cust. No. | Assessed Owner | Bill No. |
|---|---|---|
| 48636 | AMERICAN HOME MORT SERV INC | 759 |

| Tax Rate Per $1000 | Residential | Commercial | Industrial |
|---|---|---|---|
| | 7.56 | 17.97 | 17.97 |

**Property Description and Location**

Parcel: 90-164
Deed Book/Page: 1337/135
Location: 1 NORFOLK PL
Class: 104
Lot Size: 3632 SQFT

| Real Estate Values | |
|---|---|
| Residential | $585,600.00 |
| Commercial | |
| Total Taxable Value | $585,600.00 |
| Residential Exemption | $0.00 |

| Special Assessments | |
|---|---|
| SEW LIEN | $714.80 |
| WAT LIEN | $365.99 |
| SEW CM INT | $3.22 |
| WTR CM INT | $2.89 |
| **TOTAL LIENS** | **$1,086.90** |

| | |
|---|---|
| RES TAX | $4,427.14 |
| CPA | $110.13 |
| Betterments & Liens: | $1,086.90 |
| Exemptions/Deferrals/Abatements: | $.00 |
| Total Due FY 2009: | $5,624.17 |
| 1st Payment Due 11/24/2008: | $3,355.54 |
| 2nd Payment Due 05/04/2009: | $2,268.63 |
| Interest: | $529.05 |
| Demand Fee/Penalties: | $5.00 |
| Payments: | $-3,355.54 |
| **Amount Now Due** | $2,802.68 |

*Interest at the rate of 14% per annum (at $0.87 per day) will accrue on overdue balances from the issue date until payment is made.*

*Interest Calculated through 11/30/2010*

AMERICAN HOME MORT SERV INC
4600 REGENT BLVD., SUITE 200
IRVING TX 75063

005920820099000007591000028026841

**Fiscal Year begins July 1, 2008 and ends June 30, 2009**

**Issue Date of 10/24/2008.**

**Payment Information:**

Please return the top portion of this bill and make checks payable to **"CITY OF CAMBRIDGE"** and mail to:

City of Cambridge
Tax Collectors Office
795 Massachusetts Avenue
Cambridge, MA 02139

For payment related questions, please call 617-349-4220 or email treasurer@cambridgema.gov.

Hours for Walk-In Service are
Mon 8:30 - 8:00
T-W-Th 8:30 - 5:00
Fri 8:30 - 12:00

**Your Exemptions/Deferrals/Abatements**

**Exemption / Abatement Information:**

For exemption / abatement related questions, please call 617-349-4343 or email assessors@cambridgema.gov.

**Prior Balance information:**

Our records indicate that your account has a prior year balance due in the following year(s):

TAX TITLE $3,441.84

Please contact the Tax Collectors Office at 617-349-4220 for more information.

**TAXPAYER COPY**

*The Commonwealth of Massachusetts*
*City of Cambridge*
*Office of Collector of Taxes*
*Louis DePasquale: Tax Collector*

Based on assessments as of January 1, 2008. Your Real Estate tax for the fiscal year beginning July 1, 2008 and ending June 30, 2009 on the parcel of real estate described below is as follows:

**Fiscal Year 2009 Real Estate Tax Bill**

| Cust. No. | Assessed Owner | Bill No. |
|---|---|---|
| 48636 | AMERICAN HOME MORT SERV INC | 759 |

| Tax Rate Per $1000 | Residential | Commercial | Industrial |
|---|---|---|---|
| | 7.56 | 17.97 | 17.97 |

**Property Description and Location**

Parcel: 90-164
Deed Book/Page: 1337/135
Location: 1 NORFOLK PL
Class: 104
Lot Size: 3632

| Real Estate Values | |
|---|---|
| Residential | $585,600.00 |
| Commercial | |
| Total Taxable Value | $585,600.00 |
| Residential Exemption | $0.00 |

| Special Assessments | |
|---|---|
| SEW LIEN | $714.80 |
| WAT LIEN | $365.99 |
| SEW CM INT | $3.22 |
| WTR CM INT | $2.89 |
| **TOTAL LIENS** | **$1,086.90** |

| | |
|---|---|
| RES TAX | $4,427.14 |
| CPA | $110.13 |
| Betterments & Liens: | $1,086.90 |
| Exemptions/Deferrals/Abatements: | $.00 |
| Total Due FY 2009: | $5,624.17 |
| 1st Payment Due 11/24/2008: | $3,355.54 |
| 2nd Payment Due 05/04/2009: | $2,268.63 |
| Interest: | $529.05 |
| Demand Fee/Penalties: | $5.00 |
| Payments: | $-3,355.54 |
| **Amount Now Due** | $2,802.68 |

*Interest at the rate of 14% per annum (at $0.87 per day) will accrue on overdue balances from the issue date until payment is made.*

*Interest Calculated through 11/30/2010*

AMERICAN HOME MORT SERV INC
4600 REGENT BLVD., SUITE 200
IRVING TX 75063

005920820099000007591000028026841

**COLLECTOR COPY**

***The Commonwealth of Massachusetts***
***City of Cambridge***
***Office of Collector of Taxes***
***Louis DePasquale: Tax Collector***

