**CERTIFICATE OF SERVICE**

   I, Kevin J. Mangan, certify that I am not less than 18 years of age, and that service of the attached document was made via Hand Delivery or US Mail on December 20, 2010 upon:

Sean M. Beach, Esq.
Patrick A. jackson, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Steven D. Sass
AHM Liquidating Trust
PO Box 10550
Melville, NY 11747

   Under penalty of perjury, I declare that the foregoing is true and correct.

____12/20/2010_____	___/s/ Kevin J. Mangan____
Date	Kevin J. Mangan (#3810)

WCSR  4520591v1