IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                :
                                                                 :   Jointly Administered
                                    Debtors.                     ::
---------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

   Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on December 3, 2010, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Notice of Effective Date [D.I. 9519]

_____
Debbie Laskin

   SWORN TO AND SUBSCRIBED before me this 21st day of December 2010.

_____
Notary Public

ANGELA M. COLSON
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Aug. 31, 2011

Sheri Laratonda
Trombly Real Estate
Century 21 All American
716 17th Street
Port Huron, MI 48060

Steve Scheib
Weichert, Realtors-First Choice
4206 Linglestown Road
Harrisburg, PA 17112

Diane Khwice
Spectrum Homesellers, Ltd.
715 Woodridge Drive South
Chaska, MN 55318

Mark Knuckles
Knuckles & Komosinski

Bobby Tran
ReMax Pros
7580 W. Sahara #200
Las Vegas, NV 89117

Paul Madison
Detrich Real Estate
607 S. Morenci
Mio Michigan

Reginald Freeman
Meridian Asso.
8400 Maple Place, Suite 108
Rancho Cucamonga, CA 91730

Marcus Edwards
Re/Max Alliance
18801 Lancashire
Detroit, MI 48223

William Kevin Morris
LRES Corp.
765 The City Drive South, Suite 300
Orange, CA 92868

Amos Hendershott
Tomlinson Aspen LLC
6945 Emerald
Boise, ID 83704

April Johnson
Century 21
270 E. Carmel Drive
Carmel, IN 46032

Lori Burnam
Coldwell Banker
9244 Stony Island
Chicago, IL 60617

Barbara Browning
Browning Group LLC
12000 Zuni Street
Westminster, CO 80234

Judy Magoon
Magoon Realty
2601 N. Monroe St.
Monroe, MI 48162

E. William Maloney, Jr.  
Maloney & Craven  
2093 Rand Road  
Des Plaines, IL 60016

Jon Davis  
Stanton & Davis  
1000 Plain Street  
Marshfield, MA 02050

Marcy Ford  
Trott & Trott  
31440 Northwestern Hwy., Suite 200  
Farmington Hills, MI 48334

Michael Sullivan  
6560 Greenwood Plaza Blvd.  
Suite 100  
Englewood, CO 80130

Kent Plott  
Lundberg & Associates  
3269 South Main Street, Suite 100  
Salt Lake City, UT 84115

Michael Davin  
CataList Homes  
2601 Pacific Coast Highway, 3rd Fl.  
Hermosa Beach, CA 90254

Carole O'Neill  
Equity Venture Realty LLC  
110 N. Brockway  
Palatine, IL 60004

Ted May, Esq.  
Sheldon May & Asso.  
255 Merrick Road  
Rockville Center, NY 11570

Cathy Lewis  
Re/Max Realty Professionals  
6121 Lakeside Dr.  
Reno, NV 89511

Hal Hutchens  
Affiliated Brokers  
3630 35th Ave.  
Oakland, CA 94619

Tina Waggoner  
West USA Realty  
161150 N. Arrowhead Fountain Center Dr.  
Peoria, AZ

Robert Bagley  
Century 21  
10 S. Country Club Road  
Decatur, IL 62521

Shannon Drew  
Nathan Neale  
Creative Group Real Estate  
310 N. 5th Ave.  
Yakima, WA 98902

Padraic Hawley  
Drive Realty  
561 Whistle Stop Road  
Clarkdale, AZ 86324

Craig Murphy
Epic Realty
1922 1st Ave., Suite 202
Anoka, MN 55303

Laura Murphy
ERA Statewide Realty
9006 Route 130
Delran, NJ 08075

Scot Anthony Cepek
RES Realty
12280 Nicollet Ave South 103
Burnsville, MN 55337

Karen Wright
Coldwell Banker
2651 Via De La Valle
Del Mar, CA 92014

Manuel Sarabia
Seven Six O Real Estate
2299 W. Adams Suite 116
El Centro, CA 92243

Jason Stone
Realty Executives United, LLC
4260 Van Dyke
Almont, MI 48003

Hani George Saab
Saab Realtors, Inc.
2070 Chain Bridge Road, Suite G40
Vienna, VA 22182

Keya Benberry
The Buy with Benberry Realty Group
4909 Dickson Road
Indianapolis, IN 46226

William Butcher, Esq.
2044 Ridge Road
Homewood, IL 60430