## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------- x
In re:                                          :    Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                 :
                                                :    Jointly  Administered
                                Debtors.        ::
-------------------------------------------------------------------- x
```

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                        ) SS
NEW CASTLE COUNTY    )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on December 21, 2010, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Notice of Effective Date  [D.I. 9519]

                                _____
                                Debbie Laskin

      SWORN TO AND SUBSCRIBED before me this 21 st day of December 2010.

                                _____
                                Notary Public

                                ANGELA M. COLSON
                                NOTARY PUBLIC
                                STATE OF DELAWARE
                          My commission expires Aug. 31, 2011

# SERVICE LIST

Trenwith Securities
Attn: Jeffrey Manning
7101 Wisconsin Avenue
Bethesda, MD 20184
*First Class Mail*

William Lenhart
David Berliner
BDO Seidman, LLP
135 W. 50th Street
New York, NY 10020
*First Class Mail*

Joshua Morse, Esq.
Hennigan & Bennett
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
*First Class Mail*

Brent Shaffer
Phoenix Capital, Inc.
999 Eighteenth Street, Suite 1400
Denver, CO 80202
*First Class Mail*

Thomas Korf
Traxi, LLC
Tower 45, 6th Fl.
120 West 45th Street
New York, NY 10036
*First Class Mail*

Milestone Advisors LLC
Attn: Eugene Weil
1775 Eye Street NW, Suite 800
Washington, DC 20006
*First Class Mail*

James L. Sklar, Esq.
DoveBid
27600 Northwestern Highway, Suite 220
Southfield, MI 48034
*First Class Mail*

Paul Aguggia, Esq.
Kilpatrick Stockton LLP
607 14th Street, N.W., Suite 900
Washington, D.C. 20005
*First Class Mail*

Ms. Wendy Finnegan
Receivable Management Services
307 International Circle, Suite 270
Hunt Valley, MD 21030
*First Class Mail*