AFFIDAVIT OF PUBLICATION

STATE OF TEXAS

COUNTY OF DALLAS

Before me, a Notary Public in and for Dallas County, this day personally appeared Whitney Lewis, Advertising Representative for the DALLAS MORNING NEWS, being duly sworn by oath, states the attached advertisement of:

American Home Mortgage Holdings

as published in The Dallas Morning News on:

December 6, 2010

(Whitney Lewis)

Sworn to and subscribed before me this          December 6, 2010

(Notary Public)

LYNDA F. BLACK
Notary Public, State of Texas
My Commission Expires
May 27, 2012

The Dallas Morning News    dallasnews.com

## Dogs

Yorkie pups, small, reg'd, utd shots, home raised, M/F, ears erect, $350 & up. Pictures. Will meet. Call Debbie 903-559-1449

CKC Yorkies 10wks 4 to 6lbs grown 400 male 500 female Whitney 254-694-6512

Yorkies AKC Registered Puppies M/F, Ready for adoption shots & wormed, health guaranteed, Will Hold for xmas/w deposit. Call or text 580-317-7115 or arnithegreat1965@yahoo.com -Will Deliver

Yorkies APR AKC Tea Cups Champion Line 8 wks, $350 Picts Avail 903-513-2620

ADORABLE Yorkie Toy/Poodle mix: (YorkiePoos), S/W, health guar, $175 & up Photos avail. 903-790-0947

Yorkshire Terrier AKC, 1 Male, born 9/24/2010. Current on shots & will provide a health guarantee. $500. 214-509-9477



Yorkshire Terrier. I have 3 adorable pups available. A parti female, parti male and parti gene carrier male. I have reduced the price on these sweet babies substantailly, they are ready for their new homes now! They come with full AKC registration, completely vaccinated and wormed and my contact e-mail : pennythors@yahoo.com and contact phone :214-556-6710, adoption fee is $150

Yorkshire Terrier pups AKC reg s/w males & females, small 972-986-8885

Yorkshire Terriers AKC. Champion Pedigree. 1 male left born 7/26/10. $400. New litter of parti-gene carriers born 11/13/10. Taking deposits. 903-632-1908

## Fish



POND STOCKING DISCOUNT PRICES 800-362-3590

## Hay, Feed, Grain

• BIG Alfalfa beetle free square bales, $140.
• Coastal sq. bales, sprayed & fertilized, $7.
• Cowhay rolls, $40-$50.
• Fert. coastal rolls, $60; Deliv avail. 903 268-5209 Alba

Heavily Fertilized Gourmet Horse Quality Coastal Bermuda $6.95 Canton 1-800-775-4288

Coastal Square Bales, Tifton 85, protein tested, fertilized. Blue Ridge Area. $6.25 per bale. Delivery Available. 214-882-1627

## Antiques, Art, Collectibles

BUYING GOLD • SILVER COINS • ROLEX • DIAMONDS 972-985-9560 www.cash4goldplano.com

BUYING COINS Paper Money & U.S. & Foreign Call Mark! 214-734-1229

## Jewelry, Watches

WE BUY GOLD ROLEX DIAMONDS CALL MEL 972-490-6062 DIAMONDBROKERDALLAS.COM A STORE YOU CAN TRUST



Cash for Gold! Jewelry Manufacturers Exchange 214-369-4653

Highland Park Watch & Jewelry 214-369-4653

Village Goldsmith Buying Platinum, Gold, Silver, Diamonds, & Estate Jewelry, Consignments Accepted. Expert Watch & Jewelry Repair (972) 248-0119

## Antiques, Art, Collectibles

Ralph Willard's Tower Antique Show Fri. Dec 3rd, Sat. Dec 4th. 10am-6pm Sun. Dec.5th 10am-5pm

## Jewelry, Watches

Nobody Pays More! For over 20 years Dallas Gold & Silver Exchange has paid more than anyone for Jewelry, Diamonds, Coins, Gold, Silver & more!

