# NEWSDAY

## AFFIDAVIT OF PUBLICATION

MILLER ADVERTISING
71 5TH AVE. 5TH FLOOR
NEW YORK NY 10003-3004

STATE OF NEW YORK) Legal 16582168
:SS.:
COUNTY OF SUFFOLK)
R. Lopes

of Newsday, Inc., Suffolk County, N.Y., being duly sworn, says that such person is, and at the time of publication of the annexed Notice was a duly authorized custodian of records of Newsday, Inc., the publisher of NEWSDAY, a newspaper published in the County of Suffolk, County of Nassau, County of Queens, and elsewhere in the State of New York and other places, and that the Notice of which the annexed is a true copy, was published in the following editions/ counties of said newspaper on the following dates:

MONDAY DECEMBER 06 2010 Nassau Suffolk Queens

Sworn To Before Me This
15 day of December , 2010
Notary Public

Jason A. Neknez
Notary Public, State of New York
No. 01NE6219108
Commission Expires 03/22/2014
Qualified in Suffolk County

Legal Notice 16582168

## NEWSDAY PROOF

Customer: MILLER ADVERTISING Contact: PETER EGLOFF Phone: 2129292200

Ad Number: 16582168 Start Date:12/06/2010 End Date: 12/06/2010 Times: 1

Price: $1582.40 Size: 2 x 95 Section: CL Class: 11100

Printed By: L005 Date: 12/15/2010

Signature of Approval: ______________________________ Date:______________

Zones:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 07-11047 (CSS)<br>Jointly Administered |

**NOTICE OF (I) OCCURRENCE OF THE EFFECTIVE DATE OF THE PLAN; (II) DEADLINE TO FILE ADMINISTRATIVE CLAIMS; AND (III) APPOINTMENT OF BORROWER INFORMATION OMBUDSPERSON**

TO: ALL POTENTIAL CREDITORS AND OTHER PARTIES IN INTEREST, INCLUDING MORTGAGE LOAN BORROWERS.

PLEASE TAKE NOTICE that on **February 23, 2009** (the "Confirmation Date"), the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered its *Findings of Fact, Conclusions of Law and Order Confirming the Amended Chapter 11 Plan of Liquidation of the Debtors Dated February 18, 2009* (as subsequently amended, the "Confirmation Order"). Unless otherwise defined in this Notice, capitalized terms used herein shall have the meanings ascribed to them in the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated February 18, 2009* (including the exhibits thereto, and all documents and agreements executed pursuant thereto, and as modified from time-to-time, the "Plan").

PLEASE TAKE FURTHER NOTICE that **the Effective Date of the Plan was November 30, 2010.** Pursuant to section 1141(a) of the Bankruptcy Code, the provisions of the Plan and the Confirmation Order shall bind (i) the Debtors and their estates, (ii) the Plan Trust, (iii) all holders of Claims against or Equity Interests in the Debtors that arose before or were filed as of the Effective Date, whether or not impaired under the Plan and whether or not, if impaired, such holders accepted the Plan or received or retained any property under the Plan, and (iv) each person acquiring property under the Plan.

PLEASE TAKE FURTHER NOTICE that any party in interest wishing to obtain a copy of the Plan or Confirmation Order may obtain such copy: (i) at chapter11.epiqsystems.com by clicking on "American Home Mortgage Corp."; or (ii) by contacting Debbie Laskin, Paralegal, Young Conaway Stargatt & Taylor, LLP, 1000 West St., 17th Floor, P.O. Box 391, Wilmington, Delaware 19801; (302) 571-6710; dlaskin@ycst.com. Copies of the Confirmation Order may also be reviewed during regular business hours at the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801 or may be obtained at the Bankruptcy Court's website at www.deb.uscourts.gov, by following the directions for accessing the ECF system on such site.

