# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: **American Home Mortgage Holdings, Inc.,** *et al,* <br><br> Debtors | ) Chapter 11 <br> ) <br> ) Case No.: 07-11047 (CSS) <br> ) Jointly Administered <br> ) |

## REQUEST FOR REMOVAL FROM ECF NOTIFICATION

Mortgage Data Management Corporation, by its attorneys, Davis & Kuelthau, s.c., by Attorney Russell S. Long, respectfully requests to be removed from electronic filing notification (ECF) in the above-entitled bankruptcy proceeding.

Mortgage Data Management Corporation was a party to Adversary Proceeding No. 09-51725 which was dismissed by stipulation on October 4, 2010. Mortgage Data Management Corporation no longer has in interest in this proceeding.

The email addresses to be removed from ECF notification effective immediately are: rlong@dkattorneys.com and porin@dkattorneys.com.

Dated: December 22, 2010.

                                         s/Russell S. Long
                                         Russell S. Long (WI Bar No. 1008602)
                                         Attorney for Mortgage Data Management Corporation
                                         DAVIS & KUELTHAU, s.c.
                                         111 E. Kilbourn Avenue, Suite 1400
                                         Milwaukee, WI 53202
                                         Telephone: 414.225.1456
                                         Fax: 414.225.3656
                                         Email: rlong@dkattorneys.com