**AMERICAN HOME MORTGAGE**
**Time Summary**
**November 1, 2010 to November 30, 2010**

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 18.4 | 650.00 | 11,960.00 |
| MICHELE MICHAELIS | DIRECTOR | 22.7 | 475.00 | 10,782.50 |
| MATTHEW J STEWART | SENIOR | 137.1 | 275.00 | 37,702.50 |
| JERRY D'AMATO III | SENIOR | 1.1 | 240.00 | 264.00 |
| REBECCA NACHMANI | SENIOR | 7.0 | 225.00 | 1,575.00 |
| NAUSHON E VANDERHOOP | SENIOR | 0.3 | 200.00 | 60.00 |
| MIGDALIA GOMEZ | PARA-PROF. | 3.7 | 150.00 | 555.00 |
| | **SUBTOTAL:** | **190.3** | | **$62,899.00** |
| TRAVEL TIME: Billed @ ½ rate | | | | |
| MATTHEW J STEWART | SENIOR | 3.0 | 137.50 | 412.50 |
| | **SUBTOTAL:** | **3.0** | | **412.50** |
| | **TOTAL:** | **193.3** | | **$63,311.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2010 to November 30, 2010**

**A.    ACCOUNTS PAYABLE**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/2/2010 | M.S. | Reviewed claims register and individual claims. | 1.4 |
| 11/2/2010 | M.S. | Correspondences with staff re: claims details. | 0.4 |
| 11/3/2010 | M.S. | Reviewed claims register | 2.8 |
| 11/3/2010 | M.S. | Prepared BDO report re: claims and unsecured creditor recovery. | 3.2 |
| 11/4/2010 | M.S. | Prepared AHM schedules re: claims and unsecured creditor recovery. | 3.8 |
| 11/4/2010 | M.S. | Reviewed objection to D. Mills admin claim. | 0.4 |
| 11/4/2010 | M.S. | Reviewed secured, administrative and priority claims and general unsecured claims filed to date. | 1.1 |
| 11/5/2010 | M.S. | Prepared claims questions for the Debtors. | 0.7 |
| 11/8/2010 | M.S. | Reviewed and analyzed SAP claims and unsecured claims filed and the Debtors' estimates on such claims. | 2.2 |
| 11/11/2010 | M.S. | Reviewed scheduled claims and potential distribution amounts. | 0.4 |
| 11/15/2010 | M.S. | Reviewed claims filed by Deustsche Bank related entities. | 0.4 |
| 11/15/2010 | M.S. | Correspondences with D. Berliner and M. Michaelis re: claims. | 0.4 |
| 11/15/2010 | M.S. | Reviewed EPD protocol calculations. | 0.3 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2010 to November 30, 2010

**A.    ACCOUNTS PAYABLE**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/15/2010 | M.S. | Work sessions with AHM employees re: claims. | 2.8 |
| 11/16/2010 | M.M. | Reviewed Epiq downloads. | 0.6 |
| 11/16/2010 | M.S. | Prepared for and met with M. Michaelis re: claims and site visit yesterday. | 0.8 |
| 11/16/2010 | M.S. | Reviewed claims update provided by the Debtors. | 0.7 |
| 11/17/2010 | M.M. | Reviewed claims data. | 2.7 |
| 11/17/2010 | M.S. | Prepared for and met with M. Michaelis re: claims. | 0.8 |
| 11/17/2010 | M.S. | Reviewed schedules and filed unsecured claims. | 0.7 |
| 11/18/2010 | M.S. | Reviewed EPD and breach calculations prepared by D. Voulo. | 1.0 |
| 11/18/2010 | R.N. | Claims reconciliation analytics. | 0.6 |
| 11/19/2010 | M.M. | Discussed update of claim register for scheduled not filed. | 0.8 |
| 11/19/2010 | R.N. | Claims reconciliation analytics. | 1.4 |
| 11/22/2010 | R.N. | Claims reconciliation analytics. | 1.6 |
| 11/23/2010 | M.M. | Discussed claim analysis. | 0.7 |
| 11/23/2010 | M.S. | Reviewed claims analysis prepared by R. Nachmani. | 0.4 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2010 to November 30, 2010

