EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses*
November 1, 2010 through November 30, 2010

1.   PHOTOCOPYING
     a.   Internal
     b.   External

2.   TELECOMMUNICATIONS
     a.   Toll Charges
     b.   Facsimile

3.   COURIER, FRIEGHT AND POSTAL SERVICES
     *For overnight and hand delivery to Counsel
     and Committee members*

4.   COURT REPORTER AND TRANSCRIPTS

5.   TECHNOLOGY SERVICES – *Concordance Database*                    $1,500.00
     *Monthly Hosting Fee*

6.   OUT-OF-TOWN TRAVEL
     a.   Transportation                                                 109.50
     b.   Lodging
     c.   Meals                                                            7.12

7.   OUTSIDE SERVICES

8.   LOCAL MEALS

9.   LOCAL TRANSPORTATION, TOLLS, MILEAGE
     AND PARKING – for cabs to/from meetings, car service
     *for employees working after 8:00 p.m. and local mileage
     using personal auto*

10.  MISCELLANEOUS – *Publications/Subscriptions*

     **TOTAL**                                                        $1,616.62

     *Details available upon request to BDO.*