# Subordination Statement

**To:** U.S. bankruptcy Court for the District of Delaware

**Case Number:** 07-11047 (CSS)

**In Re:** AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., Debtors.

This statement is in response to your notice to all creditors and other parties in interest, December 2010, which establishes a deadline to file Subordinate Statements.

My Subordinate Statement is:

I, Daniel Seland, have been recognized by the said Court, pursuant to section 510 of the Bankruptcy Code and terms of the Plan, to be a claimant against AMERICAN HOME MORTGAGE HOLDINGS, INC., et al. My claim is considered a Subordinate Claim (as that term is defined in the Plan), and is therefore subordinated in right of payment to other claims against the Debtors as provided for in the Plan.

My Court recognized Claim number is 5652; date filed 18 December 2007; case number 07-11048; amount of claim is $25,275.98.

Do not hesitate to contact me if you need more information:

DANIEL C. SELAND
Telephone: 0049-6206-7230 (in Germany)
e-mail: selandca@yahoo.com or charles.seland@eur.army.mil