

November 30, 2010

American Home Mortgage Invest.
Mr. Michael Strauss
Chairman of the Board
538 Broad Hollow Road
Melville, NY 11747

## INVOICE

| PLEASE REMIT VIA WIRE TRANSFER | E.I.N 22-2689479 | Invoice# 0000831-IN |
|---|---|---|

For consulting services rendered with respect to American Home Mortgage Invest. for the month ended November 30, 2010.

| | | |
|---|---|---|
| Professional Fees | $ | 143,097.50 |
| Paraprofessional Fees | | 405.00 |
| Total Current Fees | | 143,502.50 |
| Expenses and Other Charges | | 6,223.32 |
| **Invoice Total** | $ | 149,725.82 |

See Attached Schedules

Wire Transfer Instructions:

    Zolfo Cooper, LLC
    PNC Bank

Payable upon Receipt



## PROFESSIONAL FEES

| NAME | RATE | HOURS | PROFESSIONAL FEES |
|------|------|-------|-------------------|
| Kevin Nystrom | $ 775.00 | 59.50 | $    46,112.50 |
| Bret Fernandes | $ 675.00 | 3.30 | 2,227.50 |
| Scott R. Martinez | $ 550.00 | 171.90 | 94,545.00 |
| Elizabeth Kardos | $ 425.00 | 0.50 | 212.50 |
| **Total Professional Fees** | | **235.20** | $    143,097.50 |



## PARAPROFESSIONAL FEES

| NAME | RATE | HOURS | PARAPROFESSIONAL FEES |
|------|------|-------|------------------------|
| Laurie Verry | $ 225.00 | 1.80 | $ 405.00 |
| **Total Paraprofessional Fees** | | **1.80** | $ **405.00** |



## EXPENSES AND OTHER CHARGES

| | | |
|---|---|---:|
| Travel and Lodging | $ | 4.695.04 |
| Meals | | 1.164.33 |
| Telephone | | 324.46 |
| Postage and Courier | | 39.49 |
| **Total Expenses and Other Charges** | $ | **6,223.32** |

American Home Mortgage
Description of Current General Responsibilities of ZC Staff

November 30, 2010

| Name | ZC Title | Company Title | Hourly Rate | Current General Responsibilities |
|------|----------|---------------|-------------|----------------------------------|
| K. Nystrom | Managing Director | Chief Restructuring Officer | $775 | Responsible for the day to day oversight of liquidating activities and oversight of the activity at AH Bank. |
| B. Fernandes | Senior Director | Director of Restructuring | $675 | Involved in counterparty negotiations, claim settlements and communications with creditors. |
| S. Martinez | Director | Associate Director | $550 | Cash management and forecasting. Responsible for the day to day oversight of the Estates' personnel. |



**AMERICAN HOME MORTGAGE**
**Time Descriptions**

| Category Code | Service | Description of Service |
|---|---|---|
| 1 | Financing | Preparation of analyses and negotiating to obtain DIP financing, including use of cash collateral and attending related hearings. |
| 2 | Court Reporting | Preparing financial and operating information required by the US Trustee and/or the Court including Statement of Affairs, Schedules of Assets and Liabilities, lists of contracts, interim statements and monthly operating reports. |
| 3 | Chapter 11 Process | Organizing and managing the Debtor's or other parties in interests resources and activities to effectively plan, coordinate, and manage the Chapter 11 process. |
| 4 | Business Operations | Analyzing operations and strategies including the developing, designing, drafting and challenging of forecasts and Business Plan, including related assumptions and rationale and communications with vendors. |
| 5 | Cash Management | Forecasting, planning, controlling and other aspects of managing cash. |
| 6 | Claims Administration | Advising and assisting the Debtor with the development of a claims resolution process including evaluating and selecting a claims processor, responding to specific claims inquiries, analyzing claims, settling claims, assisting in the preparation of motions, orders, stipulations related thereto and attending related hearings. |
| 7 | Unexpired Leases and Executory Contracts | Preparing analyses and advising and assisting the Debtor in valuation, modifications, assumption and rejection of leases and executory contracts including assisting in the preparation and review of related motions, applications, orders, stipulations, and attending hearings related thereto. |
| 8 | Engagement Administration | Maintaining engagement files, preparation of fee applications, invoices and time summaries and responding to inquiries by the US Trustee and other parties in interest. |
| 9 | Asset Analysis | Identification and review of potential assets including causes of action and non-litigation recoveries. |
| 10 | Asset Disposition | Sales, leases (Section 365 matters), abandonment and related transaction work, including equipment lease buyout. |
| 11 | Litigation | Support counsel in identifying, pursuing, or defending various causes of action. |
| 12 | Meetings of creditors | Preparing for and attending the conference of creditors, the Section 341 (a) meeting and other creditors' committee meetings. |
| 13 | DIP Budget Reporting | Developing, designing, and preparing information required under the terms of the DIP agreement. |
| 14 | Secured Lenders Negotiation | Analyzing secured lenders assessments of collateral value, damage claims, and debt calculations and negotiations of settlement of these claims. |
| 15 | Communications matters | Assisting and advising general communications strategies and programs including press releases, letters to interested parties, websites, etc. |

