IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x
In re:                                              :     Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :     Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    :     Jointly Administered
     Debtors.                                       :
------------------------------------------------------------------------x     Ref. Docket Nos. 6167 & 6217

## AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 26, 2010, I caused to be served the:

    a. "Order Sustaining Debtors' Sixteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 30, 2008 [Docket No. 6167], (the "16th Omnibus Order"), and

    b. "Order Sustaining Debtors' Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated October 10, 2008 [Docket No. 6217], (the "15th Omnibus Order"),

   by causing true and correct copies of the:

    i. 16th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii. 15th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*[signature]*
Konstantina Haidopoulos

Sworn to before me this
26th day of October, 2010

*[signature]*
Notary Public

```
PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014
```

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| BLACKMON, BARRY L. | P.O. BOX 516 ROANOKE RAPIDS NC 27870 |
| COUNTY OF SANTA CRUZ TAX COLLECTION DIV. | DANA MCRAE, COUNTY COUNSEL 701 OCEAN STREET, ROOM 150 SANTA CRUZ CA 95060 |
| DELBARBA, JOHN P. | 302 LITTLE QUARRY ROAD GAITHERBURG MD 20878 |
| DUNITZ, JERI A. | 1205 S. 15TH AVENUE NEWTON IA 50208-4365 |
| DUNITZ, JERI A. & KAHN, GARY S. CO TTEES | SIDNEY M. DUNITZ FAMILY TRUST DTD 5/24/94 1205 S. 15TH AVE. W. NEWTON IA 50208-4365 |
| EMC COMPORATION | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) PO BOX 5126 TIMONIUM MD 21094 |
| EMC CORPORATION | ATTN PHYLLIS A HAYES, RMS, AGENT C/O RECEIVABLE MANAGEMENT SERVICES (RMS) PO BOX 5126 TIMONIUM MD 21094 |
| GREENBURGH SCHOOLS #7 | ATTN DAVID C DWINELL 177 HILLSIDE AVE GREENBURG NY 10607 |
| HAWLEY, ROBIN B. | 505 STEINHOUR RD YORK HAVEN PA 17370 |
| HOMES & LANE MAGAZINE SW MONTANA | 300 CIRCLE DR POMPANO BEACH FL 330626424 |
| JOHNS, BETTY | C/O INDYMAC BANK 2616 W MAIN ST # D BOZEMAN MT 59718 |
| JOHNS, BETTY | 8628 NUFFINE LANE #70 BOZEMAN MT 59718 |
| KAHN, CHESTER | PO BOX 845 LINCOLN NH 03251 |
| KENDRICK, ROBERT | 26012 MISTY WAY DR FORT MILL SC 29708 |
| MASSELLA, RALPH | 528 HILTON AVE CATONSVILLE MD 21228 |
| REVAL.COM, INC. | 100 BROADWAY, 22ND FLOOR NEW YORK NY 10005 |
| SPURRIER, VANCE O. | 7069 VALLEY TRAILS DRIVE PLEASANTON CA 94588 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY | MICHAEL A. COX, ATTORNEY GENERAL CADILLAC PLACE 3030 W. GRAND BLVD., SUITE 10-200 DETROIT MI 48202 |

