IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                                  :   Chapter 11
                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                  :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                         :
                                                        :   Jointly Administered
    Debtors.                                            :
---------------------------------------------------------------------x   Ref. Docket Nos. 6462, 6463,
                                                            6574 & 7023

## AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 27, 2010, I caused to be served the:

    a) "Order Sustaining Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated October 24, 2010 [Docket No. 6462], (the "19th Omnibus Order"),

    b) "Order Sustaining Debtors' Eighteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated October 24, 2010 [Docket No. 6463], (the "18th Omnibus Order"),

    c) "Order Sustaining Debtors' Twentieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated November 12, 2008 [Docket No. 6574, (the "20th Omnibus Order"), and

    d) "Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated February 17, 2009 [Docket No. 7023], (the "29th Omnibus Order")

by causing true and correct copies of the:

    i.    19th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    ii.    18th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

    iii.    20th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C, and

    iv.    29th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Konstantina Haidopoulos

Sworn to before me this
28th day of October, 2010

_____
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SVC CO. | ATTN EUGENE J CHIKOWSKI/JOSHUA M GAFFNEY FLASTER/GREENBERG PC EIGHT PENN CTR, 1628 JFK BLVD, 15TH FL PHILADELPHIA PA 19103 |
| ANDERSON, BIRGIT T. | PO BOX 2183 WINTER PARK FL 32790 |
| ANDERSON, LOIS B | 9268 BROWN RD ELK GROVE CA 95624 |
| BARLOW, MONIQUE | 6499 S DAFFODIL WAY WEST JORDAN UT 84084 |
| BARRETT, JAMES | 1467 THIES DR PASADENA MD 21122 |
| BARTOLOTTA, JOSEPH W. | 23 HIGH RIDGE RD WARWICK NY 10990 |
| BIGLIN, JAMES | 2025 TWIN FAWNS CT SAINT PETERS MO 633767338 |
| BILICKI, EUGENE | 36 JULIAN ST HICKSVILLE NY 11801 |
| BORRILLO, REGINA | 2 BUD COURT HAUPPAUGE NY 11788 |
