IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------------x
In re:                                :      Chapter 11
                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,   :     Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                  :
                                    :     Jointly Administered
      Debtors.                           :
-----------------------------------------------------------------------x     Ref. Docket Nos. 7584, 7585,
                                                     8485, 8492 & 8878

## **AFFIDAVIT OF MAILING**

STATE OF NEW YORK     )
                           ) ss.:
COUNTY OF NEW YORK    )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 29, 2010, I caused to be served the:

    a.  "Order Sustaining Debtors' Thirty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated June 30, 2009 [Docket No. 7584], (the "37th Omnibus Order"),

    b.  "Order Sustaining Debtors' Thirty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated June 30, 2009 [Docket No. 7585], (the "36th Omnibus Order"),

    c.  "Order Sustaining Debtors' Forty-Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated January 8, 2010 [Docket No. 8485], (the "47th Omnibus Order"),

    d.  "Order Sustaining Debtors' Forty-Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated January 12, 2010 [Docket No. 8492], (the "48th Omnibus Order") and

    e.  "Stipulated Order Regarding Debtors' Fifty-Fifth Omnibus (Substantive) Objection to Claims with Respect to Claim Number 8157 Filed by Morgan Stanley Capital Services, Inc.," dated May 12, 2010 [Docket No. 8878], (the "55th Omnibus Order"),

by causing true and correct copies of the:

    i.  37th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.  36th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii.  47th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

    iv.  48th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>, and

    v.  55th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            _____
                                          Eleni Kossivas

