IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x
In re: : Chapter 11
:
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al., :
: Jointly Administered
   Debtors. :
------------------------------------------------------------------------x Ref. Docket Nos. 7930, 7931,
                                                                                       8186

## **AFFIDAVIT OF MAILING**

STATE OF NEW YORK    )
                                      ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 28, 2010, I caused to be served the:

   a. "Order Sustaining Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated August 11, 2009 [Docket No. 7930], (the "39th Omnibus Order"),

   b. "Order Sustaining Debtors' Thirty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated August 11, 2009 [Docket No. 7931], (the "38th Omnibus Order"), and

   c. "Order Sustaining Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated October 14, 2009 [Docket No. 8186], (the "42nd Omnibus Order"),

by causing true and correct copies of the:

   i. 39th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   ii. 38th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, and

-2-

    iii.    42nd Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                       Panagiota Manatakis

Sworn to before me this
29th day of October, 2010

_____
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

T:\Clients\AHM\Affidavits\39th Omni Ord, 38th Omni Ord, 42nd Omni Ord_Dl 7930, 7931, 8186_AFF_10-28-10.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ADKINS, THOMAS E. JR. | 8298 WOODGROVE RD JACKSONVILLE FL 32256 |
| ARTHURS, STEPHANIE | 316 SILVER CLIFF DR MOUNT HOLLY NC 28120 |
| COLE COUNTY, MISSOURI | ATTN LARRY VINCENT, COLLECTOR 311 E. HIGH ST. ROOM 100 JEFFERSON CITY MO 65101 |
| CRAWFORD, CHARLOTTE | 4601 LIPO LANE HOUSTON TX 77092 |
| CRITES, TERRI E | 6569 LONG LAKE DR NINE MILE FLS WA 990269543 |
| DELBRIDGE, JEFFREY W. | PO BOX 1540 BRUSH PRAIRIE WA 986060047 |
| ENNIS, WARREN J (JOE) | 14555 RIVER OAKS DRIVE COLORADO SPRINGS CO 80921 |
| FARNAN, WILLIAM P | 176 5500 MILITARY TRL STE 22 JUPITER FL 334582871 |
| ILLINOIS DEPARTMENT OF REVENUE | BANKRUPTCY UNIT 100 W RANDOLPH ST #7-400 CHICAGO IL 60601 |
| KERR, KEVIN | 1614 MYRTLEWOOD ST. COSTA MESA CA 92626 |
| LALIME, KATHERINE | 4040 8TH PL VERO BEACH FL 32960 |
| LARSEN, LINDA | 16252 TREASURE COVE BULLARD TX 75757 |
| LONG ISLAND LIGHTING COMPANY DGA LIPA | ELISA M PUGLIESE, ESQ 175 E OLD COUNTRY RD HICKSVILLE NY 11801 |
| LUSSIER, TRACY | 4 OLD SUNDERLAND RD MONTAGUE MA 01351 |
| MATTHEWS, GEORGE T | 41986 KUDU CT ALDIE VA 20105 |
| MCCONKEY, MILTON G | 9325 BAKER STREET OWINGS MD 20736 |
| MCKEIRNAN, BRYCE & KIMBERLY | 5505 S SOUTHVIEW LN SPOKANE WA 992231595 |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE | BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 |
| NETWORK TELEPHONE CORPORATION | DBA CAVALIER TELEPHONE C/O R LEE GRANT JR 2134 W LABURNUN AVE RICHMOND VA 23227 |
| OAKLAND COUNTY TREASURER | ATTN DIANE L ROARK, DEPUTY TREASURER 1200 N TELEGRAPH PONTIAC MI 48341 |

