```
                 IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF DELAWARE

IN RE:                        )    Chapter 11
                              )
AMERICAN HOME MORTGAGE        )    Case No. 07-11047(CSS)
HOLDINGS, INC., a Delaware    )
Corporation, et al.,          )    Courtroom 6
                              )    824 Market Street
          Debtors.           )    Wilmington, Delaware
_____)
                              )    December 15, 2010
BROADHOLLOW FUNDING, LLC      )    11:06 a.m.
                              )
          Plaintiffs,         )
vs.                           )    ADV: 1-07-51738
                              )
BANK OF AMERICA, N.A.         )
                              )
          Defendants.         )
_____)
```

                    TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI
                UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:
For Broadhollow/
Melville:                Diamond McCarthy, LLP
                         BY: ALLAN B. DIAMOND, ESQ.
                         BY: JACOB J. ROBERTS, ESQ.
                         Two Houston Center
                         909 Fannin Street, Suite 1500
                         Houston, Texas 77010
                         (713) 333-5100
                              -AND-
                         Diamond McCarthy, LLP
                         BY: J. GREGORY TAYLOR, ESQ.
                         Renaissance Tower
                         1201 Elm Street, 34th Floor
                         Dallas, Texas 75270
                         (214) 389-5300
                              -AND-
                         Rosenthal Monhait & Goddess, P.A.
                         BY: NORMAN M. MONHAIT, ESQ.
                         919 Market Street, Suite 1401
                         Wilmington, DE 19899-1070
                         (302) 656-4433

ECRO:                    LESLIE MURIN

Transcription Service:   DIAZ DATA SERVICES
                         331 Schuylkill Street
                         Harrisburg, Pennsylvania 17110
                         (717) 233-6664
                         www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

1 | APPEARANCES:
(Continued)

2

3 | For Bank of America:                    Kaye Scholer, LLP
BY: AARON RUBINSTEIN, ESQ.
BY: W. STEWART WALLACE, ESQ.

4 | 425 Park Avenue
New York, NY 10022-3598

5 | (212) 836-8000
          -AND-

6 | Potter, Anderson & Corroon
BY: R. STEPHEN MCNEILL, ESQ.

7 | Hercules Plaza
1313 North Market Street

8 | 6th Floor
Wilmington, DE 19801

9 | (302) 984-6000

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  WILMINGTON, DELAWARE, WEDNESDAY, DECEMBER 15, 2010 11:06 AM

2            THE CLERK:  All rise.

3            THE COURT:  Please be seated.

4            Good morning.

5            ALL PARTIES:  Good morning, Your Honor.

6            MR. MCNEILL:  Good morning, Your Honor.  Steve

7  McNeill from Potter, Anderson and Corroon on behalf of the

8  defendants.  With me in the courtroom this morning, I have

9  Aaron Rubinstein and Stewart Wallace from Kaye Scholer, LLP.

10 They will be handling the argument for our side.

11           THE COURT:  Okay.  Welcome.

12           MR. MONHAIT:  Good morning, Your Honor.  Norman

13 Monhait from Rosenthal, Monhait & Goddess on behalf of the

14 plaintiffs, Broadhollow Funding and Melville Funding.  I

15 rise to introduce my colleagues from Diamond McCarthy, LLP,

16 Allan Diamond, whom Your Honor met in a previous occasion,

17 Gregory Taylor and Jacob Roberts.  Mr. Diamond will be

18 handling the principle portion of the argument.

19           THE COURT:  Very good.

20           MR. MONHAIT:  Thank you, Your Honor.

21           THE COURT:  Let's -- okay.

22           Who's -- who's going first?

23           MR. RUBINSTEIN:  I am, Your Honor, Aaron

24 Rubinstein.

25           Good morning, Your Honor.  First --

1                 THE COURT:  Was that agreed?

2                 MR. RUBINSTEIN:  Excuse me.

3                 MR. DIAMOND:  Yes.

4                 THE COURT:  Was that agreed?

5                 MR. DIAMOND:  Yes, Your Honor.

6                 THE COURT:  Okay.

7                 MR. DIAMOND:  I thought what we would do, with

8    the Court's permission, we discussed before entering today

9    is that since there's so many cross motions --

10                THE COURT:  Yes.

11                MR. DIAMOND:  -- that would -- again, with the

12   Court's permission, Mr. Rubinstein would go first, we'll

13   respond, and to the extent, obviously, there's -- might be

14   various rebuttals and replies, we'll just go until the Court

15   says you've heard enough.

16                (Laughter)

17                THE COURT:  All right.  We're good.

18                MR. RUBINSTEIN:  And also what we've agreed to is

19   since we have two sets of cross motions that are very --

20   cross motions for summary judgment --

21                THE COURT:  Yes.

22                MR. RUBINSTEIN:  -- that are very related, we

23   would address that first.  Then when that's over, we would

24   address the motion to dismiss --

25                THE COURT:  That's fine.  Very good.

1              MR. RUBINSTEIN:   -- plaintiff's have filed.

2              THE COURT:  Excellent.  Good.

3              MR. RUBINSTEIN:  I guess the first order of

4    business is I just want to make sure that your back is okay

5    now from --

6              THE COURT:  Well --

7              MR. RUBINSTEIN:  -- our December.

8              THE COURT:  -- certainly better than it was and I

9    appreciate the accommodation of counsel to -- it's much

10   better.  It's not perfect, but it's much better.  But thank

11   you for your -- for your thoughts.

12             MR. RUBINSTEIN:  Thank you.

13             Again, Your Honor, my name is Aaron Rubenstein

14   from Kaye Scholer and I represent Bank of America, which is

15   the defendant and counter-claimant --

16             THE COURT:  Uh-huh.

17             MR. RUBINSTEIN:  -- in this action.

18             Your Honor, the parties are actually in agreement

19   that the summary judgment motions, essentially, are

20   dependent on one straightforward issue for the most part,

21   whether or not the swap agreement at issue here covers only

22   eligible loans -- and I'll address what that means -- or

23   whether it also covered ineligible loans, which are loans of

24   inferior value and of greater risk that we say plaintiffs

25   were not supposed to purchase as part of the loan portfolio

1   that was covered by the swaps.

2           THE COURT:  Uh-huh.

3           MR. RUBINSTEIN:  The parties also appear, by

4   reading their papers, to be in agreement that the clear and

5   unambiguous language of the applicable documents

6   definitively answers that question.  Both sides agree that

7   extrinsic or parole evidence is not necessary and

8   inappropriate to address these motions.

9           But, Your Honor, and I know you're going to be

10  shocked to hear this, we are in sharp disagreement as to

11  what the Court's finding on this critical issue should be.

12  As I believe our papers demonstrate and as I hope I'll

13  convince the Court today, the clear and unambiguous language

14  of the applicable documents demonstrate that the swap

15  agreement covers only eligible loans.

16          First, I would like to address some of the

17  relevant facts only very briefly.  I know that this Court is

18  very familiar with the relationship between the debtors and

19  the non-debtor special purpose entities which are the

20  plaintiffs in this case and I don't intend to belabor those

21  details.

22          Those special purpose entities are Broadhollow

23  and Melville, which were formed by the American Home

24  entities.  American Home was the sole member and manager of

25  both Broadhollow and Melville.  American Home formed the

1    plaintiffs to facilitate the financing of certain

2    residential mortgage loans that American Home originated and

3    then sold to them, and it did so by creating two main

4    documents, through two main documents.

5           First, something called the mortgage loan

6    purchasing and servicing agreements, what is throughout the

7    papers and I'll refer to as the MLPSA, through which

8    plaintiffs would purchase mortgage loans from American Home.

9    And, also, it did so through swap agreements, including the

10   one at issue here today between plaintiffs and Bank of

11   America which, among other things, were designed to hedge

12   non-credit market value risk associated with plaintiffs

13   owning these mortgage loans that it properly purchased under

14   the MLPSA.

15          The mortgage loans that were covered by -- and

16   which were owned by these special purpose entities were to

17   be sold if there were something called termination events.

18   When sold, the swap directed that the parties would exchange

19   partial termination payments as applicable.

20          THE COURT:  Uh-huh.

21          MR. RUBINSTEIN:  The swap agreement required the

22   partial termination payments to be made only in connection

23   with Mortgage Loans, and that's a capital M, capital L as

24   that term is defined in the MLPSA.  After a termination

25   event and after American Home filed for bankruptcy in these

1  cases, the Mortgage Loans owned by plaintiffs were sold at

2  auction under procedures that this Court, Your Honor,

3  approved.

4          Under Section 11.2 of the MLPSA, such a

5  termination event auction covers only mortgage loans --

6          THE COURT:  Uh-huh.

7          MR. RUBINSTEIN:  -- which for reasons that I'm

8  about to describe means only eligible loans.  In other

9  words, the loan portfolio auctioned off under the applicable

10 documents has to be comprised of only eligible loans.

11         THE COURT:  You're going to have to expand on

12 that.

13         MR. RUBINSTEIN:  I will.  I'm going to take you

14 through the -- as soon as I go through the brief facts, I'm

15 going to take you through --

16         THE COURT:  That's fine.

17         MR. RUBINSTEIN:  -- the provisions that I'm

18 referring to.

19         Just finishing up the facts, Your Honor, we had -

20 - plaintiffs and Bank of America had repeated discussions

21 regarding the framework for the upcoming auction and sale

22 before it occurred, and the relevant correspondence is in

23 the summary judgment record that we submitted.

24         We were advised -- Bank of America was advised

25 that there were very few, if any, ineligible loans in the

1  portfolio and that, therefore, there was no need to

2  segregate and set aside the ineligible loans from eligible

3  loans to be sold separately, which would have been necessary

4  to prevent any artificial depression on the price received

5  for the eligible loans if they had been sold alone.

6          THE COURT:  Uh-huh.

7          MR. RUBINSTEIN:  Only in preparing for the

8  upcoming auction and sale did Bank of America receive from

9  plaintiffs and American Home some due diligence.  We then

10 discovered that despite the repeated statements to the

11 contrary, a substantial portion of the loans in the

12 portfolio that were scheduled to be sold at the auction were

13 improperly in the portfolio because they failed to meet the

14 specific eligibility requirements that are provided for in

15 the MLPSA.

16          And, ultimately, Your Honor, after the auction,

17 after a complete review of all the loan files, it was

18 determined that more than $631 million out of the

19 approximately $1.6 billion of loans that were auctioned off

20 turned out to be ineligible loans under the express MLPSA's

21 terms.

22          Once Bank of America learned that there was a

23 substantial portion of the portfolio -- this was before the

24 auction even -- that consisted of ineligible loans, the bank

25 informed plaintiffs that including those loans in the

1  portfolio auction as one block of loans to be sold would --

2           THE COURT:  Uh-huh.

3           MR. RUBINSTEIN:  -- artificially decrease the

4  proceeds to be received for eligible loans and would deter

5  bidders from participating in the auction, and we,

6  therefore, instructed them that they needed to segregate out

7  those loans for a separate sale.  Despite those requests,

8  plaintiffs refused and there was one auction and it,

9  therefore, resulted in artificially low prices for the

10 eligible loans that should have been auctioned.

11          THE COURT:  Now there -- there's not -- is there

12 summary judgment evidence sufficient in the record to make

13 that last point?

14          MR. RUBINSTEIN:  On the amount --

15          THE COURT:  On the artificial -- on the -- not on

16 the amount, but that was -- that the result of it was an

17 artificial --

18          MR. RUBINSTEIN:  Well, I'll address that in the

19 end, Your Honor.

20          THE COURT:  Okay.

21          MR. RUBINSTEIN:  I think there is because we told

22 them how much it was.  We told them that three years ago.

23 They never challenged that, and they have not come forward

24 with any contrary, you know, evidence to support any kind of

25 assertion that there's a question about the amount that we

1  told them three years ago.  They never challenged it in the

2  complaint that they filed.  They never challenged it back in

3  2007.

4            THE COURT:  Well, no.  The amount that it was

5  sold for.

6            MR. RUBINSTEIN:  They didn't challenge that.

7            THE COURT:  Right.

8            MR. RUBINSTEIN:  They -- they didn't challenge

9  how much we deducted from what they asked for based on the

10 artificial depression on the price.  They filed this

11 complaint with a singular issue in the complaint and that

12 was they challenged our assertion that ineligible loans

13 should not be --

14            THE COURT:  Okay.  So the --

15            MR. RUBINSTEIN:  -- covered.

16            THE COURT:  -- so the -- so the issue as to

17 whether the result of all of this happening was an

18 artificially low price is not at issue?

19            MR. RUBINSTEIN:  I don't think that they have

20 sufficiently created an issue of fact to avoid summary

21 judgment on that.

22            THE COURT:  All right.

23            MR. RUBINSTEIN:  The loans were sold for less

24 than par value at the auction, Your Honor, and the plaintiff

25 sent Bank of America requests for partial termination

1  payments, but the reason we're here today is because that

2  request was for the short fall on value of the entire

3  portfolio including the $631 million of ineligible loans as

4  well as ignoring the adverse impact that we told them

5  resulted from auctioning off both sets of loans together.

6         Bank of America specifically identified two

7  plaintiffs all of the loans that were ineligible.  That's in

8  the record, Your Honor.  It's Exhibit I.  It's a very

9  lengthy and detailed identification of the ineligible loans.

10 Bank of America deducted the portion of plaintiffs' demand

11 that was attributable to the ineligible loans --

12         THE COURT:  Uh-huh.

13         MR. RUBINSTEIN:   -- both respective of $631

14 million of loans as well as what it determined was the

15 artificial depression on the price received and paid to

16 plaintiffs the amount of the shortfall that would have

17 occurred if only eligible loans were counted and auctioned

18 off.  And, of course, this lawsuit followed.  One cause of

19 action for breach of a swap agreement is alleged.

20         Let me now turn to the central issue of why the

21 swap only obligated Bank of America to pay termination

22 payments with respect to only eligible loans.  Plaintiffs

23 argue in their papers that "the absence of any reference to

24 eligible loans in the forward swap is determinative," and

25 they castigate Bank of America for looking to the MLPSA in

1  defining what the term "mortgage loan" in the swap means.

2        They also argue in their briefs, Your Honor, "the

3  plain language of the front swaps states" -- this is what

4  they say -- "that Bank of America owes partial termination

5  payments with respect to all mortgage loans sold regardless

6  of eligibility."  That's their quote.

7        Your Honor, the swaps say no such thing.  That is

8  not found anywhere in the swaps and, on the other hand, the

9  swaps specifically incorporate the MLPSA in determining what

10  mortgage loans mean under the swaps.

11        THE COURT:  Well --

12        MR. RUBINSTEIN:  May I approach the bench, Your

13  Honor?  I have some excerpts from some of the documents that

14  --

15        THE COURT:  Yes, you may.

16        MR. RUBINSTEIN:  Thank you.

17        THE COURT:  Please give a copy to --

18        MR. RUBINSTEIN:  I will.

19        THE COURT:  -- Ms. Werkheiser (phonetic).

20        (Pause)

21        MR. RUBINSTEIN:  Your Honor, behind Tab 1 I have

22  an excerpt.  The swap -- this is the swap -- the swap

23  defines partial termination payments as applying to mortgage

24  loans and expressly states that, "unless otherwise defined

25  in the swap" -- and mortgage loan is not defined in the swap

1  --

2           THE COURT:  Right.

3           MR. RUBINSTEIN:  -- "capitalized terms used in

4  the swap have the meaning described to such terms in the

5  MLPSA."  In other words, the swap expressly directs the

6  parties to the MLPSA to determine what mortgage loan means.

7           THE COURT:  Right.

8           MR. RUBINSTEIN:  It is, therefore, unsupportable,

9  I submit, for them to argue to the Court in their papers

10  that the Court should not look beyond the four corners of

11  the swap to interpret its meaning.  Obviously, the MLPSA is

12  incorporated into the swap.

13           Tab 2, Your Honor --

14           THE COURT:  Uh-huh.

15           MR. RUBINSTEIN:  -- the MLPSA defines mortgage

16  loan as -- and this is behind Tab 2 -- "Any mortgage loan

17  purchased by the purchaser" -- which are the plaintiffs here

18  -- "pursuant to any transfer supplement and subsequently not

19  repurchased by the seller or the servicer."  And the MLPSA

20  then gives us further information as to what that means, and

21  that's behind Tab 3, Your Honor.

22           THE COURT:  Well, I was going to say -- I -- does

23  it really?  I mean, isn't that QED?

24           MR. RUBINSTEIN:  Well, I -- that would be QED by

25  itself, but you have to then refer to what is a mortgage

1  loan purchased by the purchaser pursuant to a transfer

2  supplement.   There are specific requirements and definitions

3  as to what can be purchased by the purchaser pursuant to a

4  transfer supplement.

5         THE COURT:  All right.  So you're -- you're

6  argument is going to be -- and, I mean, it's all in there -

7  but your argument is going to be that I have to go one step

8  further, or maybe more than one, to actually know what

9  mortgage loan means --

10        MR. RUBINSTEIN:  Yes.

11        THE COURT:  -- because it's qualified and limited

12  by the terms of the transfer supplement.

13        MR. RUBINSTEIN:  Exactly.

14        THE COURT:  All right.

15        MR. RUBINSTEIN:  Tab 3, Your Honor, the MLPSA

16  specifically spells out what, spells out that:

17            "Pursuant to any transfer supplement, the seller

18            may sell to the purchaser and the purchaser shall

19            purchase each mortgage loan identified on the

20            transfer supplement."

21        And then expressly goes on to say, Your Honor,

22  that "provided, however, that each mortgage loan transferred

23  on each closing date must be an eligible loan."

24        THE COURT:  Back up.

25        MR. RUBINSTEIN:  Yeah.

1          THE COURT:  It says, "provided, however, that the

2  purchaser shall not any time be required to purchase."  It

3  doesn't say allowed.

4          MR. RUBINSTEIN:  It's the second "provided,

5  however," "provided further," Your Honor, "that each" --

6          THE COURT:  Well --

7          MR. RUBINSTEIN:  -- "mortgage loan transferred on

8  each closing date must be an eligible loan."  That's not

9  they have to only -- that they have to buy whatever eligible

10 loans are there.

11         THE COURT:  All right.

12         MR. RUBINSTEIN:  It's provided that "each

13 mortgage loan transfer on each closing date must be an

14 eligible loan," and as I'll take Your Honor through it,

15 there is -- that appears many times throughout the MLPSA.

16 And that could not be clearer.  Each mortgage loan must be

17 an eligible loan.  And that's reinforced and repeatedly

18 driven home throughout the MLPSA.

19         If you look at the next page of this -- of this

20 document, Your Honor --

21         THE COURT:  Uh-huh.

22         MR. RUBINSTEIN:  -- Section 2.1 goes on to state

23 that, "The subject portfolio" -- and by -- Your Honor, the

24 subject portfolio is defined in these documents as, "A

25 mortgage loan or pool of mortgage loans sold to purchaser on

1   a closing date pursuant to the terms hereof and the

2   applicable transfer supplement" -- it says, "The subject

3   portfolio and related servicing rights shall be sold by the

4   seller to the purchaser as described in Section 2.4 hereof,"

5   and then behind Tab 4 we have 2.4 hereof --

6           THE COURT:  Uh-huh.

7           MR. RUBINSTEIN:  -- which unequivocally states

8   that each mortgage loan must be an eligible loan.  It is the

9   same throughout the entire document.

10          THE COURT:  Uh-huh.

11          MR. RUBINSTEIN:  Again, a mortgage loan is

12  defined as a loan purchased pursuant to a transfer

13  supplement, that's the definition.  Loans can be purchased

14  through a transfer supplement provided that each loan must

15  be an eligible loan.  And New York law is clear -- and the

16  parties are in agreement, Your Honor, that New York law

17  applies here -- that the term "provided" in the contract

18  indicates the creation of a condition.  The classification

19  of mortgage loans here indeed was conditioned on there being

20  eligible loans.  And that's confirmed throughout the program

21  documents, throughout the MLPSA.

22          Plaintiffs say to you -- to Your Honor in their

23  brief that the programs "entire structure assumes that

24  purchaser will purchase all loans offered to them."  That's

25  the basis for their position.  Really, Your Honor, to the

1  contrary the entire program is premised on exclusively

2  covering eligible loans.

3           Behind Tab 5 is what the MLPSA's whereas clauses

4  declare about the structure of the program, if that's what

5  we're talking about.

6                "Whereas the purchaser has agreed to purchase

7                from the seller and the seller has agreed to sell

8                to the purchaser from time to time mortgage loans

9                constituting eligible loans;

10                "Whereas, the purchaser, the company, and the

11                servicer wish to prescribe the manner of purchase

12                of eligible loans."

13           I submit the purpose of this structure could not

14  be clearer and more contrary to plaintiffs assertion, and

15  plaintiffs totally ignore the -- this structure language,

16  this whereas language.  I've cited it probably three times

17  now in the different briefs.  They just deal with it by

18  ignoring it.

19           Instead, they just simply say that, in effect,

20  the entire structure assumes that plaintiffs will purchase

21  any kind of worthless loans, that no matter how bad they

22  are, no matter how much they don't comply, if offered to

23  them, and they can do that, and the MLPSA allows them to do

24  it and the swap covers it.

25           Behind Tab 6, Your Honor, plaintiffs also ignore

1   the termination provision of Section 11.1.  It states:

2           "This purchase agreement shall terminate upon

3           seller's delivery of written notice to the

4           purchaser that its commitment to purchase

5           eligible loans hereunder has been terminated."

6           And there's more, Your Honor.

7           THE COURT:  Where are we again?  I'm sorry.  That

8   was 7?

9           MR. RUBINSTEIN:  That was Tab 6.

10          THE COURT:  6.  All right.

11          MR. RUBINSTEIN:  That's the termination

12  provision.

13          THE COURT:  Right.  When are you going to get to

14  Section 3.3?

15          MR. RUBINSTEIN:  I'm going to get to that as

16  well, Your Honor.

17          THE COURT:  All right.

18          MR. RUBINSTEIN:  Tab 7, the MLPSA defines

19  eligible loan as "loans that satisfy the eligibility

20  criteria and eligibility representations among other

21  things."  That's how eligible loan is defined.

22          And behind Tab 8, Your Honor, the eligibility

23  criteria reference that we just saw behind Tab 7 provides,

24  "In connection with the plaintiffs' purchase of mortgage

25  loans on any day, the mortgage loans acquired on any such

1    day must satisfy the following criteria," and there's a

2    whole list, small iv is "each mortgage loan must satisfy the

3    eligibility representations."

4        And then to drive that home behind Tab 9, Your Honor,

5    Section 3.2, those eligibility representations, which are

6    set forth in 3.2, the very first one provides that each

7    mortgage loan is an eligible loan so that in connection with

8    plaintiffs' purchase of a mortgage loan on any day, the

9    mortgage loan has to satisfy the eligibility representations

10   and -- which means that each mortgage loan must be an

11   eligible loan.

12            Now what do plaintiffs say in the face of all

13   this language?  They state that "The MLPSA" -- this is a

14   quote -- "The MLPSA's definition of a mortgage loan, which

15   the forward swaps adopt, is based on only two criteria:

16   One, purchase, and two, continued ownership."  And they say

17   that, "Therefore, a loan's eligibility has no impact on its

18   classification as a mortgage loan."

19            That's not what I think the plain language that

20   I've demonstrated of the definition in the MLPSA provides.

21   As I said, to be a mortgage loan it has to be purchased

22   pursuant to a transfer supplement and there are specific

23   requirements that require any mortgage loan purchased

24   pursuant to a transfer supplement, each mortgage loan must

25   be an eligible loan.

1          THE COURT:  Uh-huh.

2          MR. RUBINSTEIN:  Nor could they simply decide to

3   keep an ineligible loan that they purchased, which is what

4   they say, thereby somehow making it covered by the swap,

5   which is what they say in their papers.

6          First, as I demonstrated, they couldn't buy it to

7   begin with, but if they did, both plaintiffs and the seller

8   had affirmative duties in either -- if either discovered

9   that an ineligible loan had found its way into the

10  portfolio.  Behind Tab 10, Your Honor, Section 3.3, under

11  Section 3.3:

12          "Upon discovery by any of the seller, the

13          servicer or the purchaser of a breach of any of

14          the foregoing representations which include the

15          eligibility representation, the party discovering

16          such breach shall give prompt written notice to

17          the other and the swap counterparty" -- which is

18          Bank of America.

19          "This provides that within forty-five days if the

20  breach is not cured, the seller shall repurchase such

21  mortgage loan."

22          In other words, I submit what this means is

23  plaintiffs were required -- were required to give notice to

24  the seller and to Bank of America that the seller was

25  required to take back the ineligible loans, and that is

1  hardly the discretion that they say they had to purchase and

2  keep, if they so chose, ineligible loans.  And that's in

3  Section 3.3.

4          Plaintiffs constantly talk about what is not

5  contained in the swap itself, what the swap doesn't say, and

6  they, not surprisingly, focus on that ignoring that the swap

7  expressly incorporates the provisions of the MLPSA.

8          THE COURT:  Uh-huh.

9          MR. RUBINSTEIN:  I just want to finish this

10  argument, this section by pointing out what also is nowhere

11  in the swap agreement or, by the way, is nowhere in the

12  MLPSA.  It does not state that plaintiffs were permitted to

13  purchase ineligible loans.  It does not say that they were

14  permitted to keep ineligible loans.  It does not state that

15  they were permitted to sell ineligible loans as auction as

16  part of an auction sale under a termination event.  It does

17  not state, nowhere does it state that the swap counterparty,

18  Bank of America, was required to pay termination payments on

19  ineligible loans.

20          That's the documentation.  We -- as I said at the

21  outset, Your Honor, we -- both sides agree that the Court

22  can make its determination without extrinsic evidence

23  regarding whether or not eligible loans are covered by the

24  swap, and Your Honor can do that by reference to the

25  agreements themselves.  But if extrinsic evidence is to be

1  considered, I submit it's very consistent with the

2  unambiguous contract documents and really only underscores

3  that ineligible loans were not covered by the swap and that,

4  to the contrary, plaintiffs were not protected by the swap

5  if they lost money, if the value diminished on ineligible

6  loans.

7           Our papers, Your Honor, cited to the private

8  placement memorandum, the PPM that was issued on behalf of

9  Plaintiff Broadhollow which describes the program, describes

10  the swaps and the risks to the issuer, which is Broadhollow.

11  And I have an excerpt behind Tab 11, Your Honor, and that's

12  the PPM:

13           "Pursuant to the mortgage loan purchase

14           agreement, the issuer, Broadhollow, will purchase

15           from the seller from time to time mortgage loans

16           designated by the seller which comply with

17           eligibility criteria."

18           That's what they went out to the marketplace with

19  under their private placement memorandum.  And the private

20  placement memorandum also reflects the parties'

21  understanding that the risks of a mortgage loan not being an

22  eligible loan is a risk of Broadhollow and not Bank of

23  America as swap counterparty.  Again, quoting from the PPM:

24           "The ability of the issuer to realize the value

25           of its mortgage loans through sales and

1          securitizations thereof is largely dependent upon

2          the mortgage loans being eligible loans."

3          There is no mention in this of swap protection if

4    a loan turned out to be ineligible loan.

5          And, further, if Broadhollow wound up purchasing

6    ineligible loans, the private placement memorandum describes

7    how the seller is required to repurchase all such loans.

8          And, significantly, Your Honor, that if for any

9    reason the seller does not make that repurchase, "The

10   issuer" -- plaintiff here -- "may suffer a decrease in the

11   amount of proceeds received in sales and securitization

12   thereof."  There is no mention of swap protection.  There is

13   no mention that the issuer is protected and, therefore, the

14   investors are protected because the swap covers the

15   situation.  Quite the contrary, it's the issuer,

16   Broadhollow, that is described as suffering the loss.

17         Where does this all take us, Your Honor, in this

18   case and on this motion?  Well, if this Court grants summary

19   judgment holding that the bank's responsibility under the

20   swap does not include responsibility for ineligible loans,

21   this one-count complaint, I submit, should be dismissed in

22   its entirety.  And you started out by asking a question

23   about that so I'll explain that, Your Honor.

24         Plaintiffs have never disputed and do not now

25   dispute that the portfolio of loans that they sold at

1   auction and upon which they base their claim contained a

2   substantial portion of ineligible loans.  Back at the very

3   time of the auction and plaintiffs' assertion of this claim

4   in 2007, three years' ago -- as I said it's in the record --

5   the bank provided plaintiffs with an identification of those

6   ineligible loans, the $631 million worth of loans out of the

7   $1.6 billion that they auctioned off and sold.

8         Plaintiffs never disputed that fact then.  They

9   never disputed the identification of the ineligible loans

10  that they were provided with.  They haven't asserted

11  otherwise in the complaint.  Instead, they asserted one

12  claim in the complaint based on the position -- issue was

13  drawn -- based on the position that the swap covered

14  ineligible loans as well as eligible loans.  Issue was drawn

15  on that basis.

16        Only now in trying to avoid total summary

17  judgment they for the first time assert that a finding of

18  the swap covers only eligible loans, quote, in their words,

19  "would require extensive discovery to delve into each of the

20  5,700 mortgage loans sold at auction."  And I submit, Your

21  Honor, plaintiffs are wrong about that.  They don't explain

22  why they would need extensive discovery of their very own

23  files.

24        They own these loans.  These are the plaintiffs.

25  These are their loans that they auctioned off.  They owned

1   these loans.  They were in possession of the loan files at

2   the time of the auction.  They provided those loan files to

3   us, among others, for inspection which allowed the bank to

4   discover and identify the ineligible loans.

5          As I said, Bank of America back in 2007 provided

6   plaintiffs based on their documents with a detailed list of

7   all the loans that were ineligible and they have never once

8   challenged or refuted that determination, even though they

9   had all the loan file information needed to do so if there

10  was a basis to make that challenge.

11         Actually, they don't even challenge it now, Your

12  Honor, even in the summary judgment papers.  All they do is

13  say they need extensive discovery of their own documents.

14  And I think, Your Honor, that under the law that that is not

15  sufficient to create a material issue of fact.  The law and

16  case law we've cited so holds requires a party opposing

17  summary judgment to set forth specific facts demonstrating

18  that there is a genuine issue of material fact.

19         And by not contesting Bank of America's

20  determination of ineligibility, and by not presenting any

21  evidence that that determination was wrong, despite the fact

22  it was their documents that we relied on, I submit they've

23  failed to present the material issue of fact on that and

24  we're entitled to summary judgment on that as well.

25         And the same applies to the adverse impact on

1    including ineligible loans in the auction.  They have not

2    presented any evidence to counter the calculation that we

3    gave them and made for them and to them three years ago and

4    through which this entire case, this entire dispute has been

5    proceeding.  It's not disputed in the complaint either.

6    It's only raised for the first time by just saying it on the

7    motion for summary judgment papers.

8              And for all these reasons, Your Honor, I submit

9    that the Court should grant summary judgment dismissing the

10   complaint.  But if Your Honor disagrees and decides that

11   they've met their burden to establish a material issue of

12   fact on an issue such as the amount of the ineligible loans

13   or the adverse -- the adverse impact on the price received

14   at auction for the ineligible loans, Bank of America would

15   still be entitled to partial summary judgment on the

16   singular critical issue of whether or not the swap covered

17   ineligible loans because, one, it's entitled to that and,

18   two, resolution of that issue alone disposes of the

19   overwhelming majority of this case.

20             And with that, Your Honor, I will cede the podium

21   to Mr. Diamond and -- and reserve my right on rebuttal as

22   well so as to address any arguments he makes on summary

23   judgment with respect to his motion for summary judgment.

24             THE COURT:  Okay.  Thank you.

25             (Pause)

1          MR. DIAMOND:  Thank you, Your Honor.

2          Allan Diamond on behalf of plaintiffs,

3  Broadhollow and Melville.

4          I don't want to rehash any of the factual

5  context.  I'm going to assume the Court really does have an

6  -- has an intimate familiarity with even the procedural

7  context.  But I do want to address a few things up front.

8          First off, I think our claims can be divided,

9  essentially, Your Honor, into three tranches.  The first

10 tranche deals with an approximate $9 million that Bank of

11 America hasn't paid based on its defense that somehow the

12 eligible loans that were sold at auction were purportedly

13 depressed in value as a result of what they perceive to be -

14 - or claim to be ineligible loans sold alongside them.

15         The second tranche is what I think we've -- Mr.

16 Rubenstein's been spending most of his time talking about

17 and that's whether the definition of mortgage loan is

18 broader than the definition of eligible loan and that's

19 going to cover some $14 million or so in damages that

20 plaintiffs are seeking by summary judgment.

21         And the third tranche relates to an interest

22 component that hasn't been discussed.  Time permitting, I'll

23 get to it, but that numbers about $1.64 million.

24         I think in the order of things, Your Honor, I

25 want to address the auction procedures and what I'll refer

1   to as the nine-million-dollar argument first.

2          Bank of America does not dispute that it's

3   obligated to make partial termination payments to

4   Broadhollow and Melville under the forward swaps as a result

5   of eligible loans sold at auction on or about September

6   26th, 2007.  It also doesn't dispute that the sale proceeds

7   from those eligible loans from that auction resulted in

8   partial termination payments of approximately $23 million.

9   Bank of America nevertheless only paid to Broadhollow and

10  Melville $13.79 million in those partial termination

11  payments leaving a balance of approximately $9 million.

12         Now it's also undisputed by Bank of America and

13  an undisputed summary judgment fact, that this $9 million is

14  the result of the sale of purely eligible loans.  This

15  figure simply represents Bank of America's fractional share

16  of the counterparties' liabilities under the partial

17  termination payments due as a result of the calculated loss

18  to Broadhollow and Melville under the forward swaps.

19         Now what Bank of America does dispute, Your

20  Honor, is that the auction -- is the auction sales procedure

21  and process itself and that somehow the prices obtained for

22  those eligible loans were -- this is my word -- they were

23  tainted in some fashion by the fact that loans that

24  purportedly were not eligible were sold alongside them.

25         But Bank of America fully participated in this

1  Court's approval of that auction process and they never, not

2  once has Bank of America ever filed with this Court any

3  objection to either the auction procedures' agreement or the

4  auction process or the auction sale itself, not before, not

5  during, not after.

6          THE COURT:  Well, they reserved their rights

7  about twenty-five times every time --

8          MR. DIAMOND:  They did, but --

9          THE COURT:  -- there was a motion in front of me

10 --

11         MR. DIAMOND:  Right.  But they --

12         THE COURT:  -- on this -- these issues.

13         MR. DIAMOND:  But they -- I understand, Your

14 Honor.  But they never filed an objection saying, we -- we

15 dispute the auction process.

16         THE COURT:  Move on.

17         MR. DIAMOND:  Okay.

18         So now they contend, though, that despite the

19 best input from the very many different professionals that

20 were involved in that process, which all obviously were all

21 designed to maximize the value to this estate in -- in

22 connection with that process, that somehow they didn't do a

23 -- they didn't do their job or somehow made

24 misrepresentations.  Somehow these eligible loans were

25 magically transformed into something of lesser value, and I

1   think we mentioned in our briefing, for example, the analogy

2   to gold and copper coins.  If you sell gold coins and you're

3   selling copper coins, you're selling them at the same time,

4   obviously, the gold's worth a lot more than copper.  The

5   parties that are buying it can recognize which ones are the

6   gold coins and what their value is independent and they're

7   not going to pay less for the gold coins because there's

8   copper coins being sold alongside.  And that's -- that's

9   pretty much what we have here.

10              There's not anything in any of the --

11              THE COURT:  Could they cherry-pick?  Could the

12  buyer --

13              MR. DIAMOND:  Excuse me.

14              THE COURT:  Could the buyers cherry-pick?

15              MR. DIAMOND:  Did the buyers cherry-pick?  They -

16              THE COURT:  Or did they -- the buyers in the

17  auction, they took the pool.

18              MR. DIAMOND:  They took buckets, right, which I

19  want to address in a few minutes what those four or five or

20  six different buckets contained because I think it's very

21  important.

22              But there's not anything in any of the contract

23  documents that's at issue here that required any kind of

24  bucket segregation in the first place with respect to those

25  loans.  And certainly not with respect to eligible and

1    ineligible.  There was bucket segregations, for example,

2    with respect to performing and non-performing loans, but

3    nothing that segregated out eligible from ineligible as the

4    term eligible is defined in the MLPSA.

5            The auction was conducted precisely in accordance

6    with the auction procedures agreement that this Court

7    approved on August 22nd, 2007, which the Court approved on

8    proper notice, which Bank of America's counsel, same counsel

9    that's here today attended.

10           The auction, as I -- I think the Court probably

11   recalls, the auction procedure hearing was an excruciatingly

12   negotiated hearing by all of the parties, including the

13   various swap counterparties, Bank of America, Citibank and

14   others.  It's un -- indisputable in the summary judgment

15   record that the auction was conducted in a manner based upon

16   the professional advice and consultation from every

17   professional firm that participated and that all of those

18   professionals were incentivized to achieve the maximum

19   price.

20           Nobody here, Your Honor, contrary to Bank of

21   America's contention, nobody was mislead by any of the

22   testimony that took place at that auction procedures

23   hearing.

24           THE COURT:  So, I mean, you're -- so your

25   argument is there really is a material issue of fact as to

1  the depressed value argument?

2            MR. DIAMOND:  Well, I don't even think we --

3  well, there clearly would be, absolutely.  But I don't even

4  think -- I think we're entitled to summary judgment on the 9

5  million, which I'll get to in a moment.  But if -- only if

6  this Court were to find that mortgage loans equals eligible

7  loans, which we're going to address in the second argument,

8  then there absolutely would be a fact issue, a hotly

9  disputed fact issue as to what was ineligible --

10            THE COURT:  And what was --

11            MR. DIAMOND:  -- versus what was eligible and

12  what was the value and what was the value of the depression

13  and the so-called price of the eligible loans.

14            But --

15            THE COURT:  Right.

16            MR. DIAMOND:  -- if the Court were to find --

17  well, I think the Court can find with respect to the $9

18  million of eligible loans, which is independent, really, of

19  the argument, does mortgage loan equal eligible loan because

20  what we're talking about here in this nine-million-dollar-

21  tranche is only eligible loans that were sold.  The sole

22  issue is whether these eligible loans somehow had a price

23  that was adversely impacted by the --

24            THE COURT:  Clearly, you had the authority and

25  they had to cover the sale of eligible loans.

1              MR. DIAMOND:  Correct.

2              THE COURT:  So it becomes a material issue of

3   fact, maybe, as to the manner in which you did do that --

4   or, actually, it wasn't you.  It was --

5              MR. DIAMOND:  It was --

6              THE COURT:  It was the debtor.

7              MR. DIAMOND:  I was just going to mention that.

8              THE COURT:  Yeah.  The manner in which they were

9   sold and the affect basically on the mixing of ineligible

10  and eligible and the fact that the market in '07 was

11  terrible may have -- may have had some effect on that as

12  well.  I don't know.

