# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Leslie | Date Created: 12/29/2010 |
| Case: 07−11047−CSS | Form ID: ntcBK | Total: 23 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      USTPREGION03.WL.ECF@USDOJ.GOV
aty      Michael S. Neiburg      bankfilings@ycst.com

                                                                                                                       TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      American Home Mortgage Holdings, Inc.      538 Broadhollow Road      Melville, NY 11747
aty      Curtis J Crowther      Young, Conaway, Stargatt &Taylor      The Brandywine Building      1000 West Street, 17th Floor      P.O. Box 391      Wilmington, DE 19899−0391
aty      Donald J. Bowman, Jr.      Young, Conaway, Stargatt &Taylor      1000 West Street      17th Floor      Wilmington, DE 19801
aty      Edward J. Kosmowski      Epiq Systems Bankruptcy Solutions      824 Market Street, Suite 412      Wilmington, DE 198001
aty      Edwin J. Harron      Young, Conaway, Stargatt &Taylor      The Brandywine Building      1000 West Street, 17th Floor      PO Box 391      Wilmington, DE 19899−0391
aty      Erin Edwards      Young, Conaway, Stargatt &Taylor      The Brandywine Building      17th Floor      1000 West Street      Wilmington, DE 19801
aty      James L. Patton      Young, Conaway, Stargatt &Taylor      The Brandywine Bldg.      1000 West Street, 17th Floor      PO Box 391      Wilmington, DE 19899−0391
aty      Joel A. Waite      Young, Conaway, Stargatt &Taylor      The Brandywine Bldg.      1000 West Street, 17th Floor      PO Box 391      Wilmington, DE 19899−0391
aty      Kara Hammond Coyle      Young Conaway Stargatt &Taylor LLP      1000 West St., 17th Floor      Brandywine Building      Wilmington, DE 19801
aty      Kenneth J. Enos      Young, Conaway, Stargatt &Taylor      1000 West Street      17th Floor      Wilmington, DE 19801
aty      Margaret Whiteman Greecher      Young, Conaway, Stargatt &Taylor      1000 West Street      17th Floor      Wilmington, DE 19801
aty      Matthew Barry Lunn      Young, Conaway, Stargatt &Taylor      The Brandywine Building, 17th Floor      1000 West Street      PO Box 391      Wilmington, DE 19899
aty      Nathan D. Grow      Young Conaway Stargatt &Taylor, LLP      The Brandywine Bldg.      17th Floor      Wilmington, DE 19801−0391
aty      Patrick A. Jackson      Young Conaway Stargatt &Taylor, LLP      The Brandywine Bldg 17th Fl,1000 West St      Wilmington, DE 19801
aty      Pauline K. Morgan      Young, Conaway, Stargatt &Taylor      1000 West Street, 17th Floor      PO Box 391      Wilmington, DE 19899−0391
aty      Quinn Emanuel      Quinn Emanuel Urquhart Oliver &Hedges
aty      Robert S. Brady      Young, Conaway, Stargatt &Taylor      The Brandywine Bldg.      1000 West Street, 17th Floor      PO Box 391      Wilmington, DE 19899−0391
aty      Ryan M. Bartley      Young Conaway Stargatt &Taylor, LLP      The Brandywine Building      1000 West Street      17th Fl.      Wilmington, DE 19801
aty      Sean Matthew Beach      Young, Conaway, Stargatt &Taylor      The Brandywine Building, 17th Floor      1000 West Street      PO Box 391      Wilmington, DE 19899
aty      Sharon M Zieg      Young, Conaway, Stargatt &Taylor      The Brandywine Bldg., 17th Floor      1000 West Street      PO Box 391      Wilmington, DE 19899
aty      Travis N. Turner      Young Conaway Stargatt &Taylor, LLP      The Brandywine Bldg., 17th Fl.      1000 West Street      Wilmington, DE 19801

                                                                                        TOTAL: 21