IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN HOME MORTGAGE HOLDINGS, INC a Delaware Corporation, et. al <br> Debtors, <br><br> vs. <br><br> PAUL M. DECK, <br> PRO SE. <br> Creditor. | Chapter 11 <br> Case No. 07-11047 (CSS) <br> Jointly Administered |

REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM
SEEKING ADMINISTRATIVE CLAIM OF
THIRTY-FOUR HUNDRED DOLLARS ($3400.00) USC

TO THE HONORABLE JUDGE CHRISTOPHER S. SONTCHI-UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Paul M. Deck, Creditor in the above-titled action, filing his "REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM" and submits the following facts in support thereof;

1). On December 06, 2010, Creditor PAUL M. DECK sent a letter via FIRST CLASS, UNITED STATES MAIL as directed by "ORDER OF THE BANKRUPTCY COURT" (dated NOVEMBER 30, 2010) to "DEBBIE LASKIN-PARALEGAL, YOUNG, CONAWAY, STARGATT and TAYLOR, LLP. 1000 WEST ST. 17th FLOOR , P.O. BOX 391, WILMINGTON, DE. 19801" requesting a copy of the "CONFIRMATION ORDER" as of the date of Petitioner's "REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM" Petitioner has NOT been afforded a copy of the aforementioned and is therefore 'going in blind'-Petitioner asks this Honorable Court for latitude in this matter.

2). CREDITOR, PAUL M. DECK sent a check in the amount of TWO-THOUSAND, FOUR HUNDRED DOLLARS ($2400.00) to AMERICAN HOME MORTGAGE INVESTMENT CORP. on or about December 15, 2006.

3). That CREDITOR, PAUL M. DECK is the named and true account holder of account number "0000010810" with AMERICAN HOME MORTGAGE INVESTMENT CORP.

4). It is the contention (and always has been) of CREDITOR, PAUL M. DECK,

that he was/has been DEFRAUDED by AMERICAN HOME MORTGAGE INVESTMENT CORP by their use of FRAUDULENT and UNSCRUPULOUS business practices.

5). AMERICAN HOME MORTGAGE HOLDINGS INC. (A.K.A. AMERICAN HOME MORTGAGE INC.) further practiced FRAUD by annoucing a 'special dividend payment' and then filing for BANKRUPTCY only one (1) day before said payment was to be made. It is the contention of CREDITOR, PAUL M. DECK that the aforementioned -corporation did this with the express intent to lure in more investors.

6). CREDITOR, PAUL M. DECK is claiming a reimbursement of (his original investment) TWENTY-FOUR HUNDRED DOLLARS ($2400.00). CREDITOR believes that he is owed more due to the unscrupulous business practice of the aforementioned corporation and seeks to be paid an additional ONE-THOUSAND DOLLARS ($1000.00), (postage, copying, time) for a TOTAL CLAIM of THIRTY-FOUR HUNDRED DOLLARS ($3400.00) as a punitive measure against AMERICAN HOME MORTGAGE HOLDINGS, INC. which CREDITOR believes to be a fair amount due to the time that the above-corporation held his funds in abeyance.

WHEREFORE CREDITOR, PAUL M. DECK requests that this HONORABLE COURT and HONORABLE JUDGE CHRISTOPHER S. SONTCHI will award/grant him his CLAIM of THIRTY-FOUR HUNDRED DOLLARS ($3400.00), for this your Petitioner ever prays.

DATED: December 27, 2010

Respectfully submitted,

PAUL M. DECK, BW-0041
SCI-DALLAS
1000 FOLLIES RD.
DALLAS, PENNA. 18612-9515

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN HOME MORTGAGE HOLDINGS, INC. <br> a Delaware Corp. et al. <br>               DEBTOR, <br><br> VS. <br><br> PAUL M. DECK, <br>               CREDITOR, | Chapter 11 <br> Case No. 07-11047 (CSS) <br> Jointly Administered |

## VERIFICATION

I, PAUL M. DECK, state that the averments made in the foregoing "REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM" are true and correct upon my personal knowledge, information and belief. This satement is made subject to the penalties of perjury-relating to unsworn falsification to authorities.

DATED: December 27, 2010

Respectfully submitted,

PAUL M. DECK, BW-0041
SCI-DALLAS
1000 FOLLIES RD.
DALLAS, PENNA. 18612-9515

- 3 -