IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

AMERICAN HOME MORTGAGE HOLDINGS, INC., : Chapter 11
a Delaware corporation, et al.          : Case No. 07-11047 (CSS)
       DEBTORS,                         : Jointly Administered
       vs.                              :
PAUL M. DECK                             :
       CREDITOR,                        :

## CERTIFICATE OF SERVICE

I PAUL M. DECK, hereby certify that on this 27th day of DECEMBER, 2010, I duly served a true and correct copy of Petitioner's "REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM" upon the person(s) listed below and in the manner indicated.

Service by pre-paid, FIRST CLASS UNITED STATES MAIL and sent to:

COUNSEL FOR THE DEBTOR:
YOUNG, CONAWAY, STARGATT and TAYLOR, LLP
SEAN M. BEACH
PATRICK A. JACKSON
1000 WEST ST., 17th FLOOR
P.O. BOX 391
WILMINGTON, DE. 19801

COUNSEL FOR PLAN TRUSTEE:
HAHN and HESSEN, LLP
MARK S. INDELICATO
EDWARD L. SCHNITZER
488 MADISON AVE.
NEW YORK, N.Y. 10022

THE PLAN TRUSTEE:
STEVEN D. SASS
AHM LIQUIDATING TRUST
P.O. BOX 10550
MELVILLE, N.Y. 11747

DATED: December 27, 2010

Respectfully submitted,

*/s/ P.M. Deck*
PAUL M. DECK, BW-0041
SCI-DALLAS
1000 FOLLIES RD.
DALLAS, PENNA. 18612-9515