# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Matt | Date Created: 12/30/2010 |
| Case: 07−11047−CSS | Form ID: van439 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
intp        Paul M. Deck

TOTAL: 1