IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,

    Debtors.

---

: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
: Ref. No. 9538

## CERTIFICATE OF NO OBJECTION TO APPLICATION
## RE: DOCKET NO. 9538

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Thirty-Eighth Monthly Application of Quinn Emanuel Urquhart & Sullivan LLP as Special Investigatory Litigation and Conflicts Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period September 1, 2010 through September 30, 2010 (the "Application"). The Court's docket which was last updated December 29, 2010, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than December 27, 2010 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($33,258.80) of requested fees ($41,573.50) and 100% of requested expenses ($469.70) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       December 29, 2010

                                  YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                  /s/ Patrick A. Jackson
                                  Sean M. Beach (No. 4070)
                                  Patrick A. Jackson (No. 4976)
                                  The Brandywine Building
                                  1000 West Street, 17th Floor
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 571-6600
                                  Facsimile: (302) 571-1253

                                  Counsel for Debtors and
                                  Debtors in Possession