## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------- x
In re:                                          :      Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :      Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                 :
                                                :      Jointly  Administered
                                Debtors.        ::
------------------------------------------------------------------- x
```

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

        Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on December 14, 2010, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Amended Chapter 11 Plan of Liquidation [D.I. 7029]

Findings of Fact, Conclusions of Law and Order Confirming the Amended Chapter 11 Plan of Liquidation [D.I. 7042

                                    _____
                                    Debbie Laskin

        SWORN TO AND SUBSCRIBED before me this _30_ day of December
2010.

        _____
        Notary Public    KASSANDRA ANN RIDDLE
                        NOTARY PUBLIC
                        STATE OF DELAWARE
                        My commission expires July 10, 2012

Lowell Fallick
78905 Golden Reed Drive,
Palm Desert, CA 92211

Jeanette Washington
4037 Pelham Court
Las Vegas, NV 89110.

Marsha Kaufman
31 Apple Green Drive
Old Westbury, NY 11568

Ronald Lee
723 Amador Street,
Vallejo, CA 94590

Diana Walcott
30 Cumberland Avenue, Unit W3,
Brookline, MA 02445

Attn: Barb
The Burrough of Charpsburg,
1611 Main Street,
Pittsburgh, PA 15215

Nicole Dryling
20B Edgewood Road,
Port Washington, NY 11050

Ellen Hennessy
616 Valley Lane,
Towson, MD 21204

Atiq Sidiqi
661 Alderedy
Lane, Pamona, CA 91767

Paul Deck
SCI-Dallas
1000 Follies Road
Dallas, PA 18612

Alery Litz
11759 Stonegate Lane,
Columbia, MD 21044

Robert Lund
71 Southdown Road,
Huntington, NY 11743

066585.1001