IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :   Jointly Administered
                                            Debtors.                     ::
------------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on December 20, 2010, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Amended Chapter 11 Plan of Liquidation [D.I. 7029]

Findings of Fact, Conclusions of Law and Order Confirming the Amended Chapter 11 Plan of Liquidation [D.I. 7042

                                                                                         _____
                                                                                         Debbie Laskin

          SWORN TO AND SUBSCRIBED before me this 30 day of December 2010.

                                                                             _____
                                                                           Notary Public

                                                                           KASSANDRA ANN RIDDLE
                                                                           NOTARY PUBLIC
                                                                           STATE OF DELAWARE
                                                                           My commission expires July 10, 2012

NJ Tax Department
29 N. Day Street,
Orange, NJ 07050

Beth Gordon
482254 River Road,
Orange Beach, AL  36561

Lolita Hernandez
5518 Roundtree Drive, Unit B,
Concord, CA  94521

Craig Wand
205 De Anza Blvd., #57,
San Mateo, CA  94402