**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., *et al.*,<br><br>            Debtors. | Chapter 11<br><br>Case No.: 07-11047 (CSS)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND CERTIFICATION BY GOVERNMENT COUNSEL**
**PURSUANT TO BANKRUPTCY LOCAL RULE 9010**

PLEASE TAKE NOTICE THAT, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned is appearing on behalf of the Federal Housing Administration ("FHA") of the United States Department of Housing and Urban Development ("HUD"). All notices and papers that are required to be served upon the FHA must be given to and served upon me, Michael R. Sew Hoy. This appearance does not displace or amend any other entries of appearance on behalf of the United States.

In support, I aver that I am a member in good standing of the bar and eligible to practice in the courts of the State of California (admitted 2006). I also have practiced in numerous federal courts in connection with my representation of the United States through the Department of Justice.

I am registered to receive electronic notices from this Court's ECF system and my address and phone number are as follows:

> Michael R. Sew Hoy
> Civil Division
> U.S. Department of Justice
> 1100 L Street, N.W., Room 10048
> Washington, D.C. 20005
> Tel: (202) 307-3571
> Fax: (202) 514-9163
> michael.r.sew.hoy@usdoj.gov

Further, pursuant to Bankruptcy Local Rule 9010-1(e)(i) and District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California (admitted 2006) and the United States District Court, Central District of California; and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

Dated: January 3, 2011

                                        Respectfully Submitted

                                        TONY WEST
                                        Assistant Attorney General

                                        DAVID C. WEISS
                                        United States Attorney

                                        ELLEN W. SLIGHTS  (DE Bar No. 2782)
                                        Assistant United States Attorney
                                        1007 Orange Street, Suite 700
                                        P.O. Box 2046
                                        Wilmington, Delaware 19899-2046

                                        /s/ Michael R. Sew Hoy
                                        J. CHRISTOPHER KOHN
                                        TRACY WHITAKER
                                        MARY A. SCHMERGEL
                                        MICHAEL R. SEW HOY
                                        Commercial Litigation Branch
                                        Civil Division
                                        United States Department of Justice
                                        P.O. Box 875
                                        Ben Franklin Station
                                        Washington D.C. 20044
                                        Tel. (202) 307-3571
                                        Fax (202) 514-9163
                                        michael.r.sew.hoy@usdoj.gov

                                        Attorneys for the Federal Housing Administration

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on January 3, 2011, by electronic service through the Court's Electronic Case Filing ("ECF").

    /s/ Michael R. Sew Hoy
**MICHAEL R. SEW HOY**