**REQUEST FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**



United States Bankruptcy Court
District of Delaware
824 North Market Street
3RD Floor
Wilmington, DE 19801-3024

*In the Matter of*: American Home Mortgage Holdings, Inc., Case No. 07-11047 (CSS)

| Bankruptcy Case No. | Chapter | Petition Date | Type of Liability | Creditor Account No. | Amount Due |
|---|---|---|---|---|---|
| 07-11047 (CSS) | Chapter 11 | 08/06/2007 | Taxes owed to governmental units | 703882 | $674.90 |
| | | | | | |

1. The undersigned, whose business address is shown above, is an agent of the Treasurer's office of the County of Bernalillo and is authorized to make this request for payment on behalf of the Treasurer's Office.
2. This debt is for taxes due under the Taxation and Revenue Code of the State of New Mexico.
3. All payments for this debt have been deducted for the purpose of making this request for payment.
4. Request is made for payment of administrative expenses described below. **(Breakdown of property tax is included as Attachment A, and breakdown of interest and penalties is included as Attachment B for Parcel ID 703882.)**

**Administrative Expense**

| Taxable Period | Type of Tax | Tax Due | Interest Due | Penalty Due | Balance Due |
|---|---|---|---|---|---|
| 2007 & 2008 Cycles 1 & 2 | Personal Property Taxes 7-038-82 | $511.08 | $137.52 | $26.30 | **$674.90** |

5. Interest accrues at the rate established by the Taxation and Revenue Code of the State of New Mexico.
6. Bernalillo County (The County), is entitled to interest at the rate of 12% per annum by statute (NMSA § 7-38-49 (2009).
7. Make check payable to the Bernalillo County Treasurer's Office and mail it to the business address show above.

| AUTHORIZED REPRESENTATIVE/Title/Date | TELEPHONE NUMBER |
|---|---|
| Theresa Baca Sandoval, Assistant County Attorney, Sr. Bernalillo County Legal Department 520 Lomas Blvd. NW, 4th Floor Albuquerque, New Mexico 87102  12/28/2010 | 505-314-0180 |

Respectfully submitted,
BERNALILLO COUNTY LEGAL DEPARTMENT

Jeffrey S. Landers, County Attorney

By: _____
Theresa Baca Sandoval
Assistant County Attorney Sr.
520 Lomas Blvd. NW, 4th Floor
Albuquerque, NM 87102-2118
(505) 314-0180

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was provided via U.S. Mail, First Class, on **December 27, 2010**, to the following parties of record:

**Counsel for Debtors:**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach
Patrick A. Jackson
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE 19801

**Counsel for the Plan Trustee:**

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, NY 10022

**The Plan Trustee**
Steven D. Sass
AHM Liquidating Trust
P.O. Box 10550
Melville, NY 11747

_____
Theresa Baca Sandoval

Integrated Assessment System - [Master Index - AA05 (TRPKLENCK 12/28/2010 01:06 pm)  I 4.0-68]

Cama   Asmt Admin   Tax Admin   Record   Query   Special   Window   Help

GoTo AA 05

JURISDICT: 02   PARCEL ID: 7-038-82%----   SUBDIVISION:   NBHD:
Spec Flag   ALTERNATE ID:   BOOK/PAGE:   TAX YEAR: 2010   LUC:
ALT:☐  NAME:   Own2:   OWN #:   CLASS:
ALT:☐  LOCATION:
TYPE:

Index | Owner | Mult Owners | Legal | Values | **Taxes** | Specials | Custom

Parcel ID: 7-038-82%----

| Rolltype | Effective Year | Authority/Project | Cycle | SP Flag | Original Charge | Adjustments | Payments | Total |
|---|---|---|---|---|---|---|---|---|
| PP | 2007 | | 1 | | 92.66 | 39.41 | .00 | 132.07 |
| PP | 2007 | | 2 | | 92.66 | 34.76 | .00 | 127.42 |
| PP | 2008 | | 1 | | 162.88 | 48.90 | .00 | 211.78 |
| PP | 2008 | | 2 | | 162.88 | 40.75 | .00 | 203.63 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | 511.08 | 163.82 | .00 | 674.90 |

Record: 1/4    <OSC> <DBG>

Start | Not Ready - Cisco Agent... | Inbox - Microsoft Outlook | Cisco Supervisor Desktop | Integrated Assessme...

**ATTACHMENT A**

**Integrated Assessment System - [Tax Inquiry by Code - TX05 (TRPKLENCK 12/28/2010 01:08 pm)  I  4.0-5]**

Cama   Asmt Admin   Tax Admin   Record   Query   Special   Window   Help

GoTo TX 11

JURISDICT: 02    PARCEL ID: 7-038-82----    TAX YEAR: 2010
ALTERNATE ID:
ROLL TYPE: PP    STUB: 2010275062

| Effective Year | Tax Code | Project No. | Total Tax | Amount Paid | Balance |
|---|---|---|---|---|---|
| 2007 | INT |  | 64.17 | .00 | 64.17 |
| 2007 | PEN |  | 10.00 | .00 | 10.00 |
| 2007 | TAX |  | 185.32 | .00 | 185.32 |
| 2008 | INT |  | 73.35 | .00 | 73.35 |
| 2008 | PEN |  | 16.30 | .00 | 16.30 |
| 2008 | TAX |  | 325.76 | .00 | 325.76 |

**ATTACHMENT B**