# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | CHAPTER 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | |

## REQUEST FOR ALLOWANCE AND
## PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Banc of America Leasing & Capital, LLC ("BALC"), by its attorneys, and pursuant to Sections 365(d)(5) of the Bankruptcy Code, respectfully submits this Request for Allowance and Payment of Administrative Expense (the "Administrative Expense Claim") and in support thereof states:

### JURISDICTION

1. On August 6, 2007, (the "Petition Date"), the Debtors filed their voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware.

2. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory basis for the relief sought herein is Section and 365(d)(5) of the Bankruptcy Code.

### BACKGROUND

3. BALC is an equipment lessor to the Debtor American Home Mortgage Corp.

4. On various dates, Debtor entered into numerous Equipment Lease Agreements (together with all individual leasing records, schedules, riders and other attachments thereto, the "Leases") with Ricoh Customer Finance Corp. for copiers and related office equipment that were assigned to BALC. The attached spreadsheet identifies the Lease Agreements

that were active as of the date of filing by account number. Copies of the Lease Agreements are available upon request.

5. On February 23, 2009, the bankruptcy court entered its Order (Docket No. 7042) confirming the Amended Chapter 11 Plan of Liquidation of the Debtors Dated February 18, 2009 (Docket No. 6942) (the "Plan").

6. In accordance with the terms of the Plan, the Leases were deemed rejected effective as February 23, 2009, unless they expired on their own terms prior to that date or were rejected earlier. Some of the Leases here expired on their own terms prior to February 23, 2009. None of the Leases here were specifically rejected earlier.

7. In accordance with the terms of the Plan, the Plan became effective on November 30, 2010, and all Proofs of Claim with respect to a Claim arising from the rejection of an Lease or Executory Contract under the Plan must be filed by January 5, 2011.

8. Debtor ceased operating on or about January 31, 2008.

9. BALC claims damages for the rejection of the Leases in the amount of **$1,118,114.00**, as set forth on the Schedule attached hereto and has filed a Rejection Claim in this amount.

10. BALC claims that **$236,665.32** of this amount is entitled to priority under 11 U.S.C. §507(a)(2) as it relates to post-petition rent from the 61st day after the Petition Date through January 31, 2008, when Debtor ceased operating. This amount is recoverable under 11 U.S.C. §365(d)(5).

11. All of the leased equipment was delivered to the Debtor as indicated in the Lease Agreements.

12. Pursuant to the Lease Agreements, and in accordance with its interest as an equipment lessee, the Debtor obligated itself to timely make the requisite lease payments and to otherwise meet its obligations thereunder. Those Obligations include, inter alia, the obligation to assume and pay all applicable property, sales and/or use taxes affecting the leased equipment.

13. The said total amount of $236,665.32 is presently due and owing to BALC as to the Rejected Lease Schedules as an administrative obligation for the use and enjoyment of the equipment for post-petition rent from the 61st day after the Petition Date through

2

January 31, 2008, the date Debtor ceased operations as set forth on the Schedule attached hereto.

## ARGUMENT

14. BALC has a claim for rents coming due after the 61st day after the Petition Date, pursuant to §365(d)(5) of the Bankruptcy Code which provides, in relevant part: "the trustee shall timely perform all of the obligations of the debtor...first arising from or after 60 days after the Order for relief in a case under Chapter 11 of this title under an unexpired lease of personal property...until such lease is assumed or rejected..." 11 U.S.C. §365(d)(5). Claims under Section 365(d)(5) are based on the terms of the lease, without regard to whether or not the lease payments are "actual" or "necessary".

15. Numerous published decisions recognize Section 365(d)(5), which was formally 365(d)(10), as fixing an obligation upon the Debtor's Estate to meet all of its post-petition lease obligations first arising on or after 60 days after the entry of the order for relief in these cases. Thus, *In The Elder-Beerman Stores Corp.*, 201 B.R. 759, 763 (Bankr. S.D. Ohio 1996), the Court observed that:

> ... by shifting the burden of proof from the lessor to the debtor, §365(d)(10) makes it unnecessary for the lessor to make an initial showing of benefit conferred to the estate in order to be entitle to administrative tent. After the passage of the 60-day abeyance period, the entitlement to such rent is now automatic under §365(d)(10). Second and equally important, it is this court's determination that by shifting the burden of proof to the debtor, Congress has also tacitly adopted the objective approach to administrative rent valuation. It therefore falls upon the debtor to demonstrate, as the language of §365(d)(10) pertaining to the equities of the matter permits, that something less than the rent due under the contract should be awarded.

