# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | CHAPTER 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Joanne Lafferty, do hereby certify that I did on the 4th day of January, 2011, cause to be served upon the persons or parties identified below, via first class mail, a true copy of Banc of America Leasing & Capital, LLC's Request for Allowance and Payment of Administrative Expense Claim:

<u>Counsel for the Debtors</u>
Young Conaway Stargatt & Taylor, LLP
Sean M. Beach
Patrick A. Jackson
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801

<u>Counsel for the Plan Trustee</u>
Hahn & Hessen, LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, NY 10022

<u>Plan Trustee</u>
Steven D. Sass
AHM Liquidating Trust
P.O. Box 10550
Melville, NY 11747

*/s/ Joanne Lafferty*
JOANNE LAFFERTY