UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____

In re:                                                                        :      Chapter 11
                                                                                   :
AMERICAN HOME MORTGAGE                             :      Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation,         :
et al.,                                                                      :      Jointly Administered
                                                                                   :
         Debtors.                                                      :
_____


CERTIFICATE OF SERVICE REGARDING
LIMITED OBJECTION OF TRIAD GUARANTY INSURANCE CORPORATION
TO MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554
AUTHORIZING THE PLAN TRUSTEE TO RETURN OR DESTROY
<u>ALL HARD COPY LOAN FILES</u>

   I, Barry M. Klayman, hereby certify that on this date I caused a true and correct copy of the Limited Objection of Triad Guaranty Insurance Corporation to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Plan Trustee to Return or Destroy all Hard Copy Loan Files to be served on the following parties in the manner indicated:

| <u>*Via Hand Delivery*</u> | <u>*Via Regular First Class Mail and Via Facsimile*</u> |
|---|---|
| Sean M. Beach, Esquire<br>Margaret Whiteman Greecher, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street<br>17th Floor<br>Wilmington, DE 19899<br>*Counsel to the Plan Trustee* | Mark S. Indelicato, Esquire<br>Edward L. Schnitzer, Esquire<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022<br>Fax: 212-478-7400<br>*Counsel to the Plan Trustee* |

Dated: January 4, 2011                           COZEN O'CONNOR

                                                                 */s/ Barry Klayman*
                                                                 Barry M. Klayman (No. 3676)
                                                                 1201 N. Market Street, Suite 1400
                                                                 Wilmington, DE 19801
                                                                 Telephone: (302) 295-2000

                                                                 Attorneys for Triad Guaranty Insurance Corp.

WILMINGTON\127978\1  269084.000