IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No.07-11047(CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date:          _____ |
| _____ | ) | Objection Deadline:   _____ |


**THE UNITED STATES' REQUEST FOR PAYMENT OF CHAPTER 11**
**<u>ADMINISTRATIVE EXPENSES</u>**


The United States hereby files the attached chapter 11 administrative expense claim on

behalf of its agency, the Federal Housing Administration ("FHA") of the United States

Department of Housing and Urban Development.

FHA requests the allowance and payment of its chapter 11 administrative expense claims

(1) in the amount of $28,578.21 for unpaid post-petition mortgage insurance premiums owed by

debtor American Home Mortgaging Servicing, Inc. ("AHM Servicing") and (2) in the amount of

$105,208.16 for unpaid post-petition mortgage insurance premiums owed by debtor American

Home Mortgage Corp. ("AHMC").   The unpaid post-petition mortgage insurance premiums are

related to the AHM Servicing and AHMC's participation in the FHA's single family mortgage

insurance program.   A copy of the FHA administrative expense claim along with supporting

documentation is attached as Exhibit A.

Dated: January 4, 2011

Respectfully Submitted

TONY WEST
Assistant Attorney General

DAVID C. WEISS
United States Attorney

ELLEN W. SLIGHTS   (DE Bar No. 2782)
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

/s/ Michael R. Sew Hoy
J. CHRISTOPHER KOHN
TRACY WHITAKER
MARY A. SCHMERGEL
MICHAEL R. SEW HOY
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington D.C. 20044
Tel. (202) 307-3571
Fax (202) 514-9163

Attorneys for the Federal Housing
Administration