# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No.07-11047(CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## CHAPTER 11 ADMINISTRATIVE CLAIM OF THE UNITED STATES FEDERAL HOUSING ADMINISTRATION

I, Natalia Yee, declare and state:

1. I am authorized to make this administrative claim on behalf of the United States.

2. American Home Mortgage Holdings, Inc. and certain affiliates and subsidiaries (collectively, the "Debtors"), including American Home Mortgaging Servicing, Inc. ("AHM Servicing"), and American Home Mortgage Corp. ("AHMC"), filed a bankruptcy petition under chapter 11 of the United States Bankruptcy Code on August 6, 2007.

3. Prior to August 6, 2007 (the "Petition Date") and for a period of time after the Petition Date (the "Post-Petition Period"), AHM Servicing and AHMC serviced and/or held loans insured by the FHA pursuant to FHA's single family mortgage insurance program (the "SFMI Program").

4. Under the SFMI Program, the Secretary of HUD is authorized to insure loans made by participating lenders to home purchasers for the purpose of financing or refinancing the purchase of 1-4 family residences. National Housing Act, Title II, Section 203, codified at 12 U.S.C. § 1709. By providing mortgage insurance, HUD guarantees the repayment of any such insured

loan. Accordingly, when a HUD/FHA insured loan goes into default, the mortgagee may foreclose on the property, convey the property to HUD, and submit a claim to HUD for the payment in full of the outstanding loan plus any recovery costs incurred by the lender. See 24 C.F.R. §§ 203.355, 203.358, and 203.400. HUD then sells the home to reduce its loss as insurer. 24 C.F.R. § 291.1.

5. Under the SFMI program, mortgagees are required to remit mortgage insurance premiums ("MIP" or "MIPs") to the FHA. 24 C.F.R. § 203.259. A portion of the MIP is generally paid up-front to the FHA at or near the time the loan is made, and the remainder, known as the periodic MIP, is paid by the mortgagee to the FHA in monthly installments on or before the tenth day of the month. See 24 C.F.R. §§ 203.260, 203.262, 203.264, and 203.280. As part of their servicing responsibilities, mortgagees and their servicers collect the monthly payments made by the borrower and "apply the same to the following items in the order set forth: (1) Premium charges under the contract of insurance . . ., charges for ground rents, taxes, special assessments, flood insurance premiums, of required, and fire and other hazard insurance premiums; (2) Interest on the mortgage; (3) Amortization of the principal of the mortgage; and (4) Late Charges . . . ." 24 C.F.R. § 203.24(a). See also 24 C.F.R. § 203.502.

6. In order to participate in the SFMI Program, mortgagees (or their servicers) must be approved for participation by HUD under 24 C.F.R. §§ 202.3 & 202.5; 24 C.F.R. § 203.502. AHMC and AHM Servicing were approved under the SFMI program.

7. AHMC (Mortgagee Id. No. 76993) and AHM Servicing (Mortgagee Id. No. 19234) have not remitted some or all of MIPs on certain FHA-insured loans held and/or serviced by AHMC and AHMC Servicing arising from the Post-Petition Period to the FHA (the "Post-Petition

Period Unpaid MIPs").[1]  AHMC owes $28,578.21 and AHMC Servicing owes $105,208.16 on the Post-Petition Period Unpaid MIPs.[2]  See Attachment A.

8.  The MIPs are costs ordinarily incident to the operation of a mortgage lender and servicer.  Indeed, MIPs must be paid first from the monthly amounts collected by the borrowers before any other charges are paid.  24 C.F.R. § 203.24.  If MIPs are unpaid in violation of HUD's regulations, the FHA approval of the mortgagee or servicer may be withdrawn.  24 C.F.R. §§ 25.5 & 25.6(w).  In addition, should a claim for insurance benefits be submitted on a defaulted loan, HUD may reconvey the property back to the mortgagee and cancel all insurance benefits, 24 C.F.R. § 203.363, thus reducing the value of assets of the estate.

9.  The claim, therefore, is an administrative expense under 11 U.S.C. § 503(b)(1)(A) and entitled to priority payment under 11 U.S.C. § 507(a)(2).

10.  This claim reflects the estimated liability of AHMC and AHM Servicing to the FHA.  The FHA reserves the right to amend this claim to assert subsequently discovered liabilities.

