IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No.07-11047(CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re:    Docket No: \_\_\_\_** |
| _____ | ) | |

**ORDER APPROVING THE UNITED STATES' REQUEST FOR PAYMENT OF
CHAPTER 11 ADMINISTRATIVE EXPENSES**

The Court, having considered the United States' Request for Payment of Chapter 11 Administrative Expenses (the "Request") and any responses thereto, and finding good cause to grant the Request, it is hereby ordered as follows:

1. The Request is granted.

2. The Federal Housing Administration shall have (1) an allowed administrative expense claim in the amount of $28,578.21 against debtor American Home Mortgaging Servicing, Inc. and (2) an allowed administrative expense claim in the amount of $105,208.16 against debtor American Home Mortgage Corp.

3. Debtors are directed to pay such claims within ten (10) business days hereof.

Dated: _____, 2011

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge