IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No.07-11047(CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I, Michael R. Sew Hoy, hereby certify that I am not less than 18 years of age, and that

service of a copy of the United States' Request for Payment of Chapter 11 Administrative

Expenses (the "Request") and Notice of the Request was made on January 4, 2011, upon the

individuals on the attached service list via United States Postal Service Express Mail and on those

individuals who have signed up to receive Notice of Electronic Filing through the Court's

CM/ECF system.


/s/ Michael R. Sew Hoy
MICHAEL R. SEW HOY

**Counsel for the Debtors:**
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Sean M. Beach
Patrick A. Jackson
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE 19801
Telephone: (302) 571-6600

**Counsel for the Plan Trustee:**
HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, NY   10022
Telephone: (212) 478-7200

**The Plan Trustee:**
Steven D. Sass
AHM Liquidating Trust
P.O. Box 10550
Melville, NY   11747