IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No.07-11047(CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date: _____ |
| _____ | ) | Objection Deadline: _____ |

**THE UNITED STATES' AMENDED REQUEST FOR PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSES**

The United States hereby files the attached chapter 11 administrative expense claim on behalf of its agency, the Federal Housing Administration ("FHA") of the United States Department of Housing and Urban Development.

FHA requests the allowance and payment of its chapter 11 administrative expense claims (1) in the amount of $28,578.21 for unpaid post-petition mortgage insurance premiums owed by debtor American Home Mortgaging Servicing, Inc. ("AHM Servicing") and (2) in the amount of $105,208.16 for unpaid post-petition mortgage insurance premiums owed by debtor American Home Mortgage Corp. ("AHMC"). The unpaid post-petition mortgage insurance premiums are related to the AHM Servicing and AHMC's participation in the FHA's single family mortgage insurance program. A copy of the FHA administrative expense claim along with supporting documentation is attached as Exhibit A.

1

Dated: January 4, 2011

          Respectfully Submitted

          TONY WEST
          Assistant Attorney General

          CHARLES M. OBERLY, III
          United States Attorney

          ELLEN W. SLIGHTS   (DE Bar No. 2782)
          Assistant United States Attorney
          1007 Orange Street, Suite 700
          P.O. Box 2046
          Wilmington, Delaware 19899-2046

          /s/ Michael R. Sew Hoy
          J. CHRISTOPHER KOHN
          TRACY WHITAKER
          MARY A. SCHMERGEL
          MICHAEL R. SEW HOY
          Commercial Litigation Branch
          Civil Division
          United States Department of Justice
          P.O. Box 875
          Ben Franklin Station
          Washington D.C. 20044
          Tel. (202) 307-3571
          Fax (202) 514-9163

          Attorneys for the Federal Housing
          Administration