IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No.07-11047(CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I, Michael R. Sew Hoy, hereby certify that I am not less than 18 years of age, and that service of a copy of the United States' Amended Request for Payment of Chapter 11 Administrative Expenses (the "Request") and Notice of the Request was made on January 4, 2011, upon the individuals on the attached service list via United States Postal Service Express Mail and on those individuals who have signed up to receive Notice of Electronic Filing through the Court's CM/ECF system.

/s/ Michael R. Sew Hoy
MICHAEL R. SEW HOY

| | |
|---|---|
| **Counsel for the Debtors:** | **Counsel for the Plan Trustee:** |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | HAHN & HESSEN LLP |
| Sean M. Beach | Mark S. Indelicato |
| Patrick A. Jackson | Edward L. Schnitzer |
| 1000 West St., 17th Floor | 488 Madison Avenue |
| P.O. Box 391 | New York, NY   10022 |
| Wilmington, DE 19801 | Telephone: (212) 478-7200 |
| Telephone: (302) 571-6600 | |
| | **The Plan Trustee:** |
| | Steven D. Sass |
| | AHM Liquidating Trust |
| | P.O. Box 10550 |
| | Melville, NY   11747 |