UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*,[1] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Objection Deadline: TBD** |
| ) | **Hearing Date: TBD** |
| ) | |

### NOTICE OF APPLICATION OF COUNTRYWIDE FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**PLEASE TAKE NOTICE** that on January 5, 2011, Countrywide Bank, FSB, formerly Countrywide Bank, N.A. ("CWB"), and Countrywide Home Loans, Inc. ("CHL" and collectively with CWB, "Countrywide"), filed the attached *Application of Countrywide for Allowance of Administrative Expenses* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824, North Market Street, Wilmington, Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Application, must be in writing and filed with the Bankruptcy Court by such time as its later determined.

**PLEASE TAKE FURTHER NOTICE** that any objection must also be served upon counsel to Countrywide; Edwards Angell Palmer & Dodge LLP, 919 North Market Street, 15th Floor, Wilmington DE 19801, Attn: Stuart M. Brown and R. Craig Martin, and with a copy to Reed Smith LLP, 101 Second Street, Suite 1800, San Francisco, CA 94105, Attn: David Weiss.

---

[1] The debtors in these cases, which are collectively referred to as the "Debtors" in this Application, are: American Home Mortgage Holdings, Inc.,; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

WLM 524673.1

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE APPLICATION WILL BE HELD AT SUCH TIME AS LATER DETERMINED.

Dated: January 5, 2011
Wilmington, DE

EDWARDS ANGELL PALMER & DODGE LLP

/s/ R. Craig Martin
Stuart M. Brown (DE Bar No. 4050)
Denise Kraft (DE Bar No. 2778)
R. Craig Martin (DE Bar No. 5032)
919 North Market Street, Suite 1500
Wilmington, DE  19801
(302) 777-7770

- and -

David Weiss
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
(415) 543-8700

*Counsel to Countrywide Bank, FSB, formerly Countrywide Bank, N.A. (n/k/a Bank of America, N.A.), and Countrywide Home Loans, Inc.*

WLM 524673.1