## Appendix 1

## Countrywide Contracts

1. Loan Purchase Agreement dated January 31, 1995, as amended (the "<u>1995 Agreement</u>").

2. Mortgage Loan Purchase and Interim Servicing Agreement dated November 26, 2003, as amended (the "<u>2003 Agreement</u>").

3. Mortgage Loan Purchase and Servicing Agreement, dated March 14, 2006, as amended and supplemented by the related Trade Confirmations and Purchase Confirmations (the "<u>2006 Agreement</u>").

4. HELOC Loan Purchase Agreement dated April 30, 2007, as amended (the "<u>2007 HELOC Agreement</u>").

5. Mortgage Loan Purchase and Servicing Agreement, dated as of May 1, 2007, as amended (the "<u>2007 Agreement</u>").

WLM 524608.4