# CERTIFICATE OF SERVICE

I, R. Craig Martin, do hereby certify that on the 5th day of January, 2011, I caused a true and correct copy of the foregoing *Application of Countrywide for Allowance of Administrative Expenses* to be served upon the following in the manner indicated:

**VIA HAND DELIVERY**
**Counsel for the Debtors:**
Young Conaway Stargatt & Taylor, LLP
Sean M. Beach
Patrick A. Jackson
1000 West St., 17th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
**Counsel for the Plan Trustee:**
Hahn & Hessen LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, NY 10022

**VIA FIRST CLASS MAIL**
**The Plan Trustee:**
Steven D. Sass
AHM Liquidating Trust
P.O. Box 10550
Melville, NY 11747

                                                                       */s/ R. Craig Martin*
                                                                       R. Craig Martin (#5032)