IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

*In re*                                                    : Chapter 11
AMERICAN HOME MORTGAGE                   : Case No. 07-11047 (CSS)
HOLDINGS, INC.                                      : Jointly Administered
a Delaware corporation, *et al*, Debtors    :

---

**REQUEST BY CITY OF HARTFORD, CONNECTICUT
FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

1.  The undersigned, the City Of Hartford, Connecticut, the Claimant herein, has its principal place of business at Municipal Building, 550 Main Street, Hartford, CT 06103.

2.  This case was commenced by the filing of a petition by American Home Mortgage Holdings, *et al*, the Debtors herein, on August 6, 2007 seeking relief under Chapter 11 of Title 11, United States Code.

3.  During the course of the administration of this estate, the Debtors failed to pay municipal personal property taxes to the Claimant when due.

4.  No part of said post-petition property taxes has been paid to the Claimant. There is thus due and owing to the Claimant as of the date hereof the sum of $945.11. A copy of the unpaid tax bill is attached hereto as <u>Exhibit A</u>. (The pre-petition portion of the property taxes shown on said Exhibit is the subject of Proof of Claim # 9178.)

5.  By reason of the foregoing, the Claimant has an administrative claim herein.

WHEREFORE, the undersigned prays that this Court enter its order, after notice and hearing, directing the Debtors to pay Claimant the sum of $945.11 as an administrative expense pursuant to section 503 of the Bankruptcy Code.

Dated January 3, 2011              THE CITY OF HARTFORD, CONNECTICUT

                                             By _____
                                             Kenneth B. Kaufman, its Attorney
                                             The Law Office of Kenneth B. Kaufman, LLC
                                             63 Forest Hills Drive
                                             Farmington, CT 06032
                                             Tel/ Fax:  860-677-4727
                                             Email:  kenneth@attorneykaufman.com

## CERTIFICATE OF SERVICE

I, Kenneth B. Kaufman, certify that I am not less than 18 years of age, and that service of the attached "Request by City of Hartford, Connecticut for Payment of Administrative Expense" was made via USPS overnight delivery on January 3, 2011 upon:

*Counsel for the Debtors:*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach
Patrick A. Jackson
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE 19801


*Counsel for the Plan Trustee:*
HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, NY 10022


*The Plan Trustee:*
Steven D. Sass
AHM Liquidating Trust
P.O. Box 10550
Melville, NY 11747


Under penalty of perjury, I declare the foregoing is true and correct.


Date:   January 3, 2011                         _____
                                                Kenneth B. Kaufman

**Bill Inquiry - MUNIS [CITY OF HARTFORD - CL V7.5]**

My File  Edit  Tools  Help

- History
- Detail
- Orig Bill
- Effective Date
- Scan Bill
- Quick Entry
- Customer
- Name
- Parcel
- Prop Code
- Bill Dates
- Bill Audits
- Bill Events
- Reprint
- Preferences
- Diagnostics

Year/Type/Bill No.: 2006 | PP-R | 200164

**Customer account information**
35307
AMERICAN HOME MORTGAGE CORP
67 PROSPECT AV STE LL-2
HARTFORD, CT 06106

Special Conditions/Notes

**Property information**
Parcel ID: 926026
Prop Loc: 67 PROSPECT AVE

| Int Dt | Billed | Abt/Adj | Pmt/Crd | Interest | Unpaid bal |
|---|---|---|---|---|---|
| 08/14/07 | 613.71 | .00 | .00 | 386.64 | 1,000.35 |
| 02/04/08 | 613.71 | .00 | .00 | 331.40 | 945.11 |
| Fees/Pen | .00 | .00 | .00 | .00 | .00 |
| Totals | 1,227.42 | | | 718.04 | 1,945.46 |

Notes/Alerts

OCT 1 Owner: AMERICAN HOME MORTGA
DBA: AMERICAN HOME MORTGAGE CORP

View prior unpaid bills

Due 12/30/2010       1,945.46
Next Int              18.41
Int Paid               .00
Total Paid             .00

1 of 1

EXHIBIT A