UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br> AMERICAN HOME MORTGAGE<br>HOLDINGS, INC. ET AL.,<br><br>                    Debtors | Chapter  11<br><br>Case No.  07-11047 (CSS)<br><br>Jointly Administered |

## AMENDED CERTIFICATE OF SERVICE RE SUBORDINATION STATEMENT (CLASS 2C1) OF SOVEREIGN BANK FS

I, Guy B. Moss, certify that on January 4, 2011, I caused a copy of the Subordination Statement (Class 2C1) of Sovereign Bank FSB [Document Number 9620] to be served on the following parties by the means noted below after each respective name.

Steven D. Sass
AHM Liquidating Trust
P.O. Box 10550
Melville, NY 11747
                    (the Plan Trustee)
(a)  first class mail, postage prepaid
(b)  first class mail, postage prepaid, return receipt requested

Steven D. Sass, Esq.
RMS
307 International Cir., Suite 270
Hunt Valley, MD 21030
                    (the Plan Trustee)
(a)  Federal Express, next day delivery

Hahn & Hessen LLP
Att'n: Mark S. Indelicato, Esq.
488 Madison Avenue
New York, NY 10022
                    (counsel to the Plan Trustee)
(a)  Federal Express, next day delivery
(b)  first class mail, postage prepaid, return receipt requested

2

Wilmington Trust Company
Att'n:  Patrick Healy, Vice-President
400 Madison Avenue
4th Floor
New York, NY 10017
                        (Indenture Trustee)
(a)  Federal Express, next day delivery
(b)  first class mail, postage prepaid, return receipt requested


                                     /s/  Guy B. Moss
                                  Guy B. Moss (BBO No. 357960)
                                  Riemer & Braunstein LLP
                                  Three Center Plaza
                                  Boston, Massachusetts 02108-2003
                                  Telephone: (617) 880-3466
                                  Facsimile: (617) 362-3466
                                  gmoss@riemerlaw.com

1143354.3

2