## CERTIFICATE OF SERVICE

I, Norman M. Monhait, hereby certify that on this 5th day of January, 2011, I caused the foregoing *Limited Objection of Broadhollow Funding LLC and Melville Funding LLC to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363, and 554 Authorizing the Plan Trustee to Return or Destroy all Hard Copy Loan Files* to be served on all parties registered with the CM/ECF System for the United States Bankruptcy Court for the District of Delaware in this case **and** in the manner indicated to the individuals listed below.

**Via Hand Delivery**
Sean Matthew Beach, Esquire
Margaret Whiteman Greecher, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
*Co-Counsel to the Plan Trustee*

**Via E-Mail**
mindelicato@hahnhessen.com
eschnitzer@hahnhessen.com
Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022
*Co-Counsel to the Plan Trustee*

**Via Hand Delivery**
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, Delaware 19899
*U.S. Trustee*

**Via Hand Delivery**
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Esquire
Victoria A. Guilfoyle, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801
*Counsel to the Official Committee of Unsecured Creditors*

_____
Norman M. Monhait (Bar No. 1040)