IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| AMERICAN HOME MORTGAGE | § | CASE NO. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.* | § | |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

## REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE
## PURSUANT TO 11 U.S.C. §503(b)(1)(B)(i)

Now comes the Lewisville Independent School District (hereinafter "LISD") and files its Request for Payment of Administrative Expense Pursuant to 11 U.S.C. §503(b)(1)(B)(i). In support of its Request, LISD would respectfully show the following:

1. LISD is a taxing authority duly organized under the laws of the State of Texas and is authorized to impose and collect ad valorem taxes on property located within its jurisdiction on January 1st of each year.

2. On January 1, 2008, January 1, 2009, and January 1, 2010 after the commencement of these cases, Debtor became liable for the 2008, 2009 and 2010 ad valorem taxes respectively assessed by Claimant on Debtor's business personal property located in Claimant's taxing jurisdiction pursuant to Texas Tax Code §32.07.

3. In addition, on January 1 of each tax year, a first priority lien attached to Debtor's personal property located in Claimant's taxing jurisdiction to secure payment of the ad valorem taxes, respectively, pursuant to Texas Tax Code §§32.01(a) and 32.05(b).

1

4. Pursuant to 11 U.S.C. § 503(b)(1)(B) and the Administrative Bar Date, Claimant hereby files this request for payment and seeks allowance of its administrative claim for the 2008, 2009 and 2010 taxes in the total amount of $2,428.35 consisting of the following:

| | |
|---|---|
| 2008 Tax Liability (as of January 1, 2011) | $947.02 |
| 2009 Tax Liability (as of January 1, 2011) | $881.41 |
| 2010 Tax Liability (as of January 1, 2011) | $599.92[1] |

5. Payments, if any, on this claim have been credited and deducted for purposes of making this claim.

WHEREFORE, premises considered, Lewisville Independent School District respectfully requests that its administrative claim for 2008, 2009 and 2010 tax liabilities be allowed, including amounts continuing to accrue under state law, requests payment of such claims in accordance with Debtors' Plan, and further requests such other relief to which it may show itself justly entitled.

Respectfully submitted,

/s/ Andrea Sheehan
Andrea Sheehan
Texas Bar No. 24002935
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, Texas 75205
(214) 521-8000  Telephone
(214) 521-1738  Facsimile

ATTORNEYS FOR LEWISVILLE
INDEPENDENT SCHOOL DISTRICT

---

[1] Copies of detailed tax records for Account 946682DEN from the Denton County Tax Assessor / Collector, the tax assessor for Lewisville Independent School District ("LISD") are attached hereto as Exhibit A.  LISD is identified in the attached Exhibit A as "Unit S09".

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have forwarded a true and correct copy of the foregoing Request for Payment of Administrative Expense to the parties listed below via electronic delivery through the Court's CM/ECF system and/or United States first class mail this 5th day of January, 2011.

Sean M. Beach  
Patrick A. Jackson  
Young, Conaway, Stargatt & Taylor  
1000 West Street  
17th Floor  
Wilmington, DE 19801  

Mark S. Indelicato  
Edward L. Schnitzer  
Hahn & Hessen LLP  
488 Madison Avenue  
New York, New York 10022  

Steven D. Sass  
AHM Liquidating Trust  
P.O. Box 10550  
Melville, NY 11747