**Property Tax Record**

[ New Search ]

Account: 946682DEN
APD: P946682
Location: 0003305LONG PRAIRIE RD
Legal: PERSONAL PROPERTY - MORTGAGE COMPANY LOCATION: 3305 LONG PRAIRIE #115, FLOWER MOUND
Owner: AMERICAN HOME MORTGAGE CORP
538 BROADHOLLOW RD
MELVILLE NY 11747--367

Acres: 0.000
Yr Built: 0
Sq Ft: 0
Def. Start: NONE
Def. End: NONE
Roll: P
UDI: 100%

2010 Values
Personal         38227
2010 Exemptions

Click on the e-Payment button to make a credit card or eCheck payment

[ Current status ] [ All years ]    [ Tax Estimator ] [ e-Payment ] [ e-Statement ]

| Year | Unit | Levy Amount | Amount Paid | Levy Due | Penalty | Interest | Col Penalty | Total Due | Receipt Date |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | 061 | 115.17 | 0.00 | 115.17 | 0.00 | 0.00 | 0.00 | 115.17 | -- |
| 2010 | C07 | 189.10 | 0.00 | 189.10 | 0.00 | 0.00 | 0.00 | 189.10 | -- |
| 2010 | S09 | 599.92 | 0.00 | 599.92 | 0.00 | 0.00 | 0.00 | 599.92 | -- |
| 2010 Totals | | 904.19 | 0.00 | 904.19 | 0.00 | 0.00 | 0.00 | 904.19 | |
| 2009 | 061 | 105.04 | 0.00 | 105.04 | 12.61 | 12.61 | 26.05 | 156.31 | -- |
| 2009 | C07 | 189.10 | 0.00 | 189.10 | 22.69 | 22.69 | 46.89 | 281.37 | -- |
| 2009 | S09 | 592.35 | 0.00 | 592.35 | 71.08 | 71.08 | 146.90 | 881.41 | -- |
| 2009 Totals | | 886.49 | 0.00 | 886.49 | 106.38 | 106.38 | 219.84 | 1,319.09 | |
| 2008 | 061 | 99.14 | 0.00 | 99.14 | 11.90 | 23.79 | 26.97 | 161.80 | -- |
| 2008 | C07 | 189.10 | 0.00 | 189.10 | 22.69 | 45.39 | 51.44 | 308.62 | -- |
| 2008 | S09 | 580.28 | 0.00 | 580.28 | 69.63 | 139.27 | 157.84 | 947.02 | -- |
| 2008 Totals | | 868.52 | 0.00 | 868.52 | 104.22 | 208.45 | 236.25 | 1,417.44 | |
| 2007 | 061 | 90.17 | 0.00 | 90.17 | 10.82 | 32.46 | 26.69 | 160.14 | -- |
| 2007 | C07 | 171.91 | 0.00 | 171.91 | 20.63 | 61.89 | 50.89 | 305.32 | -- |
| 2007 | S09 | 523.71 | 0.00 | 523.71 | 62.85 | 188.54 | 116.27 | 891.37 | -- |
| 2007 Totals | | 785.79 | 0.00 | 785.79 | 94.30 | 282.89 | 193.85 | 1,356.83 | |
| 2006 | 061 | 99.10 | 99.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11/7/2006 |
| 2006 | C07 | 192.16 | 192.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11/7/2006 |
| 2006 | S09 | 700.78 | 700.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11/7/2006 |
| 2006 Totals | | 992.04 | 992.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 2005 | 061 | 43.62 | 43.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11/17/2005 |
| 2005 | C07 | 79.56 | 79.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11/17/2005 |
| 2005 | S09 | 313.17 | 313.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11/17/2005 |
| 2005 Totals | | 436.35 | 436.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Grand Totals | | 4,873.38 | 1,428.39 | 3,444.99 | 304.90 | 597.72 | 649.94 | 4,997.55 | |

Read our Privacy Policy

Steve Mossman
Denton County Tax Assessor/Collector

Copyright© 2010 All Rights Reserved.
Site Design by Spindlemedia



Exhibit "A"