IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 07-11047 (CSS) <br><br> Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the JPMorgan Chase Bank, National Association in the above referenced cases, and on the 4th day of January, 2011, she caused a copy of the following:

**SUBORDINATION STATEMENT OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION AND J.P. MORGAN SECURITIES LLC WITH RESPECT TO DEBTORS' AMENDED CHAPTER 11 PLAN OF LIQUIDATION**
**[D.I. 9623]**

to be served upon the parties identified on the attached list in the manner indicated.

*Frances A. Panchak* (signature)
Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 5th day of January, 2011.

_____
Notary Public



{519.005-W0012278.}

**VIA HAND DELIVERY**
Wilmington Trust Co.
Attn: Patrick Healy
1100 N. Market Street
Rodney Square
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Law Debenture Trust Co. of New York
As Successor Trustee
Attn: James Heaney, VP
400 Madison Ave., 4th Floor
New York, NY 10017

**VIA HAND DELIVERY**
(Counsel to Debtors)
Sean M. Beach, Esq.
Patrick A. Jackson, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West St., 17th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
(Counsel to Law Debenture Trust Co. of New York)
Tina Moss, Esq.
Pryor Cashman LLP
7 Times Square
New York, NY 10036

**VIA FIRST CLASS MAIL**
(Counsel to Plan Trustee)
Mark S. Indelicato
Edward L. Schnitzer
Hahn & Hessen LLP
488 Madison Ave.
New York, NY 10022

**VIA FIRST CLASS MAIL**
AHM Liquidating Trust
Attn: Steven D. Sass
P.O. Box 10550
Melville, NY 11747