IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al.[1], | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hearing: 2.10.11 @ 10:00 am EST |
| | ) | Objections Due: 2.3.11 @ 4:00 PM EST |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Laura Beall has today filed the attached *Motion of Laura Beall for Allowance and Payment of Administrative Claim* (the "***Motion***") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801 (the "***Bankruptcy Court***").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 5th Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **4:00 p.m. (EST) on February 3, 2011**.

A HEARING ON THE MOTION WILL BE HELD ON FEBRUARY 10 2011 AT 10:00 A.M. EST.

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

DATED: January 5, 2011

                             Christopher D. Loizides (No. 3968)
                             LOIZIDES, P.A.
                             1225 King Street, Suite 800
                             Wilmington, DE 19801
                             Telephone:  (302) 654-0248
                             Facsimile:   (302) 654-0728
                             E-mail:        loizides@loizides.com

                             *Counsel for Movant*

---

[1] The Debtors are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation; AHM SV, Inc. (f/ka American Home Mortgage Servicing, Inc.), a Maryland corporation; American Home Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability corporation; Homegate Settlement Services, Inc., a New York corporation; and Great Oak Abstract Corp., a New York corporation.