IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al.[5], | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | RE: DI ____ |

## ORDER GRANTING MOTION OF LAURA BEALL
## FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM

Upon review and consideration of the *Motion of Laura Beal For Allowance and Payment of Administrative Claim* (the "**Motion**"); the Court having reviewed the Motion; the Court finding that notice of the Motion was due and sufficient; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Laura Beall is hereby allowed an administrative expense claim in the amount of $_____ under 11 U.S.C. § 503(b)(1)(A).

3. The Plan Trustee is directed to pay Laura Beall's administrative claim forthwith.

---

[5] The Debtors are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation; AHM SV, Inc. (f/ka American Home Mortgage Servicing, Inc.), a Maryland corporation; American Home Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability corporation; Homegate Settlement Services, Inc., a New York corporation; and Great Oak Abstract Corp., a New York corporation.

Motion for Administrative Claim 2

4. This Court retains jurisdiction to interpret, implement, and enforce the provisions of this Order.

DATED: _____, 2011

                                                                _____
                                                                The Honorable Christopher Sontchi
                                                                United States Bankruptcy Court Judge