IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | Case No. 07-11047 (CSS) |
| a Delaware corporation, *et al.*[6], | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 5th day of January, 2011, I did cause to be served a true and correct copy of the foregoing **Motion for Payment of Administrative Claim** on the parties on the attached service list in the manner indicated thereon.

DATED: January 5, 2011

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:   loizides@loizides.com

*Counsel for Movant.*

---

[6] The Debtors are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation; AHM SV, Inc. (f/ka American Home Mortgage Servicing, Inc.), a Maryland corporation; American Home Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability corporation; Homegate Settlement Services, Inc., a New York corporation; and Great Oak Abstract Corp., a New York corporation.

Motion for Administrative Claim

## SERVICE LIST

### VIA FACSIMILE AND FIRST-CLASS MAIL

Sean M. Beach, Esquire
Patrick A. Jackson, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801
Fax:   (302) 571-1253
*Counsel for Debtors*

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
HAHN & HESSEN LLP
488 Madison Avenue
New York, NY 10022
Fax:   (212) 478-7400
*Counsel for Plan Trustee*

### VIA FIRST-CLASS MAIL

Steven D. Sass
AHM LIQUIDATING TRUST
P.O. Box 10550
Melville, NY 11747
*Plan Trustee*