IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., : | Case No. 07-11047 (CSS) |
| : | Jointly Administered |
| Debtors. : | Ref. No. 9553 |

**CERTIFICATE OF NO OBJECTION TO
APPLICATION RE: DOCKET NO. 9553**

        The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Fifteenth Application of Cadwalader, Wickersham & Taft LLP as Special Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period August 1, 2010 through October 31, 2010 (the "Application").  The Court's docket which was last updated January 5, 2011, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than January 3, 2011 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($408,464.40) of requested fees ($510,580.50) and 100% of requested expenses ($19,432.90) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       January 5, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s / Sean M. Beach
Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Plan Trustee