**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation,<br>et al.,<br><br>                        Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

                                            **Objection Deadline: February 3, 2011 at 4:00 p.m. EST**
                                                **Hearing Date: February 10, 2011 at 10:00 a.m. EST**

## NOTICE OF MOTION

      TO THE PARTIES ON THE ATTACHED SERVICE LIST:

      PLEASE TAKE NOTICE, that U.S. Bank National Association, in its capacity as Trustee ("U.S. Bank") has filed a Motion, the *Motion Of U.S. Bank National Association, In Its Capacity As Trustee, To Enlarge Bar Dates Contained In Amended Chapter 11 Plan Of Liquidation Of The Debtors Dated February 18, 2009* (the "Motion"), which seeks the following relief:

      To extend Bar Dates listed in the Bar Date Notice (each as defined in the Motion) by 90-days.

      PLEASE ALSO TAKE NOTICE, that a hearing on the Motion will be held on February 10, 2011, at 10:00 a.m (Prevailing Eastern Time), before the Honorable Christopher S. Sontchi, 824 N. Market Street, 5th Floor, Wilmington, DE 19801.

      PLEASE ALSO TAKE NOTICE, that objections to the Motions must be filed with the court and served on the undersigned counsel so as to be received on or before February 3, 2011, at 4:00 p.m. (Prevailing Eastern Time).

PLEASE ALSO TAKE NOTICE, THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING

                                                     DORSEY & WHITNEY (DELAWARE) LLP

                                                       /s/ Robert W. Mallard
                                                      Robert W. Mallard (DE No. 4279)
                                                       300 Delaware Avenue, Suite 1010
                                                       Wilmington, DE 19801
                                                       Telephone: (302) 425-7171