**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation,<br>et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Robert W. Mallard, Esq., hereby certify that on January 5, 2011, I caused the **Motion Of U.S. Bank National Association, In Its Capacity As Trustee, To Enlarge Bar Dates Contained In Amended Chapter 11 Plan Of Liquidation Of The Debtors Dated February 18, 2009,** to be served upon the following parties in the manner indicated.

Sean M. Beach
Patrick A. Jackson
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391
**Via Hand Delivery**

Mark S. Indelicato
Edward L. Schnitzer
HAHN & HESSEN LLP
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
**Via Federal Express**

Steven D. Sass
AHM Liquidating Trust
P.O. Box 10550
Melville, NY 1 1747
**Via First Class Mail**

DORSEY & WHITNEY (DELAWARE) LLP

 /s/ Robert W. Mallard
Robert W. Mallard (DE No. 4279)
300 Delaware Avenue, Suite 1010
Wilmington, DE  19801
Telephone: (302) 425-7171