

# IRON MOUNTAIN®
The Leader in Records & Information Management

## BANKRUPTCY CLAIM SUBMISSION FORM

| LISTED DEBTOR - LEAD CASE | American Home Mortgage Holdings, Inc. | | | | |
|---|---|---|---|---|---|
| DATE: | January 4, 2011 | | | | |
| PRE-PETITION CLAIM | | | CHAPTER | 11 | |
| REJECTION DAMAGE CLAIM | | | CASE NUMBER | 07-11047 | |
| ADMINISTRATIVE EXPENSE CLAIM | X | | COURT | D DE | |
| UNITED STATES | X | | FILING DATE | 8/6/2007 | |
| CANADA | | | | | |
| CUSTOMER NAME | American Home/Columbia National Inc. | | | | |
| CUSTOMER LOCATION (S) | Baltimore, MD | | | | |
| CUSTOMER NUMBER (S) | 55243.021501 | | | | |
| DISTRICT (S) | Baltimore, MD | | | | |
| | | | | | TOTALS |
| BOXES IN STORAGE | N/A | | | | 0 |
| CUBIC FEET | N/A | | | | 0 |
| BUSINESS UNIT | | | | | |
| HARDCOPY | | | | | |
| TAPE | X | | | | |
| SHREDDING | | | | | |
| OUTSTANDING INVOICE TOTAL TO DATE | | | | | |
| PRE-PETITION INVOICE TOTAL | | | | | |
| POST-PETITION TOTAL | $ 17,139.85 | | | | $ 17,139.85 |
| CLOSING COSTS (DEL) | | | | | |
| REJECTION DAMAGE TOTAL | | | | | |
| ADMINISTRATIVE EXPENSE TOTAL | $ 17,139.85 | | | | $ 17,139.85 |
| CLAIM TOTAL | $ 17,139.85 | | | | $ 17,139.85 |

SEE ATTACHED SPREADSHEET FOR MONTHLY ACCRUAL(S)

SUBMITTED BY:     CAROL ALTHOUSE

SIGNATURE:

## American Home/Columbia National Inc. - 55243.021501

| Transaction Date | Number | Class | Original | Interest Accrued | Invoice Balance | Total Balance Due |
|---|---|---|---|---|---|---|
| 29-Feb-08 | 101787470 | Invoice | $ 1,401.40 | $ 595.60 | $ 1,401.40 | $ 1,997.00 |
| 31-Mar-08 | 101825993 | Invoice | $ 1,401.40 | $ 578.08 | $ 1,401.40 | $ 1,979.48 |
| 30-Apr-08 | 101867953 | Invoice | $ 1,401.40 | $ 560.56 | $ 1,401.40 | $ 1,961.96 |
| 31-May-08 | 101906120 | Invoice | $ 1,401.40 | $ 543.04 | $ 1,401.40 | $ 1,944.44 |
| 30-Jun-08 | 101943786 | Invoice | $ 1,401.40 | $ 525.53 | $ 1,401.40 | $ 1,926.93 |
| 31-Jul-08 | 101980415 | Invoice | $ 1,401.40 | $ 508.01 | $ 1,401.40 | $ 1,909.41 |
| 31-Aug-09 | 102470727 | Invoice | $ 1,541.73 | $ 308.35 | $ 1,541.73 | $ 1,850.08 |
| 31-Mar-10 | 102728130 | Invoice | $ 3,209.50 | $ 361.07 | $ 3,209.50 | $ 3,570.57 |
| | | **TOTAL POST-PETITION** | $ 13,159.63 | $ 3,980.22 | $ 13,159.63 | $ 17,139.85 |
| **TOTAL ADMINISTRATIVE PRIORITY CLAIM** | | | | | $ | 17,139.85 |