**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.   07-11047 (CSS)<br><br>Administratively Consolidated<br><br>**Hearing Date:  February 10, 2011 at 10:00 a.m.**<br>**Objection Deadline: February 3, 2011** |

**REQUEST FOR ALLOWANCE AND PAYMENT OF CHAPTER 11
ADMINISTRATIVE EXPENSE**

Oracle America, Inc., successor in interest to Oracle USA, Inc., and Oracle Corporation ("Oracle"), a creditor and counter party in the above-captioned Chapter 11 cases, requests allowance and payment of an administrative expense in the amount of not less than $7,647.20 pursuant to sections 503(a) and (b) of the Bankruptcy Code, for post-petition licensed software and products provided and services rendered by Oracle to American Home Mortgage Investment Corporation ("AHMIC") an affiliated Debtor of American Home Mortgage Holdings, Inc. (collectively, the "Debtors").

1. The Debtors filed their voluntary Chapter 11 bankruptcy petitions on August 6, 2007.

2. On February 23, 2009, an Order was entered confirming the Debtors' Amended Chapter 11 Plan of Liquidation (the "Plan").

3. Oracle is, <u>inter</u> <u>alia</u>, a licensor of computer software and provides software related products, technical support, maintenance, educational materials and programs which often are designed for the customer's specific needs.

4. The Debtors owe $7,647.20 in administrative expenses for post-petition license support, products, services and updates provided by Oracle to the Debtors.

5.  Among other things, the post-petition license and support services are evidenced by Invoice #2173914 and Invoice #2173915 issued to AHMIC for software update, license and support renewal for the period between May 27, 2007 and May 28, 2008. Attached hereto as Exhibit A are true and correct copies of the unpaid invoices for these post-petition license and support services.

6.  AHMIC used Oracle's license and support services reflected by Exhibit A during the Chapter 11 case's tenure.

7.  Therefore, Oracle has provided ongoing tangible value to the estate for which it is entitled to payment under the invoices attached.

**WHEREFORE**, Oracle respectfully requests allowance and payment of an administrative expense to Oracle in the amount of $7,647.20, and reserves its rights to supplement or amend this Request if it identifies additional unpaid administrative amounts owed.

Dated: January 5, 2011  
       Wilmington, Delaware

Respectfully submitted,  
**MARGOLIS EDELSTEIN**

    /s/James E. Huggett  
James E. Huggett (#3956)  
750 Shipyard Drive, Suite 102  
Wilmington, DE 19801  
Telephone: (302) 888-1112  
Facsimile: (302) 888-1119  
E-mail: jhuggett@margolisedelstein.com

**DAY PITNEY LLP**
Amish R. Doshi (NY - AD5996)
7 Times Square
New York, New York 10036-7311
Telephone:    (212) 297-5800
Facsimile:    (212) 881-9019

**BUCHALTER NEMER**
**A Professional Corporation**
Shawn M. Christianson (CSB #114707)
333 Market Street, 25th Floor
San Francisco, California 94105-2130
Telephone:  (415) 227-0900
Facsimile:  (415) 227-0770

**ORACLE AMERICA, INC.**
Deborah Miller (CA Bar #95527)
Jim Maroulis (CA Bar #208316)
500 Oracle Parkway
Redwood City, California  94065
Telephone:  (650) 506-5200
Facsimile:  (650) 506-7114

Attorneys for Oracle America, Inc.