**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al*., | Case No.  07-11047 (CSS) |
| | Administratively Consolidated |
| Debtors. | **Hearing Date:  February 10, 2011 at 10:00 a.m.**<br>**Objection Deadline: February 3, 2011** |

**NOTICE OF ORACLE AMERICA, INC.'S REQUEST FOR ALLOWANCE AND
PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE**

TO: ALL PARTIES ON THE ATTACHED SERVICE LIST.

   PLEASE TAKE NOTICE that on January 5, 2011, Oracle America, Inc. ("Oracle"), by and through its undersigned counsel, filed it's **Request for Allowance and Payment of Chapter 11 Administrative Expense (the "Motion").**

   You are required to file a response to the Motion on or before **February 3, 2011 at 4:00 p.m.**

   At the same time, you must also serve a copy of the response upon the undersigned counsel.

   A HEARING ON THE MOTION WILL BE HELD ON **FEBRUARY 10, 2011 AT 10:00 A.M.** ONLY IF THE OBJECTIONS ARE FILED BY **FEBRUARY 3, 2011 BY 4:00 P.M.**

   IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS MOTION, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 5, 2011  
      Wilmington, Delaware

Respectfully submitted,  
**MARGOLIS EDELSTEIN**

    /s/James E. Huggett
James E. Huggett (#3956)  
750 Shipyard Drive, Suite 102  
Wilmington, Delaware 19801  
Telephone:     (302) 888-1112  
Facsimile:     (302) 888-1119  
E-mail:          jhuggett@margolisedelstein.com

**DAY PITNEY LLP**  
Amish R. Doshi (NY-AD5996)  
7 Times Square  
New York, New York 10036-7311  
Telephone:     (212) 297-5800  
Facsimile:     (212) 881-9019

**BUCHALTER NEMER, PC**  
Shawn M. Christianson (CSB #114707)  
333 Market Street, 25th Floor  
San Francisco, California 94105-2126  
Telephone:     (415) 227-0900  
Facsimile:     (415) 227-0770

**ORACLE AMERICA, INC.**  
Deborah Miller (CSB #95527)  
Jim Maroulis (#208316)  
500 Oracle Parkway  
Redwood City, California 94065  
Telephone:     (650) 506-5200  
Facsimile:     (650) 506-7114

Attorneys for Oracle America, Inc.