# EXHIBIT A

# ORACLE

Enabling the Information Age™

# INVOICE

Federal Tax ID: 84-1332677

| INVOICE NUMBER | 2173914 |
|---|---|
| INVOICE DATE | 29-May-2007 |
| YOUR P.O. NUMBER | POEF1/Horn |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 28-Jun-2007 |

**BILL TO**
American Home Mortgage Investment Corp
ED Bossong
538 Broadhollow Road
MELVILLE, NY 11747
UNITED STATES

## PAYMENT INSTRUCTIONS:

| REFERENCE | 2173914 | ON YOUR REMITTANCE |
|---|---|---|

MAIL CHECKS TO: Oracle USA, Inc.
PO BOX 71028
CHICAGO IL 60694-1028

WIRE TRANSFERS TO: WELLS FARGO BANK
ABA   121000248
ACCT 4522-020841

CREDIT CARD PAYMENTS: Contact Collections

**SHIP TO**
American Home Mortgage Investment Corp
ED Bossong
538 Broadhollow Road
MELVILLE, NY 11747
UNITED STATES

### FOR BILLING QUESTIONS, CALL COLLECTIONS CENTER (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Viscariello  Di Marco | 8178509 | ED Bossong | American Home Mortgage Investment Corp |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Software Update License & Support - 1 Configuration Management Pack for Internet Application Server - Processor Perpetual: 27-MAY-07 - 26-MAY-08 | 2 | Y | 528.00 |
| 2 | Software Update License & Support - 1 Internet Application Server Enterprise Edition - Processor Perpetual: 27-MAY-07 - 26-MAY-08 | 2 | Y | 5,280.00 |
| 3 | Software Update License & Support - 1 Diagnostics Pack for Internet Application Server - Processor Perpetual: 27-MAY-07 - 26-MAY-08 | 2 | Y | 528.00 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | SHIPPING/ HANDLING | TOTAL(USD) |
|---|---|---|---|---|
| | 6,336.00 | 546.48 | 0.00 | 6,882.48 |
| | Less payments | | | 0.00 |
| | Credits/Adjustments | | | 0.00 |
| | Outstanding Balance as of 09-Aug-2007 | | | 6,882.48 |

# ORACLE

**Enabling the Information Age™**

# INVOICE

Federal Tax ID: 84-1332677

| INVOICE NUMBER | 2173915 |
|---|---|
| INVOICE DATE | 29-May-2007 |
| YOUR P.O. NUMBER | POEF,3/05 |
| PAYMENT TERMS | 30 NET |
| DUE DATE | 28-Jun-2007 |

**BILL TO :**
American Home Mortgage Investment Corp
Accounts Payable
538 Broadhollow Road
MELVILLE NY 11747
UNITED STATES

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 2173915 | ON YOUR REMITTANCE |
|---|---|---|

MAIL CHECKS TO:    Oracle USA, Inc.
PO BOX 71028
CHICAGO IL 60694-1028

WIRE TRANSFERS TO:    WELLS FARGO BANK
ABA    121000248
ACCT  4522-020841

**CREDIT CARD PAYMENTS:** Contact Collections

**SHIP TO :**
American Home Mortgage Investment Corp
ED Bossong
538 Broadhollow Road
MELVILLE NY 11747
UNITED STATES

**FOR BILLING QUESTIONS, CALL COLLECTIONS CENTER  (888) 803-7414**

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Viscariello, Mr Marco | 8178539 | Accounts Payable | American Home Mortgage Investment Corp |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Software Update License & Support - 1 Discoverer Desktop Edition - Named User Plus Perpetual: 27-MAY-07 - 26-MAY-08 | 8 | Y | 704.00 |

| SPECIAL INSTRUCTIONS: | | SUBTOTAL | TAX | SHIPPING HANDLING | TOTAL(USD) |
|---|---|---|---|---|---|
| | | 704.00 | 60.72 | 0.00 | 764.72 |
| | | Less payments | | | 0.00 |
| | | Credits/Adjustments | | | 0.00 |
| | | Outstanding Balance as of 09-Aug-2007 | | | 764.72 |