**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.  07-11047 (CSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, James E. Huggett, hereby certify that on the January 5, 2011, I caused a true and correct copy of the *Request for Allowance and Payment of Chapter 11 Administrative Expense* to be served upon the parties listed below via CM/ECF notification and facsimile:

Sean M. Beach
Patrick A. Jackson
Young Conaway Stargatt & Taylor LLP
1000 West St., 17th Floor
PO Box 391
Wilmington, DE 19801
(302) 571-1253

Mark S. Indelicato
Edward L. Schnitzer
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
(212) 478-7400

Steven D. Sass
AHM Liquidating Trust
PO Box 10550
Melville, NY 11747
(410) 773-4057

                                                /s/James E. Huggett
                                            James E. Huggett (#3956)