IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              : Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE                                              : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]                  :
                                                                    : Jointly Administered
                        Debtors.                                    :
------------------------------------------------------------------- x

### ORDER GRANTING REQUEST OF AMERICAN HOME MORTGAGE SERVICING, INC., FORMERLY KNOWN AS AH MORTGAGE ACQUISITION CO., INC., FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM

This matter coming before the Court on the Request of American Home Mortgage Servicing, Inc., Formerly Known As AH Mortgage Acquisition Co., Inc. (the "Purchaser"), for Allowance and Payment of an Administrative Expense Claim (the "Administrative Claim Request"), for allowance and payment of an administrative expense claim pursuant to section 503(a) and (b)(1)(A) and 507(a)(2) of the Bankruptcy Code against the estates of the above-captioned reorganized debtors (collectively, the "Reorganized Debtors" and, prior to the effective date of the Reorganized Debtors' plan of liquidation, the "Debtors"); the Court having reviewed the Administrative Claim Request; the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iii) the Administrative Claim Request was timely filed and property noticed; and

---

[1] The above-captioned debtors and debtors in possession in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation, formerly known as American Home Mortgage Servicing, Inc. (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

the Court having determined that the legal and factual bases set forth in the Administrative Claim Request establish just cause for the relief granted herein.

IT IS HEREBY ORDERED THAT:

18. The Administrative Claim Request is GRANTED as set forth herein.

19. The Purchaser is granted an allowed claim entitled to administrative priority against the Debtors' estates in the amount of $_____ (the "<u>Allowed Administrative Claim</u>").

20. The Debtors are directed to pay the Purchaser the full amount of the Allowed Administrative Claim.

21. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2011

                                            HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE