IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x  Chapter 11
In re:                                                   :
                                                         :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                   :
HOLDINGS, INC., a Delaware corporation, et               :  Jointly Administered
al.,                                                     :
                                                         :  **Hearing Date: January 24, 2011 at 11:00 a.m.**
                    Debtors.[1]                          x
----------------------------------------------------------

## NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE that the omnibus hearing previously scheduled for January 12, 2011 at 10:00 a.m. has been re-scheduled to January 24, 2011 at 11:00 a.m.

Any matters previously scheduled for the hearing on January 12, 2011 at 10:00 a.m. will now be heard on January 24, 2011 at 11:00 a.m.

Dated:  Wilmington, Delaware
        January 6, 2011

                                   YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                   */s/ Margaret Whiteman Greecher*
                                   Sean M. Beach (No. 4070)
                                   Margaret Whiteman Greecher (No. 4652)
                                   Michael S. Neiburg (No. 5275)
                                   The Brandywine Building
                                   1000 West Street, 17th Floor
                                   Wilmington, Delaware 19801
                                   Telephone: (302) 571-6600
                                   Facsimile: (302) 571-1253

                                                -and-

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

2