**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------x
In re:                                                            :   Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                   :
                                                                  :   Jointly Administered
             Debtors.                                             :
                                                                  :   Ref Docket No. 9591
                                                                  :
                                                                  :   Revised Objection Deadline for Certain Individual
                                                                  :   Borrowers: January 18, 2011 at 4:00 p.m. (ET)
                                                                  :   Hearing Date: January 24, 2011 at 11:00 a.m. (ET)
------------------------------------------------------------------x

**NOTICE OF REVISED OBJECTION DEADLINE**
**FOR COUNSEL TO CERTAIN INDIVIDUAL BORROWERS**

TO:

AARP MARYLAND
Attn: Rawle Andrews Jr.
200 St. Paul Place, Suite 2510
Baltimore Maryland 21202
*Attorney for Gracie Graves*

LEGAL ASSISTANCE FOUNDATION OF
METROPOLITAN CHICAGO
Attn: Peter Bibler
111 West Jackson Boulevard, 3rd Floor
Chicago, Illinois 60604
*Attorney for Annie M. Gordon*

LEGAL ASSISTANCE FOUNDATION OF
METROPOLITAN CHICAGO
Attn: Tamara F. Kushnir Groman
111 West Jackson Boulevard, 3rd Floor
Chicago, Illinois 60604
*Attorney for Johnny and Linda Culpepper*

OREGON LAW CENTER
Attn: Hope Del Carlo
921 SW Washington, Suite 516
Portland, Oregon 97205
*Attorney for Penny Montague*

SOUTH BROOKLYN LEGAL SERVICES
Attn: Meghan Faux
105 Court Street, 3rd Floor
Brooklyn, New York 11201
*Attorney for Marjorie Crawford*

STATEN ISLAND LEGAL SERVICES
Attn: Margaret Becker
36 Richmond Terrace, Suite 205
Staten Island, New York 10301
*Attorney for Florence Dandridge*

**PLEASE TAKE NOTICE** that, on December 22, 2010, Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 (the "Plan"), filed the *Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Plan Trustee to Return or Destroy All Hard Copy Loan Files* (the "Motion") [Docket No. 9591]. Counsel for Gracie Graves, Annie M. Gordon, Johnny and Linda Culpepper, Penny Montague, Marjorie Crawford

and Florence Dandridge ("Counsel for Certain Individual Borrowers") were served a copy of the Motion on January 3, 2011.

Responses by Counsel to Certain Individual Borrowers to the Motion, if any, must be filed on or before **January 18, 2011 at 4:00 p.m. (ET)** (the "Revised Objection Deadline for Counsel for Certain Individual Borrowers") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

At the same time, Counsel for Certain Individual Borrowers must also serve a copy of the response upon the undersigned counsel to the Plan Trustee so that the response is received on or before the Revised Objection Deadline for Certain Individual Borrowers.

A HEARING ON THE MOTION WILL BE HELD ON **JANUARY 24, 2011 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 5th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

IF COUNSEL FOR CERTAIN INDIVIDUAL BORROWERS FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 6, 2011
       Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Margaret Whiteman Greecher*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

2