IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Objection Deadline: January 19, 2011 at 4:00 p.m. |
| | ) | Hearing Date: February 10, 2011 at 10:00 a.m. |
| | ) | Re: Docket No. 9628 |

RE-NOTICE OF HEARING FOR
CITIMORTGAGE, INC.'S MOTION FOR AN ORDER ALLOWING AND DIRECTING
PAYMENT OF ITS ADMINISTRATIVE EXPENSE CLAIM
(Docket Nos. 66, 1711, 7029, 7042 and 9519)

TO:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE THAT** on January 5, 2011, CitiMortgage, Inc. ("CMI") filed and served the *CitiMortgage, Inc.'s Motion for an Order Allowing and Directing Payment of Its Administrative Expense Claim* (the "Motion") [D.I. 9628] with the United States Bankruptcy Court for the District of Delaware (the "Court"), and served the Motion upon counsel for the Debtors, counsel for the Plan Trustee, and the Plan Trustee.

**PLEASE TAKE FURTHER NOTICE THAT** this Re-Notice of Hearing is filed to only correct the hearing date contained in the Motion. The hearing on the Motion is scheduled for **February 10, 2011 at 10:00 a.m. prevailing Eastern Time** (the "Hearing Date") before the Honorable Christopher S. Sontchi, of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom # 6, Wilmington, Delaware 19801 (the "Court").

**PLEASE TAKE FURTHER NOTICE THAT** if you wish to respond to the Motion, you are required to file such response **on or before January 19, 2011 at 4:00 p.m. prevailing Eastern Time** (the "Objection Deadline").

At the same time, you must serve a copy of such response on the undersigned counsel so as to be received by the Objection Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

Dated: January 6, 2011

MORRIS JAMES LLP

_____
Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6888
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com

-and-

Andrew J. Petrie (*admitted pro hac vice*)
FEATHERSTONE PETRIE DESISTO LLP
600 17th Street, Suite 2400S
Denver, Colorado 80202-5424
Telephone: (303) 626-7139
Facsimile: (303) 626-7101
E-mail: apetrie@featherstonelaw.com

*Attorneys for CitiMortgage, Inc.*