IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                   )   Chapter 11
                                         )
AMERICAN HOME MORTGAGE                   )
HOLDINGS, INC., a Delaware corporation,  )   Case No. 07-11047 (CSS)
et al.,                                  )
         Debtors.                        )   Jointly Administered
                                         )

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on January 6, 2011, I caused to be served:

### RE-NOTICE OF HEARING ON CITIMORTGAGE, INC.'S MOTION FOR AN ORDER ALLOWING AND DIRECTING PAYMENT OF ITS ADMINISTRATIVE EXPENSE CLAIM (Docket Nos. 66, 1711, 7029, 7042 and 9519)

Service was completed upon the parties on the attached list in the manner indicated thereon.

Date: January 6, 2011

_____
William Weller

SWORN AND SUBSCRIBED before me this 6th day of January, 2011

_____
NOTARY
My commission expires: RUTH F. SALOTTO
Notary Public - State of Delaware
My Comm. Expires June 9, 2011

**VIA HAND DELIVERY & E-MAIL**
Robert S. Brady, Esq.
James L. Patton, Jr., Esq.
Sean M. Beach, Esq.
Margaret Whiteman Greecher, Esq.
Patrick A. Jackson, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Facsimile: (302) 571-1253
E-mail: rbrady@ycst.com
E-mail: jpatton@ycst.com
E-mail: sbeach@ycst.com
E-mail: pjackson@ycst.com
E-mail: mgreecher@ycst.com
[Counsel to the Debtors]

**VIA FIRST CLASS MAIL & E-MAIL**
Steven D. Sass, Esq.
Steven D. Sass, LLC
307 International Circle, Suite 270
Hunt Valley, MD 21030
E-mail: stevensassllc@gmail.com
[Plan Trustee]

**VIA FIRST CLASS MAIL & E-MAIL**
Steven D. Sass
AHM Liquidating Trust
P.O. Box 10550
Melville, NY 11747
E-mail: stevensassllc@gmail.com
[Plan Trustee]

**VIA FIRST CLASS MAIL & E-MAIL**
Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
E-mail: mindelicato@hahnhessen.com
E-mail: eschnitzer@hahnhessen.com
E-mail: mpower@hahnhessen.com
[Counsel to the Plan Trustee]