UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | ) | |
| | ) | |
| Debtors, | ) | Jointly Administered |
| | ) | |
| | ) Objection Deadline: | |
| | ) January 5, 2011 at 4:00 p.m. | |
| | ) | |
| | ) Hearing Date: | |
| | ) January 12, 2011 at 10:00 a.m. | |

RETURN IN OPPOSITION TO THE NOTICE OF MOTION FOR AN ORDER
PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554 AUTHORIZING THE PLAN TRUSTEE TO
RETURN OR DESTROY ALL HARD COPY LOAN FILES

TO: THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE, AND ATTORNEYS SEAN M. BEACH, MARGARET WHITEMAN GREECHER, MARK S. INDELICATO AND EDWARD L. SCHNITZER

PLEASE TAKE NOTICE that Attorney Patrick J. McLaughlin, Attorney for James Bostic, Creditor, makes the following Return in Opposition to the Notice of Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 authorizing the plan trustee to return or destroy all hard copy loan files based on the following grounds.

Prior to the Debtor filing bankruptcy in the above captioned matter, Creditor James Bostic filed an action in the Court of Common Pleas, Twelfth Circuit, Florence County, State of South Carolina, alleging among other things his entitlement to an award as a result of Defendant American Home Mortgage Serving's failure to mark his mortgage satisficed. The Circuit Court for the State of South Carolina granted Mr. Bostic Summary Judgment on March 3, 2006. That Judgment was appealed to the South Carolina Court of Appeals.

The South Carolina Court of Appeals filed an Opinion in James Bostic vs. American Home Mortgage Servicing, Inc., Opinion No. 4278 on July 18, 2007 wherein the case was Reversed and Remanded. The South Carolina Court of Appeals reversed the trial court's granting of summary judgment and remanded the case back for further proceedings. Before any further action was taken the current bankruptcy proceeding was instigated and the case has been stayed.

It should be noted that the South Carolina Court of Appeals has continued to track the status of Mr. Bostic's case, and that Mr. Bostic has provided the court with several updates notifying the court that the bankruptcy proceeding was still underway.

Therefore, as there is still pending a civil action in the South Carolina court system concerning Mr. Bostic's loan, Mr. Bostic opposes any destruction of his hard copy file.

Respectfully Submitted,

FOR Patrick J. McLaughlin
WUKELA LAW FIRM
403 Second Loop Road
P.O. Box 13057
Florence, SC 29504-3057
Telephone: 843-669-5634
Facsimile: 843-669-5150
Email: Patrick@wukelalaw.com

Attorney for JAMES BOSTIC
CLAIM NUMBER 10252, CLAIM AMOUNT $15,200.18

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | ) | |
| | ) | |
| Debtors, | ) | Jointly Administered |
| | ) | |

) Objection Deadline:
) January 5, 2011 at 4:00 p.m.
)
) Hearing Date:
) January 12, 2011 at 10:00 a.m.

PROOF OF SERVICE

The undersigned, Stephen J. Wukela, Attorney, hereby certifies that on the 4th day of January, 2011 he did place in an envelope with first class postage prepaid a Return In Opposition to the Notice of Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 authorizing the Plan Trustee to Return or Destroy all hard copy loan files and deposited the same in the United States Mail. Said envelope being addressed to the following person(s):

Sean M. Beach
Margaret Whitman Greecher
The Brandywine Building
1000 West Street – 17th Floor
P.O. Box 391
Wilmington, Delaware 19899

Mark S Indelicato
Edward L. Schnitzer
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Stephen J. Wukela
WUKELA LAW FIRM
403 Second Loop Road
P.O. Box 13057
Florence, SC 29504-3057
Telephone: 843-669-5634

JAMES BOSTIC
CLAIM NUMBER 10252, CLAIM AMOUNT $15,200.18