# EXHIBIT B



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, D.C. 20410-8000

OFFICE OF THE ASSISTANT SECRETARY
FOR HOUSING-FEDERAL HOUSING COMMISSIONER

November 21, 2005

Chairman Michael Strauss
President & CEO
American Home Mortgage
520 Broadhollow Road
Melville, NY 11747

Subject:  RESPA Case # R-05-1142
           Gil Alvarez
           American Home Mortgage Loan # 10000769615

Dear Mr. Strauss:

The Department of Housing and Urban Development's Office of RESPA and Interstate Land Sales (Office) is responsible for enforcing the Real Estate Settlement Procedures Act (RESPA).  The Office has received a complaint from Attorney Bonita E. Zelman, counsel for Gil Alvarez, a copy of which is attached.  Ms. Zelman has informed the Office that American Home Mortgage has failed to answer Mr. Alvarez's complaints.  Mr. Alvarez also alleges that he was misled as to the interest rate of his loan  in addition to the failure to respond to the qualified written request pursuant to Section 6 of RESPA.

This Office would remind you that Section 6(e) of RESPA imposes a duty upon loan servicers to respond to borrower inquiries.  Loan servicers have 20 business days to acknowledge a qualified written request and must take action to resolve the matter within 60 business days.  During the 60-day period relating to a dispute regarding a borrower's payments, a loan servicer may not provide adverse information relating to the dispute to a credit bureau.

We would also remind you that by the terms of Section 16 of RESPA (12 U.S.C. Section 2614), a borrower may bring an action for damages in the United States District Court within three years from the date of a violation of Section 6's provisions.  In addition, please remember that the Secretary of Housing and Urban Development is authorized by Section 2617(c)(1) of Title 12 of the United States Code to investigate any facts, conditions, practices or matters deemed necessary to determine whether any person has violated or is about to violate any provision of the Act or any rule or regulation prescribed pursuant thereto, or to secure information, including issuing subpoenas, to serve as a basis for recommending further legislation concerning real estate settlement practices.

Please contact Ms. Zelman immediately to resolve this matter. If an acceptable resolution is not reached within 15 days of the receipt of this letter, this complaint will also be forwarded to the Federal Reserve Board of Governors for an investigation into possible Truth in Lending Act violations.

Please inform this Office of the resolution of this matter. A copy of any correspondence with Ms. Zelman or Mr. Alvarez should be sent to:

U.S. Department of Housing and Urban Development
Office of RESPA and Interstate Land Sales
451 7th, SW, Room 9154
Washington, DC 20410
Attn: Deborah Denton

If you have any questions, please contact Ms. Denton at (202) 708-0502.

Sincerely

Ivy M. Jackson
Director
Office of RESPA and
    Interstate Land Sales

Enclosure
cc: Bonita E. Zelman
    Gil Alvarez

Sincerely,

Ivy M. Jackson
Director
Office of RESPA and
 Interstate Land Sales