# EXHIBIT C

**LAW OFFICES OF**
**Bonita E. Zelman**
2001 MARCUS AVENUE
SUITE S150
LAKE SUCCESS, N.Y. 11042
516-616-0707
FAX: 516-616-0761

By Certified Mail Return Receipt Requested No. 7006 2760 0001 4607 7647

December 4, 2006

Chairman Michael Strauss
President and CEO
American Home Mortgage
Corporate Headquarters
520 Broadhollow Road
Melville, New York 11747

Re: Failure of American Home Mortgage to lock-in interest rate for client Gil Alvarez and failure to respond to a Qualified Written Request pursuant to Section 6 of RESPA by failing to conduct a proper and ethical investigation. AHM loan#10000769615.

Dear Chairman Strauss,

   I am in receipt of the consent agreement signed by your company and the Office of Financial Regulation for the State of Florida, regarding the misconduct committed against Gil Alvarez (a copy of which is enclosed for your review). As you are aware, and as the Consent Agreement points out, Mr. Alvarez will incur financial loss over the thirty year life of the mortgage. This unfortunate set of circumstances would not have occurred had your company responded properly and ethically to the Qualified Written Request Mr. Alvarez mailed shortly after he was victimized by agents working on behalf of your company.

   I am writing to respectfully request that you set up a meeting with Wells Fargo Home Mortgage, the new servicer of this loan, so that we can come to an agreement which will be beneficial to all of us and we could finally set this unfortunate matter to rest.

   Thank you in advance for your personal attention and response in this regard.

Very truly yours,

*Bonita E Zelman*
Bonita E. Zelman

cc: Wells Fargo Home Mortgage
    Deborah Denton, U.S. Department of Housing and Urban Development
        Office of RESPA and Interstate Land Sales
    Alan Horn, Esq. General Counsel, AHM
    Gil Alvarez



# American Home Mortgage

The American Home Building
538 Broadhollow Road
Melville, NY 11747

Stephanie Alagna, Paralegal
Phone Number 631-622-6476
Fax Number 516-495-5418
Email: Stephanie.alagna@americanhm.com

**Settlement Privileged**

December 28, 2006

Ms. Bonita E. Zelman
2001 Marcus Ave., Suite S150
Lake Success, NY 11042

**RE: Gil Alverez**

Dear Ms. Zelman:

We are in receipt of your letter dated December 4, 2006 requesting a resolution of the above referenced complaint. We will be sure to expedite this and get a response back to you as soon as we can.

Thank you for your patience and attention to this matter. Please feel free to contact me should you have any questions.

Very truly yours,

Stephanie Alagna

**LAW OFFICES OF**
**Bonita E. Zelman**
2001 MARCUS AVENUE
SUITE S150
LAKE SUCCESS, N.Y. 11042
516-616-0707
FAX: 516-616-0761

By Facsimile to (516) 495-5418

April 6, 2007

John Kalas, Esq.
American Home Mortgage
Corporate Headquarters
520 Broadhollow Road
Melville, New York 11747

Re: Settlement Proposal for Gil Alvarez, AHM Loan#10000769615.

Dear Mr. Kalas,

    This letter is to confirm my conversation with Stephanie Alagna on April 5, 2007 with a view toward reaching a settlement in the above referenced claim in order to expeditiously resolve this matter and obviate lengthy and costly litigation. Ms. Alagna informed me that AHM can not obtain the 5.25% interest rate that AHM initially represented it would secure for Mr. Alvarez. We pointed out to Ms. Alagna that AHM entered a Consent Agreement with the Florida Office of Financial Regulation whereby it stipulated as a finding of fact that its loan originator failed to lock-in the promised rate of 5.25% interest for Mr. Alvarez on the thirty year mortgage and that therefore the rate increased to 5.75%. Ms. Alagna requested that we submit our settlement demand in writing for your review.
    In order to arrive at this settlement demand we retained a Certified Public Accountant to calculate the difference between the 5.25% mortgage rate AHM promised Mr. Alvarez and the 5.75% he was compelled to accept. The accountant utilized what is known as an Amortization Schedule and calculated that over thirty (30) years Mr. Alvarez would be wrongfully forced to pay $30,806 in additional interest. The Net Present Value of the interest in today's dollars is $15,000.00.
    In addition to the interest owed Mr. Alvarez attorney's fees were incurred in the amount of $16,812.50 for handling this case, disbursements of $274.73 for a total settlement demand of $32,087.23. Please telephone me so that we may discuss an amicable resolution to this matter.
    Thank you in advance for your personal attention and response in this regard.

Very truly yours,

*Bonita E. Zelman*
Bonita E. Zelman

cc: Stephanie Alagna, Paralegal
    American Home Mortgage



# American Home Mortgage
The American Home Building
538 Broadhollow Road
Melville, NY 11747

Stephanie Alagna, Paralegal
Phone Number 631-622-6476

**Settlement Privilege**

**VIA UPS**

April 13, 2007

Bonita E. Zelman, Esq.
2001 Marcus Avenue, Suite S150
Lake Success, NY 11042

RE: Settlement Proposal for Gil Alvarez AHM Loan # 10000769615

Dear Ms. Zelman:

This letter is to inform you that we will not be negotiating settlement with Mr. Alvarez.

Very truly yours,

*Stephanie Alagna*
Stephanie Alagna

**RE: Insurance coverage by AHM**
From: **Grow, Nathan** (NGrow@ycst.com)
Sent: Fri 10/03/08 1:53 PM
To: GIL ALVAREZ (gilallaw@msn.com)

They represented to me that they do not have any insurance that would cover your situation.

---

**From:** GIL ALVAREZ [mailto:gilallaw@msn.com]
**Sent:** Friday, October 03, 2008 1:36 PM
**To:** Grow, Nathan
**Subject:** Insurance coverage by AHM

Dear Mr. Grow,

I hope when you receive this e-mail you and your loved ones are in the best of health. I just got back to Orlando today. When we last talked, I suggested that you reach out to your client regarding any possible insurance coverage. I wanted to know where your client stands in regards to the insurance coverage. As you will recall you indicated to me that you e-mailed your client about possible insurance coverage that would apply. Please let me know if they are willing to submit this claim to their insurance. Awaiting your reply, I remain, very truly yours, Gil.