# EXHIBIT D

Law Offices of
## BONITA E. ZELMAN
2001 Marcus Avenue-Suite S150
Lake Success, New York 11042
Tel: (516) 616-0707
Fax: (516) 616-0761

By Certified Mail Return Receipt Requested No. 7005 0390 0003 0582 2080

July 25, 2005

Leesa Whitt-Potter
Vice President-Customer Operations
Wells Fargo Home Mortgage
P.O. Box 9337
Des Moines, IA 50306-9337

Re: American Home Mortgage Loan No. 10000769615

Dear Vice President Whitt-Potter,

    On July 21, 2005, I wrote to you indicating that I had spoken to Mr. John Petermeier of your company who asked me to investigate some questions he had concerning the above mentioned mortgage (a copy of which is enclosed for easy reference). On July 18, 2005, Mr. Petermeier wrote to me in response to the administrative complaint I filed against AHM inadvertently misstating the events which transpired between AHM and my client. The letter is silent as to the questions he raised to me on June 1, 2005, does not indicate what investigative action he took upon receiving the responses to his inquiries and does not respond to the Qualified Written Request mailed to your company. On May 10, 2005, I indicated to you that Mr. Alvarez will continue to make his payments to AHM until this matter is resolved. I have noticed that Mr. David M. Friedman, an Executive Vice President has become involved in this matter and has endorsed Mr. Alvarez's checks made out to AHM to WFHM "Without Recourse."

    While I understand the inconvenience and dismay WFHM may find itself by accepting a fraudulently obtained mortgage from AHM, your company simply cannot take the position that it will not become involved. Mr. Alvarez immediately notified your company by way of a Qualified Written Request and we have mailed you a copy of all of our correspondence to AHM. As you are aware, upon receipt of a Qualified Written Request, your company was required to undertake an investigation of the issues raised by Mr. Alvarez. Simply forwarding the response of AHM without conducting an investigation of your own is improper. We also responded immediately to the inquiries posed by Mr. Petermeier and had been awaiting your response since he indicated to me that the matter would be handled by two vice-presidents at your company.

    While Mr. Alvarez continues to hold out hope that Mr. Strauss will rectify the misconduct caused by his company, we expect your company to live up to its legal obligations to assist Mr.

Leesa Whitt-Potter
July 25, 2005
Page 2.

Alvarez and not simply wash your hands and reap the benefits of a fraudulently obtained mortgage. In a continued effort to reach a reasonable resolution to this matter, please mail me copies of your investigation into this matter, conclusions regarding Mr. Petermeier's questions to me on June 1, 2005, the individuals you have communicated with at AHM regarding this matter, the individual at AHM who misinformed WFHM that my client's father-in-law had used the $600.00 credit and the names of the individuals in your company involved with this investigation and any persons they have spoken to at AHM. The last time I spoke with Mr. Petermeier, he indicated to me that this matter is being handled by two vice presidents at your company.

    Again I look forward to the above information and to the assistance your company will lend in the resolution of this matter. Thank you again for your personal attention in this regard.

Very truly yours,

*Bonita E. Zelman*
Bonita E. Zelman

BEZ/jk
enclosures
cc: Office of the Comptroller of the Currency
    David M. Friedman
    John Petermeier
    Gil Alvarez



1 Home Campus
Des Moines, IA 50328-0001

September 13, 2005

Ms. Bonita Zelman
2001 Marcus Avenue
Suite S150
Lake Success, NY 11042

Re:   Wells Fargo Home Mortgage ("WFHM") Loan Number 0197014558
      Your Client's Name: Gil Alvarez

Dear Ms Zelman:

This letter is in response to your correspondence dated August 25, 2005 addressed to Mr. David Friedman, Mr. David Friedman, Project Management Manager, and forwarded to the WFHM Executive Resolution department on September 13, 2005. In your letter, you advised of Mr. Alvarez

I have enclosed your previous letters and the responses sent. Please again be advised WFHM is merely the servicer of this loan. WFHM cannot become involved with the contractual agreement between the mortgager and the originator, American Home Mortgage ("AHM"). Enclosed is a copy of the letter from AHM. WFHM will continue to service Mr. Alvarez' loan in accordance with these terms.

If you have further questions, please contact Ms. Alagna at (631) 622-6476. WFHM apologizes for any inconvenience this may have caused.

Sincerely,

John R Petermeier
Executive Communications Coordinator
Wells Fargo Home Mortgage
(800) 840-5812

Enclosure:   American Home Mortgage letter
             Letter sent May 25, 2005
             Letter sent July 18, 2005

Wells Fargo Home Mortgage
is a division of Wells Fargo Bank, N.A.

LAW OFFICES OF
*Bonita E. Zelman*
2001 MARCUS AVENUE
SUITE S150
LAKE SUCCESS, N.Y. 11042
516-616-0707
FAX: 516-616-0761

By Certified Mail Return Receipt Requested No. 7006 2760 0001 4607 7616

December 4, 2006

Chairman Richard M. Kovacevich
Chief Executive Officer
Wells Fargo & Company
Wells Fargo Home Mortgage
1 Home Campus
Des Moines, IA 50328-0001

Re: Wells Fargo Home Mortgage's service of a fraudulently obtained mortgage for client Gil Alvarez and WFHM's failure to respond to a Qualified Written Request pursuant to Section 6 of RESPA by failing to conduct a proper investigation. AHM loan#10000769615; WFHM loan# 0197014558.

