IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :   Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                :
                                                               :   Jointly Administered
          Debtors.                                             :
                                                               :   Ref. Docket No. 7022
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 27, 2010, I caused to be served the "Order Sustaining Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated February 17, 2009 [Docket No. 7022], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Samuel Garcia
Samuel Garcia

Sworn to before me this
29th day of December, 2010

/s/ Eleni G Kossivas
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

T:\Clients\AHM\Affidavits\28th Omnibus Order_DI 7022_AFF_12-27-10.doc

**EXHIBIT A**

# AMERICAN HOME MORTGAGE
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 21 WATERWAY HOLDING, LLC | C/O SAROFIM REALTY ADVISORS ATTN: KIM NELSON 8115 PRESTON ROAD, SUITE 400 DALLAS TX 75225 |
| AA APPRAISALS | ATTN BILL BARNES, OWNER PO BOX 1828 MULDROW OK 74948 |
| ABACOA TOWN CNTR 1 COMMERCIAL | ATTN: RICARDO REYES, ESQ. 1155 MAIN ST JUPITER FL 33458 |
| ABBELL, JAMIE | 75 WEST ST APT 9B NEW YORK NY 10006-1795 |
| ALAMANCE COUNTY TAX COLLECTOR | CLYDE B ALBRIGHT ATTNY TAX DEPT 124 W ELM STREET GRAHAM NC 27253 |
| ALBRECHT, MARSHA | 837 N. MAPLE AVE. PALATINE IL 60067 |
| AMERICAN HOME MORTGAGE | CUANE A. GOETTEMOELLER, ASST PROSECUTOR P.O. BOX 987 SIDNEY OH 45365-0987 |
| ARAPAHOE COUNTY | ATTN: GEORGE ROSENBERG, ASST CNTY ATTY 5334 S. PRINCE ST. LITTLETON CO 80166 |
| ARAPAHOE COUNTY | TREASURER 5334 S. PRINCE ST. LITTLETON CO 80166 |
| ARAPAHOE COUNTY | 5334 S PRINCE STREET LITTLETON CO 80166 |
| ARDEN REALTY LIMITED PARTNERSHIP | C/O MCGUIREWOODS LLP ATTN: SUSAN GERMAISE 1800 CENTURY PARK EAST, 8TH FLOOR LOS ANGELES CA 90067 |
| ARIOTO, NUNCIO AND MICHELLE | 853 N. 17TH ST. SAN JOSE CA 95112 |
| AT CONFERENCE, INC. | ATTN DAVID JANNETTI, PRESIDENT PO BOX 2939 SOUTHAMPTON NY 11969 |
| AURORA LOAN SERVICES LLC | 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| AYAN, ATILLA | 83 OCEAN AVE MASSAPEQUA PARK NY 11762 |
| BADRI, FARHAD | PO BOX 63194 COLORADO SPRINGS CO 80962 |
| BAKER, LAYCE | 6335 NACHEZ CT CITRUS HTS CA 956215219 |
| BANGERT, PEGGY | 315 CHASSELLE LN CREVE COEUR MO 63141 |
| BARNEY, IVAN L. | 2616 MERION HILLS COURT CHARLOTTE NC 28269 |
| BELCHER, LOREATHA | 6073 CAPRICE DRIVE JACKSONVILLE FL 32244 |
| BENNING, MELANIE TINNES | 834 CHESTNUT ST APT 525 PHILADELPHIA PA 19107-5137 |
