# EXHIBIT A

| Litigation | Defendants | Transactions[1] |
|---|---|---|
| *Plumbers' & Pipefitters' Local # 562 Supplemental Plan & Trust v. J.P. Morgan Acceptance Corp. I, et al.* No. 08-cv-1713 (E.D.N.Y.) | J.P. Morgan Acceptance Corporation I<br>J.P. Morgan Securities Inc.<br>David M. Duzyk<br>Louis Schioppo, Jr.<br>Christine E. Cole<br>Edwin F. McMichael | JPALT 2006-A3<br>JPALT 2006-A4<br>JPALT 2006-A5<br>JPALT 2006-A6<br>JPALT 2006-S3<br>JPMMT 2006-A5<br>JPMMT 2006-A6<br>JPMMT 2006-A7<br>JPMMT 2006-S2<br>JPMMT 2007-S1 |
| *Fort Worth Employees' Ret. Fund v. J.P. Morgan Chase & Co., et al.* No. 09-cv-03701 (S.D.N.Y.) | JPMorgan Chase & Co.<br>J.P. Morgan Securities Inc.<br>J.P. Morgan Mortgage Acquisition Corp.<br>J.P. Morgan Acceptance Corporation I<br>Brian Bernard<br>Louis Schioppo Jr.<br>Christine E. Cole<br>David M. Duzyk<br>William King<br>Edwin F. McMichael | JPALT 2007-A2<br>JPALT 2007-S1<br>JPMMT 2007-S2<br>JPMMT 2007-S3<br>JPMMT 2007-A3<br>JPMMT 2007-A4<br>JPMMT 2007-A6 |
| *Federal Home Loan Bank of Pittsburgh v. J.P. Morgan Securities Inc., et al.* No. GD-09016892 (Ct. of Common Pleas, Allegheny County, Pa.) | JPMorgan Chase & Co.<br>J.P. Morgan Securities Inc.<br>J.P. Morgan Mortgage Acquisition Corp.<br>J.P. Morgan Acceptance Corporation I<br>Chase Home Finance, L.L.C. | JPMMT 2006-S2<br>JPMMT 2007-A6 |
| *Ambac Assurance Corporation v. EMC Mortgage Corporation* 08 Civ. 9464 (RMB) (THK) In the United States District Court for the Southern | EMC Mortgage Corporation | SACO 2006-2<br>SACO 2006-8<br>BSSLT 2007-1 |

---

[1] JPALT = J.P. Morgan Alternative Loan Trust; JPMMT = J.P. Morgan Mortgage Trust; SAMI: Structured Asset Mortgage Investments; BSABS: Bear Stearns Asset Backed Securities; BSMF: Bear Stearns Mortgage Funding; WMALT: Washington Mutual Mortgage Pass-Through Certificates; BSSLT: Bear Stearns Second Lien Trust.

| Litigation | Defendants | Transactions[1] |
|---|---|---|
| District of New York | | |
| *In re Bear Stearns Mortgage pass-Through Certificates Litigation* No. 08 Civ. 8093 (LTS)(KNF) (S.D.N.Y.) | Structured Asset Mortgage Investments II, Inc. Bear, Stearns & Co. Inc. J.P. Morgan Securities, Inc. EMC Mortgage Corp. Bear Stearns Asset Backed Securities I, LLC Jeffrey L. Verschleiser Michael B. Nierenberg Jeffrey Mayer Thomas F. Marano Matthew E. Perkins Joseph T. Jurkowski, Jr. Samuel L. Molinaro, Jr. Kim Lutthans Katherine Garniewski | SAMI 2006-AR5 |
| *Federal Home Loan Bank of Seattle v. Bear, Stearns & Co. Inc., et al.* No. 09-2-46319-1 SEA (Sup. Ct., King Co., Wash.) | Bear, Stearns & Co. Inc. Structured Asset Mortgage Investments II, Inc. The Bear Stearns Companies Inc. | SAMI 2007-AR7 |
| *Federal Home Loan Bank of San Francisco v. Credit Suisse Securities (USA) LLC, et al.* No. CGS-10-497840 (Sup. Ct. San Francisco Co., Ca.) | J.P. Morgan Securities, Inc. (f/k/a/ Bear, Stearns & Co. Inc.) The Bear Stearns Companies, LLC (f/k/a The Bear Stearns Companies, Inc.) Structured Asset Mortgage Investments II, Inc. | SAMI 2007-AR5 |
| *Cambridge Place Investment Management Inc. v. Morgan Stanley & Co., Inc. et al.* No. 10-2741 (Sup. Ct. Suffolk Co., Mass.) | J.P. Morgan Securities, Inc. J.P. Morgan Acceptance Corp. I Bear Stearns Asset Backed Securities I, LLC Long Beach Securities Corp. Structured Asset Mortgage Investments II, Inc. SACO I Inc. Washington Mutual Securities Corp. | BSABS 2005-HE8 BSMF 2007-SL2 SACO 2005-2 SACO 2005-3 SACO 2005-4 SACO 2005-7 |

| Litigation | Defendants | Transactions[1] |
|---|---|---|
| *Federal Home Loan Bank of Chicago v. Banc of America Securities LLC, et al.* No. LC091499 | J.P. Morgan Acceptance Corporation I<br>J.P. Morgan Securities, Inc.<br>JPMorgan Securities Holdings LLC<br>JPMorgan Chase & Co. | JPALT 2006-A5<br>JPMMT 2006-A5 |
| *Federal Home Loan Bank of San Francisco v. Deutsche Bank Securities, et al.* CGC-10-497839 | J.P. Morgan Securities, Inc. (f/k/a/ Bear, Stearns & Co. Inc.)<br>Structured Asset Mortgage Investments II, Inc.<br>The Bear Stearns Companies, LLC (f/k/a The Bear Stearns Companies, Inc.)<br>WaMu Capital Corp.<br>Washington Mutual Securities Corp. | WMALT 2005-5<br>WMALT 2005-8<br>WMALT 2006-1<br>WMALT 2006-3 |
| *The Charles Schwab Corporation v. J.P. Morgan Securities, Inc., et al.*, No. 10-04522 JSW (N.D. Cal) | J.P. Morgan Securities Inc.<br>Bear Stearns Asset Backed Securities I LLC | BSABS 2006-AC2 |
| *The Charles Schwab Corporation v. J.P. Morgan Securities Inc., et al*, No. 3-10- 04523 JSW (N.D. Cal.) | JP Morgan Securities Inc<br>Bear Stearns Asset Backed Securities I LLC;<br>Chase Mortgage Finance Corporation<br>J.P. Morgan Acceptance Corporation I<br>JPMorgan Securities Holding LLC | JPMMT 2007-S1 |