IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                        :    Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                               :
                                                              :    Jointly Administered
          Debtors.                                            :
                                                              :    Ref. Docket No. 9591
---------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 3, 2011, I caused to be served the "Notice of Motion," dated December 22, 2010, to which was attached the "Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Plan Trustee to Return or Destroy all Hard Copy Loan Files," dated December 22, 2010 [Docket No. 9591], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    Samuel Garcia

Sworn to before me this
3rd day of January, 2011

Notary Public

> Cassandra Murray
> NOTARY PUBLIC STATE OF NEW YORK
> No 01MU6220179
> Qualified in the County of Queens
> Commission Expires April 12, 2014

T:\Clients\AHM\Affidavits\Destroy all Hard Copy Loans Mtn_DI 9591_SUPP AFF_1-3-11.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| BROOKLYN LEGAL SERVICES | 975 HEGEMAN AVE. BROOKLYN NY 11208 |
| DEBBIE ACQUISITO | 9319 65TH AVENUE E BRADENTON FL 34202 |
| FLORENCE DANDRIDGE | 198 PARK AVENUE STATEN ISLAND NY 10302 |
| GRACIE GRAVES | 406 DIVISION AVENUE, NE WASHINGTON DC 20019 |
| HOPE DEL CAROL | OREGON LAW CENTER 921 SW WASHINGTON, SUITE 516 PORTLAND OR 97205 |
| MARGARET BECKER | STATEN ISLAND LEGAL SERVICES 36 RICHMOND TERRACE, SUITE 205 STATEN ISLAND NY 10301 |
| MEGHAN FAUX | SOUTH BROOKLYN LEGAL SERVICES 105 COURT STREET, 3RD FLOOR BROOKLYN NY 11210 |
| PETER BIBLER | LEGAL ASST. FOUNDATION OF METRO CHICAGO 111 WEST JACKSON BLVD, 3RD FLOOR CHICAGO IL 60604 |
| RAWLE ANDREWS | AARP MARYLAND 200 ST. PAUL PLACE, SUITE 2510 BALTIMORE MD 21202 |
| TAMARA F. JUSHNIR GROMAN | LEGAL ASST. FOUNDATION OF METRO CHICAGO 111 WEST JACKSON BLVD, 3RD FLOOR CHICAGO IL 60604 |

**Total Creditor count  10**