**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------- x | | |
| In re: | : | |
| | : | Chapter 11 Case |
| AMERICAN HOME MORTGAGE | : | |
| HOLDINGS, INC., *et al.* [1], | : | No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors | : | |
| | : | |
| ------------------------------------------------------- x | | |
| THE OFFICIAL COMMITTEE OF | : | |
| UNSECURED CREDITORS OF AMERICAN | : | |
| HOME MORTGAGE HOLDINGS, INC., *et al.*,[2] | : | Adv. Proc. Nos. |
| | : | [See Attached Exhibits A, B and C] |
| Plaintiff, | : | |
| | : | |
| -against – | : | |
| | : | |
| [SEE ATTACHED EXHIBITS A, B and C], | : | |
| | : | |
| Defendants. | x | |

**STATUS REPORT**

Plaintiff hereby submits the following status report pursuant to the Court's Scheduling Orders filed on November 17, 2009, December 14, 2009 and February 18, 2010:

1.    A copy of the Status Report for the adversary proceedings governed by the November 17, 2009 Scheduling Order is attached hereto as Exhibit "A."

---

[1] The Debtors are American Home Mortgage Holdings, Inc., American Home Mortgage Acceptance, Inc., American Home Mortgage Corp., American Home Mortgage Investment Corp., American Home Mortgage Servicing, Inc., American Home Mortgage Ventures LLC, Homegate Settlement Services, Inc., and Great Oak Abstract Corp.

[2] As of November 30, 2010 (the "Effective Date"), the Chapter 11 Plan of Liquidation of the Debtors went effective and pursuant to the terms thereof and the Plan Trust Agreement, the Trust was created and Steven D. Sass (the "*Plan Trustee*") was appointed as trustee of the Trust. The Plan Trustee is the successor in interest to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* with regard to these adversary proceedings.

2. A copy of the Status Report for the adversary proceedings governed by the December 14, 2009 Scheduling Order is attached hereto as Exhibit "B."

3. A copy of the Status Report for the adversary proceedings governed by the February 18, 2010 Scheduling Order is attached hereto as Exhibit "C."

4. The undersigned remains available should the Court have any questions concerning the above.

Dated: Wilmington, Delaware
January 7, 2011

**BLANK ROME LLP**

*/s/ Victoria Guilfoyle*
Bonnie Glantz Fatell (No. 3809)
Victoria Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

