IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the JPMorgan Chase Bank, National Association in the above referenced cases, and on the 7th day of January, 2011, she caused a copy of the following:

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF THE JPM LITIGATION DEFENDANTS TO THE MOTION OF THE PLAN TRUSTEE FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554 AUTHORIZING THE PLAN TRUSTEE TO RETURN OR DESTROY ALL HARD COPY LOAN FILES**
**[D.I. 9650]**

to be served upon the parties identified on the attached list in the manner indicated.

                                          */s/ Frances A. Panchak*
                                          Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 10th day of January, 2011.

                                          Notary Public

*[Notary seal: MICHELLE L. IFILL, MY COMMISSION EXPIRES OCT. 26, 2011, NOTARY PUBLIC, STATE OF DELAWARE]*

{519.005-W0012381.}

**VIA HAND DELIVERY**
(Counsel to Debtors)
Sean M. Beach, Esq.
Margaret Whiteman Greecher, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West St., 17th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL and FACSIMILE**
(Counsel to Plan Trustee)
Mark S. Indelicato
Edward L. Schnitzer
Hahn & Hessen LLP
488 Madison Ave.
New York, NY 10022
Facsimile No. 212-478-7400

**VIA HAND DELIVERY**
Office of the United States Trustee
 For the District of Delaware
844 King Street, Suite 2207
Wilmington, DE 19801