IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------- x
In re:                                              :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al., ¹  :
                                                    :    Jointly Administered
        Debtors.                                    :
                                                    :    Ref. Nos. 9355, 9562, 9563, 9567 and 9568
--------------------------------------------------- x
```

## CERTIFICATION OF COUNSEL WITH RESPECT TO ORDER APPROVING INTERIM FEE REQUESTS REGARDING PROFESSIONALS

On or about December 14, 2010, the professionals (the "Professionals") retained

by the above-captioned debtors and debtors in possession (the "Debtors") and the and the

Official Committee of Unsecured Creditors filed the interim quarterly fee requests [Docket No.

9355, 9562, 9563, 9567 and 9568] (the "Interim Fee Requests").  Pursuant to the Interim Fee

Request, the Professionals requested the Court to enter an order authorizing and approving

interim quarterly allowance of compensation and reimbursement of expenses for all interim fee

applications filed during the quarterly period covering through and including October 31, 2010.

---

¹  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland
corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a
Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a
New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company
(1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New
York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

As no objections to the Interim Fee Request were filed, attached hereto as <u>Exhibit</u> <u>1</u> is a proposed form of order (the "<u>Proposed Order</u>") approving the Interim Fee Request.  The Professionals  respectfully request the Court to enter the Proposed Order at its earliest convenience without further notice of hearing.

Dated: Wilmington, Delaware
      January 10, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

<u>/s/ *Sean M. Beach*</u>
Sean M. Beach (No. 4070)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

Co-Counsel to the Plan Trustee

YCST01:9908229.3      066585.1001

# EXHIBIT 1

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

```
------------------------------------------------------- x
In re:                                                  :   Chapter 11
                                                        :
AMERICAN HOME MORTGAGE                                   :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al., 2       :
                                                        :   Jointly Administered
                                                        :
     Debtors.                                           :
                                                        :   Ref. Nos. 9355, 9562, 9563, 9567, 9568
------------------------------------------------------- x
```

## ORDER APPROVING INTERIM FEE REQUESTS REGARDING PROFESSIONALS

Upon consideration of the interim fee requests ("Fee Requests") of the professionals in the above-captioned chapter 11 cases (collectively, the "Professionals"), a list of which is attached hereto as Exhibit A, for allowance of compensation and reimbursement of expenses (collectively, the "Applications"); and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code (the "Bankruptcy Code"), as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), have been satisfied; and it further appearing that the fees and expenses incurred were reasonable and necessary; and that notices of the Fee Requests were appropriate; and after due deliberation and sufficient good cause appearing therefor; it is hereby

---

2  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

YCST01:9908229.3                                                                    066585.1001

ORDERED, that the Fee Requests are hereby APPROVED in the amounts set forth in Exhibit A; and it is further

ORDERED, that the Professionals are granted interim allowance of compensation in the amounts set forth on Exhibit A; and it is further

ORDERED, that the Professionals are allowed, on an interim basis, the reimbursement of reasonable and necessary expenses in the amounts set forth on Exhibit A; and it is further

ORDERED, that the Debtors are authorized and directed to remit payment to Professionals in the amounts set forth on Exhibit A, less all amounts previously paid on account of such fees and expenses.

Dated: January ___, 2011
      Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge

YCST01:9908229.3
066585.1001

# EXHIBIT A

YCST01:9908229.3

066585.1001

**Thirteenth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 9567]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 7/1/10-7/31/10<br>10/18/10<br>9340 | 178,394.00 | 7,899.05 |
| 8/1/10-8/31/10<br>11/24/10<br>9502 | 366,599.50 | 24,695.89 |
| 9/1/10-9/30/10<br>12/14/10<br>9564 | 403,153.50 | 25,103.76 |
| Totals | 948,147.00 | 57,698.70 |

7

066585.1001

**Twelfth Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional for the Debtors [D.I. 9567]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 6/1/10-6/30/10<br>9/24/10<br>9260 | 5,205.00 | 178.91 |
| 7/1/10-7/31/10<br>9/29/10<br>9277 | 1,389.00 | 217.34 |
| Totals | 6,594.00 | 396.25 |

YCST01:9908229.3                                                                                    066585.1001

**Thirteenth Interim Fee Request of Cadwalader, Wickersham & Taft LLP [D.I. 9567]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 8/1/2010 – 10/31/10<br>12/13/10<br>9553 | 510,580.50 | 19,432.90 |
| Totals | 510,580.50 | 19,432.90 |

YCST01:9908229.3

066585.1001

**Thirteenth Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP [D.I. 9567]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 8/1/10-8/31/10<br>9/28/10<br>9274 | 15,063.50 | 798.16 |
| 9/1/10-9/30/10<br>12/7/10<br>9538 | 41,573.50 | 469.70 |
| Totals | 56,637.00 | 1,267.86 |

YCST01:9908229.3                                                              066585.1001

**Thirteenth Interim Fee Request of BDO Seidman, LLP, Financial Advisor to the Committee of Unsecured Creditors [D.I. 9568]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 8/1/10-8/31/10<br>9/21/10<br>9244 | 56,222.50 | 1,686.46 |
| 9/1/10-9/30/10<br>10/20/10<br>9357 | 55,769.00 | 1,622.36 |
| 10/1/10-10/31/10<br>11/30/10<br>9518 | 34,721.25 | 1,945.17 |
| Totals | 146,712.75 | 5,253.99 |

11

066585.1001

**Tenth Interim Fee Request of Blank Rome, LLP, Counsel to the Committee of Unsecured Creditors [D.I. 9562]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 4/1/10-4/30/10<br>10/7/10<br>9296 | 12,533.50 | 894.37 |
| 5/1/10-5/31/10<br>10/7/10<br>9297 | 20,101.00 | 3,391.92 |
| 6/1/10-6/30/10<br>10/7/10<br>9299 | 19,028.50 | 2,968.78 |
| Totals | 51,663.00 | 7,255.07 |

**Eleventh Interim Fee Request of Blank Rome, LLP, Counsel to the Committee of Unsecured Creditors [D.I. 9563]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 7/1/10-7/31/10<br>10/7/10<br>9300 | 7,969.50 | 170.18 |
| 8/1/10-8/31/10<br>10/7/10<br>9302 | 8,610.00 | 562.45 |
| 9/1/10-9/30/10<br>12/1/10<br>9520 | 9,925.50 | 1,548.53 |
| 10/1/10-10/31/10<br>12/2/10<br>9521 | 11,429.00 | 3,864.74 |
| Totals | 37,934.00 | 6,145.90 |

**Eleventh Interim Fee Request of Hahn & Hessen LLP, Counsel to the Committee of Unsecured Creditors [D.I. 9355]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 2/1/10-2/28/10 8/5/10 9086 | 157,841.50 | 1,090.89 |
| 3/1/10-3/31/10 10/7/10 9303 | 178,273.50 | 2,222.00 |
| 4/1/10-4/30/10 10/7/10 9304 | 199,071.50 | 1,344.83 |
| Totals | 535,186.50 | 4,657.72 |

YCST01:9908229.3

066585.1001