IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :   Jointly Administered
                        Debtors.                                         :
------------------------------------------------------------------------ x

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

> March 9, 2011 at 3:00 p.m.
> April 6, 2011 at 11:00 a.m.
> May 6, 2011 at 2:00 p.m.

Dated: January 11, 2011
Wilmington, Delaware

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

YCST01:7856483.8                                                                                    066585.1001