**EXHIBIT A**

**Thirteenth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 9567]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 7/1/10-7/31/10 10/18/10 9340 | 178,394.00 | 7,899.05 |
| 8/1/10-8/31/10 11/24/10 9502 | 366,599.50 | 24,695.89 |
| 9/1/10-9/30/10 12/14/10 9564 | 403,153.50 | 25,103.76 |
| Totals | 948,147.00 | 57,698.70 |

YCST01:9908229.3

066585.1001

**Twelfth Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional for the Debtors [D.I. 9567]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 6/1/10-6/30/10 9/24/10 9260 | 5,205.00 | 178.91 |
| 7/1/10-7/31/10 9/29/10 9277 | 1,389.00 | 217.34 |
| Totals | 6,594.00 | 396.25 |

**Thirteenth Interim Fee Request of Cadwalader, Wickersham & Taft LLP [D.I. 9567]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 8/1/2010 – 10/31/10<br>12/13/10<br>9553 | 510,580.50 | 19,432.90 |
| Totals | 510,580.50 | 19,432.90 |

9

**Thirteenth Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP [D.I. 9567]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 8/1/10-8/31/10<br>9/28/10<br>9274 | 15,063.50 | 798.16 |
| 9/1/10-9/30/10<br>12/7/10<br>9538 | 41,573.50 | 469.70 |
| Totals | 56,637.00 | 1,267.86 |

YCST01:9908229.3

066585.1001

**Thirteenth Interim Fee Request of BDO Seidman, LLP, Financial Advisor to the Committee of Unsecured Creditors [D.I. 9568]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 8/1/10-8/31/10 <br> 9/21/10 <br> 9244 | 56,222.50 | 1,686.46 |
| 9/1/10-9/30/10 <br> 10/20/10 <br> 9357 | 55,769.00 | 1,622.36 |
| 10/1/10-10/31/10 <br> 11/30/10 <br> 9518 | 34,721.25 | 1,945.17 |
| Totals | 146,712.75 | 5,253.99 |

11

**Tenth Interim Fee Request of Blank Rome, LLP, Counsel to the Committee of Unsecured Creditors [D.I. 9562]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 4/1/10-4/30/10<br>10/7/10<br>9296 | 12,533.50 | 894.37 |
| 5/1/10-5/31/10<br>10/7/10<br>9297 | 20,101.00 | 3,391.92 |
| 6/1/10-6/30/10<br>10/7/10<br>9299 | 19,028.50 | 2,968.78 |
| Totals | 51,663.00 | 7,255.07 |

**Eleventh Interim Fee Request of Blank Rome, LLP, Counsel to the Committee of Unsecured Creditors [D.I. 9563]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 7/1/10-7/31/10<br>10/7/10<br>9300 | 7,969.50 | 170.18 |
| 8/1/10-8/31/10<br>10/7/10<br>9302 | 8,610.00 | 562.45 |
| 9/1/10-9/30/10<br>12/1/10<br>9520 | 9,925.50 | 1,548.53 |
| 10/1/10-10/31/10<br>12/2/10<br>9521 | 11,429.00 | 3,864.74 |
| Totals | 37,934.00 | 6,145.90 |

YCST01:9908229.3

066585.1001

**Eleventh Interim Fee Request of Hahn & Hessen LLP, Counsel to the Committee of Unsecured Creditors [D.I. 9355]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 2/1/10-2/28/10 8/5/10 9086 | 157,841.50 | 1,090.89 |
| 3/1/10-3/31/10 10/7/10 9303 | 178,273.50 | 2,222.00 |
| 4/1/10-4/30/10 10/7/10 9304 | 199,071.50 | 1,344.83 |
| Totals | 535,186.50 | 4,657.72 |

YCST01:9908229.3

066585.1001