# EXHIBIT II

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
          Debtors.                                                     :
                                                                       :   Ref. Docket No. ___
---------------------------------------------------------------------- x

**ORDER SUSTAINING DEBTORS' SEVENTIETH OMNIBUS
(NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the seventieth omnibus (non-substantive) objection to claims (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B, C and D attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

2

due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A, B and C are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit D are hereby reassigned to the New Case Numbers as indicated on Exhibit D; and it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       February ____, 2011

                                          _____
                                          CHRISTOPHER S. SONTCHI
                                          UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Amended Claims**

# Exhibit A

## Amended Claims

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| DUCHENE, RENEE<br>6980 E SAHUARO DR APT 1059<br>SCOTTSDALE, AZ 852545294 | 1796 | 10/29/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$352.00 (U)<br>$352.00 (T) | 2072 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$256.00 (U)<br>$256.00 (T) |
| KRIEGER, JENNIFER<br>6 PONDVIEW DR APT 4<br>EAST PATCHOGUE, NY 117726832 | 1585 | 10/15/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,010.70 (U)<br>$1,010.70 (T) | 6795 | 1/2/08 | 07-11051 | - (S)<br>- (A)<br>$1,010.59 (P)<br>- (U)<br>$1,010.59 (T) |
| ROELLER, SHARLINE<br>7730 COAST JAY ST<br>N LAS VEGAS, NV 89084 | 115 | 8/28/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,611.20 (U)<br>$1,611.20 (T) | 10199 | 4/10/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,611.20 (U)<br>$1,611.20 (T) |
| Totals: | 3 Claims | | | - (S)<br>- (A)<br>- (P)<br>$2,973.90 (U)<br>$2,973.90 (T) | | | | - (S)<br>- (A)<br>$1,010.59 (P)<br>$1,867.20 (U)<br>$2,877.79 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Duplicate Claim**

# Exhibit B

## Duplicate Claim

| Name/Address of Claimant | Objectionable Claim ||||  Surviving Claim ||||
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| JE TAIME HOOD<br>HHC 65TH MEDICAL BRIGADE UNIT 152<br>APO, AP 96205 | 10376 | 4/29/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$22,959.37 (U)<br>$22,959.37 (T) | 10325 | 4/29/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$22,959.37 (U)<br>$22,959.37 (T) |
| **Totals:** | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$22,959.37 (U)<br>$22,959.37 (T) | | | | - (S)<br>- (A)<br>- (P)<br>$22,959.37 (U)<br>$22,959.37 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Late Filed Claims**

# Exhibit C

## Late Filed Claims

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| BIXEL, CHRISTINA R<br>491 E 319TH STREET<br>WILLOWICK, OH 44095 | 10216 | 4/14/08 | 07-11051 | Unspecified* | 1/11/2008 |
| PERRY, JARRETT<br>2122 JULIA GOLDBACH AVE.<br>RONKONKOMA, NY 11779 | 10815 | 12/8/10 | 07-11047 | - (S)<br>- (A)<br>$1,200.00 (P)<br>- (U)<br>$1,200.00 (T) | 1/11/2008 |
| SHEPPARD, VERONICA<br>11 CORNELL RD<br>SHOREHAM, NY 11786 | 10814 | 11/19/10 | 07-11051 | Unspecified* | 1/11/2008 |
| Totals: | 3 Claims | | | - (S)<br>- (A)<br>$1,200.00 (P)<br>- (U)<br>$1,200.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Wrong Debtor Claims**

**Exhibit D**

**Wrong Debtor Claims**

| Name/Address of Claimant | Objectionable Claims ||||| New Case Number |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | | Case Number |
| BEUSCHLEIN, RHONDA L<br>3716 PARK RIDGE DR<br>NAMPA, ID 83687 | 753 | 9/14/07 | 07-11049 | $230.00<br>$230.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | 07-11051 |
| HASLER FINANCIAL SERVICES, LLC<br>ATTN STEVEN KLOAK<br>478 WHEELERS FARMS RD<br>MILFORD, CT 06461-9105 | 2982 | 11/23/07 | 07-11047 | $1,938.99<br>$1,938.99 | - (S)<br>- (A)<br>(P)<br>(U)<br>(T) | 07-11051 |
| MAURER, JOHN<br>503 SUDDEN VLY<br>BELLINGHAM, WA 98229-4809 | 345 | 9/6/07 | 07-11048 | $1,482.19<br>$1,482.19 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | 07-11051 |
| MAZELLA, MICHAEL G.<br>5450 E DESERT FOREST TRL<br>CAVE CREEK, AZ 85331-5577 | 346 | 9/6/07 | 07-11048 | $2,695.46<br>$2,695.46 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | 07-11051 |
| REMAX SUBURBAN REAL ESTATE INC.<br>STEVEN L. WOLVERS, PRESIDENT<br>102 1ST STREET SE<br>BONDURANT, IA 50035 | 10823 | 12/13/10 | 07-11047 | $2,000.00<br>$2,000.00 | - (S)<br>- (A)<br>(P)<br>(U)<br>(T) | 07-11051 |
| UNITED VANS LINES, LLC<br>ONE UNITED DRIVE<br>FENTON, MO 63026 | 10738 | 10/15/09 | 07-11047 | $30,000.00<br>$30,000.00 | - (S)<br>- (A)<br>(P)<br>(U)<br>(T) | 07-11051 |

——————— Objectionable Claims ———————    ——————— New Case Number ———————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | New Case Number |
|---|---|---|---|---|---|

**Totals:** 6 Claims

- (S)
- (A)
$4,407.65 (P)
$33,938.99 (U)
$38,346.64 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.