# EXHIBIT II

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x

In re:      :    Chapter 11

     :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :    Case No. 07-11047 (CSS)

a Delaware corporation, et al.,[1]    :

     :    Jointly Administered

     Debtors.    :

------------------------------------------------------------------------ x    **Ref. Docket No. _____**

### ORDER SUSTAINING DEBTORS' SEVENTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Seventy-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") reassigning, reclassifying, modifying and/or otherwise disallowing and expunging in full such Disputed Claims[2] identified on Exhibits A, B, C, D and E attached hereto; and it appearing that the Court has jurisdiction

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]    All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that, the Disputed Claims identified on the attached Exhibit A are hereby modified to the dollar values under the column titled "Modified Amount"; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit B, are hereby modified to the dollar values under the column titled "Modified Amount" and reclassified to the priority levels indicated in the column titled "Modified Amount" in Exhibit B; it is further

ORDERED that the Disputed Claims identified on the attached Exhibit C are hereby disallowed in their entirety; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit D are hereby reclassified to the priority levels indicated in the column titled "Modified Amount" in Exhibit D; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit E shall have the value affixed to such claim as indicated on Exhibit E and is hereby reassigned to the new case number as indicated in Exhibit E; it is further

ORDERED that the Debtors reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      February ___, 2011

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Modified Amount Claims**

# Exhibit A

## Modified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| ABRAMS, CAROLYN F.<br>7864 RED LION WAY<br>PASADENA, MD 21122 | 899 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$1,786.56 (P)<br>- (U)<br>$1,786.56 (T) | - (S)<br>- (A)<br>$1,488.80 (P)<br>- (U)<br>$1,488.80 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,488.80, which equals two weeks vacation pay for this claimant. |
| ALESSI, MARY ANN<br>1928 SMITH STREET<br>MERRICK, NY 11566 | 3486 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$2,280.51 (P)<br>- (U)<br>$2,280.51 (T) | - (S)<br>- (A)<br>$1,754.24 (P)<br>- (U)<br>$1,754.24 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,754.24, which equals two weeks vacation pay for this claimant. |
| ANNIS, JEANNIA<br>2714 FRANKLIN CT<br>LINDENHURST, IL 60046 | 750 | 9/13/07 | 07-11051 | - (S)<br>- (A)<br>$2,243.08 (P)<br>- (U)<br>$2,243.08 (T) | - (S)<br>- (A)<br>$1,869.23 (P)<br>- (U)<br>$1,869.23 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,869.23, which equals two weeks vacation pay for this claimant. |
| ARREOLA, ROSARIO T (ROSIE)<br>409 JUBILATION DR<br>LAS VEGAS, NV 89128 | 1963 | 11/9/07 | 07-11051 | - (S)<br>- (A)<br>$3,876.92 (P)<br>- (U)<br>$3,876.92 (T) | - (S)<br>- (A)<br>$1,846.15 (P)<br>- (U)<br>$1,846.15 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,846.15, which equals two weeks vacation pay for this claimant. |
| AUTENRIETH, VICTORIA R<br>110 FRANKLIN ST<br>NORTHPORT, NY 117683009 | 2545 | 11/19/07 | 07-11053 | - (S)<br>- (A)<br>$3,051.19 (P)<br>- (U)<br>$3,051.19 (T) | - (S)<br>- (A)<br>$2,179.50 (P)<br>- (U)<br>$2,179.50 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,179.50, which equals two weeks vacation pay for this claimant. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| BABINGER, BETSY<br>455 ANTWERP DR<br>HICKSVILLE, OH 43526 | 994 | 9/18/07 | 07-11051 | - (S)<br>- (A)<br>$4,900.00 (P)<br>- (U)<br>$4,900.00 (T) | - (S)<br>- (A)<br>$3,500.00 (P)<br>- (U)<br>$3,500.00 (T) | Claim relates to payout of unused vacation time.  Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000.  As a result, the claim should be modified and reduced to $3,500.00, which equals two weeks vacation pay for this claimant. |
| BALEWSKI, KELLI<br>8 FICUS ST<br>PORT JEFFERSON STATI, NY 11776 | 6173 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>$3,999.99 (P)<br>- (U)<br>$3,999.99 (T) | - (S)<br>- (A)<br>$3,076.92 (P)<br>- (U)<br>$3,076.92 (T) | Claim relates to payout of unused vacation time.  Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000.  As a result, the claim should be modified and reduced to $3,076.92, which equals two weeks vacation pay for this claimant. |
| BASRAI, DURRIYA<br>12 WINDSOR CT<br>STREAMWOOD, IL 60107 | 5985 | 12/20/07 | 07-11051 | - (S)<br>- (A)<br>$3,426.92 (P)<br>- (U)<br>$3,426.92 (T) | - (S)<br>- (A)<br>$3,115.38 (P)<br>- (U)<br>$3,115.38 (T) | Claim relates to payout of unused vacation time.  Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000.  As a result, the claim should be modified and reduced to $3,115.38, which equals two weeks vacation pay for this claimant. |
| BELMER, AARON<br>3101 WISMER AVE<br>SAINT LOUIS, MO 63114 | 89 | 8/27/07 | 07-11051 | - (S)<br>- (A)<br>$583.31 (P)<br>- (U)<br>$583.31 (T) | - (S)<br>- (A)<br>$490.38 (P)<br>- (U)<br>$490.38 (T) | Claim relates to payout of unused vacation time.  Per the Debtors' books and records, the claim should be modified and reduced to $490.38 to the amount owed to claimant for unused vacation time.  The claimant has not provided any documentation supporting a claim for a different amount. |
| BILICKI, EUGENE<br>36 JULIAN ST<br>HICKSVILLE, NY 11801 | 737 | 9/13/07 | 07-11051 | - (S)<br>- (A)<br>$5,993.08 (P)<br>- (U)<br>$5,993.08 (T) | - (S)<br>- (A)<br>$3,995.38 (P)<br>- (U)<br>$3,995.38 (T) | Claim relates to payout of unused vacation time.  Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000.  As a result, the claim should be modified and reduced to $3,995.38, which equals two weeks vacation pay for this claimant. |
| BLACKWELL, STACEY D<br>7201 CHIPPENHAM PL<br>APT # 203<br>BALTIMORE, MD 21244 | 2174 | 11/14/07 | 07-11051 | - (S)<br>- (A)<br>$2,472.60 (P)<br>- (U)<br>$2,472.60 (T) | - (S)<br>- (A)<br>$1,648.40 (P)<br>- (U)<br>$1,648.40 (T) | Claim relates to payout of unused vacation time.  Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000.  As a result, the claim should be modified and reduced to $1,648.40, which equals two weeks vacation pay for this claimant. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| BLAU, SHARYN M<br>281 PONDVIEW LN<br>SMITHTOWN, NY 11787 | 6793 | 1/2/08 | 07-11051 | - (S)<br>- (A)<br>$5,769.23 (P)<br>- (U)<br>$5,769.23 (T) | - (S)<br>- (A)<br>$3,846.15 (P)<br>- (U)<br>$3,846.15 (T) | Claim relates to unpaid wages. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,846.15, which equals two weeks vacation pay for this claimant. |
| BOARDMAN, MARILYN<br>14210 W VIRGINIA DR<br>LAKEWOOD, CO 80228 | 6253 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>$3,202.96 (P)<br>- (U)<br>$3,202.96 (T) | - (S)<br>- (A)<br>$2,669.14 (P)<br>- (U)<br>$2,669.14 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is entitled only to unused vacation pay. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,669.14, which equals two weeks vacation pay for this claimant.  The claimant has not provided any documentation supporting a claim for a different amount. |
| BRYAN, JEAN K<br>2132 N. CHARTER POINT DR<br>ARLINGTON HEIGHTS, IL 60004 | 7642 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$5,469.23 (P)<br>- (U)<br>$5,469.23 (T) | - (S)<br>- (A)<br>$3,038.46 (P)<br>- (U)<br>$3,038.46 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,038.46, which equals two weeks vacation pay for this claimant. |
| BURIAN, THOMAS A.<br>PO BOX 1076<br>PARK RIDGE, IL 60068 | 951 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$2,708.34 (P)<br>- (U)<br>$2,708.34 (T) | - (S)<br>- (A)<br>$1,346.15 (P)<br>- (U)<br>$1,346.15 (T) | Claim relates to payout of quarterly bonus and unused vacation time. As per the employee contract attached to the proof of claim, in order to receive payment of the quarterly bonus the employee must be employed on the scheduled payment date, which in this case was 8/10/07.  The employee is not entitled to the claimed bonus because he was terminated on 8/3/07 and, therefore, was not employed on the scheduled payment date. As a result, the claim should be modified and reduced to $1,346.15 to match Debtors' books and records for unused vacation pay owed to the claimant. |
| CARSON, JOSEPH M<br>15 DRIFTWOOD LN<br>EAST SETAUKET, NY 11733 | 3461 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$4,961.54 (P)<br>- (U)<br>$4,961.54 (T) | - (S)<br>- (A)<br>$2,480.76 (P)<br>- (U)<br>$2,480.76 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,480.76, which equals two weeks vacation pay for this claimant. |

