IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

FILED

'11 JAN 10  AM 9: 04

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC. | * | Chapter 11 |
| a Delaware corporation, *et al.,* | * | Jointly Administered |
| Debtors | * | Case No. 07-11047- (CSS) |
| | * | |

PROTECTIVE CLAIM OF FRED R. HODOVAL,

ROLLOVER IRA, PERSHING LLC, CUSTODIAN,

<u>RECOGNIZED CLAIM NUMBER 1223571</u>

COMES NOW, the Claimant, FRED R. HODOVAL, ROLLOVER IRA, PERSHING LLC, CUSTODIAN, RECOGNIZED CLAIM NUMBER 1223571 (the "Claimant"), and for his PROTECTIVE CLAIM OF FRED R. HODOVAL, ROLLOVER IRA, PERSHING LLC, CUSTODIAN, RECOGNIZED CLAIM NUMBER 1223571 (the "Protective Claim") states as follows:

1.

The Claimant timely filed his claim pursuant to the Court's Order of October 30, 2007 (the "Bar Date Order"), which claim was subsequently determined by the court-appointed Claims Administrator to be a "Recognized Claim" (the "Claim"), in the amount of $6,413.28.

2.

The Claim is based on purchases by the Claimant of shares in one or more of the Debtor corporations being, more particularly, a purchase of 26 shares on August 4, 2006, and a purchase of 470 shares, on May 9, 2007, for an aggregate purchase price of $10,795.60.

3.

Pursuant to the Court's Order of February 18, 2009, as subsequently amended (the "Confirmation Order"), the Claimant is bound by the terms and conditions of the Debtors' Amended Chapter 11 Plan of Liquidation dated February 18, 2009 (the "Plan").

4.

To the date hereof, the Claimant has not obtained a copy of Plan, and so is unaware of its terms and conditions as it pertains to his Claim.

5.

The Claimant will obtain a copy of the Plan in order to determine its terms and conditions as it pertains to his Claim.

6.

In an abundance of caution, the Claimant is filing this Protective Claim in order to preserve, to the maximum extent possible, his rights under the Plan, and to maximize the payout on his Claim.

WHEREFORE, the Claimant requests the Court to allow this Protective Claim.


Respectfully submitted this _5th_ day of January 2011.


_____

L. Tracy Teiger, Attorney in Fact for  Fred R. Hodoval

110 Veterans Memorial Boulevard, Suite F

Cumming, GA 30040

Telephone: (404) 435-9371

Telecopier: 1(866) 240-8703

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC. | * | Chapter 11 |
| a Delaware corporation, *et al.,* | * | Jointly Administered |
|    Debtors | * | Case No. 07-11047- (CSS) |
| | * | |

## CERTIFICATE OF SERVICE

This will certify that the foregoing PROTECTIVE CLAIM OF FRED R. HODOVAL, ROLLOVER IRA, PERSHING LLC, CUSTODIAN, RECOGNIZED CLAIM NUMBER 1223571 was served via United States First Class Mail, postage pre-paid in correctly addressed envelopes on the following:

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

ATTN: SEAN M. BEACH

1000 West Street, 17th Floor

P.O. Box 391

Wilmington, DE 19801


HAHN & HESSON, LLP

ATTN: MARK S. INDELICATO

488 Madison Avenue

New York, NY 10022

STEVEN D. SASS

AHM LIQUIDATING TRUST

P.O. BOX 10550

Melville, NY 11747


L. Tracy Teiger, Attorney in Fact for  Fred R. Hodoval

110 Veterans Memorial Boulevard, Suite F

Cumming, GA 30040

Telephone: (404) 435-9371

Telecopier: 1(866) 240-8703