UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                         Chapter 11 Case No. 07-11047 (CSS)
                                                                              Joint Administered
AMERICAN HOME MORTGAGE
HOLDINGS, INC., et. al.,

             Debtors.
_____

Name of Debtor Against Whom Claim          Debtor Case No. 07-11051 (CSS)
May be Held:

AMERICAN HOME MORTGAGE CORP.
a/k/a AMERICAN HOME MORTGAGE, INC.
a/k/a AMERICAN BROKERS CONDUIT
_____/

**NOTICE OF WITHDRAWAL OF CLAIM OF CHARMEN C. AVILA**

Claimant, Charmen C. Avila, through her undersigned attorney, hereby withdraws the claim filed in the above cause, dated December 29, 2007, and filed January 3, 2008, by her prior attorney, Peter Spindel.

I HEREBY CERTIFY that a true and correct copy hereof has been furnished by U.S. Mail on January 6, 2011, to: Margaret Whiteman Greecher, Esq., of Young Conaway Starggatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, P.O. box 391, Wilmington, DE 19899-0391.

ELLIOTT HARRIS, P.A.
Attorney for Charmen C. Avila
111 S.W. 3rd Street, Sixth Floor
Miami, Florida 33130
Telephone #: 305-358-0146
Fax #:  305-358-0149

By: _____
ELLIOTT HARRIS, ESQ.
FBN 097072

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                                Chapter 11 Case No. 07-11047 (CSS)
                                                                      Joint Administered
AMERICAN HOME MORTGAGE
HOLDINGS, INC., et. al.,

            Debtors.

---

Name of Debtor Against Whom Claim                    Debtor Case No. 07-11051 (CSS)
May be Held:

AMERICAN HOME MORTGAGE CORP.
a/k/a AMERICAN HOME MORTGAGE, INC.
a/k/a AMERICAN BROKERS CONDUIT
_____/

## NOTICE OF WITHDRAWAL OF CLAIM OF CHARMEN C. AVILA

Claimant, Charmen C. Avila, through her undersigned attorney, hereby withdraws the claim filed in the above cause, dated December 29, 2007, and filed January 3, 2008, by her prior attorney, Peter Spindel.

I HEREBY CERTIFY that a true and correct copy hereof has been furnished by U.S. Mail on January 6, 2011, to: Margaret Whiteman Greecher, Esq., of Young Conaway Starggatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, P.O. box 391, Wilmington, DE 19899-0391.

ELLIOTT HARRIS, P.A.
Attorney for Charmen C. Avila
111 S.W. 3rd Street, Sixth Floor
Miami, Florida 33130
Telephone #: 305-358-0146
Fax #: 305-358-0149

By: _____
ELLIOTT HARRIS, ESQ.
FBN 097072

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                Chapter 11 Case No. 07-11047 (CSS)
                                                                      Joint Administered
AMERICAN HOME MORTGAGE
HOLDINGS, INC., et. al.,

        Debtors.

_____

Name of Debtor Against Whom Claim          Debtor Case No. 07-11050 (CSS)
May be Held:

AMERICAN HOME MORTGAGE CORP.
a/k/a AMERICAN HOME MORTGAGE, INC.
a/k/a AMERICAN BROKERS CONDUIT
_____/

### NOTICE OF WITHDRAWAL OF CLAIM OF CHARMEN C. AVILA

Claimant, Charmen C. Avila, through her undersigned attorney, hereby withdraws the claim filed in the above cause, dated December 31, 2007, and filed January 4, 2008, by her prior attorney, Peter Spindel.

I HEREBY CERTIFY that a true and correct copy hereof has been furnished by U.S. Mail on January 6, 2011, to: Margaret Whiteman Greecher, Esq., of Young Conaway Starggatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, P.O. box 391, Wilmington, DE 19899-0391.

                                ELLIOTT HARRIS, P.A.
                                Attorney for Charmen C. Avila
                                111 S.W. 3rd Street, Sixth Floor
                                Miami, Florida 33130
                                Telephone #: 305-358-0146
                                Fax #:  305-358-0149

                         By: _____
                                ELLIOTT HARRIS, ESQ.
                                FBN 097072

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                                    Chapter 11 Case No. 07-11047 (CSS)
                                                                                                  Joint Administered
AMERICAN HOME MORTGAGE
HOLDINGS, INC., et. al.,

　　　　　Debtors.

---

Name of Debtor Against Whom Claim                    Debtor Case No. 07-11050 (CSS)
May be Held:

AMERICAN HOME MORTGAGE CORP.
a/k/a AMERICAN HOME MORTGAGE, INC.
a/k/a AMERICAN BROKERS CONDUIT
_____/

**NOTICE OF WITHDRAWAL OF CLAIM OF CHARMEN C. AVILA**

Claimant, Charmen C. Avila, through her undersigned attorney, hereby withdraws the claim filed in the above cause, dated December 31, 2007, and filed January 4, 2008, by her prior attorney, Peter Spindel.

I HEREBY CERTIFY that a true and correct copy hereof has been furnished by U.S. Mail on January 6, 2011, to: Margaret Whiteman Greecher, Esq., of Young Conaway Starggatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, P.O. box 391, Wilmington, DE 19899-0391.

　　　　　　　　　　　　　　　　　ELLIOTT HARRIS, P.A.
　　　　　　　　　　　　　　　　　Attorney for Charmen C. Avila
　　　　　　　　　　　　　　　　　111 S.W. 3rd Street, Sixth Floor
　　　　　　　　　　　　　　　　　Miami, Florida 33130
　　　　　　　　　　　　　　　　　Telephone #: 305-358-0146
　　　　　　　　　　　　　　　　　Fax #: 305-358-0149

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　ELLIOTT HARRIS, ESQ.
　　　　　　　　　　　　　　　　　FBN 097072