## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*,[1] | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: April 5, 2011** |
|  | ) | **Hearing Date: May 6, 2011 at 2:00 p.m.** |
|  | ) | **Re: Docket Nos. 9628 & 9643** |

### RE-NOTICE OF OBJECTION DEADLINE AND HEARING FOR CITIMORTGAGE, INC.'S MOTION FOR AN ORDER ALLOWING AND DIRECTING PAYMENT OF ITS ADMINISTRATIVE EXPENSE CLAIM (Docket Nos. 66, 1711, 7029, 7042 and 9519)

TO:    SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE THAT** on January 5, 2011, CitiMortgage, Inc. ("CMI") filed and served the *CitiMortgage, Inc.'s Motion for an Order Allowing and Directing Payment of Its Administrative Expense Claim* (the "Motion") [D.I. 9628] with the United States Bankruptcy Court for the District of Delaware (the "Court"), and served the Motion upon counsel for the Debtors, counsel for the Plan Trustee, and the Plan Trustee.

**PLEASE TAKE FURTHER NOTICE THAT** if you wish to respond to the Motion, you are required to file such response **on or before April 5, 2011** (the "Objection Deadline").

At the same time, you must serve a copy of such response on the undersigned counsel so as to be received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion will be held **on May 6, 2011 at 2:00 p.m. prevailing Eastern Time** before the Honorable Christopher S. Sontchi, Bankruptcy Judge for United States Bankruptcy Court, for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom # 6, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

Dated:  January 13, 2011                    MORRIS JAMES LLP

                                            _____

                                            Brett D. Fallon (DE Bar No. 2480)
                                            500 Delaware Avenue, Suite 1500
                                            P.O. Box 2306
                                            Wilmington, Delaware  19899-2306
                                            Telephone:  (302) 888-6888
                                            Facsimile:  (302) 571-1750
                                            E-mail:  bfallon@morrisjames.com

                                                    -and-

                                            Andrew J. Petrie (*admitted pro hac vice*)
                                            FEATHERSTONE PETRIE DESISTO LLP
                                            600 17th Street, Suite 2400S
                                            Denver, Colorado  80202-5424
                                            Telephone:  (303) 626-7139
                                            Facsimile:  (303) 626-7101
                                            E-mail:  apetrie@featherstonelaw.com

                                            *Attorneys for CitiMortgage, Inc.*