IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
 ) Chapter 11
AMERICAN HOME MORTGAGE )
HOLDINGS, INC., a Delaware corporation, ) Case No. 07-11047 (CSS)
et al., )
   Debtors. ) Jointly Administered
 )

## AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE :
 : SS:
NEW CASTLE COUNTY :

I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on January 13, 2011, I caused to be served:

**RE-NOTICE OF OBJECTION DEADLINE AND HEARING FOR CITIMORTGAGE, INC.'S MOTION FOR AN ORDER ALLOWING AND DIRECTING PAYMENT OF ITS ADMINISTRATIVE EXPENSE CLAIM
(Docket Nos. 66, 1711, 7029, 7042 and 9519)**

Service was completed upon the parties on the attached list in the manner indicated thereon.

Date: January 13, 2011

_____
William Weller

SWORN AND SUBSCRIBED before me this 13th day of January, 2011

_____
NOTARY
My commission expires:_____

RUTH F. SALOTTO
Notary Public - State of Delaware
My Comm. Expires June 9, 2011

**VIA HAND DELIVERY**
Robert S. Brady, Esq.
James L. Patton, Jr., Esq.
Sean M. Beach, Esq.
Margaret Whiteman Greecher, Esq.
Patrick A. Jackson, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Facsimile: (302) 571-1253
E-mail: rbrady@ycst.com
E-mail: jpatton@ycst.com
E-mail: sbeach@ycst.com
E-mail: pjackson@ycst.com
E-mail: mgreecher@ycst.com
[Counsel to the Debtors]

**VIA FIRST CLASS MAIL**
Steven D. Sass, Esq.
Steven D. Sass, LLC
307 International Circle, Suite 270
Hunt Valley, MD 21030
E-mail: stevensassllc@gmail.com
[Plan Trustee]

**VIA FIRST CLASS MAIL**
Steven D. Sass
AHM Liquidating Trust
P.O. Box 10550
Melville, NY 11747
E-mail: stevensassllc@gmail.com
[Plan Trustee]

**VIA FIRST CLASS MAIL**
Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
E-mail: mindelicato@hahnhessen.com
E-mail: eschnitzer@hahnhessen.com
E-mail: mpower@hahnhessen.com
[Counsel to the Plan Trustee]