IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------x
In re:                                                               :   Chapter 11
                                                                     :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                               :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                      :
                                                                     :   Jointly Administered
        Debtors.                                                     :
                                                                     :   Ref. Docket No. 9642
----------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 6, 2011, I caused to be served the "Notice of Revised Objection Deadline for Counsel to Certain Individual Borrowers," dated January 6, 2011 [Docket No. 9642], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Eleni Kossivas

Sworn to before me this
10th day of January, 2011

_____
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\AHM\Affidavits\Ntc of Revised Obj Deadline_DI 9642_AFF_1-6-11_PM_doc.doc

**EXHIBIT A**

AARP MARYLAND
ATTN: RAWLE ANDREWS JR.
200 ST. PAUL PLACE, SUITE 2510
BALTIMORE MARYLAND 21202
ATTORNEY FOR GRACIE GRAVES

LEGAL ASSISTANCE FOUNDATION OF
METROPOLITAN CHICAGO
ATTN: PETER BIBLER
111 WEST JACKSON BOULEVARD, 3RD FLOOR
CHICAGO, ILLINOIS 60604
ATTORNEY FOR ANNIE M. GORDON

LEGAL ASSISTANCE FOUNDATION OF
METROPOLITAN CHICAGO
ATTN: TAMARA F. KUSHNIR GROMAN
111 WEST JACKSON BOULEVARD, 3RD FLOOR
CHICAGO, ILLINOIS 60604
ATTORNEY FOR JOHNNY AND LINDA CULPEPPER

OREGON LAW CENTER
ATTN: HOPE DEL CARLO
921 SW WASHINGTON, SUITE 516
PORTLAND, OREGON 97205
ATTORNEY FOR PENNY MONTAGUE

SOUTH BROOKLYN LEGAL SERVICES
ATTN: MEGHAN FAUX
105 COURT STREET, 3RD FLOOR
BROOKLYN, NEW YORK 11201
ATTORNEY FOR MARJORIE CRAWFORD

STATEN ISLAND LEGAL SERVICES
ATTN: MARGARET BECKER
36 RICHMOND TERRACE, SUITE 205
STATEN ISLAND, NEW YORK 10301
ATTORNEY FOR FLORENCE DANDRIDGE