IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME<br>MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     §
                                         §  SS:
NEW CASTLE COUNTY   §

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for American Home Mortgage Servicing, Inc. f/k/a AH Mortgage Acquisition Co., Inc., in the above-captioned action, and that on the 5th day of January 2011, she caused copies of the following to be served upon the parties listed below as indicated.

- Request of American Home Mortgage Servicing, Inc., formerly known as AH Mortgage Acquisition Co., Inc., for Allowance and Payment of an Administrative Expense Claim [Docket No. 9640]

| VIA FACSIMILE, ELECTRONIC MAIL AND FIRST CLASS MAIL:<br>Sean Beach, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>Wilmington, DE 19801 | VIA FACSIMILE, ELECTRONIC MAIL AND FIRST CLASS MAIL:<br>Mark Indelicato, Esq.<br>Hahn & Hessen LLP<br>488 Madison Avenue, 14th and 15th Floor<br>New York, NY 10022 |
|---|---|
| VIA ELECTRONIC MAIL AND FIRST CLASS MAIL:<br>Steven D. Sass<br>AHM Liquidating Trust<br>PO Box 10550<br>Melville NY 11747 | |

Dated: January 6, 2011

Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Notary Public