# EXHIBIT A

**Statement Detail**

**PREPARATION OF
FEE APPLICATIONS**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/22/10 | OMU | Revise letter to Fee Committee (1.0); confer w/ J. Tecce re: same (.2). | 1.20 |
| 11/04/10 | CC4 | Review back-up and prepare September fee application. | 2.40 |
| 11/05/10 | CC4 | Prepare September fee application (4.3); review prior fee application for monies received (1.5). | 5.80 |
| 11/08/10 | OMU | Revise September fee application. | 0.50 |
| 11/09/10 | OMU | Revise September fee application. | 0.60 |
| 11/11/10 | CC4 | Review prior fee statements to calculate amounts remaining for final fee application. | 2.00 |
| 11/12/10 | CC4 | Revise final fee application. | 3.40 |
| 11/15/10 | CC4 | Revise final fee application. | 3.20 |
| TOTAL | | | 19.10 |

## **EXHIBIT B**

## SUMMARY BY EXPENSES INCURRED

| | | | |
|---|---|---|---|
| 9/1/2010 | Conference Call | | 4.52 |
| 10/1/2010 | Express Mail | September Fee Application | 7.07 |
| 10/13/2010 | Travel | Train ticket fee | 22.80 |
| 10/19/2010 | PACER | | 10.48 |
| 10/19/2010 | PACER | | 1.20 |
| 10/22/2010 | Document Reproduction | 3 pages @ $0.10 per page | 0.30 |
| 10/22/2010 | Document Reproduction | 2 pages @ $0.10 per page | 0.20 |
| 10/22/2010 | Document Reproduction | 1 page @ $0.10 per page | 0.10 |
| 10/29/2010 | Express Mail | | 11.26 |
| 11/3/2010 | Document Reproduction | 5 pages @ $0.10 per page | 0.50 |
| 11/5/2010 | Document Reproduction | 17 pages @ $0.10 per page | 1.70 |
| 11/5/2010 | Document Reproduction | 6 pages @ $0.10 per page | 0.60 |
| 11/5/2010 | Document Reproduction | 17 pages @ $0.10 per page | 1.70 |
| 11/5/2010 | Document Reproduction | 17 pages @ $0.10 per page | 1.70 |
| 11/8/2010 | Document Reproduction | 3 pages @ $0.10 per page | 0.30 |
| 11/8/2010 | Document Reproduction | 6 pages @ $0.10 per page | 0.60 |
| 11/8/2010 | Document Reproduction | 27 pages @ $0.10 per page | 2.70 |
| 11/10/2010 | Document Reproduction | 24 pages @ $0.10 per page | 2.40 |
| 11/10/2010 | Document Reproduction | 24 pages @ $0.10 per page | 2.40 |
| 11/10/2010 | Document Reproduction | 24 pages @ $0.10 per page | 2.40 |
| 11/15/2010 | Travel | Train ticket for 9/23/2010 hearing | 258.00 |
| | **TOTAL** | | |