IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------------x
In re:                                          :        Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :        Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                 :
                                                :        Jointly Administered
        Debtors.                                :
-----------------------------------------------------------------------x        Ref. Docket Nos. 9660 & 9661

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 11, 2011, I caused to be served the:

    a.  "Notice of Debtors' Seventieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated January 11, 2011, to which was attached the "Debtors' Seventieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated January 11, 2011 [Docket No. 9660], (the "70th Omnibus Objection"), and

    b.  "Notice of Debtors' Seventy-First Omnibus (Substantive) Objection to Claims Pursuant To Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated January 11, 2011, to which was attached the "Debtors' Seventy-First Omnibus (Substantive) Objection to Claims Pursuant To Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated January 11, 2011 [Docket No. 9661], (the "71st Omnibus Objection"),

    by causing true and correct copies of the:

    i.  70th Omnibus Objection and 71st Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii. 70th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii. 71st Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Pete Caris

Sworn to before me this
12th day of January, 2011

Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

T:\Clients\AHM\Affidavits\70th & 71st Omnibus Objections_DI 9660 & 9661_AFF_1-11-11.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| A.G. EDWARDS & SONS, INC. | ATTN:  JONATHAN GRIFFITH 2801 MARKET STREET, 9TH FL, F BLDG. ST. LOUIS MO 63103 |
| AARONSON, GEOFFREY | 100 SE 2ND ST., 27TH FL MIAMI FL 33131 |
| ABBOTT, DEREK | MORRIS NICHOLS ARSHT & TUNNELL 1201 NORTH MARKET STREET P.O. BOX 1347 WILMINGTON DE 19899 |
| ACKERLY, BENJAMIN | HUNTON & WILLIAMS RIVERFRONT PLAZA, EAST TOWER, 951 EAST BYRD STREET RICHMOND VA 23219 |
| ADAMS, KAREN | MERCED COUNTY TAX COLLECTOR 2222 "M" STREET MERCED CA 95340 |
| AELVOET, DAVID | LINEBARDER GOGGAN BLAIR & SAMPSON, LLP 711 NAVARRO, SUITE 300 SAN ANTONIO TX 78205 |
| ALFONSO, ANA | WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ALTER, JONATHAN | BINGHAM MCCUTCHEN ONE STATE STREET HARTFORD CT 06103 |
| ALVAREZ, GIL QUENTIN | 542 MOUNT ARGYLL COURT APOPKA FL 32712 |
| ANTONOFF, RICK | PILLSBURY WINTRHROP SHAW PITTMAN LLP 1540 BROADWAY NEW YORK NY 10036 |
| ARONAUER, JOSEPH | ARONAUER, RE & YUDELL, LLP 444 MADISON AVENUE, 17TH FLOOR NEW YORK NY 10022 |
| ASHMEAD, JOHN | SEWARD & KISSEL ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| ATTANASIO, LEE | SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BANDA, ELIZABETH | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. P.O. BOX 13430 ARLINGTON TX 76094-0430 |
| BARNES, WILLIAM JEFF | 1515 N. FEDERAL HIGHWAY, SUITE 300 BOCA RATON FL 33432 |
| BARRAGATE, BRETT | JONES DAY 901 LAKESIDE AVENUE, NORTH POINT CLEVELAND OH 44114 |
| BARRIE, MICHAEL | SCHNADER HARRISON SEGAL & LEWIS LLP 824 N. MARKET ST., SUITE 1001 WILMINGTON DE 19801 |
| BELMONTE, CHRISTOPHER | SATTERLEE STEPHENS BURKE & BURKE LLP 230 PARK AVENUE NEW YORK NY 10169 |
| BENZA, LOUIS | EMPIRE BLUE CROSS BLUE SHIELD 15 METRO TECH CENTER SOUTH – 6TH FLOOR BROOKLYN NY 11201 |
| BERMAN, STUART | SCHRIFFIN BARROWAY TOPAZ & KESSLER, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 |
| BERZOW, HAROLD | RUSKIN MOSCOU FALTISCHEK EAST TOWER, 15TH FL 1425 REXCORP PLAZA UNIONDALE NY 11556 |
| BIFFERATO, KAREN | CONNOLLY BOVE LODGE & HUTZ LLP THE NEMOURS BUILDING 1007 NORTH ORANGE STREET WILMINGTON DE 19899 |
| BISIGNANI, BRIAN | POST & SCHELL, PC 17 NORTH 2ND STREET, 12TH FLOOR HARRISBURG PA 17101-1601 |
| BODNAR, JOSEPH | LAW OFFICES OF JOSEPH J. BODNAR 1201 ORANGE STREET, STE. 400 WILMINGTON DE 19801 |
| BONIAL, HILARY | BRICE, VANDER LINDEN & WERNICK, P.C. 9441 LBJ FREEWAY, SUITE 350 DALLAS TX 75243 |
| BOONE, J. WILLIAM | ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| BOWDEN, WILLIAM | ASHBY & GEDDES, P.A. 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 WILMINGTON DE 19899 |
| BOYLE, LINDA | TIME WARNER TELECOM INC. 10475 PARK MEADOWS DRIVE, #400 LITTLETON CO 80124 |
| BRAKO, JAMES | TAX COLLECTOR PALM BEACH COUNTY 301 NORTH OLIVE AVENUE, 3RD FLOOR P.O. BOX 3715 WEST PALM BEACH FL 33402-3715 |
| BRAY, GREGORY | MILBANK TWEED HADLEY & MCCLOY, LLP 601 SOUTH FIGUEROA STREET, 30TH FLOOR LOS ANGELES CA 90017 |
| BRESSLER, BARRY | SCHNADER HARRISON SEGAL & LEWIS LLP 1600 MARKET ST., SUITE 3600 PHILADELPHIA PA 19103-7286 |
| BROOKS, LIA | PATTERSON BELKNAP WEBB & TYLER LLP 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| BROUDE, MARK | LATHAM & WATKINS LLP 885 THIRD AVENUE, SUITE 1000 NEW YORK NY 10022 |
| BROWN, CHARLES | ARCHER & GREINER 300 DELAWARE AVENUE, SUITE 1370 WILMINGTON DE 19801 |
| BRUNEL, DEAN | 75 CENTRAL STREET, UNIT ONE SOMERVILLE MA 02143 |

