IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | Related to D.I. 9629, 9591 |
| Debtors. | |

-----------------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF FILING

**PLEASE TAKE NOTICE** that Broadhollow Funding, LLC and Melville Funding, LLC hereby withdraw their *Limited Objection of Broadhollow Funding LLC and Melville Funding LLC to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363, and 554 Authorizing the Plan Trustee to Return or Destroy all Hard Copy Loan Files,* which objection was filed on January 5, 2011 as Docket No. 9629.

Dated: January 18, 2011

ROSENTHAL, MONHAIT & GODDESS, P.A.

_____
Norman M. Monhait, Esq. (DE 1040)
919 North Market Street, Suite 1401
Wilmington, DE 19801
Telephone: (302) 656-4433
Facsimile: (302) 658-7567
E-mail: nmonhait@rmgglaw.com

-and-

**DIAMOND McCARTHY LLP**
Allan B. Diamond, Esquire
Jacob J. Roberts, Esquire
909 Fannin, Suite 1500
Houston, TX 77010
Telephone: (713) 333-5100

*Counsel for Broadhollow Funding, LLC and Melville Funding, LLC*