## CERTIFICATE OF SERVICE

I, Norman M. Monhait, hereby certify that on this 18th day of January, 2011, I caused the foregoing *Notice of Withdrawal of Filing* to be served on all parties registered with the CM/ECF System for the United States Bankruptcy Court for the District of Delaware in this case **and** by first class mail, postage prepaid to the individuals listed below.

Sean Matthew Beach, Esquire
Margaret Whiteman Greecher, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
*Co-Counsel to the Plan Trustee*

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022
*Co-Counsel to the Plan Trustee*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, Delaware 19899
*U.S. Trustee*

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Esquire
Victoria A. Guilfoyle, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801
*Counsel to the Official Committee of Unsecured Creditors*

/s/ Norman M. Monhait
_____
Norman M. Monhait (Bar No. 1040)