# EXHIBIT A

**Amended Claims**

YCST01: 10474081.1                                                                                                        066585.1001

Exhibit A

Amended Claims

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| CONLEY, CAROLYN A.<br>431 LAYTON AVE<br>PITTSBURGH, PA 15216 | 756 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,111.50 (U)<br>$2,111.50 (T) | 3446 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,175.00 (U)<br>$2,175.00 (T) |
| D'ANGELI, JOSEPH<br>201 TINTON PL<br>EAST NORTHPORT, NY 11731 | 498 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$3,666.67 (P)<br>- (U)<br>$3,666.67 (T) | 865 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$3,384.62 (P)<br>- (U)<br>$3,384.62 (T) |
| Totals: | 2 Claims | | | - (S)<br>- (A)<br>- (P)<br>$5,778.17 (U)<br>$5,778.17 (T) | | | | - (S)<br>- (A)<br>$3,384.62 (P)<br>$2,175.00 (U)<br>$5,559.62 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.