# EXHIBIT B

**Duplicate Claim**

YCST01: 10474081.1                                                                                                    066585.1001

**Exhibit B**

**Duplicate Claim**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| DUQUESNE LIGHT COMPANY<br>PETER J. ASHCROFT<br>BERNSTEIN LAW FIRM, SUITE 2200<br>THE GULF TOWER<br>PITTSBURGH, PA 15219 | 10811 | 10/29/10 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$485.45 (U)<br>$485.45 (T) | This claim is duplicative of claim 1244, which has already been accepted and reduced by court order [See docket no. 5463]. The claimant appears to have merely changed attorneys and filed another claim solely to reflect this change. |

**Totals:** 1 Claim

- (S)
- (A)
- (P)
$485.45 (U)
$485.45 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.