# EXHIBIT C

**Wrong Debtor Claim**

# Exhibit C

## Wrong Debtor Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | New Case Number Case Number |
|---|---|---|---|---|---|
| | | | **Objectionable Claims** | | |
| LYTWYN, P. PETER<br>960 BERGER RD<br>EASTON, PA 18042 | 7789 | 1/9/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$3,840.18 (U)<br>$3,840.18 (T) | 07-11050 |
| **Totals:** | **1 Claim** | | | | |
| | | | | - (S)<br>- (A)<br>- (P)<br>$3,840.18 (U)<br>$3,840.18 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.