# EXHIBIT D

No Supporting Documentation Claim

YCST01: 10474081.1

066585.1001

**Exhibit D**

**No Documentation Claim**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| HUTCHISON, ANTHONY<br>205 TURF CT.<br>WEBSTER GROVE, MO 63119 | 3612 | 11/27/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$3,291.31 (U)<br>$3,291.31 (T) | The Debtors have no records of any services performed by this claimant and no documentation was provided. As such, the Debtors are unable to assess basis or validity of claim. |
| **Totals:** | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>**$3,291.31 (U)**<br>**$3,291.31 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.