# EXHIBIT E

**Satisfied Claim**

Exhibit E

Satisfied Claim

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| YOUNG, SHELLE<br>1227 9TH AVE SE<br>OLYMPIA, WA 98501 | 4470 | 12/4/07 | 07-11051 | - (S)<br>- (A)<br>$934.80 (P)<br>- (U)<br>$934.80 (T) | Claim relates to payout of unused vacation time. The claim has been satisfied because the claimant received payment for unused vacation time in their paycheck dated 9/10/07 for period ending 8/31/2007. |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>$934.80 (P)<br>- (U)<br>$934.80 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.