IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al., [1]

    Debtors.

-------------------------------------------------------------------- x

:   Chapter 11
:
:   Case No. 07-11047 (CSS)
:
:   Jointly Administered
:
:
:

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JANUARY 24, 2011 AT 11:00 A.M.

### ADJOURNED/RESOLVED MATTERS

1.    Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

    Response Deadline:    June 4, 2008 at 4:00 p.m.

    Related Documents:

        a)    Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

    Responses Filed:    See Exhibit A, attached

    Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

                                        

2.    Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:    See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned

3.    Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 4661, 6/17/08]

Response Deadline:    July 10, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection To Claims [D.I. 5175, 7/18/08]

b)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:    See Exhibit C, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned.

4.    Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m.

Related Document:

066585.1001

a)  Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

Responses Filed:  See Exhibit D, attached

Status: Orders have been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit D, this matter will be adjourned.

5.  Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:  September 8, 2008 at 4:00 p.m.

Related Documents:

a)  Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 6217, 10/10/08]

b)  Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

c)  (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:  Please see Exhibit E, attached

Status:  An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned.

6.  Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:  September 25, 2008 at 4:00 p.m.

066585.1001

Related Document:

  a)   Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims
       Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules
       3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

  b)   Supplemental Declaration of Eileen Wanerka in Support of Debtors'
       Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-
       Third Omnibus Objections to Claims Pursuant to Section 502(b) of the
       Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule
       3007-1 [D.I. 7629, 7/22/09]

Responses Filed:  See Exhibit F, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to
       the remainder of the relief requested and the remaining responses set forth on
       Exhibit F, this matter will be adjourned.

7.   Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of
     Administrative Expenses [D.I. 6460, 10/25/08]

     Objection Deadline:   December 7, 2009 at 4:00 p.m.

     Objections Filed:    None

     Status: This matter will be adjourned.

8.   Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to
     Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
     Rule 3007-1 [D.I. 6554 11/10/08]

     Response Deadline:   December 3, 2008 at 4:00 p.m.

     Related Document:

       a)   Order Sustaining Debtors' Twenty-Second Omnibus (Non-Substantive)
            Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,
            Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6703,
            12/10/08]

     Responses Filed:    See Exhibit G, attached

     Status: An Order has been entered that partially sustains the Objection.  With respect to
            the remainder of the relief requested and the remaining responses set forth on
            Exhibit G, this matter will be adjourned.

066585.1001

9.    Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6610, 11/21/08]

Responses Deadline: December 15, 2008 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6765, 12/22/08]

b)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit H, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit H, this matter will be adjourned.

10.    Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6825, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 7022, 2/17/09]

Responses Filed:    See Exhibit I, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit I, this matter will be adjourned.

11.    Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

  a)  Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

Responses Filed:  See Exhibit J, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned.

12.  Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7084, 3/6/09]

  Response Deadline:  March 30, 2009 at 4:00 p.m.

  Related Documents:

    a)  Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7234, 4/6/09]

    b)  Second Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7267, 4/13/09]

    c)  Third Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7281, 4/15/09]

    d)  Fourth Order Regarding the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims [D.I. 7327, 4/18/09]

    e)  Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

    f)  (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

  Responses Filed:  See Exhibit K, attached.

    

Status: Orders have been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned.

13.     Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7280, 4/15/09]

Response Deadline:    May 8, 2009 at 4:00 p.m.

Related Documents:

a)      Order Sustaining Debtors' Thirty-Third Omnibus Substantive) Objection to Claims [D.I. 7399, 5/15/09]

b)      Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:      See Exhibit L, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit L, this matter will be adjourned.

14.     Debtors' Thirty-Fifth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7347, 5/6/09]

Response Deadline:    May 29, 2009 at 4:00 p.m.

Related Documents:

a)      Order Sustaining Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7506, 6/5/09]

b)      Second Order Regarding the Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 7550, 6/19/09]

c)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

YCST01:10591571.1                                                                066585.1001

Responses Filed:    See Exhibit M, attached

Status: Orders have been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter will be adjourned.

15.    Debtors' Forty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7915, 8/7/09]

Response Deadline:    August 30, 2009 at 4:00 p.m.

Responses Filed:    See Exhibit N, attached

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit N, this matter will be adjourned.

16.    Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8049, 9/11/09]

Response Deadline:    October 5, 2009 at 4:00 p.m.

Related Documents:

a)    Reply in Support of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims with Respect to Claim of Laura Beall [D.I. 8148, 10/7/09]

b)    Order Sustaining Debtors' Forty-Second Omnibus (Substantive) Objection to Claims [D.I. 8186, 10/14/09]

c)    Order Setting Briefing Schedule re: Laura Beall's Response to Debtors' Objection to Claim [D.I. 8507, 1/15/10]

d)    Laura Beall's Sur-Reply Reply in Support of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims with Respect to Claim of Laura Beall [D.I. 8629, 2/26/10]

Responses Filed:

e)    Laura Beall's Response to Debtors' Objection to Claim [D.I. 8137, 10/7/09]

Status: An Order has been entered that partially sustains the Objection. This matter will be adjourned by agreement with respect to the claim of Laura Beall.

