IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE | : Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | : |
| Corporation, et al.,[1] | : Jointly Administered |
| | : |
| | : Objection Deadline for Interim Application: |
| Debtors. | . February 9, 2011 at 4:00 p.m. |
| | : Objection Deadline for Final Application: |
| | : March 17, 2011 at 4:00 p.m. |
| | : Hearing Date for Final Application: |
| | : TBD |

**NOTICE OF NINTH AND FINAL MONTHLY APPLICATION OF
HENNIGAN, BENNETT & DORMAN LLP FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT
OF EXPENSES AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE INTERIM PERIOD
FROM OCTOBER 1, 2010 THROUGH NOVEMBER 30, 2010 AND THE
FINAL PERIOD FROM MARCH 3, 2008 THROUGH NOVEMBER 30, 2010**

TO: Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

PLEASE TAKE NOTICE that the **NINTH AND FINAL MONTHLY APPLICATION OF HENNIGAN, BENNETT & DORMAN LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE INTERIM PERIOD FROM OCTOBER 1, 2010 THROUGH NOVEMBER 30, 2010** (the "Interim Application") AND THE FINAL PERIOD FROM MARCH 3, 2008 THROUGH NOVEMBER 30, 2010 (the "Final Application," and, together with the Interim Application, the "Application") has been filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Application seeks allowance of (a) monthly fees in the amount of $321,509.20 (80% of $401,886.50) and monthly expenses in the amount of $7,617.92 for the interim period of October 1, 2010 through and including November 30, 2010; and (b) final allowance of fees in the amount of $1,534,668.00 and expenses in the amount of $46,832.77 for the final period of March 3, 2008 through and including November 30, 2010.

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

1709543.4

PLEASE TAKE FURTHER NOTICE that the Objections, if any, to the Interim Application must be made in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code*, dated September 3, 2007 [Docket No. 547] (the "Administrative Order"), and must be filed with the Clerk of the Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, **on or before February 9, 2011, at 4:00 p.m. (ET)** (the "Interim Objection Deadline"). Copies of the Application are available upon written request to the undersigned.

PLEASE TAKE FURTHER NOTICE that at the same time, you must also serve a copy of the objection so as to be received by the undersigned counsel on or before the Interim Objection Deadline. Only those objections that are timely filed, served and received will be considered by the Court.

PLEASE TAKE FURTHER NOTICE that if no objections are received prior to the Interim Objection Deadline, in accordance with the Administrative Order, Hennigan, Bennett & Dorman LLP ("HBD") is authorized to file a Certificate of No Objection with the Bankruptcy Court, after which the Debtor is authorized to pay HBD an amount equal to the lesser of (i) 80 percent of the monthly fees and 100 percent of monthly expenses requested in the Application; or (ii) 80 percent of the monthly fees and 100 percent of the monthly expenses not subject to an objection without the need for further order of the Bankruptcy Court. If an objection to the Interim Application is properly filed and served and such objection is not otherwise resolved, or the Bankruptcy Court determines that a hearing should be held in respect of the Interim Application, a hearing will be held at a time convenient to the Bankruptcy Court. Only those objections made in writing and timely filed, served and received in accordance with the Administrative Order will be considered by the Bankruptcy Court at the hearing.

PLEASE TAKE FURTHER NOTICE that the Objections, if any, to the Final Application must be made in accordance with Administrative Order and the *Notice Of (I) Occurrence of the Effective Date of the Plan; (II) Deadlines to File Administrative Claims, Professional Claims, Rejection Damages Claims, and Subordination Statements, and to Submit Invoices for Indenture Trustee Expenses; and (III) Appointment of Borrower Information Ombudsperson*, dated November 3, 2010, and must be filed with the Clerk of the Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, **on or before March 17, 2011, at 4:00 p.m. (ET)** (the "Final Objection Deadline").

PLEASE TAKE FURTHER NOTICE that at the same time, you must also serve a copy of the objection so as to be received, on or before the Final Objection Deadline, by (a) the undersigned counsel; (b) counsel for the Debtors, Young Conaway Stargatt & Taylor, LLP, Attn: Sean M. Beach, Esq., Attn: Patrick A. Jackson, Esq., 1000 West St., 17th Floor, P.O. Box 391, Wilmington, Delaware 19801; (c) counsel for the Plan Trustee, Hahn & Hessen LLP, Attn: Mark S. Indelicato, Esq., Attn: Edward L. Schnitzer, Esq., 488 Madison Avenue, New York, New York 10022; (d) the Plan Trustee, Steven D. Sass, AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747, and (e) the Fee Examiner, Mr. M. Jacob Renick, NHB Advisors, Inc., Chrysler Building, 405 Lexington Ave., 26th Floor, New York, New York 10174. Only those objections that are timely filed, served and received will be considered by the Bankruptcy Court.

1709543.4

PLEASE TAKE FURTHER NOTICE that a hearing on the Final Application will be held at a date and time specified in a separate notice before the Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

Dated: Wilmington, Delaware
January 20, 2011

FERRY, JOSEPH AND PEARCE, P.A.

/s/ Lisa L. Coggins
Rick S. Miller (No. 3418)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19801
Telephone: (302) 575-1555
Facsimile: (302) 575-1714

-and-

HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett
Michael A. Morris
Joshua D. Morse
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200

*Special Conflicts Counsel to the
Official Committee of Unsecured Creditors*