# VERIFICATION

STATE OF CALIFORNIA    )
                       ) SS:
COUNTY OF SAN MATEO    )

Joshua D. Morse, after being duly sworn according to law, deposes and says:

a) I am a member of the applicant firm, Hennigan, Bennett & Dorman LLP, and have been admitted to the Bar of the State of California since 2000.

b) I have personally performed many of the legal services rendered by Hennigan, Bennett & Dorman LLP as special conflicts counsel to the Official Committee of Unsecured Creditors (collectively, the "Committee"), and am thoroughly familiar with all other work performed on behalf of the Committee by the lawyers in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

_____
Joshua D. Morse

State of California    )
County of San Mateo    )

On January 19th 2011 before me, Smiti Bhalla, Notary Public
                                 Name and Title of the Officer

personally appeared Joshua D. Morse
                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are

17095434

subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
Signature of Notary Public

[Notary Seal: SHRUTI BHALLA, COMM #1751760, NOTARY PUBLIC - CALIFORNIA, SAN MATEO COUNTY, My commission expires June 16, 2011]

Place Notary Seal Above