# EXHIBIT B

COSTS ADVANCED

| Description | Amount |
|---|---|
| Outside Background Research | 14.88 |
| CD Copies | 300.00 |
| Couriers | 680.87 |
| Equipment - Computer | 232.31 |
| Computerized Legal Research | 4,716.17 |
| In-House Reproduction | 125.20 |
| Meals | 125.00 |
| Postage | 0.44 |
| Scanning | 39.10 |
| Travel & Transportation | 1,383.95 |

TOTAL COSTS ADVANCED: $7,617.92

In Reference To:
American Home Mortgage
Our File Number: AHMH.AHM

DATE: 1/14/2011

COSTS BY ACTIVITY

ACTIVITY: BAC

| Date | Description | Amount |
|---|---|---|
| 10/05/10 | Outside Background Research - - VENDOR: Pacer Service Center Inv#Q32010-HM0151- for service rendered during 07/01- 09/30/10 for legal research. | $14.88 |

TOTAL: BAC $14.88

ACTIVITY: CDC

| Date | Description | Amount |
|---|---|---|
| 10/29/10 | CD Copies (3 CD's @ $25.00 per CD). | $75.00 |
| 11/30/10 | CD Copies (9 CD's @ $25.00 per CD). | $225.00 |

TOTAL: CDC $300.00

ACTIVITY: COU

| Date | Description | Amount |
|---|---|---|
| 10/04/10 | Couriers Fed Ex charge for shipment to JUSTIN RUCKI on 10/04/2010 - Invoice #725187243 | $28.00 |
| 10/20/10 | Couriers Fed Ex charge for shipment to MATT MCGUIRE on 10/20/2010 - Invoice #727585868 | $19.83 |
| 10/20/10 | Couriers Fed Ex charge for shipment to ERIN EDWARDS on 10/20/2010 - Invoice #727585868 | $19.83 |
| 10/29/10 | Couriers Fed Ex charge for shipment to MATT MCGUIRE on 10/29/2010 - Invoice #728364215 | $19.83 |
| 10/29/10 | Couriers Fed Ex charge for shipment to ERIN EDWARDS on 10/29/2010 - Invoice #728364215 | $19.83 |
| 11/19/10 | Couriers Fed Ex charge for shipment to MATT MCGUIRE on 11/19/2010 - Invoice #730769559 | $19.92 |
| 11/19/10 | Couriers Fed Ex charge for shipment to ERIN EDWARDS on 11/19/2010 - Invoice #730769559 | $19.92 |
| 11/19/10 | Couriers - - VENDOR: Time Machine Att. & Mess. Serv Inv#82685 - for service rendered during 11/13- 11/19/10 for courier. | $220.00 |
| 11/23/10 | Couriers Fed Ex charge for shipment to MATT MCGUIRE,ESQ. on 11/23/2010 - Invoice #730769559 | $19.92 |

| Date | Description | Amount |
|---|---|---|
| 11/23/10 | Couriers Fed Ex charge for shipment to ERIN EDWARDS on 11/23/2010 - Invoice #730769559 | $19.92 |
| 11/24/10 | Couriers Fed Ex charge for shipment to ERIN EDWARDS on 11/24/2010 - Invoice #731439092 | $19.92 |
| 11/30/10 | Couriers - - VENDOR: Time Machine Att. & Mess. Serv Inv#83023 - for service rendered during 11/16/10 for courier. | $253.95 |

TOTAL: COU

$680.87

ACTIVITY: EQU

| Date | Description | Amount |
|---|---|---|
| 10/05/10 | Equipment - Computer - Jaime Nolasco - WEBEX.COM 916-861-3157 CA REF # 15141248LEW WEB CONFEREN 10/05/10 | $232.31 |

TOTAL: EQU

$232.31

ACTIVITY: HLEG

| Date | Description | Amount |
|---|---|---|
| 10/06/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 10/06/2010 | $37.70 |
| 10/08/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 10/08/2010 | $12.57 |
| 10/25/10 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 10/ 25/2010 | $9.70 |
| 10/25/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 10/25/2010 | $62.83 |
| 10/25/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 1 0/25/2010 | $1.13 |
| 10/25/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 10/25/2010 | $54.30 |
| 10/26/10 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 10/ 26/2010 | $1.94 |
| 10/26/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 10/26/2010 | $1.94 |
| 10/26/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 10/26/2010 | $37.70 |
| 10/26/10 | Computerized Legal Research BRIEFS PLEADINGS MOTIONS-DOCUMENT PRINTING on 10/26/2010 | $3.88 |

