IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------------x
| | |
|---|---|
| In re | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | |

-----------------------------------------------------------------------x
| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | Adv. Proc. No. 10-51228 (CSS) |
| Plaintiff, | |
| - against - | |
| DELOITTE & TOUCHE LLP, | |
| Defendant. | |

-----------------------------------------------------------------------x

## NOTICE OF AMENDMENT OF CAPTION

PLEASE TAKE NOTICE that, on June 7, 2010, plaintiff The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* (the "Committee") and the Debtors executed and filed a stipulation (the "Stipulation") which, *inter alia*, (i) appointed the Committee as representative of the Debtors' estates, and conferred standing upon the Committee for the purpose of investigating, pursuing, prosecuting and, if appropriate, compromising and settling claims (the "Deloitte Claims") that the Debtors may have against defendant Deloitte & Touche LLP ("Deloitte") subject to approval of the Court, and (ii) provided that, as of the effective date of the Chapter 11 Plan of Liquidation of the Debtors (the "Plan"), the trustee appointed thereunder, Steven D. Sass (the "Plan Trustee"), would (a) automatically be deemed to be substituted in the place and instead of the Committee and/or the Debtors with

1

respect to the Deloitte Claims, (b) succeed to all rights, benefits, protections and privileges of the Committee and/or the Debtors with respect to the Deloitte Claims, and (c) have standing post-effective date of the Plan to pursue and, if appropriate, compromise and settle the Deloitte Claims in accordance with the terms of the Plan.

PLEASE TAKE FURTHER NOTICE that, on June 8, 2010, the Court approved the Stipulation and, on June 9, 2010, entered the Order Approving Stipulation Between the Debtors and the Official Committee of Unsecured Creditors, Granting Committee Authority and Standing to Pursue Claims Against Deloitte & Touche LLP (the "Order") (attached hereto as Exhibit A).

PLEASE TAKE FURTHER NOTICE that, the effective date of the Plan was November 30, 2010.

PLEASE TAKE FURTHER NOTICE that the caption in this adversary proceeding is hereby amended as follows:

[REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK]

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,[1] | (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------------------x

| | |
|---|---|
| STEVEN D. SASS, AS PLAN TRUSTEE OF THE AMERICAN HOME MORTGAGE PLAN TRUST, | |
| | Adv. Proc. No. 10-51228 (CSS) |
| Plaintiff, | |
| - against - | |
| DELOITTE & TOUCHE LLP, | |
| Defendant. | |

------------------------------------------------------------------------x

Dated: January 21, 2011

**BLANK ROME LLP**

*/s/ Victoria Guilfoyle*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
Victoria A. Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:     (302) 425-6400

-and-

**HAHN & HESSEN LLP**
John P. McCahey (admitted *pro hac vice*)
Robert J. Malatak (admitted *pro hac vice*)
Christina J. Kang (admitted *pro hac vice*)
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200

---

[1]  The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

128189.01600/40193154v.1