# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------------------x

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | Adv. Proc. No. 10-51228 (CSS) |
| Plaintiff, | |
| - against - | |
| DELOITTE & TOUCHE LLP, | |
| Defendant. | |

------------------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

I, Christina J. Kang, certify that I am not less than 18 years of age, and that service of Notice of Amendment of Caption was made via first class mail on January 21, 2011 upon:

| | |
|---|---|
| Mark S. Chehi, Esq. | Jeremy A. Berman, Esq. |
| Skadden, Arps, Slate, Meagher & Flom LLP | Skadden, Arps, Slate, Meagher & Flom LLP |
| One Rodney Square | Four Times Square |
| Wilmington, Delaware 19801 | New York, New York 10036 |

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: January 21, 2011

_____/s/ Christina J. Kang_____
Christina J. Kang