# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage  
**CASE NO:** 07-11047 (CSS)  
**COURTROOM LOCATION:** 6  
**DATE:** 1/24/11 AT 11:00 A.M.

| NAME *telephonic | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| ~~Jason Burzenski~~ | YCST | AHM |
| R. Stephen McNeill | Potter Anderson & Corroon | Bank of America as Agent |
| Barry Klayman | Cozen O'Connor | Triad Guaranty Ins. Co. |
| Margaret Becker | Staten Island Legal Services | Florence Dandridge |
| Sean Beach | YCST | Steven D. Sass, Liquidating Trustee |
| Mark Indelicato | Hahn + Hessen | " |
| Margaret Greecher | YCST | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**