**Exhibit B**

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

January 21, 2011

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144766

For professional services rendered from November 1, through November 30, 2010 in connection with the following:

| | | | |
|---|---|---|---:|
| 002 | CREDITORS COMMITTEE | $ | 21,290.00 |
| 007 | PROFESSIONAL FEES | | 5,225.50 |
| 008 | AVOIDANCE ACTIONS | | 38,066.50 |
| 009 | LITIGATION | | 69,726.50 |
| 010 | PLAN AND DISCLOSURE STATEMENT | | 17,559.00 |
| 012 | CLAIMS ADMINISTRATION | | 3,772.00 |
| 013 | INVESTIGATION OF COMPANY | | 38,091.00 |
| 014 | TRIAD WORKOUT | | 10,594.00 |
| | **Total Time** | $ | 204,324.50 |
| | LONG DISTANCE TELEPHONE CHARGES | $ | 16.54 |
| | CARFARE | | 1,003.51 |
| | DUPLICATING | | 63.70 |
| | HOTEL FEE | | 840.80 |
| | LEXIS | | 281.70 |
| | MEALS | | 188.58 |
| | POSTAGE | | 45.07 |
| | SEARCH FEES | | 36.48 |
| | TELECOPY PAGES | | 9.00 |
| | TELEPHONE CONFERENCE CALL | | 182.10 |
| | TRAVEL | | 760.00 |
| | VELOBIND- SPIRAL | | 5.50 |
| | **Total Disbursements** | $ | 3,432.98 |
| | **TOTAL BILL** | $ | **207,757.48** |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

January 21, 2011

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144766

For professional services rendered from November 1, through November 30, 2010 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
002      CREDITORS COMMITTEE

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/01/10 | Review and forward post confirmation regarding in AHM; review recent docket activity and calendar events (.30). | JS | 0.60 | 147.00 |
| 11/01/10 | Review docket/recent pleadings (.20); calendar maintenance (.10); review post-confirmation reports (.20). | JXZ | 0.50 | 230.00 |
| 11/01/10 | Review sale notice (.20). | JXZ | 0.20 | 92.00 |
| 11/01/10 | Review and provide comments to BDO report (.30); teleconference with creditors regarding status (.20); review Effective Date issues (.40). | MSI | 0.90 | 684.00 |
| 11/02/10 | Reviewing BDO update (.20). | JO | 0.20 | 70.00 |
| 11/02/10 | Review docket (.10); review and forward motion for relief from stay filed by CitiMortgage (.20); file maintenance (.40). | JS | 0.70 | 171.50 |
| 11/02/10 | Review financial update (.20); review docket/recent pleadings (.20). | JXZ | 0.40 | 184.00 |
| 11/02/10 | Review Cambridge complaint and teleconference with Beach regarding same (.80); review effective date issues and liquidating trustee issues (.60); meeting with DDG regarding same (.10). | MSI | 1.50 | 1,140.00 |
| 11/03/10 | Phone call with debtors' counsel re: objection to Mills claim and review and provide comments on latest version of objection. | ELS | 1.50 | 892.50 |
| 11/03/10 | Teleconference with creditors/claims agents regarding status. | MSI | 0.10 | 76.00 |
| 11/04/10 | Meeting with MSI and JO re: our draft objection to borrowers' committee's final fee applications and review of debtors' draft objection to same. | ELS | 0.60 | 357.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/05/10 | Mills - review her motion for partial summary judgment and phone call/emails with debtors' counsel re: same (.50); edits to joint objection to borrowers committee's final fee application (.40). | ELS | 0.90 | 535.50 |
| 11/05/10 | Reviewing objection to Borrower Committee's fee application. | JO | 0.30 | 105.00 |
| 11/08/10 | Review docket/recent pleadings (.40); attention to creditor inquiries (.20). | JXZ | 0.60 | 276.00 |
| 11/09/10 | Review docket, recent pleadings (.20). | JXZ | 0.20 | 92.00 |
| 11/09/10 | Review outstanding effective date issues; meeting with DDG regarding same and trust agreement. | MSI | 0.70 | 532.00 |
| 11/10/10 | Reviewing Debtors objection to motion for stay releif. | JO | 0.10 | 35.00 |
| 11/10/10 | Review docket/recent pleadings (.20). | JXZ | 0.20 | 92.00 |
| 11/11/10 | Review docket/recent pleadings (.20). | JXZ | 0.20 | 92.00 |
| 11/12/10 | Review amended agenda for 11/15 hearing (.20); prepare for hearing (.30); review emergency motion in limine to exclude undisclosed evidence regarding Mills (.20); review motion to shorten notice regarding emergency motion (.10); calendar events (.20); file maintenance (.20). | JS | 1.20 | 294.00 |
| 11/12/10 | Attention to creditor inquiries (.10); review docket/recent pleadings (.20). | JXZ | 0.30 | 138.00 |
| 11/12/10 | Review BDO Report. | MSI | 0.40 | 304.00 |
| 11/15/10 | Reviewing BDO report. | JO | 0.20 | 70.00 |
| 11/15/10 | Review committee update (.20); review hearing agenda (.10); attention to creditor inquiries (.10). | JXZ | 0.40 | 184.00 |
| 11/15/10 | Review BDO report and send e-mails regarding same (.30); meeting with ELS regarding meeting (.10). | MSI | 0.40 | 304.00 |
| 11/15/10 | Review BDO email and report to the Committee re the estate being in a position to declare the plan effective | MTP | 0.50 | 380.00 |
| 11/16/10 | Attention to creditor inquiries (.20); review correspondence (.10). | JXZ | 0.30 | 138.00 |
| 11/16/10 | Review documents to be sent to Committee and draft e-mail regarding same (.60); teleconference with Nystrom regarding fee issues and meeting with ELS regarding same (.50). | MSI | 1.10 | 836.00 |
| 11/17/10 | Review and make comments to draft notices of effective date. | ELS | 0.40 | 238.00 |
| 11/17/10 | Calendar maintenance (.10); review hearing agenda (.10); review committee update (.30); review docket/recent orders (.10). | JXZ | 0.60 | 276.00 |
| 11/17/10 | Review employee correspondence (.10). | JXZ | 0.10 | 46.00 |
| 11/17/10 | Review e-mails on fee dispute. | MSI | 0.60 | 456.00 |
| 11/18/10 | Participate in committee call. | ELS | 0.70 | 416.50 |
| 11/18/10 | Committee call (.70). | JO | 0.70 | 245.00 |
| 11/18/10 | Review of file and participate in Committee call (1.20). | JPM | 1.20 | 900.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/18/10 | Attention to creditor inquiries (.20). | JXZ | 0.20 | 92.00 |
| 11/18/10 | Review BDO report, memo and e-mails in preparation for Committee meeting (.70); attend Committee meeting (.80); teleconference with BDO regarding issues (.10). | MSI | 1.60 | 1,216.00 |
| 11/18/10 | Review materials prepared for Committee meeting and discussion with MSI re same | MTP | 0.70 | 532.00 |
| 11/19/10 | Telephone conference with J. Worth of Capstone re retention letter (.30); emails and conferences re discovery matters (.80). | JPM | 1.10 | 825.00 |
| 11/19/10 | Review docket and recently filed pleadings (.30); review agenda for hearing on 11/22 (.20); email to MSI and ELS regarding hearing (.10). | JS | 0.60 | 147.00 |
| 11/19/10 | Review correspondence (.10); attention to creditor inquiries (.10). | JXZ | 0.20 | 92.00 |
| 11/22/10 | Preparing minutes from last Committee meeting. | JO | 0.40 | 140.00 |
| 11/22/10 | Review hearing agenda (.10). | JXZ | 0.10 | 46.00 |
| 11/22/10 | Draft letter to borrowers regarding information request. | MSI | 0.20 | 152.00 |
| 11/29/10 | Review various emails/memos re: effective date issues in preparation for effective date conference call (.90);  conference call with BDO, debtors and Sass re: effective date (1.40). | ELS | 2.30 | 1,368.50 |
| 11/29/10 | Call with MSI and ELS and Trustee and Debtors re effective date issues (1.40). | JO | 1.40 | 490.00 |
| 11/29/10 | Review 6 month budget and emails to the committee re: same. | MSI | 0.40 | 304.00 |
| 11/30/10 | Review revised plan trust agreement and Sass comments to same (.70); committee call re: going effective, Cadwalader and Mills (.50); conference call with debtors and BDO re: steps needed to go effective (1.20); various calls re: 401K issue and draft email re: same (1.20); review revised notices of effective date (.20). | ELS | 3.80 | 2,261.00 |
| 11/30/10 | Call with Trustee and Debtors re effective date issues (.80); Drafting email list re Plan Advisory Committee (.20). | JO | 1.00 | 350.00 |
| 11/30/10 | Review notice of effective date and calendar events (.50); review docket and recently filed pleadings (.20). | JS | 0.70 | 171.50 |
| 11/30/10 | Review hearing agenda (.10); review docket/recent pleadings (.20); committee call (.50); meeting with ELS, MSI re: open issues (.10); draft meeting minutes (.60); calendar maintenance (.10); revise minutes (.10). | JXZ | 1.70 | 782.00 |
| 11/30/10 | Review material in preparation for meeting and attend final committee meeting prior to going effective. | MSI | 1.10 | 836.00 |
| 11/30/10 | Review draft post-effective date budget (.40); review emails re plan effective date (.20). | MTP | 0.60 | 456.00 |

