**Exhibit C**

| Date | TKPR Name | Cost Code | Tobill Amt | Narrative |
|---|---|---|---|---|
| 11/1/2010 | Orbach, Joseph | CAR | $92.58 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 136202; DATE: 11/9/2010 |
| 11/3/2010 | Millman, Dustin | CAR | $48.23 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 633629; DATE: 11/15/2010 |
| 11/3/2010 | Zawadzki, Jeffrey | CAR | $62.64 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 635008; DATE: 11/30/2010 |
| 11/15/2010 | Indelicato, Mark S | CAR | $167.08 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 136937; DATE: 11/23/2010 |
| 11/22/2010 | Schnitzer, Edward L. | CAR | $16.40 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 80; DATE: 11/29/2010 |
| 11/23/2010 | Kang, Christina | CAR | $111.43 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 137211; DATE: 11/30/2010 |
| 11/23/2010 | Kang, Christina | CAR | $111.18 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 137211; DATE: 11/30/2010 |
| 11/24/2010 | Schnitzer, Edward L. | CAR | $22.60 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 80; DATE: 11/29/2010 |
| 11/29/2010 | Indelicato, Mark S | CAR | $161.57 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 137467; DATE: 12/7/2010 |
| 11/30/2010 | Indelicato, Mark S | CAR | $161.57 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 137467; DATE: 12/7/2010 |
| 11/30/2010 | Millman, Dustin | CAR | $48.23 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 636538; DATE: 12/15/2010 |
| | | | **$1,003.51** | |
| 11/2/2010 | Zawadzki, Jeffrey | DUPL | $0.20 | |
| 11/3/2010 | Smith, Jason | DUPL | $1.20 | |
| 11/4/2010 | | DUPL | $0.10 | |
| 11/4/2010 | | DUPL | $0.20 | |
| 11/4/2010 | | DUPL | $0.20 | |
| 11/4/2010 | | DUPL | $0.30 | |
| 11/4/2010 | | DUPL | $0.50 | |
| 11/5/2010 | | DUPL | $0.80 | |
| 11/5/2010 | | DUPL | $0.40 | |
| 11/5/2010 | | DUPL | $0.40 | |
| 11/5/2010 | | DUPL | $3.20 | |
| 11/5/2010 | | DUPL | $0.30 | |
| 11/5/2010 | | DUPL | $0.30 | |
| 11/5/2010 | | DUPL | $0.20 | |
| 11/5/2010 | | DUPL | $0.30 | |
| 11/5/2010 | | DUPL | $0.20 | |
| 11/5/2010 | | DUPL | $1.40 | |
| 11/5/2010 | | DUPL | $2.60 | |
| 11/5/2010 | | DUPL | $0.60 | |
| 11/5/2010 | | DUPL | $0.40 | |
| 11/5/2010 | | DUPL | $0.50 | |

