**Verification**

I, Hussain Kareem, Claimant/Mortgagor/TitleHolder in the foregoing matter, deposes that all statements, exhibits, and claims are true and correct to the best of my personal knowledge and beliefs. I affirm under the penalty of perjury under 28 USC 1746.

Executed this day 5th of January, 2011.

Hussain Kareem,Affiant

2197 CARLYSLE CREEK DRIVE

LAWRENCEVILLE, GA 30044

Tel: 678-250-5753