| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| HUSSAIN KAREEM<br>2197 CARLYSLE CREEK DRIVE<br>LAWRENCEVILLE, GA 30044 | exhibit "2400"<br>B | AMERICAN BROKERS CONDUIT<br>225 TOWN PARK DRIVE, STE. 450<br>KENNESAW, GA 30144 |

| G. Property Location | H. Settlement Agent |
|---|---|
| 2197 CARLYSLE CREEK DRIVE<br>LAWRENCEVILLE, GA 30044 | GA CLOSING ASSOC, INC.-MICHAEL C. OBERTONE, ESQ PC |

| Place of Settlement | I. Settlement Date |
|---|---|
| 3815 Presidential Parkway, Suite 100<br>Atlanta, GA 30340 | 07/07/06<br>DD: 07/12/06 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 4,273.30 | 403. | |
| 104. PAYOFF WAMU #0075472241 | 152,325.30 | 404. | |
| 105. PAY BENEFICIAL/HFC | 287.00 | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes          to | | 406. City/town taxes          to | |
| 107. County taxes             to | | 407. County taxes             to | |
| 108. Assessments              to | | 408. Assessments              to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 156,885.60 | 420. GROSS AMOUNT DUE TO SELLER | |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT TO SELLER | |
| 201. Deposit or earnest money | | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 159,200.00 | 502. Settlement charges to seller (line 1400) | 0.0 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes          to | | 510. City/town taxes          to | |
| 211. County taxes             to | | 511. County taxes             to | |
| 212. Assessments              to | | 512. Assessments              to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY / FOR BORROWER | 159,200.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 156,885.60 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 159,200.00 | 602. Less reduction amount due to seller (line 520) | |
| 303. CASH            TO       BORROWER | 2,314.40 | 603. CASH            TO        SELLER | 0.0 |

| L. SETTLEMENT CHARGES: | | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ | | @ | = | | |
| Division of commission (line 700) as follows: | | | | | |
| 701. $ | to | | | | |
| 702. $ | to | | | | |
| 703. Commission paid at Settlement | | | | | |
| 704. | | | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | P.O.C. | | |
| 801. Loan Origination Fee | % | GLOBAL MORTGAGE | | 350.24 | |
| 802. Loan Discount | % | | | | |
| 803. Appraisal Fee | to | | | | |
| 804. Credit Report | to | | | | |
| 805. Lender's Inspection Fee | to | | | | |
| 806. Underwriting Fee | to | | | | |
| 807. Assumption Fee | to | | | | |
| 808. Processing Fee | | GLOBAL MORTGAGE | | 495.00 | |
| 809. Tax Service Fee | | AMERICAN BROKERS CONDUIT | | 92.00 | |
| 810. Flood Cert. | | AMERICAN BROKERS CONDUIT | | 19.00 | |
| 811. GA Res Mtg. Fee | | AMERICAN BROKERS CONDUIT | | 6.50 | |
| 812. COMMITMENT FEE | | AMERICAN BROKERS CONDUIT | | 480.00 | |
| 813. BROKER FEE | | GLOBAL MORTGAGE | | 1,000.00 | |
| 814. BROKER PREM. PD BY LENDER | | PD BY AMERICAN BROKERS TO GLOBAL MTG. | 597.00L | | |
| 815. | | | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | | |
| 901. Interest from 07/12/06 to 08/01/06 @$ | | 8.40 /day | 20 day(s) | 168.04 | |
| 902. Mortgage Insurance Premium | | to | | | |
| 903. Hazard Insurance Premium | 1 yrs. to | ALLSTATE | 614.00B | | |
| 904. | | | | | |
| 905. | | | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | | | |
| 1001. Hazard Insurance | mo. @$ | | / mo. | | |
| 1002. Mortgage Insurance | mo. @$ | | / mo. | | |
| 1003. City property taxes | mo. @$ | | / mo. | | |
| 1004. County property taxes | mo. @$ | | / mo. | | |
| 1005. Annual Assessments | mo. @$ | | / mo. | | |
| 1006. | mo. @$ | | / mo. | | |
| 1007. | mo. @$ | | / mo. | | |
| 1008. Aggregate Reserve for Hazard/Flood Ins, City/County Prop Taxes, Mortgage Ins & Annual Assessments | | | | | |
| 1100. TITLE CHARGES | | | | | |
| 1101. Settlement or closing fee | to | | | | |
| 1102. Abstract or title search | to | | | | |
| 1103. Title examination | to | GEORGIA CLOSING ASSOCIATES, INC. | | 150.00 | |
| 1104. Title insurance binder | to | | | | |
| 1105. Document preparation | to | | | | |
| 1106. Notary fees | to | | | | |
| 1107. Attorney's fees | to | MICHAEL C. OBERTONE, ESQ., P.C. | | 100.00 | |
| (includes above item No: | | ) | | | |
| 1108. Title insurance | to | GCA AS AGENT FOR FIRST AMERICAN TITLE INC. | | 719.02 | |
| (includes above item No: | | ) | | | |
| 1109. Lender's coverage | 175,120.00 --- 719.02 | | | | |
| 1110. Owner's coverage | | | | | |
| 1111. Courier Fee | | GEORGIA CLOSING ASSOCIATES, INC. | | 45.00 | |
| 1112. Tax Search Fee | | GEORGIA CLOSING ASSOCIATES, INC. | | 15.00 | |
| 1113. PAYOFF OVERNIGHT | | GEORGIA CLOSING ASSOCIATES, INC. | | 15.00 | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | | |
| 1201. Recording fees | Deed $ | ; Mortgage $ | ; Releases $ | | |
| 1202. City/county/stamps | Deed $ | ; Mortgage $ | | | |
| 1203. State tax/stamps | Deed $ | ; Mortgage $ | 478.50 | 478.50 | |
| 1204. | | | | | |
| 1205. | | | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | | | |
| 1301. Survey | to | | | | |
| 1302. Pest inspection | to | | | | |
| 1303. Record Documents | | GEORGIA CLOSING ASSOCIATES, INC. | | 70.00 | |
| 1304. Record Satisfactions | | GEORGIA CLOSING ASSOCIATES, INC. | | 20.00 | |
| 1305. QUITCLAIM DEED | | GEORGIA CLOSING ASSOCIATES, INC. | | 50.00 | |
| 1306. | | | | | |
| 1307. | | | | | |