Exhibit 'C'

RECEIVED
OCT 30 2008
RESEARCH DEPT

THIS IS NOT A PUBLIC
COMMUNICATION
Notice to Agent is Notice to Principle
Notice to Principle is Notice to Agent
Applicable to all successors and assigns
Silence is Acquiescence/Agreement/Dishonor
This is self-executing contract.

DATE: Oct. 18, 2008

Hussain L Kareem, without prejudice
2197 Carlysle Creek Dr
Lawrenceville, GA 30044

Sent Certified Mail # 7008 1300 0001 2743 0907
Re: Rescission Demand Notice

With proof of service to:
Michael Straus, CEO individually and
American Home Mortgage, Inc., AHMSI, and ET AL
538 Broadhollow Rd.
Melville, NY 11747

OCT 21 2008

0031256902

RE: Alleged Loan # 1001350490  Property Address: 1927 Carlysle Creek Drive, GA 30044

Dear Sir:

In response to my most recent letters from you dated 07/08/2008 regarding my property, I am rescinding your alleged Loan Number 1001350490, as related to the above subject property. You, your bank and your Servicing Company, AHMSI, have received my Affidavit of Non-Response for Debt Validation and my Affidavit Of Security Deed Illegality respectively (see Exhibits), pursuant to, but not limited, to my rights under the Fair Debt Collection Practices Act (FDCPA), and the Uniform Commercial Code (UCC), State Commercial Code, Contract Law, Fair Credit Billing Act (FCBA) and the State of Georgia Statues O.C.G.A. § 44-14-236 and O.C.G.A. § 9-13-27, respectively. You and your interested parties are in default and dishonor. You will have to cease and desist from any collection activities. My rights should not allow you as a debtor, under Federal Bankruptcy protection, Chapter 11, Case No. 07-11047 (CSS) from adhering to the Federal Rescission Demand.

Furthermore, please be advised that I am exercising my rights under Regulation Z of the Truth In Lending Act (TILA) to rescind my mortgage loan transaction (Reg. Z §§ 226.15(a)(2), 226.23(a)(2), Official Staff Commentary §226.23(a)(2)-1) and 15 U.S.C. §1635(b).

> FAILURE of the Lender to take necessary and appropriate action to reflect the fact that the security interest was automatically terminated by the rescission within twenty (20) days of creditor's receipt of the rescission notice, is a violation of 15 USC 1635(b);Reg.Z.15(d)(2),226.23(d)(2), ( also see "Ameriquest Mortgage Company Mortgage Lending Practices Litigation," M.D.L. No. 1715, Lead Case No. 05-cv07097 (N.D.Ill.)

Therefore, my demand is for you to uphold the all the laws and statues cited and to comply with this rescission demand notice, immediately. Please forward to me a complete accounting of all payments that I have made toward the promissory note. Non compliance shall result in our pursuit of all civil and criminal remedies against all parties, with prejudice.

Sincerely,

Hussain Kareem
All Rights Reserved.

Notary
James T. Owens

[Notary Seal: JAMES T. OWENS, JAN. 7, 2012, GWINNETT CO. GEORGIA, NOTARY PUBLIC]

APP 0174