# FAX

 Exhibit 4400

**TO: H KAREEM**
Company:
      Fax: **678.987.0576**
Phone:

## FROM:
      Fax:
Phone:

## NOTES:

Per request by **H Kareem** this is the payment history for American Home Mortgage made through the Bank of America Bill Pay system

Date and time of transmission: Tuesday, November 16, 2010 3:32:38 PM
Number of pages including this cover sheet: 02



Bank of America.

Bank of America
Interactive Banking
P.O. Box 655961
Dallas, TX 75265-9961

November 16, 2010

| Payment Date | Payee Name | Account#(Masked) | Payment Amount | DDA#(Masked) |
|---|---|---|---|---|
| 4/16/2008 | AMERICAN HOMIE MO | .0490 | $609.54 | .1140 |
| 5/22/2008 | AMERICAN HOMIE MO | .0490 | $609.54 | .1140 |
| 6/24/2008 | AMERICAN HOMIE MO | .0490 | $610.00 | .1132 |
| 7/18/2008 | AMERICAN HOMIE MO | .0490 | $610.00 | .1132 |
| 8/18/2008 | AMERICAN HOMIE MO | .0490 | $610.00 | .1132 |
| 9/10/2008 | AMERICAN HOMIE MO | .0490 | $610.00 | .1132 |
| 10/21/2008 | AMERICAN HOMIE MO | .0490 | $610.00 | .1132 |
| 11/19/2008 | AMERICAN HOMiE MO | .6902 | $610.00 | .1132 |
| 12/23/2008 | AMERICAN HOMIE MO | .0490 | $610.00 | .1140 |
| 1/21/2009 | AMERICAN HOMIE MO | .6902 | $610.00 | .1132 |
| 2/20/2009 | AMERICAN HOMIE MO | .6902 | $610.00 | .1132 |
| 4/1/2009 | AMERICAN HOMIE MO | .6902 | $610.00 | .1140 |
| 5/1/2009 | AMERICAN HOMIE MO | .0490 | $613.00 | .1140 |
| 5/28/2009 | AMERICAN HOMIE MO | .0490 | $615.00 | .1140 |
| 7/2/2009 | AMERICAN HOMIE MO | .6902 | $615.00 | .1132 |
| 8/11/2009 | AMERICAN HOMIE MO | .6902 | $610.00 | .1140 |

BANK OF AMERICA, N.A
CRUSE ROAD INSTORE
BANKING CENTRE
950 HERRINGTON ROAD
LAWRENCEVILLE GA 30044
GA7-775-01-01