IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:  Chapter 11

AMERICAN HOME MORTGAGE  Case No. 07-11047 (CSS)

HOLDINGS, INC. et al

A Delaware corporation

       Debtors

**Judicial Notice: Second Attempt to Deliver Proof of Claim**

Comes Now, Hussain Kareem, Creditor in the above action, re-submitting his B-10 Proof of Claim with Motion to Admit Claim, pro nunc tunc, due to the inability of the United States Post office to deliver by Certified mail the first set of documents. The excusable circumstance was beyond the claimants control and is enumerated as follows:

1

On January 5th, 2011, Claimant sent the above said proof of claim with supporting documents by certified mail no. 71969006 9820 3903 9760 to the United States Bankruptcy Court for the District of Delaware (See Exhibit A Track & Confirm). The package was discovered not delivered or mishandled after repeated inquiries by the claimant on January 18, 2011.

2

On January 5th, 2011, Claimant sent the same above said proof of claim with supporting documents by certified mail no. 71969006 9820 6105 2287 to the Plan Trustee, Steven Stass, AHM Liquidating Trust (See Exhibit B Track & Confirm). This package was not delivered until January 14, 2011, (emphasis supplied).

3

It has been duly noted that inclimant weather has caused delays and mishandling of these time sensitive documents. The weather has caused for the bankruptcy court to be either closed or delayed opening during this prolonged period of time, too. Thus, claimant has been forced to re-send his copy, *nunc pro tunc,* to this honorable court along with this judicial notice as an inadvertent delay, beyond the scope and control of the claimants ability to deliver the documents. The second attempt has been made by overnight U.S. Express Mail No. EG 679601120 US.

9693
1/20/2011

### Relief Sought

Claimant seeks to have his administrative claim accepted *nunc pro tunc*.

- Prima facie evidence shows his full attempts to file timely, but after depositing the documents with an official carrier meeting the Postmarked Mail Box Rule of the Federal Rules of Civil Procedures, the U.S. Postal service failed to deliver the documents.
- Claimant shows that the Plan Trustee did get their copy. Therefore, Claimant requests a full review of his administrative claim as set forth in his Motion to attached contemporaneously.
- Claimant notifies this honorable court of a reasonable delay which should impede and penalties against accepting the claim.
- Claimant sayeth no more.

With all due respect to this Court,


Executed this day 19th of January, 2011

_____

Hussain Kareem, A.R.R.

2197 Carlysle Creek Drive

Lawrenceville, GA 30044

Tel: ████████