## Certificate of Service

I, Hussain Kareem do ceritify that I have mailed by first class U.S. Mail the foregoing to the following at his/her address below:

Counsel For Debtors:

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Sean M. BEACH

Patrick A. Jackson

1000 West St., 17th Floor

P.O. Box 391

Wilmington, DE 19801

Tel: (302) 571-6600

Counsel for the Plan Trustee:

**HAHN & HAESSEN LLP**

Mark S. Indelicato

Edward L. Schnitzer

488 Madison Avenue

New York, N.Y. 10022

Tel: (212) 478-7200

**The Plan Trustee:**

Steven D. Stass

AHM Liquidating Trust

P.O. Box 10550

Melville, NY 11747

Mathis K. Wright, President

NAACP CHAPTER #5160

P.O. BOX 1296

AMERICUS, GA 31709