

*U.S. Bankruptcy Court*
*Problem: Not Delivered by Certified Mail*

# Track & Confirm

## Search Results

Label/Receipt Number: **7196 9006 9820 3903 9760**
Expected Delivery Date: **January 7, 2011**
Class: **Priority Mail®**
Service(s): **Certified Mail™**
  **Return Receipt Electronic**
Status: **Notice Left**

We attempted to deliver your item at 12:02 pm on January 10, 2011 in WILMINGTON, DE 19801 and a notice was left. You may pick up the item at the Post Office indicated on the notice, go to www.usps.com/redelivery, or call 800-ASK-USPS to arrange for redelivery. If this item is unclaimed after 15 days then it will be returned to the sender. Information, if available, is updated periodically throughout the day. Please check again later.

Detailed Results:

- Notice Left, January 10, 2011, 12:02 pm, WILMINGTON, DE 19801
- Arrival at Unit, January 10, 2011, 7:47 am, WILMINGTON, DE 19801
- Acceptance (APC), January 05, 2011, 2:49 pm, STONE MOUNTAIN, GA 30087

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

**Return Receipt (Electronic)**
Verify who signed for your item by email.   Go >

---

**Track & Confirm**
Enter Label/Receipt Number.

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer G

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

*Federal Bankruptcy Court*
*Exhibit A*