

*Case No. 07-11047*
*Claim Delivered to Trustee*

## Track & Confirm

### Search Results

Label/Receipt Number: 7196 9006 9820 6105 2287
Expected Delivery Date: January 8, 2011
Class: **Priority Mail®**
Service(s): **Certified Mail™**
**Return Receipt Electronic**
Status: **Delivered**

Your item was delivered at 8:43 am on January 14, 2011 in MELVILLE, NY 11747.

Detailed Results:
* **Delivered, January 14, 2011, 8:43 am, MELVILLE, NY 11747**
* **Notice Left, January 11, 2011, 7:43 am, MELVILLE, NY 11747**
* **Arrival at Unit, January 10, 2011, 6:36 am, HUNTINGTON STATION, NY 11746**
* **Acceptance (APC), January 05, 2011, 8:07 pm, DULUTH, GA 30096**

Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.  Go >

Return Receipt (Electronic)
Verify who signed for your item by email.  Go >

### Track & Confirm
Enter Label/Receipt Number.

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer G

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

*Exhibit B*