**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ X

In re:                                                                 Chapter 11

American Home Mortgage Holdings, Inc.,            Case No: 07-11047 (CSS)
a Delaware corporation, <u>et</u> <u>al.</u>,[1]

                                                                              Jointly Administered
                          Debtors.

------------------------------------------------------------ X

**FIRST AND FINAL APPLICATION OF BDO USA, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS TAX ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FEBRUARY 2, 2010 THROUGH NOVEMBER 30, 2010**

| | |
|---|---|
| Name of Applicant: | BDO USA, LLP |
| Authorized To Provide Professional Services to: | The Debtors and Debtors in Possession |
| Date of Retention: | Order Entered March 5, 2010, Effective February 2, 2010 |
| Period for which Compensation and Reimbursement is Sought: | February 2, 2010 – November 30, 2010 |
| Amount of Compensation Sought as actual, reasonable and necessary: | $125,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $930.96 |

This is a: ___ monthly ___ interim _X_ final application

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

The total time expended for the preparation of previous monthly and/or interim application and related data approximately <u>11.7</u> hours and the corresponding compensation requested is approximately <u>$0.00.</u>

If this is not the first application filed, disclose the following for each prior application:

| # | Date Filed | Period Covered | Requested | | Paid | |
|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expense |
| | N/A | | | | | |
| | | **TOTAL** | | | | |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License To Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| | | | | |
| Grand Total: *See Exhibit A* | | | | |
| Blended Rate: | $336.75 | | | |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| TAX RETURNS (Fixed Fee) | 315.6 | $110,000.00 |
| MARYLAND PROCEEDING | 42.7 | 15,255.00 |
| Adjustment - Maryland Proceeding Fee Cap | | (255.00) |
| FEE APPLICATIONS / MONTHLY STATEMENTS | 11.7 | Included in Fixed Fee |
| CASE ADMINISTRATION | 1.2 | Included in Fixed Fee |
| **TOTAL:** | **371.2** | **$125,000.00** |

-3-

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---:|
| Facsimile (with rates) | |
| Long Distance Telephone | |
| In-House Reproduction | |
| Filing/Court Fees | |
| Technology Services | |
| Local Travel | |
| Local Meals | $26.42 |
| Out-of-Town Travel | 856.77 |
| Meals – Travel | 47.77 |
| Lodging | |
| Courier & Express Carriers | |
| Postage | |
| Miscellaneous | |
| **TOTAL** | **$930.96** |

**BDO USA, LLP**
ROBERT KLEIN
90 Woodbridge Center Dr., 4th Floor
Woodbridge, NJ 07095
Telephone Number:   732-734-1006
Facsimile Number:   732-750-1222

Tax Advisor to the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | | |
|---|---|---|---|
| In re | ) | Case No. | 07-11047 (CSS) |
| | ) | | |
| American Home Mortgage Holdings, Inc., et al[1] | ) | Chapter 11 | Jointly Administered |
| | ) | | |
| | ) | Date: | |
| Debtors. | ) | Time: | |
| | | Place: | |

**FIRST AND FINAL APPLICATION OF BDO USA, LLP FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS TAX ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FEBRUARY 2, 2010 THROUGH NOVEMBER 30, 2010**

TO THE HONORABLE CHRISTOPHER S. SONTCHI,

UNITED STATES BANKRUPTCY JUDGE:

The independent public accounting firm of BDO USA, LLP (f/k/a BDO Seidman, LLP) ("BDO") hereby submits its First and Final Application for Approval of Compensation and Reimbursement of Expenses as Tax Advisor to the Debtors and Debtors in Possession (the "Debtors") for the period February 2, 2010 through November 30, 2010 (the "Application"). BDO respectfully represents:

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

-1-

# I.

## INTRODUCTORY STATEMENT

1.     BDO has provided assurance, tax, financial advisory, and consulting services for one-hundred years and routinely advises large corporate clients on many aspects of their businesses. In addition, BDO has considerable experience in working with businesses in chapter 11 having worked with numerous such businesses.  BDO has a wealth of experience in providing accounting, tax and advisory services in restructurings and reorganizations and enjoys an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

2.     This Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A).  Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     On August 6, 2007 (the "Petition Date"), the Debtors each filed a voluntary petition with this Court for relief under Chapter 11 of the Bankruptcy Code.  Each Debtor is continuing to operate its business and manage its properties as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.     The Debtors' cases have been consolidated for procedural purposes only and are being jointly administered pursuant to an order of this Court.

5.     On August 14, 2007, the United States Trustee for the District of Delaware (the "Trustee"), appointed an Official Committee of Unsecured Creditors (the "Committee").  On October 21, 2008, the Trustee appointed an Official Committees of Borrowers.

