# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al.* [1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Objections Due By: March 11, 2011 @ 4:00 p.m.** |
| | : | **Hearing Date: To Be Determined.** |

## NOTICE OF FIRST AND FINAL FEE APPLICATION OF BDO USA, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS TAX ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM FEBRUARY 2, 2010 THROUGH NOVEMBER 30, 2010

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On January 25, 2011, the First and Final Fee Application of BDO USA, LLP for Compensation and Reimbursement of Expenses as Tax Advisor to the Debtors and Debtors in Possession for the Period of February 2, 2010 through November 30, 2010 ("Fee Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). By the Fee Application, BDO USA, LLP ("BDO USA") seeks entry of an order approving on a final basis the services rendered and expenses incurred by BDO USA as Tax Advisor to the Debtors and Debtors in Possession from February 2, 2010 through the conclusion of the bankruptcy cases [$125,000.00 (fees) and $930.96 (expenses)].

---

[1]   The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21949089v.1

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **March 11, 2011 at 4:00 p.m. (EST)**.

A hearing on the Fee Application will be scheduled before the Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 at a date and time convenient to the Court.

Dated:  January 25, 2010                                   **BLANK ROME LLP**

                                                        */s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (DE No. 3809)
David W. Carickhoff (DE No. 3715)
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801
Telephone:     (302) 425-6400
Facsimile:      (302) 425-6464

Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*

128189.01600/21949089v.1