EXHIBIT "A"

**AMERICAN HOME MORTGAGE / TAX SERVICES**
Time Summary
**February 2, 2010 to November 30, 2010**

| Professional | Category | Hours |
|---|---|---|
| NICHOLAS A NESI | PARTNER | 6.4 |
| ROBERT M KLEIN | PARTNER | 10.7 |
| DOUG BEKKER | DIRECTOR | 5.4 |
| RAYMOND W KONG | SENIOR MANAGER | 90.1 |
| ALEX CONTRERAS | SENIOR MANAGER | 1.2 |
| SARA JANE HENDRIX | SENIOR MANAGER | 4.0 |
| CATHERINE M SABOL | MANAGER | 38.0 |
| SUE KOH | MANAGER | 174.4 |
| IRIS LO | SENIOR | 10.2 |
| CRYSTAL CHAN | SENIOR | 2.6 |
| KRYSTA MEYER | SENIOR | 3.6 |
| NAUSHON E VANDERHOOP | SENIOR | 5.6 |
| ERIKA HOY | STAFF | 10.4 |
| PAIGE E ZANDRI | STAFF | 0.5 |
| MARISA BORCHART | STAFF | 0.5 |
| REBECCA TRAN | STAFF | 1.8 |
| MIGDALIA GOMEZ | PARA-PROF. | 5.7 |
| BETTY CHARMATZ | PARA-PROF. | 0.1 |
| | **TOTAL:** | **371.2** |

| | |
|---|---|
| Tax Services Fixed Fee | $110,000.00 |
| Maryland Proceeding Fee | 15,0000.00 |
| **TOTAL FEES REQUESTED:** | **$125,000.00** |

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**A.    TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/2/2010 | I.L. | Travel to/from the client office | 3.0 |
| 2/2/2010 | I.L. | Meeting with the client re: tax preparation. | 3.5 |
| 2/2/2010 | R.K. | Met S. Martinez and individuals from American Home Mortgage as to obtain information available for preparation of 2009 tax returns. | 2.2 |
| 2/2/2010 | R.K. | Travel to and from meeting with S. Martinez to review information for preparation of 2009 tax returns for am. home mtg. | 2.2 |
| 2/2/2010 | R.K. | Travel to & from meeting with S. Martinez to review information for preparation of 2009 tax returns for am. home mtg. | 5.0 |
| 2/2/2010 | R.K. | Met with the Debtors' accounting and tax personnel. Gained an understanding of how the information flow, where the information is located and the status of current tax compliance requirements.  Requested information for 2009 income tax preparation. | 3.1 |
| 2/3/2010 | R.K. | Followed up on tax issues raised during yesterday's meeting. | 0.8 |
| 2/4/2010 | I.L. | Downloaded tax data for review. | 0.3 |
| 2/5/2010 | R.K. | Reviewed New York State sales and use tax return filing requirements. | 0.7 |
| 2/5/2010 | R.K. | Reviewed income tax return locator transfer request. | 0.3 |

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**A.    TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/5/2010 | R.K. | Email from S. Martinez regarding state dissolution status. | 0.3 |
| 2/8/2010 | R.K. | Reviewed email from M. Stewart regarding missing 2009 data. | 0.2 |
| 2/11/2010 | R.K. | Reviewed email from S. Martinez regarding the transfer of tax return locators and checked the status of the transfers. | 0.2 |
| 2/12/2010 | R.K. | Checked the status of the tax return locator transfers. | 0.3 |
| 2/17/2010 | R.K. | Checked the status of the tax return locator transfers and requested to have the locators transfer to a correct account. | 0.8 |
| 2/18/2010 | R.K. | Reviewed email from S. Martinez re: 2009 workpapers, tax returns and extensions. | 0.3 |
| 2/18/2010 | R.K. | Confirmed the transfer of the tax return locators. | 0.4 |
| 2/22/2010 | R.K. | Email from S. Martinez re: 2009 trial balances and requested organization chart. | 0.5 |
| 2/23/2010 | R.K. | Worked with S. Koh on 2009 extensions. | 0.9 |
| 2/23/2010 | S.K. | Meeting with R. Kong, BDO senior tax manager to go over the company's organization chart and structure, and further discussed the preparation of the 2009 federal and state extensions for all entities. | 0.6 |
| 2/23/2010 | S.K. | Saved client data (prior year's tax return work papers and returns) in the database before preparing the 2009 federal and state extensions. | 0.3 |

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**A.    TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/23/2010 | S.K. | Prepared various state extensions for tax year 2009 for AHM SV, Inc (F/K/A American Home Mortgage Servicing Inc.) | 2.6 |
| 2/23/2010 | S.K. | Prepared the 2009 state extensions for American Home Mortgage Acceptance, Inc. | 0.4 |
| 2/23/2010 | S.K. | Prepared the 2009 federal Form 7004 for American Home Mortgage Holdings, Inc and subsidiaries (on a consolidated basis). | 0.6 |
| 2/23/2010 | S.K. | Prepared the 2009 federal Form 7004 for American Home Mortgage Investment Corp. | 0.3 |
| 2/23/2010 | S.K. | Reviewed the company's tax control sheet and Debtors' Licensing Status to identify 2009 state filing requirements for all entities. | 0.8 |
| 2/23/2010 | S.K. | Prepared the 2009 state extensions for American Home Mortgage Investment Corp. | 0.4 |
| 2/23/2010 | S.K. | Prepared various 2009 state extensions for American Home Mortgage Investment Corp. and Subsidiaries (Unitary states). | 1.6 |
| 2/24/2010 | R.K. | Worked with S. Koh on 2009 extensions. | 1.1 |
| 2/24/2010 | S.K. | Reviewed all AHM's 2009 federal and state extensions for accuracy and completion before passing them for 2nd review. | 0.7 |
| 2/24/2010 | S.K. | Met with R. Kong to go over draft 2009 federal and state extensions by each entity. | 0.7 |

