BDO USA, LLP
ROBERT KLEIN
90 Woodbridge Center Dr., 4th Floor
Woodbridge, NJ 07095
Telephone Number:    732-734-1006
Facsimile Number:    732-750-1222

Tax Advisor to the Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Case No.    07-11047 (CSS) |
| | ) | |
| American Home Mortgage Holdings, Inc., et al[1] | ) | Chapter 11    Jointly Administered |
| | ) | |
| Debtors. | ) | |

DECLARATION OF ROBERT KLEIN IN SUPPORT OF
FIRST AND FINAL APPLICATION OF BDO USA, LLP, FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS TAX ADVISOR TO
THE DEBTORS AND DEBTORS IN POSSESSION
FOR THE PERIOD FEBRUARY 2, 2010 TO NOVEMBER 30, 2010

STATE OF NEW JERSEY    }
                       }SS:
COUNTY OF MIDDLESEX }

I, ROBERT KLEIN declare under the penalty of perjury as follows:

1.    I am a partner in the firm of BDO USA, LLP (f/k/a BDO Seidman, LLP) ("BDO"), offices located at 100 Park Avenue, New York, New York, 10017 and other locations throughout the United States.

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

-1-

-2-

2. I have reviewed BDO's "First and Final Application for Compensation and Reimbursement of Expenses as Tax Advisor to the Debtors and Debtors in Possession" (the "Application") for the period February 2, 2010 to November 30, 2010 (the "Application Period") and this affidavit is submitted in support of the application.

3. To the best of my knowledge, information and belief formed after reasonable inquiry, the Application complies with the Local Rule 2016-2, and the United States Trustees Guidelines issued April 22, 1995, by the U.S. Department of Justice.

4. All interested parties have received and are reviewing or have reviewed the application.

5. In providing a reimbursable service, BDO does not make a profit on that service.

6. In charging for a particular service, BDO does not include the amortization of the cost of any investment equipment or capital outlay.

7. In seeking reimbursement for third party services, BDO requests reimbursement only for the amount billed to BDO by the third party.

8. To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines and the UST Guidelines, except as specifically noted herein and in the application and except to the extent that fees or disbursements sought are prohibited by the Guidelines or the UST Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by BDO and generally accepted by BDO's clients.

9. A summary of the fees and expenses incurred by BDO in these Chapter 11 cases, during the Application Period as well as copies of the records maintained in the ordinary course of business by BDO are provided in Exhibits "A" and "B" annexed to the Application.

10. The following is a summary of the total fees and expenses incurred by BDO during this Application Period:

| | |
|---|---:|
| FEES | $125,000.00 |
| EXPENSES | 930.96 |
| TOTAL | $125,930.96 |

11. BDO has received from, or on behalf, of the Debtors $0.00 for reimbursement of fees and expenses in these Chapter 11 cases as Tax Advisor to the Debtors. None of the compensation paid to BDO, from or on behalf of the Debtors, has been divided or shared with any other person other than the members, associates and employees of BDO.

12. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 25, 2011
at Woodbridge, New Jersey

_____
ROBERT KLEIN

Sworn and subscribed to before
me this 25th day of January , 2011

_____
Notary Public

SAMANTHA ABRAHAMS
NOTARY PUBLIC OF NEW JERSEY
I.D. # 2394659
My Commission Expires 3/30/2015

-3-