IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
|  | Jointly Administered |
| Debtors. |  |

# FINAL APPLICATION OF ALLEN & OVERY LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE FINAL PERIOD FROM SEPTEMBER 7, 2007, THROUGH MARCH 31, 2010

| | |
|---|---|
| Name of Applicant: | Allen & Overy LLP |
| Authorized to Provide Professional Services to: | Debtors |
| Period for Which Final Compensation and/or Reimbursement is Sought: | September 7, 2007 through March 31, 2010 |
| Amount of Final Compensation Sought as Actual, Reasonable, and Necessary: | $3,364,401.25 |
| Amount of Final Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $3,351,536.95 |

This is a Final Fee Application.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| Nov. 30, 2007 / #2241 | Sept. 7 – Sept. 30, 2007 | $172,200.50 | $188.27 | Approved | Approved |
| Nov. 30, 2007 / #2242 | Oct. 1 – Oct. 31, 2007 | $311,858.00 | $131,377.49 | Approved | Approved |
| Jan. 7, 2008 / #2500 | Nov. 1- Nov. 30, 2007 | $325,630.50 | $274,672.83 | Approved | Approved |
| Feb. 1, 2008 / #2854 | Dec. 1- Dec. 31, 2007 | $209,588.50 | $105,192.08 | Approved | Approved |
| Feb. 28, 2008 / #3120 | Jan. 1 – Jan. 31, 2008 | $242,791.50 | $25,388.41 | Approved | Approved |
| April 1, 2008 / 3506 | Feb. 1 – Feb. 29, 2008 | $142,796.50 | $19,252.37 | Approved | Approved |
| April 24, 2008 / 3843 | Mar. 1 – Mar. 31, 2008 | $262,794.25 | $409,560.47 | Approved | Approved |
| June 2, 2008 / 4335 | Apr. 1 – Apr. 30, 2008 | $232,347.00 | $259,015.20 | Approved | Approved |
| June 27, 2008 / 4924 | May 1 – May 31, 2008 | $196,602.00 | $350,447.45 | Approved | Approved |
| July 25, 2008 / 5244 | June 1- June 30, 2008 | $234,515.00 | $559,205.26 | Approved | Approved |
| Aug. 29, 2008/ 5558 | July 1- July 31, 2008 | $252,699.50 | $384,060.38 | Approved | Approved |
| October 1, 2008/ 6173 | August 1- August 31, 2008 | $269,441.50 | $274,454.38 | Approved | Approved |
| October 29, 2008/6472 | Sep. 1-Sep. 30, 2008 | $197,127.00 | $177,060.75 | Approved | Approved |
| December 3, 2008/6662 | October 1-October 31, 2008 | $116,070.00 | $51,723.11 | Approved | Approved |
| Dec. 22, 2008/6767 | Nov. 1-Nov. 30, 2008 | $51,532.50 | $36,016.18 | Approved | Approved |
| Jan. 30, 2009/6919 | Dec. 1-Dec. 31, 2008 | $23,954.00 | $61,209.45 | Approved | Approved |
| Mar. 12, 2009/7092 | Jan. 1-Jan. 31, 2009 | $22,342.00 | $1,721.92 | Approved | Approved |
| Mar. 30, 2009/7182 | Feb. 1-Feb. 28, 2009 | $33,881.00 | $69,793.37 | Approved | Approved |

2

| May 4, 2009/7343 | Mar. 1-Mar. 31, 2009 | $7,231.50 | $32,657.12 | Approved | Approved |
|---|---|---|---|---|---|
| Jun. 1, 2009/7469 | Apr. 1-Apr. 30, 2009 | $16,126.00 | $72,638.23 | Approved | Approved |
| June 19, 2009/7549 | May 1-May 31, 2009 | $12,143.00 | $50.98 | Approved | Approved |
| July 31, 2009/7518 | June 1-June 30, 2009 | $6,265.00 | $27,783.02 | Approved | Approved |
| Sept. 1, 2009/7994 | July 1-July 31, 2009 | $1,825.00 | $16,046.38 | Approved | Approved |
| Sept. 29, 2009/8109 | Aug. 1-Aug. 31, 2009 | $1,265.50 | $97.26 | Approved | Approved |
| October 29, 2009/8236 | Sept. 1-Sept. 31, 2009 | $3,177.00 | $56.25 | Approved | Approved |
| Dec. 4, 2009/8358 | Oct. 1-Oct. 31, 2009 | $9,913.00 | $264.80 | Approved | Approved |
| Dec. 29, 2009/8449 | Nov. 1-Nov. 30, 2009 | $854.00 | $11,340.82 | Approved | Approved |
| Feb. 4, 2010/8539 | Dec. 1-Dec. 31, 2009 | $2,532.00 | $21.67 | Approved | Approved |
| May 6, 2010/8828 | Jan. 1-Mar. 31, 2010 | $4,898.00 | $241.05 | Approved | Approved |
| **Totals** | | $3,364,401.25 | $3,351,536.95 | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |

