IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
                              :    Chapter 11
In re:                       :
                              :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE      :
HOLDINGS, INC., a Delaware corporation, et al., [1]  :    Jointly Administered
                              :
    Debtors.                :
------------------------------------------------------------- x

**FINAL APPLICATION OF THE LAW OFFICES OF ALAN WEINREB PLLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE FINAL PERIOD FROM AUGUST 6, 2007 THROUGH APRIL 30, 2008**

Name of Applicant:                             Law Offices of Alan Weinreb PLLC

Authorized to Provide Professional
Services to:                                   Debtors and Debtors-in-Possession

Period for Which Final Compensation
and/or Reimbursement is Sought:             August 6, 2007 through April 30, 2008

Amount of Final Compensation Sought
as Actual, Reasonable, and Necessary:        $305,712.21

Amount of Final Expense Reimbursement
Sought as Actual, Reasonable, and Necessary:   $560,198.39

This is a Final Fee Application.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | 8/1/07-8/31/07 | 16,855.00 | 83,317.56 | 16,855.00 | 83,317.56 |
| 11/2/07 1770 | 8/6/07-8/31/07 | 5,100.00 | 7,218.00 | 5,100.00 | 7,218.00 |
| 11/2/07 1771 | 9/1/07-9/30/07 | 7,865.00 | 61,747.05 | 7,865.00 | 61,747.05 |
| 11/15/07 2028 | 10/1/07-12/31/07 | 43,597.00 | 51,641.83 | 43,597.00 | 51,641.83 |
| 12/17/07 2404 | 11/1/07-11/30/07 | 40,104.25 | 66,495.03 | 40,104.25 | 66,495.03 |
| 1/15/08 2738 | 12/01/07-12/31/07 | 30,029.50 | 50,675.81 | 30,029.50 | 50,675.81 |
| 2/19/08 3018 | 1/1/08-1/31/08 | 46,525.90 | 58,177.68 | 46,525.90 | 58,177.68 |
| 3/12/08 3251 | 2/1/08-2/29/08 | 44,291.25 | 56,645.70 | 44,291.25 | 56,645.70 |
| 4/16/08 3714 | 3/1/08-3/31/08 | 24,937.50 | 100,665.73 | 24,937.50 | 100,665.73 |
| 6/6/08 4403 | 4/1/08-4/30/08 | 46,406.81 | 23,614.00 | 46,406.81 | 23,614.00 |
| Totals | | 305,712.21 | 560,198.39 | 305,712.21 | 560,198.39 |

YCST01:10638234.1                                                                                     066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------- x
                                                            :   Chapter 11
In re:                                                      :
                                                            :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                       :
HOLDINGS, INC., a Delaware corporation, et al., [1]         :   Jointly Administered
                                                            :
        Debtors.                                            :
                                                            x
-----------------------------------------------------------
```

## FINAL APPLICATION OF
## THE LAW OFFICES OF ALAN WEINREB PLLC COUNSEL FOR DEBTORS
## ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR THE FINAL PERIOD FROM AUGUST 6, 2007 THROUGH APRIL 30, 2008

Pursuant to sections 105 and 330 of title 11 of the United States Code (the

"Bankruptcy Code"), the law firm of The Law Offices of Alan Weinreb PLLC hereby applies to

this Court for an Order awarding it on a final basis reasonable compensation for professional

legal services rendered as counsel to American Home Mortgage Holdings, Inc., *et al.,*

(collectively, the "Debtors") in the amount of $305,712.21, together with reimbursement for

actual and necessary expenses incurred in the amount of $560,198.39 for the period commencing

August 6, 2007 through and including April 30, 2008 (the "Final Fee Period"). In support of this

application (the "Application"), The Law Offices of Alan Weinreb PLLC respectfully represents

as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

1.      The Law Offices of Alan Weinreb PLLC - was employed to represent the Debtors as a professional in the ordinary course of the Debtors' business. The Law Offices of Alan Weinreb PLLC retention was approved through the October 18, 2007 Docket No. 1594. The Order authorized The Law Offices of Alan Weinreb PLLC to be compensated on an fee basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## REQUEST FOR FINAL APPROVAL

2.      By this Application, The Law Offices of Alan Weinreb PLLC seeks final approval of all fees and expenses incurred in this case from August 6, 2007 through and including April 30, 2008.

3.      The Law Offices of Alan Weinreb PLLC has previously filed the Interim monthly Fee Requests (the "Interim Fee Requests") of the Debtors' Professionals for the period August 6, 2007 through and including April 30, 2008 on behalf of the Debtors.

4.      By this application, The Law Offices of Alan Weinreb PLLC is requesting final approval of its fees and expenses allowed by the Interim Fee Requests in the amounts previously approved.  Accordingly, The Law Offices of Alan Weinreb PLLC is seeking final approval of fees in the amount of $305,712.21 and expenses in the amount of $560,198.39.

5.      To Date, The Law Offices of Alan Weinreb PLLC has received $814,202.31 for its services.

6.      In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of the Debtors' chapter 11 cases (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

YCST01:10638234.1                                                                            066585.1001

WHEREFORE, The Law Offices of Alan Weinreb PLLC requests final approval and allowance be made to it in the sum of $305,712.21 as compensation for necessary professional services rendered to the Debtors for the Final Fee Period, and the sum of $560,198.39 for reimbursement of actual necessary costs and expenses incurred for the Final Fee Period, and the Court grant such other and further relief as is just and proper.

Dated: January 26, 2011.

_____
Alan H. Weinreb
The Law Offices of Alan Weinreb, PLLC
6800 Jericho Turnpike, Suite 207 W
Syosset, NY 11791
Telephone: 516-(945)-6055

3

**VERIFICATION**

STATE OF NEW YORK          )
                                         )          SS:
NASSUA COUNTY             )

     Alan H. Weinreb, Esquire, after being duly sworn according to law, deposes and says:

     1.    I am an Owner in the applicant firm, The Law Offices of Alan H. Weinreb PLLC, and have been admitted to the bar of the State of New York since 1983.

     2.    I have personally performed many of the legal services rendered by The Law Offices of Alan Weinreb PLLC as outside corporate counsel for the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the firm.

     3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
ALAN H. WEINREB

SWORN TO AND SUBSCRIBED before me this 25 day of Jan.

_____
Notary Public
My Commission Expires:_____

THERESA A. VIRGA
Notary Public, State of New York
No. 01VI4822344
Qualified in Suffolk County
Commission Expires July 31, 20.14

4