IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| ------------------------------------------------------------ x | |
| In re: | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : |
| | : Jointly Administered |
| Debtors. | : |
| ------------------------------------------------------------ x | |

**EIGHTH INTERIM MONTHLY APPLICATION AND FINAL APPLICATION OF TRAXI, LLC AS SPECIAL LITIGATION FINANCIAL ADVISOR FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD SEPTEMBER 10, 2008 THROUGH MAY 31, 2010**

| | |
|---|---|
| Name of Applicant: | TRAXI, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Order dated October 2, 2008, nunc pro tunc to September 10, 2008 (Docket #6177) |
| Interim and Final Periods for which compensation and reimbursement is sought: | Interim: May 1, 2009 through May 31, 2010 |
| | Final: September 10, 2008 through May 31, 2010 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $11,025.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $76.60 |
| Voluntary Fee and Expense Reductions Related to Fee Examiners Reports (Docket #s 7496,7936) taken on the Interim Application | $10,849.41 |
| Amount of Final Compensation sought as actual, reasonable and necessary: | $289,303.50 |
| Amount of Final Expense Reimbursement sought as actual, reasonable and necessary: | $18,748.19 |

This is and: _____X_____interim_____X_____final application.

This application includes 2.0 hours and $1,050.00 in fees incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | CNO Date Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|---|
| | | | Fees ($) | Expenses($) | Fees | Expenses |
| 11-24-08 /6622 | 1-5-09/6800 | 10-1-08 to 10-31-08 | $95,650.00 | $9,982.00 | $95,650.00 | $9,982.00 |
| 12-9-08/6720 | 1-7-09/6815 | 11-1-08 to 11-30-08 | $34,747.00 | $607.00 | $34,747.00 | $607.00 |
| 1-20-09/6865 | 2-12-09/6997 | 12-1-08 to 12-31-08 | $24,400.00 | $3,181.80 | $24,400.00 | $3,181.80 |
| 2-24-09/7049 | 3-18-09/7120 | 1-1-09 to 1-31-09 | $32,728.00 | $122.70 | $32,728.00 | $122.70 |
| 3-19-09/7127 | 4-17-09/7288 | 2-1-09 to 2-28-09 | $33,575.00 | $4,970.00 | $33,575.00 | $4,970.00 |
| 4-24-09/7320 | 5-20-09/7419 | 3-1-09 to 3-31-09 | $35,583.00 | $156.00 | $35,583.00 | $156.00 |
| 5-20-09/7421 | 6-12-09/7523 | 4-1-09 to 4-30-09 | $31,938.00 | $159.00 | $31,938.00 | $159.00 |
| | | | | | | |
| Totals | | | $288,621.00 | $19,178.50 | $288,621.00 | $19,178.50 |
| | | | | | | |
| **Current Application** | | | | | | |
| | | | | | | |
| Pending | Pending | 5-1-09 to 5-31-10 | $11,025.00 | $76.60 | Pending | Pending |
| | | | | | | |
| | **Voluntary Reductions[1]** | | | | | |
| 6-4-09/7496 | Examiner Report Dated 6-3-09 | | ($5,430.00) | ($340.91) | | |
| 8-11-09/7936 | Examiner Report Dated 8-11-09 | | ($4,912.50) | ($166.00) | | |
| | | | | | | |
| | Total Voluntary Reductions | | ($10,342.50) | ($506.91) | | |
| | | | | | | |
| | **Total Requested Fees & Expenses** | | **$289,303.50** | **$18,748.19** | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | Current Fees & Expenses Net[1] | | $682.50 | ($430.31) | | |
| | | | | | | |
| | Combined Net Owed | | $252.19 | | | |

