IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al., [1]

    Debtors.

------------------------------------------------------------- x

: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
:
:

## FINAL APPLICATION OF ZEICHNER ELLMAN & KRUASE LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE FINAL PERIOD FROM DECEMBER 1, 2007 THROUGH JANUARY 31, 2008

| | |
|---|---|
| Name of Applicant: | Zeichner Ellman & Krause LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Period for Which Final Compensation and/or Reimbursement is Sought: | December 1, 2007 through January 31, 2008 |
| Amount of Final Compensation Sought as Actual, Reasonable, and Necessary: | $157,554.00 |
| Amount of Final Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $0.00 |

This is a Final Fee Application.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| March 3, 2008/Docket No. 3147 | December 1, 2007 through December 31, 2007 | $77,554.00 | $0.00 | $77,554.00 | $0.00 |
| March 27, 2008/Docket No. 3459 | January 1, 2008 through January 31, 2008 | $80,000.00 | $0.00 | $80,000.00 | $0.00 |
| | | | | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
                                   :    Chapter 11

In re:                               :    Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE          :    Jointly Administered
HOLDINGS, INC., a Delaware corporation, et al., [1] :

     Debtors.                      :

----------------------------------------------------------------- x

**FINAL APPLICATION OF ZEICHNER ELLMAN & KRAUSE LLP FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE FINAL PERIOD FROM DECEMBER 1, 2007 THROUGH JANUARY 31, 2008**

Pursuant to sections 105 and 330 of title 11 of the United States Code (the "Bankruptcy Code"), the law firm of Zeichner Ellman & Krause LLP ("ZEK") hereby applies to this Court for an Order awarding it on a final basis reasonable compensation for professional legal services rendered as counsel to American Home Mortgage Holdings, Inc., *et al.,* (collectively, the "Debtors") in the amount of $157,754.00, together with reimbursement for actual and necessary expenses incurred in the amount of $0.00 for the period commencing December 1, 2007 through and including January 31, 2008 (the "Final Fee Period"). In support of this application (the "Application"), ZEK respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

1.     ZEK was employed to represent the Debtors as a professional in the ordinary course of the Debtors' business.  ZEK's retention was approved through the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [D.I. 643], and the Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate Brokers Utilized in the Ordinary Course and Granting Limited Nunc Pro Tunc Relief [D.I. 2985], (collectively, the "OCP Orders").  In accordance with the terms of the OCP Orders, ZEK received compensation for services rendered and expenses incurred without submitting formal fee applications to the Court for approval.  However, for those months in which the per month cap was exceeded ZEK submitted fee applications (the "Fee Applications") to the Court.  Accordingly, ZEK is submitting this Application for final approval of the fees and expenses as set forth in the Fee Applications.  All services for which compensation is requested by ZEK were performed for or on behalf of the Debtors.

## REQUEST FOR FINAL APPROVAL

2.     By this Application, ZEK seeks final approval of all fees and expenses incurred in this case from December 1, 2007 through January 31, 2008.

3.     Young Conaway Stargatt & Taylor, LLP has previously filed the Third Interim Quarterly Fee Requests (the "Interim Fee Requests") of the Debtors' Professionals for the period February 1, 2008 through April 30, 2008 on behalf of ZEK.

4.     By this application, ZEK is requesting final approval of its fees and expenses allowed by the Interim Fee Requests in the amounts previously approved.

2

Accordingly, ZEK is seeking final approval of fees in the amount of $157,754.00 and expenses in the amount of $0.00.

5.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of the Debtors' chapter 11 cases (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

WHEREFORE, ZEK requests final approval and allowance be made to it in the sum of $157,754.00 as compensation for necessary professional services rendered to the Debtors for the Final Fee Period, and the sum of $0.00 for reimbursement of actual necessary costs and expenses incurred for the Final Fee Period, and the Court grant such other and further relief as is just and proper.

Dated: New York, New York
        January 26, 2011

ZEICHNER ELLMAN & KRAUSE LLP

Jantra Van Roy
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 223-0400
Facsimile: (212) 753-0396

Ordinary Course Professional for Debtors
and Debtors in Possession

3

## VERIFICATION

STATE OF NEW YORK    )
                     )    SS:
COUNTY OF NEW YORK   )

Jantra Van Roy, Esq., after being duly sworn according to law, deposes and says:

1.    I am a partner in the applicant firm, Zeichner Ellman & Krause LLP ("ZEK"), and have been admitted to the bar of the State of New York since 1996.

2.    I have personally performed many of the legal services rendered by ZEK as outside corporate counsel for the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

SWORN TO AND SUBSCRIBED before me this $\underline{26}$ day of January __2011.

Notary Public
My Commission Expires: $\underline{6/30/14}$

> MICHAEL W. ANTONIVICH
> Notary Public, State of New York
> No. 01AN4762190
> Qualified in Nassau County
> Commission Expires June 30, 20$\underline{14}$

2