IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |

-------------------------------------------------------------- x

## SUMMARY OF THIRD MONTHLY AND FINAL FEE APPLICATION OF ROBERT J. HOPP & ASSOCIATES, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTHLY PERIODS FROM AUGUST 6, 2007 TO SEPTEMBER 30, 2007, NOVEMBER 2007, AND JANUARY 1, 2008 TO APRIL 10, 2008 AND THE FINAL PERIOD FROM AUGUST 6, 2007 THROUGH APRIL 10, 2008

| | |
|---|---|
| Name of Applicant: | Robert J. Hopp & Associates, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| *Date of Retention:* | *Effective as of August 6, 2007* |
| Monthly Period for Which Compensation Reimbursement is Sought | August 6, 2007 to September 30, 2007, November 2007, and January 1, 2008 to April 10, 2008 |
| Monthly Amount of Compensation Sought As Actual, Reasonable and Necessary: | $12,973.25 |
| Monthly Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary | $29,176.42 |
| Period for Which Final Compensation and/or Reimbursement is Sought: | August 6, 2007 through April 10, 2008 |
| Amount of Final Compensation Sought as Actual, Reasonable, and Necessary: | $50,653.25 |
| Amount of Final Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $173,653.64 |

This is an: __X_ interim _X_ final fee application.
This application includes 0.00 hours incurred in connection with the preparation of Monthly Fee Applications.

## PRIOR APPLICATIONS

| Date Filed Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 3012 | 10/1/2007-10/31/2007 | $15,580.00 | $72,204.52 | $15,580.00 | $72,204.52 |
| 5077 | 12/1/2007-12/31/2007 | $22,100.00 | $72,272.70 | $22,100.00 | $72,272.70 |
| Included Herein | 8/1/2007-8/31/2007 | $473.25 | $1770.75 | Pending | Pending |
| Included Herein | 9/1/2007-9/30/2007 | $2,400.00 | $10,239.66 | Pending | Pending |
| Included Herein | 11/1/2007-11/30/2007 | $1,850.00 | $4,455.97 | Pending | Pending |
| Included Herein | 1/1/2008-1/31/2008 | $2,900.00 | $1,216.16 | Pending | Pending |
| Included Herein | 2/1/2008-2/28/2008 | $5,350.00 | $7,559.92 | Pending | Pending |
| Included Herein | 3/1/2008-3/31/2008 | $0.00 | $1,551.06 | Pending | Pending |
| Included Herein | 4/1/2008-4/10/2008 | $0.00 | $2,382.90 | Pending | Pending |
| TOTAL | | $50,653.25 | $173,653.64 | $37,680.00 | $144,477.22 |

YCST01:10652356.1    066585.1001

### *INTERIM COMPENSATION BY PROJECT CATEGORY*

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure Related Work | N/A (All Flat Fee Work) | **$12,973.25** |
| **TOTALS** | N/A | **$12,973.25** |

### *INTERIM EXPENSES*

| Expenses | | Total Expenses ($) |
|---|---|---|
| Foreclosure Related Expenses | | **$29,176.42** |

066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                                          :   Chapter 11
                                                :
                                                :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                          :
HOLDINGS, INC., a Delaware corporation, et al., [1]   :   Jointly Administered
                                                :
Debtors.                                        :
                                                x

---------------------------------------------------------------- 

**THIRD MONTHLY AND FINAL FEE APPLICATION OF ROBERT J. HOPP &
ASSOCIATES, LLC FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE MONTHLY PERIODS FROM
AUGUST 6, 2007 TO SEPTEMBER 30, 2007, NOVEMBER 2007, AND
JANUARY 1, 2008 TO APRIL 10, 2008 AND THE FINAL PERIOD
<u>FROM AUGUST 6, 2007 THROUGH APRIL 10, 2008</u>**

Pursuant to sections 105 and 330 of title 11 of the United States Code (the

"Bankruptcy Code"), Robert J. Hopp & Associates, LLC ("the Firm") hereby applies to this

