IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AMERICAN HOME MORTGAGE | § | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | § | |
| et al., | § | (Jointly Administered) |
| | § | |
| | § | |
| | § | |
| Debtors. | § | |

## LOAN FILE RETURN DECLARATION OF CHRISTIAN T. GRECO ON BEHALF OF CERTAIN JPM LITIGATION DEFENDANTS

I, Christian T. Greco, state as follows:

1.  I am an authorized signatory of J.P. Morgan Chase & Co., J.P. Morgan Acceptance Corporation I, J.P. Morgan Mortgage Acquisition Corp., J.P. Morgan Securities LLC, Structured Asset Mortgage Investments II, Inc., Bear Stearns Asset Backed Securities I, LLC and SACO I Inc. (collectively, the "JPM Litigation Defendants") and am located at 245 Park Avenue, 12th Floor, NY, NY 10017. I make this Loan File Return Declaration[1] pursuant to the Second Order Pursuant to 11 U.S.C. §§ 105, 363, and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [Docket No. 3010] (the "Second Disposition Order").

2.  I have the requisite authority, on behalf of the JPM Litigation Defendants, to make this declaration.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Second Disposition Order.

3. Consistent with the Second Disposition Order, the JPM Litigation Defendants request the Hard Copy Loan Files for the mortgage loans on the list attached hereto as Exhibit A (the "JPM Loan Files").

4. The Plan Trustee has requested verification of the JPM Litigation Defendants' legal entitlement to the JPM Loan Files. I hereby verify that pursuant to certain mortgage loan purchase agreements between certain of the Debtors and the JPM Litigation Defendants, the JPM Litigation Defendants legally owned or were entitled to the JPM Loan Files. Subsequently, pursuant to certain assignment, assumption and recognition agreements and certain pooling and servicing agreements, the JPM Litigation Defendants are believed to have assigned all of their rights and interests in the JPM Loan Files to certain securitization trusts (the "Trusts").

5. The JPM Litigation Defendants are in the process of providing notice to the Trusts of the Plan Trustee's motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Plan Trustee to Destroy or Return All Hard Copy Loan Files, dated December 22, 2010 [D.I. 9591] (the "Motion"). In the meantime, the JPM Litigation Defendants are willing to take custodianship of the JPM Loan Files and maintain such files in accordance with applicable consumer privacy laws.

6. The JPM Litigation Defendants request that the Plan Trustee deliver the JPM Loan Files to: Annette C. Rizzi, JPMorgan Chase & Co., 1 Chase Manhattan Plaza, 26th Floor, New York, NY 10005 or to such representative of the Trusts as it may subsequently identify. Upon delivery of the JPM Loan Files, the recipient will remit to the Plan Trustee the Shipping Costs.

7. The JPM Litigation Defendants acknowledge that the Shipping Costs are subject to increase upon further order of the Court.

8. The JPM Litigation Defendants reserve the right to supplement this Loan File Return Declaration. Nothing herein shall be deemed a waiver of any of the JPM Litigation Defendants' rights or the rights of its affiliates and/or subsidiaries to submit additional Loan File Return Declarations or any other responses, objections, or loan file or information requests in connection with the Second Disposition Order or otherwise. Further, nothing herein shall be deemed to relieve the Plan Trustee of its own obligations to retain documents, including documents that may be relevant to litigation of which it has been notified.

I SOLEMNLY Declare, pursuant to 28 U.S.C. § 1746, under penalties of perjury, that the foregoing is true and correct.

EXECUTED this 26th day of January, 2011.

_____
Christian T. Greco
Authorized Signatory

# **<u>Exhibit A</u>**

(Provided to counsel for the Plan Trustee in electronic format
due to the voluminous nature of the mortgage loan numbers)