IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AMERICAN HOME MORTGAGE | § | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | § | |
| et al., | § | (Jointly Administered) |
| | § | |
| | § | |
| | § | |
| Debtors. | § | |

## LOAN FILE RETURN DECLARATION OF THOMAS TARANTINO ON BEHALF OF A JPM LITIGATION DEFENDANT

I, Thomas Tarantino, state as follows:

1. I am an authorized signatory of EMC Mortgage Corporation ("JPM Litigation Defendant") and am located at 383 Madison Avenue, 8th Floor, NY, NY 10179. I make this Loan File Return Declaration[1] pursuant to the Second Order Pursuant to 11 U.S.C. §§ 105, 363, and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [Docket No. 3010] (the "Second Disposition Order").

2. I have the requisite authority, on behalf of the JPM Litigation Defendant, to make this declaration.

3. Consistent with the Second Disposition Order, the JPM Litigation Defendant requests the Hard Copy Loan Files for the mortgage loans on the list attached hereto as Exhibit A (the "JPM Loan Files").

4. The Plan Trustee has requested verification of the JPM Litigation Defendant's legal entitlement to the JPM Loan Files. I hereby verify that pursuant to certain mortgage loan

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Second Disposition Order.

purchase agreements between certain of the Debtors and the JPM Litigation Defendant, the JPM Litigation Defendant legally owned or was entitled to the JPM Loan Files. Subsequently, pursuant to certain assignment, assumption and recognition agreements and certain pooling and servicing agreements, the JPM Litigation Defendant is believed to have assigned all of its rights and interests in the JPM Loan Files to certain securitization trusts (the "Trusts").

5. The JPM Litigation Defendant is in the process of providing notice to the Trusts of the Plan Trustee's motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Plan Trustee to Destroy or Return All Hard Copy Loan Files, dated December 22, 2010 [D.I. 9591] (the "Motion"). In the meantime, the JPM Litigation Defendant is willing to take custodianship of the JPM Loan Files and maintain such files in accordance with applicable consumer privacy laws.

6. The JPM Litigation Defendant requests that the Plan Trustee deliver the JPM Loan Files to: Lynn B. Mesuk, J.P. Morgan, 245 Park Avenue, New York, New York 10167 or to such representative of the Trusts as it may subsequently identify. Upon delivery of the JPM Loan Files, the recipient will remit to the Plan Trustee the Shipping Costs.

7. The JPM Litigation Defendant acknowledges that the Shipping Costs are subject to increase upon further order of the Court.

8. The JPM Litigation Defendant reserves the right to supplement this Loan File Return Declaration. Nothing herein shall be deemed a waiver of any of the JPM Litigation Defendant's rights or the rights of its affiliates and/or subsidiaries to submit additional Loan File Return Declarations or any other responses, objections, or loan file or information requests in connection with the Second Disposition Order or otherwise. Further, nothing herein shall be

deemed to relieve the Plan Trustee of its own obligations to retain documents, including documents that may be relevant to litigation of which it has been notified.

I SOLEMNLY declare, pursuant to 28 U.S.C. § 1746, under penalties of perjury, that the foregoing is true and correct.

EXECUTED this 26th day of January, 2011.

_____
Thomas Tarantino
Authorized Signatory

3

# **<u>Exhibit A</u>**

(Provided to counsel for the Plan Trustee in electronic format
due to the voluminous nature of the mortgage loan numbers)