IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation,<br>et al.,<br><br>Debtors. | § Chapter 11<br>§<br>§ Case No. 07-11047 (CSS)<br>§<br>§ (Jointly Administered)<br>§<br>§<br>§<br>§ |

**LOAN FILE RETURN DECLARATION OF NANCY S. ULLERICH ON BEHALF OF WASHINGTON MUTUAL MORTGAGE SECURITIES CORP.**

I, Nancy S. Ullerich, state as follows:

1. I am a First Vice President of Washington Mutual Mortgage Securities Corp. ("WMMSC") and am located at 2210 Enterprise Drive, Florence, South Carolina, 29501. I have been asked to make a Loan File Return Declaration[1] and informed that the request was made pursuant to the Second Order Pursuant to 11 U.S.C. §§ 105, 363, and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [Docket No. 3010] (the "Second Disposition Order").

2. I have the authority, on behalf of WMMSC, to make this declaration.

3. WMMSC hereby requests the Hard Copy Loan Files for the mortgage loans on the list attached hereto as Exhibit A (the "WMMSC Loan Files").

4. I have been informed that the American Home Mortgage Plan Trustee has requested verification of WMMSC's legal entitlement to the WMMSC Loan Files. I have reviewed a sample of WMMSC's form mortgage loan purchase agreements with American Home Mortgage

---

[1] I understand that capitalized terms used but not otherwise defined in this declaration have the meanings ascribed to them in the Second Disposition Order.

and understand that pursuant to those agreements WMMSC owned or was entitled to the WMMSC Loan Files. Subsequently, pursuant to certain pooling and servicing agreements, WMMSC assigned its rights and interests in the WMMSC Loan Files to certain securitization trusts (the "Trusts").

5.     I am informed and therefore believe that WMMSC is in the process of providing notice to the Trusts of the Plan Trustee's motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Plan Trustee to Destroy or Return All Hard Copy Loan Files, dated December 22, 2010 [D.I. 9591]. In the meantime, WMMSC is willing to take custody of the WMMSC Loan Files and maintain such files consistent with applicable consumer privacy laws.

6.     WMMSC therefore requests that the Plan Trustee deliver the WMMSC Loan Files to: Nancy S. Ullerich, Washington Mutual Mortgage Securities Corp., 2210 Enterprise Drive, Florence, South Carolina, 29501 or to such representative of the Trusts as WMMSC may subsequently identify. Upon delivery of the WMMSC Loan Files, the recipient will remit to the Plan Trustee the Shipping Costs.

7.     I have been informed and therefore understand and acknowledge on behalf of WMMSC that the Shipping Costs are subject to increase upon further order of the Court.

8.     WMMSC reserves the right to supplement this Loan File Return Declaration. Nothing herein shall be deemed a waiver of WMMSC's rights or the rights of its parent, affiliates and/or subsidiaries to submit additional Loan File Return Declarations or any other responses, objections, or loan file or information requests in connection with the Second Disposition Order or otherwise. Further, nothing herein shall be deemed to relieve the Plan Trustee of its own obligations to retain documents, including documents that may be relevant to litigation of which it has been notified.

I SOLEMNLY Declare, pursuant to 28 U.S.C. § 1746, under penalties of perjury, that the foregoing is true and correct.

EXECUTED this 26th day of January, 2011.

                                                        Nancy S. Ullerich
                                                       Authorized Signatory

# Exhibit A

American Home Mortgage Loan Numbers:

5303115470
5303115538
5303115579
5303115629
5303115967
5303116247
5303116270
5303116379
5303117229
5303117492
5303117799
5303117831
5303117864
5303117930