IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047(CSS) |
| HOLDINGS, INC., a Delaware | ) | |
| Corporation, et al., | ) | Jointly Administered |
| | ) | |
| | ) | Courtroom 6 |
| | ) | 824 Market Street |
| Debtors. | ) | Wilmington, Delaware |
| | ) | |
| | ) | January 24, 2011 |
| | ) | 11:00 a.m. |


TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Steven D. Sass,
    Liquidating Trustee: Young Conaway Stargatt & Taylor, LLP
                         BY: SEAN M. BEACH, ESQ.
                         BY: MARGARET GREECHER, ESQ.
                         The Brandywine Building
                         1000 West Street, 17th Floor
                         P.O. Box 391
                         Wilmington, Delaware 19899
                         (302) 571-6600
                              -AND-
                         Hahn & Hessen, LLP
                         BY: MARK S. INDELICATO, ESQ.
                         488 Madison Avenue
                         New York, New York, 10022
                         (212) 478-7200
                              -AND-
                          Rosenthal Monhait & Goddess, P.A.
                          BY: NORMAN M. MONHAIT, ESQ.
                          919 Market Street, Suite 1401
                          Wilmington, Delaware 19899-1070
                          (302) 656-4433

ECRO:                    NICKITA BARKSDALE

Transcription Service:   DIAZ DATA SERVICES
                         331 Schuylkill Street
                         Harrisburg, Pennsylvania 17110
                         (717) 233-6664
                         www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

```
 1   APPEARANCES:
     (Continued)
 2
     For Bank of America:          Potter, Anderson & Corroon
 3                                 BY: R. STEPHEN McNEILL, ESQ.
                                   Hercules Plaza
 4                                 1313 North Market Street
                                   6th Floor
 5                                 Wilmington, Delaware 19801
                                   (302) 984-6000
 6
     For Triad Guaranty Ins. Co:   Cozen O'Connor
 7                                 BY: BARRY M. KLAYMAN, ESQ.
                                   Chase Manhattan Centre
 8                                 1201 North Market Street
                                   Suite 1400
 9                                 Wilmington, Delaware 19801
                                   (302) 295-2000
10
     For Florence Dandridge:       Staten Island Legal Services
11                                 BY: MARGARET BECKER, ESQ.
                                   36 Richmond Terrace
12                                 Suite 205
                                   Staten Island, New York 10301
13                                 (718) 233-6480

14

15

16

17

18

19

20

21

22

23

24

25
```

1    WILMINGTON, DELAWARE, MONDAY, JANUARY 24, 2011 11:13 A.M.

2            THE CLERK:  All rise.

3            THE COURT:  Please be seated.

4            Good morning.

5            ALL PARTIES:  Good morning, Your Honor.

6            MR. INDELICATO:  Good morning, Your Honor.  Mark

7    Indelicato from Hahn & Hessen on behalf of the liquidating

8    trustee.

9            Your Honor, today is one of our first hearings as

10   a liquidating trustee.  The most notable difference is I'm

11   on the wrong side of the room.  I'm now representing the

12   liquidating trustee.  We have with us Steve Sass, who is the

13   liquidating trustee.

14           We wanted to give Your Honor a small update as to

15   where we're going with the case.  We know this has been a

16   Chapter 11 that's been going on for some period of time.

17   The case went effective November 30 after a confirmation

18   that occurred almost 18 months prior to that.  Your Honor,

19   what we wanted to make the Court aware of is that we have

20   not been sitting idly by while the case has been pending its

21   effective date.  There is a matter later on in your calendar

22   that has been adjourned.  It's an adversary proceeding.  We

23   hope to inform Your Honor later on, in the coming weeks,

24   that that has been resolved.  The liquidating trustee got in

25   right away, and hopefully we will have resolved that.

1          Also, he got involved, prior to going effective,

2    in order to get a sense of what was going on and worked

3    diligently in the claims resolution process, both on an

4    unsecured and a priority and administrative basis.  Our

5    administrative bar date will -- has expired.  The final fee

6    applications are due at the end of the month, and so Mr.

7    Sass is working towards getting all administrative and

8    priority claims resolved and hopefully making a distribution

9    as soon as he can in 2011.  He is working, as Your Honor

10   will hear shortly, in getting rid of issues, including

11   documents and dealing with the issues related to borrowers.

12          So with that, Your Honor, unless you have any

13   specific questions, I'll turn it over for the main piece of

14   the action today.

15          THE COURT:  Okay.  Thank you.

16          MR. BEACH:  Good morning, Your Honor.  May it

17   please the Court, Sean Beach from Young Conaway Stargatt &

18   Taylor on behalf of the liquidating trustee.

19          Your Honor, the -- there are a number of items on

20   the agenda today, but most of them have been either

21   adjourned or resolved, and I believe item number 24 on the

22   agenda was a claim objection that was submitted under

23   certification of counsel.  When I spoke with Ms.

24   Gadsden (ph) on Friday, she had indicated that she believed

25   Your Honor had already signed that Order, so I don't believe

1  there's -- I haven't seen it hit the docket, which is the

2  only reason I am pausing at all on that one.

3         THE COURT:  I seem to think I did as well, but if

4  you have an extra copy, let me sign it and -- if you have

5  one with you, the Order.

6         MR. BEACH:  I --

7         THE COURT:  No?

8         MR. BEACH:  I don't, Your Honor.

9         THE COURT:  All right.

10        MR. BEACH:  I'll -- I -- it'll probably hit the

11 docket today.  If it doesn't, we'll submit one under a

12 certification --

13        THE COURT:  I --

14        MR. BEACH:  -- of counsel.

15        THE COURT:  I -- listen, I trust Ms. Gadsden, so

16 I'm sure it'll hit the docket soon.

17        MR. BEACH:  Okay.  Thank you, Your Honor.

18        And then, Your Honor, item -- I'm skipping two

19 items.  Item number 26 on the agenda is a status conference

20 with respect to the official committee of all secured

21 creditors versus Deloitte & Touche.  Mr. Indelicato can give

22 you an update on that, if you wish, but we've asked for that

23 to be adjourned, as there is a settlement and principle

24 subject to documentation, and the parties didn't think there

25 was any need to go forward with that pre-trial conference at

1  this time.

2          THE COURT:  All right.  Shall we set a time for

3  the next status conference, then?  I think we should.  That

4  was --

5          MR. BEACH:  Sure, Your Honor.  We'll --

6          THE COURT:  That was a rhetorical question.

7          MR. BEACH:  All right.  We'll --

8          THE COURT:  Let's see.  What have we got here?

9          MR. BEACH:  March 9.

10          THE COURT:  Oops.  No.  I don't -- oh, there they

11  are.  I'm sorry.

12          MR. BEACH:  February --

13          THE COURT:  Yeah, March 9 works.  That's fair.

14  That's fine.

15          MR. BEACH:  Your Honor, there is a hearing on

16  February 10, but --

17          THE COURT:  March 9's better.  That --

18          MR. BEACH:  Okay.  We'll do that, Your Honor.

19          THE COURT:  Obviously, in the interim, if you

20  reach some sort of deal, proceed.

21          MR. BEACH:  We'll do that, Your Honor.

22          Which brings us, Your Honor, to item number 25 in

23  the agenda, which is the plan trustee's motion for an order,

24  pursuant to §§ 105, 363, and 554 in connection with seeking

25  authority to destroy the remaining hard copy loan files that

1    the debtors currently hold.

2                    THE COURT:  Um-hum.

3                    MR. BEACH:  There's approximately 4,100 of those

4    loan files that remain.  As Your Honor will recall, we have

5    had several orders already with lengthy evidentiary hearings

6    in connection with seeking authority to destroy hard copy

7    loan files and have, in -- pursuant to those orders, either

8    returned or destroyed over 54,000 boxes of hard copy loan

9    files.

10                   Now, you may be wondering while we're filing this

11   motion, since we had those prior authorities, but Your

12   Honor, those motions spoke to the hard copy mortgage loan

13   files that we -- that the debtors kept in their main

14   warehouse facility, the ACRC facility in Melville, New York.

15   And why we -- while it was arguable that those orders would

16   have applied to other hard copy loan files that the debtors

17   subsequently got from another storage facility and from some

18   branch offices, the debtors thought -- well, the liquidating

19   trustee thought, out of an abundance of caution, since there

20   was some potential discrepancy in whether the -- or not

21   those prior orders only pertained to the mortgage loan files

22   in that ACRC facility, that it was the prudent move to move

23   for additional relief with respect to the remaining  hard

24   copy loan files.

25                   THE COURT:  Now, was there anything in the

1  previous orders of the Court that specified that it was

2  limited, in any way?

3          MR. BEACH:  Oh, absolutely, Your Honor, in a

4  number of ways.

5          THE COURT:  Not limited in -- let me more

6  specific: limited as to the scope of documents to which it

7  applied?

8          MR. BEACH:  In the orders themselves, I don't

9  believe there was limiting language, but the motion spoke --

10  and part of the urgency at the prior --

11          THE COURT:  I remember --

12          MR. BEACH:  -- at the time --

13          THE COURT:  -- it's that the landlord was about

14  to go belly-up.

15          MR. BEACH:  Right.  So the motions really spoke

16  to that facility.  The order, I don't believe -- Ms.

17  Greecher is going to double check, but I don't believe they

18  specifically spoke to any particular facility.

19          THE COURT:  Um-hum.  And the notices that were

20  provided to parties under the previous orders did not

21  specify the location of the documents either.

22          MR. BEACH:  I don't believe so, Your Honor.

23          THE COURT:  Okay.

24          MR. BEACH:  And there was a publication notice

25  done in connection with that order.  That was part of a

1  resolution with the United States Trustee, who was concerned

2  about borrowers getting notice of the destruction of those

3  hard copy loan files.  And the resolution with the U.S.

4  Trustee at the time was to do a publication notice in *The*

5  *New York Times*, which was done in February of 2008, is my

6  recollection, in addition to numerous notices.  And as Your

7  Honor may recall, we had a loan file declaration request and

8  return protocol that was complied with, and then many months

9  of kind of a two-touch process in looking at the mortgage

10  loan files, figuring out if they go in a return pile or a

11  destroy pile, and then looking at them one more time before

12  those documents were either destroyed or returned.

13          Your Honor, in connection with this hearing,

14  instead of going through that same lengthy evidence again, I

15  would ask Your Honor to take judicial notice of the evidence

16  that was presented in the February 14, 2008 hearing -- it's

17  at Docket -- the transcript is at Docket 3117, and the June

18  25, 2008 hearing, Docket No. 5128 -- because we would ask

19  Your Honor to comply with the same protocol in connection

20  with the destruction of these remaining hard copy loan

21  files.  And just so Your Honor knows what these are or where

22  they came from, there was a storage facility in New Jersey,

23  which is where more than 4,000 of these loan files came

24  from.  It took us quite some time to negotiate with the

25  landlord there and then get access and figure out what these

1    documents were.  We ultimately determined that they

2    substantially all mortgage loan files from 2002 and prior.

3    The reason we know they're of a vintage from 2002 and prior

4    is because no one even touched a document in that warehouse

5    since 2002, and that's the substantial portion of what we

6    have left, in terms of the mortgage loan files.

7            Then, there were 60 boxes of documents that came

8    from a Florida branch office of a more recent vintage.

9    We've done a very small sampling of those -- only 10

10   mortgage loan files -- and all of them are imaged in

11   electronic form, so we believe that a substantial portion of

12   those loan files are also electronically imaged.

13           In addition to that, Your Honor, there are

14   approximately 300 boxes of mortgage loan files that were

15   separated out to be returned to Barclays or Bear Stearns in

16   connection with prior servicing right sales.  Barclays and

17   Bear Stearns have not -- we've tried to return those to

18   Barclays and Bear Stearns a number of times, and they

19   haven't taken those or given us an address as to where they

20   should be shipped, so what we intend to do -- we do believe

21   that those are covered under the prior document-destruction

22   orders for that question, but they're also covered under

23   sale orders, which required us to give them those documents

24   if they wanted them, so our intention is simply to send them

25   a letter, giving them one more chance to get those

1  documents.  If they don't take them, our view, and the

2  letter will make this clear, is that they don't want those

3  documents pursuant to those prior sale orders.

4       Your Honor, in addition to the two transcripts,

5  which I'll ask Your Honor to take judicial notice of, there

6  were two declarations filed: one by the liquidating trustee,

7  Mr. Sass, and one by Mr. Burzenski, who was also a witness

8  in the June 25, 2008 hearing that's been with the company

9  and working on the document return and destruction over the

10  years.  And Your Honor, I would ask that those affidavits be

11  admitted into evidence as well.  My understanding is that

12  the one remaining objector, Ms. Dandridge, at least as of

13  Friday, didn't intend to cross-examine the witnesses, but

14  they are in attendance at the hearing today.

15       THE COURT:  All right.  Let's deal with the

16  evidentiary points.  Is there any objection to the Court

17  taking judicial notice of the evidence that's reflected in

18  the transcripts of the two previous hearings?  I hear none,

19  so the Court will take judicial notice of those documents.

20       Is there any objection to the declarations of Mr.

21  Sass and Burzenski?  And I hear none.  They're admitted into

22  evidence.

23       Obviously, those persons are subject to cross-

24  examination if desired.  Is anybody going to want to cross-

25  examine those witnesses?  And I hear none.  Okay.

1        MR. BEACH:  Thank you, Your Honor.  One moment,

2  Your Honor.  Your Honor, Ms. Greecher has looked through

3  both of the previous document-destruction orders and has

4  confirmed that they're not limited to the ACRC facility, the

5  orders themselves.

6        THE COURT:  Okay.

7        MR. BEACH:  If I may, Your Honor, I think what's

8  best is to run through the formal and informal objections

9  and let Your Honor know what remains.  I think the agenda

10  reflected it, but I'll run quickly through it.

11        Triad filed an objection.  It's at Docket No.

12  9621.  That's been resolved.  They simply wanted to ensure

13  that, as we had agreed with them in the prior orders, that

14  39,000 loans that are Triad insured -- we'll continue to

15  separate those out and not destroy them.

16        THE COURT:  When are you guys going to settle

17  that one?  I think their answer has been extended about 622

18  times.  I mean, are there negotiations ongoing, or what's

19  the status?  I'm fine with the resolution of this issue.

20  I'm just --

21        MR. BEACH:  Yeah.  No, I --

22        THE COURT:  -- pulling something out of --

23        MR. BEACH:  -- understand, Your Honor.  Rather

24  than --

25        THE COURT:  -- right field.

1          MR. BEACH:  Yeah, I mean, rather than me getting

2   ahead of myself, would it be okay if we set that for a

3   status conference and giving Your Honor an update on --

4          THE COURT:  Yeah, next --

5          MR. BEACH:  -- where that litigation --

6          THE COURT:  That would be good.  Next -- either

7   February or March, if I could get an update --

8          MR. BEACH:  Okay.

9          THE COURT:  -- at the hearing as to what's going

10  on.

11         MR. BEACH:  Yeah, we'll do that.

12         THE COURT:  Because I'm inclined not to --

13         MR. BEACH:  Continue, right.

14         THE COURT:  -- continue signing, you know, these

15  endless continuances of even an answer deadline if there's

16  nothing substantive going on and moving the case to a

17  resolution.

18         MR. BEACH:  I understand, Your Honor.

19         The next objection was from Broadhollow Funding,

20  LLC and Melville Funding, LLC.  It's at Docket No. 9629.

21  That has also, I believe, been actually withdrawn, but it's

22  been resolved.  We're going to provide a CD of the requested

23  imaged loan files.  As Your Honor may recall, we sold the

24  equity in both those companies to a subset of the note

25  holders in Broadhollow and Melville.  I believe we actually

1  provided them with an image CD previously, but we're -- to

2  -- out of an abundance of caution, we're going to provide

3  them with a CD of those files.

4          Mr. James Bostic filed an objection.  That's at

5  9644.  Mr. Bostic's loan was not originated by the debtors.

6  It was a loan that was originated in 1977.  The debtors have

7  no files.  I think why Mr. Bostic might be confused is that

8  American Home Mortgage Servicing was servicing his loan, so

9  he, perhaps, could've thought that the American Home --

10          THE COURT:  A 30-year mortgage?  What?  If you

11  know.  I --

12          MR. BEACH:  Yeah, I --

13          THE COURT:  It just --

14          MR. BEACH:  The --

15          THE COURT:  -- seems odd.

16          MR. BEACH:  The underlying litigation is that we

17  haven't provided him -- or the -- not that we haven't

18  provided him, but I think AHM Servicing hasn't provided him

19  with a timely Notice of Satisfaction of his mortgage, and he

20  filed a claim in the bankruptcy case as well.  He filed a

21  claim against American Home Mortgage Corp.  Given the size

22  of the claim, it's a $15,000 unsecured claim, and the

23  distributions in this case, we do not anticipate objecting

24  to the claim, so we believe it's moot on those grounds, too.

25  We have reserved the right simply to reclassify the claim in

1    -- well, to put the claim under Servicing instead of Corp.

2    But that's the underlying issue, as I --

3              THE COURT:  All right.

4              MR. BEACH:  -- understand it.

5              THE COURT:  Is Mr. Bostic present or on the phone

6    or in person?  Well, certainly -- look, if he paid off his

7    mortgage in 2007, not knowing anything about the facts, he

8    certainly should've had a satisfaction, but you know, who

9    knows.  It took me over a year to get my car finance company

10   to actually release the damn title to me after I paid it

11   off, so I'm well aware of those kind of issues.  But

12   actually dealing with the issue before me, I'll overrule the

13   objection.

14             MR. BEACH:  Thank you, Your Honor.

15             The next objection was filed by certain -- the

16   J.P. Morgan Litigation Defendants.  They -- there's certain

17   third-party litigation with J.P. Morgan.  Some of that

18   litigation may pertain to loans that were sold by the

19   debtors to J.P. Morgan.  This matter was listed as going

20   forward.

21             We do have a resolution and principle.

22   Essentially what that resolution is, is that J.P. Morgan has

23   until Wednesday to file a loan file declaration with a list

24   of loans and the attestations that are required generally

25   under the loan file declaration request.  Since J.P. Morgan

1  originally bought these loans but may not currently own the

2  loans, they're not going to declare that they currently own

3  the loans but that they've got some right, either as

4  custodian or legal -- or some other legal right to get

5  copies of these mortgage loan files, and they're agreeing to

6  keep those files as custodian, in connection with the

7  potential litigations that they have ongoing.

