# Notice Recipients

District/Off: 0311−1        User: Leslie             Date Created: 1/28/2011
Case: 07−11047−CSS          Form ID: ntcBK           Total: 24

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee       USTPREGION03.WL.ECF@USDOJ.GOV
aty     Michael S. Neiburg          bankfilings@ycst.com

                                                                   TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      American Home Mortgage Holdings, Inc.      538 Broadhollow Road      Melville, NY 11747
aty     Curtis J Crowther       Young, Conaway, Stargatt &Taylor      The Brandywine Building      1000 West Street, 17th Floor      P.O. Box 391      Wilmington, DE 19899−0391
aty     Donald J. Bowman, Jr.       Young, Conaway, Stargatt &Taylor      1000 West Street      17th Floor      Wilmington, DE 19801
aty     Edward J. Kosmowski       Epiq Systems Bankruptcy Solutions      824 Market Street, Suite 412      Wilmington, DE 198001
aty     Edwin J. Harron       Young, Conaway, Stargatt &Taylor      The Brandywine Building      1000 West Street, 17th Floor      PO Box 391      Wilmington, DE 19899−0391
aty     Erin Edwards       Young, Conaway, Stargatt &Taylor      The Brandywine Building      17th Floor      1000 West Street      Wilmington, DE 19801
aty     James L. Patton       Young, Conaway, Stargatt &Taylor      The Brandywine Bldg.      1000 West Street, 17th Floor      PO Box 391      Wilmington, DE 19899−0391
aty     Joel A. Waite       Young, Conaway, Stargatt &Taylor      The Brandywine Bldg.      1000 West Street, 17th Floor      PO Box 391      Wilmington, DE 19899−0391
aty     Kara Hammond Coyle       Young Conaway Stargatt &Taylor LLP      1000 West St., 17th Floor      Brandywine Building      Wilmington, DE 19801
aty     Kenneth J. Enos       Young, Conaway, Stargatt &Taylor      1000 West Street      17th Floor      Wilmington, DE 19801
aty     Margaret Whiteman Greecher       Young, Conaway, Stargatt &Taylor      1000 West Street      17th Floor      Wilmington, DE 19801
aty     Matthew Barry Lunn       Young, Conaway, Stargatt &Taylor      The Brandywine Building, 17th Floor      1000 West Street      PO Box 391      Wilmington, DE 19899
aty     Nathan D. Grow       Young Conaway Stargatt &Taylor, LLP      The Brandywine Bldg.      17th Floor      Wilmington, DE 19801−0391
aty     Patrick A. Jackson       Young Conaway Stargatt &Taylor, LLP      The Brandywine Bldg 17th Fl,1000 West St      Wilmington, DE 19801
aty     Pauline K. Morgan       Young, Conaway, Stargatt &Taylor      1000 West Street, 17th Floor      PO Box 391      Wilmington, DE 19899−0391
aty     Quinn Emanuel       Quinn Emanuel Urquhart Oliver &Hedges
aty     Robert S. Brady       Young, Conaway, Stargatt &Taylor      The Brandywine Bldg.      1000 West Street, 17th Floor      PO Box 391      Wilmington, DE 19899−0391
aty     Ryan M. Bartley       Young Conaway Stargatt &Taylor, LLP      The Brandywine Building      1000 West Street      17th Fl.      Wilmington, DE 19801
aty     Sean Matthew Beach       Young, Conaway, Stargatt &Taylor      The Brandywine Building, 17th Floor      1000 West Street      PO Box 391      Wilmington, DE 19899
aty     Sharon M Zieg       Young, Conaway, Stargatt &Taylor      The Brandywine Bldg., 17th Floor      1000 West Street      PO Box 391      Wilmington, DE 19899
aty     Travis N. Turner       Young Conaway Stargatt &Taylor, LLP      The Brandywine Bldg., 17th Fl.      1000 West Street      Wilmington, DE 19801
aty     Victoria A. Guilfoyle       Blank Rome LLP      1201 Market Street      Suite 800      Wilmington, DE 19801

                                                                   TOTAL: 22