IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 07-11047 (CSS) <br><br> Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                    ) SS
NEW CASTLE COUNTY    )

Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the JPMorgan Chase Bank, National Association in the above referenced cases, and on the 27th day of January, 2011, she caused a copy of the following:

1. **LOAN FILE RETURN DECLARATION OF CHRISTIAN T. GRECO ON BEHALF OF CERTAIN JPM LITIGATION DEFENDANTS [D.I. 9706]**

2. **LOAN FILE RETURN DECLARATION OF LAUREN V. HARRIS ON BEHALF OF CERTAIN JPM LITIGATION DEFENDANTS [D.I. 9707]**

3. **LOAN FILE RETURN DECLARATION OF THOMAS TARANTINO ON BEHALF OF A JPM LITIGATION DEFENDANT [D.I. 9708]**

4. **LOAN FILE RETURN DECLARATION OF NANCY S. ULLERICH ON BEHALF OF WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. [D.I. 9709]**

to be served upon the parties identified on the attached list in the manner indicated.

_Frances A. Panchak_
Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 28th day of January, 2011.

_Notary Public_

{519.005-W0012641.}

AMERICAN HOME MORTGAGE CORP., *et al.* v.
JPMORGAN CHASE BANK, N.A.

ADV. NO. 09-51702 (CSS)

**SERVICE LIST/LABELS**

*Via* Hand Delivery

(Counsel to the Debtors)
Sean M. Beach, Esquire
Margaret W. Greecher, Esquire
*Young Conaway Stargatt & Taylor, LLP*
1000 West Street, 17th Floor
Wilmington, DE 19801