IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
                                                                 :   Chapter 11
In re:                                                           :
                                                                 :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :   Jointly Administered
                                                                 :
       Debtors.                                                  :
                                                                 x
----------------------------------------------------------------

## FINAL APPLICATION OF KILPATRICK TOWNSEND & STOCKTON LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE FINAL PERIOD FROM AUGUST 31, 2007 THROUGH AUGUST 31, 2009

Name of Applicant:                                      Kilpatrick Townsend & Stockton LLP[2]

Authorized to Provide Professional
Services to:                                            Debtors and Debtors-in-Possession

Period for Which Final Compensation
and/or Reimbursement is Sought:                         August 31, 2007 through December 31, 2009

Amount of Final Compensation Sought
as Actual, Reasonable, and Necessary:                   $14,857.45

Amount of Final Expense Reimbursement
Sought as Actual, Reasonable, and Necessary:            $41.20

This is a Final Fee Application.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Effective January 1, 2011, Kilpatrick Stockton LLP and Townsend and Townsend and Crew LLP combined into one firm, with the combined firm being named Kilpatrick Townsend & Stockton LLP.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees ($) | Expenses($) | Fees | Expenses |
| 6743/ 10/29/08 | December 1, 2007 – September 30, 2008 | $46,816.25 | $238.40 | $37,453.00 | $238.40 |
| 6743/ 11/21/08 | October 1, 2008 – October 31, 2008 | $ 4,114.50 | $ 29.50 | $ 4,114.50 | $29.40 |
| 6743/ 12/18/09 | November 1, 2008– November 30, 2008 | $1,914.00 | $ 57.45 | $ 1,531.20 | $57.45 |
| 6743/ 01/20/09 | December 1, 2008 – December 31, 2008 | $2,131.50 | $ 8.80 | $1,705.20 | $ 8.80 |
| 7508 06/05/09 | January 1, 2009 – January 31, 2009 | $ 675.00 | $ 5.70 | $ 675.00 | $ 5.70 |
| 7508 06/05/09 | March 1, 2009 – March 31, 2009 | $4,005.00 | $ 0.00 | $3,204.00 | $ 0.00 |
| 7508 06/05/09 | April 1, 2009 – April 30, 2009 | $ 180.00 | $ 0.00 | $ 119.10 | $ 0.00 |
| 7630 7/24/09 | June 1, 2009 – June 30, 2009 | $ 675.00 | $ 5.50 | $ 540.00 | $ 0.00 |
| 9694 1/25/2011 | July 1, 2009 – August 31, 2009 | $ 0.00 | $ 41.20 | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
                                                             :   Chapter 11
In re:                                                       :
                                                             :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                       :
HOLDINGS, INC., a Delaware corporation, et al.,[1]           :   Jointly Administered
                                                             :
       Debtors.                                              :
                                                             x
------------------------------------------------------------
```

**FINAL APPLICATION OF KILPATRICK TOWNSEND & STOCKTON LLP[2] FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE FINAL PERIOD FROM DECEMBER 1, 2007 THROUGH AUGUST 31, 2009**

Pursuant to sections 105 and 330 of title 11 of the United States Code (the "Bankruptcy Code"), the law firm of Kilpatrick Townsend & Stockton LLP ("KT") hereby applies to this Court for an Order awarding it on a final basis reasonable compensation for professional legal services rendered as counsel to American Home Mortgage Holdings, Inc., *et al.*, (collectively, the "Debtors") in the amount of $14,857.45, together with reimbursement for actual and necessary expenses incurred in the amount of $41.20 for the period commencing December 1, 2007 through and including August 31, 2009 (the "Final Fee Period"). In support of this application (the "Application"), KT respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Effective January 1, 2011, Kilpatrick Stockton LLP and Townsend and Townsend and Crew LLP combined into one firm, with the combined firm being named Kilpatrick Townsend & Stockton LLP.

1. KT was employed to represent the Debtors as a professional in the ordinary course of the Debtors' business. KT's retention was approved through the [Name of Order] [Docket No. 2663]. The Order authorized KT to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses [CONFIRM].

## REQUEST FOR FINAL APPROVAL

2. By this Application, KT seeks final approval of all fees and expenses incurred in this case from December 1, 2007 through August 31, 2009.

3. Young Conaway Stargatt & Taylor, LLP has previously filed the Interim Quarterly Fee Requests (the "Interim Fee Requests") of the Debtors' Professionals for the period December 1, 2007 through August 31, 2009 on behalf of KT.

4. By this application, KT is requesting final approval of its fees and expenses allowed by the Interim Fee Requests in the amounts previously approved. Accordingly, KT is seeking final approval of fees in the amount of $14,857.45 and expenses in the amount of $41.20.

5. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of the Debtors' chapter 11 cases (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

WHEREFORE, KT requests final approval and allowance be made to it in the sum of $14,857.45 as compensation for necessary professional services rendered to the Debtors for the Final Fee Period, and the sum of $41.20 for reimbursement of actual necessary costs and

expenses incurred for the Final Fee Period, and the Court grant such other and further relief as is just and proper.

Dated: Washington, DC
January 28, 2011

                                      KILPATRICK TOWNSEND & STOCKTON LLP

                                      _____
                                      Paul M. Auguggia LLP
                                      Christina M. Gattuso LLP
                                      607 14th Street, NW
                                      Suite 900
                                      Washington, DC  20005
                                      Telephone:  (202) 508.5800
                                      Facsimile:  (202) 508-5858

                                      Counsel for Debtors and
                                      Debtors in Possession

VERIFICATION

~~STATE OF DELAWARE~~ District of Columbia [MTA]  )
                                                  )  SS:
~~NEW CASTLE COUNTY~~ [MTA]                       )

Christina M. Gattuso, Esquire, after being duly sworn according to law, deposes and says:

1. I am a Partner in the applicant firm, Kilpatrick Townsend & Stockton LLP, and have been admitted to the bar of the District of Columbia since 1995.

2. I have personally performed many of the legal services rendered by Kilpatrick Townsend & Stockton LLP as outside corporate counsel for the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____

SWORN TO AND SUBSCRIBED before me this 28th day of January, 2011.

_____
Notary Public
My Commission Expires: _____

Maria T. Ames
Notary Public, District of Columbia
My Commission Expires 9/30/2012

4

YCST01:10560450.1                                                      066585.1001