IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
                                                                 :  Chapter 11
In re:                                                           :
                                                                 :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :  Jointly Administered
                                                                 :
         Debtors.                                                :
                                                                 x
----------------------------------------------------------------

## TWENTY SECOND MONTHLY AND FINAL FEE APPLICATION OF MILESTONE ADVISORS LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTHLY PERIOD OF APRIL 8, 2009 THROUGH FEBRUARY 16, 2010 AND THE FINAL PERIOD FROM DECEMBER 7, 2007 THROUGH FEBRUARY 16, 2010

| | |
|---|---|
| Name of Applicant: | Milestone Advisors LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Monthly Period for Which Compensation and/or Reimbursement is Sought: | April 8, 2009 to February 16, 2010 |
| Monthly Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $0.00 |
| Monthly Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $5,745.93 |
| Final Period for Which Final Compensation and/or Reimbursement is Sought: | December 7, 2007 to February 16, 2010 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Final Amount of Compensation Sought
as Actual, Reasonable, and Necessary:            $3,467,741.94

Final Amount of Expense Reimbursement
Sought as Actual, Reasonable, and Necessary:    $199,673.00

This is an Interim and Final Fee Application. This application includes 0.00 hours in connection with the preparation of the Monthly Fee Applications.

Prior Applications

| Date Filed | Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 12/7/2007 | 2316 | 8/6/2007 - 8/31/2007 | $ 167,741.94 | $ 67,661.78 | $ 167,741.94 | $ 67,661.78 |
| 12/13/2007 | 2378 | 9/1/2007 - 9/30/2007 | $ 200,000.00 | $ 47,954.43 | $ 200,000.00 | $ 47,954.43 |
| 1/2/2008 | 2563 | 10/1/2007 - 10/31/2007 | $ 200,000.00 | $ 25,943.49 | $ 200,000.00 | $ 25,943.49 |
| 3/14/2008 | 3310 | 11/1/2007 - 11/30/2007 | $ 200,000.00 | $ 20,228.88 | $ 200,000.00 | $ 20,228.88 |
| 4/15/2008 | 3701 | 12/1/2007 - 12/31/2007 | $ 200,000.00 | $ 5,856.15 | $ 200,000.00 | $ 5,856.15 |
| 4/17/2008 | 3719 | 1/1/2008 - 1/31/2008 | $ 200,000.00 | $ 2,827.00 | $ 200,000.00 | $ 2,827.00 |
| 6/12/2008 | 4554 | 2/1/2008 - 2/29/2008 | $ 200,000.00 | $ 911.16 | $ 200,000.00 | $ 911.16 |
| 6/13/2008 | 4622 | 3/1/2008 - 3/31/2008 | $ 200,000.00 | $ 1,397.45 | $ 200,000.00 | $ 1,397.45 |
| 6/23/2008 | 4764 | 4/1/2008 - 4/30/2008 | $ 200,000.00 | $ 4,424.39 | $ 200,000.00 | $ 4,424.39 |
| 8/27/2008 | 5548 | 5/1/2008 - 5/31/2008 | $ 200,000.00 | $ 9,811.81 | $ 200,000.00 | $ 9,811.81 |
| 8/27/2008 | 5549 | 6/1/2008 - 6/30/2008 | $ 200,000.00 | $ 55.70 | $ 200,000.00 | $ 55.70 |
| 10/10/2008 | 6225 | 7/1/2008 - 7/31/2008 | $ 200,000.00 | $ 414.21 | $ 200,000.00 | $ 414.21 |
| 10/10/2008 | 6266 | 8/1/2008 - 8/31/2008 | $ 200,000.00 | $ 861.36 | $ 200,000.00 | $ 861.36 |
| 10/22/2008 | 6420 | 9/1/2008 - 9/30/2008 | $ 200,000.00 | $ - | $ 200,000.00 | $ - |
| 11/18/2008 | 6585 | 10/1/2008 - 10/31/2008 | $ 100,000.00 | $ 24.70 | $ 100,000.00 | $ 24.70 |
| 12/23/2008 | 6771 | 11/1/2208 - 11/30/2008 | $ 100,000.00 | $ 360.93 | $ 100,000.00 | $ 360.93 |
| 2/24/2009 | 7050 | 12/1/2008 - 12/31/2008 | $ 100,000.00 | $ 195.88 | $ 100,000.00 | $ 195.88 |
| 2/24/2009 | 7051 | 1/1/2009 - 1/31/2009 | $ 100,000.00 | $ 154.45 | $ 100,000.00 | $ 154.45 |
| 3/30/2009 | 7215 | 2/1/2009 - 2/29/2009 | $ 100,000.00 | $ 1,920.93 | $ 100,000.00 | $ 1,920.93 |
| 4/15/2009 | 7274 | 3/1/2009 - 3/31/2009 | $ 100,000.00 | $ 36.58 | $ 100,000.00 | $ 36.58 |
| 7/2/2009 | 7595 | 4/1/2009 - 4/30/2009 | $ 100,000.00 | $ 2,876.79 | $ 100,000.00 | $ 2,876.79 |
| Included Herein | | | $ - | $ 5,754.93 | | $ 5,754.93 |
| | | | $ 3,467,741.94 | $ 199,673.00 | $ 3,467,741.94 | $ 199,673.00 |

