IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
                                                                 :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :   Jointly Administered
                                                                 :
    Debtors.                                                     :
                                                                 :
---------------------------------------------------------------- x

## FINAL APPLICATION OF PHOENIX CAPITAL, INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE FINAL PERIOD FROM AUGUST 6, 2007 THROUGH DECEMBER 31, 2007

| | |
|---|---|
| Name of Applicant: | Phoenix Capital, Inc. |
| Authorized to Provide Professional Services to: | Debtors |
| Period for Which Final Compensation and/or Reimbursement is Sought: | August 6, 2007 through December 31, 2007 |
| Amount of Final Compensation Sought as Actual, Reasonable, and Necessary: | $400,000.00 |
| Amount of Final Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $12,569.56 |

This is a Final Fee Application.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| 04/11/08 3669 | 08/06/07- 12/31/07 | $400,000.00 | $13,875.79 | $400,000.00 | $12,569.56 |
| | | | | | |
| | | | | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]           :
                                                             :   Jointly Administered
        Debtors.                                             :
                                                             :
------------------------------------------------------------ x

## FINAL APPLICATION OF PHOENIX CAPITAL, INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE FINAL PERIOD FROM AUGUST 6, 2007 THROUGH DECEMBER 31, 2007

Pursuant to sections 105 and 330 of title 11 of the United States Code (the "Bankruptcy Code"), the investment banking firm of Phoenix Capital, Inc. ("Phoenix") hereby applies to this Court for an Order awarding it on a final basis reasonable compensation for professional services rendered as investment banker to American Home Mortgage Holdings, Inc., et al., (collectively, the "Debtors") in the amount of $400,000.00, together with reimbursement for actual and necessary expenses incurred in the amount of $12,569.56 for the period commencing August 6, 2007 through and including December 31, 2007 (the "Final Fee Period"). In support of this application (the "Application"), Phoenix respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

YCST01:10560450.1                                                                        066585.1001

1.  Phoenix was employed to represent the Debtors as a professional in the ordinary course of the Debtors' business. Phoenix's retention was approved through the *Administrative Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals Pursuant To Sections 331 And 105(a) Of The Bankruptcy Code* [D.I. 547] (the "Fee Order"); and (iv) this Court's *Order Pursuant To Sections 327 And 328 Of The Bankruptcy Code And Bankruptcy Rule 2014 Approving The Retention Of Phoenix Capital, Inc. As Investment Bankers For The Debtors Nunc Pro Tunc To The Petition Date* [D.I. 1040] (the "Retention Order"). The Order authorized Phoenix to be compensated for a Core Asset Sale Fee (as defined in the Engagement Letter) upon successful completion of a Core Asset Sale[2] and to be reimbursed for actual and necessary out-of-pocket expenses.

## REQUEST FOR FINAL APPROVAL

2.  By this Application, Phoenix seeks final approval of all fees and expenses incurred in this case from August 6, 2007 through December 31, 2007.

3.  Young Conaway Stargatt & Taylor, LLP has previously filed the Interim Quarterly Fee Requests (the "Interim Fee Requests") of the Debtors' Professionals for the period August 6, 2007 through December 31, 2007 on behalf of Phoenix.

4.  By this application, Phoenix is requesting final approval of its fees and expenses allowed by the Interim Fee Requests in the amounts previously approved. Accordingly, Phoenix is seeking final approval of fees in the amount of $400,000.00 and expenses in the amount of $12,569.56.

---

[2]  The Engagement Letter defines a Core Asset Sale as the sale of one or more of the Company's following assets or divisions: (i) Mortgage Servicing Rights, and (ii) Servicing Platform.

5. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of the Debtors' chapter 11 cases (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

WHEREFORE, Phoenix requests final approval and allowance be made to it in the sum of $400,000.00 as compensation for necessary professional services rendered to the Debtors for the Final Fee Period, and the sum of $12,569.56 for reimbursement of actual necessary costs and expenses incurred for the Final Fee Period, and the Court grant such other and further relief as is just and proper.

Dated: January 31, 2011

PHOENIX CAPITAL, INC.

Michael P. Lau
Executive Vice President
999 18th Street, Suite 1400
Denver, CO 80202
Telephone: 303.892.7070
Facsimile: 303.892.7778
E-mail: mlau@phnxcap.com

## VERIFICATION

STATE OF COLORADO    )
                     )   SS:
DENVER COUNTY        )

Michael P. Lau, says:

1. I am an Executive Vice President in the applicant firm, Phoenix Capital, Inc., and Phoenix Capital, Inc. has been my employer since February 2000.

2. I have personally performed many of the professional services rendered by Phoenix as outside investment banker for the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the professionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Michael P. Lau

SWORN TO AND SUBSCRIBED before me this 28 day of January 2011.



_____
Notary Public
My Commission Expires: March 31, 2012

4