IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
    Debtors.                                                           :
                                                                       :   Ref. Docket Nos. 9591, 9650 & 9673
---------------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING THE MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554 AUTHORIZING THE PLAN TRUSTEE TO RETURN OR DESTROY ALL HARD COPY LOAN FILES

On December 22, 2010, Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 (the "Plan"), filed the *Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Plan Trustee to Return or Destroy All Hard Copy Loan Files* [D.I. 9591] (the "Motion").

On January 7, 2011, J.P. Morgan Acceptance Corporation I and certain other related persons (collectively, the "JPM Litigation Defendants") filed the *Limited Objection and Reservation of Rights of the JPM Litigation Defendants to the Motion of the Plan Trustee for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Plan Trustee to Return or Destroy All Hard Copy Loan Files* [D.I. 9650] (the "JPM Objection").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

On January 18, 2011, Florence Dandridge ("Ms. Dandridge") filed the *Limited Opposition of Individual Movant Florence Dandridge to Motion for an Order Authorizing Plan Trustee to Return or Destroy All Hard Copy Loan Files* [D.I. 9673] (the "Dandridge Objection").

On January 24, 2011, the Court conducted a hearing with respect to, among other things, the Motion and related objections, including the JPM Objection and the Dandridge Objection (the "Hearing"). Attached hereto as Exhibit 1 is a proposed form of order (the "Proposed Order") embodying the Court's rulings at the Hearing. The Plan Trustee received additional objections that were either resolved or overruled without the necessity to modify the terms of the order. The Plan Trustee has circulated the Proposed Order to the JPM Defendants and Ms. Dandridge and both have consented to its entry. For the Court's convenience, attached hereto as Exhibit 2 is a blacklined version of the Proposed Order against the version filed with the Motion on December 22, 2010.

The Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: January 28, 2011
Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Margaret Whiteman Greecher*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*