IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
                                                             :    Chapter 11
In re:                                                       :
                                                             :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                        :
HOLDINGS, INC., a Delaware corporation, et al., 1            :    Jointly Administered
                                                             :
     Debtors.                                                :
                                                             x
------------------------------------------------------------
```

## FINAL APPLICATION OF TD Service Company FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE FINAL PERIOD FROM November 1, 2007 THROUGH April 11, 2008

| | |
|---|---|
| Name of Applicant: | **TD Service Company** |
| Authorized to Provide Professional Services to: | Debtors |
| Period for Which Final Compensation and/or Reimbursement is Sought: | 11/1/2007 – 4/11/2008 |
| Amount of Final Compensation Sought as Actual, Reasonable, and Necessary: | $2,091,557.89 |
| Amount of Final Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $1,870,106.47 |

This is a Final Fee Application.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

| T.D. Services | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed / Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 2/11/08 2937 | 11/1/07-11/30/07 | 42,100.00 | 65,456.27 | 42,100.00 | 65,456.27 |
| 2/11/08 2938 | 12/1/07-12/31/07 | 263,923.02 | 214,509.18 | 263,923.02 | 214,509.18 |
| 2/22/08 3052 | 1/1/08-1/31/08 | 730,710.88 | 633,954.24 | 730,710.88 | 633,954.24 |
| 3/25/08 3410 | 2/1/08-2/29/08 | 685,131.66 | 569,518.00 | 685,131.66 | 569,518.00 |
| 5/1/08 3937 | 3/1/08-3/30/08 | 190,195.04 | 177,734.21 | 190,195.04 | 177,734.21 |
| 5/29/08 4303 | 4/1/08-4/11/08 | 179,497.29 | 208,934.57 | 179,497.29 | 208,934.57 |
| Totals | | 2,091,557.89 | 1,870,106.47 | 2,091,557.89 | 1,870,106.47 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
                          :    Chapter 11

In re:                         :

                          :    Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE      :
HOLDINGS, INC., a Delaware corporation, et al., [1]  :    Jointly Administered

                          :

     Debtors.                :

------------------------------------------------------------- x

## FINAL APPLICATION OF TD Service Company FOR
## ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR THE FINAL PERIOD FROM November 1, 2007 THROUGH April 11, 2008

Pursuant to sections 105 and 330 of title 11 of the United States Code (the

"Bankruptcy Code"), **TD Service Company** ("TDSC") hereby applies to this Court for an Order

awarding it on a final basis reasonable compensation for professional foreclosure services

rendered as Trustee for American Home Mortgage Holdings, Inc., *et al.,* (collectively, the

"Debtors") in the amount of $2,091,557.89, together with reimbursement for actual and

necessary expenses incurred in the amount of $1,870,106.47 for the period commencing

November 1, 2007 through and including April 11, 2008 (the "Final Fee Period").  In support of

this application (the "Application"), TDSC respectfully represents as follows:

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

1.      TDSC was employed to represent the Debtors as a foreclosure professional (Trustee) in the ordinary course of the Debtors' business.  TDSC's retention was approved through the Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [D.I. 643], and the Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate Brokers Utilized in the Ordinary Course and Granting Limited Nunc Pro Tunc Relief [D.I. 2985], (collectively, the "OCP Orders").  In accordance with the terms of the OCP Orders, TDSC received compensation for services rendered and expenses incurred without submitting formal fee applications to the Court for approval.  However, for those months wherein the per month cap was exceeded TDSC submitted fee applications (the "Fee Applications") to the Court.  Accordingly, TDSC is submitting this Application for final approval of the fees and expenses as set forth in the Fee Applications.  All services for which compensation is requested by TDSC were performed for or on behalf of the Debtors.

## REQUEST FOR FINAL APPROVAL

2.      By this Application, TDSC seeks final approval of all fees and expenses incurred in this case from November 1, 2007 through April 11, 2008.

3.      Young Conaway Stargatt & Taylor, LLP has previously filed the Interim Quarterly Fee Requests (the "Interim Fee Requests") of the Debtors' Professionals for the period November 1, 2007 through April 11, 2008 on behalf of TDSC.

4.      By this application, TDSC is requesting final approval of its fees and expenses allowed by the Interim Fee Requests in the amounts previously approved.

2

Accordingly, TDSC is seeking final approval of fees in the amount of $2,091,557.89 and expenses in the amount of $1,870,106.47.

5.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of the Debtors' chapter 11 cases (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

WHEREFORE, TDSC requests final approval and allowance be made to it in the sum of $2,091,557.89 as compensation for necessary professional services rendered to the Debtors for the Final Fee Period, and the sum of $1,870,106.47 for reimbursement of actual necessary costs and expenses incurred for the Final Fee Period, and the Court grant such other and further relief as is just and proper.

Dated: January 27, 2011                    TD Service Company

                                           Linda G. Kidder, Senior Vice President

## VERIFICATION

STATE OF CALIFORNIA    )
                       )    SS:
ORANGE  COUNTY         )


LINDA KIDDER, after being duly sworn according to law, deposes and says:

1.    I am a Senior Vice President in the applicant firm, TD Service Company.

2.    I have personally supervised many of the services rendered by TD Service Company as Trustee for the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by employees of TD Service Company.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

SWORN TO AND SUBSCRIBED before me this 24th day of January, 2011.

Notary Public
My Commission Expires: 3 -13 14

L. SERRANO
COMM. # 1882567
NOTARY PUBLIC CALIFORNIA
ORANGE COUNTY
My comm. expires Mar. 13, 2014

4