IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                              :    Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :    Case No. 07-11047 (CSS)
a Delaware corporation, et al., [1]                                 :
                                                                    :    Jointly Administered
      Debtors.                                                      :
---------------------------------------------------------------------- x
                                                                         Objection Deadline: March 17, 2011 at 4:00 p.m.
                                                                         Hearing Date: TBD

## NOTICE OF APPLICATION

TO:    The Plan Trustee, the Fee Examiner, the United States Trustee, Counsel for the Official
       Committee of Unsecured Creditors, Counsel for the Administrative Agent, and all Parties
       entitled to Notice under Del. Bankr. LR 2002-1(b)

       The **Final Application of TD Service Company for Allowance of
Compensation and Reimbursement of Expenses for the Final Period from November 1,
2007 through April 11, 2008** (the "Application") has been filed with the Bankruptcy Court. The
Application seeks allowance of final fees in the amount of $2,091,557.89 and final expenses in
the amount of $1,870,106.47.

       Objections to the Application, if any, are required to be filed on or before **March
17, 2011 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States
Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington,
Delaware 19801.

       At the same time, you must also serve a copy of the response so as to be received
by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings,
Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Carlo Colagiacomo, General
Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box
391, Wilmington, Delaware 19899-0391 (Attn.: Sean M. Beach and Margaret Greecher) and
Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn.: Mark Indelicato), co-
counsel to the Plan Trustee; (iii) AHM Liquidating Trust, PO Box 10550, Melville, NY 11747,
(Attn: Steven D. Sass); (iv) Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE
19801, (Attn: Bonnie Fatell), counsel to the Committee of Unsecured Creditors; (v) Willkie Farr

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American
Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American
Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American
Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home
Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York
corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538
Broadhollow Road, Melville, New York 11747

& Gallagher, 787 Seventh Avenue, New York, NY 10019(Attn.:  Margot B. Schonholtz) and
Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street,
Wilmington, Delaware 19801 (Attn.:  Laurie Selber Silverstein), counsel to the Administrative
Agent; (vi) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn.: Steve Stennett)
and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware
19801 (Attn.: Victoria Counihan), counsel to the DIP Agent and; (vii) the Office of the United
States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.:  Mark
Kenney)  and (viii) NHB Advisors, 822 Montgomery Avenue, Suite 204, Narberth, PA 19072
(Attn: M. Jacob Renick), and (ix) TD Service Company, 1820 E. First Street, Suite 210, Santa
Ana, CA 92705 (Attn: Linda Kidder).

    PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of
the Application will be held at a date and time to be determined before the United States
Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware
19801.

Dated: January 31, 2011  
   Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Margaret Whiteman Greecher*

Sean M. Beach (No. 4070)  
Margaret Whiteman Greecher (No. 4652)  
The Brandywine Building  
1000 West Street - 17th Floor  
P.O. Box 391  
Wilmington, Delaware  19899  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP  
Mark S. Indelicato  
Edward L. Schnitzer  
488 Madison Avenue  
New York, New York 10022  
Telephone: (212) 478-7200  
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*