IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
                                                                 :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :  Jointly Administered
                                                                 :
    Debtors.                                                     :
                                                                 :
---------------------------------------------------------------- x

**FINAL APPLICATION OF SAMUEL I. WHITE, P.C. FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE FINAL PERIOD FROM AUGUST 6, 2007 THROUGH APRIL 11, 2008**

| | |
|---|---|
| Name of Applicant: | Samuel I. White, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Period for Which Final Compensation and/or Reimbursement is Sought: | August 6, 2007 through April 11, 2008 |
| Amount of Final Compensation Sought as Actual, Reasonable, and Necessary: | $251,735.00 |
| Amount of Final Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $614,021.60 |

This is a Final Fee Application.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 2/11/08 2939 | 8/6/07-8/31/07 | 27,290.00 | 21,596.79 | 27,290.00 | 21,596.79 |
| 2/11/08 2940 | 9/1/07-9/30/07 | 3,385.00 | 6,742.72 | 3,385.00 | 6,742.72 |
| 2/11/08 2941 | 10/1/07-10/31/07 | 2,350.00 | 2,225.84 | 2,350.00 | 2,225.84 |
| 3/27/08 3460 | 11/1/07-11/30/07 | 9,650.00 | 12,893.63 | 9,650.00 | 12,893.63 |
| 3/27/08 3461 | 12/1/07-12/31/07 | 33,420.00 | 76,974.79 | 33,420.00 | 76,974.79 |
| 3/28/08 3473 | 1/1/08-1/31/08 | 50,310.00 | 152,313.03 | 50,310.00 | 152,313.03 |
| 7/2/08 4970 | 2/1/08-2/29/08 | 49,155.00 | 193,689.78 | 49,155.00 | 193,689.78 |
| 7/2/08 4971 | 3/1/08-3/31/08 | 42,975.00 | 84,665.64 | 42,975.00 | 84,665.64 |
| 7/2/08 4972 | 4/1/08-4/11/08 | 33,200.00 | 62,919.38 | 33,200.00 | 62,919.38 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------- x | |
| In re: | : Chapter 11 |
| | : |
| | : Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | : |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] | : Jointly Administered |
| | : |
| Debtors. | : |
| | x |
| ------------------------------------------------------------- | |

**FINAL APPLICATION OF SAMUEL I. WHITE, P.C. FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE FINAL PERIOD FROM AUGUST 6, 2007 THROUGH APRIL 11, 2008**

Pursuant to sections 105 and 330 of title 11 of the United States Code (the

"Bankruptcy Code"), the law firm of Samuel I. White, P.C. hereby applies to this Court for an

Order awarding it on a final basis reasonable compensation for professional legal services

rendered as counsel to American Home Mortgage Holdings, Inc., *et al.,* (collectively, the

"Debtors") in the amount of $251,735.00, together with reimbursement for actual and necessary

expenses incurred in the amount of $614,021.60 for the period commencing August 6, 2007

through and including April 11, 2008 (the "Final Fee Period"). In support of this application (the

"Application"), Samuel I. White, P.C. respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

1. Samuel I. White, P.C. was employed to represent the Debtors as a professional in the ordinary course of the Debtors' business. Samuel I White P.C.'s retention was approved through the Order Approving the Retention and Employment of Samuel I. White P.C as Foreclosure Professionals [Docket No. 1709]. The Order authorized Samuel I White, P.C. to be compensated for foreclosure and related services and to be reimbursed for actual and necessary out-of-pocket expenses.

## REQUEST FOR FINAL APPROVAL

2. By this Application, Samuel I. White, P.C. seeks final approval of all fees and expenses incurred in this case from August 6, 2007 through April 11, 2008.

3. Young Conaway Stargatt & Taylor, LLP has previously filed the Interim Quarterly Fee Requests (the "Interim Fee Requests") of the Debtors' Professionals for the period August 6, 2007 through April 11, 2008 on behalf of Samuel I. White, P.C.

4. By this application, Samuel I. White P.C. is requesting final approval of its fees and expenses allowed by the Interim Fee Requests in the amounts previously approved. Accordingly, Samuel I. White, P.C. is seeking final approval of fees in the amount of $251,735.00 and expenses in the amount of $614,021.60.

5. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of the Debtors' chapter 11 cases (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

WHEREFORE, Samuel I. White, P.C. requests final approval and allowance be made to it in the sum of $251,735.00 as compensation for necessary professional services

rendered to the Debtors for the Final Fee Period, and the sum of $614,021.60 for reimbursement of actual necessary costs and expenses incurred for the Final Fee Period, and the Court grant such other and further relief as is just and proper.

Dated: January 31, 2011  SAMUEL I. WHITE, P.C.

_____
D. Carol Sasser
5040 Corporate Woods Drive, Suite 120
Virginia Beach, VA 23462

3

## VERIFICATION

STATE OF VIRGINIA        )
CITY OF VIRGINIA BEACH ) 
                                            )

D. Carol Sasser, Esquire, after being duly sworn according to law, deposes and says:

1. I am an attorney in the applicant firm, Samuel I. White, P.C., and have been admitted to the bar of the State of Virginia since 1988.

2. I have personally performed many of the legal services rendered by Samuel I. White, P.C. as outside corporate counsel for the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____

SWORN TO AND SUBSCRIBED before me this 28th day of January, 2011

_____
Notary Public
My Commission Expires: 3/31/2012

ROBERT A. JONES
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #346453
My Commission Expires