IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------
In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

Debtors.
------------------------------------------------------------

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Objections Due By: March 17, 2011 @ 4:00 p.m.**
: **Hearing Date: To Be Determined**


**NOTICE OF FINAL APPLICATION OF HAHN & HESSEN LLP,
CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD OF AUGUST 14, 2007 THROUGH NOVEMBER 30, 2010**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On January 31, 2011, the Final Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period of August 14, 2007 through November 30, 2010 ("Final Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").  By the Final Application, Hahn & Hessen LLP ("Hahn") seeks (a) entry of an order approving on a final basis for the period of August 14, 2007 through November 30, 2010 the services rendered and expenses incurred by Blank Rome as counsel to the Debtors from August 14, 2007 through the conclusion of the bankruptcy cases [$7,924,602.00 (fees) and $216,192.29 (expenses)].

---

[1]   The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21950100v.1

Any responses or objections to the Final Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **March 17, 2011 at 4:00 p.m.** (EST). Copies of the Final Application are available upon written request to the undersigned.

A hearing on the Final Application will take place before the Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 at a date and time convenient to the Court.

Dated: January 31, 2011

             BLANK ROME LLP

             */s/ Bonnie Glantz Fatell*
             Bonnie Glantz Fatell (No. 3809)
             David W. Carickhoff (No. 3715)
             1201 Market Street, Suite 800
             Wilmington, Delaware 19801
             Telephone: (302) 425-6400
             Facsimile: (302) 425-6464

             And

             Mark S. Indelicato
             Hahn & Hessen LLP
             488 Madison Avenue
             New York, NY 10022
             Telephone: (212) 478-7200
             Facsimile: (212) 478-7400

             *Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*