## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
|  | : Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al.* [1] | : (Jointly Administered) |
|  | : |
| Debtors. | : |
|  | : **Objections Due By:** |
|  | : **Hearing Date:** |

-------------------------------------------------------------

### FINAL APPLICATION OF BDO CAPITAL ADVISORS, LLC, AS INVESTMENT BANKING ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 14, 2007 THROUGH JANUARY 31, 2008

| | |
|---|---|
| *Name of Applicant*: | BDO Capital Advisors, LLC |
| *Authorized to Provide Services to*: | Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* |
| *Date of Retention*: | February 14, 2008, *nunc pro tunc*, to August 14, 2007 |
| *Period For Which Compensation And Reimbursement Are Sought*: | August 14, 2007 through January 31, 2008 |
| *Amount of Compensation Requested*: | $18,070.00 |
| *Amount of Expense Reimbursement Requested*: | $474.94 |

This is a final application.

---

[1] The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

*Summary of Monthly Application Filed:*

| Monthly Fee Application Date Filed [Dkt. No.] Period | Total Fees / Expenses Requested | CNO Date Filed [Dkt. No.] | Fees Authorized to be paid (100%) | Expenses Authorized to be paid (100%) | Holdback Amount |
|---|---|---|---|---|---|
| First Monthly 2/19/08 [Dkt. No. 3019] 08/14/07 through 01/31/08 | $18,070.00/ $474.94 | 03/12/08 [3254] | $18,070.00 | $474.94 | $0.00 |
| **Totals** | **$18,070.00/ $474.94** | | **$18,070.00** | **$474.94** | **$0.00** |

*Summary of Interim Application Filed:*

| Interim Application Date Filed [Dkt. No.] Period | Total Fees / Expenses Requested | Omnibus Order [Dkt. No.] | Fees Approved (100 %) | Expenses Approved (100%) | Holdback Amount |
|---|---|---|---|---|---|
| First Interim Application 03/20/08 [Dkt. No. 3378] 08/14/07 through 01/31/08 | $18,070.00/ $474.94 | 04/14/08 [3695] | $18,070.00 | $474.94 | $0.00 |
| **Totals** | **$18,070.00/ $474.94** | | **$18,070.00** | **$474.94** | **$0.00** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| American Home Mortgage Holdings, Inc., *et al.* [1] | : | Case No. 07-11047 (CSS) |
|  | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : | **Objections Due By:** |
|  | : | **Hearing Date:** |

------------------------------------------------------------

**FINAL APPLICATION OF BDO CAPITAL ADVISORS, LLC, AS INVESTMENT BANKING ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE <u>PERIOD FROM AUGUST 14, 2007 THROUGH JANUARY 31, 2008</u>**

This Final Application for Compensation and Reimbursement of Expenses ("*Final Application*") is filed by BDO Capital Advisors, LLC f/k/a Trenwith Securities, LLC ("*BDO Capital*"), Investment Bankers for the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* (the "*Committee*"), requesting final approval of compensation and reimbursement of expenses for services provided and expenses incurred by BDO Capital as investment bankers for the Committee for the period from August 14, 2007 through and including January 31, 2008 ("*Final Period*").

### <u>Background</u>

1.    On August 14, 2007, the Office of the United States Trustee for the District of Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the Official Committee of Unsecured Creditors: Wilmington Trust Company, Bank of New York

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

Trust Company[2], N.A., Deutsche Bank National Trust Co., Nomura Credit & Capital, Inc., Impac Funding Corporation, Waldners[3] Business Environments, Inc., and United Parcel Service (Docket No. 156).

2.      Hahn & Hessen LLP ("*Hahn & Hessen*") and Blank Rome LLP ("*Blank Rome*") were selected by the Committee to serve as co-counsel to the Committee, and BDO USA LLP f/k/a BDO Seidman, LLP ("*BDO*") was selected by the Committee to serve as financial advisor to the Committee.

3.      On September 27, 2007, the Committee filed a single application seeking authority to retain BDO as its financial advisors and BDO Capital, an affiliate of BDO, to provide the Committee with certain investment banking advisory services (the "*Joint Application*") [Dkt. No. 966].   Pursuant to the Joint Application, BDO Capital would be compensated at its customary hourly rates, which charge would be included as part of BDO's monthly fee application.  The office of the United States Trustee raised a concern about the two firms being retained as part of a joint retention application.   To address the United States Trustee's concern, the Committee agreed to file a separate retention application.

4.      Due to an administrative oversight, the filing of BDO Capital's amended application was inadvertently delayed.  On January 28, 2008, the Committee filed the Amended Application to Retain BDO Capital Advisors, LLC to Provide Investment Banking Advisory Services Pursuant to  11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014 Nunc Pro Tunc to August 14, 2007 (Docket No. 2794, the "<u>Retention Application</u>").  On February 14, 2008, an

---

[2] The Bank of New York Trust Company, N.A resigned from the Committee effective 11/13/07. The U.S. Trustee has appointed Law Debenture Trust Company of New York as a replacement member effective immediately.

[3] Waldners  Business Environments, Inc. resigned from the Committee in the first quarter of 2008. The U.S. Trustee has not yet appointed a replacement.

order, effective as of August 14, 2007 was duly signed and entered by this Court authorizing the retention of BDO Capital (Docket No. 2988, the "*Retention Order*").

5.      On February 23, 2009, the Court entered an order [Dkt. No. 7042] confirming the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 [Dkt. No. 7029] (the "*Plan*").  This Plan became effective November 30, 2010 [Dkt. No. 9519].

