IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

Debtors.

---

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Objections Due By:  March 17, 2011 @ 4:00 p.m.**
: **Hearing Date:  To Be Determined**

### NOTICE OF FINAL APPLICATION OF BDO CAPITAL ADVISORS, LLC, AS INVESTMENT BANKING ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF <u>AUGUST 14, 2007 THROUGH JANUARY 31, 2008</u>

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On January 28, 2011, the Final Application of BDO Capital Advisors, LLC, f/k/a Trenwith Securities, LLC, as Investment Banking Advisors for the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period of August 14, 2007 through January 31, 2008 ("<u>Final Application</u>") was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the "<u>Bankruptcy Court</u>").  By the Final Application, BDO Capital Advisors, LLC ("<u>BDO Capital</u>") seeks (a) entry of an order approving on a final basis for the period of August 14, 2007 through January 31, 2008 the services rendered and expenses incurred by Blank Rome as counsel to the Debtors from August 14, 2007 through January 31, 2008 [$18,070.00 (fees) and $474.94 (expenses)].

---

[1] The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21950128v.1

Any responses or objections to the Final Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **March 17, 2011 at 4:00 p.m.** (EST).  Copies of the Final Application are available upon written request to the undersigned.

A hearing on the Final Application will take place before the Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 at a date and time convenient to the Court.

Dated: January 31, 2011

BLANK ROME LLP

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464

And

Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022
Telephone:  (212) 478-7200
Facsimile:  (212) 478-7400

*Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*