IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | Jointly Administered |
| et al., | ) | |
| | ) | **Hearing Date: (To be determined)** |
| Debtors. | ) | **Objections Due: 02/22/2011 @ 4:00 p.m.** |
| _____ | ) | |

## NOTICE OF APPLICATION

To:   Counsel to the Plan Trustee
      Fee Examiner

Tilton Jack, Grace Mullins, Christopher Bilek and Mary Bilek, Sam Acquisto, Delena Lamacchia, and Paula Rush served the Application of Zuckerman Spaeder LLP for Allowance of Compensation and Reimbursement of Expenses for Substantial Contribution in These Chapter 11 Cases (the "Application"), which seeks fee compensation in the amount of $81,560.50 and reimbursement of expenses in the amount of $1,067.73 for the period August 25, 2008 through October 21, 2008.

Responses to the Application, if any, must be filed with the United States Bankruptcy Court, 824 N. Market Street, Wilmington, DE 19801, and served on undersigned counsel so it is received no later than 4:00 p.m. on February 22, 2011.

HEARING WILL BE HELD at a time to be determined before the Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801.

2879819.1

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
      January 31, 2011

                                          Thomas G. Macauley (ID No. 3411)
                                          Zuckerman Spaeder LLP
                                          919 Market Street, Suite 990
                                          P.O. Box 1028
                                          Wilmington, DE  19899
                                          (302) 427-0400

                                          Counsel to Tilton Jack, Grace Mullins, Christopher Bilek and Mary Bilek, Sam Acquisto, Delena Lamacchia, and Paula Rush

2879819.1