919 MARKET STREET SUITE 990 WILMINGTON, DE 19801
302.427.0400  302.427.8242 fax    www.zuckerman.com

January 21, 2011

AHM Holdings Inc.  
Attn: Alan Horn, General Counsel  
538 Broadhollow Rd.  
Melville, NY 11747

Invoice: 276139  
Client: 12281  
Matter: 0006  
EIN: 52-1112263

Re: Substantial Contribution

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through December 31, 2010.

| | |
|---|---:|
| By Thomas G. Macauley<br>116.20 hours at $475.00 per hour | $ 55,195.00 |
| By Linda Singer<br>31.70 hours at $500.00 per hour | $ 15,850.00 |
| By Virginia W. Guldi<br>30.90 hours at $325.00 per hour | $ 10,042.50 |
| By Diana Gillig<br>4.30 hours at $110.00 per hour | $ 473.00 |
| TOTAL FEES | $ 81,560.50 |

January 21, 2011                                                                                                                            Page 2

EXPENSES

| | | |
|---|---|---:|
| Express Delivery | $ | 13.42 |
| Courier | $ | 66.00 |
| Outside Services | $ | 125.00 |
| Photocopy | $ | 133.40 |
| Facsimile/Telecopy | $ | 554.00 |
| Long Distance | $ | 0.24 |
| Postage | $ | 3.36 |
| Lexis/Nexis Research | $ | 37.31 |
| Secretarial O/T | $ | 135.00 |
| **TOTAL EXPENSES** | **$** | **1,067.73** |
| **TOTAL FEES AND EXPENSES THIS INVOICE** | **$** | **82,628.23** |

January 21, 2011                                                                                              Page 3

DESCRIPTION OF SERVICES                                                                   CLIENT: 12281
                                                                                          MATTER: 0006

Thomas G. Macauley

| Date | Hours | Description |
|---|---|---|
| 08/25/08 | 0.30 | Speak with H. Winstead regarding AHM case. |
| 08/26/08 | 1.50 | Review and analyze issues regarding AHM disclosure statement. |
| 08/27/08 | 1.10 | Review global settlement motion and analyze issues regarding need for borrowers committee. |
| 08/29/08 | 1.80 | Review research topics and analyze issues regarding same (0.3); review plan (0.9); review annotations regarding classification (0.6). |
| 08/31/08 | 0.80 | Review decisions on classification and unfair treatment. |
| 09/02/08 | 2.50 | Review plan and disclosure statement (0.4); review cases and annotations on classification (0.3); review precedents for committee appointment and analyze issues regarding same (0.5); analyze issues regarding Section 363(o) and review statute and annotations regarding same (0.5); review cases and commentary on appointment of additional committees (0.8). |
| 09/03/08 | 3.90 | Review DIP financing amendment and related transcript (0.5); review transcript on stay motion (0.4); review bar date orders and analyze issues regarding same (0.7); analyze issues regarding trustee's fiduciary duty (0.3); review disclosure statement plan and global settlement stipulation (1.4); review docket (0.3); analyze issues regarding appointment motion (0.3). |
| 09/04/08 | 3.60 | Review notes and docket regarding bar date service (0.7); review summary of consumer complaints (0.2); analyze issues regarding discharge and injunction (0.8); review plan (1.1); speak with co-counsel regarding strategy and motion (0.5); review and analyze issues regarding revised outline (0.3). |
| 09/05/08 | 0.30 | Analyze issues regarding plan objections. |
| 09/06/08 | 3.60 | Work on classification and unfair treatment objections to plan (3.2); analyze issues regarding other plan objections (0.4). |

