**CERTIFICATE OF SERVICE**

I certify that on the 31st day of January 2011, a copy of the foregoing was served by regular first class mail, postage prepaid, on:

Sean M. Beach, Esquire
Margaret Whiteman Greecher, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Mr. M. Jacob Renick
Nachman Hays Brownstein
822 Montgomery Avenue, Suite 204
Narbeth, PA 19072

Thomas G. Macauley (ID No. 3411)

2879821.1