IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
                                                                 :   Chapter 11
In re:                                                           :
                                                                 :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :   Jointly Administered
                                                                 :
         Debtors.                                                :
                                                                 :
---------------------------------------------------------------- x

## NOTICE OF APPLICATION

TO:   The Plan Trustee, the Fee Examiner, the United States Trustee, Counsel for the Official Committee of Unsecured Creditors, Counsel for the Administrative Agent, and Counsel for the DIP Agent

     The **Final Application of Weltman, Weinberg & Reis Co., L.P.A. as ordinary counsel professional for the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Final Period of August 6, 2007 through April 11, 2008** has been filed with the Bankruptcy Court. The Application seeks allowance of final fees in the amount of $482,498.75 and final expenses in the amount of $662,235.48.

     Objections to the Application, if any, are required to be filed on or before -------, 2011 at 4:00 p.m. (ET) (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

     At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Carlos Colagiacomo, Esquire); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Sean M. Beach and Margaret Whiteman Greecher), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato and Edward Schnitzer) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801 (Attn: Bonnie Fattel), counsel to the Committee; (v) Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Attn.: Margot B. Schonholtz and Scott D. Talmadge)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

YCST01:10560450.1                                                                    066585.1001

and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801 (Attn.: Laurie Selber Silverstein), counsel to the Administrative Agent; (vi) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn.: Corinne Ball and Erica M. Ryland) and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn.: Victoria Counihan), counsel to the DIP Agent; (vii) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Mark Kenney, Esq.) and (viii) **[YOUR CONTACT PERSON]**

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held on ---------, 2011 at 10:00 a.m. before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

Dated: -------------, 2011
   Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret Whiteman Greecher
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
: Chapter 11
In re:                                                             :
: Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                             :
HOLDINGS, INC., a Delaware corporation, et al.,[1]                 : Jointly Administered
:
Debtors.                                                           :
x
------------------------------------------------------------------

**FINAL APPLICATION OF WELTMAN, WEINBERG & REIS CO., L.P.A. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE FINAL PERIOD FROM AUGUST 6, 2007 THROUGH APRIL 11, 2008**

| | |
|---|---|
| Name of Applicant: | Weltman, Weinberg & Reis Co., LPA |
| Authorized to Provide Professional Services to: | Debtors |
| Period for Which Final Compensation and/or Reimbursement is Sought: | August 6, 2007 through April 11, 2008 |
| Amount of Final Compensation Sought as Actual, Reasonable, and Necessary: | $482,498.75 |
| Amount of Final Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $662,235.48 |

This is a Final Fee Application.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 11/30/07 / 2245 | 8/6/07 to 8/31/07 | $900.00 | $3,888.23 | $900.00 | $3,888.23 |
| 11/30/07 / 2246 | 9/1/07 to 9/30/07 | $62,245.00 | $117,045.38 | $62,245.00 | $117,045.38 |
| 11/30/07 / 2247 | 10/1/07 to 10/31/07 | $68,927.75 | $104,172.79 | $68,927.75 | $104,172.79 |
| 2/20/08 / 3023 | 11/1/07 to 11/30/07 | $65,840.25 | $98,411.09 | $65,840.25 | $98,411.09 |
| 2/20/08 / 3024 | 12/1/07 to 12/31/07 | $35,539.50 | $53,574.18 | $35,539.50 | $53,574.18 |
| 3/25/08 / 3409 | 1/1/08 to 1/31/08 | $102,809.25 | $133,917.64 | $102,809.25 | $133,917.64 |
| 3/25/08 / 3410 | 2/1/08 to 2/29/08 | $70,785.00 | $66,087.08 | $70,785.00 | $66,087.08 |
| 4/21/08 / 3793 | 3/1/08 to 3/31/08 | $53,757.50 | $62,378.63 | $53,757.50 | $62,378.63 |
| 6/25/08 / 4908 | 4/1/08 to 4/11/08 | $21,694.50 | $22,760.46 | $21,694.50 | $22,760.46 |
| Total | | $482,498.75 | $662,235.48 | $482,498.75 | $662,235.48 |

