IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | Jointly Administered |
| et al., | ) | |
| | ) | Hearing Date: (To be determined) |
| Debtors. | ) | Objections Due: 02/22/2011 @ 4:00 p.m. |
| | ) | |

## NOTICE OF FILING OF FEE APPLICATION [RE: D.I. NO. 9729]

**To: All parties identified on the 2002 service list**

PLEASE TAKE NOTICE that Tilton Jack, Grace Mullins, Christopher Bilek and Mary Bilek, Sam Acquisto, Delena Lamacchia, and Paula Rush have filed the following application seeking approval of professional fees and reimbursement of expenses (the "Application"):

- *Application of Zuckerman Spaeder LLP for Allowance of Compensation and Reimbursement of Expenses for Substantial Contribution in These Chapter 11 Cases* (D.I. No. 9729), which seeks substantial contribution in the amount of $81,560.50 and expenses in the amount of $1,067.73 for the period August 25, 2008 through October 21, 2008.

Responses to the Application, if any, must be filed with the Bankruptcy Court at www.deb.uscourts.gov and served so it is actually received on or before February 22, 2011 at 4:00 p.m. by Thomas G. Macauley, Esquire, Zuckerman Spaeder LLP, 919 Market Street, Suite 990, P.O. Box 1028, Wilmington, DE 19899 (Courier 19801).

2879826.1

Dated: Wilmington, Delaware
      January 31, 2011

                          ZUCKERMAN SPAEDER LLP

                          Thomas G. Macauley (ID No. 3411)
                          919 Market Street, Suite 990
                          P.O. Box 1028
                          Wilmington, DE 19899
                          (302) 427-0400

                          Counsel to Tilton Jack, Grace Mullins, Christopher Bilek and Mary Bilek, Sam Acquisto, Delena Lamacchia, and Paula Rush

2879826.1