IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | (Jointly Administered) |
| *et al.*[1], | ) | |
| | ) | **Objection Deadline: March 17, 2011 at 4:00 p.m.** |
| Debtors. | ) | **Hearing Date: TBD** |

**THIRTEENTH INTERIM AND FINAL APPLICATION
OF  FERRY, JOSEPH & PEARCE, P.A. FOR
COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD OF JULY 6, 2009 THROUGH NOVEMBER 30, 2010**

| | |
|---|---|
| Name of Applicant: | Ferry, Joseph & Pearce, P.A. |
| Authorized to provide professional services to: | Special Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Date of retention: | August 11, 2009, nunc pro tunc, to July 6, 2009 |
| Interim period for which compensation and reimbursement is sought: | August 1, 2010 through November 30, 2010 |
| Amount of compensation sought as actual reasonable and necessary: | $ 10,541.00 |
| Amount of expense reimbursement sought as actual reasonable and necessary: | $   1,470.67 |
| Final Fee Period for which compensation and reimbursement is sought: | July 6, 2009 through November 30, 2010 |
| Amount of final compensation sought as actual reasonable and necessary: | $ 51,589.30 |
| Amount of final expense reimbursement sought as actual reasonable and necessary: | $ 9,033.71 |

---

[1] Debtors are the following entities:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

## ATTACHMENT B - THIRTEENTH INTERIM FEE PERIOD

SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS:

| Name of professional person | Position of the Applicant, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David J. Ferry, Jr. | Partner, various, 1982, general Practice, General Litigation and Bankruptcy | $450.00 | 0.00 | $0.00 |
| Rick S. Miller | Partner, various, 1995, Bankruptcy and General Litigation | $350.00 | 17.20 | $6,020.00 |
| Lisa L. Coggins | Associate, various, 2002, Bankruptcy, General Practice | $270.00 | 10.30 | $2,781.00 |
| Diane Sacconey | Legal Assistant | $150.00 | 0.40 | $60.00 |
| Kristine Callahan | Legal Assistant | $150.00 | 11.20 | $1,680.00 |
| Grand Total: | | | 39.10 | $10,541.00 |
| Blended Rate: | | | | 269.59 |

COMPENSATION BY PROJECT CATEGORY:

| PROJECT CATEGORY | TOTAL TIME | TOTAL FEES |
|---|---|---|
| Case Administration | 2.90 | $627.00 |
| Committee, Matters and Creditor Meetings | 0.00 | $0.00 |
| Fee Applications, Other | 3.40 | $870.00 |
| Fee Applications, Applicant | 12.00 | $2,196.00 |
| Hearings | 0.00 | $0.00 |
| Litigation and Litigation Consulting | 4.40 | $1,188.00 |
| Litigation/ Adversary Proceedings (Non-Claims) | 16.40 | $5,660.00 |
| Employment Apps., Others | 0.00 | $0.00 |
| Employment Apps., Applicant | 0.00 | $0.00 |
| Mediation | 0.00 | $0.00 |
| Professional Retention Issues | 0.00 | $0.00 |
| Travel/ Non- working | 0.00 | $0.00 |

| | | |
|---|---:|---:|
| Other | 0.00 | $0.00 |
| TOTAL | 39.10 | $10,541.00 |

EXPENSE SUMMARY:

| Expense Category | Total Expenses |
|---|---:|
| Computer Legal Research | $1.73 |
| Facsimile ($1.00 per page) | $0.00 |
| In-House Reproduction | $232.30 |
| Outside Reproduction | $207.80 |
| Document Scanning, Service or Retrieval | $0.00 |
| Filing/Court Fees | $0.00 |
| Out-of-Town Travel | $0.00 |
| Courier & Express Carriers | $979.51 |
| Postage | $35.25 |
| Web Pacer | $14.08 |
| Hearing Transcripts | $0.00 |
| Service supplies | $0.00 |
| Other | $0.00 |
| **Total:** | **$1,470.67** |

## ATTACHMENT B - FINAL FEE PERIOD

CUMULATIVE SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS:

| Name of professional person | Position of the Applicant, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David J. Ferry, Jr. | Partner, various, 1982, general Practice, General Litigation and Bankruptcy | $450.00 | 0.10 | $45.00 |
| Rick S. Miller | Partner, various, 1995, Bankruptcy and General Litigation | $350.00 | 70.80 | $24,675.30 |
| Lisa L. Coggins | Associate, various, 2002, Bankruptcy, General Practice | $270.00 | 37.20 | $10,044.00 |
| Steven G. Weiler | Associate, various, 2006, Bankruptcy and General Practice | $250.00 | 26.20 | $6,550.00 |
| Diane Sacconey | Legal Assistant, 11 years | $150.00 | 1.10 | $165.00 |
| Margriet Hedden | Legal Assistant, 5 years | $150.00 | 53.10 | $7,965.00 |
| Kristine Callahan | Legal Assistant, 1.5 years | $150.00 | 14.30 | $2,145.00 |
| Grand Total: | | | 202.80 | $51,589.30 |
| Blended Rate: | | | | $ 254.39 |

CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY:

| PROJECT CATEGORY | TOTAL TIME | TOTAL FEES |
|---|---|---|
| Case Administration | 15.50 | $2,897.00 |
| Committee, Creditors', Noteholders' or Equity | 0.00 | $0.00 |
| Fee Applications, Other | 17.30 | $3,989.00 |
| Fee Applications, Applicant | 70.80 | $13,732.00 |
| Litigation/ Adversary Proceedings (Non- Claims) | 59.10 | $19,770.30 |
| Litigation and Litigation Consulting | 19.80 | $5,226.00 |
| Travel/Non-working | 0.00 | $0.00 |
| Employment Apps., Others | 0.00 | $0.00 |
| Hearings | 0.00 | $0.00 |

| | | |
|---|---|---|
| Employment Apps., Applicant | 20.30 | $5,975.00 |
| Mediation | 0.00 | $0.00 |
| Other | 0.00 | $0.00 |
| Professional Retention Issues | 0.00 | $0.00 |

EXPENSE SUMMARY:

| Expense Category | Total Expenses |
|---|---|
| Computer Legal Research | $1.73 |
| Facsimile ($1.00 per page) | $0.00 |
| In-House Reproduction | $783.10 |
| Outside Reproduction | $1,490.80 |
| Document Scanning, Service or Retrieval | $0.00 |
| Filing/Court Fees | $500.00 |
| Out-of-Town Travel | $0.00 |
| Courier & Express Carriers | $5,867.99 |
| Postage | $111.21 |
| Web Pacer | $278.88 |
| Hearing Transcripts | $0.00 |
| Service supplies | $0.00 |
| Other | $0.00 |
| **Total:** | **$9,033.71** |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | (Jointly Administered) |
| *et al.*[2], | ) | |
| | ) | **Objection Deadline: March 17, 2011 at 4:00 p.m.** |
| Debtors. | ) | **Hearing Date: TBD** |

**THIRTEENTH INTERIM AND FINAL APPLICATION OF FERRY, JOSEPH & PEARCE, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED <u>CREDITORS FOR THE PERIOD OF JULY 6, 2009 THROUGH NOVEMBER 30, 2010</u>**

Pursuant to 11 U.S.C. §§ 330 and 331 and in accordance with the Administrative Fee Order filed in the instant matter, Ferry, Joseph and Pearce, P.A., ("FJ&P"), Special Conflicts Counsel to The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of American Home Mortgage Holdings, Inc., a Delaware Corporation, et. al. (the "Debtors") hereby submits its thirteenth interim and final application for allowance of compensation for professional legal services rendered and reimbursement of expenses (the "Application"). In support of the Application, FJ&P respectfully represents as follows:

**<u>JURISDICTION</u>**

This Court has jurisdiction over the Application under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157 (b)(2). Venue of this proceeding and the Application in this District is proper under 28 U.S.C. §§ 1408 and 1409.

---

[2] Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

## INTRODUCTION

1. FJ&P seeks (i) an interim allowance of compensation for the professional services rendered as special conflicts counsel to the Committee from August 1, 2010 through November 30, 2010 (the "Interim Fee Period") in the amount of $10,541.00 representing 39.10 hours of professional services and (ii) reimbursement of actual and necessary expenses incurred by FJ&P during the Interim Fee Period in connection with the rendition of such professional services in the amount of $1,470.67.

2. FJ&P also seeks (i) final approval and allowance of compensation for the professional services rendered as special conflicts counsel to the Committee from July 6, 2009 through November 30, 2010 (the "Final Fee Period") in the aggregate amount of $51,589.30 representing 202.8 hours of professional services and (ii) reimbursement of actual and necessary expenses incurred during the Final Fee Period in connection with the rendition of such professional services in the aggregate amount of $9,033.71.

3. This Court has jurisdiction over this application pursuant to 28 U.S.C. §§157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

## BACKGROUND

4. On August 6, 2007 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The cases are administered jointly pursuant to an Order of the Court.

5. The Debtors continued to operate their business and manage their properties as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

6. On September 3, 2007, the Court entered an *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* ("Administrative Order") [Docket No. 547].

