# EXHIBIT "A"

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, ) | (Jointly Administered) |
| *et al.*, ) | |
| ) | |
| Debtors. ) | |

### AFFIDAVIT OF LISA L. COGGINS, ESQUIRE

STATE OF DELAWARE    :
                     :   SS.
NEW CASTLE COUNTY    :

LISA L. COGGINS, ESQUIRE, being duly sworn, deposes and says:

1. I am an associate of the firm of Ferry, Joseph & Pearce, P.A. ("Applicant"), Special Conflicts Counsel to the Official Committee Of Unsecured Creditors ("Committee").

2. I have read the foregoing application and know the contents thereof. The contents are true and correct to the best of my knowledge. I have personally performed many of the legal services rendered by the Applicant and am thoroughly familiar with all other work performed on behalf of the Committee by the attorneys and paraprofessionals in my firm. All of the services for which compensation is sought herein were rendered for an on behalf of the Committee solely in connection with these cases.

3. In accordance with Bankruptcy Rule 2016(a) and Section 504 of the Bankruptcy Code, no agreement or understanding exists between the Applicant and any other person for the sharing of compensation to be received in connection with this case.

*/s/ Lisa L. Coggins*
Lisa L. Coggins, Esquire (No. 4234)

SWORN TO AND SUBSCRIBED before me this 31st day of January, 2011.

_____
Notary Public