# EXHIBIT "B"

Invoice # 36595　　　　　　　　Page 2 of 2　　　　　　　Aug. 1, 2010 through Aug. 31, 2010

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:　(302) 575-1555　　　Fax:　(302) 575-1714

American Home Mortgage Holdings, Inc.,　　　　August 1, 2010 to August 31, 2010
Official Committee of Unsecured Creditors　　　　　　　　　Invoice # 36595
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022

**Attention:**　Mark T. Power, Esquire
**RE:**　Committee / Liquidating Trustee v. JP Morgan Chase

### SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 0.30 | 81.00 |
| B18 | Fee Applications, Others - | 0.60 | 162.00 |
| B25 | Fee Applications, Applicant - | 1.90 | 385.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 0.30 | 105.00 |
| | **Total** | **3.10** | **$733.00** |

### SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 270.00 | 1.40 | 378.00 |
| Rick S. Miller | 350.00 | 0.50 | 175.00 |
| Legal Assistant - KC | 150.00 | 1.20 | 180.00 |
| **Total** | | **3.10** | **$733.00** |

### DISBURSEMENT SUMMARY

**Total Disbursements**　　　　　　　　　　　　　　　　　　$168.13

Invoice # 36595                Page 3 of 3                Aug. 1, 2010 through Aug. 31, 2010

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Aug-06-10 | Case Administration - E-mail from RSM re: contact for any upcoming issues | 0.10 | LLC |
| | Case Administration - Review notice of appearance and forward same to KC | 0.10 | LLC |
| Aug-09-10 | Fee Applications, Applicant - Confer with KC re: CNO for June 2010 fee app | 0.10 | LLC |
| | Fee Applications, Applicant - Review docket for objections to June 2010 fee app, Draft Certificate of No Objection re: fee app filing docket # 9010 and COS | 0.30 | KC |
| Aug-10-10 | Fee Applications, Applicant - Review Certificate of No Objection re: June 2010 monthly fee app for filing | 0.10 | LLC |
| | Fee Applications, Applicant – E-file CNO re: June 2010 fee app, docket # 9010; service of same | 0.30 | KC |
| Aug-12-10 | Fee Applications, Applicant - Confer with KC re: preparation of July 2010 fee app | 0.10 | LLC |
| Aug-16-10 | Fee Applications, Applicant - Review Ferry, Joseph & Pearce's time records for July 2010 | 0.20 | RSM |
| | Fee Applications, Applicant - Preparation of FJP's 13th monthly fee application for July 2010, notice and COS | 0.20 | KC |
| Aug-17-10 | Fee Applications, Others - Email from and to J. Wolf re: HBD's 7th Monthly fee app and noticing dates for same | 0.20 | LLC |
| | Fee Applications, Applicant - Confer with KC re: status of preparation of July 2010 fee app | 0.10 | LLC |
| | Fee Applications, Applicant - Review July 2010 monthly fee app for filing | 0.10 | LLC |
| | Fee Applications, Applicant - Emails with T. Thomas re: issues re: bill statement, prepare statement as exhibit of FJP's 13th monthly fee app for July 2010 for filing | 0.20 | KC |
| | Fee Applications, Applicant – E-file and service of Ferry, Joseph & Pearce's 13th monthly fee app for July 2010 | 0.20 | KC |
| Aug-20-10 | Case Administration - Review notice of withdraw of appearance and forward same to KC | 0.10 | LLC |
| | Fee Applications, Others - E-mail from J. Wolf re: HBD 7th monthly fee app | 0.10 | LLC |
| | Fee Applications, Others - Review HBD 7th Monthly fee app for filing and confer with KC re: same | 0.30 | LLC |
| Aug-31-10 | Litigation/Adversary Proceedings (Non-Claims) - E-mail to co-counsel re: schedule deadlines | 0.20 | RSM |
| | Litigation/Adversary Proceedings (Non-Claims) - Review e-mail correspondence from Mr. Morris re: scheduling | 0.10 | RSM |
| | **Totals** | **3.10** | |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Aug-10-10 | Photocopy Cost | 3.00 |
| | Cost Advance - postage - 5 x .44 | 2.20 |
| Aug-12-10 | Cost Advance - First State Deliveries - hand deliveries 8/10/10 | 32.50 |
| Aug-16-10 | Cost Advance - postage (5 @ 1.39) | 6.95 |
| Aug-17-10 | Photocopy Cost | 19.00 |
| Aug-18-10 | Cost Advance - Blue Marble - copies (Inv # 43151) | 41.00 |
| | Cost Advance - First State Deliveries - hand deliveries on 8/17/10 | 32.50 |

