# EXHIBIT "C"

## PRIOR INTERIM APPLICATIONS

| Date Filed; Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/10/09; 8397 | 7/6/09-10/31/09 | $17,455.30 | $2,829.83 | $17,455.30 | $2,829.83 |
| 3/16/2010; 8684 | 11/1/09-1/31/10 | 7,161.00 | $1,147.81 | $7,161.00 | $1,147.81 |
| 6/14/10; 8902 | 2/1/10- 4/30/10 | 9,438.00 | $1981.77 | $9,438.00 | $1,981.77 |
| 9/16 /10; 9232 | 5/1/10- 7/31/10 | $6,994.00 | $1,603.63 | $6,994.00 | $1,603.63 |