**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.[1], | ) ) ) | Case No. 07-11047 (CSS) (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 17, 2011 at 4:00 p.m.** |
| | ) | **Hearing Date: TBD** |

**ORDER APPROVING THIRTEENTH INTERIM AND FINAL APPLICATION OF FERRY, JOSEPH & PEARCE, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 6, 2009 THROUGH NOVEMBER 30, 2010**

AND NOW, to wit this ____ day of _____, 2011, the Court having heard the Thirteenth Interim and Final Application Of Ferry, Joseph & Pearce, P.A. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for the Period Of July 6, 2009 Through November 30, 2010, and the Court having found that the relief sought therein is reasonable and necessary, IT IS HEREBY ORDERED as follows:

    1. The Application is GRANTED

    2. The Court approves the interim amount of $10,541.00 as compensation for necessary professional services rendered and the sum of $1,470.67 for reimbursement of actual and necessary costs and expenses incurred during the Thirteenth Interim Fee Period Of August 1, 2010 through November 30, 2010;

    3. The Court approves and allows the total amount of $51,589.30 compensation for necessary professional services rendered and the total sum of $9,033.71 for reimbursement of

actual and necessary costs and expenses incurred during the Final Fee Period of July 6, 2009 through November 30, 2010; and

    4.  The Debtor is authorized and directed to issue final payment to Ferry, Joseph & Pearce, P.A. of the approved fees and expenses, less amounts previously paid.

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
JUDGE
UNITED STATES BANKRUPTCY COURT