**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
| In re: | : |  |
|  | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al.* [1] | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : | **Objections Due By:  March 17, 2011 @ 4:00 p.m.** |
|  | : | **Hearing Date:  To Be Determined** |

---------------------------------------------------------------

**INTERIM FEE APPLICATION FOR THE PERIOD OF NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010 AND FINAL FEE APPLICATION OF BLANK ROME LLP, AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM <u>AUGUST 14, 2007 THROUGH NOVEMBER 30, 2010</u>**

| | |
|---|---|
| *Name of Applicant*: | Blank Rome LLP |
| *Authorized to Provide Services to*: | Official Committee of Unsecured Creditors |
| *Date of Retention*: | November 28, 2007, *nunc pro tunc*, to August 14, 2007 |
| *Amount of Compensation Sought on* <u>*Final Basis*</u> *for the Period from August 14, 2007 through November 30, 2010* | $1,023,410.00[2][3] |
| *Amount of Compensation Sought on* <u>*Interim Basis*</u> *for the Period from November 1, 2010 through November 30, 2010* | $24,158.00 |
| *Amount of Expense Reimbursement Sought on* <u>*Final Basis*</u> *for the Period from August 14, 2007 through November 30, 2010* | $136,731.85 |
| *Amount of Compensation Sought on Interim Basis for the Period from November 1, 2010 through November 30, 2010* | $497.26 |

---

[1]    The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

[2]    This total fee amount includes an additional $5,000.00 incurred by Blank Rome after the Effective Date on the preparation of various fee applications for Committee professionals, including this Final Application.

[3]    The total amount(s) sought by Blank Rome in this Final Fee Application (excluding the additional $5,000.00) reflects a voluntary reduction of fees in the amount of $31,324.50 and expenses in the amount of $2,273.63.

This is a final application.

Summary of Monthly Fee Applications:

| Date Filed [Dkt. No.] | Period Covered | Requested | | Approved | | Holdback / Unpaid |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees / Paid | Expenses / Paid | |
| 12/03/07 Combined First and Second Monthly [Dkt. 2254] | 08/14/07 – 09/30/07 | $194,724.50 | $10,296.24 | $194,724.50 | $10,296.24 | $0.00 |
| 12/05/07 Third Monthly [Dkt. 2304] | 10/01/07 – 10/31/07 | $137,968.00 | $9,712.25 | $137,968.00 | $9,712.25 | $0.00 |
| 02/15/08 Combined Fourth and Fifth Monthly [Dkt. 2983] | 11/01/07 – 12/31/07 | $109,524.00 | $5,079.82 | $109,524.00 | $5,079.82 | $0.00 |
| 03/20/08 Sixth Monthly [Dkt. 3372] | 01/01/08 – 01/31/08 | $43,313.00 | $584.53 | $43,313.00 | $584.53 | $0.00 |
| 04/25/08 Seventh Monthly [Dkt. 3866] | 02/01/08 – 02/29/08 | $19,331.50 | $2,787.54 | $19,331.50 | $2,787.54 | $0.00 |
| 06/18/08 Eighth Monthly [Dkt. 4719] | 03/01/08 – 03/31/08 | $38,443.00 | $948.85 | $38,443.00 | $948.85 | $0.00 |
| 06/18/08 Ninth Monthly [Dkt. 4722] | 04/01/08 – 04/30/08 | $38,491.50 | $1,102.57 | $38,491.50 | $1,102.57 | $0.00 |
| 07/23/08 Tenth Monthly [Dkt. 5198] | 05/01/08 – 05/31/08 | $26,585.00 | $1,051.38 | $26,585.00 | $1,051.38 | $0.00 |
| 09/18/2008 Eleventh Monthly [Dkt. 5951] | 06/01/08 – 06/30/08 | $23,384.50 | $1,458.43 | $23,384.50 | $1,458.43 | $0.00 |
| 09/29/08 Twelfth Monthly [Dkt. 6144] | 07/01/08 – 07/31/08 | $11,887.00 | $1,028.84 | $11,887.00 | $1,028.84 | $0.00 |
| 11/26/08 Thirteenth Monthly [Dkt. 6632] | 08/01/08 – 08/31/08 | $14,547.00 | $1,177.48 | $14,547.00 | $1,177.48 | $0.00 |
| 12/16/08 Fourteenth Monthly [Dkt. 6724] | 09/01/08 – 09/30/08 | $10,283.50 | $615.50 | $10,283.50 | $615.50 | $0.00 |
| 12/16/08 Fifteenth Monthly [Dkt. 6735] | 10/01/08 – 10/31/08 | $16,372.00 | $510.34 | $16,372.00 | $510.34 | $0.00 |
| 10/9/2009 Sixteenth COMBINED Monthly [Dkt. 8162] | 11/1/08 – 07/31/09 | $98,411.00 | $53,075.55 | $98,411.00 | $53,075.55 | $0.00 |

