IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

Debtors.

---

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Objections Due By: March 17, 2011 @ 4:00 p.m.**
: **Hearing Date: To Be Determined**

**NOTICE OF INTERIM FEE APPLICATION FOR THE PERIOD OF NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010 AND FINAL FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 14, 2007 THROUGH NOVEMBER 30, 2010**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On January 31, 2011, the Final Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period of August 14, 2007 through November 30, 2010 ("Final Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). By the Final Application, Blank Rome LLP ("BR") seeks (a) entry of an order approving on a final basis for the period of August 14, 2007 through November 30, 2010 the services rendered and expenses incurred by BR as co-counsel to the Official Committee of Unsecured Creditors from August 14, 2007 through the conclusion of the bankruptcy cases [$1,023,410.00 (fees) and $136,731.85 (expenses)]; and (b) approval of the fees requested and

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21951442v.1

expenses incurred for the interim period of November 1, 2010 through November 30, 2010 [$24,158.00 (fees) and $497.26 (expenses)].

Any responses or objections to the Final Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **March 17, 2011 at 4:00 p.m.** (EST). Copies of the Final Application are available upon written request to the undersigned.

A hearing on the Final Application will take place before the Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 at a date and time convenient to the Court.

Dated: January 31, 2011

    BLANK ROME LLP

    */s/ Bonnie Glantz Fatell*
    Bonnie Glantz Fatell (No. 3809)
    David W. Carickhoff (No. 3715)
    1201 Market Street, Suite 800
    Wilmington, Delaware 19801
    Telephone:   (302) 425-6400
    Facsimile:    (302) 425-6464

    And

    Mark S. Indelicato
    Hahn & Hessen LLP
    488 Madison Avenue
    New York, NY  10022
    Telephone:  (212) 478-7200
    Facsimile:  (212) 478-7400

    *Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*