# EXHIBIT A

# Part 1

Exhibit A - Part 1
Summary Schedule of Hours for the Interim Application Period
Arranged by Attorney / Paraprofessional

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Tarr, S. | Associate, Member of NY Bar Since 2005, Member of the DE Bar since 2010 Member of the PA Bar since 2010 Area of Expertise - Business Restructuring and Bankruptcy | $425.00 | 22.70 | $9,647.50 |
| Root. A | Associate, Member of DE Bar Since 2003, Area of Expertise - Financial services | $280.00 | 9.2 | $2,576.00 |
| Guilfoyle, V. | Associate, Member of DE Bar Since 2008, Area of Expertise - Litigation | $295.00 | 23.70 | $6,991.50 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $475.00 | 5.00 | $2,375.00 |
| Morales, N | Paralegal | $285.00 | 0.80 | $228.00 |
| Moody, T. | Paralegal | $220.00 | 9.30 | $2,046.00 |
| Killen, R | Clerk | $105.00 | 2.80 | $294.00 |
| Grand Total: | | | **73.50** | **$24,158.00** |

# EXHIBIT A

## Part 2

Case 07-11047-CSS   Doc 9734-2   Filed 01/31/11   Page 4 of 5

**Exhibit A - Part 2**
**Summary Schedule of Hours for the Final Application Period**
**Arranged by Attorney / Paraprofessional**

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| DeBaecke, M. | Partner Since 2001, Member of DE Since 1993, Member of PA Since 1994, Area of Expertise - Business Restructuring and Bankruptcy | $500.00<br>$450.00 | 1.30<br>3.10 | $650.00<br>$1,395.00 |
| Bachman, A. | Partner Since 1983, Member of PA Bar Since 1972, Area of Expertise - Employment Benefits & Labor | $635.00 | 32.50 | $20,637.50 |
| Eckstein, A. | Partner Since 2001, Member of NY Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Business Restructuring and Bankruptcy | $660.00<br>$615.00 | 1.10<br>136.90 | $726.00<br>$84,193.50 |
| Smith, S. | Partner Since 2005, Member of NY Bar Since 1987, Area of Expertise - Finance and Securitization | $585.00 | 18.90 | $11,056.50 |
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $675.00<br>$650.00<br>$600.00 | 9.00<br>7.50<br>374.80 | $6,075.00<br>$4,875.00<br>$224,880.00 |
| Storreo, J. | Partner Since 1999 Member of PA Bar Since 1986, Area of Expertise - Public Companies | $625.00<br>$610.00<br>$580.00 | 2.90<br>10.60<br>41.60 | $1,812.50<br>$6,466.00<br>$24,128.00 |
| Shapiro, J | Partner Since 2010 Member of PA Bar Since 1984, Member of the DC Bar since 1984, Member of NJ BAR 1984 Area of Expertise - Bankruptcy | $570.00 | 24.70 | $14,079.00 |
| Rabinowitz, M. | Partner Since 1998, Member of PA Bar Since 1988, Member of NJ Bar Since 1988, Area of Expertise - Financial Services/Real Estate | $500.00 | 11.90 | $5,950.00 |
| Kelbon, R. | Partner Since 1991 Member of PA Bar Since 1985, Member of the DE Bar since 2010 Area of Expertise - Bankruptcy | $580.00<br>$550.00 | 3.20<br>17.00 | $1,856.00<br>$9,350.00 |
| Staib, J. | Partner, Member of DE Bar Since 1998, Area of Expertise - Bankruptcy | $495.00<br>$455.00<br>$425.00<br>$385.00 | 0.10<br>1.40<br>5.00<br>8.30 | $49.50<br>$637.00<br>$2,125.00<br>$3,195.50 |
| Dube, D. | Of Counsel | $385.00 | 10.60 | $4,081.00 |
| Sloan, E. | Associate, Member of DE Bar Since 2006, Area of Expertise - Litigation | $275.00<br>$265.00<br>$245.00 | 5.10<br>33.20<br>3.20 | $1,402.50<br>$8,798.00<br>$784.00 |
| Mayk, J. | Of Counsel Since 2006, Member of NJ Bar Since 1993, Member of PA Bar Since 1993, Area of Expertise - Financial Services/Real Estate | $380.00 | 30.20 | $11,476.00 |
| Cavaliere, R. | Associate Since 2000, Member of NY Bar Since 2001, Member of NJ Bar Since 2000, Area of Expertise - Business Restructuring and Bankruptcy | $405.00 | 2.60 | $1,053.00 |
| Reberts Allen, T. | Associate, Member of PA Bar Since 2007, Area of Expertise - Business | $275.00 | 0.5 | $137.50 |
| Baumbarten, I. | Associate, Member of NY Bar Since 2000, Area of Expertise - Financial Services | $450.00 | 52.50 | $23,625.00 |
| Sheppard, D. | Associate Since 2003, Member of DE Bar Since 2001, Member of NJ Bar Since 2001, Member of PA Bar Since 2001, Area of Expertise - Litigation | $390.00 | 9.30 | $3,627.00 |
| Vonngtama, M. | Associate Since 2006, Member of IL Bar Since 2003, Area of Expertise - Business Restructuring and Bankruptcy | $345.00 | 22.60 | $7,797.00 |

