# EXHIBIT B

# Part 1

**Exhibit B - Part 1**
**Summary of Hours for the Final Application Period**
**Categorized by Project Code**

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|:---:|:---|---:|---:|
| 1 | Blank Rome Fee/Employment Applications | 2.20 | $484.00 |
| 2 | Other Professionals' Fee/Employment Issues | 5.10 | $1,339.00 |
| 3 | Executory Contracts and Unexpired Leases | 0.00 | $0.00 |
| 4 | Claims Analysis and Objections | 0.90 | $265.50 |
| 5 | Committee Business and Meetings | 2.50 | $1,097.50 |
| 6 | Case Administration | 4.50 | $668.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.00 | $0.00 |
| 8 | Employee Benefits/General Labor | 0.00 | $0.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 0.20 | $59.00 |
| 10 | Financing Issues | 0.00 | $0.00 |
| 11 | Regulatory Matters | 0.00 | $0.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 0.20 | $59.00 |
| 13 | Stay Relief Issues | 0.20 | $59.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.00 | $0.00 |
| 15 | Tax Issues | 0.00 | $0.00 |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 0.00 | $0.00 |
| 17 | Hearings - Attendance/Preparation | 2.50 | $713.50 |
| 18 | Loan Servicing Transfer Issues | 0.00 | $0.00 |
| 19 | D&O Issues/E&O Issues | 0.00 | $0.00 |
| 20 | Non-Working Travel Time | 0.00 | $0.00 |
| 21 | Adversary Litigation | 2.00 | $860.00 |
| 22 | Preference Actions | 53.20 | $18,553.50 |
| | **TOTALS** | **73.50** | **$24,158.00** |

Project Code 1

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| PROJECT CODE: 01 | | | |
| Nov 29 10 | REVIEW AND EDIT SEPTEMBER AND OCTOBER BILLS | MOODY | 0.50 |
| Nov 30 10 | REVIEW, PREPARE, EFILE OUTSTANDING CERTIFICATES OF NO OBJECTION TO BLANK ROME'S APRIL, MAY, JUNE, JULY AND AUGUST MONTHLY FEE APPLICATIONS | MOODY | 1.00 |
| Nov 30 10 | CALCULATE OUTSTANDING FEES AND EXPENSES FOR B. FATELL | MOODY | 0.30 |
| Nov 30 10 | RESEARCH OUTSTANDING FEES AND EXPENSES FOR B. FATELL | MOODY | 0.40 |

| | | | |
|---|---|---|---|
| PROJECT CODE TOTALS   01 | TOTAL VALUE: | $484.00 | 2.20 |

Project Code 2

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 02 | | | |
| Nov 04 10 | EFILE CERTIFICATES OF NO OBJECTION TO HAHN & HESSENS MONTHLY FEE APPLICATIONS (32ND, 33RD, 34TH AND 35TH) | MOODY | 0.70 |
| Nov 04 10 | REVIEW AND REVISE SEVERAL CERTIFICATES OF NO OBJECTION REGARDING HAHN & HESSEN'S MONTHLY FEE APPLICATIONS AND RELATED TELEPHONE CONFERENCES AND EMAIL CORRESPONDENCE WITH N. MORALES AND T. MOODY | GUILFOYLE | 0.50 |
| Nov 04 10 | DRAFT CERTIFICATE OF NO OBJECTIONS FOR HAHN & HESSEN 32ND, 33RD, 34TH AND 35TH MONTHLY FEE APPLICATIONS, FORWARD TO V. GUILFOYLE FOR APPROVAL FOR EFILING | MORALES | 0.80 |
| Nov 08 10 | TELEPHONE CONFERENCES AND E-MAIL CORRESPONDENCE WITH J. DUDA REGARDING JOINT OBJECTION TO BORROWER COMMITTEE COUNSELS' FEE APPLICATIONS (.1); REVIEW JOINT OBJECTION TO BORROWER COMMITTEE COUNSELS' FEE APPLICATIONS (.4) | GUILFOYLE | 0.50 |
| Nov 18 10 | REVIEW FERRY, JOSEPH & PEARCES' SIXTEENTH MONTHLY FEE APPLICATION | GUILFOYLE | 0.20 |
| Nov 23 10 | PREPARE CERTIFICATE OF NO OBJECTION TO BDO'S 36TH MONTHLY FEE APPLICATION | MOODY | 0.20 |
| Nov 23 10 | SCAN AND EFILE CERTIFICATE OF NO OBJECTIO TO BDO'S 36TH MONTHLY FEE APPLICATION | MOODY | 0.20 |
| Nov 29 10 | REVIEW EIGHTH MONTHLY FEE APPLICATION OF HENNIGAN, BENNETT & DORMAN LLP AND THIRTY-SEVENTH MONTHLY FEE APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR LLP | GUILFOYLE | 0.40 |
| Nov 30 10 | PREPARE BDO'S 37TH MONTHLY FEE APPLICATION PAPERS FOR FILLING | MOODY | 0.40 |
| Nov 30 10 | FINALIZE, SCAN, EFILE AND SERVE BDO'S 37TH MONTHLY FEE APPLICATION | MOODY | 0.60 |
| Nov 30 10 | REVIEW AND REVISE BDO'S THIRTY-SEVENTH MONTHLY FEE APPLICATION AND NOTICE AND RELATED E-MAIL CORRESPONDENCE WITH T. MOODY | GUILFOYLE | 0.60 |

