# EXHIBIT C

## Part 1

Exhibit C - Part 1
Summary of Expenses for the Interim Application Period

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---:|
| Long Distance Telephone | | $0.00 |
| Reproduction of Documents | | $44.70 |
| Contracted Photocopying - Parcels | | $33.68 |
| Telecopier/Fax | | $0.00 |
| Courier and Express Services | | $14.67 |
| Hand Delivery Service | | $202.50 |
| Special Mailing Charges | | $0.00 |
| Filing Fees | | $0.00 |
| Travel Expenses | | $0.00 |
| Meeting Expenses | | $0.00 |
| Filing Pleadings | | $0.00 |
| Court | | $0.00 |
| E-Services | | $0.00 |
| Westlaw/Lexis | | $5.63 |
| Transcript | | $0.00 |
| Record/Docket Searches | | $196.08 |
| **TOTAL** | | **$497.26** |

Cost Recap Summary by CostCode [128189-01600 - IN re AMERICAN HOME MORTGAGE]　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,   1/18/2011 10:15:24 AM

| CostCode | Worked Amount | Billed Amount | Description |
|---|---|---|---|
| 25 | 14.67 | 14.67 | FEDERAL EXPRESS |
| 26P | 202.50 | 202.50 | HAND DELIVERY - PARCELS |
| 30 | 67.05 | 44.70 | REPRODUCTION OF DOCUMENTS |
| 33 | 33.68 | 33.68 | CONTRACTED PHOTOCOPYING |
| 90 | 5.63 | 5.63 | LEXIS |
| PACERPG | 196.08 | 196.08 | DOCKET SEARCHES |
| TOTAL | 519.61 | 497.26 | |

Unbilled Recap Of Cost Detail - [128189-01600 - IN re AMERICAN HOME MORTGAGE]  Page 1
Client:128189 - AMERICAN HOME MORTGAGE COMPANY, 1/18/2011 10:15:24 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/01/2010 | 00020 | BONNIE G. FATELL | 25 | 1.00 | 14.67 | 14.67 | FEDERAL EXPRESS Invoice: 727663615 Tracking: | 7440460 |
|  |  |  |  |  |  |  | 796357806654 Name: KATHLEEN SENESE Company: |  |
|  |  |  |  |  |  |  | Blank Rome LLP Address1: 1 Logan Square |  |
|  |  |  |  |  |  |  | City,St,Z: PHILADELPHIA,PA,19103 Reference: |  |
|  |  |  |  |  |  |  | 128189-01600 |  |
|  |  | UNBILLED TOTALS:  WORK |  |  |  | 14.67 | 1 records |  |
|  |  | UNBILLED TOTALS:  BILL: |  |  |  | 14.67 |  |  |
|  |  | GRAND TOTAL:   WORK: |  |  |  | 14.67 | 1 records |  |
|  |  | GRAND TOTAL:   BILL: |  |  |  | 14.67 |  |  |

Unbilled Recap Of Cost Detail - [128189-01600 - IN re AMERICAN HOME MORTGAGE]  
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,  1/18/2011 10:15:24 AM

Page 1

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/02/2010 | 00001 | BRCM HOUSE | 26P | 1.00 | 5.00 | 5.00 | HAND DELIVERY - PARCELS Tamara L MoodyParcels Copy CenterMorris James Hitchens & Williams278720 | 7530752 |
| 11/11/2010 | 00001 | BRCM HOUSE | 26P | 1.00 | 7.50 | 7.50 | HAND DELIVERY - PARCELS Pat BerryBlank RomeMorris James Hitchens & Williams280497 | 7507463 |
| 11/30/2010 | 00001 | BRCM HOUSE | 26P | 1.00 | 190.00 | 190.00 | HAND DELIVERY - PARCELS Tammy MoodyParcels Copy CenterMultiple Inner City Deliveries284118 | 7530755 |
| | | UNBILLED TOTALS: WORK | | | | 202.50 | 3 records | |
| | | UNBILLED TOTALS: BILL: | | | | 202.50 | | |
| | | GRAND TOTAL: WORK: | | | | 202.50 | 3 records | |
| | | GRAND TOTAL: BILL: | | | | 202.50 | | |

