**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al.* [1] | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : | **Objections Due By: March 17, 2011 4:00 p.m.** |
|  | : | **Hearing Date:  To be determined** |

---------------------------------------------------------------

**FOURTEENTH INTERIM AND FINAL APPLICATION OF BDO USA, LLP, AS
FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM AUGUST 14, 2007 THROUGH NOVEMBER 30, 2010**

| | |
|---|---|
| *Name of Applicant:* | BDO USA, LLP |
| *Authorized to Provide Professional Services to:* | Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* |
| *Date of Retention:* | November 28, 2007, *nunc pro tunc*, to August 14, 2007 |
| *Interim Period for which Compensation and Expense Reimbursement is sought (Fourteenth Interim):* | November 1, 2010 through November 30, 2010 |
| *Interim Amount of Compensation sought as Actual, Reasonable and Necessary (for the Period November 1, 2010 through November 30, 2010):* | $63,311.50 |
| *Interim Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary (for the Period November 1, 2010 through November 30, 2010):* | $1,616.62 |

---

[1]    The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

*Final Period for which Compensation and Reimbursement is sought (Final Application):*    August 14, 2007 through November 30, 2010

*Final Amount of Compensation sought as Actual, Reasonable and Necessary (for the Period August 14, 2007 through November 30, 2010):*    $4,054,237.75

*Final Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary (for the Period August 14, 2007 through November 30, 2010):*    $48,462.79

This is a final application.

### *Summary of Monthly Applications Filed:*

| Fee Application Date Filed [Dkt. No.] Period | Total Fees / Expenses Requested | CNO Date Filed [Dkt.] | Fees Authorized to be paid | Expenses Authorized to be paid | Holdback Amount |
|---|---|---|---|---|---|
| First Monthly 12/5/2007 [Dkt. No.2302] 8/14/07 through 10/31/07 | $307,193.00/ $335.00 | 12/28/07 [2536] | $307,193.00[2] | $335.00 | $ 7,193.00 |
| Second Monthly 1/15/08 [Dkt. No. 2739], 11/1/07 through 11/30/07 | 69,213.00/$0.00 | 2/12/08 [2958] | 69,213.00 | 0.00- | 0.00 |
| Third Monthly 2/6/08 [Dkt. No. 2895] 12/1/07 through 12/31/07 | 67,678.00 /$0.00 | 2/29/08 [3124] | 67,678.00 | 0.00- | 0.00 |
| Fourth Monthly 2/21/08 [Dkt. No. 3032] 1/1/08 through 1/31/08 | $111,229.50/$86.10 | 03/19/08 [3336] | 111,229.50 | 86.10 | 0.00 |
| Fifth Monthly 4/4/08 [Dkt. No. 3530], 2/1/08 through 2/29/08 | 121,759.00 /$77.00 | 5/2/08 [3956] | 121,759.00 | 77.00 | 0.00 |
| Sixth Monthly 5/2/08 [Dkt. No. 3955] 3/1/08 through 3/31/08 | 154,248.25 /297.89 | 06/12/08 [4582] | 154,248.25 | 297.89 | 0.00 |
| Seventh Monthly 5/28/08 [Dkt. No. 4285] 4/1/08 through 4/30/08 | 166,200.00/386.82 | 06/24/08 [4780] | 166,200.00 | 386.82 | 0.00 |
| Eighth Monthly 7/9/08 [Dkt. No.5023], 5/1/08 through 5/31/08 | 155,589.00 /$95.44 | 8/29/08 [5555] | 155,589.00 | 95.44 | 0.00 |

[2] The fees represented total services rendered during this period of $307,193.00. Pursuant to a verbal agreement with the Committee, BDO agreed to defer payment of any compensation over $300,000 incurred during the first three (3) calendar months of the case until the end of the case at which time payment of such amount will be requested in a final application. Therefore, BDO has deferred payment in the amount of $7,193.00 until final application (the "*Deferred Compensation*") as noted in the application filed.

| Fee Application Date Filed [Dkt. No.] Period | Total Fees / Expenses Requested | CNO Date Filed [Dkt.] | Fees Authorized to be paid | Expenses Authorized to be paid | Holdback Amount |
|---|---|---|---|---|---|
| Ninth Monthly 7/23/08 [Dkt. No. 5196] 6/1/08 through 6/30/08 | 139,311.00/13.00 | 09/17/08 [5948] | 139,311.00 | 13.00 | 0.00 |
| Tenth Monthly 8/22/08 [Dkt. No. 5513] 7/1/08 through 7/31/08 | 177,126.25/215.41 | 09/17/08 [5949] | 177,126.25 | 215.41 | 0.00 |
| Eleventh Monthly 10/16/08 [Dkt. No.6266], 8/1/08 through 8/31/08 | 171,253.50/$427.16 | 12/10/08 [6697] | 171,253.50 | 427.16 | 0.00 |
| Twelfth Monthly 10/29/08 [Dkt. No. 6469] 9/1/08 through 9/30/08 | 147,217.50/521.07 | 12/16/08 [6721] | 147,217.50 | 521.07 | 0.00 |
| Thirteenth Monthly 11/26/08 [Dkt. No. 6631] 10/1/08 through 10/31/08 | 76,574.50/2,089.14 | 12/17/08 [6744] | 76,574.50 | 2,089.14 | 0.00 |
| Fourteenth Monthly 01/23/09 [Dkt. No. 6887], 11/1/08 through 11/30/08 | 91,064.50 /$1,521.51 | 02/24/09 [7044] | 91,064.50 | 1,521.51 | 0.00 |
| Fifteenth Monthly 01/30/09 [Dkt. No. 6918] 12/1/08 through 12/31/08 | 86,601.00/1,577.06 | 02/24/09 [7045] | 86,601.00 | 1,577.06 | 0.00 |
| Sixteenth Monthly 02/24/09 [Dkt. No. 7046] 01/1/09 through 01/31/09 | 169,019.25/1,611.01 | 03/24/09 [7149] | 169,019.25 | 1,611.01 | 0.00 |
| Seventeenth Monthly 03/17/09 [Dkt. No. 7110], 02/01/09 through 02/28/09 | 143,971.00[3]/$2,336.50 | 04/29/09 [7333] | 143,971.00 | 2,336.50 | 0.00 |
| Eighteenth Monthly 04/22/09 [Dkt. No. 7309] 03/01/09 through 03/31/09 | 180,780.50/1,681.00 | 05/19/09 [7408] | 180,780.50 | 1,681.00 | 0.00 |
| Nineteenth Monthly 05/19/09 [Dkt. No. 7406] 04/1/09 through 04/30/09 | 135,662.50/2,109.30 | 07/06/09 [7602] | 135,662.50 | 2,109.30 | 0.00 |
| Twentieth Monthly 06/25/09 [Dkt. No. 7572], 05/01/09 through 05/31/09 | 118,646.50/$2,051.39 | 07/21/09 [7621] | 118,646.50 | 2,051.39 | 0.00 |
| Twenty-First Monthly 07/21/09 [Dkt. No. 7625] 06/01/09 through 06/30/09 | 108,411.00/1,563.30 | 08/19/09 [7963] | 108,411.00 | 1,563.30 | 0.00 |
| Twenty-Second Monthly 08/19/09 [Dkt. No. 7969] 07/01/09 through 07/31/09 | 174,428.00/1,605.40 | 09/15/09 [8068] | 174,428.00 | 1,605.40 | 0.00 |
| Twenty-third Monthly 09/29/09 [Dkt. No. 8107], 08/01/09 through 08/31/09 | 130,064.00/$1,500.00 | 10/28/09 [8219] | 130,064.00 | 1,500.00 | 0.00 |
| Twenty-fourth Monthly 10/16/09 [Dkt. No. 8196] 09/01/09 through 09/30/09 | 71,614.50/1,736.69 | 11/12/09 [8288] | 71,614.50 | 1,736.69 | 0.00 |

