**Exhibit A**

**AMERICAN HOME MORTGAGE**
**Time Summary**
**November 1, 2010 to November 30, 2010**

| Professional | Category | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| DAVID E BERLINER | PARTNER | 18.4 | 650.00 | 11,960.00 |
| MICHELE MICHAELIS | DIRECTOR | 22.7 | 475.00 | 10,782.50 |
| MATTHEW J STEWART | SENIOR | 137.1 | 275.00 | 37,702.50 |
| JERRY D'AMATO III | SENIOR | 1.1 | 240.00 | 264.00 |
| REBECCA NACHMANI | SENIOR | 7.0 | 225.00 | 1,575.00 |
| NAUSHON E VANDERHOOP | SENIOR | 0.3 | 200.00 | 60.00 |
| MIGDALIA GOMEZ | PARA-PROF. | 3.7 | 150.00 | 555.00 |
| | **SUBTOTAL:** | **190.3** | | **$62,899.00** |
| TRAVEL TIME: Billed @ ½ rate | | | | |
| MATTHEW J STEWART | SENIOR | 3.0 | 137.50 | 412.50 |
| | **SUBTOTAL:** | **3.0** | | **412.50** |
| | **TOTAL:** | **193.3** | | **$63,311.50** |

1

**Exhibit B**

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### November 1, 2010 to November 30, 2010

|    |                                         | HOURS | AMOUNT      |
|----|-----------------------------------------|-------|-------------|
| A. | ACCOUNTS PAYABLE                        | 39.0  | $11,415.00  |

Reviewed updated claims analysis received from Debtors. Prepared reports for Committee on analysis of claims.

| B. | PREFERENCE ANALYSIS | 2.9 | 1,007.50 |
|----|---------------------|-----|----------|

Responded to requests for information from counsel related to various individual preference defendants.

| C. | LITIGATION CONSULTING | 6.1 | 2,620.00 |
|----|-----------------------|-----|----------|

Special investigative work related to D&T and other litigation matters.

| D. | MEETINGS – DEBTOR | 52.7 | 16,932.50 |
|----|-------------------|------|-----------|

Meetings, discussions and correspondence with Debtors' management, key personnel and professionals related to claims issues, cash flow forecasts, cash needed to go effective, Liquidating Trust and other current issues.

| E. | REPORT PREPARATION | 24.0 | 8,520.00 |
|----|--------------------|------|----------|

Preparation of update reports to the Creditors' Committee and Liquidating Trustee.

| F. | MEETINGS WITH CREDITORS | 4.3 | 1,630.00 |
|----|-------------------------|-----|----------|

Prepared for and attended meetings of Creditors' Committee or met with Liquidating Trustee.

| G. | BUSINESS ANALYSIS | 51.4 | 17,139.00 |
|----|-------------------|------|-----------|

Analyzed Debtors' actual versus budgeted cash flows, cash flow projections, cash needed to go effective, estimated unsecured creditor recovery, and other financial results. Reviewed and analyzed motions and objections filed with the Court. Reviewed and updated analysis regarding professional fee information. Findings were conveyed to Counsel and the Committee.

| H. | COUNSEL DISCUSSIONS & COURT HEARINGS | 5.2 | 2,565.00 |
|----|--------------------------------------|-----|----------|

Consulted with Counsel regarding all pertinent matters related to ongoing work related to the Debtors' cash flow, Effective Date issues; Committee report preparation and meetings; business analyses; and various other open case issues.

2            **Exhibit B**

|  |  | HOURS | AMOUNT |
|---|---|---:|---:|
| I. | FEE APPLICATIONS / MONTHLY STATEMENTS | 4.7 | 1,070.00 |
|  | Preparation and review of monthly data for submission to the Debtor and other interested parties. Preparation and review of monthly fee application and interim application. |  |  |
|  | **SUBTOTAL** | **190.3** | **62,899.00** |
| J. | TRAVEL TIME | 3.0 | 412.50 |
|  | Professional time expended on travel, billed at one half the hourly rate of each professional. |  |  |
|  | **SUBTOTAL** | **3.0** | **412.50** |
|  | **TOTAL:** | **193.3** | **$63,311.50** |

**Exhibit C**

American Home Mortgage Holdings, Inc.
Schedule of Expenses
November 1, 2010 through November 30, 2010

1. PHOTOCOPYING
   a. Internal
   b. External

2. TELECOMMUNICATIONS
   a. Toll Charges
   b. Facsimile

3. COURIER, FRIEGHT AND POSTAL SERVICES
   *For overnight and hand delivery to Counsel*
   *and Committee members*

4. COURT REPORTER AND TRANSCRIPTS

5. TECHNOLOGY SERVICES – *Concordance Database*         $1,500.00
   *Monthly Hosting Fee*

6. OUT-OF-TOWN TRAVEL
   a. Transportation                                     109.50
   b. Lodging
   c. Meals                                                7.12

7. OUTSIDE SERVICES

8. LOCAL MEALS

9. LOCAL TRANSPORTATION, TOLLS, MILEAGE
   AND PARKING – for cabs to/from meetings, car service
   *for employees working after 8:00 p.m. and local mileage*
   *using personal auto*

10. MISCELLANEOUS – *Publications/Subscriptions*

    **TOTAL**                                           **$1,616.62**

1

**Exhibit C**

**American Home Mortgage**
Fourteenth Interim Expense Details
November 1, 2010 through November 30, 2010 (by Accounting Date)

| Transaction Date | Accounting Date | Name | Description | Billable Expenses | Notes |
|---|---|---|---|---|---|
| 10/07/10 | 11/05/10 | Stewart,Matthew | Travel | $55.00 | Travel to and from Melville Long Island (normal commute by train) - Mileage. |
| 10/07/10 | 11/05/10 | Stewart,Matthew | Travel | 16.00 | Cab from Melville train to office. |
| 10/07/10 | 11/05/10 | Stewart,Matthew | Travel Meals | 7.12 | AHM - Meal - Out of Town/self (at clients). |
| 11/17/10 | 11/22/10 | Michaelis,Michele | Travel | 15.50 | Train ticket to Melville, Long Island. |
| 11/17/10 | 11/22/10 | Michaelis,Michele | Travel | 10.00 | Cab from Melville train to office. |
| 11/17/10 | 11/22/10 | Michaelis,Michele | Travel | 13.00 | Cab to Penn Station at 7:00am. |
| 11/30/10 | 11/30/10 | Berliner,David | Technology | 1,500.00 | Concordance Database Monthly Hosting Fee |
| | | | TOTAL: | $1,616.62 | |

| | |
|---|---|
| Travel | $109.50 |
| Travel Meals | 7.12 |
| Technology | 1,500.00 |
| TOTAL: | $1,616.62 |

2