IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | **Objection Deadline: March 17, 2011 at 4:00 p.m.** |
| | : | **Hearing Date:  To Be Determined** |

**FINAL APPLICATION OF NORTHWEST TRUSTEE SERVICES, INC.
FOR ALLOWANCE AND APPROVAL OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
FORECLOSURE PROFESSIONALS TO THE DEBTORS-IN-POSSESSION
FOR THE PERIOD FROM AUGUST 6, 2007 THROUGH APRIL 10, 2008**

| | |
|---|---|
| Name of Applicant: | Northwest Trustee Services, Inc. |
| Authorized to Provide Professional Services to: | American Home Mortgage Corporation, a Delaware corporation, *et al.* |
| Date of Retention: | *nunc pro tunc* August 6, 2007 |
| Period for which compensation and reimbursement is sought: | August 6, 2007 through April 10, 2008 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $869,023.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $2,126,346.49 |

This is an: ___ interim  X  final application

1

**ATTACHMENT TO FINAL APPLICATION**

|  |  | Requested from Monthly Statements** | |
|---|---|---|---|
| Date Filed | Period Covered | Fees Requested | Foreclosure Costs Requested |
| 12/14/07 [DI 2391] | 8/6/07 to 8/31/07 | $26,775.00 | $50,166.02 |
| 12/14/07 [DI 2392] | 9/1/07 to 9/30/07 | $27,025.00 | $41,425.36 |
| 12/14/07 [DI 2394] | 10/1/07 to 10/31/07 | $64,217.50 | $131,663.45 |
| 12/28/07 [DI 2551] | 11/1/07 to 11/30/07 | $119,250.00 | $289,949.17 |
| 2/4/08 [DI 2879] | 12/1/07 to 12/31/07 | $83,125.00 | $210,678.53 |
| 3/5/08 [DI 3169] | 1/1/08 to 1/31/08 | $177,641.00 | $458,011.24 |
| 3/5/08 [DI 3170] | 2/1/08 to 2/28/08 | $117,955.00 | $307,407.16 |
| 4/23/08 [DI 3815] | 3/1/08 to 3/31/08 | $183,550.00 | $457,874.17 |
| 5/20/08 [DI 4102] | 4/1/08 to 4/10/08 | $69,485.00 | $179,171.39 |

** Attached hereto as Exhibit A are detailed spreadsheets relating to the fees and Foreclosure Costs requested by NWTS during each of the monthly fee periods covered by this Final Fee Application. The spreadsheets include the total amount of fees and Foreclosure Costs requested by NWTS, the amounts of fees and Foreclosure Costs allowed by the Court, the amounts of fees and costs subject to a continuing objection by the Debtors, and payment information.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | **Objection Deadline: March 17, 2011 at 4:00 p.m.** |
| | : | **Hearing Date: To Be Determined** |

**FINAL APPLICATION OF NORTHWEST TRUSTEE SERVICES, INC. FOR ALLOWANCE AND APPROVAL OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE PROFESSIONALS TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD FROM AUGUST 6, 2007 THROUGH APRIL 10, 2008**

Northwest Trustee Services, Inc. ("NWTS"), a "foreclosure professional" retained in the above-captioned case by the above-captioned debtors ("Debtors"), hereby submits this final application ("Application") for allowance and approval of its fees and reimbursement of its expenses pursuant to sections 330 and 331 of title 11 of the United States Code ("Bankruptcy Code") for foreclosure services performed and expenses incurred on behalf of the Debtors during the period commencing August 6, 2007 through and including April 10, 2008 ("Final Fee Period"). In support of its Application, NWTS respectfully represents as follows:

### Jurisdiction

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. The statutory predicates for the relief sought herein are sections 328(a) and 330 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

### Background

2. On August 6, 2007 ("Petition Date"), the Debtors each filed a voluntary petition under chapter 11 of the Bankruptcy Code.

3

3. NWTS has extensive experience in handling and prosecuting nonjudicial deed of trust foreclosures and monitoring senior lien foreclosures for mortgage servicing companies ("Foreclosure Services"). Prior to the Petition Date, NWTS provided such Foreclosure Services to the Debtors, primarily in connection with the Debtors' mortgaging services business in California, Nevada, Washington, Oregon and Idaho. The Foreclosure Services were and are provided to the Debtors on a flat fee (plus expenses) basis that is not earned until the successful conclusion of a foreclosure matter.[1] The flat fee charged by NWTS to the Debtors varies by the services performed:

    a. <u>Nonjudicial Foreclosure</u>: NWTS charges a flat fee of $600 to $800 for handling the Debtors' foreclosures, depending upon the state, the loan type and circumstances, plus costs. The flat fee may increase if, after authorization from the Debtors for additional fees, additional issues not contemplated in the referral arise and must be addressed; and

    b. <u>Senior Lien Monitor Fee</u>: NWTS charges a flat fee of $200 to $500.

