## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | Objection Deadline: March 17, 2011 at 4:00 p.m. |
| | : | Hearing Date:  To Be Determined |

## NOTICE OF FINAL APPLICATION OF NORTHWEST TRUSTEE SERVICES, INC. FOR ALLOWANCE AND APPROVAL OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE PROFESSIONALS TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD FROM AUGUST 6, 2007 THROUGH APRIL 10, 2008

PLEASE TAKE NOTICE that Northwest Trustee Services, Inc. has today filed the attached **Final Application of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period of August 6, 2007 through April 10, 2008** (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that responses to the Application, if any, must be filed no later than **4:00 p.m. on March 17, 2011.** At the same time, you must also serve a copy of the response upon the undersigned counsel.

A HEARING ON THE APPLICATION WILL BE HELD ON A DATE AND TIME TO BE DETERMINED BY THE COURT.

IF NO RESPONSES ARE FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 31, 2011

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Jeffrey C. Wisler (#2795)
Christina M. Thompson (#3976)
The Nemours Building
1007 North Orange Street
P.O. Box 2207 (19899)
Wilmington, DE 19801
Telephone: (302) 658-9141
*Attorneys for Northwest Trustee Services, Inc.*