IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, | : | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | **Related to Docket No. _____** |
| | : | |

**ORDER APPROVING FINAL APPLICATION OF NORTHWEST TRUSTEE SERVICES, INC. FOR ALLOWANCE AND APPROVAL OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE PROFESSIONALS TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD FROM AUGUST 6, 2007 THROUGH APRIL 10, 2008**

Upon consideration of the Final Application of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-In-Possession for the Period of August 6, 2007 through April 10, 2008 ("Application"):

IT IS HEREBY ORDERED that:

1. The Application is GRANTED.

2. Northwest Trustee Services, Inc. ("NWTS") is allowed compensation in the amount of $869,023.50 and reimbursement of expenses in the amount of $2,126,346.49 ("Fee Award") on a final basis.

3. The Debtors are authorized to pay the Fee Award, in full, to NWTS, less any payments actually made by the Debtors to NWTS prior to the entry of this Order.

4. This Order shall be effective immediately upon entry.

Dated: _____, 2011    _____
The Honorable Christopher S. Sontchi
United States Bankruptcy Court Judge