## CERTIFICATE OF SERVICE

I, Christina M. Thompson, hereby certify that on the 31st day of January, 2011, I served a true and correct copy of the *Final Application of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors in Possession for the Period From August 6, 2007 Through April 10, 2008* upon the parties listed below in the manner indicated.

_____
Christina M. Thompson (#3976)

**VIA HAND DELIVERY**
Sean M. Beach, Esquire
Patrick A. Jackson, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

**VIA EMAIL and FIRST CLASS MAIL**
Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022
Email:  mindelicato@hahnhessen.com
Email:  eschnitzer@hahnhessen.com

Steven D. Sass, Plan Trustee
AHM Liquidating Trust
Post Office Box 10550
Melville, NY  11747
Email:  Steven.Sass@rmsna.com

M. Jacob Renick, Fee Examiner
NHB Advisors
822 Montgomery Avenue, Suite 204
Narberth, PA  19072
Email:  Jacob.Renick@nhbteam.com

#4189755