IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------
In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

Debtors.
-------------------------------------------------------------

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Re: Docket No. 9725**
:
: **Objections Due By: March 17, 2011 @ 4:00 p.m.**
: **Hearing Date: To Be Determined**

**AMENDED NOTICE OF FINAL APPLICATION OF HAHN & HESSEN LLP, CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 14, 2007 THROUGH NOVEMBER 30, 2010**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On January 31, 2011, the Final Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period of August 14, 2007 through November 30, 2010 ("Final Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). By the Final Application, Hahn & Hessen LLP ("Hahn") seeks entry of an order approving on a final basis for the period of August 14, 2007 through November 30, 2010 the services rendered and expenses incurred by Hahn as co-counsel to the Official Committee of Unsecured Creditors from August 14, 2007 through the conclusion of the bankruptcy cases [$7,924,602.00 (fees) and $216,192.29 (expenses)].

---

[1]   The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.;

Any responses or objections to the Final Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **March 17, 2011 at 4:00 p.m.** (EST). Copies of the Final Application are available upon written request to the undersigned.

A hearing on the Final Application will take place before the Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 at a date and time convenient to the Court.

Dated: January 31, 2011

BLANK ROME LLP

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
Facsimile:   (302) 425-6464

And

Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022
Telephone:  (212) 478-7200
Facsimile:  (212) 478-7400

*Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*

---

American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21951467v.1