# Exhibit A



RECEIVABLE MANAGEMENT SERVICES

307 International Circle, Ste.270
Hunt Valley, MD 21030
Tel: 410-773-4038
Fax: 410-773-4057
Wendy.Finnegan@rmsna.com
www.rmsna.com

Name: Wendy Finnegan
Managing Paralegal

July 2, 2009

James McGinley
Chairman of the Official Committee of Unsecured Creditors
   Of American home Mortgage Holdings, Inc., *et al*.

c/o Wilmington Trust Company
520 Madison Ave., 33rd Floor
New York, NY 10022

Re: American Home Mortgage, Inc. *et al*
    Management, Pursuit and Recovery of Avoidance Actions

Dear James,

This letter proposal, subject to approval by the United States Bankruptcy Court for the District of Delaware, when signed by you in your capacity as Chairman of the Unsecured Creditors Committee (hereinafter, "UCC") will serve as our authorization to assist the UCC by pursuing recovery on the Debtors' claims arising under Chapter 5 of the Bankruptcy Code (the "Avoidance Actions") for the UCC on behalf of the Debtors' estates.

As you may know, The Receivable Management Services Corporation is the largest commercial collection agency in the U.S. We service thousands of customers, ranging in size from the largest global corporations to the smallest "mom and pop" retail operations. We have nearly three thousand (3,000) associates worldwide in our facilities in the U.S., Canada, Mexico, Hong Kong and India. RMS and its predecessor, Dun & Bradstreet RMS, trace their heritage back more than 160 years to the earliest days of credit in the United States. We have more experience working with and for commercial creditors than any other organization in the world. We are known for our service and customer-satisfaction.

To complete our comprehensive suite of services to customers in all areas of credit, collection, litigation and recovery, some years ago we developed a Bankruptcy Services unit that offers a range of services to Debtors or creditors. Our Debtor Services division has been successfully representing

American Home Mortgage Holdings, Inc. Proposal
Page 2

trustees, creditors committees, and, occasionally, debtors' estates to pursue avoidance actions and collect recoveries on a contingent-fee basis. This is an important, but in the view of most creditors, unfortunate requirement of the fiduciary obligation of a committee member to all creditors: where appropriate, recover money for creditors at large from those who received a disproportionate share while not unduly pursuing creditors who have already lost great sums to a Debtors.

The case at hand provides a perfect opportunity for us to do what we do best – pursue the preference recoveries on behalf of the Creditors and convert those into money to distribute to creditors and fund the remaining activities required in the matter (litigation, etc.). Due to our contingent-fee structure, we are quite cost-effective, as <u>we are only paid out of recoveries received</u>.

There are no other fees, with the exception of a modest court-mandated "filing fee" which must be paid on those files where it is determined that suit would be appropriate. In addition, because we have been involved in the case since the outset, we are familiar with all aspects of the case and thus will not have the learning-curve issues that others that might seek to collect preferences would potentially have. These hallmarks of inexperience can both cause delay, and, even worse, at times result in the diminution of the recovery amount in a given case due to a lack of full understanding of the subtleties of arguments made by the other side (the defendants). Our expertly-trained staff, which includes attorneys and paralegals experienced in this type of preference pursuit and the associated negotiation techniques, are perfectly poised in this case to maximize all recoveries due.

After receiving data (as appropriate) from the Debtors and their Financial Advisors as well as the Financial Advisors to the UCC, an updated list of recipients of payments rendered by the Debtors (American Home Mortgage Holdings, Inc. *et al*) within the ninety (90) day period prior to the filing of their bankruptcy petition will be developed or verified. This typically arises from the check register, check copies and other corporate records. Rather than automatically send a letter to everyone who received any check in the ninety-day period as would be recommended by some of our competitors in the hope of "squeezing out a few dollars" from each creditor, it is our view that this is abusive and unnecessary. We build several steps into the process to avoid such action:

[1] Use the records at hand as well as the official Court docket to quickly review the list of payment recipients in the preference period and determine those that clearly have complete or substantially complete defenses (e.g. their contracts were assigned and assumed, or they regularly were pre-paid for their products or services such that pursuing an avoidance action would fail as to the condition precedent of "antecedent debt".)

