Receivable Management Services Corporation
Hugh Kelly, Senior Vice President of Operations
240 Emery Street
Bethlehem, PA 18015
Telephone Number:  (410) 773-4000
Facsimile Number:  (410) 773-4057

Collections Agent to the Committee

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Case No.    07-11047 (CSS) |
| | ) | |
| American Home Mortgage Holdings, Inc., et al[1] | ) | Chapter 11   Jointly Administered |
| | ) | |
| Debtors. | ) | |

DECLARATION OF HUGH KELLY IN SUPPORT OF
THE FINAL APPLICATION OF THE RECEIVABLE MANAGEMENT SERVICES
CORPORATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
COLLECTION AGENT FOR
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD JULY 1, 2009 TO NOVEMBER 30, 2010

STATE OF PENNSYLVANIA }
                                          }SS:
COUNTY OF LEHIGH        }

I, HUGH KELLY, declare under the penalty of perjury as follows:

1.    I am the Senior Vice President of Operations for the Receivable Management Services
Corporation ("RMS").

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

-1-

2.    I have reviewed RMS' "Final Application for Compensation and Reimbursement of Expenses as Collections Agent to the Official Committee of Unsecured Creditors" (the "Application") for the period July 1, 2009 to November 30, 2010 and this affidavit is submitted in support of the application.

3.    To the best of my knowledge, information and belief formed after reasonable inquiry, the Application complies with the Local Rule 2016-2, and the United States Trustees Guidelines issued April 22, 1995, by the U.S. Department of Justice.

4.    All interested parties have received and are reviewing or have reviewed the application.

5.    In charging for a particular service, RMS does not include the amortization of the cost of any investment equipment or capital outlay.

6.    To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines and the UST Guidelines, except as specifically noted herein and in the application and except to the extent that fees or disbursements sought are prohibited by the Guidelines or the UST Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by RMS and generally accepted by RMS' customers.

7.    For the period of July 1, 2009 to December 31, 2009, RMS received $238,670.76 from, or on behalf, of the Debtors as reimbursement of fees in this Chapter 11 case as Collections Agent to the Committee.

8.    A summary of the fees in this Chapter 11 case, during the period of January 1, 2010 to November 30, 2010 in Exhibit "B" annexed to the Application.  The following is a summary of the total fees incurred by RMS during this application period:

|  | Total Settlements | Total Fees Due |
| --- | --- | --- |
| **5th Omnibus** | $218,720.00 | $49,394.00 |
| **6th Omnibus** | $194,513.03 | $45,478.26 |
| **7th Omnibus** | $155,171.00 | $28,525.65 |
| **8th Omnibus** | $308,218.50 | $59,668.70 |
| **9th Omnibus** | $228,250.00 | $35,087.50 |
| **10th Omnibus** | $187,400.00 | $28,110.00 |
| **11th Omnibus** | $169,750.00 | $25,462.50 |
| **12th Omnibus** | $141,490.00 | $21,223.50 |
| **Totals:** | **$1,603,512.53** | **$292,950.11** |

-2-

10.   I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2011

_____
HUGH KELLY

Sworn and subscribed to before
me this 31 day of January, 2011

_____
Notary Public

NOTARIAL SEAL
APRIL SCHLICHTING
Notary Public
BETHLEHEM CITY, LEHIGH COUNTY
My Commission Expires Jun 12, 2013

-3-