IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
                                                                 :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :  Jointly Administered
                                                                 :
     Debtors.                                                    :
                                                                 x
----------------------------------------------------------------

**FINAL APPLICATION OF LAW OFFICES OF DANIEL C. CONSUEGRA AS
FORECLOSURE SERVICE PROVIDER FOR
DEBTORS AND DEBTORS-IN-POSSESSION FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE FINAL PERIOD FROM August 6, 2007 THROUGH April 30, 2008**

| | |
|---|---|
| Name of Applicant: | **Law Offices of Daniel C. Consuegra** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Period for Which Final Compensation and/or Reimbursement is Sought: | **August 6, 2007 through April 30, 2008** |
| Amount of Final Compensation Sought | **$654,025.00** |
| Amount of Final Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | **$657,615.63** |

This is a Final Fee Application.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 12/4/07, 2278 | 8/6/07-8/31/07 | 3,875.00 | 5,159.00 | 3,875.00 | 5,159.00 |
| 12/5/07, 2299 | 9/1/07-9/30/07 | 71,275.00 | 73,198.50 | 71,275.00 | 73,198.50 |
| 12/13/07, 2381 | 10/1/07-10/31/07 | 53,050.00 | 58,664.32 | 53,050.00 | 58,664.32 |
| 1/2/08, 2562 | 11/1/07-11/30/07 | 59,555.00 | 72,316.11 | 59,555.00 | 72,316.11 |
| 1/23/08, 2766 | 12/1/07-12/31/07 | 88,845.00 | 106,342.16 | 88,845.00 | 106,342.16 |
| 2/28/08, 3123 | 1/1/08-1/31/08 | 73,210.00 | 55,315.50 | 73,210.00 | 55,315.50 |
| 3/27/08, 3462 | 2/1/08-2/29/08 | 75,545.00 | 60,126.34 | 75,545.00 | 60,126.34 |
| 4/28/08, 3877 | 3/1/08-3/31/08 | 148,220.00 | 142,259.01 | 148,220.00 | 142,259.01 |
| 6/12/08, 4560 | 4/1/08-4/30/08 | 80,450.00 | 84,234.69 | 80,450.00 | 84,234.69 |
| **TOTALS** | | **654,025.00** | **657,615.63** | **654,025.00** | **657,615.63** |

YCST01:10560450.1                                                                                                           066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
                                                                   :  Chapter 11
In re:                                                             :
                                                                   :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                             :
HOLDINGS, INC., a Delaware corporation, et al., [2]                :  Jointly Administered
                                                                   :
     Debtors.                                                      :
                                                                   :
------------------------------------------------------------------ x

**FINAL APPLICATION OF LAW OFFICES OF DANIEL C. CONSUEGRA AS
FORECLOSURE SERVICE PROVIDER FOR
DEBTORS AND DEBTORS-IN-POSSESSION FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE FINAL PERIOD FROM August 6, 2007 THROUGH April 30, 2008**

Pursuant to sections 105 and 330 of title 11 of the United States Code (the

"Bankruptcy Code"), the law firm of Law Offices of Daniel C. Consuegra hereby applies to this

Court for an Order awarding it on a final basis reasonable compensation for professional legal

services rendered as counsel to American Home Mortgage Holdings, Inc., *et al.*, (collectively,

the "Debtors") in the amount of $654,025.00, together with reimbursement for actual and

necessary expenses incurred in the amount of $657,615.63 for the period commencing August 6,

2007 through and including April 30, 2008 (the "Final Fee Period"). In support of this

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

application (the "Application"), Law Offices of Daniel C. Consuegra respectfully represents as follows:

1. Law Offices of Daniel C. Consuegra was employed to represent the Debtors as a professional in the ordinary course of the Debtors' business Law Offices of Daniel C. Consuegra's retention was approved through the [Order Approving the Retention and Employment of the Law Offices of Daniel C. Consuegra as Foreclosure Professionals for the Debtors Nunc Pro Tunc to the Petition Date] [Docket No. 2169]. The Order authorized Law Offices of Daniel C. Consuegra to be compensated pursuant to the approved fee structure and to be reimbursed for actual and necessary out-of-pocket expenses.

## REQUEST FOR FINAL APPROVAL

2. By this Application, Law Offices of Daniel C. Consuegra seeks final approval of all fees and expenses incurred in this case from August 6, 2007 through April 30, 2008.

3. Young Conaway Stargatt & Taylor, LLP has previously filed the Interim Quarterly Fee Requests (the "Interim Fee Requests") of the Debtors' Professionals for the period August 6, 2007 through April 30, 2008 on behalf of Law Offices of Daniel C. Consuegra.

4. By this application, Law Offices of Daniel C. Consuegra is requesting final approval of its fees and expenses allowed by the Interim Fee Requests in the amounts previously approved. Accordingly, Law Offices of Daniel C. Consuegra is seeking final approval of fees in the amount of $654,025.00 and expenses in the amount of 657,615.63 for a total of $1,311,640.63. To date, Law Offices of Daniel C. Consuegra has received $1,236,262.76 for its services

5. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of the Debtors' chapter 11 cases (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

WHEREFORE, Law Offices of Daniel C. Consuegra requests final approval and allowance be made to it in the sum of $654,025.00 as compensation for necessary professional services rendered to the Debtors for the Final Fee Period, and the sum of $657,615.63 for reimbursement of actual necessary costs and expenses incurred for the Final Fee Period, and the Court grant such other and further relief as is just and proper.

Dated: January 31, 2011

Daniel C. Consuegra – Managing Partner
9204 King Palm Drive, Tampa, FL 33619

## VERIFICATION

STATE OF FLORIDA )
) SS:
HILLSBOROUG COUNTY )

Daniel C. Consuegra, Esquire, after being duly sworn according to law, deposes and says:

1. I am the Managing Partner in the applicant firm, Law Offices of Daniel C. Consuegra, and have been admitted to the bar of the State of Florida since 1983.

2. I have personally performed many of the legal services rendered by Law Offices of Daniel C. Consuegra as outside corporate counsel for the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

BY: _____
Daniel C. Consuegra, Managing Partner

SWORN TO AND SUBSCRIBED before me this 31st day of January

_____
Notary Public
My Commission Expires: FEB. 15, 2014

AMY HOWLAND
MY COMMISSION # DD955143
EXPIRES February 15, 2014
(407) 398-0153    FloridaNotaryService.com