# EXHIBIT A

**Modified Amount Claims**

## Exhibit A

### Modified Claims

| Name/Address of Claimant | Objectionable Claim | | | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | | |
| ANDRIANO, DOMINICK<br>159 12TH ST<br>BETHPAGE, NY 11714 | 1032 | 9/19/07 | 07-11051 | - (S)<br>- (A)<br>$728.00 (P)<br>- (U)<br>$728.00 (T) | - (S)<br>- (A)<br>$436.76 (P)<br>- (U)<br>$436.76 (T) | Modified to match Debtors' books and records for unused vacation pay owed to the claimant. Claimant is not entitled to sick / personal pay per company policy. |
| BRAUN, DAVID L.<br>14219 E BARBIE LN<br>SCOTTSDALE, AZ 85262 | 5066 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>$2,111.25 (P)<br>- (U)<br>$2,111.25 (T) | - (S)<br>- (A)<br>$2,041.25 (P)<br>- (U)<br>$2,041.25 (T) | Claim relates to unpaid wages. Per the Debtors' books and records, the claimant is owed $2,041.25 for unused vacation pay and the claimant has not provided any documentation supporting a claim for a different amount. As a result, the claim should be modified and reduced to match Debtors' books and records. |
| CAHILL, ANNE C.<br>628 W. 58TH ST.<br>HINSDALE, IL 60521 | 1644 | 10/18/07 | 07-11051 | - (S)<br>- (A)<br>$6,348.81 (P)<br>- (U)<br>$6,348.81 (T) | - (S)<br>- (A)<br>$6,153.81 (P)<br>- (U)<br>$6,153.81 (T) | Claim relates to unpaid commission for two loans. Pursuant to the claimant's commission plan, claimant is due $5,553.75 for loan 1828955 and $600.06 for loan 1831992. The claim should therefore modified and reduced to $6,153.81. |
| DE VREEZE, ERIK<br>711 INDIANAPOLIS AVE NUMBER 1<br>HUNTINGTON BEACH, CA 92648 | 6482 | 12/27/07 | 07-11051 | - (S)<br>- (A)<br>$10,819.00 (P)<br>- (U)<br>$10,819.00 (T) | - (S)<br>- (A)<br>$3,310.10 (P)<br>- (U)<br>$3,310.10 (T) | Claim relates to unpaid wages. The Debtors' books and records indicate the claimant is owed $3,310.10 for carryover vacation and sick / personal time. The amount claimed on account of 2007 unused vacation time was paid to the claimant in their paycheck dated 9/10/07 for period ending 8/31/07. Claimant is also claiming penalties as compensation for the Debtors' purported W.A.R.N. Act violation. However, this claimant is listed as a W.A.R.N. Act claimant in that certain action entitled Koch, et al. v. AHM Corp., et al, Adv. Proc. No. 07-51688 (CSS) (Bankr. Del.) and therefore any payment this claimant is entitled to receive as compensation for this portion of the claim will be paid out through the settlement of the W.A.R.N. Act litigation. Based on the foregoing, the claim should be modified and reduced to $3310.1. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| O'MALLEY, LISA<br>1940 THORNWOOD AVENUE<br>WILMETTE, IL 60091 | 1354 | 10/1/07 | 07-11051 | - (S)<br>- (A)<br>$682.35 (P)<br>- (U)<br>$682.35 (T) | - (S)<br>- (A)<br>$543.60 (P)<br>- (U)<br>$543.60 (T) | Claim relates to unpaid commission for a loan. Pursuant to the claimant's commission plan, claimant is entitled to 60% of fees received by the Debtor after appraisal and credit report costs are deducted. According to its books and records, the Debtor received fees in the amount of $1,137.25, the appraisal cost was $225.00 and the credit report was $6.25. As a result, the claim should be modified and reduced to $543.60 ($1,137.25 - $225 - $6.25 x .6 = $543.60). |
| WALTERS, JANICE M.<br>5631 TRISHLYN COVE<br>FORT WAYNE, IN 46835 | 389 | 9/7/07 | 07-11051 | - (S)<br>- (A)<br>$7,615.38 (P)<br>- (U)<br>$7,615.38 (T) | - (S)<br>- (A)<br>$3,461.54 (P)<br>- (U)<br>$3,461.54 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a max payout of two weeks unused vacation time. As a result, the claim amount should be modified and reduced to $3,461.54, which equals two weeks vacation pay for this claimant. |
| Totals: | 6 Claims | | | - (S)<br>- (A)<br>$28,304.79 (P)<br>- (U)<br>$28,304.79 (T) | - (S)<br>- (A)<br>$15,947.06 (P)<br>- (U)<br>$15,947.06 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed