# EXHIBIT B

**Modified Amount Reclassified Claims**

## Exhibit B

### Modified Amount Reclassified Claims

| Name/Address of Claimant | Objectionable Claim ||||| Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| BARNHART, MARY TERESA<br>5603 CONCORD DR<br>ELDERSBURG, MD 21784 | 682 | 9/12/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$4,038.00 (U)<br>$4,038.00 (T) | - (S)<br>- (A)<br>$1,347.85 (P)<br>- (U)<br>$1,347.85 (T) | Claim relates to payout of unused vacation and sick / personal time. The claimant is not entitled to the sick / personal pay portion of the claim per the Debtor's company policy. Thus, the claim should be modified and reduced to $1347.85 to match amounts owed to claimant on account of unused vacation time per Debtors' books and records. In addition, the allowed portion of this claim should be reclassified to a priority unsecured claim because such portion is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| CONLEY, CAROLYN<br>431 LAYTON AVE<br>PITTSBURGH, PA 15216 | 3446 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,175.00 (U)<br>$2,175.00 (T) | - (S)<br>- (A)<br>$1,673.08 (P)<br>- (U)<br>$1,673.08 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $1,673.08, which equals two weeks vacation pay for this claimant. In addition, the allowed amount should be reclassified as priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| D'ANGELI, LINDA<br>201 TINTON PL<br>EAST NORTHPORT, NY 11731 | 444 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$7,937.51 (U)<br>$7,937.51 (T) | - (S)<br>- (A)<br>$4,884.62 (P)<br>- (U)<br>$4,884.62 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $4,884.62, which equals two weeks vacation pay for this claimant. In addition, the allowed amount should be reclassified as priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| DUROSEAU, ALAN J<br>PO BOX 10642<br>WESTBURY, NY 115900808 | 5293 | 12/11/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,848.72 (U)<br>$2,848.72 (T) | - (S)<br>- (A)<br>$851.92 (P)<br>- (U)<br>$851.92 (T) | Claim relates to unpaid wages. Per the Debtors' books and records, the claim should be modified and reduced to reflect the claimant is owed $851.92 for unused vacation pay, which is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code.. The claimant has not provided any documentation supporting a claim for a different amount. |
| HARSCH, AMY<br>14040 ELWELL ROAD<br>BELLEVILLE, MI 48111 | 278 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$1,060.00 (P)<br>- (U)<br>$1,070.00 (T) | - (S)<br>- (A)<br>$554.61 (P)<br>- (U)<br>$554.61 (T) | Claim relates to payout of unused vacation and sick / personal time. The claimant is not entitled to the sick / personal pay portion of the claim per the Debtor's company policy. Thus, the claim should be modified and reduced to $554.61 to match amounts owed to claimant on account of unused vacation time per Debtors' books and records. In addition, the allowed portion of this claim should be reclassified to a priority unsecured claim because such portion is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| HOPP, DEBRA S<br>8137 SAGIMORE CT<br>FORT WAYNE, IN 46835 | 8487 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$4,351.33 (U)<br>$4,351.33 (T) | - (S)<br>- (A)<br>$3,000.00 (P)<br>$451.33 (U)<br>$3,451.33 (T) | By this claim, the claimant seeks amounts purportedly owed on account of unused vacation time and unpaid expenses. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks vacation pay. As a result, the portion of the claim relating to unused vacation pay should be modified and reduced to $3,000.00, which equals two weeks unused vacation pay for this claimant. In addition, the allowed amount of the unused vacation pay portion of the claim should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. The portion of the claim relating to $451.33 of unpaid expenses will be allowed in full as a general unsecured claim. |
| JOHN, SARAMMA<br>19 WASHINGTON DR.<br>LINDENHURST, NY 11757 | 3306 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$4,691.37 (U)<br>$4,691.37 (T) | - (S)<br>- (A)<br>$1,732.43 (P)<br>- (U)<br>$1,732.43 (T) | By this claim, the claimant seeks payout of unused vacation time and severance. Claimant, however, is not entitled to severance. As a result, the claim should be modified and reduced to match amounts owed to claimant for unused vacation time per Debtors' books and records. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| LEIBER, KIMBERLY<br>707 WEST SANTA ANA STREET #290<br>ANAHEIM, CA 92805 | 906 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$650.00 (P)<br>$650.00 (U)<br>$650.00 (T) | - (S)<br>- (A)<br>$494.76 (P)<br>- (U)<br>$494.76 (T) | Claim relates to unpaid wages. Per the Debtors' books and records, the claim should be modified and reduced to $494.76 to the amount owed to claimant for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| RIGDON, LILIA<br>10720 LAKE SHASTA COURT<br>FORT WAYNE, IN 46804 | 7482 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,450.00 (U)<br>$1,450.00 (T) | - (S)<br>- (A)<br>$238.46 (P)<br>- (U)<br>$238.46 (T) | Claim relates to payout of unused vacation time. The claim should be modified and reduced to match amounts owed to claimant on account of unused vacation pay per Debtors' books and records. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| RUDZINSKI, CHRISTINE<br>4121 AVALON DR<br>WEYMOUTH, MA 02188 | 6515 | 12/28/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,642.55 (U)<br>$2,642.55 (T) | - (S)<br>- (A)<br>$1,712.55 (P)<br>- (U)<br>$1,712.55 (T) | By this claim, the claimant asserts amounts are owed to her on account of unused vacation time, an alleged bonus and "60 day notice". The amount should be modified and reduced to reflect the $1,712.55.00 owed to claimant for unused vacation time, however, the claimed bonus and 60 day notice are not owed to claimant. The allowed portion of the claim should be reclassified to priority unsecured because is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| TSATSAKIS, ANASTASIOS (TASI)<br>17859 S. ALTA DRIVE<br>LOCKPORT, IL 60441 | 8414 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$3,536.00 (U)<br>$3,536.00 (T) | - (S)<br>- (A)<br>$2,572.31 (P)<br>- (U)<br>$2,572.31 (T) | Claim relates to payout of unused vacation and sick / personal time. The claimant is not entitled to the sick / personal pay portion of the claim per the Debtor's company policy. Thus, the claim should be modified and reduced to $2572.31 to match amounts owed to claimant on account of unused vacation time per Debtors' books and records. In addition, the allowed portion of this claim should be reclassified to a priority unsecured claim because such portion is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

———— Objectionable Claim ————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| **Totals:** | 11 Claims | | | - (S)<br>- (A)<br>- (P)<br>$35,380.48 (U)<br>$35,390.48 (T) | - (S)<br>- (A)<br>$19,062.59 (P)<br>$451.33 (U)<br>$19,513.92 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.