# EXHIBIT C

**Modified Amount Reclassified Wrong Debtor Claim**

## Exhibit C

### Modified Amount, Reclassified, Wrong Debtor Claim

#### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| DOREMUS, LORI A.<br>1704 ROCKY FALLS CT<br>RALEIGH, NC 27610 | 1128 | 9/21/07 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$2,300.00 (U)<br>$2,300.00 (T) | 07-11051 | - (S)<br>- (A)<br>$1,807.69 (P)<br>- (U)<br>$1,807.69 (T) | Claim relates to payout of unused vacation time. Pursuant to the Debtor's vacation policy, employees on a three week or greater vacation schedule will receive are only entitled to maximum payout of two weeks unused vacation pay. As a result, the amount should be modified and reduced to $1,807.69, which equals two weeks unused vacation pay for this claimant. In addition, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

**Totals:** 1 Claim

- (S)
- (A)
$1,807.69 (P)
- (U)
$1,807.69 (T)

$2,300.00 (U)
$2,300.00 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.