# EXHIBIT D

**Reclassified Claims**

## Exhibit D
### Reclassified Claims

| Name/Address of Claimant | Objectionable Claim | | | | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| CRAGHOLM, RACHEL K. 2704 ENTRADA CIRCLE ANTIOCH, CA 94509 | 7859 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$839.06 (U)<br>$839.06 (T) | - (S)<br>- (A)<br>$767.36 (P)<br>$71.70 (U)<br>$839.06 (T) | Claim relates to payout of unused vacation and a medical bill. Reclassed $767.36 to match Debtor's books and records for unused vacation time, which is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| GARCIA, ENA M 21 STEWART CIR CENTEREACH, NY 11720-2847 | 7514 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,920.00 (U)<br>$2,920.00 (T) | - (S)<br>- (A)<br>$2,920.00 (P)<br>- (U)<br>$2,920.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| GARCIA, MELISSA 35 IRENE ST LINDENHURST, NY 117571304 | 7518 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,884.62 (U)<br>$1,884.62 (T) | - (S)<br>- (A)<br>$1,884.62 (P)<br>- (U)<br>$1,884.62 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| GARCIA, WILLIAM L 21 STEWART CIR CENTEREACH, NY 11720-2847 | 7513 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$740.38 (U)<br>$740.38 (T) | - (S)<br>- (A)<br>$740.38 (P)<br>- (U)<br>$740.38 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| LAMBIASI, ANTONINO (ANTHONY) 162 50 98TH ST HOWARD BEACH, NY 11414 | 5300 | 12/12/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$756.00 (U)<br>$756.00 (T) | - (S)<br>- (A)<br>$756.00 (P)<br>- (U)<br>$756.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| MACLELLAN, KATIE 111 WASHINGTON ST HANOVER, MA 02339 | 5409 | 12/13/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,008.00 (U)<br>$1,008.00 (T) | - (S)<br>- (A)<br>$1,008.00 (P)<br>- (U)<br>$1,008.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| MEATTE, JESS<br>131 KEYSTONE DR<br>FENTON, MO 63026 | 7545 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$484.56 (U)<br>$484.56 (T) | - (S)<br>- (A)<br>$484.56 (P)<br>- (U)<br>$484.56 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| VARGAS, MARIANNE A<br>7392 SWEET CLOVER<br>COLUMBIA, MD 21045 | 7849 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$3,800.00 (U)<br>$3,800.00 (T) | - (S)<br>- (A)<br>$3,800.00 (P)<br>- (U)<br>$3,800.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| VIERA, DIANNE<br>820 CISCO ST<br>COLTON, CA 92324-6310 | 655 | 9/12/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,653.37 (U)<br>$2,653.37 (T) | - (S)<br>- (A)<br>$2,653.37 (P)<br>- (U)<br>$2,653.37 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

**Totals:** 9 Claims

- (S)<br>- (A)<br>- (P)<br>$15,085.99 (U)<br>$15,085.99 (T)

- (S)<br>- (A)<br>$15,014.29 (P)<br>$71.70 (U)<br>$15,085.99 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.