# EXHIBIT E

**No Liability Claim**

# Exhibit E

## No Liability Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MEATTE, JESS<br>131 KEYSTONE DR<br>FENTON, MO 63026 | 7544 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,584.62 (U)<br>$1,584.62 (T) | Per the Debtors' books and records, claimant is owed only $484.56 on account of unused vacation time. The amounts owed to claimant on account of such unused vacation time has been accepted as filed in claim 7545. As a result, this claim should be disallowed. |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$1,584.62 (U)<br>$1,584.62 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.