IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :  (Jointly Administered)
                                                                 :
                                                                 :  Response Deadline: March 2, 2011 at 4:00 p.m. (EST)
                              Debtors.                           :  Hearing Date: March 9, 2011 at 3:00 p.m. (EST)
                                                                 :
---------------------------------------------------------------- x

## NOTICE OF OBJECTION TO SUBORDINATION STATEMENTS

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL TO THE PLAN OVERSIGHT COMMITTEE: (III) THE PARTIES THAT FILED THE SUBORDINATION STATEMENTS SUBJECT TO THIS OBJECTION; AND (IV) THE INDENTURE TRUSTEES FOR SUBORDINATED TRUST PREFERRED CLAIMS.

PLEASE TAKE NOTICE that Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan"),[2] has filed the attached **Objection to Subordination Statements** (the "Objection").

PLEASE TAKE FURTHER NOTICE that responses to the Objection, if any must be filed on or before **March 2, 2011 at 4:00 p.m. (EST)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Plan Trustee so that the response is received on or before the Response Deadline.

PLEASE TAKE FURTHER NOTICE that a hearing on the Objection will be held on **March 9, 2011 at 3:00 p.m. (EST)** before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holdings"); American Home Mortgage Investment Corp., a Maryland corporation (3914) ("AHM Investment"); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267) "AHM Servicing"); American Home Mortgage Corp., a New York corporation (1558) ("AHM Mortgage"); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491) ("Homegate"); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]  Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  Wilmington, Delaware
        February 1, 2011

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Sean M. Beach
> Sean M. Beach (No. 4070)
> Margaret Whiteman Greecher (No. 4652)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> Telephone: (302) 571-6600
> Facsimile: (302) 571-1253
>
> -and-
>
> HAHN & HESSEN LLP
> Mark S. Indelicato
> Edward L. Schnitzer
> Jeffrey Zawadzki
> 488 Madison Avenue
> New York, New York 10022
> Telephone: (212) 478-7200
> Facsimile: (212) 478-7400
>
> *Counsel for the Plan Trustee*