IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re:                                                            :   Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                :   (Jointly Administered)
                                                                  :
                         Debtors.                                 :   Ref. Docket No. ____
                                                                  :
----------------------------------------------------------------- x

## ORDER SUSTAINING PLAN TRUSTEE'S OBJECTION TO SUBORDINATION STATEMENTS

Upon consideration of the *Objection to Subordination Statements* (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan")[2]; and the Court having held a hearing on the Objection on February ___, 2011 (the "Hearing") on approval of the relief requested in the Objection and having considered the arguments of counsel made, and the evidence submitted, proffered or adduced at the Hearing; and the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157, (c) venue of this Objection is proper pursuant to 28 U.S.C. §§ 1408 and 1409, (d) the relief requested in the Objection is in the best interest of the Plan Trust and its creditors, (e) proper and adequate notice of the Objection and the Hearing has been given and that no other or further notice is necessary, (f) any objections to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan or Objection, as appropriate.

the relief requested in the Objection have been withdrawn or overruled on the merits, (g) each of the Seland Subordination Statement, the Alvarez Subordination Statement and the Knorr Subordination Statement (collectively, the "Subordination Statements") do not assert claims entitled to the benefit of subordination under a Subordinated Trust Preferred Indenture, and (h) good and sufficient cause exists for the granting of the relief requested in the Objection after having given due deliberation upon the Objection and the proceedings before the Court in connection with the Objection. Therefore, it is hereby

ORDERED that the Objection is SUSTAINED; and it is further

ORDERED that the claims referred to and/or asserted in the Subordination Statements are not entitled to the benefit of subordination under a Subordinated Trust Preferred Indenture and any request therefor is DENIED with prejudice; and it is further

ORDERED that any request in the Subordination Statements to subordinate any claim filed in the above-captioned cases to the claims asserted by Seland, Alvarez or Knorr pursuant to 11 U.S.C. § 510 is hereby DENIED without prejudice; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2011
       Wilmington, Delaware

                                           _____
                                           The Honorable Christopher S. Sontchi
                                           United States Bankruptcy Judge