IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                :
                                                                 :   Jointly Administered
                    Debtors.                                     ::
---------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

   Troy Bollman, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Debtors and Debtors-in-Possession in the above-captioned case, and that on January 28, 2011, he caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

  Certification of Counsel Regarding the Motion for an Order Authorizing the Plan Trustee to Return or Destroy All Hard Copy Loan Files [Docket No. 9721]

_____
Troy Bollman

SWORN TO AND SUBSCRIBED before me this 2 day of February, 2011.

_____
Notary Public

KASSANDRA ANN RIDDLE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 10, 2012

## SERVICE LIST
## 1/28/2011

Margaret Becker, Esq.
Staten Island Legal Services
36 Richmond Terrace, Room 205
Staten Island, NY 10301
***First Class Mail***

Robert Pietrzak, Esq.
Dorothy J. Spencer, Esq.
Alex R. Rovira, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
***First Class Mail***

Adam G. Landis, Esq
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
(JPMorgan Chase Bank, N.A.)
***Hand Delivery***