IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
        Debtors.                                                       :
                                                                       :   Ref. No. 9615
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 9615

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the Thirty-Ninth Monthly Application of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period October 1, 2010 through October 31, 2010 (the "Application"). The Court's docket which was last updated February 2, 2011, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than January 24, 2011 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($336,802.00) of requested fees ($421,002.50) and 100% of requested expenses ($35,956.12) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       February 2, 2011

                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

                      /s/ Pauline K. Morgan
                      Pauline K. Morgan (No. 3650)
                      Sean M. Beach (No. 4070)
                      Patrick A. Jackson (No. 4976)
                      The Brandywine Building
                      1000 West Street, 17th Floor
                      Wilmington, Delaware 19801
                      Telephone: (302) 571-6600
                      Facsimile: (302) 571-1253

                      Counsel for Plan Trustee