UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x
In re                                                :
                                                     :   Chapter 11
American Home Mortgage Holdings, Inc.,               :
*et al.*                                             :   Case No. 07-11047 (CSS)
                                                     :
                                                     :   (Jointly Administered)
             Debtors.                                :
                                                     :   **Docket Ref. Nos. 9706, 9707, 9708 & 9709**
                                                     :
                                                     :
                                                     :
---------------------------------------------------- x

## NOTICE OF WITHDRAWAL

The JPM Litigation Defendants hereby withdraw (a) Loan File Return Declaration of Christian T. Greco on behalf of Certain JPM Litigation Defendants [Docket No. 9706]; (b) Loan File Return Declaration of Lauren V. Harris on behalf of Certain JPM Litigation Defendants [Docket No. 9707]; (c) Loan File Return Declaration of Thomas Tarantino on behalf of a JPM Litigation Defendant [Docket No. 9708]; and (d) Loan File Return Declaration of Nancy S. Ullerich on behalf of Washington Mutual Mortgage Securities Corp. [Docket No. 9709].

Dated: February 2, 2011        **LANDIS RATH & COBB LLP**
       Wilmington, Delaware

                               _____
                               Matthew B. McGuire (No. 4366)
                               919 Market Street, Suite 1800
                               Wilmington, Delaware 19801
                               Telephone: (302) 467-4400
                               Facsimile: (302) 467-4450

                               -and-

{519.005-W0012749.}

                    SIDLEY AUSTIN LLP
                    787 Seventh Avenue
                    New York, NY 10019
                    Telephone: (212) 839-5300
                    Facsimile: (212) 839-5599
                    Robert Pietrzak
                    Dorothy J. Spenner
                    Alex R. Rovira

                    *Counsel for the JPM Litigation Defendants*