IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AMERICAN HOME MORTGAGE | § | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | § | |
| et al., | § | (Jointly Administered) |
| | § | |
| | § | |
| | § | |
| | § | |
| Debtors. | § | |

## LOAN FILE RETURN DECLARATION OF THOMAS TARANTINO ON BEHALF OF A EMC MORTGAGE CORPORATION

I, Thomas Tarantino, state as follows:

1.  I am an authorized signatory of EMC Mortgage Corporation ("EMC") and am located at 383 Madison Avenue, 8th Floor, NY, NY 10179. I have been asked to make a Loan File Return Declaration[1] and informed that the request was made pursuant to the Second Order Pursuant to 11 U.S.C. §§ 105, 363, and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [Docket No. 3010] (the "Second Disposition Order").

2.  I have the requisite authority, on behalf of the EMC, to make this declaration.

3.  EMC hereby requests the Hard Copy Loan Files for the mortgage loans on the list attached hereto as Exhibit A (the "EMC Loan Files").

4.  I have been informed that the American Home Mortgage Plan Trustee has requested verification of EMC's legal entitlement to the EMC Loan Files. Upon information and belief, I hereby verify that pursuant to certain mortgage loan purchase agreements between certain of the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Second Disposition Order.

Debtors and EMC, EMC legally owned or was entitled to the EMC Loan Files. Subsequently, pursuant to certain assignment, assumption and recognition agreements and certain pooling and servicing agreements, EMC is believed to have assigned all of its rights and interests in the EMC Loan Files to certain securitization trusts (the "Trusts").

5. I am informed and therefore believe that EMC is in the process of providing notice to the Trusts of the Plan Trustee's motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the Plan Trustee to Destroy or Return All Hard Copy Loan Files, dated December 22, 2010 [D.I. 9591] (the "Motion"). In the meantime, EMC is willing to take custody of the EMC Loan Files and maintain such files in accordance with applicable consumer privacy laws.

6. EMC requests that the Plan Trustee deliver the EMC Loan Files to: Annette C. Rizzi, JPMorgan Chase & Co., 1 Chase Manhattan Plaza, 26th Floor, New York, NY 10005 or to such representative of the Trusts as it may subsequently identify. Upon delivery of the EMC Loan Files, the recipient will remit to the Plan Trustee the Shipping Costs.

7. EMC acknowledges that the Shipping Costs are subject to increase upon further order of the Court.

8. EMC reserves the right to supplement this Loan File Return Declaration. Nothing herein shall be deemed a waiver of any of EMC's rights or the rights of its affiliates and/or subsidiaries to submit additional Loan File Return Declarations or any other responses, objections, or loan file or information requests in connection with the Second Disposition Order or otherwise. Further, nothing herein shall be deemed to relieve the Plan Trustee of its own obligations to retain documents, including documents that may be relevant to litigation of which it has been notified.

I SOLEMNLY declare, pursuant to 28 U.S.C. § 1746, under penalties of perjury, that the foregoing is true and correct.

EXECUTED this 2nd day of February, 2011.

_____
Thomas Tarantino
Authorized Signatory

# **Exhibit A**

(Provided to counsel for the Plan Trustee in electronic format
due to the voluminous nature of the mortgage loan numbers)