IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )
                                            ) SS
NEW CASTLE COUNTY )

Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the JPMorgan Chase Bank, National Association in the above referenced cases, and on the 2nd day of February, 2011, she caused a copy of the following:

1. **NOTICE OF WITHDRAWAL [D.I. 9751]**

2. **LOAN FILE RETURN DECLARATION OF CHRISTIAN T. GRECO ON BEHALF OF CERTAIN JPM LITIGATION DEFENDANTS [D.I. 9752]**

3. **LOAN FILE RETURN DECLARATION OF THOMAS TARANTINO ON BEHALF OF A EMC MORTGAGE CORPORATION [D.I. 9753]**

4. **LOAN FILE RETURN DECLARATION OF NANCY S. ULLERICH ON BEHALF OF WASHINGTON MUTUAL MORTGAGE SECURITIES CORP. [D.I. 9754]**

to be served upon the parties identified on the attached list in the manner indicated.

*/s/ Frances A. Panchak*
Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 3rd day of February, 2011.

*/s/ Cassandra D. Lewicki*
Notary Public

CASSANDRA D. LEWICKI
Notary Public - State of Delaware
My commission expires Dec. 1, 2012

{519.005-W0012782.}

AMERICAN HOME MORTGAGE HOLDINGS, *et al.* v.

## SERVICE LIST/LABELS

**Via Hand Delivery**
(Co-Counsel to Steven D. Sass, as Plan Trustee
of the American Home Mortgage Plan Trust)
John T. Dorsey, Esquire
Sean M. Beach, Esquire
Erin Edwards, Esquire
*Young Conaway Stargatt & Taylor, LLP*
1000 West Street, 17th Floor
Wilmington, DE 19801

**Via First Class Mail**
(Co-Counsel to Steven D. Sass, as Plan Trustee
of the American Home Mortgage Plan Trust)
Michael A. Morris, Esquire
Jeanne E. Irving, Esquire
Joshua D. Morse, Esquire
*Hennigan Bennett & Dorman, LLP*
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017

519.005-W0003277.}