IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ----------------------------------------------------------- x | Chapter 11 | |
| : | | |
| In re: | : | Case No. 07-11047 (CSS) |
| : | | |
| AMERICAN HOME MORTGAGE | : | Jointly Administered |
| HOLDINGS, INC., a Delaware corporation, et al., [1] | : | |
| : | Objection Deadline: March 17, 2011 at 4:00 p.m. | |
| : | Hearing Date: TBD | |
| Debtors. | : | |
| x | | |
| ----------------------------------------------------------- | | |

## NOTICE OF AMENDED APPLICATION

TO:     The Plan Trustee, the Fee Examiner, the United States Trustee, Counsel for the Official
Committee of Unsecured Creditors, Counsel for the Administrative Agent, and all Parties
entitled to Notice under Del. Bankr. LR 2002-1(b)

The **Amended Twenty Second Monthly and Final Fee Application of Milestone
Advisors LLC for Allowance of Compensation and Reimbursement of Expenses for the
Monthly Period of April 8, 2009 through February 16, 2010 (the "Monthly Application") and
the Final Period from December 7, 2007 through February 16, 2010 (the "Final Application")
and together with the Monthly Application (the "Application")** has been filed with the
Bankruptcy Court.  The Application seeks allowance of monthly expenses in the amount of
$5,754.93 and final fees of $4,067,741.94 and final expenses in the amount of $193,673.00.

Objections to the Application, if any, are required to be filed on or before **March 17,
2011 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy
Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by
the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc.,
538 Broadhollow Road, Melville, New York 11747 (Attn.:  Carlo Colagiacomo, General Counsel);
(ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391,
Wilmington, Delaware 19899-0391 (Attn.: Sean M. Beach and Margaret Greecher) and Hahn &
Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn:  Mark Indelicato), co-counsel to
the Plan Trustee; (iii) AHM Liquidating Trust, PO Box 10550, Melville, NY 11747, (Attn: Steven
D. Sass); (iv) Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn:

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation
(3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland
corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York
corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate
Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation
(8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Bonnie Fatell), counsel to the Committee of Unsecured Creditors; (v) Willkie Farr & Gallagher, 787 Seventh Avenue, New York, NY 10019(Attn.: Margot B. Schonholtz) and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801 (Attn.: Laurie Selber Silverstein), counsel to the Administrative Agent; (vi) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn.: Steve Stennett) and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn.: Victoria Counihan), counsel to the DIP Agent, (vii) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Mark Kenney) and, (viii) Milestone Advisors LLC, 1775 Eye Street NW, Suite 800, Washington DC 20006 (Attn: Jeffrey M. Levine).

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO.239], IF NO OBJECTIONS TO THE MONTHLY APPLICATION ARE FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURE, 80% OF REQUESTED MONTHLY FEES AND 100% OF REQUESTED MONTHLY EXPENSES MAY BE PAID WITHOUT FURTHER ORDER OF THE COURT.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

Dated: February 3, 2011
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Margaret Whiteman Greecher*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*