IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| AMERICAN HOME MORTGAGE | § | CASE NO. 07-11047-CSS |
| HOLDINGS | § | |
| DEBTOR | § | |
| | § | |
| BAC HOME LOANS SERVICING LP | § | CHAPTER 11 |
| CREDITOR | § | |
| VS | § | |
| AMERICAN HOME MORTGAGE | § | |
| HOLDINGS | | |
| RESPONDENT | | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that Creditor, Bank of America, N.A., desires to withdraw its Request for Service of Notice (docket entry #5076)

Dated: February 2, 2011

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

Hilary B. Bonial / LA 24305
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: bkcyattorneys@bkcylaw.com
Authorized Agent for BAC Home Loans Servicing LP

## CERTIFICATE OF SERVICE

I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Request for Service of Notice has been served upon the following parties in interest by pre-paid regular U.S. Mail on or before the 2nd day of February 2011:

Debtor's Attorney
Donald J. Bowman Jr.
Young, Conaway, Stargatt & Taylor
1000 West Street
17th Floor
Wilmington, DE 19801

Chapter 11 Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

_____
Hilary B. Bonial

4100-N-0793