IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                                : Chapter 11
                                                      :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                       :
                                                      : Jointly Administered
        Debtors.                                      :
---------------------------------------------------------------------x  Ref. Docket Nos. 9677 & 9741

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 1, 2011, I caused to be served the:

    a. "Order Sustaining Debtors' Sixty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated January 19, 2011 [Docket No. 9677], (the "68th Omnibus Order"), and

    b. "Revised Order Sustaining in Part Debtors' Sixty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated January 31, 2011 [Docket No. 9741], (the "69th Omnibus Order"),

   by causing true and correct copies of the:

   i. 68th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   ii. 69th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Konstantina Haidopoulos

Sworn to before me this
1st day of February, 2011

_____
Notary Public

```
PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014
```

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CONLEY, CAROLYN A. | 431 LAYTON AVE PITTSBURGH PA 15216 |
| D'ANGELI, JOSEPH | 201 TINTON PL EAST NORTHPORT NY 11731 |
| DUQUESNE LIGHT COMPANY | PETER J. ASHCROFT BERNSTEIN LAW FIRM, SUITE 2200 THE GULF TOWER PITTSBURGH PA 15219 |
| HUTCHISON, ANTHONY | 205 TURF CT. WEBSTER GROVE MO 63119 |
| LYTWYN, P. PETER | 960 BERGER RD EASTON PA 18042 |
| YOUNG, SHELLE | 1227 9TH AVE SE OLYMPIA WA 98501 |

**Total Creditor count  6**

**EXHIBIT B**

# AMERICAN HOME MORTGAGE
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ANDRIANO, DOMINICK | 159 12TH ST BETHPAGE NY 11714 |
| BARNHART, MARY TERESA | 5603 CONCORD DR ELDERSBURG MD 21784 |
| BRAUN, DAVID L. | 14219 E BARBIE LN SCOTTSDALE AZ 85262 |
| CAHILL, ANNE C. | 628 W. 58TH ST. HINSDALE IL 60521 |
| CONLEY, CAROLYN | 431 LAYTON AVE PITTSBURGH PA 15216 |
| CRAGHOLM, RACHEL K. | 2704 ENTRADA CIRCLE ANTIOCH CA 94509 |
| D'ANGELI, LINDA | 201 TINTON PL EAST NORTHPORT NY 11731 |
| DE VREEZE, ERIK | 711 INDIANAPOLIS AVE NUMBER 1 HUNTINGTON BEACH CA 92648 |
| DOREMUS, LORI A. | 1220 TOPSAIL COMMON DR APT 17 KNIGHTDALE NC 27545-7122 |
| DUROSEAU, ALAN J | 851 MACON PL UNIONDALE NY 11553-2938 |
| GARCIA, ENA M | 21 STEWART CIR CENTEREACH NY 11720-2847 |
| GARCIA, MELISSA | 35 IRENE ST LINDENHURST NY 117571304 |
| GARCIA, WILLIAM L | 21 STEWART CIR CENTEREACH NY 11720-2847 |
| HARSCH, AMY | 14040 ELWELL ROAD BELLEVILLE MI 48111 |
| HOPP, DEBRA S | 8137 SAGIMORE CT FORT WAYNE IN 46835 |
| JOHN, SARAMMA | 19 WASHINGTON DR. LINDENHURST NY 11757 |
| LAMBIASI, ANTONINO (ANTHONY) | 162 50 98TH ST HOWARD BEACH NY 11414 |
| LEIBER, KIMBERLY | 707 WEST SANTA ANA STREET #290 ANAHEIM CA 92805 |
| MACLELLAN, KATIE | 111 WASHINGTON ST HANOVER MA 02339 |
| MEATTE, JESS | 131 KEYSTONE DR FENTON MO 63026 |
| O'MALLEY, LISA | 2311 SCHILLER AVE WILMETTE IL 60091-2329 |
| RIGDON, LILIA | 10720 LAKE SHASTA COURT FORT WAYNE IN 46804 |
| ROBB EVANS, PLAINTIFF V. AMERICAN HOME | 11661 SAN VICENTE BLVD STE 500 LOS ANGELES CA 900495113 |
| RUDZINSKI, CHRISTINE | 4121 AVALON DR WEYMOUTH MA 02188 |
| TSATSAKIS, ANASTASIOS (TASI) | 17859 S. ALTA DRIVE LOCKPORT IL 60441 |
| VARGAS, MARIANNE A | 7392 SWEET CLOVER COLUMBIA MD 21045 |
| VIERA, DIANNE | 820 CISCO ST COLTON CA 92324-6310 |
| WALTERS, JANICE M. | 5631 TRISHLYN COVE FORT WAYNE IN 46835 |

