# EXHIBIT II

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         : Jointly Administered
        Debtors.                                                         :
                                                                         : Ref. Docket No. ___
------------------------------------------------------------------------ x

### ORDER SUSTAINING PLAN TRUST'S SEVENTY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the seventy-second omnibus (non-substantive) objection to claims (the "Objection") of Steven D. Sass, as liquidating trustee (the " Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors and debtors-in-possession (the "Debtors"), by which the Plan Trustee respectfully requests the entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

2

on Exhibits A, B, C and D attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

>ORDERED that the Objection is sustained as set forth herein; and it is further

>ORDERED that the Disputed Claims identified on the attached Exhibits A, B and C are hereby disallowed and expunged in their entirety; and it is further

>ORDERED that the Disputed Claim identified on the attached Exhibit D is hereby reassigned to the New Case Number as indicated on Exhibit D; and it is further

>ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

>ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      March ____, 2011

                                        CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Amended Claims**

**Exhibit A**

**Amended Claims**

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| UBS REAL ESTATE SECURITIES INC.<br>ATTN CHRISTOPHER G. SCHMIDT, DIRECTOR<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | 8925 | 1/11/08 | 07-11051 | $8,498,893.06 (S)<br>- (A)<br>- (P)<br>- (U)<br>$8,498,893.06 (T) | 10736 | 10/14/09 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$8,045,510.00 (U)<br>$8,045,510.00 (T) |
| UBS REAL ESTATE SECURITIES INC.<br>1285 AVE OF THE AMERICAS<br>NEW YORK, NY 10019 | 10736 | 10/14/09 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$8,045,510.00 (U)<br>$8,045,510.00 (T) | 10788 | 6/24/10 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$7,758,715.38 (U)<br>$7,758,715.38 (T) |
| VENTURA COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>800 SOUTH VICTORIA AVENUE<br>VENTURA, CA 93009-1290 | 10863 | 1/10/11 | 07-11050 | - (S)<br>$33.88 (A)<br>- (P)<br>- (U)<br>$33.88 (T) | 10865 | 1/10/11 | 07-11050 | - (S)<br>$4,646.03 (A)<br>- (P)<br>- (U)<br>$4,646.03 (T) |
| **Totals:** | **3 Claims** | | | $8,498,893.06 (S)<br>$33.88 (A)<br>- (P)<br>$8,045,510.00 (U)<br>$16,544,436.94 (T) | | | | - (S)<br>$4,646.03 (A)<br>- (P)<br>$15,804,225.38 (U)<br>$15,808,871.41 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Duplicate Claim**

**Exhibit B**

**Duplicate Claim**

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| TOWN OF HAMPTON<br>100 WINNACUNNET ROAD<br>HAMPTON, NH 03842 | 10828 | 12/13/10 | 07-11047 | $7,539.30 (S)<br>- (A)<br>$7,539.30 (P)<br>- (U)<br>$7,539.30 (T) | 10818 | 12/13/10 | 07-11047 | $7,539.30 (S)<br>- (A)<br>$7,539.30 (P)<br>- (U)<br>$7,539.30 (T) |
| Totals: | 1 Claim | | | $7,539.30 (S)<br>- (A)<br>$7,539.30 (P)<br>- (U)<br>$7,539.30 (T) | | | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Late Filed Claim**

# Exhibit C
## Late Filed Claim

| Name/Address of Claimant | Objectionable Claim ||||  Bar Date |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| BRITTON, PATRICIA<br>PO BOX 130<br>CROMPOND, NY 10517 | 10825 | 12/20/10 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$6,490.58 (U)<br>$6,490.58 (T) | 1/11/2008 |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$6,490.58 (U)<br>$6,490.58 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Wrong Debtor Claim**

# Exhibit D

## Wrong Debtor Claim

| Name/Address of Claimant | | Objectionable Claims | | | New Case Number | |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | | Case Number |
| RITZ-CARLTON HOTEL COMPANY, LLC, THE<br>ANDRONIKI ALAHOUZOS, COLLECTIONS<br>MARRIOTT DRIVE, DEPT. 52/923.21<br>WASHINGTON, DC  20058 | 1771 | 10/25/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$30,521.08 (U)<br>$30,521.08 (T) | | 07-11051 |
| **Totals:** | | | 1 Claim | - (S)<br>- (A)<br>- (P)<br>$30,521.08 (U)<br>$30,521.08 (T) | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.