# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | RE: DOCKET NO. 9635 |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Motion Of U.S. Bank National Association, In Its Capacity As Trustee, To Extend Bar Dates Contained In Amended Chapter 11 Plan Of Liquidation Of The Debtors Dated February 18, 2009 (the "<u>Motion</u>") has been received.  The Court's docket which was last updated February 8,2011, reflects that no responses to the Motion have been filed.  Responses to the Objection were to be filed and served no later than February 3,2011 at 4:00 p.m.

Dated:  February 8, 2011                    DORSEY & WHITNEY (DELAWARE) LLP

 /s/ Robert W. Mallard
Robert W. Mallard (DE No. 4279)
300 Delaware Avenue, Suite 1010
Wilmington, DE  19801
Telephone: (302) 425-7171

Counsel to U.S. Bank National Association,
In Its Capacity As Trustee