# EXHIBIT A

**Amended Claims**

## Exhibit A

### Amended Claims

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| DUCHENE, RENEE<br>6980 E SAHUARO DR APT 1059<br>SCOTTSDALE, AZ 852545294 | 1796 | 10/29/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$352.00 (U)<br>$352.00 (T) | 2072 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$256.00 (U)<br>$256.00 (T) |
| KRIEGER, JENNIFER<br>6 PONDVIEW DR APT 4<br>EAST PATCHOGUE, NY 117726832 | 1585 | 10/15/07 | 07-11051 | - (S)<br>- (A)<br>$1,010.70 (P)<br>- (U)<br>$1,010.70 (T) | 6795 | 1/2/08 | 07-11051 | - (S)<br>- (A)<br>$1,010.59 (P)<br>- (U)<br>$1,010.59 (T) |
| ROELLER, SHARLINE<br>7730 COAST JAY ST<br>N LAS VEGAS, NV 89084 | 115 | 8/28/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,611.20 (U)<br>$1,611.20 (T) | 10199 | 4/10/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,611.20 (U)<br>$1,611.20 (T) |
| Totals: | 3 Claims | | | - (S)<br>- (A)<br>- (P)<br>$2,973.90 (U)<br>$2,973.90 (T) | | | | - (S)<br>- (A)<br>$1,010.59 (P)<br>$1,867.20 (U)<br>$2,877.79 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.