# EXHIBIT B

**Duplicate Claim**

# Exhibit B

## Duplicate Claim

| | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| JE TAIME HOOD<br>HHC 65TH MEDICAL BRIGADE UNIT 152<br>APO, AP 96205 | 10376 | 4/29/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$22,959.37 (U)<br>$22,959.37 (T) | 10325 | 4/29/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$22,959.37 (U)<br>$22,959.37 (T) |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$22,959.37 (U)<br>$22,959.37 (T) | | | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.