# EXHIBIT C

**Late Filed Claims**

# Exhibit C

## Late Filed Claims

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| BIXEL, CHRISTINA R<br>491 E 319TH STREET<br>WILLOWICK, OH 44095 | 10216 | 4/14/08 | 07-11051 | Unspecified* | 1/11/2008 |
| PERRY, JARRETT<br>2122 JULIA GOLDBACH AVE.<br>RONKONKOMA, NY 11779 | 10815 | 12/8/10 | 07-11047 | - (S)<br>- (A)<br>$1,200.00 (P)<br>- (U)<br>$1,200.00 (T) | 1/11/2008 |
| SHEPPARD, VERONICA<br>11 CORNELL RD<br>SHOREHAM, NY 11786 | 10814 | 11/19/10 | 07-11051 | Unspecified* | 1/11/2008 |
| Totals: | 3 Claims | | | - (S)<br>- (A)<br>$1,200.00 (P)<br>- (U)<br>$1,200.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.