# EXHIBIT D

**Wrong Debtor Claims**

**Exhibit D**

**Wrong Debtor Claims**

| Name/Address of Claimant | Objectionable Claims | | | | New Case Number |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | Case Number |
| BEUSCHLEIN, RHONDA L<br>3716 PARK RIDGE DR<br>NAMPA, ID 83687 | 753 | 9/14/07 | 07-11049 | - (S)<br>- (A)<br>$230.00 (P)<br>- (U)<br>$230.00 (T) | 07-11051 |
| HASLER FINANCIAL SERVICES, LLC<br>ATTN STEVEN KLOAK<br>478 WHEELERS FARMS RD<br>MILFORD, CT 06461-9105 | 2982 | 11/23/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,938.99 (U)<br>$1,938.99 (T) | 07-11051 |
| MAURER, JOHN<br>503 SUDDEN VLY<br>BELLINGHAM, WA 98229-4809 | 345 | 9/6/07 | 07-11048 | - (S)<br>- (A)<br>$1,482.19 (P)<br>- (U)<br>$1,482.19 (T) | 07-11051 |
| MAZELLA, MICHAEL G.<br>5450 E DESERT FOREST TRL<br>CAVE CREEK, AZ 85331-5577 | 346 | 9/6/07 | 07-11048 | - (S)<br>- (A)<br>$2,695.46 (P)<br>- (U)<br>$2,695.46 (T) | 07-11051 |
| REMAX SUBURBAN REAL ESTATE INC.<br>STEVEN L. WOLVERS, PRESIDENT<br>102 1ST STREET SE<br>BONDURANT, IA 50035 | 10823 | 12/13/10 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$2,000.00 (U)<br>$2,000.00 (T) | 07-11051 |
| UNITED VANS LINES, LLC<br>ONE UNITED DRIVE<br>FENTON, MO 63026 | 10738 | 10/15/09 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | 07-11051 |

## Objectionable Claims — New Case Number

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
|---|---|---|---|---|---|
| **Totals:** | | 6 Claims | | - (S) | |
| | | | | - (A) | |
| | | | | $4,407.65 (P) | |
| | | | | $33,938.99 (U) | |
| | | | | $38,346.64 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.