Based on assessments as of January 1, 2009. Your Real Estate tax for the fiscal year beginning July 1, 2009 and ending June 30, 2010 on the parcel of real estate described below is as follows:

## Fiscal Year 2010 Real Estate Tax Bill

| Cust. No. | Assessed Owner | Bill No. |
|---|---|---|
| 48636 | AMERICAN HOME MORT SERV INC | 761 |

| Tax Rate Per $1000 | Residential | Commercial | Industrial |
|---|---|---|---|
| | 7.72 | 18.75 | 18.75 |

**Property Description and Location**

Parcel: 90-164
Deed Book/Page: 1337/135
Location: 1 NORFOLK PL
Class: 104
Lot Size: 3632 SQFT

**Real Estate Values**

| | |
|---|---|
| Residential | $580,300.00 |
| Commercial | |
| Total Taxable Value | $580,300.00 |
| Residential Exemption | $0.00 |

**Special Assessments**

| | |
|---|---|
| RES TAX | $4,479.92 |
| CPA | $111.24 |
| Betterments & Liens: | $.00 |
| Exemptions/Deferrals/Abatements: | $.00 |
| Total Due FY 2010: | $4,591.16 |
| 1st Payment Due 11/09/2009: | $2,295.58 |
| 2nd Payment Due 05/03/2010: | $2,295.58 |
| Interest: | $582.89 |
| Demand Fee/Penalties: | $5.00 |
| Payments: | $.00 |
| **Amount Now Due** | $5,179.05 |

*Interest at the rate of 14% per annum (at $1.76 per day) will accrue on overdue balances from the issue date until payment is made.*

*Interest Calculated through 11/30/2010*

AMERICAN HOME MORT SERV INC
4600 REGENT BLVD., SUITE 200
IRVING TX 75063

0059208201070000076170000517905б

**Fiscal Year begins July 1, 2009 and ends June 30, 2010**

**Issue Date of 10/09/2009.**

**Payment Information:**

Please return the top portion of this bill and make checks payable to **"CITY OF CAMBRIDGE"** and mail to:

City of Cambridge
Tax Collectors Office
795 Massachusetts Avenue
Cambridge, MA 02139

For payment related questions, please call 617-349-4220 or email treasurer@cambridgema.gov.

Hours for Walk-In Service are
Mon 8:30 - 8:00
T-W-Th 8:30 - 5:00
Fri 8:30 - 12:00

**Your Exemptions/Deferrals/Abatements**

**Exemption / Abatement Information:**

For exemption / abatement related questions, please call 617-349-4343 or email assessors@cambridgema.gov.

**Prior Balance information:**

Our records indicate that your account has a prior year balance due in the following year(s):

| | |
|---|---|
| TAX TITLE | $3,441.84 |
| 2009 Real Estate Tax | $2,802.68 |

Please contact the Tax Collectors Office at 617-349-4220 for more information.

**TAXPAYER COPY**


***The Commonwealth of Massachusetts***
***City of Cambridge***
***Office of Collector of Taxes***
***Louis DePasquale: Tax Collector***

Based on assessments as of January 1, 2009. Your Real Estate tax for the fiscal year beginning July 1, 2009 and ending June 30, 2010 on the parcel of real estate described below is as follows:

## Fiscal Year 2010 Real Estate Tax Bill

| Cust. No. | Assessed Owner | Bill No. |
|---|---|---|
| 48636 | AMERICAN HOME MORT SERV INC | 761 |

| Tax Rate Per $1000 | Residential | Commercial | Industrial |
|---|---|---|---|
| | 7.72 | 18.75 | 18.75 |

**Property Description and Location**

Parcel: 90-164
Deed Book/Page: 1337/135
Location: 1 NORFOLK PL
Class: 104
Lot Size: 3632

**Real Estate Values**

| | |
|---|---|
| Residential | $580,300.00 |
| Commercial | |
| Total Taxable Value | $580,300.00 |
| Residential Exemption | $0.00 |

**Special Assessments**

| | |
|---|---|
| RES TAX | $4,479.92 |
| CPA | $111.24 |
| Betterments & Liens: | $.00 |
| Exemptions/Deferrals/Abatements: | $.00 |
| Total Due FY 2010: | $4,591.16 |
| 1st Payment Due 11/09/2009: | $2,295.58 |
| 2nd Payment Due 05/03/2010: | $2,295.58 |
| Interest: | $582.89 |
| Demand Fee/Penalties: | $5.00 |
| Payments: | $.00 |
| **Amount Now Due** | $5,179.05 |

*Interest at the rate of 14% per annum (at $1.76 per day) will accrue on overdue balances from the issue date until payment is made.*

*Interest Calculated through 11/30/2010*

AMERICAN HOME MORT SERV INC
4600 REGENT BLVD., SUITE 200
IRVING TX 75063

0059208201070000076170000517905б

COLLECTOR COPY

*The Commonwealth of Massachusetts*
*City of Cambridge*
*Office of Collector of Taxes*
*Louis DePasquale: Tax Collector*