DALLAS Gold & Silver EXCHANGE INC. Dallas 972-484-3662 11311 Reeder Road, Dallas, TX 75229 Euless 817-540-5242 1201 Airport Fwy #305 Euless, TX 76040 www.DGSE.com

## Lawn & Garden



QUALITY SEASONED FIREWOOD from trusted company. $135 half cord 214-854-1642 qualityamericanfirewood@gmail.com www.americanfirewood.org

John Deere riding mower 2002 L110 with double bag system, hydrostatic trans and optional snowblade. Less than 100 hours on perfect condition mower. Washed after every use. Yard to small to use. $1200 OBO. 972-668-0780 t.hanneman@grandecom.net

## Furniture Home

Stickley Harvey Ellis Bachelor's Chest &Night Stand,$1800both.Curly maple drawer fronts,walnut knobs,discs surrounded by copper inlay.469-286-6333

Oriental Furniture Collection. Black w/Ornate Mother of Pearl Inlay, China Cabinet, $4995, Coffee Table $2995, & etc. 817-995-1225

## Building Materials

Eagle Steel Fencing New 2 3/8 .140 wall 1.45ft New 2 7/8 .140 wall 1.85ft 972-225-8138

ROCK BOTTOM PRICES LIKE NEW FURNITURE

Laminate Flooring. 25 yr warranty. 3100 s/f, 85¢ s/f. Prefinished Oak flooring, 30 yr warranty. $2.00 sf. 940 365-0617  877 634-7330

Luxury bedroom suite, 52 inch flat screen tv, leather sofa, end table, lamps, & misc. (214) 475-9856

## Machinery, Supplies

CAT D9 Dozer, direct W/Disc priced $16500. JCB214 Series IV loader/back hoe 4x4 $16500 979-567-3425

## Miscellaneous Merchandise

LOCAL OFFICE RELOCATING - EVERYTHING MUST GO!! Office Furniture - Desk Chairs, File Cabinets, Tables, Sofas

## Gameroom Equipment

## Farm Equipment

## Legal Notices



TIME WARNER CABLE

Time Warner Cable's agreements with programmers to carry their services routinely expire from time to time. We are usually able to obtain renewals or extensions of such agreements, and carriage of programming services is discontinued only in rare circumstances. The following agreements with programmers are due to expire soon, and we may be required to cease carriage of one or more of these services in the near future.

- American Life
- BBC America
- BBC America On Demand
- Current TV
- E!
- Encore
- Encore Action
- Encore Drama
- Encore Love
- Encore Mystery
- Encore WAM
- Encore Westerns
- Fuse
- Golf Channel
- Golf Channel HD
- KDAF (CW)
- KDAF (CW) Digital (Excludes Greenville)
- KDAF (CW) HD
- KFWD (IND)
- La Familia Cosmovision
- Lifetime
- Lifetime Real Women
- Sprout
- Sprout On Demand
- Starz
- Starz Cinema
- Starz Comedy
- Starz Edge
- Starz Kids & Family
- Stars InBlack
- Style
- The Weather Channel
- The Weather Channel HD
- TruTV
- TXCN
- WFAA (ABC)
- WFAA (ABC) HD
- WFAA (ABC) Digital
- WFAA (DT Express 8.2)
- WFAA (THIS TV)
- Zee TV

In addition, from time to time we make certain changes in the services that we offer in order to better serve our customers. The following changes are planned:

ADD:
Disney Family Movies on Demand on VOD Channel 1*
ESPN 3D to Time Warner Cable 3D Pass Channel 799*
The Texas Channel to Digital Cable Channel 170
The Texas Channel en Espanol to Digital Cable Channel 171
TV Shows On Demand to Subscription On Demand Channel 627

MOVE:
Music Choice Pop and Rock On Demand channel 624 will move to channel 625 which will be renamed to Music Choice On Demand
Sportskool On Demand will move from channel 639 to Sports On Demand channel 1

DELETE:
None at this time

CHANGE:
Discovery Health on Digital TV Channel 200 will change to OWN (Dallas)
Discovery Health on Digital TV Channel 105 will change to OWN (Greenville)

The new services listed below cannot be accessed on CableCARD-equipped Unidirectional Digital Cable Products purchased at retail without additional, two-way capable equipment.

None at this time

*HD Television and HD set-top box required to receive HD service

### CITY PLAN COMMISSION PUBLIC HEARING TO CONSIDER ADOPTION OF THE GARLAND ROAD VISION STUDY

The City Plan Commission of the City of Dallas will hold a public hearing on Thursday, December 16, 2010, 1:30 p.m. at the Dallas City Council Chambers, Room 6EN, Dallas City Hall to consider the adoption of the Garland Road Vision Study. This Area Study, if adopted, will be used as a planning and implementation guide for future development in the area generally located from I-635, past the Dallas Arboretum and White Rock Spillway, to the intersection of Garland Road, Gaston and East Grand Avenues.