Bar Date for Administrative Claims. PLEASE TAKE FURTHER NOTICE that, as provided in the Plan and Confirmation Order, including but not limited to Article 3(B)(2) of the Plan and paragraph 46 of the Confirmation Order, requests for payment of Administrative Claims[2] must be filed and served on counsel for the Debtors, counsel for the Plan Trustee, and the Plan Trustee no later than **Wednesday, January 5, 2011** (the "Administrative Bar Date"). **Unless such deadline is extended by order of the Bankruptcy Court upon application made prior to the Administrative Bar Date, holders of Administrative Claims that have not filed and served requests for payment of such Claims by the Administrative Bar Date shall be forever barred from asserting such Administrative Claims against the Debtors, their Estates, the Plan Trust, the Plan Trustee, their successors, their assigns, or their Assets.** The Plan does not affect or extend any Administrative Claim deadline established by any other Order and the earliest Administrative Claim deadline applicable to any Administrative Claim shall govern and control.

**Appointment of Borrower Information Ombudsperson.** PLEASE TAKE FURTHER NOTICE that, pursuant to Article 17(H) of the Plan, the Plan Trust has employed Robert Semple to act as Borrower Information Ombudsperson to respond to borrowers' information requests regarding their mortgage loans. The Borrower Information Ombudsperson may be reached at Robert Semple, c/o AHM Liquidation Trust, P.O. Box 10550, Melville, NY 11747, (631) 622-2800.

Dated: Wilmington, Delaware
November 30, 2010

BY ORDER OF THE BANKRUPTCY COURT
Christopher S. Sontchi, United States Bankruptcy Judge

**Counsel for the Debtors:** YOUNG CONAWAY STARGATT & TAYLOR, LLP, Sean M. Beach, Patrick A. Jackson, 1000 West St., 17th Floor, P.O. Box 391, Wilmington, DE 19801, Tel.: (302) 571-6600

**Counsel for the Plan Trustee:** HAHN & HESSEN LLP, Mark S. Indelicato, Edward L. Schnitzer, 488 Madison Avenue, New York, NY 10022, Telephone: (212) 478-7200

**The Plan Trustee:** Steven D. Sass, AHM Liquidating Trust, P.O. Box 10550, Melville, NY 11747

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] "Administrative Claim" is defined in the Plan to mean a Claim for costs and expenses of administration that is allowable and entitled to priority under §§ 503, 507(a)(2) and/or 507(b) of the Bankruptcy Code, including, without limitation, any post-petition tax claims, any actual and necessary expenses of preserving the Estate of any of the Debtors, any actual and necessary expenses of operating the business of any of the Debtors, all Professional Claims, and any fees or charges assessed against the Estate of any of the Debtors under 28 U.S.C. § 1930.

B18

Newsday buy&sell CALL (631) 843-SOLD (7653) Ads start at just $32.95! newsday.com

Announcements

- Lost/Found
- Personals
- Ticket brokers
- Professional Services

ADOPTIONS

SERVICES

Legal Services

• Attorneys •

ATTORNEYS

DIVORCE, BANKRUPTCY, DEBT RELIEF AGENCY, PERSONAL INJURY. SOMER & HELLER 2171 Jericho Tpk., Commack, NY 631-462-2323

# LEGAL NOTICES

**Legal Notice 16558222**

**Legal Notice 16582372**

**Legal Notice 16559733**

Notice of Formation of 215 HORNBILL DRIVE LLC. Arts. of Org. filed with Secy. of State of NY (SSNY) on 10/20/10. Office location: Queens County. Princ. office of LLC: 14-41 163 St., Beechhurst, NY 11357. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to the LLC at the addr. of its princ. office. Purpose: Any lawful activity.