**A.    ACCOUNTS PAYABLE**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/23/2010 | M.S. | Prepared for and discussions with M. Michaelis re: open issues, claims and scheduling. | 1.3 |
| 11/23/2010 | R.N. | Claims reconciliation analytics. | 3.4 |
| 11/29/2010 | M.M. | Reviewed claims and other data for meeting with Trustee. | 0.4 |
| 11/29/2010 | M.S. | Reviewed outstanding SAP and priority claims. | 0.8 |
| | | **TOTAL:** | **39.0** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 5.2 | 475.00 | 2,470.00 |
| M. STEWART (M.S.) | 26.8 | 275.00 | 7,370.00 |
| R. NACHMANI (R.N.) | 7.0 | 225.00 | 1,575.00 |
| **TOTAL:** | **39.0** | | **11,415.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2010 to November 30, 2010**

**B.      PREFERENCE ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/10/2010 | M.M. | Reviewed preference related correspondence. | 0.3 |
| 11/11/2010 | D.B. | Reviewed e-mails from E. Schnitzer and updated preference analysis summary schedule. | 0.4 |
| 11/17/2010 | M.S. | Analyzed Cadwalader's invoices and preference payments and correspondences with counsel re: same. | 2.2 |
| | | **TOTAL:** | **2.9** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.4 | 650.00 | 260.00 |
| M. MICHAELIS (M.M.) | 0.3 | 475.00 | 142.50 |
| M. STEWART (M.S.) | 2.2 | 275.00 | 605.00 |
| **TOTAL:** | **2.9** | | **1,007.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2010 to November 30, 2010**

**C.      LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/2/2010 | M.M. | Reviewed current open litigation listings and requested data from Debtors. | 0.4 |
| 11/2/2010 | M.S. | Reviewed documents relating to the causes of action investigation. | 0.6 |
| 11/12/2010 | M.S. | Organized and collaborated file related to the causes of action investigation. | 1.2 |
| 11/22/2010 | M.S. | Reviewed documents relating to the causes of action investigation. | 0.8 |
| 11/29/2010 | D.B. | Reviewed BDO reports and identified additional search terms for counsel. | 2.3 |
| 11/30/2010 | M.S. | Correspondence with counsel re: causes of action and reviewed documents re: same. | 0.8 |
| | | **TOTAL:** | **6.1** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.3 | 650.00 | 1,495.00 |
| M. MICHAELIS (M.M.) | 0.4 | 475.00 | 190.00 |
| M. STEWART (M.S.) | 3.4 | 275.00 | 935.00 |
| **TOTAL:** | **6.1** | | **2,620.00** |

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### November 1, 2010 to November 30, 2010

## D.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/1/2010 | M.S. | Meetings with the Debtors and L. Smalley re: Effective Date, 6 month post Effective Date cash flow, claims, distributions and other issues. | 4.5 |
| 11/3/2010 | M.S. | Correspondences with the Debtors re: claims database. | 0.7 |
| 11/8/2010 | D.B. | Telephone call with K. Nystrom re: Cadwalader fees and to review Schedule of Fee proposal. | 0.5 |
| 11/8/2010 | M.S. | Conference call with Zolfo Cooper and D. Berliner re: Cadwalader. | 0.4 |
| 11/10/2010 | D.B. | Telephone calls with K. Nystrom re: Cadwalader fee issues. | 0.2 |
| 11/10/2010 | M.S. | Meetings with the Debtors and L. Smalley re: Effective Date, 6 month post Effective Date cash flow, claims, distributions and other issues. | 4.7 |
| 11/11/2010 | D.B. | Conference call with Zolfo, S. Sass and M. Indelicato re: Cadwalader fee issue. | 0.5 |
| 11/11/2010 | D.B. | Telephone calls with K. Nystrom re: Cadwalader issues. | 0.2 |
| 11/11/2010 | M.M. | Participated in Debtors update call. | 0.9 |
| 11/11/2010 | M.S. | Meetings with the Debtors and L. Smalley re: Effective Date, 6 month post Effective Date cash flow, claims, distributions and other issues. | 5.2 |
| 11/11/2010 | M.S. | Discussions with the Debtors and D. Berliner: re professional fees. | 0.4 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
#### November 1, 2010 to November 30, 2010