ZC ZOLFO COOPER

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Kevin Nystrom | 11/1/10 | 10 | 1.0 | Review of the AH Bank wind down |
| | | | 1.0 | |
| Kevin Nystrom | 11/2/10 | 4 | 1.5 | Review of the 401K plan issues with counsel |
| Kevin Nystrom | 11/2/10 | 10 | 1.0 | Meeting on value of FHLB stock and reinsurance companies |
| | | | 2.5 | |
| Kevin Nystrom | 11/3/10 | 10 | 2.0 | Analyze the financial position of the reinsurance companies |
| Kevin Nystrom | 11/3/10 | 6 | 1.0 | Discussion of the fees owed to Cadwalader for Waterfield |
| | | | 3.0 | |
| Kevin Nystrom | 11/4/10 | 6 | 0.5 | Fee settlement discussions with Cadwalader |
| Kevin Nystrom | 11/4/10 | 8 | 1.0 | Post emergence engagement letter review |
| Kevin Nystrom | 11/4/10 | 6 | 1.5 | Cadwalader preference claim analysis |
| | | | 3.0 | |
| Kevin Nystrom | 11/5/10 | 6 | 1.5 | Fee settlement discussions with Cadwalader |
| Kevin Nystrom | 11/5/10 | 4 | 1.5 | 401K plan analysis |
| | | | 3.0 | |
| Kevin Nystrom | 11/8/10 | 6 | 3.0 | Cadwalader fee analysis |
| Kevin Nystrom | 11/8/10 | 10 | 1.0 | Cease & desist letter to AHMSI3 |
| Kevin Nystrom | 11/8/10 | 10 | 0.5 | AH Bank deposit account update |
| | | | 4.5 | |
| Kevin Nystrom | 11/9/10 | 4 | 0.5 | Review and execution of the NY sales tax return |
| Kevin Nystrom | 11/9/10 | 10 | 0.5 | Review of the Metavante contract |
| Kevin Nystrom | 11/9/10 | 10 | 1.0 | Review of the AH Bank October financials |
| Kevin Nystrom | 11/9/10 | 6 | 1.0 | Update of the Cadwalader fee analysis |
| | | | 3.0 | |
| Kevin Nystrom | 11/10/10 | 10 | 1.0 | Review of the Metavante contract |
| Kevin Nystrom | 11/10/10 | 6 | 1.5 | Cadwalader fee analysis |
| Kevin Nystrom | 11/10/10 | 4 | 1.0 | Cancellation of health insurance coverage |
| Kevin Nystrom | 11/10/10 | 4 | 0.5 | Review of 401K plan closure steps |
| | | | 4.0 | |
| Kevin Nystrom | 11/11/10 | 12 | 1.0 | Update meeting with future liquidating trustee |
| Kevin Nystrom | 11/11/10 | 12 | 1.0 | Call with UCC advisors on Cadwalader Waterfield fees |
| Kevin Nystrom | 11/11/10 | 4 | 2.0 | Review of steps to emergence |
| Kevin Nystrom | 11/11/10 | 6 | 1.5 | Analysis of Cadwalader fees |
| Kevin Nystrom | 11/11/10 | 4 | 0.5 | Execution of corporate filings |
| | | | 6.0 | |
| Kevin Nystrom | 11/12/10 | 4 | 3.0 | Review and sign the 5500s for '06, '07 & '08 |
| Kevin Nystrom | 11/12/10 | 5 | 1.0 | Review the cash projections |
| Kevin Nystrom | 11/12/10 | 10 | 0.5 | Prep for AH Bank BOD meeting |
| Kevin Nystrom | 11/12/10 | 4 | 0.5 | Prep for AHM BOD meeting |
| | | | 5.0 | |
| Kevin Nystrom | 11/15/10 | 10 | 1.0 | Read the YCST memo on Metavante obligations |
| Kevin Nystrom | 11/15/10 | 6 | 1.5 | Negotiation of the Cadwalader fees |
| Kevin Nystrom | 11/15/10 | 4 | 1.0 | Update on the 401K actions |
| Kevin Nystrom | 11/15/10 | 10 | 0.5 | Review of the retention bonus calculations of AH Bank |
| | | | 4.0 | |
| Kevin Nystrom | 11/16/10 | 4 | 0.5 | AHM BOD meeting |
| Kevin Nystrom | 11/16/10 | 4 | 1.0 | AH Bank BOD meeting |
| Kevin Nystrom | 11/16/10 | 6 | 1.0 | Negotiating the Cadwalader fees |
| Kevin Nystrom | 11/16/10 | 4 | 1.0 | Prep for AHM BOD meeting |
| | | | 3.5 | |
| Kevin Nystrom | 11/17/10 | 6 | 1.0 | Cadwalader fee negotiations |
| Kevin Nystrom | 11/17/10 | 10 | 1.0 | Review of retention bonus calculations |
| Kevin Nystrom | 11/17/10 | 10 | 1.0 | Review of steps to emergence |
| | | | 3.0 | |
| Kevin Nystrom | 11/18/10 | 10 | 1.0 | Review of the release form |
| | | | 1.0 | |
| Kevin Nystrom | 11/22/10 | 6 | 1.0 | Negotiation of the Cadwalader fees |

ZOLFO COOPER

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Kevin Nystrom | 11/22/10 | 11 | 0.5 | Update on the Mills litigation |
| Kevin Nystrom | 11/22/10 | 11 | 0.5 | Following the Waterfield settlement proceeds |
| | | | 2.0 | |
| Kevin Nystrom | 11/23/10 | 6 | 1.0 | Negotiation of the Cadwalader fees |
| Kevin Nystrom | 11/23/10 | 11 | 1.0 | Investigating the payment of the BDO expenses |
| | | | 2.0 | |
| Kevin Nystrom | 11/24/10 | 11 | 1.0 | Update on the Mills litigation |
| | | | 1.0 | |
| Kevin Nystrom | 11/29/10 | 11 | 0.5 | Follow-up on the Waterfield payment |
| Kevin Nystrom | 11/29/10 | 6 | 0.5 | Negotiation of the Cadwalader fees |
| Kevin Nystrom | 11/29/10 | 10 | 2.0 | Review of the steps to emergence with UCC |
| | | | 3.0 | |
| Kevin Nystrom | 11/30/10 | 6 | 2.0 | Negotiation of Cadwalader fees |
| Kevin Nystrom | 11/30/10 | 10 | 2.0 | Review and execution of the Trustee Agreement |
| Kevin Nystrom | 11/30/10 | 10 | 1.0 | Review of the steps to emergence with UCC |
| | | | 5.0 | |
| | Total | | 59.5 | |

ZOLFO COOPER

| Name | Date | Category code | Hours | Narrative |
|------|------|:---:|:---:|------|
| Bret Fernandes | 11/5/10 | 3 | 0.6 | Discuss Effective Date transition matters |
| Bret Fernandes | 11/5/10 | 5 | 0.7 | Review weekly cash forecast update |
| | | | 1.3 | |
| Bret Fernandes | 11/10/10 | 3 | 0.3 | Discuss Effective Date transition matters |
| Bret Fernandes | 11/10/10 | 4 | 1.1 | Review weekly updates from AHM managers |
| | | | 1.4 | |
| Bret Fernandes | 11/12/10 | 5 | 0.6 | Review weekly cash forecast update |
| | | | 0.6 | |
| | | | 3.3 | |



| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Scott Martinez | 11/1/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 11/1/10 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 11/1/10 | 5 | 0.5 | Updated the cash flow projections |
| Scott Martinez | 11/1/10 | 3 | 5.0 | Work session with the liquidating trustee regarding transition issues and winddown tasks |
| Scott Martinez | 11/1/10 | 11 | 0.5 | Work session with AHM employees regarding various litigation matters |
| | | | 8.8 | |
| Scott Martinez | 11/2/10 | 3 | 0.5 | Work session with AHM employees regarding the quarterly report to the OTS |
| Scott Martinez | 11/2/10 | 11 | 0.5 | Work session with AHM employees regarding various litigation matters |
| Scott Martinez | 11/2/10 | 3 | 5.0 | Work session with the liquidating trustee regarding transition issues and winddown tasks |
| Scott Martinez | 11/2/10 | 3 | 2.0 | Prepared for and participated in a phone call with Young Conaway regarding the 401k plan |
| | | | 8.0 | |
| Scott Martinez | 11/3/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 11/3/10 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 11/3/10 | 3 | 0.5 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 11/3/10 | 5 | 1.0 | Prepared the professional fee wire request documents |
| Scott Martinez | 11/3/10 | 11 | 1.0 | Prepared for and participated in a conference call with Young Conaway, AHM and Jackson Lewis regarding litigation |
| Scott Martinez | 11/3/10 | 10 | 0.5 | Work session with AHM employees regarding the reinsurance companies |
| Scott Martinez | 11/3/10 | 3 | 0.5 | Work session with AHM employees regarding the phone system |
| Scott Martinez | 11/3/10 | 3 | 1.0 | Reviewed information received from AH Bank |
| Scott Martinez | 11/3/10 | 3 | 1.0 | Reviewed and commented on the letter to AHMSI regarding the power of attorney |
| Scott Martinez | 11/3/10 | 3 | 0.3 | Phone call with Laner Muchin regarding the 401k plan |
| Scott Martinez | 11/3/10 | 3 | 0.3 | Reviewed the day off requests from AHM employees |
| Scott Martinez | 11/3/10 | 6 | 1.0 | Work session with AHM employees regarding open claims |
| | | | 9.1 | |
| Scott Martinez | 11/4/10 | 3 | 8.0 | Meeting with AH Bank and the liquidating trustee |
| Scott Martinez | 11/4/10 | 3 | 1.0 | Meeting with the liquidating trustee regarding transition issues |
| | | | 9.0 | |
| Scott Martinez | 11/5/10 | 5 | 0.5 | Reviewed cash management activity |
| Scott Martinez | 11/5/10 | 5 | 1.2 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 11/5/10 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 11/5/10 | 5 | 0.5 | Updated the effective date scenarios |
| Scott Martinez | 11/5/10 | 6 | 0.5 | Reviewed the revised claims summary analysis |
| Scott Martinez | 11/5/10 | 3 | 0.5 | Phone call with ADP regarding the flexspend account |
| Scott Martinez | 11/5/10 | 3 | 0.7 | Reviewed the draft objection to the Borrowers Committee fee applications |
| Scott Martinez | 11/5/10 | 3 | 0.8 | Reviewed information provided by Intercity regarding the conversion from group to individual healthcare policies |
| Scott Martinez | 11/5/10 | 3 | 0.5 | Phone call with Intercity regarding the health benefit plans |
| | | | 5.5 | |
| Scott Martinez | 11/8/10 | 5 | 0.5 | Reviewed cash management activity |
| Scott Martinez | 11/8/10 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 11/8/10 | 5 | 0.5 | Updated the cash flow projections |
| Scott Martinez | 11/8/10 | 3 | 0.5 | Phone call with Young Conaway regarding open issues |
| Scott Martinez | 11/8/10 | 3 | 1.1 | Reviewed and commented on an analysis regarding Cadwalader fees |
| Scott Martinez | 11/8/10 | 3 | 0.7 | Reviewed and commented on the revised POA cease and desist letter to AHMSI |
| Scott Martinez | 11/8/10 | 3 | 0.4 | Phone call with BDO regarding AH Bank tax questions |
| Scott Martinez | 11/8/10 | 11 | 0.6 | Work session with AHM employees regarding ongoing litigation |
| Scott Martinez | 11/8/10 | 3 | 0.4 | Work session with AHM employees regarding the holding company analysis for the OTS |
| Scott Martinez | 11/8/10 | 6 | 1.0 | Work session with AHM employees regarding open claims |
| Scott Martinez | 11/8/10 | 6 | 0.5 | Reviewed the analysis prepared by AHMSI regarding Iron Mountain |
| Scott Martinez | 11/8/10 | 3 | 0.5 | Reviewed the updated deposit analysis for AH Bank |



| Name | Date | Category code | Hours | Narrative |
|---|---|---|---|---|
| Scott Martinez | 11/8/10 | 8 | 0.5 | Reviewed the draft engagement letter for services to be provided to the liquidating trust |
| | | | 9.0 | |
| Scott Martinez | 11/9/10 | 11 | 1.5 | Work session with AHM employees regarding the Mills summary judgment motion |
| Scott Martinez | 11/9/10 | 11 | 0.7 | Reviewed the Mills summary judgment motion |
| Scott Martinez | 11/9/10 | 3 | 0.5 | Phone call with Aetna regarding the medical and dental plans |
| Scott Martinez | 11/9/10 | 11 | 0.4 | Phone call with Young Conaway regarding the Mt. Prospect settlement proposal |
| Scott Martinez | 11/9/10 | 3 | 0.5 | Reviewed the October financials for AH Bank |
| Scott Martinez | 11/9/10 | 5 | 0.5 | Updated the Cadwalader fee analysis |
| Scott Martinez | 11/9/10 | 3 | 0.5 | Phone calls with BDO regarding tax notices |
| Scott Martinez | 11/9/10 | 3 | 1.2 | Researched AHM records for information regarding an inquiry from the Illinois department of revenue |
| Scott Martinez | 11/9/10 | 8 | 0.4 | Reviewed the revised draft engagement letter for services to be provided to the liquidating trust |
| Scott Martinez | 11/9/10 | 6 | 1.0 | Work session with AHM employees regarding open claims |
| Scott Martinez | 11/9/10 | 12 | 0.4 | Phone call with BDO regarding the Cadwalader fee analysis and Mt. Prospect settlement offer |
| Scott Martinez | 11/9/10 | 11 | 0.5 | Work session with AHM employees regarding the status of various discovery requests |
| Scott Martinez | 11/9/10 | 3 | 0.5 | Work session with AHM employees regarding the reconciliation of reports received from AHMSI |
| Scott Martinez | 11/9/10 | 2 | 0.5 | Work session with AHM employees regarding October accounting activity |
| | | | 9.1 | |
| Scott Martinez | 11/10/10 | 5 | 0.5 | Reviewed cash management activity |
| Scott Martinez | 11/10/10 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 11/10/10 | 3 | 0.6 | Reviewed the analysis regarding the Cadwalader fees |
| Scott Martinez | 11/10/10 | 11 | 0.7 | Phone call with AHM and Young Conaway regarding the Mills summary judgment motion |
| Scott Martinez | 11/10/10 | 11 | 1.5 | Work session with AHM employees regarding the Mills summary judgment motion |
| Scott Martinez | 11/10/10 | 5 | 1.2 | Prepared an analysis regarding the retention payments for AH Bank employees |
| Scott Martinez | 11/10/10 | 3 | 0.5 | Phone calls with BDO regarding tax related issues |
| Scott Martinez | 11/10/10 | 3 | 1.5 | Work session with the liquidating trustee regarding transition issues |
| Scott Martinez | 11/10/10 | 6 | 1.0 | Work session with AHM employees regarding open claims |
| Scott Martinez | 11/10/10 | 3 | 0.5 | Work session with AHM employees regarding IT issues |
| | | | 9.0 | |
| Scott Martinez | 11/11/10 | 3 | 6.0 | Work session with the liquidating trustee regarding transition issues |
| Scott Martinez | 11/11/10 | 3 | 0.5 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 11/11/10 | 5 | 0.5 | Prepared the professional fee wire request documents |
| Scott Martinez | 11/11/10 | 3 | 0.4 | Phone calls with BDO regarding tax notices |
| Scott Martinez | 11/11/10 | 3 | 1.0 | Phone call with Young Conaway regarding the 401k plan |
| Scott Martinez | 11/11/10 | 3 | 1.0 | Prepared for and participated in a call with Hahn Hessen, BDO and the liquidating trustee regarding Cadwalader fees |
| | | | 9.4 | |
| Scott Martinez | 11/12/10 | 5 | 0.5 | Reviewed cash management activity |
| Scott Martinez | 11/12/10 | 5 | 1.2 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 11/12/10 | 5 | 0.2 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 11/12/10 | 5 | 0.3 | Updated the effective date scenarios |
| Scott Martinez | 11/12/10 | 11 | 1.8 | Reviewed the draft motion in limine regarding Mills |
| | | | 4.0 | |
| Scott Martinez | 11/15/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 11/15/10 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 11/15/10 | 5 | 0.5 | Updated the cash flow projections |
| Scott Martinez | 11/15/10 | 8 | 2.5 | Prepared the supporting analyses for Zolfo Cooper's October fee application |
| Scott Martinez | 11/15/10 | 3 | 2.5 | Work session with the liquidating trustee regarding transition issues |