**Total Creditor count  18**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| 1ST APPRAISAL SOURCE | ATTN: MAGGIE ROMAN, OFFICE MANAGER 322 ROUTE 4 EAST SOUTH LOBBY PARAMUS NJ 07652 |
| 1ST APPRAISAL SOURCE | 332 E STATE RT 4 STE 1 PARAMUS NJ 076525116 |
| AGER, CRYSTAL M | 10015 NE 200TH ST BOTHELL WA 980112483 |
| ALAIMO, VINCENZO | 156 9TH ST BETHPAGE NY 11714 |
| ALLSTAR COMMUNICATIONS INC | ATTN BRENDA BATEMAN, A/R PO BOX 933022 ATLANTA GA 31193 |
| ANDERSON, MARY ANN | 1450 SANDPEBBLE # 103 WHEELING IL 60090 |
| ANELLI, CHRISTOPHER | 30 BUSCH ST HAUPPAUGE NY 11788 |
| AQUINO, RODOLFO V., III | 1543 KEM WAY WALNUT CA 91789 |
| ASBRA, JEREMY | 19835 GABILAN ROAD PERRIS CA 92505 |
| ASNICAR, MICHELLE | 9825 BLUE LAKE DR FOLSOM CA 95630 |
| BAILEY, JASON | 698 WEATHERSTONE WAY SAN MARCOS CA 92078 |
| BAKER & ASSOCIATES | PO BOX 2285 MECHANICSVILLE VA 231160013 |
| BAKER, RUBY M | 777 COUNTYLINE RD APT24B AMITYVILLE NY 11701 |
| BALFOUR, ROBIN | 1315 N WALNUT AVE ARLINGTON HEIGHTS IL 60004 |
| BANNER-WILLIAMS APPRAISERS INC | CRYSTAL PEEPLES, CORPORATE TREASURER 6443 OLD BRANCH AVE CAMP SPRINGS MD 20748 |
| BARRERAS, DESIREE M | 10912 ARBOR RIDGE DR TAMPA FL 33624 |
| BARSA CONSULTING GROUP | 2900 WESTCHESTER AVE PURCHASE NY 10577 |
| BARSA CONSULTING GROUP, LLC | 2900 WESTCHESTER AVE PURCHASE NY 10577 |
| BARSA CONSULTING GROUP, LLC | 2900 WESTCHESTER AVE STE 103 PURCHASE NY 10577 |
| BARSA COUNSULTING GROUP | 2900 WESTCHESTER AVE PURCHASE NY 10577 |
| BARSA SYSTEMS DISTRIBUTION INC | 2900 WESTCHESTER AVE PURCHASE NY 10577 |
| BATEMAN, LAURA | 15970 S WILSON RD. OREGON CITY OR 97045 |
| BEKEART APPRAISAL SERVICES | DOROTHY R BEKEART DBA 4636 IWAENA LOOP KAPAA HI 96746 |