| BRIGGS, TONYA | 6410 DENTON WAY CITRUS HTS CA 95610-5109 |
| BROWN, CHANTEL | 6333 KING LOUIS DRIVE ALEXANDRIA VA 22312 |
| BUTTS, LEE ANN | 9901 RED TWIG PL FORT WAYNE IN 46804 |
| BYLLOTT, DEBRA | 2 BUD COURT HAUPPAUGE NY 11788 |
| CARD, THERESA | 2913 BOULDER RIDGE MILFORD MI 48380 |
| CARROLL, MATTHEW | 744 MAIN ST FARMINGDALE NY 11735 |
| CHIRAYIL, MARTHA A | 54 ANDREA ST. WEST BABYLON NY 11704 |
| CLAPPER, LAURA | 2065 HARVEST FARM RD ELDERSBURG MD 21784-6399 |
| COCHRAN, TERRENCE | 2218 INDIANA AVE #1-F SAINT LOUIS MO 63104 |
| COURTNEY, TERRESA K. | 2012 WILSON FARM CT. CHESTERFIELD MO 63005 |
| CUMMINGS, SUSAN | 19 PEPPERMILL CT COMMACK NY 11725 |
| DANIEL, KATHRYN M | 3306 MONTCLAIR RD ORLANDO FL 328061725 |
| DANIELS, JACK A. | 46 E HEALTH ST BALTIMORE MD 21230 |
| DAVIDSON, REBECCA | 160 WINTERHAVEN AVE PRINCETON WV 247408007 |
| DEMACOPOULOS, VASILIOS | 21-32 43RD ST ASTORIA NY 11105 |
| DEVINE, COLLEEN | 982 THOMPSON DR BAY SHORE NY 11706 |
| DEVINE, SUZANNE C | 8709 WINGARD ROAD WAXHAW NC 28173 |
| DICKSON, JULIE J. | 3229 WOODGATE TRAIL FORT WAYNE IN 46804 |
| DURHAM, EARL | 30 CALLE RANCHERA RANCHO SANTA MARGARITA CA 92688 |
| GEIGER, STACEY | 7413 MOLITOR COURT RIO LINDA CA 95673 |
| GERRITY, SEAN | 2631 HEATHERSTONE DR SAN RAFAEL CA 94903 |
| GIANCOLA, KAREN | 57 MILL RD FARMINGDALE NY 11735 |
| GOLE, SUSAN | 3601 PANSY CIR SEAL BEACH CA 907403127 |
| GRZAN, LORETTA | 57 EARL RD MELVILLE NY 11747 |
| HAAS, RHONDA L. | 1116 E MARCO POLO RD PHOENIX AZ 85024 |
| HALL, DIANE | 2421 CLOVERFIELD CT FORT WAYNE IN 46808 |
| HALL, LOUISE | 116 SCHULTZ RD MANORVILLE NY 11949 |
| HALPERN, DD | 2801 HARBOR ROAD MERRICK NY 11566 |
| HAMILTON, SALLY | 20B WILLIAM ST GLEN COVE NY 11542 |
| HAMILTON, SALLY J. | 20-B WILLIAM ST GLEN COVE NY 11542 |
| HANCE, NICOLE R. | 129 ROYALLBROOK LANE OFALLON MO 63368 |
| HARMON, JEFFREY A. | 6554 S KEARNEY CIR CENTENNIAL CO 80111 |
| HARRIS, CYNTHIA | 29 CORNERSTONE CT DOYLESTOWN PA 18901 |
| HAUG, KATHLEEN A. | 6365 MILLSTONE CIRCLE NEW PORT RICHEY FL 34655 |
| HEFNER, KENNETH R. | 30 MULHOLLAND CT MISSION VIEJO CA 92692 |
| HOUSTON, TRUXTUN CRAIN JR. | PO BOX 59 BUTLER MD 21023 |
| HUFF, CANDI J. | 339 HEDGE HOLLOW COVE DRAPER UT 84020 |
| JACOBY MURAD, SUSAN L | 5133 TOP SEED COURT CHARLOTTE NC 28226 |
| JOHNSON, EILEEN | 36 LAUREL PLACE BETHPAGE NY 11714 |