Sworn to before me this
1st day of November, 2010

_____
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ALLEN COUNTY TREASURER | ONE EAST MAIN STREET ROOM 104 FORT WAYNE IN 46802-1888 |
| BANGERT, PEGGY | 315 CHASSELLE LN SAINT LOUIS MO 63141 |
| BARNEY, IVAN L. | 2616 MERION HILLS COURT CHARLOTTE NC 28269 |
| CASSAGNAU LUNDIE, CATHERINE J | 63 OGDEN RD WEST ISLIP NY 11795 |
| CHARLES COUNTY, MARYLAND | C/O MEYERS, RODBELL & ROSENBAUM, P.A. M. EVANS MEYERS 6801 KENILWORTH AVENUE, STE 400 RIVERDALE PARK MD 20737-1385 |
| CORNELL, SHANNON N. | 265 DUNBARTON RD COLUMBUS OH 43230-2860 |
| COUNTY APPRAISAL SERVICES | ATTN KIM BOOKER, APPRAISER 19831 CARLISLE ROAD APPLE VALLEY CA 92307 |
| CURRY COUNTY TREASURER | PO BOX 897 CLOVIS NM 88102-0897 |
| DANIELS, ANGELA | 1801 EGG HARBOUR RD # 406 LINDENWOLD NJ 08021 |
| DAVIS, JEROME | 2779 ROCKWOOD DR RIVERSIDE CA 92503 |
| DEJOHN, SHARLEEN | 8706 SNOWGOOSE LANE FORT WAYNE IN 46825 |
| DURAN, DIANA | 2724 DODDS LANE KISSIMMEE FL 34743 |
| EHED, LLC | GLENN ZAGOREN 79 BRIDGE ST BROOKLYN NY 11201 |
| EININGER, MITCHELL | 26 GREENWOODS RD OLD TAPPAN NJ 07675 |
| EXCEL SECURITY SYSTEMS | 2740 HUDSON AVENUE ATTN KIM HOFFMAN, OWNER CORONA CA 92881 |
| FORMOSA, ELIZABETH M. | 23888 NORTHCREST TRL NEW CANEY TX 77357 |
| FRENZEL, ERIK | 405 EASTLAKE AVE MASSAPEQUA PARK NY 11762 |
| GILMER COUNTY TAX COMMISSIONER | 1 BROAD ST. SUITE 105 ELLIJAY GA 30540 |
| GOLDBERG, C. DAVID | ATTORNEY AT LAW 357 BARR AVENUE WOODMERE NY 11598 |
| GRANTHAM, BRYANT | 1215 KELLY CT FRANKLIN TN 37064 |
| GREEN, VIRGINIA | 9 RIDGE LANE HACKETTSTOWN NJ 07840 |
| GREENBERG, ELLIOT | C/O MICHAEL S ETKIN AND IRA M LEVEE ESQ LOWENSTEIN SANDLER PC 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| HAAS, ANN M | 7502 LAWRENCE ROAD BALTIMORE MD 21222 |
| HARDIN COUNTY | ATTN RYAH A. ZERBY, ASST PROSECUTOR 1 COURTHOUSE SQ. STE 230 KENTON OH 43326 |
| HIRSCH, JULIE A. | 109 2ND ST S # 436 KIRKLAND WA 98033 |
| HIZZEY, MAYA L | 5302 64TH AVE NW GIG HARBOR WA 98335 |
| HUMBERT, DENISE | 18 WALL ST FARMINGDALE NY 11735 |
| ILLINOIS DEPARTMENT OF REVENUE | BANKRUPTCY UNIT 100 W RANDOLPH ST #7-400 CHICAGO IL 60601 |
| KINNAMON, JOHN | 29583 SKIPTON ESTATES DR CORDOVA MD 21625 |
| L.A. COUNTY TREASURER AND TAX COLLECTOR | PO BOX 54110 LOS ANGELES CA 90051-0110 |
| LEACOCK, REBECCA | 9713 WHITESTONE TERRACE ROCK HILL MO 63119 |
| LEAVITT, VICKI A. | 25080 ELK WAY CALDWELL ID 83607 |
| LEBLANC, SARA | 1523 CRESCENT SHORES LANE SEABROOK TX 77586 |
| LEHMANN, DAVID | 328 PARIS AVE SE APT 1 GRAND RAPIDS MI 49503-5460 |
| MARION COUNTY TREASURER | 200 E. WASHINGTON STREET, SUITE 1041 INDIANAPOLIS KS 46204 |
| MATHEWS, DONNETTA | 1142 FOREST GLEN JONESBORO GA 30238 |
| MCGINNIS, JAMES JR. | 6 CEDAR AVE MEDFORD NY 11763 |
| MCGINNIS, SARAH | 8137 SAGIMORE CT FORT WAYNE IN 46835 |
| MCNEIL, COREY | 84 BOXBERRY LANE ROCKLANE MA 02370 |
| MIARIVIEVA CORP | 170 SE 14TH STREET #1408 ATTN: YANAI NASSAR MIAMI FL 33131 |
| MONARES, JOLEEN | 2099 WINSBURG WAY KENNESAW GA 30144 |
| MULLIGAN, KATHLEEN M. | 12262 GLANCY LANE SPRING HILL FL 34609 |
| MWANJALA, REBECCA | 4 E TORLINA CT BALTIMORE MD 21207 |
| MYER, MARTI | 3484 HWY G-50 SAINT CHARLES IA 50240 |
| NG, JACQUELINE | 956 N BAY AVE MASSAPEQUA NY 11758 |
| NICOLAESCU, ANCA M. | 3773 MARBLE DR APT 2C HIGH POINT NC 272659710 |
| NZABONITEGEKA, JEANNE C | 628 BAUER CT ELMONT NY 11003 |