**Total Creditor count  20**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| CLARK COUNTY TREASURER | DOUG LASHER, TREASURER PO BOX 5000 VANCOUVER WA 98666 |
| COUNTY OF DENTON | MICHAEL REED MCCREARY VESELKA BRAGG & ALLEN PC 700 JEFFREY WAY STE 100 – PO BOX 1269 ROUND ROCK TX 78680 |
| HANCOCK, MICHAEL G. | 109 ESKER RD HAMPTON NH 03842 |
| HILLSBOROUGH COUNTY TAX COLLECTOR | DOUG BELDEN PO BOX 172920 601 E KENNEDY BLVD 14TH FLOOR TAMPA FL 33672-2920 |
| L.A. COUNTY TREASURER AND TAX COLLECTOR | PO BOX 54110 LOS ANGELES CA 90051-0110 |
| MOBILE COUNTY | MARILYN E. WOOD, REVENUE COMMISSIONER PO BOX DRAWER 1169 MOBILE AL 36633-1169 |
| MOORE COUNTY TAX DEPARTMENT | ATTN ESTHER R. CUMMINGS, DEPUTY TAX ADMINISTRATOR PO BOX 428 CARTHAGE NC 28327 |
| NUECES COUNTY | NUECES COUNTY PO BOX 2810 CORPUS CHRISTI 78403-2810 |
| NUECES COUNTY | DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP 1949 S IH 35 (78741) PO BOX 17428 AUSTIN TX 78760-7428 |
| POLK COUNTY FLORIDA | JOE G TEDDER CFC TAX COLLECTOR DELINQUENCY AND ENFORCEMENT PO BOX 2016 BARTOW FL 33831 |
| POLK COUNTY FLORIDA TAX COLLECTOR | JOE G TEDDER CFC / SARI E MEADOR DELINQUENCY AND ENFORCEMENT PO BOX 2016 BARTOW FL 33831 |
| POTTER COUNTY ET AL | D'LAYNE PEEPLES PERDUE BRANDON FIELDER COLLINS MOTT LLP PO BOX 9132 AMARILLO TX 79105-9132 |
| QUINLAN, JEFFREY S. | 10401 LONG HOME RD LOUISVILLE KY 402914023 |
| SNOHOMISH COUNTY TREASURER | ATTN DEBI GAHRINGER, BANKRUPTCY OFFICER 3000 ROCKEFELLER AVE M/S 501 EVERETT WA 98201-4060 |
| SOUTHERN CALIFORNIA EDISON COMPANY | ATTN CECILIA BAESA CREDIT AND PAYMENT SERVICES 300 N LONE HILL AVE SAN DIMAS CA 91773 |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY | MICHAEL A. COX, ATTORNEY GENERAL CADILLAC PLACE 3030 W. GRAND BLVD., 10-200 DETROIT MI 48202 |
| TEHRANI, HANRI Y. | 125 S CLARK DR BEVERLY HILLS CA 90211-2603 |
| THERMOLICE, JEAN | 4510 THREE LAKES CIRCLE ORLANDO FL 32808 |
| THURSTON COUNTY TREASURER | ATTN SUSAN SHEFLER, REVENUE OFFICER 2000 LAKERIDGE DR SW OLYMPIA WA 98502 |
| TRUSTEES OF MALL ROAD TRUST | C/O J. DAVID FOLDS MCKENNA LONG & ALDRIDGE LLP 1900 K STREET, NW WASHINGTON DC 20006 |
| WHEELER, MICHAEL JAMES | 1844 GRAZZIANI WAY ROSEVILLE CA 956613983 |
| WOLF, KRISTIN | 622 SOUTH 8TH PETERSBURG IL 62675 |

**Total Creditor count  22**

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| ARAPAHOE COUNTY | ATTN GEORGE ROSENBERG, ASST ATTORNEY 5334 S PRINCE STREET LITTLETON CO 80166 |
| BEALL, LAURA A. | 11002 BLUE ROAN RD OAKTON VA 22124 |
| COUNTRYWIDE HOME LOANS, INC. | ATTN: DAVID SOBUL, ESQ. 4500 PARK GRANADA - MS: CH-11 CALABASAS CA 91302 |
| COUNTRYWIDE HOME LOANS, INC. | ATTN: DAVID SOBUL, EQ. 4500 PARK GRANADA - MS: CH-11 CALABASAS CA 91302 |
| DOBBEN, MONA S. | YAMAMURA, ALEX POWER OF ATTORNEY FOR MONA S. DOBBEN 12429 N. 68TH STREET SCOTTSDALE AZ 85254 |
| DOBBEN, MONA S. | 9208 N. 107TH DRIVE SUN CITY AZ 85351 |
| MACCORMACK, JOSEPH & MARY | 4800 CHRISTIE JANE LANE FAIRFAX VA 22030 |
| MONAGHAN, JOHN | 100 N TAMPA ST STE 2430 TAMPA FL 336025809 |
| STRAIGHT LINE ROOFING & CONTRUCTION | PORTER LAW GROUP, INC. WILLIAM L. PORTER 7801 FOLSOM BLVD., SUITE 101 SACRAMENTO CA 95826 |

**Total Creditor count  9**