13             MR. DIAMOND:  Exactly.  And I -- one point I

14  think that's important here and Mr. Rubenstein mentioned

15  this several times and it's just inaccurate, and that's he

16  equates somehow the notion of a loan that is not eligible --

17  which, by the way, the only definition in any of these -- in

18  the MLPSA is a definition of what an eligible loan is.

19  Ineligible is not a defined term anywhere, so --

20             THE COURT:  Well, come on.

21             MR. DIAMOND:  Well, but here's --

22             THE COURT:  We -- we don't have to -- we don't

23  have to include in the definition of tomato, a tomato is a

24  red fruit that Judge Sontchi doesn't like to eat, and an un-

25  tomato is everything else in the world.  I mean, the

1    definition of eligible implies that if you don't meet that

2    criteria, you're the opposite of eligible and the antonym

3    just happens to be ineligible.

4              MR. DIAMOND:  Agreed.

5              THE COURT:  Okay.

6              MR. DIAMOND:  But here's my point.  Mr.

7    Rubenstein equates ineligible -- and he's -- he mentioned

8    this in his briefing.  He mentioned it this morning; that

9    somehow that connotes some kind of inferior value and that

10   is absolutely untrue and I'll give you the best evidence of

11   that from the auction sale.

12             Of the $1.6 billion in loans that were sold at

13   the auction sale, only six percent, somewhere between six

14   and seven percent of that pool was a non-delinquent, non-

15   performing loan.  Ninety-four percent, approximately, of all

16   the loans that were sold were performing, good quality

17   loans, and there was testimony from the debtors'

18   representative, Damion Vaoolow (phonetic) at the -- at the

19   auction procedures hearing in which he was asked -- I'm

20   reading from the transcript which is in the record:

21             "What can you tell the Court about the quality of

22             the loans that are proposed to be sold that will

23             give the Court some indication as to the

24             likelihood that the debtors' estates will get

25             some economic benefit from the proposed sale?"

1           His answer was:

2           "Well, as stated by counsel, they were of high

3           quality loans, meaning A paper loans, agency

4           eligible paper, Fanny, Freddie, Ginny Mae, which

5           is the highest quality paper; jumbo prime loans,

6           which is also A paper of high quality, and what

7           makes high quality, you know, A paper loans, is

8           higher FICA scores, you know, lower loan devalued

9           ratios which generally trade higher in the

10          secondary market, tried at the highest price.

11          And, generally, of the Broadhollow Melville, a

12          majority of the loans of the higher quality A

13          paper."

14          THE COURT:  Right.

15          MR. DIAMOND:  That testimony, it was borne out

16 precisely by what happened at that auction sale.  And here's

17 my point.  Mr. Rubenstein wants to say that he claimed $675

18 million or so of the $1.6 billion in loans that were sold at

19 the auction somehow were ineligible.  And, by the way, the

20 only testimony of that in the record is self-serving

21 affidavit from counsel that says that that's what they were.

22 There's been no discovery on that point.  There's been no

23 expert testimony.  There's been no nothing.

24          But here's the point I'm trying to make, is we

25 know that the way the loans were bucketed, at the end of the

1    day only six percent approximately of all of the 1.6 billion

2    was in non-performing or in the delinquent status.  The

3    other ninety-four percent were high quality good performing

4    loans.  So the fact that they -- that B of A wants to claim

5    that 675 million or some forty percent was ineligible tells

6    you that ineligible cannot mean delinquent or somehow of

7    inferior value --

8             THE COURT:  Okay.

9             MR. DIAMOND:  -- to the --

10            THE COURT:  I gotchya.

11            MR. DIAMOND:  Okay.

12            So the point that I want to make bottom line here

13   is that everyone knew what they were bidding on when they --

14   at this auction, and the participants, of course, included

15   everyone from Merrill to Lehman to Citi to B of A.  There

16   was four or five multiple rounds of bidding.

17            And this, I think, is important, too.  Bank of

18   America, Your Honor, was a full participant in that bidding

19   process on those loans and actually did bid.  If you look at

20   the way those loans were bucketed, there -- two of the --

21   the two largest buckets of loans were bid on by Bank of

22   America throughout those various rounds in the bidding

23   process.  Bank of America bowed out of that bidding process

24   itself when the loan -- when the price of those loans got

25   too high.

1          So it -- it seems quite inconsistent to sit here

2  -- to stand here today --

3          THE COURT:  Well, there could have been a million

4  reasons that they decided not to bid.  I mean --

5          MR. DIAMOND:  But there --

6          THE COURT:  -- you know --

7          MR. DIAMOND:  But there --

8          THE COURT:  -- buying mortgage loans in 2007 when

9  they're on the verge of collapse a year later, I mean, you

10  know, may not have been the best business decision.

11          MR. DIAMOND:  It may not, but why -- but what --

12  the point, though, that I think is critical here is they're

13  here telling you today that these loans were sold at too low

14  -- we're talking about the eligible loans -- were sold at

15  too low a price, yet they were bidding on them and bowed out

16  because they thought they were too high a price.  Those are

17  the buckets we're talking about, only the eligible loans.

18          THE COURT:  Too high a price for what purpose?

19  Too high a price for what internal rate of return the people

20  who want to re-buy those are?  I mean, you're looking at two

21  different things here.

22          MR. DIAMOND:  Yeah.  I can't answer that.

23          THE COURT:  Well, okay.  So we have an issue of

24  fact --

25          MR. DIAMOND:  Okay.

1          THE COURT:  -- maybe.

2          MR. DIAMOND:  I think -- I think we can safely

3    say each -- each mortgage loan stood on its own merit and

4    the bidders based upon the value that they determined for

5    each mortgage loan.  And there's not a scintilla of summary

6    judgment evidence in the record suggesting that the price

7    obtained at the auction for these eligible loans was somehow

8    compromised or devalued by the auction process, other than a

9    self-serving affidavit from counsel.

10          THE COURT:  Okay.

11          MR. DIAMOND:  Last point on this and then I'll

12   move on, if Bank of America, Your Honor, really thought that

13   the eligible loans for which they're clearly obligated as a

14   matter of law under the forward swap to pay any partial

15   termination payment, if they thought that the eligible loans

16   that were auctioned off were -- were yielding too low a

17   price as they sat there and were a part of that and

18   participated in that bid process, why wouldn't they have

19   just bought them themselves, then, and sold them later at

20   the higher price that they think was the true value.  That's

21   the business that they're in.  And I --

22          THE COURT:  Because they might be wrong and they

23   weren't willing to take the risk, which is a different issue

24   from the swap.

25          MR. DIAMOND:  Okay.  Well -- okay.  Well, bottom

1  line, I'll move to the mortgage versus eligible loan issue.

2  But that nine-million-dollar tranche from -- we respectfully

3  submit that we're entitled to summary judgment because

4  there's no defense to that $9 million of eligible loans that

5  triggered the partial termination payments.

6          So let's go to the mortgage loan does not equal

7  eligible loan argument.

8          You first -- obviously, any analysis of this

9  starts with the forward swap agreement.  That obligation is

10 not qualified in any manner whatsoever other than all

11 mortgage loans, which then does take us to the MLPSA for the

12 definition of mortgage loan.  It does not take us to

13 anything else.  There's a lot of comments and argument in

14 the briefing about program documents and looking at all

15 these various documents.  I think this Court's already ruled

16 in the prior motion to dismiss hearing that these documents

17 are all independent legal contracts that have to be looked

18 at that way.

19         So I think the two documents we're really looking

20 at here to determine this issue would be the forward swap

21 agreement and the ML -- MLPSA.

22         Mortgage loans -- well, Bank of America's entire

23 motion, their papers and their argument are premised on what

24 we say is the erroneous notion that mortgage loans is one in

25 the same as eligible loans.  But those terms have completely

1  different definitions --

2            THE COURT:  Uh-huh.

3            MR. DIAMOND:  -- in the MLPSA within the same

4  section that's defined as the definitional section of that

5  document.  Mortgage loans are -- have different concepts,

6  different definitions and are treated differently.

7            For example, eligible loans is defined as:

8            "Generally of consisting of conforming and non-

9            conforming loans that satisfy four criteria:  The

10           eligibility criteria; the eligibility

11           representations; the portfolio aging limitations;

12           and the portfolio criteria."

13           THE COURT:  Where is that section?

14           MR. DIAMOND:  That is in the MLPSA --

15           THE COURT:  I know --

16           MR. DIAMOND:  -- in the front section that's

17 entitled Definitions, and --

18           THE COURT:  Right.

19           MR. DIAMOND:  -- it goes through the various

20 pages of definitions --

21           THE COURT:  Right.

22           MR. DIAMOND:  -- in alphabetical order.

23           THE COURT:  Right.  Do you have a section number

24 for me?

25           MR. DIAMOND:  It doesn't have one.  That's --

1              THE COURT:  Okay.

2              MR. DIAMOND:  -- that's my problem.

3              THE COURT:  Oh, it's just the definitions part.

4  I --

5              UNIDENTIFIED SPEAKER:  It's in Article I, Your

6  Honor.

7              THE COURT:  Article I.

8              UNIDENTIFIED SPEAKER:  And in the -- in the one

9  that's Tab A to Mr. Rubenstein's affidavit, it's on Page 6.

10  There are two iterations of the document.

11             (Pause)

12             THE COURT:  Which one of his -- which one of his

13  --

14             UNIDENTIFIED SPEAKER:  I'm looking at the one

15  that's Tab A to Mr. Rubenstein's affidavit --

16             THE COURT:  Tab A.

17             UNIDENTIFIED SPEAKER:  -- and it's on Page 6.  If

18  it's easier I could give it to you and -- and Mr. --

19             (Pause)

20             THE COURT:  All right.  Eligible loan, Page 6 --

21             UNIDENTIFIED SPEAKER:  Of Tab A in Mr.

22  Rubenstein's affidavit.

23             THE COURT:  Right.  Towards the top.  Okay.

24             I'm sorry.  Could you back up, then?

25             MR. DIAMOND:  Sure.  So -- so eligible loans is

1  defined, Your Honor, as those that generally -- this is a

2  quote --

3           "Generally consist of confirming and non-

4           confirming loans that satisfy four things:  The

5           eligibility criteria; the eligibility

6           representations; the portfolio aging limitations;

7           and the portfolio criteria."

8           The term "mortgage loan" in that same document,

9  same section that's entitled, definitions, is defined as:

10          "Any mortgage loan purchased by the purchaser

11          pursuant to any transfer supplement and

12          subsequently not repurchased by the seller or the

13          servicer or sold or securitized or otherwise

14          transferred by the purchaser."

15          Now the definition of mortgage loan that we just

16 read is not conditioned on the loan being an eligible loan.

17          THE COURT:  Well, but -- but his argument -- your

18 opponent's argument is you got -- you can't stop there.

19 You've got to keep going.

20          MR. DIAMOND:  Yes.  And I -- and I agree with

21 that and I -- and that's why -- and I want to do exactly

22 that and walk the Court through the various provisions that

23 follow.

24          THE COURT:  Okay.

25          MR. DIAMOND:  Okay.

1          Section 2.1, which Bank of America relies on

2   heavily states -- or obligates, I should say, "Broadhollow

3   and Melville shall" -- it's a mandatory obligation --

4   "purchase without recourse all that American Home may decide

5   to sell."  I think we all can figure out, and I -- I

6   certainly submit to Your Honor that that is a classic put

7   agreement.  Broadhollow and Melville had absolutely no

8   choice whatsoever in what was being sold to them by American

9   Home.  It's whatever American Home, within its own

10  discretion, may decide to sell and the obligation to buy was

11  mandatory.  I'm going to come back to that in a moment

12  because I think it's important.

13          THE COURT:  But it has a proviso.

14          MR. DIAMOND:  It does.  It does.

15          But we're not -- Bank of America claims we're

16  ignoring 2.1.  To the contrary, we're not.  While American

17  Home intended to sell eligible loans, they also knew that it

18  would not be only eligible loans that would, in fact, be

19  sold, and we know that for a variety of reasons because

20  there's so many provisions which I'm now going to walk

21  through and the Court's already hit on one, Section 3.3 --

22          THE COURT:  Uh-huh.

23          MR. DIAMOND:  -- which I want to cover.  But

24  there's others that -- that compel the conclusion that the

25  parties anticipated in these documents that not only

1  eligible loans would get sold.

2          And we also know, because it was a put contract,

3  Broadhollow and Melville had no -- they had no real means of

4  even making the determination as to whether loans that were

5  being put to them for sale were eligible and ineligible.

6  And the way we know that, Your Honor, if you follow the

7  documentation in the contracts as to exactly how these loans

8  were sold, at two o'clock in the afternoon on -- on the

9  given sale day American Home decides what it's going to

10  sell.  It sends a batch where it's a thousand loans, 2,000

11  loans, however many it is, and Broadhollow and Melville have

12  until six o'clock that day, from the two o'clock sale, to

13  close on those loans and they have -- and they have to buy

14  them.

15          So as a practical matter, we know that there's --

16          THE COURT:  Well, but the put -- the put is I can

17  put to you this bucket --

18          MR. DIAMOND:  Uh-huh.

19          THE COURT:  We're talking buckets -- of loans.  I

20  can put to you eligible loans because the put has a proviso

21  that says any mortgage loan is subject to the put provided

22  that, and there are two or three of them that --

23          MR. DIAMOND:  Uh-huh.

24          THE COURT:  -- include the provisions.

25          MR. DIAMOND:  Right.

1          THE COURT:  So an ineligible loan really wouldn't

2   be subject to the put, and that's where we go to, okay.

3   What happens then?  What if the debtor --

4          MR. DIAMOND:  Sells --

5          THE COURT:  -- or one of the debtors improperly

6   puts a ineligible loan to Broadhollow or Melville --

7          MR. DIAMOND:  Exactly.  And --

8          THE COURT:  -- and -- and I -- that's where we

9   get into the forty-five day diligence period.  Is that

10  correct?

11         MR. DIAMOND:  Yes.

12         THE COURT:  Or maybe not.

13         MR. DIAMOND:  But I -- but I think there's --

14  there's no -- my only point there was that there's not --

15  the parties all understood that there was no meaningful way

16  for Broadhollow and Melville to make determinations at the

17  time of the transfer --

18         THE COURT:  Sure.

19         MR. DIAMOND:  -- before they had to close to

20  determine what's eligible and what's ineligible.  And so

21  even my -- my colleague, Mr. Rubenstein, admitted --

22  conceded in his briefing that some ineligible loans -- I

23  think he used the term would slip through the cracks.

24         THE COURT:  Uh-huh.

25         MR. DIAMOND:  Everybody understood there -- that

1 it was contemplated and it was the intent of the parties by

2 the unambiguous language in these contract provisions of the

3 MLPSA that ineligible loans would likely get sold, some,

4 however many.

5         THE COURT:  And my memory -- again, this is based

6 on three years with this case -- but that's basically how

7 the whole industry worked, which is that's why you would get

8 your mortgage tape.  You would have forty-five days to

9 actually figure out what you bought and decide what you

10 bought was what somebody said they were selling to you, and

11 you could put back, et cetera, et cetera, based on various

12 things that may have happened.

13         MR. DIAMOND:  Right.  So let's turn to Section 3

14 -- I think -- I think the very best evidence and I want to

15 walk the Court through at least a couple of examples --

16         THE COURT:  Okay.

17         MR. DIAMOND:  -- but the best example of why

18 mortgage loan, that definition, has to be broader than the

19 definition of eligible loan is in Section 3.3 because -- and

20 that takes us to, well, what happens, as the Court just

21 mentioned, if these ineligible loans get put to Broadhollow

22 and Melville, what happens to them?

23         And the parties contemplated by Section 3.3 that

24 if there were ineligible loans that would materially and

25 adversely impact the value of -- of the loans, then there

1  would be a repurchase obligation under Section 3.3 by

2  American Home.  The key there is, first, materially and

3  adversely impact the value because -- and this is where I

4  was making my point earlier -- that not all ineligible loans

5  necessarily have some pejorative or negative connotation as

6  to their value.

7         And the best example of that, Your Honor, is

8  let's take -- and I submit this is actually what happened at

9  the auction sale and a lot of these loans that Bank of

10 America is claiming are ineligible falls into the following

11 category.  What happens if you have a loan at the time of

12 the transfer, which is when eligibility is determined, that

13 is missing a form of insurance that the borrower is supposed

14 to have and for whatever reason it's not in the file.  But

15 the insurance actually does exist and there's no problem

16 with it.

17         It's a fully performing loan.  It's never been in

18 default.  It's never been delinquent, and -- and it gets put

19 to Broadhollow and Melville, and it's whatever point in time

20 later, Broadhollow and Melville sells it, securitizes it,

21 whatever, and it could be in the package that ultimately

22 gets sold at auction.

23         That loan is fully performing and nothing about

24 it that created its ineligible status at the time of the

25 transfer adversely impacted the value.  That's why the

1  repurchase obligation under Section 3.3 is not triggered for

2  those kinds of loans.  For ineligible loans at the time of

3  transfer that did not impair the value, there is no

4  repurchase obligation.

5          THE COURT:  All right.  But -- but think about it

6  this way, and I -- my argument here would be that you're

7  going too far because you're starting to incorporate

8  elements of the MLPSA that aren't necessary to deal with the

9  terms of the put agreement.

10          So you have a right -- the debtor has a right to

11  put apples to you.

12          MR. DIAMOND:  Uh-huh.

13          THE COURT:  It turns out they put apples and

14  oranges to you.  You then look and say, oh, they sent me

15  oranges, but, you know, oranges are valuable this month and

16  it turns out about ten percent of them are rotten, but the

17  other ninety percent are good, so I'm going to keep that

18  ninety percent.  I'm going to put that ten percent back.  So

19  now I have a portfolio of apples and oranges.  Okay.  Fine.

20          But let's think about what the put agreement says

21  -- or the -- the swap.  The swap says I'm going to cover you

22  under this swap for the purchase of apples.  You can decide

23  to buy oranges.  You can decide to buy cumquats.  I don't

24  care.  But my obligation is with apples, and do I even get -

25  - and here's where your problem might be, which is do I have

1  to look at 3.3 and this other -- and these other sections or

2  aren't I there with the proviso.

3           It could make sense, in other words, that they're

4  only covering on piece, but you could go beyond those terms

5  in connection with your obligations with the debtor.  But

6  nonetheless, in effect, be taking a risk because you would

7  be going beyond the -- your protection under the swap.

8           MR. DIAMOND:  But here's the problem, I think,

9  with the hypothetical, if I may.

10          THE COURT:  Uh-huh.

11          MR. DIAMOND:  The forward swap agreement said --

12 does not say we're only going to compensate in partial

13 termination payments for the loss in connection with the

14 sale of apples.  What it says is that it will compensate for

15 the loss in connection with the sale of, you know, all

16 fruit, the apples, oranges, whatever.  You then have to go

17 back to the MLPSA admitted -- I concede this -- that under

18 statutory rules of construction since the term "mortgage

19 loan" is referenced in the forward swap that takes you to

20 the MLPSA, you do have to look at the MLPSA to figure out --

21          THE COURT:  Right.

22          MR. DIAMOND:  -- what does the term "mortgage

23 loan" mean.  Does it just mean apples or does it also mean

24 apples, oranges and some other fruit that --

25          THE COURT:  Right.

1          MR. DIAMOND:  And that's where you get to looking

2    at the rest of these provisions in the MLPSA, whether it's

3    Section 3.3, Section 2.8, all the ones I can walk you

4    through.  If the Court were to find that the term "mortgage

5    loan" equals the -- has the same identical meaning as the

6    term "eligible loan," all these other provisions --

7          THE COURT:  Uh-huh.

8          MR. DIAMOND:  -- dealing with obligations to

9    repurchase, obligations to indemnify, obligations which I'll

10   get to, if -- if time permitting with respect to portfolio

11   aging limitations -- all of -- all of those provisions in

12   the MLPSA would be rendered completely meaningless,

13   superfluous because all -- because if mortgage loan means

14   eligible loan, you don't need any of those provisions.  The

15   only purpose of those provisions is to deal with loans that

16   were ineligible that still constitute a mortgage loan, how

17   do you deal with it because they've been sold by American

18   Home to Broadhollow and Melville.  They're -- they are in

19   the portfolio.  Now what do we do with them and how do we

20   treat them?

21          And so it's -- it is a classic quandary, Your

22   Honor, of -- in terms of the rules of construction that if

23   you were to find for Bank of America on this point you would

24   have to literally throw out major provisions of the entire

25   document that is the basis for the definition, and we say

1    you can't do that.  In fact, under New York law -- and the

2    Court knows this -- you take the provisions as a whole in

3    that -- in that MLPSA --

4            THE COURT:  Uh-huh.

5            MR. DIAMOND:  -- and you figure out what it -- if

6    there's only one way to harmonize them or to make them have

7    meaning, that's the interpretation you have to give to the

8    document, and we say that interpretation necessarily means

9    that the term "mortgage loan" has to be broader than the

10   term "eligible loan."  It can't be the same thing.

11           And that's why they're defined different -- if

12   they were intended to be the same thing -- and, look, these

13   are -- we all know these are very, very sophisticated

14   parties that drafted these documents and that were the

15   participants in the entire process.  If they truly intended

16   for the term "mortgage loan" to be exactly the same as the

17   term "eligible loan," all they had to do was have one

18   definition in the definition section.  They don't.  They

19   have completely different definitions and that's why you

20   have all these other sections.

21           Let me -- if I can point out one other thing.

22   Section 2.8 of the MLPSA, under that section the seller has

23   the right -- American Home, but not the obligation once a

24   year to repurchase any Mortgage Loan, capital M, capital L,

25   held by Broadhollow and Melville beyond any of the defined

1  term portfolio aging limitations as that term is defined in

2  the same document, the MLPSA.

3       Part of the definition of "eligible loans"

4  requires as -- and we just went through this a few minutes

5  ago.  The definition of "eligible loans" requires that the

6  loans have to satisfy the portfolio aging limitations

7  criteria.

8       So it's apparent that the parties contemplated

9  that Broadhollow and Melville would hold mortgage loans that

10  might become non-eligible loans at some point in time,

11  meaning they bought a loan at the time of transfer that was

12  clearly eligible, held it -- didn't sell it within a certain

13  period of time and under the portfolio aging limitation

14  definitions and the requirements under Section 2.8, those

15  eligible loans now have become ineligible and Broadhollow

16  had the -- excuse me -- American Home had the option once a

17  year to repurchase those once eligible loans that are now

18  ineligible because of portfolio aging limitation issues.

19       THE COURT:  Uh-huh.

20       MR. DIAMOND:  My point is that that set -- that

21  entire provision has to mean that the definition of mortgage

22  loan can't be the same as the definition of eligible loan

23  because here you have, through the -- through the passage of

24  time loans that have gone from eligible to ineligible solely

25  because of the passage of time, nothing to do with their

1  delinquency, their -- their performance, their value, any --
2  none of that.
3          Let me just raise a couple of other issues not in
4  the doc -- well, a point about Section 3.2 if I may.  That
5  is one of the reps and warranties sections of the MLPSA.
6  All the representations and warranties with respect to
7  eligibility were made by American Home as the seller.  None
8  of them were made by Broadhollow and Melville as the
9  purchasers.
10          And I do think it's important, and I understand
11  that -- the argument that American Home -- an American Home
12  designated person served as the manager for the SPVs, but
13  there's no allegations here in any of the pleadings that
14  there's some alter ego or that -- and that Broadhollow and
15  Melville as the SPVs are somehow one in the same.  And, of
16  course, it would be contrary to the very fundamental purpose
17  of the -- of the documents in the MLPSA to define sellers
18  and -- and purchasers.
19          So these are legally distinct entities.  You
20  can't -- we can't treat them as if American Home was one in
21  the same as Broadhollow and Melville.  One's a seller.
22  One's a purchaser.  They're different.  AHM makes reps and
23  warranties.  The purchasers do not.
24          So it would be wholly inconsistent with the plain
25  meaning of the MLPSA to hold Broadhollow and Melville

1   responsible for eligibility representations when the parties

2   specifically and expressly stated that eligibility issues

3   would be remedied exclusively by American Home, not by

4   Broadhollow and Melville.

5          Some -- a concluding note or two.

6          This is more on the equities and kind of policy

7   arguments.  It would be, I submit, grossly inequitable for

8   the SPVs in this case and their noteholders not to be able

9   to get the benefit of their contractual bargain under the

10  forward swaps with Bank of America.  They didn't make any

11  reps and warranties to Bank of America.

12         As I said, they were all made by American Home

13  and the primary, if not the entire reason for the swap

14  counterparties in these transactions was to provide

15  Broadhollow and Melville and their noteholders with risk

16  protection.  The swap counterparties were essentially

17  serving as a role of an insurer against fluctuations in the

18  market interest rates on mortgages and similar issues, not

19  having anything to do with credit.

20         And the risk that Bank of America took as a

21  counter swap party here, Your Honor, is that they were going

22  to -- they effect -- effectively were a middleman.  They

23  were going to make their money based upon their -- their

24  fees that they charged every single month, and the concept

25  here, I think the Court knows from -- from all its dealt

1   with over the last three years, is that it -- it -- payments

2   would be made under the forward swaps in either direction

3   depending upon whether the -- the loans were -- were sold

4   for greater or lower price than their original purchase.

5           And in the case of their being a positive delta,

6   meaning that the forward swaps would obligate Bank of

7   America to pay Broadhollow and Melville, Bank of America

8   would turn around under the back swaps and put it to

9   American Homes Guarantor and get paid.  They never -- their

10  risk always in this deal was that American Home might go

11  bankrupt.  They were planning -- I mean, their obligation

12  under the forward swaps, that independent contract, was

13  solely between Broadhollow and Melville for the benefit of

14  their noteholders and Bank of America.

15          And -- and to the extent that they are obligated

16  under that forward swap to pay, they have to pay.  The fact

17  that they can't get their money back against the American

18  Homes Guarantor under the back swap is a completely separate

19  contract and it's a separate risk that Bank of America took.

20          THE COURT:  Uh-huh.

21          MR. DIAMOND:  So, you know, in conclusion, Your

22  Honor, I may have some other comments depending upon what

23  Mr. Rubenstein next says, but we submit that the Court can

24  grant summary judgment here in favor of Broadhollow and

25  Melville and should because the Court should find that

1   mortgage loan as defined cannot mean the same as eligible

2   loan.  And under the forward swap agreements, they only --

3   they cover all mortgage loans, the apples and the oranges,

4   and that's what they're obligated to pay.  And the fact that

5   they can't get their money back on the back swap is -- is a

6   different risk that Broadhollow and Melville didn't take on

7   --

8           THE COURT:  Uh-huh.

9           MR. DIAMOND:  -- and their noteholders.

10          THE COURT:  Okay.

11          MR. DIAMOND:  Thank you, Your Honor.

12          THE COURT:  Reply?

13          MR. RUBINSTEIN:  Briefly, Your Honor.

14          One of the first things that Mr. Diamond

15  addressed was the auction process and the Court approval,

16  and Your Honor made some good observations that I was going

17  to make, so I won't repeat those.

18          I will say, however, that at the time of the

19  auction whatever silence beyond reservations we had was the

20  result of the very transcripts that were read to you.

21  Nobody -- we didn't have any due diligence.  The

22  representations to us were the statements made to us by

23  plaintiffs -- and the record has the letters that have that

24  -- were that there were very few, if any, ineligible loans

25  in the portfolio.

1          Your Honor actually asked about the quality and

2  counsel stood up -- debtors' counsel stood up and said that

3  they expected to get more than par value for the loans and

4  you were incredulous, but they said that's what we expect to

5  get.

6          Bank of America had no reason at that point to think

7  that there was going to be an auction that would include a

8  substantial portion of ineligible loans and eligible loans.

9  It's only after that process that, when we were given due

10  diligence for the first time that we started to learn that

11  there were huge quantities of ineligible loans.

12          The other point, though, on that, Your Honor, is

13  that if you look at Schedule C of the proposed sales

14  procedure, which you approved -- and, Your Honor, if I may?

15          THE COURT:  Uh-huh.

16          MR. RUBINSTEIN:  I'm going to be fast.

17          Behind Tab 12, Your Honor, it states that under

18  the provision entitled, assets to be sold:  "The assets" --

19  which are defined as mortgage loans -- "shall not include

20  any predatory, state high cost, otherwise ineligible loans."

21  That's what the schedules that we had.  That's what --

22  that's what was presented to the Court.  That's what the

23  Court approved.

24          The auction procedures, the auction process

25  underscores the need to exclude ineligible loans, not the

1  inclusion of ineligible loans, Your Honor.

2         I just want to conclude by actually addressing

3  the point that -- that Mr. Diamond made about, well, if the

4  MLPSA addresses what to do with loans that are not eligible,

5  but are still bought, then that means there has to be a

6  difference between a mortgage loan and an eligible loan.

7  And I think perhaps the best answer to that is what Your

8  Honor was addressing with us back to fruit.

9         The swap says that we are going to cover the loss

10 in value with respect to the fruit, but what it says is, in

11 effect, the fruit that you properly purchase under an MLPSA,

12 because it says go to the MLPSA, and the MLPSA says you can

13 buy fruit, but you can only buy apples.  That's what it

14 says.  You can buy fruit pursuant to a transfer supplement,

15 but if you buy it pursuant to a transfer supplement, which

16 is the only fruit you can buy, it has to be apples.  It must

17 be eligible loans.

18         That -- and that's what we contracted to cover.

19 That's what it says; that the MLPSA in its thousands of

20 pages or whatever, hundreds of pages then say if you wind up

21 buying oranges or rotten, you know, fruit, rotten apples,

22 which are not fruit as defined, you have to do certain

23 things.  You have to -- you have the right to put it back to

24 me.  You have to give me the chance to cure.  That covers

25 his insurance example.  There has to be a cure, if it was

1    only a missing document that could have been cured.  You

2    have to do certain things.  That it covers ineligible loans

3    and what to do about it doesn't in any way detract from the

4    obligation that we undertook.

5            And to come forward with an equitable argument to

6    say American Home on the back swap is bankrupt, so,

7    therefore, we should bear the risk of loss, we should bear

8    the risk of loss of what we contracted to bear the risk of

9    loss on, not because plaintiffs say their more deserving of

10   having a loss covered and, therefore, Bank of America who is

11   still solvent, is still there, so it should pay and American

12   Home's bankrupt.  We didn't contract to bear the risk of

13   loss in case American Home went bankrupt.

14           It's because, as he concedes, we understood

15   there's a risk of bankruptcy on the back swaps and we might

16   not collect on back swaps because there's always a chance of

17   a risk of bankruptcy.  It's because we understood that that

18   we expressly require that loans have to have a certain level

19   of criteria that they satisfy, a certain level of quality

20   that would satisfy us.

21           Thank you, Your Honor.

22           THE COURT:  You're welcome.

23           MR. DIAMOND:  One point, Your Honor --

24           THE COURT:  Very good.

25           MR. DIAMOND:  -- if I may.  Very briefly.

1           While the MLPSA has different definitions as

2   we've been discussing for mortgage loans and eligible loans,

3   the parties to the forward swap chose the term "mortgage

4   loans."  They could just have easily have chose the term

5   eligible loans.  And it's -- as Mr. Rubenstein just said --

6           THE COURT:  Say -- say that sentence again.

7           MR. DIAMOND:  Yeah.  Under the forward swap

8   agreement --

9           THE COURT:  Right.

10          MR. DIAMOND:  -- the parties, meaning the swap

11  counterparties, Bank of America and Broadhollow and

12  Melville, the only parties to it, those parties chose to use

13  the term "all mortgage loans" --

14          THE COURT:  Right.

15          MR. DIAMOND:  -- have to be paid on the forward

16  swap.  They could just have easily have said all eligible

17  loans.

18          THE COURT:  Yeah.  But their argument would be

19  that's exactly what they did.  They said mortgage loans

20  provided it's an eligible loan.

21          MR. DIAMOND:  But it doesn't say that, the

22  forward swaps.  It doesn't say mortgage loans provided --

23          THE COURT:  No, but --

24          MR. DIAMOND:  -- it's an eligible loan.  It just

25  says mortgage loans.  That's all it says.  And I'm just

1    saying to Your Honor if -- as -- if sophisticated parties to

2    that forward swap agreement, if they wanted it to mean and

3    say, look, the only thing that we're going to be obligated

4    as a swap party to pay on is -- are eligible loans, they

5    could have just said we're only going to pay on eligible

6    loans.  Why did they choose a completely different term with

7    a different defined meaning in the MLPSA, and I submit to

8    the Court that's -- that's instructive as both on rules of

9    construction as well as just logic.

10            And the idea of using the apples and the fruit

11    concept, the parties --

12            THE COURT:  Well, I don't need -- I think your

13    argument -- I don't need to get to 2.1.  Is that --

14            MR. DIAMOND:  You don't.

15            THE COURT:  -- your argument?

16            MR. DIAMOND:  You don't.

17            THE COURT:  All right.

18            MR. DIAMOND:  Because the parties in the forward

19    swap chose to say all fruit.  They could have just said

20    apples, but they just didn't.  And the last thing I would

21    say, Your Honor, is all the other swap counterparties from

22    Citibank and everyone else all paid their fractional share

23    of the partial termination payments based upon the fact that

24    they believe they were obligated to pay on all mortgage

25    loans --

1              THE COURT:  Uh-huh.

2              MR. DIAMOND:  -- whether they were eligible or

3    not.  It's only Bank of America that hasn't done so.

4              Thank you, Your Honor.

5              THE COURT:  You're welcome.

6              Anything else on summary judgment?

7              (No verbal response)

8              THE COURT:  Okay.  Before we turn to the

9    counterclaims, let's take, say, a ten, fifteen-minute break

10   if we may?

11             (Recess)

12             THE COURT:  Yes.

13             MR. ROBERTS:  Your Honor, Jake Roberts on behalf

14   of Broadhollow and Melville arguing Broadhollow and

15   Melville's motion to dismiss Bank of America's counterclaim.

16             THE COURT:  Yes.  Go ahead.

17             MR. ROBERTS:  Broadhollow and Melville's MTD

18   really is very simple.  Obviously, there's a lot of overlap

19   between the summary judgment motions and the MTD because

20   they're based on the same agreements, so I'm not going to go

21   back and rehash those points.

22             But at the bottom why Bank of America's

23   counterclaim fails and it must be dismissed with prejudice

24   and can't be cured by re-pleading is very, very simple.  The

25   representations and the obligations that form the basis for

1  the counterclaims that Bank of America alleges Broadhollow

2  and Melville breached don't exist.  Broadhollow and Melville

3  made no representations under the MLPSA and they don't have

4  any of the obligations that Bank of America claims they do.

5          So it's not -- it is that the facts that they

6  allege in their counterclaim don't state a claim because

7  those facts -- what Broadhollow and Melville did didn't

8  breach anything and was not wrong, but also the facts a lot

9  of times aren't facts.  They're legal conclusions about what

10  Broadhollow and Melville had to do under the MLPSA that are

11  inaccurate, and so I'm going to walk you through those.

12          THE COURT:  Uh-huh.

13          MR. ROBERTS:  At the outset I want to point out

14  that the counterclaim is premised on the same flawed

15  interpretation or what we view as a flawed interpretation of

16  the MLPSA as the motion for summary judgment and so,

17  therefore, is, in effect, illegally irrelevant  because for

18  their counterclaim to succeed, even if you assume -- first

19  you have to assume that the obligations and representations

20  existed, which as I'll show they did not.  But even if they

21  did, for their counterclaims to succeed mortgage loan has to

22  be identical to eligible loan.

23          THE COURT:  Gotchya.

24          MR. ROBERTS:  So if the summary judgment motion

25  is granted based on that interpretation, the counterclaim

1    would be granted, or if the summary judgment loses, the

2    counterclaim would lose.  So it's legally irrelevant because

3    it doesn't offer any independent relief.

4            They claim the head's we win, tail's you lose

5    argument is inaccurate because if they lose the MSJ they

6    can't win the counterclaim because the counterclaim is based

7    on the same interpretation of the MLPSA.

8            THE COURT:  Okay.

9            MR. ROBERTS:  Just a brief overview, obviously on

10   MTD the factual allegations are taken as true, but what's

11   not taken as true, factual allegations can be refuted if

12   they are flatly contradicted by the plain language of the

13   contract, and that's what we submit here.  All the factual

14   allegations they make that are factual allegations are

15   contradicted by the plain language of the forward swaps and

16   MLPSA.  And, also, legal conclusions, so what they say are

17   obligations and what they say representations were made, you

18   don't have to take them at their word.  You look at the

19   contract and determine whether those reps actually existed

20   and whether the obligations existed.  It's an issue of

21   contract interpretation which is proper on an MTD.

22           And, furthermore, the MTD shouldn't be converted

23   to an MSJ because it's solely based on the forward swaps and

24   the MLPSA which are obviously incorporated by reference.

25           So their counterclaim is basically based on

1  phantom representations and phantom obligations.  They don't

2  exist.  To the extent they did exist, they were American

3  Home Mortgage's obligations or representations, not

4  Broadhollow and Melville.

5          And as Mr. Diamond stated, American Home Mortgage

6  and Broadhollow and Melville are separate and distinct

7  entities.  Broadhollow and Melville had an independent

8  manager that was appointed, so it wasn't like American Home

9  Mortgage was the manager.  There was an independent manager

10 who was paid a separate salary who managed Broadhollow and

11 Melville.  And as Mr. Diamond said, there's no allegation

12 that there was alter ego or anything like that.

13         So first I'll go to the phantom representation

14 and, as I said, this is an issue of contract interpretation

15 for the Court to decide here.

16         The representation that B of A claims Broadhollow

17 and Melville made in the MLPSA is that Broadhollow and

18 Melville would only purchase eligible loans.  Well, if you

19 look at Section 3.2 of the MLPSA Broadhollow and Melville

20 makes no representation to Bank of America period and the

21 only representation they make is to their fitness to enter

22 into the transaction.

23         The representation B of A is referencing is

24 American Home Mortgage's representation.  It was not made on

25 behalf of Broadhollow and Melville.  It was made by American

1  Home Mortgage in its capacity as seller which, obviously, as

2  -- is adverse to Broadhollow and Melville in the document

3  because Broadhollow and Melville is purchaser.

4              THE COURT:  Uh-huh.

5              MR. ROBERTS:  And that's under Section 3.2 of the

6  MLPSA.

7              And, obviously, you can look at Section 3.3 as

8  well.  It was contemplated that ineligible loans would, in

9  fact, be purchased and we talked about the clean up

10 provisions and how that works.  So if there are no

11 representations that Broadhollow and Melville made in the

12 MLPSA, they could not have breached an representation if

13 they did not make one.