16. BALC reserves its rights to amend and supplement this Administrative Expense Claim.

WHEREFORE, Banc of America Leasing & Capital, LLC, respectfully requests that this Court enter an Order allowing an administrative expense claim in the amount of $236,665.32;

3

requiring the Debtor to pay such amount; and for such other and further relief as the Court deems appropriate and just.

Dated: Wilmington, Delaware  /s/ *John R. Weaver, Jr., Esquire*
January 4, 2011

John R Weaver, Jr. (No. 911)
CAPEHART & SCATCHARD, PA
831 North Tatnall Street, Suite 200
Wilmington, Delaware 19801
Telephone: (302) 428-1077

William G. Wright, Esquire
CAPEHART & SCATCHARD, PA
8000 Midlantic Drive, Suite 300S
Mt. Laurel, New Jersey 08054
Telephone: (856) 234-6800
Counsel for Banc of America Leasing & Capital LLC

| Contract # | Contract Rent | Postpetition Rent (exc. First 60 days) | Past Due Rents as of 02/23/09 | PV of Future Rents as of 02/23/09 | Residual Value of Equipment | PV of Residual Value of Equipment as of 02/23/09 | Net Proceeds from the Sale of Equipment | Total |
|---|---|---|---|---|---|---|---|---|
| 008-1671554-001 | $46.15 | $184.60 | $830.70 | $0.00 | $0.00 | $0.00 | $0.00 | $830.70 |
| 600-9009442-000 | $850.00 | $3,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 600-9009444-000 | $659.00 | $2,636.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 004-2228640-000 | $274.68 | $1,098.72 | $6,317.84 | $0.00 | $1,744.82 | $1,745.00 | $0.00 | $8,062.84 |
| 004-2227002-000 | $332.11 | $1,328.44 | $5,977.98 | $0.00 | $2,046.11 | $1,886.96 | $0.00 | $11,361.35 |
| 004-2235457-000 | $322.11 | $1,288.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 004-2244070-000 | $322.11 | $1,288.44 | $6,120.09 | $1,892.33 | $2,046.11 | $1,973.17 | $0.00 | $9,236.68 |
| 004-2235457-000 | $332.11 | $1,328.44 | $5,340.42 | $2,276.18 | $1,746.37 | $1,620.08 | $0.00 | $9,985.59 |
| 004-2281359-000 | $296.69 | $1,186.76 | $5,685.94 | $3,496.41 | $1,672.98 | $1,535.69 | $0.00 | $12,830.71 |
| 004-2287340-000 | $299.26 | $1,197.04 | $6,183.55 | $4,576.59 | $1,819.37 | $1,670.04 | $0.00 | $11,798.22 |
| 004-2185753-000 | $325.45 | $1,301.80 | $4,325.64 | $4,977.12 | $2,264.63 | $2,264.63 | $0.00 | $12,830.71 |
| 004-2185753-000 | $319.00 | $1,276.00 | $4,157.44 | $0.00 | $2,017.71 | $2,017.71 | $0.00 | $6,590.27 |
| 004-2186236-000 | $296.96 | $1,187.84 | $8,705.39 | $0.00 | $4,477.61 | $4,477.61 | $0.00 | $13,183.00 |
| 004-2186931-000 | $659.00 | $2,636.00 | $4,450.35 | $0.00 | $2,015.87 | $2,015.87 | $0.00 | $6,466.22 |
| 004-2188189-000 | $296.69 | $1,186.76 | $4,207.06 | $0.00 | $2,015.87 | $2,015.87 | $0.00 | $6,222.93 |
| 004-2190843-000 | $296.69 | $1,186.76 | $5,153.76 | $0.00 | $2,286.71 | $2,286.71 | $0.00 | $7,440.47 |
| 004-2193197-000 | $322.11 | $1,288.44 | $4,394.88 | $0.00 | $1,950.00 | $1,950.00 | $0.00 | $6,344.88 |