11.  The filing of this claim is not to be construed as a waiver of the rights of the FHA, the United States, or any agency or instrumentality thereof, to follow any property, or the proceeds thereof, into the hands of whomever the same may be, including the receiver or trustee in bankruptcy, or as a waiver of any other claim or right of action or setoff, or any other right whatsoever that the United States, or any agency or instrumentality thereof has or may have

---

[1] The FHA is also owed unpaid MIPS on certain FHA-insured loans held and serviced by AHMC and AHM Servicing prepetition, as well as actual and potential losses arising from various indemnification agreements executed pursuant to certain agreements with FHA that enabled them to continue their participation in the Direct Endorsement program, 24 C.F.R. 203.3.  The FHA filed proofs of claim related to these claims on February 4, 2008.

[2] Counsel for the FHA has contacted Debtors' counsel to resolve the Post-Petition Period Unpaid MIPs and the claims identified in the FHA's proofs of claim filed February 4, 2008, among other things.  To this date, however, no resolution has been reached.

against the Debtors, the receiver, the trustee, or any other person or entity.

12. FHA reserves the right under 11 U.S.C. § 553 to setoff against this claim any debts owed to the Debtors by the FHA or any other federal agency.

13. Wherefore, the FHA respectfully requests that it be allowed and paid the administrative expense claim in the amount of $133,786.37.

Dated: January 4, 2011

                                                Respectfully Submitted

                                                Natalia Yee

# ATTACHMENT A

| Case Number | Post-Petition Prem Owed | Post-Petition Late Owed | Servicer | Holder |
|---|---|---|---|---|
| 022-1881109 | 1,874.07 | 78.29 | 76993 | 76993 |
| 041-8901974 | $ 1,882.36 | $ 73.48 | 99995 | 76993 |
| 044-4173558 | 3,063.48 | 119.63 | 76993 | 76993 |
| 046-9131527 | $ 780.20 | $ 30.51 | 99995 | 76993 |
| 048-2682980 | $ 1,277.78 | $ 49.90 | 71606 | 76993 |
| 048-3105604 | $ 748.91 | $ 29.19 | 71606 | 76993 |
| 048-3334747 | 1,403.48 | 54.83 | 76993 | 76993 |
| 048-3418929 | 1,922.52 | 74.91 | 76993 | 76993 |
| 048-3440594 | 1,986.16 | 77.59 | 76993 | 76993 |
| 052-2490740 | 2,268.66 | 88.50 | 76993 | 76993 |
| 071-0996362 | 2,221.26 | 86.64 | 76993 | 19234 |
| 0935559999 | $ 623.67 | $ 24.96 | 76993 | 76993 |
| 093-5604258 | 1,140.54 | 44.54 | 76993 | 76993 |
| 105-3085861 | 519.02 |  | 19234 | 76993 |
| 137-0537836 | $ 1,249.92 | $ 48.81 | 71226 | 76993 |
| 137-0891182 | 2,097.48 | 81.88 | 76993 | 76993 |
| 137-0963796 | $ 873.32 | $ 34.94 | 76993 | 76993 |
| 137-1094720 | 2,641.99 | 103.08 | 76993 | 76993 |
| 137-1144827 | 1,803.62 | 70.45 | 76993 | 76993 |
| 137-1363495 | 1,195.08 | 46.71 | 76993 | 76993 |
| 137-1616309 | 2,579.68 | 100.68 | 76993 | 76993 |
| 137-2126060 | $ 761.28 | $ 29.39 | 76993 | 76993 |
| 137-2185886 | $ 277.36 | $ 0.45 | 39318 | 76993 |
| 137-3503307 | $ 1,770.93 | $ 68.46 | 76993 | 76993 |
| 137-3666757 | $ 351.76 | $ 20.88 | 76993 | 76993 |
| 151-8002908 | $ 71.45 | $ (0.06) | 28771 | 76993 |
| 151-8015612 | $ 2,067.05 | $ 80.70 | 76993 | 76993 |
| 151-8027163 | 1,568.34 | 61.20 | 76993 | 19234 |
| 151-8027207 | 1,617.98 | 63.15 | 76993 | 19234 |
| 197-1005217 | $ 925.42 | $ 36.17 | 99995 | 76993 |
| 197-2122763 | $ 5,160.08 | $ 201.39 | 71606 | 76993 |
| 2013598336 | $ 40.66 | $ 1.87 | 19234 | 76993 |
| 2013616980 | $ 970.13 | $ 38.74 | 76993 | 76993 |
| 221-3813528 | $ (28.54) | $ 0.58 | 17158 | 76993 |
| 221-3818128 | $ (34.20) | $ 0.50 | 17158 | 76993 |
| 221-3820377 | $ (127.31) | $ 0.10 | 17158 | 76993 |
| 221-3830295 | $ 900.17 | $ 34.47 | 17158 | 76993 |
| 2213871566 |  | $ 0.13 | 19234 | 76993 |
| 2213872549 |  | $ 2.07 | 19234 | 76993 |
| 221-3872549 | 48.03 | 3.84 | 19234 | 76993 |
| 2213875098 |  | $ 0.22 | 19234 | 76993 |
| 241-6332013 | $ 1,833.00 | $ 71.56 | 76993 | 76993 |