Dear Chairman Kovacevich,

I am writing to you requesting that you rectify a fraudulently obtained mortgage which was obtained by your company from American Home Mortgage (AHM). Enclosed for your information and review, is a copy of the correspondence I have mailed to your company regarding this matter.

On April 13, 2005 Mr. Gil Alvarez contacted Wells Fargo Home Mortgage and submitted a Qualified Written Request pursuant to Section 6 of the Real Estate Settlement Procedures Act (RESPA 12 U.S.C. 2605) in which he requested that your company not service a fraudulently obtained mortgage. Instead of conducting an investigation into this matter as RESPA requires, Mr. John Petermeier of WFHM wrongfully took AHM's fabricated responses that the loan was properly obtained. When I contacted Mr. Petermeier and informed him that WFHM could not simply take the position that it will not become involved, he asked me to investigate some questions he had concerning Mr. Alvarez's interaction with AHM. Incredibly, instead of investigating this matter as RESPA requires, he again dismisses the RESPA request without any investigation and wrote "WFHM considers this matter closed unless new information is presented" (See September 16, 2005 letter enclosed for your review).

On October 12, 2006 the State of Florida, Office of Financial Regulation and AHM entered into a Consent Agreement which proved among other things, that Mr. Alvarez was the victim of fraud and misrepresentation and that Mr. Alvarez will incur financial loss over the thirty year life of the loan (Enclosed is a copy for your review).

We believe that this unfortunate set of circumstances would not have occurred had your company properly responded to and investigated the Qualified Written Request

<s>

Mr. Alvarez mailed shortly after he was victimized by AHM.

I am writing to respectfully request that you set up a meeting with AHM, the original servicer of the loan, so that we can come to an agreement which is just, proper and beneficial to all.

Should your company refuse to rectify this fraudulently obtained mortgage I respectfully request that I be provided with the following so that I may show my client that your company fully complied with RESPA:

1) A copy of your investigative file into this matter.
2) The name(s) of the individual(s) who investigated this matter on behalf of WFHM.
3) The name(s) of the individual(s) at WFHM who obtained mis-information from AHM that my client's father-in-law had used the $600.00 credit.
4) All RESPA related investigative actions taken by Mr. John Petermeier, Leesa Whitt-Potter and David M. Friedman.
5) What actions were taken by Mr. Petermeier with the information he requested on June 1, 2005.

Thank you in advance for your personal attention and response in this regard.

Very truly yours,

*Bonita E. Zelman*
Bonita E. Zelman

cc: Chairman Michael Strauss, American Home Mortgage
    Deborah Denton, U.S. Department of Housing and Urban Development
        Office of RESPA and Interstate Land Sales
    Leesa Whitt-Potter, WFHM Vice President- Customer Operations
    John R. Petermeier, WFHM Executive Communications Coordinator
    Gil Alvarez
</s>



Home Campus
Des Moines, IA 50328-0001

December 22, 2006

Ms. Bonita Zelman
2001 Marcus Avenue
Suite S150
Lake Success, NY 11042

Re:   Wells Fargo Home Mortgage ("WFHM") Loan Number 0197014558
      Your Client's Name: Gil Alvarez

Dear Ms Zelman:

This letter is in response to your correspondence dated December 4, 2006 addressed to Mr. Richard Kovacevich, Wells Fargo & Co., Chairman and CEO, and forwarded to the WFHM Executive Resolution department on December 20, 2006. In your letter, you stated WFHM fraudulently obtained a mortgage from American Home Mortgage ("AHM").

Because you have not supplied any new information, WFHM's position has not changed.

You have requested confidential information that is for WFHM internal use only.

WFHM considers this matter closed unless new information is presented.

Sincerely,

John R Petermeier
Executive Communications Coordinator
Wells Fargo Home Mortgage
(800) 840-5812

Enclosure:   Letter dated September 13, 2006

Wells Fargo Home Mortgage
is a division of Wells Fargo Bank, N.A.

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of December, 2010, a copy of the foregoing Subordination Statement was mailed to the following:

Honorable Christopher S. Sontchi
United States Bankruptcy Judge
824 North Market Street
Wilmington, DE 19801
By Priority Mail with Delivery Confirmation No.: 03061070000417173738

Counsel for Debtors:
Young, Conaway, Stargatt & Tayor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
By Priority Mail with Delivery Confirmation No.: 03061070000417173745

Official Committee of Unsecured Creditors
Mark Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Ave. 14th and 15th Floors
New York, NY 10022
By Priority Mail with Delivery Confirmation No.: 03082690000111790265

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
By Priority Mail with Delivery Confirmation No.: 03082690000111790272

Michael Strauss
Kenneth S. Ziman, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
By Priority Mail with Delivery Confirmation No.: 03082690000111790289

Wells Fargo
Franklin Top, Esq.
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603
By Priority Mail with Delivery Confirmation No.: 03070020000099532127

_____    Date: December 31, 2010
Gil Q. Alvarez
542 Mount Argyll Court
Apopka, Florida 32712
407-889-4098