| BENTON CO. TAX COLLETER | 215 E CENTRAL, ROOM 101 BENTONVILLE AR 72712 |
| BESSON APPRAISALS INC | ATTN LEIGH A. BESSON 25 MARY ANN DR EXETER RI 02822 |
| BESSON APPRAISALS INC | 25 MARY ANN DR EXETER RI 02822 |
| BIRD, VONNIE R. | 9901 EAST EVANS AVENUE #25A DENVER CO 80247 |
| BITSEFF, TONIE L. | 363 MARIN AVENUE MILL VALLEY CA 94941 |
| BLANKE, KERRI | 53 E REDFORD CT SAINT CHARLES MO 633045048 |
| BLINN, ANDREW | 4075 WOODSLY DR BATAVIA OH 45103 |
| BOB WARNCKE APPRAISAL GROUP | 240 HALF MILE RD. RED BANK NJ 07701 |
| BOULDER COUNTY TREASURER | BOB HULLINGHORST P.O. BOX 471 BOULDER CO 80306 |
| BRANCH, JOYCE | 8709 GRACEFIELD DR WAXHAW NC 28173 |
| BROWN, DAVID AND LORETTA | 11195 CHACOL CT RANCHO CORDOVA CA 95670 |
| BRUNSWICK COUNTY | ATTN MIKE CULPEPPER DELINQUENT TAX SPECIALIST PO BOX 29 BOLIVIA NC 28422 |
| BUTTS, LEE ANN | 9901 RED TWIG PL FORT WAYNE IN 46804 |
| BYRUM, DIANA L. | PO BOX 874001 WASILLA AK 99687 |
| C&H PROPERTIES LLC | ATTN: CHRIS CANTY, PRINCIPAL 318A GUILBEAU RD LAFAYETTE LA 70506 |
| CALVO, LORAINE (LORI) | 43 COTTONWOOD LA WESTBURY NY 11590 |
| CHATHAM COUNTY TAX COMMISSIONER | P.O. BOX 8321 SAVANNAH GA 31412 |
| CISNEROS, VERONICA | 3510 CAMINITO EL RINCON # 17 SAN DIEGO CA 92130 |
| CITY OF KNOXVILLE | DOUGLAS GORDON, ATTORNEY AT LAW PO BOX 2084 KNOXVILLE TN 37901 |
| CITY OF MT PLEASANT | 401 N MAIN MOUNT PLEASANT MI 48858 |
| CITY OF NEW YORK DEPARTMENT OF FINANCE | AUDIT DIVISION ATTN: BANKRUPTCY UNIT 345 ADAMS STREET, 5TH FLOOR BROOKLYN NY 11201 |
| CITY OF NEW YORK DEPARTMENT OF FINANCE | RON MEDLEY, OF COUNSEL 345 ADAMS STREET - 3RD FLOOR BROOKLYN NY 11201 |
| CITY OF PROVIDENCE, KENTUCKY | C/O RICHARD E. PEYTON, ATTORNEY FRYMIRE EVANS PEYTON TEAGUE & CARTWRIGHT PO BOX 695 MADISONVILLE KY 42431-0695 |
| CLEVELAND COUNTY TREASURER | 201 S JONES SUITE 100 NORMAN OK 73069 |
| COLANDRO, MARY | 32 PEARSALL AVE APT 2B GLEN COVE NY 11542 |

| Claim Name | Address Information |
|---|---|
| COLFAX COUNTY | ATTN LYDIA M. GARCIA, TREASURER P O BOX 98 RATON NM 87740 |
| CORDOVA, VERNA J | 3779 W NEVADA PLACE DENVER CO 80219 |
| CORNELL, SHANNON N. | 265 DUNBARTON RD COLUMBUS OH 43230-2860 |
| COUNTY APPRAISAL SERVICES | ATTN KIM BOOKER, APPRAISER 19831 CARLISLE ROAD APPLE VALLEY CA 92307 |
| CRAFT, BOBBI | 27 RANDLE CT SAUGERTIES NY 12477 |
| CRAWFORD, GARY | 9 SHERWOOD CRESCENT DIX HILLS NY 11746 |
| D&R APPRAISALS, LLC | ATTN PATRICK J. REHMER P.O. BOX 733 ROCKY MOUNT MO 65072 |
| DALTHORP, RACHEL | 9836 W PRESTON LN TOLLESON AZ 853536993 |
| DB STRUCTURED PRODUCTS, INC | PETER PRINCIPATO, DIRECTOR DEUTSCHE BANK SECURITIES INC 60 WALL STREET NEW YORK NY 10005 |