-and-

**HAHN & HESSEN LLP**
Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel for the Plan Trustee*

# EXHIBIT A

EXHIBIT A

| Adv. Proc No. | Defendant | Responsible Law Firm | Category | Comments |
|---|---|---|---|---|
| 09-51543 | BRINK'S COMMUNICATIONS | Blank Rome LLP and Hahn & Hessen LLP | A | Service is incomplete because we believe the defendant is no longer in business. |
| 09-51701 | KALEE INVESTMENTS and PRINCIPLE EQUITY PROPERTIES | Blank Rome LLP and Hahn & Hessen LLP | A | Service is incomplete because we believe the defendant is no longer in business. |
| 09-51627 | THE SRS GROUP INC | Blank Rome LLP and Hahn & Hessen LLP | A | Service is incomplete because we believe the defendant is no longer in business. |
| 09-51597 | DESIGN CIRCLES | Blank Rome LLP and Hahn & Hessen LLP | C | Court entered Default Judgment on December 1, 2010. |
| 09-51533 | A-1 PROFESSIONAL CLEANING & MAINTENANCE SERVICES, INC | Blank Rome LLP and Hahn & Hessen LLP | D | Default Judgement entered on May 24, 2010. Settlement approved in the 12th omnibus 9019 motion and satisfaction of judgment has been filed. |
| 09-51536 | AMC TRANSFER | Blank Rome LLP and Hahn & Hessen LLP | D | Default Judgement entered on May 24, 2010. Settlement was approved in the 12th omnibus 9019 and satisfaction of judgment has been filed. |
| 09-51687 | ILINC COMMUNICATIONS | Blank Rome LLP and Hahn & Hessen LLP | D | Settlement approved in the 12th omnibus 9019 and will be dismissed once all payments are received. |
| 09-51742 | OUTSOURCE SOLUTIONS LLC | Blank Rome LLP and Hahn & Hessen LLP | D | Settlement approved in the 12th omnibus 9019 and matter has been dismissed. |
| 09-51763 | PLACEMENT SOLUTION, INC. | Blank Rome LLP and Hahn & Hessen LLP | D | Although Default Judgment was entered on May 21, 2010, the parties have reached a settlement. |
| 09-51758 | QUANTITATIVE RISK MANAGEMENT | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in the 12th omnibus 9019 and matter was dismissed. |
| 09-51739 | ON GUARD SECURITY SERVICES,INC | Blank Rome LLP and Hahn & Hessen LLP | F | Mediation completed, fact discovery completed, expect to complete expert discovery, if any, by end of January 2011 pursuant to the scheduling order. |
| 09-51761 | PMC INVESTIGATIONS & SECURITY | Blank Rome LLP and Hahn & Hessen LLP | F | Mediation completed, fact discovery completed, expect to complete expert discovery, if any, by end of January 2011 pursuant to the scheduling order. |
| 09-51680 | RAPID ACCESS COMMUNICATION ENT | Blank Rome LLP and Hahn & Hessen LLP | E | Settled and will dismiss once settlement payments are made in full |
| 09-51611 | VECTOR CONSULTING, INC | Blank Rome LLP and Hahn & Hessen LLP | F | Mediation completed, expect to complete expert discovery by mid-January 2011 pursuant to the scheduling order. |
| 09-51547 | CFN FINANCE, INC. d/b/a CFN FINANCIAL INC | Blank Rome LLP and Hahn & Hessen LLP | G | A mediator was appointed and mediation is expected to take place in January 2011. |
| 09-51767 | EXPERIAN | Blank Rome LLP and Hahn & Hessen LLP | G | A mediator was appointed and mediation is expected to take place in November of 2010. |
| 09-51697 | IRON MOUNTAIN OFF-SITE DATA PROTECTION INC. d/b/a IM- OFF SITE DATA PROTECTION | Blank Rome LLP and Hahn & Hessen LLP | G | A mediator was appointed and mediation is expected to take place in November of 2010. |
| 09-51696 | IRON MOUNTAIN RECORDS MGMT | Blank Rome LLP and Hahn & Hessen LLP | G | A mediator was appointed and mediation is expected to take place in November of 2010. |
| 09-51698 | J LAURIE COMMERCIAL FLOORS INC | Blank Rome LLP and Hahn & Hessen LLP | E | Settled and matter will be dismissed once settlement is consumated. |
| 09-51551 | CB CONTRACTORS INC | Blank Rome LLP and Hahn & Hessen LLP | F | Discovery is under way and expected to be completed by February 2011. |

EXHIBIT B

| Adv. Proc No. | Defendant | Responsible Law Firm | Category | Comments |
|---|---|---|---|---|
| 09-51690 | WPH ARLINGTON, LLC d/b/a SHERATON CHICAGO NORTHWEST | Blank Rome LLP and Hahn & Hessen LLP | C | Default Judgment entered on June 11, 2010. |
| 09-52297 | VARGA BERGER LEDSKY HAYES & CASEY, P.C. | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 11th Omnibus 9019 Motion and matter will be dismissed once all settlement payments are made. |
| 09-52300 | TRADE SHOW FABRICATIONS, INC. | Blank Rome LLP and Hahn & Hessen LLP | F | Mediation completed, fact discovery completed and expect to complete expert discovery, if any, by end of February 2011 as per the scheduling order. |

Exhibit C

| Adv. Proc No. | Defendant | Responsible Law Firm | Category | Comments |
|---|---|---|---|---|
| 10-50003 | WAREHOUSELINE, LTD | Blank Rome LLP and Hahn & Hessen LLP | E | Settled.  Matter will be dismissed this month. |