**Objectionable Claim**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| CHA, JIN 5453 MAYFLOWER CT. ROLLING MEADOWS, IL 60008 | 1657 | 10/19/07 | 07-11051 | - (S) - (A) $2,944.80 (P) - (U) $2,944.80 (T) | - (S) - (A) $1,963.20 (P) - (U) $1,963.20 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,963.20, which equals two weeks vacation pay for this claimant. |
| CHATZIANTONIOU, TASO 37-37 REGATTA PL DOUGLASTON, NY 11363 | 384 | 9/7/07 | 07-11051 | - (S) - (A) $3,111.12 (P) - (U) $3,111.12 (T) | - (S) - (A) $2,461.54 (P) - (U) $2,461.54 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,461.54, which equals two weeks vacation pay for this claimant. |
| CHEGE, FREDERICK 12 MELROSE TERRACE NUM 13 WAKEFIELD, MA 01880 | 7060 | 1/4/08 | 07-11051 | - (S) - (A) $2,911.96 (P) - (U) $2,911.96 (T) | - (S) - (A) $1,941.31 (P) - (U) $1,941.31 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,941.31, which equals two weeks vacation pay for this claimant. |
| COLLINS, KENNETH R (KEN) 26 WYOMING DR HUNTINGTON STATION, NY 11746 | 3771 | 11/29/07 | 07-11051 | - (S) - (A) $6,337.69 (P) - (U) $6,337.69 (T) | - (S) - (A) $4,526.92 (P) - (U) $4,526.92 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $4,526.92, which equals two weeks vacation pay for this claimant. |
| CORBIN, DAVID L 1235 NAZARETH RD LEXINGTON, SC 290737774 | 5858 | 12/19/07 | 07-11051 | - (S) - (A) $1,270.00 (P) - (U) $1,270.00 (T) | - (S) - (A) $1,032.00 (P) - (U) $1,032.00 (T) | Modified to match Debtors' books and records for unused vacation pay owed to the claimant. Claimant is not entitled to sick / personal pay per company policy. |
| COURTNEY, TERRESA K. 218 CHEVAL SQUARE DR CHESTERFIELD, MO 63005-1637 | 1488 | 10/9/07 | 07-11051 | - (S) - (A) $9,519.23 (P) - (U) $9,519.23 (T) | - (S) - (A) $6,000.00 (P) - (U) $6,000.00 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $6,000.00. |

**Objectionable Claim**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| DARAGO, KATIE<br>9304 MADISON AVE<br>LAUREL, MD 20723 | 500 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$2,819.44 (P)<br>- (U)<br>$2,819.44 (T) | - (S)<br>- (A)<br>$2,168.80 (P)<br>- (U)<br>$2,168.80 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,168.66, which equals two weeks vacation pay for this claimant. |
| DEELY, CHRISTOPHER M<br>8 BOULDER LN<br>HORSHAM, PA 190441851 | 382 | 9/7/07 | 07-11051 | - (S)<br>- (A)<br>$1,480.00 (P)<br>- (U)<br>$1,480.00 (T) | - (S)<br>- (A)<br>$1,384.62 (P)<br>- (U)<br>$1,384.62 (T) | Modified to match Debtors' books and records for unused vacation pay owed to the claimant. Claimant is not entitled to sick / personal pay per company policy. |
| DI CARLO, CHARLES J.<br>486 EARTHWOOD CT<br>LOUISVILLE, KY 40245-5303 | 869 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$6,273.90 (P)<br>- (U)<br>$6,273.90 (T) | - (S)<br>- (A)<br>$5,576.92 (P)<br>- (U)<br>$5,576.92 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $5,576.92, which equals two weeks vacation pay for this claimant. |
| DISTEPHAN, MICHAEL F (MIKE)<br>2194 BELLEWOOD DR<br>MERRICK, NY 11566 | 2144 | 11/14/07 | 07-11051 | - (S)<br>- (A)<br>$5,605.77 (P)<br>- (U)<br>$5,605.77 (T) | - (S)<br>- (A)<br>$5,096.16 (P)<br>- (U)<br>$5,096.16 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $5,096.16, which equals two weeks vacation pay for this claimant. |
| DOLAN, MICHAEL F<br>6 SKYVUE CT<br>SOUTH SETAUKET, NY 11720 | 7891 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$10,230.77 (P)<br>- (U)<br>$10,230.77 (T) | - (S)<br>- (A)<br>$6,000.00 (P)<br>- (U)<br>$6,000.00 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser of two weeks of $6,000. As a result, the claim should be modified and reduced to $6,000.00. |
| FLAHERTY, MAUREEN<br>155 SOUTHGATE DR<br>MASSAPEQUA PK, NY 117623821 | 4879 | 12/7/07 | 07-11051 | - (S)<br>- (A)<br>$7,384.62 (P)<br>- (U)<br>$7,384.62 (T) | - (S)<br>- (A)<br>$4,615.38 (P)<br>- (U)<br>$4,615.38 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $4,615.38, which equals two weeks vacation pay for this claimant. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| FONTANELLI, DAVID A<br>3 SEABROOK CT<br>STONY BROOK, NY 11790 | 3692 | 11/28/07 | 07-11051 | - (S)<br>- (A)<br>$6,000.00 (P)<br>- (U)<br>$6,000.00 (T) | - (S)<br>$4,615.50 (P)<br>- (U)<br>$4,615.50 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $4,615.50, which equals two weeks vacation pay for this claimant. |
| FOWLER, RANDI L.<br>429 IRVINE CT<br>WHEELING, IL 60090 | 783 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>$1,782.00 (P)<br>- (U)<br>$1,782.00 (T) | - (S)<br>- (A)<br>$1,620.00 (P)<br>- (U)<br>$1,620.00 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,620.00, which equals two weeks vacation pay for this claimant. |
| GEHRING, GRETCHEN S.<br>830 CHURCHLAND CT<br>SAUGERTIES, NY 12477 | 556 | 9/11/07 | 07-11051 | - (S)<br>- (A)<br>$2,115.38 (P)<br>- (U)<br>$2,115.38 (T) | - (S)<br>- (A)<br>$1,923.08 (P)<br>- (U)<br>$1,923.08 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,923.08, which equals two weeks vacation pay for this claimant. |
| GOVINDU, KALYAN<br>12524 GREAT PINES COVE<br>FORT WAYNE, IN 46845 | 1436 | 10/5/07 | 07-11051 | - (S)<br>- (A)<br>$3,445.20 (P)<br>- (U)<br>$3,445.20 (T) | - (S)<br>- (A)<br>$2,544.24 (P)<br>- (U)<br>$2,544.24 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,544.24, which equals two weeks vacation pay for this claimant. |
| GRAVES, HEATHER M.<br>950 SPRING MEADOW DRIVE<br>DURHAM, NC 27713 | 812 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>$2,557.69 (P)<br>- (U)<br>$2,557.69 (T) | - (S)<br>- (A)<br>$1,951.92 (P)<br>- (U)<br>$1,951.92 (T) | Claim relates to payout of unused vacation and sick / holiday time. The claimant is not entitled to the sick / holiday pay portion of the claim per the Debtor's company policy. As a result, the claim should be modified and reduced to $1,951.92 to match Debtors' books and records for unused vacation pay owed to the claimant. |