| Claim Name | Address Information |
|---|---|
| BUCK, JULIET | NOMURA CREDIT & CAPITAL, INC. 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281 |
| BUSENKELL, MICHAEL | WOMBLE CARLYLE SANDRIDGE & RICE, PLLC 222 DELAWARE AVENUE, SUITE 1501 WILMINGTON DE 19801 |
| CALOWAY, MARY | BUCHANAN INGERSOLL & ROONEY PC THE BRANDYWINE BUILDING 1000 WEST STREET, SUITE 1410 WILMINGTON DE 19801 |
| CAPITANO, JOHN | KENNEDY COVINGTON LOBDELL & HICKMAN 214 N. TRYON STREET, 47TH FL. CHARLOTTE NC 28202 |
| CARROLL, III, JOHN | COZEN O'CONNOR CHASE MANHATTAN CENTER, SUITE 1400 1201 N. MARKET STREET WILMINGTON DE 19801 |
| CARUSO, PAUL | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN CHICAGO IL 60603 |
| CHAVEZ | 35012 CAMINO CAPISTRANO DANA POINT CA 92624 |
| CHIPMAN, WILLIAM | EDWARDS ANGELL PALMER & DODGE LLP 919 N. MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| CHOW, LING | ASSURED GUARANTY 1325 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CHRISTIANSON, SHAWN | BUCHALTER NEMER P.C. 333 MARKET STREET, 25TH FLOOR SAN FRANCISCO CA 94105-2126 |
| CIOFFI, JOSEPH | DAVIS & GILBERT LLP 1740 BROADWAY NEW YORK NY 10019 |
| CLEMENTE, MATTHEW | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN ST. CHICAGO IL 60603 |
| COHEN, RONALD | SEWARD & KISSEL ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| COLLINS, MARK | RICHARDS, LAYTON & FINGER, P.A. ONE RODNEY SQUARE P.O. BOX 551 WILMINGTON DE 19899 |
| COLSON, ENID | LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP 1100 GLENDON AVENUE, 14TH FLOOR LOS ANGELES CA 90024 |
| CONNERY, NANCY | SCHOEMAN, UPDIKE & KAUFMAN, LLP 60 EAST 42ND ST. NEW YORK NY 10165 |
| CONSTANTINE, KATHERINE | DORSEY & WHITNEY, LLP 50 SOUTH SIXTH STREET, SUITE 1500 MINNEAPOLIS MN 55402 |
| CORNISH, KELLEY | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| COUNIHAN, VICTORIA | GREENBERG TRAURIG THE NEMOURS BUILDING 1007 NORTH ORANGE STREET, SUITE 1200 WILMINGTON DE 19801 |
| COX, MICHAEL | CADILLAC PLACE 3030 W. GRAND BLVD., SUITE 10-200 DETRIOT MI 48202 |
| CROWLEY, LEO | PILLSBURY WINTHROP LLP 1540 BROADWAY NEW YORK NY 10036 |
| CULVER, DONNA | MORRIS, NICHOLS, ARSHT & TUNNELL 1201 N. MARKET STREET P.O. BOX 1347 WILMINGTON DE 19899-1347 |
| CURLING, JULIUS | STATE OF MICHIGAN, DEPARTMENT OF TREASURY 3030 W. GRAND BOULEVARD, SUITE 10-200 CADILLAC PLACE DETROIT MI 48202 |
| CURRIER, ADAM | 258 SPIELMAN HIGHWAY PO BOX 2033 BURLINGTON CT 06013 |
| CURRIER, TERESA | BUCHANAN INGERSOLL & ROONEY P.C. THE BRANDYWINE BUILDING 1000 WEST STREET, SUITE 1410 WILMINGTON DE 19801 |
| D'AGOSTINO, VINCENT | LOWENSTEIN SANDLER PC 65 LIVINGSTON AVENUE ROSELAND NJ 07068-1791 |
| DAVIS, DOUGLAS | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| DEFALAISE, MARY | U.S. DEPARTMENT OF JUSTICE 1100 L ST., NW, ROOM 10002 WASHINGTON DC 20005 |
| DIAMOND, ALLAN | DIAMOND MCCARTHY LLP 909 FANNIN STREET, 15TH FL. TWO HOUSTON CENTER HOUSTON TX 77010 |
| DILLMAN, JOHN | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP PO BOX 3064 HOUSTON TX 77253 |
| DOMINY, ROSA | IKON FINANCIAL SERVICES 1738 BASS ROAD P.O. BOX 13708 MACON GA 31208-3708 |
| DOUGHTY, KRISTI | WHITTINGTON & AULGUR 313 N. DUPONT HWY., SUITE 110 P.O. BOX 617 ODESSA DE 19730 |
| DREBSKY, DENNIS | NIXON PEABODY, LLP 437 MADISON AVENUE NEW YORK NY 10022 |
| ELLENBERG, MARK | CADWALADER, WICKERSHAM & TAFT LLP 1201 F STREET, N.W. WASHINGTON DC 20004 |
| ENGLUND, ALYSSA | ORRICK HERRINGTON & SUTCLIFFE LLP 666 FIFTH AVENUE NEW YORK NY 10103 |
| ETKIN, MICHAEL | LOWENSTEIN SANDLER PC 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |

| Claim Name | Address Information |
|---|---|
| FALGOWSKI, J. CORY | REED SMITH LLP 1201 MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| FALLON, BRETT | MORRIS JAMES LLP 500 DELAWARE AVENUE, SUITE 1500 PO BOX 2306 WILMINGTON DE 19899 |
| FATELL, BONNIE GLANTZ | BLANK ROME LLP 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| FEDERAL DEPOSIT INS. CORP. | 1601 BRYAN STREET DALLAS TX 75201 |
| FELGER, MARK | COZEN & O'CONNOR 1201 N. MARKET STREET, SUITE 1400 WILMINGTON DE 19801 |
| FERGUSON, MATTHEW | SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10018 |
| FIFE, LORI | WEIL GOTSHAL & MANGES, LLP 767 FIFTH AVENUE NEW YORK NY 10153 |
| FINESTONE, STUART | FINESTONE & MORRIS 3340 PEACHTREE ROAD, NE, SUITE 2540 TOWER PLACE ATLANTA GA 30326 |
| FIVEL, NORMAN | NYS DEPT. OF LAW THE CAPITOL ALBANY NY 12224 |
| FOLDS, J. DAVID | MCKENNA LONG & ALDRIDGE LLP 1900 K. STREET, NW WASHINGTON DC 20006 |
| FREDERICKS, RAY | 1600 PACIFIC HIGHWAY, ROOM 162 SAN DIEGO CA 92101 |
| FUERTES, SUSAN | 14910 ALDINE-WESTFIELD ROAD HOUSTON TX 77032 |
| GARBER, SAMUEL | GENERAL GROWTH MANAGEMENT, INC., 110 N. WACKER CHICAGO IL 60606 |
| GARCIA, FLORA | OFFICE THE TAX COLLECTOR 940 WEST MAIN STREET, SUITE 106 EL CENTRO CA 92243 |
| GAZZO, NICOLE | STEVEN J. BAUM, P.C. 220 NORTHPOINTE PARKWAY, SUITE G AMHERST NY 14228 |
| GLASER, BARRY | STECKBAUER WEINHART JAFFEE, LLP 333 S. HOPE ST., SUITE 3600 LOS ANGELES CA 90071 |
| GOLDMAN, WILLIAM | SIDLEY AUSTIN 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GOLDSTEIN, MARCIA | WEIL GOTSHAL & MANGES, LLP 767 FIFTH AVENUE NEW YORK NY 10153 |
| GORMAN, ERIC | SKADDEN ARPS SLATE MEAGHER & FLOM LLP 155 N. WACKER DRIVE, SUITE 2700 CHICAGO IL 60606 |
| GRACE, THOMAS | LOCKE LIDDELL & SAPP 3400 JPMORGAN CHASE TOWER 600 TRAVIS STREET, SUITE 3400 HOUSTON TX 77002 |
| GREENBERG, ROBERT | FRIEDLANDER, MISLER, SLOAN, KLETZKIN & OCHSMAN, PLLC 1101 SEVENTEENTH STREET, N.W., SUITE 700 WASHINGTON DC 20036-4704 |
| GREER, STEFANIE BIRBROWER | KING & SPALDING LLP 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| GROFF, WHITNEY | MCCALLA RAYMER, LLC 1544 OLD ALABAMA ROAD ROSWELL GA 30076-2102 |
| GUINEY, BRIAN | PATTERSON BELKNAP WEBB & TYLER LLP 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| GULKOWITZ, ARNOLD | DICKSTEIN SHAPIRO 1633 BROADWAY LOWR 2C2 NEW YORK NY 10019 |
| GWYNNE, KURT | REED SMITH LLP 1201 N. MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| HARDY, JAMES | GALAXY ASSOCIATES 1220 ENSENADA AVENUE LAGUNA BEACH CA 92651 |
| HARRINGTON, LEE | NIXON PEABODY, LLP 437 MADISON AVENUE NEW YORK NY 10022 |
| HART, A. MICHELLE | MCCALLA RAYMER, LLC 1544 OLD ALABAMA ROAD ROSWELL GA 30076-2102 |
| HATFIELD, LISA | WITTSTADT & WITTSTADT, P.A. 284 EAST MAIN STREET NEWARK DE 19711 |
| HAYES, PHYLLIS | RMS 307 INTERNATIONAL CIRCLE, SUITE 270 HUNT VALLEY MD 21030 |
| HAZELTINE, WILLIAM | SULLIVAN HAZELTINE ALLINSON LLC 4 EAST 8TH STREET, SUITE 400 WILMINGTON DE 19801 |
| HEALY, PATRICK | WILMINGTON TRUST CO. 1100 NORTH MARKET STREET RODNEY SQUARE NORTH WILMINGTON DE 19801 |
| HEANEY, JAMES | LAW DEBENTURE TRUST COMPANY OF NEW YORK 400 MADISON AVENUE, 4TH FL. NEW YORK NY 10017 |
| HELLAND, MATTHEW | NICHOLS KASTER & ANDERSON 80 SOUTH 8TH STREET, SUITE 4600 MINNEAPOLIS MN 55402 |
| HILLER, ADAM | PINCKNEY, HARRIS & WEIDINGER, LLC 1220 NORTH MARKET STREET, SUITE 950 WILMINGTON DE 19801 |
| HOGAN, DANIEL | THE HOGAN FIRM 1311 DELAWARE AVENUE WILMINGTON DE 19806 |
| HOLDEN, FREDERICK | ORRICK, HERRINGTON & SUTCLIFFE LLP 405 HOWARD STREET SAN FRANCISCO CA 94105 |
| HOLLEY, RICHARD | SANTORO DRIGGS WALCH KEARNEY HOLLEY & THOMPSON 400 SOUTH FOURTH STREET, 3RD FL LAS VEGAS NV 89101 |