17.    Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8174, 10/13/09]

Response Deadline:    November 6, 2009 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims [D.I. 8299, 11/13/09]

Responses Received:  See Exhibit O, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit O, this matter will be adjourned.

18.    Debtors' Fifty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8650, 3/5/10]

Response Deadline:    March 30, 2010 at 4:00 p.m.

Related Document:

a)    Order Sustaining in Part Debtors' Fifty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8746, 4/6/10]]

Responses filed:    See Exhibit P, attached

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit P, this matter will be adjourned.

19.    Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8939, 6/18/10]

Response Deadline:    July 12, 2010 at 4:00 p.m., extended to August 9, 2010 for Assured Guaranty Corp.

Related Document:

    a)    Order Sustaining in Part Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 9028, 7/19/10]

Responses Filed:    See Exhibit Q

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit Q, this matter will be adjourned.

20.    Debtors' Sixty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9175, 8/24/10]

Response Deadline:    September 16, 2010 at 4:00 p.m.

Related Document:

    a)    Order Sustaining in Part Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007 [D.I. 9257, 9/23/10]

Responses Filed:    See Exhibit R

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit R, this matter will be adjourned.

21.    Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9176, 8/24/10]

Response Deadline:    September 16, 2010 at 4:00 p.m.

Related Document:

    a)    Order Sustaining in Part Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007 [D.I. 9254, 9/23/10]

Responses Filed:    See Exhibit S

    

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit S, this matter will be adjourned.

22.    Debtors' Sixty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 2007-1 [D.I. 9453, 11/15/10]

Response Deadline:    December 8, 2010 at 4:00 p.m.

Related Document:

    a)    Certification of Counsel [D.I. 9545, 12/13/10]

    b)    Revised Order Sustaining Debtors' Sixty-Sixth Omnibus (Non-Substantive) Objection to Claims [D.I. 9552, 12/13/10]

Responses Filed: See Exhibit T, attached

Status: An Order has been entered which partially sustains this matter. This matter is adjourned with respect to the response of DB Structured as listed on Exhibit T.

23.    Motion of City of Cambridge, Massachusetts for Payment of Administrative Expenses Claim [D.I. 9580, 12/20/10]

Objection Deadline:    January 5, 2011 at 4:00 p.m., extended for the Plan Trustee to March 2, 2011 at 4:00 p.m.

Objections Filed:

Status: This matter will be adjourned by agreement of the parties to March 9, 2011 at 3:00 p.m.

**UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL**

24.    Debtors' Sixty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 2007-1 [D.I. 9550, 12/13/10]

Response Deadline:    January 5, 2011 at 4:00 p.m.

Related Document:

    a)    Certification of Counsel [D.I. 9682, 1/20/11]

Responses Filed:    See Exhibit T, attached.

Status: A Certification of Counsel has been filed resolving this matter.  No hearing is required.

**CONTESTED MATTERS GOING FORWARD:**

25.    Plan Trustee's Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Plan Trustee to Return or Destroy All Hard Copy Loan Files [D.I. 9591, 12/22/10]

Objection Deadline:    January 5, 2011 at 4:00 p.m., extended for certain borrower parties to January 18, 2011

Related Documents:

    a)    Limited Reply and Supplement in Support of Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Plan Trustee to Return or Destroy All Hard Copy Loan Files [D.I. 9679, 1/19/11]

    b)    Declaration of Steven D. Sass in Support of Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Plan Trustee to Return or Destroy All Hard Copy Loan Files [D.I. 9680, 1/19/11]

    c)    Declaration of Jason Burzenski in Suppport of Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Plan Trustee to Return or Destroy All Hard Copy Loan Files [D.I. 9681, 1/19/11]

Objections Filed:

    a)    Limited Objection of Triad Guaranty Insurance Corporation to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Plan Trustee to Return or Destroy All Hard Copy Loan Files [D.I. 9621, 1/4/11]

b)    Limited Objection of Broadhollow Funding LLC and Melville Funding LLC to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Plan Trustee to Return or Destroy All Hard Copy Loan Files [D.I. 9629, 1/5/11]

c)    Response of James Bostic In Opposition to Notice of Motion for an Order Authorizing the Plan Trustee to Return or Destroy All Hard Copy Loan Files [Docket No. 9644, 1/5/11]

d)    Limited Objection and Reservation of Rights of JPM Litigation Defendants to Motion of the Plan Trustee for an Order Authorizing the Plan Trustee to Return or Destroy All Hard Copy Loan Files [Docket No. 9650, 1/7/11]

e)    Limited Opposition of Individual Movant Florence Dandridge to Motion of the Plan Trustee for an Order Authorizing the Plan Trustee to Return or Destroy All Hard Copy Loan Files [Docket No. 9673 1/18/11]

f)    Informal Response of Charmen Avila

g)    Informal Response of William Perez

h)    Informal Response of Wells Fargo

i)    Informal Response of Deloitte & Touche LLP

j)    Informal Response of Wyoming Community Development Authority

Status: The objections/responses (a), (b), (f), (g), (h), (i) and (j) have been resolved. This matter will be going forward with respect to the objections (b), (c) and (d).