In Reference To:
American Home Mortgage
Our File Number: AHMH.AHM

DATE: 1/14/2011

| Date | Description | Amount |
|---|---|---|
| 10/26/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 1 0/26/2010 | $4.50 |
| 10/26/10 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 10/ 26/2010 | $17.45 |
| 10/26/10 | Computerized Legal Research BRIEFS PLEADINGS MOTIONS-SINGLE DOCUMENT RETR IEVAL on 10/26/2010 | $20.16 |
| 10/26/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 10/26/2010 | $50.43 |
| 10/26/10 | Computerized Legal Research For services rendered from 10/01/10 to 10/31/ 10 for Legal Research - WESTLAW. | $763.46 |
| 10/27/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 1 0/27/2010 | $1.13 |
| 10/27/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 10/27/2010 | $21.33 |
| 10/28/10 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 10/ 28/2010 | $5.82 |
| 10/28/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 10/28/2010 | $12.57 |
| 10/29/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 1 0/29/2010 | $19.13 |
| 10/29/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 10/29/2010 | $31.03 |
| 10/29/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 10/29/2010 | $1.94 |
| 11/03/10 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 11/ 03/2010 | $1.92 |
| 11/03/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 11/03/2010 | $43.29 |
| 11/15/10 | Computerized Legal Research For services rendered from 11/01/10 to 11/30/ 10 for Legal Research - WESTLAW. | $44.66 |
| 11/15/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 11/15/2010 | $43.29 |
| 11/15/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 1 1/15/2010 | $1.12 |
| 11/15/10 | Computerized Legal Research FINANCIAL INFORMATION SERVICE-DOCUMENT PRINTI NG on 11/15/2010 | $12.72 |
| 11/15/10 | Computerized Legal Research LEXIS PUBLIC RECORDS-SEARCHES on 11/15/2010 | $15.19 |
| 11/15/10 | Computerized Legal Research FINANCIAL INFORMATION SERVICE-SEARCHES on 11/ 15/2010 | $84.94 |
| 11/15/10 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 11/ 15/2010 | $5.76 |

| Date | Description | Amount |
|---|---|---|
| 11/15/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 11/15/2010 | $7.67 |
| 11/17/10 | Computerized Legal Research For services rendered from 11/01/10 to 11/30/ 10 for Legal Research - WESTLAW. | $721.69 |
| 11/17/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 11/17/2010 | $1.92 |
| 11/17/10 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 11/ 17/2010 | $9.59 |
| 11/17/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 11/17/2010 | $11.51 |
| 11/17/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 11/17/2010 | $9.59 |
| 11/17/10 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 11/ 17/2010 | $9.60 |
| 11/18/10 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 11/ 18/2010 | $1.92 |
| 11/18/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 1 1/18/2010 | $4.45 |
| 11/18/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 11/18/2010 | $11.51 |
| 11/18/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 11/18/2010 | $52.49 |
| 11/18/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 11/18/2010 | $51.42 |
| 11/19/10 | Computerized Legal Research For services rendered from 11/01/10 to 11/30/ 10 for Legal Research - WESTLAW. | $356.30 |
| 11/19/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 1 1/19/2010 | $1.12 |
| 11/19/10 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 11/ 19/2010 | $5.76 |
| 11/19/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 11/19/2010 | $7.67 |
| 11/28/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 11/28/2010 | $39.44 |
| 11/29/10 | Computerized Legal Research For services rendered from 11/01/10 to 11/30/ 10 for Legal Research - WESTLAW. | $576.59 |
| 11/29/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 11/29/2010 | $97.86 |
| 11/29/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 1 1/29/2010 | $4.45 |
| 11/29/10 | Computerized Legal Research LEXIS LEGAL SERVICES-TOC DOCUMENT LINKS on 11 /29/2010 | $13.42 |

| Date | Description | Amount |
|---|---|---|
| 11/29/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 11/29/2010 | $78.89 |
| 11/29/10 | Computerized Legal Research LEXIS LEGAL SERVICES-TOC SEARCHES on 11/29/20 10 | $1.54 |
| 11/29/10 | Computerized Legal Research LAW REVIEWS-SINGLE DOCUMENT RETRIEVAL on 11/2 9/2010 | $1.92 |
| 11/30/10 | Computerized Legal Research For services rendered from 11/01/10 to 11/30/ 10 for Legal Research - WESTLAW. | $886.71 |
| 11/30/10 | Computerized Legal Research LEXIS LEGAL SERVICES-DOCUMENT PRINTING on 11/ 30/2010 | $232.16 |
| 11/30/10 | Computerized Legal Research LEXIS LEGAL SERVICES-TOC DOCUMENT LINKS on 11 /30/2010 | $5.75 |
| 11/30/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SEARCHES on 11/30/2010 | $39.44 |
| 11/30/10 | Computerized Legal Research LEXIS LEGAL SERVICES-SINGLE DOCUMENT RETRIEVA L on 11/30/2010 | $44.11 |
| 11/30/10 | Computerized Legal Research LAW REVIEWS-SINGLE DOCUMENT RETRIEVAL on 11/3 0/2010 | $1.92 |
| 11/30/10 | Computerized Legal Research SHEPARDS SERVICE-LEGAL CITATION SERVICES on 1 1/30/2010 | $2.23 |