TOTAL HOURS                    37.60

TOTAL SERVICES........................................................................$    21,290.00

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $0.82 |
| CARFARE | $110.87 |
| DUPLICATING | $11.20 |
| MEALS | $42.16 |
| POSTAGE | $0.88 |
| SEARCH FEES | $9.52 |
| TELEPHONE CONFERENCE CALL | $182.10 |
| VELOBIND- SPIRAL | $5.50 |

TOTAL DISBURSEMENTS............................................................$    363.05

TOTAL FEES & DISBURSEMENTS ...........................................$    21,653.05

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 3.80 | 245.00 | 931.00 |
| 583 | Orbach | 4.30 | 350.00 | 1,505.00 |
| 493 | Zawadzki | 6.20 | 460.00 | 2,852.00 |
| 486 | Schnitzer | 10.20 | 595.00 | 6,069.00 |
| 226 | McCahey | 2.30 | 750.00 | 1,725.00 |
| 260 | Indelicato | 9.00 | 760.00 | 6,840.00 |
| 364 | Power | 1.80 | 760.00 | 1,368.00 |
| ATTY TOTAL | | 37.60 | | 21,290.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

January 21, 2011

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144766

For professional services rendered from November 1, through November 30, 2010 in connection with the following:

703159    AMERICAN HOME MORTGAGE HOLDINGS, INC.
007    PROFESSIONAL FEES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/01/10 | Review certifications (.10). | JXZ | 0.10 | 46.00 |
| 11/02/10 | Draft H&H's 36th (July, 2010) monthly fee application (1.50); draft H&H's 37th (August, 2010) monthly fee application (1.60); review fee statements (.40). | JS | 3.50 | 857.50 |
| 11/03/10 | Work on July and August fee applications. | MTP | 0.70 | 532.00 |
| 11/04/10 | Reviewing Debtors' objection to Borrower Committee's fees and revising Committee objection (.40). | JO | 0.40 | 140.00 |
| 11/04/10 | Emails to local counsel regarding CNOs for H&H's monthly fee applications (.10); draft CNOs regarding same (.30). | JS | 0.40 | 98.00 |
| 11/04/10 | Review certifications (.10). | JXZ | 0.10 | 46.00 |
| 11/08/10 | Review certifications (.10); review fee apps/draft summary (.40). | JXZ | 0.50 | 230.00 |
| 11/10/10 | Review e-mails from Berliner regarding Cadwalader fee issues (.30); draft e-mails regarding same (.30); teleconference with Sass and Berliner regarding same (.30). | MSI | 0.90 | 684.00 |
| 11/11/10 | Review analysis of Cadwalader fees (.30); teleconference with Sass, Berliner and Nystrom regarding same (.50). | MSI | 0.80 | 608.00 |
| 11/16/10 | Review fee application and draft summary (.30). | JXZ | 0.30 | 138.00 |
| 11/18/10 | Review fee applications/draft summaries (.40); review certifications (.10). | JXZ | 0.50 | 230.00 |
| 11/22/10 | Review plan/confirmation order and attention to transition missus (.80); e-mail MSI, ELS re critical dates/trust issues (.20). | JXZ | 1.00 | 460.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/24/10 | Review certifications (.10). | JXZ | 0.10 | 46.00 |
| 11/30/10 | Review certifications. | JXZ | 0.10 | 46.00 |
| 11/30/10 | Review materials in preparation for meeting with Zolfo and Cadwalader on fee dispute (.50); attended meeting re: same (.90). | MSI | 1.40 | 1,064.00 |

TOTAL HOURS      10.80

TOTAL SERVICES.........................................................................$   5,225.50

DISBURSEMENT SUMMARY

   LONG DISTANCE TELEPHONE CHARGES      $0.35

TOTAL DISBURSEMENTS............................................................$   0.35

TOTAL FEES & DISBURSEMENTS ............................................$   5,225.85

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 556 | Smith | 3.90 | 245.00 | 955.50 |
| 583 | Orbach | 0.40 | 350.00 | 140.00 |
| 493 | Zawadzki | 2.70 | 460.00 | 1,242.00 |
| 260 | Indelicato | 3.10 | 760.00 | 2,356.00 |
| 364 | Power | 0.70 | 760.00 | 532.00 |
| ATTY TOTAL | | 10.80 | | 5,225.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**