| Date | Name | Type | Amount |
|---|---|---|---|
| 11/5/2010 | | DUPL | $0.20 |
| 11/5/2010 | | DUPL | $0.20 |
| 11/5/2010 | | DUPL | $0.20 |
| 11/5/2010 | | DUPL | $0.20 |
| 11/5/2010 | | DUPL | $6.30 |
| 11/5/2010 | | DUPL | $1.20 |
| 11/5/2010 | | DUPL | $0.40 |
| 11/8/2010 | | DUPL | $0.20 |
| 11/8/2010 | | DUPL | $0.30 |
| 11/8/2010 | | DUPL | $0.70 |
| 11/8/2010 | | DUPL | $0.20 |
| 11/8/2010 | | DUPL | $0.30 |
| 11/8/2010 | | DUPL | $0.20 |
| 11/8/2010 | | DUPL | $0.70 |
| 11/9/2010 | Zawadzki, Jeffrey | DUPL | $0.30 |
| 11/9/2010 | Rigano, Nicholas C. | DUPL | $2.10 |
| 11/9/2010 | Rigano, Nicholas C. | DUPL | $1.80 |
| 11/9/2010 | Schnitzer, Edward L. | DUPL | $0.70 |
| 11/10/2010 | Zawadzki, Jeffrey | DUPL | $4.80 |
| 11/10/2010 | | DUPL | $0.70 |
| 11/10/2010 | | DUPL | $3.40 |
| 11/11/2010 | | DUPL | $0.40 |
| 11/11/2010 | | DUPL | $1.80 |
| 11/11/2010 | | DUPL | $0.70 |
| 11/11/2010 | | DUPL | $0.30 |
| 11/12/2010 | Schnitzer, Edward L. | DUPL | $0.30 |
| 11/15/2010 | Orbach, Joseph | DUPL | $0.50 |
| 11/15/2010 | Rigano, Nicholas C. | DUPL | $0.60 |
| 11/15/2010 | Schnitzer, Edward L. | DUPL | $1.60 |
| 11/16/2010 | Zawadzki, Jeffrey | DUPL | $0.20 |
| 11/16/2010 | | DUPL | $0.30 |
| 11/16/2010 | | DUPL | $0.70 |
| 11/16/2010 | | DUPL | $0.70 |
| 11/16/2010 | | DUPL | $0.30 |
| 11/16/2010 | | DUPL | $1.10 |
| 11/16/2010 | | DUPL | $0.40 |
| 11/16/2010 | | DUPL | $0.10 |

| Date | Name | Type | Amount |
|---|---|---|---|
| 11/16/2010 | | DUPL | $0.30 |
| 11/16/2010 | | DUPL | $0.10 |
| 11/16/2010 | | DUPL | $0.10 |
| 11/17/2010 | Schnitzer, Edward L. | DUPL | $3.60 |
| 11/17/2010 | Zawadzki, Jeffrey | DUPL | $0.30 |
| 11/17/2010 | | DUPL | $0.30 |
| 11/17/2010 | | DUPL | $0.20 |
| 11/17/2010 | | DUPL | $0.20 |
| 11/17/2010 | | DUPL | $0.20 |
| 11/17/2010 | | DUPL | $0.20 |
| 11/17/2010 | | DUPL | $0.10 |
| 11/18/2010 | Zawadzki, Jeffrey | DUPL | $0.20 |
| 11/18/2010 | Zawadzki, Jeffrey | DUPL | $0.60 |
| 11/18/2010 | | DUPL | $1.70 |
| 11/18/2010 | | DUPL | $0.70 |
| 11/19/2010 | | DUPL | $0.10 |
| 11/19/2010 | | DUPL | $0.40 |
| 11/19/2010 | | DUPL | $0.60 |
| 11/22/2010 | | DUPL | $0.30 |
| 11/23/2010 | Indelicato, Mark S | DUPL | $0.10 |
| 11/23/2010 | McCahey, John P | DUPL | $0.10 |
| 11/23/2010 | | DUPL | $0.30 |
| 11/23/2010 | | DUPL | $0.30 |
| 11/29/2010 | Schnitzer, Edward L. | DUPL | $1.40 |
| 11/29/2010 | | DUPL | $0.10 |
| 11/29/2010 | | DUPL | $0.30 |
| 11/29/2010 | | DUPL | $0.20 |
| 11/29/2010 | | DUPL | $0.10 |
| 11/29/2010 | | DUPL | $0.30 |
| 11/29/2010 | | DUPL | $0.10 |
| 11/29/2010 | | DUPL | $0.20 |
| 11/30/2010 | Zawadzki, Jeffrey | DUPL | $0.30 |
| 11/30/2010 | | DUPL | $0.10 |
| 11/30/2010 | | DUPL | $0.20 |
| | | | **$63.70** |
| 11/18/2010 | Rigano, Nicholas C. | FAX | **$9.00** |