6.  On February 23, 2009, the Court entered an order [Dkt. No. 7042] confirming the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 [Dkt. No. 7029] (the "Plan"). This Plan became effective November 30, 2010 [Dkt. No. 9519].

7.  On February 19, 2010, the Debtors filed the Application to Employ BDO as Tax Advisor to the Debtors *Nunc Pro Tunc* to February 2, 2010 [Docket No. 8603] (the "Retention Application"). On March 5, 2010, an order, effective as of *nunc pro tunc* to February 2, 2010 was duly signed and entered by this Court authorizing the retention of BDO (Docket No. 8655, the "Retention Order"). BDO was retained to provide the following services:

   a. Tax Compliance Services – Includes preparation of the following federal and state tax returns for the fiscal year ending December 31, 2009:

      i. 2009 Federal REIT return for American Home Mortgage Investment corp.

      ii. 2009 Federal Consolidated Return for the Taxable REIT Subsidiaries of American Home Mortgage Investment Corp.

      iii. Monthly sales and use tax returns of all entities of American Home Mortgage Investment Corp. and its subsidiaries

      iv. 2009 State tax returns for American Home Mortgage Investment corp. and its Subsidiaries

      v. Tax filings for dissolved entities

   b. Tax Consulting Services – Includes the following for the fiscal year ending December 31, 2009:

      i. Research, consultation, and preparation of responses to tax notices from Federal and State taxing authorities

        ii. Research and consultation regarding REIT compliance pursuant to Internal Revenue Code Section 856-858

    c. <u>Maryland Proceeding</u> – BDO will additionally represent the Debtors in the Maryland Hearing Process ("<u>Maryland Proceeding</u>") in connection with Maryland's denial of the Debtors' refund claim for the tax year of 2004. BDO will perform any research and prepare any memoranda, protests, etc. on behalf of the Debtors throughout the Maryland Proceedings.

8. Pursuant to terms of BDO's retention, the Debtors and BDO agreed to a fixed fee of $110,000 for tax return preparation and consulting services (the "<u>Fixed Fee</u>"). In addition to the rate set forth above, the Debtors and BDO agreed that the Debtors will reimburse BDO for any actual out-of-pocket expenses incurred in connection with BDO's retention in these chapter 11 cases which shall included tax preparation software costs and travel expenses. BDO's fees related to the Maryland Proceeding will be based on hours incurred and reasonable out-of-pocket expenses. BDO anticipated that the total fees would not exceed $15,000 (the "<u>Fee Cap</u>"). This is BDO's First and Final Application for Compensation for professional services rendered and for reimbursement of actual and necessary costs and expenses as Tax Advisor to the Debtors. BDO makes this Application pursuant applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules of the District of Delaware, the Administrative Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals entered September 4, 2007 (the "<u>Compensation Procedures Order</u>"), and any additional orders entered by the Court.

9. Detailed statements itemizing services rendered and expenses incurred by BDO are annexed hereto as <u>Exhibits "A" and "B".</u>

II

**SUMMARY OF SERVICES RENDERED**

10. By this Application, BDO seeks approval and payment for (a) compensation for services rendered from February 2, 2010 through November 30, 2010 and (b) reimbursement for certain expenses incurred during the same period as Tax Advisor to the Debtors.

11. In rendering the services for which compensation is sought, partners, senior managers, managers, seniors, and staff of BDO spent 371.2 hours from February 2, 2010 through November 30, 2010. The aggregate time charges for such services pursuant to BDO's retention are $125,000.00. In addition, BDO incurred ordinary and necessary expense in connection with these cases of $930.96. The fees and expenses represent total costs incurred during this period of $125,930.96. Exhibit "A" annexed hereto contains, in full and complete detail, a description of the services rendered by each partner, senior manager, manager, senior, and staff on a daily basis. A summary of expenses is annexed as Exhibit "B".

12. BDO customarily bills their professionals at rates commensurate with the experience of the person performing such services. The billing rates are the same for bankruptcy engagements as well as all other accounting and advisory work performed by BDO. A list of the hourly rates is as follows:

| | |
|---|---|
| Partners/Managing Director | $500 - $850 |
| Directors /Senior Managers | $300 - $600 |
| Managers | $250 - $375 |
| Seniors | $175 - $275 |
| Staff | $125 – $200 |

13. The compensation BDO seeks is reasonable and is for actual and necessary services rendered by BDO. All of the services performed by BDO have been beneficial to the parties to these proceedings and have enabled these cases to proceed.

14. The size and complexity of the Debtors' cases as well as the numerous and complex issues of accounting required substantial broad-based accounting and tax advisory expertise to resolve the issues. As a consequence, the demands of these cases have been such that BDO's highly skilled insolvency professionals have devoted substantial time and effort to perform properly and expeditiously the required accounting and advisory work.