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**A.** **TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/24/2010 | S.K. | Identified additional state extension filing requirements and prepared additional extensions for American Home Mortgage Holdings Inc and Subsidiaries. | 1.4 |
| 2/24/2010 | S.K. | Prepared additional state extensions and summary schedule for American Home Mortgage Investment Corp & Subsidiaries (combined unitary states). | 3.2 |
| 2/25/2010 | S.K. | Prepared SC and VT extensions on a combined group basis for American Home Mortgage Holdings Inc & Subs. | 1.3 |
| 2/25/2010 | S.K. | Prepared the 2009 NY extension calculation, including consolidated gross revenue schedule, and extension form on a combined group basis for American Home Mortgage Holdings Inc & Subs. | 3.4 |
| 2/26/2010 | S.K. | Prepared 2009 MI extension for AH SV, Inc. | 0.3 |
| 2/26/2010 | S.K. | Reviewed client's Debtor licensing status and additional state returns and combined grouping to make sure we prepared all required extensions for all AHM entities. Prepared a list of open items. | 3.1 |
| 3/4/2010 | N.N. | Reviewed tax files; discussion with CS. | 1.3 |
| 3/5/2010 | R.K. | Email from S. Martinez re: American Home Bank's net operating loss carry forward and discussed it with R. Klein. | 0.6 |
| 3/8/2010 | R.K. | Reviewed American Home Bank's net operating loss reported on the federal consolidated income tax returns. | 3.1 |

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**A.     TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/8/2010 | R.K. | Reviewed American Home Mortgage Holdings Inc and subs' 2009 federal and state extensions. | 3.8 |
| 3/9/2010 | R.K. | Reviewed American Home Mortgage Holdings Inc and subs' 2009 federal and state extensions. | 2.4 |
| 3/9/2010 | R.K. | Reviewed American Home Mortgage Investment Corp and subs' 2009 federal and state extensions. | 3.9 |
| 3/9/2010 | R.K. | Arranged for conference call re: Melville Reinsurance Corp & CNI Reinsurance Ltd's 2009 income tax returns. | 0.3 |
| 3/10/2010 | R.K. | Discussion with S. Koh re: 2009 extensions and the preparation of the corporate returns. | 0.6 |
| 3/10/2010 | S.K. | Met with R. Kong to go over 2009 extensions, issues and 2009 tax return preparation. | 0.6 |
| 3/11/2010 | I.L. | Mortgage First Limited LLC - Prepared tax return. | 1.5 |
| 3/11/2010 | I.L. | Discussed tax open items with R. Kong; reviewed prior year tax information. | 0.8 |
| 3/11/2010 | N.N. | Conference call & follow-up re: tax files. | 1.0 |
| 3/11/2010 | R.K. | Phone call re: insurance companies. | 0.3 |
| 3/11/2010 | R.K. | Reviewed Melville Reinsurance Corp & CNI Reinsurance Ltd's 2008 federal corporate income tax return and American Home Mortgage Holdings Inc & subs' 2008 consolidated federal corporate income tax return and participated the related conference call with S. Martinez, R. Klein and P. Ruperto. | 0.8 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**A.     TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/11/2010 | R.K. | Reviewed the information for the preparation of the 2009 partnership return of Mortgage First Limited. | 0.3 |
| 3/12/2010 | R.K. | Emails from S. Martinez re: Melville Reinsurance Corp & CNI Reinsurance Ltd' and discussion with the specialist regarding the reinsurance corps' income tax returns. | 0.6 |
| 3/13/2010 | I.L. | Mortgage First Limited -  emailed draft tax return for partner's review; checklists. | 0.3 |
| 3/13/2010 | R.K. | Reviewed the 2009 partnership return of Mortgage First Limited. | 0.6 |
| 3/13/2010 | R.K. | Email from R. Klein re: Mortgage First Limited's 2009 partnership tax return and sent the draft return to S. Martinez for review. | 0.3 |
| 3/15/2010 | R.K. | Reviewed Mortgage First Limited LLC 2009 return. | 0.4 |
| 3/19/2010 | A.C. | Reviewed NYS sales tax return. | 0.3 |
| 3/19/2010 | P.Z. | Prepared a NYS sales tax return. | 0.5 |
| 3/19/2010 | R.K. | Reviewed NYS sales tax return. | 1.0 |
| 3/22/2010 | R.K. | Reviewed the 2009 partnership return of Mortgage First Limited. | 0.7 |
| 3/30/2010 | N.N. | Reviewed documents for court hearing. | 0.5 |

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**A.    TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/2/2010 | S.K. | Set up of 2009 tax return work paper folders by entity. Review 2008 tax return work papers in order to prepare tax returns for 2009 - All American Home Mortgage entities. | 1.6 |
| 4/9/2010 | R.K. | Reviewed NYS sales & use tax. | 0.5 |
| 4/9/2010 | R.K. | Reviewed Melville Reinsurance Corp. | 1.5 |
| 4/9/2010 | S.K. | Prepared 2009 tax return work papers for American Home Bank. | 2.7 |
| 4/9/2010 | S.K. | Prepared 2009 additional tax return work papers and made a list of missing information for American Home Bank. | 2.2 |
| 4/10/2010 | S.K. | Prepared 2009 additional tax return work papers for American Home Bank. | 1.4 |
| 4/10/2010 | S.K. | Prepared 2009 tax returns for American Home Bank using tax software. | 2.8 |
| 4/10/2010 | S.K. | Prepared 2009 tax return work papers and tax return forms using tax software for AHM SV, Inc. | 2.2 |
| 4/12/2010 | S.K. | Prepared 2009 state work papers and made a list of missing information for AHM SV, Inc. | 1.4 |
| 4/12/2010 | S.K. | Prepared 2009 tax return work papers for American Home Mortgage Corp. Combined balance sheets and income statements with single member LLCs and coded consolidated trial balance sheet, and imported into Gosystem. Prepared a tax return book-to-tax analysis for American Home Mortgage Corp. | 3.9 |