## FINAL APPLICATION OF ALLEN & OVERY LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE FINAL PERIOD FROM SEPTEMBER 7, 2007 THROUGH MARCH 31, 2010

Pursuant to sections 105 and 330 of Title 11 of the United States Code (the "Bankruptcy Code"), the law firm of Allen & Overy LLP (hereinafter "A&O") hereby applies to this Court for an Order awarding it on a final basis reasonable compensation for professional legal services rendered as counsel to American Home Mortgage Holdings, Inc., et al., (collectively, the "Debtors") in the amount of $3,364,401.25, together with reimbursement for actual and necessary expenses incurred in the amount of $3,351,536.95 for the period commencing September 7, 2007, through March 31, 2010 (the "Final Fee Period"). In support of this application (the "Application"), A&O respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

1.  A&O was employed pursuant to an engagement letter to represent the Debtors as special regulatory counsel in connection with regulatory inquiries. This representation was effective as of September 7, 2007, pursuant to an Order entered by this Court on October 31, 2007 [ Docket No. 1730]. The Order authorized A&O to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## REQUEST FOR FINAL APPROVAL

2.  By this Application, A&O seeks final approval of all fees and expenses incurred in this case from September 7, 2007 through March 31, 2010.

3.  Young Conaway Stargatt & Taylor, LLP has previously filed the Interim Quarterly Fee Requests (the "Interim Fee Requests") of the Debtors' Professionals for the period September 7, 2007, through March 31, 2010 on behalf of A&O.

4.  By this application, A&O is requesting final approval of its fees and expenses allowed by the Interim Fee Requests in the amounts previously approved. Accordingly, A&O is seeking final approval of fees in the amount of $3,364,401.25 and expenses in the amount of $3,351,536.95.

5.  In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of the Debtors' chapter 11 cases (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

WHEREFORE, A&O requests final approval and allowance be made to it in the sum of $3,364,401.25 as compensation for necessary professional services rendered to the Debtors for the Final Fee Period, and the sum of $3,351,536.95 for reimbursement of actual necessary

costs and expenses incurred for the Final Fee Period, and the Court grant such other and further relief as is just and proper.

Dated: New York, New York
January 25, 2011

                        ALLEN & OVERY, LLP

                        _____
                        Pamela Rogers Chepiga
                        1221 Avenue of the Americas
                        New York, New York 10020
                        Telephone: (212) 610-6300
                        Facsimile: (212) 610-6399

                        Special Regulatory Counsel for Debtors

## VERIFICATION

STATE OF NEW YORK    )
                     )   SS:
NEW YORK COUNTY      )

      Pamela Rogers Chepiga, Esquire, after being duly sworn according to law, deposes and says:

    1.    I am a Partner in the applicant firm, Allen & Overy, LLP, and have been admitted to the bar of New York state since 1974.

    2.    I have personally performed many of the legal services rendered by Allen & Overy, LLP, as counsel to the Debtors and am familiar with all other work performed on behalf of the lawyers and paraprofessionals in the firm.

    3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Pamela Rogers Chepiga

SWORN TO AND SUBSCRIBED before me this 25th day of January, 2011

_____
Notary Public
My Commission Expires: Dec. 11, 2014

TOBY D. MANN
Notary Public, State of New York
No. 01MA6157105
Qualified in Westchester County
Certificate filed in New York County
Commission Expires Dec. 11, 2010
2014

4