[1] – On April 1, 2009, the Court approved an administrative order appointing M. Jacob Renick as Fee Examiner "Fee Examiner" in these cases. Subsequent to the Fee Examiner's review of Traxi's 1st through 7th monthly fee applications, and following Traxi's discussions with the Fee Examiner, Traxi agreed to voluntarily reduce its fees and expenses in response to the issues raised by the Fee Examiner. Pursuant to discussions with the Fee Examiner, Traxi was directed to offset these voluntary reductions against its future billings in these cases. This eighth and final fee application represents the first fee application for Traxi subsequent to the applications examined by the Fee Examiner and accordingly, Traxi applies the voluntary reductions to the fees requested herein. The total voluntary fee reduction of $10,342.50 and expense reduction of $$506.91 are discussed in more detail in the Fee Examiner's reports filed with the court and attached as Exhibit C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, <u>et al.</u>, | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| ------------------------------------------------------------ x | | |

### EIGHTH INTERIM MONTHLY APPLICATION AND FINAL APPLICATION OF TRAXI, LLC AS SPECIAL LITIGATION FINANCIAL ADVISOR FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD SEPTEMBER 10, 2008 THROUGH MAY 31, 2010

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Financial Advisory firm of Traxi, LLC (hereinafter "Traxi") hereby moves this Court for reasonable compensation for financial advisory services rendered to American Home Mortgage Holdings, Inc., *et al.*, the debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), in the amount of $11,025.00 together with reimbursement for actual and necessary expenses incurred in the amount of $76.60 for the interim period May 1, 2009 through May 31, 2010 (the "Interim Fee Period") and in the amount of $289,303.50 together with reimbursement for actual and necessary expenses incurred in the amount of $18,748.19 for and the final period of September 10, 2008 through May 31, 2010 (the "Final Fee Period"). In support of its Application, Traxi respectfully represents as follows:

1.    Traxi was employed to represent the Debtors as special litigation financial advisor in connection with this chapter 11 case effective nunc pro tunc as of September 10, 2008, pursuant to an Order entered by this Court on October 2, 2008. The Order authorized Traxi to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2.    All services for which compensation is requested by Traxi were performed

for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

3.      Attached hereto as Exhibit A is a detailed statement of fees incurred during the Interim Fee Period showing the amount of $11,025.00 due for fees.  Exhibit B is a detailed statement of expenses paid during the Interim Fee Period showing the amount of $76.60 for reimbursement of expenses.

4.      The services rendered by Traxi during the Interim Fee Period are grouped into the categories set forth in Exhibit A.  The professionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

5.      Traxi has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $76.60.  This disbursement sum is broken down into categories of charges, including, among other things, travel to Delaware for meetings with counsel in connection with the litigation involving American Home Mortgage Servicing, Inc. ("AMHSI").  A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

6.      Pursuant to Local Rule 2016-2, Traxi represents that its rate for duplication is $.10 per page, its rate for outgoing telecopier transmissions is $1.00 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions and there is no surcharge for computerized research.

## VALUATION OF SERVICES

7.      Professionals of Traxi have expended a total of 21.0 hours in connection with

this matter during the Interim Fee Period.

       8.     The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are Traxi's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by Traxi for the Interim Fee Period as counsel for the Debtors in these cases is $11,025.00.

       9.     Traxi believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

      10.     In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

      11.     This Application covers the Interim Fee Period May 1, 2009 through May 31, 2010 and the Final Fee Period of September 10, 2008 through May 31, 2010.

      12.     On April 1, 2009, the Court approved an administrative order appointing M. Jacob Renick as Fee Examiner "Fee Examiner" in these cases. Subsequent to the Fee Examiner's review of Traxi's 1st through 7th monthly fee applications, and following Traxi's discussions with the Fee Examiner, Traxi agreed to voluntarily reduce its fees and expenses in response to the issues raised by the Fee Examiner. Pursuant to discussions with the Fee Examiner, Traxi was directed to offset these voluntary reductions against its future billings in these cases. This eighth and final fee application represents the first fee application for Traxi subsequent to the applications examined by the Fee Examiner and accordingly, Traxi applies the voluntary reductions to the fees requested herein. The total voluntary fee reduction of $10,342.50 and expense reduction of $$506.91 are discussed in more detail in the Fee Examiner's reports filed attached as Exhibit C.