Court for an Order awarding it (i) compensation in the amount of $12,973.25 together with

reimbursement for actual and necessary expenses incurred in the amount of $29,176.42 for the monthly

periods from August 6, 2007 to September 30, 2007, November 2007, and January 1, 2008 to April 10,

2008 (the "Monthly Fee Periods") and (ii) on a final basis, reasonable compensation for professional

legal services rendered as foreclosure service provider for the Debtors and Debtors-in-Possession

in the ordinary course of their business (collectively, the "Debtors") in the amount of $50,653.25,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland
corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a
Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a
New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company
(1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New
York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

together with reimbursement for actual and necessary expenses incurred in the amount of

$173,653.64 for the period commencing August 6, 2007 through and including April 10, 2008

(the "Final Fee Period").  In support of this application (the "Application"), the Firm respectfully

represents as follows:

       1.    The Firm was employed to represent the Debtors as a professional in the

ordinary course of the Debtors' business.  The Firm's retention was approved through the Order

Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule

2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the

Debtors' Business Nunc Pro Tunc to Petition Date [D.I. 643], and the Order Modifying Existing

Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure

Professionals and Real Estate Brokers Utilized in the Ordinary Course and Granting Limited

Nunc Pro Tunc Relief [D.I. 2985], (collectively, the "OCP Orders").  The Firm submitted a first

monthly fee application [D.I. 3012] and second monthly fee application [D.I. 5077] (the "Fee

Applications") to the Court because the Firm exceeded the monthly caps provided in the OCP

Orders.

       2.    The Firm is now including additional fees and expenses incurred during the

Monthly Fee Periods out of an abundance of caution because such fees and expenses remain

outstanding to date.

       3.    Additionally, the Firm is submitting this Application for final approval of

the fees and expenses as set forth in the monthly fee Applications previously submitted, as

referenced above, and those submitted herein.  All services for which compensation is requested

by the Firm were performed for or on behalf of the Debtors.

7

## SUMMARY OF SERVICES RENDERED AND DISBURSEMENTS DURING THE MONTHLY FEE PERIODS

4.      Attached hereto as Exhibit A is a detailed statement of fees and expenses incurred during the Monthly Fee Period, showing the amounts of $12,973.25 and $29,176.42, respectively.

5.      The Firm believes that the entries included in Exhibit A are in accordance with the OCP Orders and fair and reasonable as set forth in 11 U.S.C. § 330.

## REQUEST FOR FINAL APPROVAL

6.      By this Application, the Firm seeks final approval of all fees and expenses incurred in this case from August 6, 2007 through April 10, 2008.

7.      Robert J. Hopp & Associates, LLC has previously filed, as well as included herewith, Monthly Fee Applications (the "Monthly Fee Applications") of the Debtors' Professionals for the period October 1, 2007 through April 10, 2008.

8.      By this application, the Firm is requesting final approval of its fees and expenses allowed by the Monthly Fee Applications.  Accordingly, the Firm is seeking final approval of fees in the amount of $50,653.25 and expenses in the amount of $173,653.64.

WHEREFORE, the Firm requests final approval and allowance be made to it in the sum of $224,306.89 as compensation for necessary professional services rendered to the Debtors for the Final Fee Period and for reimbursement of actual necessary costs and expenses

8

incurred for the Final Fee Period, and the Court grant such other and further relief as is just and proper.