8           THE COURT:  Okay.

9           MR. BEACH:  So we believe that -- I -- counsel

10  for J.P. Morgan is in the courtroom today.  He's got most of

11  the list.  I think he's still waiting on a list or two.  We

12  also have agreed language in the order, among counsel.  He's

13  just waiting for confirmation that his client is in

14  agreement with that language, which he expects to get.  So

15  we're hoping to get that by the end of the hearing.  If we

16  don't, then I would ask if we can submit that under

17  certification of counsel later on today --

18           THE COURT:  All right.

19           MR. BEACH:  -- a copy of the order with that

20  language in it.

21           THE COURT:  Does anyone wish to be heard?  No?

22  Okay.  All right.  I'll mark that as resolved.  And yes, you

23  can submit that under certification of counsel.  Would that

24  be as a separate order or --

25           MR. BEACH:  It would be the --

1          THE COURT:  -- would it be --

2          MR. BEACH:  -- same order as the --

3          THE COURT:  -- incorporated into this order --

4          MR. BEACH:  Right.

5          THE COURT:  -- assuming I grant the motion?

6 Okay.

7          MR. BEACH:  Right, Your Honor.

8          Your Honor, I'm going to skip over Ms.

9 Dandridge's objection, which is at 9673, because I believe

10 that's the only remaining live objection, and go to some of

11 the informal objections that we received.

12          One was from Wells Fargo.  They just wanted

13 confirmation that the loan files that they had previously

14 requested were going to be -- remain subject to that same

15 loan file declaration as previous.  The order makes that

16 clear.  We're going to comply with that declaration.  We did

17 get a new list from Wells Fargo and it had one, additional

18 loan on it, so we added that one, additional loan, and

19 that's going to be included as well.

20          Deloitte & Touche, Your Honor, had some concerns.

21 Once they found out that we were only seeking to destroy

22 hard copy mortgage loan files, they no longer had a concern

23 about it.  It related to the litigation that we indicated to

24 Your Honor as settled in principle.

25          There was an informal objection by a borrower,

1  who's the defendant in litigation in Florida and requested

2  copies of the loan file.  The litigation involves a

3  foreclosure, and the debtors have either provided or will

4  provide the parties to that litigation with a copy of the

5  mortgage loan file.

6              THE COURT:  That's Mr. Perez?

7              MR. BEACH:  Yes, Your Honor.

8              And then last, the Wyoming Community Development

9  Authority asked for copies of certain loan files regarded --

10 regarding some bonded loans that they had an interest in.

11 The debtors, again, have either provided them with a CD of

12 copies of those files or will provide that.

13             And Your Honor, other than the Dandridge

14 objection, I think that resolves all of the objections.

15             Your Honor, with respect --

16             THE COURT:  All right.  Just back up just a

17 second.  I want to make sure I understand the scope of the

18 relief.  You're not really seeking any additional protocol,

19 et cetera, to be established; your view is the protocol

20 that's been in place for two years or so is the protocol

21 that's applicable, the timelines under that protocol, the

22 notice has already occurred, and what you're seeking today

23 is, in effect, a comfort order to say that all these other

24 4,100 files fit into the previous orders and would be

25 governed under the protocol.

1          MR. BEACH:  That's it.

2          THE COURT:  So the --

3          MR. BEACH:  That's exactly right --

4          THE COURT:  -- destruction could --

5          MR. BEACH:  -- Your Honor.

6          THE COURT:  The "destruction process" could begin

7    immediately.

8          MR. BEACH:  That's exactly right, Your Honor.

9    And while I wouldn't typically seek comfort orders from Your

10   Honor, given the issues that we see with the mortgage loan

11   files, we thought it would at least be prudent to bring it

12   before Your Honor and let Your Honor make a decision as to

13   whether or not an additional order is necessary.

14         THE COURT:  Okay.  All right.  Does anyone else

15   wish -- I'm sorry.  Anything further?

16         MR. BEACH:  The only thing is the Dandridge

17   objection, and I'm happy to either let Ms. Dandridge's --

18         THE COURT:  Well, let --

19         MR. BEACH:  -- counsel come up or I can

20   address --

21         THE COURT:  Let's hear from the objectors --

22         MR. BEACH:  -- some of those.

23         THE COURT:  -- and then you can respond.  Does

24   anyone wish to be heard?

25         Ms. BECKER:  Yes, I do.

1              THE COURT:  Thank you.  Please approach.

2              MS. BECKER:  Your Honor, my name is Margaret

3  Becker.  I'm an attorney with Staten Island Legal Services,

4  the director of the Homeowner Defense Project at Staten

5  Island Legal Services, and I represent individual movant

6  Florence Dandridge, who was formerly a member of the

7  borrowers committee and now is an individual movement --

8  movant with respect to the documents held at Broadhollow,

9  which was the subject of a September 23, 2010 order by this

10 Court.

11             To begin, Your Honor, I would like to ask the

12 Court's indulgence to allow me to speak today on this

13 motion.  I'm not admitted to practice before this Court.

14 There previously had not been an occasion to become

15 admitted, because the borrowers committee was represented by

16 local counsel.  So for the limited purpose of speaking to

17 this order today, on behalf of Ms. Dandridge, I ask the

18 Court's indulgence, and I would be happy to follow up with a

19 formal motion for admission pro hac vice, if the Court would

20 like.

21             THE COURT:  You're -- I've seen you're admitted

22 in New York or somewhere else?

23             MS. BECKER:  Yes, I am.

24             THE COURT:  All right.  Any objection?

25             MR. BEACH:  No, Your Honor.

1            THE COURT:  No.  All right.  You're welcome.

2    You're admitted for the purposes of today --

3            MS. BECKER:  Thank you.

4            THE COURT:  -- without a formal motion, and no

5    formal motion be required.

6            MS. BECKER:  Thank you.

7            Florence Dandridge's request, with respect to

8    these remaining 4,000 boxes of loan files, is simple and

9    modest.  Ms. Dandridge is willing to concede that the bulk

10   of these loan files in these 4,000 boxes, which the trustee

11   has indicated are loan originated in or before 2002, the

12   value of preserving those is likely outweighed by the

13   expense, and that is for two reasons.

14           One is that homes that were mortgaged in 2002, if

15   they were going to go into foreclosure, have probably

16   already been lost, so there's no -- there's a small

17   likelihood of these documents being necessary for future

18   litigation.

19           And the second is a related point, and that is

20   that according to information supplied by the debtors to the

21   borrowers committee in prior document and information

22   production, American Home was not originating the most

23   pernicious types of mortgages, those being the payment

24   option ARM loans and the short reset teaser rate loans until

25   2003 and later.  I think there were only about 37 of those

1  types of loans originated in 2002.  So we're not asking that

2  all 4,000 boxes of loan files be preserved either

3  electronically or in physical form.

4        But with respect to loans originated after that,

5  particularly these pernicious payment option ARM loans and

6  short reset loans, there is a strong likelihood that those

7  loans will go into litigation, will go into foreclosure if

8  they aren't in foreclosure currently, and that these loan

9  files are critical documentary evidence that homeowners need

10  to defend those actions.  So we're asking simply that loan

11  files that were originated after 2002 be preserved

12  electronically, not physically.  We're not asking for

13  physical preservation.  We understand the space burdens of

14  the -- that the trustee has raised.  We're asking that they

15  simply be preserved electronically and that meaningful

16  notice be given to homeowners, that these loan files are

17  available to them for their defense.

18        Now, as you've indicated, there -- and as the

19  trustee has indicated, there were prior orders of this Court

20  allowing for document destruction that could include these

21  documents within their scope.  At the time those orders were

22  entered, there was no borrower representation in this

23  action.  The borrowers committee did not become involved

24  until subsequently, so what we're asking the Court today is

25  to step back and reconsider, particularly in light of the

1  serious issues raised by investors and others regarding the

2  loss and destruction of loan documents, that the Court take

3  a second look at this handful of remaining documents that

4  can be, and should be, preserved.

5          Now, the 4,000 boxes -- 4,100, to be specific,

6  boxes, have been in the debtors' possession for about three

7  to four years now.  The discussions between the borrowers

8  committee and the debtors with respect to the documents at

9  the Broadhollow facility in Long Island, the agreement about

10 which was memorialized in the Court's September 23, 2010

11 order.

12         During those discussions, the debtors informed

13 the borrowers committee and the individual movements that

14 the Broadhollow facility contained no loan files.  There

15 were no remaining loan files.  That turns out not to be the

16 case.  There are 4,000 boxes of loan files remaining there.

17 And again, that -- the agreement that was memorialized did

18 not contemplate -- in that agreement, to remind the Court,

19 the borrowers committee -- and now it has fallen to the

20 individual movants, because that committee no longer exists.

21 The individual movants agreed to assume the burden and the

22 cost of preserving critical documents that we feel are

23 essential to borrower litigation.  That agreement did not

24 contemplate these loan files, nor should it be read to

25 include those within its scope now, simply because, as I've

1  indicated, it's my position that the trustee has a duty to

2  preserve these documents for future litigation, which is

3  reasonably foreseeable, and that a handful of low-income

4  borrowers and their legal aid lawyers should not be required

5  to assume the burden and the cost of fulfilling the debtors'

6  and now the trustee's duty with respect to those files.

7        Now, we've been talking about 4,000 boxes, but if

8  the Court feels that it's not necessary to preserve the 2002

9  and prior originated loans, the trustee has indicated that

10 only 60 of those 4,100 boxes are loans originated after

11 2002, so at this point, we're just talking about 60 boxes,

12 at most.

13        The trustee has also indicated that, as of the

14 fourth quarter of 2005, loan files were scanned

15 electronically, so an electronic record of those files

16 exists, so to the extent they're -- that these 60 boxes

17 containing any documents -- any loans originated after the

18 fourth quarter -- in or after the fourth quarter of 2005,

19 those have already been scanned and preserved

20 electronically, and that need not be duplicated.

21        Why these loan files that are at issue now and

22 the others that were previously destroyed were not given to

23 servicers or the trustees of the loan pools at the time that

24 these loans were securitized remains a mystery, but given

25 our current understanding of this market, I urge the Court

1  to reconsider those prior orders and to take steps to

2  protect that critical borrower information.

3         Now, with respect to what -- why are these

4  documents important to borrowers, I would refer the Court to

5  the expert testimony of Margot Sanders (ph) that was

6  submitted by the borrowers committee as part of their

7  objection to the liquidation plan.  Specifically on page 16

8  and beyond, Ms. Sanders talks about why these loan files are

9  critical.

10        But to briefly recap, the loan files contain loan

11 applications.  And in the case of the subprime and other

12 adjustable rate mortgages, that I've seen these loan files

13 contain multiple copies of loan applications, often with

14 differing income amounts shown, sometimes with forged

15 signatures, indicating that a borrower submitted a loan

16 application, when, in fact, they did not.  They were

17 truthful.  Sometimes the loan files contained the actual

18 income verification that the borrower submitted to

19 demonstrate what their income was before the broker or the

20 lender converted the loan to a no-doc loan in order to

21 increase the income and make it pass underwriting.

22        They include underwriting documents.  In the case

23 of Florence Dandridge's loan, her loan -- it was a payment

24 option ARM loan with initial interest rate of 1.9 percent.

25 The loan documents listed 1.9 percent as the interest rate,

1  unless you read the fine print.  That interest rate lasted

2  two weeks, before the interest reset to 7.5 percent, making

3  a payment differential from an original payment of $800 up

4  to a payment of over $2,000 per month.  But the underwriting

5  documents indicate that her loan was underwritten at an

6  interest rate of 4.5 percent.  That bore no relationship to

7  what the actual interest rate on the loan was, which was 7.5

8  percent.  These documents are critical to -- for borrowers

9  to be able to demonstrate to foreclosing courts the

10  deception and the fraud that was a routine part of this

11  mortgage industry, in some respects.

12         The loan files also contain appraisals.

13  Sometimes those appraisals are fraudulent, because -- and

14  attempt to increase the value, to again make the loan

15  underwritable.  They contain closing documents.  In many of

16  these transactions, homeowners, at closing, were not given

17  copies of the closing documents, for obvious reasons.  If

18  there were aspects of the loan that had been concealed from

19  them beforehand, one way to continue the concealment was to

20  not give the closing documents.  These are also among the

21  loan files.

22         Now, the trustee has indicated that they have a

23  database that includes certain data from these loans, and I

24  would submit that that database is insufficient.  It's not

25  going to demonstrate -- it's not going to include the

1  evidence homeowners need to show forged signatures and to

2  show other aspects of the loans that were deceptive or to

3  show what kinds of notices were or were not given to them at

4  closing.

5          Now, borrowers have an uphill battle in these

6  foreclosure actions, and these documents are critical for

7  them in that enterprise.  Now, part of what makes it

8  difficult for borrowers now is that, like American Home,

9  many of the originators have gone bankrupt.  Borrowers can

10 no longer sue American Home Mortgage for redress, and

11 statute of limitations are running on these claims.

12         Nonetheless, there are claims that are still

13 alive and can be raised.  There are state Unfair and

14 Deceptive Practice Act claims.  Statute of limitations on

15 those vary by state, but those statutes of limitation can

16 also be told if the deception was concealed from the

17 borrower.  And that's an argument that homeowners can

18 credibly make.

19         With respect to damages under the Truth In

20 Lending Act, those claims can be raised defensively at any

21 time in a foreclosure action.  There are other defenses,

22 such as unconscionability.  But one of the most important

23 things to remember is that foreclosure is an action in

24 equity; unclean hands matter.  It matters whether or not the

25 current holder of the loan, against whom the homeowner will

1   be litigating, had reason to know what they were buying and

2   a -- or followed simple due diligence to determine what they

3   were buying.  Had these securitization trusts simply

4   reviewed a sampling of some of these documents, some of

5   these loan files, it would've been apparent, from the face

6   of those documents, as it is in Ms. Dandridge's loan file,

7   that these were fraudulent loans that were going to go --

8   for which foreclosure was inevitable.

9           Now, if the Court feels that requiring the

10  scanning of 60 documents -- or 60 loan files, rather, is

11  burdensome, Ms. Dandridge can make a further concession, and

12  that is to whittle the loan files that we seek preservation

13  for down to 725 loan files.  Those -- that is the number of

14  payment option ARM and short teaser rate loans that American

15  Home Mortgage originated between 2003 and 2005.  Now, some

16  of these 2005 loans, the fourth quarter loans have already

17  been scanned and would not need to be scanned, so it's some

18  number less than 725.  It should be easy for the trustee to

19  identify these -- which loans are payment option ARM or

20  short reset loans from their database in which they keep

21  basic loan data.  And again, particularly with respect to

22  the payment option ARM loans that have dramatic payment

23  shock after a short period and were marketed on the basis of

24  incredibly low teaser rates.  Those loans are virtually

25  guaranteed to go into foreclosure, and many have not yet.

1  Ms. Dandridge's loan has not yet reset, but she's facing a

2  payment shock of $1,200 increase in her payment per month

3  when it does.

4  Again, you know, there's been a -- the burden on

5  the debtors is minimal, and I believe that they do have a

6  clear duty to preserve these in anticipation of foreseeable

7  litigation.

8  And with respect to the issue of notice to

9  homeowners, notice was given previously by publication, and

10  obviously, very few homeowners have requested their loan

11  files, presumably because very few homeowners have any idea

12  that they can request their loan files.

13  With respect to 60 boxes of loan files or 725

14  payment option ARM or short reset loans, it -- I don't

15  believe the burden on the trustee is enormous to send those

16  homeowners a form letter, indicating that they can request

17  their documents and how to request them.  In its reply to my

18  motion, the trustee has indicated that there's a question

19  about whether or not those addresses are valid.  It -- these

20  people bought homes.  Presumably, they still live in those

21  homes.  If they don't live in those homes, yes, the notice

22  is irrelevant, because they've already lost their homes.

23  But to the extent that they do live in those homes, those

24  are the people that need this notice, and those are the

25  people that need this evidence to fight foreclosure.

1    And in closing, I would just ask that this Court

2  prevent the debtors and the trustee from stacking the deck

3  against homeowners, even further than it is already stacked,

4  and impose upon -- and reiterate for them what I believe is

5  their pre-existing duty to preserve these loan files for

6  future litigation.

7    THE COURT:  All right.  Thank you.

8    MR. BEACH:  For the record, Your Honor, Sean

9  Beach from Young Conaway on behalf of the trustee.

10    First of all, Your Honor, I don't believe that

11  there is any new information that Your Honor has now that

12  wasn't available at the three-day confirmation hearing we

13  had, litigating over these very issues about notice to

14  borrowers, or at the other evidentiary hearings we had in

15  connection with the prior document destruction orders.  And

16  I think there's ample evidence on the record today, and none

17  by Ms. Dandridge, that supports the approval of authorizing

18  the trustee to destroy the 4,100 boxes of loan files.

19    And I'll correct myself if I said 4,100 loan

20  files earlier.  I was told I might've said that instead of

21  4,100 boxes of loan files.

22    So Your Honor, I think the only thing that's new

23  is we continue to get new people making the same arguments

24  again.  We had a borrowers committee that had very

25  sophisticated counsel and made these arguments in connection

1  with the confirmation hearing.  We had a number of

2  borrowers, as well as the United States Trustee, making

3  these arguments at the document destruction hearings

4  previously, and we simply have the same arguments again,

5  made by another party.

6          And I'll -- you know, my -- I believe, Your

7  Honor, that Ms. Dandridge certainly has a standing issue to

8  bring these arguments.  Ms. Dandridge got a copy of her loan

9  file from the debtors over two years ago, so she's not

10  arguing that she needs her loan file or that that loan file

11  needs to be preserved.  In fact, I didn't hear any specific

12  arguments about what Ms. Dandridge herself needs.  It's just

13  simply another rehashing of the same arguments that we've

14  heard from the borrowers committee and from other parties

15  throughout the course of these cases, and I would ask that

16  Your Honor not reconsider those prior orders of the Court,

17  which were subject to significant evidentiary records.