## MONTHLY EXPENSE SUMMARY

| Expense Category | Amount |
|---|---:|
| Airfare | $ 54.87 |
| Travel Agency Fees | 2,801.51 |
| Lodging | 856.61 |
| Meals | 341.38 |
| Parking | 55.78 |
| Courier Expense | 882.64 |
| Car rental, taxi | 746.61 |
| Trainfare | 15.53 |
| | $ 5,754.93 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :  Chapter 11
                                                              :
AMERICAN HOME MORTGAGE                                        :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[2]            :  Jointly Administered
                                                              :
    Debtors.                                                  :
                                                              :
                                                              x
-------------------------------------------------------------

**TWENTY SECOND MONTHLY AND FINAL FEE APPLICATION OF MILESTONE
ADVISORS LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE MONTHLY PERIOD OF APRIL 8, 2009 THROUGH
FEBRUARY 16, 2010 AND THE FINAL PERIOD FROM DECEMBER 7, 2007
THROUGH FEBRUARY 16, 2010**

Pursuant to sections 105 and 330 of title 11 of the United States Code (the

"Bankruptcy Code"), the financial advisory and investment banking firm of Milestone Advisors

LLC ("Milestone") hereby moves this Court for reasonable compensation for actual and

necessary expenses incurred while providing professional services rendered as financial advisor

and investment banker to the above mentioned Debtors and Debtors in Possession (the

"Debtors") in the amount of $5,754.93 for the period April 8, 2009 through February 16, 2010

(the "Monthly Period"), and in the amount of $3,467,741.94 together with reimbursement for

actual and necessary expenses incurred in the amount of $199,673.00 for the period December

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

7, 2007 through February 16, 2010 (the "Final Fee Period"). In support of this application (the "Application"), Milestone Advisors LLC respectfully represents as follows:

1. Milestone was employed under an engagement letter to represent the Debtors as financial advisor and investment banker in connection with this chapter 11 case effective as of August 6, 2007, pursuant to an Order entered by this Court on October 17, 2007. Pursuant to Milestone's engagement letter with the Debtors, as approved and amended by the Retention Order, Milestone is authorized to receive a monthly financial advisory fee of $200,000.00 (a "Monthly Fee") for each month for the term of the engagement and to be reimbursed for its reasonable expenses incurred in connection with the engagement.

2. In a subsequent agreement with counsel representing the Creditors Committee, Milestone agreed to reduce its Monthly Fee to $100,000.00, effective as of October 1, 2008.