6.      BDO Capital submits this Final Application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Court's administrative order pursuant to sections 105(a) and 331 of the Bankruptcy Code establishing procedures for final compensation and reimbursement of expenses for professionals and committee members dated September 4, 2007 (the "*Administrative Order*") (Docket No. 547).

## Relief Requested

7.      Pursuant to this Final Application, BDO Capital requests final approval of compensation for actual and necessary professional services rendered in the amount of $18,070.00 and for final approval of reimbursement of reasonable and necessary out-of-pocket expenses in the amount of $474.94 for the Final Period.

8.      A summary schedule of the time expended by all professionals and paraprofessionals engaged as investment banking advisors to the Committee is attached hereto and marked **Exhibit A**.

9.      Pursuant to the terms of the Administrative Order, BDO Capital filed and properly served one (1) monthly fee application during the Final Period.  In accordance with the Administrative Order, and as set forth in Local Rule 2016-2, each monthly fee application included (i) a detailed itemization of the service hours expended by matter and professional and (ii) a summary schedule of hours and fees categorized by project code.  Each monthly fee application also included a detailed chronological itemization of the services rendered by each

3

professional and paraprofessional, calculated by tenths of an hour and categorized in accordance with the appropriate project code.  Every effort was made by BDO Capital to categorize daily time entries in accordance with the correct project code.  However, in some instances, services overlap between project codes.  Thus, some services may appear under more than one code, although in no instance is a specific time entry recorded more than once.  Time entries are edited for accuracy, to eliminate and correct errors (*i.e.*, time charged to the wrong project code), and for clarity.

10.    A summary of the services covered by the within Final Application, together with a summary of hours and fees categorized by project code, are attached hereto as **Exhibit B**.

11.    A summary schedule of the out-of-pocket expenses incurred by BDO Capital is attached hereto and marked **Exhibit C**.

### Status Of Prior Applications

12.    Pursuant to the Administrative Order, BDO Capital filed its first monthly fee application [Dkt. No. 3019] on February 19, 2008, pursuant to which BDO Capital sought approval of 80% of the total compensation, $18,070.00 and 100% reimbursement of expenses expended by BDO Capital, $474.94, for the period of August 14, 2007 through January 31, 2008. A copy of the first monthly fee application is available by on the docket or by written request to BDO Capital.  Upon receiving no timely objections, on March 12, 2008, Blank Rome filed a Certificate of No Objection with the Court on behalf of BDO Capital [Dkt. No. 3254].

13.    On March 20, 2008, BDO Capital filed its First Interim Application for compensation and reimbursement of expenses for the period from August 14, 2007 through January 31, 2008 [Dkt. No. 3378], seeking approval of interim allowance of compensation for actual and necessary professional services rendered in the amount of $18,070.00 and reimbursement of reasonable and necessary expenses incurred in the amount of $474.94 (the

"*First Interim Application*").  On April 14, 2008, this Court duly signed that certain Order

Granting Applications of Retained Professionals for Allowance of Interim Compensation for

Services Rendered and for Reimbursement of Actual and Necessary Expenses for the Period

From August 14, 2007 through January 31, 2008 [Dkt. No. 3695] (the "*First Interim Order*"),

pursuant to which BDO Capital was awarded interim compensation for fees in the amount of

$18,070.00 and expenses in the amount of $474.94.   BDO Capital has been paid 100% of fees

and expenses awarded in the First Interim Application.

14.    The total number of hours expended by BDO Capital professionals and

paraprofessionals in performing professional services for the Committee during the Final Period

was 33.8 hours at an average billing rate of approximately $534.62 per hour.  The value of these

services has been computed at the rates BDO Capital customarily charges for similar services

provided to other clients.

15.    BDO Capital submits that the services rendered were actual and necessary, that

the compensation sought herein is reasonable and in accordance with the standards of section

330 of the Bankruptcy Code and the expenses for which reimbursement is sought were actual

and necessary.  Moreover, BDO Capital has reviewed the requirements of Del. Bankr. LR 2016-

2, and the Administrative Order, and believes that this Final Application complies with that rule

and that order.

16.    BDO Capital seeks this Court's final approval for the total fees for services

rendered and disbursements in the amounts set forth above.  BDO Capital has been paid in full

for all requested amounts.

17.    A copy of this Final Application has been served upon the Debtor and the Notice

Parties as defined in the Administrative Order.   A copy of the Notice (only) of this Final

Application was served upon those parties listed on the 2002 Service List.

5

WHEREFORE, BDO Capital respectfully requests that this Court (i) grant final approval of fees in the amount of $18,070.00 as compensation for necessary services rendered and (ii) $474.94 for reimbursement of actual and necessary expenses incurred during the Final Period for a total final allowance of $18,544.94; and (iii) that the Court requests such other and further relief as this Court may deem just and proper.

Dated: January **26**, 2011

BDO Capital Advisors, LLC

Jeffrey R. Manning
Managing Director
100 Park Avenue, 10th floor
New York, NY 10017
Telephone Number: 212.885.7396
Email: jrmanning@BDO Capital.com
Investment bankers for the Official Committee of
Unsecured Creditors of American Home Mortgage
Holdings, Inc., *et al.*

Sworn and subscribed to before
me this _26th_ day of January, 2011

Notary Public

STEPHANIE D. REGAN
Notary Public, State of New York
No. 43-4704738
Qualified in Richmond County
Commission Expires Sept. 30, 2013

6