| | | |
|---|---|---|
| 09/07/08 | 9.20 | Speak with co-counsel regarding drafting status and timing (0.7); review draft introduction and revised specific facts (0.4); review and edit plan objections (2.4); draft disclosure statement objections (2.8); review plan and disclosure statement (1.2); review cases (1.4); analyze issues and speak with co-counsel regarding classification objection (0.3). |
| 09/08/08 | 10.00 | Review first part of draft brief (0.6); review cases (1.7); review law review article (0.4); review and edit preliminary statement and background (1.4); review committee cases on appointment (2.3); review and revise argument on committee appointment (3.2); analyze issues regarding same (0.4). |
| 09/09/08 | 8.30 | Review and edit drafts of motion (2.9); analyze issues regarding particular arguments (1.3); review cases (1.8); review and edit motion to shorten notice and order granting same (0.5); review and edit proposed order (0.3); review and finalize motion (1.2); speak with court regarding same (0.1); speak with US Trustee regarding same (0.2). |
| 09/10/08 | 3.40 | Analyze issues regarding motion to shorten notice (0.4); review docket and other disclosure statement objections (0.7); speak with M. Dobbens regarding joinder (0.3); analyze issues regarding same (0.1); draft form of joinder (0.7); speak with co-counsel regarding issues and status (0.5); review Debtors' objection to motion to shorten notice (0.2); speak with US Trustee regarding same (0.2); analyze issues regarding same (0.3). |
| 09/11/08 | 1.70 | Review US Trustee objection to shorten notice (0.1); analyze issues regarding schedule and discovery (0.6); speak with AHM counsel regarding schedule (0.4); review and edit notice of motion (0.3); review and edit certificates of service for Tuesday's documents (0.3). |
| 09/15/08 | 1.80 | Review hearing agenda (0.1); analyze issues regarding claims objections (0.3); review responses to same (0.2); contact US Trustee regarding meeting (0.1); speak with co-counsel regarding same (0.2); review motion, Cardozo article and First Alliance documents (0.9). |
| 09/18/08 | 0.10 | Speak with US Trustee regarding meeting. |
| 09/22/08 | 0.70 | Participate on call with counsel (0.5); speak with US Trustee regarding meeting (0.2). |
| 09/23/08 | 4.50 | Review motion and analyze issues regarding US Trustee meeting (0.7); draft note to US Trustee regarding same (0.1); speak with S. Weisbrod regarding meeting (0.2); meet to discuss meeting (1.2); attend meeting (2.3). |

January 21, 2011                                                                                           Page 5

| | | |
|---|---|---|
| 09/24/08 | 0.50 | Speak and correspond with co-counsel regarding contact between US Trustee and Paula Rush (0.3); analyze issues regarding same (0.2). |
| 09/25/08 | 2.50 | Speak with co-counsel regarding Paula Rush discussion and update on engagements (0.8); review and comment on draft letter to US Trustee (0.4); speak with US Trustee regarding extension (0.2); speak and correspond with M. Whiteman regarding extension (0.2); review docket (0.2); review New Century decision (0.3); review additional disclosure statement objections (0.4). |
| 09/26/08 | 5.30 | Review and analyze issues regarding objections to motion (1.6); review factual descriptions of claims of joining borrowers (0.4); outline points and responses to objections (1.5); review cases regarding same (1.8). |
| 09/27/08 | 5.60 | Review objections to motion (0.4); review and supplement outline of responses to objections (0.6); draft discretion section of reply (3.1); review cases (0.8); analyze issues regarding joinders and hearing witnesses (0.3); exchange notes with co-counsel regarding witnesses (0.2); draft note to M. Whiteman regarding same (0.2). |
| 09/28/08 | 5.00 | Finish drafting discretion section of reply (2.4); review cases (0.7); review and edit joinders (0.8); analyze issues regarding filing and circulation of same (0.3); review draft letter to US Trustee and exhibits (0.3); blackline comments to letter (0.5). |
| 09/29/08 | 9.80 | Review and edit drafts of reply (3.6); rewrite sections of same (4.2); speak with co-counsel regarding same (0.8); speak with US Trustee regarding proposed adjournment of hearing (0.3); speak with co-counsel and clerk regarding same (0.3); draft note to counsel regarding Wednesday telephone conference with the court (0.2); review and analyze issues regarding joinders (0.4). |
| 09/30/08 | 5.40 | Review and edit morning drafts of reply (1.8); review and finalize joinders (0.6); review certificates of service and give instructions regarding same (0.3); draft notes to M. Whiteman regarding joinders and reply for agenda and binder (0.2); review and finalize reply (1.5); review and analyze issues regarding exhibits (0.2); review certificate of service (0.1); draft letter to court regarding reply (0.3); give instructions regarding delivery of same (0.1); speak with co-counsel regarding amended plan and disclosure statement (0.3). |