YCST01:10560450.1                                      066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
                                                                 :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :   Jointly Administered
                                                                 :
    Debtors.                                                     :
                                                                 x
----------------------------------------------------------------

**FINAL APPLICATION OF WELTMAN, WEINBERG & REIS CO., L.P.A. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE FINAL PERIOD FROM AUGUST 6, 2007 THROUGH APRIL 11, 2008**

Pursuant to sections 105 and 330 of title 11 of the United States Code (the "Bankruptcy Code"), the law firm of Weltman, Weinberg & Reis Co., LPA ("WWR") hereby applies to this Court for an Order awarding it on a final basis reasonable compensation for professional legal services rendered as counsel to American Home Mortgage Holdings, Inc., *et al.*, (collectively, the "Debtors") in the amount of $482,498.75, together with reimbursement for actual and necessary expenses incurred in the amount of $662,235.48 for the period commencing August 6, 2007 through and including April 11, 2008 (the "Final Fee Period"). In support of this application (the "Application"), WWR respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

1.  WWR was employed to represent the Debtors as a professional in the ordinary course of the Debtors' business. WWR's retention was approved through the Order (I) Approving the Retention and Employment of Weltman, Weinberg & Reis, LLP as Foreclosure Professionals for the Debtors Nunc Pro Tunc to the Petition Date; (II) Approving its Fee Structure; and (III) Granting a Partial Waiver of Local Rule 2016-2(d) [Docket No. 2170] entered November 27, 2007. The Order authorized WWR to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## REQUEST FOR FINAL APPROVAL

2.  By this Application, WWR seeks final approval of all fees and expenses incurred in this case from August 6, 2007 through April 11, 2008.

3.  Young Conaway Stargatt & Taylor, LLP has previously filed the Interim Quarterly Fee Requests (the "Interim Fee Requests") of the Debtors' Professionals for the period August 6, 2007 through April 11, 2008 on behalf of WWR.

4.  By this application, WWR is requesting final approval of its fees and expenses allowed by the Interim Fee Requests in the amounts previously approved. Accordingly, August 6, 2007 through April 11, 2008 is seeking final approval of fees in the amount of $482,498.75 and expenses in the amount of $662,235.48.

5.  In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of the Debtors' chapter 11 cases (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

WHEREFORE, Weltman, Weinberg & Reis Co., LPA requests final approval and allowance be made to it in the sum of $482,498.75 as compensation for necessary professional services rendered to the Debtors for the Final Fee Period, and the sum of $662,235.48 for reimbursement of actual necessary costs and expenses incurred for the Final Fee Period, and the Court grant such other and further relief as is just and proper.

Dated: 1/31 2011

WELTMAN, WEINBERG & REIS CO, LPA

*/s/ Geoffrey J. Peters*

Geoffrey J. Peters, Esq.
175 S. Third St., Suite 900
Columbus, Ohio 43215
Telephone: (614) 857-4324
gpeters@weltman.com

## VERIFICATION

STATE OF OHIO         )
                      )  SS:
FRANKLIN COUNTY       )

Geoffrey J. Peters, Esquire, after being duly sworn according to law, deposes and says:

1. I am a Shareholder in the applicant firm, Weltman, Weinberg & Reis Co., LPA, and have been admitted to the bar of the State of Ohio since 1994.

2. My firm has personally performed the legal services rendered by Weltman, Weinberg & Reis Co., LPA as outside corporate counsel for the Debtors and I am thoroughly familiar with the work performed on behalf of the Debtors by the lawyers and paraprofessionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_/s/ Geoffrey J. Peters_

SWORN TO AND SUBSCRIBED before me this 31st day of January 2011

_Mary E. Fischer_

MARY E. FISCHER   Notary Public
Notary Public, State of Ohio
My Commission Expires 06-05-13

My Commission Expires: 6/5/13