7. On August 14, 2007, the United States Trustee formed the Committee.

8. By application dated July 30, 2009, Applicant sought Court approval for its retention as special conflicts counsel to the Committee, *nunc pro tunc,* to July 6, 2009.  The Court signed the Order approving the retention on September 2, 2009.

9. On February 23, 2009, the Court entered an order confirming the Debtors' Amended Chapter 11 Plan of Liquidation which subsequently became effective on November 30, 2010.

10. FJ&P submits the Application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Court's Administrative Order.

11. Pursuant to the Application, FJ&P requests interim allowance of compensation for actual and necessary professional services rendered in the amount of $10,541.00 and for reimbursement of reasonable and necessary out-of-pocket expenses in the amount of $1,470.67 for the Interim Fee Period and final allowance of compensation for actual and necessary professional services rendered in the amount of $51,589.30 and for reimbursement of reasonable and necessary out-of-pocket expenses in the amount of $9,033.71 for the Final Fee Period.

12. As stated in the Affidavit of Lisa L. Coggins, Esquire, attached hereto as Exhibit "A," all of the services for which compensation is sought herein were rendered for and on behalf of the Committee solely in connection with these cases.

## SUMMARY OF SERVICES RENDERED

13. In accordance with the Administrative Fee Order and the Local Rules, a summary sheet of the attorneys and paraprofessionals and their corresponding names, year of admission, hourly rates and the number of hours incurred by each is set forth on Attachment B for the Interim and Final Fee Periods.  The hourly rates reflect what FJ&P generally charges its other clients for similar services. An itemization including identification of specific services performed by the attorneys and

paraprofessionals sorted by time keeper and date for the Interim Fee Period[3] is attached hereto as Exhibit "B," which also contains a statement of FJ&P's disbursements, necessarily incurred in the performance of applicant's duties as counsel to the Committee.

14. FJ&P's services throughout the Interim and Final Fee Periods have been valuable to the Committee in providing advice and counsel as well as the preparation, service and filing of various administrative and substantive litigation pleadings and papers in conformity with Delaware bankruptcy practice and the Rules of this Court.

15. FJ&P has worked closely with the Committee's primary special conflicts counsel, Hennigan, Bennett & Dorman LLP, to avoid unnecessary duplication of services.

## **CONCLUSION**

16. FJ&P has necessarily and properly expended 39.10 hours of services with a fair market value of $10,541.00 during the Interim Fee Period and a total of 202.8 hours of services with an aggregate fair market value of $51,589.30 during the Final Fee Period. The work involved and thus the time expended, was carefully assigned in light of the expertise required for each particular task.

17. In addition, FJ&P incurred actual out-of-pocket expenses in the amount of $1,470.67 during the Interim Fee Period and in the total amount of $9,033.71 during the Final Fee Period, in connection with the rendition of services to the Committee for which it respectfully requests reimbursement in full.

18. FJ&P charges $.10 per page for in-house photocopying services. FJ&P charges the actual cost from the vendor for out-sourced photocopying and document retrieval, and computerized legal research. FJ&P charges $1.00 per page for out-going facsimile transmissions, and does not charge for in-coming facsimiles.

---

[3] An itemization including identification of services performed by the attorneys and paraprofessionals sorted by time keeper and date for the periods of July 6, 2009 through July 31, 2010 have been attached to each of the respective interim fee applications previously filed with the Court.

19. FJ&P has reviewed the requirements set forth in Local Rule 2016-2 and believes that this application for interim and final compensation complies therewith.

20. FJ&P has made no prior quarterly application in this or any other Court for the relief sought with regard to the compensation and expenses incurred during the Interim Fee Period. FJ&P has filed applications for previous quarterly fee periods. A chart of the quarterly fee applications previously filed by FJ&P is attached hereto as Exhibit C.

WHEREFORE, FJ&P respectfully requests pursuant to the Administrative Fee Order:

a) Interim allowance in the amount of $10,541.00 as compensation for actual and necessary professional services rendered to the Committee and in the amount of $1,470.67 for reimbursement of reasonable and necessary costs and expenses incurred from August 1, 2010 through November 30, 2010; and

b) Final allowance in the total amount of $51,589.30 as compensation for actual and necessary professional services rendered to the Committee and the total amount of $9,033.71 for reimbursement of actual and necessary costs and expenses incurred from July 6, 2009 through November 30, 2010; and

c) granting such other relief as the Court deems just.

FERRY, JOSEPH & PEARCE, P.A.

/s/ Lisa L. Coggins
Rick S. Miller (No. 3418)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
Tel: (302) 575-1555

*Special Conflicts Counsel to the Official Committee of Unsecured Creditors*

Dated: January 31, 2011