| | | |
|---|---|---|
| Invoice # 36595 | Page 4 of 4 | Aug. 1, 2010 through Aug. 31, 2010 |
| Aug-20-10 | Photocopy Cost | 5.50 |
| Aug-25-10 | Cost Advance - West Law - Legal Research June Acct #1000634693; Inv #820918555 | 1.73 |
| Aug-31-10 | Cost Advance - Blue Marble - hand deliveries (Inv # 14097) | 23.75 |
| | **Totals** | **$168.13** |
| | **Total Fees & Disbursements** | **$901.13** |

*Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555          Fax:  (302) 575-1714

American Home Mortgage Holdings, Inc.,                     September 1, 2010 through September 30, 2010
Official Committee of Unsecured Creditors                                             Invoice No. 36908
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022

RE:    Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 0.70 | 129.00 |
| B18 | Fee Applications, Others - | 0.70 | 153.00 |
| B25 | Fee Applications, Applicant - | 5.60 | 904.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 5.00 | 1,710.00 |
| | Total | 12.00 | $2,896.00 |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 270.00 | 0.80 | 216.00 |
| Rick S. Miller | 350.00 | 5.00 | 1,750.00 |
| Legal Assistant - DRS | 150.00 | 0.20 | 30.00 |
| Legal Assistant - KC | 150.00 | 6.00 | 900.00 |
| Total | | 12.00 | $2,896.00 |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                                   $579.85

Invoice # 36908                             Page 2                        September 1, 2010- September 30, 2010

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Sep-02-10 | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with co-counsel re: revised scheduling order | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Prepare certificate of counsel re: revised scheduling order | 0.70 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Revise, prepare, and file certificate of counsel | 0.50 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Serve 2nd CSO in JP Morgan matter | 0.20 | DRS |
| | *Fee Applications, Applicant* - Begin draft Certificate of No Objection/ certificate of service for Ferry, Joseph & Pearce's 13th monthly fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Begin calculations and review of monthly fee apps for preparation of upcoming Quarterly fee app | 0.70 | KC |
| | *Fee Applications, Applicant* - Review 2002 Service list in preparation for upcoming Quarterly fee app | 0.30 | KC |
| Sep-07-10 | *Fee Applications, Applicant* - E-mail from and to KC re: CNO re: July 2010 monthly fee app | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review Court scheduling order and add events to calendar | 0.20 | RSM |
| | *Fee Applications, Applicant* - Review docket for objections re: 13th monthly fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - E-mail to LLC re: Certificate of No Objection for review | 0.10 | KC |
| Sep-08-10 | *Fee Applications, Applicant* - Review CNO re: July 2010 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review FJ&P August time records | 0.20 | RSM |
| | *Fee Applications, Applicant* - Continued preparation of Quarterly fee application for May, June, and July 2010 | 0.70 | KC |
| Sep-09-10 | *Fee Applications, Others* - E-mail from J. Wolfe re: Certificate of No Objection on HBD 7th Monthly fee app | 0.10 | LLC |
| | *Fee Applications, Applicant* - Prepare documents, e-file, and service of CNO/ certificate of service for July 2010 fee app | 0.30 | KC |
| Sep-10-10 | *Fee Applications, Others* - Confer with KC re: filing of CNO for HBD 7th monthly fee app | 0.10 | LLC |
| | *Fee Applications, Others* - Check docket for objections to HBD's 7th Monthly fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - Begin draft of 14th monthly fee app; update spreadsheet of time and fees | 0.30 | KC |
| Sep-13-10 | *Fee Applications, Others* - Review Certificate of No Objection re: HBD 7th monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Email from and to J. Wolfe re: status of Certificate of No Objection on HBD 7th monthly fee app | 0.10 | LLC |
| | *Fee Applications, Others* – E-file and service of Certificate of No Objection of HBD's 7th fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Continue preparation/ draft of Quarterly fee app (May- July 2010) | 0.70 | KC |
| | *Fee Applications, Applicant* - Draft August 2010 monthly fee app | 0.50 | KC |
| Sep-14-10 | *Case Administration* - Review notice of withdraw of appearance and forward same to KC | 0.10 | LLC |
| Sep-15-10 | *Case Administration* - Review notice of withdraw of appearance, review 2002 service list re: same | 0.10 | KC |