128189.01600/21949793v.1

| | | Requested | | Approved | | |
|---|---|---|---|---|---|---|
| 10/9/2009 Seventeenth Monthly [Dkt. 8164] | 08/01/09 – 08/31/09 | $20,720.00 | $10,774.10 | $20,720.00 | $10,774.10 | $0.00 |
| 10/30/09 Eighteenth Monthly [Dkt. 8237] | 09/01/09 – 09/30/09 | $14,032.00 | $7,553.42 | $14,032.00 | $7,553.42 | $0.00 |
| 11/18/09 Nineteenth Monthly [Dkt. 8314] | 10/01/09 – 10/31/09 | $13,862.00 | $975.61 | $13,862.00 | $975.61 | $0.00 |
| 12/4/09 Twentieth Monthly [Dkt. 8353] | 11/1/09 – 11/30/09 | $21,127.50 | $4,780.17 | $21,127.50 | $4,780.17 | $0.00 |
| 2/16/10 Twenty-First Monthly [Dkt. 8579] | 12/1/09 – 12/31/09 | $16,133.50 | $2,851.38 | $16,133.50 | $2,851.38 | $0.00 |
| 2/16/2010 Twenty-Second Monthly [Dkt. 8580] | 01/01/2010 – 01/31/2010 | $11,030.00 | $4,842.50 | $11,030.00 | $4,842.50 | $0.00 |
| 3/19/2010 Twenty-Third Monthly [Dkt. 8707] | 02/01/2010 – 02/28/2010 | $16,921.50 | $725.73 | $16,921.50 | $725.73 | $0.00 |
| 5/13/2010 Twenty-Fourth Monthly [Dkt. 8854] | 03/01/2010 – 03/31/2010 | $12,563.00 | $901.39 | $12,563.00 | $901.39 | $0.00 |
| 10/7/2010 Twenty-Fifth Monthly [Dkt. 9296] | 04/01/2010 – 04/30/2010 | $12,533.50 | $894.37 | $12,533.50 | $894.37 | $0.00 |
| 10/7/2010 Twenty-Sixth Monthly [Dkt. 9297] | 05/01/2010 – 05/31/2010 | $20,101.00 | $3,391.92 | $20,101.00 | $3,391.92 | $0.00 |
| 10/7/2010 Twenty-Seventh Monthly [Dkt. 9299] | 06/01/2010 – 06/30/2010 | $19,028.50 | $2,968.78 | $15,222.80 | $2,968.78 | $3,805.70 |
| 10/7/2010 Twenty-Eighth Monthly [Dkt. 9300] | 07/01/2010 – 07/31/2010 | $7,969.50 | $170.18 | $3,354.93 | $170.18 | $4,614.57 |
| 10/7/2010 Twenty-Ninth Monthly [Dkt. 9302] | 08/01/2010 – 08/31/2010 | $8,610.00 | $562.45 | $0.00 | $562.45 | $8,610.00 |
| 12/1/2010 Thirtieth Monthly [Dkt. 9520] | 09/01/2010 – 09/30/2010 | $9,925.50 | $1,548.53 | $7,940.40 | $1,548.53 | $1,985.10 |

128189.01600/21949793v.1

|  |  | Requested |  | Approved |  |  |
|---|---|---|---|---|---|---|
| 12/1/2010 Thirty-First Monthly [Dkt. 9521] | 10/01/2010 – 10/31/2010 | $11,429.00 | $3,864.74 | $9,143.20 | $3,864.74 | $2,285.80 |
| **Subtotal Monthlies** | | **$999,252.00** | **$136,234.59** | **$977,950.83** | **$136,234.59** | **$21,301.17** |
| Thirty-Second Monthly and | 11/01/2010 – 11/30/2010 | $24,158.00[4] | $497.26 | $0.00 | 0.00 | $24,655.26 |
| **FINAL** | **08/14/07 – 11/30/2010 (Effective Date)** | **$1,023,410.00** | **$136,731.85** | **$977,950.83** | **$136,234.59** | **$45,956.43** |