**Exhibit A - Part 2**
**Summary Schedule of Hours for the Final Application Period**
**Arranged by Attorney / Paraprofessional**

| Name | Title/Description | Rate | Hours | Total |
|---|---|---|---|---|
| Wertman, R | Associate, Member of PA Bar Since 2007, Area of Expertise - Financial Services | $265.00 | 2.20 | $583.00 |
| Stevens, K | Associate, Member of PA Bar Since 2007, Area of Expertise - Financial Services | $245.00 | 1.50 | $367.50 |
| Tarr, S. | Associate, Member of DE Bar Since 2004, Area of Expertise - Financial Services | $425.00 $410.00 | 34.50 11.60 | $14,662.50 $4,756.00 |
| Stewart, J | Associate, Member of NY Bar Since 2007, Area of Expertise - Financial Services | $290.00 $275.00 | 6.10 9.30 | $1,769.00 $2,557.50 |
| Kupniewski, G | Associate, Member of PA Bar Since 2002, Area of Expertise - Financial Services | $350.00 $310.00 | 7.10 30.20 | $2,485.00 $9,362.00 |
| McMullin, A | Associate, Member of PA Bar Since 2005, Area of Expertise - Financial Services | $290.00 | 0.60 | $174.00 |
| Guilfoyle, V. | Associate, Member of DE Bar Since 2008, Area of Expertise - Litigation | $295.00 $270.00 $255.00 $245.00 | 79.40 149.90 77.00 45.70 | $23,423.00 $40,473.00 $19,635.00 $11,196.50 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $475.00 $450.00 $430.00 $420.00 $380.00 | 9.20 40.40 190.90 159.00 7.70 | $4,370.00 $18,185.00 $82,087.00 $66,785.00 $2,931.00 |
| Senese, K. | Paralegal | $250.00 $235.00 $225.00 | 39.70 318.60 480.90 | $9,925.00 $74,871.00 $108,202.50 |
| David, C. | Paralegal | $215.00 | 5.60 | $1,204.00 |
| Morales, N | Paralegal | $285.00 $270.00 | 0.80 4.00 | $228.00 $1,080.00 |
| Moody, T. | Paralegal | $220.00 $210.00 $200.00 | 18.40 16.00 58.10 | $4,048.00 $3,360.00 $11,620.00 |
| Taylor-Kamara, I | Paralegal | $260.00 | 3.20 | $832.00 |
| Brathwaite, K | Paralegal | $250.00 | 0.40 | $100.00 |
| Kowalczyk, M. | Paralegal | $220.00 | 13.90 | $3,058.00 |
| Root, A. | Paralegal | $280.00 $260.00 | 16.00 8.10 | $4,480.00 $2,106.00 |
| Killen, R | Clerk | $105.00 $100.00 | 9.10 46.20 | $955.50 $4,620.00 |
| Grand Total: | | | **2782.90** | **$1,023,410.00** |