PROJECT CODE TOTALS  02                    TOTAL VALUE:    $1,339.00        5.10

Project Code 4

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 04 | | | |
| Nov 05 10 | REVIEW DEBTORS' OBJECTION TO ADMINISTRATIVE EXPENSE CLAIMS | GUILFOYLE | 0.20 |
| Nov 15 10 | REVIEW MOTION IN LIMINE REGARDING MILLS CLAIMS AND RELATED MOTION TO SHORTEN | GUILFOYLE | 0.30 |
| Nov 16 10 | REVIEW DEBTORS' SIXTY-SIXTH AND SIXTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS | GUILFOYLE | 0.40 |

PROJECT CODE TOTALS  04                    TOTAL VALUE:     $265.50        0.90

Project Code 5

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  05 | | | |
| Nov 18 10 | REVIEW H&H MEMO TO COMMITTEE REGARDING PENDING LITIGATION (.8); REVIEW BDO REPORT (.3); TELECONFERENCE WITH COMMITTEE REGARDING PLAN EFFECTIVE DATE AND RELATED MATTERS (.9) | CARICKHOFF | 2.00 |
| Nov 30 10 | PARTICIPATE IN NOVEMBER 30, 2010 TELEPHONIC COMMITTEE MEETING | GUILFOYLE | 0.50 |

| PROJECT CODE TOTALS  05 | TOTAL VALUE: | $1,097.50 | 2.50 |

Project Code 6

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE: 06 | | | |
| Nov 01 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |
| Nov 02 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Nov 03 10 | CIRCULATE RECENT DOCKET INFORMATION TO TEAM | MOODY | 0.20 |
| Nov 04 10 | CIRCULATE RECENT DOCKET INFORMATION TO TEAM | MOODY | 0.20 |
| Nov 05 10 | REVIEW UPDATED DOCKET SHEETS AND PLEADINGS | MOODY | 0.10 |
| Nov 08 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.40 |
| Nov 09 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Nov 10 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Nov 11 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |
| Nov 12 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Nov 12 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Nov 15 10 | RESEARCH AND REVIEW UPCOMING DEADLINES FOR B. FATELL | MOODY | 0.60 |
| Nov 15 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |
| Nov 16 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Nov 17 10 | RESEARCH AND PREPARE CERTIFICATE OF SERVICE TO ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' TWELFTH OMNIBUS MOTION FOR AN ORDER APPROVING SETTLEMENTS WITH CERTAIN PREFERENCE DEFENDANTS .3; SERVE SAME .3 | MOODY | 0.60 |
| Nov 17 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |
| Nov 18 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Nov 19 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Nov 19 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY | KILLEN | 0.10 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | | |
| Nov 22 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.20 |
| Nov 23 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Nov 24 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET | KILLEN | 0.10 |
| Nov 24 10 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKETS AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Nov 29 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |
| Nov 30 10 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREIN | KILLEN | 0.10 |