Unbilled Recap Of Cost Detail - [128189-01600 - IN re AMERICAN HOME MORTGAGE]  Page 1
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,  1/18/2011 10:15:24 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/09/2010 | 02565 | VICTORIA A. GUILFOYLE | 30 | 24.00 | 0.15 | 3.60 | REPRODUCTION OF DOCUMENTS | 7457581 |
| 11/11/2010 | 02565 | VICTORIA A. GUILFOYLE | 30 | 37.00 | 0.15 | 5.55 | REPRODUCTION OF DOCUMENTS | 7469940 |
| 11/12/2010 | 02565 | VICTORIA A. GUILFOYLE | 30 | 2.00 | 0.15 | 0.30 | REPRODUCTION OF DOCUMENTS | 7471739 |
| 11/15/2010 | 00020 | BONNIE G. FATELL | 30 | 80.00 | 0.15 | 12.00 | REPRODUCTION OF DOCUMENTS | 7474241 |
| 11/30/2010 | 02565 | VICTORIA A. GUILFOYLE | 30 | 304.00 | 0.15 | 45.60 | REPRODUCTION OF DOCUMENTS | 7492322 |
| | | UNBILLED TOTALS: WORK | | | | 67.05 | 5 records | |
| | | UNBILLED TOTALS: BILL: | | | | 44.70 | | |
| | | GRAND TOTAL: WORK: | | | | 67.05 | 5 records | |
| | | GRAND TOTAL: BILL: | | | | 44.70 | | |

Case 07-11047-CSS    Doc 9734-4    Filed 01/31/11    Page 7 of 17

Unbilled Recap Of Cost Detail - [128189-01600 - IN re AMERICAN HOME MORTGAGE]                                                                                       Page 1
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,    1/18/2011 10:15:24 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/01/2010 | 00001 | BRCM HOUSE | 33 | 1.00 | 4.21 | 4.21 | CONTRACTED PHOTOCOPYING Tammy Moody1 doc | 7530750 |
| | | | | | | | service via first class mail -- Doc #24278539 | |
| 11/02/2010 | 00001 | BRCM HOUSE | 33 | 1.00 | 11.57 | 11.57 | CONTRACTED PHOTOCOPYING Tammy Moody1 doc | 7530751 |
| | | | | | | | service via hand delivery -- doc # 30278763 | |
| 11/18/2010 | 00001 | BRCM HOUSE | 33 | 1.00 | 17.90 | 17.90 | CONTRACTED PHOTOCOPYING Tammy Moody1 Doc | 7530753 |
| | | | | | | | service via first class mail! Doc #/Name: Order | |
| | | | | | | | Granting Motion282015 | |
| | | UNBILLED TOTALS: WORK | | | | 33.68 | 3 records | |
| | | UNBILLED TOTALS: BILL: | | | | 33.68 | | |
| | | GRAND TOTAL: WORK: | | | | 33.68 | 3 records | |
| | | GRAND TOTAL: BILL: | | | | 33.68 | | |

Unbilled Recap Of Cost Detail - [128189-01600 - IN re AMERICAN HOME MORTGAGE]
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,   1/18/2011 10:15:24 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/30/2010 | 00001 | BRCM HOUSE | 90 | 1.00 | 1.57 | 1.57 | LEXIS TARR, STANLEY | 7500066 |
| 11/30/2010 | 00001 | BRCM HOUSE | 90 | 2.00 | 1.58 | 3.15 | LEXIS TARR, STANLEY | 7500067 |
| 11/30/2010 | 00001 | BRCM HOUSE | 90 | 1.00 | 0.91 | 0.91 | LEXIS TARR, STANLEY | 7500068 |
| | | UNBILLED TOTALS: WORK | | | | 5.63 | 3 records | |
| | | UNBILLED TOTALS: BILL: | | | | 5.63 | | |
| | | GRAND TOTAL: WORK: | | | | 5.63 | 3 records | |
| | | GRAND TOTAL: BILL: | | | | 5.63 | | |