[3]    Due to an administrative error, the original application filed requested $144,413.50 in fees; BDO requested approval of the corrected amount of $143,971.00 in the Seventh Interim Application [Dkt. No. 7526].

| Fee Application Date Filed [Dkt. No.] Period | Total Fees / Expenses Requested | CNO Date Filed [Dkt.] | Fees Authorized to be paid | Expenses Authorized to be paid | Holdback Amount |
|---|---|---|---|---|---|
| Twenty-fifth Monthly 11/20/09 [Dkt. No. 8327] 10/01/09 through 10/31/09 | 70,763.00/1,884.64 | 12/24/09 [8438] | 70,763.00 | 1,884.64 | 0.00 |
| Twenty-sixth Monthly 12/16/09 [Dkt. No. 8422], 11/01/09 through 11/30/09 | 48,721.00/$1,982.62 | 01/08/10 [8487] | 48,721.00 | 1,982.62 | 0.00 |
| Twenty-seventh Monthly 02/09/10 [Dkt. No. 8555] 12/01/09 through 12/31/09 | 43,287.00/1,982.62 | 03/05/10 [8648] | 43,287.00 | 1,982.62 | 0.00 |
| Twenty-eighth Monthly 02/12/10 [Dkt. No. 8561] 01/01/10 through 01/31/10 | 48,426.00/1,678.21 | 03/08/10 [8656] | 48,426.00 | 1,678.21 | 0.00 |
| Twenty-ninth Monthly 03/19/10 [Dkt. No. 8706], 02/01/10 through 02/28/10 | 65,131.00/$1,641.24 | 04/12/10 [8763] | 65,131.00 | 1,641.24 | 0.00 |
| Thirtieth Monthly 04/23/10 [Dkt. No. 8793] 03/01/10 through 03/31/10 | 79,166.50/1,772.76 | 06/14/10 [8908] | 79,166.50 | 1,772.76 | 0.00 |
| Thirty-first Monthly 05/19/10 [Dkt. No. 8859] 04/01/10 through 04/30/10 | 58,472.50/1,734.72 | 06/14/10 [8909] | 58,472.50 | 1,734.72 | 0.00 |
| Thirty-Second Monthly 06/21/10 [Dkt. No. 8951], 05/01/10 through 05/31/10 | 51,490.00 /$1,964.74 | 07/15/10 [9009] | 51,490.00 | 1,964.74 | 0.00 |
| Thirty-Third Monthly 08/05/10 [Dkt. No. 9083] 06/01/10 through 06/30/10 | 50,375.00/1,613.44 | 09/03/10 [9201] | 50,375.00 | 1,613.44 | 0.00 |
| Thirty-Fourth Monthly 09/03/10 [Dkt. No. 9200] 07/01/10 through 07/31/10 | 53,526.25/1,500.00 | 10/05/10 [9291] | 53,526.25 | 1,500.00 | 0.00 |
| Thirty-Fifth Monthly 09/21/10 [Dkt. No. 9244], 08/01/10 through 08/31/10 | 56,222.50 /$1,686.46 | 10/20/10 [9356] | 56,222.50 | 1,686.46 | 0.00 |
| Thirty-Sixth Monthly 10/20/10 [Dkt. No. 9357] 09/01/10 through 09/30/10 | 55,769.00/1,622.36 | 11/23/10 [9496] | 55,769.00 | 1,622.36 | 0.00 |
| Thirty-Seventh Monthly 11/30/10 [Dkt. No. 9518] 10/01/10 through 10/31/10 | 34,721.25/1,945.17 | 12/23/10 [9593] | 34,721.25 | 1,945.17 | 0.00 |
| Thirty-Eighth  Monthly 12/22/10 [Dkt. No. 9590] 11/01/10 through 11/30/10 | 63,311.50/ 1,616.62 | 01/25/11 [9695] | 50,649.20 *(80%)* | 1,616.62 | 12,662.30 |
| **Totals:** | **$4,054,237.75/$48,462.79** | | **$4,041,575.45** | **$48,462.79** | **$19,855.30** |