Additionally, nonjudicial foreclosure costs and expenses ("Foreclosure Costs") actually incurred by NWTS were and are reimbursed by the Debtors upon the conclusion of a foreclosure matter. NWTS advances monies to pay for costs that, under applicable state law, must be incurred to insure that the foreclosure will be deemed valid. The bulk of these costs relate to the following:

    a. <u>Foreclosure Title Report</u>: The cost of the foreclosure title report varies by county and state, but is usually between $700 and $3,000. This cost is based upon the outstanding principal balance of the loan being foreclosed upon. This report, together with the cost of publishing foreclosure notices, is a substantial cost in the foreclosure process.

---

[1] A foreclosure matter concludes when, for example, there has been a sale of the property, reinstatement of the loan or other resolution. A foreclosure matter can also, but not always, be deemed concluded if the borrower and lender have entered into a workout or the borrower has filed bankruptcy. If the foreclosure is "not successful," only expenses actually incurred are charged, but no expenses are discounted or refunded.

   b. <u>Mailing Costs</u>: Mailing costs range from $100 and $300 per foreclosure, assuming, there are no more than ten interested parties to whom mailing is required and a complete, untruncated foreclosure.

   c. <u>Recording Costs</u>: The cost of recording documents such as successor trustee appointments, deed of trust assignments, foreclosure notices and trustee deeds varies by state or county and by the number of pages to be recorded.

   d. <u>Posting of Notices/Process Service</u>: The frequency and cost of this service varies by state, but is usually between $70 and $140 per posting.

   e. <u>Publication of Foreclosure Notices</u>: The cost of this service is usually between $350 and $1,800 per file. This requires publication of foreclosure notices in legally qualified newspapers. The costs of publication vary by newspaper, frequency of publication and length of notice.

Each of the foregoing Foreclosure Costs is charged to the Debtors by NWTS upon completion of the foreclosure matter. Further, with the exception of mailing costs,[2] all Foreclosure Costs are due from NWTS to the applicable third party vendor upon completion of the foreclosure matter.

  4. All of the fees and Foreclosure Costs which Debtors are billed for by NWTS are included among the foreclosure costs recaptured by the Debtors at the conclusion of each foreclosure. Accordingly, the Debtors are directly reimbursed from the proceeds of a successful foreclosure matter for NWTS' fees and expenses.

<u>Allowance of Compensation and Payment Requested</u>

  5. On September 12, 2007, this Court approved the Debtors' retention of NWTS, effective as of the Petition Date, as a foreclosure professional for the purposes of providing the Foreclosure Services to the Debtors.

  6. The *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code* [Docket No. 547] ("Administrative Order") entered

---

[2] NWTS is required to pay mailing costs within thirty days of monthly invoice by the third party mailing vendor.

by this Court on September 3, 2007, permitted NWTS to request interim compensation payment of its fees and expenses on a monthly basis from the Debtors, and authorized the Debtors to pay an amount equal to 80% of such fees and 100% of such expenses. This Administrative Order was subsequently modified by the Court on February 15, 2008 to, among other things, eliminate the 20% holdback. *See Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate Brokers Utilized in the Ordinary Course and Granting Limited Nunc Pro Tunc Relief* [Docket No. 2985]. The Administrative Order required the Court to approve and allow such interim compensation requests and payments on a quarterly basis.

### A. Monthly and Quarterly Fee Applications

#### i. August 6, 2007 through October 31, 2007 ("First Quarterly Period")

7. NWTS filed interim monthly fee applications ("Monthly Fee Applications") for the period of (a) August 6, 2007 through August 31, 2007 ("First Fee Period"), (b) September 1, 2007 through September 30, 2007 ("Second Fee Period") and (c) October 1, 2007 through October 31, 2007 ("Third Fee Period") as follows:

    a.    NWTS filed and served its *First Monthly Interim Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period of August 6, 2007 through August 31, 2007* [Docket No. 2391] ("First Monthly Application") on December 14, 2007. In its First Monthly Application, NWTS requested payment from the Debtors in the amount of $71,586.02 ("First Interim Amount"), which represented (a) 80% of the fees earned by NWTS during the First Fee Period (i.e., $21,420 of $26,775.00) and (b) 100% of the Foreclosure Costs incurred by NWTS during the First Fee Period (i.e., $50,166.03).