[2] Where known from the records, determine those whose defenses appear complete or substantially so.

[3] Identify those who, by virtue of the typical mode of doing business in their industry likely had a complete defense – ordinary course or otherwise. (An example of a preference defendant who may fit this last category is an insurance provider.)

American Home Mortgage Holdings, Inc. Proposal
Page 5

Please sign below as our authorization to proceed. If you require additional information or have any questions or concerns, please do not hesitate to contact me directly.

Sincerely,

*Wendy Finnegan* (signature)
Wendy Finnegan

AGREEMENT ACCEPTED AND APPROVED:
American Home Mortgage Holdings, Inc.

By: James McGinley
Managing Director
Wilmington Trust Company
520 Madison Ave., 33rd Floor
New York, NY 10022

Signature: *(signed)*   Date: 7/14/09
Patrick J. Healy
Vice President

cc:
Mark Powers, Esq.
Mark Indelicato, Esq.
Jeffrey Zawadzki, Esq.
Edward Schnitzer, Esq.

Exhibit B

| Preference Defendant | Settlement Amount | RMS Fee (%) | RMS Fee | 9019 Omnibus |
|---|---|---|---|---|
| 197 First Avenue LLC | $ 60,000.00 | 20% | $ 12,000.00 | Fifth |
| Bee Cave Contract, LLC d/b/a Office Furniture Now! | $ 11,500.00 | 25% | $ 2,875.00 | Fifth |
| Brit Fifty West LLC | $ 7,500.00 | 25% | $ 1,875.00 | Fifth |
| Broadridge | $ 45,720.00 | 20% | $ 9,144.00 | Fifth |
| Fairmount Hotel | $ 20,000.00 | 25% | $ 5,000.00 | Fifth |
| Planned Office | $ 2,000.00 | 25% | $ 500.00 | Fifth |
| Vicom Computer Services, Inc. | $ 65,000.00 | 25% | $ 16,250.00 | Fifth |
| West Properties II & III L.P. | $ 7,000.00 | 25% | $ 1,750.00 | Fifth |
| **Fifth Omnibus 9019 Subtotal:** | **$ 218,720.00** | **Subtotal:** | **$ 49,394.00** | |

| Preference Defendant | Settlement Amount | RMS Fee (%) | RMS Fee | 9019 Omnibus |
|---|---|---|---|---|
| Apogee Events, Inc. | $ 8,000.00 | 20% | $ 1,600.00 | Sixth |
| Clayton Services LLC f/k/a Clayton Services, Inc. | $ 50,000.00 | 20% | $ 10,000.00 | Sixth |
| Eastland Sales, Inc, d/b/a Workspace Solutions | $ 5,748.00 | 25% | $ 1,437.00 | Sixth |
| Ellie Mae, Inc. | $ 24,263.00 | 25% | $ 6,065.75 | Sixth |
| Equifax Mortgage Services | $ 25,000.00 | 25% | $ 6,250.00 | Sixth |
| FedEx Corporation | $ 5,000.00 | 20% | $ 1,000.00 | Sixth |
| Google, Inc. | $ 40,000.00 | 25% | $ 10,000.00 | Sixth |
| Ocean Place LLC | $ 34,002.03 | 25% | $ 8,500.51 | Sixth |
| Trusted Force, LLC | $ 2,500.00 | 25% | $ 625.00 | Sixth |
| **Sixth Omnibus 9019 Subtotal:** | **$ 194,513.03** | **Subtotal:** | **$ 45,478.26** | |