**Total Creditor count  28**

| Claim Name | Address Information |
|---|---|
| A.G. EDWARDS & SONS, INC. | ATTN:  JONATHAN GRIFFITH 2801 MARKET STREET, 9TH FL, F BLDG. ST. LOUIS MO 63103 |
| AARONSON, GEOFFREY | 100 SE 2ND ST., 27TH FL MIAMI FL 33131 |
| ABBOTT, DEREK | MORRIS NICHOLS ARSHT & TUNNELL 1201 NORTH MARKET STREET P.O. BOX 1347 WILMINGTON DE 19899 |
| ACKERLY, BENJAMIN | HUNTON & WILLIAMS RIVERFRONT PLAZA, EAST TOWER, 951 EAST BYRD STREET RICHMOND VA 23219 |
| ADAMS, KAREN | MERCED COUNTY TAX COLLECTOR 2222 "M" STREET MERCED CA 95340 |
| AELVOET, DAVID | LINEBARDER GOGGAN BLAIR & SAMPSON, LLP 711 NAVARRO, SUITE 300 SAN ANTONIO TX 78205 |
| ALFONSO, ANA | WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ALTER, JONATHAN | BINGHAM MCCUTCHEN ONE STATE STREET HARTFORD CT 06103 |
| ALVAREZ, GIL QUENTIN | 542 MOUNT ARGYLL COURT APOPKA FL 32712 |
| ANTONOFF, RICK | PILLSBURY WINTRHROP SHAW PITTMAN LLP 1540 BROADWAY NEW YORK NY 10036 |
| ARONAUER, JOSEPH | ARONAUER, RE & YUDELL, LLP 444 MADISON AVENUE, 17TH FLOOR NEW YORK NY 10022 |
| ASHMEAD, JOHN | SEWARD & KISSEL ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| ATTANASIO, LEE | SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BANDA, ELIZABETH | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. P.O. BOX 13430 ARLINGTON TX 76094-0430 |
| BARNES, WILLIAM JEFF | 1515 N. FEDERAL HIGHWAY, SUITE 300 BOCA RATON FL 33432 |
| BARRAGATE, BRETT | JONES DAY 901 LAKESIDE AVENUE, NORTH POINT CLEVELAND OH 44114 |
| BARRIE, MICHAEL | SCHNADER HARRISON SEGAL & LEWIS LLP 824 N. MARKET ST., SUITE 1001 WILMINGTON DE 19801 |
| BELMONTE, CHRISTOPHER | SATTERLEE STEPHENS BURKE & BURKE LLP 230 PARK AVENUE NEW YORK NY 10169 |
| BENZA, LOUIS | EMPIRE BLUE CROSS BLUE SHIELD 15 METRO TECH CENTER SOUTH - 6TH FLOOR BROOKLYN NY 11201 |
| BERMAN, STUART | SCHRIFFIN BARROWAY TOPAZ & KESSLER, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 |
| BERZOW, HAROLD | RUSKIN MOSCOU FALTISCHEK EAST TOWER, 15TH FL 1425 REXCORP PLAZA UNIONDALE NY 11556 |
| BIFFERATO, KAREN | CONNOLLY BOVE LODGE & HUTZ LLP THE NEMOURS BUILDING 1007 NORTH ORANGE STREET WILMINGTON DE 19899 |
| BISIGNANI, BRIAN | POST & SCHELL, PC 17 NORTH 2ND STREET, 12TH FLOOR HARRISBURG PA 17101-1601 |
| BODNAR, JOSEPH | LAW OFFICES OF JOSEPH J. BODNAR 1201 ORANGE STREET, STE. 400 WILMINGTON DE 19801 |
| BONIAL, HILARY | BRICE, VANDER LINDEN & WERNICK, P.C. 9441 LBJ FREEWAY, SUITE 350 DALLAS TX 75243 |
| BOONE, J. WILLIAM | ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| BOWDEN, WILLIAM | ASHBY & GEDDES, P.A. 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 WILMINGTON DE 19899 |
| BOYLE, LINDA | TIME WARNER TELECOM INC. 10475 PARK MEADOWS DRIVE, #400 LITTLETON CO 80124 |
| BRAKO, JAMES | TAX COLLECTOR PALM BEACH COUNTY 301 NORTH OLIVE AVENUE, 3RD FLOOR P.O. BOX 3715 WEST PALM BEACH FL 33402-3715 |
| BRAY, GREGORY | MILBANK TWEED HADLEY & MCCLOY, LLP 601 SOUTH FIGUEROA STREET, 30TH FLOOR LOS ANGELES CA 90017 |
| BRESSLER, BARRY | SCHNADER HARRISON SEGAL & LEWIS LLP 1600 MARKET ST., SUITE 3600 PHILADELPHIA PA 19103-7286 |
| BROOKS, LIA | PATTERSON BELKNAP WEBB & TYLER LLP 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| BROUDE, MARK | LATHAM & WATKINS LLP 885 THIRD AVENUE, SUITE 1000 NEW YORK NY 10022 |
| BROWN, CHARLES | ARCHER & GREINER 300 DELAWARE AVENUE, SUITE 1370 WILMINGTON DE 19801 |
| BRUNEL, DEAN | 75 CENTRAL STREET, UNIT ONE SOMERVILLE MA 02143 |