Based on assessments as of January 1, 2010. Your Real Estate tax for the fiscal year beginning July 1, 2010 and ending June 30, 2011 on the parcel of real estate described below is as follows:

## Fiscal Year 2011 Real Estate Tax Bill

| Cust. No. | Assessed Owner | Bill No. |
|---|---|---|
| 48636 | AMERICAN HOME MORT SERV INC | 766 |

| Tax Rate Per $1000 | Residential | Commercial | Industrial |
|---|---|---|---|
| | 8.16 | 19.90 | 19.90 |

**Property Description and Location**

Parcel: 90-164
Deed Book/Page: 1337/135
Location: 1 NORFOLK PL
Class: 104
Lot Size: 3632 SQFT

**Real Estate Values**

| | |
|---|---|
| Residential | $570,200.00 |
| Commercial | |
| Total Taxable Value | $570,200.00 |
| Residential Exemption | $0.00 |

**Special Assessments**

| | |
|---|---|
| RES TAX | $4,652.83 |
| CPA | $115.10 |
| Betterments & Liens: | $.00 |
| Exemptions/Deferrals/Abatements: | $.00 |
| Total Due FY 2011: | $4,767.93 |
| 1st Payment Due 11/22/2010: | $2,383.97 |
| 2nd Payment Due 05/02/2011: | $2,383.96 |
| Interest: | $36.57 |
| Demand Fee/Penalties: | $.00 |
| Payments: | $.00 |
| **Amount Now Due** | $2,420.54 |

*Interest at the rate of 14% per annum (at $0.91 per day) will accrue on overdue balances from the issue date until payment is made.*

*Interest Calculated through 11/30/2010*

AMERICAN HOME MORT SERV INC
4600 REGENT BLVD., SUITE 200
IRVING TX 75063

00592082011500000766600002420545

**Fiscal Year begins July 1, 2010 and ends June 30, 2011**

**Issue Date of 10/22/2010.**

**Payment Information:**

Please return the top portion of this bill and make checks payable to **"CITY OF CAMBRIDGE"** and mail to:

City of Cambridge
Tax Collectors Office
795 Massachusetts Avenue
Cambridge, MA 02139

For payment related questions, please call 617-349-4220 or email treasurer@cambridgema.gov.

Hours for Walk-In Service are
Mon 8:30 - 8:00
T-W-Th 8:30 - 5:00
Fri 8:30 - 12:00

**Your Exemptions/Deferrals/Abatements**

**Exemption / Abatement Information:**

For exemption / abatement related questions, please call 617-349-4343 or email assessors@cambridgema.gov.

**Prior Balance information:**

Our records indicate that your account has a prior year balance due in the following year(s):

| | |
|---|---|
| TAX TITLE | $3,441.84 |
| 2010 Real Estate Tax | $5,179.05 |
| 2009 Real Estate Tax | $2,802.68 |

Please contact the Tax Collectors Office at 617-349-4220 for more information.

TAXPAYER COPY

*The Commonwealth of Massachusetts*
*City of Cambridge*
*Office of Collector of Taxes*
*Louis DePasquale: Tax Collector*

Based on assessments as of January 1, 2010. Your Real Estate tax for the fiscal year beginning July 1, 2010 and ending June 30, 2011 on the parcel of real estate described below is as follows:

## Fiscal Year 2011 Real Estate Tax Bill

| Cust. No. | Assessed Owner | Bill No. |
|---|---|---|
| 48636 | AMERICAN HOME MORT SERV INC | 766 |

| Tax Rate Per $1000 | Residential | Commercial | Industrial |
|---|---|---|---|
| | 8.16 | 19.90 | 19.90 |

**Property Description and Location**

Parcel: 90-164
Deed Book/Page: 1337/135
Location: 1 NORFOLK PL
Class: 104
Lot Size: 3632

**Real Estate Values**

| | |
|---|---|
| Residential | $570,200.00 |
| Commercial | |
| Total Taxable Value | $570,200.00 |
| Residential Exemption | $0.00 |

**Special Assessments**

| | |
|---|---|
| RES TAX | $4,652.83 |
| CPA | $115.10 |
| Betterments & Liens: | $.00 |
| Exemptions/Deferrals/Abatements: | $.00 |
| Total Due FY 2011: | $4,767.93 |
| 1st Payment Due 11/22/2010: | $2,383.97 |
| 2nd Payment Due 05/02/2011: | $2,383.96 |
| Interest: | $36.57 |
| Demand Fee/Penalties: | $.00 |
| Payments: | $.00 |
| **Amount Now Due** | $2,420.54 |

*Interest at the rate of 14% per annum (at $0.91 per day) will accrue on overdue balances from the issue date until payment is made.*

*Interest Calculated through 11/30/2010*

AMERICAN HOME MORT SERV INC
4600 REGENT BLVD., SUITE 200
IRVING TX 75063

$4,804.50

00592082011500000766600002420545