Public testimony is limited to 15 minutes for the proponents and 15 minutes for the opponents of the plan. Should you need additional information on the Garland Road Vision Study, information is available on the project website http://garlandroadvision.org/ , or contact David Schleg at (214) 670-5875 (e-mail: david.schleg@dallascityhall.com).

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re: AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] Debtors.  
Chapter 11  
Case No. 07-11047 (CSS)  
Jointly Administered

### NOTICE OF (I) OCCURRENCE OF THE EFFECTIVE DATE OF THE PLAN; (II) DEADLINE TO FILE ADMINISTRATIVE CLAIMS; AND (III) APPOINTMENT OF BORROWER INFORMATION OMBUDSPERSON

TO: ALL POTENTIAL CREDITORS AND OTHER PARTIES IN INTEREST, INCLUDING MORTGAGE LOAN BORROWERS.

PLEASE TAKE NOTICE that on February 23, 2009 (the "Confirmation Date"), the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered its Findings of Fact, Conclusions of Law and Order Confirming the Amended Chapter 11 Plan of Liquidation of the Debtors Dated February 18, 2009 (as subsequently amended, the "Confirmation Order"). Unless otherwise defined in this Notice, capitalized terms used herein shall have the meanings ascribed to them in the Amended Chapter 11 Plan of Liquidation of the Debtors Dated February 18, 2009 (including the exhibits thereto, and all documents and agreements executed pursuant thereto, and as modified from time-to-time, the "Plan").

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan was November 30, 2010. Pursuant to section 1141(a) of the Bankruptcy Code, the provisions of the Plan and the Confirmation Order shall bind (i) the Debtors and their estates, (ii) the Plan Trust, (iii) all holders of Claims against or Equity Interests in the Debtors that arose before or were filed as of the Effective Date, whether or not impaired under the Plan and whether or not, if impaired, such holders accepted the Plan or received or retained any property under the Plan, and (iv) each person acquiring property under the Plan.

PLEASE TAKE FURTHER NOTICE that any party in interest wishing to obtain a copy of the Plan or Confirmation Order may obtain such copy: (i) at chapter11.epiqsystems.com by clicking on "American Home Mortgage Corp."; or (ii) by contacting Debbie Laskin, Paralegal, Young Conaway Stargatt & Taylor, LLP, 1000 West St., 17th Floor, P.O. Box 391, Wilmington, Delaware 19801; (302) 571-6710; dlaskin@ycst.com. Copies of the Confirmation Order may also be reviewed during regular business hours at the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801 or may be obtained at the Bankruptcy Court's website at www.deb.uscourts.gov, by following the directions for accessing the ECF system on such site.

Bar Date for Administrative Claims. PLEASE TAKE FURTHER NOTICE that, as provided in the Plan and Confirmation Order, including but not limited to Article 3(B)(2) of the Plan and paragraph 46 of the Confirmation Order, requests for payment of Administrative Claims[2] must be filed and served on counsel for the Debtors, counsel for the Plan Trustee, and the Plan Trustee no later than Wednesday, January 5, 2011 (the "Administrative Bar Date"). Unless such deadline is extended by order of the Bankruptcy Court upon application made prior to the Administrative Bar Date, holders of Administrative Claims that have not filed and served requests for payment of such

[right column — partial, cut off]
The Cit hearing the Dal Chapte granting

Zoning
This no differe district density the one

Z090-20 1c port center Cluster south o

Z090-21 on prop Develo Park R northw and an zoned Distric south o Avenu

Z090-2 school Famil the no

Z090-2 charte line of

The Sp chang

Z090-2 school Famil on are Forre

Z090-2 uses o corner

Z090-2 prope Liquo lounge tower on a p Overl sides Hope south with c specif

The S chang

Z090-: zoned Creek

Z101- cellul on th

The S chan

Z101- Com Distr

Deve

DCA Chap detac digit

Testi the c Cons

Bel Cor enc Ch be

Cu Ca Tot Cu No

To Ne