**Legal Notice 16559877**

**Legal Notice 16582348**

NOTICE

Notice is hereby given that on 12/13/10), at 12:30 PM U-S-TORE-IT # 559 the undersigned, located at 2687 Atlantic Ave. brooklyn New York 11207, will sell at Public auction by competitive bidding, the personal property heretofore stored with the undersigned by:
1)Unit # 1020- Jasmin Dunn-bags, boxes and miscellaneous
2)Unit # 1030- Natiya Joseph-bags, boxes and miscellaneous
3)Unit # 1067- Ana Gonzalez-bags, boxes and miscellaneous
4)Unit # 1086- Linda Foster-bags, boxes and miscellaneous
5)Unit # 1090- Nicole- veronica Rhem- bags, boxes and miscellaneous
6)Unit # 1180- Loida Lopez-bags, boxes and miscellaneous
7)Unit # 1183- Kevin Brown-bags, boxes and miscellaneous
8)Unit # 2037- Horace Thompson- bags, boxes and miscellaneous
9)Unit # 2045- Shirley Rivers-bags, boxes and miscellaneous
10) Unit # 2069- Darnell Faustin- bags, boxes and miscellaneous
11) Unit # 2089-Hugh Josephs-bags, boxes and miscellaneous
12) Unit # 2122- A.R Sparks-bags, boxes and miscellaneous
13) Unit # 2141- Angela Centeno- bags, boxes and miscellaneous
14) Unit # 2152- Virgie A. Whitfield- bags, boxes and miscellaneous
15) Unit # 2161- John Yushih Reece- bags, boxes and miscellaneous
16) Unit # 2200-Trudy Whyte-bags, boxes and miscellaneous
17) Unit # 3036- Yaa-Lengi Meemangemi- bags, boxes
18) Unit # 3045- Carey L Spivey- bags, boxes and miscellaneous
19) Unit # 3053- Mildred Deckard- bags, boxes and miscellaneous
20) Unit # 3098- Meuzet Colon-bags, boxes and miscellaneous
21) Unit # 3151- Dudley F Craig 2nd- bags, boxes and miscellaneous
22) Unit # 4017- Dawson Ashurst- bags, boxes and miscellaneous
23) Unit # 4038- Muhammad Qadir- bags, boxes and miscellaneous
24) Unit # 4060- Andre R Allen-bags, boxes and miscellaneous
25) Unit # 4115- Elizabeth R Meningall- bags, boxes and miscellaneous
26) Unit # 4119- Christina Thompson- bags, boxes and miscellaneous
27) Unit # 4136- Jason Herdigein- bags, boxes and miscellaneous
28) Unit # 4149- Princess Kobbah- bags, boxes and miscellaneous
29) Unit # 4151- Bakari Kinsey-bags, boxes and miscellaneous
30) Unit # 4166- Nicola S Taylor- bags, boxes and miscellaneous
31) Unit # 4182- Earla Ingram-bags, boxes and miscellaneous
32) Unit # 4183- Jayson Shamblee- bags, boxes and miscellaneous
33) Unit # 4217- Aracelis Collado- bags, boxes and miscellaneous

**Legal Notice 16581297**

**Legal Notice 16582204**

NOTICE OF FORMATION OF LIMITED LIABILITY COMPANY. NAME: 43-02 COLDEN LLC. Articles of Organization were filed with the Secretary of State of New York (SSNY) on 11/05/10. Office location: Queens County. SSNY has been designated as agent of the LLC upon whom process against it may be served. SSNY shall mail a copy of process to the LLC, c/o Tony Lau, 74 Laurel Drive, Smithtown, New York 11787. Purpose: For any lawful purpose.

**Legal 16582168**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*,[1] Debtors. | ) | Chapter 11 Case No. 07-11047 (CSS) Jointly Administered |

**NOTICE OF (I) OCCURRENCE OF THE EFFECTIVE DATE OF THE PLAN; (II) DEADLINE TO FILE ADMINISTRATIVE CLAIMS; AND (III) APPOINTMENT OF BORROWER INFORMATION OMBUDSPERSON**

TO: ALL POTENTIAL CREDITORS AND OTHER PARTIES IN INTEREST, INCLUDING MORTGAGE LOAN BORROWERS.