### D.       MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/11/2010 | M.S. | Conference call with the Debtors, Trustee, D. Berliner and Hahn & Hessen re: Cadwalader. | 0.6 |
| 11/15/2010 | M.S. | Meetings with the Debtors and L. Smalley re: Effective Date, 6 month post Effective Date cash flow, claims, distributions and other issues. | 3.8 |
| 11/17/2010 | M.S. | Meetings with the Debtors and L. Smalley re: Effective Date, 6 month post Effective Date cash flow, claims, distributions and other issues. | 4.0 |
| 11/22/2010 | M.S. | Discussions with L. Smalley re: entities and tax issues. | 0.4 |
| 11/22/2010 | M.S. | Conference call with the Trustee, Debtors and BDO tax re: tax issues post effective date. | 0.4 |
| 11/22/2010 | M.S. | Meetings with the Trustee and L. Smalley re: Post Effective Date Planning and other issues. | 4.7 |
| 11/22/2010 | M.S. | Meeting with AHM employees re: accounting issues and other items. | 1.4 |
| 11/23/2010 | D.B. | Telephone calls with K. Nystrom and Cadwalader re: Waterfield fee and BDO expert report fees. | 0.5 |
| 11/23/2010 | M.S. | Correspondence with Debtors and N. Vanderhoop re: professional fees. | 0.2 |
| 11/24/2010 | D.B. | Reviewed e-mail from K. Nystrom to Cadwalader re: fee proposal. | 0.1 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2010 to November 30, 2010

**D.     MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/29/2010 | D.B. | Conference call with Debtors' advisor, H&H and S. Sass re: Effective Date issues and prepare for call. | 1.6 |
| 11/29/2010 | M.S. | Conference call with professionals re: Effective Date issues. | 1.4 |
| 11/29/2010 | M.S. | Various Meetings and work sessions with the Liquidating Trustee, his consultant and Zolfo Cooper to prepare for the Effective Date. | 4.8 |
| 11/30/2010 | D.B. | Reviewed e-mails from C. Grear re: revised Plan Trust Agreement, e-mail from S. Sass re: comments on Exhibit A and e-mails re: notice of Effective Date. | 0.4 |
| 11/30/2010 | M.M. | Met with Trustee, Debtors and employees re: emergence issues, trust agreement, insurance and claims. | 3.8 |
| 11/30/2010 | M.S. | Meetings with the Liquidating Trustee, his consultant and Zolfo Cooper to prepare for the Effective Date. | 6.0 |
| 11/30/2010 | M.S. | Reviewed and discussions with S. Sass and L Smalley re: documents relating to insurance and costs. | 0.4 |
| | | **TOTAL:** | **52.7** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2010 to November 30, 2010**

**D.      MEETINGS - DEBTOR**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 4.0 | 650.00 | 2,600.00 |
| M. MICHAELIS (M.M.) | 4.7 | 475.00 | 2,232.50 |
| M. STEWART (M.S.) | 44.0 | 275.00 | 12,100.00 |
| **TOTAL:** | **52.7** | | **16,932.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2010 to November 30, 2010**