ZC ZOLFO COOPER

| Name | Date | Category code | Hours | Narrative |
|---|---|---|---|---|
| Scott Martinez | 11/15/10 | 11 | 1.0 | Reviewed the draft motion in limine in response to the agency issues |
| Scott Martinez | 11/15/10 | 11 | 0.4 | Phone calls with Young Conaway regarding the Mills litigation |
| | | | 9.7 | |
| Scott Martinez | 11/16/10 | 11 | 1.0 | Phone calls with AHM and Young Conaway regarding the Mills litigation |
| Scott Martinez | 11/16/10 | 3 | 1.0 | Prepared for and participated in the AHMIC Board call |
| Scott Martinez | 11/16/10 | 3 | 1.0 | Prepared for and participated in the AH Bank Board call |
| Scott Martinez | 11/16/10 | 11 | 1.0 | Work session with AHM employees regarding the Mills litigation |
| Scott Martinez | 11/16/10 | 11 | 2.0 | Reviewed various draft responses in regards to the Mills litigation |
| Scott Martinez | 11/16/10 | 3 | 2.5 | Work session with the liquidating trustee regarding transition issues |
| Scott Martinez | 11/16/10 | 6 | 0.5 | Reviewed the claims analysis received from Epiq |
| Scott Martinez | 11/16/10 | 3 | 0.5 | Work session with AHM employees regarding the reinsurance companies |
| | | | 9.5 | |
| Scott Martinez | 11/17/10 | 5 | 0.5 | Reviewed cash management activity |
| Scott Martinez | 11/17/10 | 3 | 1.0 | Reviewed the weekly status updates received by various AHM employees |
| Scott Martinez | 11/17/10 | 3 | 1.5 | Reviewed and updated the revised Cadwalader fee analysis |
| Scott Martinez | 11/17/10 | 3 | 0.5 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 11/17/10 | 3 | 2.0 | Work session with the liquidating trustee regarding transition issues |
| Scott Martinez | 11/17/10 | 3 | 0.5 | Work session with AHM employees regarding the files in the basement |
| Scott Martinez | 11/17/10 | 11 | 1.0 | Work session with AHM employees regarding Mills |
| Scott Martinez | 11/17/10 | 6 | 1.0 | Work session with AHM employees regarding open claims |
| Scott Martinez | 11/17/10 | 11 | 1.0 | Work session with AHM employees regarding litigation matters |
| | | | 9.0 | |
| Scott Martinez | 11/18/10 | 6 | 1.0 | Participated in a call with Young Conaway and AHM regarding Iron Mountain |
| Scott Martinez | 11/18/10 | 3 | 0.5 | Phone call with ADP regarding the 11/30/10 payroll |
| Scott Martinez | 11/18/10 | 3 | 0.5 | Phone call with Young Conaway regarding effective date issues, 401k and employee releases |
| Scott Martinez | 11/18/10 | 3 | 1.5 | Updated the draft release agreements for AH Bank employees |
| Scott Martinez | 11/18/10 | 11 | 2.0 | Reviewed draft motions in limine regarding the Mills claims |
| Scott Martinez | 11/18/10 | 3 | 1.0 | Reviewed the AHM retention plan |
| Scott Martinez | 11/18/10 | 3 | 1.0 | Updated the listing of transition issues |
| Scott Martinez | 11/18/10 | 3 | 0.5 | Reviewed the approved plan regarding the borrowers ombudsman |
| | | | 8.0 | |
| Scott Martinez | 11/19/10 | 5 | 0.5 | Reviewed cash management activity |
| Scott Martinez | 11/19/10 | 5 | 1.2 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 11/19/10 | 5 | 0.3 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 11/19/10 | 5 | 0.5 | Updated the effective date scenarios |
| Scott Martinez | 11/19/10 | 3 | 0.7 | Phone calls with AH Bank regarding the retention payouts |
| Scott Martinez | 11/19/10 | 3 | 1.2 | Updated the AH Bank retention payout analysis |
| Scott Martinez | 11/19/10 | 6 | 0.2 | Phone call with Epiq regarding claims process |
| Scott Martinez | 11/19/10 | 11 | 1.0 | Reviewed draft motions and objections regarding the Mills litigation |
| Scott Martinez | 11/19/10 | 3 | 0.4 | Reviewed the docket and updated the professional fee tracking analysis |
| | | | 6.0 | |
| Scott Martinez | 11/21/10 | 11 | 6.0 | Prepared for the Mills hearing with Young Conaway |
| | | | 6.0 | |
| Scott Martinez | 11/22/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 11/22/10 | 5 | 1.8 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 11/22/10 | 5 | 0.5 | Updated the cash flow projections |
| Scott Martinez | 11/22/10 | 3 | 0.3 | Phone call with West Coast regarding the remaining servicing bank accounts at AH Bank |
| Scott Martinez | 11/22/10 | 11 | 7.0 | Attended Mills hearing |
| Scott Martinez | 11/22/10 | 3 | 0.3 | Work session with Young Conaway regarding ordinary course professionals |
| Scott Martinez | 11/22/10 | 5 | 0.3 | Prepared the professional fee wire request documents |
| | | | 11.2 | |