| BELMER, AARON | 3101 WISMER AVE ST. LOUIS MO 63114 |
| BERGUM, STAN, JR. | 5190 RANCHO MADERA ROAD SAN DIEGO CA 92130 |
| BETBEZE, DEBORAH B | 52 SHADY OAKS DR. COVINGTON LA 70433 |
| BETTY AUTON-BECK, APLC | 300 E STATE ST, STE 200 REDLANDS CA 92373 |
| BEVILLE, PAULINE | 3146 LEBANON AVENUE ZION IL 60099 |
| BIANCHI, KATIE G | 2710 VOLLEY CIR MEADOW VISTA CA 95722-9530 |
| BOSTON PROPERTIES LIMITED PARTNERSHIP | C/O J. DAVID FOLDS MCKENNA LONG & ALDRIDGE LLP 1900 K STREET NW WASHINGTON DC 20006 |
| BRONW, IVY YVONNE | 14703 FOXFIELD LN FONTANA CA 92336 |
| BURKE, ANDREW P | 3710 N WAYNE AVE 2ND FLOOR CHICAGO IL 60613 |
| CALIFORNIA CLEANING CONCEPTS | ATTN JAMES E MASSICOTTE 635 BARSTOW # 19 CLOVIS CA 93612 |
| CAPPUCCIO TRUST | ATTN JUDITH A. MORGAN, CO-TRUSTEE 659 ABREGO STREET SUITE # 4 MONTEREY CA 93940 |
| CARD, THERESA | 2913 BOULDER RIDGE TR MILFORD MI 48380 |
| CARDEN, JAMES P | 57 CHESTNUT STREET MASSAPEQUA NY 11758 |
| CARTER, GRAILING J. | 9863 BUCKNER ROAD MANASSAS VA 20110 |
| CARTRIDGE WORLD | ATTN KRISTY BOWMAN, OWNER 3055 N RESERVE ST STE B MISSOULA MT 59808 |
| CARVER WOODS EXEC. CTR LLC | 5101 CREEK ROAD, SUITE 3 CINCINNATI OH 452423931 |
| CHAN WA, IVAN | P.O. BOX 23017 HONOLULU HI 96827 |
| CLEMENTE, KELLY | 169 ALBANY AVE APT 2 LINDENHURST NY 117573234 |
| COCHRAN, JOY A. | P O BOX 367 # 531 PINE BLUFFS WY 82082 |
| COLEMAN, TRACY | 6 HUBBARD ST BAY SHORE NY 11706 |
| COM BELL SYSTEMS | ATTN PAT SANTORO 561 ACORN ST STE C DEER PARK NY 11729 |
| CONCEPT APPRAISAL SERVICES | 6486 WARRIORS RUN LITTLETON CO 801259254 |
| CRESWELL, BEVERLY L | 1212 N EL PASO ST COLORADO SPGS CO 80903-2522 |
| CRISANTY, AL | 8440 SPRUCE MEADOW LN GRANITE BAY CA 95746 |