| Claim Name | Address Information |
|---|---|
| JORDAN, CHERYL S. | 125 HALESITE DR SOUND BEACH NY 11789 |
| KEIM, GISELLE | 4986 BOTANICAL AVE SAINT LOUIS MO 63110 |
| KELLER, ROCCA (RINA) | 7321 N OLEANDER AVE CHICAGO IL 60631 |
| KNAG, PAUL JR. | 60 E 9TH ST # 505 NEW YORK NY 10003 |
| KOTHARY, MANISH | 4304 CHASTAIN WALK NE ATLANTA GA 303423361 |
| LAMEIRAO, VALDEMAR M | 222-25 DAVENPORT AVENUE 2ND FLOOR QUEENS VILLAGE NY 11428 |
| LATTANZA, EMANUEL | 138 THUNDER RD HOLBROOK NY 11741 |
| LIVIAN, DARIUS D | 455 CANYON DEL REY BLVD # 337 MONTEREY CA 93940 |
| LYTLE, JODY | 310 REDROME CIRCLE W BRIDGEVILLE PA 15017 |
| MACO, JOHN | 5495 MAIN ST STRATFORD CT 06614 |
| MAHONEY, MICHAEL | 1408 CROOKED PINE DR MOUNT PLEASANT SC 29466 |
| MALONSON, BARBARA J | 25247 MADRONE COURT VOLCANO CA 95689 |
| MARTIN, MAYLA L. | 206 MADISON ST WARWICK RI 02888 |
| MASSELLA, RALPH A. | 528 HILTON AVENUE CATONSVILLE MD 21228 |
| MASSELLA, RALPH A. | 528 HILTON AVENUE CATONSVILLE MD 21228-5817 |
| MAURO, STEVEN | 211 MEDEA WAY CENTRAL ISLIP NY 117224540 |
| MCCARTHY, CAROL | 174 UNION AVE HOLBROOK NY 11741 |
| MCFARLAND, PATRICIA | 2355 VERMONT ROUTE 105 WEST CHARLESTON VT 05872 |
| MERCER, ROBERT | 6311 MAIDEN LANE BETHESDA MD 20817-5609 |
| MILO, RAGIN | 529 8TH AVE NEW HYDE PARK NY 11040 |
| MINGST, GRAHAM | 14 CORNELL AVE HICKSVILLE NY 11801 |
| MIRSKY, GREGORY N. | 27 CORTELYOU RD MERRICK NY 11566-3725 |
| MOHSENZADEH, HOLLY | 1415 SILVERLINDEN CT FORT WAYNE IN 46804 |
| O'BRIEN, BARON | 2550 FIFTH AVE #167 SAN DIEGO CA 92103 |
| OFFICEMAX | ATTN ANNE FULLER CREDIT SUPERVISOR 263 SHUMAN BLVD NAPERVILLE IL 60563-1255 |
| OLAFSSON, THOMAS | 55 COTTAGE FARM RD. BROOKLINE MA 02446 |
| ORTEGA, KARI | 359 PHYLLIS AVE ROCHELLE IL 61068 |
| PAROTTI, PAUL | 5803 CASCABEL RD ATASCADERO CA 93422-2318 |
| PERRY, JOHN TODD | 3216 MORRIS FARM DRIVE JAMESTOWN NC 27282 |
| PITNEY BOWES CREDIT CORPORATION | ATTN RECOVERY DEPT 27 WATERVIEW DR SHELTON CT 06484-4361 |
| POMBRA, DEEPALI | 2019 COURT N DRIVE MELVILLE NY 11747 |
| PUDENZ, MARY E. | 1060 2ND ST CT WAUKEE IA 50263 |
| RAJCHEL, JOHN | 202 S. SCHUYLKILL AV NORRISTOWN PA 19403 |
| RALEY, ANNETTE | PO BOX 165551 IRVING TX 75016 |
| ROBERTS, DAVID | 323 THOMAS RD SEVERNA PARK MD 21146 |
| ROYAL BANK OF SCOTLAND PLC C/O | GREENWICH CAPITAL MARKETS, INC 600 STEAMBOAT ROAD GREENWICH CT 06830 |
| ROYAL BANK OF SCOTLAND PLC C/O | BRIAN E. GOLDBERG, ESQ. DICKSTEIN SHAPIRO LLP 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| RUBIN, JEFF | ALL PRO MORTGAGE 6600 N ANDREWS AVE SUITE FT LAUDERDALE FL |
| SCHOOLFIELD, MATTHEW B | 16420 SEGARS LN HUNTERSVILLE NC 28078-6492 |
| SEDOTTO, BONNIE | 116 KETRIDGE ST WEST BABYLON NY 11704 |
| SEGALL, ERIC | 1985 ROLLING VISTA DR UNIT 52 LOMITA CA 90717 |
| SHEARER, LYLE | 4441 CLIPPER DR DISCOVERY BAY CA 94505 |
| SOMERMAN, STEVEN | 17 TORTOISE SHELL COTO DE CAZA CA 92679 |
| STAGNER, ROY | 5 RITA PL FARMINGDALE NY 11735 |
| STRUZZIERI, ALEX M. | 3950 DAVID PLACE SEAFORD NY 11783 |
| SYKES, THADDEUS | 2003 CRIMSON MEADOWS DR. O'FALLON MO 63366 |
| TRAPANOTTO, TIMOTHY | 17 CRESTWOOD DR FORT SALONGA NY 11768 |
| UHLENHOPP, CRISTINE (CRIS) | 17025 COLONIAL PARK DR MONUMENT CO 80132 |