| Claim Name | Address Information |
|---|---|
| PORTLAND GENDERAL ELECTRIC (PGE) | ATTN NANCY CLARK, CREDIT REP 7895 SW MOHAWK ST TUALATIN OR 97062 |
| SANDERS, DONNA | 6527 REEFTON AVE CYPRESS CA 90630 |
| SMITH, LAUREN | 58 WALNUT ST W HEMPSTEAD NY 11552-2027 |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER | SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL -ROTHSCHILD LLP PHILADELPHIA PA 19103-3291 |
| SPAGNA, MICHAEL | 25 NASSAU AVE FREEPORT NY 11520 |
| SPERRY, NATASHA | 5649 WHITE FIR WAY UNIT 1 SACRAMENTO CA 95841 |
| SPRING-FORD AREA SCHOOL DISTRICT | LIMERICK TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS ESQ, FOX ROTHSCHILD 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA PA 19103-3291 |
| ST JOSEPH COUNTY, INDIANA | ST. JOSEPH COUNTY TREASURER P.O. BOX 4758 SOUTH BEND IN 46634 |
| STASIAK, GERALD | 3357 HOLLY HOCK CT. CASTLE ROCK CO 80109 |
| STEVE WOLFF & ASSOC. INC. | 9602 SANTIAGO BLVD VILLA PARK CA 92867 |
| STRADA, TORY | 602 WEST COMSTOCK AVENUE GLENDORA CA 91741 |
| STRICKLAND, CIERA | 21250 SW JAQUITH RD NEWBERG OR 97132 |
| THERME, NERDA J (JOSEPHINE) | 17 WAGNER ST ELMONT NY 11003 |
| TOWN OF RIDGEFIELD TAX COLLECTOR | LINDA A SARBELLO, ASST TAX COLLECTOR 400 MAIN ST RIDGEFIELD CT 06877 |
| TYRELL, JOAN | 109 WINANT RD PITTSFIELD NH 03263 |
| VON BEHREN, JENNIFER | 304 E ALMOND AVE # 10 ORANGE CA 92866 |
| WAKE COUNTY TAX COLLECTOR | 421 FAYETTEVILLE STREET MALL STE 200 RALEIGH NC 276011450 |
| WANG, YUELI | 503 IVYSHAW RD. CARY NC 27519 |
| WIELGUS, KATHLEEN | 548 N 5TH AVE DES PLAINES IL 60016 |
| WILLIAMS, CHARLES H. | 3022 SOUTH MORGANS POINT ROAD, #103 MOUNT PLEASANT SC 29466 |
| WINCZ, ROBERT | 3235 AZALEA DR. HERNANDO BEACH FL 34607 |
| ZIMMERMAN, JAMES | 209 CYPRESS DR MASTIC BEACH NY 11951 |