14             Looking now at the phantom obligations, and I'm

15 going to go through after I discuss the representations and

16 obligations, go through each claim and state why it fails.

17             The obligations that Bank of America alleges

18 Broadhollow and Melville breached were solely the

19 obligations of American Home Mortgage.  Since they were not

20 Broadhollow and Melville's obligations they could not breach

21 them because they did not have obligations such as these

22 under the MLPSA.

23             The first is B of A claims that Broadhollow and

24 Melville had an obligation to only purchase eligible loans,

25 and they claim it was breached when they purchased

1  ineligible loans.  The actual obligation is that Broadhollow

2  and Melville must purchase all loans that are put it

3  provided, however, the loan must be eligible.

4          And I want to discuss that because it's -- it's

5  really telling here.  The condition here, it doesn't -- and

6  if you look at Section 2.1 in Mr. Rubenstein's handout from

7  earlier, the condition is not a condition on Broadhollow and

8  Melville's ability to purchase.  It's a condition on their

9  obligation to.  I think you touched on it earlier.  They're

10 required to purchase everything, but they don't have to

11 purchase it if it's not eligible.  That doesn't mean -- it

12 never says that they cannot purchase it if it's ineligible.

13          And under Bank of America's theory and for it to

14 be correct, Broadhollow and Melville has to breach some

15 prohibition in the contract.  It's not that the contract has

16 to create very right for Broadhollow and Melville.  It's

17 that they do something that's contrary to the specific

18 terms.  And if the specific terms do not prohibit them from

19 purchasing ineligible loans, doing so cannot be a breach of

20 anything.  They had an obligation to purchase all loans.

21 They did not have to purchase it if it was not eligible.  It

22 doesn't mean they could not.  They did not have to.

23          Phantom obligation number two was Bank of America

24 alleges that --

25          THE COURT:  Would you make the argument, then,

1   that they could have bought anything they wanted?

2            MR. ROBERTS:  Well, it -- it's not --

3            THE COURT:  They could have bought boats?

4            MR. ROBERTS:  They could have bought -- well, it

5   had to be a mortgage loan because it says --

6            THE COURT:  Why?

7            MR. ROBERTS:  -- mortgage loan.

8            THE COURT:  Why?

9            MR. ROBERTS:  Because the documents say -- the

10  MLPSA says mortgage -- well, they could -- I mean, I -- I

11  allege that they could have bought anything, but,

12  specifically, here under the MLPSA they could only buy a

13  mortgage loan because that's what the MLPSA says.

14            But Bank of America has to show --

15            THE COURT:  Well, wait a minute.  You just told

16  me that the important issue was that it was "may."

17            MR. ROBERTS:  Correct.

18            THE COURT:  That the seller may sell and the

19  purchaser shall purchase title and interest of the seller to

20  each mortgage loan provided that it's an eligible loan.

21            MR. ROBERTS:  Right.

22            THE COURT:  You said, well, that provided that

23  goes to whether they have to take it, not ability.

24            MR. ROBERTS:  Right.

25            THE COURT:  So under that they could -- they

1  could go and buy whatever the heck they wanted.  They could

2  go buy the Texas Rangers.

3          MR. ROBERTS:  That's correct.

4          THE COURT:  That doesn't make any sense.  How

5  does that make any sense?

6          MR. ROBERTS:  For -- for this  agreement -- for

7  there to be a breach, correct, Your Honor, for there to be a

8  breach, they have to do something the contract says they

9  cannot do.  It's not --

10         THE COURT:  You -- do you --

11         MR. ROBERTS:  -- they don't have the --

12         THE COURT:  -- think a reasonable interpretation

13 of this contract that you could buy whatever the heck you

14 wanted?

15         MR. ROBERTS:  This contract is not their LLC

16 agreement.  The contract does not say everything Broadhollow

17 and Melville can do in the entire world.  It says what they

18 can do under the contract, and the contract never says they

19 cannot purchase an ineligible loan.  It says you do have to

20 purchase eligible.  If there's an eligible loan put to them

21 and they do not purchase it, that is a breach because that

22 is what they are required to do.  They are not required not

23 to purchase ineligible loans.

24         And I understand it's -- it's parsing the

25 language, but we have to look to specifically to what the

1    contract says and what the plain language says.

2            THE COURT:  So the definition is useless?  I

3    don't -- I -- how do you look -- you want to define for me

4    what they have an obligation to pay you in connection with

5    the swap.

6            MR. ROBERTS:  That's correct.

7            THE COURT:  And the swap incorporates the MLPSA's

8    definition of mortgage loans.

9            MR. ROBERTS:  That's correct.

10           THE COURT:  And you're -- you're basically saying

11   that the -- the use of the word mortgage loan in the MLPSA

12   is non-inclusive -- excuse me -- is not exclusive.

13           MR. ROBERTS:  It's not exclusive of eligible

14   loans.

15           THE COURT:  No.  It's not exclusive of anything.

16           MR. ROBERTS:  No.  No.  It has to be a mortgage

17   loan.  There's a definition of mortgage loan.  Mortgage loan

18   has a separate definition.  A boat would not be a mortgage

19   loan.  I think all parties can agree on that.  The Texas

20   Rangers would not be a mortgage loan.  But an eligible loan

21   is a mortgage loan and an ineligible loan is a mortgage

22   loan.  The forward swap says mortgage loans.

23           THE COURT:  I understand.

24           (Pause)

25           THE COURT: All right.

1          MR. ROBERTS:  Okay.  The second phantom

2   obligation is Bank of America alleges that Broadhollow and

3   Melville had the obligation to force American Home to

4   repurchase all ineligible loans.

5          And if you look at Section 3.3, and I'm not going

6   to go through it as in depth because Mr. Diamond obviously

7   has, but the obligation rests with American Home.  The only

8   obligation Broadhollow and Melville has is to, if they

9   discover -- and there's nothing in there that says they have

10  to do due diligence or anything.  It just says if you

11  discover, you have to let American Home Mortgage know, and

12  then that's it.  Whether American Home Mortgage or not

13  repurchases is on American Home Mortgage.

14          And, obviously, they only have to repurchase if

15  it materially affects value.  So it's not all ineligible

16  loans.  It's ineligible loans that materially affect value.

17  But there's nothing that says Broadhollow and Melville has

18  to force American Home to, you know, abide by its

19  obligations and I don't -- I don't think there's any, you

20  know, legal precedent for that American Home -- that

21  Broadhollow and Melville have to do that.

22          American Home Mortgage had an obligation.  If

23  they breached it, then Bank of America has a claim against

24  American Home Mortgage, but they don't have a claim against

25  Broadhollow and Melville for not forcing American Home

1 Mortgage to do what American Home Mortgage was supposed to

2 do.

3         So the obligation or the allegation that by

4 failing to force American Home Mortgage to repurchase loans

5 under 3.3, somehow Broadhollow and Melville breached

6 something is -- inaccurate.

7         And it doesn't say -- and which is telling.  It

8 doesn't say in Section 3.3 that they had to notify if they

9 purchased an ineligible loan.  It's if they discovered,

10 which practically makes sense because, as we stated,

11 Broadhollow and Melville were special purpose entities,

12 really didn't have the means to know every single loan.  So

13 it was if they discovered it, then they had to tell American

14 Home Mortgage and then American Home Mortgage had to go

15 through its obligations and if the loan materially affected

16 value, they had to repurchase.

17         The final phantom obligation is that Bank of

18 America alleges that Broadhollow and Melville could only

19 sell eligible loans at the auction.  Well, that is only

20 reached by their -- the first two obligations being true.

21 They reach it by logical steps and, well, if you can't buy

22 them and then you have to make them sell them back, then,

23 obviously, you can't sell them.

24         But it falls apart if you could buy them because

25 there's no prohibition on buying them and you -- it's not

1  your obligation to force American Home Mortgage to buy them

2  back, and there's nothing in any of the sections that say

3  you can't sell them.  All it says -- it says you have to

4  sell non-delinquent --

5          THE COURT:  Right.

6          MR. ROBERTS:  -- and non-defaulted loans, which,

7  obviously, many of those loans, performing loans could be

8  ineligible as Mr. Diamond's gone through before because

9  eligibility could be a document missing and it's not -- does

10 not mean it's a bad loan.

11         So you can't -- the obligation -- there's no

12 obligation that Broadhollow and Melville didn't sell

13 ineligible loans.  It doesn't exist so you can't -- buy

14 selling ineligible loans, they don't breach anything if they

15 didn't have an obligation not to.

16         And there's no bucket requirement based on

17 eligibility in either the auctions procedure agreement or

18 Section 11.2 of the MLPSA.

19         So to briefly go through their counterclaims,

20 they had four:  They had breach of contract; breach of

21 implied warranty of good -- you know,  good faith and fair

22 dealing; fraud; and negligent misrep.  So now that I've told

23 you why the representations weren't made and the obligations

24 don't exist, we'll go through briefly why the claims then

25 cannot stand and must be dismissed.

1          For breach of contract, obviously, you have to

2     have formation, performance, defendants' failure to perform

3     and resulting damage.  So the key here is Broadhollow and

4     Melville had to fail to perform under the MLPSA.  Well, if

5     they didn't have an obligation not to do the things and they

6     didn't make the representations, they can't fail to perform.

7          And so the only allegations of what they did that

8     breached the PSA where they purchased ineligible loans, but

9     as we've shown they didn't have an obligation to not

10     purchase them.  They didn't force American Home Mortgage to

11     repurchase, but that's not their obligation.  And then they

12     auctioned ineligible loans, which they didn't have an

13     obligation not to.

14          So none of those things, even if they're true,

15     constitute a breach of anything so there can't be a claim

16     and you can't re-plead that because it's not a factual

17     issue.  It's what the contract requires you to do.

18          The second is the breach of implied covenant of

19     good faith and fair dealing.  This is duplicative of the

20     breach of contract claim.

21          THE COURT:  No, it isn't.

22          MR. ROBERTS:  I would submit that it is, Your

23     Honor, under -- in this situation.  It's not -- it's not

24     duplicative if there's a different factual allegation.  But

25     if it's the identical factual allegations and nothing is

1  alleged differently in the breach of implied covenant of

2  good faith that there is in the breach of contract.  If

3  there was a different factual allegation, that's correct.

4         But under this circumstance where the factual

5  allegations are identical, the claims are duplicative

6  because if the breach of contract claim fails, meaning if

7  the -- if they didn't have any obligations under the

8  contract to not do any of these things, then the same things

9  --

10        THE COURT:  Yeah, but the point is -- the point

11  of the allegation is, is that a -- is reading it that,

12  frankly, closely and aggressively, which it may be correct,

13  fine, but is that -- is taking that position nonetheless

14  good faith and fair dealing?

15        MR. ROBERTS:  Well, I submit, Your Honor, that

16  you must read it that closely to determine the intent and

17  the intent is indicated solely by the language, and the

18  language here reflects the intent that none of those things

19  that they've alleged Broadhollow and Melville did were

20  prohibited.

21        And I understand your point.  If -- if the

22  purpose of the contract -- if you're violating the purpose

23  and the spirit of the contract, then, obviously, it's a

24  separate claim if you have a separate factual allegation.

25  But here the spirit's not violated if the obligations don't

1   exist.  And my -- and my submission is you would either win

2   the breach of contract and the breach of implied covenant of

3   good faith and fair dealing, therefore, they're identical or

4   you would lose both necessarily because they're based on the

5   same factual allegations.

6              THE COURT:  Okay.

7              Where's my piece of paper?

8              Go ahead.

9              MR. ROBERTS:  The next claim is -- just to back

10  up one second.  B of A's insistence that they can breach

11  this covenant of good faith and fair dealing, which they

12  reference in the brief, simply by not forcing -- somehow by

13  them not forcing American Home Mortgage to abide by the

14  contract is a breach of a covenant of good faith is also

15  unsupported by the law.  They cite nothing for the

16  proposition that Broadhollow and Melville were tasked, as I

17  stated before, with making sure American Home Mortgage

18  performed.  American Home Mortgage's performances was its

19  own responsibility and if -- and if it did not perform B of

20  A's claim lies with American Home Mortgage.

21              The fraud and fraudulent inducement of the

22  contract, this is also duplicative.  You can't turn a breach

23  of contract into a tort unless there's a legal duty

24  independent of the contract itself that is violated.  That,

25  we submit, is not the case here.  There's no legal duty

1   outside the contract.  You can't --

2         THE COURT:  Well, there's a legal duty not to

3   lie.  There's a legal duty not to misrepresent facts.  There

4   are plenty of legal duties outside of contract that can

5   constitute fraud.

6         MR. ROBERTS:  I'll submit, Your Honor --

7         THE COURT:  Now they may not exist in this case -

8   -

9         MR. ROBERTS:  Right.

10         THE COURT:  -- but --

11         MR. ROBERTS:  Right.

12         THE COURT:  -- otherwise there would be no such

13   thing as a fraudulent --

14         MR. ROBERTS:  Correct.

15         THE COURT:  -- inducement claim.

16         MR. ROBERTS:  Correct.  But the fraud has to be

17   outside of the contract.  You can't -- it does not -- a

18   breach -- a fraud claim doesn't lie if you -- the only

19   misrepresentation you allege is that you didn't -- you

20   represented to me that you were going to abide by the

21   contract and you didn't.  That does not constitute fraud

22   because, if so, then every breach of contract claim would

23   have a fraud claim.  There has to be some other

24   misrepresentation --

25         THE COURT:  Uh-huh.

1          MR. ROBERTS:  -- that lies.

2          And I agree, there can certainly be fraud claims

3    stemming from breach of contract, but you have to have that

4    legal duty outside of the contract.

5          THE COURT:  Uh-huh.

6          MR. ROBERTS:  And, obviously, to have a fraud

7    claim there has to be a misrepresentation.  But as the MLPSA

8    is clear Broadhollow and Melville did not represent anything

9    to Bank of America in the -- and the representations that B

10   of A claims in its counterclaim form the basis for the fraud

11   claim are the representations made by American Home Mortgage

12   as to eligibility, and those are, as we've said, American

13   Home Mortgage's representations, not the representations of

14   Broadhollow and Melville.

15         And that's the important fact here.  If

16   Broadhollow and Melville didn't represent anything, they

17   can't -- they could not have committed fraud because you

18   have to have a representation -- a misrepresentation for a

19   fraud claim to lie.

20         And when you have fully integrated contracted

21   which specifically reference all the representations and

22   those representations specifically weren't made, then it --

23   based on contract interpretation you have to assume there

24   are no representations.

25         In Bank of America's response to Broadhollow and

1   Melville's motion to dismiss, they then say that, well, the

2   -- in the counterclaim they say the representations were the

3   representations you made in the MLPSA.  And then they switch

4   after it's pointed out that those representations were only

5   made by American Home.  They say, no.  In fact, the -- the

6   representation that you made was, as I stated earlier, you

7   represented to us that you would abide by the contracts and

8   then you didn't.  And that, as the case law shows, cannot

9   form the basis of a fraud claim.

10            And, also, Bank of America tries to create the

11  legal independent duty necessary by using the special facts

12  doctrine which I'm sure you're familiar with.  The special

13  facts doctrine does not apply if the party, meaning Bank of

14  America, could have found out this information through the

15  exercise of ordinary intelligence, which means if Bank of

16  America could have determined on its own whether loans were

17  eligible or ineligible, even if you assume that Broadhollow

18  and Melville made the representation, if they could

19  determine on their own whether they were eligible or not,

20  then there's no legal duty independent.

21            And under the -- both the MLPSA and the forward

22  swaps, B of A was entitled to monthly loan reports regarding

23  each of the loans.  B of A could have looked through the

24  documentation itself.  It wasn't like B of A had no way of

25  knowing and they were completely reliant on Broadhollow and

1  Melville for this information.  Obviously, as we stated,

2  there was no representation, but even assuming it was made,

3  you still have to show this legal duty independent for a

4  fraud claim to lie.

5           THE COURT:  Uh-huh.

6           MR. ROBERTS:  The final cause of action is

7  negligent misrepresentation.  Again, in its title you have

8  to have a representation and, as we've discussed, since

9  there wasn't a representation, this claim cannot exist.

10          Also, there was -- there is no special

11 relationship which is required by a negligent

12 misrepresentation claim between Broadhollow and Melville and

13 Bank of America.  Broadhollow and Melville was a special

14 purpose entity.  Bank of America is a large financial

15 institution.  They weren't relying on Broadhollow and

16 Melville in this instance.

17          And the contracts, first the contracts state that

18 both in the swap agreement, it's in Appendix A30 to A31 that

19 -- it has a section that says, status of the parties,

20 meaning Bank of America and Broadhollow and Melville, and it

21 states the other party is not acting as a fiduciary or an

22 advisor for it in respect of that transaction.

23          And there's also non-reliance in evaluation,

24 understanding provisions listed in the swap agreement; that

25 the parties aren't relying on each other.  There's no

1  special relationship.

2          And, also, under New York law it just makes sense

3  that there's not a special relationship between parties in

4  an arm's length business transaction.  There's not --

5  there's not a fiduciary obligation here.  These are well-

6  counseled sophisticated parties.  They weren't relying on

7  one another.

8          So in conclusion, B of A's counterclaim is really

9  nothing but incorrect legal conclusions and contradicted

10  factual allegations that are contradicted by the plain

11  language of the MLPSA and the forward swaps.

12          And B of A's really trying to end around the

13  bankruptcy process.  They have claims against American Home

14  Mortgage possibly, but American Home Mortgage obviously

15  won't be able to pay those claims.  It will be pennies on

16  the dollar in the bankruptcy.  So now they're trying to tag

17  Broadhollow and Melville with the obligations or the

18  possible breaches of obligations or the possible

19  misrepresentations of American Home Mortgage, and that's --

20  that's not correct.  Broadhollow and Melville's not liable

21  for what American Home Mortgage did or did not do.

22          The forward swaps -- neither the forward swaps or

23  the MLPSA's placed the obligations on Broadhollow and

24  Melville that B of A said they placed.  Those were American

25  Home Mortgage's representations and obligations.  Thus, B of

1   A's counterclaim must be dismissed with prejudice because if

2   the obligations don't exist and the representations weren't

3   made, you cannot re-plead.  Nothing can cure the problem

4   here if American Home -- if Broadhollow and Melville didn't

5   have the obligation to do it -- not do any of these things.

6              Thank you.

7              THE COURT:  You're welcome.

8              Response.

9              MR. RUBENSTEIN:  Your Honor, picking up on what I

10  hope we established this morning; that Bank of America had

11  no obligations under the swap to make any partial

12  termination payments to the plaintiffs for losses

13  attributable to the eligible loans.

14             If that's so, if the Court finds that, then we

15  don't need these counterclaims because then we have no

16  obligation under the swap to make the payments for

17  ineligible loans.

18             THE COURT:  Right.

19             MR. RUBENSTEIN:  But it's only if the Court finds

20  otherwise, either now or after trial, that somehow the swap

21  definition covers ineligible loans, then we would have a

22  counterclaim, a separate claim under the MLPSA because Bank

23  of America would then have been damaged by, among other

24  things, plaintiffs' violating its duties and obligations

25  under the MLPSA not to purchase ineligible loans, and it's

1   only because of that violation that they were then owned by

2   plaintiffs and the swaps would have, if the Court so

3   determines, have covered it.  That's the basis for the

4   counterclaims.

5          Let me briefly take you though the different

6   counterclaims that were addressed earlier.

7          First, the breach of contract counterclaim.  I

8   think I can very quickly deal with their first argument that

9   they've made in the briefs and that is that the banks can't

10  have a breach of counterclaim against them under the MLPSA.

11  They say, first, because we're not a party to the MLPSA.

12  They actually say, "Forward swaps" -- they argue that:

13              "The forward swaps are the only contract under

14              which Bank of America faces either Broadhollow or

15              Melville and that Bank of America does not allege

16              that plaintiffs' breached any obligation under

17              the forward swaps."

18          That is an argument that has absolutely no merit

19  whatsoever.  I don't want to belabor the Court, so I -- if I

20  may, Your Honor, it only has two counts.

21          THE COURT:  You're very well prepared.

22          MR. RUBENSTEIN:  Behind Tab 1, Your Honor, is an

23  excerpt from Section 12.15 of the MLPSA, the contract that

24  we are suing under under the counterclaims.  Bank of America

25  is an express third party beneficiary to the MLPSA, "and is

1  entitled to the rights and benefits there under and may

2  enforce the provisions thereof as if it was a party

3  thereto."

4          I don't think there's any legitimate dispute that

5  we can sue for a breach of the MLPSA and if so, that leaves

6  plaintiffs with the sole argument of the contract claim that

7  we're trying to assert claims that do not exist, and I'll

8  address those now briefly, Your Honor, because I've already

9  spent a lot of time this morning going through the MLPSA and

10 demonstrating that only eligible loans could have been

11 properly sold and purchased by the plaintiffs.

12         And I won't belabor the Court with that.  I'm

13 sure Your Honor remembers now, probably I've said it too

14 many times.  They can only purchase mortgage loans that were

15 identified on a transfer supplement.  That was their

16 obligation.  They can only purchase mortgage loans pursuant

17 to a transfer supplement and under a transfer supplement

18 each mortgage loan must be an eligible loan.  That's what

19 Section 2.1 said.

20         We also saw 2.1 saying that the subject portfolio

21 of mortgage loans must be as described in Section 2.4, and

22 we saw Section 2.4 says, each mortgage loan must be an

23 eligible loan.  And, of course, Your Honor, we, taking a

24 step back from the big overview of what this whole contract

25 was about, we saw the two whereas clauses, which I still

1  haven't heard a response to, which specifically says:  "The

2  purchaser"  -- that the ML -- the purpose of the MLPSA was

3  for "the purchaser to purchase from time to time mortgage

4  loans constituting eligible loans."  It was designed to

5  "prescribe the manner of purchase of eligible loans."

6         Plaintiffs arguments, well, they first say

7  correctly that MLPSA Section 3.2, under it, which is a

8  representation section by the seller, only American Home

9  made eligibility representations.  That, however, does not

10 preclude the bank's claims against the plaintiffs.

11        Of course we had -- could have a claim against

12 American Home for its breach of its representation in 3.2.

13 But that in no way excuses plaintiffs from performing their

14 obligations under the many other sections that I've gone

15 through this morning, Your Honor, not to purchase ineligible

16 loans.  It's not just a representation.  They have an

17 obligation to purchase certain kinds of loans.

18        If they violate that obligation and they purchase

19 those loans that they're not supposed to purchase, and we're

20 a third party beneficiary of this agreement, and if somehow

21 Your Honor says, but the swap covers it because we're stuck

22 with the swap, well, then they've violated this agreement by

23 purchasing something they shouldn't have and that's what

24 causes us to have to cover those losses under the swap.

25 That's a claim.  It's not we either win both or we lose

1  both.  Quite the opposite.

2          If we win the swap argument, then we don't need

3  the counterclaims.  But it's -- if we lose the swap

4  argument, then our loss, our damage under the swap is caused

5  by their violation of the many different provisions that

6  I've taken Your Honor through this morning.

7          Separately, there's an obligation to deal with

8  ineligible loans that find their way into the portfolio and

9  to sell them back to the seller.  That's a separate and

10  additional breach.  We've addressed this on summary judgment

11  as well.  Section 3.3, you've heard again, just a few

12  moments ago, they argue that they had no duty to resell

13  ineligible loans under Section 3.3 of the MLPSA.

14          I won't repeat everything that I went through on

15  3.3, but if I can, Your Honor, 3.3 says, "Upon discovery by

16  the purchaser of a breach of any eligibility representation,

17  the purchaser, the purchaser shall give prompt written

18  notice" -- and by the way, not just to American Home --

19  "prompt written notice to the seller and to the bank."  They

20  had a contractual express obligation to give us written

21  notice.  And then the seller is then required to buy back

22  those loans.  It doesn't have discretion.  It shall

23  repurchase such mortgage loan.

24          Those are not requirements that are only

25  applicable to the seller.  Those are applicable requirements

1   of the purchaser.  It requires these plaintiffs to give

2   notice to the seller and to us, and to require that the

3   seller buy back the loans.

4          Now the seller then has an obligation to buy back

5   those loans.  We never got to whether they would violate

6   that obligation because they never gave that notice.  This

7   is not an option on their part.  They can't exercise

8   discretion, which is what they say they had, to decide to

9   keep these loans because they like oranges and not require

10  American Home to buy them back.  If they discovered there

11  were oranges in the portfolio, they have to give notice to

12  us and to the seller and require the seller to buy it back,

13  and then the seller is required to get it back.  And they

14  clearly did not comply with that obligation.

15         They certainly never gave the bank notice, and if

16  they had, we're a third party beneficiary.  We could have

17  then enforced our rights against the seller to make the

18  seller buy those loans back.  That's a right that we had.

19  They never gave us that notice.

20         That takes me to plaintiffs' knowledge.  Your

21  Honor, there is no merit to their argument that in order to

22  try and avoid the obligation that the MLPSA provides no

23  means, they say, for them to determine which mortgage loans

24  may not be eligible loans.

25         When these plaintiffs buy these loans, they own

1   them.   They, not us, they have access to all loan file

2   information necessary to determine whether or not the loans

3   meet the eligibility criteria.   That's what triggers that

4   period of time in which they can investigate and give notice

5   to the seller and give us notice.

6           They can't close their eyes and cop defective

7   loans in their portfolio.   That's not what the contract

8   allows them to do, nor can they hide between what they keep

9   on harping on which is a distinction between what American

10  Home knew and what they knew.

11          As I said and it's indisputable, American Home

12  was plaintiffs' sole member and manager.   American Home

13  acted on behalf of the plaintiffs as its agent as well as

14  its manager.   It's clear that plaintiffs, which are shell

15  entities, can only act through its manager and its agent,

16  American Home.   It's clear because of that they have to be

17  considered to know what's in the loan files.

18          And we cited New York law which applies to this

19  clearly on point.   We cited the <u>Blattmauher (phonetic)</u>

20  <u>versus Brown</u> case, so holding.   That Court said that defined

21  otherwise would be "a complete disregard of common sense and

22  practical experience."   And the only answer to that case

23  that they have is to say it's a 1937 case.   But there's no

24  other case that rules differently.

25          There is, finally, a separate obligation,

1  contract obligation which we say they breached in our

2  counterclaims, and that is if they were required to purchase

3  only eligible loans, if that's so, then they could only sell

4  eligible loans at auction.  That's correct.  That's another

5  violation.

6          If they could only buy eligible loans, then the

7  rights they had or the obligation they had when termination

8  events happened to auction off and sell that which they

9  properly owned would only have included eligible loans, and

10  that's a separate breach.

11          And so in sum, Your Honor, on the breach of

12  contract claim, they're unable to cite to any provisions in

13  the MLPSA stating that they were permitted to purchase

14  ineligible loans.  They have not cited to any provisions

15  saying that they were permitted to keep ineligible loans in

16  the portfolio if they somehow bought them, or to sell

17  ineligible loans at auction.

18          So the purposes of this motion to dismiss, not

19  summary judgment, this motion to dismiss, if we don't

20  prevail on our summary judgment motion because Your Honor

21  finds that it -- that the contract is not unambiguous on its

22  face; that it precludes ineligible loans under the swaps --

23          THE COURT:  Uh-huh.

24          MR. RUBENSTEIN:  -- then I submit at the very

25  least the contract is ambiguous to the extent of plaintiffs'

1    obligations and that would render a motion to dismiss

2    improper.

3            Let me briefly touch upon the separate claim of

4    the obligation of the implied covenant of good faith and

5    fair dealing.  Your Honor has -- has addressed that

6    yourself.

7            It is not the law in New York that there can't be

8    a breach of contract claim and an implied covenant of good

9    faith claim at the same time.  And the fact that it shares a

10   factual predicate with the breach of contract claim misses

11   the point.  The claim is not identical and duplicative of

12   the breach of contract claim.

13           They, themselves, assert that -- this is them --

14   that they have not breached any express terms of the MLPSA.

15   Well, they're wrong and I hope I've demonstrated that

16   they're wrong.  And if they're wrong, then I don't need the

17   implied covenant of good faith claim because they will have

18   breached an express contract claim.

19           But if they're right and they haven't breached

20   any express contract claim, then we say that they've

21   breached at least the implied covenant of good faith and

22   fair dealing.  And New York law recognizes that type of very

23   claim.  It prohibits a party from -- this is the Zurikoff

24   (phonetic) case we cited "acting in a manner that although

25   not expressly forbidden by a contractual provision, would

1  deprive the other party of the right to receive the benefits

2  under their agreements."

3          That's what we're alleging.  The covenant is

4  designed to fill the gaps in the express terms of the

5  contract to ensure that the parties' intent and reasonable

6  expectations in entering into the contract are not

7  frustrated.  Again, we don't need this claim if we succeed

8  on the breach of contract claim.  But if the express claim,

9  breach of contract claim fails --

10         THE COURT:  Uh-huh.

11         MR. RUBENSTEIN:  -- then we have a claim for the

12  implied covenant of good faith and fair dealing.

13         Let me turn, if I may, Your Honor, to the fraud

14  claim, fraud inducement claim.  They seek dismissal of that

15  by arguing that since a breach of contract claim has been

16  asserted, you, in effect, can't double up they say and at

17  the same time ever have a fraud claim.  Of course, New York

18  cases -- that's not the law.  New York cases are bound

19  recognizing the ability to assert both a breach of contract

20  claim and a fraud -- separate fraudulent inducement claim.

21         We cited throughout our brief the Tomoko versus

22  Loughlin (phonetic) decision, "The distinction between fraud

23  and contract claims holds true even when the allegedly

24  fraudulent inducements appear in the written contract."

25         Count III of our counterclaims allege that

1  plaintiffs represented to the bank that they would purchase

2  only high quality eligible loans into the program as a means

3  to induce the bank's participation in the program, and that

4  they intended all along to purchase and accept ineligible

5  loans, not that, well, if you have a contract and you have a

6  contract provision and it's breached, you can't just sue by

7  saying that that also constitutes a fraud.

8          If at the time you induce someone to enter into

9  the contract or to continue in the contract you don't intend

10 to honor the contract's obligations, the law clearly

11 recognizes that at -- can be in addition to a breach of

12 contract claim; that can be a fraud claim.  That's why we

13 were made a third party beneficiary to the agreement, to

14 enforce the protections we had against ineligible loans.

15         The New York Court of Appeals itself in the

16 Deerfield decision held that such a "promise made with a

17 preconceived and undisclosed intent of not performing it

18 constitutes a misrepresentation that is actionable in fraud

19 even if you have a breach of contract claim."

20         And as for their argument that we heard that the

21 bank has failed to allege that a legal duty independent of

22 the contract itself has been violated, the Skworski

23 (phonetic) decision that we cited and quoted in our brief

24 says, "A duty to disclose arises when one party's superior

25 knowledge of the central facts renders a transaction without

1   disclosure inherently unfair."

2           Our claim specifically pleads that plaintiffs'

3   posses and had such superior knowledge regarding the loans

4   to be purchase.  It is no answer for them to assert as we

5   heard at the very end of the argument that the bank had the

6   right to a monthly loan report from the servicer and that,

7   therefore, we had the same knowledge.  The monthly report is

8   a performance report.  It is not the loan file.  You do not

9   get the loan file which is needed to determine if all of the

10  eligibility criteria are met.  They only had that and that's

11  the kind of superior knowledge that allows you to assert a

12  fraud claim.

13          And, finally, the last claim to address is the

14  negligent misrepresentation claim.  Plaintiffs say that

15  there is -- they're entitled to dismissal of that because

16  there's no special relationship between plaintiffs and Bank

17  of America.

18          First, Your Honor, I submit the cases are clear

19  that we cited and relied on; that such a claim is hardly

20  ever, ever susceptible to dismissal on a motion to dismiss.

21  The very nature of the special relationship requirement

22  makes negligent misrepresentation claims particular

23  unsuitable for resolution on a motion to dismiss.

24          The Tomoko case, again, specifically says, "Under

25  New York law, determining whether a special relationship

1  exists ordinarily requires a fact intensive case by case

2  inquiry."

3  Plaintiffs had that kind of special duty to the

4  bank here because, as we've pleaded, only they knew and had

5  the knowledge of the contents of each mortgage loan in their

6  portfolio and whether or not each of those loans met the

7  mortgage requirements.

8  And, finally, Your Honor, they try to avoid this

9  claim which is asserted under the MLPSA, not under the swap,

10  but under the MLPSA, by, we heard at the very end, switching

11  the focus to the swap and then arguing that the parties

12  agreed in the swap that no special relationship exists

13  between Broadhollow or Melville and Bank of America.  That's

14  what we heard.  That the swap has these no special

15  relationship provision.

16  Even if we were suing under the swap -- but we're

17  suing under the MLPSA so that doesn't govern.  But even if

18  we were suing under the swap, plaintiffs would be wrong and

19  that takes me to my very last Tab 2 of the handout I gave

20  Your Honor.  Let's look at the language of the non-reliance

21  section in the swap that they invoke.  It says:

22  "Each party represents and warrants it is not

23  relying on any communication, written or oral, of

24  the other party as investment advice or as a

25  recommendation to enter into that transaction.

1              It being understood that information and

2              explanations related to the terms and conditions

3              of the transaction shall not be considered

4              investment advice or a recommendation to enter

5              into that transaction."

6          This provision, again, in the swap and not in the

7    MLPSA states only that the parties are not relying on each

8    other for advice on whether it makes business sense to enter

9    into this program.  The bank, however, has alleged that it

10   relied on plaintiffs' representation that the program the

11   bank had decided on its own to enter into would be and was

12   and would continue to be constituted in accordance with the

13   parties' agreement as reflected in the MLPSA.

14         In sum, Your Honor, as I said, if we lose because

15   the Court determines that the swaps cover ineligible loans

16   irrespective of what the MLPSA requires, we then have these

17   counterclaims against plaintiffs for violating the MLPSA and

18   acquiring loans that they shouldn't have, but which we will

19   then have to pay for the diminution in value because the

20   Court will have decided that they can be covered by the

21   swaps.

22         But, again if we win on the swaps, then we don't

23   need these counterclaims, obviously.

24         Thank you, Your Honor.

25         THE COURT:  Thank you.

1           Reply.  I said, reply.  Sorry.  Thank you.

2           MR. ROBERTS:  Just a few points, Your Honor.

3           To address Mr. Rubenstein's last point, the

4   obligations can only exist if mortgage loans and eligible

5   loans mean the same thing, which is the only way they can

6   win their MSJ, but if they -- if you rule that mortgage

7   loans and eligible loans mean something different, the MSJ

8   fails, but the obligations can't exist because it's the same

9   interpretation of those two terms that forms the basis for

10  both.

11          So that's why they can't both lie.  It's not

12  because if these obligations did exist they wouldn't be

13  damaged.  It's if the -- the ruling and the interpretation

14  of the contract that's required to deny the MSJ, that

15  interpretation necessarily denies -- warrants dismissal of

16  their counterclaim.  It's assuming that the same

17  interpretation would be made in both instances.

18          Just a few points.  I just need to harp on it

19  again; that B of A ignores that Broadhollow and Melville had

20  an independent manager.  So B -- American Home was not

21  acting as agent.  These transactions all done all the time

22  and they're structured this way where a special purpose

23  entity is distinct and is not tasked with the knowledge of,

24  you know, the party that maybe owns a lot of the stock.

25  It's there's an independent manager put in for this sole

1    purpose to prevent that.  And, again, there's no allegation

2    of alter ego here and these are non-debtor entities.

3           A point I really want to make is Mr. Rubenstein

4    makes it sound like in the counterclaim they alleged the

5    breach of the obligation under 3.3 is not giving notice.

6    That, in fact, is not the allegation.  There's no allegation

7    that Broadhollow and Melville didn't give notice.  The

8    allegation, as stated in the counterclaim, is that they

9    didn't force the repurchase or they didn't resell, I think

10   is the exact terms, and then in the briefing it's they

11   didn't force the repurchase.  So they -- it's not that there

12   was no notice given.  That's not what is stated in the

13   counterclaim.

14          And, again, the reps he's talking about were the

15   representations made at the hearing by the American Home

16   party representative when he was testifying about the loan.

17   They weren't representations made by Broadhollow and

18   Melville.  So you can't just say that -- you can't treat

19   them as the same and when American Home makes a

20   representation it's also a representation of Broadhollow and

21   Melville.

22          And, finally, why it's important, the non-

23   reliance provisions and the non-fiduciary provisions in the

24   forward swap is the claim is that the representations that

25   were allegedly made by Broadhollow and Melville induced Bank

1   of America into entering into the forward swap.  So it's

2   that the representations that were made in the MLPSA that we

3   allege were not made, but those representations induced into

4   the forward swap.  So that's why the forward swap provisions

5   are relevant when they're saying that we didn't rely on you

6   when we entered into this agreement.