| 004-2194305-000 | $274.68 | $1,098.72 | $1,696.88 | $0.00 | $2,182.96 | $2,182.96 | $0.00 | $3,879.84 |
| 004-2146938-000 | $309.65 | $1,238.60 | $5,136.32 | $0.00 | $2,278.99 | $2,278.99 | $0.00 | $7,415.31 |
| 004-2195787-000 | $321.02 | $1,284.08 | $6,011.64 | $0.00 | $2,327.76 | $2,327.76 | $0.00 | $8,339.40 |
| 004-2201975-000 | $333.98 | $1,335.92 | $5,465.16 | $0.00 | $1,844.89 | $1,844.89 | $0.00 | $7,310.05 |
| 004-2207407-000 | $287.64 | $1,150.56 | $5,465.36 | $0.00 | $1,844.89 | $1,844.89 | $0.00 | $6,700.25 |
| 004-2210127-000 | $287.64 | $1,150.56 | $4,855.36 | $0.00 | $1,844.89 | $1,844.89 | $0.00 | $7,212.48 |
| 008-1716613-000 | $601.04 | $2,404.16 | $7,212.48 | $0.00 | $0.00 | $0.00 | $0.00 | $7,212.48 |
| 002-2188114-000 | $412.34 | $1,649.36 | $5,512.99 | $0.00 | $2,482.52 | $2,482.52 | $0.00 | $7,995.51 |
| 004-2196383-000 | $595.85 | $2,383.40 | $9,533.60 | $0.00 | $4,227.36 | $4,227.36 | $0.00 | $13,760.96 |
| 004-2181280-000 | $346.44 | $1,385.76 | $4,157.28 | $0.00 | $2,459.43 | $2,459.43 | $0.00 | $6,616.71 |
| 004-2147416-000 | $361.45 | $1,445.80 | $1,977.13 | $0.00 | $2,548.14 | $2,548.14 | $0.00 | $4,525.27 |
| 004-2216547-000 | $274.68 | $1,098.72 | $5,218.92 | $544.44 | $1,724.01 | $1,724.01 | $0.00 | $7,487.37 |
| 004-2218912-000 | $343.85 | $1,375.40 | $6,533.15 | $681.54 | $2,158.17 | $2,158.17 | $0.00 | $9,372.86 |
| 004-2219478-000 | $265.37 | $1,061.48 | $3,242.82 | $786.62 | $1,685.69 | $1,655.62 | $0.00 | $5,685.06 |
| 004-2220543-000 | $263.31 | $1,053.24 | $4,739.58 | $780.51 | $1,672.60 | $1,642.76 | $0.00 | $7,162.85 |
| 004-2220781-000 | $287.64 | $1,150.56 | $5,465.16 | $852.63 | $1,827.15 | $1,794.56 | $0.00 | $8,112.35 |
| 004-2222295-000 | $309.65 | $1,238.60 | $5,883.35 | $917.88 | $1,966.96 | $1,931.87 | $0.00 | $8,733.10 |
| 004-2222296-000 | $355.69 | $1,422.76 | $6,758.11 | $1,054.35 | $2,259.41 | $2,219.11 | $0.00 | $10,031.57 |
| 004-2222298-000 | $418.59 | $1,674.36 | $7,953.21 | $1,240.80 | $2,658.97 | $2,611.54 | $0.00 | $11,805.55 |
| 004-2222300-000 | $418.59 | $1,674.36 | $7,953.21 | $1,240.80 | $2,658.97 | $2,611.54 | $0.00 | $11,805.55 |
| 004-2216546-000 | $558.92 | $2,235.68 | $10,060.56 | $1,107.83 | $3,550.38 | $3,508.03 | $0.00 | $14,676.42 |
| 004-2215299-000 | $418.59 | $1,674.36 | $7,953.21 | $829.68 | $2,658.97 | $2,627.26 | $0.00 | $11,410.15 |
| 004-2214534-000 | $333.48 | $1,333.92 | $6,336.12 | $660.98 | $2,118.33 | $2,093.06 | $0.00 | $9,090.16 |
| 004-2213905-000 | $333.48 | $1,333.92 | $6,336.12 | $331.48 | $2,118.33 | $2,105.66 | $0.00 | $8,773.26 |
| 004-2205523-000 | $321.02 | $1,284.08 | $5,778.36 | $0.00 | $2,058.99 | $2,058.99 | $0.00 | $7,837.35 |
| 004-2204575-000 | $250.35 | $1,001.40 | $3,004.20 | $0.00 | $1,605.72 | $1,605.72 | $0.00 | $4,609.92 |