| Account | Amount 1 | Amount 2 | Code 1 | Code 2 |
|---|---|---|---|---|
| 241-7096528 | $ 1,836.92 | $ 73.55 | 76993 | 76993 |
| 241-7619386 | $ 2,136.63 | $ 83.41 | 76993 | 76993 |
| 241-7762458 | | $ 0.17 | 19234 | 76993 |
| 241-7798548 | 673.70 | 26.95 | 76993 | 19234 |
| 241-7855934 | 1,733.15 | 69.28 | 76993 | 13063 |
| 249-4659961 | $ 2,094.58 | $ 81.66 | 76993 | 76993 |
| 261-9130023 | 3.27 | | 19234 | 76993 |
| 263-3848006 | 142.58 | | 19234 | 76993 |
| 2924679828 | | $ 1.59 | 19234 | 76993 |
| 352-4515745 | $ 2,195.27 | $ 85.65 | 76993 | 76993 |
| 374-3018694 | $ 2,778.28 | $ 108.48 | 99995 | 76993 |
| 374-3430075 | $ 2,952.43 | $ 115.23 | 76993 | 76993 |
| 3743713982 | $ 2,420.24 | $ 94.50 | 76993 | 76993 |
| 3817616011 | $ 1,569.50 | $ 61.27 | 76993 | 76993 |
| 3817721361 | | $ 1.64 | 19234 | 76993 |
| 381-7732589 | $ 57.18 | $ 3.09 | 28771 | 76993 |
| 3817781702 | | $ 5.08 | 19234 | 76993 |
| 3817787711 | | $ 1.66 | 19234 | 76993 |
| 3817965310 | | $ 0.18 | 19234 | 76993 |
| 381-8005770 | $ 6.50 | $ - | 24893 | 76993 |
| 381-8134069 | $ 877.55 | $ 37.33 | 76993 | 76993 |
| 3818143337 | $ 702.07 | | 76993 | 76993 |
| 412-5405020 | $ 1,066.62 | $ 41.63 | 76993 | 76993 |
| 4125493241 | | $ 1.25 | 19234 | 76993 |
| 413-4474789 | $ 17.32 | $ 1.45 | 28771 | 76993 |
| 431-4201506 | $ 2,626.45 | $ 102.61 | 76993 | 76993 |
| 4314295469 | $ 536.27 | $ 24.03 | 76993 | 76993 |
| 4417875991 | $ 3,624.91 | $ 141.34 | 76993 | 76993 |
| 4417971716 | $ 194.13 | $ 9.03 | 76993 | 76993 |
| 442-2651376 | $ 973.06 | $ 37.98 | 76993 | 76993 |
| 4614027866 | | $ 5.32 | 19234 | 76993 |
| 4614150798 | $ 566.51 | $ 25.76 | 76993 | 76993 |
| 4812631473 | $ 230.85 | $ - | 76993 | 76993 |
| 4823783630 | $ 2,362.26 | $ 92.19 | 76993 | 76993 |
| 4833629978 | $ (1.66) | $ 1.15 | 19234 | 76993 |
| 483-3639896 | $ 333.52 | $ 13.36 | 28771 | 76993 |
| 4833642061 | | $ 1.27 | 19234 | 76993 |
| 521-6247670 | $ 1,908.52 | $ 74.46 | 76993 | 76993 |
| 541-6152161 | $ 2,125.16 | $ 83.06 | 76993 | 76993 |
| 5417598889 | $ 503.40 | $ 24.00 | 76993 | 76993 |
| 5484167834 | $ 2,065.52 | $ 80.72 | 76993 | 76993 |
| 5618232230 | $ - | $ 6.98 | 19234 | 76993 |
| 5618376373 | $ 612.21 | $ 29.16 | 76993 | 76993 |
| 5622037032 | $ 614.85 | $ 24.56 | 76993 | 76993 |
| 5710755571 | $ 561.05 | $ 21.95 | 76993 | 76993 |
| 044-3311201 | $ 1,175.52 | $ 45.90 | 99995 | 76993 |
| 044-3699422 | $ 1,940.62 | $ 75.75 | 99995 | 76993 |
| 241-7855934 | $ 1,733.15 | $ 69.28 | 76993 | 13063 |
| 442-2651376 | $ 973.06 | $ 37.98 | 76993 | 76993 |
| | | | | |
| | **101,249.94** | **3,958.22** | | |