| DB STRUCTURED PRODUCTS, INC | STEVEN WILAMOWSKY ESQ BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| DEFIANCE COUNTY | P.O. BOX 278 DEFIANCE OH 43512 |
| DENNIS, DENNIS J. | 12 WILDFLOWER TRAIL ROBBINSVILLE NJ 08691 |
| DESCHUTES COUNTY TAX COLLECTOR | DAVID LILLEY, CHIEF TAX DEPUTY 1300 NW WALL ST STE 200 BEND OR 97701 |
| DIETRICH, MICHELLE | 2025 TWIN FAWNS CT SAINT PETERS MO 633767338 |
| DIKE, CHAKIRA-ILIANA | 431 MARINE LN WEST BABYLON NY 11704 |
| DIPIETRO, ANTHONY | 18 PLEASANT PLACE TUCKAHOE NY 10707 |
| DOHERTY, EILEEN | 14 BERMUDA HARBOR BLVD NOVATO CA 949495330 |
| E.E.C.O. ELECTRIC CORP. | 35650 COUNTY ROAD 48 PECONIC NY 11958 |
| EGIX INC | POB 2306 INDIANAPOLIS IN 46206-2306 |
| ELISH, CHRISTINA | 734 CEDARDALE DRIVE NORTH HUNTINGDON PA 15642 |
| ENNIS, WARREN J (JOE) | 14555 RIVER OAKS DRIVE COLORADO SPRINGS CO 80921 |
| EQUINY FINANCIAL GROUP, INC | ATTN ANNABELLE COOPER, VICE PRESIDENT 9240 SW 72ND ST SUITE 100 MIAMI FL 33173 |
| FALLON, DAVID M | 63 LAKEVIEW DRIVE HAMBURG NJ 07419 |
| FERGUS, CAROL | 2381 CHRISTMAS TREE DR CARSON CITY NV 89703 |
| FISHMAN, BRIAN | 1695 PARTAGE PASS DEERFIELD IL 60015 |
| FLORIAN, JENNIE | 108 HAMPTON AVE MASTIC NY 11950 |
| FORSYTH COUNTY | ATTN DARLENE PIERCE PO BOX 82 WINSTON-SALEM NC 27102 |
| FRANKITO, THOMAS | 9765 JOHNNY CAKE RIDGE RD. MENTOR OH 44060 |
| FRENZEL, ERIK | 405 EASTLAKE AVE MASSAPEQUA PARK NY 11762 |
| FRIEDER, NATHAN & LILLIAN | 52-54 65TH PLACE MASPETH NY 11378-1353 |
| GALLAGHER, BRIDEEN | 4224 40TH ST NW WASHINGTON DC 20016 |
| GAMBOA, JESUS A. | 6233  PIONEERTOWN YUCCA VALLEY CA 92284-5300 |
| GATES, ROBERT BRIAN | 915 LINGALE ARCH CHESAPEAKE VA 23322 |
| GELOSO, LISA M. | 301 OAKLAND AVE MILLER PLACE NY 11764 |
| GREEN, RICHARD J (RICK) | 2524 WALTERBORO HWY VARNVILLE SC 29944 |
| GREEN, VIRGINIA | 9 RIDGE LANE HACKETTSTOWN NJ 07840 |
| GRZAN, LORETTA | 57 EARL RD MELVILLE NY 11747 |
| GUYTON, JAMES | 220 PINE RIDGE LANE MONTGOMERY IL 60538 |
| GWEN DEUTSCH, PLAINTIFF V. AMERICAN HOME | INV CORP DEFENDANT.  2:06-CV-2234 WARREN S. DANK, FRANK & ASSOCIATES, PC 500 BI-COUNTY BLVD., SUITE 112N FARMINGDALE NY 11735 |
| HACKBARTH, SCOTT | 7444 LIMERICK AVE DUBLIN CA 94568 |
| HANCOCK, MICHAEL G. | 109 ESKER RD HAMPTON NH 03842 |
| HEILPERN, PATRICIA D | 1575 EAST PARKWAY AVENUE SALT LAKE CITY UT 84106 |
| HERMAN, COREY L. | 73 GREEN FIELD ST MANCHESTER PA 17345 |
| HIRSCH, JULIE A. | 109 2ND ST S # 436 KIRKLAND WA 98033 |
| HOPKINS, CARA | 23601 TORERO CIRCLE MISSION VIEJO CA 92691 |
| HUBER, STEFANIE | 208 WOOD HALLOW DRIVE MARLTON NJ 08053 |
| HUMPHREY, RONDA | 1604 HOWARD PL BALDWIN NY 11510 |

| Claim Name | Address Information |
|---|---|