_____ Objectionable Claim _____

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| GUSTAFSON, KATHY A<br>703 DAHLIA DRIVE<br>MONROEVILLE, PA 15146 | 5691 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>$1,682.69 (P)<br>- (U)<br>$1,682.69 (T) | - (S)<br>- (A)<br>$1,346.15 (P)<br>- (U)<br>$1,346.15 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,346.15, which equals two weeks vacation pay for this claimant. |
| HIGGINBOTHAM, LYNN G<br>1130 LILAC AVENUE<br>CHESAPEAKE, VA 23325 | 2015 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>$859.62 (P)<br>- (U)<br>$859.62 (T) | - (S)<br>- (A)<br>$469.62 (P)<br>- (U)<br>$469.62 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed $469.92 for unused vacation pay and the claimant has not provided any documentation supporting a claim for a different amount. As a result, the claim should be modified and reduced to match Debtors' books and records. |
| HOWELL, BARBARA J<br>508 MONTE VISTA DR<br>FORT WAYNE, IN 46814 | 5426 | 12/13/07 | 07-11051 | - (S)<br>- (A)<br>$2,135.04 (P)<br>- (U)<br>$2,135.04 (T) | - (S)<br>- (A)<br>$1,334.40 (P)<br>- (U)<br>$1,334.40 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,334.40, which equals two weeks vacation pay for this claimant. |
| HUMPHREY, RONDA C<br>1604 HOWARD PLACE<br>BALDWIN, NY 11510 | 7158 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$4,615.39 (P)<br>- (U)<br>$4,615.39 (T) | - (S)<br>- (A)<br>$3,076.92 (P)<br>- (U)<br>$3,076.92 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,076.92, which equals two weeks vacation pay for this claimant. |
| IGNACE, GLENN E<br>88 SAYBROOK AVENUE<br>HAMILTON, NJ 08619 | 4806 | 12/7/07 | 07-11051 | - (S)<br>- (A)<br>$3,868.40 (P)<br>- (U)<br>$3,868.40 (T) | - (S)<br>- (A)<br>$2,578.94 (P)<br>- (U)<br>$2,578.94 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,578.94, which equals two weeks vacation pay for this claimant. |
| JORGENSEN, ANNE MARIE<br>5013 63RD ST<br>WOODSIDE, NY 11377-5835 | 7770 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$7,234.81 (P)<br>- (U)<br>$7,234.81 (T) | - (S)<br>- (A)<br>$4,255.77 (P)<br>- (U)<br>$4,255.77 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $4,255.77, which equals two weeks vacation pay for this claimant. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| KAISER, CANDACE R<br>2615 COUNTRY RD 75<br>BUTLER, IN 46721 | 8135 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$3,380.10 (P)<br>- (U)<br>$3,380.10 (T) | - (S)<br>- (A)<br>$2,880.77 (P)<br>- (U)<br>$2,880.77 (T) | Claim relates to payout of unused vacation time.  Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000.  As a result, the claim should be modified and reduced to $2,880.77, which equals two weeks vacation pay for this claimant. |
| KESSLER, KATHRYN M.<br>124 GREELEY ST<br>SYCAMORE, IL 60178 | 691 | 9/13/07 | 07-11051 | - (S)<br>- (A)<br>$5,192.31 (P)<br>- (U)<br>$5,192.31 (T) | - (S)<br>- (A)<br>$3,461.54 (P)<br>- (U)<br>$3,461.54 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000.  As a result, the claim should be modified and reduced to $3,461.54, which equals two weeks vacation pay for this claimant. |
| KNIGHT, TERI<br>2471 S BAHAMA WAY<br>AURORA, CO 80013 | 9425 | 1/14/08 | 07-11051 | - (S)<br>- (A)<br>$2,526.34 (P)<br>- (U)<br>$2,526.34 (T) | - (S)<br>- (A)<br>$1,961.54 (P)<br>- (U)<br>$1,961.54 (T) | Claim relates to payout of unused vacation time.  Per the Debtors' books and records, the claim should be modified and reduced to $1,961.54 to the amount owed to claimant for unused vacation time.  The claimant has not provided any documentation supporting a claim for a different amount. |
| KOHL, RICHARD P.<br>32 AUDLEY CIR<br>PLAINVIEW, NY 11803 | 465 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$6,701.54 (P)<br>- (U)<br>$6,701.54 (T) | - (S)<br>- (A)<br>$5,584.62 (P)<br>- (U)<br>$5,584.62 (T) | Claim relates to payout of unused vacation time.  Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000.  As a result, the claim should be modified and reduced to $5,584.62, which equals two weeks vacation pay for this claimant. |
| KOSS, MARILYN J<br>150 SMETHWICK LANE<br>ELK GROVE VILLAGE, IL 60007 | 7718 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$4,159.62 (P)<br>- (U)<br>$4,159.62 (T) | - (S)<br>- (A)<br>$2,773.08 (P)<br>- (U)<br>$2,773.08 (T) | Claim relates to payout of unused vacation time.  Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000.  As a result, the claim should be modified and reduced to $2,773.08, which equals two weeks vacation pay for this claimant. |
| LALLI, JEANNE<br>379 SHERMAN AVE<br>HAWTHORNE, NY 10532 | 2445 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$10,613.07 (P)<br>- (U)<br>$10,613.07 (T) | - (S)<br>- (A)<br>$6,000.00 (P)<br>- (U)<br>$6,000.00 (T) | Claim relates to unpaid wages.  The claimant is not entitled to sick / personal pay as per the Debtor's company policy.  Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount.  Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser of two weeks or $6,000.  As a result, the claim should be modified and reduced to $6,000.00. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| LAMONICA, MICHELE A<br>30 MOHAWK PLACE<br>MASSAPEQUA, NY 11758 | 7495 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$4,961.54 (P)<br>- (U)<br>$4,961.54 (T) | - (S)<br>- (A)<br>$3,307.69 (P)<br>- (U)<br>$3,307.69 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,307.69, which equals two weeks vacation pay for this claimant. |
| LOGIUDICE, ALAN<br>30 MOHAWK PLACE<br>MASSAPEQUA, NY 11758 | 7496 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$2,860.00 (P)<br>- (U)<br>$2,860.00 (T) | - (S)<br>- (A)<br>$2,600.00 (P)<br>- (U)<br>$2,600.00 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,600.00, which equals two weeks vacation pay for this claimant. |
| MACORMAC, EVELYN W<br>106 W FAIR MEADOWS DR<br>CANONSBURG, PA 15317 | 6409 | 12/26/07 | 07-11051 | - (S)<br>- (A)<br>$2,414.42 (P)<br>- (U)<br>$2,414.42 (T) | - (S)<br>- (A)<br>$1,788.46 (P)<br>- (U)<br>$1,788.46 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unpaid vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,788.46, which equals two weeks vacation pay for this claimant. |
| MASSARINI, JUDITH A.<br>397 AURORA DR<br>MILLERSVILLE, MD 21108 | 555 | 9/11/07 | 07-11051 | - (S)<br>- (A)<br>$1,884.68 (P)<br>- (U)<br>$1,884.68 (T) | - (S)<br>- (A)<br>$1,346.15 (P)<br>- (U)<br>$1,346.15 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unpaid vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,346.15, which equals two weeks vacation pay for this claimant. |

Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| MCCAULEY, PAULA L<br>12915 LAFAYETTE ST UNIT G<br>THORNTON, CO 80241 | 7663 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$4,329.81 (P)<br>- (U)<br>$4,329.81 (T) | - (S)<br>- (A)<br>$2,278.85 (P)<br>- (U)<br>$2,278.85 (T) | Claim relates to payout of remaining Flexible Spending Account ("FSA") funds and unused vacation time. The FSA portion of the claim should be disallowed because the FSA was a benefit program related to medical expense funds offered by, and administered through, ADP, a non-debtor third party. The Debtors were not responsible for maintaining or dispensing such funds. In addition, the FSA program was a "use it or lose it" benefit program, which ADP terminated on the same date of an employee's termination of employment. Employees were required to submit claims for reimbursement of medical expenses incurred prior to the termination date to ADP (rather than the Debtors) on or before October 31, 2007. On information and belief, the claimant did not seek reimbursement for any such expenses. With respect to the unused vacation time portion of the claim, per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,278.85, which equals two weeks vacation pay for this claimant. |
| MCGINNIS, SARAH J<br>8137 SAGIMORE CT<br>FORT WAYNE, IN 46835 | 8175 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$5,225.00 (P)<br>- (U)<br>$5,225.00 (T) | - (S)<br>- (A)<br>$4,384.62 (P)<br>- (U)<br>$4,384.62 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $4,384.62, which equals two weeks vacation pay for this claimant. |
| MEEUWSE, CATHERINE S.<br>1703 MILES AVE<br>KALAMAZOO, MI 49001 | 241 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$882.00 (P)<br>- (U)<br>$882.00 (T) | - (S)<br>- (A)<br>$840.00 (P)<br>- (U)<br>$840.00 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $840.00, which equals two weeks vacation pay for this claimant. |
| MEYER, JANICE E (JAN)<br>7305 WAYNE TRACE<br>FORT WAYNE, IN 46816 | 5448 | 12/13/07 | 07-11051 | - (S)<br>- (A)<br>$5,169.23 (P)<br>- (U)<br>$5,169.23 (T) | - (S)<br>- (A)<br>$3,230.77 (P)<br>- (U)<br>$3,230.77 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,230.77, which equals two weeks vacation pay for this claimant. |