| Claim Name | Address Information |
|---|---|
| HOTCHKISS, NANCY | TRAINOR ROBERTSON 980 FULTON AVENUE SACRAMENTO CA 95825 |
| HUGGETT, JAMES | MARGOLIS EDELSTEIN 750 SHIPYARD DRIVE, SUITE 102 WILMINGTON DE 19801 |
| HURFORD, MARK | CAMPBELL & LEVINE, LLC 800 NORTH KING STREET, SUITE 300 WILMINGTON DE 19801 |
| INDELICATO, MARK | HAHN & HESSEN LLP 488 MADISON AVENUE, 14TH AND 15TH FLOOR NEW YORK NY 10022 |
| INTERNAL REVENUE SERVICE | 2970 MARKET STREET PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| ISRAELI, DANIEL | VANTIUM CAPITAL 9 WEST 57TH ST., 37TH FLOOR NEW YORK NY 10019 |
| JOHNSTON, SUSAN POWER | COVINGTON & BURLING LLP THE NEW YORK TIMES BUILD., 620 EIGHTH AVENUE NEW YORK NY 10018 |
| JONES, LAURA DAVIS | PACHULSKI, STANG, ZIEHL, YOUNG & JONES  LLP 919 N. MARKET STREET, 17TH FLOOR WILMINGTON DE 19899-8705 |
| JURICH, LANCE | LOEB & LOEB LLP 10100 SANTA MONICA BOULEVARD, SUITE 2200 LOS ANGELES CA 90067-4164 |
| KATZ, MICHAEL | MBK AND ASSOCIATES 1136 WASHINGTON AVENUE, SUITE 905 ST. LOUIS MO 63101 |
| KELLY, STEVEN | SILVER & DEBOSKEY 1801 YORK STREET DENVER CO 80206 |
| KIELMAN, GEORGE | FREDDIE MAC 8200 JONES BRANCE DRIVE - MS 202 MCLEAN VA 22102 |
| KILPATRICK, RICHARDO | KILPATRICK & ASSOCIATES 903 NORTH OPDYKE ROAD, SUITE C AUBURN HILLS MI 48326 |
| KING, MAUREEN PEYTON | SECURITIES AND EXCHANGE COMMISSION 3 WORLD FINANCIAL CENTER, ROOM 400 NEW YORK NY 10281 |
| KINSELLA, SHELLEY | COOCH & TAYLOR THE BRANDYWINE BUILDING, 1000 WEST STREET, 10TH FLOOR WILMINGTON DE 19801 |
| KORTANEK, STEVEN | WOMBLE CARLYLE SANDRIDGE & RICE PLLC 222 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |
| KOZLOV, HERSH | WOLFBLOCK LLP 1940 ROUTE 70 70 EAST, SUITE 200 CHERRY HILL NJ 08003 |
| KRIGSMAN, JOHN | FIRST AMERICAN CAPITAL LLC 7286 SIENA WAY BOULDER CO 80301 |
| KUNEY, DAVID | SIDLEY AUSTIN 1501 K. ST. N.W. WASHINGTON DC 20005 |
| KURTZMAN, JEFF | KLEHR HARRISON HARVEY BRANZBURG & ELLERS, LLP 919 MARKET STREET, SUITE 1000 WILMINGTON DE 19801 |
| LANDIS, ADAM | LANDIS RATH & COBB LLP 919 MARKET STREET, SUITE 600 WILMINGTON DE 19801 |
| LASTOWSKI, MICHAEL | DUANE MORRIS LLP 1100 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 |
| LAUKITIS, LISA | KIRKLAND & ELLIS 153 EAST 53RD STREET CITICORP CENTER NEW YORK NY 10022 |
| LAWALL, BARBARA | PIMA COUNTY CIVIL DIVISION 32 NORTH STONE AVENUE, SUITE 2100 TUCSON AZ 85701 |
| LAWSON, KIMBERLY | REED SMITH LLP 1201 MARKET STREET SUITE 1500 WILMINGTON DE 19801 |
| LAZAROU, ELENA | REED SMITH LLP 599 LEXINGTON AVENUE, 27TH FLOOR NEW YORK NY 10022 |
| LEANSE, THOMAS | KATTEN MUCHIN ROSENMAN 2029 CENTURY PARK EAST, SUITE 2600 LOS ANGELES CA 90067 |
| LEFKOFSKY, STEVEN | 31500 NORTHWESTERN HIGHWAY, SUITE 105 FARMINGTON HILLS MI 48334 |
| LEMISCH, RAYMOND | BENESCH FRIEDLANDER COPLAN & ARONOFF LLP 222 DELAWARE AVENUE, SUITE 810 WILMINGTONT DE 19801 |
| LEVINE, SCOTT | PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW 1065 AVENUE OF AMERICAS, 18TH FL. NEW YORK NY 10018 |
| LIBERI, JASON | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE RODNEY SQUARE P.O. BOX 636 WILMINGTON DE 19899 |
| LINFESTY, FREDERICK | IRON MOUNTAIN INFORMATION MANAGEMENT 745 ATLANTIC AVENUE BOSTON MA 02111 |
| LOFTUS, NANCY | DEPRT OF TAX ADMIN - FAIRFAX CO. 12000 GOVERNMNET CENTER PARKWAY, SUITE 549 FAIRFAX VA 22035 |
| LOIZIDES, CHRISTOPHER | LOIZIDES, P.A. 1225 KING STREET, SUITE 800 WILMINGTON DE 19801 |
| LOOMIS, GASTON | REED SMITH LLP 1201 MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| LOWE, SHERRY | LAMM RUBENSTONE LESAVOY BUTZ & DAVID LLC 3600 HORIZON BOULEVARD, SUITE 200 TREVOSE PA 19053 |
| LUCKMAN, GERARD | SILVERMAN PERLSTEIN & ACAMPORA LLP 100 JERICHO QUADRANGLE, SUITE 300 JERICHO NY 11753 |
| LUSKIN, MICHAEL | HUGHES, HUBBARD & REED LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |

| Claim Name | Address Information |
|---|---|
| MACAULEY, THOMAS | ZUCKERMAN SPAEDER LLP 919 MARKET STREET, SUITE 990 PO BOX 1028 WILMINGTON DE 19899 |
| MALLOY, SEAN | MCDONALD HOPKINS CO., LPA 600 SUPERIOR AVENUE EAST, SUITE2100 CLEVELAND OH 44114 |
| MARGOLIN, JEFFREY | HUGHES HUBBARD & REED LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| MARGOLL, MICHAEL | MOSS CODILIS LLP 6560 GREENWOOD PLAZA, SUITE 100 ENGLEWOOD CO 80111 |
| MARTIN, MADISON | STITES & HARBISON PLLC 401 COMMERCE ST., SUITE 800 NASHVILLE TN 37219 |
| MAY, ELOISE | WILES & WILES 800 KENNESAW AVENUE, NW, SUITE 400 MARIETTA GA 30060 |
| MCCALL, DAVID | GAY MCCALL ISAACKS GORDON & ROBERTS, P.C. 777 E. 15TH STREET PLANO TX 75074 |
| MCCALL, ROBERT | PEABODY & ARNOLD, LLP 600 ATLANTIC AVE. BOSTON MA 02210 |
| MCCLOUD, LAURA | TENNESSEE DEPARTMENT OF LABOR & WORKFORCE DEVELOPMENT-UNEMPLOYMENT INS. P.O. BOX 20207 NASHVILLE TN 37202-0207 |
| MCGINN, FRANK | BARTLETT HACKETT FEINBERG, P.C. 155 FEDERAL STREET, 9TH FLOOR BOSTON MA 02110 |
| MCGONIGLE, PETER | FANNIE MAE 1835 MARKET STREET, SUITE 2300 PHILADELPHIA PA 19103 |
| MCLAUGHLIN, LISA | PHILLIPS, GOLDMAN & SPENCE, P.A. 1200 N BROOM STREET WILMINGTON DE 19806 |
| MCMAHON, JOSEPH | OFFICE OF THE UNITED STATES TRUSTEE J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 - LOCKBOX #35 WILMINGTON DE 19801 |
| MCRAE, DANA | 701 OCEAN STREET, ROOM 150 SANTA CRUZ CA 95060 |
| MEACHAM, GREGORY | MCGRATH MEACHAM & SMITH 414 SHOUP AVENUE PO BOX 50731 IDAHO FALLS ID 83405 |
| MEADOR, SARI | OFFICE OF JOE G. TEDDER, CFC P.O. BOX 2016 BARTOW FL 33831 |
| MERSKY, RACHEL | MONZACK MERSKY MCLAUGLIN AND BROWDER 400 COMMERCE CENTER, 1201 ORANGE STREET P.O. BOX 2031 WILMINGTON DE 19899-2031 |
| MILLER, RICHARD | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MINUTI, MARK | SAUL EWING LLP 222 DELAWARE AVE., SUITE 1200 P.O. BOX 1266 WILMINGTON DE 19899-1266 |
| MOLDOVAN, JOSEPH | MORRISON COHEN LLP 909 THIRD AVENUE NEW YORK NY 10022 |
| MOMJIAN, CHRISTOPHER | PENNSYLVANIA ATTORNEY GENERAL' S OFFICE 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| MONDSHEIN, LEE | 7600 JERICHO TURNPIKE WOODBURY NY 11797 |
| MONHAIT, NORMAN | ROSENTHAL MONHAIT & GODDESS 919 MARKET ST./STE. 1401 MELLON BANK CTR P.O. BOX 1070 WILMINGTON DE 19899 |
| MOONEY, MARTIN | DEILY, MOONEY & GLASTETTER, LLP 8 THURLOW TERRACE ALBANY NY 12203 |
| MORGAN, PAULINE | YOUNG CONAWAY STARGATT & TAYLOR LLP THE BRANDYWINE BLDG., 17TH FLOOR 1000 WEST STREET WILMINGTON DE 19899 |
| MORSE, JOSHUA | HENNIGAN & BENNETT 865 SOUTH FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| MORTON, JEANNE | MCCALLA RAYMER 1544 OLD ALABAMA ROAD ROSWELL GA 30076 |
| MOSER, ERIC | MILBANK TWEED HADLEY & MCCLOY, LLP 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005-1413 |
| MOSLEY, CHRISTOPHER | CITY OF FORT WORTH 1000 THROCKMORTON STREET FORT WORTH TX 76102 |
| MOSS, GUY | RIEMER & BRAUNSTEIN THREE CENTER PLAZA BOSTON MA 02108 |
| MOSS, TINA | PRYOR CASHMAN SHERMAN & FLYNN, LLP 410 PARK AVENUE NEW YORK NY 10022 |
| NEUMANN, DAVID | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP 2300 BP TOWER 200 PUBLIC SQUARE CLEVELAND OH 44114-2378 |
| NEWELL, JANICE | ADA COUNTY TREASURER 200 W. FRONT STREET, ROOM 3191 BOISE ID 83702 |
| NEWTON, JEFFREY | COUNTY ATTORNEY FOR BROWARD COUNTY 115 SOUTH ANDREWS AVE., SUITE 423 GOVERNMENTAL CENTER FORT LAUDERDALE FL 33301 |
| NIEDERMEYER, ANDREA | STUTZMAN, BROMBERG, ESSERMAN & PLIFKA 2323 BRYAN STREET, SUITE 2200 DALLAS TX 75201 |
| NIMEROFF, JAMI | BROWN STONE NIMEROFF LLC 4 EAST 8TH STREET, SUITE 4000 WILMINGTON DE 19801 |
| NORTH FORK | 275 BROADHOLLOW ROAD MELVILLE NY 11747 |

| Claim Name | Address Information |
| --- | --- |
| NOVOTNY, WILLIAM | MARISCAL, WEEKS, MCINTYRE & FREIDLANDER, P.A. 2901 N. CENTRAL AVENUE, SUITE 200 PHOENIX AZ 85012 |
| NYHAN, LARRY | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN CHICAGO IL 60603 |
| O'CONNELL, KATHLEEN | SUNTRUST BANK 303 PEACHTREE STREET, 36TH FL. MAIL CODE 0662 ATLANTA GA 30308 |
| O'NEIL, JOSEPH | REED SMITH LLP 1201 MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| OFFICE OF THRIFT SUPERVISION | 1700 G STREET, NW WASHINGTON DC 20552 |
| OLSEN, HAROLD | STROOCK & STROOCK & LAVAN, LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| PALACIO, RICARDO | ASHBY & GEDDES 500 DELAWARE AVENUE, 8TH FLOOR WILMINGTON DE 19899 |
| PARKER, TALLY | PARKER & MARKS PC 1106 N IRVING HEIGHTS DR. IRVING TX 75061 |
| PARTEE, PETER | HUNTON & WILLIAMS 200 PARK AVENUE, 53RD FLOOR NEW YORK NY 10166-0136 |
| PETRIE, ANDREW | FEATHERSTONE PETRIE DESISTO LLP 600 17TH STREET, SUITE 2400 S DENVER CO 80202 |
| PHILIP, JOHN | CRISLIP, PHILIP & ASSO. 4515 POPLAR AVENUE, SUITE 322 MEMPHIS TN 38117 |
| PHILLIPS, MARC | CONNOLLY BOVE LODGE & HUTZ LLP THE NEMOURS BUILDING 1007 NORTH ORANGE STREET WILMINGTON DE 19899 |
| PITE, STEVEN | PITE DUNCAN LLP 525 E. MAIN STREET PO BOX 12289 EL CAJON CA 92022 |
| PLON, DANA | SIRLIN GALLOGLY & LESSER, P.C. 1529 WALNUT STREET, SUITE 600 PHILADELPHIA PA 19102 |
| POLIS, THOMAS | POLIS & ASSOCIATES 19800 MACARTHUR BOULEVARD SUITE 1000 IRVINE CA 92612 |
| POLITAN, MARK | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. 25 MAIN STREET HACKENSACK NJ 07601 |
| PROFANT, SUSAN | C/O KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR 819 U.S. 301 BLVD. WEST P.O. BOX 25300 BRADENTON FL 34206-5300 |
| RAVERT, GARY | MCDERMOTT, WILL & EMERY 340 MADISON AVENUE NEW YORK NY 10173 |
| REDIGER, SHAWN | WILLIAMS KASTNER & GIBBS 601 UNION STREET, SUITE 4100 SEATTLE WA 98101 |
| REED, MICHAEL | MCCREARY, VESELKA, BRAGG & ALLEN, P.C. P.O. BOX 26990 AUSTIN TX 78755 |
| REILLEY, PATRICK | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. 500 DELAWARE AVENUE, SUITE 1400 WILMINGTON DE 19801 |
| REYNOLDS, MICHAEL | SNELL & WILMER LLP 600 ANTON BLVD., SUITE 1400 COSTA MESA CA 92626 |
| RICE, SHAWN | RICE & GOTZMER 605 N. 8TH STREET, SUITE 350 SHEBOYGAN WI 53081 |
| RILEY, RICHARD | DUANE MORRIS LLP 1100 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 |
| ROBERTS, CHRISTINE | OLSON CANNON GORMLEY & DESRUISSEAUX 9950 WEST CHEYENNE AVENUE LAS VEGAS NV 89129 |
| ROBERTS, ERIN | WOMBLE CARLYLE SANDRIDGE & RICE PLLC 8065 LEESBURG PIKE, FOURTH FLOOR TYSONS CORNER VA 22182 |
| ROMERO, MARTHA | ROMERO LAW FIRM 6516 BRIGHT AVENUE WHITTIER CA 90601 |
| ROSENBAUM, ROBERT | MEYERS, RODDELL & ROSENBAUM, P.A. 6801 KENILWORTH AVE., SUITE 400 BERKSHIRE BUILDING RIVERDALE PARK MD 20737-1385 |
| ROSENBERG, ROBERT | LATHAM & WATKINS LLP 885 THIRD AVENUE, SUITE 1000 NEW YORK NY 10022 |
| ROSENBLATT, STEPHEN | BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC P.O. BOX 22567 JACKSON MI 39225 |
| ROSENTHAL, JOHN | NIXON PEABODY, LLP ONE EMBARCADERO CENTER, 18TH FLOOR SAN FRANCISCO CA 94111-3600 |
| ROSNER, FREDERICK | MESSANA ROSNER & STERN, LLP 1000 N. WEST STREET, SUITE 1200 WILMINGTON DE 19801 |
| ROUPINIAN, RENE | OUTTEN & GOLDEN 3 PARK AVENUE, 29TH FL. NEW YORK NY 10016 |
| RUBINSTEIN, VADIM | LOEB & LOEB 345 PARK AVENUE NEW YORK NY 10154 |
| RUDMAN, SAMUEL | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP 58 SOUTH SERVICE ROAD, SUITE 200 MELVILLE NY 11747 |
| RUMPH | IKON OFFICE SOLUTIONS 3920 ARKWRIGHT ROAD, SUITE 400 MACON GA 31210 |
| SALERNO, THOMAS | SQUIRE SANDERS & DEMPSEY L.L.P. 40 NORTH CENTRAL AVENUE, SUITE 2700 PHOENIX AZ 85004 |
| SALWOWSKI, BRIAN | INDIANA DEPT. OF REVENUE INDIANA GOVERNMENT CENTER SOUTH, FIFTH FLOOR 302 WEST |