26.    Status Conference - The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., v. Deloitte & Touche LLP, Adv. No. 10-51228

       Status: This matter will be going forward.

Dated: January 20, 2011          YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
       Wilmington, Delaware

                                 */s/ Margaret Whiteman Greecher*
                                 Sean M. Beach (No. 4070)
                                 Margaret Whiteman Greecher (No. 4652)
                                 The Brandywine Building
                                 1000 West Street - 17th Floor
                                 P.O. Box 391
                                 Wilmington, Delaware  19899
                                 Telephone: (302) 571-6600
                                 Facsimile: (302) 571-1253

                                 -and-

                                 HAHN & HESSEN LLP
                                 Mark S. Indelicato
                                 Edward L. Schnitzer
                                 488 Madison Avenue
                                 New York, New York 10022
                                 Telephone: (212) 478-7200
                                 Facsimile: (212) 478-7400

                                 *Co-Counsel to the Plan Trustee*

## Exhibit A, Seventh Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned |

## Exhibit B, Eighth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Norman Loftis | 4360, 6/4/08 | Adjourned |

## Exhibit C, Tenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Samuel A. Case | 5054, 7/9/08 | Adjourned |

## Exhibit D, Thirteenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Countrywide | 5337, 8/8/08 | Adjourned |
| | FGIC | 5351, 8/11/08 | Adjourned |
| | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned |
| | Deutsche Bank | 5356, 8/11/08 | Adjourned |
| | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned |
| | AT&T Global Services | | Adjourned |

## Exhibit E, Fifteenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Shervonne Powell | 5814, 9/11/08 | Adjourned |
| | John Johnston | 5818, 9/11/08 | Adjourned |
| | Grailing Carter | 5947, 9/17/08 | Adjourned |
| | Office Max | | Adjourned |

## Exhibit F, Seventeenth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned |

YCST01:10591571.1                                              066585.1001

### Exhibit G, Twenty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Scott Jossart |  | Adjourned |

### Exhibit H, Twenty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Riverside County Treasurer-Tax Collector | 8019, 9/8/09 and 8121-8130, 10/1/09 | Adjourned |

### Exhibit I, Twenty-Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DB Structured Products, Inc. |  | Adjourned |

### Exhibit J, Twenty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Credit Suisse |  | Adjourned |
|  | Sharaine Hughes |  | Adjourned |

### Exhibit K, Thirty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 7176, 3/30/09 | Adjourned |
|  | Douglas Huston |  | Adjourned |
|  | David Michaud |  | Adjourned |

### Exhibit L, Thirty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | State of Hawaii | 7341, 4/30/09 | Adjourned |

### Exhibit M, Thirty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | EMC | 7466, 5/29/09 | Adjourned |

YCST01:10591571.1                                                      066585.1001

### Exhibit N, Forty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Los Angeles County Treasurer and Tax Collector | 7985, 8/28/09 | Adjourned |

### Exhibit O, Forty-Fourth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Washington Mutual Mortgage Securities Corporation | 8258, 11/6/09 | Adjourned |
|  | UBS Real Estate Securities Inc. |  | Adjourned |
|  | EMC Mortgage Corp. |  | Adjourned |
|  | U.S. Bank National Association |  | Adjourned |
|  | Bank of America, N.A. |  | Adjourned |
|  | HSBC |  | Adjourned |
|  | CitiMortgage Inc. |  | Adjourned |
|  | Impac Funding Corporation |  | Adjourned |
|  | Merrill Lynch Mortgage Lending |  | Adjourned |
|  | Residential Funding Company LLC |  | Adjourned |
|  | Aurora Loan Services LLC |  | Adjourned |

### Exhibit P, Fifty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | City of Portland Oregon | 8716, 3/25/10 | Adjourned |

### Exhibit Q, Fifty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Assured Guaranty Corp. |  | Adjourned |

### Exhibit R, Sixty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Ritz Carlton | 9191, 9/2/10 | Adjourned |

YCST01:10591571.1                                                      066585.1001

### Exhibit S, Sixty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | New York City Department of Finance |  | Adjourned |

### Exhibit T, Sixty-Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DB Structured Products, Inc. | 9516, 11/15/10 | Adjourned |
|  | Bank of New York | Informal | Resolved |

### Exhibit U, Sixty-Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Banc of America Leasing & Capital, LLC | 9535, 12/7/10 | Adjourned |

### Exhibit V, Sixty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Robb Evans | 9645, 1/6/11 | The Objection is withdrawn |

18