TOTAL: HLEG

$4,716.17

ACTIVITY: INH

| Date | Description | Amount |
|---|---|---|
| 10/07/10 | In-House Reproduction Expense (55 copies @ $.10 per page). | $5.50 |
| 10/07/10 | In-House Reproduction Expense (30 copies @ $.10 per page). | $3.00 |
| 10/20/10 | In-House Reproduction Expense (3 copies @ $.10 per page). | $0.30 |
| 10/25/10 | In-House Reproduction Expense (1 copie @ $.10 per page). | $0.10 |
| 10/29/10 | In-House Reproduction Expense (2 copies @ $.10 per page). | $0.20 |
| 10/31/10 | In-House Reproduction Expense (6 copies @ $.10 page). | $0.60 |
| 11/01/10 | In-House Reproduction Expense (2 copies @ $.10 per page). | $0.20 |
| 11/08/10 | In-House Reproduction Expense (6 copies @ $.10 per page). | $0.60 |
| 11/09/10 | In-House Reproduction Expense (12 copies @ $.10 per page). | $1.20 |
| 11/15/10 | In-House Reproduction Expense (34 copies @ $.10 per page). | $3.40 |
| 11/19/10 | In-House Reproduction Expense (2 copies @ $.10 per page). | $0.20 |
| 11/23/10 | In-House Reproduction Expense (4 copies @ $.10 per page). | $0.40 |

| Date | Description | Amount |
|---|---|---|
| 11/24/10 | In-House Reproduction Expense (1 copie @ $.10 per page). | $0.10 |
| 11/24/10 | In-House Reproduction Expense (9 copies @ $.10 per page). | $0.90 |
| 11/30/10 | In-House Reproduction Expense (1,073 copies @ $.10 per page). | $107.30 |
| 11/30/10 | In-House Reproduction Expense (12 copies @ $.10 per page). | $1.20 |

TOTAL: INH

$125.20

ACTIVITY: MEA

| Date | Description | Amount |
|---|---|---|
| 06/29/10 | Meal expense (breakfast) for Ms. Irving while in Wilmington, Delaware on 06/29/10. | $15.00 |
| 06/29/10 | Meal expense (breakfast) for Mr. Morris while in Wilmington, Delaware on 06/30/10. | $15.00 |
| 06/30/10 | Meal expense (dinner) for Ms. Irving while in Wilmington, Delaware on 06/28/10. | $50.00 |
| 08/18/10 | Meal expense (breakfast) for Mr. Morris and Ms. Irving and Ms. Edwards while in Dallas, Texas on 08/19/10. | $45.00 |

TOTAL: MEA

$125.00

ACTIVITY: POS

| Date | Description | Amount |
|---|---|---|
| 11/09/10 | Postage | $0.44 |

TOTAL: POS

$0.44

ACTIVITY: SCA

| Date | Description | Amount |
|---|---|---|
| 10/04/10 | Scanning Expense (4 pages @ $.10 per page). | $0.40 |
| 10/07/10 | Scanning Expense (10 pages @ $.10 per page). | $1.00 |
| 10/12/10 | Scanning Expense (2 pages @ $.10 per page). | $0.20 |
| 10/12/10 | Scanning Expense (3 pages @ $.10 per page). | $0.30 |
| 10/12/10 | Scanning Expense (51 pages @ $.10 per page). | $5.10 |
| 10/13/10 | Scanning Expense (13 pages @ $.10 per page). | $1.30 |