January 21, 2011

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022


Invoice number: 144766

For professional services rendered from November 1, through November 30, 2010 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|  | 008 | AVOIDANCE ACTIONS |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/01/10 | Affidavits/exhibits/motion for filing. | CJH | 2.50 | 675.00 |
| 11/01/10 | Conference/e-mail correspondence with ELS/C. Hunker/local counsel/RMS regarding opposition to CB Contractor's motion to vacate default (.30); Reviewed affidavit in opposition to same (.10). | CJK | 0.40 | 210.00 |
| 11/01/10 | J. Laurie - emails with mediator re: scheduling and settlement (.30); Experian - review their letter to mediator and draft response (.20); CB - review and revise opposition to motion to vacate and emails to defendant's attorney re: same (.80); Trade Show - meeting with JO re: motion for sanctions and finalization of same (.70). | ELS | 2.00 | 1,190.00 |
| 11/01/10 | Drafting, Revising and finalizing motion for sanctions re Trade Show Fabrications and preparing all exhibits and attorney's affidavit (4.30). | JO | 4.30 | 1,505.00 |
| 11/01/10 | E-mails M. Yurkewicz, M. Felger, client (WHL), ELS (various), E. Plank (Xerox), M. Hayes (VB)(.50); draft Settlement Agreement (1.50; draft stipulation (.20; review adversary pleading dockets (.10). | JXZ | 2.30 | 1,058.00 |
| 11/01/10 | E-mails to CFN and ELS re extension of time to answer discovery. | KGC | 0.50 | 250.00 |
| 11/02/10 | E-mail correspondence with Chandler Signs counsel regarding settlement check (.10). | CJK | 0.10 | 52.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/02/10 | J. Laurie - emails with defendant's attorney re: settlement offer and expert report (.30); Warehouseline - review settlement agreement and emails with JXZ re: same (.30). | ELS | 0.60 | 357.00 |
| 11/02/10 | Updating status chart regarding preferences (.20); Following-up on Trade Show Fabrications motion (.10). | JO | 0.30 | 105.00 |
| 11/02/10 | E-mails, calls, meetings ELS (various), M. Yurkewicz (WHL), M. Hayes (VB), D. Souter (WBSK)(.40); draft escrow memo (.10); draft stipulation of dismissal (.10); revise Settlement Agreement (.20). | JXZ | 0.80 | 368.00 |
| 11/02/10 | Follow up e-mails to CFN and ELS re extension of time to answer discovery. | KGC | 0.30 | 150.00 |
| 11/03/10 | Edits to November 9th status report. | ELS | 0.90 | 535.50 |
| 11/03/10 | Review/revise status report (.20); review docket/pleadings (.20); review default judgments (.10); meetings, e-mails, calls ELS/JWS (various), M. Yurkewicz (WHL)(.80). | JXZ | 1.30 | 598.00 |
| 11/03/10 | Review docket/RFS motion (.20). | JXZ | 0.20 | 92.00 |
| 11/04/10 | Conference/e-mail correspondence with JS regarding default in Design Circles (.10); e-mail correspondence with ELS/local counsel regarding same (.10); e-mail correspondence with CB Contractors' counsel regarding withdrawal of certification of counsel (.10). | CJK | 0.30 | 157.50 |
| 11/04/10 | Warehouseline - emails re; settlement and meeting with JXZ re: same (.20); J. Laurie - emails with Felger re: settlement discussions (.40); edits to November 9th status report and meeting with JS re: same (.60). | ELS | 1.20 | 714.00 |
| 11/04/10 | Research regarding status of AHM v Design Circles (.30); Digital Draw Network (.40); and Heritgage Village Offices (.20); emails with ELS regarding same (.10). | JS | 1.00 | 245.00 |
| 11/04/10 | Revise settlement agreements (.40); e-mails, calls, meetings ELS (various), M. Felger/M. Yurkewicz)(WLIL)(.40). | JXZ | 0.80 | 368.00 |
| 11/05/10 | E-mail correspondence with ELS/local counsel regarding default against Design Circles and status report (.10). | CJK | 0.10 | 52.50 |
| 11/05/10 | Design Circle - edits to motion for default judgment and affidavit in support (.50); emails with phone call with Delaware counsel re: 11/15 hearing (.30); Warehouseline - meeting with JXZ re: settlement agreement (.20); J. Laurie - emails re: settlement (.30); Experian - emails with mediator re: settlement (.20). | ELS | 1.50 | 892.50 |
| 11/05/10 | Prepare motion for default judgement regarding AHM/Design Circles Inc (1.20); meeting with ELS regarding same (.20); forward to local counsel (.10). | JS | 1.50 | 367.50 |
| 11/05/10 | Review mediators certification and e-mails same (.10); e-mails D. Souter (WBSK), ELS (various), M. Yurkewicz (WHL)(.20). | JXZ | 0.30 | 138.00 |
| 11/05/10 | Prepared and filed stipulations of dismissal for open matters where settlements have been approved (.30); reviewed and commented on ELS status report (.40). | NCR | 0.70 | 224.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/08/10 | Reviewed letter/check from Chandler Signs and conference with ELS regarding same (.10); e-mail correspondence with ELS/counsel re CB Contractors motion to vacate default (.10). | CJK | 0.20 | 105.00 |
| 11/08/10 | Trade Show Fabrications - reviewing emails and calculating costs of first deposition (.40). | JO | 0.40 | 140.00 |
| 11/08/10 | CFN - Review preference analysis and defenses from CFN. | KGC | 1.50 | 750.00 |
| 11/08/10 | Drafted enforcement documents for NAMB and Optimost matters. | NCR | 1.20 | 384.00 |
| 11/09/10 | E-mail correspondence with RMS/ELS regarding motion for default judgment against Design Circles (.10). | CJK | 0.10 | 52.50 |
| 11/09/10 | Trade Show - emails with defendant's counsel re: discovery motion and research re: same (.70); CB - emails with Plank re: settlement status (.20). | ELS | 0.90 | 535.50 |
| 11/09/10 | Review response letter and conduct ordinary course/new value analyses (.90); meetings ELS/MSI(WBSK)(.20). | JXZ | 1.10 | 506.00 |
| 11/10/10 | E-mail correspondence with Chandler Signs counsel regarding settlement check (.10). | CJK | 0.10 | 52.50 |
| 11/10/10 | Trade Show - emails with Delaware counsel re: hearing and prepare for hearing (.90); Weinder Brodsky - meeting with JXZ re: defenses and strategy (.50); Rapid Access - review emails from RMS re: matter and draft reply (.20). | ELS | 1.60 | 952.00 |
| 11/10/10 | Attention to open preferences (.20); review scheduling order (.10); research 547 issues (.20); draft information subpoena/restraining notices (.50); calendar maintenance (.10); supervise service (.20); draft response (.20); e-mails, calls, meeting ELS (various), M. Yurkewicz (WHL), D. Souter (WB)(.40). | JXZ | 1.90 | 874.00 |
| 11/10/10 | CFN - Review preference analysis and defenses from CFN (.80); discuss analysis with ELS and response to settlement offer re same (.40). | KGC | 1.20 | 600.00 |
| 11/11/10 | Reviewed CB Contractor's reply in support of motion to vacate default (.20); e-mail correspondence/conference with ELS/RMS regarding same (.10). | CJK | 0.30 | 157.50 |
| 11/11/10 | CB - review their reply and meeting with CJK re: same (.40); CFN - meeting with KGC and review draft email re: analysis (.40). | ELS | 0.80 | 476.00 |
| 11/11/10 | Drafting mediation statement for Iron Mountain mediations. | JO | 0.70 | 245.00 |
| 11/11/10 | Review settlement agreement (.10); draft stipulation of dismissal (.10); calendar maintenance (.10); e-mails ELS/A. Yurkewicz (WHL)(.10). | JXZ | 0.40 | 184.00 |
| 11/11/10 | CFN - Draft and edit e-mail to CFN counsel re response to settlement proposal. | KGC | 0.80 | 400.00 |
| 11/12/10 | Trade Show - review their response to motion for sanctions and prepare for court hearing re: same. | ELS | 1.90 | 1,130.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/12/10 | Review service affidavits (.10). | JXZ | 0.10 | 46.00 |
| 11/13/10 | Reviewing Trade Show response to motion for sanctions and emailing ELS re same (.50). | JO | 0.50 | 175.00 |
| 11/15/10 | E-mail correspondence with ELS/RMS regarding CB contractors work for debtors (.10). | CJK | 0.10 | 52.50 |
| 11/15/10 | Trade Show - prepare for arguments on motion for sanctions. | ELS | 0.70 | 416.50 |
| 11/15/10 | Reviewing Trade Show discovery responses and gathering invoices and contract for hearing (.40). | JO | 0.40 | 140.00 |
| 11/15/10 | E-mails D. Souter (WBSK)(.10); review adversary proceeding dockets/recent pleadings (.40); review scheduling order (.10). | JXZ | 0.60 | 276.00 |
| 11/15/10 | Discussion with counsel to CFN re new value analysis and review analysis from file re same. | KGC | 0.50 | 250.00 |
| 11/16/10 | Review RMS status reports and provide comments (.40); eMagic - review and revise RMS draft settlement agreement (.20); CFN - meeting with KGC re: new value (.20); Cadwalader - prepare preference analysis and meeting with MSI re: same (1.40). | ELS | 2.20 | 1,309.00 |
| 11/16/10 | Summarizing eMagic settlement (.10); Finalizing and sending Committee mediation statement re iron mountain (.20). | JO | 0.30 | 105.00 |
| 11/16/10 | Review settlement agreements (.20); review correspondence (.10); draft memo to accounting (.10); e-mails M. Yurkewicz (WHL)(.10). | JXZ | 0.50 | 230.00 |
| 11/16/10 | CFN - Attend to e-mails and discussion with counsel re new value defense and discovery deadlines and resolution of the matter. | KGC | 0.60 | 300.00 |
| 11/16/10 | Drafted and edited PMC motion for summary judgment. | NCR | 3.90 | 1,248.00 |
| 11/17/10 | E-mail correspondence with ELS/RMS regarding order granting CB Contractors' motion to vacate default (.10); drafted scheduling order for CB Contractors (.30); drafted Plaintiff's initial disclosures for CB Contractors (.20); e-mail correspondence with ELS regarding same (.10). | CJK | 0.70 | 367.50 |
| 11/17/10 | Trade Show - prepare for and argue motion for sanctions (.80); review relevant scheduling order and prepare email re: same (.30); draft email re: their flawed discovery requests (.40); travel to and from hearing in Delaware (1.50); CB - review and revise draft scheduling order and email with Plank re: response to defendant's counsel's email (.40); Cadwalader - review information from BDO, revise analysis and email MSI re: same (.60). | ELS | 4.00 | 2,380.00 |
| 11/17/10 | Research status of AHM v Kalee, SRS and Brinks (.80); email to ELS regarding same (.10). | JS | 0.90 | 220.50 |
| 11/17/10 | Review settlements (.10); review invoices and e-mails ELS same (.20); attention to open preferences (.10); research service addressees (.40); research 547 issues (1.20). | JXZ | 2.00 | 920.00 |
| 11/17/10 | Edited summary judgment motion re AHM v. PMC preference matter. | NCR | 1.80 | 576.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/18/10 | Trade Show - emails re: tolling. | ELS | 0.50 | 297.50 |
| 11/18/10 | Review correspondence (.10); attention to service issues (.10); meeting ELS (various)(.10). | JXZ | 0.30 | 138.00 |
| 11/18/10 | CFN - Attention to coordination of mediation dates (.30); e-mails with adversary re discovery requests (.50). | KGC | 0.80 | 400.00 |
| 11/18/10 | Edited PMC Motion for Summary Judgment. | NCR | 1.00 | 320.00 |
| 11/19/10 | Trade Show - emails re: discovery (.30); CFN - emails re: new value and discovery (.20). | ELS | 0.50 | 297.50 |
| 11/19/10 | Emails with ELS regarding AHM v CFN financial (.10); phone call with opposing counsel regarding response to discovery request (.10). | JS | 0.20 | 49.00 |
| 11/19/10 | E-mails, calls, meetings ELS (various), D. Souter (WBSK), CAJ, K. Mangan (Triad)(.40); review correspondence (.10); draft stipulation (.10); draft certification and order (.40). | JXZ | 1.00 | 460.00 |
| 11/22/10 | E-mail correspondence with ELS regarding CB Contractors scheduling order and discovery (.10); revised proposed scheduling order and drafted initial disclosures and discovery requests (.70); reviewed CB Contractor's answer to complaint (.10); e-mail correspondence with CB Contractor's counsel regarding proposed scheduling order (.10). | CJK | 1.00 | 525.00 |
| 11/22/10 | CB - review draft discovery and scheduling order and emails with CJK and defendant's counsel re: same (.40); Rapid Access - emails with NCR re: mediation statement (.20). | ELS | 0.60 | 357.00 |
| 11/22/10 | Preparing for Iron Mountain mediation (.30); Calls and emails re Iron Mountain mediation and re-scheduling same (.30). | JO | 0.60 | 210.00 |
| 11/22/10 | Review adversary proceeding dockets/recent pleadings (.10). | JXZ | 0.10 | 46.00 |
| 11/22/10 | Prepared Rapid Access mediation statement. | NCR | 2.00 | 640.00 |
| 11/23/10 | Rapid Access - emails with Rowland re: settlement offers and strategy (.30); Weiner Brodsky - emails with JXZ re: settlement (.20); CB - emails with Plank re: settlement offers (.20). | ELS | 0.70 | 416.50 |
| 11/23/10 | Review correspondence (.10); review adversary proceeding dockets and pleadings (.10); e-mails, calls CAJ/K. Mangan (Triad); KCG (various), D. Souter (WB), MSI/ELS (various)(.50). | JXZ | 0.70 | 322.00 |
| 11/23/10 | Review discovery responses from CFN (.70); prepare mediation statement for CFN mediation (.80). | KGC | 1.50 | 750.00 |
| 11/23/10 | Edited Rapid Access mediation statement | NCR | 0.80 | 256.00 |
| 11/24/10 | E-mail correspondence/teleconference with local counsel/ELS regarding scheduling order in CB Contractors (.10); reviewed COC of same (.10). | CJK | 0.20 | 105.00 |
| 11/24/10 | Optimost - emails with NCR re: enforcing judgment. | ELS | 0.20 | 119.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/24/10 | Emails K. Kamensky/T. Guilfoyle (Triad); M. Hayes (VB) (.20); review stipulation (.10); review correspondence (.10); draft memo to accounting re escrow (.10); calendar maintenance (.10). | JXZ | 0.60 | 276.00 |
| 11/24/10 | CFN - Review discovery responses and preference file re: same. | KGC | 0.80 | 400.00 |
| 11/24/10 | Call with Optimost representative (.60); drafted email to ELS re same (.20). | NCR | 0.80 | 256.00 |
| 11/29/10 | Reviewed/revised initial disclosures for CB Contractors (.10); revised discovery requests to CB Contractors (.30); email correspondence. with ELS re same (.10). | CJK | 0.50 | 262.50 |
| 11/29/10 | Review Lemisch mediator bill and forward same to Martinez for payment (.20); update preference chart (.20); Rapid Access - meeting with NCR re: mediation, review defendant's mediation statement and emails to defendant's counsel re: same (.60); CB Contractors - emails with CJK re: discovery (.20); J. Laurie - review and revise RMS draft settlement agreement and forward same to defense counsel (.40); Optimost - emails with RMS re: prior discussions and meeting with NCR re: judgment enforcement (.20). | ELS | 1.80 | 1,071.00 |
| 11/29/10 | Review mediation statement. | MSI | 0.30 | 228.00 |
| 11/29/10 | Prepared Rapid Access stipulation  for mediation (.70); reviewed emails from Ken Knuckey re Optimost (.40); reviewed information subpoena (.20); contacted Bank re information subpoena (.10). | NCR | 1.40 | 448.00 |
| 11/30/10 | Email correspondence with local counsel/ELS re default in Design Circles (.10). | CJK | 0.10 | 52.50 |
| 11/30/10 | Review JXZ 's draft email re: Weiner settlement and review JXZ's Weiner settlement agreement (.40); Rapid Access - review their financial documents, meeting with NCR re: same and email to RMS re: same (.40); Optimost - meeting with NCR re: information subpoena issues (.30). | ELS | 1.10 | 654.50 |
| 11/30/10 | Review docket/recent pleadings (.10); emails, calls, meetings with ELS (various); D. Souter (WB) (.40); draft case assessment (.50); review claims registry (.20); draft settlement agreement (1.30); review open preferences/scheduling orders (.10). | JXZ | 2.60 | 1,196.00 |
| 11/30/10 | CFN - Attend to e-mails and messages with counsel re discovery deadlines and case status issues. | KGC | 0.60 | 300.00 |
| 11/30/10 | Discussion with ELS re Optimost information subpoena (.20); call with Bank re Optimost Information subpoena (.20); reviewed Rapid Access financials (.50); discussed the same with ELS (.20). | NCR | 1.10 | 352.00 |