| Date | Name | Type | Amount | Description |
|---|---|---|---|---|
| 11/24/2010 | Schnitzer, Edward L. | HOT | **$840.80** | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 80; DATE: 11/29/2010 |
| 11/1/2010 | Orbach, Joseph | LEXI | $2.41 | VENDOR: LEXIS - NEXIS; INVOICE#: 1011001943; DATE: 12/7/2010 |
| 11/11/2010 | Kang, Christina | LEXI | $264.37 | VENDOR: LEXIS - NEXIS; INVOICE#: 1011001943; DATE: 12/7/2010 |
| 11/12/2010 | Schnitzer, Edward L. | LEXI | $14.92 | VENDOR: LEXIS - NEXIS; INVOICE#: 1011001943; DATE: 12/7/2010 |
| | | | **$281.70** | |
| 11/1/2010 | Orbach, Joseph | MEAL | $20.41 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 777842; DATE: 11/7/2010 |
| 11/3/2010 | Millman, Dustin | MEAL | $21.31 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 777842; DATE: 11/7/2010 |
| 11/3/2010 | Millman, Dustin | MEAL | $12.82 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 777842; DATE: 11/7/2010 |
| 11/3/2010 | Kang, Christina | MEAL | $11.08 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 777842; DATE: 11/7/2010 |
| 11/5/2010 | Kang, Christina | MEAL | $9.62 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 777842; DATE: 11/7/2010 |
| 11/17/2010 | Schnitzer, Edward L. | MEAL | $13.90 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 80; DATE: 11/29/2010 |
| 11/17/2010 | Zawadzki, Jeffrey | MEAL | $21.30 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 787106; DATE: 11/21/2010 |
| 11/23/2010 | Craner, Katherine G. | MEAL | $14.80 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 789479; DATE: 11/28/2010 |
| 11/23/2010 | Kang, Christina | MEAL | $21.55 | VENDOR: Christina Kang; INVOICE#: 20; DATE: 12/8/2010 |
| 11/30/2010 | Zawadzki, Jeffrey | MEAL | $20.86 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 795558; DATE: 12/5/2010 |
| 11/30/2010 | Millman, Dustin | MEAL | $20.93 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 795558; DATE: 12/5/2010 |
| | | | **$188.58** | |
| 11/10/2010 | Zawadzki, Jeffrey | POST | $1.39 | |
| 11/10/2010 | Zawadzki, Jeffrey | POST | $1.39 | |

| Date | Name | Type | Amount | Description |
|---|---|---|---:|---|
| 11/10/2010 | Zawadzki, Jeffrey | POST | $6.49 | |
| 11/10/2010 | Zawadzki, Jeffrey | POST | $6.49 | |
| 11/11/2010 | Rigano, Nicholas C. | POST | $25.28 | |
| 11/17/2010 | Zawadzki, Jeffrey | POST | $1.05 | |
| 11/18/2010 | Zawadzki, Jeffrey | POST | $2.10 | |
| 11/23/2010 | Indelicato, Mark S | POST | $0.88 | |
| | | | **$45.07** | |
| 11/4/2010 | Power, Mark | SEAR | $2.40 | VENDOR: PACER SERVICE CENTER; INVOICE#: 12312010; DATE: 12/31/2010 |
| 11/15/2010 | Power, Mark | SEAR | $1.36 | VENDOR: PACER SERVICE CENTER; INVOICE#: 12312010; DATE: 12/31/2010 |
| 11/17/2010 | Power, Mark | SEAR | $15.92 | VENDOR: PACER SERVICE CENTER; INVOICE#: 12312010; DATE: 12/31/2010 |
| 11/23/2010 | Power, Mark | SEAR | $5.04 | VENDOR: PACER SERVICE CENTER; INVOICE#: 12312010; DATE: 12/31/2010 |
| 11/24/2010 | Power, Mark | SEAR | $6.00 | VENDOR: PACER SERVICE CENTER; INVOICE#: 12312010; DATE: 12/31/2010 |
| 11/30/2010 | Power, Mark | SEAR | $5.76 | VENDOR: PACER SERVICE CENTER; INVOICE#: 12312010; DATE: 12/31/2010 |
| | | | **$36.48** | |
| 11/18/2010 | Schnitzer, Edward L. | TELCON | $44.21 | VENDOR: AMERICAN EXPRESS; INVOICE#: 1123110; DATE: 1/7/2011 |
| 11/19/2010 | Schnitzer, Edward L. | TELCON | $137.89 | VENDOR: AMERICAN EXPRESS; INVOICE#: 1123110; DATE: 1/7/2011 |
| | | | **$182.10** | |
| 11/3/2010 | Zawadzki, Jeffrey | TELE | $0.35 | 1-302-552-5519 |
| 11/3/2010 | Millman, Dustin | TELE | $0.35 | 1-631-622-1836 |
| 11/3/2010 | Kang, Christina | TELE | $0.37 | 1-302-571-6621 |
| 11/4/2010 | Kang, Christina | TELE | $0.35 | 1-302-571-6621 |
| 11/4/2010 | Kang, Christina | TELE | $0.35 | 1-302-571-6621 |
| 11/5/2010 | Kang, Christina | TELE | $0.35 | 1-302-571-6621 |
| 11/10/2010 | Kang, Christina | TELE | $0.53 | 1-302-571-6621 |
| 11/12/2010 | Smith, Jason | TELE | $0.35 | 1-312-832-4393 |