15. During the period from February 2, 2010 through November 30, 2010, BDO provided services of a general nature to the Debtors, as set forth below:

|   |   | HOURS | AMOUNT |
|---|---|---|---|
| A. | TAX RETURNS (Fixed Fee) | 315.6 | $110,000.00[2] |
|   | Included preparation of the following federal and state tax returns for the fiscal year ending December 31, 2009: (i) 2009 Federal REIT return for American Home Mortgage Investment corp.; (ii) 2009 Federal Consolidated Return for the Taxable REIT Subsidiaries of American Home Mortgage Investment Corp.; (iii) Monthly sales and use tax returns of all entities of American Home Mortgage Investment Corp. and its subsidiaries; (iv) 2009 State tax returns for American Home Mortgage Investment corp. and its Subsidiaries; and (v) Tax filings for dissolved entities. |   |   |
| B. | MARYLAND PROCEEDING | 42.7 | 15,255.00[3] |
|   | BDO represented the Debtors in the Maryland Proceeding in connection with Maryland's denial of the Debtors' refund claim for the tax year of 2004. |   |   |
|   | Adjustment - Maryland Proceeding Fee Cap |   | (255.00) |

---

[2] Pursuant to terms of BDO's retention, the Debtors and BDO agreed to a Fixed Fee of $110,000 for tax return preparation and consulting services.

[3] BDO's fees related to the Maryland Proceeding will be based on hours incurred. Please see Exhibit "A" for calculation of hours incurred.

-6-

|      |                                                                                                                                                           | HOURS | AMOUNT             |
|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------------------|
| C.   | FEE APPLICATIONS / MONTHLY STATEMENTS<br>Preparation and review of monthly data, for submission to the Debtors and consolidated monthly fee application. | 11.7  | Included in Fixed Fee |
| D.   | CASE ADMINISTRATION<br>Prepared retention documents.                                                                                                      | 1.2   | Included in Fixed Fee |
|      | **TOTAL:**                                                                                                                                                | **371.2** | **$125,000.00** |

16. The time spent by partners and staff of BDO USA, LLP, from February 2, 2010 through November 30, 2010, in performing the procedures described in paragraph 15 is presented below:

| Title | Hours |
|---|---|
| PARTNER | 17.1 |
| DIRECTOR | 5.4 |
| SENIOR MANAGER | 95.3 |
| MANAGER | 42.5 |
| SENIOR | 191.9 |
| STAFF | 13.2 |
| PARA-PROF. | 5.8 |
| **TOTAL:** | **371.2** |

17. BDO's time records are recorded contemporaneously with the rendition of professional services. Exhibit "A" attached hereto contains a full and complete description of the services rendered by each partner, director, manager, senior, and staff on a daily basis for the Application Period. BDO's time records are maintained in one-tenth of an hour (0.10) increments.

18. Each duty and task performed by BDO has been performed by the professional most qualified to render such services at his or her ordinary hourly charges where applicable.

19. There is no agreement or understanding between BDO and any other person, other than the members, associates and employees of BDO, for the sharing of compensation received for services rendered in connection with these cases.

20. BDO's professionals have delegated authority where appropriate to prevent duplication of effort, to ensure that associates were used whenever possible and to utilize the services of professionals who bill at lower hourly rates as much as possible where applicable.

21. Where more than one person attended a meeting, such attendance was not a duplication of effort, but was necessary to adequately represent the interests of the Debtors, and to have the appropriate expertise available.

## III

## CONCLUSION

22. For all of the reasons set forth in this application, BDO respectfully submits that the services it has rendered and the disbursements it has incurred on behalf of the Debtors during these cases have been reasonably expended in order to adequately represent and protect the interests of the Debtors in these cases.  BDO submits further that it has provided such services in an economical and efficient manner.  Accordingly, BDO requests that the relief requested in this Application be granted in all respects.

WHEREFORE, BDO PRAYS that this Court enter its order allowing BDO fees and expenses in the total amount of $125,930.96 (representing $125,000.00 in actual fees and $930.96 in expenses,).

DATED in Woodbridge, New Jersey on this ___25___ Day of January, 2011.

                BDO USA, LLP
                90 Woodbridge Center Dr., 4th Floor
                Woodbridge, NJ 07095
                Telephone Number:   732-734-1006
                Facsimile Number:   732-750-1222

                Tax Advisor to the Debtors and Debtors in Possession

                _____
                ROBERT KLEIN

Sworn and subscribed to before
me this 25th day of January, 2011

_____
Notary Public

SAMANTHA ABRAHAMS
NOTARY PUBLIC OF NEW JERSEY
I.D. # 2394659
My Commission Expires 3/30/2015