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**A.     TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/12/2010 | S.K. | Prepared a 2009 tax return book-to-tax analysis for American Home Mortgage Corp. | 3.8 |
| 4/13/2010 | S.K. | Prepared additional 2009 tax return schedule M-3 work papers for American Home Mortgage Corp. | 1.1 |
| 4/14/2010 | R.K. | Reviewed NYS sales & use tax return. | 0.8 |
| 4/14/2010 | S.K. | Prepared additional 2009 tax return schedule M-3 work papers for American Home Mortgage Corp, and input in Gosystem locator. | 2.1 |
| 4/15/2010 | C.C. | Reviewed sales tax return. | 0.5 |
| 4/15/2010 | R.K. | Reviewed NYS sales & use tax return. | 0.5 |
| 4/15/2010 | S.K. | Updated a list of 2009 tax return open items  for American Home Mortgage Corp. | 1.1 |
| 4/15/2010 | S.K. | Reviewed 2008 state apportionment data and work papers to figure out 2009 state apportionment for American Home Mortgage Corp. | 0.9 |
| 4/15/2010 | S.K. | Prepared 2009 tax return work papers for American Home Mortgage Holding. Combined balance sheets and income statements with various LLCs. | 1.6 |
| 4/21/2010 | S.K. | Prepared 2009  balance sheet eliminations for American Home Mortgage Holding. Imported trial balance into tax preparation software. | 0.6 |
| 4/21/2010 | S.K. | Prepared 2009 tax return using tax software for American Home Mortgage Holding. Made a list of open items for this return. | 1.9 |

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**A.     TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/22/2010 | S.K. | Prepared 2009 tax return for Great Oak Abstract Corp. | 0.6 |
| 4/22/2010 | S.K. | Prepared 2009 tax return for Homegate Settlement Services, Inc. | 1.3 |
| 4/22/2010 | S.K. | Reviewed 2008 tax work papers for 1120-REIT entities (American Home Mortgage Investment Corp., and American Home Mortgage Acceptance, Inc.) Made copies of 2008 work papers for 2009 tax return preparation. | 0.6 |
| 4/22/2010 | S.K. | Reviewed 2008 tax return for American Home Mortgage Acceptance, Inc. | 0.3 |
| 4/23/2010 | R.K. | Reviewed NYS sales & use tax return. | 0.5 |
| 4/23/2010 | S.K. | Combined trial balances for American Home Mortgage Investment Corp. as part of the 2009 tax return preparation. | 0.5 |
| 4/23/2010 | S.K. | Meeting with R. Kong to discuss 1120-REIT returns and other open items. | 0.2 |
| 4/26/2010 | S.K. | Prepared 2009 tax return work papers and Form 1120-REIT for American Home Mortgage Acceptance, Inc. | 2.8 |
| 4/26/2010 | S.K. | Coded trial balances for American Home Mortgage Investment Corp., and preparation of 2009 elimination entries for the tax return. | 2.2 |

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**A.     TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/27/2010 | S.K. | Coded trial balances for American Home Mortgage Investment Corp., and preparation of 2009 elimination entries for the tax return. | 1.1 |
| 4/27/2010 | S.K. | Prepared 2009 tax return work papers and Form 1120-REIT for American Home Mortgage Acceptance, Inc. | 3.9 |
| 4/28/2010 | S.K. | Updated 1120 proforma returns and printed them out for 2nd review - all entities. | 2.7 |
| 5/6/2010 | R.K. | Reviewed NYS sales and use return. | 0.8 |
| 5/7/2010 | A.C. | Reviewed sales tax return. | 0.3 |
| 5/7/2010 | C.C. | Prepared sales tax return - ST-809 and instruction. | 0.5 |
| 5/7/2010 | R.K. | Reviewed NYS sales tax returns. | 0.5 |
| 5/7/2010 | S.K. | Reviewed tax returns. | 0.5 |
| 5/10/2010 | S.K. | Prepared consolidated elimination workpapers. | 4.8 |
| 5/12/2010 | R.K. | Reviewed tax notices from WV, VT & PA. | 0.5 |
| 5/12/2010 | S.K. | Updated consolidated elimination workpapers and AHM SV tax return. | 1.2 |
| 5/19/2010 | R.K. | Reviewed NYS sales tax return. | 0.8 |

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**A.     TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 6/3/2010 | R.K. | Reviewed tax notices. | 0.3 |
| 6/4/2010 | R.K. | American Home Bank NOL analysis. | 2.0 |
| 6/4/2010 | R.K. | Reviewed NYS notice. | 0.3 |
| 6/4/2010 | R.K. | Reviewed May 2010 NYS sales & use tax return. | 0.3 |
| 6/6/2010 | A.C. | Reviewed NYS sales tax return. | 0.3 |
| 6/7/2010 | R.K. | American Home Bank NOL analysis. | 0.5 |
| 6/8/2010 | C.C. | Prepared sales tax return. | 0.7 |
| 6/9/2010 | R.K. | Reviewed NYS sales & use tax return May 2010. | 0.5 |
| 6/18/2010 | R.K. | Reviewed tax notices. | 0.5 |
| 7/6/2010 | R.K. | Reviewed TN claims. | 0.8 |
| 7/15/2010 | C.C. | Prepare monthly Sales Tax Return. | 0.4 |
| 7/15/2010 | R.K. | Reviewed NYS June sales and use tax return. | 0.5 |
| 7/22/2010 | R.K. | Reviewed NYS June sales. | 0.5 |
| 7/22/2010 | S.K. | AHB - updated tax returns & state apportionment. | 2.6 |
| 7/23/2010 | S.K. | Prepared 2009 tax return. | 6.2 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE / TAX SERVICES