3

## REQUEST FOR FINAL APPROVAL

1.      By this Application, Traxi seeks final approval of all fees and expenses incurred in this case from September 10, 2008 through May 31, 2010.

2.      Young Conaway Stargatt & Taylor, LLP has previously filed the Interim Quarterly Fee Requests (the "Interim Fee Requests") of the Debtors' Professionals for the period September 10, 2008 through May 31, 2010 on behalf of Traxi.

3.      By this application, Traxi is requesting final approval of its fees and expenses allowed by the Interim Fee Requests in the amounts previously approved.  Accordingly, Traxi is seeking final approval of fees in the amount of $289,303.50 and expenses in the amount of $18,748.19.

4.      In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of the Debtors' chapter 11 cases (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

WHEREFORE, Traxi requests that allowance be made to it in the sum of $11,025.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $76.60 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

WHEREFORE, Traxi requests final approval and allowance be made to it in the sum of $289,303.50 as compensation for necessary professional services rendered to the Debtors for the Final Fee Period, and the sum of $18,748.19 for reimbursement of actual necessary costs and expenses incurred for the Final Fee Period, and the Court grant such other and further relief as is just and proper.

Dated: Wilmington, Delaware
         January 20, 2011

                         TRAXI, LLC


                         /s/ Thomas A. Korf
                         Thomas A. Korf
                         Tower 45, 6th Floor
                         120 West 45th Street
                         New York, New York 10036
                         Telephone: (212) 810 - 2739
                         Facsimile: (212) 465 - 1919

                         Special Litigation Financial Advisor for Debtors and
                         Debtors in Possession

<u>VERIFICATION</u>

STATE OF DELAWARE   )
                               )     SS:

NEW CASTLE COUNTY   )

        Thomas A. Korf, after being duly sworn according to law, deposes and says:

        1.     I am a Managing Director in the applicant firm, Traxi, LLC.

        2.     I have personally performed many of the financial advisory services rendered by Traxi, LLC, as special litigation financial advisor to the Debtors and am familiar with all other work performed on behalf of the professionals in the firm.

        3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                                                THOMAS A. KORF

SWORN TO AND SUBSCRIBED before me this _20_ day of January, 2011.

                                              Notary Public
                                            My Commission Expires: _10/25/2014_

ANNE E. PACHAN
NOTARY
NO. 01PA6230061
QUALIFIED IN
KINGS COUNTY
COMM. EXP.
10/25/2014
PUBLIC
STATE OF NEW YORK

# EXHIBIT A

# American Home Mortgage Post

## Summary by Activity



| ACTIVITY | TIME SPENT | FEES |
|---|---|---|
| 35  Due Diligence | 2.6 | $1,365 |
| 47  Litigation support services | 10.5 | $5,513 |
| 62  Miscellaneous and Other Bankruptcy Issues | 3.9 | $2,048 |
| 39  Preparation of monthly interim billing and/or fee application | 4.0 | $2,100 |
| | 21.0 | $11,025 |

Note:  Travel time is billed at half of Applicant's normal hourly billing rates.

# American Home Mortgage Post

### Summary by Professional



| PROFESSIONAL | TIME SPENT | FEES |
|---|---|---|
| Thomas Korf | 21.0 | $11,025.00 |
| | 21.0 | $11,025.00 |