Dated: January 28, 2011

ROBERT J. HOPP & ASSOCIATES, LLC

/s/ Cynthia M. Treadwell # 28868
Cynthia M. Treadwell (No. 28868)
Robert J. Hopp (No. 26818)
333 W. Colfax Ave., Suite 400
Denver, Colorado 80204
Telephone:  (303) 788-9600
Facsimile: (303) 788-9698

9

066585.1001

**EXHIBIT A**

| FEES | | | | |
|---|---|---|---|---|
| **Action Date** | **Invoice No.** | **Loan/Acct. No.** | **Description of Service** | **Amount** |
| 8/31/2007 | 2467 | 100137317/Green | Atty Fees – Foreclosure | 473.25 |
| 9/5/2007 | 2454 | 1001062412/Carlson | Atty Fees – Foreclosure | 800.00 |
| 9/5/2007 | 2456 | 1001314461/Krueger | Atty Fees – Foreclosure | 800.00 |
| 9/20/2007 | 3088 | 1001349882/Lickner | Atty Fees – Foreclosure | 800.00 |
| 11/3/2007 | 3124 | 1000658578/Guerena | Atty Fees – Foreclosure | 800.00 |
| 11/4/2007 | 3131 | 1001222473/McDonald | Atty Fees – Foreclosure | 800.00 |
| 11/4/2007 | 3131 | 1001222473/McDonald | Atty Fees – Foreclosure (client requested set aside of sale) | 250.00 |
| 1/16/2008 | 3482 | 1001256259/Boyer | Atty Fees – Foreclosure | 800.00 |
| 1/16/2008 | 4145 | 1001347063/Kopriva | Atty Fees – Foreclosure | 800.00 |
| 1/17/2008 | 3542 | 1001549033/Campbell | Atty Fees – Foreclosure | 800.00 |
| 1/17/2008 | 3547 | 1000856314/Alonzo | Atty Fees – Eviction | 250.00 |
| 1/17/2008 | 3552 | 1000708862/Jameis. . . | Atty Fees – Eviction | 250.00 |
| 2/1/2008 | 3520 | 1000774045/Persampire | Atty Fees – Eviction | 250.00 |
| 2/1/2008 | 3521 | 100110205/Schilling | Atty Fees – Eviction | 250.00 |
| 2/1/2008 | 3522 | 1001153809/Salgar | Atty Fees – Eviction | 250.00 |
| 2/6/2008 | 4149 | 1001122236/Schick | Atty Fees – Foreclosure | 800.00 |
| 2/7/2008 | 3537 | 1001268132/Schlick | Atty Fees – Foreclosure | 800.00 |
| 2/7/2008 | 3539 | 1001011431/Jameis. . . | Atty Fees – Eviction | 250.00 |
| 2/7/2008 | 3540 | 1001139080/Ogbum | Atty Fees – Eviction | 250.00 |
| 2/19/2008 | 3566 | 1001091960/Adams | Atty Fees – Foreclosure | 800.00 |
| 2/21/2008 | 3581 | 1001663019/Seibel | Atty Fees – MFR on junior loan | 650.00 |
| 2/21/2008 | 3584 | 1001122219/Pappas | Atty Fees – Eviction | 250.00 |
| 2/21/2008 | 3939 | 1000657110/Duffy | Atty Fees – Foreclosure | 800.00 |

**TOTAL FEES: $12,973.25**

| EXPENSES | | | | |
|---|---|---|---|---|
| **Action Date** | **Invoice No.** | **Loan/Acct. No.** | **Description of Service** | **Amount** |
| 8/21/2007 | 2349 | 1000690925/Zhang | Court Filing Fee | 154.00 |
| 8/21/2007 | 2349 | 1000690925/Zhang | Public Trustee Fees | 350.00 |
| 8/21/2007 | 2349 | 1000690925/Zhang | Statutory Mailing Fee | 111.00 |
| 8/21/2007 | 2349 | 1000690925/Zhang | Title Costs | 1,131.00 |
| 8/21/2007 | 2349 | 1000690925/Zhang | Certified Deed of Trust Copies | 24.75 |
| 9/5/2007 | 2454 | 1001062412/Carlson | Public Trustee Fees | 243.86 |
| 9/5/2007 | 2454 | 1001062412/Carlson | Title Costs | 100.00 |
| 9/5/2007 | 2454 | 1001062412/Carlson | Recording Fee – PT Deed | 36.00 |
| 9/5/2007 | 2456 | 1001314461/Krueger | Public Trustee Fees | 1,259.00 |
| 9/5/2007 | 2456 | 1001314461/Krueger | Court Filing Fees | 154.00 |
| 9/5/2007 | 2456 | 1001314461/Krueger | Certified Deed of Trust Copies | 26.00 |
| 9/5/2007 | 2456 | 1001314461/Krueger | Title Costs | 676.00 |
| 9/5/2007 | 2456 | 1001314461/Krueger | Title Costs Update Fee | 100.00 |
| 9/5/2007 | 2456 | 1001314461/Krueger | Statutory Mailing Fee | 111.00 |