18          In addition, Your Honor, Ms. Dandridge's counsel

19  made a comment about how these may be the only copies of

20  these loan files.  I would submit to Your Honor that it is

21  highly unlikely that these are the only copies of these loan

22  files.  Now, they may be original copies of some loan

23  applications and certain other documents, but I would submit

24  to Your Honor that, upon the request of the purchaser of

25  these loans, many of those purchasers would ask for the

1  original copies, we would them make a -- AHM would then make

2  a photocopy of that and keep that for AHM's records.

3          So there may or may not be some original copies

4  of the loan applications and other loan file documents, but

5  the reality is that the -- whoever purchased the loans

6  probably has a copy of it.  Servicers have copies of them.

7  The original notes and mortgages are the first documents

8  that were pulled out by the debtors and sent to custodians,

9  and so custodians probably have copies of them.  And I would

10  submit to Your Honor, more than likely, borrowers got copies

11  of a substantial portion of these loan files when they

12  originally got their loans.

13          So, Your Honor, I don't believe it to be the case

14  that AHM is the only location that they could get copies of

15  these files.  These bankruptcy cases have now been going on

16  for three-and-a-half years.  There's been a substantial

17  amount of notice, both publication and direct notice, to

18  claimants/borrowers that actually filed claims.  In fact,

19  any borrower, that has a pending claim that is not yet

20  resolved, received a notice of this very motion.  And as

21  Your Honor saw, there were only, I believe, two borrowers

22  that raised any issue: Ms. Dandridge being one of them, and

23  she already has her loan file.

24          Your Honor, in connection --

25          THE COURT:  What about this argument that what

1  we're talking about is 60 boxes or maybe even a couple

2  hundred loan files that they're asking you to preserve or

3  carve out?  Can that be done easily?

4          MR. BEACH:  Your Honor, I -- in terms of the list

5  of 725 loans that Ms. Becker referenced, I -- she suggests

6  that those are just the total number of power option ARMs, I

7  believe is what she was stating.

8          THE COURT:  They were the --

9          MR. BEACH:  I -- I'm not familiar with --

10         THE COURT:  -- power option ARMs and then

11 something else from '03 to '05, inclusive.

12         MR. BEACH:  And I'm not familiar with that

13 specific list of 725.  I can ask my client, but I'm not sure

14 that there is a readily available list that could be used.

15 In terms of the 60 boxes, it's the 60 boxes plus, I presume,

16 Your Honor, the other 300 boxes of Bear Stearns and Barclays

17 loans, to the extent that they don't actually take those

18 hard copy loan files back as well.

19         Like I said, Your Honor, we believe a substantial

20 portion of these 60 boxes are already imaged.

21         THE COURT:  Well, he -- I'm sorry.  Ms. Becker,

22 when you say there are 60 boxes or there are so many hundred

23 files, do you have some sort of list?

24         MS. BECKER:  What I have is a response to an

25 information request that asked how many payment option ARM

1 and short teaser rate loans were originated by American Home

2 by year, and that list, for the period 2004 to 2005, totaled

3 725 loans.  But again, you know, some of these may have

4 been --

5         THE COURT:  Are you getting her?  I'm sorry.  Can

6 you come to the mike?  Go ahead.

7         MS. BECKER:  Should I repeat what I said?

8         THE COURT:  No, that's okay.

9         MS. BECKER:  Okay.  You know, as Mr. Beach said,

10 some of these -- the ones that were originated in the fourth

11 quarter of 2005 presumably have already been scanned.  I

12 think what's unsettling about a lot of this discussion is

13 the continual use of the words "presumably", "probably",

14 "maybe" --

15         THE COURT:  Well, no, I --

16         MS. BECKER:  -- you know, we just --

17         THE COURT:  -- understand.

18         MS. BECKER:  -- need some --

19         THE COURT:  I'm trying to get a closer

20 understanding or a finger on how readily or easily, if you

21 will, these boxes or loans can be set aside.  And so I'm

22 wondering, you know, you say 60 boxes, so where'd that

23 information come from?

24         MS. BECKER:  The 60-box figure came from

25 discussions with counsel for the trustee and is also either

1   in their original motion -- no, I think it was in the reply

2   to the objections to this document destruction motion.  They

3   indicated that only 60 of those boxes pertained to loans

4   originated in 2003 or later.  This information now that

5   there are additional 300 boxes that may include loan files

6   covered within that time period is new information to me

7   today.

8            THE COURT:  Okay.  Thank you.

9            MR. BEACH:  So I think where that leaves us, Your

10  Honor, is there's no simple list that we can collate.  If

11  there was a loan file declaration, similar to what we have

12  with other parties, we could probably call those out.  We

13  don't, I believe, have such a list here.

14           THE COURT:  Well, help me out.  What's the --

15  what will be the -- under the protocol, what exactly is the

16  process that will go from, say, I sign the order today?

17  What happens that actually -- that results in the

18  destruction, at this point?

19           MR. BEACH:  There -- I'll give you the summarized

20  version of that, but essentially what will be done is we

21  will take boxes -- or the company will take boxes off the

22  skids.  They will pull individual loan files off of boxes.

23  They will use a barcode or plug in the numbers of loan

24  numbers to identify -- you know, put those into a computer

25  system, and they'll come up as a match from other -- that we

1  had approximately 280,000 loans that were in our original

2  loan file declaration lists.  I believe they're slightly

3  higher now with some of the additional requests that we

4  have.  But once those numbers are plugged in or scanned,

5  it'll hit as to whether or not a request had been made by a

6  party to seek the return of that file or that it was a loan

7  that was subject to a prior sale order or, you know, some

8  other return requirement.  And after we determine whether it

9  should be in the return pile, the -- or the destroy pile, it

10 will be set aside accordingly.  If it goes in the return

11 pile, it'll be set in a box of, you know, Wells Fargo loan

12 files, for instance --

13            THE COURT:  Um-hum.

14            MR. BEACH:  -- and once that box is filled up,

15 it'll go onto a skid with Wells Fargo's loan files.  And

16 then, once that is big enough, we'll notify --

17            THE COURT:  Um-hum.

18            MR. BEACH:  -- Wells Fargo that there's, you

19 know, a skid available, or a certain --

20            THE COURT:  Right.

21            MR. BEACH:  -- number of boxes available, to come

22 pick them up and pay for the cost of that.  And then, once

23 it's on that Wells Fargo skid, they'll be reviewed one more

24 time, as a quality control check, to make sure that it is

25 actually in the correct pile.

1          The same goes for the destruction pile.  They'll

2    be reviewed one more time and plugged in, to make sure it

3    got into the right document destruction pile.  So there's

4    essentially a two-check process, under the protocol, to

5    determine whether it should be returned, based on a prior

6    request, or destroyed.  And that's --

7          THE COURT:  All right.

8          MR. BEACH:  -- essentially --

9          THE COURT:  So if the Court were to order

10   preservation of additional documents, what would be required

11   is to update your master list of piles that would be pulled

12   and create a new bucket for those files.

13         MR. BEACH:  That's correct, Your Honor.

14         THE COURT:  And those files are identified by

15   loan number, I take it?

16         MR. BEACH:  They are identified by loan number,

17   Your Honor.  I believe many are --

18         THE COURT:  Now, the debtor has -- does the

19   debtor have a database of all the loans that originated?

20         MR. BEACH:  Yes, Your Honor.

21         THE COURT:  All right.  Okay.  Well, let me tell

22   you what I'm prepared to do today.  To the extent it's a

23   reconsideration, so be it.  Generally, I think that what

24   you're asking for today is, really, relief I've already

25   granted.  And I'm prepared -- I believe the notice has

1  generally been more than sufficient to put sophisticated

2  parties on notice that these documents are here.  You come

3  and get them, if you want them.  And if you don't want them,

4  they're going to be destroyed, and there are plenty of

5  checks and balances that have been put in place.  So I'm

6  prepared to enter an order, in effect a comfort order,

7  saying you've already got all the authority you need.

8          At the same time, however, I would like you to

9  pull out -- create an additional bucket to be preserved, at

10 least at this time, of loans originated from and including

11 2003 -- I'm sorry.  Where was it, Ms. Becker?  2003, 2004,

12 and 2005?

13         MS. BECKER:  And 2005, to the extent that they

14 haven't already been --

15         THE COURT:  Well --

16         MS. BECKER:  -- imaged.

17         THE COURT:  -- they won't know that until they

18 actually have them pulled, et cetera, so yeah, I want you

19 to, at this time, set aside all '03, '04, and '05

20 originations.  And I'd like you to come up with a new

21 protocol to deal with those.

22         MR. BEACH:  Your Honor, just for clarification, I

23 believe Ms. Becker was only asking us to preserve those, to

24 the extent that they weren't electronically stored.

25         THE COURT:  If --

1          MR. BEACH:  I think --

2          THE COURT:  -- there's a way to make that

3    determination easily, then no, you don't need to preserve

4    them.  If they -- when they were electronically stored, the

5    contents of the entire file were electronically stored.

6          MR. BEACH:  That's right, Your Honor.

7          THE COURT:  All right.  So I don't know, as I sit

8    here, whether it's easy or not for you, "Oh, yeah, this is

9    electronically stored," or it isn't.  If it is, you don't

10   need to keep it.

11         MR. BEACH:  Okay.  They would have to do --

12         THE COURT:  It isn't --

13         MR. BEACH:  -- an additional check, but I believe

14   they can check that.

15         THE COURT:  I'm not trying to add on any

16   additional work for you, so whatever is easier for the

17   estate, to -- or the trustee to either -- what I'm concerned

18   about is preserving -- at this time, preserving non-

19   electronically stored loan origination files from 2003,

20   2004, and 2005.  So at this time, I'd like you to hold those

21   aside, and we're going to -- and I'd like you to think about

22   and establish a separate protocol for their destruction.

23   If, in the process of pulling these out, there's a way to

24   say, "Hey, it's electrically stored," then you don't need to

25   keep it.

1          MR. BEACH:  Okay.  And --

2          THE COURT:  It's up to you: whatever's easier.

3          MR. BEACH:  Sure, Your Honor.  I think we --

4  we'll have to make that clarification in the form of

5  order --

6          THE COURT:  Yeah.

7          MR. BEACH:  -- as well, but we'll do that, and --

8          THE COURT:  But that's it.  I mean, otherwise,

9  other than the resolutions you've read into the record, you

10 have the authority, under the current order, to go forward.

11         MR. BEACH:  Thank you, Your Honor.  With respect

12 to the 300 boxes of loan files that were the Barclays and

13 Bear Stearns loan files, which were collected in compliance

14 with the prior servicing sale orders to return to them, I

15 assume Your Honor wants the same protocol, in terms of

16 preserving those files as well?

17         THE COURT:  So these are loans you were going to

18 give to Barclays.  Barclays has never said where to send

19 them.  You're going to give them --

20         MR. BEACH:  Exactly.

21         THE COURT:  -- one more try, and then --

22         MR. BEACH:  Right.

23         THE COURT:  -- you're going to destroy them, but

24 yes, I would like you, for those, to go through and make

25 sure there are no '03, '04, or '05s, and if there are, pull

1  them.   And otherwise, you can destroy them.

2         MR. BEACH:  Okay.

3         THE COURT:  Does that make sense?  Unless you

4  already have a copy of what you'll be sending to Barclays.

5         MR. BEACH:  Understood, unless it's

6  electronically stored or --

7         THE COURT:  Right.

8         MR. BEACH:  Your Honor, may I have a moment?

9         THE COURT:  Sure.

10        MR. BEACH:  Your Honor, Ms. Greecher wanted me to

11  ask for two clarifying points.  One is, to the extent that

12  these were all electronically stored, which I doubt, at

13  least with respect to some of the Barclays and Bear Stearns

14  documents, but if that's the case, we may not need to seek

15  another protocol if they're all electronically stored.

16        In addition to that, if there are a small number

17  of loan files and the estate determines to electronically

18  scan them in and preserve them that way, would that be

19  acceptable to Your Honor as well?

20        THE COURT:  Yes.

21        MR. BEACH:  Okay.  Thank you, Your Honor.  We'll

22  modify the form of order, show it to Ms. Becker, and submit

23  it under Certification of Counsel, if that's acceptable --

24        THE COURT:  Very good.

25        MR. BEACH:  -- to Your Honor.

1          THE COURT:  It is.

2          MR. BEACH:  Thank you.

3          THE COURT:  All right.  Anything else?  Good

4  afternoon.  We're adjourned.

5       (Whereupon at 12:06 p.m., the hearing was adjourned)

6                    CERTIFICATION

7          I  certify  that  the  foregoing  is  a  correct

8  transcript  from  the  electronic  sound  recording  of  the

9  proceedings in the above-entitled matter.

10

11
_____          January 26, 2011
12 Shelley M. Kohr                              Date
   Transcriber
13