3. In another agreement with counsel representing the Creditors Committee, Milestone agreed to discontinue its Monthly Fee to $100,000.00, effective as of May 1, 2009.

4. All services for which compensation is requested by Milestone were performed for or on behalf of the Debtors.

**SUMMARY OF SERVICES RENDERED DURING THE MONTHLY FEE PERIOD**

5. During the Monthly Fee Period, Milestone provided the following services relating to the disposition of American Home Bank:

    a. Assist the Bank in liquidating, selling, or financing its residential loan portfolio;

    b. Assist in the disposition of the Bank's deposit portfolio;

    c. Assist in the disposition of all other financial assets of the Bank;

           d. Provide updates to the Board of Directors of the Bank and AHM as to progress of the Services provided herein;

           e. Work with various regulatory agencies and management of the Bank in facilitating the complete liquidation of the Bank;

      6. Milestone is not requesting or due any compensation for these services as per the aforementioned agreement with the Creditors Committee. However, Milestone is requesting reimbursement for actual and necessary out of pocket disbursements incurred while performing these services as discussed in the following section.

## DISBURSEMENTS DURING THE MONTHLY FEE PERIOD

      7. Milestone has incurred out-of-pocket disbursements during the Monthly Fee Period in the amount of $5,754.93. This disbursement sum is broken down into categories of charges, including, among other things, travel expenses and expense for "working meals". A complete review by category of the expenses incurred for the Monthly Fee Period may be found in the attachments hereto as Exhibit A. To the extent that the itemization is insufficient to satisfy the requirements of Del.Bankr. LR 2016-2(e)(ii), Milestone respectfully requests that Court waive strict compliance with the rule.

      8. All services for which compensation is requested by Milestone were performed for or on behalf of the Debtors.

## REQUEST FOR FINAL APPROVAL

      9. By this Application, Milestone seeks final approval of expenses incurred in this case from December 7, 2007 through February 16, 2010.

      10. Young Conaway Stargatt & Taylor, LLP has previously filed the Interim Quarterly Fee Requests (the "Interim Fee Requests") of the Debtors' Professionals for the period December 7, 2007 through April 30, 2009 on behalf of Milestone.

11. By this application, Milestone is requesting final approval of its expenses allowed by the Interim Fee Requests in the amounts previously approved. Accordingly, Milestone is seeking final approval of compensation of $3,467,741.94 and expenses in the amount of $193,673.00.

12. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of the Debtors' chapter 11 cases (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

WHEREFORE, Milestone requests that allowance be made to it in the sum of $5,739.40 for reimbursement of actual necessary costs and expenses incurred during the Monthly Fee Period, and final allowance be made to it in the sum of $3,467,741.94 as compensation for necessary professional services rendered to the Debtors for the Final Fee Period, and the sum of $193,673.00 for reimbursement of actual and necessary costs and expenses incurred for Final Fee Period, and further requests such other and further relief as this Court may deem just and proper.

Dated: January 28, 2011

MILESTONE ADVISORS LLC

_____
Eugene S. Weil
1775 Eye Street NW, Suite 800
Washington, DC 20006
Telephone (202) 367-3000
Facsimile (202) 367-3001

Financial Advisor and Investment Banker for Debtors and Debtors in Possession

## VERIFICATION

STATE OF -------       )
                       )  SS:
--------- COUNTY       )

I, Eugene S. Weil, after being duly sworn according to law, deposes and says:

1. I am a Managing Director and President in the applicant firm, Milestone Advisors LLC, and have been employed by the applicant firm since 2001.

2. I have personally performed many of the professional services rendered by Milestone as financial advisor and investment banker for the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the professionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
EUGENE S. WEIL

SWORN TO AND SUBSCRIBED before me this 28 day of January 2011.

_____
Notary Public
My Commission Expires: April 30, 2015

District of Columbia: SS
Subscribed and Sworn to before me
this 28 day of January, 2011.