| Date | Hours | Description |
|---|---|---|
| 10/01/08 | 2.90 | Outline thoughts for 2 p.m. teleconference with court (0.9); exchange notes with S. Weisbrod regarding same (0.2); speak with US Trustee regarding same (0.1); speak with S. Weisbrod regarding call (0.2); participate on call with court (0.5); speak with co-counsel regarding same (0.4); review pro hac vice application (0.1); analyze issues regarding settlement idea (0.3); review amended hearing agenda (0.1); speak with S. Weisbrod regarding idea (0.1). |
| 10/02/08 | 0.20 | Review blacklined plan. |
| 10/06/08 | 1.20 | Speak with co-counsel regarding Wednesday hearing (0.6); review letter from Maryland and analyze issues regarding same (0.3); draft note to J. McMahon regarding same (0.1); exchange notes and speak with Virtual Docket regarding filing (0.2). |
| 10/07/08 | 9.30 | Exchange notes with Virtual Docket and analyze issues regarding filing of letter (0.3); review cases and papers in preparation for argument (0.8); analyze issues regarding same (0.3); draft note to counsel regarding letter (0.1); arrange for delivery to chambers (0.1); speak with court regarding agenda and reply (0.2); speak with US Trustee regarding status (0.2); review docket (0.2); review and analyze issues regarding US Trustee statement (0.6); draft outline of objection argument (1.8); participate in moot argument and discussion with counsel (1.4); review cases (0.8); review papers (0.6); review docket (0.3); review monthly operating reports (0.4); review fee applications (0.3); prepare for hearing (0.9). |
| 10/08/08 | 4.90 | Analyze issues regarding argument and prepare for hearing (0.8); meet with co-counsel regarding hearing (0.9); attend hearing (2.5); analyze results with co-counsel (0.3); review and edit proposed form of order (0.3); draft note to counsel regarding same (0.1). |
| 10/09/08 | 1.30 | Review responses and revisions to proposed form of order (0.3); edit form of order (0.3); exchange notes with R. Brady and M. Indelicato regarding same (0.4); review and comment on draft of letter to US Trustee regarding client information (0.3). |
| 10/10/08 | 0.60 | Draft certification of counsel regarding proposed order (0.3); review certificate of service regarding same (0.1); speak with D. Laskin regarding same (0.1); analyze issues regarding filing (0.1). |

January 21, 2011 Page 7

| | | |
|---|---|---|
| 10/16/08 | 0.30 | Review docket and order directing appointment of borrower committee (0.2); draft note to co-counsel regarding same (0.1). |
| 10/21/08 | 2.30 | Review emails from US Trustee regarding appointment of committee (0.2); outline issues to discuss with Debtors (1.4); speak with s. Weisbrod regarding same (0.3); review hearing agenda (0.1); review disclosure statement (0.3). |

Linda Singer

| | | |
|---|---|---|
| 09/02/08 | 4.70 | Review articles on American Home and consumer complaints (1.3); begin drafting motion for appointment of borrowers committee (2.8); calls to counsel for potential clients (0.6). |
| 09/03/08 | 2.60 | Continue drafting narratives for motion for appointment of committee (2.6). |
| 09/05/08 | 2.00 | Draft motion. |
| 09/06/08 | 8.00 | Research and draft sections for motion on liability of securitizers and warehouse lenders. |
| 09/07/08 | 5.00 | Research and draft sections for motion on liability of securitizers and warehouse lenders (4.3); conference call with Tom, Hunter and Steve regarding strategy (0.7). |
| 09/08/08 | 1.00 | Conference call with Steve, Tom, Hunter regarding status of brief (0.4); edits to brief (0.6). |
| 09/10/08 | 0.60 | Conference call with Gilbert Randolph, Tom Macauley and consultant regarding status of motion and next steps/argument (0.4); telephone conference with one of clients counsel, Keith Keogh (0.2). |
| 09/11/08 | 0.30 | Research securitizer liability. |
| 09/22/08 | 0.50 | Conference call with Tom and Gilbert Randolph regarding joinders and response. |
| 09/23/08 | 1.50 | Conference call with bankruptcy trustee's office. |
| 09/27/08 | 0.50 | Draft joinder motions. |
| 09/28/08 | 1.50 | Draft joinder motions. |
| 09/29/08 | 0.30 | Telephone conference with Tom Macauley and review documents. |
| 10/06/08 | 1.20 | Conference call with Tom and Steve to prepare for argument (0.6); outline to Tom and Steve (0.2); letter/telephone conference to Tom Perez to send to the court (0.3); send letter (0.1). |

January 21, 2011                                                                                           Page 8

| | | |
|---|---|---|
| 10/07/08 | 1.30 | Mooting Tom and Steve for argument. |
| 10/08/08 | 0.50 | Telephone conference with Tom Macauley regarding argument ruling (0.2); draft letter to clients (0.2); review emails (0.1). |
| 10/15/08 | 0.20 | Telephone conference with Tom Macauley regarding status. |