Invoice # 36908    Page 3    September 1, 2010- September 30, 2010

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Case Administration* – Confer with T. Thomas re: wire transfer amount received, check Certificate of No Objection re: 13th monthly fee application and e-mail T. Thomas re: same | 0.10 | KC |
| Sep-16-10 | *Fee Applications, Applicant* – Revisions to 14th Monthly fee app re; Aug. 2010 fees, prepare documents for e-filing | 0.20 | KC |
| Sep-16-10 | *Fee Applications, Applicant* - Revisions to Quarterly fee app (May- July 2010) and prepare documents for e-filing | 0.20 | KC |
| | *Fee Applications, Applicant* – E-file 14th Monthly fee app | 0.20 | KC |
| | *Fee Applications, Applicant* – E-file Quarterly fee app (May- July 2010) | 0.20 | KC |
| | *Fee Applications, Applicant* - Service of 14th Monthly Fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Service of Quarterly fee app (May- July 2010) | 0.20 | KC |
| | *Fee Applications, Applicant* - Coordinate service of Notice of Quarterly fee app; call to and e-mail Blue Marble re: same | 0.10 | KC |
| Sep-17-10 | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Email from LLC, review notice of w/draw, review 2002 service list re: same | 0.10 | KC |
| Sep-24-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Teleconference with Court Clerk re: mediation | 0.10 | RSM |
| Sep-27-10 | *Case Administration* - Email from Lisa @ HBD requesting copy of discovery documents re: filing on 7-23-10; review file and e-mail same to Lisa @ HBD | 0.20 | KC |
| Sep-28-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Teleconference with Ms. Irving | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Research local rules; e-mail to Ms. Irving re: local rule requirements | 0.40 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Research; e-mail to Ms. Irving re: sealing Court documents | 0.30 | RSM |
| Sep-29-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Review draft motion to amend | 0.50 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Ms. Irving re: draft motion to amend | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Draft proposed order re: motion to amend | 0.20 | RSM |
| Sep-30-10 | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Ms. Irving and Mr. Beach re: procedural issues related to motion to amend | 0.50 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Research and review Court Rules re: filing sealed documents | 1.00 | RSM |
| | **Totals** | **12.00** | |

Invoice # 36908               Page 4                September 1, 2010- September 30, 2010

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Sep-02-10 | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 3.40 |
| Sep-08-10 | Photocopy Cost | 1.30 |
| Sep-09-10 | Photocopy Cost | 3.00 |
|  | Photocopy Cost | 0.10 |
|  | Cost Advance - First State Deliveries - hand deliveries 9/9/10 | 32.50 |
| Sep-13-10 | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 2.90 |
|  | Photocopy Cost | 1.30 |
|  | Photocopy Cost | 3.00 |
|  | Cost Advance - Postage 5 @ 0.44 | 2.20 |
|  | Cost Advance - First State Deliveries - hand deliveries on 9/13/10 | 32.50 |
| Sep-16-10 | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 19.00 |
|  | Photocopy Cost | 27.00 |
|  | Cost Advance - First State Deliveries - hand deliveries (5) | 32.50 |
|  | Cost Advance - postage (5 @ 1.39) | 6.95 |
|  | Cost Advance - postage (5 @ 1.56) | 7.80 |
| Sep-17-10 | Cost Advance - First State Deliveries - hand deliveries | 32.50 |
| Sep-20-10 | Cost Advance - Blue Marble - copies 54.00 service 15.45; Inv # 45037 | 69.45 |
| Sep-30-10 | Cost Advance - Blue Marble - hand deliveries (Inv # 14252) | 299.25 |
|  | **Totals** | **$579.85** |
|  | **Total Fees & Disbursements** | **$3,475.85** |