Summary and Status of Interim Fee Applications:

| Interim Fee Statement Date Filed [Dkt. No.] Period | Total Fees / Expenses Requested | Order Approving | Fees Approved / Paid | Expenses Approved / Paid | Approved / Unpaid |
|---|---|---|---|---|---|
| First Interim Fee Application (10/14/07 – 10/31/07) Filed 12/17/07 [Dkt. No. 2413] | $332,692.50 / $20,008.49 | Signed 01/14/08 Dkt. 2725 | $332,692.50 | $20,008.49 | 0.00 |
| Second Interim Fee Application (11/1/07 – 1/31/08) Filed 03/20/08 [Dkt. No. 3376] | $152,837.00 / $5,664.35 | Signed 04/14/08 Dkt. 3695 | $152,837.00 | $5,664.35 | 0.00 |
| Third Interim Fee Application (2/1/08 – 4/30/08) Filed 06/20/08 [Dkt. No. 4758] | $96,266.00 / $4,838.96 | Signed 08/29/08 Dkt. 5563 | $96,266.00 | $4,838.96 | 0.00 |
| Fourth Interim Fee Application (5/1/08 – 7/31/08) Filed 09/29/08 [Dkt. No. 6146] | $61,856.50 / $3,538.65 | Signed 10/23/08 Dkt. 6446 | $61,856.50 | $3,538.65 | 0.00 |

---

[4] The total amount(s) sought by Blank Rome in its November Monthly Fee Application reflects a voluntary reduction of fees in the amount of $1,147.00 and expenses in the amount of $22.35.

4

| Interim Fee Statement Date Filed [Dkt. No.] Period | Total Fees / Expenses Requested | Order Approving | Fees Approved / Paid | Expenses Approved / Paid | Approved / Unpaid |
|---|---|---|---|---|---|
| Fifth Interim Fee Application (8/1/08 – 10/31/08) Filed 12/16/08 [Dkt. No. 6738] | $41,202.50/ $2,303.32 | Signed 01/13/09 Dkt. 6838 | $41,202.50 | $2,303.32 | 0.00 |
| Sixth Interim Fee Application (11/1/08 – 07/31/09) Filed 10/15/09 [Dkt. 8191] | $98,411.00 / $53,075.55 | Signed 12/14/09 Dkt. 8412 | $98,411.00 | $53,075.55 | 0.00 |
| Seventh Interim Fee Application (8/1/09 – 10/31/09) Filed 11/20/09 [Dkt. 8324] | $48,614.00 / $19,303.13 | Signed 12/14/09 Dkt. 8412 | $48,614.00 | $19,303.13 | 0.00 |
| Eighth Interim Fee Application (11/1/09 – 12/31/09) Filed 02/17/10 [Dkt. 8588] | $37,261.00 / $7,631.55 | Signed 3/9/2010 Dkt. 8676 | $37,261.00 | $7,631.55 | 0.00 |
| Ninth Interim Fee Application (1/1/2010 – 3/31/2010) Filed 06/17/2010 [Dkt. 8930] | $40,514.50 / $6,469.62 | Signed 7/19/2010 Dkt. 9027 | $40,514.50 | $6,469.62 | 0.00 |
| Tenth Interim Fee Application (4/1/2010 – 6/30/2010) Filed 12/14/2010 [Dkt. 9562] | $51,663.00 / $7,255.07 | Signed 1/11/2011 Dkt. 9657 | $47,857.30 | $7,255.07 | $3,805.70 |
| Eleventh Interim Fee Application (7/1/2010 – 10/31/2010) Filed 12/14/2010 [Dkt. 9563] | $37,934.00 / $6,145.90 | Signed 1/11/2011 Dkt. 9657 | $20,438.53 | $6,145.90 | $17,495.47 |
| **Totals for Interims** | **$999,252.00 / $136,234.59** | | **$977,950.83** | **$136,234.59** | **$21,301.17** |

5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al.*[5] | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : | **Objections Due By: March 17, 2011 @ 4:00 p.m.** |
|  | : | **Hearing Date:  To Be Determined** |

---------------------------------------------------------------

**INTERIM FEE APPLICATION FOR THE PERIOD OF NOVEMBER 1, 2010
THROUGH NOVEMBER 30, 2010 AND FINAL FEE APPLICATION OF BLANK
ROME LLP, AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>FROM AUGUST 14, 2007 THROUGH NOVEMBER 30, 2010</u>**

This Interim Fee Application for the Period of November 1, 2010 through November 30,

2010 and Final Fee Application of Blank Rome LLP, As Counsel to the Official Committee of