PROJECT CODE TOTALS  06            TOTAL VALUE:    $668.00        4.50

Project Code 9

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  09 | | | |
| Nov 30 10 | REVIEW EFFECTIVE DATE NOTICE | GUILFOYLE | 0.20 |

| PROJECT CODE TOTALS  09 | | TOTAL VALUE: | $59.00 | 0.20 |

Project Code 12

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  12 | | | |
| Nov 22 10 | TELEPHONE CONFERENCE WITH COUNSEL FOR POTENTIAL PURCHASER OF ASSETS | GUILFOYLE | 0.20 |

| PROJECT CODE TOTALS  12 | TOTAL VALUE: | $59.00 | 0.20 |
|------|------|------|------|

Project Code 13

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|---|---|---|---|
| PROJECT CODE:  13 | | | |
| Nov 05 10 | REVIEW MOTION FOR RELIEF FROM STAY | GUILFOYLE | 0.20 |

| PROJECT CODE TOTALS  13 | TOTAL VALUE: | $59.00 | 0.20 |

Project Code 17

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY.
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  17 | | | |
| Nov 15 10 | COORDINATE WITH V. GUILFOYLE, FINALIZE, SCAN, EFILE AND SERVE 11/15/10 AND 11/17/10 HEARING AGENDAS (TRADE SHOW FABRICATIONS) | MOODY | 0.80 |
| Nov 17 10 | MEET WITH T. GUILFOYLE REGARDING RESULTS OF HEARING | CARICKHOFF | 0.20 |
| Nov 17 10 | PREPARE FOR AND ATTEND NOVEMBER 17, 2010 HEARING | GUILFOYLE | 1.30 |
| Nov 21 10 | REVIEW AGENDA FOR NOVEMBER 22, 2010 HEARING | GUILFOYLE | 0.20 |
| PROJECT CODE TOTALS  17 | TOTAL VALUE: | $713.50 | 2.50 |

Project Code 21

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| PROJECT CODE:  21 | | | |
| Nov 02 10 | REVIEW M. CHEHI LETTER REGARDING OPEN DISCOVERY ISSUES IN ACTION AGAINST DELOITTE | CARICKHOFF | 0.30 |
| Nov 02 10 | REVIEW NOTICE OF RESCHEDULED HEARING AND RELATED E-MAIL CORRESPONDENCE WITH C. KANG | GUILFOYLE | 0.20 |
| Nov 05 10 | REVIEW DELOITTE'S RESPONSES AND OBJECTIONS TO DISCOVERY REQUESTS (.2); E-MAIL CORRESPONDENCE WITH C. KANG REGARDING PRETRIAL CONFERENCE (.1) | GUILFOYLE | 0.30 |
| Nov 08 10 | REVIEW DRAFT PROTECTIVE ORDER FOR DELOITTE ACTION AND EMAIL C. KANG REGARDING COMMENTS TO SAME | CARICKHOFF | 1.20 |