Unbilled Recap Of Cost Detail - [128189-01600 - IN re AMERICAN HOME MORTGAGE]      Page 1
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,  1/18/2011 10:15:24 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost index |
|---|---|---|---|---|---|---|---|---|
| 11/01/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7511969 |
| 11/01/2010 | 09994 | BR PACER | PACERPG | 24.00 | 0.08 | 1.92 | DOCKET SEARCHES | 7511970 |
| 11/01/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7511971 |
| 11/01/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7511972 |
| 11/01/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7511973 |
| 11/01/2010 | 09994 | BR PACER | PACERPG | 10.00 | 0.08 | 0.80 | DOCKET SEARCHES | 7511974 |
| 11/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7511975 |
| 11/01/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7511976 |
| 11/01/2010 | 09994 | BR PACER | PACERPG | 9.00 | 0.08 | 0.72 | DOCKET SEARCHES | 7511977 |
| 11/01/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7511978 |
| 11/01/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512194 |
| 11/01/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512195 |
| 11/01/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512196 |
| 11/01/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512197 |
| 11/01/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512198 |
| 11/01/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512199 |
| 11/01/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512200 |
| 11/01/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512201 |
| 11/01/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512202 |
| 11/01/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512203 |
| 11/02/2010 | 09994 | BR PACER | PACERPG | 18.00 | 0.08 | 1.44 | DOCKET SEARCHES | 7511979 |
| 11/02/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7511980 |
| 11/02/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7511981 |
| 11/02/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7511982 |
| 11/02/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7511983 |
| 11/02/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7511984 |
| 11/02/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512193 |
| 11/03/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7511945 |
| 11/03/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7511946 |
| 11/03/2010 | 09994 | BR PACER | PACERPG | 7.00 | 0.08 | 0.56 | DOCKET SEARCHES | 7511985 |
| 11/03/2010 | 09994 | BR PACER | PACERPG | 18.00 | 0.08 | 1.44 | DOCKET SEARCHES | 7511986 |
| 11/03/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7511987 |
| 11/03/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7511988 |
| 11/03/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7511989 |
| 11/03/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7511990 |
| 11/03/2010 | 09994 | BR PACER | PACERPG | 16.00 | 0.08 | 1.28 | DOCKET SEARCHES | 7511991 |
| 11/03/2010 | 09994 | BR PACER | PACERPG | 7.00 | 0.08 | 0.56 | DOCKET SEARCHES | 7511992 |
| 11/03/2010 | 09994 | BR PACER | PACERPG | 7.00 | 0.08 | 0.56 | DOCKET SEARCHES | 7511993 |

Case 07-11047-CSS    Doc 9734-4    Filed 01/31/11    Page 10 of 17

Unbilled Recap Of Cost Detail - [128189-01600 - IN re AMERICAN HOME MORTGAGE] | Page 2
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,   1/18/2011 10:15:24 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/03/2010 | 09994 | BR PACER | PACERPG | 25.00 | 0.08 | 2.00 | DOCKET SEARCHES | 7511994 |
| 11/03/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7511995 |
| 11/03/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7511996 |
| 11/03/2010 | 09994 | BR PACER | PACERPG | 12.00 | 0.08 | 0.96 | DOCKET SEARCHES | 7511997 |
| 11/03/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7511998 |
| 11/03/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7511999 |
| 11/03/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7512000 |
| 11/04/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512009 |
| 11/04/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7512010 |
| 11/04/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512011 |
| 11/04/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512012 |
| 11/04/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512013 |
| 11/04/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512014 |
| 11/04/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512015 |
| 11/05/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512002 |
| 11/05/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7512003 |
| 11/05/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7512004 |
| 11/05/2010 | 09994 | BR PACER | PACERPG | 13.00 | 0.08 | 1.04 | DOCKET SEARCHES | 7512005 |
| 11/05/2010 | 09994 | BR PACER | PACERPG | 10.00 | 0.08 | 0.80 | DOCKET SEARCHES | 7512006 |
| 11/05/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7512007 |
| 11/05/2010 | 09994 | BR PACER | PACERPG | 12.00 | 0.08 | 0.96 | DOCKET SEARCHES | 7512008 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512001 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512026 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512027 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512028 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512029 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7512170 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512171 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512172 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 12.00 | 0.08 | 0.96 | DOCKET SEARCHES | 7512173 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7512174 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 8.00 | 0.08 | 0.64 | DOCKET SEARCHES | 7512175 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7512176 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7512177 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7512178 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512179 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512180 |