*Summary of Interim Applications Filed:*

| Fee Application Date Filed [Dkt. No.] Period | Total Fees / Expenses Requested | Order Date Filed [Dkt.] | Fees Approved | Expenses Approved | Holdback Amount |
|---|---|---|---|---|---|
| First Interim 12/17/07 [Dkt. No. 2414] 8/14/07 through 10/31/07 | $307,193.00/ $335.00 | 01/15/08 [2725] | $307,193.00[4] | $335.00 | $ 7,193.00 |
| Second Interim 03/20/08 [Dkt. No. 3375], 11/1/07 through 01/31/08 | 248,120.50/86.10 | 04/14/08 [3695] | 248,120.50 | 86.10 | 0.00 |
| Third Interim 06/18/08 [Dkt. No. 4710] 02/01/08 through 04/30/08 | 442,207.25/761.71 | 09/02/08 [5563] | 442,207.25 | 761.71 | 0.00 |
| Fourth Interim 09/18/08 [Dkt. No. 5950] 5/01/08through 7/31/08 | 472,026.25/323.85 | 10/23/08 [6446] | 472,026.25 | 323.85 | 0.00 |
| Fifth Interim 12/16/08 [Dkt. No. 6722], 08/01/08 through 10/31/08 | 395,045.50/3,037.37 | 01/13/09 [6838] | 395,045.50 | 3,037.37 | 0.00 |
| Sixth Interim 03/17/09 [Dkt. No. 7114] 11/1/08 through 01/31/09 | 346,684.75/4,709.58 | 06/05/09 [7503] | 346,684.75 | 4,709.58 | 0.00 |
| Seventh Interim 06/15/09 [Dkt. No. 7526] 02/01/09 through 04/30/09 | 460,414.00/6,126.80 | 08/11/09 [7938] | 460,414.00 | 6,126.80 | 0.00 |
| Eighth Interim 09/17/09 [Dkt. No. 8074], 5/01/09 through 7/31/09 | 401,485.50/5,220.09 | 10/14/09 [8179] | 401,485.50 | 5,220.09 | 0.00 |
| Ninth Interim 12/14/09 [Dkt. No. 8416] 08/01/09 through 10/31/09 | 272,441.50/5,121.33 | 03/10/10 [8676] | 272,441.50 | 5,121.33 | 0.00 |
| Tenth Interim 03/19/10 [Dkt. No. 8705] 11/1/09 through 01/31/10 | 140,434.00/5,643.45 | 05/04/10 [8820] | 140,434.00 | 5,643.45 | 0.00 |
| Eleventh Interim 06/15/10 [Dkt. No. 8910], 02/01/10 through 04/30/10 | 202,770.00/5,148.72 | 07/19/10 [9027] | 202,770.00 | 5,148.72 | 0.00 |
| Twelfth Interim 09/13/10 [Dkt. No. 9212] 5/01/10 through 7/31/10 | 155,391.25/5,078.18 | 10/20/10 [9360] | 155,391.25 | 5,078.18 | 0.00 |
| Thirteenth Interim 12/15/10 [Dkt. No. 9568] 08/01/10 through 10/31/10 | 146,712.75/5,253.99 | 01/11/11 [9657] | 146,712.75 | 5,253.99 | 0.00 |
| Fourteenth Interim 01/31/11 [Dkt. No. TBD] 11/01/10 through 11/30/10 | 63,311.50/ 1,616.62 | N/A | N/A | N/A | 12,662.30 |
| **Totals:** | **$4,054,237.75/$48,462.79** | | **$4,041,575.45** | **$48,462.79** | **$19,855.30** |

---

[4] The fees represented total services rendered during this period of $307,193.00. Pursuant to a verbal agreement with the Committee, BDO agreed to defer payment of any compensation over $300,000 incurred during the first three (3) calendar months of the case until the end of the case at which time payment of such amount will be requested in a final application. Therefore, BDO has deferred payment in the amount of $7,193.00 until final application (the "*Deferred Compensation*") as noted in the application filed.

**COMPENSATION BY PROFESSIONAL WITH BLENDED RATE**
For the Fourteenth Interim Period November 1, 2010 through November 30, 2010

| Professional | Category | Hours | Average Rate[5] | Amount |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 18.4 | 650.00 | $11,960.00 |
| MICHELE MICHAELIS | DIRECTOR | 22.7 | 475.00 | 10,782.50 |
| MATTHEW J STEWART | SENIOR | 140.1 | 272.06 | 38,115.00 |
| JERRY D'AMATO III | SENIOR | 1.1 | 240.00 | 264.00 |
| REBECCA NACHMANI | SENIOR | 7.0 | 225.00 | 1,575.00 |
| NAUSHON E VANDERHOOP | SENIOR | 0.3 | 200.00 | 60.00 |
| MIGDALIA GOMEZ | PARA-PROF. | 3.7 | 150.00 | 555.00 |
| **TOTAL:** | | **193.3** | | **$63,311.50** |

**Blended Rate:  $327.53**

**COMPENSATION BY PROFESSIONAL WITH BLENDED RATE**
For the Final Period August 14, 2007 through November 30, 2010

| Professional | Category | Hours | Average Rate[5] | Amount |
|---|---|---|---|---|
| TONY LENDEZ | PARTNER | 16.0 | 750.00 | $12,000.00 |
| WILLIAM K LENHART | PARTNER | 27.0 | 657.22 | 17,745.00 |
| DAVID E BERLINER | PARTNER | 1,843.1 | 587.86 | 1,083,493.50 |
| STEPHANIE L GIAMMARCO | PARTNER | 20.9 | 625.00 | 13,062.50 |
| ROBERT M KLEIN | PARTNER | 4.0 | 600.00 | 2,400.00 |
| MARLENE H RABINOWITZ | PARTNER | 13.7 | 500.00 | 6,850.00 |
| ROBERT H GLASSER | DIRECTOR | 39.5 | 595.00 | 23,502.50 |
| MICHELE MICHAELIS | DIRECTOR | 2,770.7 | 374.11 | 1,036,558.25 |
| KEVIN MCCOLGAN | DIRECTOR | 1.5 | 450.00 | 675.00 |
| MARK GOODENOW | DIRECTOR | 16.7 | 350.00 | 5,845.00 |
| RAYMOND W KONG | SENIOR MANAGER | 1.4 | 455.00 | 637.00 |
| RANIA V SEDHOM | SENIOR MANAGER | 5.5 | 450.00 | 2,475.00 |
| ANTHONY LA MALFA | SENIOR MANAGER | 22.0 | 392.73 | 8,640.00 |
| SAM LAU | MANAGER | 68.1 | 295.00 | 20,089.50 |
| CARL W BUSSE | MANAGER | 19.8 | 250.00 | 4,950.00 |
| CHRIS AWONG | SENIOR | 829.3 | 271.22 | 224,922.50 |
| MATTHEW J STEWART | SENIOR | 4,030.0 | 220.58 | 888,947.00 |
| MICHAEL TORELLO | SENIOR | 4.5 | 260.00 | 1,170.00 |
| JERRY D'AMATO III | SENIOR | 611.1 | 201.16 | 122,931.50 |
| SUSANNE CLEARY | SENIOR | 704.8 | 235.00 | 165,628.00 |
| SHANTE M GEORGE | SENIOR | 5.4 | 235.00 | 1,269.00 |