      b.    NWTS filed and served its *Second Monthly Interim Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period of September 1, 2007 through September 30, 2007* [Docket No. 2392] ("Second Monthly Application") on December 14, 2007. In its Second Monthly Application, NWTS seeks payment from the Debtors in the amount of $63,045.36 ("Second Interim Amount"), which represented (a) 80% of the fees earned by NWTS during the Second Fee Period (i.e., $21,620 of $27,025.00) and (b) 100% of the Foreclosure Costs incurred by NWTS during the Second Fee Period (i.e., $41,426.36).

      c.    NWTS filed and served its *Third Monthly Interim Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period of October 1, 2007 through October 31, 2007* [Docket No. 2394] (Third Monthly Application") on December 14, 2007. In its Third Monthly Application, NWTS seeks payment from the Debtors in the amount of $183,037.45 ("Third Interim Amount"), which represented (a) 80% of the fees earned by NWTS during the Third Fee Period (i.e., $51,374.00 of $64,217.50) and (b) 100% of the Foreclosure Costs incurred by NWTS during the Third Fee Period (i.e., $131,663.45).

9.    On December 17, 2007, NWTS filed its *First Quarterly Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession from August 6, 2007 through October 31, 2007* [Docket No. 2403], which sought approval and allowance, pursuant to sections 330 and 331 of the Bankruptcy Code, of fees in the total amount of $118,017.50 with respect to Foreclosure Services performed for the Debtors, and Foreclosure Costs advanced on behalf of the Debtors in the total amount of $223,254.83

    **iii.**    **November 1, 2007 through January 31, 2008 ("Second Quarterly Period")**

10.    NWTS filed Monthly Fee Applications for the period of (a) November 1, 2007 through November 30, 2007 ("Fourth Fee Period"), (b) December 1, 2007 through

7

December 31, 2007 ("Fifth Fee Period") and (c) January 1, 2008 through January 31, 2008 ("Sixth Fee Period") as follows:

    a.    NWTS filed and served its *Fourth Monthly Interim Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period of November 1, 2007 through November 30, 2007* [Docket No. 2551] ("Fourth Monthly Application") on December 27, 2007. In its Fourth Monthly Application, NWTS requested payment from the Debtors in the amount of $409,199.20 ("Fourth Interim Amount"), which represents (a) fees earned by NWTS during the Fourth Fee Period (i.e., $119,250.00) and (b) Foreclosure Costs incurred by NWTS during the Fourth Fee Period (i.e., $289,949.17).

    b.    NWTS filed and served its *Fifth Monthly Interim Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period of December 1, 2007 through December 31, 2007* [Docket No. 2879] ("Fifth Monthly Application") on February 4, 2008. In its Fifth Monthly Application, NWTS requested payment from the Debtors in the amount of $293,803.50 ("Fifth Interim Amount"), which represents (a) fees earned by NWTS during the Fifth Fee Period ($83,125.00) and (b) Foreclosure Costs incurred by NWTS during the Fifth Fee Period (i.e., $210,678.53).

    c.    NWTS filed and served its *Sixth Monthly Interim Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period of January 1, 2008 through January 31, 2008* [Docket No. 3169] ("Sixth Monthly Application") on March 5, 2008. In its Sixth Monthly Application, NWTS requested payment from the Debtors in the amount of $635,652.20 ("Sixth Interim Amount"), which represents (a) fees earned by NWTS during the Sixth Fee Period (i.e., $177,641.00) and (b) Foreclosure Costs incurred by NWTS during the Sixth Fee Period (i.e., $458,011.24).

11.    On March 17, 2008, NWTS filed its *Second Quarterly Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession from November 1, 2007 through January 31, 2008* [Docket No. 3324], which sought

approval and allowance, pursuant to sections 330 and 331 of the Bankruptcy Code, of fees in the total amount of $380,016 with respect to Foreclosure Services performed for the Debtors by NWTS, and Foreclosure Costs advanced on behalf of the Debtors by NWTS in the total amount of $958,638.90.

   iii. **February 1, 2008 through April 10, 2008 ("Third Quarterly Period")**

12. NWTS filed Monthly Fee Applications for the period of (a) February 1, 2008 through February 28, 2008 ("Seventh Fee Period"), (b) March 1, 2008 through March 31, 2008 ("Eighth Fee Period") and (c) April 1, 2008 through April 30, 2008 ("Ninth Fee Period") as follows:

  a. NWTS filed and served its *Seventh Monthly Interim Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period of February 1, 2008 through February 28, 2008* [Docket No. 3170] ("Fourth Monthly Application") on March 5, 2008. In its Seventh Monthly Application, NWTS requested payment from the Debtors in the amount of $425,362.16 ("Seventh Interim Amount"), which represents (a) fees earned by NWTS during the Seventh Fee Period (i.e., $117,955.00) and (b) Foreclosure Costs incurred by NWTS during the Seventh Fee Period (i.e., $307,407.16).