| Preference Defendant | Settlement Amount | RMS Fee (%) | RMS Fee | 9019 Omnibus |
|---|---|---|---|---|
| Advisor Centric, Inc. | $ 6,000.00 | 20% | $ 1,200.00 | Seventh |
| Digital Storage Solutions, Inc. | $ 20,000.00 | 15% | $ 3,000.00 | Seventh |
| Diners Club International LTD. | $ 42,000.00 | 25% | $ 10,500.00 | Seventh |
| Eplus Technology, Inc. | $ 15,000.00 | 20% | $ 3,000.00 | Seventh |
| McGraw-Hill Companies d/b/a Standard and Poor's | $ 10,000.00 | 15% | $ 1,500.00 | Seventh |
| PIP, Inc. | $ 18,000.00 | 15% | $ 2,700.00 | Seventh |
| RMIC Corporation | $ 17,171.00 | 15% | $ 2,575.65 | Seventh |
| Robert Half International d/b/a Officeteam | $ 27,000.00 | 15% | $ 4,050.00 | Seventh |
| **Seventh Omnibus 9019 Subtotal:** | **$ 155,171.00** | **Subtotal:** | **$ 28,525.65** | |

| Preference Defendant | Settlement Amount | RMS Fee (%) | RMS Fee | 9019 Omnibus |
|---|---|---|---|---|
| Bellagio, LLC | $ 45,000.00 | 15% | $ 6,750.00 | Eighth |
| Broker Agent Magazine, LLC | $ 5,000.00 | 15% | $ 750.00 | Eighth |
| Chandler Signs L.P. | $ 5,000.00 | 15% | $ 750.00 | Eighth |
| Com-Bell Systems, Inc. | $ 3,500.00 | 15% | $ 525.00 | Eighth |

*Exhibit B*

| Preference Defendant | Settlement Amount | RMS Fee (%) | RMS Fee | 9019 Omnibus |
|---|---|---|---|---|
| Elite Fire Protection, Inc. | $ 15,000.00 | 15% | $ 2,250.00 | Eighth |
| FNC, Inc. | $ 21,500.00 | 15% | $ 3,225.00 | Eighth |
| Frontrange Solutions USA Inc. | $ 36,000.00 | 15% | $ 5,400.00 | Eighth |
| Media Recovery n/k/a Dataspan | $ 11,000.00 | 15% | $ 1,650.00 | Eighth |
| MERS | $ 75,000.00 | 25% | $ 18,750.00 | Eighth |
| Microsoft Corporation d/b/a Microsoft Licensing, GP | $ 48,718.50 | 20% | $ 9,743.70 | Eighth |
| Pitney Bowes Credit Corporation and Pitney Bowes Inc. | $35,000.00 | (Settlement involved the three Pitney matters and in addition to the cash payment of $35,000 (25%) also involved the waiver of admin claims worth between $14,000-$43,000) | $ 8,750.00 | Eighth |
| Protis Executive Innovations | $ 7,500.00 | 15% | $ 1,125.00 | Eighth |
| **Eighth Omnibus 9019 Subtotal:** | **$ 308,218.50** | **Subtotal:** | **$ 59,668.70** | |
| **Preference Defendant** | **Settlement Amount** | **RMS Fee (%)** | **RMS Fee** | **9019 Omnibus** |
| 8965 Eastern, LLC | $ 2,500.00 | 15% | $ 375.00 | Ninth |
| American Security Group | $ 5,000.00 | 15% | $ 750.00 | Ninth |
| Capital Contractors, Inc. | $ 12,000.00 | 15% | $ 1,800.00 | Ninth |
| Corelogic Systems, Inc. | $ 17,000.00 | 15% | $ 2,550.00 | Ninth |
| Innerworkings, Inc. | $ 29,000.00 | 15% | $ 4,350.00 | Ninth |
| Kelly Services, Inc. | $ 5,000.00 | 15% | $ 750.00 | Ninth |
| Manpower, Inc. | $ 8,500.00 | 25% | $ 2,125.00 | Ninth |
| Mortgage Contracting Services, LLC | $ 30,000.00 | 15% | $ 4,500.00 | Ninth |
| Radian Corporation | | (settlement of 3 radian matters) | | Ninth |
| Radian Guaranty, Inc. | | | | Ninth |
| Radian Services, LLC | $ 95,000.00 | 15% | $ 14,250.00 | Ninth |
| The Richard Michael Group, Inc. | $ 20,000.00 | 15% | $ 3,000.00 | Ninth |
| Tribune ND, Inc. f/k/a Newsday, Inc. | $ 4,250.00 | 15% | $ 637.50 | Ninth |
| **Ninth Omnibus 9019 Subtotal:** | **$ 228,250.00** | **Subtotal:** | **$ 35,087.50** | |
| **Preference Defendant** | **Settlement Amount** | **RMS Fee (%)** | **RMS Fee** | **9019 Omnibus** |
| CT Networks, Inc. | $ 5,000.00 | 15% | $ 750.00 | Tenth |
| Della Femina Rothschild | $ 20,000.00 | 15% | $ 3,000.00 | Tenth |