| Claim Name | Address Information |
|---|---|
| BUCK, JULIET | NOMURA CREDIT & CAPITAL, INC. 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281 |
| BUSENKELL, MICHAEL | WOMBLE CARLYLE SANDRIDGE & RICE, PLLC 222 DELAWARE AVENUE, SUITE 1501 WILMINGTON DE 19801 |
| CALOWAY, MARY | BUCHANAN INGERSOLL & ROONEY PC THE BRANDYWINE BUILDING 1000 WEST STREET, SUITE 1410 WILMINGTON DE 19801 |
| CAPITANO, JOHN | KENNEDY COVINGTON LOBDELL & HICKMAN 214 N. TRYON STREET, 47TH FL. CHARLOTTE NC 28202 |
| CARROLL, III, JOHN | COZEN O'CONNOR CHASE MANHATTAN CENTER, SUITE 1400 1201 N. MARKET STREET WILMINGTON DE 19801 |
| CARUSO, PAUL | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN CHICAGO IL 60603 |
| CHAVEZ | 35012 CAMINO CAPISTRANO DANA POINT CA 92624 |
| CHIPMAN, WILLIAM | EDWARDS ANGELL PALMER & DODGE LLP 919 N. MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| CHOW, LING | ASSURED GUARANTY 1325 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CHRISTIANSON, SHAWN | BUCHALTER NEMER P.C. 333 MARKET STREET, 25TH FLOOR SAN FRANCISCO CA 94105-2126 |
| CIOFFI, JOSEPH | DAVIS & GILBERT LLP 1740 BROADWAY NEW YORK NY 10019 |
| CLEMENTE, MATTHEW | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN ST. CHICAGO IL 60603 |
| COHEN, RONALD | SEWARD & KISSEL ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| COLLINS, MARK | RICHARDS, LAYTON & FINGER, P.A. ONE RODNEY SQUARE P.O. BOX 551 WILMINGTON DE 19899 |
| COLSON, ENID | LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP 1100 GLENDON AVENUE, 14TH FLOOR LOS ANGELES CA 90024 |
| CONNERY, NANCY | SCHOEMAN, UPDIKE & KAUFMAN, LLP 60 EAST 42ND ST. NEW YORK NY 10165 |
| CONSTANTINE, KATHERINE | DORSEY & WHITNEY, LLP 50 SOUTH SIXTH STREET, SUITE 1500 MINNEAPOLIS MN 55402 |
| CORNISH, KELLEY | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| COUNIHAN, VICTORIA | GREENBERG TRAURIG THE NEMOURS BUILDING 1007 NORTH ORANGE STREET, SUITE 1200 WILMINGTON DE 19801 |
| COX, MICHAEL | CADILLAC PLACE 3030 W. GRAND BLVD., SUITE 10-200 DETRIOT MI 48202 |
| CROWLEY, LEO | PILLSBURY WINTHROP LLP 1540 BROADWAY NEW YORK NY 10036 |
| CULVER, DONNA | MORRIS, NICHOLS, ARSHT & TUNNELL 1201 N. MARKET STREET P.O. BOX 1347 WILMINGTON DE 19899-1347 |
| CURLING, JULIUS | STATE OF MICHIGAN, DEPARTMENT OF TREASURY 3030 W. GRAND BOULEVARD, SUITE 10-200 CADILLAC PLACE DETROIT MI 48202 |
| CURRIER, ADAM | 258 SPIELMAN HIGHWAY PO BOX 2033 BURLINGTON CT 06013 |
| CURRIER, TERESA | BUCHANAN INGERSOLL & ROONEY P.C. THE BRANDYWINE BUILDING 1000 WEST STREET, SUITE 1410 WILMINGTON DE 19801 |
| D'AGOSTINO, VINCENT | LOWENSTEIN SANDLER PC 65 LIVINGSTON AVENUE ROSELAND NJ 07068-1791 |
| DAVIS, DOUGLAS | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| DEFALAISE, MARY | U.S. DEPARTMENT OF JUSTICE 1100 L ST., NW, ROOM 10002 WASHINGTON DC 20005 |
| DIAMOND, ALLAN | DIAMOND MCCARTHY LLP 909 FANNIN STREET, 15TH FL. TWO HOUSTON CENTER HOUSTON TX 77010 |
| DILLMAN, JOHN | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP PO BOX 3064 HOUSTON TX 77253 |
| DOMINY, ROSA | IKON FINANCIAL SERVICES 1738 BASS ROAD P.O. BOX 13708 MACON GA 31208-3708 |
| DOUGHTY, KRISTI | WHITTINGTON & AULGUR 313 N. DUPONT HWY., SUITE 110 P.O. BOX 617 ODESSA DE 19730 |
| DREBSKY, DENNIS | NIXON PEABODY, LLP 437 MADISON AVENUE NEW YORK NY 10022 |
| ELLENBERG, MARK | CADWALADER, WICKERSHAM & TAFT LLP 1201 F STREET, N.W. WASHINGTON DC 20004 |
| ENGLUND, ALYSSA | ORRICK HERRINGTON & SUTCLIFFE LLP 666 FIFTH AVENUE NEW YORK NY 10103 |
| ETKIN, MICHAEL | LOWENSTEIN SANDLER PC 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |

| Claim Name | Address Information |
|---|---|
| FALGOWSKI, J. CORY | REED SMITH LLP 1201 MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| FALLON, BRETT | MORRIS JAMES LLP 500 DELAWARE AVENUE, SUITE 1500 PO BOX 2306 WILMINGTON DE 19899 |
| FATELL, BONNIE GLANTZ | BLANK ROME LLP 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| FEDERAL DEPOSIT INS. CORP. | 1601 BRYAN STREET DALLAS TX 75201 |
| FEDERAL TRADE COMMISSION | WILLIAM BLUMENTHAL, GENERAL COUNSEL 600 PENNSYLVANIA AVE, NW WASHINGTON DC 20580 |
| FELGER, MARK | COZEN & O'CONNOR 1201 N. MARKET STREET, SUITE 1400 WILMINGTON DE 19801 |
| FERGUSON, MATTHEW | SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10018 |
| FIFE, LORI | WEIL GOTSHAL & MANGES, LLP 767 FIFTH AVENUE NEW YORK NY 10153 |
| FINESTONE, STUART | FINESTONE & MORRIS 3340 PEACHTREE ROAD, NE, SUITE 2540 TOWER PLACE ATLANTA GA 30326 |
| FIVEL, NORMAN | NYS DEPT. OF LAW THE CAPITOL ALBANY NY 12224 |
| FOLDS, J. DAVID | MCKENNA LONG & ALDRIDGE LLP 1900 K. STREET, NW WASHINGTON DC 20006 |
| FREDERICKS, RAY | 1600 PACIFIC HIGHWAY, ROOM 162 SAN DIEGO CA 92101 |
| FUERTES, SUSAN | 14910 ALDINE-WESTFIELD ROAD HOUSTON TX 77032 |
| GARBER, SAMUEL | GENERAL GROWTH MANAGEMENT, INC., 110 N. WACKER CHICAGO IL 60606 |
| GARCIA, FLORA | OFFICE THE TAX COLLECTOR 940 WEST MAIN STREET, SUITE 106 EL CENTRO CA 92243 |
| GAZZO, NICOLE | STEVEN J. BAUM, P.C. 220 NORTHPOINTE PARKWAY, SUITE G AMHERST NY 14228 |
| GLASER, BARRY | STECKBAUER WEINHART JAFFEE, LLP 333 S. HOPE ST., SUITE 3600 LOS ANGELES CA 90071 |
| GOLDMAN, WILLIAM | SIDLEY AUSTIN 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GOLDSTEIN, MARCIA | WEIL GOTSHAL & MANGES, LLP 767 FIFTH AVENUE NEW YORK NY 10153 |
| GORMAN, ERIC | SKADDEN ARPS SLATE MEAGHER & FLOM LLP 155 N. WACKER DRIVE, SUITE 2700 CHICAGO IL 60606 |
| GRACE, THOMAS | LOCKE LIDDELL & SAPP 3400 JPMORGAN CHASE TOWER 600 TRAVIS STREET, SUITE 3400 HOUSTON TX 77002 |
| GREENBERG, ROBERT | FRIEDLANDER, MISLER, SLOAN, KLETZKIN & OCHSMAN, PLLC 1101 SEVENTEENTH STREET, N.W., SUITE 700 WASHINGTON DC 20036-4704 |
| GREER, STEFANIE BIRBROWER | KING & SPALDING LLP 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| GROFF, WHITNEY | MCCALLA RAYMER, LLC 1544 OLD ALABAMA ROAD ROSWELL GA 30076-2102 |
| GUINEY, BRIAN | PATTERSON BELKNAP WEBB & TYLER LLP 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| GULKOWITZ, ARNOLD | DICKSTEIN SHAPIRO 1633 BROADWAY LOWR 2C2 NEW YORK NY 10019 |
| GWYNNE, KURT | REED SMITH LLP 1201 N. MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| HARDY, JAMES | GALAXY ASSOCIATES 1220 ENSENADA AVENUE LAGUNA BEACH CA 92651 |
| HARRINGTON, LEE | NIXON PEABODY, LLP 437 MADISON AVENUE NEW YORK NY 10022 |
| HART, A. MICHELLE | MCCALLA RAYMER, LLC 1544 OLD ALABAMA ROAD ROSWELL GA 30076-2102 |
| HATFIELD, LISA | WITTSTADT & WITTSTADT, P.A. 284 EAST MAIN STREET NEWARK DE 19711 |
| HAYES, PHYLLIS | RMS 307 INTERNATIONAL CIRCLE, SUITE 270 HUNT VALLEY MD 21030 |
| HAZELTINE, WILLIAM | SULLIVAN HAZELTINE ALLINSON LLC 4 EAST 8TH STREET, SUITE 400 WILMINGTON DE 19801 |
| HEALY, PATRICK | WILMINGTON TRUST CO. 1100 NORTH MARKET STREET RODNEY SQUARE NORTH WILMINGTON DE 19801 |
| HEANEY, JAMES | LAW DEBENTURE TRUST COMPANY OF NEW YORK 400 MADISON AVENUE, 4TH FL. NEW YORK NY 10017 |
| HELLAND, MATTHEW | NICHOLS KASTER & ANDERSON 80 SOUTH 8TH STREET, SUITE 4600 MINNEAPOLIS MN 55402 |
| HILLER, ADAM | PINCKNEY, HARRIS & WEIDINGER, LLC 1220 NORTH MARKET STREET, SUITE 950 WILMINGTON DE 19801 |
| HOGAN, DANIEL | THE HOGAN FIRM 1311 DELAWARE AVENUE WILMINGTON DE 19806 |
| HOLDEN, FREDERICK | ORRICK, HERRINGTON & SUTCLIFFE LLP 405 HOWARD STREET SAN FRANCISCO CA 94105 |