PLEASE TAKE NOTICE that on **February 23, 2009** (the "Confirmation Date"), the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered its *Findings of Fact, Conclusions of Law and Order Confirming the Amended Chapter 11 Plan of Liquidation of the Debtors Dated February 18, 2009* (as subsequently amended, the "Confirmation Order"). Unless otherwise defined in this Notice, capitalized terms used herein shall have the meanings ascribed to them in the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated February 18, 2009* (including the exhibits thereto, and all documents and agreements executed pursuant thereto, and as modified from time-to-time, the "Plan").

PLEASE TAKE FURTHER NOTICE that the **Effective Date of the Plan was November 30, 2010**. Pursuant to section 1141(a) of the Bankruptcy Code, the provisions of the Plan and the Confirmation Order shall bind (i) the Debtors and their estates, (ii) the Plan Trust, (iii) all holders of Claims against or Equity Interests in the Debtors that arose before or were filed as of the Effective Date, whether or not impaired under the Plan and whether or not, if impaired, such holders accepted the Plan or received or retained any property under the Plan, and (iv) each person acquiring property under the Plan.

PLEASE TAKE FURTHER NOTICE that any party in interest wishing to obtain a copy of the Plan or Confirmation Order may obtain such copy: (i) at chapter11.epiqsystems.com by clicking on "American Home Mortgage Corp."; or (ii) by contacting Debbie Laskin, Paralegal, Young Conaway Stargatt & Taylor, LLP, 1000 West St., 17th Floor, P.O. Box 391, Wilmington, Delaware 19801; (302) 571-6710; dlaskin@ycst.com. Copies of the Confirmation Order may also be reviewed during regular business hours at the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801 or may be obtained at the Bankruptcy Court's website at www.deb.uscourts.gov, by following the directions for accessing the ECF system on such site.

Bar Date for Administrative Claims. PLEASE TAKE FURTHER NOTICE that, as provided in the Plan and Confirmation Order, including but not limited to Article 3(B)(2) of the Plan and paragraph 46 of the Confirmation Order, requests for payment of Administrative Claims[2] must be filed and served on counsel for the Debtors, counsel for the Plan Trustee, and the Plan Trustee no later than **Wednesday, January 5, 2011** (the "Administrative Bar Date"). **Unless such deadline is extended by order of the Bankruptcy Court upon application made prior to the Administrative Bar Date, holders of Administrative Claims that have not filed and served requests for payment of such Claims by the Administrative Bar Date shall be forever barred from asserting such Administrative Claims against the Debtors, their Estates, the Plan Trust, the Plan Trustee, their successors, their assigns, or their Assets.** The Plan does not affect or extend any Administrative Claim deadline established by any other Order and the earliest Administrative Claim deadline applicable to any Administrative Claim shall govern and control.

Appointment of Borrower Information Ombudsperson. PLEASE TAKE FURTHER NOTICE that, pursuant to Article 17(H) of the Plan, the Plan Trust has employed Robert Semple to act as Borrower Information Ombudsperson to respond to borrowers' information requests regarding their mortgage loans. The Borrower Information Ombudsperson may be reached at Robert Semple, c/o AHM Liquidation Trust, P.O. Box 10550, Melville, NY 11747, (631) 622-2800.