**E.     REPORT PREPARATION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/1/2010 | M.S. | Prepared BDO report and correspondence with counsel re: same. | 0.6 |
| 11/2/2010 | M.S. | Prepared BDO report re: claims and unsecured creditor recovery. | 0.8 |
| 11/4/2010 | M.S. | Prepared notes and BDO report on anticipated creditor distribution. | 1.6 |
| 11/4/2010 | M.S. | Correspondences with M. Michaelis re: BDO updated report on claims and distribution. | 0.2 |
| 11/5/2010 | M.S. | Prepared BDO update report on claims and unsecured creditor recovery. | 3.4 |
| 11/8/2010 | M.S. | Prepared BDO update report on claims and unsecured creditor recovery. | 3.8 |
| 11/9/2010 | M.M. | Reviewed and edited revised report. | 0.6 |
| 11/9/2010 | M.S. | Prepared BDO update report on claims and unsecured creditor recovery. | 3.6 |
| 11/9/2010 | M.S. | Revised AHM Committee report based on M. Michaelis' edits and gave draft report to D. Berliner. | 0.6 |
| 11/10/2010 | D.B. | Reviewed and edited draft BDO report to UCC re: claims update and creditors recovery by debtor; prepared comments and discussed with M. Stewart. | 3.8 |
| 11/10/2010 | M.S. | Revised AHM update report on claims and unsecured creditor recoveries based on D. Berliner's edits and comments. | 2.4 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2010 to November 30, 2010

**E.    REPORT PREPARATION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/11/2010 | D.B. | Reviewed revised draft of BDO report to UCC. | 0.5 |
| 11/11/2010 | M.S. | Revised Creditor Committee report re: future recoveries. | 1.2 |
| 11/15/2010 | M.S. | Revised and sent Committee update report to Committee. | 0.4 |
| 11/29/2010 | D.B. | Reviewed updated 6 month Budget and discussed with M. Stewart. | 0.5 |
| | | **TOTAL:** | **24.0** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 4.8 | 650.00 | 3,120.00 |
| M. MICHAELIS (M.M.) | 0.6 | 475.00 | 285.00 |
| M. STEWART (M.S.) | 18.6 | 275.00 | 5,115.00 |
| **TOTAL:** | **24.0** | | **8,520.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2010 to November 30, 2010

### F.      MEETINGS WITH CREDITORS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/2/2010 | M.S. | Correspondence with the Committee re: BDO update report. | 0.2 |
| 11/18/2010 | M.S. | Conference call with the Committee re: update on current issues. | 0.8 |
| 11/18/2010 | M.S. | Prepared for and met with M. Michaelis re: Committee call. | 0.7 |
| 11/19/2010 | M.M. | Conference call with Committee re: Cadwalader settlement. | 0.7 |
| 11/30/2010 | D.B. | Conference call with UCC re: Effective Date. | 0.5 |
| 11/30/2010 | M.M. | Participated in call with Committee re: 6 month budget. | 0.6 |
| 11/30/2010 | M.S. | Prepared for and participated on conference call with the Committee re: Effective Date, budget and Cadwalader. | 0.8 |
| | | **TOTAL:** | **4.3** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.5 | 650.00 | 325.00 |
| M. MICHAELIS (M.M.) | 1.3 | 475.00 | 617.50 |
| M. STEWART (M.S.) | 2.5 | 275.00 | 687.50 |
| **TOTAL:** | **4.3** | | **1,630.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2010 to November 30, 2010

**G.     BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/1/2010 | D.B. | Discussed Effective Date issues and Liquidating Trust schedule with M. Stewart. | 0.2 |
| 11/1/2010 | M.M. | Discussed current update and payments prior to effective date. | 0.2 |
| 11/1/2010 | M.M. | Reviewed open item/issues file from 10/20 detailing status of litigations. | 0.8 |
| 11/1/2010 | M.M. | Reviewed correspondence from M. Stewart re: meeting with Trustee to review budget update, employee and effective date issues. | 0.4 |
| 11/1/2010 | M.S. | Reviewed Effective Date cash and bank balance sheet. | 0.4 |
| 11/1/2010 | M.S. | Reviewed Debtors' open issues list. | 0.3 |
| 11/1/2010 | M.S. | Reviewed docket and related filings. | 0.4 |
| 11/1/2010 | M.S. | Prepared 6 month cash flow forecast for meeting with the Debtors and L. Smalley. | 1.2 |
| 11/2/2010 | D.B. | Reviewed cash flow forecast for period 10/29/2010 through 1/7/2011 and Effective Date analysis update at 12/1/2010. | 0.4 |
| 11/2/2010 | J.D. | Assisted M. Stewart in verifying creditor information for 2nd and final distribution. | 1.1 |
| 11/2/2010 | M.S. | Reviewed 6 month post effective forecast. | 1.6 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2010 to November 30, 2010