ZOLFO COOPER

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Scott Martinez | 11/23/10 | 5 | 0.8 | Updated the cash flow forecast and underlying assumptions |
| Scott Martinez | 11/23/10 | 5 | 0.2 | Prepared the budget to actual variance for last week's activity |
| Scott Martinez | 11/23/10 | 5 | 0.3 | Updated the effective date scenarios |
| Scott Martinez | 11/23/10 | 11 | 0.5 | Prepared an analysis regarding the interest and penalties owed for the Mills loan |
| Scott Martinez | 11/23/10 | 11 | 6.5 | Attended Mills hearing |
| Scott Martinez | 11/23/10 | 11 | 1.5 | Provided testimony in the Mills hearing |
| | | | 9.8 | |
| Scott Martinez | 11/29/10 | 5 | 1.0 | Reviewed cash management activity |
| Scott Martinez | 11/29/10 | 5 | 1.5 | Work session updated the cash flow for last week's actuals |
| Scott Martinez | 11/29/10 | 5 | 0.5 | Updated the cash flow projections |
| Scott Martinez | 11/29/10 | 3 | 2.0 | Work session with the liquidating trustee regarding transition issues and winddown tasks |
| Scott Martinez | 11/29/10 | 3 | 1.3 | Phone call with Young Conaway, Hahn & Hessen, BDO and the liquidating trustee regarding effective date issues |
| Scott Martinez | 11/29/10 | 3 | 0.5 | Reviewed the docket and updated the professional fee tracking analysis |
| Scott Martinez | 11/29/10 | 5 | 1.0 | Reviewed the retention and vacation payout calculations for AHM employees |
| Scott Martinez | 11/29/10 | 3 | 0.5 | Phone call with BDO and the liquidating trustee regarding the tax returns |
| Scott Martinez | 11/29/10 | 6 | 0.5 | Work session with AHM employees regarding open claims |
| Scott Martinez | 11/29/10 | 5 | 0.5 | Work session with AHM employees regarding A/P |
| | | | 9.3 | |
| Scott Martinez | 11/30/10 | 5 | 1.0 | Prepared the professional fee wire request documents |
| Scott Martinez | 11/30/10 | 5 | 1.0 | Work session with AHM employees regarding A/P checks |
| Scott Martinez | 11/30/10 | 3 | 1.0 | Phone call with Young Conaway, Hahn & Hessen, BDO and the liquidating trustee regarding effective date issues |
| Scott Martinez | 11/30/10 | 3 | 1.5 | Reviewed the draft Trust agreement and notices of effective date |
| Scott Martinez | 11/30/10 | 3 | 1.0 | Work session with AHM employees regarding transition issues |
| Scott Martinez | 11/30/10 | 3 | 1.2 | Updated the employment and confidentiality agreements |
| Scott Martinez | 11/30/10 | 6 | 0.5 | Work session with AHM employees regarding open claims |
| Scott Martinez | 11/30/10 | 5 | 0.8 | Reviewed the payroll register for retention and vacation payouts |
| Scott Martinez | 11/30/10 | 8 | 2.5 | Prepared the supporting analyses for Zolfo Cooper's November fee application |
| Scott Martinez | 11/30/10 | 3 | 2.0 | Work session with the liquidating trustee regarding open issues |
| | | | 12.5 | |
| | | Total | 171.9 | |

ZOLFO COOPER

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Elizabeth Kardos | 11/8/10 | 8 | 0.5 | Review and revise draft engagement letter for services to Liquidating Trust |
| | | | 0.5 | |
| | | Total | 0.5 | |

ZOLFO COOPER

| Name | Date | Category code | Hours | Narrative |
|------|------|---------------|-------|-----------|
| Laura Capen Verry | 11/2/10 | 8 | 0.3 | Start draft of engagement letter for services to Liquidating Trust |
| | | | 0.3 | |
| Laura Capen Verry | 11/8/10 | 8 | 1.0 | Revisions to draft of engagement letter for services to Liquidating Trust |
| | | | 1.0 | |
| Laura Capen Verry | 11/9/10 | 8 | 0.5 | Revisions to draft of engagement letter for services to Liquidating Trust.  Preparation of execution copy of engagement letter |
| | | | 0.5 | |
| | | Total | 1.8 | |



American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2010

**CATEGORY 1**      **FINANCING**

| Professional | Hourly Rate | November 2010 Hours | November 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 10.20 | $ 193.75 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 75.00 | $ 12,302.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 41.00 | $ 24,250.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 22.80 | $ 14,357.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 550 | 0.00 | $ - | 5.20 | $ 2,549.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 154.20 | $ 53,653.25 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2010



**CATEGORY 2**          **COURT REPORTING**

| Professional | Hourly Rate | November 2010 Hours | November 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 0.00 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 18.50 | $ 6,617.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 0.20 | $ 129.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 0.00 | $ - |
| Robert Semple | $ 640 | 0.00 | $ - | 13.00 | $ 7,345.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 31.80 | $ 17,490.00 |
| Scott Martinez | $ 550 | 0.50 | $ 275.00 | 131.80 | $ 65,913.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 24.10 | $ 9,037.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.50 | $ 275.00 | 219.40 | $ 106,532.00 |

 ZOLFO COOPER

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2010

**CATEGORY 3**      **CHAPTER 11 PROCESS**

| Professional | Hourly Rate | November 2010 Hours | November 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 17.50 | $ 4,262.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 40.50 | $ 12,910.00 |
| Bret Fernandes | $ 675 | 0.90 | $ 607.50 | 1572.50 | $ 941,739.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 75.30 | $ 47,209.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 130.50 | $ 76,745.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 291.00 | $ 166,310.00 |
| Scott Martinez | $ 550 | 80.30 | $ 44,165.00 | 2193.70 | $ 1,024,412.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 138.90 | $ 60,757.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.60 | $ 225.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 43.00 | $ 2,150.00 |
| Total | | 81.20 | $ 44,772.50 | 4503.50 | $ 2,336,720.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2010

 ZOLFO COOPER

**CATEGORY 4**         **BUSINESS OPERATIONS**

| Professional | Hourly Rate | November 2010 Hours | November 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 476.05 | $ 152,636.25 |
| Kevin Nystrom | $ 775 | 14.50 | $ 11,237.50 | 452.50 | $ 167,505.00 |
| Bret Fernandes | $ 675 | 1.10 | $ 742.50 | 312.30 | $ 195,404.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 217.40 | $ 136,080.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 1212.10 | $ 705,255.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 550 | 0.00 | $ - | 22.10 | $ 11,840.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 9.10 | $ 3,944.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 1.70 | $ 595.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 15.60 | $ 11,980.00 | 2703.25 | $ 1,373,260.25 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2010

 ZOLFO COOPER

**CATEGORY 5**          **CASH MANAGEMENT**

| Professional | Hourly Rate | November 2010 Hours | November 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ – | 1.00 | $ – |
| Kevin Nystrom | $ 775 | 1.00 | $ 775.00 | 108.00 | $ 33,915.00 |
| Bret Fernandes | $ 675 | 1.30 | $ 877.50 | 407.40 | $ 242,598.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ – | 4.60 | $ 2,898.00 |
| Robert Semple | $ 640 | 0.00 | $ – | 0.00 | $ – |
| Mark Lymbery | $ 590 | 0.00 | $ – | 275.10 | $ 154,753.00 |
| Scott Martinez | $ 550 | 34.00 | $ 18,700.00 | 1837.50 | $ 872,607.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ – | 92.30 | $ 38,328.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ – | 0.00 | $ – |
| Linda Cheung | $ 375 | 0.00 | $ – | 7.00 | $ 2,625.00 |
| Carmen Bonilla | $ 375 | 0.00 | $ – | 1335.30 | $ 489,437.50 |
| Rebecca Randall | $ 345 | 0.00 | $ – | 0.00 | $ – |
| Laura Capen Verry | $ 225 | 0.00 | $ – | 0.00 | $ – |
| Sam Mitchell | $ 50 | 0.00 | $ – | 4.00 | $ 200.00 |
| Total | | 36.30 | $ 20,352.50 | 4072.20 | $ 1,837,363.00 |