| Claim Name | Address Information |
|---|---|
| CROCKETT, JUANITA C | 55 DOWD AVE. U-12 CANTON CT 06019 |
| CROWE, JAMES B. | 425 OAKDALE AV GLENCOE IL 60022 |
| CUMMINGS PROPERTIES, LLC | CRAIG J. ZIADY, ESQ. 200 WEST CUMMINGS PARK WOBURN MA 01801 |
| DALY, KAREN | 6038 N. OVERHILL CHICAGO IL 60631 |
| DENNIS, DENNIS J. | 12 WILDFLOWER TRL ROBBINSVILLE NJ 08691 |
| DEPARTMENT OF THE TREASURY | RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4 INTERNAL REVENUE SERVICE 31 HOPKINS PLAZA BALTIMORE MD 21201 |
| DEPODESTA, DAVID J. | 22325 STERLING HIGHWAY NINILCHIK AK 99639 |
| DEROSA, JEREMY | 1435 BLUEBIRD CANYON DR LAGUNA BEACH CA 92651 |
| DEWALD, KAREN | 114 CABANA DRIVE MOORESVILLE NC 28117 |
| DICKSON, JULIE J. | 3229 WOODGATE TRAIL FORT WAYNE IN 46804 |
| DICOSTANZO, CHRISTINE | PO BOX 243 HUNTINGTON STA NY 11746 |
| DIONISIO, JOSEPH | 79 OCEAN AVE MASSAPEQUA PARK NY 11762 |
| DOCUSYSTEMS | ATTN CEO 1000 HWY 501 E MYRTLE BEACH SC 29578 |
| DOODY, MARY BETH | 7N354 WESTVIEW CT SAINT CHARLES IL 60175 |
| EASON, DANIEL | 10655 CHANDON PLACE HIGHLANDS RANCH CO 80126 |
| EININGER, MITCHELL | 26 GREENWOODS RD OLD TAPPAN NJ 07675 |
| ELITE APPRAISAL | 25000 AVENUE STANFORD #111 VALENCIA CA 913551224 |
| ELLIS, TERESA | 7117 EDGEFIELD CT MATTHEWS NC 28104-3319 |
| ESCOBEDO, GERMAN | 56 11 212TH ST BAYSIDE NY 11362 |
| EVANICHKO, MOLLIE | 6227 GLENCAIRN CIR GALLOWAY OH 43119 |
| FERNANDEZ, STEPHANIE D | 936 7TH ST STE B NOVATO CA 949453009 |
| FIDDLER, THOMAS | 13 AVERILL COURT NORTH BARRINGTON IL 60010 |
| FIELDS, BEVERLY L. | 2106 GOODWIN LANE NORTH WALES PA 19454 |
| FISHER, COURTNEY A. | F/K/A COURTNEY CARTEAUX 411 E. SUPERIOR ST WAUSEON OH 43567 |
| FISHER, KAREN A. | 5295 S HARLAN WAY LITTLETON CO 80123 |
| FOOTE, CASEY | 1237 WALLOON WAY LAKE ORION MI 48360-1323 |
| FORTE, CAROLYN S (SUE) | 5N621 JENS JENSEN LN SAINT CHARLES IL 60175 |
| FRANCIS, JERRY JAMES JR | 1316 SCHOOL STREET FOLSOM CA 95630 |
| FRANCO, CHRIS A | 1931 SAINT SIMONS ST SAVANNAH TX 76227-7759 |
| FRAZER, ANNA ELIZABETH | 1712 ESCALONA DR SANTA CRUZ CA 95060 |
| GEIGER, STEVEN D. | 4720 95TH ST URBANDALE IA 50322 |
| GEORGAS, RACHAEL | 4873 CARNOUSTIE COURT SUMMERVILLE SC 29485 |
| GRAY, JAMES K. | 2424 ENCHANTED FOREST LN VIRGINIA BEACH VA 23453 |
| GREENER, TERESA | 2710 E SHORE DR PORTAGE MI 49002 |
| GUIDA, ALICE E | 77 HAYES ST GARDEN CITY NY 11530 |
| HACKFORD, JULIE | 154 EAGLE GLEN DR WOODSTOCK GA 30189 |
| HALL, MONICA M | 1000 NORTH LAKE SHORE DR., #1005 CHICAGO IL 60611 |
| HAMILTON APPRAISAL SERVICES, INC. | ATTN REBECCA DAVEY, OFFICE MANAGER 802 GRAHAM ROAD CUYAHOGA FALLS OH 44221 |
| HARKWELL, RICHARD | JOHN D. DEMMY, ESQ. STEVENS & LEE, P.C. 1105 N. MARKET STREET, 7TH FLOOR WILMINGTON DE 19801 |
| HARKWELL, RICHARD | 12808 BRIGHTON WOODS DR. ST. LOUIS MO 63131 |
| HARRIOTT, CHANTELL T | 1078 PROSPECT PLACE BROOKLYN NY 11213 |
| HAZELTINE GATES LLC | ATTN JOHN B. GOODMAN, PRESIDENT JOHN B. GOODMAN ENTERPRISES, INC. 1107 HAZELTINE BLVD., SUITE 200 CHASKA MN 55318 |
| HEFNER, KENNETH R. | 30 MULHOLLAND CT MISSION VIEJO CA 92692 |
| HENIG, DONALD | 7 BARBERRY ROAD WEST ISLIP NY 11795 |
| HERMANCE, SCOTT C | 1513 TILDEN AVE FORT WAYNE IN 46805 |
| HOSEIN, KORISHA | 88-49 163 RD ST JAMAICA NY 11432 |
| HOUSTON, T. CRAIN | PO BOX 59 3029 BLACK ROCK RD BUTLER MD 21023 |