| Claim Name | Address Information |
|---|---|
| VAZQUEZ, EVANIA | 16 LEIGH ST HUNTINGTON NY 11743-5233 |
| VELTRE-HULSE, SUSAN | 29 RICHMOND RD ROCKVILLE CENTRE NY 11570 |
| VENEGAS, CANDACE | 960 BANNOCK CT CONCORD CA 94518 |
| WAGNER, BARBARA L. | 6196 FOXVIEW AVE NW CANTON OH 44718 |
| WALLACE, DIANA L. | 16769 LYONHURST CIRCLE NORTHVILLE MI 48168 |
| WANG, ELI JOSHUA | 7702 ARDMORE DR O'FALLEN MO 63368 |
| WENINSKI, MICHELLE A. | 41 WINSTON DR BRENTWOOD NY 11717 |
| WHEELER, MICHAEL J/SVP+RN | 1844 GRAZZIANI WAY ROSEVILLE CA 95661-3983 |
| ZELL, GARY S. | 8300 ARMETALE LN FAIRFAX STATION VA 22039 |

**Total Creditor count  105**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AUSTIN APPRAISAL COM INC, THE | 238 MATHIS FERRY RD, STE 103 MT. PLEASANT SC 29464 |
| BALFOUR, ROBIN | 1315 N WALNUT AVE ARLINGTON HEIGHTS IL 60004 |
| BARTOLOTTA, JOSEPH W. | 23 HIGH RIDGE RD WARWICK NY 10990 |
| CABLEVISION | BANKRUPTCY, 3RD FLOOR 200 JERICHO QUADRANGLE JERICHO NY 11753 |
| CHATZIANTONIOU, TASO | 37-37 REGATTA PL DOUGLASTON NY 11363 |
| CIMINO, MATTHEW T. | 137 MILLFORD CROSSING PENFIELD NY 14526 |
| CLARK, MICHAEL D. | 47 N CHESTERFIELD RD COLUMBUS OH 43209 |
| CONSTANT, NADINE | 113 BELMONT PKWY HEMPSTEAD NY 11550 |
| CUEVAS, SERGIO C. | 109 CENTENNIAL AVE CRANFORD NJ 07016 |
| DAUENHEIMER, JEAN | 3 VAN ORDEN ROAD MILTON NY 12547 |
| DAVID, JAMES | 4242 E CREOSOTE DR CAVE CREEK AZ 853313814 |
| DAVID-SWAN, DAWN | 9020 169TH ST APT 3A JAMAICA NY 11432 |
| DEJOHN, SHARLEEN | 8609 WAVE CIR APT A FORT WAYNE IN 46825-6666 |
| DEWALD, KAREN | 114 CABANA DR MOORESVILLE NC 28117 |
| EMAGIC.COM, LLC | C/O ANTHONY J. CARONNA PO BOX 488 MILWAUKEE WI 53202 |
| GRULLON, MICHELLE | PO BOX 1336 MANHASSET NY 11030-6336 |
| GUSTAVSON, JENNIFER | 27A ERLAND ROAD STONY BROOK NY 11790 |
| HAGAN, RAYMOND | 20 SENECA DR HANOVER PA 17331 |
| HALL, TREASA R. | 3 BALLYBUNION COURT AMARILLO TX 79124 |
| HANSEN, AMANDA | 410 PIPER ST HEALDSBURG CA 954483914 |
| HARDING, JEANNETTE E. | 2909 RURAL HILL CT MATTHEWS NC 28105 |
| IALACCI, DOLORES | 1680 THE HIDEOUT LAKE ARIEL PA 184009009 |
| JACKSON, PHYLLIS M. | 10205 BURGUNDY DR FRISCO TX 75035 |
| JORDAN, CHERYL S. | 125 HALESITE DR SOUND BEACH NY 11789 |
| KIRSCH, ALAN | 245 AVENUE C NEW YORK NY 10009-2515 |
| LIMZERWALA, HUZVAAK | 5208 CHABLIS CT FORT WAYNE IN 46845 |
| MANAGEMENT ADVISORS INTERNAL | PO BOX 3708 HICKORY NC 28603-3708 |
| MCKEAN, TYLER | 1841A S 9TH ST SAINT LOUIS MO 63104-3961 |
| MORACE, MARK A. | ALAN H SCHORR & ASSOCIATES 5 SPLIT ROCK DRIVE CHERRY HILL NJ 08003 |
| MUELLER, KATHLEEN M. | 302 16TH AVE BALTIMORE MD 21225 |
| PEARCE, JOAN M. | 3634 SWEETGRASS LANE CHARLOTTE NC 28226 |
| PMC INVESTIGATIONS AND SECURITY INC | 12 SCHERERE BLVD LOWR FRANKLIN SQ NY 110102606 |
| WETZEL, THOMAS | 276 S 9TH ST LINDENHURST NY 11757 |
| WHEELER, MICHAEL JAMES | 9180 LOS LAGOS CIRCLE GRANITE BAY CA 95746 |
| YELLOW BOOK USA | C/O RMS BANKRUTPCY RECOVERY SERVICES P.O. BOX 5126 TIMONIUM MD 21094 |