**Total Creditor count  69**

**EXHIBIT B**

| Claim Name | Address Information |
|------------|---------------------|
| ADA COUNTY TREASURER | P.O. BOX 2868 BOISE ID 83701 |
| ADA COUNTY TREASURER | ATTN CECIL INGRAM 200 W FRONT ST, 1ST FL BOISE ID 83702 |
| AYAN, ATILLA | 83 OCEAN AVE MASSAPEQUA PARK NY 11762 |
| BANGERT, PEGGY | 315 CHASSELLE LN CREVE COEUR MO 63141 |
| BOLVES, HERB A. | 570 N. HART BLVD. ORLANDO FL 32818 |
| BYLLOTT, DEBRA | 2 BUD COURT HAUPPAUGE NY 11788 |
| CITIMORTGAGE, INC. | C/O ANDREW J. PETRIE FEATHERSTONE PETRIE DESISTO LLP 600 17TH STREET, SUITE 2400S DENVER CO 80202 |
| CITY OF BROOKFIELD | ATTN ROSEMARIE ROSSBACH, DEP. TREASURER 2000 N CALHOUN ROAD BROOKFIELD WI 53005 |
| CITY OF NORWALK TAX COLLECTOR | ATTN AL C. PALUMBO, ASST TAX COLLECTOR 125 EAST AVENUE NORWALK CT 06851 |
| CITY OF WARWICK | ATTN DAVID C OLSEN, TREASURER 3275 POST RD WARWICK RI 02886 |
| COLANDRO, MARY | 32 PEARSALL AVE APT 2B GLEN COVE NY 11542 |
| DALLAS COUNTY RECORDER | LORI BELGARDE, DEPUTY RECORDER 701 COURT PO BOX 38 ADEL IA 50003-0038 |
| DI CARLO, CHARLES J. | 128 LOGGING TRAIL RD DANBURY CT 068112626 |
| DJURASEVIC, LINDA | PO BOX 1202 WARREN MI 480901202 |
| EDWARD J LACOSTE | 5800 VICKSBURG ST NEW ORLEANS LA 701242841 |
| FAIRFAX COUNTY | ATTN NANCY F LOFTUS, ASST COUNTY ATTNY OFFICE OF THE COUNTY ATTORNEY 1200 GOVERNMENT CENTER PWY, STE 549 FAIRFAX VA 22035 |
| FLORIAN, JENNIE | 108 HAMPTON AVE MASTIC NY 11950 |
| GLASCO, ADRIENNE D. | 214 LIVINGSTON ST APT 2 WESTFIELD NJ 07090 |
| GRATZA, DONNA | C/O CHRIS & SHARON FEDIOR 409 AUBER ST LOUIS MO 63011 |
| GREEN, RICHARD J (RICK) | 2524 WALTERBORO HWY VARNVILLE SC 29944 |
| HOGAN, KERRY N. | 4462 FIRELIGHT DR SAINT LOUIS MO 63129 |
| HUDGENS, KEN, CLERK AND MASTER | 501 S MAIN ST RM 103 SPRINGFIELD TN 37172 |
| INDIAN RIVER COUNTY TAX COLLECTOR | ATTN CHARLES W. SEMBLER, TAX COLLECTOR PO BOX 1509 VERO BEACH FL 32961-1509 |
| KLOTZ, LORI | 7724 EDISTO DR NEW HAVEN IN 46774 |
| L.A. COUNTY TREASURER AND TAX COLLECTOR | PO BOX 54110 LOS ANGELES CA 90051-0110 |
| LEHMAN, APRIL C | 305 TYNDALL DR. BURLINGTON NC 27215 |
| LINCOLN COUNTY | ATTN JERRY L FOX, COLLECTOR 201 MAIN ST. TROY MO 63379 |
| MARCANO, ANGELICA | 11 SPRING MEADOW DRIVE KINGS PARK NY 11754 |
| MASON MCDUFFIE MORTGAGE CORPORATION | ATTN MARILYN RICHARDSON, COO 2010 CROW CANYON PL STE 400 SAN RAMON CA 945831344 |
| MEYER, ROBERT L. | PO BOX 593 POINT PLEASANT BEACH NJ 08742 |
| MILLER, PETER J. | 210 N. CHURCH ST. UNIT 2310 CHARLOTTE NC 28202 |
| MODRELL, CRYSTAL J. | 321 DANIELS DR YORKTOWN VA 236903402 |
| MONARES, JOLEEN | 2099 WINSBURY WAY KENNESAW GA 30144 |
| MONTOYA, SUSANA | 4850-10 DORSEY HALL DR ELLICOTT CITY MD 21042 |
| MULVEHILL, ALENA | 9794 BROADWAY AVE NORTH HUNTINGDON PA 15642 |
| NORWOOD, CARRIE H. | 4401 SHATTALON DR WINSTON SALEM NC 27106 |
| PATTERSON, MICHELLE | 8204 GLEAVES COURT ALEXANDRIA VA 22309 |
| RAGSDALE REAL ESTATE INC | 162 BUSHWACKER DRIVE MABANK TX 75147 |
| SANDERS, VANESSA | 1300 N SHAFFER ST # 23 ORANGE CA 92867 |
| SCOTTO, ANTHONY | 77 MARLOW DR JACKSON NJ 85274680 |
| SEDGWICK COUNTY | OFFICE OF THE COUNTY COUNSELOR PATRICIA J PARKER # 10413 525 N. MAIN, SUITE 359 WICHITA KS 67203-3790 |
| SEUS, SHERYL | 1753 HONEY TREE DR LAS VEGAS NV 891445433 |
| SMITH, LAUREN | 6545 YELLOWSTONE BLVD APT 5D FOREST HILLS NY 11375 |
| STAFFORD, PAMELA | 9350 S. CIMMARON RD. #4034 LAS VEGAS NV 89178 |
| STATE OF NEW JERSEY | ANNE MILGRAM ATTORNEY GENERAL OF NEW JERSEY RICHARD J. HUGHES COMPLEX POBOX |