7              THE COURT:  Okay.

8              MR. ROBERTS:  Thank you.

9              THE COURT:  You're welcome.

10             Well, this is a -- this is -- first of all, thank

11   you for an excellent presentation.  And second I -- I expect

12   it comes as no surprise that given the complex nature of the

13   documents and the detailed nature of the documents I'm going

14   to have to take this matter under advisement -- sorry --

15             (Laughter)

16             THE COURT:  -- and issue a written ruling, which

17   I will turn to as soon as possible.

18             But thank you again.  We're adjourned.

19             MR. ROBERTS:  Thank you, Your Honor.

20             MR. RUBENSTEIN:  Thank you, Your Honor.

21             MR. DIAMOND:  Thank you.

22         (Whereupon at 1:35 p.m., the hearing was adjourned)

23

24

25

## CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

Sherri Breach                    December 22, 2010

AAERT Cert. No. 397

Certified Court Transcriptionist

| Word | Page:Line |
| --- | --- |
| **07-11047**(css)(1) 1:6 | |
| **a's**(3) 77:10 82:8 82:12 | |
| **a.m**(1) 1:13 | |
| **a30**(1) 81:18 | |
| **a31**(1) 81:18 | |
| **aaron**(4) 2:5 3:10 3:24 5:13 | |
| **abide**(4) 72:18 77:13 78:20 80:7 | |
| **ability**(4) 23:24 68:8 69:23 92:19 | |
| **able**(2) 55:8 82:15 | |
| **about**(29) 8:8 10:25 18:4 18:5 22:4 24:23 25:21 28:16 28:23 29:5 30:7 33:20 35:21 38:14 38:17 40:14 48:23 49:5 49:16 49:20 54:4 58:1 59:3 60:3 64:9 67:9 85:25 98:14 98:16 | |
| **above-entitled**(1) 100:4 | |
| **absence**(1) 12:23 | |
| **absolutely**(5) 33:3 33:8 35:10 44:7 84:18 | |
| **accept**(1) 93:4 | |
| **access**(1) 89:1 | |
| **accommodation**(1) 5:9 | |
| **accordance**(2) 32:5 96:12 | |
| **achieve**(1) 32:18 | |
| **acquired**(1) 19:25 | |
| **acquiring**(1) 96:18 | |
| **act**(1) 89:15 | |
| **acted**(1) 89:13 | |
| **acting**(3) 81:21 91:24 97:21 | |
| **action**(3) 5:17 12:19 81:6 | |
| **actionable**(1) 93:18 | |
| **actual**(1) 68:1 | |
| **actually**(12) 5:18 15:8 26:11 34:4 37:19 47:9 48:8 48:15 58:1 59:2 65:19 84:12 | |
| **addition**(1) 93:11 | |
| **additional**(1) 87:10 | |
| **address**(14) 4:23 4:24 5:12 6:8 6:16 10:18 27:22 28:7 28:25 31:19 33:7 85:8 94:13 97:3 | |
| **addressed**(4) 57:15 84:6 87:10 91:5 | |
| **addresses**(1) 59:4 | |
| **addressing**(2) 59:2 59:8 | |
| **adjourned**(2) 99:18 99:22 | |
| **admitted**(2) 46:21 50:17 | |
| **adopt**(1) 20:15 | |
| **adv**(1) 1:16 | |
| **adverse**(5) 12:4 26:25 27:13 27:13 67:2 | |
| **adversely**(4) 33:23 47:25 48:3 48:25 | |
| **advice**(4) 32:16 95:24 96:4 96:8 | |
| **advised**(2) 8:24 8:24 | |
| **advisement**(1) 99:14 | |
| **advisor**(1) 81:22 | |
| **aert**(1) 100:9 | |
| **affect**(2) 34:9 72:16 | |
| **affected**(1) 73:15 | |
| **affects**(1) 72:15 | |
| **affidavit**(5) 36:21 39:9 42:9 42:15 42:22 | |
| **affirmative**(1) 21:8 | |
| **after**(9) 7:24 7:25 9:16 9:17 30:5 58:9 67:15 80:4 83:20 | |
| **afternoon**(1) 45:8 | |
| **again**(17) 4:11 5:13 17:11 19:7 23:23 47:5 61:6 81:7 87:11 92:7 94:24 96:6 96:22 97:19 98:1 98:14 99:18 | |
| **against**(11) 55:17 56:17 72:23 72:24 82:13 84:10 86:10 86:11 88:17 93:14 96:17 | |
| **agency**(1) 36:3 | |
| **agent**(3) 89:13 89:15 97:21 | |
| **aggressively**(1) 76:12 | |
| **aging**(7) 41:11 43:6 51:11 53:1 53:6 53:13 53:18 | |
| **ago**(6) 10:22 11:1 25:4 27:3 53:5 87:12 | |
| **agree**(5) 6:6 22:21 43:20 71:19 79:2 | |

| Word | Page:Line |
| --- | --- |
| **agreed**(7) 4:1 4:4 4:18 18:6 18:7 35:4 95:12 | |
| **agreement**(30) 5:18 5:21 6:4 6:15 7:21 12:19 17:16 19:2 22:11 23:14 30:3 32:6 40:9 40:21 44:7 49:9 49:20 50:11 61:8 62:2 70:6 70:16 74:17 81:18 81:24 86:20 86:22 93:13 96:13 99:6 | |
| **agreements**(6) 7:6 7:9 22:25 57:2 63:20 92:2 | |
| **ahead**(2) 63:16 77:8 | |
| **ahm**(1) 54:22 | |
| **all**(73) 3:3 3:6 4:17 9:17 11:17 11:22 12:7 13:5 15:5 15:6 15:14 16:1 17:24 19:10 19:17 20:12 24:7 24:17 26:7 26:9 26:12 27:8 30:20 30:20 32:12 32:17 35:15 37:1 40:10 40:14 40:17 42:20 44:4 44:5 46:15 48:4 49:5 50:15 51:3 51:6 51:11 51:11 51:13 52:13 52:17 52:20 54:6 55:12 55:25 57:3 61:13 61:16 61:25 62:19 62:21 62:22 62:24 65:13 68:2 68:20 71:19 71:22 72:4 72:15 74:3 79:21 89:1 93:4 94:9 97:21 97:21 99:10 | |
| **allan**(3) 1:29 3:17 28:2 | |
| **allegation**(10) 66:11 73:3 75:24 76:3 76:11 76:24 98:1 98:6 98:6 98:8 | |
| **allegations**(10) 54:13 65:10 65:11 65:14 65:14 75:7 75:25 76:5 77:5 82:10 | |
| **allege**(7) 64:6 69:11 78:19 84:15 92:25 93:21 99:3 | |
| **alleged**(5) 12:19 76:1 76:19 96:9 98:4 | |
| **allegedly**(2) 92:23 98:25 | |
| **alleges**(5) 64:1 67:17 68:24 72:2 73:18 | |
| **alleging**(1) 92:3 | |
| **allowed**(2) 16:1 26:3 | |
| **allows**(3) 18:23 89:8 94:11 | |
| **alone**(2) 9:5 27:18 | |
| **along**(1) 93:4 | |
| **alongside**(3) 28:14 29:24 31:8 | |
| **alphabetical**(1) 41:22 | |
| **already**(3) 40:15 44:21 85:8 | |
| **also**(25) 4:18 5:23 6:3 7:9 13:2 18:25 22:10 23:20 26:9 29:12 36:6 44:7 45:3 50:23 64:8 65:16 77:14 77:22 80:10 81:16 81:23 82:12 89:22 89:25 93:7 98:20 | |
| **alter**(3) 54:14 66:12 98:2 | |
| **although**(1) 91:24 | |
| **always**(2) 56:10 60:16 | |
| **ambiguous**(1) 90:25 | |
| **america**(71) 1:18 2:4 5:14 7:11 8:20 8:24 9:8 9:22 11:25 12:6 12:10 12:21 12:25 13:4 21:18 21:24 22:18 23:23 26:5 27:14 28:11 29:2 29:9 29:12 29:19 29:25 30:2 32:13 37:18 37:22 37:23 39:12 44:1 44:1 48:10 51:23 55:10 55:11 55:20 56:7 56:7 56:14 56:19 58:10 60:10 61:11 63:3 64:1 64:12 66:20 67:17 68:23 69:14 72:2 72:23 73:18 79:9 80:10 80:14 80:16 81:13 81:14 81:20 83:10 83:23 84:14 84:15 84:24 94:17 95:13 99:1 | |
| **america's**(9) 26:19 29:15 32:8 32:21 40:22 63:15 63:22 68:13 79:25 | |

| Word | Page:Line |
| --- | --- |
| **american**(74) 6:23 6:24 6:25 7:2 7:8 7:25 9:9 44:4 44:8 44:9 44:16 45:9 48:2 51:17 52:23 53:16 54:7 54:11 54:11 54:20 55:3 55:12 56:9 56:10 56:17 60:6 60:11 60:13 66:2 66:5 66:8 66:24 66:25 67:19 72:3 72:7 72:11 72:12 72:13 72:18 72:20 72:22 72:24 72:25 73:1 73:4 73:13 73:14 74:1 75:10 77:13 77:17 77:18 77:20 79:11 79:12 80:5 82:13 82:14 82:19 82:21 82:22 83:4 86:8 86:12 87:18 88:10 89:9 89:11 89:12 89:16 97:20 98:15 98:19 | |
| **among**(4) 7:11 19:20 26:3 83:23 | |
| **amount**(7) 10:14 10:16 10:25 11:4 12:16 27:1 27:12 | |
| **analogy**(1) 31:1 | |
| **analysis**(1) 40:8 | |
| **and**(301) 1:35 1:42 2:10 3:8 3:10 3:15 3:18 4:13 4:14 4:18 5:8 5:14 5:15 5:22 6:24 6:25 7:2 7:3 7:6 7:7 7:9 7:10 7:15 7:23 7:25 8:20 8:21 8:22 9:1 9:2 9:8 9:9 9:16 10:4 10:5 10:8 10:8 10:23 11:11 11:24 12:9 12:15 12:17 12:18 12:24 13:8 13:24 13:25 14:16 14:18 14:19 14:20 15:6 15:11 15:18 15:21 16:4 16:16 16:17 16:17 16:23 17:1 17:3 17:5 17:15 17:15 17:18 17:20 18:10 18:14 18:14 18:23 18:24 19:6 19:20 19:22 20:1 20:4 20:10 20:16 20:16 20:22 21:7 21:17 21:24 21:25 22:1 22:2 22:5 22:24 23:4 23:3 23:10 23:11 23:11 23:19 23:22 23:25 24:5 24:8 24:11 24:13 24:18 24:22 24:24 25:1 25:3 25:7 25:20 26:4 26:7 26:14 26:15 26:19 26:20 26:23 26:25 27:3 27:3 27:3 27:8 27:10 27:17 27:20 27:21 27:21 28:3 28:11 28:18 28:21 28:25 29:4 29:9 29:12 29:18 29:21 29:21 30:1 30:25 31:2 31:2 31:6 31:6 31:8 31:25 31:25 32:2 32:13 32:16 32:17 33:10 33:11 33:12 33:13 33:24 34:10 34:10 34:13 34:14 34:15 34:5 34:24 35:2 35:7 35:9 35:10 35:14 35:17 36:6 36:11 36:16 36:19 37:14 37:17 37:19 38:15 39:3 39:5 39:11 39:17 39:17 39:19 39:21 39:22 40:13 40:14 40:21 40:23 40:24 41:8 41:12 41:17 42:6 42:17 42:18 42:18 43:3 43:7 43:11 43:20 43:20 43:21 43:21 43:21 43:22 44:3 44:5 44:7 44:10 44:19 44:21 45:2 45:3 45:5 45:6 45:11 45:11 45:13 45:13 45:22 46:2 46:7 46:8 46:8 46:16 46:20 46:20 47:1 47:5 47:9 47:10 47:14 47:19 47:22 47:23 47:24 48:2 48:7 48:8 48:9 48:14 48:15 48:18 48:18 48:19 48:19 48:20 48:21 48:23 49:6 49:1 49:14 49:15 49:19 49:24 49:25 50:1 50:1 50:24 51:1 51:18 51:19 51:21 51:25 52:1 52:5 52:8 52:11 52:12 52:14 52:19 52:25 53:4 53:9 53:13 53:14 53:15 54:5 54:6 54:8 54:10 54:10 54:14 54:14 54:15 54:18 54:21 | |

| Word | Page:Line |
| --- | --- |
| **and**(301) 54:22 54:25 55:2 55:4 55:6 55:8 55:11 55:13 55:15 55:15 55:18 55:20 55:24 55:25 56:7 56:8 56:9 56:13 56:14 56:15 56:15 56:19 56:24 56:25 57:2 57:3 57:4 57:4 57:6 57:9 57:15 57:16 57:23 58:1 58:2 58:3 58:8 58:14 59:6 59:7 59:12 59:18 60:3 60:5 60:10 60:11 60:15 61:2 61:5 61:11 61:11 61:25 62:2 62:7 62:10 62:10 62:20 62:22 63:14 63:14 63:17 63:19 63:21 63:23 63:24 63:25 64:2 64:3 64:7 64:8 64:10 64:11 64:16 64:19 65:13 65:15 65:16 65:17 65:19 65:20 65:22 65:23 66:1 66:4 66:5 66:6 66:6 66:6 66:7 66:10 66:11 66:14 66:17 66:17 66:19 66:20 66:25 67:2 67:3 67:5 67:7 67:9 67:10 67:11 67:14 67:15 67:16 67:18 67:20 67:23 67:25 68:2 68:4 68:5 68:7 68:13 68:13 68:14 68:16 68:18 69:18 69:19 70:1 70:17 70:18 70:21 70:24 71:1 71:7 71:10 71:21 72:2 72:5 72:5 72:8 72:9 72:11 72:14 72:17 72:19 72:21 72:25 73:5 73:7 73:7 73:11 73:14 73:15 73:18 73:21 73:22 73:25 74:2 74:6 74:9 74:12 74:16 74:21 74:22 74:23 74:25 75:3 75:3 75:5 75:7 75:11 75:16 75:19 75:25 76:12 76:14 76:16 76:17 76:19 76:21 76:23 77:1 77:1 77:2 77:3 77:11 77:16 77:19 77:19 77:21 78:21 79:2 79:6 79:8 79:9 79:12 79:14 79:15 79:16 79:20 79:21 79:25 80:3 80:7 80:8 80:10 80:18 80:21 80:21 80:25 80:25 81:8 81:12 81:12 81:13 81:15 81:17 81:20 81:20 81:20 81:23 82:2 82:9 82:11 82:12 82:17 82:19 82:20 82:23 82:25 83:2 83:4 83:24 83:25 84:2 84:9 84:15 84:25 85:1 85:1 85:5 85:7 85:9 85:11 85:12 85:17 85:21 85:23 86:18 86:19 86:20 86:23 87:8 87:9 87:18 87:19 87:21 88:2 88:2 88:9 88:12 88:12 88:13 88:13 88:15 88:22 89:4 89:5 89:6 89:10 89:11 89:12 89:15 89:18 89:21 89:22 90:2 90:8 90:9 90:11 91:1 91:4 91:8 91:9 91:11 91:15 91:16 91:19 91:21 91:22 92:5 92:12 92:16 92:20 92:23 93:4 93:5 93:6 93:17 93:20 93:23 94:3 94:6 94:10 | |
| **and**(36) 94:13 94:16 94:19 95:4 95:6 95:8 95:11 95:13 95:18 95:22 96:1 96:2 96:6 96:11 96:12 96:17 97:4 97:7 97:13 97:19 97:22 97:23 98:1 98:2 98:7 98:10 98:14 98:17 98:19 98:20 98:22 98:23 98:25 99:11 99:13 99:16 | |
| **anderson**(2) 2:11 3:8 | |
| **another**(2) 82:7 90:4 | |
| **answer**(5) 36:1 38:22 59:7 89:22 94:4 | |
| **answers**(1) 6:6 | |
| **anticipated**(1) 44:25 | |
| **antonym**(1) 35:2 | |
| **any**(61) 8:25 9:4 10:24 10:24 12:23 14:16 14:18 15:12 16:2 18:21 19:25 19:25 20:8 20:23 21:12 21:13 24:8 26:20 27:2 27:22 28:4 30:2 31:10 31:12 31:23 32:21 34:17 39:14 40:8 40:10 43:10 43:11 45:21 51:14 52:24 52:25 54:1 54:13 55:10 57:21 57:24 58:20 60:3 64:4 65:3 70:4 70:5 72:19 74:2 76:7 76:8 83:5 83:11 84:16 85:4 87:16 90:12 90:14 91:14 91:20 99:20 | |
| **anything**(16) 31:10 31:22 40:13 55:19 63:6 64:8 66:12 68:20 69:1 69:11 71:15 72:10 74:14 75:19 75:9 78:9 79:16 | |
| **anywhere**(2) 13:8 34:19 | |
| **apart**(1) 73:24 | |
| **apparent**(1) 53:8 | |
| **appeals**(1) 93:15 | |
| **appear**(2) 6:3 92:24 | |
| **appears**(1) 16:15 | |
| **appendix**(1) 81:18 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **apples**(15) 49:11 49:13 49:19 49:22 49:24 50:14 50:16 50:24 57:3 59:13 59:16 59:21 62:10 62:20 | | **back**(34) 5:4 11:2 15:24 21:25 25:2 26:5 42:24 44:11 47:11 49:18 50:17 56:8 56:17 56:18 57:5 57:5 59:8 59:23 60:6 60:15 60:16 63:21 73:22 74:2 77:9 85:24 87:9 87:21 88:3 88:4 88:10 88:12 88:13 88:18 | | **best**(7) 30:19 35:10 38:10 47:14 47:17 48:7 59:7 | | **but**(107) 5:10 5:10 6:9 10:16 12:1 14:25 15:7 21:7 22:25 27:10 28:7 28:23 29:25 30:8 30:11 30:13 30:14 31:22 32:2 33:3 33:5 33:14 34:21 35:6 36:24 38:5 38:7 38:11 38:11 40:2 40:25 43:17 43:17 44:13 44:15 44:23 45:16 46:13 47:6 47:17 48:14 49:5 49:5 49:15 49:16 49:20 49:24 50:4 50:5 50:8 52:23 54:12 56:23 58:4 59:5 59:10 59:13 59:15 61:18 61:21 61:23 62:20 63:22 64:8 64:20 65:10 68:10 69:11 69:14 70:25 71:20 72:7 72:17 72:24 73:24 75:8 75:11 75:24 76:4 76:10 76:13 76:25 78:10 78:16 79:3 79:7 81:2 82:9 82:14 83:19 86:13 86:21 87:3 87:15 89:23 91:19 92:8 95:10 95:16 95:17 96:18 96:22 97:6 97:8 99:3 99:18 |
| **applicable**(7) 6:5 6:14 7:19 8:9 17:2 87:25 87:25 | | **bad**(2) 18:21 74:10 | | **better**(3) 5:8 5:10 5:10 | | |
| **applies**(3) 17:17 26:25 89:18 | | **balance**(1) 29:11 | | **between**(13) 6:18 7:10 35:13 56:13 59:6 63:19 81:12 82:3 89:8 89:9 92:22 94:16 95:13 | | |
| **apply**(1) 80:13 | | **bank**(91) 1:18 2:4 5:14 7:10 8:20 8:24 9:8 9:22 9:24 11:25 12:6 12:12 12:15 12:25 13:4 21:18 21:24 22:18 23:22 25:5 26:3 26:5 26:19 27:14 28:10 29:2 29:9 29:12 29:15 29:19 29:25 30:2 32:8 32:13 32:20 37:17 37:21 37:23 39:12 40:22 44: 44:15 48:9 51:23 55:10 55:11 55:20 56:6 56:7 56:14 56:19 58:6 60:10 61:11 63:3 63:15 63:22 64:1 64:4 66:20 67:17 68:3 68:23 69:14 72:2 72:23 73:17 79:9 79:25 80:10 80:13 80:15 81:13 81:14 81:20 83:10 83:22 84:14 84:15 84:24 87:19 88:15 93:1 93:21 94:5 94:16 95:4 95:13 | | **beyond**(5) 14:10 50:4 50:7 52:25 57:19 | | **buy**(27) 16:9 21:6 44:10 45:13 49:23 49:23 59:13 59:13 59:14 59:15 59:16 69:12 70:1 70:2 70:13 73:21 73:24 74:1 74:13 87:21 88:3 88:4 88:10 88:12 88:18 88:25 90:6 |
| **applying**(1) 13:23 | | | | **bid**(4) 37:19 37:21 38:4 39:18 | | |
| **appointed**(1) 66:8 | | | | **bidders**(2) 10:5 39:4 | | **buyer**(1) 31:12 |
| **appreciate**(1) 5:9 | | | | **bidding**(6) 37:13 37:16 37:18 37:22 37:23 38:15 | | **buyers**(3) 31:14 31:15 31:16 |
| **approach**(1) 13:12 | | | | | | **buying**(4) 31:5 38:8 59:21 73:25 |
| **approval**(2) 30:1 57:15 | | | | **big**(1) 85:24 | | **calculated**(1) 29:17 |
| **approved**(5) 8:3 32:7 32:7 58:14 58:23 | | | | **billion**(5) 9:19 25:7 35:12 36:18 37:1 | | **calculation**(1) 27:2 |
| **approximate**(1) 28:10 | | | | **blattmauher**(1) 89:19 | | **called**(2) 7:5 7:17 |
| **approximately**(5) 9:19 29:8 29:11 35:15 37:1 | | | | **block**(1) 10:1 | | **can**(44) 15:3 17:13 18:23 22:22 22:24 28:8 31:5 33:17 35:21 39:2 44:5 45:16 45:20 49:22 49:23 51:13 52:21 56:23 59:12 59:13 59:14 59:16 65:11 67:7 70:17 70:18 71:19 77:10 78:4 79:2 83:3 84:8 85:5 85:14 85:16 87:15 89:4 89:8 89:15 93:11 93:12 96:20 97:4 97:5 |
| | | | | **boat**(1) 71:18 | | |
| | | | | **boats**(1) 69:3 | | |
| **are**(85) 4:19 4:22 5:18 5:19 5:23 6:10 6:19 6:22 9:14 14:17 15:2 16:10 17:16 18:22 19:7 19:13 20:5 20:22 22:23 24:14 25:21 25:24 25:25 28:20 31:5 35:5 38:16 38:20 40:17 40:23 41:5 41:6 42:10 45:22 48:10 49:15 49:16 49:17 51:18 52:13 52:13 53:17 54:15 54:19 56:15 58:19 59:4 59:5 59:9 59:22 62:4 64:10 65:10 65:12 65:14 65:14 65:16 65:24 66: 67:10 68:2 70:22 70:22 76:5 76:5 78:4 79:11 79:12 79:24 82:5 82:10 84:13 84:2 94:18 96:7 98:2 99:5 | | **bank's**(3) 24:19 86:10 93:3 | | **borne**(1) 36:15 | | |
| | | **bankrupt**(4) 56:11 60:6 60:12 60:13 | | **borrower**(1) 48:13 | | **can't**(33) 38:22 43:18 52:1 52:10 53:22 54:20 54:20 56:17 57:5 63:24 65:6 73:21 73:23 74:3 74:11 74:13 75:5 75:15 75:16 77:22 78:1 78:17 79:17 84:9 88:7 89:6 91:7 92:16 93:9 97:11 97:11 98:18 98:18 |
| | | **bankruptcy**(7) 1:1 1:25 7:25 60:15 60:17 82:13 82:16 | | **both**(16) 6:6 6:25 12:5 12:13 21:7 22:21 62:8 77:4 80:21 81:18 86:25 87:1 92:19 97:10 97:11 97:17 | | |
| | | | | **bottom**(3) 37:12 39:25 63:22 | | |
| | | **banks**(1) 84:9 | | **bought**(10) 39:19 47:9 47:10 53:11 59:5 69:1 69:3 69:4 69:11 90:16 | | **cannot**(10) 37:6 57:1 68:12 68:19 70:9 70:19 74:25 80:8 81:9 83:3 |
| **aren't**(4) 49:8 50:2 64:9 81:25 | | **bargain**(1) 55:9 | | | | |
| **argue**(5) 12:23 13:2 14:9 84:12 87:12 | | **base**(1) 25:1 | | **bound**(1) 92:18 | | **capacity**(1) 67:1 |
| **arguing**(3) 63:14 92:15 95:11 | | **based**(20) 11:9 20:15 25:12 25:13 26:6 28:11 32:15 39:4 47:5 47:11 55:23 62:23 63:20 64:25 65:6 65:23 65:25 74:16 77:4 79:23 | | **bowed**(2) 37:23 38:15 | | **capital**(4) 72:3 7:23 52:24 52:24 |
| **argument**(31) 3:11 3:19 15:6 15:7 22:10 29:1 32:25 33:1 33:7 33:19 40:7 40:13 40:23 43:17 43:18 49:6 54:11 60:5 61:18 62:13 62:15 65:5 68:25 84:8 84:18 85:6 87:2 87:4 88:21 93:20 94:5 | | | | **breach**(48) 12:19 21:13 21:16 21:20 64:8 67:20 68:14 68:19 70:7 70:8 70:21 74:14 74:20 74:20 75:1 75:15 75:18 75:20 76:1 76:2 76:6 77:2 77:7 77:10 77:14 77:22 78:18 78:22 79:3 84:7 84:10 85:5 86:12 87:10 87:16 90:10 90:11 91:8 91:10 91:1 92:8 92:9 92:15 92:19 93:11 93:19 98:5 100:8 | | **capitalized**(1) 14:3 |
| | | **basically**(4) 34:9 47:6 65:25 71:10 | | | | **care**(1) 49:24 |
| | | **basis**(9) 17:25 25:15 26:10 51:25 63:25 79:10 80:9 84:3 97:9 | | | | **case**(21) 1:6 6:20 24:18 26:16 27:4 27:19 47:6 55:8 56:5 60:13 77:25 78:7 80:8 89:20 89:22 89:23 89:24 94:24 95:1 95:1 |
| | | **batch**(1) 45:10 | | | | |
| **arguments**(3) 27:22 55:7 86:6 | | **bear**(4) 60:7 60:7 60:8 60:12 | | | | |
| **arises**(1) 93:24 | | **because**(74) 9:13 10:21 12:1 15:11 24:14 27:17 31:7 31:20 33:19 38:16 39:22 40:3 44:12 44:19 45:2 45:20 47:19 48:3 49:7 50:6 51:13 51:13 51:17 53:18 53:23 53:25 56:25 59:12 60:9 60:14 60:16 60:17 62:13 63:19 64:6 64:17 65:2 65:5 65:6 65:23 67:3 67:21 68:4 69:5 69:9 69:13 70:21 72:6 73:10 73:24 74:8 75:16 76:6 77:4 78:22 79:17 83:1 83:15 83:22 84:1 84:11 85:8 86:21 88:6 88:9 89:16 90:20 91:17 94:15 95:4 96:14 96:19 97:8 97:12 | | **breached**(14) 64:2 67:12 67:18 67:25 72:23 73:5 75:8 84:16 90:1 91:14 91:18 91:19 91:21 93:6 | | |
| **arm's**(1) 82:4 | | | | | | |
| **around**(2) 56:8 82:12 | | | | | | **cases**(4) 8:1 92:18 92:18 94:18 |
| **article**(2) 42:5 42:7 | | | | **breaches**(1) 82:18 | | **castigate**(1) 12:25 |
| **artificial**(5) 9:4 10:15 10:17 11:10 12:15 | | | | **break**(1) 63:9 | | **category**(1) 48:11 |
| **artificially**(3) 10:3 10:9 11:18 | | | | **brief**(6) 8:14 17:23 65:9 77:12 92:21 93:2 | | **cause**(2) 12:18 81:6 |
| **aside**(1) 9:2 | | | | **briefing**(5) 31:1 35:8 40:14 46:22 98:10 | | **caused**(1) 87:4 |
| **asked**(3) 11:9 35:19 58:1 | | | | **briefly**(8) 6:17 57:13 60:25 74:19 74:24 84:5 85:8 91:3 | | **causes**(1) 86:24 |
| **asking**(1) 24:22 | | | | | | **cede**(1) 27:20 |
| **assert**(6) 25:17 85:7 91:13 92:19 94:4 | | **become**(2) 53:10 53:15 | | **briefs**(3) 13:2 18:17 84:9 | | **center**(1) 1:31 |
| **asserted**(5) 25:10 25:11 92:16 95:9 | | **becomes**(1) 34:2 | | **broader**(3) 28:18 47:18 52:9 | | **central**(2) 12:20 93:25 |
| **assertion**(4) 10:25 11:12 18:14 25:3 | | **been**(21) 9:3 9:5 10:10 19:5 27:4 28:16 28:22 36:22 36:22 36:23 38:3 38:10 48:1 48:18 51:17 60:1 61:2 83:23 85:10 92:15 93:22 | | **broadhollow**(99) 1:13 1:27 3:15 6:22 6:25 23:9 23:10 23:14 23:22 24:5 24:16 28:3 29:4 29:9 29:18 36:11 44:2 44:7 45:3 45:11 46:6 46:16 47:21 48:19 48:20 51:18 52:25 53:9 53:15 54:8 54:14 54:21 54:25 55:4 55:15 56:7 56:13 56:24 57:6 61:11 63:14 63:14 63:17 64:1 64:2 64:7 66:4 66:19 66:25 67:2 67:3 67:11 67:18 67:20 67:23 68:1 68:7 68:14 68:16 71:6 72:2 72:7 72:21 72:25 73:5 73:11 73:18 74:1 75:3 76:19 77:16 79:8 79:14 79:16 79:25 80:17 80:25 81:12 81:13 81:15 81:20 82:17 82:20 82:23 83:4 84:14 95:13 97:19 98:7 98:17 98:20 98:25 | | **cert**(1) 100:9 |
| **assertion**(4) | | | | | | **certain**(7) 7:1 53:12 59:22 60:2 60:18 60:19 86:17 |
| **assets**(2) 58:18 58:18 | | **before**(9) 1:24 4:8 8:22 9:23 30:4 46:19 63:8 74:8 77:17 | | | | |
| **associated**(1) 7:12 | | | | | | |
| **assume**(5) 28:5 64:18 64:19 79:23 80:17 | | | | | | **certainly**(5) 5:8 31:25 44:6 79:2 88:15 |
| **assumes**(2) 17:23 18:20 | | | | | | **certification**(1) 100:1 |
| **assuming**(2) 81:2 97:16 | | **begin**(1) 21:7 | | **brown**(1) 89:20 | | **certified**(1) 100:10 |
| **attended**(1) 32:9 | | **behalf**(7) 3:8 3:14 23:8 28:2 63:13 66:25 89:13 | | **bucket**(4) 31:24 32:1 45:17 74:16 | | **certify**(1) 100:2 |
| **attributable**(2) 12:11 83:13 | | | | **bucketed**(2) 36:25 37:20 | | **cetera**(2) 47:11 47:11 |
| **auction**(56) 8:2 8:5 8:21 9:8 9:12 9:16 9:24 10:1 10:5 10:8 11:24 22:15 22:16 25:1 25:3 25:20 26:2 27:1 27:14 28:12 28:25 29:5 29:7 29:20 29:21 30:3 30:4 30:4 30:15 31:17 32:5 32:6 32:10 32:11 32:15 32:22 35:11 35:13 35:19 36:16 36:19 37:14 39:7 39:8 48:9 48:22 57:15 57:19 58:7 58:24 58:24 73:19 90:4 90:8 90:17 | | **behind**(13) 13:21 14:16 14:21 17:5 18:3 18:25 19:22 19:23 20:4 21:10 23:11 58:1 84:22 | | **buckets**(5) 31:18 31:20 37:21 38:17 45:19 | | **challenge**(4) 11:6 11:8 26:10 26:11 |
| | | | | **burden**(1) 27:11 | | **challenged**(5) 10:23 11:1 11:2 11:12 26:8 |
| | | **being**(10) 17:19 23:21 24:2 31:8 43:16 44:8 45:5 56:5 73:20 96:1 | | **business**(5) 5:4 38:10 39:21 82:4 96:8 | | **chance**(2) 59:24 60:16 |
| | | | | | | **chapter**(1) 1:4 |
| **auctioned**(8) 8:9 9:19 10:10 12:17 25:7 25:25 39:16 75:12 | | **belabor**(3) 6:20 84:19 85:12 | | | | **charged**(1) 55:24 |
| | | **believe**(2) 6:12 62:24 | | | | **cherry-pick**(3) 31:11 31:14 31:15 |
| **auctioning**(1) 12:5 | | **bench**(1) 13:12 | | | | **choice**(1) 44:8 |
| **auctions**(1) 74:17 | | **beneficiary**(4) 84:25 86:20 88:16 93:13 | | | | **choose**(1) 62:6 |
| **august**(1) 32:7 | | **benefit**(3) 35:25 55:9 56:13 | | | | |
| **authority**(1) 33:24 | | **benefits**(2) 85:1 92:1 | | | | |
| **avenue**(1) 2:7 | | | | | | |
| **avoid**(4) 11:20 25:16 88:22 95:8 | | | | | | |

| Word | Page:Line |
|------|-----------|

**chose**(5) 22:2 61:3 61:4 61:12 62:19
**christopher**(1) 1:24
**circumstance**(1) 76:4
**cite**(2) 77:15 90:12
**cited**(10) 18:16 23:7 26:16 89:18 89:19 90:14 91:24 92:21 93:23 94:19
**citi**(1) 37:15
**citibank**(2) 32:13 62:22
**claim**(64) 25:1 25:3 25:12 28:14 37:4 64:6 65:4 67:16 67:25 72:23 72:24 75:15 75:2 76:6 76:24 77:9 77:20 78:15 78:18 78:22 78:23 79:7 79:11 79:19 80:9 81:4 81:9 81:12 83:22 85:6 86:11 86:25 90:12 91:3 91:8 91:9 91:10 91:11 91:12 91:17 91:18 91:20 91:23 92:7 92:8 92:8 92:9 92:11 92:14 92:14 92:15 92:17 92:20 92:20 93:12 93:12 93:19 94:2 94:12 94:13 94:14 94:19 95:9 98:24

**claimed**(1) 36:17
**claiming**(1) 48:10
**claims**(15) 28:8 44:15 64:4 66:16 67:23 74:24 76:5 79:2 79:10 82:13 82:15 85:7 86:10 92:23 94:22
**classic**(2) 44:6 51:21
**classification**(2) 17:18 20:18
**clauses**(2) 18:3 85:25
**clean**(1) 67:9
**clear**(7) 6:4 6:13 17:15 79:8 89:14 89:16 94:18
**clearer**(2) 16:16 18:14
**clearly**(7) 33:3 33:24 39:13 53:12 88:14 89:19 93:10
**clerk**(1) 3:3
**close**(3) 45:13 46:19 89:6
**closely**(2) 76:12 76:16
**closing**(4) 15:23 16:8 16:13 17:1
**coins**(6) 31:2 31:2 31:3 31:6 31:7 31:8
**collapse**(1) 38:9
**colleague**(1) 46:21
**colleagues**(1) 3:16
**collect**(1) 60:16
**come**(4) 10:23 34:20 44:11 60:5
**comes**(1) 99:12
**comments**(2) 40:13 56:22
**commitment**(1) 19:4
**committed**(1) 79:17
**common**(1) 89:21
**communication**(1) 95:23
**company**(1) 99:12
**compel**(1) 44:24
**compensate**(2) 50:12 50:14
**complaint**(8) 11:2 11:11 11:11 24:21 25:11 25:12 27:5 27:10
**complete**(2) 9:17 89:21
**completely**(6) 40:25 51:12 52:19 56:18 62:6 80:25
**complex**(1) 99:12
**comply**(3) 18:22 23:16 88:14
**component**(1) 28:22
**comprised**(1) 8:10
**compromised**(1) 39:8
**concede**(1) 50:17
**conceded**(1) 46:22
**concedes**(1) 60:14
**concept**(2) 55:24 62:11
**concepts**(1) 41:5
**conclude**(1) 59:2
**concluding**(1) 55:5
**conclusion**(3) 44:24 56:21 82:8
**conclusions**(3) 64:9 65:16 82:9
**condition**(5) 17:18 68:5 68:7 68:7 68:8
**conditioned**(2) 17:19 43:16

**conditions**(1) 96:2
**conducted**(2) 32:5 32:15
**confirmed**(1) 17:20
**confirming**(2) 43:3 43:4
**conforming**(2) 41:8 41:9
**connection**(8) 7:22 19:24 20:7 30:22 50:5 50:13 50:15 71:4
**connotation**(1) 48:5
**connotes**(1) 35:9
**considered**(3) 23:1 89:17 96:3
**consist**(1) 43:3
**consisted**(1) 9:24
**consistent**(1) 23:1
**consisting**(1) 41:8
**constantly**(1) 22:4
**constituted**(4) 51:16 75:15 78:5 78:21
**constituted**(1) 96:12
**constitutes**(2) 93:7 93:18
**constituting**(2) 18:9 86:4
**construction**(3) 50:18 51:22 62:9
**consultation**(1) 32:16
**consulted**(3) 22:5 25:1 31:20
**contemplated**(4) 47:1 47:23 53:8 67:8
**contend**(1) 30:18
**contention**(1) 32:21
**contents**(1) 95:5
**contesting**(1) 26:19
**context**(2) 28:5 28:7
**continue**(2) 93:9 96:12
**continued**(2) 2:2 20:16
**contract**(74) 17:17 23:2 31:22 45:2 47:2 56:12 56:19 60:12 65:13 65:19 65:21 66:14 68:15 68:15 70:8 70:13 70:15 70:16 70:18 70:18 71:1 74:20 75:1 75:17 75:20 76:2 76:6 76:8 76:22 76:23 77:2 77:14 77:22 77:23 77:24 78:1 78:4 78:17 78:22 78:22 79:3 79:4 79:23 84:7 84:13 84:23 85:6 85:24 89:7 90:1 90:12 90:21 90:25 91:8 91:10 91:12 91:18 91:20 92:5 92:6 92:8 92:9 92:15 92:19 92:23 92:24 93:5 93:6 93:9 93:9 93:12 93:19 93:22 97:14

**contract's**(1) 93:10
**contracted**(3) 59:18 60:8 79:20
**contracts**(5) 40:17 45:7 80:7 81:17 81:17
**contractual**(3) 55:9 87:20 91:25
**contradicted**(4) 65:12 65:15 82:9 82:10
**contrary**(10) 9:11 10:24 18:1 18:14 23:4 24:15 32:20 44:16 54:16 68:17
**converted**(1) 65:22
**convince**(1) 6:13
**copper**(4) 31:2 31:3 31:4 31:8
**copy**(1) 13:17
**corners**(1) 14:10
**corporation**(1) 1:8
**correct**(15) 34:1 46:10 68:14 69:17 70:3 70:7 71:9 76:3 76:12 78:14 78:16 82:20 90:4 100:2
**correctly**(1) 86:7
**correspondence**(1) 8:22
**corroon**(2) 2:11 3:8
**cost**(1) 58:20
**could**(45) 16:16 18:13 21:2 31:11 31:11 31:14 38:3 42:18 42:24 47:11 48:21 50:3 50:4 60:1 61:4 61:16 62:5 62:19 67:12 67:20 68:22 69:1 69:3 69:4 69:10 69:11 69:12 69:25 70:1 70:1 70:13 73:24 74:7 74:9 79:17 80:14 80:16 80:18 80:23 85:10 86:11 88:16 90:3 90:6
**couldn't**(1) 21:6
**counsel**(5) 5:9 32:8 32:8 36:2 36:21 39:9 58:2 58:2
**counseled**(1) 82:6
**count**(1) 92:25