| Contract # | Contract Rent | Postpetition Rent (exc. First 60 days) | Past Due Rents as of 02/23/09 | PV of Future Rents as of 02/23/09 | Residual Value of Equipment | PV of Residual Value of Equipment as of 02/23/09 | Net Proceeds from the Sale of Equipment | Total |
|---|---|---|---|---|---|---|---|---|
| 004-2204952-000 | $292.53 | $1,170.12 | $5,265.54 | $0.00 | $1,876.28 | $1,876.28 | $0.00 | $7,141.82 |
| 004-2205184-000 | $346.44 | $1,385.76 | $6,582.36 | $0.00 | $2,222.03 | $2,222.03 | $0.00 | $8,804.39 |
| 004-2207080-000 | $322.11 | $1,288.44 | $6,120.09 | $0.00 | $2,065.98 | $2,065.98 | $0.00 | $8,186.07 |
| 004-2118224-000 | $1,280.07 | $5,120.28 | $0.00 | $0.00 | $8,916.81 | $8,916.81 | $0.00 | $8,916.81 |
| 004-2207563-000 | $287.64 | $1,150.56 | $4,314.60 | $0.00 | $1,844.89 | $1,844.89 | $0.00 | $6,159.49 |
| 004-2210904-000 | $649.92 | $2,599.68 | $0.00 | $0.00 | $4,168.49 | $4,168.49 | $0.00 | $4,168.49 |
| 008-1602713-000 | $242.25 | $969.00 | $4,360.50 | $0.00 | $0.00 | $0.00 | $0.00 | $4,360.50 |
| 004-2210904-000 | $296.69 | $1,186.76 | $5,637.11 | $594.56 | $1,832.43 | $1,819.28 | $0.00 | $8,050.95 |
| 004-2211338-000 | $250.35 | $1,001.40 | $1,752.45 | $307.42 | $1,982.86 | $1,971.80 | $0.00 | $8,153.07 |
| 004-2211364-000 | $309.15 | $1,236.60 | $5,873.85 | $320.31 | $2,054.45 | $2,054.45 | $0.00 | $8,494.85 |
| 004-2211365-000 | $322.11 | $1,288.44 | $6,120.09 | $686.67 | $2,200.66 | $2,174.41 | $0.00 | $9,443.44 |
| 004-2213266-000 | $346.44 | $1,385.76 | $6,582.36 | $331.48 | $2,118.33 | $2,105.66 | $0.00 | $8,773.26 |
| 004-2213429-000 | $333.48 | $1,333.92 | $6,336.12 | $0.00 | $4,168.49 | $0.00 | $0.00 | $4,168.49 |
| 404-2150704-000 | $375.89 | $1,503.56 | $2,631.23 | $0.00 | $2,610.95 | $2,610.95 | $0.00 | $5,242.18 |
| 404-2153923-000 | $79.00 | $316.00 | $632.00 | $0.00 | $555.56 | $555.56 | $0.00 | $1,187.56 |
| 404-2153448-000 | $75.00 | $300.00 | $525.00 | $0.00 | $527.43 | $527.43 | $0.00 | $1,052.43 |
| 404-2150708-000 | $79.00 | $316.00 | $553.00 | $0.00 | $555.56 | $555.56 | $0.00 | $1,108.56 |
| 404-2154251-000 | $346.44 | $1,385.76 | $2,771.52 | $0.00 | $2,436.29 | $2,436.29 | $0.00 | $5,207.81 |
| 404-2150705-000 | $250.35 | $1,001.40 | $1,752.45 | $0.00 | $1,760.55 | $1,760.55 | $0.00 | $3,513.00 |