| Case Number | Post-Petition Prem Owed | Post-Petition Late Owed | Current Servicer | Current Holder |
|---|---|---|---|---|
| 3814917476 | $ 154.16 | $ 6.16 | 16813 | 19234 |
| 031-2951151 | $ 25.88 | $ 1.04 | 19234 | 49001 |
| 105-3085861 | $ 519.02 |  | 19234 | 76993 |
| 137-1266478 | $ 12.95 | $ - | 19234 | 19234 |
| 1371700692 | $ 560.15 |  | 19234 | 95001 |
| 137-3674231 | $ 448.97 | $ 22.25 | 19234 | 19234 |
| 1515845766 | $ 113.82 | $ - | 19234 | 19234 |
| 151-7829142 | $ 45.66 | $ 1.83 | 19234 | 28771 |
| 161-2026192 | $ 116.89 | $ - | 19234 | 19234 |
| 2013598336 | $ 40.66 | $ 1.87 | 19234 | 76993 |
| 2213871566 |  | $ 0.13 | 19234 | 76993 |
| 2213872549 |  | $ 2.07 | 19234 | 76993 |
| 221-3872549 | $ 48.03 | $ 3.84 | 19234 | 76993 |
| 2213875098 |  | $ 0.22 | 19234 | 76993 |
| 2410753530 | $ 2.16 | $ 0.06 | 19234 | 19234 |
| 2410793438 | $ 19.98 | $ 0.29 | 19234 | 95022 |
| 241-0851110 | $ 1.57 | $ 0.03 | 19234 | 95022 |
| 241-0906430 | $ (0.73) | $ 0.08 | 19234 | 95022 |
| 241-7762458 |  | $ 0.17 | 19234 | 76993 |
| 249-4379620 | $ 5.20 |  | 19234 | 19234 |
| 261-9130023 | $ 3.27 |  | 19234 | 76993 |
| 263-3848006 | $ 142.58 |  | 19234 | 76993 |
| 2924679828 |  | $ 1.59 | 19234 | 76993 |
| 352-3323918 | $ 40.13 |  | 19234 | 73815 |
| 3524565423 | $ 1.39 | $ 0.98 | 19234 | 19234 |
| 381-5411820 | $ 2.39 | $ - | 19234 | 19234 |
| 381-5845204 | $ 3.76 |  | 19234 | 19234 |
| 381-6134384 | $ 2.90 | $ 1.45 | 19234 | 19234 |
| 381-6285703 | $ 2.00 |  | 19234 | 19234 |
| 381-6356107 | $ 3.73 | $ 0.11 | 19234 | 19234 |
| 381-6499864 | $ 2.20 |  | 19234 | 19234 |
| 3817721361 |  | $ 1.64 | 19234 | 76993 |
| 3817781702 |  | $ 5.08 | 19234 | 76993 |
| 3817787711 |  | $ 1.66 | 19234 | 76993 |
| 3817965310 |  | $ 0.18 | 19234 | 76993 |
| 4125493241 |  | $ 1.25 | 19234 | 76993 |
| 4415266104 | $ 340.67 |  | 19234 | 19234 |
| 441-5328857 | $ 25.22 |  | 19234 | 28771 |
| 441-5365922 | $ 1.66 |  | 19234 | 19234 |
| 441-5549144 | $ 2.84 |  | 19234 | 19234 |
| 441-5638660 | $ 3.80 |  | 19234 | 19234 |
| 441-5718751 | $ 1.73 |  | 19234 | 19234 |