| HUSTON, DOUGLAS | 2733 RIVER ROAD VIRGINIA BEACH VA 23454 |
| I MORTGAGE | ATTN AVP, ACCOUNTING, IMS 2570 BOYCE PLAZA RD PITTSBURGH PA 15227 |
| INNOCENT, JEAN | 215 WORTMAN AVE. APT # 7H BROOKLYN NY 11207 |
| JACKSON ENERGY AUTHORITY | ATTN TED WELCH, CREDIT ANALYST PO BOX 2288 JACKSON TN 38302 |
| JANABAJAL, JAY & JOYCE | 10820 SABRE HILL DRIVE # 185 SAN DIEGO CA 92128 |
| JANCO, RICHARD W. | 2987 RIDGEWOOD CT OREGON IL 61061 |
| JANNOTTA, AMELIA | 512 KENSINGTON LN BETHPAGE NY 11714 |
| JANSEN, MILDRED A. | 159 STERLING ST PORT JEFFERSON STATION NY 11776 |
| JEFFERSON PARTNERS, LLC - | 382 STRATHMORE RD ROSEMONT PA 19010 |
| JORGENSON, REED C. | 1504 7TH AVE N SAUK RAPIDS MN 56379-2900 |
| KATZ, STEVEN J (STEVE) | 1228 WOODRUFF AVENUE DEERFIELD IL 60015 |
| KITSOS, DEBRA | PO BOX 322 MASSAPEQUA NY 11758-0322 |
| KLOTZ, LORI | 7724 EDISTO DR NEW HAVEN IN 46774 |
| KOBIELSKY, PATRICK | PO BOX 530459 HENDERSON NV 89053 |
| KOHL, RICHARD P. | 32 AUDLEY CIR PLAINVIEW NY 11803 |
| KOUMANTAKIS, GEORGE G | 8 SOUTH EAGLE CIRCLE AURORA CO 80012 |
| KRIEGER, DENISE | 291 WILLIAM FLOYD PKWY SHIRLEY NY 11967 |
| KUSSMANN, CHERYL | 200 N ARLINGTON HEIGHTS RD APT 621 ARLINGTON HTS IL 600046050 |
| LANCASTER TOWN | ATTN CHARITY BLANCHETTE, TAX COLLECTOR 25 MAIN ST LANCASTER NH 03584 |
| LANDMARK APPRAISAL GROUP | ATTN SCOTT SIEGMAN, OWNER/APPRAISER 13020 DELMAR LEAWOOD KS 66209 |
| LANE, SALLY M | 1730 FREY LANE MISSOULA MT 59808 |
| LEACOCK, REBECCA | 9713 WHITESTONE TERRACE ROCK HILL MO 63119 |
| LEAF, DIETRA | 36A MELMORE GARDENS EAST ORANGE NJ 07017 |
| LEHMANN, DAVID | 328 PARIS AVE SE APT 1 GRAND RAPIDS MI 49503-5460 |
| LERETSIS, MARY-MARGARET | 16245 CATENARY DRIVE WOODBRIDGE VA 22191 |
| LIVINGSTON COUNTY | ATTN: DIANNE H. HARDY 200 E GRAND RIVER AVE HOWELL MI 48843 |
| LOBO, EDISSA | 91-18 108 STREET RICHMOND HILL NY 11418 |
| LOPEZ, KIM | 1524 BACCAROT COURT SANFORD FL 32771 |
| LUCIA, LAURIE | 27 SILLERO RANCHO SANTA MARGARITA CA 92688 |
| LUNCEFORD, SOPHIA | 10715 E. SAHUARO DR. SCOTTSDALE AZ 85259 |
| LUND, ROBERT W. | 3 CHERRY DRIVE E PLAINVIEW NY 11803 |
| LUTTRULL, KIMBERLY F. | 9740 AVIARY DR SAN DIEGO CA 92131 |
| MAGDALENO, ELIZABETH | 403 HONEYSUCKLE WAGONER OK 74467 |
| MARTIN, MAYLA L. | 206 MADISON ST WARWICK RI 02888 |
| MATEEN, SUZANNE B. | 2 SPRING OAK DR GREENSBORO NC 27410 |
| MCDONALD, KEVIN A. | 2604 12TH ST SW ALTOONA IA 50009 |
| MCGILL, WAYNE T. | 8300 FAWN MEADOW AVENUE LAS VEGAS NV 89149 |
| MCNEIL, COREY | 84 BOXBERRY LANE ROCKLANE MA 02370 |
| MCNUTT, CATHERINE A. | 5610 MORSE AVE JACKSONVILLE FL 32244 |
| MCWATERS, ZACHARY J. | 6390 RANCHO MISSION ROAD # 215 SAN DIEGO CA 92108 |