**Objectionable Claim**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| MONTOYA, SUSANA<br>4850-10 DORSEY HALL DR<br>ELLICOTT CITY, MD 21042 | 999 | 9/19/07 | 07-11051 | - (S)<br>- (A)<br>$3,748.59 (P)<br>- (U)<br>$3,748.59 (T) | - (S)<br>- (A)<br>$2,776.80 (P)<br>- (U)<br>$2,776.80 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,776.80, which equals two weeks vacation pay for this claimant. |
| MUELLER, KATHLEEN M.<br>302 16TH AVE.<br>BALTIMORE, MD 21225 | 418 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$3,230.76 (P)<br>- (U)<br>$3,230.76 (T) | - (S)<br>- (A)<br>$2,692.31 (P)<br>- (U)<br>$2,692.31 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,692.31, which equals two weeks vacation pay for this claimant. |
| MULLINS, STACY<br>177 BAYLAWN AVE<br>COPIAGUE, NY 11726 | 2092 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>$4,684.62 (P)<br>- (U)<br>$4,684.62 (T) | - (S)<br>- (A)<br>$3,346.16 (P)<br>- (U)<br>$3,346.16 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,346.16, which equals two weeks vacation pay for this claimant. |
| O'CONNOR, GEORGE W. JR<br>4 17TH AVENUE<br>RONKONKOMA, NY 11779 | 1774 | 10/26/07 | 07-11051 | - (S)<br>- (A)<br>$2,044.76 (P)<br>- (U)<br>$2,044.76 (T) | - (S)<br>- (A)<br>$1,580.77 (P)<br>- (U)<br>$1,580.77 (T) | Claim relates to payout of unused vacation and sick / personal time. The claimant is not entitled to the sick / personal pay portion of the claim per the Debtor's company policy. Thus, the claim should be modified and reduced to $1,580.77 to match amounts owed to claimant on account of unused vacation time per Debtors' books and records. |
| PALUMBO, JAMES<br>1530 DIEMAN LANE<br>EAST MEADOW, NY 11554 | 1711 | 10/22/07 | 07-11051 | - (S)<br>- (A)<br>$7,762.21 (P)<br>- (U)<br>$7,762.21 (T) | - (S)<br>- (A)<br>$5,174.85 (P)<br>- (U)<br>$5,174.85 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $5,174.85, which equals two weeks vacation pay for this claimant. |
| PAPADOPOULOS, CONSTANTINOS (DINO)<br>1 FRIENDS RD<br>SETAUKET, NY 11733 | 2631 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$6,923.08 (P)<br>- (U)<br>$6,923.08 (T) | - (S)<br>- (A)<br>$4,615.38 (P)<br>- (U)<br>$4,615.38 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $4,615.38, which equals two weeks vacation pay for this claimant. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| PEACOCK, VALORIE J (VAL)<br>14712 E COLGATE DR<br>AURORA, CO 80014 | 3945 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$1,897.50 (P)<br>- (U)<br>$1,897.50 (T) | - (S)<br>- (A)<br>$1,650.00 (P)<br>- (U)<br>$1,650.00 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,650.00, which equals two weeks vacation pay for this claimant. |
| PERRY, CATHRYN D<br>8720 WINDSOR MILL RD<br>WINDSOR MILL, MD 21244 | 2271 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$3,754.81 (P)<br>- (U)<br>$3,754.81 (T) | - (S)<br>- (A)<br>$3,413.46 (P)<br>- (U)<br>$3,413.46 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,413.46, which equals two weeks vacation pay for this claimant. |
| PIERCE, DANIEL R.<br>PO BOX 294<br>LINCOLN, AL. 350960294 | 2306 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$4,500.00 (P)<br>- (U)<br>$4,500.00 (T) | - (S)<br>- (A)<br>$3,000.00 (P)<br>- (U)<br>$3,000.00 (T) | Claim relates to unpaid wages.  The claimant is not entitled to sick / personal pay as per the Debtor's company policy.  Per the Debtors' books and records, the claimant is owed for unused vacation pay.  Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,000.00, which equals two weeks vacation pay for this claimant. |
| PRICE, CHARLES A (CHUCK)<br>23 LINDEN AVE<br>FLORAL PARK, NY  11001 | 2929 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>$10,912.82 (P)<br>- (U)<br>$10,912.82 (T) | - (S)<br>- (A)<br>$6,000.00 (P)<br>- (U)<br>$6,000.00 (T) | Claim relates to unpaid wages.  The claimant is not entitled to sick / personal pay as per the Debtor's company policy.  Per the Debtors' books and records, the claimant is owed for unused vacation pay.  The claimant has not provided any documentation supporting a claim for a different amount.  Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser of two weeks or $6,000.  As a result, the claim should be modified and reduced to $6,000.00. |
| REVERSKI, DIANE J.<br>2529 BEETHOVEN AVE<br>PORTAGE, MI  49024 | 282 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$966.00 (P)<br>- (U)<br>$966.00 (T) | - (S)<br>- (A)<br>$787.50 (P)<br>- (U)<br>$787.50 (T) | Claim relates to unpaid wages.  The claimant is not entitled to sick / personal pay as per the Debtor's company policy.  Per the Debtors' books and records, the claimant is owed for unused vacation pay.  The claimant has not provided any documentation supporting a claim for a different amount.  Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000.  As a result, the claim should be modified and reduced to $787.50, which equals two weeks vacation pay for this claimant. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| RIBNICK, MARC S.<br>158 HAMLET DR<br>MOUNT SINAI, NY 11766-3004 | 883 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$5,754.81 (P)<br>- (U)<br>$5,754.81 (T) | - (S)<br>- (A)<br>$3,836.54 (P)<br>- (U)<br>$3,836.54 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,836.54, which equals two weeks vacation pay for this claimant. |
| ROST, MICHELE D<br>6730 BLUE MIST RD<br>FORT WAYNE, IN 46819 | 5459 | 12/14/07 | 07-11051 | - (S)<br>- (A)<br>$3,692.31 (P)<br>- (U)<br>$3,692.31 (T) | - (S)<br>- (A)<br>$2,307.69 (P)<br>- (U)<br>$2,307.69 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,307.69, which equals two weeks vacation pay for this claimant. |
| SALTOS, JOHN C<br>4112 41ST ST APT 2A<br>SUNNYSIDE, NY 111043217 | 6458 | 12/27/07 | 07-11051 | - (S)<br>- (A)<br>$4,230.77 (P)<br>- (U)<br>$4,230.77 (T) | - (S)<br>- (A)<br>$3,846.15 (P)<br>- (U)<br>$3,846.15 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,846.15, which equals two weeks vacation pay for this claimant. |
| SAMUELSEN, LORI<br>6 GEORGANN RD<br>MANORVILLE, NY 11949-3223 | 2654 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$5,127.23 (P)<br>- (U)<br>$5,127.23 (T) | - (S)<br>- (A)<br>$3,662.30 (P)<br>- (U)<br>$3,662.30 (T) | Claim relates to payout of unused vacation and sick / holiday time. The claimant is not entitled to the sick / holiday pay portion of the claim per the Debtor's company policy. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,662.30, which equals two weeks vacation pay for this claimant. |
| SHANNON, LINDA K<br>3915 36TH STREET<br>DES MOINES, IA 50310 | 2517 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$2,605.95 (P)<br>- (U)<br>$2,605.95 (T) | - (S)<br>- (A)<br>$1,828.80 (P)<br>- (U)<br>$1,828.80 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,828.80, which equals two weeks vacation pay for this claimant. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| SICARI, DANIELLE L.<br>536 FRENCH AVENUE<br>NORTH BABYLON, NY 11703 | 7945 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$3,290.65 (P)<br>- (U)<br>$3,290.65 (T) | - (S)<br>- (A)<br>$2,531.27 (P)<br>- (U)<br>$2,531.27 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,531.27, which equals two weeks vacation pay for this claimant. |
| SINGH, BONITA N.<br>28 GABLES DR<br>HICKSVILLE, NY 11801 | 258 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$6,660.00 (P)<br>- (U)<br>$6,660.00 (T) | - (S)<br>- (A)<br>$5,127.69 (P)<br>- (U)<br>$5,127.69 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $5,127.69, which equals two weeks vacation pay for this claimant. |
| SKINNER, JULIA<br>7 BRAIDED WHIP CT<br>WINDSOR MILL, MD 21244 | 391 | 9/7/07 | 07-11051 | - (S)<br>- (A)<br>$6,346.15 (P)<br>- (U)<br>$6,346.15 (T) | - (S)<br>- (A)<br>$4,230.77 (P)<br>- (U)<br>$4,230.77 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $4,230.77, which equals two weeks vacation pay for this claimant. |
| SMILEY, CONSUELA A.<br>9763 BRASSIE WAY<br>GAITHERSBURG, MD 20886 | 959 | 9/18/07 | 07-11051 | - (S)<br>- (A)<br>$2,284.61 (P)<br>- (U)<br>$2,284.61 (T) | - (S)<br>- (A)<br>$2,076.92 (P)<br>- (U)<br>$2,076.92 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,076.92, which equals two weeks vacation pay for this claimant. |
| SMITH, MARY ELIZABETH<br>6675 HUNTSHIRE DR<br>ELKRIDGE, MD 21075 | 1028 | 9/19/07 | 07-11051 | - (S)<br>- (A)<br>$2,198.40 (P)<br>- (U)<br>$2,198.40 (T) | - (S)<br>- (A)<br>$1,832.00 (P)<br>- (U)<br>$1,832.00 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,832.00, which equals two weeks vacation pay for this claimant. |
| STEVENS, JAMI<br>6 SHELART ST.<br>PLAINVIEW, NY 11803 | 3925 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$2,296.36 (P)<br>- (U)<br>$2,296.36 (T) | - (S)<br>- (A)<br>$1,148.18 (P)<br>- (U)<br>$1,148.18 (T) | Claim relates to unpaid wages. Per the Debtors' books and records, the claim should be modified and reduced to $1,148.18 to the amount owed to claimant for transition pay. The claimant has not provided any documentation supporting a claim for a different amount. |

Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| STEWART, JEFFREY H. 2824 DENBEIGH DR HATFIELD, PA 19440 | 977 | 9/18/07 | 07-11051 | - (S)<br>- (A)<br>$6,360.00 (P)<br>- (U)<br>$6,360.00 (T) | - (S)<br>- (A)<br>$4,240.00 (P)<br>- (U)<br>$4,240.00 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $4,240.00, which equals two weeks vacation pay for this claimant. |
| STILES, LAUREL A 382 WALTON STREET LEMOYNE, PA 17043 | 7952 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$1,360.40 (P)<br>- (U)<br>$1,360.40 (T) | - (S)<br>- (A)<br>$1,295.62 (P)<br>- (U)<br>$1,295.62 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,295.62, which equals two weeks vacation pay for this claimant. |
| SWIFT, MIKKI 2907 SEMMES AVE RICHMOND, VA 23225 | 1382 | 10/2/07 | 07-11051 | - (S)<br>- (A)<br>$2,941.68 (P)<br>- (U)<br>$2,941.68 (T) | - (S)<br>- (A)<br>$1,730.40 (P)<br>- (U)<br>$1,730.40 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,730.40, which equals two weeks vacation pay for this claimant. |
| SYMONS, CECILIA 46595 CHALMERS MACOMB, MI 48044 | 1554 | 10/5/07 | 07-11051 | - (S)<br>- (A)<br>$2,146.56 (P)<br>- (U)<br>$2,146.56 (T) | - (S)<br>- (A)<br>$1,651.20 (P)<br>- (U)<br>$1,651.20 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,651.20, which equals two weeks vacation pay for this claimant. |
| TIPALDI, THERESA 923 11TH STREET WEST BABYLON, NY 11704 | 2212 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$1,803.32 (P)<br>- (U)<br>$1,803.32 (T) | - (S)<br>- (A)<br>$1,639.38 (P)<br>- (U)<br>$1,639.38 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,639.38, which equals two weeks vacation pay for this claimant. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| WALKER, JANE P<br>2026 46TH ST<br>DES MOINES, IA 50310 | 5036 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>$1,862.56 (P)<br>- (U)<br>$1,862.56 (T) | - (S)<br>- (A)<br>$1,330.40 (P)<br>- (U)<br>$1,330.40 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,330.40, which equals two weeks vacation pay for this claimant. |
| WHALIN, LESLIE D.<br>18 KNOLLCREST RD.<br>NESCONSET, NY 11767 | 806 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>$3,155.34 (P)<br>- (U)<br>$3,155.34 (T) | - (S)<br>- (A)<br>$2,615.38 (P)<br>- (U)<br>$2,615.38 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,615.38, which equals two weeks vacation pay for this claimant. |
| WILSON, ROSIE<br>501 BOLTZ ST<br>FORT WAYNE, IN 46806-1108 | 9437 | 1/14/08 | 07-11051 | - (S)<br>- (A)<br>$384.64 (P)<br>- (U)<br>$384.64 (T) | - (S)<br>- (A)<br>$192.32 (P)<br>- (U)<br>$192.32 (T) | Claim relates to unpaid wages. Per the Debtors' books and records, the claim should be modified and reduced to $192.32 to the amount owed to claimant for transition pay. The claimant has not provided any documentation supporting a claim for a different amount. |
| WOODMAN, SUSAN E.<br>PO BOX 2114<br>METHUEN, MA 01844 | 5764 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>$1,248.98 (P)<br>- (U)<br>$1,248.98 (T) | - (S)<br>- (A)<br>$1,211.54 (P)<br>- (U)<br>$1,211.54 (T) | Modified to match Debtors' books and records for unused vacation pay owed to the claimant. |
| WROBLEWSKI, MARIA C<br>659 BONNIE BRAE<br>ERIE, PA 16511 | 2194 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$1,612.44 (P)<br>- (U)<br>$1,612.44 (T) | - (S)<br>- (A)<br>$1,194.40 (P)<br>- (U)<br>$1,194.40 (T) | Claim relates to payout of unused vacation and sick / personal time. The claimant is not entitled to the sick / personal pay portion of the claim per the Debtor's company policy. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,194.40, which equals two weeks vacation pay for this claimant. |