| Claim Name | Address Information |
|---|---|
| SALWOSKI, BRIAN | WASHINGTON STREET INDIANAPOLIS IN 46204-2770 |
| SASS, STEVEN | 307 INTERNATIONAL CIRCLE, SUITE 270 HUNT VALLEY MD 21030 |
| SAWYER, CHARLES | DORSEY & WHITNEY 50 SOUTH SIXTH ST., SUITE 1500 MINNEAPOLIS MN 55402 |
| SCHILTZ, TODD | DRINKER BIDDLE & REATH 1100 N. MARKET STREET, #1000 WILMINGTON DE 19801 |
| SCHNABEL, ERIC LOPEZ | DORSEY & WHITNEY 1105 NORTH MARKET STREET, 16TH FL. WILMINGTON DE 19801 |
| SCHONHOLTZ, MARGOT | WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SCHRAGE, PATRICIA | SECURITIES AND EXCHANGE COMMISSION 3 WORLD FINANCIAL CENTER, ROOM 400 NEW YORK NY 10281 |
| SCHWEITZER, LISA | CLEARY GOTTLIEB STEEN & HAMILTON ONE LIBERTY PLAZA NEW YORK NY 10006 |
| SEIDEL, BARRY | KING & SPALDING LLP 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SELBST, STEPHEN | MCDERMOTT, WILL & EMERY 340 MADISON AVENUE NEW YORK NY 10173 |
| SEW HOY, MICHAEL | U.S. DEPARTMENT OF JUSTICE 1100 L. STREET, N.W., ROOM 10048 WASHINGTON DC 20005 |
| SHICKICH, JR., JOSEPH | RIDDELL WILLIAMS, P.S. 1001 FOURTH AVENUE, SUITE 4500 SEATTLE WA 98154 |
| SILBERGLIED, RUSSELL | RICHARDS, LAYTON & FINGER, P.A. ONE RODNEY SQUARE P.O. BOX 551 WILMINGTON DE 19899 |
| SILVERSTEIN, ANDREW | SEWARD & KISSEL ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| SILVERSTEIN, LAURIE | POTTER ANDERSON & CORROON LLP 1313 N. MARKET STREET, 6TH FLOOR P.O. BOX 951 WILMINGTON DE 19899 |
| SIMON, CHRISTOPHER | CROSS & SIMON, LLC 913 NORTH MARKET STREET, 11TH FL. WILMINGTON DE 19801 |
| SIMONS, ROBERT | REED SMITH LLP 435 SIXTH AVENUE PITTSBURGH PA 15230-2009 |
| SINGER, LINDA | COHEN MILSTEIN SUITE 500, WEST TOWER WASHINGTON DC 10005 |
| SKLAR, JAMES | DOVEBID 27600 NORTHWESTERN HIGHWAY, SUITE 220 SOUTHFIELD MI 48034 |
| SLIGHTS, ELLEN | U.S. ATTORNEY'S OFFICE 1007 ORANGE STREET, SUITE 700 PO BOX 2046 WILMINGTON DE 19899 |
| SPRINGER, CLAUDIA | REED SMITH LLP 2500 ONE LIBERTY PLACE 1650 MARKET STREET PHILADELPHIA PA 19103-7301 |
| STACK, DAVID | ABN AMRO BANK 101 PARK AVENUE, 6TH FL NEW YORK NY 10178 |
| STAMOULIS, STAMATIOS | STAMOULIS & WEINBLATT 6 DENNY ROAD, SUITE 307 WILMINGTON DE 19809 |
| STAPLETON, KAREN | ASSISTANT COUNTY ATTORNEY ONE HARRISON STREET, S.E. 5TH FLOOR LEESBURG VA 20175 |
| STATE OF MARYLAND | 1100 NORTH EUTAW ST., ROOM 401 BALTIMORE MD 21201 |
| STEEGE, CATHERINE | JENNER & BLOCK 330 N. WABASH AVENUE CHICAGO IL 60611 |
| STENNETT, STEVE | JONES DAY 2727 NORTH HARWOOD STREET DALLAS TX 75201 |
| STOELTING, DAVID | SECURITIES AND EXCHANGE COMMISSION 3 WORLD FINANCIAL CENTER, ROOM 400 NEW YORK NY 10281 |
| STONE, RALPH | SHALOV STONE & BONNER LLP 485 7TH AVENUE, RM 1000 NEW YORK NY 10018-7241 |
| SUGLIA, NICOLA | FLEISCHER FLEISCHER & SUGLIA PLAZA 1000 AT MAIN STREET, SUITE 208 VOORHEES NJ 08043 |
| SULLIVAN, WILLIAM | WILLIAM D. SULLIVAN, LLC 4 EAST 8TH STREET, SUITE 400 WILMINGTON DE 19801 |
| SUNCINE, STACEY | BERNSTEIN LAW FIRM SUITE 2200 GULF TOWER PITTSBURGH PA 15219 |
| SUTTY, ERIC | FOX ROTHSCHILD 919 NORTH MARKET STREET, SUITE 1600 WILMINGTON DE 19801 |
| TALMADGE, SCOTT | KAYE SCHOLER LLP 425 PARK AVENUE NEW YORK NY 10022 |
| TAYLOR, WILLIAM | MCCARTER & ENGLISH, LLP 405 N. KING STREET, 8TH FL. WILMINGTON DE 19801 |
| THAU, IRVING | 1139 AMALFI DRIVE PACIFIC PALISADES CA 90272 |
| THOMAS, PRINCE ALTEE | FOX ROTHSCHILD LLP 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA PA 19103-3291 |
| THOMPSON, CHRISTINA | CONNOLLY BOVE LODGE & HUTZ LLP THE NEMOURS BUILDING 1007 NORTH ORANGE STREET WILMINGTON DE 19899 |
| TOP, III, FRANKLIN | CHAPMAN AND CUTLER LLP 111 WEST MONROE ST. CHICAGO IL 60603 |
| TOYE, MARIKAE | NEW JERSEY ATTORNEY GENERAL'S OFFICE R.J. HUGHES JUSTICE COMPLEX PO BOX 106 TRENTON NJ 08625 |