In Reference To:
American Home Mortgage
Our File Number: AHMH.AHM

DATE: 1/14/2011

| Date | Description | Amount |
|---|---|---|
| 10/20/10 | Scanning Expense (1 page @ $.10 per page). | $0.10 |
| 10/22/10 | Scanning Expense (5 pages @ $.10 per page). | $0.50 |
| 10/25/10 | Scanning Expense (18 pages @ $.10 per page). | $1.80 |
| 10/28/10 | Scanning Expense (19 pages @ $.10 per page). | $1.90 |
| 10/29/10 | Scanning Expense (28 pages @ $.10 per page). | $2.80 |
| 10/29/10 | Scanning Expense (1 page @ $.10 per page). | $0.10 |
| 10/29/10 | Scanning Expense (1 page @ $.10 per page). | $0.10 |
| 10/31/10 | Scanning Expense (13 pages @ $.10 per page). | $1.30 |
| 10/31/10 | Scanning Expense (36 pages @ $.10 per page). | $3.60 |
| 10/31/10 | Scanning Expense (38 pages @ $.10 per page). | $3.80 |
| 11/01/10 | Scanning Expense (4 pages @ $.10 per page). | $0.40 |
| 11/02/10 | Scanning Expense (5 pages @ $.10 per page). | $0.50 |
| 11/02/10 | Scanning Expense (5 pages @ $.10 per page). | $0.50 |
| 11/03/10 | Scanning Expense (2 pages @ $.10 per page). | $0.20 |
| 11/03/10 | Scanning Expense (2 pages @ $.10 per page). | $0.20 |
| 11/03/10 | Scanning Expense (2 pages @ $.10 per page). | $0.20 |
| 11/03/10 | Scanning Expense (2 pages @ $.10 per page). | $0.20 |
| 11/03/10 | Scanning Expense (2 pages @ $.10 per page). | $0.20 |
| 11/04/10 | Scanning Expense (4 pages @ $.10 per page). | $0.40 |
| 11/04/10 | Scanning Expense (1 page @ $.10 per page). | $0.10 |
| 11/04/10 | Scanning Expense (3 pages @ $.10 per page) | $0.30 |
| 11/04/10 | Scanning Expense (4 pages @ $.10 per page). | $0.40 |
| 11/04/10 | Scanning Expense (6 pages @ $.10 per page). | $0.60 |
| 11/04/10 | Scanning Expense (3 pages @ $.10 per page). | $0.30 |
| 11/04/10 | Scanning Expense (3 pages @ $.10 per page). | $0.30 |
| 11/09/10 | Scanning Expense (4 pages @ $.10 per page). | $0.40 |
| 11/09/10 | Scanning Expense (4 pages @ $.10 per page). | $0.40 |
| 11/09/10 | Scanning Expense (2 pages @ $.10 per page). | $0.20 |
| 11/15/10 | Scanning Expense (16 pages @ $.10 per page). | $1.60 |
| 11/15/10 | Scanning Expense (16 pages @ $.10 per page). | $1.60 |
| 11/15/10 | Scanning Expense (2 pages @ $.10 per page). | $0.20 |
| 11/19/10 | Scanning Expense (1 page @ $.10 per page). | $0.10 |

In Reference To:
American Home Mortgage
Our File Number: AHMH.AHM

DATE: 1/14/2011

| Date | Description | Amount |
|---|---|---|
| 11/19/10 | Scanning Expense (1 page @ $.10 per page). | $0.10 |
| 11/23/10 | Scanning Expense (2 pages @ $.10 per page). | $0.20 |
| 11/23/10 | Scanning Expense (2 pages @ $.10 per page). | $0.20 |
| 11/24/10 | Scanning Expense (2 pages @ $.10 per page). | $0.20 |
| 11/24/10 | Scanning Expense (1 page @ $.10 per page). | $0.10 |
| 11/24/10 | Scanning Expense (47 pages @ $.10 per page). | $4.70 |

TOTAL: SCA

$39.10

ACTIVITY: TRA

| Date | Description | Amount |
|---|---|---|
| 06/28/10 | Transportation expense for Ms. Irving from home to airport for trip to Wilmington, Delaware on 06/28/10 - 06/30/10. | $78.00 |
| 06/30/10 | Transportation expense for Ms. Irving from airport to home for trip to Wilmington, Delaware on 06/28/10 - 06/30/10. | $60.00 |
| 07/01/10 | Hotel expense for Mr. Morris while in Dallas, Texas on 08/18/10. | $299.00 |
| 07/01/10 | Hotel expense for Mr. Morris while in Wimington, Delaware on 06/29/10 - 06/30/10. | $250.00 |
| 07/06/10 | Overnight parking expense for Ms. Irving while in Wilmigton, Delaware on 06/28/10. | $22.00 |
| 07/06/10 | Overnight parking expense for Ms. Irving in Wilmingnton, Delaware on 06/29/10. | $22.00 |
| 08/18/10 | Transportation expense for Ms. Irving from home to airport for trip to Dallas, Texas on 08/18/10 - 08/19/10. | $78.00 |
| 08/19/10 | Hotel expense for Ms. Irving while in Wilmington, Delaware on 06/29/10. | $250.00 |
| 08/19/10 | Internet access expense for Mr. Morris while in Dallas, Texas on 08/18/10. | $9.95 |
| 08/19/10 | Transportation expense for Ms. Irving from airport to home for trip to Dallas, Texas on 08/18/10 - 08/19/10. | $65.00 |
| 08/19/10 | Hotel expense for Ms. Irving while in Wilmington, Delaware on 06/28/10. | $250.00 |

TOTAL: TRA

$1,383.95

TOTAL ALL ACTIVITIES: $7,617.92