TOTAL HOURS                        83.20

TOTAL SERVICES.........................................................................$    38,066.50

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $5.63 |
| CARFARE | $92.58 |
| DUPLICATING | $50.90 |
| LEXIS | $17.33 |
| MEALS | $35.21 |
| POSTAGE | $44.19 |
| SEARCH FEES | $5.04 |
| TELECOPY PAGES | $9.00 |
| TRAVEL | $197.00 |

TOTAL DISBURSEMENTS.............................................................$      456.88

TOTAL FEES & DISBURSEMENTS .............................................$   38,523.38

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 3.60 | 245.00 | 882.00 |
| 599 | Hunker | 2.50 | 270.00 | 675.00 |
| 544 | Rigano | 14.70 | 320.00 | 4,704.00 |
| 583 | Orbach | 7.50 | 350.00 | 2,625.00 |
| 493 | Zawadzki | 17.60 | 460.00 | 8,096.00 |
| 478 | Craner | 9.10 | 500.00 | 4,550.00 |
| 931 | Kang | 4.20 | 525.00 | 2,205.00 |
| 486 | Schnitzer | 23.70 | 595.00 | 14,101.50 |
| 260 | Indelicato | 0.30 | 760.00 | 228.00 |
| ATTY TOTAL | | 83.20 | | 38,066.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