| Date | Name | Type | Amount | Detail |
|---|---|---|---|---|
| 11/15/2010 | Kang, Christina | TELE | $0.35 | 1-302-571-6621 |
| 11/16/2010 | Celli, Ceil | TELE | $0.38 | 1-302-594-3100 |
| 11/17/2010 | Millman, Dustin | TELE | $4.32 | 1-631-622-1836 |
| 11/17/2010 | Kang, Christina | TELE | $0.46 | 1-302-571-6621 |
| 11/18/2010 | Rigano, Nicholas C. | TELE | $0.38 | 1-631-298-8884 |
| 11/18/2010 | Rigano, Nicholas C. | TELE | $0.42 | 1-631-548-3034 |
| 11/18/2010 | Rigano, Nicholas C. | TELE | $0.60 | 1-631-548-3405 |
| 11/22/2010 | Orbach, Joseph | TELE | $0.35 | 1-410-458-6100 |
| 11/23/2010 | Zawadzki, Jeffrey | TELE | $0.47 | 1-202-628-2000 |
| 11/24/2010 | Rigano, Nicholas C. | TELE | $2.38 | 1-415-625-1442 |
| 11/24/2010 | Rigano, Nicholas C. | TELE | $0.35 | 1-410-773-4035 |
| 11/29/2010 | Kang, Christina | TELE | $0.36 | 1-302-571-6621 |
| 11/30/2010 | Rigano, Nicholas C. | TELE | $0.35 | 1-631-298-8884 |
| 11/30/2010 | Rigano, Nicholas C. | TELE | $0.42 | 1-631-548-3034 |
| 11/30/2010 | Kang, Christina | TELE | $1.95 | 1-631-622-1836 |
| | | | **$16.54** | |
| 11/4/2010 | Schnitzer, Edward L. | TRAV | $197.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 78; DATE: 11/4/2010 |
| 11/17/2010 | Schnitzer, Edward L. | TRAV | $289.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 80; DATE: 11/29/2010 |
| 11/22/2010 | Schnitzer, Edward L. | TRAV | $122.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 80; DATE: 11/29/2010 |
| 11/24/2010 | Schnitzer, Edward L. | TRAV | $152.00 | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 80; DATE: 11/29/2010 |
| | | | **$760.00** | |
| 11/4/2010 | Schnitzer, Edward L. | VELO | $5.50 | 11/4 SPIRAL |

**$3,432.98**