### RECAP OF PROFESSIONAL SERVICES
### February 2, 2010 to November 30, 2010

**A.    TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/26/2010 | S.K. | Prepared 2009 tax return. | 0.9 |
| 7/26/2010 | S.K. | Prepared AHMSV Inc state return; call with client re: open items, etc. | 0.5 |
| 7/26/2010 | S.K. | Call with Chief Restructuring Officer regarding missing information for the 2009 tax returns. | 0.6 |
| 7/26/2010 | S.K. | Reviewed fixed asset additions and dispositions information for American Home Bank. | 0.4 |
| 7/27/2010 | S.K. | Updated the 2009 federal proforma return for American Home Bank. | 1.9 |
| 7/27/2010 | S.K. | Prepared the 2009 state proforma returns for American Home Bank. | 0.6 |
| 7/27/2010 | S.K. | Compiled and reviewed tax returns from GoSystem. | 0.2 |
| 7/28/2010 | R.K. | Reviewed reinsurance corps. | 2.3 |
| 7/28/2010 | S.K. | Updated the 2009 tax return work papers for American Home Mortgage Investment Corp. | 1.9 |
| 7/28/2010 | S.K. | Prepared the 2009 state tax returns for American Home Mortgage Investment Corp. | 1.7 |
| 7/28/2010 | S.K. | Updated the 2009 tax return work papers for American Home Mortgage Corp. | 2.4 |
| 7/29/2010 | R.K. | Reviewed NYS June sales. | 0.5 |

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**A.    TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/29/2010 | R.K. | Reviewed reinsurance corps. | 1.0 |
| 7/29/2010 | S.K. | Prepared the 2009 state proforma returns for Homegate Settlement Services Inc. | 0.3 |
| 7/29/2010 | S.K. | Prepared the 2009 state proforma returns for Great Oak Abstract Corp. | 0.3 |
| 7/29/2010 | S.K. | Call with the senior manager regarding missing information for American Home Mortgage Corp. | 0.2 |
| 7/29/2010 | S.K. | Prepared the 2009 state proforma returns for American Home Mortgage Holdings, Inc. | 0.6 |
| 7/29/2010 | S.K. | Prepared the 2009 tax return work papers and federal proforma return for American Home Mortgage Corp. | 2.1 |
| 7/30/2010 | R.K. | Reviewed reinsurance corps. | 0.3 |
| 7/30/2010 | R.K. | Reviewed CA 2008 tax notice. | 0.3 |
| 7/30/2010 | S.K. | Responding to the client's email regarding the list of open items for American Home Mortgage Corp. | 0.3 |
| 8/2/2010 | S.K. | Prepared the 2009 federal tax proforma return for American Home Mortgage Corp. | 1.4 |
| 8/3/2010 | R.K. | Prepared NYS sales & use tax. | 0.3 |
| 8/3/2010 | R.K. | Prepared NYS sales & use tax. | 1.3 |

### AMERICAN HOME MORTGAGE / TAX SERVICES

### RECAP OF PROFESSIONAL SERVICES
### February 2, 2010 to November 30, 2010

A.    TAX ISSUES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/3/2010 | S.H. | Reviewed CNI/Melville returns and discussed with D. Bekker and R. Kong. | 1.0 |
| 8/4/2010 | A.C. | Reviewed NYS sales tax. | 0.3 |
| 8/4/2010 | D.B. | Reviewed captive returns, conference call with R. Kong to discuss issues. | 1.2 |
| 8/4/2010 | M.B. | Prepared Sales Tax Return for July 2010. | 0.5 |
| 8/4/2010 | S.K. | Call with S. Martinez regarding American Home Mortgage Corp's 2009 fixed asset additions and disposition. | 0.2 |
| 8/5/2010 | R.K. | Prepared NYS July '10 sales & use tax return. | 0.8 |
| 8/6/2010 | E.H. | 1120-PC prepared for CNI and MRC. | 2.3 |
| 8/9/2010 | D.B. | CNI reinsurance tax returns - reviewed information. | 0.8 |
| 8/9/2010 | E.H. | Melville Reinsurance return prepared - 1120PC. | 0.5 |
| 8/9/2010 | S.K. | Meeting with R. Kong to discuss status and open issues regarding the 2009 consolidated tax returns. | 0.7 |
| 8/9/2010 | S.K. | Updated and sent email correspondence regarding 2009 tax return information request to S. Martinez for American Home Mortgage Investment Corp. | 0.6 |
| 8/9/2010 | S.K. | Updated and sent email correspondence regarding 2009 tax return information request to S. Martinez for American Home Mortgage Corp. | 0.6 |