# American Home Mortgage Post

**Time Descriptions for Professional:**  Thomas Korf



| DATE | TIME SPENT | ACTIVITY | NUMBER | DESCRIPTION |
|------|-----------|----------|--------|-------------|
| 5/11/2009 | 1.5 | 47 | 39141 | Review the LLV memo and update the potential offsets worksheet for presentation to counsel |
| 5/11/2009 | 3.5 | 47 | 39140 | Memo to counsel re: status of investigative procedures to date |
| 5/18/2009 | 1.0 | 39 | 39142 | Prepare the April-09 monthly billing |
| 5/28/2009 | 0.5 | 47 | 39143 | Prepare for call with G Burke of A&M to discuss the TOEPI issue |
| 5/28/2009 | 1.1 | 35 | 39144 | Call with G Burke re: the TOEPI issue |
| 5/28/2009 | 0.4 | 47 | 39145 | Follow up research on the three specific TOEPI issues in the A&M binders; summary and email to counsel re: same |
| 6/1/2009 | 2.6 | 47 | 39775 | Review the Investor 748 50+ pages of supporting documentation received from A&M related to approximately 75 individual mortgage loans |
| 6/1/2009 | 1.0 | 35 | 39773 | Call with G Burke re: Investor 748 LLV variances |
| 6/1/2009 | 0.4 | 62 | 39774 | File Maintenance - electronic and hard copy |
| 6/5/2009 | 0.7 | 39 | 39777 | Court appearance - fee applications with fee examiner report |
| 6/5/2009 | 0.3 | 39 | 39776 | Prepare for call with Court on fee applications - fee examiner's report |
| 8/27/2009 | 0.5 | 62 | 40737 | Review status of outstanding billings - discuss with MD |
| 8/27/2009 | 0.5 | 62 | 40738 | Prepare files for long term storage - hard copy and electronic |
| 9/14/2009 | 0.5 | 35 | 41079 | Update call with GB of A&M re: litigation settlement discussions |
| 1/11/2010 | 0.5 | 62 | 42318 | Research the W-9 request from debtors |
| 5/7/2010 | 2.0 | 47 | 42319 | Review the final settlement and stipulation agreements between the parties |
| 5/12/2010 | 2.0 | 39 | 42320 | Final fee application to debtors |
| 5/13/2010 | 2.0 | 62 | 42321 | Boxing up records and sending to storage |
|  | 21.0 |  |  |  |

# EXHIBIT B

# American Home Mortgage Post



**Expense Summary**

| ACTIVITY | AMOUNT |
|---|---|
| Other | $50.00 |
| Reports/Duplication | $26.60 |
| | **$76.60** |

Note:  Airfare is billed at coach fares.

# American Home Mortgage Post

**Expense Descriptions for Professiona** Thomas Korf



| ACTIVITY | DATE | NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Other | 8/10/2009 | 25673 | Fee App Hearing | $50.00 |
| | | | | $50.00 |
| | | | | $50.00 |

# American Home Mortgage Post

**Expense Descriptions for Professiona**  Office Expense



| ACTIVITY | DATE | NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Reports/Duplication | 5/31/2009 | 24012 | 204 black and white pages printed/reproduced at $0.10 per page. | $20.40 |
| Reports/Duplication | 6/30/2009 | 24997 | 17 black and white pages printed/reproduced at $0.10 per page. | $1.70 |
| Reports/Duplication | 6/30/2009 | 24467 | 17 black and white pages printed/reproduced at $0.10 per page. | $1.70 |
| Reports/Duplication | 7/31/2009 | 25408 | 17 black and white pages printed/reproduced at $0.10 per page. | $1.70 |
| Reports/Duplication | 8/30/2009 | 25864 | 3 black and white pages printed/reproduced at $0.10 per page. | $0.30 |
| Reports/Duplication | 8/31/2009 | 26094 | 3 black and white pages printed/reproduced at $0.10 per page. | $0.30 |
| Reports/Duplication | 9/30/2009 | 26315 | 5 black and white pages printed/reproduced at $0.10 per page. | $0.50 |

| $26.60 |
|---|

| $26.60 |
|---|

# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | **Chapter 11** |
| | ) | |
| **AMERICAN HOME MORTGAGE** | ) | |
| **HOLDINGS, INC., a Delaware** | ) | **Case No. 07-11047 (CSS)** |
| **Corporation, et al.**[1] | ) | |
| | ) | |
| Debtors. | ) | *Jointly Administered* |
| | ) | |