| 9/5/2007 | 2456 | 1001314461/Krueger | Recording Fee – PT Deed | 42.00 |
| 9/6/2007 | 2829 | 1001714196/Bradshaw | Title Costs | 882.00 |
| 9/6/2007 | 2829 | 1001714196/Bradshaw | Certified Deed of Trust Copies | 23.50 |
| 9/6/2007 | 2829 | 1001714196/Bradshaw | Court Filing Fees | 165.90 |
| 9/6/2007 | 2829 | 1001714196/Bradshaw | Public Trustee Fees | 500.00 |
| 9/6/2007 | 2829 | 1001714196/Bradshaw | Statutory Mailing Fee | 111.00 |
| 9/15/2007 | 2808 | 1000969398/Iekler | Title Costs | 5,552.00 |
| 9/20/2007 | 3088 | 1001349882/Lickner | Public Trustee Fees | 157.40 |
| 9/20/2007 | 3088 | 1001349882/Lickner | Title Costs Update Fee | 100.00 |
| 11/3/2007 | 3124 | 1000658578/Guerena | Title Costs Update Fee | 100.00 |
| 11/3/2007 | 3124 | 1000658578/Guerena | Court Filing Fees | 11.50 |
| 11/4/2007 | 3131 | 1001222473/McDonald | Public Trustee Fees | 440.47 |
| 11/4/2007 | 3131 | 1001222473/McDonald | Title Costs | 2,228.00 |
| 11/4/2007 | 3131 | 1001222473/McDonald | Title Costs Update Fee | 100.00 |
| 11/4/2007 | 3131 | 1001222473/McDonald | Court Filing Fees | 154.00 |
| 11/4/2007 | 3131 | 1001222473/McDonald | Statutory Mailing Fee | 125.00 |
| 11/4/2007 | 3131 | 1001222473/McDonald | Certified Deed of Trust Copies | 28.50 |
| 11/4/2007 | 3131 | 1001222473/McDonald | Court Filing Fees-District Court for set aside of sale) | 15.00 |
| 11/4/2007 | 3131 | 1001222473/McDonald | Recording Fee | 36.00 |
| 11/13/2007 | 3186 | 1000911612/DelRio | Title Costs | 1,184.00 |
| 11/13/2007 | 3186 | 1000911612/DelRio | Certified Deed of Trust Copies | 33.50 |
| 1/10/2008 | 3461 | 1000637006/Dunn | MFR Court Filing Fee | 150.00 |
| 1/16/2008 | 3482 | 1001256259/Boyer | Public Trustee Fees | 97.16 |
| 1/16/2008 | 3482 | 1001256259/Boyer | Recording Fee | 36.00 |
| 1/16/2008 | 4145 | 1001347063/Kopriva | Public Trustee Fees | 186.00 |
| 1/16/2008 | 4145 | 1001347063/Kopriva | Title Costs Update Fee | 100.00 |
| 1/16/2008 | 4145 | 1001347063/Kopriva | Recording Fee – PT Deed | 36.00 |