14

15

16

17

18

19

20

21

22

23

24

25

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **07-11047**(css(1) 1:6 | | **american**(8) 14:8 14:9 14:21 21:22 27:8 27:10 28:14 34:1 | | **ask**(12) 9:15 9:18 11:5 11:10 16:16 20:11 20:17 30:1 31:15 31:25 33:13 41:11 | | **belly-up**(1) 8:14 | |
| **30-year**(1) 14:10 | | | | | | **best**(1) 12:8 | |
| **60-box**(1) 34:24 | | **among**(2) 16:12 26:20 | | **asked**(3) 5:22 18:9 33:25 | | **better**(1) 6:17 | |
| **a.m**(2) 1:15 3:1 | | **amount**(1) 32:17 | | **asking**(8) 22:1 22:10 22:12 22:14 22:24 33:2 37:24 38:23 | | **between**(2) 23:7 28:15 | |
| **able**(1) 26:9 | | **amounts**(1) 25:14 | | | | **beyond**(1) 25:8 | |
| **about**(20) 8:13 9:2 12:17 15:7 17:23 21:25 23:6 23:9 24:7 24:11 25:8 29:19 30:13 31:12 31:19 32:25 33:1 34:12 39:18 39:21 | | **ample**(1) 30:16 | | **aspects**(2) 26:18 27:2 | | **big**(1) 36:16 | |
| | | **and**(196) 1:34 1:40 3:26 4:2 4:4 4:4 4:6 4:7 4:8 4:11 4:21 5:4 5:18 5:23 5:24 6:2 7:7 7:15 7:17 8:10 8:19 8:24 9:3 9:6 9:7 9:8 9:11 9:19 9:21 9:25 9:25 10:2 10:3 10:5 10:10 10:16 10:18 10:18 11:1 11:7 11:9 11:9 11:10 11:21 11:21 11:25 12:3 12:8 12:9 12:15 13:3 13:16 13:20 13:25 14:19 14:22 15:21 15:24 16:5 16:22 17:16 17:17 17:18 18:1 18:3 18:8 18:13 18:22 18:24 19:9 19:12 19:17 19:23 20:5 20:7 20:18 21:14 21:8 21:13 21:19 21:19 21:21 21:24 21:25 22:5 22:8 22:15 22:18 22:25 23:1 23:2 23:4 23:8 23:13 23:17 23:19 23:21 24:3 24:4 24:5 24:6 24:9 24:19 24:21 24:24 25:1 25:8 25:11 25:11 25:21 26:10 26:13 26:23 27:1 27:6 27:10 27:13 27:13 27:17 28:1 28:11 28:14 28:15 28:18 28:21 28:23 28:25 29:5 29:8 29:9 29:17 29:24 30:1 30:2 30:4 30:4 30:15 30:16 30:19 30:25 31:4 31:6 31:14 31:15 31:23 32:2 32:4 32:7 32:8 32:9 32:9 32:17 32:20 32:22 33:10 33:12 33:16 34:1 34:2 34:21 34:25 35:5 36:8 36:14 36:5 36:22 37:2 37:6 37:12 37:14 37:25 38:3 38:3 38:4 38:5 38:10 38:12 38:13 38:19 38:20 39:20 39:21 39:21 39:22 40:1 40:7 40:12 40:21 40:24 40:25 41:1 41:13 41:17 41:18 41:22 | | **assume**(3) 22:21 24:5 40:15 | | **bonded**(1) 18:10 | |
| **above-entitled**(1) 42:9 | | | | **assuming**(1) 17:5 | | **bore**(1) 26:6 | |
| **absolutely**(1) 8:3 | | | | **attempt**(1) 26:14 | | **borrower**(8) 17:25 22:22 23:23 25:2 25:15 25:18 27:17 32:19 | |
| **abundance**(2) 7:19 14:2 | | | | **attendance**(1) 11:14 | | | |
| **acceptable**(2) 41:19 41:23 | | | | **attestations**(1) 15:24 | | **borrowers**(22) 4:11 9:2 20:7 20:15 21:21 22:23 23:7 23:13 23:19 24:4 25:4 25:6 26:8 27:5 27:8 27:9 30:14 30:24 31:2 31:14 32:10 32:21 | |
| **access**(1) 9:25 | | | | **attorney**(1) 20:3 | | | |
| **according**(1) 21:20 | | | | **authorities**(1) 7:11 | | | |
| **accordingly**(1) 36:10 | | | | **authority**(5) 6:25 7:6 18:9 38:7 40:10 | | | |
| **acre**(3) 7:14 7:22 12:4 | | | | **authorizing**(1) 17:5 | | | |
| **act**(2) 27:14 27:20 | | | | **available**(5) 22:17 30:12 33:14 36:19 36:23 | | **bostic**(3) 14:4 14:7 15:5 | |
| **action**(4) 4:14 22:23 27:21 27:23 | | | | | | **bostic's**(1) 14:5 | |
| **actions**(2) 22:10 27:6 | | | | **avenue**(1) 1:37 | | **both**(4) 4:3 12:3 13:24 32:17 | |
| **actual**(2) 25:17 26:7 | | | | **aware**(2) 3:20 15:11 | | **bought**(2) 16:1 29:20 | |
| **actually**(9) 13:21 13:25 15:10 15:12 32:18 33:17 35:17 36:25 38:18 | | | | **away**(1) 3:26 | | **box**(3) 1:31 36:11 36:14 | |
| | | | | **back**(3) 18:16 22:25 33:18 | | **boxes**(31) 7:8 10:7 10:14 21:8 21:10 22:2 23:5 23:6 23:16 24:7 24:10 24:11 24:16 29:13 30:18 30:21 33:1 33:15 33:15 33:16 33:20 33:22 34:21 34:22 35:3 35:5 35:21 35:21 35:22 36:21 40:12 | |
| **add**(1) 39:15 | | | | **balances**(1) 38:5 | | | |
| **added**(1) 17:18 | | **anderson**(1) 2:4 | | **bank**(1) 2:4 | | | |
| **addition**(5) 9:6 10:13 11:4 31:18 41:16 | | **another**(4) 7:17 31:5 31:13 41:15 | | **bankrupt**(1) 27:9 | | | |
| **additional**(11) 7:23 17:17 17:18 18:18 19:13 35:5 36:3 37:10 38:9 39:13 39:16 | | **answer**(2) 12:17 13:15 | | **bankruptcy**(4) 4:1 1:21 14:20 32:15 | | **branch**(2) 7:18 10:8 | |
| | | **anticipate**(1) 14:23 | | **bar**(1) 4:5 | | **brandywine**(1) 1:29 | |
| **address**(2) 10:19 19:20 | | **anticipation**(1) 29:6 | | **barclays**(5) 10:15 10:16 10:18 33:16 40:12 40:18 40:18 41:4 41:13 | | **briefly**(1) 25:10 | |
| **addresses**(1) 29:19 | | **any**(17) 4:12 5:25 8:2 8:18 11:16 11:20 18:18 20:24 24:17 24:17 27:20 29:11 30:11 31:11 32:19 32:22 39:15 | | | | **bring**(2) 19:11 31:8 | |
| **adjourned**(5) 3:23 4:21 5:23 42:4 42:5 | | | | | | **brings**(1) 6:22 | |
| **adjustable**(1) 25:12 | | | | **barcode**(1) 35:23 | | **broadhollow**(5) 13:19 13:25 20:8 23:9 23:14 | |
| **administered**(1) 1:8 | | **anybody**(1) 11:24 | | **barksdale**(1) 1:47 | | | |
| **administrativ**(4) 4:4 4:5 4:7 | | **anyone**(3) 11:24 19:14 19:24 | | **barry**(1) 2:13 | | | |
| **admission**(1) 20:19 | | **anything**(4) 7:25 15:7 19:15 42:3 | | **based**(1) 37:5 | | **broker**(1) 25:19 | |
| **admitted**(6) 11:11 11:21 20:13 20:15 20:21 21:2 | | **apparent**(1) 28:5 | | **basic**(1) 28:21 | | **bucket**(2) 37:12 38:9 | |
| | | **applicable**(1) 18:21 | | **basis**(2) 4:4 28:23 | | **building**(1) 1:29 | |
| | | **application**(1) 25:16 | | **battle**(1) 27:5 | | **bulk**(1) 21:9 | |
| **adversary**(1) 3:23 | | **applications**(5) 4:6 25:11 25:13 31:23 32:4 | | **beach**(85) 1:27 4:16 4:17 5:6 5:8 5:10 5:14 5:17 6:5 6:7 6:9 6:12 6:15 6:18 6:2 7:3 8:3 8:8 8:12 8:15 8:22 8:24 12:1 12:17 12:21 12:23 13:1 13:5 13:8 13:11 13:13 13:18 14:12 14:14 14:16 15:4 15:14 16:9 16:19 16:25 17:2 17:4 17:7 18:7 19:1 19:3 19:5 19:18 19:16 19:19 19:21 20:25 30:8 30:9 33:4 33:9 33:12 34:9 35:9 35:19 36:14 36:18 36:21 37:8 37:13 37:16 37:20 38:22 39:1 39:6 39:11 39:13 40:1 40:3 40:7 40:11 40:20 40:22 41:2 41:5 41:8 41:10 41:21 41:25 42:2 | | **burden**(4) 23:21 24:5 29:4 29:15 | |
| | | **applied**(2) 7:16 8:7 | | | | **burdens**(1) 22:13 | |
| | | **appraisals**(2) 26:12 26:13 | | | | **burdensome**(1) 28:11 | |
| | | **approach**(1) 20:1 | | | | **burzenski**(2) 11:7 11:21 | |
| **afternoon**(1) 42:4 | | **approval**(1) 30:17 | | | | **but**(38) 4:20 5:3 5:22 6:16 7:11 8:9 8:17 10:22 11:13 12:10 13:21 14:1 14:18 15:2 15:8 15:11 16:1 16:3 22:4 24:7 24:24 25:10 26:4 27:15 27:22 29:1 29:23 31:23 32:4 33:13 34:3 35:20 36:4 39:13 40:7 40:8 40:23 41:14 | |
| **again**(9) 9:14 18:11 23:17 26:14 28:21 29:4 30:24 34:4 34:3 | | **approximately**(3) 7:3 10:14 36:1 | | | | | |
| **against**(3) 14:21 27:25 30:3 | | **are**(55) 4:6 4:19 6:11 9:21 10:10 10:12 10:13 10:21 11:14 11:23 12:14 12:16 12:18 15:24 21:11 22:9 22:16 23:16 23:22 24:10 24:21 25:3 25:8 26:8 25:23 26:20 27:6 27:11 27:12 27:12 27:13 27:21 28:15 28:24 29:19 29:24 29:24 31:21 32:7 33:6 33:20 33:22 33:22 34:5 35:5 36:4 37:14 37:16 37:17 38:2 38:4 40:17 40:25 41:16 | | | | | |
| **agenda**(5) 4:20 4:22 5:19 6:23 12:9 | | | | **bear**(6) 10:15 10:17 10:18 33:16 40:13 40:14 | | | |
| **ago**(1) 31:9 | | | | | | **buying**(2) 28:1 28:3 | |
| **agreed**(3) 12:13 16:12 23:21 | | | | | | **calendar**(1) 3:22 | |
| **agreeing**(1) 16:5 | | | | | | **call**(1) 35:12 | |
| **agreement**(5) 16:14 23:9 23:17 23:18 | | | | **because**(10) 9:18 10:4 13:12 17:9 20:15 23:20 23:25 26:13 29:11 29:22 | | **came**(4) 9:22 9:23 10:7 34:24 | |
| **ahead**(2) 13:2 34:6 | | | | | | **can**(22) 4:9 5:21 16:16 16:23 19:19 19:23 23:4 27:9 27:13 27:15 27:17 27:20 28:11 29:12 29:16 33:3 33:13 34:5 34:21 35:10 39:14 41:1 | |
| **ahm**(3) 14:18 32:1 32:14 | | **aren't**(1) 22:8 | | | | | |
| **ahm's**(1) 32:2 | | **arguable**(1) 7:15 | | | | | |
| **aid**(1) 24:4 | | **arguing**(1) 31:10 | | **become**(2) 20:14 22:23 | | **car**(1) 15:9 | |
| **alive**(1) 27:13 | | **argument**(2) 27:17 32:25 | | **been**(30) 3:16 3:17 3:21 3:21 3:23 3:25 4:20 11:8 12:12 12:17 13:21 13:22 18:20 20:14 21:16 23:6 24:7 24:19 26:18 28:5 28:17 29:4 32:15 32:16 34:4 34:11 36:5 38:1 38:5 38:14 | | **carve**(1) 33:3 | |
| **all**(32) 3:3 3:6 4:7 5:2 5:9 5:20 6:2 6:7 10:2 10:10 11:15 15:3 16:18 16:22 18:14 18:16 18:23 19:14 20:24 21:1 22:2 30:7 30:10 37:7 37:19 37:21 38:7 38:19 39:7 41:12 41:15 42:3 | | **arguments**(7) 30:23 30:25 31:3 31:4 31:8 31:12 31:13 | | | | **case**(12) 1:6 3:16 3:18 3:21 13:16 14:20 14:23 23:16 25:11 25:22 32:13 41:14 | |
| | | **arm**(8) 21:24 22:5 25:24 28:14 28:19 28:22 29:14 33:25 | | | | | |
| | | | | **before**(8) 1:20 9:11 15:12 19:12 20:13 21:11 25:19 26:2 | | **cases**(2) 31:15 32:15 | |
| **allow**(1) 20:12 | | | | | | **caution**(2) 7:19 14:2 | |
| **allowing**(1) 22:20 | | | | | | **centre**(1) 2:14 | |
| **almost**(1) 3:19 | | **arms**(2) 33:6 33:10 | | **beforehand**(1) 26:19 | | **certain**(6) 15:15 15:16 18:9 26:23 31:23 36:19 | |
| **already**(15) 4:25 7:5 18:22 21:16 24:19 28:16 29:22 30:3 32:23 33:20 34:11 37:24 38:7 38:14 41:4 | | | | **begin**(2) 19:6 20:11 | | | |
| | | | | **behalf**(4) 3:8 4:18 20:17 30:9 | | **certainly**(3) 15:6 15:8 31:7 | |
| | | | | **being**(3) 21:17 21:23 32:22 | | **certification**(6) 4:23 5:12 16:17 16:23 41:23 42:6 | |
| **also**(11) 4:1 10:12 10:22 11:7 13:21 16:12 24:13 26:12 26:20 27:16 34:25 | | | | **believe**(28) 4:21 4:25 8:9 8:16 8:17 8:22 10:11 10:20 13:21 13:25 14:24 16:9 17:9 29:5 29:15 30:4 30:10 31:6 32:13 32:21 33:7 33:15 35:13 36:2 37:17 37:25 38:23 39:13 | | | |
| | | **america**(1) 2:4 | | | | **certify**(1) 42:7 | |
| | | | | | | **cetera**(2) 18:8 38:18 | |
| **america**(1) 2:4 | | | | **believed**(1) 4:24 | | **chance**(1) 10:25 | |
| | | | | | | **chapter**(2) 1:4 3:17 | |
| | | | | | | **chase**(1) 2:14 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**check**(4) 8:17  36:24  39:13  39:14

**checks**(1) 38:5

**christopher**(1) 1:20

**claim**(9) 4:22  14:20  14:21  14:22  14:22  14:24  14:25  15:1  32:19

**claimants/borrowers**(1) 32:18

**claims**(7) 4:3  4:8  27:11  27:12  27:14  27:20  32:18

**clarification**(2) 38:22  40:4

**clarifying**(1) 41:11

**clear**(3) 11:2  17:16  29:6

**clerk**(1) 3:3

**client**(2) 16:13  33:13

**closer**(1) 34:19

**closing**(6) 26:15  26:16  26:17  26:20  27:4  30:1

**collate**(1) 35:10

**collected**(1) 40:13

**come**(7) 19:19  34:6  34:23  35:25  36:21  38:2  38:20

**comfort**(3) 18:23  19:9  38:6

**coming**(1) 3:24

**comment**(1) 31:19

**committee**(12) 5:20  20:7  20:15  21:21  22:23  23:8  23:13  23:19  23:20  25:6  30:24  31:14

**community**(1) 18:8

**companies**(1) 13:24

**company**(3) 11:8  15:9  35:21

**compliance**(1) 40:13

**complied**(1) 9:8

**comply**(2) 9:19  17:16

**computer**(1) 35:24

**conaway**(3) 1:26  4:17  30:9

**concealed**(2) 26:18  27:16

**concealment**(1) 26:19

**concede**(1) 21:9

**concern**(1) 17:22

**concerned**(2) 9:1  39:17

**concerns**(1) 17:20

**concession**(1) 28:11

**conference**(4) 5:19  5:25  6:3  13:3

**confirmation**(5) 3:18  16:13  17:13  30:12  31:1

**confirmed**(1) 12:4

**confused**(1) 14:7

**connection**(10) 6:24  7:6  8:25  9:13  9:19  10:16  16:2  30:15  30:25  32:24

**contain**(4) 25:10  25:13  26:12  26:15

**contained**(2) 23:14  25:17

**containing**(1) 24:17

**contemplate**(2) 23:18  23:24

**contents**(1) 39:5

**continua**(1) 34:13

**continuances**(1) 13:15

**continue**(5) 12:14  13:13  13:14  26:19  30:23

**continued**(1) 2:2

**control**(1) 36:24

**converted**(1) 25:20

**copies**(15) 16:5  18:2  18:9  18:12  25:13  26:17  31:19  31:21  31:22  32:1  32:3  32:6  32:9  32:10  32:14

**copy**(16) 5:4  6:25  7:6  7:8  7:12  7:16  7:24  9:3  9:20  16:19  17:22  18:4  31:8  32:6  33:18  41:4

**corp**(2) 14:21  15:1

**corporation**(1) 1:8

**correct**(4) 30:19  36:25  37:13  42:7

**corroon**(1) 2:4

**cost**(3) 23:22  24:5  36:22

**could**(7) 13:7  19:4  19:6  22:20  32:14  33:14  35:12

**could've**(1) 14:9

**counsel**(12) 4:23  5:14  16:9  16:12  16:17  16:23  19:19  20:16  30:25  31:18  34:25  41:23

**couple**(1) 33:1

**course**(1) 31:15

**court**(116) 1:1  3:4  3:20  4:15  4:17  5:3  5:7  5:9  5:13  5:15  6:2  6:6  6:8  6:10  6:13  6:17  6:19  7:2  7:25  8:1  8:5  8:11  8:13  8:19  8:21  11:15  11:16  11:19  12:6  12:16  12:22  12:23  13:4  13:6  13:9  13:12  13:14  14:10  14:13  14:15  15:3  15:5  16:8  16:18  16:21  17:1  17:3  17:5  18:6  18:16  19:2  19:4  19:6  19:14  19:18  19:21  19:23  20:1  20:10  20:13  20:19  20:21  20:24  21:1  21:4  22:19  22:24  23:2  23:18  24:8  24:25  25:4  28:9  30:1  30:7  31:16  32:25  33:8  33:10  33:21  34:5  34:8  34:15  34:17  34:19  35:8  35:14  36:13  36:17  36:20  37:7  37:9  37:14  37:18  37:21  38:15  38:17  38:25  39:2  39:7  39:12  39:15  40:2  40:6  40:8  40:17  40:21  40:23  41:3  41:7  41:9  41:20  41:24  42:1  42:3

**courtroom**(2) 1:10  16:10

**courts**(1) 26:9

**court's**(3) 20:12  20:18  23:10

**covered**(3) 10:21  10:22  35:6

**cozen**(1) 2:12

**create**(2) 37:12  38:9

**credibly**(1) 27:18

**creditors**(1) 5:21

**critical**(6) 22:9  23:22  25:2  25:9  26:8  27:6

**cross**(1) 11:23  11:24

**cross-examine**(1) 11:13

**current**(2) 24:25  27:25  40:10

**currently**(4) 7:1  16:1  16:2  22:8

**custodian**(2) 16:4  16:6

**custodians**(2) 32:8  32:9

**damages**(1) 27:19

**damn**(1) 15:10

**dandridge**(13) 2:20  11:12  18:13  19:16  20:6  20:17  21:9  28:11  30:17  31:7  31:8  31:12  32:22

**dandridge's**(7) 17:9  19:17  21:7  25:23  28:6  29:1  31:18

**data**(3) 1:49  26:23  28:21

**database**(4) 26:23  26:24  28:20  37:19

**date**(3) 3:22  4:5  42:12

**deadline**(1) 13:15

**deal**(3) 6:20  11:15  38:21

**dealing**(2) 4:11  15:12

**debtor**(2) 37:18  37:19

**debtors**(17) 1:12  7:1  7:13  7:16  7:18  14:5  14:6  15:19  18:3  18:11  21:20  23:8  23:12  29:5  30:2  31:9  32:8

**debtors'**(2) 23:6  24:5

**deception**(2) 26:10  27:14

**deceptive**(2) 27:2  27:14

**decision**(1) 19:12

**deck**(1) 30:2

**declaration**(7) 9:7  15:23  15:25  17:15  17:16  35:11  36:2

**declarations**(2) 11:6  11:20

**declare**(1) 16:2

**defend**(1) 22:10

**defendant**(1) 18:1

**defendants**(1) 15:16

**defense**(2) 20:4  22:17

**defenses**(1) 27:21

**defensively**(1) 27:20

**delaware**(8) 1:2  1:7  1:12  1:32  1:44  2:7  2:17  3:1

**deloitte**(2) 5:21  17:20

**demonstrate**(3) 25:19  26:9  26:25

**desired**(1) 11:24

**destroy**(9) 6:25  7:6  9:11  12:15  17:21  30:18  36:9  40:23  41:1

**destroyed**(5) 7:8  9:12  24:22  37:6  38:4

**destruction**(13) 9:2  9:20  11:9  19:4  22:20  23:2  30:15  31:3  35:2  35:18  37:1  37:3  39:22

**determination**(1) 39:3

**determine**(3) 28:2  36:8  37:5

**determined**(1) 10:1

**determines**(1) 41:17

**development**(1) 18:8

**diaz**(1) 1:49

**did**(7) 5:3  8:20  17:16  22:23  23:17  23:23  25:16

**didn't**(3) 5:24  11:13  31:11

**difference**(1) 3:11

**differential**(1) 26:3

**differing**(1) 25:14

**difficult**(1) 27:8

**diligence**(1) 28:2

**diligently**(1) 4:3

**direct**(1) 32:17

**director**(1) 20:4

**discrepancy**(1) 7:20

**discussion**(1) 34:12

**discussions**(3) 23:7  23:12  34:25

**distribution**(1) 4:8

**distributions**(1) 14:23

**district**(1) 1:2

**docket**(8) 5:1  5:11  5:16  9:17  9:17  9:18  12:11  13:20

**document**(8) 10:4  11:9  21:21  22:20  30:15  31:3  35:2  37:3

**document-destruction**(2) 10:21  12:3

**documentary**(1) 22:9

**documentation**(1) 5:24

**documents**(38) 4:11  8:6  8:21  9:12  10:1  10:7  10:23  11:1  11:3  11:9  20:8  21:17  22:21  23:2  23:3  23:8  23:22  24:2  24:17  25:4  25:22  25:25  26:5  26:8  26:15  26:17  26:20  27:6  28:4  28:6  28:10  29:17  31:23  32:4  32:7  37:10  38:2  41:14

**does**(6) 16:21  19:14  19:23  29:3  37:18  41:3

**doesn't**(1) 5:11

**done**(5) 8:25  9:5  10:9  33:3  35:20

**don't**(21) 4:25  5:8  6:10  8:8  8:16  8:17  8:22  11:1  11:2  16:16  29:14  29:21  30:10  32:13  33:17  35:13  38:3  39:3  39:7  39:9  39:24