Laurie E Clark, Notary Public, D.C.
My Commission Expires 04/30/2015

**Exhibit A**
**Milestone Advisors LLC**
**Detail Expenses by Professional**
**April 9, 2009 - February 16, 2010**

| Expense Category | Employee / Vendor | Date | Amount | Description |
|---|---|---|---|---|
| Car rental, taxi | Learned, Autumn | 4/8/2009 | 16.00 | Office to home - working late |
| Meals | Wang, Ethan | 5/7/2009 | 18.91 | Dinner - McCormick & Schmidts |
| Meals | Conway, Darryl | 5/11/2009 | 22.00 | AHM - Loan sale |
| Meals | Conway, Darryl | 5/11/2009 | 24.00 | Dinner - Café Asia - working late |
| Car rental, taxi | Learned, Autumn | 5/12/2009 | 15.53 | Office to home - working late |
| Travel agency fees | Nelligan, John | 5/13/2009 | 48.00 | Agency fee |
| Travel agency fees | Nelligan, John | 5/13/2009 | 48.00 | Agency fee |
| Airfare | Nelligan, John | 5/14/2009 | 567.60 | United - Denver to Philadelphia |
| Lodging | Nelligan, John | 5/14/2009 | 197.04 | Hotel - Dupont |
| Airfare | Nelligan, John | 5/15/2009 | 2,262.20 | US Air - Philadelphia to Los Angeles |
| Travel agency fees | Nelligan, John | 5/15/2009 | 48.00 | Agency fee |
| Travel agency fees | Nelligan, John | 5/15/2009 | 48.00 | Agency fee |
| Travel agency fees | Nelligan, John | 5/15/2009 | 48.00 | Agency fee |
| Car rental, taxi | Nelligan, John | 5/16/2009 | 140.45 | Taxi - LAX to Home |
| Courier | Fedex | 6/3/2009 | 9.58 | Package to Nachman, Hays, Brownstein |
| Car rental, taxi | Learned, Autumn | 6/5/2009 | 15.78 | Office to home - working late |
| Car rental, taxi | Learned, Autumn | 6/5/2009 | 15.35 | Office to home - working late |
| Meals | Learned, Autumn | 6/5/2009 | 22.00 | Dinner - Bottom Line |
| Courier | Fedex | 6/18/2009 | 13.71 | Package to Forest Kobayshi |
| Courier | Fedex | 6/29/2009 | 9.58 | Package to YCST |
| Courier | Fedex | 7/1/2009 | 9.58 | Package to Nachman, Hays, Brownstein |
| Meals | Conway, Darryl | 7/16/2009 | 22.00 | Dinner - Café Soleil |
| Trainfare | Weil, Eugene | 11/19/2009 | 320.00 | Roundtrip to Wilmington |
| Parking | Weil, Eugene | 11/19/2009 | 17.00 | parking at Union Station |
| Travel agency fees | Weil, Eugene | 11/29/2009 | 40.00 | Agency fee |
| Travel agency fees | Weil, Eugene | 11/30/2009 | 40.00 | Agency fee |
| Meals | Conway, Darryl | 1/21/2010 | 22.00 | Dinner - Café Soleil |
| Courier | Fedex | 2/1/2010 | 12.31 | Package to YCST |
| Travel agency fees | Nelligan, John | 2/12/2010 | 40.00 | Agency fee |
| Airfare | Nelligan, John | 2/15/2010 | 670.70 | American - Santa Ana - Chicago |
| Lodging | Nelligan, John | 2/15/2010 | 185.91 | Westin Hotel |
| Airfare | Nelligan, John | 2/16/2010 | 665.70 | American - Chicago to Santa Ana |
| Travel agency fees | Nelligan, John | 2/16/2010 | 40.00 | Agency fee |
| Parking | Nelligan, John | 2/16/2010 | 80.00 | Parking fee - Costa Mesa |

**Total Expenses**     5,754.93