Virginia W. Guldi

| | | |
|---|---|---|
| 08/26/08 | 1.80 | Review debtor's disclosure statement. |
| 08/27/08 | 2.70 | Review plan and disclosure statement (2.5); discuss same with Thomas Macauley (0.2). |
| 08/28/08 | 0.20 | Telephone conference with Thomas Macauley regarding legal research projects. |
| 08/28/08 | 2.50 | Legal research regarding conflict of interest for plan trustee. |
| 09/02/08 | 1.00 | Legal research regarding conflicting fiduciary duties for committee. |
| 09/03/08 | 1.00 | Memorandum to Thomas Macauley regarding conflicted committee (0.3); legal research regarding same (0.7). |
| 09/03/08 | 1.00 | Legal research regarding bar date and failure to give proper notice. |
| 09/04/08 | 1.70 | Legal research regarding plan objections. |
| 09/05/08 | 4.30 | Legal research regarding defective notice of bar date and draft portions of objection to disclosure statement and plan based on same. |
| 09/06/08 | 8.00 | Draft plan objections. |
| 09/08/08 | 2.70 | Prepare motion to shorten notice (0.7); legal research regarding bar date notice and research regarding bar date notice and conflict of interest for plan trustee (1.6); memorandum to Thomas Macauley regarding same (0.4). |
| 09/09/08 | 4.00 | Prepare Motion to shorten time and proposed order (0.6); legal research regarding interested directors (2.9); prepare proposed order on motion to appoint committee (0.5). |
| 10/14/08 | 0.00 | Review docket regarding recent activity including motion to extend exclusive period and committee objection theretoand draft proposed plan. |

Diana Gillig

| | | |
|---|---|---|
| 09/03/08 | 0.30 | Review docket regarding bar date notice and affidavits of service for same. |

January 21, 2011                                                                                           Page 9

| | | |
|---|---|---|
| 09/04/08 | 0.20 | Continue reviewing docket regarding bar date notice and service of same. |
| 09/08/08 | 1.20 | Contact debtors' counsel regarding current 2002 service list (0.1); prepare service list and forward same to P. Townsend (0.3); draft pro hac vice motion for S. Weisbrod (0.4); electronically file motion regarding borrowers committee (0.1); electronically file motion to shorten notice and notice of filing (0.1); prepare fax service list and serve same (0.2). |
| 09/11/08 | 1.10 | Draft notice of filing regarding motion to shorten notice for borrowers' committee motion (0.2); draft affidavit of service for same (0.3); electronically file notice of filing motion (0.1); prepare service and serve same by facsimile (0.5). |
| 09/12/08 | 0.20 | Prepare certificate of service for filings regarding notice of motion, motions and notice of filing. |
| 09/25/08 | 0.20 | Review docket regarding objections to disclosure statement. |
| 09/30/08 | 1.00 | Review docket regarding amended plan and disclosure statement (0.1); electronically file joinders to borrowers motion for Culpepper, Dandridge, Montague, Graves, and Dobben (0.3); serve joinders (0.2); electronically file reply in support of motion appointing borrowers committee and serve same (0.3); forward motion pro hac vice to S. Weisbrod (0.1). |
| 10/10/08 | 0.10 | Speak with D. Laskin and forward electronically filed certification of counsel to her. |

American Home Mortgage
Zuckerman Spaeder LLP
Substantial Contribution
Period 8/25/08-10/21/08

| EXPENSES | AMOUNT | | DATE OF SERVICE | TOTALS | |
|---|---|---|---|---|---|
| DOCUMENT SERVICE -PARCELS | $ | 138.42 | 9/30/2008 | | |
| Total | $ | 138.42 | | $ | 138.42 |
| COURIER SERVICE - PARCELS | $ | 36.00 | 9/30/2008 | | |
| | $ | 30.00 | 10/15/2008 | | |
| Total | $ | 66.00 | | $ | 66.00 |
| FACSIMILE - INHOUSE | $ | 448.00 | 9/11/2008 | | |
| | $ | 24.00 | 9/12/2008 | | |
| | $ | 2.00 | 9/29/2008 | | |
| | $ | 51.00 | 9/30/2008 | | |
| | $ | 29.00 | 10/10/2008 | | |
| Total | $ | 554.00 | | $ | 554.00 |
| LONG DISTANCE TELEPHONE | $ | 0.24 | 9/2/2008 | | |
| Total | $ | 0.24 | | $ | 0.24 |
| PHOTOCOPY INHOUSE | $ | 111.50 | 9/9/2008 | | |
| | $ | 0.30 | 9/11/2008 | | |
| | $ | 20.00 | 9/30/2008 | | |
| | $ | 1.60 | 10/2/2008 | | |
| Total | $ | 133.40 | | $ | 133.40 |
| LEXIS/NEXIS RESEARCH | $ | 37.31 | 9/30/2008 | | |
| Total | $ | 37.31 | | $ | 37.31 |
| POSTAGE | $ | 3.36 | 9/30/2008 | | |
| Total | $ | 3.36 | | $ | 3.36 |
| SECRETARIAL O/T | $ | 15.00 | 9/9/2008 | | |
| | $ | 120.00 | 9/22/2008 | | |
| Total | $ | 135.00 | | | 135.00 |
| TOTAL | | | | | 1,067.73 |