# *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555     Fax:   (302) 575-1714

American Home Mortgage Holdings, Inc.,  
Official Committee of Unsecured Creditors  
Hahn & Hessen, LLP  
488 Madison Avenue  
New York, NY 10022  
**Attention:**   Mark T. Power, Esquire

October 1, 2010- October 31, 2010

Inv #:     37278

**RE:**   Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 1.40 | 306.00 |
| B18 | Fee Applications, Others - | 0.10 | 27.00 |
| B25 | Fee Applications, Applicant - | 2.20 | 486.00 |
| B32 | Litigation and Litigation Consulting - | 3.50 | 945.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 6.20 | 2,170.00 |
| | Total | 13.40 | $3,934.00 |
| | **Grand Total** | 13.40 | $3,934.00 |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 270.00 | 4.70 | 1,269.00 |
| Rick S. Miller | 350.00 | 6.80 | 2,380.00 |
| Legal Assistant - KC | 150.00 | 1.90 | 285.00 |
| | Total | 13.40 | |
| | | | $3,934.00 |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                              $590.99

| Invoice #: | 37278 | Page 2 | Oct. 1, 2010- Oct. 31, 2010 |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Oct-05-10 | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail to Ms. Irving | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Teleconference with Ms. Irving re: motion to amend | 0.10 | RSM |
| Oct-08-10 | *Litigation and Litigation Consulting* - Confer with RSM re: filing motion to amend complaint in JP Morgan suit | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail to Ms. Irving | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with co-counsel; research re: motion response deadlines | 0.50 | RSM |
| Oct-11-10 | *Fee Applications, Applicant* - Review Certificate of No Objection re: August 2010 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: 12th Interim Fee Application for filing | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Multiple e-mails re: filing motion to amend; prepare and file and serve motion and exhibits | 4.00 | RSM |
| Oct-12-10 | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's time records for Sept. 2010 | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Ms. Irving re: confidentiality stipulation | 0.20 | RSM |
| | *Fee Applications, Applicant* - Revision to Certificate of No Objection of 14th monthly fee application and prepare document for filing | 0.10 | KC |
| | *Fee Applications, Applicant* - Revision to Certificate of No Objection of 12th Quarterly fee application and prepare documents for filing | 0.10 | KC |
| | *Fee Applications, Applicant* - E-filing and service of Certificate of No Objection of 14th monthly fee application | 0.20 | KC |
| | *Fee Applications, Applicant* - E-filing and service of CNO of 12th Quarterly fee application | 0.20 | KC |
| | *Fee Applications, Applicant* - Begin preparation of invoice for September 2010 fee application | 0.10 | KC |
| Oct-13-10 | *Litigation and Litigation Consulting* - Confer with RSM re: filing of certificate of counsel re: stipulation to allow certain exhibits to be filed under seal | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Review stipulation to allow filing of exhibits under seal and prepare certificate of counsel and form of order re: same | 0.60 | LLC |
| | *Litigation and Litigation Consulting* - Revise, finalize, e-file and serve certificate of counsel re: stipulation to allow filing of exhibits under seal | 0.50 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from RSM re: filing of certificate of counsel re: stipulation to file exhibits under seal | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from RSM to co-counsel re: status of filing certificate of counsel re: stipulation to file exhibits under seal | 0.10 | LLC |