Unsecured Creditors of American Home Mortgage Holdings, Inc., <u>et al</u>., for Compensation and

Reimbursement of Expenses for the Period from August 14, 2007 through November 30, 2010

("<u>Final Application</u>") is filed by Blank Rome LLP ("<u>Blank Rome</u>"), co-counsel to the Official

Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., <u>et al</u>. (the

"<u>Committee</u>"), seeking (a) approval on a final basis for the period of August 14, 2007 through

November 30, 2010 the services rendered and expenses incurred by Blank Rome as counsel to

the Debtors from the Retention Date (as defined below) through the conclusion of the bankruptcy

cases (the "<u>Final Application Period</u>"); and (b) approving the fees requested and expenses

incurred for the interim period of November 1, 2010 through November 30, 2010 (the "<u>Interim</u>

<u>Period</u>").  In support of this Application, Blank Rome respectfully states as follows:

---

[5]    The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage
Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.;
American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services,
Inc; and Great Oak Abstract Corp.

## Jurisdiction

1.     This Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§

157 and 1334.  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  This

matter is a core proceeding pursuant to 28 U.S.C. § 157(b).  The statutory predicates for the

relief sought herein are 11 U.S.C. §§ 327, 328, and 1107(b), Bankruptcy Rule 2016, and Local

Rule 2016-2.

## Background

2.     On August 6, 2007 (the "Petition Date"), the Debtors commenced with this Court

voluntary cases (the "Chapter 11 Cases") under chapter 11 of title 11 of the United States Code

(the "Bankruptcy Code"), which Chapter 11 Cases are being jointly administered pursuant to an

order of this Court.  The Debtors are continuing their businesses and managing their affairs as

debtors and debtors in possession.

3.     On August 14, 2007, the Office of the United States Trustee for the District of

Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the

Official Committee of Unsecured Creditors: Wilmington Trust Company, Bank of New York

Trust Company, N.A., Deutsche Bank National Trust Co., Nomura Credit & Capital, Inc., Impac

Funding Corporation, Waldners Business Environments, Inc.[6], and United Parcel Service

(Docket No. 156).

4.     Hahn & Hessen LLP ("Hahn & Hessen") and Blank Rome were selected by the

Committee to serve as co-counsel to the Committee, and BDO Seidman LLP ("BDO") was

selected by the Committee to serve as financial advisor to the Committee.

5.     On September 14, 2007, the Committee filed with the Court the Application of

the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et*

---

[6]     Waldner Business Environments, Inc. has since resigned.

*al.*, for an Order Authorizing the Committee to Retain and Employ Blank Rome LLP as Its Co-Counsel Pursuant to 11 U.S.C. Sections 328 and 1103 and Fed. R. Bankr. P. 2014 *Nunc Pro Tunc* as of August 14, 2007 (Docket No. 759).  On November 28, 2007, the Court entered an order (Docket No. 2202) approving Blank Rome's retention as of August 14, 2007 (the "Retention Date").

6.     Blank Rome submits this Final Application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Court's administrative order pursuant to sections 105(a) and 331 of the Bankruptcy Code establishing procedures for interim compensation and reimbursement of expenses for professionals and committee members dated September 3, 2007 (the "Administrative Order").

**Relief Requested:  Interim and Final Periods**

7.     Pursuant to this Final Application, Blank Rome requests final allowance of compensation for actual and necessary professional services rendered in the amount of $1,023,410.00 (which includes an interim fee amount of $24,158.00 as explained below) and for reimbursement of reasonable and necessary out-of-pocket expenses in the amount of $136,731.85 (which includes interim expenses for the period of November 1, 2010 through November 30, 2010 in the amount of $497.26) for the Final Application Period, consistent with the Administrative Order.  Blank Rome also seeks interim approval for the fees covering the Interim Period of $24,158.00 and expenses in the amount of $497.26 for which no prior monthly fee application has been filed.  Such amounts would be payable after the filing of a Certificate of No Objection, as follows:  $19,326.40 (80% of fees) and $497.26 (100% of expenses).

128189.01600/21949793v.1

Interim and Final Fees

8.      A summary schedule of the time expended by all Blank Rome professionals and paraprofessionals engaged in the representation of the Committee during the Interim Period is attached hereto and marked **Exhibit A, Part 1**.

9.      A summary schedule of the time expended by all Blank Rome professionals and paraprofessionals engaged in the representation of the Committee during the Final Period is attached hereto and marked **Exhibit A, Part 2**.