| PROJECT CODE TOTALS  21 | TOTAL VALUE: | $860.00 | 2.00 |

Project Code 22

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|

PROJECT CODE:  22

| Nov 01 10 | SCAN, EFILE AND SERVE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO RE-OPEN ADVERSARY PROCEEDING AND VACATE THE COURT'S JULY 17, 2010 ENTRY OF DEFAULT AND DEFAULT JUDGMENT | MOODY | 0.50 |
| Nov 01 10 | E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND C. HUNKER REGARDING OPPOSITION TO MOTION TO VACATE DEFAULT AND DEFAULT JUDGMENT AND REVIEW OF RELATED CORRESPONDENCE BETWEEN E. SCHNITZER AND DEFENSE COUNSEL (.2); REVIEW MOTION TO VACATE DEFAULT AND DEFAUL T JUDGMENT AND RELATED CERTIFICATION OF COUNSEL (.3); REVIEW AND REVISE OPPOSITION TO MOTION TO VACATE DEFAULT AND DEFAULT JUDGMENT AND SUPPORTING AFFIDAVIT AND PREPARE RELATED CERTIFICATE OF SERVICE (.7); DISCUSS FILLING AND SERVICE OF OPPOSITION T O MOTION TO VACATE DEFAULT AND DEFAULT JUDGMENT WITH T. MOODY (.1); REVIEW STATUS OF ADVERSARY PROCEEDINGS AND RELATED E-MAIL CORRESPONDENCE WITH B. FATELL (.3); REVIEW DEFENDANT'S DISCOVERY REQUESTS (.2) | GUILFOYLE | 1.80 |
| Nov 01 10 | EMAILS WITH OPPOSING COUNSEL REGARDING SETTLEMENT | TARR | 0.40 |
| Nov 02 10 | TELECONFERENCE WITH S. TARR REGARDING AMEX SETTLEMENT DISCUSSIONS | CARICKHOFF | 0.20 |
| Nov 02 10 | PREPARE CERTIFICATE OF SERVICE FOR MOTION FOR SANCTIONS (TRADE SHOW FABRICATIONS) .3; SCAN, EFILE AND SERVE PLAINTIFF'S MOTION FOR SANCTIONS, DECLARATION AND EXHIBITS 1.0 | MOODY | 1.30 |
| Nov 02 10 | E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND J. HUGGET REGARDING SCHEDULE FOR MOTION PRACTICE (.1); REVIEW FEDERAL RULES AND LOCAL RULES AND REVIEW AND REVISE MOTION FOR SANCTIONS, RELATED DECLARATION AND CERTIFICATE OF SERVICE (1.5); E-MAIL CORRESPON DENCE WITH E. SCHNITZER AND J. ORBACH AND DISCUSSIONS WITH T. MOODY REGARDING MOTION FOR SANCTIONS (.2) | GUILFOYLE | 1.80 |
| Nov 02 10 | PERFORM PREFERENCE ANALYSIS FOR AMEX PREFERENCE ACTION; BEGIN DRAFTING MEDIATION STATEMENT REGARDING SAME | ROOT | 5.10 |
| Nov 02 10 | ANALYSIS OF PREFERENCE DATA IN LIGHT OF SETTLEMENT PROPOSAL (2.2); CONFER WITH OPPOSING COUNSEL (0.4); PREPARE SETTLEMENT WORKSHEET (0.8) | TARR | 3.40 |
| Nov 03 10 | DISCUSS AMERICAN EXPRESS PREFERENCE ANALYSIS AND MEDIATION STATEMENT WITH A. ROOT | GUILFOYLE | 0.20 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| Nov 03 10 | PERFORM PREFERENCE ANALYSIS AND DRAFT MEDIATION STATEMENT FOR AMEX ADVERSARY | ROOT | 1.40 |
| Nov 04 10 | REVIEW DOCKET AND CORRESPONDENCE REGARDING DENIAL OF DEFAULT JUDGMENT AND RELATED E-MAIL CORRESPONDENCE WITH E. SCHNITZER (.2); REVIEW STATUS OF ADVERSARY PROCEEDING AND RELATED E-MAIL CORRESPONDENCE WITH B. FATELL (.2) | GUILFOYLE | 0.40 |
| Nov 04 10 | PERFORM PREFERENCE ANALYSIS AND DRAFT MEDIATION STATEMENT FOR AMEX ADVERSARY | ROOT | 2.20 |
| Nov 04 10 | REVISE MEDIATION STATEMENT AND REVIEW ANALYSIS REGARDING SAME (3.0); CONFER WITH OPPOSING COUNSEL (0.5) | TARR | 3.50 |
| Nov 05 10 | REVIEW, FILE AND FORWARD STIPULATIONS OF DISMISSAL TO N. RIGANO (.5); PRELIMINARY REVIEW STATUS REPORT AND RELATED E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND E-MAIL CORRESPONDENCE AND DISCUSSION WITH T. MOODY (.3); E-MAIL CORRESPONDENCE AND TELEPHON E CONFERENCE WITH E. SCHNITZER REGARDING ORAL ARGUMENTS ON PENDING MOTIONS (.2); TELEPHONE CALL TO CHAMBERS REGARDING ORAL ARGUMENT ON PENDING MOTION (.1); PRELIMINARY REVIEW MOTION FOR DEFAULT JUDGMENT AND RELATED E-MAIL CORRESPONDENCE WITH J. SMITH (.1) | GUILFOYLE | 1.20 |