Case 07-11047-CSS    Doc 9734-4    Filed 01/31/11    Page 11 of 17

Unbilled Recap Of Cost Detail - [128189-01600 - IN re AMERICAN HOME MORTGAGE]                                                                          Page 3
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,   1/18/2011 10:15:24 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/08/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512181 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512182 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512183 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 14.00 | 0.08 | 1.12 | DOCKET SEARCHES | 7512184 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 26.00 | 0.08 | 2.08 | DOCKET SEARCHES | 7512185 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 6.00 | 0.08 | 0.48 | DOCKET SEARCHES | 7512186 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7512187 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 5.00 | 0.08 | 0.40 | DOCKET SEARCHES | 7512188 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512189 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7512190 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7512191 |
| 11/08/2010 | 09994 | BR PACER | PACERPG | 9.00 | 0.08 | 0.72 | DOCKET SEARCHES | 7512192 |
| 11/09/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7512024 |
| 11/09/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7512025 |
| 11/09/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512169 |
| 11/10/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512131 |
| 11/10/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512132 |
| 11/10/2010 | 09994 | BR PACER | PACERPG | 6.00 | 0.08 | 0.48 | DOCKET SEARCHES | 7512133 |
| 11/10/2010 | 09994 | BR PACER | PACERPG | 17.00 | 0.08 | 1.36 | DOCKET SEARCHES | 7512134 |
| 11/10/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512135 |
| 11/10/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512136 |
| 11/11/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512030 |
| 11/11/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512031 |
| 11/11/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512032 |
| 11/11/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512042 |
| 11/11/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512121 |
| 11/11/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512122 |
| 11/11/2010 | 09994 | BR PACER | PACERPG | 15.00 | 0.08 | 1.20 | DOCKET SEARCHES | 7512123 |
| 11/11/2010 | 09994 | BR PACER | PACERPG | 8.00 | 0.08 | 0.64 | DOCKET SEARCHES | 7512124 |
| 11/11/2010 | 09994 | BR PACER | PACERPG | 5.00 | 0.08 | 0.40 | DOCKET SEARCHES | 7512125 |
| 11/11/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512126 |
| 11/11/2010 | 09994 | BR PACER | PACERPG | 16.00 | 0.08 | 1.28 | DOCKET SEARCHES | 7512127 |
| 11/11/2010 | 09994 | BR PACER | PACERPG | 5.00 | 0.08 | 0.40 | DOCKET SEARCHES | 7512128 |
| 11/11/2010 | 09994 | BR PACER | PACERPG | 19.00 | 0.08 | 1.52 | DOCKET SEARCHES | 7512129 |
| 11/11/2010 | 09994 | BR PACER | PACERPG | 18.00 | 0.08 | 1.44 | DOCKET SEARCHES | 7512130 |
| 11/12/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7512033 |
| 11/12/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512034 |
| 11/12/2010 | 09994 | BR PACER | PACERPG | 243.00 | 0.08 | 19.44 | DOCKET SEARCHES | 7512035 |