[5] This rate is BDO's standard hourly rate for accounting and consulting services.  All hourly rates are adjusted by BDO on a periodic basis.  Non-working travel time is billed at ½ of the standard hourly billing rate and is reflected in the total fees billed.

| Professional | Category | Hours | Average Rate[5] | Amount |
|---|---|---|---|---|
| KATE MATSON | SENIOR | 6.0 | 235.00 | 1,410.00 |
| CHRISTIE VITA | SENIOR | 5.0 | 235.00 | 1,175.00 |
| CHARLES BROWN | SENIOR | 8.9 | 225.00 | 2,002.50 |
| SAM BROWN | SENIOR | 209.6 | 225.00 | 47,160.00 |
| REBECCA NACHMANI | SENIOR | 10.5 | 215.00 | 2,257.50 |
| KEVIN REINLE | SENIOR | 1,040.7 | 181.78 | 189,177.00 |
| BRIAN C MALONEY | SENIOR | 11.2 | 200.00 | 2,240.00 |
| NAUSHON E VANDERHOOP | SENIOR | 158.1 | 186.20 | 29,437.50 |
| HOWARD WEBER | SENIOR | 6.9 | 200.00 | 1,380.00 |
| THERESA E GALLOWAY | SENIOR | 6.5 | 185.00 | 1,202.50 |
| JARED FELDESMAN | STAFF | 70.5 | 191.08 | 13,471.00 |
| JASON M FRIEDMAN | STAFF | 270.9 | 170.90 | 46,298.00 |
| ALAINA D MASLER | STAFF | 138.6 | 162.89 | 22,576.00 |
| MARISSA HERMANN | STAFF | 43.6 | 159.36 | 6,948.00 |
| WILLIAM T WILEY | STAFF | 31.5 | 171.05 | 5,388.00 |
| LOREN E FRIEDMAN | STAFF | 9.4 | 150.00 | 1,410.00 |
| DAVID REYNOLDS | STAFF | 6.9 | 150.00 | 1,035.00 |
| JENNIFER SARKIS | STAFF | 8.3 | 150.00 | 1,245.00 |
| ALEXANDER R TEICHER | STAFF | 5.9 | 150.00 | 885.00 |
| MATTHEW E SANDBERG | STAFF | 28.5 | 150.00 | 4,275.00 |
| MARISSA A DEVITO | STAFF | 23.3 | 125.00 | 2,912.50 |
| MIGDALIA GOMEZ | PARA-PROF. | 174.3 | 150.00 | 26,145.00 |
| BETTY CHARMATZ | PARA-PROF. | 3.2 | 130.00 | 416.00 |
| **TOTAL:** | | **13,333.3** | | **$4,054,237.75** |

**Blended Rate:  $304.07**

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours for Fourteenth Interim Period | Total Hours for the Final Period | Total Fees for Fourteenth Interim Period | Total Fees for the Final Period |
|---|---|---|---|---|
| INSIDER PREFERENCES | 0.0 | 9.1 | $0.00 | $2,154.50 |
| TAX ISSUES | 0.0 | 22.7 | 0.00 | 7,656.00 |
| FEE APPLICATIONS / MONTHLY STATEMENTS | 4.7 | 383.5 | 1,070.00 | 86,931.50 |
| ACCOUNTS PAYABLE | 39.0 | 519.9 | 11,415.00 | 140,969.50 |
| MEETINGS WITH CREDITORS | 4.3 | 275.1 | 1,630.00 | 109,135.50 |
| CASH | 0.0 | 0.6 | 0.00 | 225.00 |
| ASSET SALE/AUCTION | 0.0 | 401.1 | 0.00 | 142,740.50 |
| PREFERENCE ANALYSIS | 2.9 | 1,475.5 | 1,007.50 | 394,678.00 |
| REPORT PREPARATION | 24.0 | 1,806.1 | 8,520.00 | 589,587.00 |
| LITIGATION CONSULTING | 6.1 | 3,344.1 | 2,620.00 | 906,226.00 |
| CASE ADMINISTRATION | 0.0 | 41.9 | 0.00 | 15,599.00 |
| MEETINGS - DEBTOR | 52.7 | 1,133.1 | 16,932.50 | 400,990.00 |
| BUSINESS ANALYSIS | 51.4 | 3,218.6 | 17,139.00 | 961,664.00 |
| COUNSEL DISCUSSIONS & COURT HEARINGS | 5.2 | 631.3 | 2,565.00 | 284,175.00 |
| TRAVEL TIME | 3.0 | 70.7 | 412.50 | 11,506.25 |
| **TOTAL:** | **193.3** | **13,333.3** | **$63,311.50** | **$4,054,237.75** |

**EXPENSE SUMMARY**

| Category | Fourteenth Interim Period | Final Period |
|---|---|---|
| Long Distance Telephone | $0.00 | $313.51 |
| Technology Services | 1,500.00 | 39,500.00 |
| Out-of-Town Travel: | | |
| a.  Transportation | 109.50 | 5,732.61 |
| b.  Lodging | 0.00 | 567.85 |
| c.  Meals | 7.12 | 892.80 |
| Local Travel | 0.00 | 374.78 |
| Local Meals | 0.00 | 965.97 |
| PACER | 0.00 | 29.04 |
| Miscellaneous | 0.00 | 86.23 |
| **Total:** | **$1,616.62** | **$48,462.79** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------

|                                                   |   |                         |
|---------------------------------------------------|---|-------------------------|
|                                                   | : | Chapter 11              |
| In re:                                            | : |                         |
|                                                   | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al.* [1] | : | (Jointly Administered)  |
|                                                   | : |                         |
|                                        Debtors.   | : | **Objections Due By:**  |
|                                                   | : | **Hearing Date:**       |