  b. NWTS filed and served its *Eighth Monthly Interim Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period of March 1, 2008 through March 31, 2008* (" [Docket No. 3815] ("Eighth Monthly Application") on April 23, 2008. In its Eighth Monthly Application, NWTS requested payment from the Debtors in the amount of $641,424.17 ("Eighth Interim Amount"), which represents (a) fees earned by NWTS during the Eighth Fee Period ($183,550.00) and (b) Foreclosure Costs incurred by NWTS during the Eighth Fee Period (i.e., $179,171.39).

  c. NWTS filed and served its *Ninth Monthly Interim Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period of April*

*1, 2008 through April 30, 2008* [Docket No. 4102] ("Ninth Monthly Application") on May 20, 2008. In its Ninth Monthly Application, NWTS requested payment from the Debtors in the amount of $248,656.39 ("Ninth Interim Amount"), which represents (a) fees earned by NWTS during the Ninth Fee Period (i.e., $69,485.00) and (b) Foreclosure Costs incurred by NWTS during the Ninth Fee Period (i.e., $179,171.39).

13. On June 11, 2008, NWTS filed its *Third Quarterly Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession from February 1, 2008 through April 10, 2008* [Docket No. 4524], which sought approval and allowance, pursuant to sections 330 and 331 of the Bankruptcy Code, of fees in the total amount of $370,990.00 with respect to Foreclosure Services performed for the Debtors by NWTS, and Foreclosure Costs advanced on behalf of the Debtors by NWTS in the total amount of $944,452.72 pursuant to sections 330 and 331 of the Bankruptcy Code.

### B.  Objections and Interim Resolution with Debtors and Creditors' Committee

14. The Debtors and the Official Committee of Unsecured Creditors (the "Committee" and jointly with the Debtors, the "Objecting Parties") filed objections to each of the Monthly Fee Applications as well as each of the Quarterly Fee Applications (collectively, the "Objections").[3] *See* Docket Nos. 2605, 2617, 2745, 2746 and 3544.

15. With respect to each of the Monthly Fee Applications, the Objecting Parties did not dispute the fees requested by NWTS, but disputed NWTS's right to receive reimbursement from the Debtors with respect to certain alleged pre-petition

---

[3] After the filing of the Fourth Monthly Application, it was agreed to by the Objecting Parties and NWTS that Objecting Parties objections to certain types of Foreclosure Costs were continuing, and that the Objecting Parties did not need to renew their objections with respect to future fee applications filed by NWTS. As a result, a formal objection does not exist on the Court's docket with respect to each Monthly Fee Application.

Foreclosure Costs (the "Disputed Costs"). The Debtors' objections to NWTS's Second Quarterly Fee Application and the Third Quarterly Fee Application included objections to certain of the fees requested on the grounds that, among others, the fees requested related to loans for which the Debtors transferred servicing rights.

16. In order to resolve the Objections on an interim basis, the Debtors, the Committee and NWTS agreed that the Debtors would pay NWTS the amount of undisputed fees and Foreclosure Costs requested by NWTS in the Fee Applications that were not subject to dispute by the Objecting Parties. *See Order Allowing and Approving Undisputed Fees and Costs Contained in Applications of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-In-Possession* [Docket No. 2857].

17. Beginning with the Fifth Monthly Application, NWTS began including an incremental amount that represented the amount of Foreclosure Costs that were not subject to dispute by the Objecting Parties ("Incremental Amount"). NWTS requested immediate payment from the Debtors for only the fees earned and the Incremental Amount. Pursuant to the procedures agreed to by NWTS and the Objecting Parties, the parties entitled to receive notice of NWTS's fee applications were advised that, in the absence of an objection to the Incremental Amount, NWTS would submit a Certification of Counsel to the Court seeking payment with respect to only the Incremental Amount.

18. NWTS requested approval of the following Incremental Amounts:
    a.    Fifth Fee Period: $215,553.45;
    b.    Sixth Fee Period: $369,053.85;
    c.    Seventh Fee Period: $416,229.54
    d.    Eighth Fee Period: $639,200.20; and
    e.    Ninth Fee Period: $248,644.39.

No objections were filed by any parties to NWTS's requests for payment of the Incremental Amounts. Accordingly, counsel for NWTS filed the requisite Certifications of Counsel on March 5, 2008, May 19, 2008 and June 10, 2008, respectively. *See* Docket Nos. 3168, 4071, 4072, 4074 and 4486.