*Exhibit B*

| Preference Defendant | Settlement Amount | RMS Fee (%) | RMS Fee | 9019 Omnibus |
|---|---|---|---|---|
| Drew & Rogers, Inc. | $ 20,000.00 | $20,000.00 (15%) plus waiver of $35,000 allowed admin claim | $ 3,000.00 | Tenth |
| Inco-check, Inc. | $ 6,000.00 | 15% | $ 900.00 | Tenth |
| Nextel Corporaton | $ 14,000.00 | 15% | $ 2,100.00 | Tenth |
| R.J. Foote Floor in Fashion Inc. | $ 10,000.00 | 15% | $ 1,500.00 | Tenth |
| Securitron Systems Inc. d/b/a S-Tron | $ 5,000.00 | 15% | $ 750.00 | Tenth |
| Shred-it USA, Inc. | $ 3,000.00 | 15% | $ 450.00 | Tenth |
| Sourcemedia, Inc. | $ 4,000.00 | 15% | $ 600.00 | Tenth |
| Teem Plumbing & Heating LLC | $ 2,400.00 | 15% | $ 360.00 | Tenth |
| The Metropolitan Companies, Inc. d/b/a Metropolitan Temporaries | $ 15,000.00 | 15% | $ 2,250.00 | Tenth |
| Zensar TD LLC | $ 83,000.00 | 15% | $ 12,450.00 | Tenth |
| **Tenth Omnibus 9019 Subtotal:** | **$ 187,400.00** | **Subtotal:** | **$ 28,110.00** | |

| Preference Defendant | Settlement Amount | RMS Fee (%) | RMS Fee | 9019 Omnibus |
|---|---|---|---|---|
| D.W. Consulting, Inc. | $ 1,000.00 | 15% | $ 150.00 | Eleventh |
| Mortgage Data Management Corporation | $ 5,000.00 | 15% | $ 750.00 | Eleventh |
| Novasoft Information Technology Corp. | $ 34,000.00 | 15% | $ 5,100.00 | Eleventh |
| Qwest | $ 13,750.00 | 15% | $ 2,062.50 | Eleventh |
| Reckson Australia Portfolio Clearing, RNY Australia LPT Corporation, RXR Realty | $ 38,500.00 | 15% | $ 5,775.00 | Eleventh |
| Touch LLC d/b/a Pure | $ 17,500.00 | 15% | $ 2,625.00 | Eleventh |
| Varga Berger Ledsky Hayes & Casey, P.C. | $ 35,000.00 | 15% | $ 5,250.00 | Eleventh |
| Xerox Business Services | $ 25,000.00 | 15% | $ 3,750.00 | Eleventh |
| **Eleventh Omnibus 9019 Subtotal:** | **$ 169,750.00** | **Subtotal:** | **$ 25,462.50** | |

| Preference Defendant | Settlement Amount | RMS Fee (%) | RMS Fee | 9019 Omnibus |
|---|---|---|---|---|
| A-1 Professional Cleaning & Maintenance Services, Inc. | $ 5,000.00 | 15% | $ 750.00 | Twelfth |
| iLinc Communications, Inc. | $ 40,000.00 | 15% | $ 6,000.00 | Twelfth |
| Outsource Solutions, LLC | $ 15,000.00 | 15% | $ 2,250.00 | Twelfth |
| Quantitative Risk Management Incorporated | $ 75,000.00 | 15% | $ 11,250.00 | Twelfth |
| Statseeker | $ 6,490.00 | 15% | $ 973.50 | Twelfth |
| **Twelfth Omnibus 9019 Subtotal:** | **$ 141,490.00** | **Subtotal:** | **$ 21,223.50** | |
| | | **Grand Total:** | **$ 292,950.11** | |