| Claim Name | Address Information |
|---|---|
| HOLLEY, RICHARD | SANTORO DRIGGS WALCH KEARNEY HOLLEY & THOMPSON 400 SOUTH FOURTH STREET, 3RD FL LAS VEGAS NV 89101 |
| HOTCHKISS, NANCY | TRAINOR ROBERTSON 980 FULTON AVENUE SACRAMENTO CA 95825 |
| HUGGETT, JAMES | MARGOLIS EDELSTEIN 750 SHIPYARD DRIVE, SUITE 102 WILMINGTON DE 19801 |
| HURFORD, MARK | CAMPBELL & LEVINE, LLC 800 NORTH KING STREET, SUITE 300 WILMINGTON DE 19801 |
| INDELICATO, MARK | HAHN & HESSEN LLP 488 MADISON AVENUE, 14TH AND 15TH FLOOR NEW YORK NY 10022 |
| INTERNAL REVENUE SERVICE | 2970 MARKET STREET PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| ISRAELI, DANIEL | VANTIUM CAPITAL 9 WEST 57TH ST., 37TH FLOOR NEW YORK NY 10019 |
| JOHNSTON, SUSAN POWER | COVINGTON & BURLING LLP THE NEW YORK TIMES BUILD., 620 EIGHTH AVENUE NEW YORK NY 10018 |
| JONES, LAURA DAVIS | PACHULSKI, STANG, ZIEHL, YOUNG & JONES  LLP 919 N. MARKET STREET, 17TH FLOOR WILMINGTON DE 19899-8705 |
| JURICH, LANCE | LOEB & LOEB LLP 10100 SANTA MONICA BOULEVARD, SUITE 2200 LOS ANGELES CA 90067-4164 |
| KATZ, MICHAEL | MBK AND ASSOCIATES 1136 WASHINGTON AVENUE, SUITE 905 ST. LOUIS MO 63101 |
| KELLY, STEVEN | SILVER & DEBOSKEY 1801 YORK STREET DENVER CO 80206 |
| KIELMAN, GEORGE | FREDDIE MAC 8200 JONES BRANCE DRIVE – MS 202 MCLEAN VA 22102 |
| KILPATRICK, RICHARDO | KILPATRICK & ASSOCIATES 903 NORTH OPDYKE ROAD, SUITE C AUBURN HILLS MI 48326 |
| KING, MAUREEN PEYTON | SECURITIES AND EXCHANGE COMMISSION 3 WORLD FINANCIAL CENTER, ROOM 400 NEW YORK NY 10281 |
| KINSELLA, SHELLEY | COOCH & TAYLOR THE BRANDYWINE BUILDING, 1000 WEST STREET, 10TH FLOOR WILMINGTON DE 19801 |
| KORTANEK, STEVEN | WOMBLE CARLYLE SANDRIDGE & RICE PLLC 222 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |
| KOZLOV, HERSH | WOLFBLOCK LLP 1940 ROUTE 70 70 EAST, SUITE 200 CHERRY HILL NJ 08003 |
| KRIGSMAN, JOHN | FIRST AMERICAN CAPITAL LLC 7286 SIENA WAY BOULDER CO 80301 |
| KUNEY, DAVID | SIDLEY AUSTIN 1501 K. ST. N.W. WASHINGTON DC 20005 |
| KURTZMAN, JEFF | KLEHR HARRISON HARVEY BRANZBURG & ELLERS, LLP 919 MARKET STREET, SUITE 1000 WILMINGTON DE 19801 |
| LANDIS, ADAM | LANDIS RATH & COBB LLP 919 MARKET STREET, SUITE 600 WILMINGTON DE 19801 |
| LASTOWSKI, MICHAEL | DUANE MORRIS LLP 1100 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 |
| LAUKITIS, LISA | KIRKLAND & ELLIS 153 EAST 53RD STREET CITICORP CENTER NEW YORK NY 10022 |
| LAWALL, BARBARA | PIMA COUNTY CIVIL DIVISION 32 NORTH STONE AVENUE, SUITE 2100 TUCSON AZ 85701 |
| LAWSON, KIMBERLY | REED SMITH LLP 1201 MARKET STREET SUITE 1500 WILMINGTON DE 19801 |
| LAZAROU, ELENA | REED SMITH LLP 599 LEXINGTON AVENUE, 27TH FLOOR NEW YORK NY 10022 |
| LEANSE, THOMAS | KATTEN MUCHIN ROSENMAN 2029 CENTURY PARK EAST, SUITE 2600 LOS ANGELES CA 90067 |
| LEFKOFSKY, STEVEN | 31500 NORTHWESTERN HIGHWAY, SUITE 105 FARMINGTON HILLS MI 48334 |
| LEMISCH, RAYMOND | BENESCH FRIEDLANDER COPLAN & ARONOFF LLP 222 DELAWARE AVENUE, SUITE 810 WILMINGTONT DE 19801 |
| LEVINE, SCOTT | PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW 1065 AVENUE OF AMERICAS, 18TH FL. NEW YORK NY 10018 |
| LIBERI, JASON | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE RODNEY SQUARE P.O. BOX 636 WILMINGTON DE 19899 |
| LINFESTY, FREDERICK | IRON MOUNTAIN INFORMATION MANAGEMENT 745 ATLANTIC AVENUE BOSTON MA 02111 |
| LOFTUS, NANCY | DEPRT OF TAX ADMIN – FAIRFAX CO. 12000 GOVERNMNET CENTER PARKWAY, SUITE 549 FAIRFAX VA 22035 |
| LOIZIDES, CHRISTOPHER | LOIZIDES, P.A. 1225 KING STREET, SUITE 800 WILMINGTON DE 19801 |
| LOOMIS, GASTON | REED SMITH LLP 1201 MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| LOWE, SHERRY | LAMM RUBENSTONE LESAVOY BUTZ & DAVID LLC 3600 HORIZON BOULEVARD, SUITE 200 TREVOSE PA 19053 |
| LUCKMAN, GERARD | SILVERMAN PERLSTEIN & ACAMPORA LLP 100 JERICHO QUADRANGLE, SUITE 300 JERICHO |