Dated: Wilmington, Delaware
November 30, 2010

BY ORDER OF THE BANKRUPTCY COURT
Christopher S. Sontchi, United States Bankruptcy Judge

**Counsel for the Debtors:** YOUNG CONAWAY STARGATT & TAYLOR, LLP, Sean M. Beach, Patrick A. Jackson, 1000 West St., 17th Floor, P.O Box 391, Wilmington, DE 19801, Tel.: (302) 571-6600

**Counsel for the Plan Trustee:** HAHN & HESSEN LLP, Mark S. Indelicato, Edward L. Schnitzer, 488 Madison Avenue, New York, NY 10022, Telephone: (212) 478-7200

**The Plan Trustee:** Steven D. Sass, AHM Liquidating Trust, P.O. Box 10550, Melville, NY 11747

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558), American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] "Administrative Claim" is defined in the Plan to mean a Claim for costs and expenses of administration that is allowable and entitled to priority under §§ 503, 507(a)(2) and/or 507(b) of the Bankruptcy Code, including, without limitation, any post-petition tax claims, any actual and necessary expenses of preserving the Estate of any of the Debtors, any actual and necessary expenses of operating the business of any of the Debtors, all Professional Claims, and any fees or charges assessed against the Estate of any of the Debtors under 28 U.S.C. § 1930.

**Legal Notice 16559892**

**Legal Notice 16564565**

**Legal Notice 16564572**

Notice of Formation of 65-43 REALTY LLC. Arts. of Org. filed with Secy. of State of NY (SSNY) on 10/06/10. Office location: Queens County. Princ. office of LLC: 65-05 Myrtle Ave., Glendale, NY 11385. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to c/o Cyruli Shanks Hart & Zizmor LLP, 420 Lexington Ave., NY, N.Y. 10170. Purpose: Any lawful activity.

**Legal Notice 16569460**

NOTICE OF FORMATION OF LIMITED LIABILITY COMPANY. NAME: APCO PROPERTIES OF NY, LLC. Articles of Organization were filed with the Secretary of State of New York (SSNY) on 10/20/10. Office location: Queens County. SSNY has been designated as agent of the LLC upon whom process against it may be served. SSNY shall mail a copy of process to the LLC, 196-18 44th Avenue, Flushing, New York 11358. Purpose: For any lawful purpose.

**Legal Notice 16569671**

**Legal Notice 16569672**

ELITE ATHLETIC CENTER, LLC, a domestic Limited Liability Company (LLC), filed with the Sec of State of NY on 9/13/10. NY Office location: Queens County. SSNY is designated as agent upon whom process against the LLC may be served. SSNY shall mail a copy of any process against the LLC served upon him/her to Djabrail Moukhtarov, 82-08 135th St., Apt. 3K, Jamaica, NY 11435. General Purposes.

**Legal Notice 16569670**

**Legal Notice 16572294**

**Legal Notice 16573144**

Eat Your World LLC Articles of Org. filed NY Sec. of State (SSNY) 8/16/2010. Office in Queens Co. SSNY design. Agent of LLC upon whom process may be served. SSNY shall mail copy of process to The LLC 3536 76th Street Apt. 128 Jackson Heights, NY 11372. Purpose: Any lawful activity. Registered Agent: Scott Rosen 3536 76th Street Apt. 128 Jackson Heights, NY 11372.

**Legal Notice 16574441**

NOTICE OF FORMATION of Consolidated Commissary LLC. Art. of Org. filed w/Secy. of State of NY (SSNY) on 10/7/10. Office location: Queens County. SSNY designated as agent and shall mail process to: 114-20 Queens Blvd., Forest Hills, NY 11375. Purpose: Any lawful activity.

**Legal Notice 16559405**

TANSEY DESIGN, LLC, a domestic Limited Liability Company (LLC), filed with the Sec of State of NY on 9/27/10. NY Office location: Queens County. SSNY is designated as agent upon whom process against the LLC may be served. SSNY shall mail a copy of any process against the LLC served upon him/her to The LLC, 25-10 38th Ave., Long Island City, NY 11101. General Purposes

**Legal Notice 16559753**

**Legal Notice 16563671**

**Legal Notice 16569102**

**Legal Notice 16571327**

**Legal Notice 16573189**

**Legal Notice 16573321**

**Legal Notice 16575978**

Notice of formation of HBE Enterprise, LLC, a limited liability company. Articles of Organization filed with the Secretary of State of New York (SSNY) on 9/30/2010. Office located in Queens County, at 193-17 117th Rd., St. Albans, NY 11412. SSNY has been designated for service of process. SSNY shall mail to the LLC a copy of any process served against it. Purpose: any lawful purpose.