### G.      BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/3/2010 | M.S. | Reviewed allocation model proposed with the Plan. | 0.8 |
| 11/4/2010 | M.S. | Reviewed M. Michaelis' comments and questions. | 0.4 |
| 11/5/2010 | M.M. | Reviewed updated allocation and recovery model and discussed same. | 0.8 |
| 11/5/2010 | M.S. | Updated the Debtors' plan allocation model to show unsecured creditor recovery ranges. | 1.4 |
| 11/5/2010 | M.S. | Reviewed cash flow forecast and Effective Date analysis. | 0.8 |
| 11/8/2010 | D.B. | Reviewed AH Bank letters to depositors and summary of O/S deposit. | 0.2 |
| 11/8/2010 | M.S. | Updated the Debtors' plan allocation model to show unsecured creditor recovery ranges. | 2.3 |
| 11/9/2010 | M.M. | Discussed Trustee's visit to Melville and issues related to effective date/emergence. | 0.3 |
| 11/9/2010 | M.S. | Reviewed Debtors' Cadwalader fee analysis. | 0.4 |
| 11/9/2010 | M.S. | Discussions with D. Berliner re: BDO report and Cadwalader. | 0.3 |
| 11/9/2010 | M.S. | Reviewed docket and related filings. | 0.4 |
| 11/9/2010 | M.S. | Prepared materials for AHM site visit tomorrow and Thursday. | 1.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2010 to November 30, 2010**

**G.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/9/2010 | M.S. | Updated the Plan of Liquidation allocation model based on low, mid and high recovery scenarios. | 2.3 |
| 11/9/2010 | M.S. | Reviewed historical cash receipts and cash disbursements for the period October 2008 to October 2010. | 0.8 |
| 11/10/2010 | M.S. | Prepared Cadwalader analysis and review of fees to date. | 0.8 |
| 11/10/2010 | M.S. | Updated the Plan of Liquidation allocation model based on low, mid and high recovery scenarios. | 2.7 |
| 11/11/2010 | D.B. | Telephone calls with M. Stewart at Debtor re: results of meetings with S. Sass and Zolfo and reviewed draft letter to employees. | 0.4 |
| 11/11/2010 | D.B. | Reviewed updated Bank liquidation analysis as of 10/31/2010. | 0.4 |
| 11/11/2010 | D.B. | Reviewed revised analysis of Cadwalader fee's for conference call and discussed with M. Stewart. | 0.4 |
| 11/11/2010 | M.S. | Reviewed docket and related filings. | 0.6 |
| 11/11/2010 | M.S. | Prepared analysis related to Cadwalader fees. | 0.8 |
| 11/12/2010 | D.B. | Reviewed proposed letter to AHM employees from Trustee, prepared comments and suggestions and discussed with M. Stewart. | 0.4 |
| 11/12/2010 | D.B. | Reviewed revised cash flow forecast and Effective Date Analysis. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2010 to November 30, 2010**