American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2010

**CATEGORY 6          CLAIMS ADMINISTRATION**

| Professional | Hourly Rate | November 2010 Hours | November 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $  850 | 0.00 | $         - | 7.25 | $      2,712.50 |
| Kevin Nystrom | $  775 | 19.50 | $  15,112.50 | 72.50 | $    41,475.00 |
| Bret Fernandes | $  675 | 0.00 | $         - | 88.50 | $    55,426.50 |
| Mitchell Taylor | $  695 | 0.00 | $         - | 1.50 | $       945.00 |
| Robert Semple | $  640 | 0.00 | $         - | 166.50 | $    98,299.50 |
| Mark Lymbery | $  590 | 0.00 | $         - | 26.90 | $    15,267.00 |
| Scott Martinez | $  550 | 8.70 | $   4,785.00 | 448.40 | $  225,730.00 |
| Puneet Agrawal | $  465 | 0.00 | $         - | 1881.60 | $  822,731.50 |
| Elizabeth Kardos | $  425 | 0.00 | $         - | 0.00 | $          - |
| Linda Cheung | $  375 | 0.00 | $         - | 0.00 | $          - |
| Carmen Bonilla | $  375 | 0.00 | $         - | 0.00 | $          - |
| Rebecca Randall | $  345 | 0.00 | $         - | 0.00 | $          - |
| Laura Capen Verry | $  225 | 0.00 | $         - | 0.00 | $          - |
| Sam Mitchell | $   50 | 0.00 | $         - | 0.00 | $          - |
| Total | | 28.20 | $  19,897.50 | 2693.15 | $ 1,262,587.00 |

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2010

 ZOLFO COOPER

**CATEGORY 7**          **UNEXPIRED LEASES AND EXECUTORY CONTRACTS**

| Professional | Hourly Rate | November 2010 Hours | November 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 0.00 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 0.00 | $ - |
| Bret Fernandes | $ 675 | 0.00 | $ - | 2.00 | $ 1,180.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 0.00 | $ - |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 550 | 0.00 | $ - | 1.00 | $ 450.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 3.00 | $ 1,630.00 |



American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2010

**CATEGORY 8**　　　**ENGAGEMENT ADMINISTRATION**

| Professional | Hourly Rate | | November 2010 Hours | November 2010 Value | | Cumulative Hours | Cumulative Value | |
|---|---|---|---|---|---|---|---|---|
| Stephen F. Cooper | $ | 850 | 0.00 | $ | - | 3.50 | $ | - |
| Kevin Nystrom | $ | 775 | 1.00 | $ | 775.00 | 46.00 | $ | 14,127.50 |
| Bret Fernandes | $ | 675 | 0.00 | $ | - | 0.00 | $ | - |
| Mitchell Taylor | $ | 695 | 0.00 | $ | - | 37.40 | $ | 23,188.00 |
| Robert Semple | $ | 640 | 0.00 | $ | - | 21.90 | $ | 12,808.50 |
| Mark Lymbery | $ | 590 | 0.00 | $ | - | 5.40 | $ | 3,106.00 |
| Scott Martinez | $ | 550 | 5.90 | $ | 3,245.00 | 63.70 | $ | 31,488.00 |
| Puneet Agrawal | $ | 465 | 0.00 | $ | - | 52.30 | $ | 22,824.00 |
| Elizabeth Kardos | $ | 425 | 0.50 | $ | 212.50 | 63.90 | $ | 25,572.50 |
| Linda Cheung | $ | 375 | 0.00 | $ | - | 0.00 | $ | - |
| Carmen Bonilla | $ | 375 | 0.00 | $ | - | 235.20 | $ | 83,185.00 |
| Rebecca Randall | $ | 345 | 0.00 | $ | - | 0.00 | $ | - |
| Laura Capen Verry | $ | 225 | 1.80 | $ | 405.00 | 80.30 | $ | 16,718.50 |
| Sam Mitchell | $ | 50 | 0.00 | $ | - | 0.00 | $ | - |
| Total | | | 9.20 | $ | 4,637.50 | 609.60 | $ | 233,018.00 |

 ZOLFO COOPER

American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2010

CATEGORY 9          ASSET ANALYSIS

| Professional | Hourly Rate | November 2010 Hours | November 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 0.00 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 2.50 | $ 720.00 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 152.30 | $ 92,138.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 0.30 | $ 186.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 2.00 | $ 1,130.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 550 | 0.00 | $ - | 0.00 | $ - |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 157.10 | $ 94,174.50 |



American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2010

**CATEGORY 10**       **ASSET DISPOSITION**

| Professional | Hourly Rate | November 2010 Hours | November 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 108.45 | $ 13,717.50 |
| Kevin Nystrom | $ 775 | 18.00 | $ 13,950.00 | 781.50 | $ 332,815.00 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 740.00 | $ 436,375.50 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 1002.30 | $ 625,625.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 854.70 | $ 494,725.50 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 75.10 | $ 41,949.00 |
| Scott Martinez | $ 550 | 0.50 | $ 275.00 | 527.30 | $ 260,484.50 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 72.30 | $ 31,096.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 18.50 | $ 14,225.00 | 4161.65 | $ 2,236,788.00 |



American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2010

**CATEGORY 11**     **LITIGATION**

| Professional | Hourly Rate | November 2010 Hours | November 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 22.05 | $ 6,820.00 |
| Kevin Nystrom | $ 775 | 3.50 | $ 2,712.50 | 423.25 | $ 311,855.00 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 354.80 | $ 223,965.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 64.40 | $ 40,542.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 31.00 | $ 18,290.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 0.00 | $ - |
| Scott Martinez | $ 550 | 41.60 | $ 22,880.00 | 515.20 | $ 263,578.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 13.90 | $ 6,046.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.20 | $ 85.00 |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.90 | $ 337.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 21.60 | $ 4,860.00 |
| Sam Mitchell | $ 50 | 0.00 | $ - | 14.00 | $ 700.00 |
| Total | | 45.10 | $ 25,592.50 | 1461.30 | $ 877,079.00 |



American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2010

**CATEGORY 12**         **MEETINGS OF CREDITORS**

| Professional | Hourly Rate | November 2010 Hours | November 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 18.70 | $ 7,362.50 |
| Kevin Nystrom | $ 775 | 2.00 | $ 1,550.00 | 88.00 | $ 25,312.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 0.00 | $ - |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 34.20 | $ 21,515.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 2.00 | $ 1,180.00 |
| Mark Lymbery | $ 590 | 0.00 | $ - | 1.50 | $ 825.00 |
| Scott Martinez | $ 550 | 0.40 | $ 220.00 | 251.20 | $ 120,726.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 41.20 | $ 18,384.00 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 61.10 | $ 22,800.00 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 2.40 | $ 1,770.00 | 497.90 | $ 218,105.00 |



American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2010

**CATEGORY 13**          **DIP BUDGET REPORTING**

| Professional | Hourly Rate | November 2010 Hours | November 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 0.00 | $ - |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 4.00 | $ - |
| Bret Fernandes | $ 675 | 0.00 | $ - | 2.60 | $ 1,430.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 0.00 | $ - |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 1.10 | $ 605.00 |
| Scott Martinez | $ 550 | 0.00 | $ - | 22.00 | $ 9,570.00 |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 46.70 | $ 17,107.50 |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 76.40 | $ 28,712.50 |