| Claim Name | Address Information |
|---|---|
| HRONCHECK, MICHAEL | 465 AMANDA PINES DRIVE PARKER CO 80138 |
| HUB PROPERTIES TRUST | ATTN JENNIFER B. CLARK, SENIOR VP PO BOX 84-5008 BOSTON MA 02284-5008 |
| HURVITZ, MARCY | 42 MONET CT MIDDLE ISLAND NY 11953 |
| IALACCI, DOLORES C | 1680 THE HIDEOUT LAKE ARIEL PA 18436 |
| IBM CORPORATION - BARSA SYSTEMS | 2900 WESTCHESTER AVENUE PURCHASE NY 10577 |
| JAKELL, SHELLEY | 1655 MAIN BLVD SOUTH PARK TWP PA 15129 |
| JAMES B. CROWE & ASS LTD | 426 OAKDALE AVE GLENCOE IL 60022 |
| JAMESON, JEFFREY W (JEFF) | 494 EL CAMINO DEL MAR LAGUNA BEACH CA 92651 |
| JANSEN, ELVA V. | 3534 BEECHWOOD PL RIVERSIDE CA 925061209 |
| JARRETT, CHRISTINE | 1234 EDWARDS CIR RAYMORE MO 64083 |
| JEROME, CAROLINE | 241 NORWOOD AVE NORTHPORT NY 11768 |
| JOHNS, BETTY | 8628 HUFFINE LANE # 70 BOZEMAN MT 59718 |
| JOHNS, BETTY | 8628 NUFFINE LANE # 70 BOZEMAN MT 59718 |
| JOHNS, BETTY | C/O INDYMAC BANK 2616 W MAIN ST # D BOZEMAN MT 59718 |
| JOHNS, BETTY | 8628 HUFFINE LANE # 70 BOZEMAN MT 59748 |
| JOHNSTON, JOHN A. | 23 CHAMPNEY PL. LAGUNA NIGUEL CA 92677 |
| JOHNSTON, THOMAS R | 23 CHAMPNEY PLACE LAGUNA NIGUEL CA 92677 |
| KALK, MARY | 939 MEADOW LN SYCAMORE IL 60178 |
| KALMONSON, MICHAEL | 7 FAIR ELMS LAGUNA NIGUEL CA 92677 |
| KAPPELMAN, JOSHUA | 1089 HIGH VALLEY LANE SHILOH IL 62221 |
| KARANOVICH, MARK | 925 HOYT ST APT 410 PORTLAND OR 972093250 |
| KAULEN, LISA | P.O. BOX 257 OLYMPIA WA 98507-0257 |
| KAYCEE LLC | ATTN GARY ERICKSON, MGR 1295 KELLY JOHNSON BLVD SUITE 230 COLORADO SPRINGS CO 80920 |
| KEBLIN, REBECCA F. | C/O HALEY MATHEWS JONAS, ESQ. 13777 BALLANTYNE CORP. PLACE, STE. 320 CHARLOTTE NC 28277 |
| KEISTER, JOHN | 2117 CHRISTIAN ST. BALTIMORE MD 21223 |
| KELLEY, JOCELYN | 2799 JOYCE AVE COLUMBUS OH 43211 |
| KELLY, STEPHEN | 1133 GOLDEN LAKES BLVD APT 822 WEST PALM BEACH FL 33411 |
| KENNAY, GEORGANN | 1326 JANET SYCAMORE IL 60178 |
| KESLER, MOY T | 720 SPRUCE DR HOLBROOK NY 11741 |
| KINNIEBREW, ROBERT L. | PO BOX 567 WILLINGBORO NJ 08046 |
| KIRBY, DAVID S. | 2 FOXHILL IRVINE CA 92604 |
| KOHLER PROPERTIES | PO BOX 6 15 N. E. THIRD STREET GRESHAM OR 97030 |
| KOONS, KEVIN L. | 4456 CHEVAL WAY ROSEVILLE CA 957476369 |
| KOPPIE, JANE B | 20558 BROAD RUN DR STERLING VA 20165 |
| KUHN, ASHLEY | 46 BUCKSKIN LN SELDEN NY 11784 |
| LAMBIASE, GILDA A | 7780 HIGHLANDS CIRCLE MARGATE FL 33063 |
| LATTANZA, EMANUEL | 138 THUNDER RD HOLBROOK NY 11741 |
| LAWRENCE APPRAISAL GROUP | 308 KAMEHAMEHA AVE, STE PH-3 HILO HI 96720 |
| LEBEUF, KATHLEEN A | 1309 RUNNING SPRINGS RD APT 4 WALNUT CREEK CA 945952974 |
| LEVINE, NANCY | 23905 WOODWAY RD BEACHWOOD OH 44122 |
| LITSEY, CHRISTINE M (TINA) | 13811 NE AIRPORT DR VANCOUVER WA 98684 |
| MALDONADO, MARIA T | 749 SUMMERWOOD AVE #9 DIAMOND BAR CA 91789 |
| MANGLARDI, JOHN A. | 301 MIDWAY ISLAND CLEARWATER FL 33767 |
| MANGLARDI, JOHN A. | 301 MIDWAY ISLAND CLEARWATER BEACH FL 33767 |
| MARKETWISE ADVISORS, LLC | C/O JACOB A. BROWN, ESQ. AKERMAN SENTERFITT 50 NORTH LAURA STREET, SUITE 2500 JACKSONVILLE FL 32202 |
| MATHURA, MARSHA | 2040 NW 62ND TERR SUNRISE FL 33313 |
| MATTHEOS, ARIANNY | 1483 E 3RD AVE BAY SHORE NY 11706-3023 |