**Total Creditor count  35**

**EXHIBIT C**

| Claim Name | Address Information |
| --- | --- |
| ARELLANO, FERNANDO C. JR. | 6811 RUSSELFIELD LN HOUSTON TX 77049 |
| BASHA, SOUAD | 4916 BUCHANAN ST HOLLYWOOD FL 33021 |
| BISHOP WHITE & MARSHALL, P.S. | ATTN WILLIAM L. BISHOP, ATTORNEY 720 OLIVE WAY # 1301 SEATTLE WA 98111 |
| BUTTE COUNTY TREASURER/TAX COLLECTOR | ATT STEPHANIE BROWN DEPUTY TAX COLLECTOR 25 COUNTY CENTER DR BUTTE VALLEY CA 95965 |
| CALIDO BAY HOMEOWNERS ASSOCIATION | C/O LAW OFFICE OF WANDEN P TREANOR 1744 LINCOLN AVENUE SAN RAFAEL CA 94901 |
| CITY OF DESOTO | ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600 DALLAS TX 75201 |
| CITY OF KNOXVILLE | DOUGLAS GORDON, ATTORNEY AT LAW PO BOX 2084 KNOXVILLE TN 37901 |
| CITY OF MESQUITE AND MESQUITE ISD | ATTN GARY ALLMON GRIMES SCHUERENBERG & GRIMES 120 W MAIN STE 201 MESQUITE TX 75149 |
| COLORADO INVESTORS REAL ESTATE SVCS, LLC | ATTN: GENE ZACHMAN 1630 A 30TH STREET, # 601 BOULDER CO 80301 |
| COUNTY OF HILL | MICHAEL REED MCCREARY VESELKA BRAGG & ALLEN, P.C. 700 JEFFREY WAY, SUITE 100- PO BOX 1269 ROUND ROCK TX 78680 |
| COUNTY OF SANTA CRUZ TAX COLLECTION DIV. | DANA MCRAE, COUNTY COUNSEL 701 OCEAN STREET, ROOM 150 SANTA CRUZ CA 95060 |
| DAVIS BROWN KOEHN SHORS & ROBERTS | ATTN MATTHEW E. LAUGHLIN, SHAREHOLDER THE FINANCIAL CENTER 666 WALNUT ST., STE., 2500 DES MOINES IA 50309-3989 |
| DESOTO ISD | ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600 DALLAS TX 75201 |
| DOLORES COUNTY | ATTN JAMIE STIASNY PO BOX 421 DOVE CREEK CO 81324 |
| DURHAM COUNTY TAX COLLECTOR | ATTN BECKY W. SMITH, BANKRUPTCY AGENT PO BOX 3397 DURHAM NC 27702-3090 |
| EAST WEST HOLDINGS, LLC | LELLA AMISS E. PAPE, ESQUIRE REES BROOME, PC 8133 LEESBURG PIKE, 9TH FLOOR VIENNA VA 22182 |
| FBC MORTGAGE, LLC | 189 S ORANGE AVE STE 970 ORLANDO FL 328013264 |