| Claim Name | Address Information |
|---|---|
| STATE OF NEW JERSEY | 106 TRENTON NJ 08625-0106 |
| STATE OF NEW JERSEY | MICHAEL READING, AUTHORIZED AGENT DIVISION OF TAXATION-COMPLIANCE ACTIVITY PO BOX 245 TRENTON NJ 08646 |
| STATE OF NEW JERSEY | DIVISION OF TAXATION COMPLIANCE ACTIVITY PO BOX 245 TRENTON NJ 08646 |
| SWEENEY, RYAN | 660 PIEDMONT DR WESTFIELD IN 46074 |
| SWITZER, CHARLES H. | ****NO ADDRESS PROVIDED**** |
| THATCHER, NICOLE | 7639 LAS PALMAS WAY JACKSONVILLE FL 32256 |
| TYRONE TOWNSHIP TREASURER | ATTN DAVID KURTZ, TREASURER 10408 CENTER RD FENTON MI 48430 |
| VALENICA, JULIE D. | 13921 TUSTIN E DRIVE APT #13 TUSTIN CA 92780 |
| VISNAPUM, TIMOTHY J. | # 6 LAKE VIEW COURT FERGUSON MO 63135 |
| WAGNER, BARBARA L. | 6196 FOXVIEW AVE NW CANTON OH 44718 |
| WAHLIN, JENNIFER | 1668 GUTHRIE ST VIRGINIA BEACH VA 23464 |
| WANG, ELI | 7702 ARDMORE DRIVE O FALLON MO 63368 |
| WIELGUS, KATHLEEN | 548 N 5TH AVE DES PLAINES IL 60016 |
| WURTZ, CAROLYN E. | 801 LAKEWOOD GREEN DIXON IL 61021 |

**Total Creditor count  58**

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| ANDERSON, PAULA | 3031 INVERNESS DR LOS ALAMITOS CA 90720 |
| CAMERON COUNTY | DIANE W. SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP 1949 SOUTH IH 35 (78741) P.O. BOX 17428 AUSTIN TX 78760-7428 |
| CITY OF MCALLEN | CITY OF MCALLEN PO BOX 220 MCALLEN TX 78505-0220 |
| CITY OF MCALLEN | DIANE W. SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 1949 SOUTH IH 35 (78741) P.O. BOX 17428 AUSTIN TX 78760-7428 |
| CITY OF NORFOLK TREASURER | PO BOX 3215 NORFOLK VA 23515 |
| COUNTY OF SANTA CLARA | ATTN DEBORAH NICHOLS, TAX COLLECTOR COUNTY ADMINISTRATION BLDG 70 W HEDDING ST - E WING SIXTH FL SAN JOSE CA 95110 |
| DALLAS COUNTY | ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600 DALLAS TX 75201 |
| KNOX COUNTY TRUSTEE | ATTN FRED A. SISK, TRUSTEE P.O. BOX 70 KNOXVILLE TN 37901 |
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT | C/O ANDREA SHEEHAN LAW OFFICES OF ROBERT E. LUNA, P.C. 4411 NORTH CENTRAL EXPRESSWAY DALLAS TX 75205 |
| MCALLEN ISD | MCALLEN ISD PO BOX 178 EDINBURG TX 78540 |
| MCALLEN ISD | DIANE W. SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 1949 SOUTH IH 35 (78741) P.O. BOX 17428 AUSTIN TX 78760-7428 |
| MULTNOMAH COUNTY | ATTN ANGELIKA LOOMIS PO BOX 2716 PORTLAND OR 97208 |
| PENDER COUNTY | ATTN TERECA L. CRENSHAW, ASST. TAX COLL. P.O. BOX 1047 BURGAW NC 28425 |
| PORTLAND CITY | ATTN ELIZABETH L. BOYNTON PO BOX 544 PORTLAND ME 04112 |
| SEMINOLE COUNTY TAX COLLECTOR | RAY VALDES 1101 EAST FIRST STREET POST OFFICE BOX 630 SANFORD FL 32772 |
| STATE OF CALIFORNIA | FRANCHISE TAX BOARD SPECIAL PROCEDURES SECTION PO BOX 2952 SACRAMENTO CA 95812-2952 |
| TOWN OF FLOWER MOUND | MARK A BURROUGHS, ATTORNEY AT LAW SAWKO & BURROUGHS, P.C. 1100 DALLAS DRIVE, SUITE 100 DENTON TX 76205 |
| WOOD COUNTY SHERIFF | PO BOX 1985 PARKERSBURG WV 26102 |