**counted**(1) 12:17
**counter**(2) 27:2 55:21
**counter-claimant**(1) 5:15
**counterclaim**(21) 63:15 63:23 64:6 64:14 64:18 64:25 65:2 65:6 65:6 65:25 79:10 80:2 82:8 83:1 83:22 84:7 84:10 97:16 98:4 98:8 98:13
**counterclaims**(13) 63:9 64:1 64:21 74:19 83:15 84:4 84:6 84:24 87:3 90:2 92:25 96:17 96:23
**counterparties**(6) 29:16 32:13 55:14 55:16 61:11 62:21
**counterparty**(3) 21:17 22:17 23:23
**counts**(1) 84:20
**couple**(2) 47:15 54:3
**course**(6) 12:18 37:14 54:16 54:16 85:23 86:11 92:17
**court**(225) 1:1 3:4 3:12 3:20 3:22 4:1 4:4 4:6 4:10 4:14 4:17 4:21 4:25 5:2 5:6 5:8 5:16 6:2 6:13 6:17 7:20 8:2 8:6 8:11 8:16 9:6 10:2 10:11 10:15 10:20 11:4 11:7 11:14 11:16 11:22 12:12 13:11 13:15 13:17 13:19 14:2 14:7 14:9 14:10 14:14 14:22 15:5 15:11 15:14 15:24 16:1 16:6 16:11 16:21 17:6 17:10 19:7 19:10 19:17 21:1 22:8 22:21 24:18 27:9 27:24 28:5 30:2 30:6 30:9 30:12 30:16 31:11 31:14 31:16 32:6 32:7 32:10 32:24 33:6 34:8 34:20 34:22 35:5 35:21 35:23 36:14 37:8 37:10 38:3 38:6 38:8 38:18 38:23 39:1 39:10 39:22 41:2 41:13 41:15 41:18 41:21 41:23 42:1 42:3 42:7 42:12 42:16 42:20 42:23 43:17 43:22 43:24 44:13 44:22 45:16 45:19 45:24 46:11 46:45 46:8 46:12 46:18 46:24 47:5 47:15 47:16 47:20 46:95 49:13 50:10 50:21 50:25 51:4 51:7 52:2 52:4 53:19 55:25 56:20 56:23 56:25 57:8 57:10 57:12 57:15 58:15 58:22 58:25 60:22 60:24 61:6 61:9 61:14 61:18 61:23 62:8 62:12 62:15 62:17 63:1 63:5 63:8 63:12 63:16 64:12 64:23 65:8 66:15 67:14 68:25 69:3 69:6 69:8 69:15 69:18 69:22 69:25 70:4 70:10 70:12 71:2 71:7 71:10 71:15 71:23 71:25 74:5 75:21 76:10 77:6 78:2 78:7 78:10 78:12 78:15 78:25 79:5 81:5 83:7 83:14 83:18 83:19 84:2 84:19 84:21 85:12 89:20 90:23 92:10 93:15 96:15 96:20 96:99 99:16 100:1 100:15

**court's**(4) 4:8 4:12 6:11 30:1 40:15 44:21
**courtroom**(2) 1:8 3:9
**covenant**(11) 75:18 76:1 77:2 77:17 77:14 91:4 91:8 91:17 91:21 92:3 92:12
**cover**(9) 28:19 33:25 44:23 49:21 57:3 59:9 59:18 86:24 96:15
**covered**(12) 5:23 6:1 7:15 11:15 21:4 22:23 23:3 25:13 27:16 60:10 84:3 96:20
**covering**(2) 18:2 50:4
**covers**(10) 5:21 6:15 8:5 18:24 24:14 25:18 59:24 60:2 83:21 86:21
**cracks**(1) 46:23
**create**(3) 26:15 68:16 80:10
**created**(2) 11:20 48:24
**creating**(1) 7:3
**creation**(1) 17:18
**credit**(1) 55:19
**criteria**(15) 19:20 19:23 20:1 20:15 23:17 35:2 41:9 41:10 41:12 43:5 43:7 53:7 60:19 89:3 94:10
**critical**(3) 6:11 27:16 38:12

**cross**(3) 4:9 4:19 4:20
**cumquats**(1) 49:23
**cure**(3) 59:24 59:25 83:3
**cured**(3) 21:20 60:1 63:24
**dallas**(1) 1:40
**damage**(2) 75:3 87:4
**damaged**(3) 83:23 97:13
**damages**(1) 28:19
**damion**(1) 35:18
**data**(1) 1:51
**date**(4) 15:23 16:8 16:13 17:1
**day**(7) 19:25 20:1 20:8 37:1 45:9 45:12 46:9
**days**(2) 21:19 47:8
**deal**(7) 18:17 49:8 51:15 51:17 56:10 84:8 87:7
**dealing**(9) 51:8 74:22 75:19 76:14 77:3 77:11 91:5 91:22 92:12
**deals**(1) 28:10
**dealt**(1) 55:25
**debtor**(4) 34:6 46:3 49:10 50:5
**debtors**(6) 1:10 6:18 35:17 35:24 46:5
**december**(4) 1:12 3:1 5:7 100:8
**decide**(8) 21:2 44:4 44:10 47:9 49:22 49:23 66:15 88:8
**decided**(3) 38:4 96:11 96:20
**decides**(2) 27:10 45:9
**decision**(4) 38:10 92:22 93:16 93:23
**declare**(1) 18:4
**decrease**(2) 10:3 24:10
**deducted**(2) 11:9 12:10
**deerfield**(1) 93:16
**default**(1) 48:18
**defective**(1) 89:6
**defendant**(1) 5:15
**defendants**(3) 1:20 3:9 75:2
**defense**(2) 28:11 40:4
**define**(1) 54:17 71:3
**defined**(20) 7:24 13:24 13:25 16:24 17:12 19:21 32:4 34:19 41:4 41:7 43:13 43:9 52:11 52:25 53:1 57:1 58:19 59:22 62:7 89:20
**defines**(3) 13:23 14:15 19:18
**defining**(1) 13:1
**definition**(25) 17:13 20:14 20:20 28:17 28:18 34:17 34:18 34:23 35:1 40:12 43:15 47:18 47:19 51:25 52:18 52:18 53:3 53:5 53:21 53:22 71:2 71:8 71:17 71:18 83:21
**definitional**(1) 41:4
**definitions**(10) 15:2 41:1 41:6 41:17 41:20 42:3 43:9 52:19 53:14 61:1
**definitively**(1) 6:6
**delaware**(4) 1:2 1:7 1:10 3:1
**delinquency**(1) 54:1
**delinquent**(3) 37:2 37:6 48:18
**delivery**(1) 19:3
**delta**(1) 56:5
**delve**(1) 25:19
**demand**(1) 12:10
**demonstrate**(2) 6:12 6:14
**demonstrated**(3) 20:20 21:6 91:15
**demonstrating**(2) 26:17 85:10
**denies**(1) 97:15
**deny**(1) 97:14
**dependent**(3) 5:20 24:1
**depending**(2) 56:3 56:22
**depressed**(2) 28:13 33:1
**depression**(4) 9:4 11:10 12:15 33:12
**deprive**(1) 92:1
**depth**(1) 72:6
**describe**(1) 8:8
**described**(4) 14:4 17:4 24:16 85:21
**describes**(3) 23:9 23:9 24:6

| Word | Page:Line |
|---|---|

deserving(1) 60:9
designated(2) 23:16 54:12
designed(4) 7:11 30:21 86:4 92:4
despite(4) 9:10 10:7 26:21 30:18
detailed(3) 12:9 26:6 99:13
details(1) 6:21
deter(1) 10:4
determination(5) 22:22 26:8 26:20 26:21 45:4
determinations(1) 46:16
determinative(1) 12:24
determine(9) 14:6 40:20 46:20 65:19 76:16 80:19 88:23 89:2 94:9
determined(5) 9:18 12:14 39:4 48:12 80:16
determines(2) 84:3 96:15
determining(2) 13:9 94:25
detract(1) 60:3
devalued(2) 36:8 39:8
diamond(92) 1:28 1:29 1:36 3:16 3:17 3:18 4:3 4:5 4:7 4:11 27:21 28:1 28:2 30:8 30:11 30:13 30:17 31:13 31:15 31:18 33:2 33:11 33:16 34:1 34:5 34:7 34:13 34:21 35:4 35:6 36:15 37:9 37:11 38:5 38:7 38:11 38:22 38:25 39:2 39:11 39:25 41:3 41:14 41:16 41:19 41:22 41:25 42:2 42:25 43:20 43:25 44:14 44:23 45:18 45:23 45:25 46:4 46:7 46:11 46:13 46:25 46:25 47:13 47:17 49:12 50:8 50:11 50:22 51:1 51:8 52:5 53:20 56:21 57:9 57:11 57:14 59:3 60:23 60:25 61:7 61:10 61:15 61:21 61:24 62:14 62:16 62:18 63:2 66:5 66:11 72:6 99:21
diamond's(1) 74:8
diaz(1) 1:51
did(28) 7:3 7:9 9:8 21:7 30:8 31:15 31:16 34:3 37:19 49:3 61:19 62:6 64:7 64:20 64:21 66:2 67:13 67:21 68:21 68:22 75:7 76:19 77:19 79:8 82:21 82:21 88:14 97:17
didn't(28) 11:6 11:8 30:23 53:12 55:10 57:6 57:21 62:20 64:7 73:12 74:12 74:15 75:5 75:6 75:9 75:10 75:12 76:7 78:19 78:21 79:16 80:8 83:4 98:7 98:9 98:9 98:11 99:5
didn't(2) 30:22 60:12
difference(1) 59:6
different(20) 18:17 30:19 31:20 38:21 39:23 41:1 41:5 41:6 52:1 52:4 52:2 57:6 61:1 62:6 62:7 75:24 76:3 84:5 87:5 97:7
differently(3) 41:6 76:1 89:24
diligence(5) 9:9 46:9 57:21 58:10 72:10
diminished(1) 23:5
diminution(1) 96:19
directed(1) 7:18
direction(1) 56:2
directs(1) 14:5
disagreement(1) 6:10
disagrees(1) 27:10
disclose(1) 93:24
disclosure(1) 94:1
discover(3) 26:4 72:9 72:11
discovered(5) 9:10 21:8 73:9 73:13 88:10
discovering(1) 21:15
discovery(6) 21:12 25:19 25:22 26:13 36:22 87:15
discretion(4) 22:1 44:10 87:22 88:8
discuss(2) 67:15 68:4
discussed(3) 4:8 28:22 81:8
discussing(1) 61:2
discussions(1) 8:20
dismiss(9) 4:24 46:10 63:15 80:1 90:18 90:19 91:1 94:20 94:23
dismissal(4) 92:14 94:15 94:20 97:15
dismissal(4) 24:21 63:23 74:25 83:1

dismissing(1) 27:9
disposes(1) 27:18
dispute(7) 24:25 27:4 29:2 29:6 29:19 30:15 85:4
disputed(5) 24:24 25:8 25:9 27:5 33:9
disregard(1) 89:21
distinct(5) 54:19 66:6 97:23
distinction(2) 89:9 92:22
district(1) 1:2
divided(1) 28:8
doc(1) 54:4
doctrine(2) 80:12 80:13
document(11) 16:20 17:9 41:5 42:10 43:8 51:25 52:8 53:2 60:1 67:2 74:9
documentation(3) 22:20 45:7 80:24
documents(23) 6:5 6:14 7:4 7:4 8:10 13:13 16:24 17:21 23:2 26:6 26:13 26:22 31:23 40:14 40:15 40:16 40:19 44:25 52:14 54:17 69:9 99:13 99:13
does(31) 14:22 22:12 22:13 22:14 22:16 22:17 24:9 24:17 24:20 28:5 29:2 29:19 33:19 40:6 40:11 40:12 44:14 44:16 50:12 50:22 50:23 50:23 70:5 70:16 74:9 78:7 78:21 80:13 84:15 86:9
doesn't(16) 16:3 22:5 29:6 34:24 41:25 60:3 61:22 65:3 68:5 68:11 73:7 73:8 74:13 78:18 87:22 95:17
doesn't(3) 61:21 68:22 70:4
doing(1) 68:19
dollar(1) 82:16
don't(42) 6:20 11:19 18:22 25:21 26:11 28:4 33:2 33:3 34:12 34:22 34:22 35:1 49:23 51:14 52:18 62:12 62:13 62:14 62:16 64:2 64:3 64:6 65:18 66:3 67:13 70:11 71:3 72:19 72:19 72:24 74:14 74:2 76:19 76:25 82:3 83:15 85:4 87:2 90:19 91:16 92:7 93:9 96:22
done(2) 63:3 97:21
don't(1) 84:19
double(1) 92:16
drafted(1) 52:14
drawn(2) 25:3 25:14
drive(1) 20:4
driven(1) 16:18
due(5) 9:9 29:17 57:21 58:9 72:10
duplicative(5) 75:19 75:24 76:5 77:22
during(1) 30:5
duties(3) 21:8 78:4 83:24
duty(12) 77:23 77:25 78:2 78:3 79:4 80:11 80:20 81:3 87:12 93:21 93:24 95:3
each(28) 15:19 15:22 15:23 16:5 16:8 16:12 16:13 16:16 17:8 17:14 20:2 20:6 20:10 20:24 25:19 39:3 39:5 67:16 69:20 80:23 81:25 85:18 85:22 95:5 95:22 96:7
earlier(5) 48:4 68:7 68:9 80:6 84:6
easier(1) 42:18
easily(2) 61:4 61:16
eat(1) 34:24
economic(1) 35:25
ecro(1) 1:49
effect(7) 18:19 34:11 50:6 55:22 59:11 64:17 92:16
effectively(1) 55:22
ego(3) 51:14 66:12 98:2
either(10) 21:8 21:8 27:5 30:3 56:2 74:17 77:1 83:20 84:14 86:25
electronic(1) 1:57 100:3
elements(1) 49:8

eligibility(26) 9:14 13:6 19:19 19:20 19:22 20:3 20:5 20:9 20:17 21:15 23:17 41:10 41:10 43:5 43:5 48:12 54:7 55:1 55:2 74:9 74:17 79:12 86:9 87:16 89:3 94:10
eligible(130) 5:22 6:15 8:8 8:10 9:2 9:5 10:4 10:10 12:17 12:22 15:24 15:23 16:8 16:9 16:14 16:17 17:8 17:15 17:20 18:2 18:9 18:12 19:5 19:19 19:21 20:7 20:11 20:25 22:23 23:22 24:2 25:14 25:18 28:12 28:18 29:5 29:7 29:14 29:22 29:24 30:24 31:25 32:3 32:4 33:6 33:11 33:13 33:18 33:19 33:21 33:22 33:25 34:10 34:16 34:18 35:1 35:2 36:4 38:14 38:17 39:7 39:13 39:15 40:1 40:4 40:7 40:25 41:7 42:20 42:25 43:16 44:17 44:18 45:1 45:5 45:20 46:20 47:19 51:6 51:14 52:10 52:1 53:3 53:5 53:12 53:17 53:22 53:24 57:1 58:8 59:4 59:6 59:17 61:2 61:5 61:16 61:20 61:24 62:4 62:5 63:2 64:22 66:18 67:24 68:3 68:11 68:21 69:20 70:20 70:20 71:13 71:20 73:19 80:17 80:19 83:13 85:10 85:18 85:23 86:4 86:5 88:24 90:3 90:4 90:6 90:9 93:2 97:4 97:7
elm(1) 1:39
else(4) 34:25 40:13 62:22 63:6
end(5) 10:19 36:25 82:12 94:5 95:10
enforce(2) 85:2 93:14
enforced(1) 88:17
enough(1) 4:15
ensure(1) 92:5
enter(6) 66:21 93:8 95:25 96:4 96:8 96:11
entered(1) 99:6
entering(3) 4:8 92:6 99:1
entire(13) 12:2 17:9 17:23 18:1 18:20 27:4 27:4 40:22 51:24 52:15 53:21 55:13 70:17
entirety(1) 24:22
entities(9) 6:19 6:22 6:24 7:16 54:19 66:7 73:11 89:15 98:2
entitled(11) 26:24 27:15 27:17 33:4 40:3 41:17 43:9 58:18 80:22 85:1 94:15
entity(2) 81:14 97:23
equal(2) 33:19 40:6
equals(2) 33:6 51:5
equates(2) 34:16 35:7
equitable(1) 60:5
equities(1) 55:6
erroneous(1) 40:24
esq(7) 1:29 1:30 1:37 1:44 2:5 2:6 2:12
essentially(3) 5:19 28:9 55:16
establish(1) 27:11
established(1) 83:10
estate(1) 30:21
estates(1) 35:24
evaluation(1) 81:23
even(19) 9:24 26:8 26:11 26:12 28:6 33:2 33:3 45:4 46:21 49:24 64:18 64:20 75:14 80:17 81:2 92:23 93:19 95:16 95:17
event(3) 7:25 8:5 22:16
events(2) 7:17 90:8
ever(4) 30:2 92:17 94:20 94:20
every(5) 30:7 32:16 55:24 73:12 78:22
everybody(1) 46:25
everyone(3) 37:13 37:15 62:22
everything(4) 34:25 68:10 70:16 87:14
evidence(10) 6:7 10:12 10:24 22:22 22:25 26:21 27:25 35:10 39:6 47:14
exact(1) 98:10
exactly(7) 15:13 34:13 43:21 45:7 46:7 52:16 61:19
example(6) 31:1 32:1 41:7 47:17 48:7
examples(1) 47:15
excellent(5) 5:2 99:11

excerpt(3) 13:22 23:11 84:23
excerpts(1) 13:13
exchange(1) 7:18
exclude(1) 58:25
exclusive(3) 71:12 71:13 71:15
exclusively(2) 18:1 55:3
excruciatingly(1) 32:11
excuse(4) 4:2 31:13 53:16 71:12
excuses(1) 86:13
exercise(2) 80:15 88:7
exhibit(1) 12:8
exist(14) 48:15 64:2 66:2 66:2 74:13 74:24 77:1 78:7 81:9 83:2 85:7 97:4 97:8 97:12
existed(3) 64:20 65:19 65:20
exists(2) 95:1 95:12
expand(1) 8:11
expect(2) 58:4 99:11
expectations(1) 92:6
expected(1) 58:3
experience(1) 89:22
expert(1) 36:23
explain(2) 24:23 25:21
explanations(1) 96:2
express(8) 9:20 84:25 87:20 91:14 91:18 91:20 92:4 92:8
expressly(7) 13:24 14:5 15:21 22:7 55:2 60:18 91:25
extensive(3) 25:19 25:22 26:13
extent(4) 4:13 56:15 66:2 90:25
extrinsic(3) 6:7 22:22 22:25
eyes(1) 89:6
face(2) 20:12 90:22
faces(1) 84:14
facilitate(1) 7:1
fact(27) 11:20 25:8 26:15 26:18 26:21 26:23 27:12 29:13 29:23 32:25 33:8 33:9 34:3 34:10 37:4 38:24 44:18 52:1 56:16 57:4 62:23 67:9 79:15 80:5 91:9 95:1 98:6
facts(12) 6:17 8:14 8:19 26:17 64:5 64:7 64:8 64:9 78:3 80:11 80:13 93:25
factual(14) 28:4 65:10 65:11 65:13 65:14 75:16 75:24 75:25 76:3 76:4 76:24 77:5 82:10 91:10
fail(2) 75:4 75:6
failed(3) 9:13 26:23 93:21
failing(1) 73:4
fails(3) 63:23 67:16 76:6 92:9 97:8
failure(1) 75:2
fair(8) 74:21 75:19 76:14 77:3 77:11 91:5 91:22 92:12
faith(12) 74:21 75:19 76:2 76:14 77:3 77:11 77:14 91:4 91:9 91:17 91:21 92:12
fall(1) 12:2
falls(2) 48:10 73:24
familiar(2) 6:18 80:12
familiarity(1) 28:6
fannin(1) 1:32
fanny(1) 36:4
far(1) 49:7
fashion(1) 29:23
fast(1) 58:16
favor(1) 56:24
fees(1) 55:24
few(8) 8:25 28:7 31:19 53:4 57:24 87:11 97:2 97:18
fica(1) 36:8
fiduciary(2) 81:21 82:5
fifteen-minute(1) 63:9
figure(5) 29:15 44:5 47:9 50:20 52:5
file(5) 26:9 48:14 89:1 94:8 94:9

## AMERICAN HOME MORTGAGE

**Word** — **Page:Line**

**filed**(5) 6:1 7:25 11:2 11:10 30:2 30:14
**files**(5) 9:17 25:23 26:1 26:2 89:17
**fill**(1) 92:4
**final**(2) 73:17 81:6
**finally**(4) 89:25 94:13 95:8 98:22
**financial**(1) 81:14
**financing**(1) 7:1
**find**(7) 33:6 33:16 33:17 51:4 51:23 56:25 87:3

**finding**(2) 6:11 25:17
**finds**(3) 83:14 83:19 90:21
**fine**(4) 4:25 8:16 49:19 76:13
**finish**(1) 22:9
**finishing**(1) 8:19
**firm**(1) 32:17
**first**(30) 3:23 3:26 4:12 4:23 5:3 6:16 7:5 20:6 21:6 25:17 27:6 28:8 28:9 29:1 31:24 40:8 48:2 57:14 58:10 64:18 66:13 67:23 73:20 81:17 84:7 84:8 84:11 86:6 94:18 99:10

**fitness**(1) 66:21
**five**(2) 31:19 37:16
**flatly**(1) 65:12
**flawed**(2) 64:14 64:15
**floor**(2) 1:39 2:15
**fluctuations**(1) 55:17
**focus**(2) 22:6 95:11
**follow**(2) 43:23 45:6
**followed**(1) 12:18
**following**(2) 20:1 48:10
**for**(108) 1:2 1:27 2:4 3:11 4:20 5:11 5:11 5:20 7:25 8:7 8:21 9:5 9:7 9:14 10:4 10:7 10:9 11:5 11:9 11:23 11:25 12:2 12:19 12:25 14:9 17:25 24:8 24:20 25:17 26:3 27:3 27:6 27:7 27:8 27:14 27:23 29:21 31:1 31:7 32:1 38:18 38:19 39:4 39:7 39:13 40:11 41:7 41:24 44:19 45:5 46:6 48:14 49:1 49:2 49:22 50:13 50:14 51:23 51:25 52:16 54:12 55:1 55:7 55:13 56:4 56:13 58:3 58:10 61:2 63:25 64:16 64:17 64:21 66:15 68:13 68:16 70:6 70:6 70:6 70:7 71:3 72:20 72:25 75:1 77:15 79:10 79:18 81:1 81:3 81:22 82:21 83:12 83:16 84:3 85:5 86:3 86:12 88:23 92:11 93:20 94:4 94:23 96:8 96:17 96:19 97:9 97:25 99:11

**forbidden**(1) 91:25
**force**(7) 72:3 72:18 73:4 74:1 75:10 98:9 98:11

**forcing**(3) 72:25 77:12 77:13
**foregoing**(2) 21:14 100:2
**form**(4) 48:13 63:25 79:10 80:9
**formation**(1) 75:2
**formed**(2) 6:23 6:25
**forth**(2) 20:6 26:17
**forty**(1) 37:5
**forty-five**(5) 21:19 46:9 47:8
**forward**(37) 10:23 12:24 20:15 29:4 29:18 39:14 40:9 40:20 50:11 50:19 55:10 56:2 56:6 56:12 56:16 57:2 60:5 61:3 61:7 61:15 61:22 62:2 62:18 65:15 65:23 71:22 80:21 82:11 82:22 82:22 84:12 84:13 84:17 98:24 99:1 99:4 99:4

**found**(3) 13:8 21:9 80:14
**four**(6) 14:10 31:19 37:16 41:9 43:4 74:20
**fractional**(2) 29:15 62:22
**framework**(1) 8:21
**frankly**(1) 76:12
**fraud**(23) 74:22 77:21 78:5 78:16 78:18 78:21 78:23 79:2 79:6 79:10 79:17 79:19 80:9 81:4 92:13 92:14 92:17 92:20 92:22 93:7 93:12 93:18 94:12

**fraudulent**(4) 77:21 78:13 92:20 92:24

**freddie**(1) 36:4
**from**(48) 3:8 3:10 3:14 3:16 5:5 5:14 7:8 9:2 9:8 10:5 11:9 12:5 13:13 18:7 18:8 23:15 23:15 23:23 29:7 29:7 30:19 32:3 32:16 35:11 35:17 35:20 35:25 36:21 37:15 39:9 39:24 40:2 45:12 53:24 55:25 55:25 60:3 62:21 68:6 68:18 79:3 84:23 85:24 86:3 86:13 91:23 94:6 100:3

**front**(4) 13:3 28:7 30:9 41:16
**fruit**(13) 34:24 50:16 50:24 59:8 59:10 59:11 59:13 59:14 59:16 59:21 59:22 62:10 62:19

**frustrated**(1) 92:7
**full**(1) 37:18
**fully**(4) 29:25 48:17 48:23 79:20
**fundamental**(1) 54:16
**funding**(3) 1:13 3:15 3:15
**further**(4) 14:20 15:8 16:5 24:5
**furthermore**(1) 65:22
**gaps**(1) 92:4
**gave**(5) 27:3 88:6 88:15 88:19 95:19
**generally**(4) 36:9 36:11 41:8 43:1 43:3
**genuine**(1) 20:8
**get**(22) 19:13 19:15 28:23 33:5 35:24 45:1 46:9 47:3 47:7 47:21 49:24 51:1 51:10 55:9 56:9 57:8 58:3 58:5 62:13 88:13 94:9

**gets**(2) 48:18 48:22
**ginny**(1) 36:4
**give**(15) 13:17 21:16 21:23 35:10 35:23 42:18 52:7 59:24 87:17 87:20 88:1 88:11 89:4 89:5 98:7

**given**(4) 45:9 58:9 98:12 99:12
**gives**(1) 14:20
**giving**(1) 98:5
**goddess**(2) 1:43 3:14
**goes**(4) 15:21 16:22 41:19 69:23
**going**(40) 3:23 6:9 8:11 8:13 8:15 14:22 15:6 15:7 19:13 19:15 28:5 28:19 31:7 33:7 34:7 43:19 44:11 44:20 45:9 49:7 49:9 49:10 49:18 49:21 50:7 50:12 55:21 55:2 57:16 58:7 58:16 59:9 62:3 62:5 63:20 64:11 67:15 72:5 78:20 85:9 99:13

**gold**(4) 31:2 31:2 31:6 31:7
**gold's**(1) 31:4
**good**(5) 53:24 74:8 86:14
**good**(27) 3:5 3:6 3:7 3:13 3:20 3:26 4:17 4:25 5:2 35:16 37:3 49:17 57:16 60:24 74:21 74:21 75:19 76:2 76:14 77:3 77:17 77:14 91:4 91:8 91:17 91:21 92:12

**got**(4) 37:24 43:18 43:19 88:5
**gotchya**(2) 37:10 64:23
**govern**(1) 95:17
**grant**(2) 37:9 56:24
**granted**(2) 64:25 65:1
**grants**(1) 24:18
**greater**(5) 5:24 56:4
**gregory**(2) 1:37 3:18
**grossly**(1) 55:7
**guarantor**(2) 56:9 56:18
**guess**(1) 5:3
**had**(54) 8:19 8:20 9:5 21:8 21:9 22:1 26:5 33:22 33:24 33:25 34:11 44:7 45:3 45:3 46:19 52:17 53:16 53:16 57:19 58:06 60:24 64:10 66:7 67:24 68:20 69:5 72:3 72:22 73:8 73:13 73:14 73:16 74:20 74:20 75:4 80:24 83:10 86:11 87:12 87:20 88:8 88:17 88:18 90:7 90:7 93:14 94:3 94:7 94:10 95:3 95:4 96:11 97:19

**hand**(1) 13:8
**handling**(3) 3:11 3:19
**handout**(2) 68:6 95:19
**happened**(4) 36:16 47:12 48:8 90:8

**happening**(1) 11:17
**happens**(5) 35:3 46:3 47:20 47:22 48:11
**hardly**(2) 22:1 94:19
**harmonize**(1) 52:6
**harp**(1) 97:18
**harping**(1) 89:9
**harrisburg**(1) 1:53
**has**(47) 8:10 18:6 17:7 19:5 20:9 20:17 20:21 27:4 28:6 30:2 44:13 45:20 47:18 49:10 51:5 52:9 52:22 53:21 57:23 59:5 59:16 59:25 61:1 64:21 68:14 68:15 69:14 71:16 71:18 72:7 72:8 72:17 72:23 78:16 78:23 79:7 81:19 84:18 84:20 88:4 91:5 91:5 92:15 93:21 93:22 95:14 96:9

**hasn't**(3) 28:11 28:22 63:3
**have**(160) 3:9 4:19 5:1 8:11 9:3 10:10 10:23 11:19 12:16 13:13 13:21 14:4 14:23 15:7 16:9 16:9 17:5 23:11 24:24 26:7 27:1 28:5 31:19 34:11 34:11 34:22 34:23 38:3 38:10 38:23 39:18 40:17 40:25 41:5 41:23 41:25 45:11 45:13 45:13 47:8 47:11 48:5 48:11 48:14 49:10 49:19 49:25 50:16 50:20 51:24 52:6 52:7 52:17 52:19 52:20 53:6 53:15 53:23 53:24 56:16 56:22 57:23 59:22 59:23 59:23 59:24 60:1 60:2 60:18 60:18 61:4 61:4 61:5 61:16 61:16 62:5 62:19 64:3 64:19 65:18 67:12 67:21 68:10 68:21 68:22 69:1 69:3 69:4 69:11 69:23 70:8 70:11 70:19 70:25 71:14 72:9 72:11 72:14 72:21 72:24 73:2 73:22 74:3 74:15 75:1 75:2 75:5 75:9 75:12 76:7 76:24 78:23 79:3 79:6 79:17 79:18 79:18 79:20 79:23 80:14 80:16 80:23 81:7 81:7 81:8 82:13 83:5 83:15 83:22 84:5 84:2 84:3 84:10 85:10 86:11 86:16 86:23 86:24 87:22 88:11 88:16 88:1 89:16 89:23 90:9 90:14 91:14 91:17 92:17 93:7 93:5 93:19 96:16 96:19 96:20 99:14

**haven't**(3) 25:10 86:1 91:19
**having**(2) 55:19 60:10
**he's**(2) 35:7 98:14
**head's**(1) 65:4
**hear**(1) 6:10
**heard**(7) 4:15 86:1 87:11 93:20 94:5 95:10 95:14

**hearing**(7) 32:11 32:12 32:23 35:19 40:16 98:15 99:22

**heavily**(1) 44:2
**heck**(2) 70:1 70:13
**hedge**(1) 7:11
**held**(3) 52:25 53:12 93:16
**hercules**(1) 2:13
**here**(40) 5:21 7:10 12:1 14:17 17:17 17:19 24:10 31:9 31:23 32:9 32:20 33:20 34:14 37:12 38:1 38:2 38:12 38:3 38:21 40:20 49:6 53:23 54:13 55:21 55:25 56:24 65:13 66:15 68:5 68:5 69:12 71:16 76:25 77:25 79:15 82:5 83:4 95:4 98:2

**here's**(6) 34:21 35:6 36:16 36:24 49:25
**hereof**(3) 17:1 17:4 17:5
**hereunder**(1) 19:5
**hide**(1) 89:8
**high**(10) 36:2 36:6 36:7 37:3 37:25 38:16 38:18 38:19 58:20 93:2

**higher**(4) 36:8 36:9 36:12 39:20
**highest**(2) 36:5 36:10
**his**(9) 27:23 28:16 35:8 36:1 42:12 42:12 43:17 46:22 59:25

**hit**(1) 44:21
**hold**(2) 53:9 54:25
**holding**(2) 24:19 89:20
**holdings**(1) 1:7
**holds**(2) 26:16 92:23

**home**(74) 1:6 6:23 6:24 6:25 7:2 7:8 7:25 9:9 16:18 20:4 44:4 44:9 44:9 44:17 45:9 48:2 51:18 52:23 53:16 54:7 54:11 54:11 54:20 55:3 55:12 56:10 60:6 60:13 66:3 66:5 66:8 66:24 67:1 67:19 72:3 72:7 72:11 72:12 72:13 72:18 72:20 72:22 72:24 72:25 73:1 73:4 73:14 73:14 74:1 75:10 77:13 77:17 77:17 77:18 77:20 79:11 79:13 80:5 82:13 82:14 82:19 82:21 82:25 83:4 86:8 86:12 87:18 88:10 89:10 89:11 89:12 89:16 97:20 98:15 98:19

**home's**(1) 60:12
**homes**(2) 56:9 56:18
**honor**(110) 3:6 3:7 3:13 3:17 3:21 3:24 3:26 4:5 5:13 5:18 6:9 8:2 8:19 9:16 10:19 11:24 12:18 13:2 13:7 13:13 13:21 14:13 14:21 15:15 15:21 16:5 16:14 16:20 16:23 17:16 17:22 17:25 18:25 19:6 19:16 19:22 20:4 21:10 22:21 22:24 23:7 23:11 24:8 24:17 24:23 25:21 26:12 26:14 27:8 27:10 27:20 28:1 28:9 28:24 29:20 30:14 32:20 37:18 39:12 42:6 43:1 44:6 45:6 48:7 51:22 55:21 56:22 57:11 57:13 57:16 58:1 58:12 58:14 58:17 59:1 59:8 60:21 60:23 62:1 62:21 63:4 63:13 70:7 75:23 76:15 78:6 83:9 84:20 84:22 85:8 85:13 85:23 86:15 86:21 87:6 87:15 88:21 90:11 90:20 91:5 92:13 93:10 94:18 95:8 95:20 96:14 96:24 97:2 99:19 99:20

**honorable**(1) 1:24
**hope**(3) 6:12 83:10 91:15
**hotly**(1) 33:8
**houston**(2) 1:31 1:33
**how**(13) 10:22 11:9 18:21 18:22 19:21 22:47 45:7 47:6 51:16 51:19 67:10 70:4 71:3

**however**(5) 15:22 16:1 16:5 45:11 47:4 57:18 68:3 86:9 96:9

**huge**(1) 58:11
**hundreds**(1) 59:20
**hypothetical**(1) 50:9
**i'll**(17) 5:22 6:12 7:7 10:18 16:14 24:23 28:22 28:25 33:5 35:10 39:11 40:1 51:9 64:20 66:13 78:6 85:7

**i'm**(25) 8:7 8:13 8:14 8:17 19:7 19:15 25:35 19:19 36:24 42:14 42:24 44:11 44:20 49:17 49:18 49:21 58:16 61:25 63:20 64:11 67:14 72:5 80:12 85:12 99:13

**i've**(8) 18:16 20:20 74:22 85:8 85:13 86:14 87:6 91:15

**idea**(1) 62:10
**identical**(6) 51:5 64:22 75:25 76:5 77:3 91:11

**identification**(3) 12:9 25:5 25:9
**identified**(3) 12:6 15:19 85:15
**identify**(1) 26:4
**ignore**(2) 18:15 18:25
**ignores**(1) 97:19
**ignoring**(4) 12:4 18:18 22:6 44:16
**iii**(1) 92:25
**illegally**(1) 64:17
**impact**(6) 12:4 20:17 26:25 27:13 47:25 48:3