| 404-2150707-000 | $367.23 | $1,468.92 | $2,570.61 | $0.00 | $2,582.47 | $2,582.47 | $0.00 | $5,153.08 |
| 404-2155226-000 | $309.15 | $1,236.60 | $2,473.20 | $0.00 | $2,174.06 | $2,174.06 | $0.00 | $5,883.25 |
| 404-2155227-000 | $398.24 | $1,592.96 | $2,787.68 | $0.00 | $2,800.57 | $2,800.57 | $0.00 | $5,588.25 |
| 404-2157447-000 | $1,286.64 | $5,146.56 | $9,006.48 | $0.00 | $9,048.13 | $9,048.13 | $0.00 | $18,054.61 |
| 404-2161992-000 | $645.65 | $2,582.60 | $4,519.55 | $0.00 | $4,540.45 | $4,540.45 | $0.00 | $8,460.00 |
| 404-2162506-000 | $667.96 | $2,671.84 | $6,011.64 | $0.00 | $4,697.34 | $4,697.34 | $600.00 | $10,708.98 |
| 404-2162830-000 | $370.13 | $1,480.52 | $3,331.17 | $0.00 | $2,621.57 | $2,621.57 | $0.00 | $5,952.74 |
| 404-2154485-000 | $333.98 | $1,335.92 | $2,671.84 | $0.00 | $2,348.67 | $2,348.67 | $0.00 | $5,020.51 |
| 004-2128328-000 | $1,405.51 | $5,622.04 | $1,405.51 | $0.00 | $9,897.34 | $9,897.34 | $0.00 | $11,302.85 |
| 404-2150698-000 | $361.45 | $1,445.80 | $2,530.15 | $0.00 | $2,541.85 | $2,541.85 | $0.00 | $5,072.00 |
| 008-1651270-000 | $338.79 | $1,355.16 | $6,437.01 | $0.00 | $0.00 | $0.00 | $0.00 | $6,437.01 |
| 008-1655272-000 | $378.37 | $1,513.48 | $7,567.40 | $0.00 | $0.00 | $0.00 | $0.00 | $7,567.40 |
| 008-1665976-000 | $96.03 | $384.12 | $1,824.57 | $0.00 | $0.00 | $0.00 | $0.00 | $1,824.57 |
| 008-1670424-000 | $229.21 | $916.84 | $4,125.78 | $0.00 | $0.00 | $0.00 | $0.00 | $4,125.78 |
| 008-1670964-000 | $215.86 | $863.44 | $3,885.48 | $0.00 | $0.00 | $0.00 | $0.00 | $3,885.48 |
| 008-1671554-000 | $179.41 | $717.64 | $3,229.38 | $0.00 | $0.00 | $0.00 | $0.00 | $3,229.38 |
| 008-1716616-000 | $311.87 | $1,247.48 | $5,613.66 | $0.00 | $0.00 | $0.00 | $0.00 | $5,613.66 |
| 008-1705707-000 | $297.87 | $1,191.48 | $5,063.79 | $0.00 | $0.00 | $0.00 | $0.00 | $5,063.79 |
| 008-1705708-000 | $544.58 | $2,178.32 | $9,257.86 | $0.00 | $0.00 | $0.00 | $0.00 | $9,257.86 |
| 008-1705709-000 | $544.58 | $2,178.32 | $9,802.44 | $0.00 | $0.00 | $0.00 | $0.00 | $9,802.44 |
| 008-1707610-000 | $306.77 | $1,227.08 | $5,521.86 | $0.00 | $0.00 | $0.00 | $0.00 | $5,521.86 |
| 008-1707612-000 | $306.77 | $1,227.08 | $5,521.86 | $0.00 | $0.00 | $0.00 | $0.00 | $5,521.86 |