| | | | | | |
|---|---|---|---|---|---|
| 441-5721172 | $ | 1.90 | | 19234 | 19234 |
| 441-6760577 | $ | 1.73 | $ 0.15 | 19234 | 19234 |
| 441-6805703 | $ | 29.27 | $ - | 19234 | 19234 |
| 4417020383 | $ | 591.58 | $ 23.68 | 19234 | 19234 |
| 461-3666715 | $ | 4.22 | | 19234 | 19234 |
| 461-3709199 | $ | 4.03 | | 19234 | 19234 |
| 4613816082 | $ | 84.34 | $ - | 19234 | 19234 |
| 4614027866 | | | $ 5.32 | 19234 | 76993 |
| 481-2243144 | $ | 1.66 | $ - | 19234 | 19234 |
| 482-3550023 | $ | 38.06 | | 19234 | 49001 |
| 4832305313 | $ | 61.50 | $ 2.46 | 19234 | 19234 |
| 4832386244 | $ | 295.64 | $ 11.88 | 19234 | 19234 |
| 483-3129599 | $ | 3.27 | | 19234 | 19234 |
| 483-3164208 | $ | 3.02 | | 19234 | 19234 |
| 4833629978 | $ | (1.66) | $ 1.15 | 19234 | 76993 |
| 4833642061 | | | $ 1.27 | 19234 | 76993 |
| 4916185495 | $ | 312.86 | $ 12.50 | 19234 | 19234 |
| 492-5329603 | $ | 0.72 | $ - | 19234 | 19234 |
| 4954810283 | $ | 0.32 | $ - | 19234 | 19234 |
| 5414544715 | $ | 96.25 | $ 3.85 | 19234 | 19234 |
| 5414665275 | $ | 444.96 | $ 17.76 | 19234 | 19234 |
| 5414789339 | $ | 590.56 | $ 23.64 | 19234 | 19234 |
| 541-5149511 | $ | 1.92 | $ - | 19234 | 19234 |
| 541-5411905 | $ | 4.66 | | 19234 | 19234 |
| 541-6058385 | $ | 2.24 | | 19234 | 19234 |
| 541-6132704 | $ | 1.04 | | 19234 | 19234 |
| 541-6341393 | $ | 2.42 | | 19234 | 19234 |
| 5416364654 | $ | 557.68 | $ 22.32 | 19234 | 19234 |
| 541-6526352 | $ | 1.52 | $ 0.14 | 19234 | 19234 |
| 5482617800 | $ | 35.82 | $ - | 19234 | 19234 |
| 5618232230 | $ | - | $ 6.98 | 19234 | 76993 |
| 241-5474371 | $ | 1,873.21 | $ 73.08 | 19342 | 19234 |
| 241-5898523 | $ | 772.84 | $ 30.12 | 19342 | 19234 |
| 071-0996362 | $ | 2,221.26 | $ 86.64 | 76993 | 19234 |
| 151-8027163 | $ | 1,568.34 | $ 61.20 | 76993 | 19234 |
| 151-8027207 | $ | 1,617.98 | $ 63.15 | 76993 | 19234 |
| 241-7798548 | $ | 673.70 | $ 26.95 | 76993 | 19234 |
| 081-0309034 | $ | 770.16 | $ 30.27 | 99995 | 19234 |
| 0810519091 | $ | 114.18 | $ 4.56 | 99995 | 19234 |
| 241-0815999 | $ | 30.45 | $ 1.21 | 99995 | 19234 |
| 241-1038034 | $ | 268.27 | $ 10.63 | 99995 | 19234 |
| 241-1110457 | $ | 450.30 | $ 17.70 | 99995 | 19234 |
| 241-1114993 | $ | 231.32 | $ 9.10 | 99995 | 19234 |
| 241-1143846 | $ | 397.60 | $ 15.66 | 99995 | 19234 |
| 241-1207964 | $ | 313.16 | $ 12.39 | 99995 | 19234 |
| 241-2889994 | $ | 567.76 | $ 22.28 | 99995 | 19234 |
| 241-4246894 | $ | 1,507.60 | $ 58.79 | 99995 | 19234 |
| 241-4911681 | $ | 777.06 | $ 30.33 | 99995 | 19234 |

| | | | | |
|---|---|---|---|---|
| 249-1139121 | $ 534.61 | $ 20.94 | 99995 | 19234 |
| 249-1390163 | $ 381.12 | $ 14.94 | 99995 | 19234 |
| 249-3084681 | $ 1,249.01 | $ 48.67 | 99995 | 19234 |
| 492-4819648 | $ 800.68 | $ 31.36 | 99995 | 19234 |
| 5480836844 | $ 53.64 | $ 2.09 | 99995 | 19234 |
| 548-1106603 | $ 428.57 | $ 16.68 | 99995 | 19234 |
| 548-1306085 | $ 476.88 | $ 18.78 | 99995 | 19234 |
| 548-1606180 | $ 588.61 | $ 23.14 | 99995 | 19234 |
| 548-1632876 | $ 536.80 | $ 21.01 | 99995 | 19234 |
| 548-1793491 | $ 522.86 | $ 20.57 | 99995 | 19234 |
| 548-1878732 | $ 599.54 | $ 23.36 | 99995 | 19234 |
| 548-1933658 | $ 515.72 | $ 20.04 | 99995 | 19234 |
| 548-2414683 | $ 833.56 | $ 32.53 | 99995 | 19234 |
| | | | | |
| | **$ 27,542.96** | **$ 1,035.25** | | |