| MENNITI, JOHN C | 505 CHERRY AVENUE OREGON CITY OR 97045 |
| MISSISSIPPI STATE TAX COMMISSION | BANKRUPTCY SECTION ATTN: BRENDA T. CARTER PO BOX 22808 JACKSON MS 39225-2808 |
| MJB APPRAISAL GROUP | 7119 E SHEA BLVD # 109-154 SCOTTSDALE AZ 85254 |
| MODRELL, CRYSTAL J. | 321 DANIELS DR YORKTOWN VA 236903402 |
| MODRELL, TERRI J. | 724 PILOT HOUSE DR NEWPORT NEWS VA 23606 |
| MONTGOMERY COUNTY | CAROLYN RICE, TREASURER 451 W. THIRD ST. DAYTON OH 45422 |
| MONTOYA, SUSANA | 4850-10 DORSEY HALL DR ELLICOTT CITY MD 21042 |
| MORA, ROSA M. | 110 SW 91ST AVE APT 101 PLANTATION FL 33324-2564 |
| MORGAN, DANIELLE | 1510 POTTER BLVD BAY SHORE NY 11706 |

| Claim Name | Address Information |
|---|---|
| MOSER, JASON L | PO BOX 2033 MESA AZ 852142033 |
| MULLIGAN, KATHLEEN M. | 12262 GLANCY LANE SPRING HILL FL 34609 |
| MWANJALA, REBECCA | 13534 ESSEX DR HAGERSTOWN MD 21742-2374 |
| NARROW, VERONICA | 1506 BELLECOUR WAY LAKE FOREST CA 92630-7950 |
| NATALE, CAROLINE | 325 S 5TH ST LINDENHURST NY 11757 |
| NG, JACQUELINE | 956 N BAY AVE MASSAPEQUA NY 11758 |
| NICHOLS, KEVIN | 8107 W CARLOTA LN PEORIA AZ 853832197 |
| NOSAL, MARK | 701 BRIDGEWATER DR BENTON AR 72015 |
| NUMA, JEAN (GILBERT) | 4902 NW MACEDO BLVD PORT SAINT LUCIE FL 34983 |
| OETINGER, WILLIAM D. | 3120 DAVISVILLE RD HATBORO PA 19040 |
| OLD TAPPAN BOROUGH | BOROUGH OF OLD TAPPAN ATTN ALLEN M. BELL, ESQ. 277 OLD TAPPAN RD. OLD TAPPAN NJ 07675 |
| OWINGS, LARA J | 2924 GALWAY LANE CHESAPEAKE BEACH MD 20732 |
| PANSBY, NEIL M. | 7085 CANE LANE VALLEY SPRINGS CA 95252 |
| PHOENIX SAVINGS BANK PACIFIC | 3500 188TH ST SW STE 575 ATTN JEFFREY SMOOT, ATTORNEY LYNNWOOD WA 980374763 |
| PIERCE, DALE | QUEST MORTGAGE 8921 VETERANS MEMORIAL PARKWAY O'FALLON MO 63366 |
| PIPIA, RICHARD J. | 15 MERIDEN PLACE MELVILLE NY 11747 |
| PITNEY BOWES CREDIT CORPORATION | EVA MILANOWSKY, BANKRUPTCY ADMIN RECOVERY DEPARTMENT 27 WATERVIEW DRIVE SHELTON CT 06484-4361 |
| PITNEY BOWES CREDIT CORPORATION | ATTN RECOVERY DEPT 27 WATERVIEW DR SHELTON CT 06484-4361 |
| PITNEY BOWES CREDIT CORPORATION | ATTN EVA MILANOWSKI, BANKRUPTCY ADMIN. RECOVERY DEPT. 27 WATERVIEW DR SHELTON CT 06484-4361 |
| PLAGEMAN, SOONER | 4171 RHAPSODY ST APT 5309 GRAND PRAIRIE TX 75052-0236 |
| PLUMAS COUNTY | ATTN SUSAN T. BRYANT-GRANT P.O. BOX 176 QUINCY CA 95971 |
| POLADIAN, ANGELINE | 3 WHITWORTH ST LADERA RANCH CA 92694 |
| PROPERTY SHOP & APPRAISALS, THE | ATTN FREDA C. CRAFT PO BOX 1662 PASCAGOULA MS 39568 |
| RICCIO, THERESA M | 39 ARBOR ROAD SYOSSET NY 11791 |
| RICOH BUSINESS SYSTEMS INC | ATTN DAVE KAUTZ, A/R BILLING & COLLECT. STE M 1225 GREENBRIAR AVE ADDISON IL 60101 |