─────── Objectionable Claim ───────

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| Totals: | | 85 Claims | | - (S) | - (S) | |
| | | | | - (A) | - (A) | |
| | | | | $330,998.95 (P) | $233,832.70 (P) | |
| | | | | - (U) | - (U) | |
| | | | | $330,998.95 (T) | $233,832.70 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# EXHIBIT B

## Modified Amount Reclassified Claims

**Exhibit B**

**Modified Amount Reclassified Claims**

| Name/Address of Claimant | Objectionable Claim | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| AHMED, SHAHNILA<br>351 W 14TH ST<br>DEER PARK, NY 11729346 | 8080 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,916.00 (U)<br>$2,916.00 (T) | - (S)<br>- (A)<br>$2,692.31 (P)<br>- (U)<br>$2,692.31 (T) | Claim relates to payout of unused vacation time. The claim should be modified and reduced to match amounts owed to claimant on account of unused vacation pay per Debtors' books and records. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| ALVAREZ, YOLAMARY<br>100 GREENFIELD ST<br>LAWRENCE, MA 01843 | 4059 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,160.00 (U)<br>$2,160.00 (T) | - (S)<br>- (A)<br>$1,048.73 (P)<br>- (U)<br>$1,048.73 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claim should be modified and reduced to $1,048.73 to the amount owed to claimant for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

—— Objectionable Claim ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| ANDERSON, JUERGEN<br>2525 TURTLE CREEK 412<br>DALLAS, TX 75219 | 963 | 9/18/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$3,541.67 (U)<br>$3,541.67 (T) | - (S)<br>- (A)<br>$2,288.37 (P)<br>- (U)<br>$2,288.37 (T) | Claim relates to payout of 2 weeks transition pay. The claimant received payment for 3 days of transition pay in their paycheck dated 8/07/07 for period ending 7/31/2007. Thus, the claim should be modified and reduced to $2,288.37 to match amounts owed to claimant on account of remaining transition pay per Debtors' books and records. In addition, the allowed portion of this claim should be reclassified to a priority unsecured claim because such portion is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| ATHERTON, CHARONDA<br>851 MACON PL<br>UNIONDALE, NY 11553-2938 | 5201 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$999.90 (U)<br>$999.90 (T) | - (S)<br>- (A)<br>$499.95 (P)<br>- (U)<br>$499.95 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claim should be modified and reduced to $499.95 to the amount owed to claimant for transition pay. The claimant has not provided any documentation supporting a claim for a different amount. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| BORDNER, ANN M<br>8809 WAVE CIRCLE<br>APT A<br>FORT WAYNE, IN 46825 | 2404 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,730.56 (U)<br>$1,730.56 (T) | - (S)<br>- (A)<br>$887.02 (P)<br>- (U)<br>$887.02 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claim should be modified and reduced to $887.02 to the amount owed to claimant for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| BULSON, BETHANY R.<br>5201 WRIGHT DR<br>HICKORY, NC 286028297 | 573 | 9/11/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,522.40 (U)<br>$1,522.40 (T) | - (S)<br>- (A)<br>$1,081.61 (P)<br>$1,081.61 (U)<br>$1,081.61 (T) | Claim relates to payout of unused vacation time. The claim should be modified and reduced to match amounts owed to claimant on account of unused vacation pay per Debtors' books and records. In addition, the allowed amount should be reclassified because it is entitled to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| CONDE, REISA S<br>21 FISCHER AVENUE<br>KINGSTON, NY 12401 | 5106 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,230.40 (U)<br>$2,230.40 (T) | - (S)<br>- (A)<br>$892.31 (P)<br>- (U)<br>$892.31 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claim should be modified and reduced to $892.31 to the amount owed to claimant for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| CONROY, ELAINE D.<br>PO BOX 25596<br>HONOLULU, HI 96825 | 143 | 8/29/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$6,000.00 (U)<br>$6,000.00 (T) | - (S)<br>- (A)<br>$2,779.81 (P)<br>- (U)<br>$2,779.81 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $2,779.81, which equals two weeks vacation pay for this claimant. In addition, the allowed amount should be reclassified as priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| COOK, CRYSTAL 10907 CHRUDAN DR CHARLOTTE, NC 28262 | 576 | 9/11/07 | 07-11051 | - (S) - (A) - (P) $988.00 (U) $988.00 (T) | - (S) - (A) $925.83 (P) - (U) $925.83 (T) | Claim relates to payout of unused vacation time. The claim should be modified and reduced to match amounts owed to claimant on account of unused vacation pay per Debtors' books and records. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| D'AMBROSIO, DONNA M 24 7TH AVE # D FARMINGDALE, NY 117355734 | 2950 | 11/21/07 | 07-11051 | - (S) - (A) - (P) $4,500.00 (U) $4,500.00 (T) | - (S) - (A) $2,884.62 (P) - (U) $2,884.62 (T) | Claim relates to unpaid wages. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $2,884.62, which equals two weeks vacation pay for this claimant. In addition, the allowed amount should be reclassified as priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. The claimant has not provided any documentation supporting a claim for a different amount. |
| DESROULEAUX, MONICA P 18872 NW 24TH CT PEMBROKE PNES, FL 33029-5354 | 4801 | 12/7/07 | 07-11051 | - (S) - (A) - (P) $1,400.00 (U) $1,400.00 (T) | - (S) - (A) $519.23 (P) - (U) $519.23 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtors' company policy. Per the Debtors' books and records, the claim should be modified and reduced to $519.23 to the amount owed to claimant for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| GIERA, KAREN<br>434 SO FELTUS ST<br>SOUTH AMBOY, NJ 08879 | 1059 | 9/20/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,511.04 (U)<br>$2,511.04 (T) | - (S)<br>- (A)<br>$1,076.26 (P)<br>$1,076.26 (U)<br>$1,076.26 (T) | Claim relates to payout of unused vacation and sick / personal time. The claimant is not entitled to the sick / personal pay portion of the claim per the Debtor's company policy. Thus, the claim should be modified and reduced to $1,076.26 to match amounts owed to claimant on account of unused vacation time per Debtors' books and records. In addition, the allowed portion of this claim should be reclassified to a priority unsecured claim because such portion is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| GUERRERO, ALEXANDER<br>13685 KITTY HAWK WAY APT 201<br>WOODBRIDGE, VA 22191-5235 | 4612 | 12/6/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,330.77 (U)<br>$1,330.77 (T) | - (S)<br>- (A)<br>$923.08 (P)<br>$923.08 (U)<br>$923.08 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claim should be modified and reduced to $923.08 to the amount owed to claimant for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| HASKINS, LINDA<br>7760 E 39TH ST<br>TUCSON, AZ 85730 | 273 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,269.23 (U)<br>$1,269.23 (T) | - (S)<br>- (A)<br>$888.46 (P)<br>$888.46 (U)<br>$888.46 (T) | Claim relates to payout of unused vacation time. The claim should be modified and reduced to match amounts owed to claimant on account of unused vacation pay per Debtors' books and records. In addition, the allowed amount should be reclassified to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| HUNTER, D ROSS<br>153 TAMARACK LN<br>BOXBOROUGH, MA 01719 | 5115 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$5,496.92 (U)<br>$5,496.92 (T) | - (S)<br>- (A)<br>$4,326.92 (P)<br>- (U)<br>$4,326.92 (T) | Claim relates to payout of unused vacation and sick / personal time. The claimant is not entitled to the sick / personal pay portion of the claim per the Debtor's company policy. Thus, the claim should be modified and reduced to $4,326.92 to match amounts owed to claimant on account of unused vacation time per Debtors' books and records. In addition, the allowed portion of this claim should be reclassified to a priority unsecured claim because such portion is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| LAWSON, ALICE F.<br>2213 BROKEN OAK ROAD<br>FORT WAYNE, IN 46818 | 1435 | 10/5/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,003.68 (U)<br>$1,003.68 (T) | - (S)<br>- (A)<br>$780.77 (P)<br>- (U)<br>$780.77 (T) | Claim relates to payout of unused vacation time. The claim should be modified and reduced to match amounts owed to claimant on account of unused vacation pay per Debtors' books and records. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| LYNCH, SHANA<br>8603 WEST<br>PAPAGO STREET<br>TOLLESON, AZ 85353 | 2012 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$600.00 (U)<br>$600.00 (T) | - (S)<br>- (A)<br>$240.00 (P)<br>- (U)<br>$240.00 (T) | Claim relates to payout of 5 days transition pay. The claimant received payment for 3 days of transition pay in their paycheck dated 8/07/07 for period ending 7/31/2007. Thus, the claim should be modified and reduced to $240.00 to match amounts owed to claimant on account of remaining transition pay per Debtors' books and records. In addition, the allowed portion of this claim should be reclassified to a priority unsecured claim because such portion is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| MASS BENITT, CLAUDIA<br>16 CAPTAIN RICHARDS LN<br>FORT SALONGA, NY 11768 | 214 | 8/31/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$5,461.75 (U)<br>$5,461.75 (T) | - (S)<br>- (A)<br>$4,653.75 (P)<br>- (U)<br>$4,653.75 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $4653.75, which equals two weeks vacation pay for this claimant. In addition, the allowed amount should be reclassified as priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| MITCHELL, TAMI<br>10 LONG STREET<br>LAKE GROVE, NY 11755 | 2944 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$4,750.00 (U)<br>$4,750.00 (T) | - (S)<br>- (A)<br>$3,653.84 (P)<br>- (U)<br>$3,653.84 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $3,653.84. In addition, the allowed amount should be reclassified as priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| PLYMALE, LINDA C.<br>2309 TURTLE POINT DRIVE<br>RALEIGH, NC 27604 | 2030 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$3,460.24 (U)<br>$3,460.24 (T) | - (S)<br>- (A)<br>$1,076.92 (P)<br>- (U)<br>$1,076.92 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claim should be modified and reduced to $1,076.92 to the amount owed to claimant for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| PUMA, CHRISTIAN J<br>7 CONTINENTAL DR<br>CENTEREACH, NY 11720-1401 | 3732 | 11/29/07 | 07-11051 | (S) -<br>(A) -<br>(P) -<br>(U) $2,708.33<br>(T) $2,708.33 | (S) -<br>(A) -<br>(P) $2,250.00<br>(U) $2,250.00<br>(T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claim should be modified and reduced to $2,250.00 to the amount owed to claimant for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| ROBB, THOMAS BRYAN<br>6332 WOODCHASE CT<br>ELLICOTT CITY, MD 21043 | 979 | 9/18/07 | 07-11051 | (S) -<br>(A) -<br>(P) -<br>(U) $3,319.68<br>(T) $3,319.68 | (S) -<br>(A) -<br>(P) $2,544.00<br>(U) $2,544.00<br>(T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $2,544.00, which equals two weeks vacation pay for this claimant. In addition, the allowed amount should be reclassified as priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| SCHILE, DAVID C<br>3468 W DEERFIELD DR<br>EAGLE, ID 83616-2260 | 2848 | 11/20/07 | 07-11051 | (S) -<br>(A) -<br>(P) $3,609.12<br>(U) $251.50<br>(T) $3,860.62 | (S) -<br>(A) -<br>(P) $251.50<br>(U) $3,609.12<br>(T) $3,860.62 | Claim relates to unpaid commissions and unpaid business expense reimbursements. As such, the unpaid commissions portion of the claim ($251.50) should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. The expense report portion of the claim ($3,609.12) should be reclassified to a general unsecured claim because it is not entitled to priority status under the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| SEIBERT, STEPHANIE<br>98 BISHOP RD<br>WEST BABYLON, NY 11704 | 2646 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,832.99 (U)<br>$1,832.99 (T) | - (S)<br>- (A)<br>$1,527.50 (P)<br>- (U)<br>$1,527.50 (T) | Claim relates to payout of unused sick/personal time. Claimant is not entitled to sick / personal pay per company policy. The scheduled amount relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $1,527.50 which equals two weeks vacation pay for this claimant. In addition, the allowed amount should be reclassified as priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| SHEEHAN, ANDREW<br>26 WILLIAM STREET<br>BETHPAGE, NY 11714 | 1358 | 10/1/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,500.00 (U)<br>$1,500.00 (T) | - (S)<br>- (A)<br>$1,138.46 (P)<br>- (U)<br>$1,138.46 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claim should be modified and reduced to $1,138.46 to the amount owed to claimant for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| SHELLEY, JEFFREY L. 2222 CARTER MILL WAY BROOKEVILLE, MD 20833 | 811 | 9/14/07 | 07-11051 | - (S) <br> - (A) <br> - (P) <br> $5,353.85 (U) <br> $5,353.85 (T) | - (S) <br> - (A) <br> $4,461.54 (P) <br> - (U) <br> $4,461.54 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $4,461.54, which equals two weeks vacation pay for this claimant. In addition, the allowed amount should be reclassified as priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. The claimant has not provided any documentation supporting a claim for a different amount. |
| SIEDLEWICZ, PATRICIA A 59 LEWIS ROAD MERRICK, NY 11566 | 2346 | 11/16/07 | 07-11051 | - (S) <br> - (A) <br> - (P) <br> $4,903.85 (U) <br> $4,903.85 (T) | - (S) <br> - (A) <br> $3,269.24 (P) <br> - (U) <br> $3,269.24 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $3,269.24, which equals two weeks vacation pay for this claimant. In addition, the allowed amount should be reclassified as priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| SOUTHARD, JEANNA D. 4551 AMY SAYE WALK ACWORTH, GA 30101 | 6019 | 12/14/07 | 07-11051 | - (S) <br> - (A) <br> - (P) <br> $2,570.00 (U) <br> $2,570.00 (T) | - (S) <br> - (A) <br> $685.51 (P) <br> - (U) <br> $685.51 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtors' company policy. Per the Debtors' books and records, the claim should be modified and reduced to $685.51 to the amount owed to claimant for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| STANLEY, TAMMY<br>1132 ST JOSEPH BLVD<br>FORT WAYNE, IN 46805 | 6138 | 12/21/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,328.88 (U)<br>$1,328.88 (T) | - (S)<br>- (A)<br>$1,076.80 (P)<br>- (U)<br>$1,076.80 (T) | Claim relates to payout of sick / personal time, unused vacation time and transition pay. Claimant is not entitled to sick / personal pay per company policy. Per the Debtors' books and records the claimant is owed 8 days of unused vacation time. As per the termination letter attached to the claimant's POC form, the claimant was to receive 5 days of transition pay. The claimant received payment for 3 days of the transition pay in their paycheck dated 8/07/07 for period ending 7/31/2007. Thus, the claim should be modified and reduced to $1,076.80 to match amounts owed to claimant on account of remaining transition pay and unused vacation time per Debtors' books and records. In addition, the allowed portion of this claim should be reclassified to a priority unsecured claim because such portion is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| THOMPSON, STEPHANIE<br>3151 WINTERGREEN DR<br>FLORISSANT, MO 63033 | 3851 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$507.84 (U)<br>$507.84 (T) | - (S)<br>- (A)<br>$253.92 (P)<br>- (U)<br>$253.92 (T) | Claim relates to unpaid wages. Per the Debtors' books and records, the claim should be modified and reduced to $253.92 to the amount owed to claimant for transition pay. The claimant has not provided any documentation supporting a claim for a different amount. In addition, the allowed amount should be reclassified to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| WATKINS, TENIELLE N<br>PO BOX 7086<br>NEWARK, DE 19714 | 3009 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$55.00 (U)<br>$55.00 (T) | - (S)<br>- (A)<br>$999.68 (P)<br>$55.00 (U)<br>$1,054.68 (T) | Claim relates to payout of unused vacation and a medical bill. Modified to $999.68 to match Debtor's books and records for unused vacation time, which is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