| Claim Name | Address Information |
|---|---|
| TRODELLA, ROBERT | HELLER EHRMAN LLP 333 BUSH STREET SAN FRANCISCO CA 94104 |
| WALLACE, S. JAMES | GRIFFITH MCCAGUE & WALLACE 707 GRANT STREET PITTSBURGH PA 15219 |
| WANSLEE, MADELEINE | GUST ROSENFELD P.L.C. 201 E. WASHINGTON STREET, SUITE 800 PHOENIX AZ 85004 |
| WARD, CHRISTOPHER | POLSINELLI SHALTON FLANIGAN SUELTHAUS PC 222 DELAWARE AVENUE, SUITE 1101 WILMINGTON DE 19801 |
| WAXMAN, JEFFREY | MORRIS JAMES LLP 500 DELAWARE AVENUE, SUITE 1500 PO BOX 2306 WILMINGTON DE 19899 |
| WEINBLATT, RICHARD | STAMOULIS & WIEINBLATT 6 DENNY ROAD, SUITE 307 WILMINGTON DE 19809 |
| WEINSTOCK, PETER | HUNTON & WILLIAMS LLP 1445 ROSS AVENUE, SUITE 3700 DALLAS TX 75202 |
| WEISBROD, STEPHEN | GILBERT LLP 1100 NEW YORK AVE., NW SUITE 700 WASHINGTON DC 20005-3987 |
| WEISMAN, GILBERT | BECKET AND LEE LLP P.O. BOX 3001 MALVERN PA 19355 |
| WELLER, ELIZABETH | LINEBARGER GOGGAN BLAIR PENA & SAMPSON LLP 2323 BRYAN STREET SUITE 1600 DALLAS TX 75201 |
| WERB, DUANE | WERB & SULLIVAN 300 DELAWARE AVENUE, SUITE 1300 P.O. BOX 25046 WILMINGTON DE 19801 |
| WILAMOWSKY, STEVEN | BINGHAM MCCUTCHEN 399 PARK AVENUE NEW YORK NY 10022-4689 |
| WILSON, BRUCE | KUTAK ROCK LLP 1650 FARNAM ST. OMAHA NE 68102 |
| WILSON, MICHAEL | HUNTON & WILLIAMS RIVERFRONT PLAZA, EAST TOWER, 951 EAST BYRD STREET RICHMOND VA 23219 |
| WINFREE, AMANDA | ASHBY & GEDDES, P.A. 500 DELAWARE AVENUE, 8TH FLOOR WILMINGTON DE 19899 |
| WINNICK, JONATHAN | BERNSTEIN SHUR 100 MIDDLE STREET PORTLAND ME 04104 |
| WORKMAN, DONALD | BAKER & HOSTETLER, LLP 1050 CONNECTICUT AVENUE, N.W. SUITE 1100 WASHINGTON DC 20036 |
| WRIGHT, KARON | TRAVIS COUNTY ATTORNEY P.O. BOX 1748 AUSTIN TX 78767 |
| YODER, STEVEN | THE BAYARD FIRM 222 DELAWARE AVENUE SUITE 900 WILMINGTON DE 19801 |
| YUDELL, KENNETH | ARONAUER, GOLDFARB, SILAS & RE, LLP 444 MADISON AVENUE, 17TH FL NEW YORK NY 10022 |
| ZIADY, CRAIG | CUMMINGS PROPERTIES, LLC 200 WEST CUMMINGS PARK WOBURN MA 01801 |
| ZIEGLER, CHARLES | 1030 LAFAYETTE ST. PO BOX 53513 LAFAYETTE LA 70505 |
| ZIELKE, DAVID | WASHINGTON MUTUAL 1301 SECOND AVENUE, W - MC 3501 SEATTLE WA 98101 |

**Total Creditor count  285**

**EXHIBIT B**

| Claim Name | Address Information |
|------------|---------------------|
| BEUSCHLEIN, RHONDA L | 3716 PARK RIDGE DR NAMPA ID 83687 |
| BIXEL, CHRISTINA R | 491 E 319TH STREET WILLOWICK OH 44095 |
| DUCHENE, RENEE | 6980 E SAHUARO DR APT 1059 SCOTTSDALE AZ 852545294 |
| HASLER FINANCIAL SERVICES, LLC | ATTN STEVEN KLOAK 478 WHEELERS FARMS RD MILFORD CT 06461-9105 |
| JE TAIME HOOD | HHC 65TH MEDICAL BRIGADE UNIT 152 APO AP 96205 |
| KRIEGER, JENNIFER | 1602 WAVE AVE MEDFORD NY 11763-1738 |
| MAURER, JOHN | 503 SUDDEN VLY BELLINGHAM WA 98229-4809 |
| MAZELLA, MICHAEL G. | 5450 E DESERT FOREST TRL CAVE CREEK AZ 85331-5577 |
| PERRY, JARRETT | 2122 JULIA GOLDBACH AVE. RONKONKOMA NY 11779 |
| REMAX SUBURBAN REAL ESTATE INC. | STEVEN L. WOLVERS, PRESIDENT 102 1ST STREET SE BONDURANT IA 50035 |
| ROELLER, SHARLINE | 7730 COAST JAY ST N LAS VEGAS NV 89084 |
| SHEPPARD, VERONICA | 11 CORNELL RD SHOREHAM NY 11786 |
| UNITED VANS LINES, LLC | ONE UNITED DRIVE FENTON MO 63026 |

**Total Creditor count  13**

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| ABRAMS, CAROLYN F. | 7864 RED LION WAY PASADENA MD 21122 |
| AHMED, SHAHNILA | 351 W 14TH ST DEER PARK NY 117296346 |
| ALESSI, MARY ANN | 1928 SMITH STREET MERRICK NY 11566 |
| ALLEN, CYNTHIA A. | 609 W PETTIT AVE FORT WAYNE IN 46807 |
| ALLENDE, CLAUDIA | 20  20 SEAGIRT APT  4E FAR ROCKAWAY NY 11691 |
| ALVAREZ, YOLAMARY | 100 GREENFIELD ST LAWRENCE MA 01843 |
| ANDERSON, BONNIE | 10 PRIMROSE IRVINE CA 92604 |
| ANDERSON, JAN E | 5370 GLEN OAKS WAY WDM IA 50266-6668 |
| ANDERSON, JUERGEN | 2525 TURTLE CREEK 412 DALLAS TX 75219 |
| ANDERSON, SUSAN | 81 STONEHEDGE CT SOMERSET NJ 08873 |
| ANNIS, JEANNIA | 2714 FRANKLIN CT LINDENHURST IL 60046 |
| ARREOLA, ROSARIO T (ROSIE) | 409 JUBILATION DR LAS VEGAS NV 89128 |
| ATHERTON, CHARONDA | 851 MACON PL UNIONDALE NY 11553-2938 |
| AUTENRIETH, VICTORIA R | PO BOX 162 RHINEBECK NY 12572-0162 |
| BABINGER, BETSY | 455 ANTWERP DR HICKSVILLE OH 43526 |
| BABY, PRINCE | 4 MARTINO WAY POMONA NY 10970 |
| BALEWSKI, KELLI | 8 FICUS ST PORT JEFFERSON STATI NY 11776 |
| BASRAI, DURRIYA | 12 WINDSOR CT STREAMWOOD IL 60107 |
| BELMER, AARON | 3101 WISMER AVE SAINT LOUIS MO 63114 |
| BERGNER, DANIEL J. | 680 WESTON RIDGE PARKWAY CHASKA MN 55318 |
| BILICKI, EUGENE | 36 JULIAN ST HICKSVILLE NY 11801 |
| BLACKWELL, STACEY D | 7201 CHIPPENHAM PL APT # 203 BALTIMORE MD 21244 |
| BLAU, SHARYN M | 281 PONDVIEW LN SMITHTOWN NY 11787 |
| BOARDMAN, MARILYN | 14210 W VIRGINIA DR LAKEWOOD CO 80228 |
| BORDNER, ANN M | 8809 WAVE CIRCLE APT A FORT WAYNE IN 46825 |
| BROWN, SHARON L | 136 ROUNDTREE BLVD SAN RAFAEL CA 94903 |
| BRYAN, JEAN K | 2132 N. CHARTER POINT DR ARLINGTON HEIGHTS IL 60004 |
| BULSON, BETHANY R. | 5201 WRIGHT DR HICKORY NC 286028297 |
| BUMBAK, KATHY (KATIE) | 4810 COLLINSVILLE PLACE HIGHLANDS RANCH CO 80130 |
| BURIAN, THOMAS A. | PO BOX 1076 PARK RIDGE IL 60068 |
| CARSON, JOSEPH M | 15 DRIFTWOOD LN EAST SETAUKET NY 11733 |
| CASTILLO, ENNNY | 2921 W TANIA PL TUCSON AZ 85741-3016 |
| CAVACO, MARK | 35 IRENE ST LINDENHURST NY 11757-1204 |
| CHA, JIN | 5453 MAYFLOWER CT. ROLLING MEADOWS IL 60008 |
| CHATZIANTONIOU, TASO | 37-37 REGATTA PL DOUGLASTON NY 11363 |
| CHEGE, FREDERICK | 12 MELROSE TERRACE NUM 13 WAKEFIELD MA 01880 |
| CISNEROS, MARILYN D. | 273 KINGS CANYON BEAUMONT CA 92223 |
| CISNEROS, MARIO A. | 273 KINGS CANYON BEAUMONT CA 92223 |
| CLAYTON, SUZY R | 16455 SW LORENZO LANE TIGARD OR 97223 |
| COLLINS, KENNETH R (KEN) | 26 WYOMING DR HUNTINGTON STATION NY 11746 |
| CONDE, REISA S | 21 FISCHER AVENUE KINGSTON NY 12401 |
| CONNORS, REBECCA | 45 BIRCHBROOK DR SMITHTOWN NY 11787 |
| CONROY, ELAINE D. | PO BOX 25596 HONOLULU HI 96825 |
| COOK, CRYSTAL | 10907 CHRUDAN DR CHARLOTTE NC 28262 |
| CORBETT, DENNIS J | 236 SOUTHAVEN AVE. MEDFORD NY 11763 |
| CORBIN, DAVID L | 1235 NAZARETH RD LEXINGTON SC 290737774 |
| COUGHLIN DUFFY LLP | ATTN DANIEL MARKHAM, MEMBER WALL STREET PLAZA 88 PINE STREET, 5TH FLOOR NEW YORK NY 10005 |
| COURTNEY, TERRESA K. | 5179 DANIEL DR BRIGHTON MI 48114-9036 |