January 21, 2011

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144766

For professional services rendered from November 1, through November 30, 2010 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
009        LITIGATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/01/10 | Mills - finish review of debtors' draft objection to claim and send comments to debtors' counsel. | ELS | 1.50 | 892.50 |
| 11/01/10 | Revise memorandum to Committee re Court of Appeals decision as to in pari delecto and confer with CJK re same (.50); review of RJM comments (.10). | JPM | 0.60 | 450.00 |
| 11/01/10 | Review discovery notice (.10); review scheduling order (.10). | JXZ | 0.20 | 92.00 |
| 11/02/10 | Review of letter from Deloitte's counsel re discovery issues (.30); review of materials (.70); conferences with RJM and CJK re same (.50). | JPM | 1.50 | 1,125.00 |
| 11/02/10 | Review letter from M. Cheki re discovery issues and conferences with JPM and CJK re same. | RJM | 0.90 | 513.00 |
| 11/03/10 | Emails from CJK re discovery issues (.30). | JPM | 0.30 | 225.00 |
| 11/03/10 | Meeting with ELS regarding Mills objection (.20); teleconference with M. Greecher regarding same and comments (.20); review same and draft e-mail to Beach and Greecher regarding same (.90); teleconference with M. Craner regarding Barclay's litigation (.20). | MSI | 1.50 | 1,140.00 |
| 11/03/10 | Review detailed email from CJK re discovery issues and related research. | RJM | 0.40 | 228.00 |
| 11/04/10 | Review of revised confidentiality stipulation and confer with CJK re same (Deloitte litigation). | JPM | 0.50 | 375.00 |
| 11/04/10 | Review and e-mails with Beach regarding Mills objection. | MSI | 0.40 | 304.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/04/10 | Final edits to confidentiality stipulation. | RJM | 0.40 | 228.00 |
| 11/05/10 | Confer (2) with CJK and RJM re discovery issues and PTC (Deloitte litigation) (.40); emails re PTC adjournment (.20). | JPM | 0.60 | 450.00 |
| 11/05/10 | Review scheduling order (.10); review adversary proceeding dockets (.10); review Triad response (.10); review JPM response and related pleadings (.40). | JXZ | 0.70 | 322.00 |
| 11/05/10 | Review objection and pleadings filed by or against Mills. | MSI | 1.10 | 836.00 |
| 11/05/10 | Confer with CJK re various discovery issues including telephone conferences with debtors re e-discovery issues. | RJM | 2.00 | 1,140.00 |
| 11/08/10 | Review of Deloitte's responses to discovery requests and CJK emails (1.00). | JPM | 1.00 | 750.00 |
| 11/08/10 | Review pleadings filed in Mills adversary. | MSI | 0.80 | 608.00 |
| 11/09/10 | Review of various memoranda, emails, attachments re issues raised by parties in discovery (1.20). | JPM | 1.20 | 900.00 |
| 11/09/10 | Review pleadings and Mills issues. | MSI | 0.90 | 684.00 |
| 11/10/10 | Various emails and internal conferences re discovery issues (1.00). | JPM | 1.00 | 750.00 |
| 11/11/10 | Mills - review their response to claim objection and letters re: emotional damages and emails with Beach re: same (.60); emails with BDO re: report and preferences (.40). | ELS | 1.00 | 595.00 |
| 11/11/10 | Review e-mails and discuss letters with ELS. | MSI | 0.30 | 228.00 |
| 11/12/10 | Mills - emails with debtors re: status; review debtors' draft motion in limine and emails/hone call with debtor's counsel re: same. | ELS | 1.90 | 1,130.50 |
| 11/12/10 | Review emails and documents re (1) debtors' documents and restored emails; (2) plaintiffs' discovery issues; (3) draft response to Deloitte counsel. | JPM | 1.20 | 900.00 |
| 11/12/10 | Review motion to compel (.50). | JXZ | 0.50 | 230.00 |
| 11/12/10 | Review issues on Mills objection, motion in Limini and response (.90); teleconference with ELS regarding same (.20). | MSI | 1.10 | 836.00 |
| 11/12/10 | Meet with CJK re discovery issues. | RJM | 0.50 | 285.00 |
| 11/15/10 | Mills - review Mills' 2 motions in limine to exclude information on taxes, bankruptcy and to preclude debtors' expert, Mills' response to debtors' motion in limine, and debtors' draft motion in limine re: agency, draft opposition to summary judgment motion and draft reply in support of claim objection (2.90); conference call with MSI and debtors' counsel re: Mills, various motions and trial strategy (1.20). | ELS | 4.10 | 2,439.50 |
| 11/15/10 | Review of revised letter to Deloitte counsel re discovery issues and confer with RJM re same (.30); confer with CJK re restoration of emails (.30); review of memorandum to Committee re Kirschner decision and confer with MSI re same (.60). | JPM | 1.20 | 900.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/15/10 | Review and edit response to Mills motions in Limini (.70); teleconference with Beach, Zeig and ELS regarding same (1.10); teleconference with Beach and Zieg regarding comments to responses and draft e-mails regarding same (.30); review response to objection, Debtors motion, Mills motions and discuss with ELS (3.80); review CJK's memo (.60); review exhibits and transcript (1.20). | MSI | 7.70 | 5,852.00 |
| 11/16/10 | Mills - review and provide comments to debtors' draft reply in support of objection and debtors' response to Mills' motion for summary judgment and meetings with MSI re: same and emails with debtors' counsel re: same. | ELS | 2.30 | 1,368.50 |
| 11/16/10 | Review of letter to Skadden counsel and email to Committee (.20). | JPM | 0.20 | 150.00 |
| 11/16/10 | Review and edit various Mills pleadings and meeting with ELS regarding same. | MSI | 0.80 | 608.00 |
| 11/17/10 | Mills - review Mills' letter re: alleged Rule 45 violation and meeting with MSI re: same (.50); review draft joint pretrial brief and provide comments (.60); attend hearing on motion to exclude emotional distress evidence (.90); travel to and from hearing (1.50). | ELS | 3.50 | 2,082.50 |
| 11/17/10 | Several internal conferences and emails re document issues in Deloitte litigation (.80); emails re Committee call (.20). | JPM | 1.00 | 750.00 |
| 11/17/10 | Review letter from Mills counsel regarding Rule 45 violation (.70); meeting with ELS regarding same and issues (.20); teleconference with ELS, Beach and Zeig regarding same (1.00). | MSI | 1.90 | 1,444.00 |
| 11/17/10 | Confer with C. Kang re various discovery issues, and confer with C. Kang, D. Millman and debtors re e-discovery issues (1.40); draft/send email to J. McCahey re discovery issues (.10); review various email correspondence re discovery issues (.10). | RJM | 1.60 | 912.00 |
| 11/18/10 | Mills - review and provide comments to response to draft opposition to motion in limine re: financial documents (.60); review and provide comments to revised draft pre-trial order and phone call with debtors' counsel re: same (.60); conference call with MSI and debtors' counsel re: opposition to motion in limine re: financial documents (.50); revise draft response to motion in limine (1.90). | ELS | 3.60 | 2,142.00 |
| 11/18/10 | Review of materials re discovery issues, damages issues, pari delecto issues (2.50). | JPM | 2.50 | 1,875.00 |
| 11/18/10 | Review various responses in Mills matter (1.30); meeting with ELS regarding same (.30); teleconference with Zeig, ELS and Beach regarding same (.90); review revised draft of documents (.40). | MSI | 2.90 | 2,204.00 |
| 11/18/10 | Review/edit responses to Deposition Notices. | RJM | 0.50 | 285.00 |
| 11/19/10 | Mills - meeting with MSI re: matter and conference call with MSI and Debtors' counsel re: 11/22/ hearing. | ELS | 0.40 | 238.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/19/10 | Revise and edit motion (1.30); e-mails regarding same (.40); teleconference with Beach, Zeig and ELS regarding same (.70); review response to summary judgment motion (.70). | MSI | 3.10 | 2,356.00 |
| 11/22/10 | Prepare for hearing (1.60); travel to Delaware for hearing (1.20); attend first day of hearing on administration claim and arguments on various motions (6.50); various meetings with debtors' counsel re: strategy (2.20). | ELS | 11.50 | 6,842.50 |
| 11/22/10 | Review latest pleadings and discuss developments with ELS. | MSI | 0.70 | 532.00 |
| 11/23/10 | Mills - prepare for today's hearing and attend hearing and meetings with debtors' counsel re: strategy. | ELS | 9.20 | 5,474.00 |
| 11/23/10 | Emails with Capstone re retention (.30); review of Capstone retainer letter (.70); emails with CJK re AMD documents (.50). | JPM | 1.50 | 1,125.00 |
| 11/24/10 | Prepare for 11/24 continued Mills trial; meetings with debtors' counsel re: same and attend and appear at hearing (5.80); travel back from 11/14 hearing (1.50). | ELS | 7.30 | 4,343.50 |
| 11/24/10 | Internal emails and confer with CJK re AHM discovery issues (.80); review of same (1.00). | JPM | 1.80 | 1,350.00 |
| 11/24/10 | Attend closing arguments and decision in the Mills trial; meeting with Mills team regarding trial issues. | MSI | 2.80 | 2,128.00 |
| 11/28/10 | Review of discovery issues and internal emails (Deloitte litigation). | JPM | 0.80 | 600.00 |
| 11/29/10 | Confer with MSI (.20) and RJM (.30) re discovery issues; numerous emails and documents re restoration of debtors' emails, costs, discovery plan, discovery responses, search terms and other matters (2.00). | JPM | 2.50 | 1,875.00 |
| 11/29/10 | Edit/review Capstone's retainer agreements (.30); continue edit of joint discovery plan (.90); confer with CJK re various discovery issues (.10). | RJM | 1.30 | 741.00 |
| 11/30/10 | Review of materials re restoration of emails and documents in warehouse (1.50); review of materials re damages (.50); confer with MSI (.10); confer with RJM and CJK re discovery issues (.80); various emails re Deloitte litigation (.50). | JPM | 3.40 | 2,550.00 |
| 11/30/10 | Meet with CJK and JPM re various discovery issues. | RJM | 0.60 | 342.00 |