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**A.    TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/9/2010 | S.K. | Updated fixed asset additions for American Home Mortgage Corp. | 0.3 |
| 8/9/2010 | S.K. | Updated the 2009 tax return work papers for American Home Mortgage Acceptance Corp. | 0.4 |
| 8/9/2010 | S.K. | Input state allocations for American Home Mortgage Corp. | 1.2 |
| 8/9/2010 | S.K. | Prepared the 2009 elimination worksheet for the consolidated group. | 2.4 |
| 8/9/2010 | S.K. | Updated the 2009 tax return work papers for American Home Mortgage Investment Corp. | 1.3 |
| 8/10/2010 | E.H. | Melville reinsurance 1120PC prepared. | 2.0 |
| 8/10/2010 | K.M. | Met to discuss preparation of proforma tax returns for CNI and Melville. | 0.3 |
| 8/10/2010 | R.K. | Prepared NYS July '10 sales & use tax return. | 0.5 |
| 8/10/2010 | R.K. | Prepared NYS July '10 sales & use tax return. | 1.0 |
| 8/10/2010 | R.K. | Prepared NYS July '10 sales & use tax return. | 0.5 |
| 8/10/2010 | S.H. | Discussed PC returns. | 0.5 |
| 8/10/2010 | S.K. | Reviewed client's response regarding the sale of loans for American Home Mortgage Corp. | 1.3 |

## AMERICAN HOME MORTGAGE / TAX SERVICES

### RECAP OF PROFESSIONAL SERVICES
### February 2, 2010 to November 30, 2010

**A.    TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/10/2010 | S.K. | Updated the 2009 tax return work papers for American Home Mortgage Corp. | 1.6 |
| 8/10/2010 | S.K. | Prepared the 2009 federal proforma and state tax returns for American Home Mortgage Acceptance, Inc. | 1.8 |
| 8/10/2010 | S.K. | Prepared additional forms and statements for American Home Mortgage Investment Corp. | 0.6 |
| 8/11/2010 | E.H. | CNI reinsurance 1120PC prepared. | 0.3 |
| 8/11/2010 | E.H. | Melville reinsurance 1120PC prepared. | 1.6 |
| 8/11/2010 | K.M. | Detail review Melville PC return. | 1.5 |
| 8/11/2010 | R.K. | Prepared 2009 corporate tax returns. | 0.5 |
| 8/11/2010 | S.K. | Followed-up with P. Ruperto regarding the consolidated balance sheet and consolidated income statement. | 0.2 |
| 8/11/2010 | S.K. | Verified all individual trial balance sheet agree to the client's consolidating schedule, and noted inconsistencies. | 3.9 |
| 8/11/2010 | S.K. | Prepared the 2009 Elimination tax return. | 1.2 |
| 8/11/2010 | S.K. | Sent follow up questions to P. Ruperto regarding the inconsistencies between the consolidating schedule and trial balances. | 0.6 |

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**A.     TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/12/2010 | D.B. | CNI reinsurance return issues. | 0.7 |
| 8/12/2010 | E.H. | CNI reinsurance 1120PC prepared. | 2.3 |
| 8/12/2010 | K.M. | Questions on CNI return with E. Hoy, detail review of tax return. | 1.5 |
| 8/12/2010 | K.M. | Reviewed changes to return. | 0.3 |
| 8/13/2010 | R.K. | Prepared 2009 corporate tax returns. | 0.3 |
| 8/16/2010 | S.H. | Reviewed Melville Reinsurance 1120-PC. | 1.5 |
| 8/17/2010 | S.H. | Reviewed CNI 1120-PC. | 1.0 |
| 8/17/2010 | S.K. | Meeting with R. Kong to discuss status and open issues regarding the 2009 tax returns. | 0.3 |
| 8/18/2010 | D.B. | Reviewed CNI and Melville 1120-PC returns. | 2.7 |
| 8/18/2010 | E.H. | Melville & CNI final PDF copies of returns. | 1.1 |
| 8/18/2010 | R.K. | Prepared 2009 corporate tax returns. | 0.3 |
| 8/18/2010 | S.K. | Updated REIT consolidation for American Home Mortgage Investment Corp. | 1.6 |
| 8/18/2010 | S.K. | Updated tax returns for American Home Bank. | 0.6 |
| 8/18/2010 | S.K. | Updated tax returns for American Home Mortgage Holding. | 0.3 |

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**A.    TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/18/2010 | S.K. | Updated tax returns for AHM SV Inc. | 1.1 |
| 8/18/2010 | S.K. | Updated tax returns and balance sheet grouping for American Home Mortgage Corp. | 2.9 |
| 8/20/2010 | E.H. | Uploaded and completed checklists for tax returns. | 0.3 |
| 8/20/2010 | R.K. | Reviewed 2009 corporate tax returns. | 0.3 |
| 8/20/2010 | R.T. | Compiled tax returns from tax return preparation software for AHM SV, Inc. | 0.8 |
| 8/20/2010 | R.T. | Researched Massachusetts and Michigan's requirement for e-filing in terms of what corporations must file electronically. | 1.0 |
| 8/20/2010 | S.K. | Updated the federal proforma return for AHM SV Inc. relating to CNI Reinsurance pickup. | 0.8 |
| 8/20/2010 | S.K. | Prepared state returns for AHM SV, Inc. | 3.6 |
| 8/20/2010 | S.K. | Prepared federal proforma return for American Home Mortgage Corp. | 2.8 |
| 8/21/2010 | S.K. | Prepared federal consolidated return for American Home Mortgage Holding Inc and Subsidiaries | 2.1 |
| 8/21/2010 | S.K. | Revised state returns (MD, MS, NJ, and NC) for AHM SV, Inc. | 0.9 |
| 8/21/2010 | S.K. | Prepared the 2009 combined state returns for American Home Mortgage Holdings, Inc. and Subsidiaries. | 1.3 |