**FINAL FEE EXAMINER FEE REPORT LETTER REGARDING THE SECOND MONTHLY APPLICATION OF TRAXI, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION FINANCIAL ADVISOR FOR THE DEBTORS AND DEBTORS IN POSSESSION DURING THE PERIOD NOVEMBER 1, 2008 THROUGH MARCH 31, 2009.**

---

On April 1, 2009, the court approved an administrative order appointing M. Jacob Renick as Fee Examiner ("Fee Examiner") and establishing procedures for the interim compensation and reimbursement of expenses of professionals pursuant to sections 331 and 105(a) of the Bankruptcy Code. As specifically detailed by the court, the fee applications subject to review by the Fee Examiner shall be limited solely to the extent of any fees and expenses not previously approved by the Bankruptcy Court on an interim basis after notice and a hearing ("Unreviewed Fees/Expenses").

The subject of this review is the 2nd thru 6th monthly fee applications submitted by Traxi, LLC (hereinafter referred to as either "Traxi" or "Applicant") requesting compensation of services and reimbursement of expenses incurred in its representation as Special Litigation Financial Advisor for the Debtors and Debtors in Possession during the period November 1, 2008 through March 31, 2009. The Applicant is seeking allowance of $161,033.00 of interim fees and $9,037.50 of expenses.

During the course of his review and examination, the Fee Examiner has determined that several of the entries for Unreviewed Fees/Expenses detailed in the fee applications did not provide sufficient explanation and requested additional documentation to support these claims in accordance with the applicable standards of section 330 of the Bankruptcy Code, Local Rule 2016-2 and any other applicable law. The Fee Examiner also questioned certain entries that could be perceived as being clerical, excessive or duplicative of other professionals in the case.

Applicant provided a response via letter and e-mail to the Fee Examiner on June 1, 2009 and June 2, 2009 and provided further clarification to the Fee Examiner and his staff via telephone conference on June 3, 2009. The Fee Examiner finds the Applicant satisfactorily addressed the issues

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

1

raised in its letter to the Applicant dated May 29, 2009. The total fee amount questioned by the Fee Examiner in that letter amounted to $39,042.50 and the total expenses questioned amount to $1,183.25. The Applicant, pursuant to our telephone conference on June 3, 2009, reviewed the issues raised by the Fee Examiner and agreed to reduce its fees by a total of $5,430.00 and its expenses by $340.91.

The adjusted time entries include:

| Time Entry Date | Professional | Hrs Adjusted | Amount | Comment |
|---|---|---|---|---|
| 11-3-08 | T.A. Korf | .4 | $180.00 | Applicant has acknowledged time discrepancy and corrected the entry accordingly. |
| Numerous; b/w 3/17 – 3/30/09 | T.A. Korf | 21 @$250 | $5,250.00 | Applicant has agreed to reduce its charges in response to the concern raised by the Fee Examiner. |

The adjusted expense entries include:

| Time Entry Date | Type | Description | Amount | Comment |
|---|---|---|---|---|
| 12/17/08 | Meals | Westin Lounge - | $90.00 | Applicant has agreed to reduce its charges in response to the concern raised by the Fee Examiner. |
| 2/2/09 | Meals | Blue Fire Grill | $192.00 | Applicant has agreed to reduce its charges in response to the concern raised by the Fee Examiner. |
| 2/3/09 | Meals | Refreshment Center | $9.42 | Applicant has agreed to reduce its charges in response to the concern raised by the Fee Examiner. |
| 3/9/09 | Supplies | Huntington Business Products | $49.49 | Applicant has agreed to reduce its charges in response to the concern raised by the Fee Examiner. |

The Fee Examiner finds that the Applicant has provided a sufficient explanation to support the remaining time entries questioned by the Fee Examiner in its initial report under the category of litigation and support services.