| 1/17/2008 | 3542 | 1001549033/Campbell | Public Trustee Fees | 21.00 |
| 1/17/2008 | 3542 | 1001549033/Campbell | Title Costs Update Fee | 100.00 |
| 1/17/2008 | 3547 | 1000856314/Alonzo | Eviction Filing Fee | 65.00 |
| 1/17/2008 | 3547 | 1000856314/Alonzo | Process Service Fees-Demand | 30.00 |
| 1/17/2008 | 3547 | 1000856314/Alonzo | Process Service Fees-Complaint | 30.00 |
| 1/17/2008 | 3547 | 1000856314/Alonzo | Process Service Fees-Writ | 30.00 |
| 1/17/2008 | 3547 | 1000856314/Alonzo | Process Service Fees-Sheriff | 60.00 |
| 1/17/2008 | 3552 | 1000708862/Jameis. . . | Eviction Filing Fee | 65.00 |
| 1/17/2008 | 3552 | 1000708862/Jameis. . . | Process Service Fees-Demand | 30.00 |
| 1/17/2008 | 3552 | 1000708862/Jameis. . . | Process Service Fees-Complaint | 30.00 |
| 1/17/2008 | 3552 | 1000708862/Jameis. . . | Process Service Fees-Writ | 30.00 |
| 1/17/2008 | 3552 | 1000708862/Jameis. . . | Process Service Fees-Sheriff | 120.00 |
| 2/1/2008 | 3520 | 1000774045/Persampire | Eviction Filing Fee | 71.85 |
| 2/1/2008 | 3520 | 1000774045/Persampire | Process Service Fees-Demand | 30.00 |
| 2/1/2008 | 3520 | 1000774045/Persampire | Process Service Fees-Complaint | 30.00 |
| 2/1/2008 | 3521 | 100110205/Schilling | Eviction Filing Fee | 65.00 |
| 2/1/2008 | 3521 | 100110205/Schilling | Process Service Fees-Demand | 30.00 |
| 2/1/2008 | 3521 | 100110205/Schilling | Process Service Fees-Complaint | 30.00 |
| 2/1/2008 | 3521 | 100110205/Schilling | Process Service Fees-Writ | 30.00 |
| 2/1/2008 | 3521 | 100110205/Schilling | Process Service Fees-Sheriff | 120.00 |
| 2/1/2008 | 3522 | 1001153809/Salgar | Process Service Fees-Demand | 30.00 |
| 2/1/2008 | 3522 | 1001153809/Salgar | Process Service Fees-Complaint | 30.00 |
| 2/6/2008 | 3527 | 1000637006/Dunn | Title Costs | 764.00 |
| 2/6/2008 | 3529 | 1000515629/Alamos | Title Costs | 1,205.63 |
| 2/6/2008 | 3532 | 1001044983/Whita. . . | Title Costs | 1,346.00 |
| 2/6/2008 | 3532 | 1001044983/Whita. . . | Public Trustee Fees | 400.00 |