**double**(1) 8:17

**doubt**(1) 41:12

**down**(1) 28:13

**dramatic**(1) 28:22

**due**(2) 4:6  28:2

**duplicated**(1) 24:20

**during**(1) 23:12

**duty**(4) 24:1  24:6  29:6  30:5

**earlier**(1) 30:20

**easier**(2) 39:16  40:2

**easily**(3) 33:3  34:20  39:3

**easy**(2) 28:18  39:8

**ecro**(1) 1:47

**effect**(2) 18:23  38:6

**effective**(3) 3:18  3:22  4:1

**either**(12) 4:20  7:7  8:21  9:12  13:6  16:3  18:3  18:11  19:17  22:2  34:25  39:17

**electrically**(1) 39:24

**electronic**(4) 1:55  10:11  24:15  42:8

**electronically**(15) 10:12  22:3  22:12  22:15  24:15  24:20  38:24  39:4  39:5  39:9  39:19  41:6  41:12  41:15  41:17

**else**(4) 19:14  20:22  33:11  42:3

**end**(2) 4:6  16:15

**endless**(1) 13:15

**enormous**(1) 29:15

**enough**(1) 36:16

**ensure**(1) 12:12

**enter**(1) 38:6

**entered**(1) 22:22

**enterprise**(1) 27:7

**entire**(1) 39:5

**equity**(2) 13:24  27:24

**esq**(7) 1:27  1:28  1:36  1:42  2:5  2:13  2:21

**essential**(1) 23:23

**essentially**(4) 15:22  35:20  37:4  37:8

**establish**(1) 39:22

**established**(1) 18:19

**estate**(2) 39:17  41:17

**even**(4) 10:4  13:15  30:3  33:1

**evidence**(9) 9:14  9:15  11:11  11:17  11:22  22:9  27:1  29:25  30:16

**evidentiary**(4) 7:5  11:16  30:14  31:17

**exactly**(3) 19:3  19:8  35:15  40:20

**examination**(1) 11:24

**examine**(1) 11:25

**exists**(2) 23:20  24:16

**expects**(1) 16:14

**expense**(1) 21:13

**expert**(1) 25:5

**expired**(1) 4:5

**extended**(1) 12:17

**extent**(7) 24:16  29:23  33:17  37:22  38:13  38:24  41:11

**extra**(1) 5:4

**face**(1) 28:5

**facility**(10) 7:14  7:14  7:17  7:22  8:16  8:18  9:22  12:4  23:9  23:14

**facing**(1) 29:1

**fact**(3) 25:16  31:11  32:18

**facts**(1) 15:7

**fair**(1) 6:13

**fallen**(1) 23:19

**familiar**(2) 33:9  33:12

**fargo**(5) 17:12  17:17  36:11  36:18  36:23

**fargo's**(1) 36:15

**february**(5) 6:12  6:16  9:5  9:16  13:7

**fee**(1) 4:5

**feel**(1) 23:22

**feels**(2) 24:8  28:9

**few**(2) 29:10  29:11

**field**(1) 12:25

**fight**(1) 29:25

**figure**(2) 9:25  34:24

**figuring**(1) 9:10

**file**(17) 9:7  15:23  15:23  15:25  17:15  18:2  18:5  28:6  31:10  31:10  31:10  32:4  32:23  35:11  36:2  36:6  39:5

**filed**(7) 11:6  12:11  14:4  14:20  14:20  15:25  32:18

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**files(77)** 6:25 7:4 7:7 7:9 7:13 7:16 7:21 7:24 9:3 9:10 9:21 9:23 10:2 10:6 10:10 10:12 10:14 14:13 14:7 16:5 16:6 17:13 17:22 18:9 18:12 18:24 19:11 21:8 21:10 22:22 22:9 22:11 22:16 23:14 23:15 23:16 23:24 24:6 24:14 24:15 24:21 25:8 25:10 25:12 25:17 26:12 26:21 28:5 28:10 28:12 28:13 29:11 29:12 29:13 30:5 30:8 30:20 30:21 31:20 31:22 32:11 32:15 33:22 33:18 33:23 35:5 35:22 36:12 35:17 37:12 37:14 39:19 40:12 40:13 40:16 41:17

**filing(1)** 7:10
**filled(1)** 36:14
**final(1)** 4:5
**finance(1)** 15:9
**fine(3)** 6:14 12:19 26:1
**finger(1)** 34:20
**first(3)** 3:10 30:10 32:7
**fit(1)** 18:24
**floor(2)** 1:30 2:8
**florence(4)** 2:20 20:6 21:7 25:23
**florida(2)** 10:8 18:1
**follow(1)** 20:18
**followed(1)** 28:2
**for(55)** 1:2 1:25 2:4 2:12 2:20 3:17 4:13 5:22 6:2 6:23 7:23 10:22 13:2 16:10 16:13 18:9 18:20 20:16 20:19 21:2 21:13 21:17 22:12 22:17 22:20 23:6 24:2 26:8 26:17 27:6 27:8 27:10 28:8 28:13 28:18 30:4 30:5 30:8 31:25 32:2 32:16 34:2 34:25 36:12 36:22 37:1 37:12 37:24 38:22 39:8 39:16 39:16 39:22 40:24 41:11

**foreclosing(1)** 26:9
**foreclosure(10)** 18:3 21:15 22:7 22:8 27:6 27:21 27:23 28:8 28:25 29:25

**foregoing(1)** 42:7
**foreseeable(2)** 24:3 29:6
**forged(2)** 25:14 27:1
**form(5)** 10:11 22:3 29:16 40:4 41:22
**formal(4)** 12:8 20:19 21:4 21:5
**formerly(1)** 20:6
**forward(3)** 5:25 15:20 40:10
**found(1)** 17:21
**four(1)** 23:7
**fourth(5)** 24:14 24:18 24:18 28:16 34:10
**fraud(1)** 26:10
**fraudulent(2)** 26:13 28:7
**friday(2)** 4:24 11:13
**from(33)** 3:8 4:17 7:17 7:17 9:22 9:24 10:2 10:3 10:8 12:19 17:12 17:17 19:9 19:21 26:3 26:18 26:23 27:16 28:5 28:20 30:2 30:9 31:9 31:14 31:14 33:11 34:23 34:25 35:16 35:25 38:10 39:19 42:8

**fulfilling(1)** 24:5
**funding(2)** 13:19 13:20
**further(3)** 19:15 28:11 30:3
**future(3)** 21:17 24:2 30:6
**gadsden(2)** 4:24 5:15
**generally(3)** 15:24 37:23 38:1
**get(13)** 4:2 9:25 10:25 13:7 15:9 16:4 16:14 16:15 16:17 17:17 30:23 32:14 34:19 38:3
**getting(5)** 4:7 4:10 9:2 13:1 34:5
**give(7)** 3:15 5:21 10:23 26:20 35:19 40:18 40:19
**given(9)** 10:19 14:21 19:10 22:16 24:22 24:24 26:16 27:3 29:9

**giving(2)** 10:25 13:3
**goddess(1)** 1:41
**goes(2)** 36:10 37:1

**going(28)** 3:16 3:17 4:1 4:2 8:17 9:14 11:24 12:16 13:9 13:16 13:22 14:2 15:19 16:2 17:8 17:14 17:16 17:19 21:15 26:25 26:25 28:7 32:15 38:4 39:21 40:17 40:19 40:23
**gone(1)** 27:9
**good(7)** 3:5 3:6 3:7 4:16 13:6 41:24 42:3
**got(11)** 3:25 4:1 6:8 7:17 16:3 16:10 31:8 31:12 32:14 37:3 38:7

**governed(1)** 18:25
**grant(1)** 17:5
**granted(1)** 37:25
**greecher(4)** 1:28 8:17 12:2 41:10
**grounds(1)** 14:24
**guaranteed(1)** 28:25
**guaranty(1)** 2:12
**guys(1)** 12:16
**hac(1)** 20:19
**had(23)** 4:24 4:25 7:5 7:11 9:7 12:13 15:1 17:13 17:17 17:20 17:22 18:10 20:14 26:18 28:1 28:3 30:13 30:14 30:24 30:24 31:1 36:1 36:5

**hahn(2)** 1:35 3:8
**handful(2)** 23:3 24:3
**happens(1)** 35:17
**happy(2)** 19:17 20:18
**hard(10)** 6:25 7:6 7:8 7:12 7:16 7:23 9:3 9:20 17:22 33:18

**harrisburg(1)** 1:51
**has(29)** 3:16 3:21 3:23 3:25 4:5 12:2 12:3 12:17 13:21 15:22 18:22 21:11 22:14 22:19 23:19 24:1 24:9 24:13 26:22 29:1 29:18 30:11 31:7 32:6 32:19 32:23 37:18 37:25 40:18

**hasn't(1)** 14:18

**have(51)** 3:13 3:20 3:26 4:12 4:20 5:4 5:20 6:8 7:4 7:7 7:16 10:6 10:17 14:6 14:25 15:21 16:7 16:12 18:3 18:11 21:15 23:6 24:19 26:22 27:5 27:9 28:16 28:22 28:25 29:5 29:10 29:11 31:4 32:6 32:9 32:15 33:23 33:24 34:3 34:11 35:11 35:13 36:4 37:19 38:5 38:18 39:11 40:4 40:10 41:4 41:8

**haven't(5)** 5:1 10:19 14:17 14:17 38:14
**hear(6)** 4:10 11:18 11:21 11:25 19:21
**heard(3)** 16:21 19:24 31:14
**hearing(11)** 6:15 9:13 9:16 9:18 11:8 11:14 13:9 16:15 30:12 31:1 42:5

**hearings(3)** 5:10 7:5 11:18 30:14 31:3
**held(1)** 20:8
**help(1)** 35:14
**her(7)** 25:23 26:5 29:2 31:8 32:23 34:5

**hercules(1)** 2:6
**here(4)** 6:8 35:13 38:2 39:8
**herself(1)** 31:12
**hessen(2)** 1:35 3:8
**he's(3)** 16:10 16:11 16:12
**higher(1)** 36:3
**highly(1)** 31:21
**him(3)** 14:17 14:18 14:18
**his(4)** 14:8 14:19 15:6 16:13
**hit(4)** 5:1 5:10 5:16 36:5
**hold(2)** 7:1 39:20
**holder(1)** 27:25
**holders(1)** 13:25
**holdings(1)** 1:7
**home(9)** 1:6 14:8 14:9 14:21 21:22 27:8 27:10 28:15 34:1
**homeowner(2)** 20:4 27:25

**homeowners(10)** 22:9 22:16 26:16 27:1 27:17 29:9 29:10 29:11 29:16 30:3
**homes(6)** 21:14 29:20 29:21 29:21 29:22 29:23
**honor(87)** 3:6 3:7 3:10 3:15 3:19 3:24 4:9 4:12 4:16 4:19 4:25 5:8 5:17 5:18 6:5 6:15 6:18 6:21 6:22 7:4 7:12 8:3 8:22 9:7 9:13 9:15 9:19 9:21 10:13 11:4 11:5 11:10 12:1 12:2 12:2 12:7 12:19 12:23 13:3 13:18 13:23 15:14 17:7 17:8 17:20 17:24 18:7 18:13 18:15 19:5 19:8 19:10 19:12 19:12 20:2 20:11 20:25 30:8 30:10 30:11 30:22 31:7 31:16 31:18 31:20 31:24 32:10 32:13 32:21 32:24 33:4 33:16 33:19 35:10 37:13 37:17 37:20 38:22 39:6 40:3 40:10 40:15 41:8 41:10 41:19 41:21 41:25 41:5

**honorable(1)** 1:20
**hope(1)** 3:24
**hopefully(2)** 3:26 4:8
**hoping(1)** 16:15
**how(4)** 29:17 31:19 33:25 34:20
**however(1)** 38:8
**hundred(2)** 33:2 33:22
**idea(1)** 29:11
**identified(2)** 37:14 37:16
**identify(2)** 28:19 35:24
**idly(1)** 3:21
**immediately(1)** 19:9
**imaged(5)** 10:10 10:12 13:23 33:20 38:16
**important(2)** 25:4 27:22
**impose(1)** 30:4
**inc(1)** 1:7
**inclined(1)** 13:12
**include(5)** 22:20 23:25 25:22 26:25 35:5
**included(1)** 17:19
**includes(1)** 26:23
**including(2)** 4:10 38:10
**inclusive(1)** 33:11
**income(4)** 25:14 25:18 25:19 25:21
**incorporated(1)** 17:3
**increase(3)** 25:21 26:14 29:2
**incredibly(1)** 28:24
**indelicato(4)** 1:36 3:7 3:8 5:21
**indicate(1)** 26:5
**indicated(11)** 4:24 17:23 21:11 22:18 22:19 24:1 24:3 26:13 26:22 29:18 35:3

**indicating(2)** 25:15 29:16
**individual(6)** 20:5 20:7 23:13 23:20 23:21 35:22

**indulgence(2)** 20:12 20:18
**industry(1)** 26:11
**inevitable(1)** 28:8
**inform(1)** 3:24
**informal(3)** 12:8 17:11 17:25
**information(8)** 21:20 21:21 25:2 30:11 33:25 34:23 35:4 35:6

**informed(1)** 23:12
**initial(1)** 25:24
**ins(1)** 2:12
**instance(1)** 36:12
**instead(3)** 9:14 15:1 30:20
**insufficient(1)** 26:24
**insured(1)** 12:14
**intend(2)** 10:20 11:13
**intention(1)** 10:24
**interest(7)** 18:10 25:24 25:25 26:1 26:2 26:6 26:7

**interim(1)** 6:19
**into(11)** 11:11 11:21 17:3 18:24 21:15 22:7 22:7 28:25 35:24 37:3 40:9

**investors(1)** 23:1
**involved(2)** 4:1 22:23
**involves(1)** 18:2
**irrelevant(1)** 29:22
**island(5)** 2:20 2:24 20:3 20:5 23:9
**isn't(2)** 39:9 39:12
**issue(7)** 12:19 15:2 15:12 24:21 29:8 31:7 32:22

**issues(6)** 4:10 4:11 15:11 19:10 23:1 30:13
**item(4)** 4:21 5:18 5:19 6:22
**items(2)** 4:19 5:19
**its(3)** 3:21 23:25 29:17
**it'll(5)** 5:10 5:16 36:5 36:11 36:15
**it's(21)** 3:23 8:13 9:16 12:11 13:20 13:21 14:22 14:24 24:1 24:8 26:24 26:25 28:17 31:12 33:15 36:23 37:22 39:8 39:24 40:2 41:5

**i'd(3)** 38:20 39:20 39:21
**i'll(9)** 4:13 5:10 11:5 12:10 15:12 16:22 30:19 31:6 35:19

**i'm(27)** 3:11 3:12 5:16 5:18 6:11 12:19 12:20 13:12 15:11 17:8 19:15 19:17 20:3 20:13 33:9 33:12 33:13 33:21 34:5 34:19 34:21 37:22 37:25 38:5 38:11 39:15 39:17

**i've(4)** 20:21 23:25 25:12 37:24
**j.p.(6)** 15:16 15:17 15:19 15:22 15:25 16:16
**james(1)** 14:4
**january(2)** 1:14 3:1
**jersey(1)** 9:22
**jointly(1)** 1:8
**judge(1)** 1:21
**judicial(4)** 9:15 11:5 11:17 11:19
**june(2)** 9:17 11:3
**just(13)** 9:21 12:20 14:13 16:13 17:12 18:16 18:16 24:11 30:1 31:12 33:6 34:16 35:23

**keep(5)** 16:6 28:20 32:2 39:10 39:25
**kept(1)** 7:13
**kind(2)** 9:9 15:11
**kinds(1)** 27:3
**klayman(2)** 2:13
**know(19)** 3:16 10:3 12:9 13:14 14:11 15:8 28:1 29:4 31:6 34:3 34:9 34:16 34:22 35:24 36:7 36:11 36:19 38:17 39:7

**knowing(1)** 15:7
**knows(2)** 9:21 15:9
**kohr(1)** 42:12
**landlord(2)** 8:13 9:25
**language(4)** 8:9 16:12 16:14 16:20
**last(1)** 18:8
**lasted(1)** 26:1
**later(5)** 3:22 3:24 16:17 21:25 35:4
**lawyers(1)** 24:4
**least(4)** 11:12 19:11 38:10 41:13
**leaves(1)** 35:9
**left(1)** 10:6
**legal(6)** 2:20 16:4 16:4 20:3 20:5 24:4
**lender(1)** 25:20
**lending(1)** 27:20
**lengthy(2)** 7:5 9:14
**less(1)** 28:18
**let(7)** 5:4 8:5 12:9 19:12 19:17 19:18
**let's(3)** 6:8 11:15 19:21
**light(1)** 22:25
**like(9)** 20:11 20:20 27:8 33:19 38:8 38:20 39:20 39:21 40:24
**likelihood(2)** 21:17 22:6
**likely(2)** 21:12 32:10
**limitation(1)** 27:15
**limitations(2)** 27:11 27:14
**limited(5)** 8:2 8:5 8:6 12:4 20:16
**limiting(1)** 8:9