| | *Fee Applications, Applicant* - E-mail correspondence with Ms. Irving re: confidentiality stipulation | 0.20 | RSM |
| | *Fee Applications, Applicant* - confer with LLC re: certification of counsel | 0.10 | RSM |
| | *Fee Applications, Applicant* - Review draft certification of counsel | 0.10 | RSM |
| Oct-14-10 | *Case Administration* - Service of copy of cert of counsel, stipulation and order, pleading to judges chambers | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft documents of 15th monthly fee | 0.30 | KC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | application, to LLC for review | | |
| Oct-15-10 | *Fee Applications, Applicant* - Review Sept. 2010 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Prepare documents for filing, e-file and service of 15th fee application | 0.30 | KC |
| Oct-18-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Review letter from Mr. McGuire | 0.10 | RSM |
| Oct-19-10 | *Case Administration* - Email from D. Laskin re: review of proposed interim fee app order | 0.10 | LLC |
| | *Case Administration* - E-mail to KC re: review of proposed interim fee app order | 0.10 | LLC |
| | *Case Administration* - Review note from KC re: review of proposed interim fee order and e-mail to D. Laskin re: same | 0.20 | LLC |
| | *Case Administration* - Review notice of agenda re: 10-21 hearing | 0.10 | LLC |
| | *Case Administration* - Retrieve vm from D. Laskin re: status of proposed interim fee app order | 0.10 | LLC |
| | *Fee Applications, Others* - Follow up e-mail from D. Laskin re: Hennigan fee application | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Trade emails with RSM re: status of certificate of counsel re: stipulation to allow exhibits to be filed under seal | 0.20 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail to LLC re: stipulation to file under seal | 0.10 | RSM |
| | *Case Administration* – E-mail forwarded from LLC re: confirmation of amount of requested fees for FJP and HBD's monthly fee applications; review fee applications re: same | 0.20 | KC |
| | *Case Administration* - Status to LLC re: confirmation of amount of requested fees for FJP and HBD's monthly fee applications; HBD amount discrepancy | 0.10 | KC |
| Oct-20-10 | *Litigation and Litigation Consulting* - Review JP Morgan adversary docket re: order on stipulation to file under seal | 0.10 | LLC |
| Oct-21-10 | *Case Administration* - Review signed interim fee app order and forward same to KC | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review JP Morgan adversary docket re; status of entry of order on stipulation to allow documents to be filed under seal, retrieve related pleadings and confer with KC re; following up with chambers with status of same | 0.30 | LLC |
| Oct-22-10 | *Litigation and Litigation Consulting* - Memo from KC re: status of order on stipulation to allow filing under seal | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail to RSM re: status of order on stipulation to allow filing under seal | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review signed order approving stipulation to file under seal | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Trade emails with RSM re: filing of Morris Declaration in JP Morgan adversary under seal | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Confer with RSM re: filing of Morris declaration in JP Morgan adversary under seal | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Prepare Morris declaration for filing under seal in JP Morgan adversary and confer with KC re: same | 0.60 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review court order; e-mail to Ms. Irving; confer with LLC re: filing sealed documents | 0.30 | RSM |