10.      In accordance with the Administrative Order, and as set forth in Local Rule 2016-2, with respect to the Interim Period, (i) a detailed itemization of the service hours expended by matter and professional and (ii) a summary schedule of hours and fees categorized by project code is attached hereto as **Exhibit B, Part 1**.

## DESCRIPTION OF SERVICES DURING INTERIM PERIOD

11.      Specifically, the services rendered by Blank Rome to the Debtors during the Interim Period include the following:

(Project Code 1)        Blank Rome Fee/Employment Applications:

Blank Rome prepared to draft its September and October 2010 monthly fee applications and followed-up with regard to preparing and filing certificates of no objection with respect to its April through August 2010 monthly fee applications.  Blank Rome also began reconciling figures necessary to prepare its final fee application.

**Total Hours:  2.2        Total Fees:    $484.00**

(Project Code 2)        Other Professionals' Fee/Employment Applications:

Blank Rome assisted BDO Seidman in preparing and filing its 37th monthly fee application and followed-up with respect to drafting and filing a certificate of no objection in connection with BDO's 36th monthly fee application.  Blank Rome assisted Hahn & Hessen LLP

9

by drafting and filing certificates of no objection in connection with Hahn's 32nd through 35th monthly fee applications.  Blank Rome further reviewed various fee applications filed by Debtors' professionals and consulted with counsel regarding a joint objection to Borrower Committee's Counsel's fee applications and reviewed various draft versions of same.

**Total Hours:  5.1          Total Fees:     $1,339.00**

(Project Code 4)          Claims Analysis and Objections:

Blank Rome reviewed (i) Debtors' objection to certain administrative expense claims, (ii) a motion in limine on shortened notice regarding Mills claims and (iii) Debtors' sixty-sixth and sixty-seventh omnibus objection to claims.

**Total Hours:  0.9          Total Fees:     $265.5**

(Project Code 5)          Committee Business and Meetings:

Blank Rome reviewed a Hahn & Hessen memo to the Committee regarding pending litigation, reviewed a BDO report and consulted with the Committee regarding Plan effective date and related matters.  Blank Rome also participated in the November 30, 2010 telephonic committee meeting.

**Total Hours:  2.5          Total Fees:     $1,097.50**

(Project Code 6)          Case Administration:

The time billed to this category includes services related to general administrative and case management matters, including, but not limited to, reviewing and filing pleadings, monitoring the docket, and reviewing pertinent pleadings and transcripts of court hearings, and reviewing motions, objections, responses and orders.  This category also includes time that otherwise would not comport with an identified project code.  Further, Blank Rome was responsible for monitoring changes to the 2002 service list, and reviewing and e-filing pleadings

on behalf of the Committee and its professionals.  Further, Blank Rome monitored various

pleadings and notices, and communicated with Hahn & Hessen to discuss pertinent issues.

<b>Total Hours:  0.2          Total Fees:     $59.00</b>

(Project Code 9)          Evaluation and Negotiations of Debtors' Plan
                          And Disclosure Statement and Exclusivity Requests:

Blank Rome reviewed the notice of the effective date.

<b>Total Hours:  0.2          Total Fees:     $59.00</b>

(Project Code 12)          Sale of Assets / Asset Purchase Agreement:

Blank Rome participated in a teleconference with counsel for a potential purchase

of assets.

<b>Total Hours:  0.2          Total Fees:     $59.00</b>

(Project Code 13)          Stay Relief Issues:

Blank Rome reviewed a certain motion for relief.

<b>Total Hours:  0.2          Total Fees:     $59.00</b>

(Project Code 17)          Hearings - Attendance / Preparation:

The time billed to this matter relates to the attendance at hearings and related proceedings

and includes time spent in preparation for the same.  Typically, time billed to this matter involves

hearings on multiple matters that cannot be segregated efficiently.  Blank Rome spent a

considerable amount of time preparing for and attending omnibus hearings (2), including

reviewing the agenda and related pleadings, discussions with co-counsel and e-mail

communications.  Specifically, Blank Rome prepared for and attended the hearing on November

17, 2010 (which included filing and service of the agenda in connection with certain preference

matters going forward) and November 22, 2010 (prepared for only) by reviewing the agenda, and

11

the pleadings related to the various matters going forward.

**Total Hours:  2.5          Total Fees:     $713.50**

(Project Code 21)          Adversary Litigation:

Blank Rome continued to work with co-counsel with respect to adversary matters, specifically with respect to the Deloitte matter – preparing for the pretrial conference, reviewing Deloitte's responses and objections to discovery requests, drafting a protective order, and related correspondence, emails and telephone calls.