| Nov 05 10 | PERFORM PREFERENCE ANALYSIS FOR AMEX ADVERSARY | ROOT | 0.30 |
| Nov 05 10 | CONFER WITH AND EMAIL E. SCHNITZER REGARDING UCC EMAIL ADDRESSES (0.4); REVISE MEDIATION STATEMENT (1.0); ANALYSIS OF DATA (1.0); CONFER WITH OPPOSING COUNSEL SEVERAL TIMES RE SAME (0.5); SEVERAL CONFERENCES WITH A. ROOT, M. DEBAECKE, D. CARICKHOFF R EGARDING SAME (0.8); | TARR | 3.70 |
| Nov 08 10 | REVIEW LOCAL RULES AND RELATED E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING NOTICES OF DEPOSITION (.4); PREPARE PROPOSED JUDGMENT BY DEFAULT AND REVIEW AND REVISE MOTION FOR DEFAULT JUDGMENT AND RELATED AFFIDAVIT OF COUNSEL (.7) | GUILFOYLE | 1.10 |
| Nov 08 10 | EMAIL MEDIATOR AND CONFER WITH AMEX COUNSEL REGARDING SCHEDULING (0.3) | TARR | 0.30 |
| Nov 09 10 | SCAN AND EFILE STATUS REPORT IN VARIOUS ADVERSARY PROCEEDINGS | MOODY | 0.70 |
| Nov 09 10 | REVIEW AGENDA FOR NOVEMBER 15, 2010 HEARING AND RELATED E-MAIL CORRESPONDENCE WITH E. SCHNITZER | GUILFOYLE | 2.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | AND D. LASKIN (.2); REVIEW AND REVISE STATUS REPORT NOTICE AND DISCUSS FILING OF STATUS REPORT WITH T. MOODY (.4); REVIEW, REVISE, FILE AND SERVE MOTION F OR DEFAULT JUDGMENT, RELATED AFFIDAVIT OF COUNSEL AND PROPOSED JUDGMENT BY DEFAULT AND RELATED E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND C. KANG (1.4) | | |
| Nov 10 10 | ATTENTION TO SCHEDULING OF DISCOVERY MOTION, INCLUDING TELEPHONE CONFERENCES WITH CHAMBERS, E-MAIL CORRESPONDENCE AND TELEPHONE CONFERENCES WITH E. SCHNITZER AND D. LASKIN AND E-MAIL CORRESPONDENCE WITH DEFENDANT'S COUNSEL (.5); PREPARE AND FILE CERT IFICATE OF NO OBJECTION FOR TWELFTH 9019 MOTION (.4) | GUILFOYLE | 0.90 |
| Nov 10 10 | EMAILS WITH MEDIATOR, AMEX COUNSEL REGARDING SCHEDULING | TARR | 0.40 |
| Nov 11 10 | ATTENTION TO FILING AND SERVICE OF AMENDED AGENDA FOR NOVEMBER 15, 2010 HEARING, INCLUDING REVIEWING AMENDED AGENDA, PREPARING RELATED CERTIFICATE OF SERVICE, AND RELATED E-MAIL CORRESPONDENCE WITH E. SCHNITZER AND D. LASKIN (.6); REVIEW REPLY IN SUPPORT OF MOTION TO VACATE DEFAULT JUDGMENT (.2) | GUILFOYLE | 0.80 |
| Nov 11 10 | CONFERENCE WITH MEDIATOR, AMEX COUNSEL REGARDING SCHEDULING | TARR | 0.40 |
| Nov 12 10 | REVIEW DEFENDANT'S RESPONSE TO MOTION FOR SANCTIONS, DOCKET AND TRANSCRIPTS AND RELATED E-MAIL CORRESPONDENCE WITH E. SCHNITZER | GUILFOYLE | 0.60 |
| Nov 15 10 | TELEPHONE CONFERENCE WITH CHAMBERS REGARDING ORDER GRANTING ADMISSION PRO HAC VICE FOR E. SCHNITZER (.2); REVIEW PRO HAC ORDER AND RELATED E-MAIL CORRESPONDENCE WITH E. SCHNITZER (.1); ATTENTION TO FILING AND SERVICE OF AMENDED AGENDA FOR NOVEMBER 15 , 2010 HEARING AND AGENDA FOR NOVEMBER 17, 2010 HEARING, INCLUDING REVIEWING AGENDAS AND RELATED E-MAIL CORRESPONDENCE WITH E. MONZO AND D. LASKIN AND DISCUSSIONS WITH T. MOODY (.5); REVIEW LOCAL RULES AND FEDERAL RULES OF BANKRUPTCY PROCEDURE REGARDING DISCOVERY MOTION AND RESPONSE AND RELATED E-MAIL CORRESPONDENCE WITH E. SCHNITZER (.4) | GUILFOYLE | 1.20 |