Case 07-11047-CSS    Doc 9734-4    Filed 01/31/11    Page 12 of 17

Unbilled Recap Of Cost Detail - [128189-01600 - IN re AMERICAN HOME MORTGAGE]                                          Page 4
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,   1/18/2011 10:15:24 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/12/2010 | 09994 | BR PACER | PACERPG | 193.00 | 0.08 | 15.44 | DOCKET SEARCHES | 7512036 |
| 11/12/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7512137 |
| 11/12/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7512138 |
| 11/12/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7512139 |
| 11/12/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7512140 |
| 11/12/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7512141 |
| 11/12/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512142 |
| 11/12/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512143 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 19.00 | 0.08 | 1.52 | DOCKET SEARCHES | 7512037 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 18.00 | 0.08 | 1.44 | DOCKET SEARCHES | 7512038 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512039 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7512040 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 18.00 | 0.08 | 1.44 | DOCKET SEARCHES | 7512041 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512043 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512144 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 17.00 | 0.08 | 1.36 | DOCKET SEARCHES | 7512145 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7512146 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512147 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512148 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 5.00 | 0.08 | 0.40 | DOCKET SEARCHES | 7512149 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512150 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 5.00 | 0.08 | 0.40 | DOCKET SEARCHES | 7512151 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 6.00 | 0.08 | 0.48 | DOCKET SEARCHES | 7512152 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 15.00 | 0.08 | 1.20 | DOCKET SEARCHES | 7512153 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512154 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7512155 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 7.00 | 0.08 | 0.56 | DOCKET SEARCHES | 7512156 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 18.00 | 0.08 | 1.44 | DOCKET SEARCHES | 7512157 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 18.00 | 0.08 | 1.44 | DOCKET SEARCHES | 7512158 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7512159 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 18.00 | 0.08 | 1.44 | DOCKET SEARCHES | 7512160 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 16.00 | 0.08 | 1.28 | DOCKET SEARCHES | 7512161 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512162 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512163 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512164 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7512165 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7512166 |

Case 07-11047-CSS    Doc 9734-4    Filed 01/31/11    Page 13 of 17

Unbilled Recap Of Cost Detail - [128189-01600 - IN re AMERICAN HOME MORTGAGE]                                                                                 Page 5
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,  1/18/2011 10:15:24 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/15/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7512167 |
| 11/15/2010 | 09994 | BR PACER | PACERPG | 6.00 | 0.08 | 0.48 | DOCKET SEARCHES | 7512168 |
| 11/16/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512093 |
| 11/16/2010 | 09994 | BR PACER | PACERPG | 11.00 | 0.08 | 0.88 | DOCKET SEARCHES | 7512094 |
| 11/16/2010 | 09994 | BR PACER | PACERPG | 11.00 | 0.08 | 0.88 | DOCKET SEARCHES | 7512095 |
| 11/16/2010 | 09994 | BR PACER | PACERPG | 5.00 | 0.08 | 0.40 | DOCKET SEARCHES | 7512096 |
| 11/16/2010 | 09994 | BR PACER | PACERPG | 11.00 | 0.08 | 0.88 | DOCKET SEARCHES | 7512097 |
| 11/16/2010 | 09994 | BR PACER | PACERPG | 5.00 | 0.08 | 0.40 | DOCKET SEARCHES | 7512098 |
| 11/16/2010 | 09994 | BR PACER | PACERPG | 9.00 | 0.08 | 0.72 | DOCKET SEARCHES | 7512099 |
| 11/17/2010 | 09994 | BR PACER | PACERPG | 20.00 | 0.08 | 1.60 | DOCKET SEARCHES | 7512021 |
| 11/17/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7512022 |
| 11/17/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512023 |
| 11/17/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512100 |
| 11/17/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512101 |
| 11/17/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512102 |
| 11/17/2010 | 09994 | BR PACER | PACERPG | 5.00 | 0.08 | 0.40 | DOCKET SEARCHES | 7512103 |
| 11/17/2010 | 09994 | BR PACER | PACERPG | 8.00 | 0.08 | 0.64 | DOCKET SEARCHES | 7512104 |
| 11/17/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7512105 |
| 11/17/2010 | 09994 | BR PACER | PACERPG | 18.00 | 0.08 | 1.44 | DOCKET SEARCHES | 7512106 |
| 11/17/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512107 |
| 11/17/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512108 |
| 11/17/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512109 |
| 11/17/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512110 |
| 11/17/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512111 |
| 11/17/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512112 |
| 11/17/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512113 |
| 11/17/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512114 |
| 11/17/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7512115 |
| 11/17/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512116 |
| 11/17/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512117 |
| 11/17/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7512118 |
| 11/17/2010 | 09994 | BR PACER | PACERPG | 12.00 | 0.08 | 0.96 | DOCKET SEARCHES | 7512119 |
| 11/17/2010 | 09994 | BR PACER | PACERPG | 23.00 | 0.08 | 1.84 | DOCKET SEARCHES | 7512120 |
| 11/18/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7512017 |
| 11/18/2010 | 09994 | BR PACER | PACERPG | 20.00 | 0.08 | 1.60 | DOCKET SEARCHES | 7512018 |
| 11/18/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512019 |
| 11/18/2010 | 09994 | BR PACER | PACERPG | 20.00 | 0.08 | 1.60 | DOCKET SEARCHES | 7512020 |
| 11/18/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512084 |