-----------------------------------------------------------

**FOURTEENTH INTERIM AND FINAL APPLICATION OF BDO USA, LLP, AS
FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM NOVEMBER 1, 2010 THROUGH NOVEMBER 30, 2010**

This Fourteenth Interim and Final Application for Compensation and Reimbursement of Expenses (the "*Final Application*") is filed by BDO USA, LLP f/k/a BDO Seidman, LLP ("*BDO*"), Financial Advisor for the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* (the "*Committee*"), requesting final allowance of $63,311.50 as compensation for services rendered and $1,616.62 for reimbursement of actual and necessary expenses for a total of $64,928.12 for the period November 1, 2010 through and including November 30, 2010 (the "*Fourteenth Interim Period*") and final allowance of $4,054,237.75 for compensation for services rendered and reimbursement of actual and necessary expenses of $48,462.79 for a total final allowance of $4,102,700.54 for the period August 14, 2007 through and including November 30, 2010 (the "*Final Period*"). In support of this Final Application, BDO respectfully represents:

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

**Background**

1.      On August 6, 2007, the Debtors filed voluntary petitions for reorganization under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware.

2.      On August 14, 2007, the Office of the United States Trustee for the District of Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the Official Committee of Unsecured Creditors: Wilmington Trust Company, Bank of New York Trust Company[2], N.A., Deutsche Bank National Trust Co., Nomura Credit & Capital, Inc., Impac Funding Corporation, Waldners[3] Business Environments, Inc., and United Parcel Service (Docket No. 156).

3.      Hahn & Hessen LLP ("*Hahn & Hessen*") and Blank Rome LLP ("*Blank Rome*") were selected by the Committee to serve as co-counsel to the Committee, and BDO was selected by the Committee to serve as financial advisor to the Committee.

4.      On September 27, 2007, the Committee filed the Application to Employ BDO USA, LLP as Financial Advisor to the Committee *Nunc Pro Tunc* to August 14, 2007 (Docket No. 966, the "*Retention Application*").  On November 28, 2007, an order, effective as of August 14, 2007 was duly signed and entered by this Court authorizing the retention of BDO (Docket No. 2201, the "*Retention Order*").

5.      On February 23, 2009, the Court entered an order [Dkt. No. 7042] confirming the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 [Dkt. No. 7029] (the "Plan").  This Plan became effective November 30, 2010 [Dkt. No. 9519].

---

[2] The Bank of New York Trust Company, N.A resigned from the Committee effective 11/13/07. The U.S. Trustee has appointed Law Debenture Trust Company of New York as a replacement member effective immediately.

[3] Waldners  Business Environments, Inc. resigned from the Committee in the first quarter of 2008. The U.S. Trustee has not yet appointed a replacement.

6.       BDO submits this Final Application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Court's administrative order pursuant to sections 105(a) and 331 of the Bankruptcy Code establishing procedures for interim compensation and reimbursement of expenses for professionals and committee members dated September 4, 2007 (the "*Administrative Order*") [Docket No. 547].

### Relief Requested

7.       Pursuant to this Final Application, BDO requests (i) final approval of allowance of compensation for actual and necessary professional services rendered in the amount of $63,311.50 and for reimbursement of reasonable and necessary out-of-pocket expenses in the amount of $1,616.62 for the Fourteenth Interim Period; and (ii) that the Court grant final approval of fees in the amount of $4,054,237.75 as compensation for necessary services rendered and $48,462.79 for reimbursement of actual and necessary expenses incurred during the Final Period for a total final allowance of $4,102,700.54.

8.       Pursuant to the terms of the Administrative Order, BDO filed and properly served thirty-eight (38) monthly fee applications (the "*Prior Monthly Applications*[4]") during the Final Period.  BDO also filed and properly served thirteen (13) interim applications (the "*Prior Interim Applications*") during the Final Period for which interim approval was granted for all.   In accordance with the Administrative Order, and as set forth in Local Rule 2016-2, all Prior Monthly Fee Applications included (i) a detailed itemization of the service hours expended by matter and professional and (ii) a summary schedule of hours and fees categorized by project code.  All Prior Monthly Fee Applications also included a detailed chronological itemization of the services rendered by each professional and paraprofessional, calculated by tenths of an hour

---

[4] The detailed statements itemizing services rendered and expenses incurred by BDO for the Final Period are attached as Exhibits A and B of the Prior Monthly Applications.

3

and categorized in accordance with the appropriate project code.  Every effort was made by BDO to categorize daily time entries in accordance with the correct project code.  However, in some instances, services overlap between project codes.  Thus, some services may appear under more than one code, although in no instance is a specific time entry recorded more than once.  Time entries are edited for accuracy, to eliminate and correct errors (*i.e.*, time charged to the wrong project code), and for clarity.  Copies of all Prior Monthly Fee Applications and Prior Interim Applications are available by on the docket or by written request to BDO.

### Status Of Prior Interim Applications

9.    Pursuant to the Administrative Order, on December 17, 2007 BDO filed its first interim application for the period from August 14, 2007 through October 31, 2007 [Dkt. No. 2414], seeking approval of interim allowance of compensation for actual and necessary professional services rendered in the amount of $307,193.00 and reimbursement of reasonable and necessary expenses incurred in the amount of $335.00 (the "*First Interim Application*").  On January 15, 2008, this Court duly signed an order [Dkt. No. 2725] (the "*First Interim Order*"), pursuant to which BDO was awarded interim compensation for fees in the amount of $307,193.00 and expenses in the amount of $335.00.   BDO has been paid $300,000.00 of fees and $335.00 of expenses awarded in the First Interim Application.  Pursuant to a verbal agreement with the Committee, BDO agreed to defer payment of any compensation over $300,000 incurred during the first three (3) calendar months of the case until the end of the case at which time payment of such amount will be requested in a final application.  BDO deferred payment in the amount of $7,193.00 (the "*Deferred Compensation*"), by this Final Application, BDO seeks approval and payment of the Deferred Compensation.