### C. Resolution of Certain Objections

19. A hearing was held on April 14, 2008 ("Costs Hearing"), to determine whether NWTS was entitled to reimbursement from the Debtors of the Disputed Costs. At the direction of the Court, the parties submitted post-argument briefing to the Court. *See Brief in Support of First and Second Quarterly Applications of Northwest Trustee Services, Inc. for Award of Compensation for Services Rendered and Reimbursement of Expenses* [Docket No. 3957], *Brief of the United States Trustee in Response to the First and Second Quarterly Fee Applications of Northwest Trustee Services, Inc.* [Docket No. 4111]; *Joint Answering Brief Regarding First and Second Quarterly Applications of Northwest Trustee Services, Inc. for Award of Compensation for Services Rendered and Reimbursement of Expenses* [Docket No. 4117]; and *Reply Brief in Support of First and Second Quarterly Applications of Northwest Trustee Services, Inc. for Award of Compensation for Services Rendered and Reimbursement of Expenses* [Docket No. 4347].

20. On October 31, 2008, the Court issued its *Opinion* [Docket No. 6245] ("Opinion"), which found that NWTS was entitled to recover the Disputed Costs under section 330(a)(1)(B) of the Bankruptcy Code, with the exception of mailing costs and expenses actually incurred for those borrowers reinstating their loans prior to the date that NWTS submitted an invoice to the Debtors ("Reimbursable Disputed Costs").

21. On August 21, 2009, the Court entered the *Order Awarding and Directing Payment of Certain Disputed Expenses to Northwest Trustee Services, Inc. in Accordance with Court's Opinion Dated October 31, 2008* [Docket No. 7972] ("Disputed Costs Order"), which approved and authorized payment to NWTS in the sum of $378,038.32, which represents the Reimbursable Disputed Costs with respect to the First and Second Quarterly Periods.

## FINAL ALLOWANCE AND APPROVAL OF FEES AND FORECLOSURE COSTS

22. NWTS respectfully requests that the Court enter an order that: (i) approves and allows, on a final basis, all compensation for professional services rendered to and on behalf of the Committee during the period of August 6, 2007 through April 10, 2008 ("Final Fee Period"); (b) approves and allows on a final basis, subject to the Court's Opinion, all reimbursements of the reasonable and necessary Foreclosure Costs requested by NWTS during the Final Fee Period; (c) directs the Debtors to pay NWTS all remaining amounts of allowed fees and Foreclosure Costs due and owing to NWTS, including, but not limited to, any fees held back from prior payments in accordance with the Interim Compensation Order.[4]

23. NWTS respectfully submits that, the foreclosure services and related expenses that are the subject of this Application were rendered and incurred in connection with these cases, and in discharge of NWTS's professional responsibilities as a foreclosure services provider to the Debtors during this chapter 11 case. NWTS's

---

[4] NWTS is currently holding the amount of $ $292,435.70 in trust, which relates to payments made to NWTS by the Debtors that NWTS was unable to allocate to a specific loan number based upon the remittance submitted by the Debtors. In some instances, the loan number provided by the Debtors on the payment remittance did not match a loan number in NWTS's records. In other instances, the payment remittance provided by the Debtors referenced a loan that was already paid by the Debtors. Upon approval of this Final Fee Application, NWTS will apply the $292,435.70 to reduce the actual amount that is due to NWTS by the Debtors.

13

services have been substantial, necessary, and beneficial to the Debtors, the Debtors' estates and other parties in interest. NWTS believes that the fees and expenses requested by this Application are reasonable and necessary.

24.     Annexed hereto as Exhibit "B" and made part hereof is a Certification of David M. Fennell, Esquire submitted pursuant to section 504 of the Bankruptcy Code.

WHEREFORE, NWTS respectfully requests the entry of an order that: (a) approves and allows, on a final basis, compensation for professional services rendered in the amount of $868,823.50, and reimbursement of Foreclosure Costs in the amount of $2,115,742.13, (c) authorizing the Debtors to pay NWTS the aggregate sum of $2,984,566, less any payments previously made to NWTS pursuant to the Interim Compensation Order as well as any other applicable orders of this Court, and (d) providing such other and further relief as the Court deems just and proper.

Dated: January 31, 2011    CONNOLLY BOVE LODGE & HUTZ LLP

Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
1007 N. Orange Street
P.O. Box 2207 (19899)
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile:  (302) 658-5614
*Counsel to Northwest Trustee Services, Inc.*