| Claim Name | Address Information |
|---|---|
| LUCKMAN, GERARD | NY 11753 |
| LUSKIN, MICHAEL | HUGHES, HUBBARD & REED LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| MACAULEY, THOMAS | ZUCKERMAN SPAEDER LLP 919 MARKET STREET, SUITE 990 PO BOX 1028 WILMINGTON DE 19899 |
| MALLOY, SEAN | MCDONALD HOPKINS CO., LPA 600 SUPERIOR AVENUE EAST, SUITE2100 CLEVELAND OH 44114 |
| MARGOLIN, JEFFREY | HUGHES HUBBARD & REED LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| MARGOLL, MICHAEL | MOSS CODILIS LLP 6560 GREENWOOD PLAZA, SUITE 100 ENGLEWOOD CO 80111 |
| MARTIN, MADISON | STITES & HARBISON PLLC 401 COMMERCE ST., SUITE 800 NASHVILLE TN 37219 |
| MAY, ELOISE | WILES & WILES 800 KENNESAW AVENUE, NW, SUITE 400 MARIETTA GA 30060 |
| MCCALL, DAVID | GAY MCCALL ISAACKS GORDON & ROBERTS, P.C. 777 E. 15TH STREET PLANO TX 75074 |
| MCCALL, ROBERT | PEABODY & ARNOLD, LLP 600 ATLANTIC AVE. BOSTON MA 02210 |
| MCCLOUD, LAURA | TENNESSEE DEPARTMENT OF LABOR & WORKFORCE DEVELOPMENT-UNEMPLOYMENT INS. P.O. BOX 20207 NASHVILLE TN 37202-0207 |
| MCGINN, FRANK | BARTLETT HACKETT FEINBERG, P.C. 155 FEDERAL STREET, 9TH FLOOR BOSTON MA 02110 |
| MCGONIGLE, PETER | FANNIE MAE 1835 MARKET STREET, SUITE 2300 PHILADELPHIA PA 19103 |
| MCLAUGHLIN, LISA | PHILLIPS, GOLDMAN & SPENCE, P.A. 1200 N BROOM STREET WILMINGTON DE 19806 |
| MCMAHON, JOSEPH | OFFICE OF THE UNITED STATES TRUSTEE J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 - LOCKBOX #35 WILMINGTON DE 19801 |
| MCRAE, DANA | 701 OCEAN STREET, ROOM 150 SANTA CRUZ CA 95060 |
| MEACHAM, GREGORY | MCGRATH MEACHAM & SMITH 414 SHOUP AVENUE PO BOX 50731 IDAHO FALLS ID 83405 |
| MEADOR, SARI | OFFICE OF JOE G. TEDDER, CFC P.O. BOX 2016 BARTOW FL 33831 |
| MERSKY, RACHEL | MONZACK MERSKY MCLAUGLIN AND BROWDER 400 COMMERCE CENTER, 1201 ORANGE STREET P.O. BOX 2031 WILMINGTON DE 19899-2031 |
| MILLER, RICHARD | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MINUTI, MARK | SAUL EWING LLP 222 DELAWARE AVE., SUITE 1200 P.O. BOX 1266 WILMINGTON DE 19899-1266 |
| MOLDOVAN, JOSEPH | MORRISON COHEN LLP 909 THIRD AVENUE NEW YORK NY 10022 |
| MOMJIAN, CHRISTOPHER | PENNSYLVANIA ATTORNEY GENERAL'S OFFICE 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| MONDSHEIN, LEE | 7600 JERICHO TURNPIKE WOODBURY NY 11797 |
| MONHAIT, NORMAN | ROSENTHAL MONHAIT & GODDESS 919 MARKET ST./STE. 1401 MELLON BANK CTR P.O. BOX 1070 WILMINGTON DE 19899 |
| MOONEY, MARTIN | DEILY, MOONEY & GLASTETTER, LLP 8 THURLOW TERRACE ALBANY NY 12203 |
| MORGAN, PAULINE | YOUNG CONAWAY STARGATT & TAYLOR LLP THE BRANDYWINE BLDG., 17TH FLOOR 1000 WEST STREET WILMINGTON DE 19899 |
| MORSE, JOSHUA | HENNIGAN & BENNETT 865 SOUTH FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| MORTON, JEANNE | MCCALLA RAYMER 1544 OLD ALABAMA ROAD ROSWELL GA 30076 |
| MOSER, ERIC | MILBANK TWEED HADLEY & MCCLOY, LLP 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005-1413 |
| MOSLEY, CHRISTOPHER | CITY OF FORT WORTH 1000 THROCKMORTON STREET FORT WORTH TX 76102 |
| MOSS, GUY | RIEMER & BRAUNSTEIN THREE CENTER PLAZA BOSTON MA 02108 |
| MOSS, TINA | PRYOR CASHMAN SHERMAN & FLYNN, LLP 410 PARK AVENUE NEW YORK NY 10022 |
| NEUMANN, DAVID | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP 2300 BP TOWER 200 PUBLIC SQUARE CLEVELAND OH 44114-2378 |
| NEWELL, JANICE | ADA COUNTY TREASURER 200 W. FRONT STREET, ROOM 3191 BOISE ID 83702 |
| NEWTON, JEFFREY | COUNTY ATTORNEY FOR BROWARD COUNTY 115 SOUTH ANDREWS AVE., SUITE 423 GOVERNMENTAL CENTER FORT LAUDERDALE FL 33301 |
| NIEDERMEYER, ANDREA | STUTZMAN, BROMBERG, ESSERMAN & PLIFKA 2323 BRYAN STREET, SUITE 2200 DALLAS TX 75201 |