**Legal Notice 16573038**

**Legal Notice 16577162**

Notice of Formation of OFC RESTAURANT LLC. Arts. of Org. filed with Secy. of State of NY (SSNY) on 11/04/10. Office location: Queens County. Princ. office of LLC: 7501 88th St., Glendale, NY 11385. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to the LLC at the addr. of its princ. office. Purpose: Any lawful activity.

**Legal Notice 16580876**

111 HART LLC, a domestic Limited Liability Company (LLC), filed with the Sec of State of NY on 7/29/10. NY Office location: Queens County. SSNY is designated as agent upon whom process against the LLC may be served. SSNY shall mail a copy of any process against the LLC served upon him/her to The LLC, 191-15 Jamaica Ave., Hollis, NY 11423. General Purposes.

**Legal Notice 16580880**

**Legal Notice 16581233**

**Legal Notice 16581361**

Y.O DEVELOPMENT LLC, a domestic Limited Liability Company (LLC), filed with the Sec of State of NY on 8/18/10. NY Office location: Queens County. SSNY is designated as agent upon whom process against the LLC may be served. SSNY shall mail a copy of any process against the LLC served upon him/her to The LLC, 191-15 Jamaica Ave., Hollis, NY 11423. General Purposes.

**Legal Notice 16582374**

NOTICE OF SALE
SUPREME COURT COUNTY OF QUEENS, EMIGRANT MORTGAGE COMPANY, INC., Plaintiff, vs. POOJA PAREKH, ET AL., Defendant(s).
Pursuant to a Judgment of Foreclosure and Sale duly filed on October 28, 2010, I, the undersigned Referee will sell at public auction at the Queens County Courthouse, Courtroom 25, 88-11 Sutphin Boulevard, Jamaica, NY on January 07, 2011 at 11:00 a.m., premises known as 42-20 78th Street, Elmhurst, NY. All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough and County of Queens, City and State of New York, Block 1523 and Lot 16. Approximate amount of judgment is $421,162.67 plus interest and costs. Premises will be sold subject to provisions of filed Judgment Index # 32702/09.
Anthony V. Lombardino, Esq., Referee
Knuckles, Komosinski & Elliott, LLP, 565 Taxter Road, Ste. 590, Elmsford, NY 10523, Attorneys for Plaintiff

**Legal Notice 16559783**

**Legal Notice 16563688**

Notice of formation of Raymundo Tax LLC. Articles of Org. filed with the Secretary of State of New York (SSNY) on 10/19/10. Office location: Queens County. SSNY has been designated for service of process. SSNY shall mail copy of any process against the LLC to 87-08 Justice Ave, Suite 1D, Elmhurst NY 11373. Purpose: any lawful purpose.

**Legal Notice 16569390**

Notice of formation of Abis Realty, LLC. Articles of Organization filed with the Secretary of State of New York (SSNY) on 11/02/2010. Office location: Queens County. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to: PO Box 790232, Middle Village, NY 11379. Purpose: any lawful purpose.

**Legal Notice 16572179**

**Legal Notice 16573324**

**Legal Notice 16573457**

Formation: Veggie Vending, LLC Articles of Organization filed w/SSNY 9/9/10 Queens County, NY. Address for Process, Veggie Vending, LLC United States Corp. Agents, Inc. 7014 13th Ave, Ste. 202 Bklyn, NY 11228 Purpose: any lawful purpose.

**Legal Notice 16577218**

**Legal Notice 16577242**

**Legal Notice 16581121**

NEWSDAY, MONDAY, DECEMBER 6, 2010 www.exploreLI.com