**G.     BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/12/2010 | M.S. | Correspondences with D. Berliner re: employee correspondence. | 0.3 |
| 11/12/2010 | M.S. | Prepared for visit to Debtors' site on Monday. | 0.6 |
| 11/12/2010 | M.S. | Reviewed docket and related filings. | 0.3 |
| 11/12/2010 | M.S. | Reviewed cash flow forecast and Effective Date analysis. | 0.4 |
| 11/15/2010 | M.S. | Reviewed cash flow forecast and Effective Date analysis. | 0.8 |
| 11/16/2010 | M.M. | Prepared for meeting with Trustee. | 0.3 |
| 11/17/2010 | M.M. | Meeting with Trustee re: post effective date litigation and claims. | 1.9 |
| 11/17/2010 | M.S. | Reviewed docket and related filings. | 0.3 |
| 11/18/2010 | M.S. | Prepared Cadwalader analysis and reviewed fees to date. | 0.6 |
| 11/18/2010 | M.S. | Reviewed Debtors' cash flow forecast and analysis of Effective Date cash. | 1.4 |
| 11/18/2010 | M.S. | Updated latest 6 month budget and sent to L. Smalley. | 0.6 |
| 11/22/2010 | M.M. | Reviewed revised cash flow. | 0.6 |
| 11/22/2010 | M.M. | Revisited Cadwalader settlement. | 0.3 |
| 11/22/2010 | M.M. | Revisited effective date issues for assumed 11/30 emergence. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2010 to November 30, 2010**

### G.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/22/2010 | M.S. | Prepared 6 month cash flow forecast, reviewed Debtors' forecast and Effective Date cash analysis. | 1.8 |
| 11/22/2010 | M.S. | Reviewed bank accounts outstanding. | 0.1 |
| 11/22/2010 | M.S. | Reviewed accounting financials including bank accounts and trial balances. | 1.2 |
| 11/23/2010 | D.B. | E-mails with M. Stewart re: claims analysis, issues and work to be done. | 0.3 |
| 11/23/2010 | D.B. | Reviewed update on Bank liquidation of deposits. | 0.1 |
| 11/23/2010 | D.B. | Reviewed cash flow budget and updated Effective Date analysis. | 0.4 |
| 11/23/2010 | M.M. | Reviewed correspondence re: remaining bank deposits, status of recoveries. | 0.3 |
| 11/23/2010 | M.S. | Reviewed remaining bank account balances. | 0.1 |
| 11/23/2010 | M.S. | Prepared 6 month cash flow forecast, reviewed Debtors' forecast and Effective Date cash analysis. | 3.2 |
| 11/24/2010 | D.B. | Reviewed revised cash flow budget and Effective Date analysis. | 0.3 |
| 11/28/2010 | M.S. | Prepared materials for the Effective Date and site visit. | 2.2 |
| 11/29/2010 | M.M. | Reviewed trust agreement. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2010 to November 30, 2010**

**G.      BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/29/2010 | M.M. | Reviewed emergence issues remaining. | 0.8 |
| 11/29/2010 | M.S. | Correspondences with N. Vanderhoop re: payments. | 0.2 |
| 11/29/2010 | M.S. | Finalized 6 month budget to be approved by the Committee. | 1.8 |
| 11/29/2010 | M.S. | Preparation and correspondence with M. Michaelis re: 6 month budget. | 0.5 |
| 11/30/2010 | M.S. | Correspondences with N. Vanderhoop re: payments. | 0.2 |
| 11/30/2010 | M.S. | Reviewed documents relating to Effective Date notice, employee items and Plan Trust documents. | 1.2 |
| 11/30/2010 | M.S. | Reviewed Liquidating trust agreement. | 0.8 |
| | | **TOTAL:** | **51.4** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 3.9 | 650.00 | 2,535.00 |
| M. MICHAELIS (M.M.) | 7.9 | 475.00 | 3,752.50 |
| M. STEWART (M.S.) | 38.5 | 275.00 | 10,587.50 |
| J. D'AMATO III (J.D.) | 1.1 | 240.00 | 264.00 |
| **TOTAL:** | **51.4** | | **17,139.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2010 to November 30, 2010**