American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2010

**CATEGORY 14**        **SECURED LENDERS NEGOTIATION**

| Professional | Hourly Rate | November 2010 Hours | November 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|
| Stephen F. Cooper | $ 850 | 0.00 | $ - | 73.50 | $ 14,337.50 |
| Kevin Nystrom | $ 775 | 0.00 | $ - | 274.00 | $ 28,927.50 |
| Bret Fernandes | $ 675 | 0.00 | $ - | 32.60 | $ 19,234.00 |
| Mitchell Taylor | $ 695 | 0.00 | $ - | 262.30 | $ 164,883.00 |
| Robert Semple | $ 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ 590 | 0.00 | $ - | 576.80 | $ 329,864.00 |
| Scott Martinez | $ 550 | 0.00 | $ - | 0.00 | $ - |
| Puneet Agrawal | $ 465 | 0.00 | $ - | 802.40 | $ 337,747.50 |
| Elizabeth Kardos | $ 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ 375 | 0.00 | $ - | 0.00 | $ - |
| Rebecca Randall | $ 345 | 0.00 | $ - | 0.00 | $ - |
| Laura Capen Verry | $ 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | 0.00 | $ - | 2021.60 | $ 894,993.50 |

ZOLFO COOPER



American Home Mortgage
Summary of Time per Project Code
For the Period From September 1, 2007 to November 30, 2010

CATEGORY 15          COMMUNICATIONS MATTERS

| Professional | Hourly Rate | | November 2010 Hours | November 2010 Value | Cumulative Hours | Cumulative Value |
|---|---|---|---|---|---|---|
| Stephen F. Cooper | $ | 850 | 0.00 | $ - | 5.75 | $ - |
| Kevin Nystrom | $ | 775 | 0.00 | $ - | 10.00 | $ 1,662.50 |
| Bret Fernandes | $ | 675 | 0.00 | $ - | 0.00 | $ - |
| Mitchell Taylor | $ | 695 | 0.00 | $ - | 15.30 | $ 9,486.00 |
| Robert Semple | $ | 640 | 0.00 | $ - | 0.00 | $ - |
| Mark Lymbery | $ | 590 | 0.00 | $ - | 3.40 | $ 1,870.00 |
| Scott Martinez | $ | 550 | 0.00 | $ - | 0.00 | $ - |
| Puneet Agrawal | $ | 465 | 0.00 | $ - | 0.00 | $ - |
| Elizabeth Kardos | $ | 425 | 0.00 | $ - | 0.00 | $ - |
| Linda Cheung | $ | 375 | 0.00 | $ - | 0.00 | $ - |
| Carmen Bonilla | $ | 375 | 0.00 | $ - | 212.30 | $ 76,102.50 |
| Rebecca Randall | $ | 345 | 0.00 | $ - | 22.80 | $ 7,410.00 |
| Laura Capen Verry | $ | 225 | 0.00 | $ - | 0.00 | $ - |
| Sam Mitchell | $ | 50 | 0.00 | $ - | 0.00 | $ - |
| Total | | | 0.00 | $ - | 269.55 | $ 96,531.00 |



**AMERICAN HOME MORTGAGE**
**EXPENSES BY DAY BY PROFESSIONAL**
**11/01/2010 Through 11/30/2010**

| Emp# | Name | Date | Description | Comment | Amount |
|------|------|------|-------------|---------|--------|
| 0325 | Scott R. Martinez | 11/1/2010 | Ground Transportation - NY | | 94.12 |
| 0325 | Scott R. Martinez | 11/1/2010 | Ground Transportation - NY | | 5.50 |
| 0325 | Scott R. Martinez | 11/1/2010 | Hotel - NY | | 199.82 |
| 0325 | Scott R. Martinez | 11/1/2010 | Meals - NY | LUNCH - 3 | 35.74 |
| 0325 | Scott R. Martinez | 11/2/2010 | Ground Transportation - NY | | 94.12 |
| 0325 | Scott R. Martinez | 11/2/2010 | Ground Transportation - NY | | 7.25 |
| 0325 | Scott R. Martinez | 11/2/2010 | Meals - NY | BRKFST - 2 | 14.58 |
| 0325 | Scott R. Martinez | 11/2/2010 | Meals - NY | LUNCH - 3 | 30.90 |
| 0325 | Scott R. Martinez | 11/3/2010 | Ground Transportation - NY | | 94.12 |
| 0325 | Scott R. Martinez | 11/3/2010 | Ground Transportation - NY | | 5.50 |
| 0325 | Scott R. Martinez | 11/3/2010 | Hotel - NY | | 199.82 |
| 0325 | Scott R. Martinez | 11/3/2010 | Meals - NY | BRKFST - 1 | 11.01 |
| 0325 | Scott R. Martinez | 11/3/2010 | Meals - NY | LUNCH - 1 | 12.89 |
| 0325 | Scott R. Martinez | 11/3/2010 | Meals - NY | DINNER - 1 | 23.93 |
| 0325 | Scott R. Martinez | 11/4/2010 | Air Transportation - NY | | 591.40 |
| 0325 | Scott R. Martinez | 11/4/2010 | Ground Transportation - NY | | 50.00 |
| 0325 | Scott R. Martinez | 11/4/2010 | Ground Transportation - NY | | 94.12 |
| 0325 | Scott R. Martinez | 11/4/2010 | Ground Transportation - NY | | 25.00 |
| 0325 | Scott R. Martinez | 11/4/2010 | Ground Transportation - NY | GAS | 26.50 |
| 0325 | Scott R. Martinez | 11/4/2010 | Hotel - NY | | 199.82 |
| 0325 | Scott R. Martinez | 11/4/2010 | Meals - NY | BRKFST - 1 | 8.56 |
| 0325 | Scott R. Martinez | 11/4/2010 | Meals - NY | DINNER - 1 | 5.95 |
| 0325 | Scott R. Martinez | 11/5/2010 | Ground Transportation - NY | | 94.12 |
| 0325 | Scott R. Martinez | 11/5/2010 | Ground Transportation - NY | | 7.25 |
| 0325 | Scott R. Martinez | 11/5/2010 | Ground Transportation - NY | GAS | 8.15 |
| 0325 | Scott R. Martinez | 11/5/2010 | Ground Transportation - NY | EZ PASS | 10.00 |
| 0325 | Scott R. Martinez | 11/8/2010 | Ground Transportation - NY | | 83.44 |
| 0325 | Scott R. Martinez | 11/8/2010 | Ground Transportation - NY | | 5.50 |
| 0325 | Scott R. Martinez | 11/8/2010 | Hotel - NY | | 199.82 |
| 0325 | Scott R. Martinez | 11/8/2010 | Meals - NY | LUNCH - 1 | 10.42 |
| 0325 | Scott R. Martinez | 11/8/2010 | Meals - NY | DINNER - 1 | 27.11 |
| 0325 | Scott R. Martinez | 11/9/2010 | Ground Transportation - NY | | 83.44 |
| 0325 | Scott R. Martinez | 11/9/2010 | Ground Transportation - NY | | 7.25 |
| 0325 | Scott R. Martinez | 11/9/2010 | Ground Transportation - NY | GAS | 22.50 |
| 0325 | Scott R. Martinez | 11/9/2010 | Meals - NY | LUNCH - 1 | 16.58 |
| 0325 | Scott R. Martinez | 11/10/2010 | Ground Transportation - NY | | 83.44 |
| 0325 | Scott R. Martinez | 11/10/2010 | Ground Transportation - NY | | 5.50 |
| 0325 | Scott R. Martinez | 11/10/2010 | Ground Transportation - NY | GAS | 21.25 |
| 0325 | Scott R. Martinez | 11/10/2010 | Hotel - NY | | 199.82 |
| 0325 | Scott R. Martinez | 11/10/2010 | Meals - NY | BRKFST - 1 | 9.32 |
| 0325 | Scott R. Martinez | 11/10/2010 | Meals - NY | DINNER - 3 | 150.00 |
| 0325 | Scott R. Martinez | 11/11/2010 | Ground Transportation - NY | | 83.44 |
| 0325 | Scott R. Martinez | 11/11/2010 | Ground Transportation - NY | | 7.25 |
| 0325 | Scott R. Martinez | 11/11/2010 | Meals - NY | LUNCH - 2 | 18.03 |
| 0325 | Scott R. Martinez | 11/12/2010 | Ground Transportation - NY | | 83.43 |
| 0325 | Scott R. Martinez | 11/15/2010 | Ground Transportation - NY | | 5.50 |
| 0325 | Scott R. Martinez | 11/15/2010 | Ground Transportation - NY | | 100.67 |
| 0325 | Scott R. Martinez | 11/15/2010 | Hotel - NY | | 199.82 |
| 0325 | Scott R. Martinez | 11/15/2010 | Meals - NY | BRKFST - 1 | 8.13 |