| Claim Name | Address Information |
|---|---|
| MAYO & BARBARA SOMMERMEYER | 7425 VARDON WAY FORT COLLINS CO 80528 |
| MCAMIS, MARK E. | 1413 MOORGATE DRIVE KNOXVILLE TN 37922 |
| MCAULIFFE, MICHELLE | 93 E BEVERLY HILL LEN WOODBRIDGE NJ 07095 |
| MCCUISTION, ROBIN E. | 6827 SE GOVE ST. SNOQUALMIE WA 98065 |
| MCDONALD HOPKINS LLC | RONALD L. BERGUM C/O SEAN D. MALLOY ATTY 600 SUPERIOR AVE, SUITE 2100 EAST CLEVELAND OH 44114 |
| MCELROY, KATHY M | 759 LONGWOOD ROAD LEXINGTON KY 40503 |
| MCGAHA, JUDY A. | 328 POSSUM PATH LOUISVILLE KY 40214 |
| MCMULLEN, RALPH M. | 164 LACORTE RD CATSKILL NY 124146525 |
| MCNUTT, CATHERINE A | 5610 MORSE AVE JACKSONVILLE FL 32244 |
| MERRILL, WILLIAM W. | 759 LUCAS AVE EXT HURLEY NY 12443 |
| MEYER, AARON JAMES | 6474 GLENWOOD TRACE ZIONSVILLE IN 46077 |
| MEYER, RICHARD | 3734 BLUFF DR LEWIS CENTER OH 43035 |
| MEYER, ROBERT L. | PO BOX 593 POINT PLEASANT BEACH NJ 08742 |
| MILLER, JULIE | 12212 ORVILLINA DRIVE SANTA ANA CA 92705 |
| MONROE, MICHELE | 391 MORS AVE WHEELING IL 60090 |
| MORA, ROSA M. | 3445 HOLLAND AVE APT 10E BRONX NY 104676138 |
| MORBECK, AMY | 5307 W 165TH TERRACE STILWELL KS 66085 |
| MORRIS, CINDY | 3716 BAKERSTOWN RD GIBSONIA PA 150449738 |
| MURALIDHARAN, MALATHY | 140 15 HOLLY AVE 5D FLUSHING NY 11355 |
| NIETO, CRYSTAL | 4529 REED ST FORT WAYNE IN 46806 |
| NINO, ANA V (VANESA) | 1232 9TH ST WEST BABYLON NY 11704 |
| NOEL, JENNYAI EMI E | 13 THOMAS DR NORTH BABYLON NY 11703 |
| O'BRANOVICH, ROBERT | 2854 EVERGREEN WAY ELLICOTT CITY MD 21042 |
| O'CALLAGHAN, DENISE | PO BOX 408 4 HIGHLAND AVE PEAPACK NJ 07977 |
| OFFICEMAX | ATTN ANNE FULLER CREDIT SUPERVISOR 263 SHUMAN BLVD NAPERVILLE IL 60563-1255 |
| OHIO DEPARTMENT OF TAXATION | TAX COMMISSIONER PO BOX 530 COLUMBUS OH 43216-0530 |
| OHIO DEPARTMENT OF TAXATION | CHARLES W. RHILINGER JR EXECUTIVE ADMINISTRATOR PO BOX 530 COLUMBUS OH 43216-0530 |
| OREAR, PAMELA | PO BOX 11686 CHARLOTTE NC 28220 |
| ORELLANO, CHRISTINA (TINA) | 941 TIMBERWOOD LANE ALGONQUIN IL 60102 |
| ORTIZ-CLIFFORD, SANDRA | 344 TREMONT RD LINDENHURST NY 11757 |
| PALEN, RAYMOND J (RAY) | 23 FRANCO AVE SELDEN NY 11784 |
| PARTAP, HIMANSHU | 24 STRATFORD CT BELLMORE NY 11710 |
| PEDERSEN, TAMMY | 8840 HARPERS GLEN CT JACKSONVILLE FL 32256 |
| PELICAN II, LLC | 5 PALMWOOD SR TYBEE ISLAND GA 313289716 |
| PENNINGTON, KATHLEEN | 27 SLINGERLAND AVE PEQUANNOCK NJ 07440 |
| PEREYRA, CHRISTIAN | 37 26 54TH STREET WOODSIDE NY 11377 |
| PERKINS, HEIDI J. | 265 BLUE VALLEY RD SE LANCASTER OH 43130 |
| PERKINS, THOMAS J. | 1009 OLD COUNTRY RD ELMSFORD NY 10523 |
| POLEK, KELLY | 614 BAY GREEN DR ARNOLD MD 21012 |
| POND, LINDA E. | 17229 PARSONS RD BEAVERDAM VA 23015 |
| POWELL, SHERVONNE | POWELL, SHERVONNE C/O ELLEN OPPER-WEINER 3 BETHESDA METRO CENTER SUITE 700 BETHESDA MD 20814 |
| POWELL, SHERVONNE | 18902 MILLS CHOICE RD, #4 GAITHERSBURG MD 20886 |
| RAMER, MICHELE R | 4415 ARLINGTON AVE FORT WAYNE IN 46807 |
| RAMESH, ANNISHA | 805 WINDMILL AVE WEST BABYLON NY 11704 |
| REA, CRYSTAL | 1038 NEVILLE ST FOLLANSBEE WV 26037 |
| REGIONAL REAL ESTATE APPRAISAL SERVICE | ATTN PRESIDENT 117 ROUTE 9W HAVERSTRAW NY 10927 |
| REMAX | 102 1ST ST SE BONDURANT IA 50035 |