| FLAGLER COUNTY TAX COLLECTOR | SUZANNE JOHNSTON P.O. BOX 846 BUNNELL FL 32210 |
| FREMONT TWP    151 | ATTN PATTI J. SHINN 2512 E. GALBRAITH LINE RD YALE MI 48097 |
| GREEVILLE CITY | TAX COLLECTOR JEFFERY NIEBAUER 111 S. WASHINGTON STREET, PO BOX 875 GREEVILLE NC 27835 |
| GWINNETT COUNTY TAX COMMISSIONER | DEPARTMENT OF PROPERTY TAX ATTN: WILLIAM HARPER, CLAIM PROCESSOR P.O. BOX 372 LAWRENCEVILLE GA 30046-0372 |
| HARKWELL, RICHARD | JOHN D. DEMMY, ESQ. STEVENS & LEE, P.C. 1105 N. MARKET STREET, 7TH FLOOR WILMINGTON DE 19801 |
| HARKWELL, RICHARD | 12808 BRIGHTON WOODS DR. ST. LOUIS MO 63131 |
| HARMONY HOMES R.E. | ATTN: DON NUSSER 1125 NANTUCKET PLACE MODESTO CA 95355 |
| HARRISON, WILLIAM T. | 2112 GALLOWAY LIVERMORE CA 94551 |
| HAWKEYE IMPROVEMENTS & MAINTENANCE, LLC | PO BOX 1537 SAINT PETERS MO 633760027 |
| INDEPENDENT TITLE | 4331 N FEDERAL HWY FT LAUDERDALE FL 33308 |
| JASPER COUNTY | ATTN STEPHEN H HOLT PO BOX 421 CARTHAGE MO 64836 |
| JOHN F. MICHAELS, CHARTERED | ATTN JOHN F. MICHAELS, PRESIDENT 4252 W 124TH TERRACE LEAWOOD KS 66209 |
| JOHNS, BETTY | C/O INDYMAC BANK 2616 W MAIN ST # D BOZEMAN MT 59718 |
| KOOTENAI COUNTY TREASURER | ATTN JETHELYN HARRINGTON, CIVIL ATTORNEY C/O KOOTENAI COUNTY LEGAL SERVICES PO BOX 9000 COEUR D ALENE ID 83816-9000 |
| LAW OFFICE OF DANIEL C CONSUEGRA | ATTN:  DANIEL C. CONSUEGRA 9204 KING PALM DRIVE TAMPA FL 33619 |
| LENAWEE COUNTY TREASURER | MARILYN J. WOODS 301 N. MAIN ADRIAN MI 49221 |
| MACDOWELL, VALERIE H. & LOUIS G. III | 481 SAILFISH COVE SATELLITE BEACH FL 32937 |
| METROPOLITAN GOVERNMENT TRUSTEE | ATTN ANDREW D. MCCLANAHAN, ASST ATTORNEY METROPOLITAN DEPT OF LAW PO BOX 196300 NASHVILLE TN 37219-6300 |
| NATIONWIDE TITLE CLEARING INC | 2100 ALT. 19 NORTH ATTN ERIKA LANCE SVP ADMIN PALM HARBOR FL 34683 |
| OAK ISLAND TOWN | OAK ISLAND  TAX OFC 4601 E.OAK ISLAND DR ATTN SHEILA M BELL TAX COLLECTOR OAK ISLAND NC 28465 |