**Total Creditor count  18**

**EXHIBIT D**

| Claim Name | Address Information |
| --- | --- |
| ARLINGTON INDEPENDENT SCHOOL DISTRICT | ELIZABETH BANDA, BRUCE MEDLEY PERDUE BRANDON FIELDER COLLINS MOTT LLP PO BOX 13430 ARLINGTON TX 76094-430 |
| BERKEY ENGINEERING | ATTN DIANE BERKEY 167 ENGLEWOOD DR RICHLAND WA 99352 |
| BREVARD COUNTY TAX COLLECTOR | ROD NORTHCUTT 400 S ST 6TH FL PO BOX 2500 TITUSVILLE FL 32781-2500 |
| CARBON COUNTY TAX CLAIM BUREAU | COURTHOUSE ANNEX, P.O. BOX 37 JIM THORPE PA 18229-0037 |
| COLE COUNTY, MISSOURI | COLE COUNTY COLLECTOR 311 E. HIGH ST. ROOM 100 JEFFERSON CITY MO 65101 |
| FORSYTH COUNTY | P. O. BOX 82 WINSTON-SALEM NC 27102 |
| FORT WORTH INDEPENDENT SCHOOL DISTRICT | ELIZABETH BANDA, BRUCE MEDLEY PERDUE BRANDON FIELDER COLLINS MOTT LLP PO BOX 13430 ARLINGTON TX 76094-0430 |
| FRANKITO, THOMAS | 9765 JOHNNY CAKE RIDGE RD. MENTOR OH 44060 |
| HOGAN, SHANA M | 12433 CORKWOOD LN VICTORVILLE CA 92395 |
| L H MARKS | PO BOX 10126 JACKSONVILLE FL 32247 |
| MCNUTT, CATHERINE A. | 5610 MORSE AVE JACKSONVILLE FL 32244 |
| MEADOW OAKS SHOPPING CENTER | ATTN REAGAN BROWN, MANAGER PO BOX 8229 NO. 14 CROSSROADS SHOPPING VILLAGE # 201 CORPUS CHRISTI TX 78412 |
| MUSKEGON HEIGHTS CITY | ATTN ROBERT L JACKSON JR, CITY ASSESSOR 2724 PECK ST MUESKEGON HEIGHTS MI 49444 |
| TOWN SQUARE VENTURES, L.P. | C/O INLAND SOUTHWEST MANAGEMENT, LLC C/O BERT BITTOURNA, ESQUIRE – LAW DEPT. 2901 BUTTERFIELD ROAD OAK BROOK IL 60523 |
| TRANSWESTERN 535 CONNECTICUT, LLC | C/O CUMMINGS & LOCKWOOD LLC ATTN JOHN F. CARBERRY SIX LANDMARK SQUARE STAMFORD CT 06901 |
| TREASURER OF PITTSYLVANIA COUNTY | P.O. BOX 230 CHATHAM VA 24557 |
| UNITED GUARANTY RESIDENTIAL INS CO ET AL | ATTN SARA F MILLARD, AUTHORIZED REP. LAW DEPARTMENT 230 N. ELM, SUITE 27401, P.O. BOX 20597 GREENSBORO NC 27420 |
| US BANK | 110 MARTER AVE STE 101 MOORESTOWN NJ 80573124 |
| WANAQUE BOROUGH | ATTN ANTHONY FIORELLO, ATTORNEY 579 RINGWOOD AVE. WANAQUE NJ 07456 |

> **Total Creditor count  19**

**EXHIBIT E**

| Claim Name | Address Information |
| --- | --- |
| MORGAN STANLEY CAPITAL SERVICES, INC. | C/O MORGAN STANLEY & CO. INC. ATTN RICHE MCKNIGHT, ESQ. 1633 BROADWAY, 25TH FLOOR NEW YORK NY 10019 |
| MORGAN STANLEY CAPITAL SERVICES, INC. | JANE FANNING, M.D. 1585 BROADWAY 3RD FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY CAPITAL SERVICES, INC. | ATTN HAROLD A OLSEN ESQ STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |

**Total Creditor count  3**