**impacted**(2) 33:23 48:25
**impair**(1) 49:3
**implied**(9) 74:21 75:18 76:1 77:2 91:4 91:8 91:17 91:21 92:12

**implies**(1) 35:1
**important**(8) 31:21 34:14 37:17 44:12 54:10 69:16 79:15 98:22

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| improper(1) 91:2 | | interpretation(14) 52:7 52:8 64:15 64:15 64:25 65:7 65:21 66:14 70:12 79:23 97:9 97:13 97:15 97:17 | | kind(7) 10:24 18:21 31:23 35:9 55:6 94:11 95:3 | | loan(140) 5:25 7:5 8:9 9:17 13:1 13:25 14:6 14:16 14:16 15:1 15:9 15:19 15:22 15:23 16:7 16:8 16:13 16:14 16:16 16:17 16:25 17:8 17:8 17:11 17:12 17:14 17:15 19:19 19:21 20:2 20:7 20:8 20:9 20:10 20:11 20:14 20:18 20:21 20:23 20:24 20:25 21:2 21:9 21:21 23:13 23:21 23:22 24:4 24:4 24:6 26:2 26:9 28:17 28:18 33:19 33:19 34:16 34:18 35:15 36:8 37:24 39:3 39:5 40:1 40:6 40:7 40:12 42:20 43:8 43:10 43:15 43:16 43:16 45:21 46:1 46:6 47:18 47:19 48:11 48:17 48:23 50:19 50:23 51:5 51:6 51:13 51:14 51:16 52:9 52:10 52:16 52:17 53:2 53:11 53:22 53:22 57:1 57:2 59:6 59:6 61:20 61:24 64:21 64:22 68:3 69:5 69:7 69:13 69:20 69:20 70:19 70:20 71:11 71:17 71:17 71:17 71:19 71:20 71:20 71:21 71:21 71:22 73:9 73:12 73:15 74:10 80:22 85:18 85:18 85:22 85:23 87:23 89:1 89:17 94:6 94:8 94:9 95:5 98:16 |
| improperly(1) 9:13 46:5 | | | | | | | |
| inaccurate(4) 34:15 64:11 65:5 73:6 | | intimate(1) 28:6 | | kinds(2) 49:2 86:17 | | | |
| inappropriate(1) 6:8 | | into(21) 14:12 21:9 25:19 28:9 30:25 46:9 48:10 66:22 77:23 87:8 92:6 93:2 93:8 95:25 96:5 96:9 96:11 99:1 99:1 99:3 99:6 | | knew(5) 37:13 44:17 89:10 89:10 95:4 | | | |
| inc(1) 1:7 | | | | know(27) 6:9 6:17 10:24 15:8 34:12 36:7 36:8 36:25 38:6 38:10 41:15 44:19 45:2 45:6 45:15 49:15 50:15 52:13 56:21 59:2 72:11 72:18 72:20 73:12 74:21 89:17 97:24 | | | |
| incentivized(1) 32:18 | | | | | | | |
| include(6) 21:14 24:20 34:23 45:24 58:7 58:19 | | introduce(1) 3:16 | | | | | |
| | | investigate(1) 89:4 | | | | | |
| | | investment(2) 95:24 96:4 | | knowing(1) 80:25 | | | |
| | | investors(1) 24:14 | | knowledge(7) 88:20 93:25 94:3 94:7 94:11 95:5 97:23 | | | |
| included(2) 37:14 90:9 | | invoke(1) 95:21 | | | | | |
| including(5) 7:9 9:25 12:3 27:1 32:12 | | involved(1) 30:20 | | | | | |
| inclusion(1) 59:1 | | irrelevant(2) 64:17 65:2 | | knows(2) 52:2 55:25 | | loan's(1) 20:17 |
| inconsistent(2) 38:1 54:24 | | irrespective(1) 96:16 | | language(16) 6:5 6:13 13:3 18:15 18:16 20:13 20:19 47:2 65:12 65:15 70:25 71:1 76:17 76:18 82:11 95:20 | | loans(264) 5:22 5:23 5:23 6:15 7:2 7:8 7:13 7:15 7:23 8:1 8:5 8:8 8:10 8:25 9:2 9:3 9:5 9:11 9:19 9:20 9:24 9:25 10:1 10:4 10:7 10:10 11:12 11:23 12:3 12:5 12:7 12:9 12:11 12:14 12:17 12:22 12:24 13:5 13:10 13:24 16:10 16:25 17:13 17:19 17:20 17:24 18:2 18:8 18:9 18:12 18:21 19:5 19:19 19:25 19:25 21:25 22:2 22:13 22:14 22:15 22:19 22:23 23:3 23:6 23:15 23:25 24:2 24:2 24:6 24:7 24:20 24:25 25:2 25:6 25:6 25:9 25:14 25:14 25:18 25:20 25:24 25:25 26:1 26:4 26:7 27:1 27:12 27:14 27:17 28:12 28:14 29:5 29:7 29:14 29:22 29:23 30:24 31:25 32:2 33:6 33:7 33:13 33:18 33:21 33:22 33:25 35:12 35:16 35:17 35:22 36:3 36:3 36:5 36:7 36:12 36:18 36:25 37:4 37:19 37:20 37:21 37:24 38:8 38:13 38:14 38:17 39:7 39:13 39:15 40:4 40:11 40:22 40:24 40:25 41:5 41:7 41:9 42:25 43:4 44:17 44:18 45:1 45:4 45:7 45:10 45:11 45:13 45:19 45:20 46:22 47:3 47:21 47:24 47:25 48:4 48:9 49:2 49:2 51:5 53:3 53:5 53:6 53:9 53:10 53:15 53:17 53:24 56:3 57:3 57:24 58:3 58:8 58:8 58:11 58:19 58:20 58:25 59:1 59:4 59:17 60:2 60:18 61:2 61:2 61:4 61:5 61:13 61:17 61:19 61:22 61:25 62:4 62:6 62:25 66:18 67:8 67:24 68:1 68:2 68:19 68:20 70:23 71:8 71:14 71:22 72:4 72:16 72:16 73:9 74:6 74:7 74:7 74:13 74:14 75:8 75:12 80:16 80:23 83:13 83:17 83:21 83:25 85:10 85:14 85:16 85:21 86:4 86:5 86:16 86:17 86:19 87:8 87:13 87:22 88:3 88:5 88:9 88:18 88:23 88:24 88:25 89:2 89:7 90:3 90:4 90:6 90:9 90:14 90:15 90:17 90:22 93:2 93:3 93:14 94:3 95:6 96:15 96:18 97:4 97:5 97:7 97:7 |
| incorporate(2) 13:9 49:7 | | isn't(2) 14:23 75:21 | | | | | |
| incorporated(2) 14:12 65:24 | | issue(33) 5:20 5:21 6:11 7:10 11:11 11:16 11:18 11:20 12:20 25:12 25:14 26:15 26:18 26:23 27:11 27:12 27:16 27:18 31:23 32:25 33:8 33:9 33:22 34:2 38:23 39:23 40:1 40:20 65:20 66:14 69:16 75:1 99:16 | | large(1) 81:14 | | | |
| incorporates(2) 22:7 71:7 | | | | largely(1) 24:1 | | | |
| incorrect(1) 82:9 | | | | largest(1) 37:21 | | | |
| incredulous(1) 58:4 | | | | last(7) 10:13 39:11 56:1 62:20 94:13 95:19 97:3 | | | |
| indeed(1) 17:19 | | | | | | | |
| indemnify(1) 51:9 | | issued(1) 23:8 | | | | | |
| independent(14) 31:6 33:18 40:17 56:12 65:3 66:7 66:9 77:24 80:11 80:20 81:3 93:21 97:20 97:25 | | issuer(6) 23:10 23:14 23:24 24:10 24:13 24:15 | | later(3) 38:9 39:19 48:20 | | | |
| | | | | laughter(2) 4:16 99:15 | | | |
| indicated(1) 76:17 | | issues(5) 30:12 53:18 54:3 55:2 55:18 | | law(16) 17:15 17:16 26:14 26:15 26:16 39:14 52:1 77:15 80:8 82:2 89:18 91:7 91:22 92:18 93:10 94:25 | | | |
| indicates(1) 17:18 | | it's(97) 5:9 5:10 5:10 12:8 12:8 15:6 15:11 16:4 16:12 23:1 24:15 25:4 27:5 27:6 27:17 29:2 29:12 31:20 32:14 34:15 42:3 42:5 42:9 42:17 42:18 44:3 44:9 44:12 45:9 45:10 48:14 48:17 48:18 48:21 48:19 51:2 51:21 53:8 54:10 58:9 60:14 60:17 61:5 61:20 61:24 63:3 64:5 65:2 65:18 66:8 68:4 68:8 68:8 68:11 68:12 68:16 68:19 69:22 69:20 70:9 70:24 70:24 71:13 71:15 72:15 72:16 73:9 73:25 74:9 75:10 75:16 75:17 75:23 75:25 76:23 80:4 81:18 83:19 83:25 86:16 86:25 87:3 89:11 89:16 89:23 93:6 97:8 97:11 97:13 97:16 97:25 98:10 98:11 98:20 98:22 99:1 | | | | | |
| indication(1) 35:23 | | | | lawsuit(1) 12:18 | | | |
| indisputable(2) 32:14 89:11 | | | | learn(1) 58:10 | | | |
| induce(2) 93:3 93:8 | | | | learned(1) 9:22 | | | |
| induced(2) 98:25 99:3 | | | | least(3) 47:15 90:25 91:21 | | | |
| inducement(4) 77:21 78:15 92:14 92:20 | | | | leaves(1) 85:5 | | | |
| inducements(1) 92:24 | | | | leaving(1) 29:11 | | | |
| industry(1) 47:7 | | | | legal(15) 40:17 64:9 65:16 72:20 77:23 77:25 78:2 78:3 78:4 79:4 80:11 80:20 81:3 82:9 93:21 | | | |
| ineligibility(1) 26:20 | | | | | | | |
| ineligible(97) 5:23 8:25 9:2 9:20 9:24 11:12 12:3 12:7 12:9 12:11 21:3 21:9 21:25 22:2 22:13 22:14 22:15 22:19 23:3 23:5 24:4 24:6 24:20 25:2 25:6 25:9 25:14 26:4 26:7 27:1 27:12 27:14 27:17 28:14 32:1 32:3 33:9 34:9 34:19 35:3 35:7 36:19 37:5 37:6 45:5 46:1 46:6 46:20 46:22 47:3 47:21 47:24 48:4 48:10 48:24 49:2 51:16 53:15 53:18 53:24 57:24 58:8 58:11 58:20 58:25 59:1 60:2 67:8 68:1 68:12 68:19 70:10 70:23 71:12 72:15 72:16 73:9 74:8 74:13 74:14 75:8 75:12 80:17 83:17 83:21 83:25 86:15 87:8 87:13 90:14 90:15 90:17 90:22 93:4 96:15 | | itself(9) 14:25 22:5 29:21 30:4 37:24 77:24 80:24 93:15 93:22 | | legally(2) 54:19 65:2 | | | |
| | | it's(2) 56:19 75:23 | | legitimate(1) 85:4 | | logic(1) 62:9 |
| | | jacob(2) 1:30 3:18 | | lehman(1) 37:15 | | logical(1) 73:21 |
| | | jake(1) 63:13 | | length(1) 82:4 | | look(17) 14:10 16:19 37:19 49:14 50:1 50:20 52:12 58:13 62:3 65:18 66:19 67:7 68:6 70:25 71:3 72:5 95:20 |
| | | job(1) 30:23 | | lengthy(1) 12:9 | | |
| | | judge(2) 1:25 34:24 | | leslie(1) 1:49 | | |
| | | judgment(30) 4:20 5:19 8:23 10:12 11:21 24:19 25:17 26:12 26:17 26:24 27:7 27:9 27:15 27:23 27:23 28:20 29:13 32:14 33:9 39:6 40:3 56:24 63:6 63:19 64:16 64:24 65:1 87:10 90:19 90:20 | | less(1) 11:23 31:7 | | |
| | | | | lesser(1) 30:25 | | |
| | | | | let(7) 12:20 52:21 54:3 72:11 84:5 91:3 92:13 | | |
| inequitable(1) 55:7 | | | | | | | |
| inferior(3) 5:24 35:9 37:7 | | | | let's(7) 3:22 40:6 47:13 48:8 49:20 63:9 95:20 | | looked(2) 40:17 80:23 |
| information(6) 14:20 26:9 80:14 81:1 89:2 96:1 | | jumbo(1) 36:5 | | | | looking(7) 12:25 38:20 40:14 40:19 42:14 51:1 67:14 |
| | | just(41) 4:14 5:4 8:19 18:17 18:19 19:23 22:9 27:6 34:7 34:15 35:3 39:19 42:3 43:15 47:20 50:23 53:4 54:3 59:2 61:4 61:5 61:16 61:24 61:25 62:5 62:9 62:19 62:20 65:9 69:15 72:10 77:9 82:2 86:16 87:11 87:18 93:6 97:2 97:18 97:18 98:18 | | letters(1) 57:23 | | |
| | | | | level(2) 60:18 60:19 | | |
| informed(1) 9:25 | | | | liabilities(1) 29:16 | | |
| inherently(1) 94:1 | | | | liable(1) 82:20 | | |
| input(1) 30:19 | | | | lie(5) 78:3 78:18 79:19 81:4 97:11 | | lose(7) 65:2 65:4 65:5 77:4 86:25 87:3 96:14 |
| inquiry(1) 95:2 | | | | lies(2) 77:20 79:1 | | |
| insistence(1) 77:10 | | | | like(7) 6:16 34:24 66:8 66:12 80:24 88:9 98:4 | | |
| inspection(1) 26:3 | | kaye(3) 2:4 3:10 5:14 | | | | |
| instance(1) 81:16 | | keep(9) 21:3 22:2 22:14 43:19 49:17 88:9 89:6 89:8 90:15 | | | | loses(1) 65:1 |
| instances(1) 97:17 | | | | likelihood(1) 35:24 | | loss(11) 24:16 29:17 50:13 50:15 59:9 60:7 60:8 60:9 60:10 60:13 87:4 |
| instead(2) 18:19 25:11 | | | | likely(1) 47:3 | | |
| institution(1) 81:15 | | | | limitation(2) 53:13 53:18 | | |
| instructed(1) 10:6 | | key(2) 48:2 75:3 | | limitations(5) 41:11 43:6 51:11 53:1 53:6 | | |
| instructive(1) 62:4 | | | | limited(1) 15:11 | | |
| insurance(3) 48:13 48:15 59:25 | | | | line(2) 37:12 40:1 | | losses(2) 83:12 86:24 |
| insurer(1) 55:17 | | | | list(2) 20:2 26:6 | | lost(1) 23:5 |
| integrated(1) 79:20 | | | | listed(1) 81:24 | | |
| intelligence(1) 80:15 | | | | literally(1) 51:24 | | |
| intend(2) 6:20 93:9 | | | | llc(2) 1:13 70:15 | | |
| intended(4) 44:17 52:12 52:15 93:4 | | | | llp(5) 1:28 1:36 2:4 3:10 3:16 | | |
| intensive(1) 95:1 | | | | | | | |
| intent(6) 47:1 76:16 76:17 76:18 92:5 | | | | | | | |
| interest(3) 28:21 55:18 69:19 | | | | | | | |
| internal(1) 38:19 | | | | | | | |
| interpret(1) 14:11 | | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| lot(7) 31:4 40:13 48:9 63:18 64:8 85:9 97:24 | | melville(85) 1:28 3:15 6:23 6:25 28:3 29:4 29:10 29:18 36:11 44:3 44:7 45:3 45:11 46:6 46:16 47:22 48:19 48:20 51:18 52:21 53:9 54:8 54:15 54:21 54:25 55:4 55:15 56:7 56:13 56:25 57:6 61:12 63:14 64:2 64:12 64:7 64:10 66:4 66:6 66:7 66:11 66:17 66:18 66:19 66:25 67:2 67:3 67:11 67:18 67:24 68:2 68:14 68:16 70:17 72:3 72:8 72:17 72:21 72:25 73:5 73:11 73:18 74:12 75:4 76:19 77:16 79:8 79:14 79:16 80:18 81:1 81:12 81:13 81:16 81:20 82:1 82:24 83:4 84:15 95:13 97:19 98:7 98:18 98:21 98:25 | | mortgage(141) 1:6 7:2 7:5 7:8 7:13 7:15 7:23 8:1 8:5 13:1 13:5 13:10 13:23 13:25 14:6 14:15 14:16 14:25 15:9 15:19 15:22 16:7 16:13 16:16 16:25 16:25 17:8 17:11 17:19 18:8 19:24 19:25 20:2 20:7 20:8 20:9 20:10 20:14 20:18 20:21 20:23 20:24 21:21 23:13 23:15 23:21 23:25 24:2 25:20 28:17 33:6 33:19 38:8 39:3 39:5 40:1 40:6 40:11 40:12 40:22 40:24 41:5 43:8 43:10 43:15 45:21 47:8 47:18 50:18 52:2 51:4 51:13 51:16 52:9 52:16 52:24 53:9 53:21 57:1 57:8 59:16 61:2 61:3 61:13 61:19 61:22 61:25 62:24 64:21 66:6 66:9 67:1 67:19 69:5 69:7 69:10 69:13 69:20 71:8 71:11 71:16 71:17 71:17 71:18 71:20 71:21 71:24 72:1 72:11 72:12 72:13 72:22 72:24 73:1 73:1 73:4 73:14 73:14 74:1 75:10 77:13 77:17 77:20 79:1 82:14 82:14 82:19 82:21 85:14 85:16 85:18 85:21 85:22 86:3 87:23 88:23 95:5 95:7 97:4 97:6 | | north(1) 2:14 not(202) 5:10 5:21 5:25 6:7 10:11 10:15 10:23 11:13 11:18 13:8 13:25 14:10 14:18 16:2 16:8 16:16 18:13 20:19 21:20 22:4 22:6 22:12 22:13 22:14 22:17 22:23 23:3 23:4 23:21 23:22 24:9 24:20 24:24 26:14 26:19 26:20 27:1 27:5 27:16 29:2 29:24 30:1 30:4 30:4 30:5 31:7 31:10 31:22 31:25 34:16 34:19 38:4 38:10 38:11 39:5 40:6 40:10 40:12 43:12 43:16 44:15 44:16 44:18 44:25 46:12 46:14 48:4 48:14 49:1 49:3 50:12 52:23 54:3 54:23 55:3 55:8 55:13 55:18 58:19 58:25 59:4 59:22 60:9 60:16 63:3 63:20 64:5 64:8 64:20 65:11 66:3 66:24 67:12 67:13 67:19 67:20 67:21 68:7 68:11 68:15 68:18 68:21 68:21 68:22 68:22 69:2 69:23 70:9 70:15 70:16 70:21 70:22 70:22 71:12 71:13 71:15 71:18 71:20 72:5 72:12 72:15 72:25 73:25 74:9 74:10 74:15 75:5 75:9 75:11 75:13 75:16 75:23 75:25 76:8 76:25 77:12 77:13 77:19 77:25 78:2 78:3 78:7 78:17 78:21 79:9 79:13 79:17 80:13 80:19 81:21 82:3 82:4 82:5 82:20 82:20 82:21 83:5 83:25 84:11 84:15 85:7 86:9 86:15 86:16 86:19 86:25 87:18 87:24 88:7 88:9 88:14 88:24 89:1 89:2 89:7 90:14 90:18 90:21 91:7 91:11 91:14 91:25 92:6 92:18 93:5 93:17 94:8 94:8 95:6 95:9 95:22 96:3 96:6 96:7 97:11 97:20 97:23 98:5 98:6 98:11 98:12 99:3 |
| loughlin(1) 92:22 | | | | | | | |
| low(5) 10:9 11:18 38:13 38:15 39:16 | | | | | | note(1) 55:5 |
| lower(2) 36:8 56:4 | | | | | | noteholders(4) 55:8 55:15 56:14 57:9 |
| made(35) 7:22 27:3 30:23 54:7 54:8 55:12 56:2 57:16 57:22 59:3 64:3 65:17 66:17 66:24 66:25 67:11 74:23 79:11 79:22 80:5 80:5 80:6 80:18 81:2 83:3 84:9 86:9 93:13 93:16 97:17 98:15 98:17 98:25 99:2 99:3 | | member(2) 6:24 89:12 memorandum(4) 23:8 23:19 23:20 24:6 memory(1) 47:5 mention(4) 24:3 24:12 24:13 34:7 mentioned(5) 31:1 34:14 35:7 35:8 47:21 merican(1) 1:6 merit(3) 39:3 84:18 88:21 merrill(1) 37:15 met(4) 3:17 27:11 94:10 95:6 middleman(1) 55:22 might(6) 4:13 39:22 49:25 53:10 56:10 60:15 | | mortgage's(6) 66:3 66:24 77:18 79:13 mortgages(1) 55:18 most(2) 5:20 28:16 motion(17) 4:24 24:18 27:7 27:23 30:9 40:16 40:23 63:15 64:16 64:24 80:1 90:18 90:19 90:20 91:1 94:20 94:23 | | nothing(11) 32:3 36:23 48:23 53:25 72:9 72:17 74:2 75:25 77:15 82:9 83:3 |
| mae(1) 36:4 | | | | | | notice(17) 19:3 21:16 21:23 32:8 87:18 87:19 87:21 88:2 88:6 88:11 88:15 88:19 89:4 89:5 98:5 98:7 98:12 |
| magically(1) 30:25 | | | | | | notify(1) 73:8 |
| main(2) 7:3 7:4 | | | | | | notion(2) 34:16 40:24 |
| major(1) 51:24 | | | | motions(6) 4:9 4:19 4:20 5:19 6:8 63:19 move(3) 30:16 39:12 40:1 msj(5) 65:5 65:23 97:6 97:7 97:14 mtd(6) 63:17 63:19 65:10 65:21 65:22 much(6) 5:9 5:10 10:22 11:9 18:22 31:9 multiple(1) 37:16 murin(1) 1:49 must(20) 15:23 16:8 16:13 16:16 17:8 17:14 20:1 20:2 20:10 20:24 59:16 63:23 68:2 68:3 74:25 76:16 83:1 85:18 85:21 85:22 | | now(25) 5:5 10:11 12:20 18:17 20:12 24:24 25:16 26:11 29:12 29:19 30:18 43:15 44:20 49:19 51:19 53:15 53:17 67:14 74:22 78:7 82:16 83:20 85:8 85:13 88:4 |
| majority(2) 27:19 36:12 | | | | | | |
| make(26) 5:4 10:12 22:22 24:9 26:10 29:3 36:24 37:12 46:16 50:3 52:6 55:10 55:23 57:17 65:14 66:21 67:13 68:25 70:9 73:10 73:22 75:6 83:11 83:16 88:17 98:3 | | | | | | |
| makes(10) 27:22 36:7 54:22 66:20 73:10 82:2 94:22 96:8 98:4 98:19 | | | | | | |
| making(4) 21:4 45:4 48:4 77:17 | | | | | | nowhere(3) 22:10 22:11 22:17 |
| managed(1) 66:10 | | | | | | number(2) 41:23 68:23 |
| manager(10) 6:24 54:12 66:8 66:9 66:9 89:12 89:14 89:15 97:20 97:25 | | million(17) 9:18 12:3 12:14 25:6 28:10 28:19 28:23 29:8 29:10 29:11 29:13 33:5 33:18 36:18 37:5 38:3 40:4 | | | | numbers(1) 28:23 o'clock(3) 45:8 45:12 45:12 |
| mandatory(2) 44:3 44:11 | | | | n.a(1) 11:18 | | objection(2) 30:3 30:14 |
| manner(7) 18:11 32:15 34:3 34:8 40:10 86:5 91:24 | | minute(1) 69:15 minutes(2) 31:19 53:4 mislead(1) 32:18 misrep(1) 74:22 misrepresent(1) 78:3 misrepresentation(9) 78:19 78:24 79:7 79:18 81:7 81:12 93:18 94:14 94:22 | | name(1) 5:13 nature(3) 94:21 99:12 99:13 necessarily(4) 48:5 52:8 77:4 97:15 necessary(5) 6:7 9:3 49:8 80:11 89:2 need(13) 9:1 25:22 26:13 51:14 58:25 62:12 62:13 83:15 87:2 91:16 92:7 96:23 97:18 needed(3) 10:6 26:9 94:9 negative(1) 48:5 negligent(5) 74:22 81:7 81:11 94:14 94:22 negotiated(1) 32:12 neither(1) 82:22 never(18) 10:23 11:1 11:2 24:24 25:9 26:7 30:1 30:14 48:17 48:18 56:9 68:12 70:18 88:5 88:6 88:15 88:19 | | obligate(1) 56:6 obligated(7) 12:21 29:3 39:13 56:15 57:6 62:3 62:24 |
| many(10) 4:9 16:15 30:19 44:20 45:11 47:4 74:7 85:14 86:14 87:5 | | | | | | |
| market(7) 1:9 1:45 2:14 7:12 34:10 36:10 55:18 | | | | | | |
| marketplace(1) 23:18 | | | | | | obligates(1) 44:2 |
| material(6) 26:15 26:18 26:23 27:11 32:25 34:2 | | | | | | obligation(49) 40:9 44:3 44:10 48:1 49:1 49:4 49:24 52:23 56:11 60:4 67:24 68:1 68:9 68:20 68:23 71:4 72:2 72:3 72:7 72:8 72:22 73:3 77:17 74:1 74:11 74:12 74:15 75:5 75:9 75:11 75:13 75:19 83:5 83:16 84:16 85:16 86:17 86:18 87:7 87:20 88:4 88:6 88:14 88:22 89:25 90:1 90:7 91:4 98:5 |
| materially(5) 47:24 48:2 72:15 72:16 73:1 | | | | | | |
| matter(6) 18:21 18:22 39:14 45:15 99:14 100:4 | | | | | | |
| maximize(1) 30:21 | | misrepresentations(2) 30:24 82:19 misses(1) 91:10 missing(3) 48:11 60:1 74:9 mixing(1) 34:9 mlpsa(91) 7:7 7:14 7:24 8:4 9:15 12:25 13:9 14:5 14:6 14:11 14:15 14:19 15:15 16:15 16:18 17:21 18:23 19:18 20:13 20:20 22:7 22:12 32:4 34:18 40:11 40:21 41:3 41:14 47:3 49:8 50:17 50:20 50:20 51:2 51:12 52:3 52:22 53:2 54:5 54:17 55:9 54:4 59:11 59:12 59:12 59:19 61:1 62:7 64:3 64:10 64:16 65:7 65:16 65:24 66:17 66:19 67:6 67:12 67:22 69:10 69:12 69:13 71:11 74:18 75:4 79:7 80:3 80:21 82:11 83:22 83:25 84:10 84:11 84:23 84:25 85:5 85:9 86:2 86:7 87:13 88:22 90:13 91:14 95:9 95:10 95:17 96:7 96:13 96:16 96:17 99:2 mlpsa's(5) 9:20 18:3 20:14 71:7 82:23 moment(2) 33:5 44:11 moments(1) 87:12 money(4) 23:5 55:23 56:17 57:5 monhait(6) 1:43 1:44 3:13 3:14 3:14 3:21 month(2) 49:15 55:24 monthly(3) 80:22 94:6 94:7 more(8) 9:18 15:18 18:14 19:6 31:4 55:6 58:3 60:9 morning(11) 3:5 3:6 3:7 3:9 3:13 3:26 35:8 83:10 85:9 86:15 87:6 | | | | |
| maximum(1) 32:18 | | | | | | |
| may(25) 13:12 13:15 15:18 24:10 34:11 34:11 38:10 38:11 44:14 44:10 47:12 50:9 54:4 56:22 58:14 60:25 63:10 69:16 69:18 76:12 78:7 84:20 85:1 88:24 92:13 | | | | | | |
| maybe(5) 15:8 34:3 39:1 46:12 97:24 | | | | | | |
| mccarthy(1) 1:28 1:36 3:16 | | | | | | |
| mcneill(3) 2:12 3:7 3:8 | | | | | | nevertheless(1) 29:9 new(12) 2:8 17:15 17:16 52:1 82:2 89:18 91:7 91:22 92:17 92:18 93:15 94:25 | |
| mean(22) 13:10 14:23 15:6 32:24 34:25 37:6 38:4 38:9 38:20 50:23 50:23 50:23 53:21 56:11 57:1 62:2 68:18 68:22 69:10 74:10 97:5 97:7 | | | | | | |
| meaning(13) 14:4 14:11 36:3 51:5 52:7 53:11 54:25 56:6 61:10 62:7 76:6 80:13 81:20 | | | | next(3) 16:19 56:23 77:9 nine-million-dolla(5) 29:1 33:20 40:2 ninety(2) 49:17 49:18 ninety-four(2) 35:15 37:3 nobody(3) 32:20 32:21 57:21 non(4) 35:14 41:8 43:3 98:22 non-credit(1) 7:12 non-debtor(2) 6:19 98:2 non-defaulted(1) 74:6 non-delinquent(2) 35:14 74:4 non-eligible(1) 53:10 non-fiduciary(1) 98:23 non-inclusive(1) 71:12 non-performing(2) 32:2 37:2 non-reliance(2) 81:23 95:20 none(4) 54:2 54:7 75:14 76:18 nonetheless(2) 50:6 76:13 nor(2) 21:2 89:8 norman(2) 1:44 3:13 | | obligations(36) 50:5 51:8 51:9 51:9 63:25 64:4 64:19 65:17 65:20 66:1 66:3 67:14 67:16 67:17 67:19 67:20 67:21 72:19 73:15 73:20 74:23 76:7 76:25 82:17 82:18 82:23 82:25 83:2 83:11 83:24 86:14 91:1 93:10 97:4 97:8 97:12 |
| meaningful(1) 46:15 | | | | | | |
| meaningless(1) 51:12 | | | | | | |
| means(16) 5:22 8:8 13:1 14:6 14:20 15:9 20:10 21:22 45:3 51:13 52:8 59:5 73:12 80:15 88:23 93:2 | | | | | | observations(1) 57:16 |
| meet(3) 9:13 35:1 89:3 | | | | | | obtained(2) 29:21 39:7 obviously(20) 4:13 14:11 30:20 31:4 40:8 63:18 65:9 65:24 67:1 67:7 72:6 72:14 73:23 74:7 75:1 76:23 79:6 81:1 82:14 96:23 occasion(1) 3:17 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| occurred(2) 8:22 12:17 | | p.a(1) 1:43 | | phonetic(6) 13:19 35:18 89:19 91:24 92:22 | | prevent(2) 9:4 98:1 | |
| off(9) 8:9 9:19 12:5 12:18 25:7 25:25 28:8 39:16 90:8 | | p.m(1) 99:22 | | 93:23 | | previous(1) 2:17 | |
| | | package(1) 48:21 | | | | price(18) 9:4 11:10 11:18 12:15 27:13 | |
| offer(1) 65:3 | | page(4) 16:19 42:9 42:17 42:20 | | picking(1) 83:9 | | 32:19 33:13 33:22 36:10 37:24 38:15 | |
| offered(2) 17:24 18:22 | | pages(3) 41:20 59:20 59:20 | | piece(2) 50:4 77:7 | | 38:16 38:18 38:19 39:6 39:17 39:20 56:4 | |
| | | paid(7) 12:15 28:11 29:9 56:9 61:15 62:22 | | place(2) 31:24 32:22 | | | |
| okay(29) 3:12 3:22 4:6 5:4 10:20 11:14 | | 66:10 | | placed(2) 82:23 82:24 | | prices(2) 10:9 29:21 | |
| 27:24 30:17 35:5 37:8 37:11 38:23 38:25 | | | | placement(2) 23:8 23:19 23:20 24:6 | | primary(1) 55:13 | |
| 39:10 39:25 39:25 42:1 42:23 43:24 43:25 | | paper(7) 36:3 36:4 36:5 36:6 36:7 36:13 | | plain(7) 13:3 20:19 54:24 65:12 65:15 | | prime(1) 36:5 | |
| 46:2 47:16 49:19 57:10 63:8 65:8 72:1 | | 77:7 | | 71:1 82:10 | | principle(1) 3:19 | |
| 77:6 99:7 | | papers(10) 6:4 6:12 7:7 12:23 14:9 21:5 | | plaintiff(3) 11:24 23:9 24:10 | | prior(1) 40:16 | |
| once(6) 9:22 26:7 30:2 52:23 53:16 53:17 | | 23:7 26:12 27:7 40:23 | | plaintiff's(1) 5:1 | | private(4) 23:7 23:19 23:19 24:6 | |
| one(32) 5:20 7:10 10:1 10:8 12:18 15:7 | | par(2) 11:24 58:3 | | plaintiffs(66) 1:15 3:15 5:24 6:20 7:1 7:8 | | probably(3) 18:16 32:10 85:13 | |
| 15:8 20:6 20:16 25:11 27:17 34:13 40:24 | | park(1) 2:7 | | 7:10 7:12 8:1 8:20 9:9 9:25 10:8 12:7 | | problem(5) 42:2 48:15 49:25 50:8 83:3 | |
| 41:25 42:8 42:12 42:12 42:14 44:21 46:5 | | parole(1) 6:7 | | 12:10 12:16 12:22 14:17 17:22 18:14 | | procedural(1) 28:6 | |
| 52:6 52:17 52:21 54:5 54:15 54:20 57:14 | | parsing(1) 70:24 | | 18:15 18:20 18:25 19:24 20:8 20:12 21:7 | | procedure(4) 29:20 32:11 58:14 74:17 | |
| 60:23 67:13 77:10 82:7 93:24 | | part(7) 5:20 5:25 22:16 39:17 42:3 53:3 | | 21:23 22:4 22:12 23:4 24:24 25:3 25:5 | | procedures(7) 8:2 28:25 30:3 32:6 32:22 | |
| one's(2) 54:21 54:22 | | 88:7 | | 25:8 25:21 25:24 26:6 28:2 28:20 52:5 | | 35:19 58:24 | |
| one-count(1) 24:21 | | partial(15) 7:19 7:22 11:25 13:4 13:23 | | 60:9 83:12 83:24 84:2 84:16 85:6 85:11 | | | |
| ones(2) 31:5 51:3 | | 27:15 29:3 29:8 29:10 29:16 39:14 40:5 | | 86:6 86:10 86:13 88:1 88:20 88:25 89:12 | | proceeding(1) 27:5 | |
| only(73) 5:21 6:15 6:17 7:22 8:5 8:8 8:10 | | 50:12 62:23 83:11 | | 89:13 89:14 90:25 93:1 94:2 94:14 94:16 | | proceedings(3) 1:23 1:57 100:4 | |
| 9:7 12:17 12:21 12:22 16:9 20:15 23:2 | | | | 95:3 95:18 96:10 96:17 | | proceeds(3) 10:4 24:11 29:6 | |
| 25:16 25:18 27:6 29:9 33:5 33:21 34:17 | | participant(1) 37:18 | | | | process(16) 29:21 30:1 30:4 30:15 30:20 | |
| 35:13 36:20 37:1 38:17 44:18 44:25 46:14 | | participants(2) 37:14 52:15 | | planning(1) 56:11 | | 30:22 37:19 37:23 37:23 39:8 39:18 52:15 | |
| 50:4 50:12 51:5 52:6 57:2 58:9 59:13 | | participated(3) 29:25 32:17 39:18 | | plaza(1) 2:13 | | 57:15 58:9 58:24 82:13 | |
| 59:16 60:1 61:12 62:3 62:5 63:3 66:18 | | participating(1) 10:5 | | pleaded(1) 95:4 | | | |
| 66:21 67:24 69:12 72:7 72:14 73:18 73:19 | | participation(1) 93:3 | | pleadings(1) 54:13 | | produced(1) 1:58 | |
| 75:7 78:18 80:4 83:19 84:1 84:13 84:20 | | particular(1) 94:22 | | pleads(1) 94:2 | | professional(2) 32:16 32:17 | |
| 85:10 85:14 85:16 86:8 87:24 89:15 89:22 | | parties(32) 3:6 5:18 6:3 7:18 14:6 17:16 | | please(2) 4:3 13:17 | | professionals(2) 30:19 32:18 | |
| 90:3 90:3 90:6 90:9 93:2 94:10 95:4 96:7 | | 23:20 31:5 32:12 44:25 46:15 47:1 47:23 | | plenty(1) 78:4 | | program(9) 17:20 18:1 18:4 23:9 40:14 | |
| 97:4 97:5 | | 52:14 53:8 55:1 61:3 61:10 61:12 61:12 | | podium(1) 27:20 | | 93:2 93:3 96:9 96:10 | |
| | | 62:1 62:11 62:18 71:19 81:19 81:25 82:3 | | point(29) 10:13 34:13 35:6 36:17 36:22 | | | |
| opponent's(1) 43:18 | | 82:6 92:5 95:11 96:7 96:13 | | 36:24 37:12 38:12 39:11 46:14 48:4 48:19 | | programs(1) 17:23 | |
| opposing(1) 26:16 | | | | 51:23 52:21 53:10 53:20 54:4 58:6 58:12 | | prohibit(1) 68:18 | |
| opposite(2) 35:2 87:1 | | party(18) 21:15 26:16 55:21 62:4 80:13 | | 59:3 60:23 64:13 76:10 76:10 76:21 89:19 | | prohibited(1) 76:20 | |
| option(2) 53:16 88:7 | | 81:21 84:11 84:25 85:2 86:20 88:16 91:22 | | 91:11 97:3 98:3 | | prohibition(2) 68:15 73:25 | |
| oral(1) 95:23 | | 92:1 93:13 95:22 95:24 97:24 98:16 | | | | prohibits(1) 91:23 | |
| order(4) 5:3 28:24 41:22 88:21 | | | | pointed(1) 80:4 | | promise(1) 93:16 | |
| ordinarily(1) 95:1 | | party's(1) 93:24 | | pointing(1) 22:10 | | prompt(3) 21:16 87:17 87:19 | |
| ordinary(1) 80:15 | | passage(2) 53:23 53:25 | | points(3) 63:21 97:2 97:18 | | proper(2) 32:8 65:21 | |
| original(1) 56:4 | | pause(5) 13:20 27:25 42:11 42:19 71:24 | | policy(1) 55:6 | | properly(4) 7:13 59:11 85:11 90:9 | |
| originated(1) 7:2 | | pay(15) 12:21 22:18 31:7 31:9 34:14 56:7 | | pool(3) 16:25 31:17 35:14 | | proposed(3) 35:22 35:25 58:13 | |
| other(31) 7:11 8:8 13:8 14:5 19:20 21:17 | | 56:16 56:16 57:4 60:11 62:4 62:5 62:24 | | portfolio(15) 31:5 25 8:9 9:1 9:12 9:13 9:23 | | proposition(1) 77:16 | |
| 21:22 37:3 39:4 44:24 44:24 47:19 50:1 50:1 | | 71:4 82:15 96:19 | | 10:1 12:3 16:23 16:24 17:3 21:10 24:5 | | protected(5) 23:4 24:13 24:14 | |
| 50:3 50:24 51:6 52:20 52:21 54:3 56:2 | | | | 41:11 41:12 43:6 43:7 49:19 51:10 51:19 | | protection(4) 24:3 24:12 50:7 55:16 | |
| 58:12 62:21 78:23 81:21 81:25 83:23 | | payment(1) 39:15 | | 53:1 53:6 53:13 53:18 57:25 85:20 87:8 | | protections(1) 93:14 | |
| 86:14 89:24 92:1 95:24 96:8 | | payments(17) 7:19 7:22 12:1 12:22 13:5 | | 88:11 89:7 90:16 95:6 | | provide(1) 55:14 | |
| | | 13:23 22:18 29:3 29:9 29:11 29:17 40:5 | | | | provided(18) 9:14 15:22 16:1 16:4 16:5 | |
| others(3) 26:3 32:14 44:24 | | 50:13 56:1 62:23 83:12 83:16 | | portion(6) 3:19 9:11 9:23 12:10 25:2 58:8 | | 16:12 17:14 17:17 25:5 25:10 26:2 26:5 | |
| otherwise(7) 13:24 25:11 43:13 58:20 | | | | position(4) 17:25 25:12 25:13 76:13 | | 45:21 61:20 61:23 68:3 69:20 69:22 | |
| 78:12 83:20 89:21 | | pejorative(1) 48:5 | | positive(1) 56:5 | | | |
| | | pennies(1) 82:15 | | posses(1) 94:3 | | provides(5) 19:23 20:6 20:20 21:19 88:22 | |
| our(16) 3:11 5:7 6:12 11:12 23:7 28:8 | | pennsylvania(1) 1:53 | | possession(1) 26:1 | | 93:6 95:15 96:6 | |
| 31:1 87:4 87:4 88:17 90:1 90:20 92:21 | | people(1) 38:19 | | possible(3) 82:18 82:18 99:17 | | | |
| 92:25 93:23 94:2 | | perceive(1) 28:13 | | possibly(1) 82:14 | | provisions(8) 8:17 22:7 43:22 44:20 | |
| | | percent(10) 35:13 35:14 35:15 37:1 37:3 | | potter(2) 2:11 3:8 | | 45:24 47:2 51:2 51:6 51:11 51:14 51:15 | |
| out(25) 9:18 9:20 10:6 15:16 15:16 22:10 | | 37:5 49:16 49:17 49:18 49:18 | | ppm(3) 23:8 23:12 23:23 | | 51:24 52:2 67:10 81:24 85:2 87:5 90:12 | |
| 23:18 24:4 24:22 25:6 32:3 36:15 37:23 | | | | practical(2) 45:15 89:22 | | 90:14 98:23 98:23 99:4 | |
| 38:15 44:5 47:9 49:13 49:16 50:20 51:24 | | perfect(1) 5:10 | | practically(1) 73:10 | | | |
| 52:5 52:21 64:13 80:4 80:14 | | perform(4) 75:2 75:4 75:6 77:19 | | precedent(1) 72:20 | | proviso(3) 44:13 45:20 50:2 | |
| | | performance(3) 54:1 75:2 94:8 | | precisely(2) 32:5 36:16 | | psa(1) 75:8 | |
| outset(2) 22:21 64:13 | | performances(1) 77:18 | | preclude(1) 86:10 | | purchase(50) 5:25 7:8 15:19 16:2 17:24 | |
| outside(4) 78:1 78:4 78:17 79:4 | | performed(1) 77:18 | | precludes(1) 90:22 | | 18:6 18:11 18:20 19:2 19:4 19:24 20:8 | |
| over(2) 4:23 56:1 | | performing(9) 32:2 35:15 35:16 37:3 | | preconceived(1) 93:17 | | 20:16 22:1 22:13 23:13 23:14 44:4 49:22 | |
| overlap(1) 63:18 | | 48:17 48:23 74:7 86:13 93:17 | | predatory(1) 58:20 | | 56:4 59:11 66:18 67:24 68:2 68:8 68:10 | |
| overview(2) 65:9 85:24 | | | | predicate(1) 91:10 | | 68:11 68:12 68:20 68:21 69:19 70:19 | |
| overwhelming(1) 27:19 | | perhaps(1) 59:7 | | prejudice(2) 63:23 83:1 | | 70:20 70:21 70:23 75:10 83:25 85:14 | |
| owes(1) 13:4 | | period(4) 46:9 53:13 66:20 89:4 | | premised(3) 18:1 40:23 64:14 | | 85:16 86:3 86:5 86:15 86:17 86:18 86:19 | |
| own(10) 25:22 25:24 26:13 39:3 44:9 | | permission(2) 4:8 4:12 | | prepared(1) 84:21 | | 90:2 90:13 93:1 93:4 94:4 | |
| 77:19 80:16 80:19 88:25 96:11 | | permitted(5) 22:12 22:14 22:15 90:13 | | preparing(1) 9:7 | | | |
| | | permitting(2) 28:22 51:10 | | prescribe(2) 18:11 86:5 | | purchased(15) 7:13 14:17 15:1 15:3 17:12 | |
| owned(5) 7:16 8:1 25:25 84:1 90:9 | | person(1) 54:12 | | present(1) 26:23 | | 17:13 20:21 21:3 43:10 67:9 67:25 | |
| ownership(1) 20:16 | | | | presentation(1) 99:11 | | 73:9 75:8 85:11 | |
| owning(1) 7:13 | | phantom(7) 66:1 66:1 66:13 67:14 68:23 | | presented(2) 27:2 58:22 | | | |
| owns(1) 97:24 | | 72:1 73:17 | | presenting(1) 26:20 | | purchaser(25) 14:17 15:1 15:3 15:18 | |
| | | | | pretty(1) 31:9 | | 15:18 16:2 16:25 17:4 17:24 18:6 18:8 | |
| | | | | prevail(1) 90:20 | | 18:10 19:4 21:13 43:10 43:14 54:22 67:3 | |
| | | | | | | 69:19 86:2 86:3 87:16 87:17 87:17 88:1 | |