| Contract # | Contract Rent | Postpetition Rent (exc. First 60 days) | Past Due Rents as of 02/23/09 | PV of Future Rents as of 02/23/09 | Residual Value of Equipment | PV of Residual Value of Equipment as of 02/23/09 | Net Proceeds from the Sale of Equipment | Total |
|---|---|---|---|---|---|---|---|---|
| 008-1707614-000 | $306.77 | $1,227.08 | $5,521.86 | $0.00 | $0.00 | $0.00 | $0.00 | $5,521.86 |
| 008-1688263-000 | $219.72 | $878.88 | $3,735.24 | $0.00 | $0.00 | $0.00 | $0.00 | $3,735.24 |
| 004-2147412-000 | $369.56 | $1,478.24 | $2,217.36 | $0.00 | $2,614.28 | $2,614.28 | $0.00 | $4,831.64 |
| 004-2174905-000 | $295.97 | $1,183.88 | $5,031.49 | $0.00 | $2,064.34 | $2,064.34 | $0.00 | $7,095.83 |
| 004-2201905-000 | $295.97 | $1,183.88 | $5,031.49 | $0.00 | $2,064.34 | $2,064.34 | $0.00 | $7,095.83 |
| 004-2200790-000 | $333.48 | $1,333.92 | $5,669.16 | $0.00 | $2,327.63 | $2,327.63 | $0.00 | $7,996.79 |
| 004-2182426-000 | $296.69 | $1,186.76 | $4,153.66 | $0.00 | $2,015.87 | $2,015.87 | $0.00 | $6,169.53 |
| 004-2182427-000 | $296.69 | $1,186.76 | $4,153.66 | $0.00 | $2,015.87 | $2,015.87 | $0.00 | $6,169.53 |
| 004-2182428-000 | $659.00 | $2,636.00 | $9,226.00 | $0.00 | $4,477.61 | $4,477.61 | $0.00 | $13,703.61 |
| 004-2184248-000 | $287.64 | $1,150.56 | $3,739.32 | $0.00 | $2,042.00 | $2,042.00 | $0.00 | $5,781.32 |
| 004-2184747-000 | $312.09 | $1,248.36 | $4,369.26 | $0.00 | $2,215.57 | $2,215.57 | $0.00 | $6,584.83 |
| 004-2185348-000 | $263.31 | $1,053.24 | $3,686.34 | $0.00 | $1,869.28 | $1,869.28 | $0.00 | $5,555.62 |
| 004-2186092-000 | $369.82 | $1,479.28 | $3,328.38 | $0.00 | $2,625.45 | $2,625.45 | $0.00 | $5,953.83 |
| 004-2146934-000 | $309.65 | $1,238.60 | $1,238.60 | $0.00 | $2,182.96 | $2,182.96 | $900.00 | $2,521.56 |
| 004-2185751-000 | $319.00 | $1,276.00 | $4,466.00 | $0.00 | $2,264.63 | $2,264.63 | $0.00 | $6,730.63 |
| 004-2186348-000 | $276.48 | $1,105.92 | $3,870.72 | $0.00 | $1,962.74 | $1,962.74 | $0.00 | $5,833.46 |
| 004-2146937-000 | $287.64 | $1,150.56 | $287.64 | $0.00 | $2,027.80 | $2,027.80 | $0.00 | $2,315.44 |
| 004-2185754-000 | $319.00 | $1,276.00 | $4,466.00 | $0.00 | $2,264.63 | $2,264.63 | $0.00 | $6,730.63 |
| 004-2186349-000 | $333.48 | $1,333.92 | $3,668.28 | $0.00 | $2,367.43 | $2,367.43 | $0.00 | $6,035.71 |
| 004-2182424-000 | $659.00 | $2,636.00 | $9,226.00 | $0.00 | $4,477.61 | $4,477.61 | $2,300.00 | $11,403.61 |