| RUBIO-MATOS, ZOILA | 16778 NW 13 STREET PEMBROKE PINES FL 33028 |
| RYMAN, SCOTT | 3436 RIDGEVIEW DR EL DORADO HLS CA 957624410 |
| SCOGGINS, BRENT | 1865C MONTCLAIR DR MT PLEASANT SC 29464 |
| SCOTTOLINE, LOUIS J. | 333 LANCASTER AVE APT 612 FRAZER PA 19355 |
| SEO, JEONG JA | 6379-D SMITHY SQUARE GLEN BURNIE MD 21060 |
| SHELBY COUNTY TREASURER | ATTN: DUANE A. GOETTEMOELLER, ASST. PROSECUTOR P.O. BOX 987 SIDNEY OH 45365-0987 |
| SHOPPES AT FLIGHT DECK | TED STAMBOLITIS, PRESIDENT 109 OLD CHAPIN ROAD, TOWER P.O. BOX 907 LEXINGTON SC 29071 |
| SHORE, JEFFREY | 2265 BOTANICA CIRCLE WEST MELBOURNE FL 32904 |
| SHRIVER, PAULA J. | 344 BROOKSIDE BLVD PITTSBURGH PA 15241 |
| SILL, STEPHANIE | 24291 PHILEMON DANA POINT CA 92629 |
| SKILLSOFT CORPORATION | C/O GREG PORTO 107 NORTHEASTERN BLVD NASHUA NH 03062 |
| SMITH, CAROLYN M. | 101 GROVE ST PLAINVILLE MA 02762 |
| SMITH, LAUREN | 58 WALNUT ST W HEMPSTEAD NY 11552-2027 |
| SPAGNA, MICHAEL | 25 NASSAU AVE FREEPORT NY 11520 |
| ST. JOHNS COUNTY TAX COLLECTOR | DENNIS W. HOLLINGSWORTH P.O. BOX 9001 SAINT AUGUSTINE FL 32085-9001 |
| STAFFORD, PAMELA | 9350 S. CIMMARON RD. #4034 LAS VEGAS NV 89178 |
| STAMPS, MARK E. | 224 SIDNEY STREET BECKLEY WV 25801 |
| STATE OF NEW JERSEY | ANNE MILGRAM ATTORNEY GENERAL OF NEW JERSEY RICHARD J. HUGHES COMPLEX PO BOX 106 TRENTON NJ 08625-0106 |

| Claim Name | Address Information |
|---|---|
| STATE OF NEW JERSEY | MICHAEL READING, AUTHORIZED AGENT DIVISION OF TAXATION-COMPLIANCE ACTIVITY PO BOX 245 TRENTON NJ 08646 |
| STERLING, DANIEL P. | 5523 COLONY RD GRAND BLANC MI 48439 |
| SUMMERS, MATTHEW | 208 TIMBERFIELD TRAIL CHINA GROVE NC 28023 |
| SUROWIEC, MICHAEL S | 116 RALPH AVE S PLAINFIELD NJ 07080-2814 |
| TALX CORPORATION | 11432 LACKLAND ST. LOUIS MO 63146 |
| TEITELBAU, JOEL | 1319 EUCLID ST., NW #2 WASHINGTON DC 20009 |
| THOMAS, AMY R. | 304 BARCROFT DR YORKTOWN VA 23692 |
| THOMAS, SAMUEL N. | 3405 CLOUDNINE COURT CHESAPEAKE VA 23323 |
| THOMSON NETG | GREG PORTO SKILLSOFT CORPORATION 107 NORTHEASTERN BLVD. NASHUA NH 03062 |
| THORNTON, PATRICIA M. | 137-32 LAURELTON PARKWAY ROSEDALE NY 11422 |
| THRASHER, GARY A. | 10492 EAST ONEIL ROAD HEREFORD AZ 85615 |
| TURNER, KRISTEN | 855 BEECH ST APT 309 SAN DIEGO CA 92101-2888 |
| UNIFIED TREASURY (WYANDOTTE) | 710 N. 7TH ST KANSAS CITY KS 66101 |
| VALENTINE, ANDREW | 9 GLENN DR WOODBURY NY 11797 |
| VALERIUS, LARRY D. | 1709 OAKWOOD AVE DEKALB IL 60115 |
| VENADAS, ROSE B. | 1204 MIRA VALLEY ST CORONA CA 92879 |
| VISNAPUM, TIMOTHY J. | # 6 LAKE VIEW COURT FERGUSON MO 63135 |
| VON BEHREN, JENNIFER | 304 E ALMOND AVE # 10 ORANGE CA 92866 |