――――― Objectionable Claim ―――――

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| Totals: | | 31 Claims | | - (S) | - (S) | |
| | | | | - (A) | - (A) | |
| | | | | $3,609.12 (P) | $52,577.94 (P) | |
| | | | | $78,204.48 (U) | $3,664.12 (U) | |
| | | | | $81,813.60 (T) | $56,242.06 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

## No Liability Claims

## Exhibit C
## No Liability Claims

| Name/Address of Claimant | Objectionable Claim | | | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | |
| COUGHLIN DUFFY LLP ATTN DANIEL MARKHAM, MEMBER WALL STREET PLAZA 88 PINE STREET, 5TH FLOOR NEW YORK, NY 10005 | 7962 | 1/9/08 | 07-11051 | - (S) - (A) - (P) $9,423.43 (U) $9,423.43 (T) | Pursuant to the documentation attached to the claim form, claim relates to pre-petition legal services that were billed to Weiner Brodsky, a non Debtor entity. As such, the Debtors have no liability to this claimant. |
| DEWITT, KRISTINE A. 27 EASTRIDGE DR AMELIA, OH 45102-1883 | 808 | 9/14/07 | 07-11051 | - (S) - (A) - (P) $1,141.66 (U) $1,141.66 (T) | Claim relates to the payout of unused sick / personal and vacation time. The claimant is not entitled to payout of sick / personal time as per company policy. Per the Debtors' books and records, claimant is owed only $617.54 on account of unused vacation time. The amounts owed to claimant on account of such unused vacation time has been accepted as filed in claim 3094. As a result, this claim should be disallowed. |
| ELLIS, NICOLE E 4901 BRADFORD PL ROCKLIN, CA 95765 | 6239 | 12/24/07 | 07-11051 | - (S) - (A) $1,130.77 (P) - (U) $1,130.77 (T) | Per the Debtors' books and records, claimant is owed only $2,224.03 on account of unused vacation time. The amounts owed to claimant on account of such unused vacation time has been accepted as filed in claim 6196. As a result, this claim should be disallowed. |
| METCALF, ANNETTE 12003 W 84TH PL ARVADA, CO 80005 | 553 | 9/11/07 | 07-11051 | - (S) - (A) $138.56 (P) - (U) $138.56 (T) | Claim relates to the payout of unused sick / personal time. The claimant is not entitled to payout of sick / personal time as per company policy. |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| U.S. DEPARTMENT OF LABOR, EMPLOYEE BENEFITS SECURITY ADMINISTRATION 200 CONSTITUTION AVE., NW, ROOM N5668 WASHINGTON, DC 20210 | 10785 | 6/14/10 | 07-11051 | - (S) $50,000.00 (A) - (P) - (U) $50,000.00 (T) | Claimant asserts an administrative expense claim in the amount of $50,000, which represents a civil penalty for the Debtors' alleged deficient December 31, 2007 Form 5500 annual report filing in connection with a pre-petition 401(k) plan. The claim should be disallowed because the Debtors have filed a Form 5500 annual report for the applicable reporting year, which complies with ERISA requirements. In addition, the claimed penalty is not an actual and necessary cost and expense of preserving the estate as required by Section 503(b)(1)(A) of the Bankruptcy Code and, moreover, claimant has not met its burden of proof establishing that its claim is entitled to administrative expense status. See, e.g., In re Goody's Family Clothing, Inc., 392 B.R. 604, 613 (Bankr. D. Del. 2008); In re Insilco Technologies, Inc., 309 B.R. 111, 114 (Bankr. D. Del. 2004). The Debtors have no ongoing business operations and are liquidating. As such, the claimed penalty serves no useful purpose and would represent an unnecessary depletion of estate assets and would only serve to penalize the Debtors' other creditors. Lastly, Article 3, Section B(1) of the confirmed Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 [Docket No. 7029], which was declared effective as of November 30, 2010, provides, among other things, that administrative expense claimants are not entitled to any interest or penalties. Based on the foregoing, the claim should be disallowed and expunged. To the extent that the Court determines that claimant has, in whole or in part, asserted a valid claim, the claim should be reclassified to a general unsecured claim because it is not an actual and necessary cost and expense of preserving the estate. |

| Totals: | 5 Claims | | | |
|---|---|---|---|---|
| | | | | - (S) $50,000.00 (A) $1,269.33 (P) $10,565.09 (U) $61,834.42 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Reclassified Claims**