| Claim Name | Address Information |
|---|---|
| D'AMBROSIO, DONNA M | 24 7TH AVE # D FARMINGDALE NY 117355734 |
| DARAGO, KATIE | 9304 MADISON AVE LAUREL MD 20723 |
| DEELY, CHRISTOPHER M | 8 BOULDER LN HORSHAM PA 190441851 |
| DESROULEAUX, MONICA P | 18872 NW 24TH CT PEMBROKE PNES FL 33029-5354 |
| DEWITT, KRISTINE A. | 27 EASTRIDGE DR AMELIA OH 45102-1883 |
| DI CARLO, CHARLES J. | 486 EARTHWOOD CT LOUISVILLE KY 40245-5303 |
| DISTEPHAN, MICHAEL F (MIKE) | 2194 BELLEWOOD DR MERRICK NY 11566 |
| DOLAN, MICHAEL F | 6 SKYVUE CT SOUTH SETAUKET NY 11720 |
| DUCHENE, RENEE S | 6980 E SAHUARO DR APT 1059 SCOTTSDALE AZ 852545294 |
| ECKLER, THOMAS C | 108 QUAIL RUN DR DEER PARK NY 11729 |
| ELLIS, NICOLE E | 4901 BRADFORD PL ROCKLIN CA 95765 |
| ESCORCIA, JUSTIN | 829 HERBERT CT UNIONDALE NY 11553 |
| FLAHERTY, MAUREEN | 155 SOUTHGATE DR MASSAPEQUA PK NY 117623821 |
| FLORES, CARLA | 404 HILL AVE OAKLEY CA 945612770 |
| FONTANELLI, DAVID A | 3 SEABROOK CT STONY BROOK NY 11790 |
| FOWLER, RANDI L. | 429 IRVINE CT WHEELING IL 60090 |
| FREDERICK, PHYLLIS | 370 SUMMIT AVENUE FLEETWOOD NY 10552 |
| FUCHS, KRISTEN M. | 12201 MALLARD RIDGE DR CHARLOTTE NC 28269 |
| GEHRING, GRETCHEN S. | 830 CHURCHLAND CT SAUGERTIES NY 12477 |
| GIERA, KAREN | 434 SO FELTUS ST SOUTH AMBOY NJ 08879 |
| GIFFORD, REBECCA | 9224 WOODED ACRES CIR SHERWOOD AR 72120-4090 |
| GOVINDU, KALYAN | 12524 GREAT PINES COVE FORT WAYNE IN 46845 |
| GRAVES, HEATHER M. | 950 SPRING MEADOW DRIVE DURHAM NC 27713 |
| GRAY, ANEESAH | 104 E HENRY ST LINDEN NJ 07036 |
| GRAZIANI, JOHN | 3730 N LAKE SHORE DR #5A CHICAGO IL 60613 |
| GREER, SHERRY A. | 3975 OLD COLUMBUS RD LONDON OH 43140 |
| GUERRERO, ALEXANDER | 13685 KITTY HAWK WAY APT 201 WOODBRIDGE VA 22191-5235 |
| GUSTAFSON, KATHY A | 703 DAHLIA DRIVE MONROEVILLE PA 15146 |
| HAGAN, JAMES C | 86 18 DUMONT AVE APT 3B OZONE PARK NY 11416 |
| HASKINS, LINDA | 7760 E 39TH ST TUCSON AZ 85730 |
| HIGGINBOTHAM, LYNN G | 1130 LILAC AVENUE CHESAPEAKE VA 23325 |
| HILLE, RUTHANNE | 10003 N RIDGECREST DR SPOKANE WA 99208 |
| HOWELL, BARBARA J | 508 MONTE VISTA DR FORT WAYNE IN 46814 |
| HUMPHREY, RONDA C | 1604 HOWARD PLACE BALDWIN NY 11510 |
| HUNTER, D ROSS | 153 TAMARACK LN BOXBOROUGH MA 01719 |
| HUTCHISON, ANTHONY | 205 TURF CT. WEBSTER GROVES MO 63119 |
| IANNOTTA, JOSEPH | 2356 EASTERN AVE BELLMORE NY 11710 |
| IGNACE, GLENN E | 88 SAYBROOK AVENUE HAMILTON NJ 08619 |
| JORGENSEN, ANNE MARIE | 5013 63RD ST WOODSIDE NY 11377-5835 |
| KAISER, CANDACE R | 2615 COUNTRY RD 75 BUTLER IN 46721 |
| KEENER, STACEY | 3122 LAUREL RIDGE CIR BRIDGEVILLE PA 15017 |
| KENNEDY, BEVERLY A | 24639 CALUSA BLVD EUSTIS FL 327367949 |
| KESSLER, KATHRYN M. | 124 GREELEY ST SYCAMORE IL 60178 |
| KILDAY, JESSICA A | 666 KOELBEL COURT BALDWIN NY 11510 |
| KLINE, VANESSA J | 16576 SULTANA ST  APT 423 HESPERIA CA 92345-7949 |
| KNIGHT, TERI | 2471 S BAHAMA WAY AURORA CO 80013 |
| KOHL, RICHARD P. | 32 AUDLEY CIR PLAINVIEW NY 11803 |
| KORDIC, TOMISLAV (TOM) | 2 HILTON COURT STONY BROOK NY 11790 |
| KOSS, MARILYN J | 150 SMETHWICK LANE ELK GROVE VILLAGE IL 60007 |