TOTAL HOURS         104.70

TOTAL SERVICES.........................................................................$   69,726.50

DISBURSEMENT SUMMARY

CARFARE         $206.08

DUPLICATING         $1.20

HOTEL FEE         $840.80

MEALS         $13.90

DISBURSEMENT SUMMARY

SEARCH FEES                                                                    $6.00

TRAVEL                                                                         $563.00

TOTAL DISBURSEMENTS.............................................................$     1,630.98

TOTAL FEES & DISBURSEMENTS .............................................$     71,357.48

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 1.40 | 460.00 | 644.00 |
| 952 | Malatak | 8.20 | 570.00 | 4,674.00 |
| 486 | Schnitzer | 46.30 | 595.00 | 27,548.50 |
| 226 | McCahey | 22.80 | 750.00 | 17,100.00 |
| 260 | Indelicato | 26.00 | 760.00 | 19,760.00 |
| ATTY TOTAL | | 104.70 | | 69,726.50 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

January 21, 2011

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144766

For professional services rendered from November 1, through November 30, 2010 in connection with the following:

| | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| | 010 | PLAN AND DISCLOSURE STATEMENT |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/05/10 | Review trust agreement. | DDG | 0.40 | 284.00 |
| 11/15/10 | Conference with MSI regarding trust and plan issues. | DDG | 0.20 | 142.00 |
| 11/15/10 | E-mails MSI re plan issues (.10). | JXZ | 0.10 | 46.00 |
| 11/15/10 | Meeting with DDG regarding consummation issues and teleconference with Beach regarding B of A issues. | MSI | 0.50 | 380.00 |
| 11/16/10 | Review/retrieve trust documents, plan and confirmation order, draft critical dates/task schedule and numerous e-mails MSI, DXG, ELS same (5.20). | JXZ | 5.20 | 2,392.00 |
| 11/16/10 | Review trust agreement and issues on going effective (.90); draft and edit employee letter for Sass to AHM employees (.90). | MSI | 1.80 | 1,368.00 |
| 11/17/10 | Meetings MSI re plan issues (.10); attention to trust/transition issues (.50). | JXZ | 0.60 | 276.00 |
| 11/17/10 | Review trust issues and e-mails (.70); review and edit letter agreement (.30); teleconference with Sass and Liz regarding same (.30). | MSI | 1.30 | 988.00 |
| 11/18/10 | Attention to transition issues (.20); review plan (.20). | JXZ | 0.40 | 184.00 |
| 11/18/10 | Review plan consummation issues. | MSI | 1.10 | 836.00 |
| 11/19/10 | Review consummation issues. | MSI | 0.70 | 532.00 |
| 11/22/10 | Prepare form of confidentiality and release agreement. | DDG | 0.70 | 497.00 |
| 11/22/10 | Review plan/confirmation order and attention to transition issues (.80); e-mail MSI, ELS re critical dates/trust issues (.80). | JXZ | 1.60 | 736.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/24/10 | Emails MSI re plan issues (.10); review plan/confirmation order (.50); attention to transition issues (.20). | JXZ | 0.80 | 368.00 |
| 11/24/10 | Review trust agreement. | MSI | 0.70 | 532.00 |
| 11/29/10 | Conference call regarding effective date issues. | DDG | 1.10 | 781.00 |
| 11/29/10 | Review issues on trust agreement (1.40); review open issues and telephone conference with S. Sass re: same (.30); conference call with Sass, Zulfo and YCST to discuss effective date issues (1.40). | MSI | 3.10 | 2,356.00 |
| 11/30/10 | Review revised agreement and general release. | DDG | 0.30 | 213.00 |
| 11/30/10 | Review effective date notices and comment on same (.40); numerous meetings, calls, emails with MSI, ELS, S. Beach, S. Martinez, S. Sass re: transition issues (.60); all hands call with trustee re: trust issues (.80); draft engagement letter (.50); review trust agreement (.60); revise engagement letter (.10). | JXZ | 3.00 | 1,380.00 |
| 11/30/10 | Review numerous emails from Sass re: changes to trust agreement (.40); review and edit same (.80); telephone conference with Zolfo, YCST, Trustee and BDO re: effective date issues including 401K (.90); review and edit effective date notices (.60); telephone conference (2x) with trustee and YCST re: same (.40); draft and review emails on 401K issues (.40); meeting with ELS re: same (.10); review and edit employee notice (.30); review effective date issues (.40). | MSI | 4.30 | 3,268.00 |

TOTAL HOURS             27.90

TOTAL SERVICES...........................................................................$    17,559.00

DISBURSEMENT SUMMARY

CARFARE                                                              $323.14

TOTAL DISBURSEMENTS..............................................$       323.14

TOTAL FEES & DISBURSEMENTS .............................................$   17,882.14

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 11.70 | 460.00 | 5,382.00 |
| 426 | Grubman | 2.70 | 710.00 | 1,917.00 |
| 260 | Indelicato | 13.50 | 760.00 | 10,260.00 |
| ATTY TOTAL | | 27.90 | | 17,559.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

January 21, 2011

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144766

For professional services rendered from November 1, through November 30, 2010 in connection with the following:

703159       AMERICAN HOME MORTGAGE HOLDINGS, INC.
012          CLAIMS ADMINISTRATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/01/10 | Review claims notices (.10); review claims orders (.10). | JXZ | 0.20 | 92.00 |
| 11/08/10 | Review docket/Mills pleadings for summary statement and debtors objection to Mills claims (2.30). | JXZ | 2.30 | 1,058.00 |
| 11/11/10 | Review Mills response (.40). | JXZ | 0.40 | 184.00 |
| 11/15/10 | Review omnibus claims objections (.30); review Mills motion in limine (.40); review debtor motions in limine and to shorten (.50); review debtors response (,30); review claims registry (.20). | JXZ | 1.70 | 782.00 |
| 11/16/10 | Review discovery notice (.10). | JXZ | 0.10 | 46.00 |
| 11/17/10 | Review subpoena (.10); review Mills motion for sanctions (.30). | JXZ | 0.40 | 184.00 |
| 11/18/10 | Review debtors reply to Mills response (.50); review debtors brief in opposition to summary judgment (.40). | JXZ | 0.90 | 414.00 |
| 11/22/10 | Review trial exhibit lists (.30); review Mills reply papers (.20); review debtors objections, motions in limine re financials and expert report (.80); review debtors motion in limine (.50). | JXZ | 1.80 | 828.00 |
| 11/23/10 | Review order re debtors motion in limine (.10). | JXZ | 0.10 | 46.00 |
| 11/24/10 | Emails ELS re claims (.10). | JXZ | 0.10 | 46.00 |
| 11/30/10 | Review DB response to claims objections. | JXZ | 0.20 | 92.00 |