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**A.     TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/23/2010 | R.K. | Reviewed 2009 corporate tax returns. | 1.5 |
| 8/23/2010 | S.K. | Prepared the 2009 combined state returns for American Home Mortgage Holdings, Inc. and Subsidiaries. | 3.6 |
| 8/23/2010 | S.K. | Prepared the 2009 combined state returns for American Home Mortgage Investment Corp. and Subsidiaries. | 3.9 |
| 8/23/2010 | S.K. | Prepared the 2009 combined state returns for American Home Mortgage Investment Corp. and Subsidiaries. | 0.6 |
| 8/24/2010 | R.K. | Reviewed 2009 corporate tax returns. | 0.3 |
| 8/24/2010 | S.K. | Prepared the 2009 combined state returns for American Home Mortgage Investment Corp. and Subsidiaries. | 0.8 |
| 8/24/2010 | S.K. | Prepared the 2009 combined state returns for American Home Mortgage Investment Corp. and Subsidiaries. | 3.3 |
| 8/25/2010 | R.K. | Reviewed 2009 corporate tax returns. | 0.3 |
| 8/31/2010 | R.K. | Completed 2009 corporate tax returns. | 4.5 |
| 8/31/2010 | S.K. | Met with R. Kong to discuss the 2009 tax returns. | 0.4 |

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**A.    TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/1/2010 | R.K. | Reviewed corporate tax returns. | 1.8 |
| 9/3/2010 | R.K. | Reviewed corporate tax returns. | 0.3 |
| 9/3/2010 | S.K. | Created tax return files in GFR. | 2.4 |
| 9/4/2010 | R.K. | Reviewed corporate tax returns. | 3.5 |
| 9/4/2010 | S.K. | Cleared e-filing diagnostics & changes based on R. Kong's comments. | 1.6 |
| 9/6/2010 | R.K. | Reviewed 2009 tax return. | 0.6 |
| 9/7/2010 | R.K. | Reviewed 2009 federal tax returns. | 2.2 |
| 9/7/2010 | R.K. | Reviewed corporate tax returns. | 0.8 |
| 9/7/2010 | R.K. | Reviewed Homegate Settlement Services Inc. 2006 IRS notice. | 0.3 |
| 9/7/2010 | S.K. | Call with B. Klein and setting up GFR. | 0.4 |
| 9/8/2010 | R.K. | Reviewed corporate tax returns. | 0.8 |
| 9/8/2010 | S.K. | Made changes on tax returns based on B. Klein's review. Met with R. Kong to go over his comments. Prepared checklists. | 3.4 |
| 9/9/2010 | R.K. | Reviewed corporate tax returns. | 1.0 |

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**A.    TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/9/2010 | S.K. | Attached additional insurance returns to the consolidated return. | 0.3 |
| 9/9/2010 | S.K. | Called Gosystem re: AHM SV Mass and Michigan return issues. | 1.1 |
| 9/10/2010 | R.K. | Reviewed corporate tax returns. | 0.5 |
| 9/10/2010 | S.K. | Fixed MA filing instruction. | 0.3 |
| 9/11/2010 | S.K. | Pulled all signature pages from the 2009 returns. | 1.9 |
| 9/12/2010 | R.K. | Reviewed corporate tax returns. | 0.5 |
| 9/13/2010 | R.K. | Reviewed corporate tax returns. | 3.3 |
| 9/13/2010 | R.K. | Signed 2009 tax returns. | 0.6 |
| 9/13/2010 | S.K. | 2009 tax return processing for delivery (certified mails, etc). | 2.8 |
| 9/14/2010 | R.K. | Meeting with the client and prepared the returns for filing. | 4.0 |
| 9/14/2010 | S.K. | Performed review of processed returns for completion. | 3.1 |
| 9/14/2010 | S.K. | Met with chief restructuring officer to go over the 2009 tax return and had them signed. | 1.0 |
| 9/14/2010 | S.K. | Set up for AHM SV Inc's 2009 Michigan electronic filing. | 0.4 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE / TAX SERVICES

### RECAP OF PROFESSIONAL SERVICES
#### February 2, 2010 to November 30, 2010

**A.      TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/17/2010 | R.K. | Reviewed NYS August sales and use tax return. | 0.5 |
| 9/29/2010 | R.K. | Reviewed September 2010 NYS sales and use tax return. | 0.5 |
| 10/2/2010 | C.C. | Prepared September sales tax return. | 0.5 |
| 10/20/2010 | R.K. | CA tax return mailed to Idaho. | 0.5 |
| 11/8/2010 | R.K. | Reviewed various tax notices. | 1.0 |
| 11/9/2010 | I.L. | Prepared NYS monthly sales and use tax return for 10/31/2010; discussion with R. Kong. | 0.8 |
| 11/9/2010 | R.K. | Reviewed October NYS sales and use tax return. | 0.5 |
| 11/9/2010 | R.K. | Reviewed various tax notices. | 3.0 |
| 11/9/2010 | S.K. | Prepared AHB Illinois audit issue (interest in partnership), AHM SV Oregon notice, AHMIC property tax. | 2.4 |
| 11/10/2010 | R.K. | Reviewed American Home Bank IL 2005 and 2006 notices. | 1.0 |
| 11/10/2010 | S.K. | Reviewed Illinois tax audit, locating 2006-07 IL tax return for American Home Mortgage Investment Corp and printed out from locators. | 0.6 |
| 11/18/2010 | S.K. | Reviewed 2009 state notices. | 1.1 |

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**A.    TAX ISSUES**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/23/2010 | R.K. | Reviewed 2009 CNI GAAP tax provision. | 0.5 |
| 11/29/2010 | R.K. | Conference call re: liquidating trust etc. | 0.8 |
| 11/29/2010 | R.K. | Call to discuss plan and liquidating trusts filing. | 0.3 |
| 11/30/2010 | R.K. | Reviewed various tax notices. | 0.5 |
| 11/30/2010 | R.K. | Reviewed 2010 short year returns. | 0.5 |
| 11/30/2010 | S.K. | Met with R. Kong to review American Home Mortgage state notices. | 0.4 |
| | | **TOTAL:** | **315.6** |