Under the category of "Preparation / Review of Reports", the Fee Examiner found that the Applicant has requested reimbursement of $16,310.00 for 36.4 hours expended on this matter. The Fee Examiner did not find any specific time entry that did not meet the standards of the Code and Local Guidelines. Nonetheless, the Fee Examiner noted that the total compensation for this task over the period 11/4 – 11/17/08 amounts to $14,735.00 and questioned the total as appearing to be out of proportion to the value provided by this report to the Debtors' Estate. The Applicant has responded that the subject report was very extensive and included numerous references to a large amount of supporting documents. As such, the Applicant strongly believes that the fees charged for this matter are appropriate. The Fee Examiner accepts the Applicant's response in view of the fact that the Fee Examiner has no other basis with which to contest the Applicant's statement.

Accordingly, the Fee Examiner recommends the Court's approval of the Applicant's request for

the adjusted allowance of $155,603.00 of fees and $8,696.59 of expenses.

Respectfully submitted,

June 3, 2009

**_s/M. Jacob Renick_**
M. Jacob Renick, CPA, CIRA, CFE
Fee Examiner

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | **Chapter 11** |
| | ) | |
| **AMERICAN HOME MORTGAGE** | ) | |
| **HOLDINGS, INC., a Delaware** | ) | **Case No. 07-11047 (CSS)** |
| **Corporation, et al.**[1] | ) | |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | |

**FINAL FEE EXAMINER FEE REPORT LETTER REGARDING THE FIRST AND SEVENTH MONTHLY APPLICATION OF TRAXI, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION FINANCIAL ADVISOR FOR THE DEBTORS AND DEBTORS IN POSSESSION DURING THE PERIODS OCTOBER 2008 AND APRIL 2009.**

---

This is the report of M. Jacob Renick, CPA, CIRA, CFE, a Managing Director at NachmanHaysBrownstein, Inc., acting in his capacity as fee examiner in the above-captioned bankruptcy proceedings.

### BACKGROUND

1. On April 1, 2009, the court approved an administrative order appointing M. Jacob Renick as Fee Examiner ("Fee Examiner") and establishing procedures for the interim compensation and reimbursement of expenses of professionals pursuant to sections 331 and 105(a) of the Bankruptcy Code. As specifically detailed by the court, the fee applications subject to review by the Fee Examiner shall be limited solely to the extent of any fees and expenses not previously approved by the Bankruptcy Court on an interim basis after notice and a hearing ("Unreviewed Fees/Expenses").

2. The subject of this review is the 1st and 7th monthly fee applications submitted by Traxi, LLC (hereinafter referred to as either "Traxi" or "Applicant") requesting compensation of services and reimbursement of expenses incurred in its representation as Special Litigation Financial Advisor for the Debtors and Debtors in Possession during the periods October 2008 and April 2009. The Applicant is seeking allowance of $127,588.00 of interim fees and $10,141.00 of expenses.

### DISCUSSION

3. In conducting my examination and in reaching the conclusions and recommendations contained herein, I and/or NachmanHaysBrownstein, Inc. ("NHB") reviewed in detail the Application in its entirety, including the time and expense entries included therein for compliance with 11 U.S.C § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2008, and

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("U.S. Trustee Guidelines").

4.  During the course of his review and examination, the Fee Examiner has determined that several of the entries for Unreviewed Fees/Expenses detailed in the fee applications did not provide sufficient explanation and requested additional documentation to support these claims in accordance with the applicable standards of section 330 of the Bankruptcy Code, Local Rule 2016-2 and any other applicable law. The Fee Examiner also questioned certain entries that could be perceived as being clerical, excessive or duplicative of other professionals in the case. The total fee amount questioned by the Fee Examiner in that letter amounted to $11,725.00 and the total expenses questioned amount to $408.00.