11

| 2/6/2008 | 3532 | 1001044983/Whita. . . | Statutory Mailing Fee | 67.05 |
|---|---|---|---|---|
| 2/6/2008 | 4149 | 1001122236/Schick | Public Trustee Fees | 16.48 |
| 2/6/2008 | 4149 | 1001122236/Schick | Title Costs Update Fee | 100.00 |
| 2/6/2008 | 4149 | 1001122236/Schick | Recording Fee | 42.00 |
| 2/7/2008 | 3537 | 1001268132/Schlick | Public Trustee Fees | 85.32 |
| 2/7/2008 | 3537 | 1001268132/Schlick | Title Costs | 100.00 |
| 2/7/2008 | 3539 | 1001011431/Jameis. . . | Eviction Filing Fee | 71.85 |
| 2/7/2008 | 3539 | 1001011431/Jameis. . . | Process Service Fees-Demand | 30.00 |
| 2/7/2008 | 3539 | 1001011431/Jameis. . . | Process Service Fees-Complaint | 30.00 |
| 2/7/2008 | 3539 | 1001011431/Jameis. . . | Process Service Fees-Writ | 30.00 |
| 2/7/2008 | 3539 | 1001011431/Jameis. . . | Process Service Fees-Sheriff | 48.90 |
| 2/7/2008 | 3540 | 1001139080/Ogbum | Eviction Filing Fee | 71.85 |
| 2/7/2008 | 3540 | 1001139080/Ogbum | Process Service Fees-Demand | 50.00 |
| 2/7/2008 | 3540 | 1001139080/Ogbum | Process Service Fees-Complaint | 50.00 |
| 2/7/2008 | 3540 | 1001139080/Ogbum | Co-Counsel Remote Area Court Appearance Fee | 100.00 |
| 2/19/2008 | 3566 | 1001091960/Adams | Public Trustee Fees | 29.88 |
| 2/19/2008 | 3566 | 1001091960/Adams | Title Costs | 100.00 |
| 2/19/2008 | 3566 | 1001091960/Adams | Recording Fee | 36.00 |
| 2/21/2008 | 3581 | 1001663019/Seibel | MFR Court Filing Fee | 150.00 |
| 2/21/2008 | 3584 | 1001122219/Pappas | Eviction Filing Fee | 72.00 |
| 2/21/2008 | 3584 | 1001122219/Pappas | Process Service Fees-Demand | 65.00 |
| 2/21/2008 | 3584 | 1001122219/Pappas | Process Service Fees-Complaint | 65.00 |
| 2/21/2008 | 3935 | 1001267018/Czech | Title Costs Update Fee | 100.00 |
| 2/21/2008 | 3935 | 1001267018/Czech | Recording Fee | 36.00 |
| 2/21/2008 | 3939 | 1000657110/Duffy | Public Trustee Fees | 500.00 |
| 2/21/2008 | 3939 | 1000657110/Duffy | Statutory Mailing Fee | 111.00 |
| 2/21/2008 | 3939 | 1000657110/Duffy | Title Costs Update Fee | 100.00 |
| 2/21/2008 | 3939 | 1000657110/Duffy | Public Trustee Fees | 65.15 |
| 2/27/2008 | 4221 | 1001231596/Riley | Process Service Fees-Writ | 90.00 |
| 2/27/2008 | 4221 | 1001231596/Riley | Process Service Fees-Sheriff | 163.96 |
| 3/18/2008 | 4169 | 1001166564/Hodge | Title Costs | 1,029.00 |
| 3/18/2008 | 4169 | 1001166564/Hodge | Public Trustee Fees | 467.56 |
| 3/18/2008 | 4169 | 1001166564/Hodge | Statutory Mailing Fee | 54.50 |
| 4/1/2008 | 4228 | 1000969398/Ikler | Eviction Filing Fee | 65.00 |
| 4/9/2008 | 4184 | 1001227154/Martinez | Title Costs | 1,645.00 |
| 4/9/2008 | 4184 | 1001227154/Martinez | Public Trustee Fees | 300.00 |
| 4/9/2008 | 4184 | 1001227154/Martinez | Statutory Mailing Fee | 107.00 |
| 4/9/2008 | 4184 | 1001227154/Martinez | Court Filing Fees | 165.90 |
| 4/9/2008 | 4184 | 1001227154/Martinez | Title Costs Update Fee | 100.00 |

**TOTAL EXPENSES: $29,176.42**

12

# VERIFICATION

STATE OF COLORADO    )
                                 )    SS:
COUNTY OF DENVER    )

        Robert J. Hopp, Esquire, after being duly sworn according to law, deposes and says:

        1.     I am a the Managing Partner in the applicant firm, (the "Firm") and have been admitted to the bar of the State of Colorado since May 1996.

        2.     I have personally performed many of the legal services rendered by the Firm as foreclosure professional for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the firm.

        3.     The services and expenses were performed and incurred within the months subject to the foregoing Application.

        3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                                       Robert J. Hopp, Colorado Bar No. 26818

SWORN TO AND SUBSCRIBED
before me this day of January, 2011.

Notary Public – Denise K. Downs
My Commission Expires: 7-11-2014