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| liquidating(9) 1:26 3:8 3:11 3:13 3:14 3:25 4:18 7:18 11:6 | | may(15) 4:16 7:10 9:7 12:7 13:23 15:18 16:1 31:19 31:22 32:3 32:3 34:3 35:5 41:8 41:14 | | not(52) 3:21 7:20 8:5 8:20 10:17 12:4 12:15 13:12 14:5 14:17 14:23 15:7 16:1 16:2 18:18 19:13 20:13 20:14 21:22 22:1 22:12 22:12 22:23 23:15 23:18 23:23 24:4 24:8 24:20 24:22 25:16 26:16 26:20 26:2 26:25 27:3 27:24 28:17 28:25 29:1 29:19 31:9 31:16 32:3 32:19 33:9 33:12 33:13 36:5 39:8 39:15 41:14 | | original(7) 26:3 31:22 32:1 32:3 32:7 35:1 36:1 | |
| liquidation(1) 25:7 | | maybe(1) 33:1 | | | | originally(2) 16:1 32:12 | |
| list(12) 15:23 16:11 16:11 17:17 33:4 33:13 33:14 33:23 34:2 35:10 35:13 37:1 | | mcneill(1) 2:5 | | | | originated(15) 14:5 14:6 21:11 22:1 22:4 22:11 24:9 24:10 24:17 28:15 34:1 34:10 35:4 37:19 38:10 | |
| | | mean(3) 12:18 13:1 40:8 | | | | | |
| listed(2) 15:19 25:25 | | meaningful(1) 22:15 | | notable(1) 3:11 | | originating(1) 21:22 | |
| listen(1) 5:15 | | melville(3) 7:14 13:20 13:25 | | note(1) 13:24 | | origination(1) 39:19 | |
| lists(1) 36:2 | | member(1) 20:6 | | notes(1) 32:7 | | originations(1) 38:20 | |
| litigating(2) 28:1 30:13 | | memorialized(2) 23:10 23:17 | | nothing(1) 13:16 | | originators(1) 27:9 | |
| litigation(15) 13:5 14:16 15:16 15:17 15:18 17:23 18:1 18:2 18:4 21:18 22:7 23:23 24:2 29:7 30:6 | | merican(1) 1:6 | | notice(20) 8:24 9:2 9:4 9:15 11:5 11:17 11:19 14:19 18:22 22:16 29:8 29:9 29:21 29:24 30:13 32:17 32:17 32:20 37:25 38:2 | | other(16) 7:16 16:4 18:13 18:23 25:11 27:2 27:21 30:4 31:4 31:14 31:23 32:4 33:16 35:12 35:25 36:8 40:9 | |
| | | might(1) 14:7 | | | | | |
| | | might've(1) 30:20 | | | | | |
| | | mike(1) 34:6 | | | | | |
| litigations(1) 16:7 | | minimal(1) 29:5 | | notices(3) 8:19 9:6 27:3 | | others(2) 23:1 24:22 | |
| live(4) 17:10 29:20 29:21 29:23 | | modest(1) 21:9 | | notify(1) 36:16 | | otherwise(2) 40:8 41:1 | |
| llc(2) 13:20 13:20 | | modify(1) 41:22 | | november(1) 3:18 | | our(6) 3:10 4:4 10:24 11:1 24:25 36:1 | |
| llp(2) 1:26 1:35 | | moment(2) 12:1 41:8 | | now(25) 3:12 7:10 7:25 20:7 22:18 23:5 23:7 23:19 23:25 24:6 24:7 24:21 25:3 26:22 27:5 27:7 27:8 28:9 28:15 30:11 31:22 32:15 35:4 36:3 37:18 | | out(15) 7:19 9:10 9:25 10:15 12:15 12:22 14:2 17:21 23:15 32:8 33:3 35:12 35:14 38:9 39:23 | |
| loan(109) 6:25 7:4 7:7 7:8 7:12 7:16 7:21 7:24 9:3 9:7 9:10 9:20 9:23 10:2 10:6 10:10 10:12 10:14 13:23 14:5 14:6 14:8 15:23 15:25 16:5 17:13 17:15 17:18 17:18 17:22 18:2 18:5 18:9 19:10 21:8 21:10 21:11 22:2 22:8 22:10 22:16 23:2 23:4 23:15 23:16 23:24 24:14 24:21 24:23 25:8 25:10 25:10 25:12 25:13 25:15 25:17 25:20 25:20 25:23 25:23 25:24 25:25 26:5 26:7 26:12 26:14 26:18 26:21 27:25 28:5 28:6 28:10 28:12 28:13 28:21 29:1 29:10 29:12 29:13 30:5 30:18 30:19 30:21 31:10 31:10 31:11 31:20 31:21 31:22 32:4 32:4 32:11 32:23 33:2 33:18 35:5 35:11 35:22 35:23 36:2 36:6 36:11 36:15 37:15 37:16 39:19 40:12 40:13 41:4 | | monaie(1) 3:1 | | | | outweighed(1) 21:12 | |
| | | monhait(2) 1:41 1:42 | | number(14) 4:19 4:21 5:19 6:22 8:4 10:18 28:13 28:18 31:1 33:6 36:21 37:15 37:16 41:16 | | over(8) 4:13 7:8 11:9 15:9 17:8 26:4 30:13 31:9 | |
| | | month(3) 4:6 26:4 29:2 | | | | | |
| | | months(2) 3:19 9:8 | | | | | |
| | | moot(1) 14:24 | | | | | |
| | | more(10) 8:5 9:11 9:23 10:8 10:25 32:10 36:23 37:2 38:1 40:21 | | numbers(1) 35:23 35:24 36:4 | | overrule(1) 15:12 | |
| | | | | numerous(1) 9:6 | | own(2) 16:1 16:2 | |
| | | | | objecting(1) 14:23 | | o'connor(1) 2:12 | |
| loans(42) 12:14 15:18 15:24 16:1 16:2 16:3 18:10 21:24 21:24 22:1 22:4 22:5 22:6 22:7 24:9 24:10 24:17 24:24 26:23 27:2 28:7 28:14 28:16 28:16 28:19 28:20 28:22 28:24 29:14 31:25 32:5 32:12 33:5 33:17 34:1 34:3 34:21 35:3 36:1 37:19 38:10 40:17 | | morgan(6) 15:16 15:17 15:19 15:22 15:25 16:10 | | objection(15) 4:22 11:16 11:20 12:11 13:19 14:4 15:13 15:15 17:9 17:10 17:25 18:14 19:17 20:24 25:7 | | p.a(1) 1:41 | |
| | | | | objector(1) 11:12 | | p.m(1) 42:5 | |
| | | morning(4) 3:5 3:6 3:7 4:16 | | objectors(1) 19:21 | | p.o(1) 1:31 | |
| | | mortgage(20) 1:6 7:12 7:21 9:9 10:2 10:6 10:10 10:14 14:8 14:10 14:19 14:21 15:7 16:5 17:22 18:5 19:10 26:11 27:10 28:15 | | obvious(1) 26:17 | | page(1) 25:7 | |
| | | | | obviously(3) 6:19 11:23 29:10 | | paid(2) 15:6 15:10 | |
| | | | | occasion(1) 20:14 | | part(5) 8:10 8:25 25:6 26:10 27:7 | |
| | | | | occurred(2) 3:19 18:22 | | particular(1) 8:18 | |
| local(1) 20:16 | | mortgaged(1) 21:14 | | odd(1) 14:15 | | particularly(3) 22:5 22:25 28:21 | |
| location(2) 8:21 32:14 | | mortgages(3) 21:23 25:12 32:7 | | off(4) 15:6 15:11 35:21 35:22 | | parties(7) 3:6 5:24 8:20 18:4 31:14 35:12 38:2 | |
| long(1) 23:9 | | most(6) 3:11 4:20 16:10 21:22 24:12 27:2 | | office(1) 10:8 | | | |
| longer(3) 17:22 23:20 27:10 | | motion(12) 6:23 7:11 8:9 17:5 20:13 20:19 21:4 21:5 29:18 32:20 35:1 35:2 | | offices(1) 7:18 | | party(2) 31:5 36:6 | |
| look(2) 15:6 23:3 | | | | official(1) 5:20 | | pass(1) 25:21 | |
| looked(1) 12:2 | | | | often(1) 25:13 | | pausing(1) 5:2 | |
| looking(2) 9:9 9:11 | | motions(2) 7:12 8:15 | | okay(20) 4:15 5:17 6:18 8:23 11:25 12:6 13:2 13:8 16:8 16:22 17:6 19:14 34:8 34:9 35:8 37:21 39:11 40:1 41:2 41:21 | | pay(1) 36:22 | |
| loss(1) 23:2 | | movant(2) 20:5 20:8 | | | | payment(14) 22:1 22:5 25:23 26:3 26:3 26:4 28:14 28:19 28:22 28:22 29:2 29:2 29:14 33:25 | |
| lost(2) 21:16 29:22 | | movants(2) 23:20 23:21 | | | | | |
| lot(1) 34:12 | | move(2) 7:22 7:22 | | | | | |
| low(1) 28:24 | | movement(1) 20:7 | | | | | |
| low-income(1) 24:3 | | movements(1) 23:13 | | once(5) 17:21 36:4 36:14 36:16 36:22 | | pending(2) 3:21 32:19 | |
| made(4) 30:25 31:5 31:19 36:5 | | moving(1) 13:16 | | one(23) 3:10 5:2 5:5 5:11 9:11 10:4 10:25 11:6 11:7 11:12 12:1 12:17 17:12 17:17 17:18 21:14 26:19 27:22 32:22 36:23 37:1 40:21 41:11 | | pennsylvania(1) 1:37 | |
| madison(1) 1:37 | | multiple(1) 25:13 | | | | people(4) 29:20 29:24 29:25 30:23 | |
| main(2) 4:13 7:13 | | myself(2) 13:2 30:19 | | | | per(2) 26:4 29:2 | |
| make(16) 3:20 11:2 18:17 19:12 25:21 26:14 27:18 28:11 32:1 32:1 36:24 37:2 39:2 40:4 40:24 41:3 | | mystery(1) 24:24 | | | | percent(5) 25:24 25:25 26:2 26:6 26:8 | |
| | | name(1) 20:2 | | ones(1) 34:10 | | perez(1) 18:6 | |
| | | necessary(3) 19:13 21:17 24:8 | | ongoing(2) 12:18 16:7 | | perhaps(1) 14:9 | |
| makes(2) 17:15 27:7 | | need(13) 5:25 22:9 24:7 28:11 28:17 29:24 29:25 34:18 38:7 39:3 39:10 39:24 41:14 | | only(15) 5:2 7:21 10:9 17:10 17:21 19:16 21:25 24:10 30:22 31:19 31:21 32:14 32:21 35:3 38:23 | | period(4) 3:17 28:23 34:2 35:6 | |
| making(4) 4:8 26:2 30:23 31:2 | | | | | | pernicious(2) 21:23 22:5 | |
| manhattan(1) 2:14 | | | | | | person(1) 15:6 | |
| many(8) 9:8 26:15 27:9 28:25 31:25 33:2 33:25 37:17 | | needs(3) 31:10 31:11 31:12 | | | | persons(1) 11:23 | |
| | | negotiate(1) 9:24 | | | | pertain(1) 15:18 | |
| | | negotiations(1) 12:18 | | onto(1) 36:15 | | pertained(2) 7:21 35:3 | |
| | | never(1) 40:18 | | oops(1) 6:10 | | phone(1) 15:5 | |
| march(4) 6:9 6:13 6:17 13:7 | | new(14) 1:38 1:38 2:24 7:14 9:5 9:22 17:17 20:22 30:11 30:22 30:23 35:6 37:12 38:20 | | option(10) 21:24 22:5 25:24 28:14 28:19 28:22 29:14 33:6 33:6 33:10 33:25 | | photocopy(1) 32:2 | |
| margaret(3) 1:28 2:21 20:2 | | | | | | physical(2) 22:3 22:13 | |
| margot(1) 25:5 | | | | | | physically(1) 22:12 | |
| mark(3) 1:36 3:7 16:22 | | next(5) 6:3 13:4 13:6 13:19 15:15 | | order(26) 4:2 4:25 5:5 6:23 8:16 8:25 16:12 16:19 16:24 17:2 17:3 17:15 18:23 19:13 20:9 20:17 23:11 25:20 35:16 36:7 37:9 38:6 38:6 40:5 40:10 41:22 | | pick(1) 36:22 | |
| market(5) 1:11 1:43 2:7 2:15 24:25 | | nickita(1) 1:47 | | | | piece(1) 4:13 | |
| marketed(1) 28:23 | | no-doc(1) 25:20 | | | | pile(8) 9:10 9:11 36:9 36:9 36:11 36:25 37:1 37:3 | |
| master(1) 37:11 | | non(1) 39:18 | | | | | |
| match(1) 35:25 | | none(4) 11:18 11:21 11:25 30:16 | | | | piles(1) 37:11 | |
| matter(4) 3:22 15:19 27:24 42:9 | | nonetheless(1) 27:12 | | orders(21) 7:5 7:7 7:15 7:21 8:1 8:8 8:20 10:22 10:23 11:3 12:3 12:5 12:18 18:24 19:9 22:20 34:3 33:6 33:10 33:15 33:16 40:14 | | place(2) 18:20 38:5 | |
| matters(1) 27:24 | | nor(1) 23:24 | | | | plan(2) 6:23 25:7 | |
| | | norman(1) 1:42 | | | | plaza(1) 2:6 | |
| | | north(2) 2:7 2:15 | | | | please(3) 3:4 4:17 20:1 | |
| | | | | | | plenty(1) 38:4 | |
| | | | | | | plug(1) 35:23 | |
| | | | | | | plugged(2) 36:4 37:2 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| plus(1) 33:15 | | quite(1) 9:24 | | return(9) 9:8 9:10 10:17 11:9 36:6 36:8 | | short(7) 21:24 22:6 28:14 28:20 28:23 | |
| point(3) 21:19 24:11 35:18 | | raised(5) 22:14 23:1 27:13 27:20 32:22 | | 36:9 36:10 40:14 | | 29:14 34:1 | |
| points(2) 11:16 41:11 | | rate(9) 21:24 25:12 25:24 25:25 26:1 26:6 | | | | | |
| pools(1) 24:23 | | 26:7 28:14 34:1 | | returned(4) 7:8 9:12 10:15 37:5 | | shortly(1) 4:10 | |
| portion(4) 10:5 10:11 32:11 33:20 | | | | reviewed(3) 28:4 36:23 37:2 | | should(9) 6:3 10:20 23:4 23:24 24:4 28:18 | |
| position(1) 24:1 | | rates(1) 28:24 | | rhetorical(1) 6:6 | | 34:7 36:9 37:5 | |
| possession(1) 23:6 | | rather(3) 12:23 13:1 28:10 | | richmond(1) 2:22 | | | |
| potential(2) 7:20 16:7 | | reach(1) 6:20 | | rid(1) 4:10 | | should've(1) 15:8 | |
| potter(1) 2:4 | | read(3) 23:24 26:1 40:9 | | right(33) 3:26 5:9 6:2 6:7 8:15 10:16 | | show(4) 27:1 27:2 27:3 41:22 | |
| power(2) 33:6 33:10 | | readily(3) 33:14 34:20 | | 11:15 12:25 13:13 14:25 15:3 16:3 16:4 | | shown(1) 25:14 | |
| ppearances(2) 1:23 2:1 | | reality(1) 32:5 | | 16:18 16:22 17:4 17:7 18:16 19:3 19:8 | | side(1) 3:12 | |
| practice(2) 20:13 27:14 | | really(3) 8:15 18:18 37:24 | | 19:14 20:24 21:1 30:7 36:20 37:3 37:7 | | sign(2) 5:4 35:16 | |
| pre-existing(1) 30:5 | | reason(3) 5:2 10:3 28:1 | | 37:21 39:6 39:7 40:22 41:7 42:3 | | signatures(2) 25:15 27:1 | |
| pre-trial(1) 5:25 | | reasonably(1) 24:3 | | | | signed(1) 4:25 | |
| prepared(3) 37:22 37:25 38:6 | | reasons(2) 21:13 26:17 | | rise(1) 3:3 | | significant(1) 31:17 | |
| present(1) 15:5 | | recall(3) 7:4 9:7 13:23 | | room(1) 3:12 | | signing(1) 13:14 | |
| presented(1) 9:16 | | recap(1) 25:10 | | rosenthal(1) 1:41 | | similar(1) 35:11 | |
| preservation(3) 22:13 28:12 37:10 | | received(2) 17:11 32:20 | | routine(1) 26:10 | | simple(3) 21:8 28:2 35:10 | |
| preserve(8) 24:2 24:8 29:6 30:5 33:2 | | recent(1) 10:8 | | run(2) 12:8 12:10 | | simply(9) 10:24 12:12 14:25 22:10 22:15 | |
| 38:23 39:3 41:8 | | reclassify(1) 14:25 | | running(1) 27:11 | | 23:25 28:3 31:4 31:13 | |
| | | recollection(1) 9:6 | | | | | |
| preserved(7) 22:2 22:11 22:15 23:4 24:19 | | reconsider(2) 22:25 25:1 31:16 | | said(6) 30:19 30:20 33:19 34:7 34:9 40:18 | | since(4) 7:11 7:19 10:5 15:25 | |
| 31:11 38:9 | | reconsideration(1) 37:23 | | sale(4) 10:23 11:3 36:7 40:14 | | sit(1) 39:7 | |
| | | record(4) 24:15 30:8 30:16 40:9 | | sales(1) 10:16 | | sitting(1) 3:21 | |
| preserving(5) 21:12 23:22 39:18 39:18 | | recorded(1) 1:55 | | same(10) 9:14 9:19 17:2 17:14 30:23 31:4 | | size(1) 14:21 | |
| 40:16 | | recording(2) 1:55 42:8 | | 31:13 37:1 38:8 40:15 | | skid(3) 36:15 36:19 36:23 | |
| | | records(2) 31:17 32:2 | | | | skids(1) 35:22 | |
| presumably(3) 29:11 29:20 34:11 | | redress(1) 27:10 | | sampling(2) 10:9 28:4 | | skip(1) 17:8 | |
| presume(1) 33:15 | | refer(1) 25:4 | | sanders(2) 25:5 25:8 | | skipping(1) 5:18 | |
| prevent(1) 30:2 | | referenced(1) 33:5 | | sass(5) 1:25 3:13 4:7 11:7 11:21 | | slightly(1) 36:2 | |
| previous(6) 8:1 8:20 11:18 12:3 17:15 | | reflected(2) 11:17 12:10 | | satisfaction(2) 14:19 15:8 | | small(4) 3:15 10:9 21:16 41:16 | |
| 18:24 | | regarded(1) 18:9 | | saw(1) 32:21 | | sold(2) 13:23 15:18 | |
| | | regarding(2) 18:10 23:1 | | say(5) 18:23 33:22 34:22 35:16 39:24 | | some(26) 3:17 6:20 7:17 7:20 9:24 15:17 | |
| previously(6) 14:1 17:13 20:14 24:22 29:9 | | rehashing(1) 31:13 | | saying(1) 38:7 | | 16:3 16:4 17:10 17:20 18:10 19:22 26:11 | |
| 31:4 | | reiterate(1) 30:4 | | scan(1) 41:18 | | 28:4 28:14 28:15 28:17 31:22 32:3 33:23 | |
| | | related(3) 4:11 17:23 21:19 | | scanned(6) 24:14 24:19 28:17 28:17 34:11 | | 34:3 34:10 34:18 36:3 36:7 41:13 | |
| principle(3) 5:23 15:21 17:24 | | relationship(1) 26:6 | | 36:4 | | | |
| print(1) 26:1 | | release(1) 15:10 | | | | something(2) 12:22 33:11 | |
| prior(20) 3:19 4:1 7:11 7:21 8:10 10:2 | | relief(3) 7:23 18:18 37:24 | | scanning(1) 28:10 | | sometimes(3) 25:24 25:17 26:13 | |
| 10:3 10:16 10:21 11:3 12:13 21:21 22:19 | | remain(2) 1:74 17:14 | | schuylkill(1) 1:50 | | somewhere(1) 20:22 | |
| 24:9 25:1 30:15 31:16 36:7 37:5 40:14 | | remaining(9) 6:25 7:23 9:20 11:12 17:10 | | scope(4) 8:6 18:17 22:21 23:25 | | sontchi(1) 1:20 | |
| | | 21:8 23:3 23:15 23:16 | | sean(3) 1:27 4:17 30:8 | | soon(2) 4:9 5:16 | |
| priority(2) 4:4 4:8 | | | | seated(1) 3:4 | | sophisticated(2) 30:25 38:1 | |
| pro(1) 20:19 | | remains(2) 12:9 24:24 | | second(3) 18:17 21:19 23:3 | | sorry(5) 6:11 19:15 33:21 34:5 38:11 | |
| probably(5) 5:10 21:15 32:6 32:9 35:12 | | remember(2) 8:11 27:23 | | secured(1) 5:20 | | sort(2) 6:20 33:23 | |
| proceed(1) 6:20 | | remind(1) 23:17 | | securitization(1) 28:3 | | sound(2) 1:55 42:8 | |
| proceeding(1) 3:23 | | repeat(1) 34:7 | | securitized(1) 24:24 | | space(1) 22:13 | |
| proceedings(3) 1:19 1:55 42:9 | | reply(2) 29:17 35:1 | | see(2) 6:8 19:10 | | speak(1) 20:12 | |
| process(5) 4:3 9:9 35:16 37:4 39:23 | | represent(1) 20:5 | | seek(4) 19:9 28:12 36:6 41:14 | | speaking(1) 20:16 | |
| process"(1) 19:6 | | representation(1) 22:22 | | seeking(5) 6:24 7:6 17:21 18:18 18:22 | | specific(4) 4:13 8:6 23:5 31:11 33:13 | |
| produced(1) 1:56 | | represented(1) 20:15 | | seem(1) 5:3 | | specifically(2) 8:18 25:7 | |
| production(1) 21:22 | | representing(1) 3:12 | | seems(1) 14:15 | | specified(1) 8:1 | |
| project(1) 20:4 | | request(10) 9:7 15:25 21:7 29:12 29:16 | | seen(3) 5:1 20:21 25:12 | | specify(1) 8:21 | |
| protect(1) 25:2 | | 29:17 31:24 33:25 36:5 37:6 | | send(1) 10:24 29:15 40:18 | | spoke(5) 4:23 7:12 8:9 8:15 8:18 | |
| protocol(13) 9:8 9:19 18:18 18:19 18:20 | | | | sending(1) 41:4 | | stacked(1) 30:3 | |
| 18:21 18:25 35:15 37:4 38:21 39:22 40:15 | | requested(4) 13:22 17:14 18:1 29:10 | | sense(2) 4:2 41:3 | | stacking(1) 30:2 | |
| 41:15 | | requests(1) 36:3 | | sent(1) 32:8 | | standing(1) 31:7 | |
| | | required(5) 10:23 15:24 21:5 24:4 37:10 | | separate(2) 12:15 16:24 39:22 | | stargatt(1) 1:26 4:17 | |
| provide(4) 13:22 14:2 18:4 18:12 | | requirement(1) 36:8 | | separated(1) 10:15 | | state(2) 27:13 27:15 | |
| provided(7) 8:20 14:1 14:17 14:18 14:18 | | requiring(1) 28:9 | | september(2) 20:9 23:10 | | staten(4) 2:20 2:24 20:3 20:4 | |
| 18:3 18:11 | | reserved(1) 14:25 | | serious(1) 23:1 | | states(4) 1:1 1:21 9:1 31:2 | |
| | | reset(6) 21:24 22:6 26:2 28:20 29:1 29:14 | | service(2) 1:49 1:56 | | stating(1) 33:7 | |
| prudent(2) 7:22 19:11 | | resolution(7) 4:3 9:1 9:3 12:19 13:17 | | servicers(2) 24:23 32:6 | | status(4) 5:19 6:3 12:19 13:3 | |
| publication(4) 8:24 9:4 29:9 32:17 | | 15:21 15:22 | | services(4) 1:49 2:20 20:3 20:5 | | statute(2) 27:11 27:14 | |
| pull(1) 35:22 38:9 40:25 | | | | servicing(6) 10:16 14:8 14:8 14:18 15:1 | | statutes(1) 27:15 | |
| pulled(3) 32:8 37:11 38:18 | | resolutions(1) 40:9 | | 40:14 | | stearns(6) 10:15 10:17 10:18 33:16 40:13 | |
| pulling(2) 12:22 39:23 | | resolved(8) 3:25 3:26 4:8 4:21 12:12 | | | | 41:13 | |
| purchased(1) 32:5 | | 13:22 16:22 32:20 | | set(6) 6:2 13:2 34:21 36:10 36:11 38:19 | | | |
| purchaser(1) 31:24 | | | | settle(1) 12:16 | | step(1) 22:25 | |
| purchasers(1) 31:25 | | resolves(1) 18:14 | | settled(1) 17:24 | | stephen(1) 2:5 | |
| purpose(1) 20:16 | | respect(15) 5:20 7:23 18:15 20:8 21:7 | | settlement(1) 5:23 | | steps(1) 25:1 | |
| purposes(1) 21:2 | | 22:4 23:8 24:6 25:3 27:19 28:21 29:8 | | several(1) 7:5 | | steve(1) 3:13 | |
| pursuant(3) 6:24 7:7 11:3 | | 29:13 40:11 41:13 | | shall(1) 6:2 | | steven(1) 1:25 | |
| put(4) 15:1 35:24 38:1 38:5 | | | | she(4) 4:24 4:24 31:10 32:23 33:5 33:7 | | still(3) 16:11 27:12 29:20 | |
| | | respects(1) 26:11 | | shelley(1) 42:12 | | storage(2) 7:17 9:22 | |
| quality(1) 36:24 | | respond(1) 19:23 | | she's(2) 29:1 31:9 | | stored(7) 38:24 39:4 39:5 39:19 41:6 | |
| quarter(5) 24:14 24:18 24:18 28:16 34:11 | | response(1) 33:24 | | shipped(1) 10:20 | | 41:12 41:15 | |
| question(3) 6:6 10:22 29:18 | | results(1) 35:17 | | shock(2) 28:23 29:2 | | | |
| questions(1) 4:13 | | | | | | stored,"(2) 39:9 39:24 | |
| quickly(1) 12:10 | | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **street**(6) 1:11 1:30 1:43 1:50 2:7 2:15 | | **that**(250) 3:19 3:19 3:20 3:23 3:25 3:25 3:26 4:12 4:22 4:24 4:25 5:2 5:22 5:22 5:25 6:3 6:6 6:17 6:18 6:21 6:25 7:4 7:13 7:13 7:15 7:16 7:22 7:22 8:1 8:1 8:13 8:16 8:19 8:25 8:25 9:8 9:14 9:16 10:1 10:4 10:7 10:11 10:13 10:14 10:21 10:22 11:2 11:10 11:11 12:4 12:13 12:13 12:14 12:17 13:2 13:5 13:6 13:11 13:21 14:6 14:7 14:9 14:16 14:17 15:17 15:18 15:22 15:22 15:24 16:2 16:3 16:7 16:9 16:13 16:14 16:15 16:16 16:19 16:22 16:23 16:23 17:11 17:13 17:13 17:14 17:15 17:16 17:18 17:21 17:23 18:4 18:10 18:12 18:14 18:21 18:23 19:10 21:9 21:13 21:14 21:14 21:19 21:20 22:1 22:4 22:6 22:8 22:9 22:10 22:11 22:14 22:14 22:15 22:19 22:20 23:2 23:3 23:13 23:15 23:17 23:17 23:18 23:20 23:22 23:23 24:1 24:3 24:8 24:9 24:13 24:16 24:20 24:21 24:22 24:23 25:2 25:5 25:12 25:15 25:18 26:1 26:5 26:6 26:10 26:18 26:22 26:23 26:24 26:24 27:2 27:7 27:8 27:12 27:17 27:23 28:7 28:7 28:9 28:12 28:12 28:13 28:14 28:22 29:5 29:12 29:16 29:18 29:23 29:24 29:25 30:1 30:10 30:11 30:11 30:17 30:20 30:24 31:7 31:10 31:10 31:10 31:13 31:15 31:20 31:21 31:24 32:2 32:2 32:5 32:8 32:14 32:14 32:18 32:19 32:19 32:22 32:25 33:3 33:3 33:5 33:6 33:12 33:14 33:14 33:17 33:25 34:2 34:10 34:22 35:3 35:4 35:5 35:6 35:9 35:10 35:16 35:17 35:17 35:20 35:25 36:1 36:3 36:6 36:6 36:7 36:14 36:16 36:18 36:22 36:23 36:24 37:11 37:19 37:23 38:2 38:5 38:13 38:17 38:24 39:2 39:14 40:4 40:7 40:12 41:3 41:11 41:16 41:18 41:18 42:7 | | **the**(301) 1:1 1:2 1:20 1:29 3:3 3:4 3:8 3:11 3:12 3:12 3:12 3:13 3:16 3:18 3:20 3:21 3:24 3:25 4:3 4:5 4:6 4:6 4:11 4:13 4:14 4:15 4:17 4:18 4:19 4:20 4:21 5:1 5:1 5:3 5:5 5:7 5:9 5:10 5:13 5:15 5:16 5:20 5:24 6:2 6:3 6:6 6:8 6:10 6:13 6:17 6:19 6:19 6:23 6:25 7:1 7:2 7:12 7:13 7:14 7:16 7:18 7:18 7:20 7:21 7:22 7:23 7:25 7:25 8:1 8:5 8:6 8:8 8:9 8:10 8:10 8:11 8:12 8:13 8:13 8:15 8:16 8:19 8:19 8:20 8:21 8:21 8:23 9:1 9:2 9:3 9:4 9:4 9:9 9:15 9:16 9:17 9:17 9:19 9:20 9:24 10:3 10:5 10:6 10:21 11:1 11:4 11:6 11:8 11:8 11:9 11:10 11:12 11:13 11:14 11:15 11:15 11:16 11:17 11:18 11:18 11:19 11:20 12:3 12:4 12:4 12:6 12:8 12:9 12:13 12:16 12:19 12:19 12:22 12:25 13:4 13:6 13:9 13:9 13:12 13:14 13:16 13:19 13:22 13:23 13:24 14:5 14:6 14:9 14:10 14:13 14:14 14:15 14:16 14:17 14:20 14:21 14:22 14:22 14:24 14:25 14:25 15:1 15:2 15:3 15:5 15:5 15:7 15:10 15:12 15:12 15:15 15:15 15:18 15:24 15:25 16:1 16:3 16:6 16:8 16:10 16:11 16:12 16:15 16:15 16:18 16:19 16:21 16:25 17:1 17:2 17:3 17:5 17:5 17:10 17:11 17:13 17:15 17:23 18:1 18:2 18:2 18:3 18:4 18:4 18:6 18:8 18:11 18:13 18:14 18:16 18:17 18:17 18:19 18:20 18:21 18:21 18:24 18:25 19:2 19:2 19:4 19:6 19:6 19:10 19:11 19:16 19:18 19:18 19:21 19:23 20:1 20:4 20:4 20:6 20:8 20:9 20:11 20:15 20:16 20:17 20:19 20:21 20:24 21:1 21:4 21:9 21:10 21:11 21:12 21:19 21:20 21:22 21:23 21:24 22:13 22:14 22:14 22:18 22:21 22:23 22:24 22:25 23:1 23:2 23:5 23:6 23:7 23:7 23:8 23:8 23:9 23:9 23:10 23:12 23:13 23:13 23:14 23:15 23:17 23:18 23:19 23:19 23:21 23:21 23:21 24:1 24:5 24:5 24:6 24:8 24:8 24:9 24:13 | | **them**(37) 4:20 9:11 10:10 10:23 10:24 10:24 10:25 11:1 12:13 12:15 14:1 14:3 18:11 22:17 26:19 27:3 27:7 29:17 30:4 32:1 32:6 32:9 32:22 36:22 38:3 38:3 38:3 38:18 39:4 40:14 40:19 40:19 40:23 41:1 41:1 41:18 41:18 |
| **strong**(1) 22:6 | | | | | | **themselves**(2) 8:8 12:5 |
| **subject**(6) 5:24 11:23 17:14 20:9 31:17 | | | | | | **then**(16) 5:18 6:3 9:8 9:11 9:25 10:7 16:16 18:8 19:23 32:1 33:10 36:16 36:22 39:3 39:24 40:21 |
| **submit**(8) 5:11 16:16 16:23 26:24 31:20 31:23 32:10 41:22 | | | | | | **there**(45) 3:22 4:19 5:23 5:24 6:10 6:15 7:19 7:25 8:9 8:24 9:22 9:25 10:7 10:13 11:5 11:16 11:20 12:18 17:25 20:14 21:25 22:6 22:18 22:19 22:22 23:14 23:16 23:16 26:18 27:12 27:13 27:21 30:11 32:3 32:21 33:14 33:22 33:22 35:5 35:11 35:19 38:4 40:25 40:25 41:16 |
| **submitted**(4) 4:22 25:6 25:15 25:18 | | | | | | |
| **subprime**(1) 25:11 | | | | | | |
| **subsequently**(2) 7:17 22:24 | | | | | | |
| **subset**(1) 13:24 | | | | | | |
| **substantial**(5) 10:5 10:11 32:11 32:16 | | | | | | |
| **substantially**(1) 10:2 | | | | | | **there's**(15) 5:1 7:3 13:15 15:16 21:16 21:16 29:24 30:16 32:16 35:10 36:18 37:3 39:2 39:23 |
| **substantive**(1) 13:16 | | | | | | |
| **such**(2) 27:22 35:13 | | | | | | **these**(61) 9:20 9:21 9:23 9:25 13:14 16:1 16:5 18:23 21:8 21:10 21:10 21:17 22:5 22:8 22:16 22:20 23:24 24:2 24:16 24:21 24:24 25:3 25:8 25:12 26:8 26:16 26:20 26:23 27:5 27:6 27:11 28:3 28:4 28:5 28:7 28:16 28:19 29:6 29:19 30:5 30:13 30:25 31:3 31:18 31:15 31:19 31:20 31:21 31:21 31:25 32:1 32:15 32:15 33:20 34:3 34:10 34:21 38:2 39:23 40:17 41:12 | |
| **sue**(1) 27:10 | | | | | | |
| **sufficient**(1) 38:1 | | | | | | |
| **suggests**(1) 33:5 | | | | | | |
| **suite**(3) 1:43 2:16 2:23 | | | | | | |
| **summarized**(1) 35:19 | | | | | | |
| **supplied**(1) 21:20 | | | | | | |
| **supports**(1) 30:17 | | | | | | |
| **sure**(9) 5:16 6:5 18:17 33:13 36:24 37:2 40:3 40:25 41:9 | | | | | | |
| | | | | | | **they**(54) 6:10 8:17 9:10 9:22 10:1 10:18 10:19 10:24 11:1 11:14 12:12 15:16 16:2 16:7 17:12 17:13 17:21 17:22 18:10 21:15 22:8 22:14 25:16 25:16 25:22 26:15 26:22 28:1 28:2 28:20 29:5 29:12 29:16 29:20 29:21 29:23 31:22 32:11 32:14 33:8 33:17 35:2 35:22 35:23 37:16 38:13 38:17 38:24 39:4 39:4 39:11 39:14 |
| **system**(1) 35:25 | | | | | | |
| **take**(10) 9:15 11:1 11:5 11:19 23:2 25:1 33:17 35:21 35:21 37:15 | | | | | | |
| | | | | | | |
| **taken**(1) 10:19 | | | | | | **they'll**(3) 35:25 36:23 37:1 |
| **taking**(1) 11:17 | | | | | | **they're**(11) 10:3 10:22 11:21 12:4 16:2 16:5 24:16 33:2 36:2 38:4 41:15 |
| **talking**(3) 24:7 24:11 33:1 | | | | | | |
| **talks**(1) 25:8 | | | | | | **they've**(2) 16:3 29:22 |
| **taylor**(2) 1:1 5:6 | | | | | | **thing**(2) 19:16 30:22 |
| **teaser**(4) 21:24 28:14 28:24 34:1 | | | | | | **things**(1) 27:23 |
| **tell**(1) 30:17 | | **that's**(26) 3:17 6:13 6:14 10:5 11:8 11:17 12:12 14:4 14:17 17:10 17:19 18:6 18:20 18:21 19:1 19:3 19:8 27:17 30:22 34:8 37:6 37:13 39:6 40:8 41:14 41:23 | | | | **think**(20) 5:3 5:24 6:3 12:7 12:9 12:17 14:7 14:18 16:11 18:14 21:25 30:16 30:22 34:12 35:1 35:9 37:23 39:1 39:21 40:3 |
| **terms**(4) 10:6 33:4 33:15 40:15 | | | | | | |
| **terrace**(1) 2:22 | | | | | | |
| **testimony**(1) 25:5 | | | | | | |
| **than**(9) 9:23 12:24 13:1 18:13 28:18 30:3 31:6 30:7 35:8 40:11 41:21 42:2 | | | | | | **third-party**(1) 15:17 |
| | | | | | | **this**(33) 3:16 6:1 7:10 9:13 11:2 12:19 14:23 15:19 17:3 20:9 20:12 20:13 20:17 22:19 22:22 23:3 24:11 24:25 26:10 29:24 29:25 30:1 32:20 32:25 34:12 35:2 35:4 35:18 38:10 38:19 39:8 39:18 39:20 |
| **thank**(12) 4:15 5:17 12:1 15:14 20:1 21:3 21:6 30:7 35:8 40:11 41:21 42:2 | | | | | | |
| | | **the**(221) 24:13 24:16 24:17 24:18 24:22 24:23 24:23 24:23 24:25 25:4 25:5 25:6 25:7 25:10 25:11 25:11 25:17 25:17 25:18 25:19 25:19 25:20 25:21 25:22 25:25 25:25 26:1 26:2 26:4 26:7 26:7 26:9 26:10 26:12 26:14 26:14 26:17 26:18 26:19 26:20 26:20 26:22 26:25 27:2 27:9 27:16 27:16 27:19 27:22 27:24 27:25 27:25 28:5 28:9 28:12 28:13 28:16 28:18 28:22 28:23 29:4 29:5 29:8 29:15 29:15 29:18 29:20 29:21 29:24 29:24 30:2 30:2 30:2 30:7 30:8 30:9 30:12 30:14 30:15 30:16 30:17 30:18 30:18 30:22 30:23 31:1 31:2 31:3 31:4 31:9 31:13 31:14 31:15 31:16 31:19 31:21 31:24 31:24 31:25 32:4 32:5 32:5 32:7 32:7 32:8 32:13 32:14 32:25 33:4 33:6 33:8 33:8 33:10 33:15 33:15 33:16 33:17 33:21 34:2 34:5 34:6 34:8 34:10 34:10 34:13 34:13 34:15 34:17 34:19 34:24 34:25 35:1 35:2 35:8 35:14 35:14 35:15 35:15 35:16 35:17 35:19 35:21 35:21 35:23 36:3 36:6 36:9 36:9 36:9 36:10 36:13 36:17 36:20 36:22 36:25 37:1 37:3 37:4 37:7 37:7 37:9 37:9 37:14 37:18 37:18 37:18 37:19 37:21 37:22 37:25 38:7 38:8 38:13 38:15 38:17 38:24 38:25 39:2 39:4 39:5 39:7 39:12 39:15 39:16 39:17 39:23 40:2 40:4 40:6 40:8 40:9 40:9 40:10 40:10 40:12 40:12 40:14 40:15 40:17 40:21 40:23 41:3 41:7 41:9 41:11 41:13 41:14 41:17 41:20 41:22 41:24 42:1 42:3 42:5 42:7 42:8 42:8 42:9 | | | | **those**(71) 7:3 7:7 7:11 7:12 7:15 7:21 9:2 9:12 10:9 10:12 10:17 10:19 10:21 10:23 10:25 11:2 11:3 11:10 11:19 11:23 11:25 12:15 13:24 14:3 14:24 15:11 16:6 18:12 19:22 21:12 21:23 21:25 22:6 22:10 22:21 23:12 23:25 24:6 24:10 24:15 24:19 25:1 26:13 27:15 27:15 27:20 28:6 28:13 28:24 29:15 29:19 29:20 29:21 29:23 29:23 29:24 31:16 31:25 33:6 33:17 35:3 35:12 35:24 36:4 37:12 37:14 38:21 38:23 39:20 40:16 40:24 |
| | | | | | | |
| | | | | | | |
| | | | | | | **thought**(4) 7:18 7:19 14:9 19:11 |
| | | | | | | **three**(1) 23:6 |
| | | | | | | **three-and-a-half**(1) 32:16 |
| | | | | | | **three-day**(1) 30:12 |
| | | **their**(16) 7:13 12:17 22:17 22:21 24:4 25:6 25:19 28:20 29:10 29:12 29:17 29:21 30:5 32:12 35:1 39:22 | | | | **through**(5) 9:14 12:2 12:8 12:10 40:24 |
| | | | | | | **throughout**(1) 31:15 |