| Invoice #: | 37278 | Page 4 | Oct. 1, 2010- Oct. 31, 2010 |
|---|---|---|---|

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Vm message for Court re: status of e-filed order (docket #63) | 0.10 | KC |
| | *Case Administration* - Call from Court re: status of e-filed order (docket #63) and resubmit copy of same to chambers | 0.10 | KC |
| Oct-25-10 | *Case Administration* - Review order setting omnibus hearing dates and forward same to KC | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review JPM response to Motion to Amend | 0.30 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail to Ms. Irving re: deadline to file reply | 0.10 | RSM |
| Oct-26-10 | *Litigation and Litigation Consulting* – E-mail from RSM re: due date for reply papers in JP Morgan adversary | 0.10 | LLC |
| Oct-29-10 | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Mr. Morris re: reply page limitations | 0.30 | RSM |
| | Totals | 13.40 | |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Oct-11-10 | Photocopy Cost | 0.20 |
| | Photocopy Cost | 2.30 |
| | Photocopy Cost | 34.20 |
| | Photocopy Cost | 5.00 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 1.50 |
| | Photocopy Cost | 2.30 |
| Oct-12-10 | Photocopy Cost | 5.00 |
| | Cost Advance - Postage - 5@ $.44 | 2.20 |
| Oct-13-10 | Photocopy Cost | 4.90 |
| | Cost Advance - First State Deliveries - hand deliveries 10/12/10 | 32.50 |
| Oct-14-10 | Photocopy Cost | 1.30 |
| Oct-15-10 | Photocopy Cost | 19.00 |
| | Cost Advance - Postage 5 @ 1.39 | 6.95 |
| Oct-18-10 | Cost Advance - Blue Marble - copies 112.80; service 309.56 | 422.36 |
| | Cost Advance - First State Deliveries - hand deliveries 10/15/10 | 32.50 |
| Oct-21-10 | Photocopy Cost | 0.60 |
| Oct-22-10 | Photocopy Cost | 1.60 |
| | Photocopy Cost | 1.50 |
| | Photocopy Cost | 0.50 |
| | Cost Advance - Pacer Service Center - 7/1/10- 9/30/10 RSM (Account # FJ0091) | 14.08 |
| | Totals | $590.99 |

**Total Fees & Disbursements**                    **$4,524.99**

*Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555    Fax:   (302) 575-1714

American Home Mortgage Holdings, Inc.,
Official Committee of Unsecured Creditors
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022
Attention:   Mark T. Power, Esquire

November 1, 2010- November 30, 2010

Inv #:   37577

RE:   Committee / Liquidating Trustee v. JP Morgan Chase

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 0.50 | 111.00 |
| B18 | Fee Applications, Others - | 2.00 | 528.00 |
| B25 | Fee Applications, Applicant - | 2.30 | 421.00 |
| B32 | Litigation and Litigation Consulting - | 0.90 | 243.00 |
| B42 | Litigation/Adversary Proceedings (Non-Claims) - | 4.90 | 1,675.00 |
| | **Total** | **10.60** | **$2,978.00** |
| | **Grand Total** | **10.60** | **$2,978.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 270.00 | 3.40 | 918.00 |
| Rick S. Miller | 350.00 | 4.90 | 1,715.00 |
| Legal Assistant - DRS | 150.00 | 0.20 | 30.00 |
| Legal Assistant - KC | 150.00 | 2.10 | 315.00 |
| **Total** | | **10.60** | **$2,978.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                     $131.70

Invoice #:   37577                    Page   2                    Nov. 1- Nov. 30, 2010