**Total Hours:  2.0          Total Fees:     $860.00**

(Project Code 22)          Preference Actions:

During November, Blank Rome continued to prosecute preference actions including, without limitation, preparation of discovery documents, initial disclosures, notices of dismissal, negotiations of settlements and preparation of related documents, email correspondence, telephone calls and related services in connection with the foregoing.

**Total Hours:  53.2          Total Fees:     $18,553.50**

12.     The total number of hours expended by Blank Rome professionals and paraprofessionals in performing professional services for the Debtors during the Interim Period was 73.5 hours at a blended rate of $328.68 per hour.  The value of these services has been computed at the rates Blank Rome customarily charges for similar services provided other clients.

13.     A summary schedule of the hours with respect to the Final Application Period, categorized by code, is attached hereto s **Exhibit B, Part 2**.

14.     The total number of hours expended by Blank Rome professionals and paraprofessionals in performing professional services for the Debtors during the Final Period was

12

2782.9 hours at a blended rate of $367.75 per hour. The value of these services has been computed at the rates Blank Rome customarily charges for similar services provided other clients.

Interim and Final Expenses

15.      A summary schedule of the out-of-pocket expenses incurred by Blank Rome with respect to the Interim Period, together with the required backup documentation, is attached hereto and marked as **Exhibit C, Part 1**.

16.      A summary schedule of the out-of-pocket expenses incurred by Blank Rome with respect to the Final Period is attached hereto and marked as **Exhibit C, Part 2**.

**Previously Filed Fee Applications**

Monthly Fee Applications

17.      Pursuant to the terms of the Administrative Order, Blank Rome filed and properly served thirty-one (31) monthly fee applications during the Final Application Period. In accordance with the Administrative Order, and as set forth in Local Rule 2016-2, each monthly fee application included (i) a detailed chronological itemization of the services rendered by each attorney and paraprofessional, calculated by tenths of an hour and (ii) a summary schedule of hours and fees categorized in accordance with the appropriate project code. Every effort was made by Blank Rome to categorize daily time entries in accordance with the correct project code. However, in some instances, services overlap between project codes. Thus, some services may appear under more than one code, although in no instance is a specific time entry recorded more than once. Time entries are edited for accuracy, to eliminate and correct errors (*i.e.*, time charged to the wrong project code), and for clarity. The project codes used by Blank Rome in connection with its representation of the Committee in this case are as follows:

13

| Code | Description |
|------|-------------|
| Code 1: | Blank Rome Fee / Employment Applications |
| Code 2: | Other Professionals' Fee / Employment Issues |
| Code 3: | Executory Contracts and Unexpired Leases |
| Code 4: | Claims Analysis and Objections |
| Code 5: | Committee Business and Meetings |
| Code 6: | Case Administration |
| Code 7: | Debtor's Business Operations |
| Code 8: | Employee Benefits / General Labor |
| Code 9: | Evaluation and Negotiation of Debtor's Plan and Disclosure Statement |
| Code 10: | Financing Issues |
| Code 11: | Regulatory Matters |
| Code 12: | Sale of Assets / Asset Purchase Agreement |
| Code 13: | Stay Relief Issues |
| Code 14: | Secured Creditor / Equipment Lessor Issues |
| Code 15: | Tax Issues |
| Code 16: | Asset Analysis and Recovery |
| Code 17: | Hearings – Attendance / Preparation |
| Code 18: | Loan Servicing Transfer Issues |
| Code 19: | D & O Issues / E & O Issues |
| Code 20: | Non-Working Travel Time |
| Code 21: | Adversary Litigation |

<u>Prior Interim Fee Applications</u>

18.      On or about December 17, 2007, Blank Rome filed its First Interim Fee

Application for compensation and reimbursement of expenses for the period of October 14, 2007

through October 31, 2007 [Dkt. No. 2413], seeking approval of interim allowance of

compensation for actual and necessary professional services rendered in the amount of

$332,692.50 and reimbursement of reasonable and necessary expenses incurred in the amount of

$20,008.49 (the "<u>First Interim Fee Application</u>").  On or about January 14, 2008, this Court

entered an Order [Dkt. No. 2725] approving the First Interim Fee Application and granted Blank

Rome compensation and expenses in said amounts.  Blank Rome has received full payment with respect to its First Interim Fee Application.