| Nov 16 10 | REVIEW NOTICE OF COMPLETION OF BRIEFING AND RELATED E-MAIL CORRESPONDENCE WITH E. SCHNITZER (.2); REVIEW ORDER GRANTING TWELFTH OMNIBUS 9019 MOTION AND RELATED E-MAIL CORRESPONDENCE WITH T. MOODY AND E. SCHNITZER (.2); ATTENTION | GUILFOYLE | 0.90 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | TO FILING AND SERVICE OF AMENDED AGENDA FOR NOVEMBER 17, 2010 HEARING, INCLUDING REVIEWING AMENDED AGENDA FOR NOVEMBER 17, 2010 HEARING, PREPARING RELATED CERTIFICATE OF SERVICE, AND FILING AND SERVING AMENDED AGENDA FOR NOVEMBER 17, 2010 HEARING (.5) | | |
| Nov 17 10 | REVIEW AND FORWARD ORDER RE-OPENING ADVERSARY PROCEEDING TO E. SCHNITZER AND C. KANG (.1); REVIEW ORDERS REGARDING STATUS OF ADVERSARY PROCEEDINGS AND RELATED E-MAIL CORRESPONDENCE WITH E. SCHNITZER (.2) | GUILFOYLE | 0.30 |
| Nov 18 10 | PREPARE, FILE AND FORWARD THREE NOTICES OF DISMISSAL TO E. SCHNITZER (.7) | GUILFOYLE | 0.70 |
| Nov 18 10 | VOICEMAILS FROM AMEX COUNSEL | TARR | 0.20 |
| Nov 19 10 | REVIEW ORDER DENYING DISCOVERY MOTION AND RELATED CERTIFICATION OF COUNSEL (.1); E-MAIL CORRESPONDENCE WITH E. SCHNITZER REGARDING ORDER DENYING DISCOVERY MOTION AND RELATED CERTIFICATION OF COUNSEL (.1) | GUILFOYLE | 0.20 |
| Nov 22 10 | CONFER WITH AMEX COUNSEL REGARDING SETTLEMENT NEGOTIATION (0.2) | TARR | 0.20 |
| Nov 23 10 | PREPARE PROPOSED ORDER APPROVING STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND RELATED CERTIFICATION OF COUNSEL (.3); REVIEW DEFENDANT'S DISCOVERY RESPONSES AND OBJECTIONS (.2) | GUILFOYLE | 0.50 |
| Nov 24 10 | ATTENTION TO FILING OF PROPOSED ORDER APPROVING STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT, INCLUDING REVIEWING AND REVISING CERTIFICATION OF COUNSEL AND STIPULATION AND RELATED E-MAIL CORRESPONDENCE WITH J. ZAWADZKI (.3); ATTENTION TO FILING OF PROPOSED AMENDED SCHEDULING ORDER, INCLUDING REVIEWING AND REVISING AMENDED SCHEDULING ORDER, REVIEWING ADVERSARY PROCEEDING DOCKET AND PREPARING CERTIFICATION OF COUNSEL, AND RELATED E-MAIL CORRESPONDENCE WITH C. KANG (.8) | GUILFOYLE | 1.10 |
| Nov 24 10 | ATTENTION TO FILING OF PROPOSED AMENDED SCHEDULING ORDER, INCLUDING TELEPHONE CONFERENCE AND E-MAIL CORRESPONDENCE WITH C. KANG AND REVIEWING AND REVISING PROPOSED AMENDED SCHEDULING ORDER AND RELATED CERTIFICATION OF COUNSEL (.4); ATTENTION TO DELIVERY OF FILINGS TO CHAMBERS (.1) | GUILFOYLE | 0.50 |
| Nov 29 10 | REVIEW DEFENDANT'S INITIAL DISCLOSURES AND | GUILFOYLE | 0.30 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS |
|------|-----------|------------|-------|
| | DISCOVERY REQUESTS | | |
| Nov 29 10 | PREPARE SETTLEMENT WORKSHEET AND CONFER WITH A. ROOT REGARDING SAME (3.7); CONFERENCES WITH AMEX COUNSEL REGARDING SAME (1.0) | TARR | 4.70 |
| Nov 30 10 | REVIEW ANALYSIS OF AMEX PREFERENCE ACTION; PROVIDE COMMENTS TO ANALYSIS; CONFERENCES WITH S. TARR REGARDING SAME | CARICKHOFF | 1.10 |
| Nov 30 10 | ATTENTION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, INCLUDING REVIEWING DOCKET, PREPARING, FILING AND SERVING CERTIFICATE OF NO OBJECTION, PREPARING BINDER AND RELATED E-MAIL CORRESPONDENCE WITH E. SCHNITZER (1.0) | GUILFOYLE | 1.00 |
| Nov 30 10 | REVIEW AND PROVIDE COMMENTS TO PREFERENCE ANALYSIS FOR AMEX ADVERSARY | ROOT | 0.20 |
| Nov 30 10 | DRAFT APPROVAL EMAIL (0.5), ANALYZE TRANSFER DATA (0.8), REVISE WORKSHEET (2.0), CONFER SEVERAL TIMES WITH AMEX COUNSEL REGARDING SAME (1.0), CONSULT WITH D. CARICKHOFF SEVERAL TIMES REGARDING SAME (0.6); RESEARCH RELATED ISSUE AND EMAIL MEMO TO D. C ARICKHOFF REGARDING SAME (0.6) | TARR | 5.50 |