Unbilled Recap Of Cost Detail - [128189-01600 - IN re AMERICAN HOME MORTGAGE]  Page 6
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,  1/18/2011 10:15:24 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/18/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7512085 |
| 11/18/2010 | 09994 | BR PACER | PACERPG | 12.00 | 0.08 | 0.96 | DOCKET SEARCHES | 7512086 |
| 11/19/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512087 |
| 11/19/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7512088 |
| 11/19/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7512089 |
| 11/19/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7512090 |
| 11/19/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7512091 |
| 11/19/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512092 |
| 11/22/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512064 |
| 11/22/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512065 |
| 11/22/2010 | 09994 | BR PACER | PACERPG | 7.00 | 0.08 | 0.56 | DOCKET SEARCHES | 7512066 |
| 11/22/2010 | 09994 | BR PACER | PACERPG | 9.00 | 0.08 | 0.72 | DOCKET SEARCHES | 7512067 |
| 11/22/2010 | 09994 | BR PACER | PACERPG | 11.00 | 0.08 | 0.88 | DOCKET SEARCHES | 7512068 |
| 11/22/2010 | 09994 | BR PACER | PACERPG | 24.00 | 0.08 | 1.92 | DOCKET SEARCHES | 7512069 |
| 11/22/2010 | 09994 | BR PACER | PACERPG | 9.00 | 0.08 | 0.72 | DOCKET SEARCHES | 7512070 |
| 11/22/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512071 |
| 11/22/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7512072 |
| 11/22/2010 | 09994 | BR PACER | PACERPG | 9.00 | 0.08 | 0.72 | DOCKET SEARCHES | 7512073 |
| 11/22/2010 | 09994 | BR PACER | PACERPG | 23.00 | 0.08 | 1.84 | DOCKET SEARCHES | 7512074 |
| 11/22/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7512075 |
| 11/22/2010 | 09994 | BR PACER | PACERPG | 14.00 | 0.08 | 1.12 | DOCKET SEARCHES | 7512076 |
| 11/22/2010 | 09994 | BR PACER | PACERPG | 12.00 | 0.08 | 0.96 | DOCKET SEARCHES | 7512077 |
| 11/22/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7512078 |
| 11/22/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512079 |
| 11/22/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512080 |
| 11/22/2010 | 09994 | BR PACER | PACERPG | 4.00 | 0.08 | 0.32 | DOCKET SEARCHES | 7512081 |
| 11/22/2010 | 09994 | BR PACER | PACERPG | 9.00 | 0.08 | 0.72 | DOCKET SEARCHES | 7512082 |
| 11/22/2010 | 09994 | BR PACER | PACERPG | 23.00 | 0.08 | 1.84 | DOCKET SEARCHES | 7512083 |
| 11/23/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512061 |
| 11/23/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512062 |
| 11/24/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512016 |
| 11/24/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512045 |
| 11/24/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7512046 |
| 11/24/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7512047 |
| 11/24/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7512048 |
| 11/24/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7512049 |
| 11/24/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512063 |