10.    On March 20, 2008, BDO filed its second interim application for the period from November 1, 2007 through January 31, 2008 [Dkt. No. 3375], seeking approval of interim

4

allowance of compensation for actual and necessary professional services rendered in the amount of $248,120.50 and reimbursement of reasonable and necessary expenses incurred in the amount of $86.10 (the "*Second Interim Application*").   On April 14, 2008, this Court duly signed an order [Dkt. No. 3695] (the "*Second Interim Order*"), pursuant to which BDO was awarded interim compensation for fees in the amount of $248,120.50 and expenses in the amount of $86.10.   BDO has been paid 100% of fees and expenses awarded in the Second Interim Application.

11.   On June 18, 2008, BDO filed its third interim application for the period from February 1, 2008 through April 30, 2008 [Dkt. No. 4710], seeking approval of interim allowance of compensation for actual and necessary professional services rendered in the amount of $442,207.25 and reimbursement of reasonable and necessary expenses incurred in the amount of $761.71 (the "*Third Interim Application*").   On September 2, 2008, this Court duly signed an order [Dkt. No. 5563] (the "*Third Interim Order*"), pursuant to which BDO was awarded interim compensation for fees in the amount of $442,207.25 and expenses in the amount of $761.71. BDO has been paid 100% of fees and expenses awarded in the Third Interim Application.

12.   On September 18, 2008, BDO filed its fourth interim application for the period from May 1, 2008 through July 31, 2008 [Dkt. No. 5950], seeking approval of interim allowance of compensation for actual and necessary professional services rendered in the amount of $472,026.25 and reimbursement of reasonable and necessary expenses incurred in the amount of $323.85 (the "*Fourth Interim Application*").   On October 23, 2008, this Court duly signed an order [Dkt. No. 6446] (the "*Fourth Interim Order*"), pursuant to which BDO was awarded interim compensation for fees in the amount of $472,026.25 and expenses in the amount of $323.85.    BDO has been paid 100% of fees and expenses awarded in the Fourth Interim Application.

13.     On December 16, 2008, BDO filed its fifth interim application for the period from August 1, 2008 through October 31, 2008 [Dkt. No. 6722], seeking approval of interim allowance of compensation for actual and necessary professional services rendered in the amount of $395,045.50 and reimbursement of reasonable and necessary expenses incurred in the amount of $3,037.37 (the "*Fifth Interim Application*").   On January 13, 2009, this Court duly signed an order [Dkt. No. 6838] (the "*Fifth Interim Order*"), pursuant to which BDO was awarded interim compensation for fees in the amount of $395,045.50 and expenses in the amount of $3,037.37. BDO has been paid 100% of fees and expenses awarded in the Fifth Interim Application.

14.     On March 17, 2009, BDO filed its sixth interim application for the period from November 1, 2008 through January 31, 2009 [Dkt. No. 7114], seeking approval of interim allowance of compensation for actual and necessary professional services rendered in the amount of $346,684.75  and reimbursement of reasonable and necessary expenses incurred in the amount of $4,709.58 (the "*Sixth Interim Application*").   On June 5, 2009, this Court duly signed an order [Dkt. No. 7503] (the "*Sixth Interim Order*"), pursuant to which BDO was awarded interim compensation for fees in the amount of $346,684.75 and expenses in the amount of $4,709.58. BDO has been paid 100% of fees and expenses awarded in the Sixth Interim Application.

15.     On June 15, 2009, BDO filed its seventh interim application for the period from February 1, 2009 through April 30, 2009 [Dkt. No. 7526], seeking approval of interim allowance of compensation for actual and necessary professional services rendered in the amount of $460,414.00 and reimbursement of reasonable and necessary expenses incurred in the amount of $6,126.80 (the "*Seventh Interim Application*").   On August 11, 2009, this Court duly signed an order [Dkt. No. 7938] (the "*Seventh Interim Order*"), pursuant to which BDO was awarded interim compensation for fees in the amount of $460,414.00 and expenses in the amount of

$6,126.80.  BDO has been paid 100% of fees and expenses awarded in the Seventh Interim Application.

16.     On September 17, 2009, BDO filed its eighth interim application for the period from May 1, 2009 through July 31, 2009 [Dkt. No. 8074], seeking approval of interim allowance of compensation for actual and necessary professional services rendered in the amount of $401,485.50  and reimbursement of reasonable and necessary expenses incurred in the amount of $5,220.09 (the "*Eighth Interim Application*").  On October 14, 2009 this Court duly signed an order [Dkt. No. 8179] (the "*Eighth Interim Order*"), pursuant to which BDO was awarded interim compensation for fees in the amount of $401,485.50 and expenses in the amount of $5,220.09.  BDO has been paid 100% of fees and expenses awarded in the Eighth Interim Application.

17.     On December 14, 2009, BDO filed its ninth interim application for the period from August 1, 2009 through October 31, 2009 [Dkt. No. 8416], seeking approval of interim allowance of compensation for actual and necessary professional services rendered in the amount of $272,441.50 and reimbursement of reasonable and necessary expenses incurred in the amount of $5,121.33 (the "*Ninth Interim Application*").  On March 10, 2010, this Court duly signed an order [Dkt. No. 8676] (the "*Ninth Interim Order*"), pursuant to which BDO was awarded interim compensation for fees in the amount of $272,441.50 and expenses in the amount of $5,121.33.  BDO has been paid 100% of fees and expenses awarded in the Ninth Interim Application.

18.     On March 19, 2010, BDO filed its tenth interim application for the period from November 1, 2009 through January 31, 2010 [Dkt. No. 8705], seeking approval of interim allowance of compensation for actual and necessary professional services rendered in the amount of $140,434.00 and reimbursement of reasonable and necessary expenses incurred in the amount of $5,643.45 (the "*Tenth Interim Application*").  On May 4, 2010, this Court duly signed an order

[Dkt. No. 8820] (the "*Tenth Interim Order*"), pursuant to which BDO was awarded interim compensation for fees in the amount of $140,434.00 and expenses in the amount of $5,643.45. BDO has been paid 100% of fees and expenses awarded in the Tenth Interim Application.