| Claim Name | Address Information |
|---|---|
| NIMEROFF, JAMI | BROWN STONE NIMEROFF LLC 4 EAST 8TH STREET, SUITE 4000 WILMINGTON DE 19801 |
| NORTH FORK | 275 BROADHOLLOW ROAD MELVILLE NY 11747 |
| NOVOTNY, WILLIAM | MARISCAL, WEEKS, MCINTYRE & FREIDLANDER, P.A. 2901 N. CENTRAL AVENUE, SUITE 200 PHOENIX AZ 85012 |
| NYHAN, LARRY | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN CHICAGO IL 60603 |
| O'CONNELL, KATHLEEN | SUNTRUST BANK 303 PEACHTREE STREET, 36TH FL. MAIL CODE 0662 ATLANTA GA 30308 |
| O'NEIL, JOSEPH | REED SMITH LLP 1201 MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| OFFICE OF THRIFT SUPERVISION | 1700 G STREET, NW WASHINGTON DC 20552 |
| OLSEN, HAROLD | STROOCK & STROOCK & LAVAN, LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| PALACIO, RICARDO | ASHBY & GEDDES 500 DELAWARE AVENUE, 8TH FLOOR WILMINGTON DE 19899 |
| PARKER, TALLY | PARKER & MARKS PC 1106 N IRVING HEIGHTS DR. IRVING TX 75061 |
| PARTEE, PETER | HUNTON & WILLIAMS 200 PARK AVENUE, 53RD FLOOR NEW YORK NY 10166-0136 |
| PETRIE, ANDREW | FEATHERSTONE PETRIE DESISTO LLP 600 17TH STREET, SUITE 2400 S DENVER CO 80202 |
| PHILIP, JOHN | CRISLIP, PHILIP & ASSO. 4515 POPLAR AVENUE, SUITE 322 MEMPHIS TN 38117 |
| PHILLIPS, MARC | CONNOLLY BOVE LODGE & HUTZ LLP THE NEMOURS BUILDING 1007 NORTH ORANGE STREET WILMINGTON DE 19899 |
| PITE, STEVEN | PITE DUNCAN LLP 525 E. MAIN STREET PO BOX 12289 EL CAJON CA 92022 |
| PLON, DANA | SIRLIN GALLOGLY & LESSER, P.C. 1529 WALNUT STREET, SUITE 600 PHILADELPHIA PA 19102 |
| POLIS, THOMAS | POLIS & ASSOCIATES 19800 MACARTHUR BOULEVARD SUITE 1000 IRVINE CA 92612 |
| POLITAN, MARK | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. 25 MAIN STREET HACKENSACK NJ 07601 |
| PROFANT, SUSAN | C/O KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR 819 U.S. 301 BLVD. WEST P.O. BOX 25300 BRADENTON FL 34206-5300 |
| RAVERT, GARY | MCDERMOTT, WILL & EMERY 340 MADISON AVENUE NEW YORK NY 10173 |
| REDIGER, SHAWN | WILLIAMS KASTNER & GIBBS 601 UNION STREET, SUITE 4100 SEATTLE WA 98101 |
| REED, MICHAEL | MCCREARY, VESELKA, BRAGG & ALLEN, P.C. P.O. BOX 26990 AUSTIN TX 78755 |
| REILLEY, PATRICK | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. 500 DELAWARE AVENUE, SUITE 1400 WILMINGTON DE 19801 |
| REYNOLDS, MICHAEL | SNELL & WILMER LLP 600 ANTON BLVD., SUITE 1400 COSTA MESA CA 92626 |
| RICE, SHAWN | RICE & GOTZMER 605 N. 8TH STREET, SUITE 350 SHEBOYGAN WI 53081 |
| RILEY, RICHARD | DUANE MORRIS LLP 1100 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 |
| ROBERTS, CHRISTINE | OLSON CANNON GORMLEY & DESRUISSEAUX 9950 WEST CHEYENNE AVENUE LAS VEGAS NV 89129 |
| ROBERTS, ERIN | WOMBLE CARLYLE SANDRIDGE & RICE PLLC 8065 LEESBURG PIKE, FOURTH FLOOR TYSONS CORNER VA 22182 |
| ROMERO, MARTHA | ROMERO LAW FIRM 6516 BRIGHT AVENUE WHITTIER CA 90601 |
| ROSENBAUM, ROBERT | MEYERS, RODBELL & ROSENBAUM, P.A. 6801 KENILWORTH AVE., SUITE 400 BERKSHIRE BUILDING RIVERDALE PARK MD 20737-1385 |
| ROSENBERG, ROBERT | LATHAM & WATKINS LLP 885 THIRD AVENUE, SUITE 1000 NEW YORK NY 10022 |
| ROSENBLATT, STEPHEN | BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC P.O. BOX 22567 JACKSON MI 39225 |
| ROSENTHAL, JOHN | NIXON PEABODY, LLP ONE EMBARCADERO CENTER, 18TH FLOOR SAN FRANCISCO CA 94111-3600 |
| ROSNER, FREDERICK | MESSANA ROSNER & STERN, LLP 1000 N. WEST STREET, SUITE 1200 WILMINGTON DE 19801 |
| ROUPINIAN, RENE | OUTTEN & GOLDEN 3 PARK AVENUE, 29TH FL. NEW YORK NY 10016 |
| RUBINSTEIN, VADIM | LOEB & LOEB 345 PARK AVENUE NEW YORK NY 10154 |
| RUDMAN, SAMUEL | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP 58 SOUTH SERVICE ROAD, SUITE 200 MELVILLE NY 11747 |
| RUMPH | IKON OFFICE SOLUTIONS 3920 ARKWRIGHT ROAD, SUITE 400 MACON GA 31210 |
| SALERNO, THOMAS | SQUIRE SANDERS & DEMPSEY L.L.P. 40 NORTH CENTRAL AVENUE, SUITE 2700 PHOENIX AZ |