## H.    COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/1/2010 | D.B. | E-mails with H&H re: BDO report to UCC. | 0.1 |
| 11/9/2010 | D.B. | E-mails with M. Indelicato & S. Sass re: Cadwalader fee counter proposal. | 0.4 |
| 11/10/2010 | D.B. | Conference call with M. Indelicato and S. Sass re: Cadwalader fee proposal. | 0.4 |
| 11/11/2010 | M.S. | Correspondences with counsel re: preferences. | 0.2 |
| 11/15/2010 | M.S. | Correspondence with D. Berliner and counsel re: BDO report and causes of action investigation. | 0.2 |
| 11/17/2010 | D.B. | Reviewed e-mail from E. Schnitzer re: approval of 2 preference settlements. | 0.1 |
| 11/17/2010 | D.B. | Reviewed memo from H&H re: advisory proceeding against D&T. | 0.2 |
| 11/18/2010 | M.S. | Correspondences with M. Michaelis and counsel re: Committee call and Cadwalader. | 0.3 |
| 11/18/2010 | M.S. | Correspondences with counsel and M. Michaelis re: claims. | 0.4 |
| 11/29/2010 | D.B. | Telephone call and e-mails with M. Indelicato re: 6 month Budget and Effective Date issues. | 0.2 |
| 11/29/2010 | D.B. | E-mails with C. Kang re: proposed search terms for D&T litigation. | 0.3 |
| 11/29/2010 | M.M. | Participated in call with professionals re: emergence date issues. | 1.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2010 to November 30, 2010

## H.    COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/30/2010 | D.B. | Telephone call and e-mail with M. Indelicato re: Cadwalader fee issue. | 0.1 |
| 11/30/2010 | M.M. | Participated in call with Professionals re: emergence issues and trust agreement. | 1.1 |
| | | **TOTAL:** | **5.2** |

## INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.8 | 650.00 | 1,170.00 |
| M. MICHAELIS (M.M.) | 2.3 | 475.00 | 1,092.50 |
| M. STEWART (M.S.) | 1.1 | 275.00 | 302.50 |
| **TOTAL:** | **5.2** | | **2,565.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2010 to November 30, 2010**

**I.      FEE APPLICATIONS / MONTHLY STATEMENTS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/1/2010 | M.G. | Prepared October monthly data. | 0.4 |
| 11/3/2010 | M.G. | Prepared October monthly data. | 0.6 |
| 11/5/2010 | M.G. | Prepared October monthly data. | 0.5 |
| 11/8/2010 | M.G. | Prepared October monthly data. | 0.3 |
| 11/9/2010 | N.V. | Reviewed and edited October 2010 time detail; updated project categories. | 0.3 |
| 11/10/2010 | M.G. | Prepared October monthly data. | 0.6 |
| 11/11/2010 | M.G. | Prepared October fee application | 0.7 |
| 11/12/2010 | D.B. | Reviewed and approved 37th monthly application of BDO as FA to UCC for October 2010 and Berliner Declaration. | 0.7 |
| 11/12/2010 | M.G. | Revised October monthly application; sent out to counsel for filing. | 0.6 |
| | | **TOTAL:** | **4.7** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2010 to November 30, 2010**

**I.      FEE APPLICATIONS / MONTHLY STATEMENTS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.7 | 650.00 | 455.00 |
| N. VANDERHOOP (N.V.) | 0.3 | 200.00 | 60.00 |
| M. GOMEZ (M.G.) | 3.7 | 150.00 | 555.00 |
| **TOTAL:** | **4.7** | | **1,070.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2010 to November 30, 2010**

**J.     TRAVEL TIME**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/1/2010 | M.S. | Travel time to and from Melville NY. | 1.0 |
| 11/15/2010 | M.S. | Travel time to and from Melville NY | 0.5 |
| 11/17/2010 | M.S. | Travel time to and from Melville New York. | 0.5 |
| 11/22/2010 | M.S. | Travel time to and from Melville New York. | 0.5 |
| 11/29/2010 | M.S. | Travel time to and from Melville. | 0.5 |
| | | **TOTAL:** | **3.0** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. STEWART (M.S.) | 3.0 | 137.50 | 412.50 |
| **TOTAL:** | **3.0** | | **412.50** |