1



AMERICAN HOME MORTGAGE
EXPENSES BY DAY BY PROFESSIONAL
11/01/2010 Through 11/30/2010

| Emp# | Name | Date | Description | Comment | Amount |
|---|---|---|---|---|---|
| 0325 | Scott R. Martinez | 11/15/2010 | Meals - NY | LUNCH - 4 | 42.20 |
| 0325 | Scott R. Martinez | 11/16/2010 | Ground Transportation - NY | | 100.67 |
| 0325 | Scott R. Martinez | 11/16/2010 | Hotel - NY | | 199.82 |
| 0325 | Scott R. Martinez | 11/16/2010 | Meals - NY | BRKFST - 2 | 14.58 |
| 0325 | Scott R. Martinez | 11/16/2010 | Meals - NY | DINNER - 3 | 144.75 |
| 0325 | Scott R. Martinez | 11/17/2010 | Ground Transportation - NY | | 100.68 |
| 0325 | Scott R. Martinez | 11/17/2010 | Ground Transportation - NY | | 7.25 |
| 0325 | Scott R. Martinez | 11/17/2010 | Ground Transportation - NY | GAS | 21.15 |
| 0325 | Scott R. Martinez | 11/17/2010 | Ground Transportation - NY | EZ PASS | 7.50 |
| 0325 | Scott R. Martinez | 11/17/2010 | Meals - NY | BRKFST - 1 | 10.97 |
| 0325 | Scott R. Martinez | 11/17/2010 | Meals - NY | LUNCH - 5 | 85.37 |
| 0325 | Scott R. Martinez | 11/21/2010 | Ground Transportation - NY | | 15.00 |
| 0325 | Scott R. Martinez | 11/21/2010 | Ground Transportation - NY | | 128.00 |
| 0325 | Scott R. Martinez | 11/21/2010 | Hotel - NY | | 174.90 |
| 0325 | Scott R. Martinez | 11/21/2010 | Meals - NY | BRKFST - 1 | 9.25 |
| 0325 | Scott R. Martinez | 11/22/2010 | Hotel - NY | | 174.90 |
| 0325 | Scott R. Martinez | 11/22/2010 | Meals - NY | DINNER - 1 | 43.00 |
| 0325 | Scott R. Martinez | 11/23/2010 | Ground Transportation - NY | | 15.00 |
| 0325 | Scott R. Martinez | 11/23/2010 | Ground Transportation - NY | | 140.00 |
| 0325 | Scott R. Martinez | 11/23/2010 | Meals - NY | DINNER - 1 | 7.86 |
| 0325 | Scott R. Martinez | 11/29/2010 | Ground Transportation - NY | | 100.68 |
| 0325 | Scott R. Martinez | 11/29/2010 | Ground Transportation - NY | | 5.50 |
| 0325 | Scott R. Martinez | 11/29/2010 | Ground Transportation - NY | | 2.50 |
| 0325 | Scott R. Martinez | 11/29/2010 | Hotel - NY | | 199.82 |
| 0325 | Scott R. Martinez | 11/29/2010 | Meals - NY | BRKFST - 1 | 12.75 |
| 0325 | Scott R. Martinez | 11/29/2010 | Meals - NY | LUNCH - 5 | 67.41 |
| 0325 | Scott R. Martinez | 11/29/2010 | Meals - NY | DINNER - 4 | 192.50 |
| 0325 | Scott R. Martinez | 11/30/2010 | Ground Transportation - NY | | 100.67 |
| 0325 | Scott R. Martinez | 11/30/2010 | Ground Transportation - NY | | 2.50 |
| 0325 | Scott R. Martinez | 11/30/2010 | Hotel - NY | | 199.82 |
| 0325 | Scott R. Martinez | 11/30/2010 | Meals - NY | BRKFST - 1 | 14.58 |
| 0325 | Scott R. Martinez | 11/30/2010 | Phone - NY | CELL | 138.40 |
| 0401 | Kevin Nystrom | 11/6/2010 | Phone - NY | CELL | 132.53 |
| 0401 | Kevin Nystrom | 11/11/2010 | Meals - NY | BRKFST - 1 | 3.75 |
| 0401 | Kevin Nystrom | 11/11/2010 | Meals - NY | LUNCH - 1 | 7.81 |
| 0401 | Kevin Nystrom | 11/11/2010 | Meals - NY | DINNER - 1 | 50.00 |
| 0401 | Kevin Nystrom | 11/11/2010 | Meals - NY | | 0.34 |
| 0401 | Kevin Nystrom | 11/30/2010 | Meals - NY | DINNER - 3 | 74.06 |
| 9999 | Payable Accounts | 10/25/2010 | Postage - NY | FED EX | 11.75 |
| 9999 | Payable Accounts | 11/8/2010 | Postage - NY | FED EX | 12.12 |
| 9999 | Payable Accounts | 11/22/2010 | Postage - NY | FED EX | 11.48 |
| 9999 | Payable Accounts | 11/26/2010 | Phone - NY | CONFERENCING | 53.53 |
| 9999 | Payable Accounts | 11/30/2010 | Postage - NJ | | 4.14 |
| | | | | Total | 6,223.32 |