| Claim Name | Address Information |
|---|---|
| RENFRO, AIDAN | 317 ROSE MARIE CT. SAINT PETERS MO 63376 |
| RICHARDSON, REBECCA | 4 E ILLINOIS ST LEMONT IL 60439 |
| RIVERA, EDWIN | 3921 AZALEA CIR. MAUMEE OH 43537 |
| ROITER, CATHERINE | 15538 SE 9TH STREET BELLEVUE WA 98007 |
| ROMERO, YANAYRA | 1483 E 3RD AVE BAY SHORE NY 117063023 |
| ROSENBERG, ROBIN | 22 IVY ST APT 2A FARMINGDALE NY 11735 |
| ROTOLO, CAMILLE | 957 N. GREENE AVE LINDENHURST NY 11757 |
| RUTLEDGE, MARY ANN | 2256 ELDERBERRY DRIVE WESTBURY NY 11590 |
| RYAN, MISTY | 8206 SAKADEN PKWY FORT WAYNE IN 46825 |
| RYAN, SHERRY L | 431 109TH AVE SE BELLEVUE WA 98004 |
| SAMINI, KEYVAN | NASO & SAMINI A PROFESSIONAL LAW CORPORATION 8001 IRVINE CENTER DRIVE SUITE 1090 IRVINE CA 92618 |
| SAMINI, KEYVAN | NASO & SAMINI A PROFESSIONAL LAW CORPORATION 8001 IRVINE CENTER DRIVE SUITE 1000 IRVINE CA 92618 |
| SAMINI, KEYVAN | 22896 HUNTER CREEK MISSION VIEJO CA 92692 |
| SANDOVAL, JEDGLEN | 703 BROADWAY BRENTWOOD NY 11717 |
| SAUER, DARLENE A | 411 N. MAIN ST. MANCHESTER PA 17345 |
| SAVAGE, JILL | 160 MAPLE COURT COPIAGUE NY 11726 |
| SCHILL BERRY, DANIELLE K | 431 CROSS RD NORTH DARTMOUTH MA 02747 |
| SCHOLLMEYER, LISA | 493 CARLLS PATH DEER PARK NY 11729 |
| SCHREIBER, LISA M. | 925 NW HOYT ST APT 410 PORTLAND OR 972093250 |
| SCHWARTZ, BRIAN | 129 BRENNER AVE BETHPAGE NY 117144303 |
| SEIBERT, STEPHANIE | 98 BISHOP RD WEST BABYLON NY 11704 |
| SESSA, FRANCES M | 7525 SUMMER BLOSSOM LANE COLUMBIA MD 21046 |
| SEUS, SHERYL A | 1753 HONEY TREE DR LAS VEGAS NV 891445433 |
| SHAW, GWENDOLYN (GWEN) | P.O. BOX 440066 CHICAGO IL 60644-0066 |
| SHINN, VICKI LOMBARDI | 23 ROANWOOD DRIVE ROLLING HILLS EST CA 90274 |
| SIMINI, KEYVAN | NASO & SAMINI A PROFESSIONAL LAW CORPORATION 8001 IRVINE CENTER DRIVE SUITE 1090 IRVINE CA 92618 |
| SIMINI, KEYVAN | 22896 HUNTER CREEK MISSION VIEJO CA 92692 |
| SIMMONS, DEBORAH A | 1250 HIGHFIELD CT APT 203 BETHEL PARK PA 151024119 |
| SIMONE, DANIELLE S | 407 RAFT AVE HOLBROOK NY 11741 |
| SINGLETON, RACHEL A | 112 TOWNHOUSE RD N HUNTINGTON STATION NY 11746 |
| SIPLIN, MAE F | 603 ORANGE AVE SANFORD FL 32771 |
| SISCO GIVENS, PAULA | PO BOX 953 MOXEE WA 98936 |
| SMITH, DOUG | 4 AMWELL ROAD RINGOES NJ 08551 |
| SOKOLOWSKI, DIANA | 115 DAVIS AVE. PORT JEFFERSON STATION NY 11776 |
| SWEENEY, ROBERT | 696 WOODBINE DR. CARMEL IN 46033 |
| SYKES, THADDEUS | 2003 CRIMSON MEADOWS DRIVE O FALLON MO 63366 |
| SYMONS, CECILIA | 46595 CHALMERS MACOMB MI 48044 |
| SYNENKO, JENNIFER | 16 HUGHES LN NORTH BABYLON NY 11703 |
| THOMAS, MIRA J | 510 LYNN AVE EAST NORTHPORT NY 11731 |
| THOMPSON, KIMBERLY M. | 612 CENTRAL ST #203 KANSAS CITY MO 64105 |
| TOP NOTCH APPRAISALS - 1000023447 | ATTN JIM KLIEGL OWNER 8780 19TH ST, #277 ALTA LOMA CA 91701 |
| TOWN & COUNTRY REAL ESTATE & APPRAISAL, | INC. 5404 YADKIN RD. FAYETTEVILLE NC 28303 |
| TULIAU, MALVINA Q (VINA) | 7636 BOTANY BAY DR. LAS VEGAS NV 89128 |
| UNITED PARCEL SERVICE | C/O RMS BANKRUPTCY RECOVERY SERVICES PO BOX 4396 TIMONIUM MD 21094 |
| VAN EYKEN, DIANNE | 684 COUNTY LINE RD AMITYVILLE NY 11701 |
| VANDERBILT APPRAISAL & CONSUL | 770 LEXINGTON AVE RM 300 NEW YORK NY 100658165 |
| VAY, LISA | 8078 PHIRNE RD EAST GLEN BURNIE MD 21061 |