| Claim Name | Address Information |
|---|---|
| PEND OREILLE COUNTY | PEND OREILLE CO TAX OFC CHARLOTTE L DEMLOW, TREASURER PO BOX 5080 NEWPORT WA 99156 |
| PICKENS COUNTY | ATTN J STEVE GRAVELY, DELQ TAX COLLECTOR 222 MCDANIEL AVE B6 PICKENS SC 29671 |
| PLYMOUTH PARK TAX SERVICES LLC | 115 S JEFFERSON RD SHIPPANY NJ 79811029 |
| POLK COUNTY TAX OFFICE | ATTN SUSAN DIRKS, CHIEF TAX CLERK 850 MAIN STREET DALLAS OR 97338 |
| PUSTYLNIK, MICHAEL | 1224 KNOLLWOOD RD. DEERFIELD IL 60015 |
| RABBITT, PITZER & SNODGRASS PC | ATTNY AT LAW 100 SOUTH FOURTH STREET, STE 400 ST. LOUIS MO 63102-1821 |
| RBC CENTURA BANK | ATTN ALICE CHAMBERS MORTGAGE LOANS PO BOX 700 ROCKY MOUNT NC 27802 |
| SAFEGUARD PROPERTIES | 650 SAFEGUARD PLAZA BROOKLYN HEIGHTS OH 44131 |
| WANAQUE BOROUGH | ATTN ANTHONY FIORELLO, ATTORNEY 579 RINGWOOD AVE. WANAQUE NJ 07456 |
| WANAQUE BOROUGH | ANTHONY FIORELLO, ATTORNEY 579 RINGWOOD AVE. WANAQUE NJ 07456 |
| WILSON & ASSOCIATES | 1521 MERRILL DRIVE SUITE D-220 ATTN CHRISTOPHER L PALMER LITTLE ROCK AR 72211 |
| YARLING & ROBINSON | ATTN CHARLES F. ROBINSON, JR. MARKET SQUARE CENTER, STE 1535 151 NORTH DELAWARE STREET INDIANAPOLIS IN 46204 |