**Word**    **Page:Line**

**purchasers**(3) 54:9  54:18  54:23
**purchasing**(4) 7:6  24:5  68:19  86:23
**purely**(1) 29:14
**purportedly**(2) 28:12  29:24
**purpose**(14) 6:19  6:22  7:16  18:13  38:18  51:15  54:16  73:11  76:22  76:22  81:14  86:2  97:22  98:1
**purposes**(1) 90:18
**pursuant**(13) 14:18  15:1  15:3  15:17  17:1  17:12  20:22  20:24  23:13  43:11  59:14  59:15  85:16
**put**(23) 44:6  45:2  45:5  45:16  45:16  45:17  45:20  45:20  45:21  46:2  47:11  47:21  48:18  49:9  49:11  49:13  49:18  49:20  56:8  59:23  68:2  70:20  97:25
**puts**(1) 46:6
**qed**(2) 14:23  14:24
**qualified**(2) 15:11  40:10
**quality**(11) 35:16  35:21  36:3  36:5  36:6  36:7  36:12  37:3  58:1  60:19  93:2
**quandary**(1) 51:21
**quantities**(1) 58:11
**question**(3) 6:6  10:25  24:22
**quickly**(1) 84:8
**quite**(3) 24:15  38:1  87:1
**quote**(4) 13:6  20:14  25:18  43:2
**quoted**(1) 93:23
**quoting**(1) 23:23
**raise**(1) 54:3
**raised**(1) 27:6
**rangers**(2) 70:2  71:20
**rate**(1) 38:19
**rates**(1) 55:18
**ratios**(1) 36:9
**re-buy**(1) 38:20
**re-plead**(2) 75:16  83:3
**re-pleading**(1) 63:24
**reach**(1) 73:21
**reached**(1) 73:20
**read**(3) 43:16  57:20  76:16
**reading**(3) 6:4  35:20  76:11
**real**(1) 45:3
**realize**(1) 23:24
**really**(15) 14:23  17:25  23:2  28:5  32:25  33:18  39:12  40:10  46:1  63:18  68:5  73:12  82:8  82:12  98:3
**reason**(5) 12:1  24:9  48:14  55:13  58:6
**reasonable**(2) 70:12  92:5
**reasons**(4) 8:7  27:8  38:4  44:19
**rebuttal**(1) 27:21
**rebuttals**(1) 4:14
**recalls**(1) 32:11
**receive**(2) 9:8  92:1
**received**(5) 9:4  10:4  12:15  24:11  27:13
**recess**(1) 63:11
**recognize**(1) 31:5
**recognizes**(2) 91:22  93:11
**recognizing**(1) 92:19
**recommendation**(2) 95:25  96:4
**record**(9) 8:23  10:12  12:8  25:4  32:15  35:20  36:20  39:6  57:23
**recorded**(1) 1:57
**recording**(2) 1:57  100:3
**recourse**(1) 44:4
**red**(1) 34:24
**refer**(3) 7:7  14:25  28:25
**reference**(6) 12:23  19:23  22:24  65:24  77:12  79:21
**referenced**(1) 50:19
**referencing**(1) 66:23
**referring**(1) 8:18
**reflected**(1) 96:13

**reflects**(2) 23:20  76:18
**refused**(1) 10:8
**refuted**(2) 26:8  65:11
**regarding**(4) 8:21  22:23  80:22  94:3
**regardless**(1) 13:5
**rehash**(2) 28:4  63:21
**reinforced**(1) 16:17
**related**(3) 4:22  17:3  96:2
**relates**(1) 28:21
**relationship**(9) 6:18  81:11  82:1  82:3  94:16  94:21  94:25  95:12  95:15
**relevant**(3) 6:17  8:22  99:5
**reliance**(1) 98:23
**reliant**(1) 80:25
**relied**(3) 26:22  94:19  96:10
**relief**(1) 65:3
**relies**(1) 44:1
**rely**(1) 99:5
**relying**(5) 81:15  81:25  82:6  95:23  96:7
**remedied**(1) 55:3
**remembers**(1) 85:13
**renaissance**(1) 1:38
**render**(1) 91:1
**rendered**(1) 51:12
**renders**(1) 93:25
**repeat**(2) 57:17  87:14
**repeated**(2) 8:20  9:10
**repeatedly**(1) 16:17
**replies**(1) 4:14
**reply**(3) 57:12  97:1  97:1
**report**(3) 94:6  94:7  94:8
**reports**(1) 80:22
**represent**(2) 5:14  79:8  79:16
**representation**(21) 21:15  66:13  66:16  66:20  66:21  66:23  66:24  67:12  79:18  80:7  80:18  81:2  81:8  81:9  86:8  86:12  86:16  87:16  96:10  98:20  98:20
**representation**(38) 19:20  20:3  20:5  20:9  21:14  41:11  43:6  54:6  55:1  57:22  63:25  64:3  64:19  65:17  66:1  66:3  67:11  67:15  74:23  75:6  79:9  79:11  79:13  79:21  79:22  79:24  80:2  80:3  80:4  82:25  83:2  86:9  98:15  98:17  98:24  99:2  99:3
**representativ**(2) 35:18  98:16
**represented**(3) 78:20  80:7  93:1
**represents**(2) 41:15  95:22
**reps**(5) 54:5  54:22  55:11  65:19  98:14
**repurchase**(17) 21:20  24:7  24:9  48:1  49:1  49:4  51:9  52:24  53:17  72:4  72:14  73:4  73:16  75:11  87:23  98:9  98:11
**repurchased**(2) 14:19  43:12
**repurchases**(1) 72:13
**request**(1) 12:2
**requests**(2) 10:7  11:25
**require**(6) 20:23  25:19  60:18  88:2  88:9  88:12
**required**(16) 7:21  16:2  21:23  21:23  21:25  22:18  24:7  31:23  68:10  70:22  70:22  81:1  87:21  88:13  90:2  97:14
**requirement**(2) 74:16  94:21
**requirements**(7) 9:14  15:2  20:23  53:14  87:24  87:25  95:7
**requires**(7) 26:16  53:4  53:5  75:17  88:1  95:1  96:16
**resell**(2) 87:12  98:9
**reservations**(1) 57:19
**reserve**(1) 27:21
**reserved**(1) 30:6
**residentia**(1) 7:2
**resolution**(2) 27:18  94:23

**respect**(11) 12:22  13:5  27:23  31:24  31:25  32:2  33:17  51:10  54:6  59:10  81:22
**respectfully**(1) 40:2
**respective**(1) 12:13
**respond**(1) 4:13
**response**(4) 63:7  79:25  83:8  86:1
**responsibilities**(3) 24:19  24:20  77:19
**responsible**(1) 55:1
**rest**(1) 51:2
**rests**(1) 72:7
**result**(7) 10:16  11:17  28:13  29:4  29:14  29:17  57:20
**resulted**(3) 10:9  12:5  29:7
**resulting**(1) 75:3
**return**(1) 38:19
**review**(1) 9:17
**right**(45) 4:17  11:7  11:22  14:2  14:7  15:5  15:14  16:11  19:10  19:13  19:17  27:21  30:11  31:18  33:15  36:14  41:8  41:21  41:23  42:20  42:23  45:25  47:13  49:5  49:10  49:10  50:21  50:25  52:23  61:9  61:14  62:17  68:16  69:21  69:24  71:25  74:5  78:9  78:11  83:18  88:18  91:19  92:1  94:6
**rights**(5) 17:3  30:6  85:1  85:17  90:7
**rise**(2) 3:3  3:16
**risk**(16) 5:24  7:12  23:22  39:23  50:6  55:15  55:20  56:10  56:19  57:6  60:7  60:8  60:8  60:12  60:15  60:17
**risks**(2) 23:10  23:21
**roberts**(40) 1:30  3:18  63:13  63:13  63:17  64:13  64:24  65:9  67:5  69:2  69:4  69:7  69:9  69:17  69:21  69:24  70:3  70:6  70:11  70:15  71:6  71:9  71:13  71:16  72:1  74:6  75:22  76:15  77:9  78:6  78:9  78:11  78:14  79:1  79:6  81:6  97:2  99:8  99:19
**role**(1) 55:17
**rosenthal**(2) 1:43  3:14
**rotten**(3) 49:16  59:21  59:21
**rounds**(2) 37:16  37:22
**rubenstein**(14) 5:13  34:14  35:7  36:17  46:21  56:23  61:5  83:9  83:19  84:22  90:24  92:11  98:3  99:20
**rubenstein's**(6) 28:16  42:9  42:15  42:22  68:6  97:3
**rubinstein**(55) 2:5  3:10  3:24  3:25  4:2  4:12  4:18  4:22  5:1  5:3  5:7  5:12  5:17  6:3  7:21  8:7  8:13  8:17  9:7  10:3  10:14  10:18  10:21  11:6  11:8  11:15  11:19  11:23  12:13  12:22  13:16  13:18  13:21  14:3  14:8  14:15  14:24  15:10  15:13  15:15  16:3  16:4  16:7  16:12  16:22  17:7  17:11  19:9  19:11  19:15  19:18  21:2  22:9  57:13  58:16
**rule**(1) 97:6
**ruled**(1) 40:15
**rules**(4) 50:18  51:22  62:8  89:24
**ruling**(2) 97:13  99:16
**safely**(1) 39:22
**said**(25) 20:21  24:20  25:4  26:5  47:10  50:11  55:12  58:2  58:4  61:5  61:16  61:19  62:5  62:19  66:11  66:14  69:22  79:12  82:2  85:13  85:19  89:11  89:20  96:14  97:1
**salary**(1) 66:10
**sale**(18) 6:21  9:8  10:7  22:16  29:6  29:14  30:4  33:25  35:11  35:13  35:25  36:16  45:5  45:9  45:12  48:9  50:14  50:15
**sales**(4) 33:25  24:11  29:20  58:13

**same**(29) 17:9  26:25  31:3  32:8  40:25  41:3  43:8  43:9  51:5  52:10  52:12  52:16  53:2  53:22  54:15  54:21  57:1  63:20  64:14  65:7  76:8  77:5  91:9  92:17  94:7  97:5  97:8  97:16  98:19
**sat**(1) 39:17
**satisfy**(9) 19:19  20:1  20:2  20:9  41:9  43:4  53:6  60:19  60:20
**saw**(4) 19:23  85:20  85:22  85:25
**say**(57) 5:24  13:4  13:7  14:22  15:21  16:3  17:22  18:19  20:12  20:16  21:4  21:5  22:1  22:5  22:13  26:3  36:17  39:3  40:24  44:2  49:14  50:12  51:25  52:8  57:18  59:20  60:6  60:9  61:6  61:6  61:21  61:22  62:3  62:19  62:21  63:6  65:17  69:9  70:16  73:7  73:8  74:2  80:1  80:2  80:5  84:11  84:12  86:6  88:8  88:23  89:23  90:1  91:20  92:16  94:14  98:18
**saying**(8) 27:6  30:14  62:1  71:10  85:20  90:15  93:7  99:5
**says**(44) 4:15  16:1  17:2  36:21  45:21  49:20  49:21  50:14  56:23  59:9  59:10  59:12  59:12  59:14  59:19  61:25  61:25  68:12  69:5  69:10  69:13  70:8  70:17  70:18  70:19  71:1  71:1  71:22  72:9  72:10  72:17  74:3  74:3  81:19  85:22  86:1  86:21  87:15  93:24  94:24  95:21
**schedule**(1) 58:13
**scheduled**(1) 9:12
**schedules**(1) 58:21
**scholer**(3) 2:4  3:10  5:14
**schuylkill**(1) 1:52
**scintilla**(1) 39:5
**scores**(1) 36:8
**seated**(1) 3:4
**second**(7) 16:4  28:15  33:7  72:1  75:18  77:10  99:11
**secondary**(1) 36:10
**section**(47) 8:4  16:22  17:4  19:1  19:14  20:5  21:10  21:11  22:3  22:10  41:4  41:4  41:13  41:16  41:23  43:9  44:1  44:21  47:13  47:19  47:23  48:1  49:1  51:3  51:3  52:18  52:22  52:22  53:9  54:4  66:19  67:5  67:7  68:6  72:5  73:8  74:18  81:19  84:23  85:19  85:21  85:22  86:7  86:8  87:11  87:13  95:21
**sections**(5) 50:1  52:20  54:5  74:2  86:14
**securitization**(1) 24:11
**securitizations**(1) 24:1
**securitized**(1) 43:13
**securitizes**(1) 48:20
**seek**(1) 92:14
**seeking**(1) 28:20
**seems**(1) 38:1
**segregate**(2) 9:2  10:6
**segregated**(1) 32:3
**segregation**(1) 31:24
**segregations**(1) 32:1
**self-serving**(2) 36:20  39:9
**sell**(20) 15:18  18:7  22:15  31:2  44:5  44:10  44:17  45:10  53:12  69:18  73:9  73:22  73:23  74:3  74:4  74:12  87:9  90:3  90:8  90:16
**seller**(35) 14:19  15:17  17:4  18:7  18:7  21:7  21:12  21:20  21:24  21:24  23:15  23:16  24:7  24:9  43:12  52:22  54:7  54:21  67:1  69:18  69:19  86:8  87:9  87:19  87:21  87:25  88:2  88:3  88:4  88:12  88:13  88:17  88:18  89:5
**seller's**(1) 19:3
**sellers**(1) 54:17
**selling**(4) 31:3  31:3  47:10  74:14
**sells**(2) 46:4  48:20
**sends**(1) 45:10

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**sense**(7) 50:3 70:4 70:5 73:10 82:2 89:21 96:8

**sent**(2) 11:25 49:14

**sentence**(1) 61:6

**separate**(14) 10:7 56:18 56:19 66:6 66:10 71:18 76:24 76:24 83:22 87:9 89:25 90:16 91:3 92:20

**separately**(2) 9:3 87:7
**september**(1) 29:5
**served**(1) 54:12
**service**(2) 1:51 1:58
**servicer**(5) 14:19 18:11 21:13 43:13 94:6
**services**(1) 1:51
**servicing**(2) 7:6 17:3
**serving**(1) 55:15
**set**(4) 9:2 20:6 26:17 53:20
**sets**(2) 4:19 12:5
**seven**(1) 35:14
**several**(1) 34:15
**shall**(12) 15:18 16:2 17:3 19:2 21:16 21:20 44:3 58:19 69:19 87:17 87:22 96:3

**share**(2) 29:15 62:22
**shares**(1) 91:9
**sharp**(1) 6:10
**shell**(1) 89:14
**sherri**(1) 100:8
**shocked**(1) 6:10
**short**(1) 12:2
**shortfall**(1) 12:16
**should**(12) 6:11 10:10 11:13 14:10 24:21 27:9 44:2 56:25 56:25 60:7 60:7 60:11

**shouldn't**(3) 65:22 86:23 96:18
**show**(3) 64:20 69:14 81:3
**shown**(1) 75:9
**shows**(1) 80:8
**side**(1) 3:11
**sides**(2) 6:6 22:21
**significantly**(1) 24:8
**silence**(1) 57:19
**similar**(1) 55:18
**simple**(2) 63:18 63:24
**simply**(4) 18:19 21:2 29:15 77:12
**since**(6) 4:9 4:19 50:18 67:19 81:8 92:15
**single**(2) 55:24 73:12
**singular**(2) 11:11 27:16
**sit**(1) 38:1
**situation**(2) 24:15 75:23
**six**(5) 31:20 35:13 35:13 37:1 45:12
**skworski**(1) 93:22
**slip**(1) 46:23
**small**(1) 20:2
**so-called**(1) 33:13
**sold**(41) 7:3 7:17 7:18 8:1 9:3 9:5 9:12 10:1 11:5 11:23 13:5 16:25 17:3 24:25 25:7 25:20 28:12 28:14 29:5 29:24 31:8 33:21 34:9 35:12 35:16 35:22 36:18 38:13 38:14 39:19 43:13 44:8 44:19 45:1 45:8 47:3 48:22 51:17 56:3 58:18 85:11

**sole**(5) 6:24 33:21 85:6 89:12 97:25
**solely**(5) 53:24 56:13 65:23 67:18 76:17
**solvent**(1) 60:11
**some**(22) 6:16 9:9 13:13 13:13 28:19 29:23 34:11 35:9 35:23 35:25 37:5 46:22 47:3 48:5 50:24 53:10 54:14 55:5 56:22 57:16 68:14 78:23

**somebody**(1) 47:10
**somehow**(18) 21:4 28:11 29:21 30:22 30:23 30:24 33:22 34:16 35:9 36:19 37:6 39:7 54:15 73:5 77:12 83:20 86:20 90:16

**someone**(1) 93:8

**something**(8) 7:5 7:17 30:25 68:17 70:8 73:6 86:23 97:7

**somewhere**(1) 35:13
**sontchi**(1) 1:24 34:24
**soon**(2) 8:14 99:17
**sophisticated**(3) 52:13 62:1 82:6
**sorry**(4) 19:7 42:24 97:1 99:14
**sound**(3) 1:57 98:4 100:3
**speaker**(5) 42:5 42:8 42:14 42:17 42:21
**special**(17) 6:19 6:22 7:16 73:11 80:11 80:12 81:10 81:13 82:1 82:3 94:16 94:21 94:25 95:3 95:12 95:14 97:22

**specific**(6) 9:14 15:2 20:22 26:17 68:17 68:18

**specifically**(11) 12:6 13:9 15:16 55:2 69:12 70:25 79:21 79:22 86:1 94:2 94:24

**spells**(2) 15:16 15:16
**spending**(1) 28:16
**spent**(1) 85:9
**spirit**(1) 76:23
**spirit's**(1) 76:25
**spvs**(3) 54:12 54:15 55:8
**stand**(2) 38:2 74:25
**started**(2) 24:22 58:10
**starting**(1) 49:7
**starts**(1) 40:9
**state**(10) 16:22 20:13 22:12 22:14 22:17 22:17 58:20 64:6 67:16 81:17

**stated**(9) 36:2 55:2 66:5 73:10 77:17 80:6 81:1 98:8 98:12

**statements**(2) 9:10 57:22
**states**(10) 1:1 1:25 13:3 13:24 17:7 19:1 44:2 58:17 81:21 96:7

**stating**(1) 90:13
**status**(3) 37:2 48:24 81:19
**statutory**(1) 50:18
**stemming**(1) 79:3
**step**(2) 15:7 85:24
**stephen**(1) 2:12
**steps**(1) 73:21
**steve**(1) 3:7
**stewart**(2) 2:6 3:10
**still**(7) 27:15 51:16 59:5 60:11 81:3 85:25

**stock**(1) 97:24
**stood**(3) 39:3 58:2 58:2
**stop**(1) 43:18
**straightforward**(1) 5:20
**street**(6) 1:9 1:32 1:39 1:45 1:52 2:14
**structure**(5) 17:23 18:4 18:13 18:15 18:20
**structured**(1) 97:22
**stuck**(1) 86:21
**subject**(6) 16:23 16:24 17:2 45:21 46:2 85:20

**submission**(1) 77:1
**submit**(21) 14:9 18:13 21:22 23:1 24:21 25:20 26:22 27:8 40:3 44:6 48:8 55:7 56:23 62:7 65:13 75:22 76:15 77:25 78:6 90:24 94:18

**submitted**(1) 8:23
**subsequently**(2) 14:18 43:12
**substantial**(4) 9:11 9:23 25:2 58:8
**succeed**(3) 64:18 64:21 92:7
**such**(14) 8:4 13:7 14:4 19:25 21:16 21:20 24:7 27:12 67:21 78:12 87:23 93:16 94:3 94:19

**sue**(2) 85:5 93:6
**suffer**(1) 24:10
**suffering**(1) 24:16

**sufficient**(2) 10:12 26:15
**sufficiently**(1) 11:20
**suggesting**(1) 39:6
**suing**(4) 84:24 95:16 95:17 95:18
**suite**(2) 1:32 1:45
**sum**(2) 90:11 96:14
**summary**(30) 4:20 5:19 8:23 10:12 11:20 24:18 25:16 26:12 26:17 26:24 27:7 27:9 27:15 27:22 27:23 28:20 29:13 32:14 33:4 39:5 40:3 56:24 63:6 63:19 64:16 64:24 65:1 87:10 90:19 90:20

**superfluous**(1) 51:13
**superior**(3) 93:24 94:3 94:11
**supplement**(17) 14:18 15:2 15:4 15:12 15:17 15:20 17:2 17:13 17:14 20:22 20:24 43:11 59:14 59:15 85:15 85:17 85:17

**support**(1) 10:24
**supposed**(4) 5:25 48:13 73:1 86:19
**sure**(6) 5:4 42:25 46:18 77:17 80:12 85:13
**surprise**(1) 99:12
**surprisingly**(1) 22:6
**susceptible**(1) 94:20

**swap**(91) 5:21 6:14 7:9 7:18 7:21 12:19 12:21 12:21 13:1 13:22 13:22 13:22 13:25 13:25 14:4 14:5 14:14 14:12 18:24 21:4 21:17 22:5 22:5 22:6 22:11 22:17 22:24 23:3 23:4 23:23 24:3 24:12 24:14 24:20 25:13 25:18 27:16 32:13 39:14 39:24 40:9 40:20 49:21 49:21 49:22 50:7 50:11 50:19 55:13 55:16 55:21 56:16 56:18 57:2 57:5 59:9 60:6 61:3 61:7 61:10 61:16 62:2 62:4 62:19 62:21 71:5 71:7 71:22 81:18 81:24 83:11 83:16 83:20 86:21 86:22 86:24 87:2 87:3 87:4 95:9 95:11 95:12 95:14 95:16 95:18 95:21 96:6 98:24 99:1 99:4 99:4

**swaps**(32) 6:1 13:3 13:7 13:8 13:9 13:10 20:15 23:10 29:4 29:8 55:10 56:2 56:6 56:8 56:12 60:15 60:16 61:22 65:15 65:19 80:22 82:11 82:22 82:22 84:2 84:12 84:11 84:17 90:22 96:15 96:21 96:22

**switch**(1) 80:3
**switching**(1) 95:10
**tab**(22) 13:21 14:13 14:16 14:21 15:15 17:5 18:3 18:25 19:9 19:18 19:22 19:23 20:4 21:10 23:11 42:9 42:15 42:16 42:21 58:17 84:22 95:19

**tag**(1) 82:16
**tail's**(1) 65:4
**tainted**(1) 29:23
**take**(16) 8:13 8:15 16:14 21:25 24:17 39:23 40:11 40:12 48:8 52:2 57:6 63:9 65:18 69:23 84:5 99:14

**taken**(3) 65:10 65:11 87:6
**takes**(4) 47:20 50:19 88:20 95:19
**taking**(3) 50:6 76:13 85:23
**talk**(1) 22:4
**talked**(1) 67:9
**talking**(7) 18:5 28:16 33:20 38:14 38:17 45:19 98:14

**tape**(1) 47:8
**tasked**(2) 77:16 97:23
**taylor**(1) 1:37 3:18
**tell**(2) 35:21 73:13
**telling**(3) 38:13 68:5 73:7
**tells**(1) 37:5
**ten**(3) 49:16 49:18 63:9
**term**(21) 7:24 13:1 17:17 32:4 34:19 43:8 46:23 50:18 50:22 51:4 51:6 52:9 52:10 52:16 52:17 53:1 53:1 61:3 61:4 61:13 62:6

**terminate**(1) 19:2
**terminated**(1) 19:5

**termination**(23) 7:17 7:19 7:22 7:24 8:5 11:25 12:21 13:4 13:23 19:1 19:11 22:16 22:18 29:3 29:8 29:10 29:17 39:15 40:5 50:13 62:23 83:12 90:7

**terms**(16) 9:21 14:3 14:4 15:12 17:1 40:25 49:9 50:4 51:22 68:18 68:18 91:14 92:4 96:2 97:9 98:10

**terrible**(1) 34:11
**testifying**(1) 98:16
**testimony**(5) 32:22 35:17 36:15 36:20
**texas**(4) 1:33 1:40 70:2 71:19
**than**(12) 5:8 9:18 11:24 15:8 28:18 31:4 39:8 40:10 47:18 52:9 56:4 58:3

**thank**(19) 3:21 5:10 5:12 13:16 27:24 28:1 57:11 60:21 63:4 83:6 96:24 96:25 97:1 99:8 99:10 99:18 99:19 99:20 99:21

**that**(301) 4:1 4:4 4:9 4:11 4:19 4:22 4:23 5:4 5:19 5:22 5:24 6:1 6:4 6:6 6:6 6:14 6:17 7:2 7:13 7:15 7:18 7:24 8:2 8:7 8:12 8:17 8:23 8:25 9:1 9:10 9:12 9:14 9:18 9:19 9:22 9:24 9:25 10:6 10:10 10:13 10:16 10:16 10:18 10:22 10:23 10:25 10:25 11:2 11:4 11:6 11:11 11:12 11:19 11:21 12:1 12:4 12:7 12:11 12:16 12:23 13:4 13:7 13:13 13:24 14:10 14:20 14:23 14:24 15:7 15:16 15:22 15:22 16:1 16:5 16:9 16:12 16:15 16:16 16:23 17:8 17:14 17:16 17:17 17:23 17:23 18:19 18:20 18:21 18:23 19:4 19:7 19:9 19:15 19:19 19:23 20:4 20:6 20:7 20:10 20:13 20:17 20:19 20:23 21:3 21:9 21:19 21:24 21:25 22:1 22:6 22:6 22:12 22:13 22:14 22:17 22:21 22:24 23:3 23:3 23:8 23:21 24:8 24:9 24:13 24:16 24:19 24:23 24:23 24:25 24:25 25:7 25:8 25:10 25:13 25:15 25:17 25:21 25:25 26:7 26:8 26:10 26:14 26:14 26:14 26:16 26:21 26:21 26:22 26:23 26:24 27:2 27:9 27:10 27:17 27:18 27:20 28:10 28:11 28:12 28:19 28:22 28:23 29:2 29:6 29:7 29:13 29:20 29:21 29:23 29:23 30:1 30:18 30:19 30:20 30:22 30:22 31:5 31:23 32:3 32:6 32:15 32:17 32:17 32:22 32:22 33:6 33:21 33:23 34:3 34:7 34:10 34:11 34:16 34:24 35:1 35:1 35:8 35:9 35:9 35:11 35:12 35:14 35:16 35:22 35:22 35:24 36:15 36:16 36:17 36:18 36:20 36:21 36:21 36:22 36:25 37:4 37:4 37:5 37:6 37:12 37:13 37:18 37:23 38:4 38:12 38:13 38:22 39:4 39:6 39:12 39:15 39:16 39:17 39:18 39:20 39:21 40:2 40:3 40:4 40:4 40:9 40:16 40:17 40:18 40:24 41:4 41:9 41:13 41:14 41:13 43:4 43:8 43:15 43:21 43:22 43:22 44:4 44:6 44:6 44:11 44:17 44:18 44:19 44:24 44:24 44:24 44:25 45:4 45:6 45:12 45:15 45:21 45:22 45:22 46:9 46:14 46:15 46:22 46:25 47:5 47:12 47:18 47:20 47:23 47:24 48:4 48:7 48:9 48:12 48:13 48:21 48:23 48:24 49:3 49:6 49:8 49:17 49:18 50:3 50:14 50:17