| 004-2182425-000 | $296.69 | $1,186.76 | $4,153.66 | $0.00 | $2,060.84 | $2,060.84 | $0.00 | $6,214.50 |
| 004-2147025-000 | $287.64 | $1,150.56 | $862.92 | $0.00 | $2,027.80 | $2,027.80 | $800.00 | $2,090.72 |
| 004-2181247-000 | $296.69 | $1,186.76 | $4,450.35 | $0.00 | $2,015.87 | $2,015.87 | $0.00 | $6,466.22 |
| 004-2148752-000 | $322.11 | $1,288.44 | $1,932.66 | $0.00 | $2,270.80 | $2,270.80 | $0.00 | $4,203.46 |
| 004-2148758-000 | $346.44 | $1,385.76 | $1,385.76 | $0.00 | $2,442.33 | $2,442.33 | $0.00 | $3,828.09 |
| 004-2162622-000 | $392.34 | $1,569.36 | $3,138.72 | $0.00 | $2,757.52 | $2,757.52 | $0.00 | $5,896.24 |
| 004-2163498-000 | $316.00 | $1,264.00 | $3,160.00 | $0.00 | $2,222.23 | $2,222.23 | $0.00 | $5,382.23 |
| 004-2164250-000 | $639.57 | $2,558.28 | $6,395.70 | $0.00 | $4,497.69 | $4,497.69 | $0.00 | $10,893.39 |
| 004-2171738-000 | $322.11 | $1,288.44 | $3,865.32 | $0.00 | $2,286.71 | $2,286.71 | $0.00 | $6,152.03 |
| 004-2186716-000 | $319.00 | $1,276.00 | $4,466.00 | $0.00 | $2,264.63 | $2,264.63 | $0.00 | $6,730.63 |
| 004-2172014-000 | $346.44 | $1,385.76 | $3,464.40 | $0.00 | $2,459.43 | $2,459.43 | $0.00 | $5,923.83 |
| 004-2175312-000 | $346.44 | $1,385.76 | $4,503.72 | $0.00 | $2,459.43 | $2,459.43 | $0.00 | $6,963.15 |
| 004-2177598-000 | $296.69 | $1,186.76 | $3,856.97 | $0.00 | $2,106.25 | $2,106.25 | $0.00 | $5,963.22 |
| 004-2177981-000 | $309.15 | $1,236.60 | $3,400.65 | $0.00 | $2,194.71 | $2,194.71 | $0.00 | $5,595.36 |
| 004-2177982-000 | $322.11 | $1,288.44 | $4,187.43 | $0.00 | $2,286.71 | $2,286.71 | $0.00 | $6,474.14 |
| 004-2178638-000 | $322.11 | $1,288.44 | $4,509.54 | $0.00 | $2,286.71 | $2,286.71 | $0.00 | $6,796.25 |
| 004-2181013-000 | $277.64 | $1,110.56 | $3,331.68 | $0.00 | $1,971.07 | $1,971.07 | $0.00 | $5,302.75 |
| 004-2172554-000 | $396.59 | $1,586.36 | $5,155.67 | $0.00 | $2,815.46 | $2,815.46 | $0.00 | $7,971.13 |
| 004-2146715-000 | $333.98 | $1,335.92 | $1,669.90 | $0.00 | $2,354.48 | $2,354.48 | $0.00 | $4,024.38 |
| 004-2187662-000 | $296.69 | $1,186.76 | $4,153.66 | $0.00 | $2,015.87 | $2,015.87 | $0.00 | $6,169.53 |
| 004-2144182-000 | $85.12 | $340.48 | $340.48 | $0.00 | $597.39 | $597.39 | $0.00 | $937.87 |
| 004-2139117-000 | $361.45 | $1,445.80 | $1,807.25 | $0.00 | $2,536.69 | $2,536.69 | $0.00 | $4,343.94 |