| WAKE COUNTY TAX COLLECTOR | 421 FAYETTEVILLE STREET MALL STE 200 RALEIGH NC 276011450 |
| WALTERS, DANA | 8535 PARADISE VALLEY RD # 3 SPRING VALLEY CA 91977 |
| WASHINGTON MUTUAL BANK, FA | C/O ROBERT TRODELLA HELLER EHRMAN LLP 333 BUSH STREET SAN FRANCISCO CA 94104 |
| WASHINGTON MUTUAL BANK, FA | BERRIE MARTINIS FIRST VICE PRESIDENT AND SENIOR COUNSEL LEGAL DEPT., WASHIINGTON MUTUAL BANK 1301 SECOND AVE., WMC 3501 SEATTLE WA 98101 |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP. | C/O MR. MICHAEL D. COYNE WASHINGTON MUTUAL BANK 623 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10022 |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP. | DAVID H. ZIELKE, ESQUIRE WASHINGTON MUTUAL 1301 SECOND AVENUE, WMC 3501 SEATTLE WA 98010 |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP. | DAVID H. ZIELKE, ESQUIRE 1301 SECOND AVENUE, WMC 3501 SEATTLE WA 98010 |
| WASHINGTON MUTUAL MORTGAGE SEC. CORP. | DAVID H. ZIELKE 1301 SECOND AVENUE, WMC 3501 SEATTLE WA 98010 |
| WASHINGTON MUTUAL MORTGAGE SECURITIES | CORP. C/O MICHAEL D. COYNE WASHINGTON MUTUAL BANK 623 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10022 |
| WASHINGTON MUTUAL MORTGAGE SECURITIES | DAVID H. ZIELKE, ESQUIRE WMC 3501 1301 SECOND AVENUE SEATTLE WA 98010 |
| WASHINGTON MUTUAL MORTGAGE SECURITIES | DAVID H. ZIELKE, ESQUIRE WMD 3501 1301 SECOND AVENUE SEATTLE WA 98010 |
| WATSON, MARK AND KELLY | PMB 198 4916 POINT FOSDICK DR NW GIG HARBOR WA 98335 |
| WESSEL, PAUL S. | 811 TOWNER PLACE LOUISVILLE KY 40223 |
| WESSMAN, DANIEL | 7616 PALOMINO AVE NE OTSEGO MN 553300109 |
| WESTRIDGE II AND III, L.L.C. | (F/K/A WEST PROPERTIES II & III, L.P.) JERRY SHARPE - BELIN LAW FIRM 666 WALNUT STREET SUITE 2000 DES MOINES IA 50309-3989 |
| WETZEL, DANIEL P. | 776 YALE AVE SAINT LOUIS MO 63130 |
| WHEELER, PETER M | 7335 BROOKVIEW, UNIT 303 ELKRIDGE MD 21075 |
| WHITMAN TOWN | ATTN MARY BETH CARTER, TOWN COLLECTOR BOX 459 WHITMAN MA 02382 |
| WIELGUS, KATHLEEN | 548 N 5TH AVE DES PLAINES IL 60016 |
| WILKINSON, FAITH | 8775 CELESTE RD SARALAND AL 36571 |
| WILKINSON, FAITH C | 8775 CELESTE RD SARALAND AL 36571 |
| WILLIAMS, ROBIN | 13695 DEER HILL PL MORENO VALLEY CA 92553 |
| WILLIAMS, SHARON M. | 3805 MARY AVENUE BALTIMORE MD 21206 |
| WINDHAM REVENUE DEPARTMENT | PO BOX 195 WILLIMANTIC CT 06226 |
| WYRICK, RICHARD | 6220 RUSSWOOD DR PLEASANT GDN NC 273139536 |
| YAKIMA COUNTY TREASURER | PO BOX 22530 YAKIMA WA 98907 |

| Claim Name | Address Information |
|---|---|
| YVONNE MUKASE | 3509 LUPINE COURT HYATTSVILLE MD 20784 |
| ZYLSTRA, JERRY J | 247 GOLD PAN WAY DAYTON NV 89403 |

**Total Creditor count  231**