**Exhibit D**
**Reclassified Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| ALLEN, CYNTHIA A.<br>609 W PETTIT AVE<br>FORT WAYNE, IN 46807 | 1440 | 10/5/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$650.00 (U)<br>$650.00 (T) | - (S)<br>- (A)<br>$650.00 (P)<br>- (U)<br>$650.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| ALLENDE, CLAUDIA<br>20 20 SEAGIRT<br>APT 4E<br>FAR ROCKAWAY, NY 11691 | 3081 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$769.23 (U)<br>$769.23 (T) | - (S)<br>- (A)<br>$769.23 (P)<br>- (U)<br>$769.23 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| ANDERSON, BONNIE<br>10 PRIMROSE<br>IRVINE, CA 92604 | 2482 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,920.00 (U)<br>$1,920.00 (T) | - (S)<br>- (A)<br>$1,920.00 (P)<br>- (U)<br>$1,920.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| ANDERSON, JAN E<br>917 TULIP TREE LN<br>WDM, IA 50266-6640 | 2842 | 11/20/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$303.47 (U)<br>$303.47 (T) | - (S)<br>- (A)<br>- (P)<br>$303.47 (U)<br>$303.47 (T) | Claim relates to unpaid expense reimbursements, which are not entitled to priority status under the Bankruptcy Code. As such, the claim should be reclassified to a general unsecured claim. |
| ANDERSON, SUSAN<br>81 STONEHEDGE CT<br>SOMERSET, NJ 08873 | 1057 | 9/20/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$932.40 (U)<br>$932.40 (T) | - (S)<br>- (A)<br>$932.40 (P)<br>- (U)<br>$932.40 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| BABY, PRINCE<br>4 MARTINO WAY<br>POMONA, NY 10970 | 9008 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,500.00 (U)<br>$2,500.00 (T) | - (S)<br>- (A)<br>$2,500.00 (P)<br>- (U)<br>$2,500.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| BERGNER, DANIEL J.<br>680 WESTON RIDGE PARKWAY<br>CHASKA, MN 55318 | 6160 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$482.49 (U)<br>$482.49 (T) | - (S)<br>- (A)<br>- (P)<br>$482.49 (U)<br>$482.49 (T) | Claim relates to unpaid expense reimbursements, which are not entitled to priority status under the Bankruptcy Code. As such, the claim should be reclassified to a general unsecured claim. |
| BROWN, SHARON L<br>136 ROUNDTREE BLVD<br>SAN RAFAEL, CA 94903 | 6118 | 12/21/07 | 07-11051 | - (S)<br>- (A)<br>$1,678.72 (P)<br>- (U)<br>$1,678.72 (T) | - (S)<br>- (A)<br>- (P)<br>$1,678.72 (U)<br>$1,678.72 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| BUMBAK, KATHY (KATIE)<br>4810 COLLINSVILLE PLACE<br>HIGHLANDS RANCH, CO 80130 | 6385 | 12/26/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$904.61 (U)<br>$904.61 (T) | - (S)<br>- (A)<br>$904.61 (P)<br>- (U)<br>$904.61 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| CASTILLO, ENNNY<br>2921 W TANIA PL<br>TUCSON, AZ 85741-3016 | 275 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$500.00 (U)<br>$500.00 (T) | - (S)<br>- (A)<br>$500.00 (P)<br>- (U)<br>$500.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| CAVACO, MARK<br>33 IRENE ST<br>LINDENHURST, NY 11757-1204 | 6267 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>$1,537.63 (P)<br>- (U)<br>$1,537.63 (T) | - (S)<br>- (A)<br>- (P)<br>$1,537.63 (U)<br>$1,537.63 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| CISNEROS, MARILYN D.<br>273 KINGS CANYON<br>BEAUMONT, CA 92223 | 449 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$312.00 (U)<br>$312.00 (T) | - (S)<br>- (A)<br>$312.00 (P)<br>- (U)<br>$312.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| CISNEROS, MARIO A.<br>273 KINGS CANYON<br>BEAUMONT, CA 92223 | 448 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$312.00 (U)<br>$312.00 (T) | - (S)<br>- (A)<br>$312.00 (P)<br>- (U)<br>$312.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| CLAYTON, SUZY R<br>16455 SW LORENZO LANE<br>TIGARD, OR 97223 | 5033 | 12/10/07 | 07-11051 | (S) -<br>(A) -<br>(P) -<br>(U) $307.68<br>(T) $307.68 | (S) -<br>(A) -<br>(P) $307.68<br>(U) -<br>(T) $307.68 | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| CONNORS, REBECCA<br>45 BIRCHBROOK DR<br>SMITHTOWN, NY 11787 | 3077 | 11/23/07 | 07-11051 | (S) -<br>(A) -<br>(P) -<br>(U) $1,138.46<br>(T) $1,138.46 | (S) -<br>(A) -<br>(P) $1,138.46<br>(U) -<br>(T) $1,138.46 | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| CORBETT, DENNIS J<br>236 SOUTHAVEN AVE.<br>MEDFORD, NY 11763 | 2437 | 11/16/07 | 07-11051 | (S) -<br>(A) -<br>(P) -<br>(U) $1,846.15<br>(T) $1,846.15 | (S) -<br>(A) -<br>(P) $1,846.15<br>(U) -<br>(T) $1,846.15 | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| DUCHENE, RENEE S<br>6980 E SAHUARO DR APT 1059<br>SCOTTSDALE, AZ 852545294 | 2072 | 11/13/07 | 07-11051 | (S) -<br>(A) -<br>(P) -<br>(U) $256.00<br>(T) $256.00 | (S) -<br>(A) -<br>(P) $256.00<br>(U) -<br>(T) $256.00 | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| ECKLER, THOMAS C<br>108 QUAIL RUN DR<br>DEER PARK, NY 11729 | 8758 | 1/11/08 | 07-11051 | (S) -<br>(A) -<br>(P) -<br>(U) $2,447.31<br>(T) $2,447.31 | (S) -<br>(A) -<br>(P) $2,447.31<br>(U) -<br>(T) $2,447.31 | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| ESCORCIA, JUSTIN<br>829 HERBERT CT<br>UNIONDALE, NY 11553 | 8177 | 1/10/08 | 07-11051 | (S) -<br>(A) -<br>(P) -<br>(U) $1,620.00<br>(T) $1,620.00 | (S) -<br>(A) -<br>(P) $1,620.00<br>(U) -<br>(T) $1,620.00 | Claim relates to unpaid wages for pay period 7/16/2007 - 8/03/2007. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| FLORES, CARLA<br>404 HILL AVE<br>OAKLEY, CA 945612770 | 2024 | 11/13/07 | 07-11051 | (S) -<br>(A) -<br>(P) -<br>(U) $2,134.40<br>(T) $2,134.40 | (S) -<br>(A) -<br>(P) $2,134.40<br>(U) -<br>(T) $2,134.40 | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

───── Objectionable Claim ─────

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| FREDERICK, PHYLLIS<br>370 SUMMIT AVENUE<br>FLEETWOOD, NY 10552 | 3830 | 11/29/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,307.69 (U)<br>$2,307.69 (T) | - (S)<br>- (A)<br>$2,307.69 (P)<br>- (U)<br>$2,307.69 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| FUCHS, KRISTEN M.<br>12201 MALLARD RIDGE DR<br>CHARLOTTE, NC 28269 | 575 | 9/11/07 | 07-11051 | - (S)<br>- (A)<br>$913.46 (P)<br>$913.46 (U)<br>$913.46 (T) | - (S)<br>- (A)<br>$913.46 (P)<br>- (U)<br>$913.46 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| GIFFORD, REBECCA<br>9224 WOODED ACRES CIR<br>SHERWOOD, AR 72120-4090 | 976 | 9/18/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,350.00 (U)<br>$2,350.00 (T) | - (S)<br>- (A)<br>$2,350.00 (P)<br>- (U)<br>$2,350.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| GRAY, ANEESAH<br>104 E HENRY ST<br>LINDEN, NJ 07036 | 369 | 9/6/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$684.16 (U)<br>$684.16 (T) | - (S)<br>- (A)<br>$684.16 (P)<br>- (U)<br>$684.16 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| GRAZIANI, JOHN<br>3730 N LAKE SHORE DR<br>#6A<br>CHICAGO, IL 60613 | 5224 | 12/11/07 | 07-11051 | - (S)<br>- (A)<br>$3,692.31 (P)<br>$3,692.31 (U)<br>$3,692.31 (T) | - (S)<br>- (A)<br>$3,692.31 (P)<br>- (U)<br>$3,692.31 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| GREER, SHERRY A.<br>3975 OLD COLUMBUS RD<br>LONDON, OH 43140 | 425 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$640.00 (U)<br>$640.00 (T) | - (S)<br>- (A)<br>$640.00 (P)<br>- (U)<br>$640.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| HAGAN, JAMES C<br>86 18 DUMONT AVE<br>APT 3B<br>OZONE PARK, NY 11416 | 3397 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$865.38 (P)<br>$865.38 (U)<br>$865.38 (T) | - (S)<br>- (A)<br>$865.38 (P)<br>- (U)<br>$865.38 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