| Claim Name | Address Information |
|---|---|
| LALLI, JEANNE | 379 SHERMAN AVE HAWTHORNE NY 10532 |
| LAMONICA, MICHELE A | 30 MOHAWK PLACE MASSAPEQUA NY 11758 |
| LAWSON, ALICE F. | 2213 BROKEN OAK ROAD FORT WAYNE IN 46818 |
| LIND, GINA GAIL | 212 SAINT LAWRENCE STREET SAYVILLE NY 11782 |
| LOGIUDICE, ALAN | 30 MOHAWK PLACE MASSAPEQUA NY 11758 |
| LYNCH, SHANA | 8603 WEST PAPAGO STREET TOLLESON AZ 85353 |
| MACORMAC, EVELYN W | 106 W FAIR MEADOWS DR CANONSBURG PA 15317 |
| MASS BENITT, CLAUDIA | 16 CAPTAIN RICHARDS LN FORT SALONGA NY 11768 |
| MASSARINI, JUDITH A. | 397 AURORA DR MILLERSVILLE MD 21108 |
| MCCAULEY, PAULA L | 12915 LAFAYETTE ST UNIT G THORNTON CO 80241 |
| MCGINNIS, SARAH J | 8137 SAGIMORE CT FORT WAYNE IN 46835 |
| MEEUWSE, CATHERINE S. | 1703 MILES AVE KALAMAZOO MI 49001 |
| METCALF, ANNETTE | 12003 W 84TH PL ARVADA CO 80005 |
| MEYER, JANICE E (JAN) | 7305 WAYNE TRACE FORT WAYNE IN 46816 |
| MITCHELL, TAMI | 10 LONG STREET LAKE GROVE NY 11755 |
| MONTOYA, SUSANA | 4850-10 DORSEY HALL DR ELLICOTT CITY MD 21042 |
| MUELLER, KATHLEEN M. | 302 16TH AVE BALTIMORE MD 21225 |
| MULLINS, STACY | 177 BAYLAWN AVE COPIAGUE NY 11726 |
| MURPHY, CHARLES | 1195 NW 63 ST MIAMI FL 33150 |
| NICHOLSON, SERENA | 1 BATTLE SQ APT 904 ASHEVILLE NC 288012746 |
| O'CONNOR, GEORGE W. JR | 4 17TH AVENUE RONKONKOMA NY 11779 |
| PALUMBO, JAMES | 1530 DIEMAN LANE EAST MEADOW NY 11554 |
| PAPADOPOULOS, CONSTANTINOS (DINO) | 1 FRIENDS RD SETAUKET NY 11733 |
| PEACOCK, VALORIE J (VAL) | 14712 E COLGATE DR AURORA CO 80014 |
| PERRY, CATHRYN D | 8720 WINDSOR MILL RD WINDSOR MILL MD 21244 |
| PIERCE, DANIEL R. | PO BOX 294 LINCOLN AL 350960294 |
| PISAYGNANE, ALANHGNA | 15810 NE 4TH CIR VANCOUVER WA 98684-3333 |
| PLUGUES, MICHAEL | 19 YOSEMITE LANE CORAM NY 11727 |
| PLYMALE, LINDA C. | 2309 TURTLE POINT DRIVE RALEIGH NC 27604 |
| POST-NEWSWEEK MEDIA | A GAZETTE PUBLICATION P.O. BOX 17306 BALTIMORE MD 21297-0523 |
| POWELL, AMANDA LEE | 10970 N HIGHWAY 17 MCCLELLANVLE SC 29458-9512 |
| PRICE, CHARLES A (CHUCK) | 23 LINDEN AVE FLORAL PARK NY 11001 |
| PUMA, CHRISTIAN J | 7 CONTINENTAL DR CENTEREACH NY 11720-1401 |
| REVERSKI, DIANE J. | 2529 BEETHOVEN AVE PORTAGE MI 49024 |
| RIBNICK, MARC S. | 158 HAMLET DR MOUNT SINAI NY 11766-3004 |
| RICE, SUSAN | 30 AVENUE A PORT WASHINGTON NY 11050 |
| RICHARDS, KUNTI (SHARON) | 1516 KINGSTON AVE BALDWIN NY 11510 |
| RIMEL, KRISTINA | 262 ULLMAN RD PASADENA MD 21122 |
| ROBB, THOMAS BRYAN | 6332 WOODCHASE CT ELLICOTT CITY MD 21043 |
| ROELLER, SHARLINE C | 7730 COAST JAY ST NORTH LAS VEGAS NV 89084 |
| ROST, MICHELE D | 6730 BLUE MIST RD FORT WAYNE IN 46819 |
| SALTOS, JOHN C | 4112 41ST ST APT 2A SUNNYSIDE NY 111043217 |
| SALVEMINI, KIMBERLY | 9325 E VALARTA DR TUCSON AZ 85749 |
| SAMUELSEN, LORI | 6 GEORGANN RD MANORVILLE NY 11949-3223 |
| SARTER, PAUL E | 50 GRANGE ST FRANKLIN SQUARE NY 11010 |
| SCHILE, DAVID C | 3468 W DEERFIELD DR EAGLE ID 83616-2260 |
| SCHNIBBE, ANN | 12103 E 37TH CT SPOKANE VALLEY WA 99806 |
| SCIAULINO, MICHELE R | 219 F SPRINGMEADOW DR HOLBROOK NY 11741 |
| SEIBERT, STEPHANIE | 98 BISHOP RD WEST BABYLON NY 11704 |

| Claim Name | Address Information |
|---|---|
| SHAHBAKHTI, GUERAMI | 8 GARDEN CT BAY SHORE NY 11706 |
| SHANNON, LINDA K | 3915 36TH STREET DES MOINES IA 50310 |
| SHEEHAN, ANDREW | 26 WILLIAM STREET BETHPAGE NY 11714 |
| SHELLEY, JEFFREY L. | 2222 CARTER MILL WAY BROOKEVILLE MD 20833 |
| SICARI, DANIELLE L. | 536 FRENCH AVENUE NORTH BABYLON NY 11703 |
| SIEDLEWICZ, PATRICIA A | 59 LEWIS ROAD MERRICK NY 11566 |
| SINGH, BONITA N. | 28 GABLES DR HICKSVILLE NY 11801 |
| SKINNER, JULIA | 7 BRAIDED WHIP CT WINDSOR MILL MD 21244 |
| SMILEY, CONSUELA A. | 9763 BRASSIE WAY GAITHERSBURG MD 20886 |
| SMITH, MARY ELIZABETH | 6675 HUNTSHIRE DR ELKRIDGE MD 21075 |
| SOUTHARD, JEANNA D. | 4551 AMY SAYE WALK ACWORTH GA 30101 |
| STANLEY, TAMMY | 1132 ST JOSEPH BLVD FORT WAYNE IN 46805 |
| STEVENS, JAMI | 6 SHELART ST. PLAINVIEW NY 11803 |
| STEWART, JEFFREY H. | 2824 DENBEIGH DR HATFIELD PA 19440 |
| STILES, LAUREL A | 382 WALTON STREET LEMOYNE PA 17043 |
| SUECH, DANIELLE | 2 BANKS PL UNIT 232 MELROSE MA 02176-6148 |
| SUTICH, CECILIA | 2 TERRACE LANE SMITHTOWN NY 11787 |
| SWIFT, MIKKI | 2907 SEMMES AVE RICHMOND VA 23225 |
| SYMONS, CECILIA | 46595 CHALMERS MACOMB MI 48044 |
| TAYLOR, DAMETRIA | 2583 COUNTRYSIDE CT. AUBURN HILLS MI 48326 |
| THOMPSON, STEPHANIE | 3151 WINTERGREEN DR FLORISSANT MO 63033 |
| TIPALDI, THERESA | 923 11TH STREET WEST BABYLON NY 11704 |
| U.S. DEPARTMENT OF LABOR, EMPLOYEE | BENEFITS SECURITY ADMINISTRATION 200 CONSTITUTION AVE., NW, ROOM N5668 WASHINGTON DC 20210 |
| VILLAMANA, RICHARD E. | 4970 E WATER ST TUCSON AZ 85712-5742 |
| WALKER, JANE P | 2026 46TH ST DES MOINES IA 50310 |
| WATKINS, TENIELLE N | PO BOX 7086 NEWARK DE 19714 |
| WHALIN, LESLIE D. | 18 KNOLLCREST RD NESCONSET NY 11767 |
| WHEELER, SUSAN D. | 4400 NORTE CIRCLE LAS VEGAS NV 89130 |
| WILSON, ROSIE | 501 BOLTZ ST FORT WAYNE IN 46806-1108 |
| WOODMAN, SUSAN E. | PO BOX 2114 METHUEN MA 01844 |
| WOODYARD, DEBORAH E | 11730 GLADE RIVER LN TOMBALL TX 77377 |
| WROBLEWSKI, MARIA C | 659 BONNIE BRAE ERIE PA 16511 |
| ZAVALA, EFRAIM | 4418 TURF LN FORT WAYNE IN 46804 |

**Total Creditor count  179**