TOTAL HOURS       8.20

| DATE | SERVICES | | ATTY | HOURS | VALUE |
|------|----------|--|------|-------|-------|

TOTAL SERVICES.........................................................................$    3,772.00

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 8.20 | 460.00 | 3,772.00 |
| ATTY TOTAL | | 8.20 | | 3,772.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

January 21, 2011

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144766

For professional services rendered from November 1, through November 30, 2010 in connection with the
following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
013         INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/01/10 | Teleconference with JPM regarding memo to committee (.10); revised memo to Committee and reviewed same (.10); teleconference/email correspondence with RJM regarding same (.10); e-mail correspondence with MSI re same (.10). | CJK | 0.40 | 210.00 |
| 11/02/10 | Reviewed D&T's letter regarding discovery (.20); conference with JPM/RJM regarding same (.80); e-mail correspondence with local counsel regarding November status conference (.10); reviewed initial disclosures and discovery memos regarding D&T's letter (.30); addressed discovery issues raised in D&T's letter (1.00); teleconference/e-mail correspondence with RJM regarding D&T notice of deposition (.10). | CJK | 2.50 | 1,312.50 |
| 11/03/10 | Conference/teleconference with DM re electronic discovery issues (.40); addressed email discovery issues (.50); research re obligation to produce or make available warehoused documents (3.00); reviewed notes of e-discovery issues for joint discovery plan (.20); e-mail correspondence with JPM/RJM re discovery and other issues to address (.80); correspondence with Debtors' counsel re interrogatory (.10); research regarding obligation to produce e0mails on backup tapes (2.50); conference with RJM regarding discovery and related issues (.30); e-mail correspondence with D&T's counsel regarding discovery letter (.10); teleconference with JS re December omnibus hearing (.10). | CJK | 8.00 | 4,200.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/03/10 | Analyzing electronic restoration files re: discovery | DM | 4.50 | 967.50 |
| 11/04/10 | Reviewed RJM's proposed revisions to confidentiality stipulation (.10); reviewed/ revised same (.30); e-mail correspondence with JPM/local counsel regarding same (.10); reviewed/revised DM's chart regarding status of e-mail restoration (.20); e-mail correspondence with JPM/RJM regarding same (.10); correspondence with Debtors' counsel regarding interrogatory (.10); e-mail correspondence/conference with DM/J. Burzenski regarding e-discovery (.50); addressed discovery issues (1.00). | CJK | 2.40 | 1,260.00 |
| 11/04/10 | Analyzing electronic restoration files re: discovery (1.20); Communicate with client and CJK re: electronic restoration files (.80). | DM | 2.00 | 430.00 |
| 11/05/10 | Addressed outstanding discovery items (.40); conference with RJM re discovery (2.00); e-mail correspondence with J. Burzenski/RJM/JPM/DM re e-discovery (.20); drafted response to Deloitte's letter (1.00); reviewed draft joint discovery plan and revised same (1.00); e-mail correspondence with JPM/RJM/D&T's counsel regarding 11/15 status conference (.10); e-mail correspondence with local counsel/JPM/RJM regarding same and confidentiality stipulation (.10); e-mail correspondence with Debtors' counsel/JPM/RJM regarding same (.10); e-mail correspondence with JPM/RJM regarding interrogatory (.10). | CJK | 5.00 | 2,625.00 |
| 11/08/10 | Email correspondence with local counsel re confidentiality stipulation (.10); Reviewed stipulation (.20). | CJK | 0.30 | 157.50 |
| 11/09/10 | Conference with JPM regarding D&T's discovery responses (.10); e-mail correspondence with J. Burzenski and DM regarding discovery (.10). | CJK | 0.20 | 105.00 |
| 11/09/10 | Analyzing electronic restoration files re: discovery (1.50); communicate with client and CJK re: same (.50). | DM | 2.00 | 430.00 |
| 11/10/10 | Teleconference/e-mail correspondence with Debtors' counsel regarding interrogatory (.40); reviewed verification to interrogatory response (.10); e-mail correspondence with D&T counsel regarding discovery (.10); reviewed updated e-discovery status report (.20); conference with DM regarding e-discovery (.10); e-mail correspondence with JPM/RJM regarding discovery and other outstanding issues (.40); addressed outstanding discovery items (.50). | CJK | 1.80 | 945.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/11/10 | E-mail correspondence with J. Burzenski and DM regarding e-discovery (.10); reviewed rules/research regarding verification to interrogatory responses (.70); e-mail report to JPM/RJM regarding same (.30); viewed D&T's discovery responses (.50); e-mail report to JPM/RJM regarding same (1.50); preparation for document production to D&T (.50); e-mail report to JPM/RJM regarding same (.20); e-mail correspondence with JPM/RJM regarding discovery and related issues (.20); conference with RJM regarding various outstanding discovery issues (.20). | CJK | 4.20 | 2,205.00 |
| 11/12/10 | Conference with RJM regarding discovery issues (.40); addressed discovery issues (.50); reviewed/revised letter to D&T regarding same (.30); e-mail correspondence with RJM/JPM regarding same (.10). | CJK | 1.30 | 682.50 |
| 11/15/10 | Conference with RJM regarding discovery (.50); reviewed RJM's revision to letter (.10); Revised letter to D&T (.30); conference with DM regarding electronic discovery (.20); e-mail correspondence with MSI regarding memo to Committee (.10); correspondence with Debtors' counsel regarding interrogatory response (.10). | CJK | 1.30 | 682.50 |
| 11/16/10 | Conference with RJM regarding discovery issues (.10); revised letter to D&T regarding same (.10); reviewed redlined confidentiality stipulation (.10); e-mail correspondence with D&T regarding same (.10); e-mail correspondence with J. Burzenski/DM regarding e-discovery (.20); addressed discovery issues and outstanding items (2.50); e-mail correspondence with RJM regarding deposition notice (.10); reviewed D&T's deposition notice (.30); drafted response to D&T notice of deposition (2.50). | CJK | 6.00 | 3,150.00 |
| 11/16/10 | Communicate with client re: electronic data discovery (1.00); review electronic data discovery files for strategy re: processing (1.00). | DM | 2.00 | 430.00 |
| 11/17/10 | Conference/e-mail correspondence with RJM/JPM regarding discovery and related outstanding items (1.50); conference/e-mail correspondence with DM regarding same (.20); conference with AP regarding same (.20); e-mail correspondence with team regarding discovery (.10); teleconference with Debtors' counsel regarding interrogatory (.10); e-mail correspondence with Debtors' counsel regarding same (.10); teleconference with J. Buzenski/RJM/DM/C. Olson regarding e-discovery (1.00); e-mail correspondence with J. Burzenski regarding warehoused documents (.30); prepared deposition notices (.30); prepared list of search terms for e-discovery (1.00); addressed discovery issues (1.00). | CJK | 5.80 | 3,045.00 |
| 11/17/10 | Conference call with CJK, RJM and client re: electronic data restoration project (1.40); communicate with vendors re: quotes for electronic data restoration (.60). | DM | 2.00 | 430.00 |
| 11/18/10 | E-mail correspondence with J. Buzenski regarding discovery (.50); e-mail correspondence with team regarding same (.20). | CJK | 0.70 | 367.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/18/10 | Communicate with attorneys and client re: electronic data restoration project (.50); communicate with vendors re: quotes for electronic data restoration (.50). | DM | 1.00 | 215.00 |
| 11/19/10 | Communicate with attorneys and client re: electronic data restoration project (.40); communicate with vendors re: quotes for electronic data restoration (.60). | DM | 1.00 | 215.00 |
| 11/22/10 | E-mail correspondence with J. Burzenski regarding discovery (.20); e-mail correspondence with team regarding discovery (.10); prepared for review of warehoused documents (1.00). | CJK | 1.30 | 682.50 |
| 11/22/10 | Read complaint to prepare for document review project (1.30). | PKL | 1.30 | 390.00 |
| 11/23/10 | Went to Melville warehouse for document review (6.00); reviewed notes of review and e-mail report to JPM/RJM regarding same (2.00); e-mail correspondence with JPM/Capstone regarding engagement letter (.10). | CJK | 8.10 | 4,252.50 |
| 11/23/10 | E-mail correspondence with ELS/CB Contractors' counsel regarding scheduling order (.10); e-mail correspondence with local counsel/ELS regarding same and filing (.10). | CJK | 0.20 | 105.00 |
| 11/23/10 | Communicate with attorneys and client re: electronic data restoration project (.20); communicate with vendors re: quotes for electronic data restoration (.80). | DM | 1.00 | 215.00 |
| 11/23/10 | Travel time to Melville (2.10); review selected boxes and summarize contents (3.90). | PKL | 6.00 | 1,800.00 |
| 11/24/10 | Conf./email correspondence with JPM/RJM re discovery and open issues (.10); e-mail correspondence with D&T's counsel regarding discovery (.10); conference with RJM regarding discovery (.20). | CJK | 0.40 | 210.00 |
| 11/24/10 | Communicate with vendors re: quotes for electronic data restoration. | DM | 0.40 | 86.00 |
| 11/28/10 | Email correspondence with RJM/JPM re discovery and other issues (.20); revised response to D&T's Rule 30(b)(6) notice of deposition (.80); reviewed revised draft of the proposed joint discovery report (.50) | CJK | 1.50 | 787.50 |
| 11/29/10 | Telephone conversation with Debtors' counsel re verification of response to interrogatory (.10); conferences/email correspondence with RJM re various outstanding discovery issues (.30); revised draft joint discovery plan (.40); reviewed proposed search terms (.10); email correspondence with BDO re same (.10); Reviewed quotes from vendors re restoration of ESI (1.00); prepared/evaluated scenarios of e-discovery costs (.80); email correspondence./Telephone calls with DM/ESI vendors re e-discovery (.40); addressed discovery issues (.50); email correspondence with J. Burzenski re e-discovery (.10). | CJK | 3.80 | 1,995.00 |
| 11/29/10 | Review vendor quotes with attorneys and client re: electronic data restoration project (1.0); Communicate with vendors re: quotes for electronic data restoration (1.0) | DM | 2.00 | 430.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/30/10 | Conference with RJM re discovery (.20); conference with JPM/RJM re same (.50); email correspondence with BDO re proposed search terms (.10); email correspondence with debtors' counsel re verification to interrogatory (.10); email correspondence with D&T counsel re same and meet and confer (.10); reviewed/revised joint discovery report (.40); reviewed/revised notices of deposition (.10); email correspondence with local counsel/JPM re joint discovery report and deposition notices (.10); email correspondence/Telephone call with J. Burzenski/DM re e-discovery (1.0); conference with DM re same (.30); reviewed DM's cost estimates for e-discovery (.20); Research re e-discovery vendors (.50). | CJK | 3.60 | 1,890.00 |
| 11/30/10 | Create vendor quote comparison chart for attorney review re: electronic data restoration (4.00); review and discuss vendor quotes with attorneys and client re: same (1.00); communicate with vendors re: quotes for electronic data restoration (.50). | DM | 5.50 | 1,182.50 |