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**A.      TAX ISSUES**

**INDIVIDUAL TOTALS**

| Name | Hour |
|------|------|
| N. NESI (N.N.) | 2.8 |
| R. KLEIN (R.K.) | 6.6 |
| D. BEKKER (D.B.) | 5.4 |
| R. KONG (R.K.) | 76.1 |
| R. KONG (R.K.) | 8.3 |
| A. CONTRERAS (A.C.) | 1.2 |
| S. HENDRIX (S.H.) | 4.0 |
| R. KLEIN (R.K.) | 2.2 |
| S. KOH (S.K.) | 4.5 |
| I. LO (I.L.) | 0.8 |
| S. KOH (S.K.) | 169.9 |
| C. CHAN (C.C.) | 2.6 |
| I. LO (I.L.) | 6.4 |
| R. KONG (R.K.) | 5.0 |
| K. MEYER (K.M.) | 3.6 |
| E. HOY (E.H.) | 10.4 |
| P. ZANDRI (P.Z.) | 0.5 |
| I. LO (I.L.) | 3.0 |
| M. BORCHART (M.B.) | 0.5 |
| R. TRAN (R.T.) | 1.8 |
| **TOTAL:** | **315.6** |

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**B.     MARYLAND PROCEEDING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/5/2010 | R.K. | Reviewed documents related to the 2004 Maryland refund claim. | 0.2 |
| 3/4/2010 | C.S. | Call with R. Klein and N. Nesi regarding AHMS Maryland Hearing. Reviewed documents and researched MD law. | 2.0 |
| 3/8/2010 | C.S. | Drafted Information request to be sent to S. Seabury at AHMS for the MD Hearing. | 0.9 |
| 3/9/2010 | C.S. | Reviewed documents sent from AHMS for MD Hearing. | 1.1 |
| 3/11/2010 | C.S. | Call with S. Seabury and Scott from AHMS, N. Nesi and R. Klein, to discuss hearing and documents sent by AHMS. | 2.4 |
| 3/11/2010 | C.S. | Prepared for call. | 0.6 |
| 3/11/2010 | R.K. | Phone call re: Maryland refund. | 0.4 |
| 3/16/2010 | C.S. | MD appeals hearing for NOL refund claim. | 1.2 |
| 3/18/2010 | C.S. | Maryland hearing for state tax. | 0.9 |
| 3/30/2010 | C.S. | Prepared for Maryland hearing; researched MD law and reviewed documents. | 2.9 |
| 4/1/2010 | C.S. | Prepared for Maryland Tax Appeals Hearing. | 5.7 |

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**B.     MARYLAND PROCEEDING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/1/2010 | C.S. | Met with N. Nesi re: MD tax appeal hearing; calls with R. Klein; prepared binders for appeals Tribunal. | 2.3 |
| 4/2/2010 | N.N. | Reviewed documents; Maryland procedure. | 2.3 |
| 4/2/2010 | R.K. | Reviewed August 2009 MD sales & used tax return. | 0.5 |
| 4/5/2010 | C.S. | Reviewed amortization schedule to show that Maryland should have allowed the deduction. | 3.8 |
| 4/5/2010 | C.S. | Reviewed documents and prepared documents for Maryland hearing. | 4.2 |
| 4/5/2010 | N.N. | Finished MD; prepared for hearing. | 1.3 |
| 4/6/2010 | C.S. | Traveled to hearing in Maryland for Tax Appeals case. | 2.8 |
| 4/6/2010 | C.S. | Attended hearing for tax appeals case. | 2.1 |
| 4/6/2010 | C.S. | Traveled from Maryland to NY. | 2.9 |
| 4/8/2010 | C.S. | Follow up to hearing. | 1.2 |
| 5/3/2010 | C.S. | Call with Maryland regarding appeals. | 0.5 |
| 7/8/2010 | C.S. | Corresponded with Maryland tax office re: Maryland tax refund and corresponded with S. Martinez and M. Stewart re: same. | 0.5 |
| | | **TOTAL:** | **42.7** |

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**B.     MARYLAND PROCEEDING**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| N. NESI (N.N.) | 3.6 | 665.00 | 2,394.00 |
| R. KLEIN (R.K.) | 0.4 | 600.00 | 240.00 |
| R. KONG (R.K.) | 0.7 | 455.00 | 318.50 |
| C. SABOL (C.S.) | 32.3 | 350.00 | 11,305.00 |
| C. SABOL (C.S.)* | 5.7 | 175.00 | 997.50 |
| **TOTAL:** | **42.7** | | **15,255.00** |

*Travel time billed at ½ Rate*

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

## C.    FEE APPLICATIONS / MONTHLY STATEMENTS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/19/2010 | B.C. | Entered February time details. | 0.1 |
| 3/12/2010 | N.V. | Reviewed and edited February 2010 time detail; updated project categories. | 0.3 |
| 4/8/2010 | M.G. | Prepared March monthly data. | 1.0 |
| 4/15/2010 | M.G. | Prepared AHM (tax) March monthly data. | 0.3 |
| 4/19/2010 | M.G. | Prepared March monthly data - AHM/Tax. | 1.4 |
| 4/28/2010 | M.G. | Prepare 1st and final fee app - AHM-TAX. | 0.8 |
| 8/4/2010 | M.G. | Prepared July monthly data. | 0.4 |
| 8/13/2010 | M.G. | Updated July monthly data. | 0.2 |
| 9/3/2010 | M.G. | Prepared August monthly data. | 0.4 |
| 9/8/2010 | M.G. | Prepared August monthly data. | 0.8 |
| 9/13/2010 | M.G. | Prepared August monthly data. | 0.4 |
| 9/16/2010 | N.V. | Reviewed and edited time details through August 2010 time detail; updated project categories. | 0.6 |
| 10/25/2010 | N.V. | Reviewed fees billed through September 2010; updated project categories; followed-up on missing time. | 0.8 |
| 10/25/2010 | N.V. | Updated draft of first consolidated monthly application. | 2.1 |