5.  Applicant provided a response via telephonic conference with the Fee Examiner's staff on July 23rd and again on August 7th. The Fee Examiner finds the Applicant satisfactorily addressed the issues raised in his letter to the Applicant dated July 21, 2009. The Applicant reviewed the issues raised by the Fee Examiner and agreed to reduce its fees by a total of $4,912.50 and its expenses by $166.00 for a total reduction of $5,078.50.

6.  The Fee Examiner finds that the Applicant has provided a sufficient explanation to support the Applicant's request for reimbursement of the remaining time and expense entries, including those questioned by the Fee Examiner.

7.  The time entries questioned from the 1st and 7th fee applications and their adjustments, as applicable, are detailed below:

| Time Entry Date | Professional | Hrs Adjusted | Amount | Comment |
|---|---|---|---|---|
| 10/21/08 and 10/27/08 | Peter Hoberman | 1.5 | $600.00 Deleted | Travel arrangements for meeting with A&M in Dallas. Applicant has agreed to delete its request for compensation of this billed time in response to the concern raised by the Fee Examiner. |
| April 2009 | Thomas A Korf | 44.5 | $23,362.50 billed. $11,125.00 questioned. $4,312.50 fee reduction negotiated calculated as 10 hrs at Korf's rate and 34.5 hrs at $400/hr. | The Fee Examiner questioned the billing rate for the work performed and suggested that because of its routine nature, it may have been more befitting for an analyst to perform the task. Applicant strongly disagreed with this assertion and explained in detail the more complicated nature of this task. Nonetheless, Applicant has agreed to reduce its billing rate for 34.5 of the hours questioned to the rate charged by the firm's Director (from $525 to $400) in response to the Fee Examiner's concerns. |

8.  The expense entries questioned and their adjustments, as applicable, are detailed below:

| Time Entry Date | Type | Description | Amount | Comment |
|---|---|---|---|---|
| 10/29/08 | Peter Hoberman | n/a | $170.00 Reduced to $110.00 | Applicant has stated that this expense covered the dinner for both P. Hoberman and T Korf while at the client site. Applicant has agreed to reduce its request for reimbursement to $110.00. |
| 10/21/09 | Thomas A Korf | n/a | $65.00 Deleted | Applicant was unable to provide a receipt to confirm this charge. Applicant has therefore agreed to delete its request for reimbursement of this amount. |
| 4/09 | Firm | n/a | $66.00 No reduction. | Applicant has stated that this expense covered a working dinner for both P. Hoberman and T Korf and as such the Fee Examiner finds the amount billed to be acceptable. |
| 10/08 4/09 | Firm | n/a | $16.00 No reduction $41.00 Deleted | Applicant has stated that the $16.00 charge was for train travel to the client site. The Fee Examiner accepts this explanation and does not object to this charge. Applicant has agreed to delete its request for reimbursement of $41.00 for supplies in response to the concern raised by the Fee Examiner. |

## CONCLUSION

9. As only the amount requested in the Applicant's 7th application awaits approval by the Court, , the Fee Examiner recommends approval of the adjusted allowance of $27,025.50 a credit due for expenses of <$7.00> for a total of $27,032.50.

10. The Fee Examiner notes that it had previously reviewed the Applicant's 2nd through 5th fee applications in which a reduction of $5,430.00 of fees and $340.91 of expenses was agreed upon. The Fee Examiner is of the understanding that these amounts were reduced from the amount approved by the Court for the Applicant's 6th application.

August 11, 2009

Respectfully submitted,
s/ M. Jacob Renick
M. Jacob Renick, CPA, CIRA, CFE
Fee Examiner
NachmanHaysBrownstein, Inc.
Olympic Tower
645 Fifth Avenue, 8th Floor
New York, NY 10022
(212) 848-0252
(212) 751-3512 (fax)
jrenick@nhbteam.com