| Word | Page:Line |
|---|---|
| **time**(18) 3:17 6:1 6:2 8:12 9:4 9:11 9:24 | |
| 22:21 24:23 27:21 35:6 36:24 37:2 38:8 | |
| 38:10 38:19 39:18 39:20 | |
| **timelines**(1) 18:21 | |
| **timely**(1) 14:19 | |
| **times**(3) 9:5 10:18 12:18 | |
| **title**(1) 15:10 | |
| **today**(17) 3:10 4:14 4:20 5:11 11:14 16:16 | |
| 16:17 18:22 20:12 20:17 21:2 22:24 30:1 | |
| 35:7 35:16 37:22 37:24 | |
| **told**(2) 27:16 30:20 | |
| **too**(1) 14:24 | |
| **took**(2) 9:24 15:9 | |
| **total**(1) 33:6 | |
| **totaled**(1) 34:2 | |
| **touche**(2) 5:21 17:20 | |
| **touched**(1) 10:4 | |
| **towards**(1) 4:7 | |
| **transactions**(1) 26:16 | |
| **transcriber**(1) 42:13 | |
| **transcript**(4) 1:19 1:56 9:17 42:8 | |
| **transcription**(2) 1:49 1:56 | |
| **transcripts**(2) 11:4 11:18 | |
| **triad**(3) 2:12 12:11 12:14 | |
| **tried**(1) 10:17 | |
| **trust**(1) 5:15 | |
| **trustee**(27) 1:26 3:9 3:11 3:13 3:14 3:25 | |
| 4:18 7:19 9:1 9:4 11:6 21:10 22:14 22:19 | |
| 24:1 24:9 24:13 26:22 28:18 29:15 29:18 | |
| 30:2 30:9 30:18 31:2 34:25 39:17 | |
| **trustees**(1) 24:23 | |
| **trustee's**(2) 6:23 24:6 | |
| **trusts**(1) 28:3 | |
| **truth**(1) 27:19 | |
| **truthful**(1) 25:17 | |
| **try**(1) 40:21 | |
| **trying**(2) 34:19 39:15 | |
| **turn**(1) 4:13 | |
| **turns**(1) 23:15 | |
| **two**(11) 5:18 11:4 11:6 11:18 16:11 18:20 | |
| 21:13 26:2 31:9 32:21 41:11 | |
| **two-check**(1) 37:4 | |
| **two-touch**(1) 9:9 | |
| **types**(2) 21:23 22:1 | |
| **typically**(1) 19:9 | |
| **u.s**(1) 9:3 | |
| **ultimately**(1) 10:1 | |
| **um-hum**(4) 7:2 8:19 36:13 36:17 | |
| **unclean**(1) 27:24 | |
| **unconscionability**(1) 27:22 | |
| **under**(16) 4:22 5:11 8:20 10:21 10:22 | |
| 15:1 15:25 16:16 16:23 18:21 18:25 27:19 | |
| 35:15 37:4 40:10 41:23 | |
| **underlying**(2) 14:16 15:2 | |
| **understand**(6) 12:23 13:18 15:4 18:17 | |
| 22:13 34:17 | |
| **understanding**(3) 11:11 24:25 34:20 | |
| **understood**(1) 41:5 | |
| **underwritable**(1) 26:15 | |
| **underwriting**(3) 25:21 25:22 26:4 | |
| **underwritten**(1) 26:5 | |
| **unfair**(1) 27:13 | |
| **united**(4) 1:1 1:21 9:1 31:2 | |
| **unless**(4) 4:12 26:1 41:3 41:5 | |
| **unlikely**(1) 31:21 | |
| **unsecured**(2) 4:4 14:22 | |
| **unsettling**(1) 34:12 | |
| **until**(4) 15:23 21:24 22:24 38:17 | |
| **update**(5) 3:15 5:22 13:3 13:7 37:11 | |
| **uphill**(1) 27:5 | |
| **upon**(2) 30:4 31:24 | |
| **urge**(1) 24:25 | |
| **urgency**(1) 8:10 | |