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Nov-01-10 | *Case Administration* - Review notice of appearance and forward same to KC | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from and to RSM re: status of filing reply in JP Morgan action and prepare certificate of completion of briefing and request for oral argument | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review e-mail from Mr. McGuire | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review draft reply; e-mail correspondence with Mr. Morris | 0.40 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Revise, prepare and file reply and declaration | 1.50 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail to DRS re: service of reply | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail to LLC re: notice of completion of briefing and request for oral argument | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Serve reply and affidavit to responses of JP Morgan in opposition to Motion for Leave to File Amended Complaint | 0.20 | DRS |
| Nov-02-10 | *Litigation and Litigation Consulting* - Email to and from RSM re: notice of completion of briefing and request for oral argument in JP Morgan adversary | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Prepare notice of completion of briefing and request for oral argument in JP Morgan adversary | 0.40 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review e-mails from Ms. Irving re: confidentiality stip | 0.40 | RSM |
| Nov-03-10 | *Litigation and Litigation Consulting* - Confer with KC re: notice of filing of completion of briefing and request for oral argument | 0.20 | LLC |
| Nov-04-10 | *Litigation/Adversary Proceedings (Non-Claims)* - Review notice of completion of briefing | 0.10 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review request for oral argument | 0.10 | RSM |
| Nov-05-10 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| Nov-08-10 | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: Sept. 2010 fee application for filing | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Review request for oral argument filed by JPM | 0.10 | RSM |
| | *Case Administration* - Review recent notices filed re: address changes, update of 2002 service lists/ labels | 0.20 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to Sept. 2010 fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft Certificate of No Objection and COS for Sept. 2010 fee application | 0.10 | KC |
| | *Fee Applications, Applicant* – E-file and service of Certificate of No Objection for Sept. 2010 fee application | 0.20 | KC |
| Nov-12-10 | *Fee Applications, Applicant* - Review FJ&P time records for Oct. 2010 | 0.20 | RSM |
| | *Fee Applications, Applicant* - Draft bill for RSM review in preparation of Oct 2010 fee application | 0.10 | KC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Nov-16-10 | *Fee Applications, Applicant* - Review Oct. 2010 fee application for filing | 0.10 | LLC |
| | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Ms. Irving re: Deutsche Bank subpoena | 0.30 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Teleconference with Ms. Irving re: Deutsche Bank subpoena | 0.20 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Research local rules re: service of subpoenas | 0.50 | RSM |
| | *Litigation/Adversary Proceedings (Non-Claims)* - Prepare and file notice of service of subpoena | 0.60 | RSM |
| | *Fee Applications, Applicant* - Revise Oct. 2010 invoice in preparation as exhibit for Oct. 2010 fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft of Oct. 2010 fee application and related documents | 0.40 | KC |
| | *Fee Applications, Applicant* – E-file and service of Oct. 2010 fee application | 0.20 | KC |
| Nov-17-10 | *Litigation/Adversary Proceedings (Non-Claims)* - E-mail correspondence with Ms. Irving | 0.20 | RSM |
| Nov-23-10 | *Fee Applications, Others* - E-mail from and to J. Wolfe re: HBD's 8th monthly fee application and status of same | 0.20 | LLC |
| | *Fee Applications, Others* - Confer with KC re: status of HBD's 8th monthly fee application | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: Oct. 2010 monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Begin draft of 5th Quarterly fee application for Aug- Oct 2010 | 0.50 | KC |
| Nov-24-10 | *Fee Applications, Others* - E-mail from J. Wolf re: status of HBD monthly fee app | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with KC re: status of HBD monthly fee app | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail from J. Wolf re: HBD 8th monthly fee app and review same | 0.20 | LLC |
| | *Fee Applications, Others* - Finalize, e-file and coordinate service of HBD 8th monthly fee application | 1.10 | LLC |
| Nov-29-10 | *Fee Applications, Others* - E-mail to J. Wolf re: status of filing HBD 8th monthly fee app | 0.10 | LLC |
| | *Fee Applications, Others* - Review email from LLC re: HBD fee application filed 11-24-10 | 0.10 | KC |
| | Totals | 10.60 | |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Nov-01-10 | Photocopy Cost | 9.40 |
| | Photocopy Cost | 1.20 |
| | Photocopy Cost | 1.50 |
| | Photocopy Cost | 1.70 |
| Nov-03-10 | Photocopy Cost | 13.20 |
| | Photocopy Cost | 3.20 |
| | Photocopy Cost | 1.40 |
| Nov-05-10 | Cost Advance - First State Deliveries - hand delivery 11/3/10 | 6.50 |
| Nov-08-10 | Photocopy Cost | 3.00 |
| Nov-09-10 | Cost Advance - First State Deliveries - hand deliveries 11/8/10 | 32.50 |

| | | |
|---|---|---|
| Invoice #: | 37577            Page    4 | Nov. 1 – Nov. 30, 2010 |
| Nov-16-10 | Photocopy Cost | 1.60 |
| | Photocopy Cost | 20.00 |
| | Photocopy Cost | 4.00 |
| Nov-18-10 | Cost Advance - First State Deliveries  - hand deliveries | 32.50 |
| | Totals | $131.70 |
| | **Total Fees & Disbursements** | **$3,109.70** |