19.     On or about March 20, 2008, Blank Rome filed its Second Interim Fee Application for compensation and reimbursement of expenses for the period of November 1, 2007 through January 31, 2008 [Dkt. No. 3376], seeking approval of interim allowance of compensation for actual and necessary professional services rendered in the amount of $152,837.00 and reimbursement of reasonable and necessary expenses incurred in the amount of $5,664.35 (the "Second Interim Fee Application").  On or about April 14, 2008, this Court entered an Order [Dkt. No. 3695] approving the Second Interim Fee Application and granted Blank Rome compensation and expenses in said amounts.  Blank Rome has received full payment with respect to its Second Interim Fee Application.

20.     On or about June 20, 2008, Blank Rome filed its Third Interim Fee Application for compensation and reimbursement of expenses for the period of February 1, 2008 through April 30, 2008 [Dkt. No. 4758], seeking approval of interim allowance of compensation for actual and necessary professional services rendered in the amount of $96,266.00 and reimbursement of reasonable and necessary expenses incurred in the amount of $4,838.96 (the "Third Interim Fee Application").  On or about August 29, 2008, this Court entered an Order [Dkt. No. 5563] approving the Third Interim Fee Application and granted Blank Rome compensation and expenses in said amounts.  Blank Rome has received full payment with respect to its Third Interim Fee Application.

21.     On or about September 29, 2008, Blank Rome filed its Fourth Interim Fee Application for compensation and reimbursement of expenses for the period of May 1, 2008 through July 31, 2008 [Dkt. No. 6146], seeking approval of interim allowance of compensation for actual and necessary professional services rendered in the amount of $61,856.50 and

15

reimbursement of reasonable and necessary expenses incurred in the amount of $3,538.65 (the "Fourth Interim Fee Application").  On or about October 23, 2008, this Court entered an Order [Dkt. No. 6446] approving the Fourth Interim Fee Application and granted Blank Rome compensation and expenses in said amounts.  Blank Rome has received full payment with respect to its Fourth Interim Fee Application.

22.    On or about December 16, 2008, Blank Rome filed its Fifth Interim Fee Application for compensation and reimbursement of expenses for the period of August 1, 2008 through October 31, 2008 [Dkt. No. 6738], seeking approval of interim allowance of compensation for actual and necessary professional services rendered in the amount of $41,202.50 and reimbursement of reasonable and necessary expenses incurred in the amount of $2,303.32 (the "Fifth Interim Fee Application").  On or about January 13, 2009, this Court entered an Order [Dkt. No. 6838] approving the Fifth Interim Fee Application and granted Blank Rome compensation and expenses in said amounts.  Blank Rome has received full payment with respect to its Fifth Interim Fee Application.

23.    On or about October 15, 2009, Blank Rome filed its Sixth Interim Fee Application for compensation and reimbursement of expenses for the period of November 1, 2008 through July 31, 2009 [Dkt. No. 8191], seeking approval of interim allowance of compensation for actual and necessary professional services rendered in the amount of $98,411.00 and reimbursement of reasonable and necessary expenses incurred in the amount of $53,075.55 (the "Sixth Interim Fee Application").  On or about December 14, 2009, this Court entered an Order [Dkt. No. 8412] approving the Sixth Interim Fee Application and granted Blank Rome compensation and expenses in said amounts.  Blank Rome has received full payment with respect to its Sixth Interim Fee Application.

128189.01600/21949793v.1

24.     On or about November 20, 2009, Blank Rome filed its Seventh Interim Fee
Application for compensation and reimbursement of expenses for the period of August 1, 2009
through October 31, 2009 [Dkt. No. 8324], seeking approval of interim allowance of
compensation for actual and necessary professional services rendered in the amount of
$48,614.00 and reimbursement of reasonable and necessary expenses incurred in the amount of
$19,303.13 (the "Seventh Interim Fee Application").  On or about December 14, 2009, this Court
entered an Order [Dkt. No. 8412] approving the Seventh Interim Fee Application and granted
Blank Rome compensation and expenses in said amounts.  Blank Rome has received full
payment with respect to its Seventh Interim Fee Application.

25.     On or about February 17, 2010, Blank Rome filed its Eighth Interim Fee
Application for compensation and reimbursement of expenses for the period of November 1,
2009 through December 31, 2009 [Dkt. No. 8588], seeking approval of interim allowance of
compensation for actual and necessary professional services rendered in the amount of
$37,261.00 and reimbursement of reasonable and necessary expenses incurred in the amount of
$7,631.55 (the "Eighth Interim Fee Application").  On or about March 9, 2010, this Court
entered an Order [Dkt. No. 8676] approving the Eighth Interim Fee Application and granted
Blank Rome compensation and expenses in said amounts.  Blank Rome has received full
payment with respect to its Eighth Interim Fee Application.