PROJECT CODE TOTALS  22          TOTAL VALUE:   $18,553.50          53.20

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | | TIMEKEEPER | HOURS |
|------|-----------|--|------------|-------|
| REPORT TOTALS | | TOTAL VALUE: | 24,158.00 | 73.50 |

# EXHIBIT B

# Part 2

Exhibit B - Part 2

Summary of Hours for the Final Application Period

Categorized by Project Code

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 259.70 | $71,270.00 |
| 2 | Other Professionals' Fee/Employment Issues | 324.90 | $114,740.00 |
| 3 | Executory Contracts and Unexpired Leases | 7.50 | $3,203.50 |
| 4 | Claims Analysis and Objections | 61.20 | $23,833.50 |
| 5 | Committee Business and Meetings | 106.60 | $50,918.50 |
| 6 | Case Administration | 223.70 | $57,743.50 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 45.10 | $21,158.50 |
| 8 | Employee Benefits/General Labor | 54.90 | $33,065.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | 58.20 | $23,311.00 |
| 10 | Financing Issues | 77.60 | $36,882.50 |
| 11 | Regulatory Matters | 32.90 | $14,681.00 |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 264.60 | $142,553.00 |
| 13 | Stay Relief Issues | 53.80 | $21,534.50 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.60 | $285.00 |
| 15 | Tax Issues | 1.00 | $316.00 |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | 14.20 | $7,819.50 |
| 17 | Hearings - Attendance/Preparation | 320.10 | $134,435.00 |
| 18 | Loan Servicing Transfer Issues | 4.30 | $1,275.50 |
| 19 | D&O Issues/E&O Issues | 3.70 | $1,104.00 |
| 20 | Non-Working Travel Time | 2.40 | $978.00 |
| 21 | Adversary Litigation | 237.30 | $100,548.00 |
| 22 | Preference Actions | 628.60 | $161,754.50 |
| | **TOTALS** | **2782.90** | **$1,023,410.00** |