Case 07-11047-CSS   Doc 9734-4   Filed 01/31/11   Page 15 of 17

Unbilled Recap Of Cost Detail - [128189-01600 - IN re AMERICAN HOME MORTGAGE]                                    Page 7
Client:128189 - AMERICAN HOME MORTGAGE COMPANY,  1/18/2011 10:15:24 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/29/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512050 |
| 11/29/2010 | 09994 | BR PACER | PACERPG | 13.00 | 0.08 | 1.04 | DOCKET SEARCHES | 7512051 |
| 11/29/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512052 |
| 11/29/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7512053 |
| 11/29/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7512054 |
| 11/29/2010 | 09994 | BR PACER | PACERPG | 11.00 | 0.08 | 0.88 | DOCKET SEARCHES | 7512055 |
| 11/29/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7512056 |
| 11/29/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512057 |
| 11/29/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7512058 |
| 11/29/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7512059 |
| 11/29/2010 | 09994 | BR PACER | PACERPG | 7.00 | 0.08 | 0.56 | DOCKET SEARCHES | 7512060 |
| 11/30/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7511947 |
| 11/30/2010 | 09994 | BR PACER | PACERPG | 20.00 | 0.08 | 1.60 | DOCKET SEARCHES | 7511948 |
| 11/30/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7511949 |
| 11/30/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7511950 |
| 11/30/2010 | 09994 | BR PACER | PACERPG | 10.00 | 0.08 | 0.80 | DOCKET SEARCHES | 7511951 |
| 11/30/2010 | 09994 | BR PACER | PACERPG | 20.00 | 0.08 | 1.60 | DOCKET SEARCHES | 7511952 |
| 11/30/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7511953 |
| 11/30/2010 | 09994 | BR PACER | PACERPG | 6.00 | 0.08 | 0.48 | DOCKET SEARCHES | 7511954 |
| 11/30/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7511955 |
| 11/30/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7511956 |
| 11/30/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7511957 |
| 11/30/2010 | 09994 | BR PACER | PACERPG | 21.00 | 0.08 | 1.68 | DOCKET SEARCHES | 7511958 |
| 11/30/2010 | 09994 | BR PACER | PACERPG | 26.00 | 0.08 | 2.08 | DOCKET SEARCHES | 7511959 |
| 11/30/2010 | 09994 | BR PACER | PACERPG | 12.00 | 0.08 | 0.96 | DOCKET SEARCHES | 7511960 |
| 11/30/2010 | 09994 | BR PACER | PACERPG | 13.00 | 0.08 | 1.04 | DOCKET SEARCHES | 7511961 |
| 11/30/2010 | 09994 | BR PACER | PACERPG | 13.00 | 0.08 | 1.04 | DOCKET SEARCHES | 7511962 |
| 11/30/2010 | 09994 | BR PACER | PACERPG | 12.00 | 0.08 | 0.96 | DOCKET SEARCHES | 7511963 |
| 11/30/2010 | 09994 | BR PACER | PACERPG | 11.00 | 0.08 | 0.88 | DOCKET SEARCHES | 7511964 |
| 11/30/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7511965 |
| 11/30/2010 | 09994 | BR PACER | PACERPG | 30.00 | 0.08 | 2.40 | DOCKET SEARCHES | 7511966 |
| 11/30/2010 | 09994 | BR PACER | PACERPG | 2.00 | 0.08 | 0.16 | DOCKET SEARCHES | 7511967 |
| 11/30/2010 | 09994 | BR PACER | PACERPG | 1.00 | 0.08 | 0.08 | DOCKET SEARCHES | 7511968 |
| 11/30/2010 | 09994 | BR PACER | PACERPG | 3.00 | 0.08 | 0.24 | DOCKET SEARCHES | 7512044 |
| | | UNBILLED TOTALS:  WORK | | | | 196.08 | 259 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 196.08 | | |
| | | GRAND TOTAL:   WORK: | | | | 196.08 | 259 records | |
| | | GRAND TOTAL:   BILL: | | | | 196.08 | | |

# EXHIBIT C

# Part 2

Exhibit C - Part 2
Summary of Expenses for the Final Application Period

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
| --- | --- | --- |
| Long Distance Telephone | | $80.83 |
| Reproduction of Documents | | $5,193.30 |
| Contracted Photocopying - Parcels | | $41,742.20 |
| Telecopier/Fax | | $161.95 |
| Courier and Express Services | | $8,592.42 |
| Hand Delivery Service | | $2,395.00 |
| Special Mailing Charges | | $1,587.28 |
| Filing Fees | | $6,625.00 |
| Travel Expenses | | $653.99 |
| Meeting Expenses | | $52.24 |
| Filing Pleadings | | $52,500.00 |
| Professional Services | | $928.00 |
| Word Processing | | $103.75 |
| E-Services | | $4,818.17 |
| Westlaw/Lexis | | $1,031.76 |
| Transcript | | $2,015.50 |
| Record/Docket Searches | | $8,250.48 |
| **TOTAL** | | **$136,731.87** |