19.     On June 15, 2010, BDO filed its eleventh interim application for the period from February 1, 2010 through April 30, 2010 [Dkt. No. 8910], seeking approval of interim allowance of compensation for actual and necessary professional services rendered in the amount of $202,770.00 and reimbursement of reasonable and necessary expenses incurred in the amount of $5,148.72 (the "*Eleventh Interim Application*").   On July 19, 2010, this Court duly signed an order [Dkt. No. 9027] (the "*Eleventh Interim Order*"), pursuant to which BDO was awarded interim compensation for fees in the amount of $202,770.00 and expenses in the amount of $5,148.72.   BDO has been paid 100% of fees and expenses awarded in the Eleventh Interim Application.

20.     On September 13, 2010, BDO filed its twelfth interim application for the period from May 1, 2010 through July 31, 2010 [Dkt. No. 9212], seeking approval of interim allowance of compensation for actual and necessary professional services rendered in the amount of $155,391.25 and reimbursement of reasonable and necessary expenses incurred in the amount of $5,078.18 (the "*Twelfth Interim Application*").   On October 20, 2010, this Court duly signed an order [Dkt. No. 9360] (the "*Twelfth Interim Order*"), pursuant to which BDO was awarded interim compensation for fees in the amount of $155,391.25 and expenses in the amount of $5,078.18.   BDO has been paid 100% of fees and expenses awarded in the Twelfth Interim Application.

21.     On December 15, 2010, BDO filed its thirteenth interim application for the period from August 1, 2010 through October 31, 2010 [Dkt. No. 9568], seeking approval of interim allowance of compensation for actual and necessary professional services rendered in the amount

of $146,712.75and reimbursement of reasonable and necessary expenses incurred in the amount of $5,253.99 (the "*Thirteenth Interim Application*").  On January 11, 2011, this Court duly signed an order [Dkt. No. 9657] (the "*Thirteenth Interim Order*"), pursuant to which BDO was awarded interim compensation for fees in the amount of $146,712.75 and expenses in the amount of $5,253.99.  BDO has been paid 80% of fees and 100% expenses awarded in the Thirteenth Interim Application.

22.    BDO filed its thirty-eighth monthly fee application [Dkt. No. 9590] on December 22, 2010, pursuant to which BDO sought payment of 80% of the total compensation, $63,311.50 and 100% reimbursement of expenses expended by BDO, $1,616.62, for the period of November 1, 2010 through November 30, 2010, the Fourteenth Interim Period.  Upon receiving no timely objections, on January 25, 2011, Blank Rome filed a Certificate of No Objection with the Court on behalf of BDO [Dkt. No. 9695].  BDO has not been paid for the Fourteenth Interim Period. By this Final Application, BDO seeks this Court's final approval for (a) compensation for services rendered during the Fourteenth Interim Period from November 1, 2010 through November 30, 2010; (b) reimbursement for certain expenses incurred during the Fourteenth Interim Period.

23.    A summary schedule of the time expended during the Fourteenth Interim Period by all professionals and paraprofessionals engaged as financial advisor to the Committee is attached hereto and marked **Exhibit A**.  The same information for the rest of the Final Period is available as Exhibits A to the Prior Interim Applications.

24.    A summary of the services covered during the Fourteenth Interim Period, together with a summary of hours and fees categorized by project code, are attached hereto as **Exhibit B**. The same information for the rest of the Final Period is available as Exhibits B to the Prior Interim Applications.

9

25.      A summary schedule and details of the out-of-pocket expenses incurred by BDO during the Fourteenth Interim Period is attached hereto and marked **Exhibit C.**  The same information for the rest of the Final Period is available as Exhibits C to the Prior Interim Applications.

26.      The total number of hours expended by BDO professionals and paraprofessionals in performing professional services for the Committee during the Fourteenth Interim Period was 193.3 hours at an average billing rate of approximately $327.53 per hour.  During the Final Period, BDO professionals spent 13,333.3 hours performing services for the Committee at an average billing rate of approximately $304.07 per hour.  The value of these services has been computed at the rates BDO customarily charges for similar services provided to other clients.

27.      BDO submits that the services rendered were actual and necessary, that the compensation sought herein is reasonable and in accordance with the standards of section 330 of the Bankruptcy Code and the expenses for which reimbursement is sought were actual and necessary.  Moreover, BDO has reviewed the requirements of Del. Bankr. LR 2016-2, and the Administrative Order, and believes that this Final Application complies with that rule and that order.

28.      BDO seeks this Court's final approval for (a) compensation for services rendered during the Fourteenth Interim Period from November 1, 2010 through November 30, 2010; (b) reimbursement for certain expenses incurred during the same Fourteenth Interim Period; (c) final approval of compensation for professional services rendered for the Final Period from August 14, 2007 through November 30, 2010; (d) final approval of expenses incurred during the same Final Period; and (e) an order requesting the Debtor to pay any outstanding unpaid amounts for such period.

29.     A copy of this Final Application will be served by Blank Rome upon the Debtor and the Notice Parties as defined in the Administrative Order.  A copy of the Notice (only) of this Final Application will be served by Blank Rome upon those parties listed on the 2002 Service List.

WHEREFORE, BDO respectfully requests that this Court (i)  authorize compensation in the amount of $63,311.50 as compensation for necessary services rendered and $1,616.62 for reimbursement of actual and necessary expenses incurred during the Fourteenth Interim Period from November 1, 2010 through November 30, 2010; and (ii) that the Court grant final approval of fees in the total amount of $4,054,237.75 as compensation for necessary services rendered and $48,462.79 for reimbursement of actual and necessary expenses incurred during the Final Period from August 14, 2007 through November 30, 2010 for a total final allowance of $4,102,700.54; and (iii) authorize and direct the Debtors to pay BDO all outstanding amounts owed; and (iv) that the Court requests such other and further relief as this Court may deem just and proper.

Dated: January 31, 2011

**BDO USA, LLP**

David E. Berliner
Partner
135 West 50th Street, 20th Floor
New York, N.Y. 10020
Telephone Number:   (212) 885-8001
Facsimile Number:   (212) 515-2599

Financial Advisor for the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al.