| Claim Name | Address Information |
|---|---|
| SALERNO, THOMAS | 85004 |
| SALWOWSKI, BRIAN | INDIANA DEPT. OF REVENUE INDIANA GOVERNMENT CENTER SOUTH, FIFTH FLOOR 302 WEST WASHINGTON STREET INDIANAPOLIS IN 46204-2770 |
| SASS, STEVEN | 307 INTERNATIONAL CIRCLE, SUITE 270 HUNT VALLEY MD 21030 |
| SAWYER, CHARLES | DORSEY & WHITNEY 50 SOUTH SIXTH ST., SUITE 1500 MINNEAPOLIS MN 55402 |
| SCHILTZ, TODD | DRINKER BIDDLE & REATH 1100 N. MARKET STREET, #1000 WILMINGTON DE 19801 |
| SCHNABEL, ERIC LOPEZ | DORSEY & WHITNEY 1105 NORTH MARKET STREET, 16TH FL. WILMINGTON DE 19801 |
| SCHONHOLTZ, MARGOT | WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SCHRAGE, PATRICIA | SECURITIES AND EXCHANGE COMMISSION 3 WORLD FINANCIAL CENTER, ROOM 400 NEW YORK NY 10281 |
| SCHWEITZER, LISA | CLEARY GOTTLIEB STEEN & HAMILTON ONE LIBERTY PLAZA NEW YORK NY 10006 |
| SEIDEL, BARRY | KING & SPALDING LLP 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SELBST, STEPHEN | MCDERMOTT, WILL & EMERY 340 MADISON AVENUE NEW YORK NY 10173 |
| SEW HOY, MICHAEL | U.S. DEPARTMENT OF JUSTICE 1100 L. STREET, N.W., ROOM 10048 WASHINGTON DC 20005 |
| SHICKICH, JR., JOSEPH | RIDDELL WILLIAMS, P.S. 1001 FOURTH AVENUE, SUITE 4500 SEATTLE WA 98154 |
| SILBERGLIED, RUSSELL | RICHARDS, LAYTON & FINGER, P.A. ONE RODNEY SQUARE P.O. BOX 551 WILMINGTON DE 19899 |
| SILVERSTEIN, ANDREW | SEWARD & KISSEL ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| SILVERSTEIN, LAURIE | POTTER ANDERSON & CORROON LLP 1313 N. MARKET STREET, 6TH FLOOR P.O. BOX 951 WILMINGTON DE 19899 |
| SIMON, CHRISTOPHER | CROSS & SIMON, LLC 913 NORTH MARKET STREET, 11TH FL. WILMINGTON DE 19801 |
| SIMONS, ROBERT | REED SMITH LLP 435 SIXTH AVENUE PITTSBURGH PA 15230-2009 |
| SINGER, LINDA | COHEN MILSTEIN SUITE 500, WEST TOWER WASHINGTON DC 10005 |
| SKLAR, JAMES | DOVEBID 27600 NORTHWESTERN HIGHWAY, SUITE 220 SOUTHFIELD MI 48034 |
| SLIGHTS, ELLEN | U.S. ATTORNEY'S OFFICE 1007 ORANGE STREET, SUITE 700 PO BOX 2046 WILMINGTON DE 19899 |
| SPRINGER, CLAUDIA | REED SMITH LLP 2500 ONE LIBERTY PLACE 1650 MARKET STREET PHILADELPHIA PA 19103-7301 |
| STACK, DAVID | ABN AMRO BANK 101 PARK AVENUE, 6TH FL NEW YORK NY 10178 |
| STAMOULIS, STAMATIOS | STAMOULIS & WEINBLATT 6 DENNY ROAD, SUITE 307 WILMINGTON DE 19809 |
| STAPLETON, KAREN | ASSISTANT COUNTY ATTORNEY ONE HARRISON STREET, S.E. 5TH FLOOR LEESBURG VA 20175 |
| STATE OF MARYLAND | 1100 NORTH EUTAW ST., ROOM 401 BALTIMORE MD 21201 |
| STEEGE, CATHERINE | JENNER & BLOCK 330 N. WABASH AVENUE CHICAGO IL 60611 |
| STENNETT, STEVE | JONES DAY 2727 NORTH HARWOOD STREET DALLAS TX 75201 |
| STOELTING, DAVID | SECURITIES AND EXCHANGE COMMISSION 3 WORLD FINANCIAL CENTER, ROOM 400 NEW YORK NY 10281 |
| STONE, RALPH | SHALOV STONE & BONNER LLP 485 7TH AVENUE, RM 1000 NEW YORK NY 10018-7241 |
| SUGLIA, NICOLA | FLEISCHER FLEISCHER & SUGLIA PLAZA 1000 AT MAIN STREET, SUITE 208 VOORHEES NJ 08043 |
| SULLIVAN, WILLIAM | WILLIAM D. SULLIVAN, LLC 4 EAST 8TH STREET, SUITE 400 WILMINGTON DE 19801 |
| SUNCINE, STACEY | BERNSTEIN LAW FIRM SUITE 2200 GULF TOWER PITTSBURGH PA 15219 |
| SUTTY, ERIC | FOX ROTHSCHILD 919 NORTH MARKET STREET, SUITE 1600 WILMINGTON DE 19801 |
| TALMADGE, SCOTT | KAYE SCHOLER LLP 425 PARK AVENUE NEW YORK NY 10022 |
| TAYLOR, WILLIAM | MCCARTER & ENGLISH, LLP 405 N. KING STREET, 8TH FL. WILMINGTON DE 19801 |
| THAU, IRVING | 1139 AMALFI DRIVE PACIFIC PALISADES CA 90272 |
| THOMAS, PRINCE ALTEE | FOX ROTHSCHILD LLP 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA PA 19103-3291 |
| THOMPSON, CHRISTINA | CONNOLLY BOVE LODGE & HUTZ LLP THE NEMOURS BUILDING 1007 NORTH ORANGE STREET WILMINGTON DE 19899 |
| TOP, III, FRANKLIN | CHAPMAN AND CUTLER LLP 111 WEST MONROE ST. CHICAGO IL 60603 |