| Claim Name | Address Information |
|---|---|
| VELSOR, MIRTHA | 7120 162ND ST # 2 FLUSHING NY 113654237 |
| VENNERS, MINDY | 108 E ORCHARD HILLS DR. ROCHELLE IL 61068 |
| VENT, HELEN C. | 11 LOWELL DRIVE FARMINGDALE NY 11735 |
| VENTURA, LEILAROSE C (LEILA) | 3958 COYOTE RIDGE COURT LAS VEGAS NV 89129 |
| WACO PROPERTIES, INC. | C/O C. RYAN MALONEY FOLEY & LARDNER LLP PO BOX 240 JACKSONVILLE FL 32201-0240 |
| WAGNER, BARBARA L. | 6196 FOXVIEW AVE NW CANTON OH 44718 |
| WAGNER, NANCY | 35 ELM DR FARMINGDALE NY 11735 |
| WALKER, ANNIE | 5792 E MONROE LAS VEGAS NV 89110 |
| WALLACE, DIANA L. | 16769 LYONHURST CIRCLE NORTHVILLE MI 48168 |
| WARD, MARGARET | 1161 CENTER GROVE ST ORLANDO FL 32839 |
| WARREN, AMY L. | 4717 S WAYNE FORT WAYNE IN 46807 |
| WASHINGTON, ANDRE | 179 SCOTT ST NAUGATUCK CT 06770-4315 |
| WATER PLANT INVESTMENTS, LLC | RYAN E. DAVIS, ESQUIRE PO BOX 1391 ORLANDO FL 32802-1391 |
| WATER PLANT INVESTMENTS, LLC | ATTN MR. MARK HUTTON 5644 BAY SIDE DRIVE ORLANDO FL 32819 |
| WATTERS, MARY E (MARY BETH) | 27 BATTERSEA RD BERLIN MD 21811 |
| WEHLER, AMANDA | 6736 1/2 N. GLENWOOD # 3 CHICAGO IL 60626 |
| WEILBURG, DONNA | 37045 HEIFNER PL TUCSON AZ 85735 |
| WEINHEIMER, TRACEY K. | 2291 AIRPORT RD GREENFIELD IA 50849 |
| WEISS, RICHARD | 30 WILMOTH AVE ARDSLEY NY 10502 |
| WESDORP, BENJAMIN M | 411 CHELSEA CAY WAPPINGERS FL NY 125905416 |
| WESOLOWSKI, KEITH M | 405 W 7TH STREET #510 CHARLOTTE NC 282020 |
| WEST MICHIGAN APPRAISAL | ATTN MELANIE J. PERRY, PRESIDENT 821 W SOUTH ST KALAMAZOO MI 49007 |
| WHEELER, MICHAEL JAMES | 1844 GRAZZIANI WAY ROSEVILLE CA 956613983 |
| WHELAN, SUSAN | 5 JACKSON AVE BRENTWOOD NY 11717-3033 |
| WHITE, EDWARD C | 822 NORTHERN PKWY UNIONDALE NY 11553 |
| WILLIAMS TRANSFER & STORAGE | ATTN KIRK PHILLIPS, SALES MANAGER 621 EAST PRESIDENT AVE TUPELO MS 38801 |
| WILLIAMS, CHRISTINE G. | 1534 TARTAN LANE NEW HAVEN IN 467742261 |
| WISE, BARBARA A | 8732 MARY LANE JESSUP MD 20794 |
| WORRALL, TRACY SEAN | 16 VICTORIA CT REISTERSTOWN MD 21136 |
| YEE, TODD | 234 RIDGECREST DRIVE KLAMATH FALLS OR 97601 |
| ZC REAL ESTATE TAX SOLUTIONS LIMITED | C/O HUNTON & WILLIAMS LLP ATTN: RICHARD P. NORTON, ESQ. SCOTT H. BERNSTEIN, ESQ. 200 PARK AVENUE NEW YORK NY 10166 |
| ZC REAL ESTATE TAX SOLUTIONS LIMITED | ATTN: JAMES P NOVAK, ESQ, SVP & GEN CNSL 210 INTERSTATE NORTH PARKWAY, NW SUITE 400 ATLANTA GA 30339 |
| ZIEGLER, PAUL | 68 BAYSIDE PL AMITYVILLE NY 11701 |

**Total Creditor count  268**