**Total Creditor count  49**

**EXHIBIT D**

| Claim Name | Address Information |
| --- | --- |
| ABN AMRO BANK, N.V. | ATTN DAVID W. STACK 101 PARK AVENUE 6TH FLOOR NEW YORK NY 10178 |
| ABN AMRO BANK, N.V. | 101 PARK AVE FL 6 NEW YORK NY 101780601 |
| ABN AMRO BANK, N.V. | ATTN GREGORY A BRAY / FRED NEUFELD MILBANK, TWEED, HADLEY & MCCLOY LLP 601 S. FIGUEROA STREET, 30TH FLOOR LOS ANGELES CA 90017 |
| ABN AMRO BANK, N.V. | ATTN GREGORY A. BRAY/FRED NEUFELD MILBANK TWEED HADLEY & MCCOY LLP 601 S FIGUEROA STREET, 30TH FLOOR LOS ANGELES CA 90017 |
| CHASE PAYMENTECH SOLUTIONS, LLC | C/O CLAY M TAYLOR 201 MAIN ST STE 2500 FORT WORTH TX 76102 |
| CREDIT SUISSE FIRST BOSTON MORTGAGE | CAPITAL, LLC ATTN: MEGAN KANE 11 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE FIRST BOSTON MORTGAGE | WEIL, GOTSHAL & MANGES LLP ATTN: CHRISTOPHER MARCUS, ESQ. 767 FIFTH AVENUE NEW YORK NY 10153 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | AS AGENT FOR NATIONAL PENN BANK ATTN SCOTT K. LEVINE / PLATZER SWERGOLD 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10018 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | AS AGENT FOR NATIONAL PENN BANK ATTN SCOTT K LEVINE / PALTZER SWERGOLD 1065 AVENUE OF THE AMERICAS, 18TH FLOR NEW YORK NY 10018 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | C/O PLATZER SWERGOLD KARLIN LEVINE ET AL ATTN SCOTT K LEVINE, ESQ 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10018 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | AGENT FOR WELLS FARGO-ATTN SCOTT LEVINE C/O PLATZER SWERGOLD KARLIN LEVINE ET AL 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10018 |
| FORSYTHE APPRAISALS LLC | ATTN PRESIDENT 222 LITTLE CANADA ROAD SAINT PAUL MN 55117 |
| HUGHES, SHARAINE | C/O MARY CATHERINE SHERIDAN ESQ HALL SICKELS FREI KATTENBURG & MIMS PC 12120 SUNSET HILLS RD STE 150 RESTON VA 20190 |
| INDIANA DEPARTMENT OF REVENUE | ATTN CAROL LUSHELL, TAX ANALYST BANKRUPTCY SECTION ROOM N-203 100 NORTH SENATE AVE INDIANAPOLIS IN 46204 |
| JONES, HERMAN B. | 1325 SHORES BLVD. ROCKWALL TX 75087 |
| KIRK, GLORIA VS. AMERICAN HOME MTG CORP. | 2:06-CV02603 ATTN: W STEPHEN GARDNER, MULLINS GARDNER PLC P.O. BOX 41893 MEMPHIS TN 38174 |
| KOENIG, SARAH / SCHRIER, BENJAMIN/JOSHUA | AND LISE C/O STEPHEN H. FINKESLTEIN, ESQ. 276 FIFTH AVENUE, SUITE 604 NEW YORK NY 10001-4509 |
| KOTHARY, MANISH | 444 WASHINGTON BLVD STE 6238 JERSEY CITY NJ 07310 |
| PEARSON & ASSOCIATES, INC. | ATTN MICHAEL PEARSON, PRESIDENT 350 W KENSINGTON # 110 MOUNT PROSPECT IL 60056 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | ATTN JAMES M. FOSTER, CHIEF BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG PA 17128-0946 |
| POWELL, STEVEN & DEL MENARD, KIMBERLY | LAW OFFICE OF RICHARDS S. MILLER, ESQ. 1600 S. MAIN STREET, SUITE 230 WALNUT CREEK CA 94596 |
| RA 520 BROADHOLLOW ROAD LLC | C/O REXCORP REALTY LLC 625 REXCORP PLAZA UNIONDALE NY 11556 |
| RUCKER, JAMES D. | 5057 CORONADO DRIVE EL DORADO HILLS CA 95762 |
| SEAHORN, SAMUEL | 5039 MADELYN LANE HOUSTON TX 77021 |
| SEAHORN, SAMUEL | SEAHORN, SAMUEL C/O MARTIN M HOKANSON 5200 MICHELLDALE, SUITE F-24 HOUSTON TX 77092 |
| STATE OF MISSOURI | DEPARTMENT OF REVENUE ATTN YOLANDA PENDILTON BOX 475 JEFFERSON CITY MO 65105 |
| THACHER PROFFITT & WOOD LLP | JONATHAN D. FORSTOT TWO WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| VAN OEVEREN, BARBARA M. | PO BOX 308 FALL CITY WA 98024 |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP. | C/O MR. MICHAEL D. COYNE WASHINGTON MUTUAL BANK 623 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10022 |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP. | DAVID H. ZIELKE, ESQUIRE WASHINGTON MUTUAL 1301 SECOND AVENUE, WMC 3501 SEATTLE WA 98010 |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP. | DAVID H. ZIELKE, ESQUIRE 1301 SECOND AVENUE, WMC 3501 SEATTLE WA 98010 |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP. | DAVID H. ZIELKE 1301 SECOND AVENUE, WMC 3501 SEATTLE WA 98010 |
| ZEA, ALISON A. | C/O RICK S MILLER, ESQ FERRY JOSEPH & PEARCE, P.A. PO BOX 1351 WILMINGTON DE 19899 |

**Claim Name** | **Address Information**

**Total Creditor count  33**