## AMERICAN HOME MORTGAGE 9-12-15-10.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| **that**(301) | 50:19 50:24 51:4 51:15 51:16 51:22 51:25 52:1 52:3 52:3 52:8 52:9 52:14 52:14 52:22 53:1 53:5 53:8 53:9 53:9 53:11 53:17 53:20 53:20 53:20 53:24 54:2 54:4 54:11 54:11 54:13 54:14 54:14 55:2 55:20 55:21 55:24 56:1 56:6 56:10 56:12 56:15 56:16 56:17 56:19 56:23 56:25 57:4 57:6 57:14 57:16 57:18 57:20 57:23 57:23 57:24 58:2 58:6 58:7 58:7 58:9 58:9 58:10 58:10 58:12 58:13 58:17 58:21 59:3 59:3 59:4 59:5 59:7 59:9 59:11 59:18 59:19 59:24 60:1 60:2 60:4 60:17 60:17 60:18 60:19 60:20 61:6 61:21 62:2 62:3 62:13 62:23 63:3 63:25 64:1 64:4 64:5 64:5 64:10 64:14 64:19 64:25 65:14 66:6 66:12 66:16 66:17 67:8 67:10 67:11 67:17 67:23 68:1 68:2 68:4 68:11 68:12 68:15 68:17 68:24 69:1 69:11 69:16 69:16 69:18 69:20 69:22 69:22 69:25 70:4 70:5 70:13 70:21 70:21 71:11 71:19 72:2 72:9 72:16 72:17 72:20 72:20 72:21 73:3 73:8 73:17 73:18 73:19 74:2 74:12 74:22 75:7 75:16 75:22 76:2 76:11 76:11 76:13 76:13 76:15 76:16 76:18 76:19 77:10 77:16 77:24 77:24 78:19 78:20 78:21 79:1 79:3 79:9 80:1 80:4 80:6 80:7 80:8 80:17 81:17 81:18 81:19 81:22 81:24 82:3 82:10 82:24 83:10 83:14 83:20 84:1 84:1 84:6 84:8 84:9 84:9 84:12 84:15 84:16 84:18 84:18 84:22 85:4 85:5 85:6 85:7 85:10 85:12 85:14 85:15 85:20 86:2 86:7 86:9 86:13 86:14 86:18 86:19 87:5 87:8 87:12 87:14 87:24 88:2 88:6 88:8 88:14 88:18 88:19 88:20 88:21 88:22 89:3 89:14 89:16 89:20 89:20 89:22 89:23 89:24 90:2 90:8 90:13 90:15 90:21 90:21 90:22 91:1 91:5 91:7 91:9 91:13 91:14 91:15 91:20 91:22 91:24 92:14 92:15 92:25 93:1 93:3 93:5 93:7 93:7 93:11 93:12 93:16 93:18 93:20 93:21 93:23 94:2 94:5 94:6 94:10 94:11 94:14 94:15 94:19 94:19 95:3 95:11 95:12 95:14 95:17 95:19 95:21 95:25 96:1 96:5 96:7 96:9 96:10 96:15 96:18 | **the**(301) | 1:1 1:2 1:24 3:3 3:4 3:8 3:9 3:12 3:14 3:19 3:19 3:20 3:22 4:1 4:4 4:6 4:8 4:10 4:11 4:13 4:14 4:17 4:21 4:24 4:25 5:2 5:3 5:6 5:8 5:9 5:15 5:16 5:18 5:19 5:20 5:21 5:25 6:1 6:2 6:3 6:4 6:5 6:11 6:13 6:13 6:14 6:14 6:16 6:18 6:18 6:19 6:19 6:23 6:24 6:25 7:1 7:5 7:7 7:9 7:14 7:15 7:18 7:18 7:20 7:21 7:21 7:24 8:1 8:4 8:6 8:9 8:9 8:11 8:14 8:14 8:16 8:17 8:19 8:21 8:21 8:22 8:23 8:25 9:2 9:4 9:5 9:6 9:7 9:10 9:10 9:11 9:11 9:12 9:13 9:13 9:15 9:16 9:17 9:18 9:20 9:23 9:23 9:24 9:25 10:2 10:3 10:5 10:9 10:11 10:12 10:14 10:15 10:15 10:15 10:16 10:16 10:18 10:20 10:25 11:1 11:4 11:14 11:7 11:9 11:10 11:11 11:14 11:14 11:16 11:16 11:16 11:17 11:22 11:23 11:24 11:24 12:1 12:2 12:2 12:3 12:4 12:7 12:8 12:9 12:10 12:11 12:12 12:14 12:15 12:16 12:16 12:20 12:20 12:23 12:24 12:25 13:1 13:1 13:2 13:3 13:7 13:8 13:8 13:8 13:9 13:10 13:11 13:12 13:13 13:15 13:17 13:19 13:22 13:22 13:22 13:25 13:25 14:2 14:4 14:4 14:4 14:5 14:6 14:7 14:9 14:10 14:10 14:17 14:19 14:19 14:19 14:22 15:1 15:3 15:5 15:11 15:12 15:12 15:15 15:16 15:18 15:18 15:19 15:24 16:1 16:1 16:4 16:6 16:11 16:15 16:16 16:21 16:23 16:23 17:1 17:1 17:2 17:3 17:4 17:6 17:8 17:10 17:13 17:15 17:17 17:17 17:18 17:18 17:20 17:21 17:23 17:25 17:25 18:10 18:3 18:4 18:4 18:6 18:7 18:8 18:8 18:10 18:10 18:11 18:13 18:15 18:17 18:20 18:23 18:24 19:1 19:3 19:7 19:10 19:11 19:13 19:17 19:18 19:19 19:22 19:24 19:25 20:1 20:2 20:6 20:8 20:9 20:10 20:14 20:15 20:19 20:20 20:21 21:4 21:7 21:9 21:12 21:12 21:13 21:14 21:14 21:15 21:17 21:17 21:19 21:20 | **the**(301) | 21:24 21:24 21:25 22:1 22:5 22:5 22:6 22:7 22:7 22:8 22:11 22:11 22:11 22:17 22:20 22:20 22:21 22:23 22:24 23:1 23:3 23:4 23:4 23:5 23:7 23:8 23:9 23:10 23:10 23:10 23:12 23:13 23:14 23:15 23:16 23:18 23:19 23:20 23:21 23:23 23:24 23:24 23:24 24:2 24:6 24:7 24:9 24:9 24:10 24:13 24:13 24:14 24:14 24:15 24:15 24:16 24:19 24:19 24:25 25:2 25:3 25:4 25:5 25:6 25:6 25:9 25:9 25:11 25:12 25:12 25:13 25:13 25:17 25:18 25:19 25:24 26:1 26:2 26:2 26:3 26:4 26:7 26:9 26:12 26:14 26:15 26:21 26:23 26:25 26:25 27:1 27:2 27:5 27:6 27:6 27:9 27:9 27:12 27:12 27:13 27:13 27:13 28:5 28:6 28:9 28:11 28:15 28:17 28:18 28:21 28:24 28:25 29:1 29:4 29:6 29:14 29:14 29:16 29:16 29:17 29:18 29:20 29:20 29:21 29:23 30:3 30:3 30:4 30:6 30:9 30:12 30:15 30:16 30:18 30:19 30:22 31:1 31:3 31:4 31:4 31:5 31:7 31:10 31:11 31:11 31:14 31:14 31:15 31:16 31:16 31:16 31:17 31:22 31:24 32:3 32:4 32:5 32:6 32:7 32:10 32:10 32:11 32:12 32:12 32:14 32:15 32:20 32:21 32:24 33:1 33:4 33:7 33:10 33:12 33:12 33:17 33:19 33:21 33:23 33:24 33:24 34:2 34:3 34:6 34:8 34:8 34:9 34:10 34:10 34:16 34:17 34:17 34:18 34:20 34:22 34:23 34:24 34:25 35:2 35:2 35:10 35:11 35:12 35:13 35:16 35:17 35:18 35:18 35:20 35:20 35:21 35:21 35:22 35:23 35:23 35:24 35:25 36:5 36:9 36:10 36:11 36:12 36:12 36:14 36:18 36:19 36:19 36:19 36:20 36:24 36:25 36:25 36:25 36:25 37:1 37:2 37:2 37:4 37:8 37:9 37:10 37:12 37:14 37:20 37:20 37:21 37:22 37:24 37:24 38:3 38:6 38:8 38:9 38:10 38:12 38:14 38:17 38:17 38:18 38:19 38:23 39:1 39:4 39:4 39:6 39:6 39:7 39:8 39:10 39:13 39:14 39:15 39:20 39:20 39:21 39:22 39:23 39:24 40:1 40:5 40:6 40:9 40:11 | **the**(301) | 40:11 40:14 40:16 40:19 40:20 40:21 40:24 40:25 41:2 41:3 41:3 41:4 41:9 41:10 41:11 41:12 41:13 41:14 41:15 41:16 41:18 41:19 41:21 41:23 42:1 42:3 42:3 42:7 42:8 42:8 42:10 42:12 42:14 42:16 42:20 42:23 42:23 43:4 43:5 43:6 43:7 43:8 43:10 43:12 43:12 43:14 43:15 43:16 43:17 43:22 43:22 43:24 44:10 44:13 44:16 44:21 44:22 44:24 44:24 45:4 45:6 45:6 45:7 45:8 45:8 45:12 45:15 45:16 45:16 45:19 45:20 45:21 45:24 45:24 46:1 46:2 46:3 46:5 46:5 46:8 46:9 46:12 46:15 46:16 46:17 46:18 46:23 46:23 46:24 47:1 47:1 47:2 47:2 47:5 47:7 47:14 47:15 47:16 47:17 47:18 47:20 47:23 47:25 47:25 48:2 48:3 48:7 48:9 48:10 48:11 48:12 48:13 48:14 48:15 48:21 48:24 48:25 48:25 49:2 49:3 49:5 49:8 49:8 49:9 49:10 49:13 49:16 49:20 49:21 49:21 49:21 50:2 50:5 50:7 50:7 50:8 50:9 50:10 50:11 50:13 50:13 50:15 50:15 50:16 50:17 50:18 50:19 50:20 50:20 50:21 50:22 50:25 51:2 51:2 51:3 51:4 51:4 51:5 51:5 51:5 51:7 51:12 51:14 51:19 51:22 51:24 51:25 51:25 52:1 52:2 52:4 52:7 52:7 52:9 52:10 52:12 52:14 52:15 52:16 52:16 52:16 52:18 52:22 52:22 52:23 52:23 52:25 53:2 53:2 53:3 53:5 53:5 53:6 53:8 53:11 53:13 53:16 53:16 53:19 53:22 53:22 53:22 53:23 53:23 53:25 54:4 54:5 54:6 54:7 54:8 54:11 54:12 54:12 54:13 54:15 54:15 54:16 54:17 54:17 54:17 54:21 54:23 54:24 54:25 55:1 55:6 55:8 55:9 55:9 55:13 55:13 55:13 55:16 55:17 55:20 55:24 55:25 56:1 56:2 56:3 56:3 56:5 56:6 56:8 56:12 56:13 56:15 56:16 56:17 56:18 56:20 56:23 56:25 57:1 57:2 57:3 57:3 57:4 57:5 57:8 57:10 57:12 57:14 57:15 57:15 57:18 57:19 57:20 57:21 57:22 57:23 57:23 57:25 58:1 58:3 58:10 58:12 58:13 58:15 58:18 58:18 58:21 58:22 58:22 58:24 58:24 58:25 58:25 59:3 59:3 59:7 59:9 59:9 59:10 59:11 |
| **that**(22) | 96:20 97:6 97:9 97:14 97:16 97:19 97:19 97:24 98:1 98:6 98:7 98:8 98:11 98:18 98:24 98:24 99:2 99:2 99:2 99:5 99:12 100:2 | | | | | | |
| **that's**(95) | 4:23 4:25 7:23 8:16 12:7 13:6 14:21 16:8 16:17 17:13 17:20 17:24 18:4 19:11 19:21 20:19 22:2 22:20 23:11 23:18 28:17 28:18 31:8 31:8 31:23 32:9 34:14 34:15 36:21 39:20 41:4 41:16 41:25 42:2 42:9 42:15 43:9 43:21 46:2 46:8 47:6 47:7 48:25 51:1 52:7 52:11 52:19 57:4 58:4 58:21 58:21 58:22 58:22 59:13 59:18 59:19 61:19 61:25 62:8 62:8 65:13 67:5 68:17 69:13 70:3 71:6 71:9 72:12 75:11 76:3 79:15 82:19 82:20 83:14 84:3 85:18 86:23 86:25 87:9 88:18 89:3 89:7 90:3 90:4 90:4 90:10 92:3 92:18 93:12 94:10 95:13 97:11 97:14 98:12 99:4 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **the(301)** 59:12  59:12  59:16  59:19  59:23 59:24  60:3  60:6  60:7  60:8  60:8  60:12 60:15  60:22  60:24  61:1  61:3  61:3  61:3 61:4  61:6  61:7  61:9  61:10  61:10  61:12 61:13  61:14  61:15  61:18  61:21  61:23 62:7  62:8  62:10  62:10  62:10  62:11  62:12 62:15  62:17  62:18  62:18  62:20  62:21 62:23  62:23  63:1  63:5  63:8  63:8  63:12 63:16  63:19  63:19  63:20  63:22  63:24 63:25  63:25  64:1  64:3  64:4  64:5  64:8 64:10  64:12  64:13  64:14  64:14  64:16 64:16  64:19  64:23  64:24  64:25  65:1  65:1 65:4  65:5  65:6  65:6  65:7  65:7  65:8  65:10 65:12  65:12  65:13  65:15  65:15  65:18 65:20  65:22  65:23  65:24  66:2  66:9  66:13 66:15  66:16  66:17  66:19  66:20  66:20 66:23  67:2  67:4  67:5  67:9  67:11  67:14 67:15  67:17  67:18  67:22  67:23  68:1  68:3 68:5  68:7  68:15  68:15  68:17  68:18  68:25 68:25  69:3  69:6  69:8  69:9  69:9  69:12 69:13  69:15  69:16  69:18  69:18  69:18 69:19  69:22  69:25  70:1  70:2  70:4  70:8 70:10  70:11  70:12  70:13  70:16  70:17 70:18  70:18  70:24  70:25  71:1  71:2  71:2 71:5  71:7  71:7  71:7  71:10  71:11  71:11 71:11  71:11  71:15  71:19  71:22  71:23 71:25  72:1  72:3  72:7  72:7  73:3  73:3 73:12  73:15  73:17  73:19  73:20  74:2  74:5 74:11  74:17  74:18  74:23  74:23  74:24  74:5 76:5  76:6  76:7  76:7  76:8  76:10  76:10 76:10  76:11  76:16  76:17  76:17  76:17 76:18  76:21  76:22  76:22  76:23  76:23 76:25  76:25  77:2  77:2  77:4  77:6  77:9 77:12  77:13  77:15  77:15  77:21  77:21 77:24  77:25  78:1  78:2  78:7  78:10  78:12 78:15  78:16  78:17  78:18  78:20  78:25  79:4 79:5  79:7  79:9  79:9  79:10  79:10  79:11 79:13  79:15  79:21  80:1  80:2  80:2  80:2 80:3  80:5  80:7  80:7  80:8  80:9  80:10 80:11  80:12  80:13  80:14  80:18  80:21 80:21  80:21  80:23  81:5  81:6  81:17 81:17  81:18  81:19  81:21  81:24  81:25 82:10  82:11  82:11  82:12  82:16  82:16 82:17 | | **the(282)** 82:17  82:18  82:22  82:22  82:23 82:23  83:2  83:2  83:3  83:5  83:7  83:11 83:12  83:13  83:14  83:16  83:16  83:18 83:19  83:20  83:22  83:25  84:2  84:2  84:3 84:3  84:5  84:7  84:9  84:9  84:10  84:11 84:13  84:13  84:17  84:19  84:21  84:23 84:23  84:24  84:25  85:1  85:2  85:5  85:6 85:6  85:9  85:11  85:12  85:20  85:24  85:25 86:1  86:2  86:2  86:3  86:5  86:8  86:10 86:10  86:14  86:21  86:22  86:24  87:1  87:2 87:3  87:3  87:4  87:5  87:8  87:9  87:13 87:16  87:17  87:17  87:18  87:19  87:19 87:21  87:25  88:1  88:2  88:2  88:3  88:4 88:11  88:12  88:12  88:13  88:15  88:17 88:17  88:22  88:22  89:2  89:3  89:5  89:7 89:13  89:17  89:19  89:22  90:6  90:7  90:11 90:13  90:16  90:18  90:21  90:22  90:23 90:24  90:25  90:25  91:3  91:4  91:4  91:7 91:16  91:21  91:23  92:1  92:1  92:1  92:3 92:4  92:4  92:4  92:5  92:6  92:8  92:8  92:10 92:11  92:13  92:17  92:18  92:19  92:21 92:22  92:23  92:24  93:1  93:2  93:3  93:3 93:8  93:9  93:9  93:10  93:10  93:13  93:14 93:15  93:15  93:20  93:22  93:22  93:25  94: 94:5  94:5  94:5  94:5  94:6  94:7  94:7  94:8 94:9  94:9  94:11  94:13  94:13  94:18  94:21 94:21  94:24  95:3  95:5  95:5  95:6  95:9 95:9  95:10  95:10  95:11  95:11  95:11  95:1 95:14  95:16  95:17  95:18  95:19  95:20 95:20  95:21  95:24  96:2  96:3  96:6  96:6 96:7  96:9  96:10  96:10  96:12  96:13  96:15 96:15  96:16  96:17  96:19  96:19  96:20 96:22  96:25  97:3  97:5  97:5  97:7  97:8 97:8  97:9  97:13  97:13  97:13  97:14  97:14 97:16  97:21  97:23  97:24  97:24  98:4  98:4 98:5  98:6  98:7  98:8  98:9  98:10  98:10 98:11  98:12  98:14  98:14  98:15  98:18 98:18  98:19  98:22  98:23  98:23  98:24 98:24  99:1  99:2  99:2  99:4  99:4  99:7  99:9 99:12  99:12  99:13  99:13  99:16  99:22 100:2  100:3  100:3  100:4 | **there(74)** 7:17  8:25  9:1  9:22  10:8  10:11 10:11  10:21  15:2  15:6  16:10  16:15  17:19 20:22  24:3  24:12  24:12  26:9  26:18  30:9 32:1  32:25  33:3  33:8  35:17  37:15  37:20 38:3  38:5  38:7  39:17  42:10  43:18  45:22 44:16  46:15  46:25  47:24  47:25  48:2  49:3 50:2  57:24  58:7  58:11  59:5  59:25  60:11 66:9  66:12  67:10  70:7  70:7  72:9  75:15 76:2  76:3  78:3  78:12  78:23  79:2  79:7 79:23  81:2  81:9  81:10  81:10  85:1  88:10 88:21  89:25  91:7  94:15  98:11 **there's(56)** 4:9  4:13  10:11  10:25  19:6  20: 31:7  31:10  31:22  36:22  36:23  36:23  39:5 40:4  40:13  44:20  44:24  45:15  46:13  46:17 46:14  48:15  52:6  54:13  54:14  60:15  60:16 63:18  66:11  70:20  71:17  72:9  72:17  72:19 73:25  74:2  74:11  74:16  75:24  77:23  77:22 78:2  78:3  80:20  81:23  81:25  82:3  82:4 82:5  83:5  83:15  88:1  88:9  88:25  88:25 95:14  96:16  96:23  97:12  97:21  98:2 **thereby(1)** 21:4 **therefore(11)** 9:1  10:6  10:9  14:8  20:17 24:13  60:7  60:10  64:17  77:3  94:7 **thereof(3)** 24:1  24:12  85:2 **thereto(1)** 85:3 **these(47)** 6:8  7:13  7:16  7:25  16:24  25:24 25:24  25:25  26:1  27:8  30:4  30:4  33:22 34:17  38:13  39:7  40:15  40:16  44:25  45:7 47:2  47:21  48:9  50:1  51:2  51:6  52:12 52:13  52:14  52:20  54:19  55:14  67:21  76: 82:5  83:5  83:15  88:1  88:9  88:25  88:25 95:14  96:16  96:23  97:12  97:21  98:2 **they(301)** 3:11  9:5  9:13  10:6  10:23  10:23 11:1  11:2  11:2  11:6  11:8  11:8  11:9  11:10 11:12  11:19  12:25  13:2  13:4  16:9  16:9 18:17  18:19  18:21  18:22  18:23  20:13 20:16  21:2  21:3  21:4  21:5  21:6  21:7  22:1 22:1  22:2  22:6  22:13  22:15  23:3  23:18 24:25  25:1  25:7  25:8  25:10  25:10  25:11 25:17  25:21  25:22  25:24  25:25  25:25  26:1 26:2  26:7  26:8  26:11  26:12  26:13  27:1 28:13  29:22  30:1  30:6  30:8  30:11  30:13 30:14  30:18  30:22  30:23  31:11  31:15 31:16  31:17  31:18  33:24  34:8  36:2  36:21 37:4  37:13  37:13  38:4  38:15  38:16  38:16 39:4  39:15  39:17  39:18  39:20  39:22  39:23 44:17  45:3  45:13  45:13  46:19  47:10  49:13 49:14  51:18  52:12  52:15  52:17  52:18 52:18  53:11  55:10  55:12  55:21  55:22 56:16  56:16  56:16  56:15  56:15  56:16  56:17 57:2  57:3  57:5  58:3  58:4  60:19  61:4 61:16  61:19  61:19  62:2  62:4  62:6  62:19 62:20  62:24  62:24  63:2  64:3  64:4  64:5 64:20  64:20  65:4  65:5  65:5  65:12  65:14 67:13  67:19  67:20  67:21  67:25  67:25 68:10  68:12  68:17  68:20  68:21  68:22 68:22  69:1  69:1  69:3  69:4  69:10  69:11 69:12  69:23  69:25  69:25  70:1  70:1  70:8 70:8  70:11  70:17  70:18  70:21  70:22  70:22 71:4  72:8  72:9  72:14  72:23  72:24  73:8 73:8  73:9  73:13  73:13  73:16  73:21  74:14 74:14  74:20  74:20  75:5  75:5  75:6  75:7 75:8  75:9  75:10  75:11  75:12  76:7  77:10 77:11  77:15  78:7  79:16  79:17  80:1  80:2 80:3  80:5  80:18  80:19  80:25  81:15  82:6 82:13  82:24  84:1  84:11  84:12  84:12  85:1 85:16  86:6  86:16  86:18  86:18  86:23  87:12 87:12  87:19  88:5  88:6  88:7  88:8  88:8 88:9  88:10  88:11  88:13  88:15  88:16  88:19 88:23  88:25  89:1  89:1  89:4  89:6  89:8 89:8  89:10  89:16  89:23  90:1  90:2  90:3 90:6  90:7  90:7  90:8  90:13  90:14  90:15 90:16  91:13  91:14  91:17  91:19  92:14 92:16  93:1  93:4  94:10  95:4  95:8  95:21 96:18  96:20  97:5  97:6  97:11  97:12 | **they(6)** 98:4  98:8  98:9  98:10  98:11  98:17 **they're(26)** 31:16  38:9  38:12  39:13  39:21 50:3  51:18  52:11  54:22  57:4  63:20  64:9 68:9  75:14  77:3  77:4  82:16  86:19  90:12 91:15  91:16  91:16  91:19  94:15  97:22  99:5 **they've(7)** 26:22  27:11  51:17  76:19  84:9 86:22  91:20 **thing(8)** 13:7  52:10  52:12  52:21  62:3 62:20  78:13  97:5 **things(17)** 7:11  19:21  28:7  28:24  38:21 43:4  47:12  57:14  59:23  60:2  75:5  75:14 76:8  76:8  76:18  83:5  83:24 **think(43)** 10:21  11:19  20:19  26:14  28:8 28:15  28:24  31:1  31:20  32:10  33:2  33:4 33:4  33:17  34:14  37:17  38:12  39:2  39:2 39:20  40:15  40:19  44:5  44:12  46:13  46:23 47:14  47:14  49:5  49:20  50:8  54:10  55:25 58:6  59:7  62:12  68:9  70:12  71:19  72:19 84:8  85:4  98:9 **third(5)** 28:21  84:25  86:20  88:16  93:13 **this(115)** 3:9  5:17  6:10  6:11  6:17  6:20  8:2 9:23  11:10  11:17  12:18  13:3  13:22  14:16 16:19  16:19  18:13  18:15  18:16  19:2  20:13 20:13  21:19  21:22  22:9  22:10  24:3  24:17 24:17  24:18  24:24  24:21  25:3  27:4  27:4 27:19  29:13  29:14  29:22  29:25  30:2  30:12 30:21  32:6  33:6  33:20  34:15  35:8  35:8 37:14  37:17  39:11  40:8  40:15  40:20  43:1 45:17  47:5  47:6  48:3  48:8  49:6  49:15 49:22  50:1  50:17  51:23  52:2  53:4  55:6 55:8  56:10  66:14  70:20  70:3  70:15  75:19 75:23  76:4  77:11  77:22  78:7  80:14  81:1 81:3  81:9  81:16  83:10  85:9  85:24  86:15 86:20  86:22  87:6  87:10  88:6  88:19  90:18 90:19  91:13  91:23  92:7  95:8  96:6  96:9 97:22  97:25  99:6  99:10  99:10  99:14 **those(55)** 6:20  6:22  9:25  10:7  10:7  20:5 25:5  26:2  29:7  29:10  29:22  31:19  31:24 32:17  37:19  37:20  37:22  37:24  38:16 38:20  40:25  43:1  45:13  49:2  50:4  51:1 51:14  51:15  53:14  53:17  57:17  61:12 63:21  64:7  64:11  65:19  74:7  75:14  76:18 79:12  79:22  80:4  82:15  82:24  88:5  88:19 86:24  87:22  87:24  87:25  88:5  88:18  95:6 97:9  99:3 **though(5)** 26:8  30:18  38:12  58:12  84:5 **thought(4)** 4:7  38:16  39:12  39:15 **thoughts(1)** 5:11 **thousand(1)** 45:10 **thousands(1)** 59:19 **three(9)** 10:22  11:1  18:16  25:4  27:3  28:9 45:22  47:6  56:1 **through(34)** 7:4  7:7  7:9  8:14  8:14  8:15 16:14  17:14  23:25  27:4  41:19  43:22  44:21 46:23  47:15  51:4  53:4  53:23  53:23  64:11 67:15  67:16  72:6  73:15  74:8  74:19  74:24 80:14  80:23  85:9  86:15  87:6  87:14  89:15 **throughout(8)** 7:6  16:15  16:18  17:9  17:20 17:21  37:22  92:21 **throw(1)** 51:24 **thus(1)** 82:25 **time(34)** 16:2  18:8  18:8  23:15  23:15  25:3 25:17  26:2  27:6  28:16  28:22  30:7  31:3 46:17  48:11  48:19  48:24  49:2  51:10  53:10 53:11  53:13  53:24  53:25  57:18  58:10  85:9 86:3  86:3  89:4  91:9  92:17  93:8  97:21 **times(6)** 16:15  18:16  30:7  34:15  64:9 **title(2)** 69:19  81:7 |
| **their(70)** 6:4  12:23  13:2  13:6  14:9  17:22 17:25  21:5  23:19  25:1  25:18  25:22  25:25 26:6  26:13  26:22  27:11  30:6  32:5  34:10 40:23  40:23  48:6  53:25  54:1  54:1  54:1 55:8  55:9  55:15  55:23  55:23  55:23  56:4 56:5  56:9  56:11  56:14  56:17  57:5  57:9 60:9  61:18  62:22  64:6  64:18  64:21  65:18 65:25  66:21  68:8  70:15  73:20  74:19  75:1 80:19  84:8  85:15  86:13  87:5  87:8  88:7 88:21  89:6  89:7  92:2  93:20  95:5  97:6 97:16 **them(55)** 7:3  10:6  10:22  10:22  11:1  12:4 14:9  17:24  18:23  18:23  27:3  27:3  27:3 28:14  29:24  31:3  38:15  39:19  39:19  44:8 45:5  45:14  45:22  47:22  49:16  51:19  52:6 52:6  52:6  54:8  54:20  65:18  67:21  68:18 70:20  73:22  73:22  73:22  73:23  73:23 73:25  74:1  74:3  75:10  77:13  84:10  87:9 88:10  88:23  89:1  89:8  90:16  91:13  94:4 98:19 **themselves(3)** 22:25  39:19  91:13 **then(61)** 4:23  7:3  9:9  14:20  14:25  15:21 17:5  20:4  25:8  33:8  39:11  39:19  40:11 42:24  46:3  47:25  49:14  51:16  59:5  59:20 68:25  72:12  72:23  73:13  73:14  73:22 73:22  74:24  75:11  76:8  76:23  78:22  79:2 80:1  80:3  80:8  80:20  83:14  83:15  83:21 83:23  84:1  86:22  87:2  87:4  87:21  87:21 88:4  88:13  88:17  90:3  90:6  90:24  91:16 91:20  92:11  95:11  96:16  96:19  96:22 98:10 **theory(1)** 68:13 | | | | | | |

| Word | Page:Line |
|---|---|

**today**(7) 4:8 6:13 7:10 12:1 32:9 38:2 38:13

**together**(1) 12:5
**told**(6) 10:21 10:22 11:1 12:4 69:15 74:22
**tomato**(3) 34:23 34:23 34:25
**tomoko**(2) 92:21 94:24
**too**(10) 37:17 37:25 38:13 35:18 38:16 38:18 38:19 39:16 49:7 85:13

**took**(5) 31:17 31:18 32:22 55:20 56:19
**top**(1) 42:23
**tort**(1) 77:23
**total**(1) 25:16
**totally**(1) 18:15
**touch**(1) 91:3
**touched**(1) 68:9
**towards**(1) 42:23
**tower**(1) 1:58
**trade**(1) 36:9
**tranche**(6) 28:10 28:15 28:21 33:21 40:2
**tranches**(1) 28:9
**transaction**(7) 66:22 81:22 82:4 93:25 95:25 96:3 96:5

**transactions**(2) 55:14 97:21
**transcript**(4) 1:23 1:58 35:20 100:3
**transcription**(2) 1:51 1:58
**transcriptionist**(1) 100:10
**transcripts**(1) 57:20
**transfer**(23) 14:18 15:1 15:4 15:12 15:17 15:20 16:13 17:2 17:12 17:14 20:22 20:24 43:11 46:17 48:12 48:25 49:3 53:11 59:14 59:15 85:15 85:17 85:17

**transferred**(3) 15:22 16:7 43:14
**transformed**(1) 30:25
**treat**(3) 51:20 54:20 98:18
**treated**(1) 41:6
**trial**(1) 83:20
**tried**(1) 36:10
**tries**(1) 80:10
**triggered**(2) 40:5 49:1
**triggers**(1) 89:3
**true**(6) 39:20 65:10 65:11 73:20 75:14 92:23

**truly**(1) 52:15
**try**(2) 88:22 95:8
**trying**(5) 25:16 36:24 82:12 82:16 85:7
**turn**(7) 12:20 47:13 56:8 63:8 77:22 92:13 99:17

**turned**(2) 9:20 24:4
**turns**(2) 49:13 49:16
**twenty-five**(1) 30:7
**two**(22) 1:31 4:19 7:3 7:4 12:6 20:15 20:16 27:18 37:20 37:21 38:20 40:19 42:10 45:8 45:12 45:22 55:5 88:23 73:20 84:20 85:25 97:9

**type**(1) 91:22
**uh-huh**(34) 5:16 6:2 7:20 8:6 9:6 10:2 12:12 14:14 16:21 17:6 17:10 21:2 42:12 44:22 45:18 45:23 46:24 49:12 50:10 51:7 52:4 53:19 56:8 57:8 58:15 63:1 64:12 67:4 78:25 79:5 81:5 90:23 92:10

**ultimately**(2) 9:16 48:21
**unable**(1) 90:12
**unambiguous**(5) 6:5 6:13 23:2 47:2 90:21

**under**(76) 7:13 8:2 8:4 8:9 9:20 13:10 21:10 22:16 23:19 24:19 26:14 29:4 29:10 29:18 39:14 48:1 49:1 49:22 50:7 50:17 52:1 52:22 53:13 53:14 55:9 56:2 56:8 56:12 56:16 56:18 57:2 58:17 59:11 61:7 64:3 64:10 67:5 67:22 68:13 69:12 69:25 70:18 73:5 74:5 75:23 76:4 76:7 80:21 82:2 83:11 83:16 83:22 83:25 84:10 84:1 84:16 84:24 84:24 85:1 85:17 86:7 86:14 86:24 87:4 87:13 90:22 92:2 94:24 95:9 95:9 95:10 95:16 95:17 95:18 98:5 99:14

**underscores**(2) 23:2 58:25
**understand**(5) 30:13 54:10 70:24 71:23 76:21

**understanding**(2) 23:21 81:24
**understood**(5) 46:15 46:25 60:14 60:17
**undertook**(1) 60:4
**undisclosed**(1) 93:17
**undisputed**(2) 29:12 29:13
**unequivocally**(1) 17:7
**unfair**(1) 94:1
**unidentified**(5) 42:5 42:8 42:14 42:17
**united**(2) 1:1 1:25
**unless**(2) 13:24 77:23
**unsuitable**(1) 94:23
**unsupportable**(1) 14:8
**unsupported**(1) 77:15
**until**(2) 4:14 45:12
**untrue**(1) 35:10
**upcoming**(2) 8:21 9:8
**upon**(12) 19:2 21:12 24:1 25:1 32:15 39:4 55:23 56:3 56:22 62:23 87:15 91:3

**use**(2) 61:12 71:11
**used**(2) 14:3 46:23
**useless**(1) 71:2
**using**(2) 62:10 80:11
**valuable**(1) 49:15
**value**(29) 5:24 7:12 11:24 12:2 23:5 23:24 28:13 30:21 30:25 31:6 33:1 33:12 33:12 35:9 37:7 39:4 39:20 47:25 48:3 48:6 48:25 49:3 54:1 58:3 59:10 72:15 72:16 73:16 96:19

**vaoolow**(1) 35:18
**variety**(1) 44:19
**various**(7) 4:14 32:13 37:22 40:15 41:19 43:22 47:11

**verbal**(1) 63:7
**verge**(1) 38:9
**versus**(4) 33:11 40:1 89:20 92:21
**very**(34) 3:20 4:19 4:22 4:25 6:17 6:18 8:25 12:8 20:6 23:1 25:22 25:22 30:19 31:20 47:14 52:13 52:13 54:16 57:20 57:24 60:24 60:25 63:18 63:24 63:24 68:16 84:8 84:21 90:24 91:22 94:5 94:21 95:10 95:19

**view**(1) 64:15
**violate**(2) 86:18 88:5
**violated**(4) 76:25 77:24 86:22 93:22
**violating**(3) 76:22 83:24 96:17
**violation**(3) 84:1 87:5 90:5
**wait**(1) 69:15
**walk**(5) 43:22 44:20 47:15 51:3 64:11
**wallace**(2) 2:6 3:10
**want**(17) 5:4 22:9 28:4 28:7 28:25 31:19 37:12 38:20 42:21 44:23 47:14 59:2 64:13 68:4 71:3 84:19 98:3

**wanted**(4) 62:2 69:1 70:1 70:14
**wants**(2) 36:17 37:4
**warranties**(4) 54:5 54:6 54:23 55:11
**warrants**(2) 95:22 97:15
**warranty**(1) 74:21

**was**(117) 4:1 4:4 5:8 6:1 6:24 8:24 9:1 9:17 9:22 9:23 10:8 10:16 10:16 10:22 11:4 11:12 11:17 12:2 12:11 12:14 14:22 17:19 19:8 19:9 21:24 22:18 23:8 25:12 25:14 26:10 26:21 26:22 30:9 32:1 32:5 32:11 32:15 32:21 33:9 33:10 33:11 33:12 33:22 33:23 34:4 34:5 34:6 34:7 34:10 35:14 35:17 35:19 36:1 36:15 37:2 37:5 37:16 37:18 39:7 39:20 44:8 44:10 45:2 46:14 46:15 47:1 47:1 47:10 48:4 52:17 51:5 54:20 55:14 56:10 56:12 57:15 57:16 57:19 58:7 58:22 59:8 59:25 64:8 66:8 66:9 66:9 66:10 66:12 66:24 66:25 67:8 67:25 68:21 68:23 69:16 69:16 73:1 73:13 76:3 77:18 80:6 80:22 81:2 81:2 81:10 81:13 85:23 85:25 86:2 86:4 89:12 96:11 97:20 98:12 98:16 99:22

**wasn't**(4) 34:4 66:8 80:24 81:9
**way**(18) 21:9 22:11 34:17 36:19 36:25 37:20 40:18 45:6 46:15 49:6 52:6 60:3 80:24 86:13 87:8 87:18 97:5 97:22

**we'll**(3) 4:12 4:14 74:24
**we're**(26) 4:17 12:1 18:5 26:24 33:4 33:7 33:20 38:14 38:17 40:3 40:19 44:15 44:15 44:16 45:19 50:12 62:3 62:5 84:11 85:7 86:19 86:21 88:16 92:3 95:16 99:18

**we've**(9) 4:18 26:16 28:15 61:2 75:9 79:12 81:8 87:10 95:4

**wednesday**(1) 3:1
**welcome**(5) 3:12 60:22 63:5 83:7 99:9
**well**(56) 5:6 10:18 11:4 12:4 12:14 13:11 14:22 14:24 16:6 19:16 24:18 25:14 26:2 27:22 30:6 33:2 33:3 33:17 34:12 34:20 34:21 36:2 38:3 38:23 39:25 39:25 40:22 43:17 45:16 47:20 54:4 59:3 62:9 62:12 66:18 67:8 69:2 69:4 69:10 69:15 69:22 73:19 73:21 75:4 76:15 78:2 80:1 82:5 84:21 86:6 86:22 87:11 89:13 91:15 93:5 99:10

**went**(4) 23:18 53:4 60:13 87:14
**were**(117) 5:25 6:23 7:11 7:15 7:16 7:16 7:17 8:1 8:24 8:25 9:12 9:12 9:19 11:23 12:7 12:17 21:23 21:23 22:12 22:13 22:15 23:3 23:4 25:10 26:1 26:7 28:12 28:12 29:22 29:22 29:24 29:24 30:20 30:20 30:24 32:18 33:6 33:16 33:21 34:8 35:12 35:16 35:16 36:18 36:19 36:21 36:25 37:3 37:13 37:20 37:21 38:13 38:14 38:1 38:16 39:16 39:16 39:16 39:17 40:5 45:8 47:10 47:24 51:4 51:16 51:23 52:12 52:14 54:7 54:8 55:12 55:16 55:21 55:22 55:23 56:3 56:3 56:11 57:20 57:22 57:24 57:24 58:4 58:9 58:11 62:24 63:2 65:17 66:2 67:18 67:19 73:11 76:19 77:16 78:20 80:2 80:4 80:16 80:19 80:25 82:24 84:1 84:6 85:14 88:11 90:2 90:13 90:15 90:13 95:16 95:18 98:14 98:25 99:2 99:3

**weren't**(7) 39:23 74:23 79:22 81:15 82:6 83:2 98:17

**werkheiser**(1) 13:19

**what**(112) 4:7 4:18 5:22 6:11 7:6 11:9 12:14 13:1 13:3 13:9 14:6 14:20 14:25 15:3 15:8 15:16 18:3 18:4 20:12 20:19 21:3 21:5 21:22 22:4 22:5 22:10 23:18 28:13 28:15 28:25 29:19 31:6 31:9 31:19 33:9 33:10 33:11 33:12 33:12 33:20 34:18 35:21 36:6 36:16 36:21 37:13 38:11 38:18 38:19 40:23 44:8 45:9 46:3 46:3 47:9 47:9 47:10 47:20 47:22 48:8 48:11 49:20 50:14 50:22 51:19 52:5 56:22 57:4 58:4 58:21 58:21 58:22 58:22 59:4 59:7 59:10 59:13 59:18 59:19 60:3 60:8 61:19 64:7 64:9 64:15 65:13 65:16 65:17 69:13 70:17 70:22 70:25 71:1 71:4 73:1 75:7 75:17 82:21 83:9 85:18 85:24 86:23 88:8 89:3 89:7 89:8 89:9 89:10 92:3 95:14 96:16 98:12

**what's**(4) 46:20 46:20 65:10 89:17
**whatever**(10) 16:9 44:9 48:14 48:19 48:21 50:16 57:19 59:20 70:1 70:13

**whatsoever**(3) 40:10 44:8 84:19
**when**(20) 4:23 7:18 19:13 37:13 37:24 37:24 38:8 48:12 55:1 58:9 67:25 79:20 88:25 90:7 92:23 93:24 98:16 98:19 99:5 99:6

**where**(12) 19:7 24:17 41:13 45:10 46:2 46:8 48:3 49:25 51:1 75:8 76:4 97:22

**where's**(1) 77:7
**whereas**(5) 18:3 18:6 18:10 18:16 85:25
**whereupon**(1) 99:22
**whether**(22) 5:21 5:23 11:17 22:23 27:16 28:17 33:22 45:4 51:2 56:3 63:2 65:19 72:22 72:12 80:16 80:19 88:5 89:2 94:25 95:6 96:8

**which**(87) 5:14 5:23 6:19 6:23 7:7 7:11 7:16 8:7 9:3 14:17 17:7 20:5 20:10 20:14 21:3 21:5 21:14 21:17 23:9 23:10 23:16 25:1 26:3 27:4 30:20 31:5 31:18 32:7 32:8 33:5 33:7 33:18 34:3 34:8 34:17 35:19 35:20 36:4 36:6 36:9 39:13 39:23 40:11 42:12 42:12 44:1 44:20 44:23 47:7 48:12 49:25 51:9 58:14 58:19 59:15 59:22 75:12 76:12 77:11 79:21 80:12 80:15 81:11 84:14 85:25 86:1 86:7 88:8 88:23 89:4 89:9 89:14 90:1 90:8 94:9 95:9 96:18 97:5 99:16

**while**(2) 44:16 61:1
**who**(4) 38:20 60:10 66:10 66:10
**who's**(2) 3:23 3:23
**whole**(4) 20:2 47:7 52:2 85:24
**wholly**(1) 54:24
**whom**(1) 3:17
**why**(21) 12:20 25:22 38:11 39:18 43:21 47:7 47:17 48:25 52:11 52:19 62:6 63:22 67:16 69:6 69:8 74:23 74:24 93:12 97:11 98:22 99:4

**will**(17) 3:11 3:18 8:13 13:18 17:24 18:20 23:14 27:20 35:22 35:24 50:14 57:18 82:15 91:17 96:18 96:20 99:17

**willing**(1) 39:23
**wilmington**(4) 1:10 1:46 2:16 3:1
**win**(7) 65:4 65:6 77:1 86:25 87:2 96:22 97:6

**wind**(1) 59:20
**wish**(1) 18:11

| Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|

**with**(78) 3:9  4:7  4:11  6:18  7:12  7:23
10:24  11:11  12:22  13:5  18:17  19:24  20:7
21:7  23:1  23:16  23:18  25:5  25:10  26:6
27:20  27:23  28:6  28:10  30:2  30:22  31:24
31:25  32:2  32:6  33:17  40:9  43:20  47:6
48:16  49:8  49:24  50:2  50:5  50:5  50:9
50:13  50:15  51:8  51:10  51:15  51:17  51:19
53:25  54:6  54:24  55:10  55:15  55:19  56:1
59:4  59:8  59:10  60:5  62:6  63:23  71:4
72:7  77:17  77:20  80:12  82:17  83:1  84:8
85:6  85:12  86:22  87:7  88:14  91:10  93:16
96:12  97:23

**within**(4) 21:19  41:3  44:9  53:12

**without**(3) 22:22  44:4  93:25

**won't**(4) 57:17  82:15  85:12  87:14

**word**(3) 29:22  65:18  71:11

**words**(5) 8:9  14:5  21:22  25:18  50:3

**worked**(1) 47:7

**works**(1) 67:10

**world**(2) 34:25  70:17

**worth**(2) 25:6  31:4

**worthless**(1) 18:21

**would**(70) 4:7  4:11  4:12  4:23  4:23  6:16
7:8  7:18  9:3  10:1  10:4  12:16  14:24  25:19
25:22  27:14  33:3  33:8  40:20  44:18  44:18
45:1  46:23  47:3  47:7  47:8  47:24  48:1
49:6  50:6  51:12  51:23  53:9  54:16  54:24
55:3  55:7  56:2  56:6  56:8  58:7  60:20
61:18  62:20  65:1  65:2  66:18  67:8  68:25
71:18  71:20  75:22  77:1  77:4  78:12  78:22
80:7  83:21  83:23  84:2  88:5  89:21  90:9
91:1  91:25  93:1  95:18  96:11  96:12  97:17

**wouldn't**(2) 46:1  97:12

**wouldn't**(1) 39:18

**wound**(1) 24:5

**written**(8) 19:3  21:16  87:17  87:19  87:20
92:24  95:23  99:16

**wrong**(8) 25:21  26:21  39:22  64:8  91:15
91:16  91:16  95:18

**www.diazdata.com**(1) 1:55

**yeah**(6) 15:25  34:8  38:22  61:7  61:18  76:10

**year**(3) 38:9  52:24  53:17

**years**(6) 10:22  11:1  25:4  27:3  47:6  56:1

**yes**(10) 4:3  4:5  4:10  4:21  13:15  15:10
43:20  46:11  63:12  63:16

**yet**(1) 38:15

**yielding**(1) 39:16

**york**(12) 2:8  17:15  17:16  52:1  82:2  89:18
91:7  91:22  92:17  92:18  93:15  94:25

**you**(186) 3:21  5:11  5:12  8:13  8:15  10:24
13:15  13:16  14:25  16:19  17:22  19:13
24:22  27:24  28:1  31:2  33:24  34:3  34:4
35:1  35:10  35:21  36:7  36:8  37:6  37:19
38:6  38:9  38:13  40:8  41:23  42:18  42:24
43:18  43:18  45:6  45:17  45:20  47:7  47:8
47:9  47:9  47:10  47:11  48:11  49:10  49:11
49:14  49:14  49:15  49:21  49:22  49:23  50:4
50:6  50:15  50:16  50:19  50:20  51:1  51:3
51:14  51:17  51:23  52:1  52:2  52:2  52:5
52:7  52:19  53:23  54:19  56:21  57:11  57:20
58:4  58:13  58:14  59:11  59:12  59:13  59:14
59:15  59:16  59:20  59:21  59:22  59:23
59:23  59:24  60:1  60:21  62:14  62:16  63:4
64:11  64:18  64:19  65:4  65:17  65:18  66:18
67:7  68:6  68:9  68:25  69:15  69:22  70:10
70:10  70:13  70:13  70:19  71:3  71:3  71:4
72:5  72:10  72:11  72:18  72:19  73:21  73:22
73:23  73:24  73:25  74:3  74:3  74:11  74:13
74:21  74:23  75:1  75:16  75:17  76:16  76:24
77:1  77:4  77:22  78:1  78:17  78:18  78:19
78:19  78:19  78:20  78:21  79:3  79:17  79:20
79:23  80:3  80:6  80:6  80:7  80:8  80:17
81:3  81:7  83:3  83:6  84:5  92:16  93:5  93:5
93:6  93:8  93:9  93:19  94:8  94:11  96:24
96:25  97:1  97:6  97:24  98:18  98:18  99:5
99:8  99:11  99:18  99:19  99:20  99:21

**you're**(20) 6:9  8:11  15:5  15:5  31:2  31:3
32:24  35:2  38:20  49:6  49:7  60:22  63:5
71:10  71:10  76:22  80:12  83:7  84:21  99:9

**you've**(3) 4:15  43:19  87:11

**your**(123) 3:6  3:7  3:13  3:17  3:21  3:24
3:26  4:5  5:4  5:11  5:11  5:13  5:18  6:9  8:2
8:19  9:16  10:19  11:24  12:8  13:2  13:7
13:12  13:21  14:13  14:21  15:7  15:15  15:21
16:5  16:14  16:20  16:23  17:16  17:22  17:25
18:25  19:6  19:16  19:22  20:4  21:10  22:21
22:24  23:7  23:11  24:8  24:17  24:23  25:20
26:11  26:14  27:8  27:10  27:20  28:1  28:9
28:24  29:19  30:13  32:20  32:24  37:18
39:12  42:5  43:1  43:17  44:6  45:6  47:8
48:7  49:25  50:5  50:7  51:21  55:21  56:21
57:11  57:13  57:16  58:1  58:12  58:14  58:17
59:1  59:7  60:21  60:23  62:1  62:12  62:15
62:21  63:4  63:13  70:7  74:1  75:22  76:15
76:21  78:6  83:9  84:20  84:22  85:8  85:13
85:23  86:15  86:21  87:6  87:15  88:20  90:11
90:20  91:5  92:13  94:18  95:8  95:20  96:14
96:24  97:2  99:19  99:20

**yourself**(1) 91:6

**zurikoff**(1) 91:23