| Contract # | Contract Rent | Postpetition Rent (exc. First 60 days) | Past Due Rents as of 02/23/09 | PV of Future Rents as of 02/23/09 | Residual Value of Equipment | PV of Residual Value of Equipment as of 02/23/09 | Net Proceeds from the Sale of Equipment | Total |
|---|---|---|---|---|---|---|---|---|
| 004-2196165-000 | $292.60 | $1,170.40 | $2,633.40 | $0.00 | $2,075.63 | $2,075.63 | $0.00 | $4,709.03 |
| 004-2196166-000 | $292.60 | $1,170.40 | $4,681.60 | $0.00 | $2,075.63 | $2,075.63 | $0.00 | $6,757.23 |
| 004-2196167-000 | $292.60 | $1,170.40 | $4,681.60 | $0.00 | $2,075.63 | $2,075.63 | $0.00 | $6,757.23 |
| 004-2133888-000 | $801.62 | $3,206.48 | $1,603.24 | $0.00 | $5,625.81 | $5,625.81 | $0.00 | $7,229.05 |
| 004-2196385-000 | $355.99 | $1,423.96 | $3,915.89 | $0.00 | $2,527.23 | $2,527.23 | $0.00 | $6,443.12 |
| 004-2198882-000 | $296.69 | $1,186.76 | $5,196.60 | $0.00 | $2,459.43 | $2,459.43 | $0.00 | $7,059.60 |
| 004-2129045-000 | $346.44 | $1,385.76 | $5,043.73 | $0.00 | $2,015.87 | $2,015.87 | $0.00 | $7,656.03 |
| 004-2196694-000 | $346.44 | $1,385.76 | $692.88 | $0.00 | $2,431.34 | $2,431.34 | $0.00 | $3,124.22 |
| 004-2196698-000 | $293.22 | $1,172.88 | $4,691.52 | $0.00 | $2,080.32 | $2,080.32 | $0.00 | $6,771.84 |
| 004-2196937-000 | $315.16 | $1,260.64 | $5,042.56 | $0.00 | $2,237.37 | $2,237.37 | $0.00 | $7,279.93 |
| 004-2200306-000 | $340.28 | $1,361.12 | $5,784.76 | $0.00 | $2,375.10 | $2,375.10 | $0.00 | $8,159.86 |
| 004-2200621-000 | $296.69 | $1,186.76 | $5,889.48 | $0.00 | $2,418.09 | $2,418.09 | $0.00 | $8,307.57 |
| 004-2200802-000 | $346.44 | $1,385.76 | $6,018.34 | $0.00 | $2,470.99 | $2,470.99 | $0.00 | $8,489.33 |
| 004-2196421-000 | $354.02 | $1,416.08 | $5,543.04 | $0.00 | $2,459.43 | $2,459.43 | $0.00 | $8,002.47 |
| 004-2195121-000 | $346.44 | $1,385.76 | $6,235.80 | $0.00 | $2,418.09 | $2,418.09 | $0.00 | $8,654.01 |
| 004-2143516-000 | $346.44 | $1,385.76 | $5,543.04 | $0.00 | $2,452.41 | $2,452.41 | $0.00 | $7,995.45 |
| 004-2188190-000 | $367.23 | $1,468.92 | $1,836.15 | $0.00 | $2,577.22 | $2,577.22 | $1,100.00 | $3,313.37 |
| 004-2188206-000 | $659.00 | $2,636.00 | $1,318.00 | $0.00 | $4,477.61 | $4,477.61 | $2,300.00 | $3,495.61 |
| 004-2188929-000 | $367.23 | $1,468.92 | $5,508.45 | $0.00 | $2,375.00 | $2,607.00 | $0.00 | $8,115.45 |
| 004-2189131-000 | $322.11 | $1,288.44 | $4,509.54 | $0.00 | $2,286.71 | $2,286.71 | $0.00 | $6,796.25 |
| 004-2190228-000 | $333.98 | $1,335.92 | $5,009.70 | $0.00 | $2,370.98 | $2,370.98 | $0.00 | $7,380.68 |
| 004-2190824-000 | $263.31 | $1,053.24 | $3,159.72 | $0.00 | $1,869.28 | $1,869.28 | $0.00 | $5,029.00 |
| 004-2190228-000 | $346.44 | $1,385.76 | $5,543.04 | $0.00 | $2,459.43 | $2,459.43 | $0.00 | $8,002.47 |
| 004-2141358-000 | $296.69 | $1,186.76 | $890.07 | $0.00 | $2,082.19 | $2,082.19 | $0.00 | $2,972.26 |
| 004-2144181-000 | $333.98 | $1,335.92 | $1,669.09 | $0.00 | $2,343.90 | $2,343.90 | $0.00 | $4,012.99 |
| 004-2190847-000 | $659.00 | $2,636.00 | $9,885.00 | $0.00 | $4,477.61 | $4,477.61 | $2,400.00 | $11,962.61 |
| 004-2191110-000 | $346.44 | $1,385.76 | $3,117.96 | $0.00 | $2,459.43 | $2,459.43 | $0.00 | $5,577.39 |
| 004-2191436-000 | $333.48 | $1,333.92 | $5,002.20 | $0.00 | $2,367.43 | $2,367.43 | $0.00 | $7,369.63 |
| 004-2191812-000 | $296.69 | $1,186.76 | $4,450.35 | $0.00 | $2,015.87 | $2,015.87 | $0.00 | $6,466.22 |
| 004-2192938-000 | $296.69 | $1,186.76 | $4,450.35 | $0.00 | $2,015.87 | $2,015.87 | $0.00 | $6,466.22 |
| 004-2192962-000 | $373.29 | $1,493.16 | $5,972.64 | $0.00 | $2,650.04 | $2,650.04 | $0.00 | $8,622.68 |
| 004-2190844-000 | $296.69 | $1,186.76 | $5,043.73 | $0.00 | $2,015.87 | $2,015.87 | $0.00 | $7,059.60 |
| 004-2196386-000 | $293.22 | $1,172.88 | $4,691.52 | $0.00 | $2,080.32 | $2,080.32 | $0.00 | $6,771.84 |
| 004-2243477-000 | $239.14 | $956.56 | $2,869.68 | $4,357.34 | $1,207.66 | $1,008.70 | $0.00 | $8,235.72 |
| 002-2268403-000 | $509.37 | $2,037.48 | $5,093.70 | $17,054.25 | $309.50 | $287.73 | $0.00 | $22,435.68 |
| 002-2282598-000 | $934.21 | $3,736.84 | $0.00 | $31,324.64 | $0.00 | $0.00 | $0.00 | $31,324.64 |
| 002-1695669-000 | $364.75 | $1,459.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,624.16 |
| 002-2204743-000 | $150.93 | $603.72 | $301.86 | $762.82 | $642.26 | $559.48 | $0.00 | $0.00 |
| | | **$236,665.32** | **$699,468.36** | **$83,987.66** | **$346,502.52** | **$345,057.98** | **$10,400.00** | **$1,118,114.00** |