**Objectionable Claim**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| HILLE, RUTHANNE<br>10003 N RIDGECREST DR<br>SPOKANE, WA 99208 | 4893 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,500.00 (U)<br>$1,500.00 (T) | - (S)<br>- (A)<br>$1,500.00 (P)<br>- (U)<br>$1,500.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| HUTCHISON, ANTHONY<br>205 TURF CT.<br>WEBSTER GROVES, MO 63119 | 926 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,000.00 (U)<br>$2,000.00 (T) | - (S)<br>- (A)<br>$2,000.00 (P)<br>- (U)<br>$2,000.00 (T) | Claim relates to unpaid commissions. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| IANNOTTA, JOSEPH<br>2356 EASTERN AVE<br>BELLMORE, NY 11710 | 7713 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,843.15 (U)<br>$1,843.15 (T) | - (S)<br>- (A)<br>$1,843.15 (P)<br>- (U)<br>$1,843.15 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| KEENER, STACEY<br>3122 LAUREL RIDGE CIR<br>BRIDGEVILLE, PA 15017 | 6522 | 12/28/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$537.11 (U)<br>$537.11 (T) | - (S)<br>- (A)<br>$537.11 (P)<br>- (U)<br>$537.11 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| KENNEDY, BEVERLY A<br>24639 CALUSA BLVD<br>EUSTIS, FL 327367949 | 5525 | 12/14/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$807.69 (U)<br>$807.69 (T) | - (S)<br>- (A)<br>$807.69 (P)<br>- (U)<br>$807.69 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| KILDAY, JESSICA A<br>666 KOELBEL COURT<br>BALDWIN, NY 11510 | 6597 | 12/31/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$567.00 (U)<br>$567.00 (T) | - (S)<br>- (A)<br>$567.00 (P)<br>- (U)<br>$567.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| KLINE, VANESSA J<br>1300 N SHAFFER<br>NUMBER 23<br>ORANGE, CA 92867 | 2394 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$867.00 (U)<br>$867.00 (T) | - (S)<br>- (A)<br>$867.00 (P)<br>- (U)<br>$867.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| KORDIC, TOMISLAV (TOM)<br>2 HILTON COURT<br>STONY BROOK, NY 11790 | 5964 | 12/20/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,788.46 (U)<br>$2,788.46 (T) | - (S)<br>- (A)<br>$2,788.46 (P)<br>- (U)<br>$2,788.46 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| LIND, GINA GAIL<br>212 SAINT LAWRENCE STREET<br>SAYVILLE, NY 11782 | 2780 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,413.30 (U)<br>$1,413.30 (T) | - (S)<br>- (A)<br>$1,413.30 (P)<br>- (U)<br>$1,413.30 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| MURPHY, CHARLES<br>1195 NW 63 ST<br>MIAMI, FL 33150 | 2045 | 11/3/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,322.88 (U)<br>$1,322.88 (T) | - (S)<br>- (A)<br>$1,322.88 (P)<br>- (U)<br>$1,322.88 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| NICHOLSON, SERENA<br>1 BATTLE SQ APT 904<br>ASHEVILLE, NC 288012746 | 2342 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$492.31 (U)<br>$492.31 (T) | - (S)<br>- (A)<br>$492.31 (P)<br>- (U)<br>$492.31 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| PISAYGNANE, ALANHGNA<br>15810 NE 4TH CIR<br>VANCOUVER, WA 98684-3333 | 2979 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$848.00 (U)<br>$848.00 (T) | - (S)<br>- (A)<br>$848.00 (P)<br>- (U)<br>$848.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| PLUGUES, MICHAEL<br>19 YOSEMITE LANE<br>CORAM, NY 11727 | 2076 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,538.46 (U)<br>$1,538.46 (T) | - (S)<br>- (A)<br>$1,538.46 (P)<br>- (U)<br>$1,538.46 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| POWELL, AMANDA LEE<br>10970 N HIGHWAY 17<br>MCCLELLANVLE, SC 29458-9512 | 816 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,049.60 (U)<br>$1,049.60 (T) | - (S)<br>- (A)<br>$1,049.60 (P)<br>- (U)<br>$1,049.60 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| RICE, SUSAN<br>30 AVENUE A<br>PORT WASHINGTON, NY 11050 | 3484 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$840.06 (U)<br>$840.06 (T) | - (S)<br>- (A)<br>$840.06 (P)<br>- (U)<br>$840.06 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| RICHARDS, KUNTI (SHARON)<br>1516 KINGSTON AVE<br>BALDWIN, NY 11510 | 2150 | 11/14/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,308.82 (U)<br>$1,308.82 (T) | - (S)<br>- (A)<br>$1,308.82 (P)<br>- (U)<br>$1,308.82 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| RIMEL, KRISTINA<br>262 ULLMAN RD<br>PASADENA, MD 21122 | 1017 | 9/19/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$890.80 (U)<br>$890.80 (T) | - (S)<br>- (A)<br>$890.80 (P)<br>- (U)<br>$890.80 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| ROELLER, SHARLINE C<br>7730 COAST JAY ST<br>NORTH LAS VEGAS, NV 89084 | 10199 | 4/10/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,611.20 (U)<br>$1,611.20 (T) | - (S)<br>- (A)<br>$1,611.20 (P)<br>- (U)<br>$1,611.20 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| SALVEMINI, KIMBERLY<br>9325 E VALARTA DR<br>TUCSON, AZ 85749 | 338 | 9/5/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$387.36 (U)<br>$387.36 (T) | - (S)<br>- (A)<br>$387.36 (P)<br>- (U)<br>$387.36 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| SARTER, PAUL E<br>50 GRANGE ST<br>FRANKLIN SQUARE, NY 11010 | 7014 | 1/4/08 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,548.80 (U)<br>$1,548.80 (T) | - (S)<br>- (A)<br>$1,548.80 (P)<br>- (U)<br>$1,548.80 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| SCHNIBBE, ANN<br>12103 E 37TH CT<br>SPOKANE VALLEY, WA 99806 | 1168 | 9/24/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,336.32 (U)<br>$1,336.32 (T) | - (S)<br>- (A)<br>$1,336.32 (P)<br>- (U)<br>$1,336.32 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| SCIAULINO, MICHELE R<br>219 F SPRINGMEADOW DR<br>HOLBROOK, NY 11741 | 2173 | 11/14/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,163.46 (U)<br>$1,163.46 (T) | - (S)<br>- (A)<br>$1,163.46 (P)<br>- (U)<br>$1,163.46 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| SHAHBAKHTI, GUERAMI<br>8 GARDEN CT<br>BAY SHORE, NY 11706 | 3720 | 11/29/07 | | - (S)<br>- (A)<br>- (P)<br>$2,853.90 (U)<br>$2,853.90 (T) | - (S)<br>- (A)<br>$2,853.90 (P)<br>- (U)<br>$2,853.90 (T) | Claim relates to payout of transition pay and unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| SUECH, DANIELLE<br>2 BANKS PL, UNIT 232<br>MELROSE, MA 02176-6148 | 3092 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,017.69 (U)<br>$1,017.69 (T) | - (S)<br>- (A)<br>$1,017.69 (P)<br>- (U)<br>$1,017.69 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| SUTICH, CECILIA<br>2 TERRACE LANE<br>SMITHTOWN, NY 11787 | 56 | 8/24/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,442.31 (U)<br>$1,442.31 (T) | - (S)<br>- (A)<br>$1,442.31 (P)<br>- (U)<br>$1,442.31 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| TAYLOR, DAMETRIA<br>2583 COUNTRYSIDE CT.<br>AUBURN HILLS, MI 48326 | 8074 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$931.44 (U)<br>$931.44 (T) | - (S)<br>- (A)<br>$931.44 (P)<br>- (U)<br>$931.44 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| VILLAMANA, RICHARD E.<br>4970 E WATER ST<br>TUCSON, AZ 85712-5742 | 339 | 9/5/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$120.00 (U)<br>$120.00 (T) | - (S)<br>- (A)<br>$120.00 (P)<br>- (U)<br>$120.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| WHEELER, SUSAN D.<br>4400 NORTE CIRCLE<br>LAS VEGAS, NV 89130 | 1439 | 10/5/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$830.76 (U)<br>$830.76 (T) | - (S)<br>- (A)<br>$830.76 (P)<br>- (U)<br>$830.76 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| WOODYARD, DEBORAH E<br>11730 GLADE RIVER LN<br>TOMBALL, TX 77377 | 6330 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$969.00 (U)<br>$969.00 (T) | - (S)<br>- (A)<br>$969.00 (P)<br>- (U)<br>$969.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| ZAVALA, EFRAIM<br>4418 TURF LN<br>FORT WAYNE, IN 46804 | 1959 | 11/8/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$372.00 (U)<br>$372.00 (T) | - (S)<br>- (A)<br>$372.00 (P)<br>- (U)<br>$372.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| Totals: | | 57 Claims | | - (S)<br>- (A)<br>$785.96 (P)<br>$68,418.47 (U)<br>$69,204.43 (T) | - (S)<br>- (A)<br>$68,418.47 (P)<br>$785.96 (U)<br>$69,204.43 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

**Undetermined Value Wrong Debtor Claim**

## Exhibit E
## Undetermined Value, Wrong Debtor Claim

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| POST-NEWSWEEK MEDIA<br>A GAZETTE PUBLICATION<br>P.O. BOX 17306<br>BALTIMORE, MD 21297-0523 | 6212 | 12/24/07 | No Case | Unspecified* | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$657.00 (U)<br>$657.00 (T) | (S) No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount". |
| **Totals:** | **1 Claim** | | | Unspecified* | | - (S)<br>- (A)<br>- (P)<br>$657.00 (U)<br>$657.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.