TOTAL HOURS     89.50

TOTAL SERVICES.........................................................................$    38,091.00

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $9.74 |
| CARFARE | $270.84 |
| LEXIS | $264.37 |
| MEALS | $97.31 |
| SEARCH FEES | $15.92 |

TOTAL DISBURSEMENTS............................................................$    658.18

TOTAL FEES & DISBURSEMENTS ...........................................$    38,749.18

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 558 | Millman | 23.40 | 215.00 | 5,031.00 |
| 569 | Lem | 7.30 | 300.00 | 2,190.00 |
| 931 | Kang | 58.80 | 525.00 | 30,870.00 |
| ATTY TOTAL | | 89.50 | | 38,091.00 |

# Hahn & Hessen LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

January 21, 2011

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 144766

For professional services rendered from November 1, through November 30, 2010 in connection with the
following:

|       |                                         |
|-------|-----------------------------------------|
| 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| 014    | TRIAD WORKOUT                         |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/01/10 | Legal research, re: insurance issue. | CAJ | 0.80 | 476.00 |
| 11/01/10 | Meeting with KP and CAJ regarding AHM/Triad and production of documents (.30). | JS | 0.30 | 73.50 |
| 11/01/10 | Researching adversary proceedings in AHM v. Triad (3.50). | KP | 3.50 | 665.00 |
| 11/02/10 | Reviewing adversary proceedings in AHM v. Triad (3.20). | KP | 3.20 | 608.00 |
| 11/03/10 | Reviewing adversary proceedings in AHM v. Triad (.50). | KP | 0.50 | 95.00 |
| 11/15/10 | Communications to/from JO, re: hearing. | CAJ | 0.20 | 119.00 |
| 11/17/10 | Multiple communications to/from Debtors' counsel, re: stipulation (.20); communication to Triad's counsel, re: stipulation issues (.10); communication to counsel for Certain Securitization Trusts, re: stipulation (.10); communication to Countrywide, re: stipulation (.10); communication with Freddie Mac, re: stipulation (.10); attention to legal research, re: litigation issue related to extensions (1.20); additional communication from Certain Securitization Trusts, re: stipulation (.00); additional communication to Triad's counsel, re: development (.10); draft stipulation (re: Freddie Mac) (1.10) and communication with counsel for Freddie Mac, re: same (.10). | CAJ | 3.10 | 1,844.50 |
| 11/18/10 | Communications with Debtors' counsel, re: stipulation (.20); attention to review of insurance policies (.90); multiple telephone and e-mail communications (.14) to/from defendants/intervenors, re: stipulation (1.10). | CAJ | 2.20 | 1,309.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/19/10 | Communications to/from Debtors' counsel, re: stipulation (.10); communication from/to Triad's counsel, re: stipulation (.20); communication to defendants/intervenors, re: circulate execution version of stipulation (.30) and additional communications with Debtors' counsel, re: executed versions of stipulation (.20); attention to research, re: intervenor/defendant issue (.60); additional communications with Debtors' counsel, re: forward various back-up documents related to litigation (.20) and stipulation (.10); multiple communications with H&H team, re: stipulation (.10). | CAJ | 1.80 | 1,071.00 |
| 11/22/10 | Communications with Debtors' counsel, re: inquire regarding filing of certification/stipulation. | CAJ | 0.20 | 119.00 |
| 11/24/10 | Reminder communication, re: status of stipulation (.10); attention to legal research re, re: dismissal issues (2.10); attention to additional review of insurance documents (.80); additional communication to JS, re: issues related to stipulation (.10). | CAJ | 3.10 | 1,844.50 |
| 11/24/10 | Review cert of counsel regarding defendants' deadline to respond to complaint (.10); calendar event (.10). | JS | 0.20 | 49.00 |
| 11/29/10 | Communication to Debtors' counsel, re: status of stipulation (.10); attention to additional research, re: dismissal issues (1.20). | CAJ | 1.30 | 773.50 |
| 11/30/10 | Attention to multiple research issues, re: dismissal issues (.70) and insurance issues (1.80); reminder e-mail to Debtors, re: status of certification (.10). | CAJ | 2.60 | 1,547.00 |

TOTAL HOURS                    23.00

TOTAL SERVICES..........................................................................$    10,594.00

DISBURSEMENT SUMMARY

DUPLICATING                                                                $0.40

TOTAL DISBURSEMENTS............................................................$    0.40

TOTAL FEES & DISBURSEMENTS ............................................$    10,594.40

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 608 | Primm | 7.20 | 190.00 | 1,368.00 |
| 556 | Smith | 0.50 | 245.00 | 122.50 |
| 588 | Jarvinen | 15.30 | 595.00 | 9,103.50 |
| ATTY TOTAL | | 23.00 | | 10,594.00 |