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**C.    FEE APPLICATIONS / MONTHLY STATEMENTS**

| Date | Name | Description | Time |
|---|---|---|---|
| 10/26/2010 | N.V. | Updated draft of first consolidated monthly application. | 1.8 |
| 11/5/2010 | R.K. | Reviewed fee application for Maryland refund and tax compliance. | 0.3 |
| | | **TOTAL:** | **11.7** |

**INDIVIDUAL TOTALS**

| Name | Hour |
|---|---|
| R. KLEIN (R.K.) | 0.3 |
| N. VANDERHOOP (N.V.) | 5.3 |
| N. VANDERHOOP (N.V.) | 0.3 |
| M. GOMEZ (M.G.) | 5.7 |
| B. CHARMATZ (B.C.) | 0.1 |
| **TOTAL:** | **11.7** |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE / TAX SERVICES**

**RECAP OF PROFESSIONAL SERVICES**
**February 2, 2010 to November 30, 2010**

**D.    CASE ADMINISTRATION**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|------|------|-------------|------|
| 2/16/2010 | R.K. | Discussions re: engagement letter. | 0.4 |
| 2/19/2010 | R.K. | Reviewed affidavit, conflict disclosures and court documents. | 0.8 |
| | | **TOTAL:** | **1.2** |

**INDIVIDUAL TOTALS**

| <u>Name</u> | <u>Hour</u> |
|------|------|
| R. KLEIN (R.K.) | 1.2 |
| **TOTAL:** | **1.2** |

American Home Mortgage Holdings, Inc.
Schedule of Expenses*
February 2, 2010 through November 30, 2010

1.      PHOTOCOPYING
      a.      Internal
      b.      External

2.      TELECOMMUNICATIONS
      a.      Toll Charges
      b.      Facsimile

3.      COURIER, FRIEGHT AND POSTAL SERVICES
*For overnight and hand delivery to Counsel
and Debtors members*

4.      COURT REPORTER AND TRANSCRIPTS

5.      TECHNOLOGY SERVICES

6.      OUT-OF-TOWN TRAVEL
      a.      Transportation        $856.77
      b.      Lodging        47.77
      c.      Meals

7.      OUTSIDE SERVICES

8.      LOCAL MEALS        26.42

9.      LOCAL TRANSPORTATION, TOLLS, MILEAGE
AND PARKING – for cabs to/from meetings, car service
*for employees working after 8:00 p.m. and local mileage
using personal auto*

10.     MISCELLANEOUS

      **TOTAL**        **$930.96**

EXHIBIT "B"

**Detail of Expenses**

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---|---|
| 02/02/10 | 02/04/10 | Kong,Raymond W | Travel | 102.50 | Attended meeting @ client's office. |
| 02/02/10 | 02/04/10 | Kong,Raymond W | Travel | 11.47 | Bridge Tolls to client's office - LI. |
| 02/02/10 | 03/19/10 | Klein,Robert M | Travel | 59.00 | Mileage - American Home Mortgage. |
| 04/12/10 | 04/23/10 | Koh,Sukja | Local Meals | 6.53 | Working meal - working on American Home Mortgage tax return preparation. |
| 04/10/10 | 04/23/10 | Koh,Sukja | Local Meals | 1.75 | Working meal - working on American Home Mortgage tax return preparation. |
| 04/10/10 | 04/23/10 | Koh,Sukja | Local Meals | 7.08 | Working meal - working on American Home Mortgage tax return preparation. |
| 04/19/10 | 05/11/10 | Sabol,Catherine Mackin | Travel | 272.40 | Car Service to and from the Baltimore Airport to the Maryland Tax Appeals Tribunal Hearing. |
| 04/06/10 | 07/12/10 | Sabol,Catherine Mackin | Travel | 50.00 | Fee to change planes. |
| 04/06/10 | 07/12/10 | Sabol,Catherine Mackin | Travel | 100.00 | Transportation from house to LGA. |
| 04/06/10 | 07/12/10 | Sabol,Catherine Mackin | Travel | 100.00 | Transportation from LGA to house. |
| 04/06/10 | 07/12/10 | Sabol,Catherine Mackin | Travel Meals | 12.95 | Travel Meal - lunch. |
| 04/06/10 | 07/12/10 | Sabol,Catherine Mackin | Travel Meals | 8.69 | Travel Meal - breakfast. |
| 03/22/10 | 07/12/10 | Sabol,Catherine Mackin | Travel | 161.40 | Flight for travel to hearing for MD Appeals re refund claim. |
| 04/06/10 | 07/12/10 | Sabol,Catherine Mackin | Travel Meals | 2.38 | Travel Meal - beverage |
| 04/06/10 | 07/12/10 | Sabol,Catherine Mackin | Travel Meals | 20.49 | Travel Meal - dinner |
| 04/06/10 | 07/12/10 | Sabol,Catherine Mackin | Travel Meals | 3.26 | Travel Meal - snack. |
| 08/21/10 | 10/07/10 | Koh,Sukja | Local Meals | 11.06 | Working meal - American Home Mortgage 2009 tax return prep |

**$930.96**