| Word | Page:Line |
|---|---|
| **use**(2) 34:13 35:23 | |
| **used**(1) 33:14 | |
| **valid**(1) 29:19 | |
| **value**(2) 21:12 26:14 | |
| **vary**(1) 27:15 | |
| **verification**(1) 25:18 | |
| **version**(1) 35:20 | |
| **versus**(1) 5:21 | |
| **very**(7) 10:9 29:10 29:11 30:13 30:24 | |
| 32:20 41:24 | |
| **vice**(1) 20:19 | |
| **view**(1) 11:1 18:19 | |
| **vintage**(2) 10:3 10:8 | |
| **virtually**(1) 28:24 | |
| **waiting**(2) 16:11 16:13 | |
| **want**(6) 11:2 11:24 18:17 38:3 38:3 38:18 | |
| **wanted**(6) 3:15 3:20 10:24 12:12 17:12 | |
| 41:10 | |
| **wants**(1) 40:15 | |
| **warehouse**(2) 7:14 10:4 | |
| **was**(58) 4:2 4:22 4:22 5:25 6:4 6:6 7:15 | |
| 7:20 7:22 7:25 8:1 8:9 8:13 8:24 8:25 9: | |
| 9:4 9:5 9:8 9:16 9:22 11:7 13:19 14:5 | |
| 14:6 14:6 14:8 15:15 15:19 17:12 17:25 | |
| 20:6 20:9 20:15 21:22 22:22 23:10 23:17 | |
| 25:5 25:19 25:23 26:5 26:7 26:7 26:10 | |
| 26:19 27:16 28:8 29:9 30:20 33:7 35:1 | |
| 35:11 36:6 36:7 38:11 38:18 38:23 42:5 | |
| **wasn't**(1) 30:12 | |
| **way**(5) 8:2 26:19 39:2 39:23 41:18 | |
| **ways**(1) 8:4 | |
| **wednesday**(1) 15:23 | |
| **weeks**(2) 3:24 26:2 | |
| **welcome**(1) 21:1 | |
| **well**(19) 5:3 7:18 11:11 14:20 15:1 15:6 | |
| 15:11 17:19 19:18 31:2 33:18 33:21 34:1 | |
| 35:14 37:21 38:15 40:7 40:16 41:19 | |
| **wells**(6) 17:12 17:17 36:11 36:15 36:18 | |
| 36:23 | |
| **went**(1) 3:18 | |
| **were**(45) 8:19 9:12 10:1 10:7 10:14 11:6 | |
| 15:18 17:14 17:21 21:14 21:15 21:25 | |
| 22:11 22:19 22:21 23:15 24:14 24:22 | |
| 24:22 24:24 25:16 26:16 26:18 27:2 27:3 | |
| 27:3 28:1 28:3 28:7 28:7 28:23 31:17 | |
| 32:8 32:21 33:8 34:1 34:10 36:1 37:9 | |
| 39:4 39:5 40:12 40:13 40:17 41:12 | |
| **weren't**(1) 38:24 | |
| **west**(1) 1:30 | |
| **we'll**(11) 5:11 6:5 6:7 6:18 6:21 12:14 | |
| 13:11 36:16 40:4 40:7 41:21 | |
| **we're**(16) 3:16 7:10 13:22 14:1 14:2 | |
| 16:15 17:16 22:1 22:10 22:12 22:14 22:24 | |
| 24:11 33:1 39:21 42:4 | |
| **we've**(5) 5:22 10:9 10:17 24:7 31:13 | |
| **what**(36) 3:20 4:2 6:8 9:21 9:25 10:5 | |
| 10:20 12:9 14:10 15:22 18:22 22:24 25:3 | |
| 25:19 26:7 27:3 27:7 28:1 28:2 30:4 | |
| 31:12 32:25 32:25 33:7 33:24 34:7 35:11 | |
| 35:15 35:15 35:17 35:20 37:10 37:22 | |
| 37:23 39:17 41:4 | |
| **whatever**(1) 39:16 | |
| **whatever's**(1) 40:2 | |
| **what's**(5) 12:7 12:18 13:9 34:12 35:14 | |
| **when**(7) 4:23 12:16 25:16 29:3 32:11 | |
| 33:22 39:4 | |
| **where**(8) 3:16 9:21 9:23 10:19 13:5 35:9 | |
| 38:11 40:18 | |
| **whereupon**(1) 42:5 | |

| Word | Page:Line |
|---|---|
| **where'd**(1) 34:22 | |
| **whether**(8) 7:20 19:13 27:24 29:19 36:5 | |
| 36:8 37:5 39:8 | |
| **which**(21) 5:1 6:22 6:23 8:6 9:5 9:23 | |
| 10:23 11:5 16:14 17:9 20:9 21:10 23:10 | |
| 24:2 26:7 28:8 28:19 28:20 31:17 40:13 | |
| 41:12 | |
| **while**(4) 3:21 7:10 7:15 19:9 | |
| **whittle**(1) 28:12 | |
| **who**(5) 3:13 9:1 11:7 15:8 20:6 | |
| **whoever**(1) 32:5 | |
| **whom**(1) 27:25 | |
| **who's**(1) 18:1 | |
| **why**(5) 7:15 14:7 24:21 25:3 25:8 | |
| **will**(20) 3:26 4:5 4:10 7:4 11:2 11:19 18:3 | |
| 18:12 22:7 22:7 27:25 34:21 35:15 35:16 | |
| 35:20 35:21 35:21 35:22 35:23 36:10 | |
| **willing**(1) 21:9 | |
| **wilmington**(6) 1:12 1:32 1:44 2:9 2:17 3:1 | |
| **wish**(4) 5:22 16:21 19:15 19:24 | |
| **with**(67) 3:13 3:16 4:11 4:12 4:23 5:5 | |
| 5:20 5:25 6:24 7:5 7:6 7:23 8:25 9:1 9:3 | |
| 9:8 9:13 9:19 9:20 9:24 10:16 11:8 11:15 | |
| 12:13 12:19 14:1 14:3 14:19 15:12 15:17 | |
| 15:23 16:6 16:14 16:19 17:16 18:4 18:11 | |
| 18:15 19:10 20:3 20:8 20:18 21:7 22:4 | |
| 23:8 24:6 25:3 25:13 25:14 25:24 27:19 | |
| 28:21 29:8 29:13 30:15 31:1 33:9 33:12 | |
| 34:25 35:12 36:3 36:15 38:20 38:21 40:11 | |
| 40:14 41:13 | |
| **withdrawn**(1) 13:21 | |
| **within**(3) 22:21 23:25 35:6 | |
| **without**(1) 21:4 | |
| **witness**(1) 11:7 | |
| **witnesses**(2) 11:13 11:25 | |
| **wondering**(2) 7:10 34:22 | |
| **won't**(1) 38:17 | |
| **words**(1) 34:13 | |
| **work**(1) 39:16 | |
| **worked**(1) 4:2 | |
| **working**(3) 4:7 4:9 11:9 | |
| **works**(1) 6:13 | |
| **would**(32) 7:15 9:15 9:18 11:10 13:2 13:6 | |
| 16:16 16:23 16:25 17:1 18:24 19:11 20:10 | |
| 20:18 20:19 25:4 26:24 28:17 30:1 31:15 | |
| 31:20 31:23 32:13 32:1 32:1 32:9 37:10 | |
| 37:11 38:8 39:11 40:24 41:18 | |
| **wouldn't**(1) 19:9 | |
| **would've**(1) 28:5 | |
| **wrong**(1) 3:12 | |
| **www.diazdata.com**(1) 1:53 | |
| **wyoming**(1) 18:8 | |
| **yeah**(9) 6:13 12:21 13:1 13:4 13:11 14:12 | |
| 38:18 39:8 40:6 | |
| **year**(2) 15:9 34:2 | |
| **years**(5) 11:10 18:20 23:7 31:9 32:16 | |
| **yes**(8) 16:22 18:7 19:25 20:23 29:21 37:20 | |
| 40:24 41:20 | |
| **yet**(3) 28:25 29:1 32:19 | |
| **york**(6) 1:38 1:38 2:24 7:14 9:5 20:22 | |
| **you**(66) 4:12 4:15 5:4 5:4 5:5 5:17 5:22 | |
| 5:22 6:19 7:10 12:1 12:16 13:14 14:10 | |
| 15:8 15:14 16:22 19:23 20:1 21:3 21:6 | |
| 26:1 29:4 30:7 31:6 33:2 33:22 33:23 | |
| 34:3 34:5 34:6 34:9 34:16 34:20 34:22 | |
| 34:22 35:8 35:19 35:24 36:7 36:11 36:18 | |
| 37:22 38:2 38:3 38:3 38:7 38:8 38:18 | |
| 38:20 39:3 39:8 39:9 39:16 39:20 39:21 | |
| 39:24 40:2 40:9 40:11 40:17 40:24 41:1 | |
| 41:3 41:21 42:2 | |
| **young**(3) 1:26 4:17 30:9 | |

| Word | Page:Line |
|---|---|
| **your**(90) 3:6 3:7 3:10 3:15 3:19 3:22 3:24 | |
| 4:9 4:12 4:16 4:19 4:23 5:8 5:17 5:18 | |
| 6:5 6:15 6:18 6:21 6:22 7:4 7:11 8:3 8:22 | |
| 9:6 9:13 9:15 9:19 9:21 10:13 11:4 11:5 | |
| 11:10 12:1 12:2 12:2 12:7 12:9 12:23 | |
| 13:3 13:18 13:23 13:5 14:14 17:7 17:8 17:20 | |
| 17:24 18:7 18:13 18:15 18:19 19:5 19:8 | |
| 19:9 19:12 19:12 20:2 20:11 20:25 30:8 | |
| 30:10 30:11 30:22 31:6 31:16 31:18 31:20 | |
| 31:24 32:10 32:13 32:21 32:24 33:4 33:16 | |
| 33:19 35:9 37:11 37:13 37:17 37:20 38:22 | |
| 39:6 40:3 40:11 40:15 41:8 41:10 41:19 | |
| 41:21 41:25 | |
| **you'll**(1) 41:4 | |
| **you're**(9) 18:18 18:22 20:21 20:21 21:1 | |
| 21:2 37:24 40:19 40:23 | |
| **you've**(3) 22:18 38:7 40:9 | |
| **"destruction**(1) 19:6 | |
| **"hey**(1) 39:24 | |
| **"maybe"**(1) 34:14 | |
| **"presumably"**(1) 34:13 | |
| **"probably"**(1) 34:13 | |
| **january**(1) 42:11 | |