26.     On or about June 17, 2010, Blank Rome filed its Ninth Interim Fee Application
for compensation and reimbursement of expenses for the period of January 1, 2010 through
March 31, 2010 [Dkt. No. 8930], seeking approval of interim allowance of compensation for
actual and necessary professional services rendered in the amount of $40,514.50 and
reimbursement of reasonable and necessary expenses incurred in the amount of $6,469.62 (the
"Ninth Interim Fee Application").  On or about July 19, 2010, this Court entered an Order

17

[Dkt. No. 9027] approving the Ninth Interim Fee Application and granted Blank Rome

compensation and expenses in said amounts.  Blank Rome has received full payment with

respect to its Ninth Interim Fee Application.

      27.     On or about December 14, 2010, Blank Rome filed its Tenth Interim Fee

Application for compensation and reimbursement of expenses for the period of April 1, 2010

through June 30, 2010 [Dkt. No. 9562], seeking approval of interim allowance of compensation

for actual and necessary professional services rendered in the amount of $51,663.00 and

reimbursement of reasonable and necessary expenses incurred in the amount of $7,255.07 (the

"Tenth Interim Fee Application").  On or about January 11, 2011, this Court entered an Order

[Dkt. No. 9657] approving the Tenth Interim Fee Application and granted Blank Rome

compensation and expenses in said amounts.  Blank Rome has received partial payment with

respect to its Tenth Interim Fee Application ($3,805.70 remains due and owing to Blank Rome).

      28.     On or about December 14, 2010, Blank Rome filed its Eleventh Interim Fee

Application for compensation and reimbursement of expenses for the period of July 1, 2010

through October 31, 2010 [Dkt. No. 9563], seeking approval of interim allowance of

compensation for actual and necessary professional services rendered in the amount of

$37,934.00 and reimbursement of reasonable and necessary expenses incurred in the amount of

$6,145.90 (the "Eleventh Interim Fee Application").  On or about January 11, 2011, this Court

entered an Order [Dkt. No. 9657] approving the Eleventh Interim Fee Application and granted

Blank Rome compensation and expenses in said amounts.  Blank Rome has received partial

payment with respect to its Eleventh Interim Fee Application ($17,495.47 remains due and

owing to Blank Rome).

      29.     Blank Rome submits that the services rendered were actual and necessary, that the

compensation sought herein is reasonable and in accordance with the standards of section 330 of

the Bankruptcy Code and the expenses for which reimbursement is sought were actual and necessary.  Moreover, Blank Rome has reviewed the requirements of Del. Bankr. LR 2016-2, and the Administrative Order, and believes that this Interim Application complies with that rule and that order.

30.    Blank Rome seeks this Court's approval for the total fees for services rendered and disbursements in the amounts set forth above and an order requesting the Debtors to pay any outstanding unpaid fees and expenses for the Final Period.  Blank Rome also proposes the prospective allowance of $5,000.00 to pay for fees and expenses that were incurred in connection with services rendered after the Effective Date through the date hereon in connection with the preparation of various Committee professionals' fee applications, including this Final Application and preparation for the final hearing.

### Notice

31.    As required by the Administrative Order, a copy of this Final Application will be served upon the Debtors and the Notice Parties (as defined in the Administrative Order).  A copy of the Notice (only) of this Final Application will be served upon all parties requesting notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, Blank Rome respectfully requests that this Court enter an Order, substantially in the form attached hereto (i) approving on a final basis this Application covering the Final Period (August 14, 2007 through November 30, 2010) [Fees:  $1,023,410.00 and Expenses:  $136,731.85, plus a $5,000.00 reserve for fees and expenses incurred from the Effective Date to the date hereon in connection with the preparation of various fee applications, including this Final Application; and (ii) authorizing and directing the Debtor to pay Blank Rome the remaining outstanding amount of such sums in the aggregate amount of $50,956.43 (Tenth Interim balance due, Eleventh Interim balance due, plus the $5,000.00 to cover fee and expenses

19

through the date hereon); and (iii) for such other relief as the Court deems proper and just.

**BLANK ROME LLP**

Dated:  January 31, 2010

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (DE No. 3809)
David W. Carickhoff (DE No. 3715)
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801
Telephone:     (302) 425-6400
Facsimile:     (302) 425-6464

Co-Counsel to the Official Committee of
Unsecured Creditors of American Home Mortgage
Holdings, Inc., *et al.*

128189.01600/21949793v.1