Sworn and subscribed to before
me this 31 day of January, 2011

Notary Public

MARGARET ADAMS
Notary Public, State of New York
No. 01AD 4776353
Qualified in Kings County
Commission Expires February 28, 2011

11

**Exhibit A**

**AMERICAN HOME MORTGAGE**
**Time Summary**
**November 1, 2010 to November 30, 2010**

| Professional | Category | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| DAVID E BERLINER | PARTNER | 18.4 | 650.00 | 11,960.00 |
| MICHELE MICHAELIS | DIRECTOR | 22.7 | 475.00 | 10,782.50 |
| MATTHEW J STEWART | SENIOR | 137.1 | 275.00 | 37,702.50 |
| JERRY D'AMATO III | SENIOR | 1.1 | 240.00 | 264.00 |
| REBECCA NACHMANI | SENIOR | 7.0 | 225.00 | 1,575.00 |
| NAUSHON E VANDERHOOP | SENIOR | 0.3 | 200.00 | 60.00 |
| MIGDALIA GOMEZ | PARA-PROF. | 3.7 | 150.00 | 555.00 |
| | **SUBTOTAL:** | **190.3** | | **$62,899.00** |
| TRAVEL TIME: Billed @ ½ rate | | | | |
| MATTHEW J STEWART | SENIOR | 3.0 | 137.50 | 412.50 |
| | **SUBTOTAL:** | **3.0** | | **412.50** |
| | **TOTAL:** | **193.3** | | **$63,311.50** |

**Exhibit B**

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2010 to November 30, 2010

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| A. | ACCOUNTS PAYABLE | 39.0 | $11,415.00 |
| | Reviewed updated claims analysis received from Debtors. Prepared reports for Committee on analysis of claims. | | |
| B. | PREFERENCE ANALYSIS | 2.9 | 1,007.50 |
| | Responded to requests for information from counsel related to various individual preference defendants. | | |
| C. | LITIGATION CONSULTING | 6.1 | 2,620.00 |
| | Special investigative work related to D&T and other litigation matters. | | |
| D. | MEETINGS – DEBTOR | 52.7 | 16,932.50 |
| | Meetings, discussions and correspondence with Debtors' management, key personnel and professionals related to claims issues, cash flow forecasts, cash needed to go effective, Liquidating Trust and other current issues. | | |
| E. | REPORT PREPARATION | 24.0 | 8,520.00 |
| | Preparation of update reports to the Creditors' Committee and Liquidating Trustee. | | |
| F. | MEETINGS WITH CREDITORS | 4.3 | 1,630.00 |
| | Prepared for and attended meetings of Creditors' Committee or met with Liquidating Trustee. | | |
| G. | BUSINESS ANALYSIS | 51.4 | 17,139.00 |
| | Analyzed Debtors' actual versus budgeted cash flows, cash flow projections, cash needed to go effective, estimated unsecured creditor recovery, and other financial results. Reviewed and analyzed motions and objections filed with the Court. Reviewed and updated analysis regarding professional fee information. Findings were conveyed to Counsel and the Committee. | | |
| H. | COUNSEL DISCUSSIONS & COURT HEARINGS | 5.2 | 2,565.00 |
| | Consulted with Counsel regarding all pertinent matters related to ongoing work related to the Debtors' cash flow, Effective Date issues; Committee report preparation and meetings; business analyses; and various other open case issues. | | |

**Exhibit B**

|  | | HOURS | AMOUNT |
|---|---|---|---|
| I. | FEE APPLICATIONS / MONTHLY STATEMENTS<br>Preparation and review of monthly data for submission to the Debtor and other interested parties.    Preparation and review of monthly fee application and interim application. | 4.7 | 1,070.00 |
| | **SUBTOTAL** | **190.3** | **62,899.00** |
| J. | TRAVEL TIME<br>Professional time expended on travel, billed at one half the hourly rate of each professional. | 3.0 | 412.50 |
| | **SUBTOTAL** | **3.0** | **412.50** |
| | **TOTAL:** | **193.3** | **$63,311.50** |

**Exhibit C**

American Home Mortgage Holdings, Inc.
Schedule of Expenses
November 1, 2010 through November 30, 2010

1.  PHOTOCOPYING
    a.  Internal
    b.  External

2.  TELECOMMUNICATIONS
    a.  Toll Charges
    b.  Facsimile

3.  COURIER, FRIEGHT AND POSTAL SERVICES
    *For overnight and hand delivery to Counsel
    and Committee members*

4.  COURT REPORTER AND TRANSCRIPTS

5.  TECHNOLOGY SERVICES – *Concordance Database*          $1,500.00
    *Monthly Hosting Fee*

6.  OUT-OF-TOWN TRAVEL
    a.  Transportation                                        109.50
    b.  Lodging
    c.  Meals                                                   7.12

7.  OUTSIDE SERVICES

8.  LOCAL MEALS

9.  LOCAL TRANSPORTATION, TOLLS, MILEAGE
    AND PARKING – for cabs to/from meetings, car service
    *for employees working after 8:00 p.m. and local mileage
    using personal auto*

10. MISCELLANEOUS – *Publications/Subscriptions*

    **TOTAL**                                              $1,616.62

1

**Exhibit C**

**American Home Mortgage**
Fourteenth Interim Expense Details
November 1, 2010 through November 30, 2010 (by Accounting Date)

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---|---|
| 10/07/10 | 11/05/10 | Stewart,Matthew | Travel | $55.00 | Travel to and from Melville Long Island (normal commute by train) - Mileage. |
| 10/07/10 | 11/05/10 | Stewart,Matthew | Travel | 16.00 | Cab from Melville train to office. |
| 10/07/10 | 11/05/10 | Stewart,Matthew | Travel Meals | 7.12 | AHM - Meal - Out of Town/self (at clients). |
| 11/17/10 | 11/22/10 | Michaelis,Michele | Travel | 15.50 | Train ticket to Melville, Long Island. |
| 11/17/10 | 11/22/10 | Michaelis,Michele | Travel | 10.00 | Cab from Melville train to office. |
| 11/17/10 | 11/22/10 | Michaelis,Michele | Travel | 13.00 | Cab to Penn Station at 7:00am. |
| 11/30/10 | 11/30/10 | Berliner,David | Technology | 1,500.00 | Concordance Database Monthly Hosting Fee |

TOTAL:        $1,616.62

Travel             $109.50
Travel Meals          7.12
Technology        1,500.00
TOTAL:        $1,616.62