| Claim Name | Address Information |
|---|---|
| TOYE, MARIKAE | NEW JERSEY ATTORNEY GENERAL'S OFFICE R.J. HUGHES JUSTICE COMPLEX PO BOX 106 TRENTON NJ 08625 |
| TRODELLA, ROBERT | HELLER EHRMAN LLP 333 BUSH STREET SAN FRANCISCO CA 94104 |
| WALLACE, S. JAMES | GRIFFITH MCCAGUE & WALLACE 707 GRANT STREET PITTSBURGH PA 15219 |
| WANSLEE, MADELEINE | GUST ROSENFELD P.L.C. 201 E. WASHINGTON STREET, SUITE 800 PHOENIX AZ 85004 |
| WARD, CHRISTOPHER | POLSINELLI SHALTON FLANIGAN SUELTHAUS PC 222 DELAWARE AVENUE, SUITE 1101 WILMINGTON DE 19801 |
| WAXMAN, JEFFREY | MORRIS JAMES LLP 500 DELAWARE AVENUE, SUITE 1500 PO BOX 2306 WILMINGTON DE 19899 |
| WEINBLATT, RICHARD | STAMOULIS & WIEINBLATT 6 DENNY ROAD, SUITE 307 WILMINGTON DE 19809 |
| WEINSTOCK, PETER | HUNTON & WILLIAMS LLP 1445 ROSS AVENUE, SUITE 3700 DALLAS TX 75202 |
| WEISBROD, STEPHEN | GILBERT LLP 1100 NEW YORK AVE., NW SUITE 700 WASHINGTON DC 20005-3987 |
| WEISMAN, GILBERT | BECKET AND LEE LLP P.O. BOX 3001 MALVERN PA 19355 |
| WELLER, ELIZABETH | LINEBARGER GOGGAN BLAIR PENA & SAMPSON LLP 2323 BRYAN STREET SUITE 1600 DALLAS TX 75201 |
| WERB, DUANE | WERB & SULLIVAN 300 DELAWARE AVENUE, SUITE 1300 P.O. BOX 25046 WILMINGTON DE 19801 |
| WILAMOWSKY, STEVEN | BINGHAM MCCUTCHEN 399 PARK AVENUE NEW YORK NY 10022-4689 |
| WILSON, BRUCE | KUTAK ROCK LLP 1650 FARNAM ST. OMAHA NE 68102 |
| WILSON, MICHAEL | HUNTON & WILLIAMS RIVERFRONT PLAZA, EAST TOWER, 951 EAST BYRD STREET RICHMOND VA 23219 |
| WINFREE, AMANDA | ASHBY & GEDDES, P.A. 500 DELAWARE AVENUE, 8TH FLOOR WILMINGTON DE 19899 |
| WINNICK, JONATHAN | BERNSTEIN SHUR 100 MIDDLE STREET PORTLAND ME 04104 |
| WORKMAN, DONALD | BAKER & HOSTETLER, LLP 1050 CONNECTICUT AVENUE, N.W. SUITE 1100 WASHINGTON DC 20036 |
| WRIGHT, KARON | TRAVIS COUNTY ATTORNEY P.O. BOX 1748 AUSTIN TX 78767 |
| YODER, STEVEN | THE BAYARD FIRM 222 DELAWARE AVENUE SUITE 900 WILMINGTON DE 19801 |
| YUDELL, KENNETH | ARONAUER, GOLDFARB, SILAS & RE, LLP 444 MADISON AVENUE, 17TH FL NEW YORK NY 10022 |
| ZIADY, CRAIG | CUMMINGS PROPERTIES, LLC 200 WEST CUMMINGS PARK WOBURN MA 01801 |
| ZIEGLER, CHARLES | 1030 LAFAYETTE ST. PO BOX 53513 LAFAYETTE LA 70505 |
| ZIELKE, DAVID | WASHINGTON MUTUAL 1301 SECOND AVENUE, W - MC 3501 SEATTLE WA 98101 |

**Total Creditor count  286**