# EXHIBIT A

Modified Amount Claims

**Exhibit A**

**Modified Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| ABRAMS, CAROLYN F. 7864 RED LION WAY PASADENA, MD 21122 | 899 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$1,786.56 (P)<br>- (U)<br>$1,786.56 (T) | - (S)<br>- (A)<br>$1,488.80 (P)<br>- (U)<br>$1,488.80 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,488.80, which equals two weeks vacation pay for this claimant. |
| ALESSI, MARY ANN 1928 SMITH STREET MERRICK, NY 11566 | 3486 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$2,280.51 (P)<br>- (U)<br>$2,280.51 (T) | - (S)<br>- (A)<br>$1,754.24 (P)<br>- (U)<br>$1,754.24 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,754.24, which equals two weeks vacation pay for this claimant. |
| ANNIS, JEANNIA 2714 FRANKLIN CT LINDENHURST, IL 60046 | 750 | 9/13/07 | 07-11051 | - (S)<br>- (A)<br>$2,243.08 (P)<br>- (U)<br>$2,243.08 (T) | - (S)<br>- (A)<br>$1,869.23 (P)<br>- (U)<br>$1,869.23 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,869.23, which equals two weeks vacation pay for this claimant. |
| ARREOLA, ROSARIO T (ROSIE) 409 JUBILATION DR LAS VEGAS, NV 89128 | 1963 | 11/9/07 | 07-11051 | - (S)<br>- (A)<br>$3,876.92 (P)<br>- (U)<br>$3,876.92 (T) | - (S)<br>- (A)<br>$1,846.15 (P)<br>- (U)<br>$1,846.15 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,846.15, which equals two weeks vacation pay for this claimant. |
| AUTENRIETH, VICTORIA R 110 FRANKLIN ST NORTHPORT, NY 117683009 | 2545 | 11/19/07 | 07-11053 | - (S)<br>- (A)<br>$3,051.19 (P)<br>- (U)<br>$3,051.19 (T) | - (S)<br>- (A)<br>$2,179.50 (P)<br>- (U)<br>$2,179.50 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,179.50, which equals two weeks vacation pay for this claimant. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| BABINGER, BETSY<br>455 ANTWERP DR<br>HICKSVILLE, OH 43526 | 994 | 9/18/07 | 07-11051 | - (S)<br>- (A)<br>$4,900.00 (P)<br>- (U)<br>$4,900.00 (T) | - (S)<br>- (A)<br>$3,500.00 (P)<br>- (U)<br>$3,500.00 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,500.00, which equals two weeks vacation pay for this claimant. |
| BALEWSKI, KELLI<br>8 FICUS ST<br>PORT JEFFERSON STATI, NY 11776 | 6173 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>$3,999.99 (P)<br>- (U)<br>$3,999.99 (T) | - (S)<br>- (A)<br>$3,076.92 (P)<br>- (U)<br>$3,076.92 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,076.92, which equals two weeks vacation pay for this claimant. |
| BASRAI, DURRIYA<br>12 WINDSOR CT<br>STREAMWOOD, IL 60107 | 5985 | 12/20/07 | 07-11051 | - (S)<br>- (A)<br>$3,426.92 (P)<br>- (U)<br>$3,426.92 (T) | - (S)<br>- (A)<br>$3,115.38 (P)<br>- (U)<br>$3,115.38 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,115.38, which equals two weeks vacation pay for this claimant. |
| BELMER, AARON<br>3101 WISMER AVE<br>SAINT LOUIS, MO 63114 | 89 | 8/27/07 | 07-11051 | - (S)<br>- (A)<br>$583.31 (P)<br>- (U)<br>$583.31 (T) | - (S)<br>- (A)<br>$490.38 (P)<br>- (U)<br>$490.38 (T) | Claim relates to payout of unused vacation time. Per the Debtors' books and records, the claim should be modified and reduced to $490.38 to the amount owed to claimant for unused vacation time. The claimant has not provided any documentation supporting a claim for a different amount. |
| BILICKI, EUGENE<br>36 JULIAN ST<br>HICKSVILLE, NY 11801 | 737 | 9/13/07 | 07-11051 | - (S)<br>- (A)<br>$5,993.08 (P)<br>- (U)<br>$5,993.08 (T) | - (S)<br>- (A)<br>$3,995.38 (P)<br>- (U)<br>$3,995.38 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,995.38, which equals two weeks vacation pay for this claimant. |
| BLACKWELL, STACEY D<br>7201 CHIPPENHAM PL<br>APT # 203<br>BALTIMORE, MD 21244 | 2174 | 11/14/07 | 07-11051 | - (S)<br>- (A)<br>$2,472.60 (P)<br>- (U)<br>$2,472.60 (T) | - (S)<br>- (A)<br>$1,648.40 (P)<br>- (U)<br>$1,648.40 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,648.40, which equals two weeks vacation pay for this claimant. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| BLAU, SHARYN M<br>281 PONDVIEW LN<br>SMITHTOWN, NY 11787 | 6793 | 1/2/08 | 07-11051 | - (S)<br>- (A)<br>$5,769.23 (P)<br>- (U)<br>$5,769.23 (T) | - (S)<br>- (A)<br>$3,846.15 (P)<br>- (U)<br>$3,846.15 (T) | Claim relates to unpaid wages. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,846.15, which equals two weeks vacation pay for this claimant. |
| BOARDMAN, MARILYN<br>14210 W VIRGINIA DR<br>LAKEWOOD, CO 80228 | 6253 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>$3,202.96 (P)<br>- (U)<br>$3,202.96 (T) | - (S)<br>- (A)<br>$2,669.14 (P)<br>- (U)<br>$2,669.14 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is entitled only to unused vacation pay. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,669.14, which equals two weeks vacation pay for this claimant. The claimant has not provided any documentation supporting a claim for a different amount. |
| BRYAN, JEAN K<br>2132 N. CHARTER POINT DR<br>ARLINGTON HEIGHTS, IL 60004 | 7642 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$5,469.23 (P)<br>- (U)<br>$5,469.23 (T) | - (S)<br>- (A)<br>$3,038.46 (P)<br>- (U)<br>$3,038.46 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,038.46, which equals two weeks vacation pay for this claimant. |
| BURIAN, THOMAS A.<br>PO BOX 1076<br>PARK RIDGE, IL 60068 | 951 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$2,708.34 (P)<br>- (U)<br>$2,708.34 (T) | - (S)<br>- (A)<br>$1,346.15 (P)<br>- (U)<br>$1,346.15 (T) | Claim relates to payout of quarterly bonus and unused vacation time. As per the employee contract attached to the proof of claim, in order to receive payment of the quarterly bonus the employee must be employed on the scheduled payment date, which in this case was 8/10/07. The employee is not entitled to the claimed bonus because he was terminated on 8/3/07 and, therefore, was not employed on the scheduled payment date. As a result, the claim should be modified and reduced to $1,346.15 to match Debtors' books and records for unused vacation pay owed to the claimant. |
| CARSON, JOSEPH M<br>15 DRIFTWOOD LN<br>EAST SETAUKET, NY 11733 | 3461 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$4,961.54 (P)<br>- (U)<br>$4,961.54 (T) | - (S)<br>- (A)<br>$2,480.76 (P)<br>- (U)<br>$2,480.76 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,480.76, which equals two weeks vacation pay for this claimant. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| CHA, JIN<br>5453 MAYFLOWER CT.<br>ROLLING MEADOWS, IL 60008 | 1657 | 10/19/07 | 07-11051 | - (S)<br>- (A)<br>$2,944.80 (P)<br>- (U)<br>$2,944.80 (T) | - (S)<br>- (A)<br>$1,963.20 (P)<br>- (U)<br>$1,963.20 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,963.20, which equals two weeks vacation pay for this claimant. |
| CHATZIANTONIOU, TASO<br>37-37 REGATTA PL<br>DOUGLASTON, NY 11363 | 384 | 9/7/07 | 07-11051 | - (S)<br>- (A)<br>$3,111.12 (P)<br>- (U)<br>$3,111.12 (T) | - (S)<br>- (A)<br>$2,461.54 (P)<br>- (U)<br>$2,461.54 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,461.54, which equals two weeks vacation pay for this claimant. |
| CHEGE, FREDERICK<br>12 MELROSE TERRACE<br>NUM 13<br>WAKEFIELD, MA 01880 | 7060 | 1/4/08 | 07-11051 | - (S)<br>- (A)<br>$2,911.96 (P)<br>- (U)<br>$2,911.96 (T) | - (S)<br>- (A)<br>$1,941.31 (P)<br>- (U)<br>$1,941.31 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,941.31, which equals two weeks vacation pay for this claimant. |
| COLLINS, KENNETH R (KEN)<br>26 WYOMING DR<br>HUNTINGTON STATION, NY 11746 | 3771 | 11/29/07 | 07-11051 | - (S)<br>- (A)<br>$6,337.69 (P)<br>- (U)<br>$6,337.69 (T) | - (S)<br>- (A)<br>$4,526.92 (P)<br>- (U)<br>$4,526.92 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $4,526.92, which equals two weeks vacation pay for this claimant. |
| CORBIN, DAVID L<br>1235 NAZARETH RD<br>LEXINGTON, SC 290737774 | 5858 | 12/19/07 | 07-11051 | - (S)<br>- (A)<br>$1,270.00 (P)<br>- (U)<br>$1,270.00 (T) | - (S)<br>- (A)<br>$1,032.00 (P)<br>- (U)<br>$1,032.00 (T) | Modified to match Debtors' books and records for unused vacation pay owed to the claimant. Claimant is not entitled to sick / personal pay per company policy. |
| COURTNEY, TERRESA K.<br>218 CHEVAL SQUARE DR<br>CHESTERFIELD, MO 63005-1637 | 1488 | 10/9/07 | 07-11051 | - (S)<br>- (A)<br>$9,519.23 (P)<br>- (U)<br>$9,519.23 (T) | - (S)<br>- (A)<br>$6,000.00 (P)<br>- (U)<br>$6,000.00 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser of two weeks or $6,000. As a result, the claim should be modified and reduced to $6,000.00. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Modified Amount | | Comments |
|---|---|---|---|---|---|---|---|---|
| DARAGO, KATIE<br>9304 MADISON AVE<br>LAUREL, MD 20723 | 500 | 9/10/07 | 07-11051 | $2,819.44 | - (S)<br>- (A)<br>(P)<br>- (U)<br>$2,819.44 (T) | $2,168.80<br>$2,168.80 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,168.66, which equals two weeks vacation pay for this claimant. |
| DEELY, CHRISTOPHER M<br>8 BOULDER LN<br>HORSHAM, PA 190441851 | 382 | 9/7/07 | 07-11051 | $1,480.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>$1,480.00 (T) | $1,384.62<br>$1,384.62 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Modified to match Debtors' books and records for unused vacation pay owed to the claimant. Claimant is not entitled to sick / personal pay per company policy. |
| DI CARLO, CHARLES J.<br>486 EARTHWOOD CT<br>LOUISVILLE, KY 40245-5303 | 869 | 9/17/07 | 07-11051 | $6,273.90 | - (S)<br>- (A)<br>(P)<br>- (U)<br>$6,273.90 (T) | $5,576.92<br>$5,576.92 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $5,576.92, which equals two weeks vacation pay for this claimant. |
| DISTEPHAN, MICHAEL F (MIKE)<br>2194 BELLEWOOD DR<br>MERRICK, NY 11566 | 2144 | 11/14/07 | 07-11051 | $5,605.77 | - (S)<br>- (A)<br>(P)<br>- (U)<br>$5,605.77 (T) | $5,096.16<br>$5,096.16 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $5,096.16, which equals two weeks vacation pay for this claimant. |
| DOLAN, MICHAEL F<br>6 SKYVUE CT<br>SOUTH SETAUKET, NY 11720 | 7891 | 1/9/08 | 07-11051 | $10,230.77 | - (S)<br>- (A)<br>(P)<br>- (U)<br>$10,230.77 (T) | $6,000.00<br>$6,000.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser of two weeks or $6,000. As a result, the claim should be modified and reduced to $6,000.00. |
| FLAHERTY, MAUREEN<br>155 SOUTHGATE DR<br>MASSAPEQUA PK, NY 117623821 | 4879 | 12/7/07 | 07-11051 | $7,384.62 | - (S)<br>- (A)<br>(P)<br>- (U)<br>$7,384.62 (T) | $4,615.38<br>$4,615.38 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $4,615.38, which equals two weeks vacation pay for this claimant. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| FONTANELLI, DAVID A<br>3 SEABROOK CT<br>STONY BROOK, NY 11790 | 3692 | 11/28/07 | 07-11051 | - (S)<br>- (A)<br>$6,000.00 (P)<br>- (U)<br>$6,000.00 (T) | - (S)<br>- (A)<br>$4,615.50 (P)<br>- (U)<br>$4,615.50 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $4,615.50, which equals two weeks vacation pay for this claimant. |
| FOWLER, RANDI L.<br>429 IRVINE CT<br>WHEELING, IL 60090 | 783 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>$1,782.00 (P)<br>- (U)<br>$1,782.00 (T) | - (S)<br>- (A)<br>$1,620.00 (P)<br>- (U)<br>$1,620.00 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,620.00, which equals two weeks vacation pay for this claimant. |
| GEHRING, GRETCHEN S.<br>830 CHURCHLAND CT<br>SAUGERTIES, NY 12477 | 556 | 9/11/07 | 07-11051 | - (S)<br>- (A)<br>$2,115.38 (P)<br>- (U)<br>$2,115.38 (T) | - (S)<br>- (A)<br>$1,923.08 (P)<br>- (U)<br>$1,923.08 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,923.08, which equals two weeks vacation pay for this claimant. |
| GOVINDU, KALYAN<br>12524 GREAT PINES COVE<br>FORT WAYNE, IN 46845 | 1436 | 10/5/07 | 07-11051 | - (S)<br>- (A)<br>$3,445.20 (P)<br>- (U)<br>$3,445.20 (T) | - (S)<br>- (A)<br>$2,544.24 (P)<br>- (U)<br>$2,544.24 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,544.24, which equals two weeks vacation pay for this claimant. |
| GRAVES, HEATHER M.<br>950 SPRING MEADOW DRIVE<br>DURHAM, NC 27713 | 812 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>$2,557.69 (P)<br>- (U)<br>$2,557.69 (T) | - (S)<br>- (A)<br>$1,951.92 (P)<br>- (U)<br>$1,951.92 (T) | Claim relates to payout of unused vacation and sick / holiday time. The claimant is not entitled to the sick / holiday pay portion of the claim per the Debtor's company policy. As a result, the claim should be modified and reduced to $1,951.92 to match Debtors' books and records for unused vacation pay owed to the claimant. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| GUSTAFSON, KATHY A<br>703 DAHLIA DRIVE<br>MONROEVILLE, PA 15146 | 5691 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>$1,682.69 (P)<br>- (U)<br>$1,682.69 (T) | - (S)<br>- (A)<br>$1,346.15 (P)<br>- (U)<br>$1,346.15 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,346.15, which equals two weeks vacation pay for this claimant. |
| HIGGINBOTHAM, LYNN G<br>1130 LILAC AVENUE<br>CHESAPEAKE, VA 23325 | 2015 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>$859.62 (P)<br>- (U)<br>$859.62 (T) | - (S)<br>- (A)<br>$469.62 (P)<br>- (U)<br>$469.62 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed $469.92 for unused vacation pay and the claimant has not provided any documentation supporting a claim for a different amount. As a result, the claim should be modified and reduced to match Debtors' books and records. |
| HOWELL, BARBARA J<br>508 MONTE VISTA DR<br>FORT WAYNE, IN 46814 | 5426 | 12/13/07 | 07-11051 | - (S)<br>- (A)<br>$2,135.04 (P)<br>- (U)<br>$2,135.04 (T) | - (S)<br>- (A)<br>$1,334.40 (P)<br>- (U)<br>$1,334.40 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,334.40, which equals two weeks vacation pay for this claimant. |
| HUMPHREY, RONDA C<br>1604 HOWARD PLACE<br>BALDWIN, NY 11510 | 7158 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$4,615.39 (P)<br>- (U)<br>$4,615.39 (T) | - (S)<br>- (A)<br>$3,076.92 (P)<br>- (U)<br>$3,076.92 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,076.92, which equals two weeks vacation pay for this claimant. |
| IGNACE, GLENN E<br>88 SAYBROOK AVENUE<br>HAMILTON, NJ 08619 | 4806 | 12/7/07 | 07-11051 | - (S)<br>- (A)<br>$3,868.40 (P)<br>- (U)<br>$3,868.40 (T) | - (S)<br>- (A)<br>$2,578.94 (P)<br>- (U)<br>$2,578.94 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,578.94, which equals two weeks vacation pay for this claimant. |
| JORGENSEN, ANNE MARIE<br>5013 63RD ST<br>WOODSIDE, NY 11377-5835 | 7770 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$7,234.81 (P)<br>- (U)<br>$7,234.81 (T) | - (S)<br>- (A)<br>$4,255.77 (P)<br>- (U)<br>$4,255.77 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $4,255.77, which equals two weeks vacation pay for this claimant. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| KAISER, CANDACE R<br>2615 COUNTRY RD 75<br>BUTLER, IN 46721 | 8135 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$3,380.10 (P)<br>- (U)<br>$3,380.10 (T) | - (S)<br>- (A)<br>$2,880.77 (P)<br>- (U)<br>$2,880.77 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,880.77, which equals two weeks vacation pay for this claimant. |
| KESSLER, KATHRYN M.<br>124 GREELEY ST<br>SYCAMORE, IL 60178 | 691 | 9/13/07 | 07-11051 | - (S)<br>- (A)<br>$5,192.31 (P)<br>- (U)<br>$5,192.31 (T) | - (S)<br>- (A)<br>$3,461.54 (P)<br>- (U)<br>$3,461.54 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,461.54, which equals two weeks vacation pay for this claimant. |
| KNIGHT, TERI<br>2471 S BAHAMA WAY<br>AURORA, CO 80013 | 9425 | 1/14/08 | 07-11051 | - (S)<br>- (A)<br>$2,526.34 (P)<br>- (U)<br>$2,526.34 (T) | - (S)<br>- (A)<br>$1,961.54 (P)<br>- (U)<br>$1,961.54 (T) | Claim relates to payout of unused vacation time. Per the Debtors' books and records, the claim should be modified and reduced to $1,961.54 to the amount owed to claimant for unused vacation time. The claimant has not provided any documentation supporting a claim for a different amount. |
| KOHL, RICHARD P.<br>32 AUDLEY CIR<br>PLAINVIEW, NY 11803 | 465 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$6,701.54 (P)<br>- (U)<br>$6,701.54 (T) | - (S)<br>- (A)<br>$5,584.62 (P)<br>- (U)<br>$5,584.62 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $5,584.62, which equals two weeks vacation pay for this claimant. |
| KOSS, MARILYN J<br>150 SMETHWICK LANE<br>ELK GROVE VILLAGE, IL 60007 | 7718 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$4,159.62 (P)<br>- (U)<br>$4,159.62 (T) | - (S)<br>- (A)<br>$2,773.08 (P)<br>- (U)<br>$2,773.08 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,773.08, which equals two weeks vacation pay for this claimant. |
| LALLI, JEANNE<br>379 SHERMAN AVE<br>HAWTHORNE, NY 10532 | 2445 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$10,613.07 (P)<br>- (U)<br>$10,613.07 (T) | - (S)<br>- (A)<br>$6,000.00 (P)<br>- (U)<br>$6,000.00 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser of two weeks or $6,000. As a result, the claim should be modified and reduced to $6,000.00. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| LAMONICA, MICHELE A<br>30 MOHAWK PLACE<br>MASSAPEQUA, NY 11758 | 7495 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$4,961.54 (P)<br>- (U)<br>$4,961.54 (T) | - (S)<br>- (A)<br>$3,307.69 (P)<br>- (U)<br>$3,307.69 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,307.69, which equals two weeks vacation pay for this claimant. |
| LOGIUDICE, ALAN<br>30 MOHAWK PLACE<br>MASSAPEQUA, NY 11758 | 7496 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$2,860.00 (P)<br>- (U)<br>$2,860.00 (T) | - (S)<br>- (A)<br>$2,600.00 (P)<br>- (U)<br>$2,600.00 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,600.00, which equals two weeks vacation pay for this claimant. |
| MACORMAC, EVELYN W<br>106 W FAIR MEADOWS DR<br>CANONSBURG, PA 15317 | 6409 | 12/26/07 | 07-11051 | - (S)<br>- (A)<br>$2,414.42 (P)<br>- (U)<br>$2,414.42 (T) | - (S)<br>- (A)<br>$1,788.46 (P)<br>- (U)<br>$1,788.46 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,788.46, which equals two weeks vacation pay for this claimant. |
| MASSARINI, JUDITH A.<br>397 AURORA DR<br>MILLERSVILLE, MD 21108 | 555 | 9/11/07 | 07-11051 | - (S)<br>- (A)<br>$1,884.68 (P)<br>- (U)<br>$1,884.68 (T) | - (S)<br>- (A)<br>$1,346.15 (P)<br>- (U)<br>$1,346.15 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,346.15, which equals two weeks vacation pay for this claimant. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| MCCAULEY, PAULA L<br>12915 LAFAYETTE ST UNIT G<br>THORNTON, CO 80241 | 7663 | 1/8/08 | 07-11051 | -(S)<br>-(A)<br>$4,329.81 (P)<br>-(U)<br>$4,329.81 (T) | -(S)<br>-(A)<br>$2,278.85 (P)<br>-(U)<br>$2,278.85 (T) | Claim relates to payout of remaining Flexible Spending Account ("FSA") funds and unused vacation time. The FSA portion of the claim should be disallowed because the FSA was a benefit program related to medical expense funds offered by, and administered through, ADP, a non-debtor third party. The Debtors were not responsible for maintaining or dispensing such funds. In addition, the FSA program was a "use it or lose it" benefit program, which ADP terminated on the same date of an employee's termination of employment. Employees were required to submit claims for reimbursement of medical expenses incurred prior to the termination date to ADP (rather than the Debtors) on or before October 31, 2007. On information and belief, the claimant did not seek reimbursement for any such expenses. With respect to the unused vacation time portion of the claim, per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,278.85, which equals two weeks vacation pay for this claimant. |
| MCGINNIS, SARAH J<br>8137 SAGIMORE CT<br>FORT WAYNE, IN 46835 | 8175 | 1/10/08 | 07-11051 | -(S)<br>-(A)<br>$5,225.00 (P)<br>-(U)<br>$5,225.00 (T) | -(S)<br>-(A)<br>$4,384.62 (P)<br>-(U)<br>$4,384.62 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $4,384.62, which equals two weeks vacation pay for this claimant. |
| MEEUWSE, CATHERINE S.<br>1703 MILES AVE<br>KALAMAZOO, MI 49001 | 241 | 9/4/07 | 07-11051 | -(S)<br>-(A)<br>$882.00 (P)<br>-(U)<br>$882.00 (T) | -(S)<br>-(A)<br>$840.00 (P)<br>-(U)<br>$840.00 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $840.00, which equals two weeks vacation pay for this claimant. |
| MEYER, JANICE E (JAN)<br>7305 WAYNE TRACE<br>FORT WAYNE, IN 46816 | 5448 | 12/13/07 | 07-11051 | -(S)<br>-(A)<br>$5,169.23 (P)<br>-(U)<br>$5,169.23 (T) | -(S)<br>-(A)<br>$3,230.77 (P)<br>-(U)<br>$3,230.77 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,230.77, which equals two weeks vacation pay for this claimant. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| MONTOYA, SUSANA<br>4850-10 DORSEY HALL DR<br>ELLICOTT CITY, MD 21042 | 999 | 9/19/07 | 07-11051 | - (S)<br>- (A)<br>$3,748.59 (P)<br>- (U)<br>$3,748.59 (T) | - (S)<br>- (A)<br>$2,776.80 (P)<br>- (U)<br>$2,776.80 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,776.80, which equals two weeks vacation pay for this claimant. |
| MUELLER, KATHLEEN M.<br>302 16TH AVE<br>BALTIMORE, MD 21225 | 418 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$3,230.76 (P)<br>- (U)<br>$3,230.76 (T) | - (S)<br>- (A)<br>$2,692.31 (P)<br>- (U)<br>$2,692.31 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,692.31, which equals two weeks vacation pay for this claimant. |
| MULLINS, STACY<br>177 BAYLAWN AVE<br>COPIAGUE, NY 11726 | 2092 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>$4,684.62 (P)<br>- (U)<br>$4,684.62 (T) | - (S)<br>- (A)<br>$3,346.16 (P)<br>- (U)<br>$3,346.16 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,346.16, which equals two weeks vacation pay for this claimant. |
| O'CONNOR, GEORGE W. JR<br>4 17TH AVENUE<br>RONKONKOMA, NY 11779 | 1774 | 10/26/07 | 07-11051 | - (S)<br>- (A)<br>$2,044.76 (P)<br>- (U)<br>$2,044.76 (T) | - (S)<br>- (A)<br>$1,580.77 (P)<br>- (U)<br>$1,580.77 (T) | Claim relates to payout of unused vacation and sick / personal time. The claimant is not entitled to the sick / personal pay portion of the claim per the Debtor's company policy. Thus, the claim should be modified and reduced to $1,580.77 to match amounts owed to claimant on account of unused vacation time per Debtors' books and records. |
| PALUMBO, JAMES<br>1530 DIEMAN LANE<br>EAST MEADOW, NY 11554 | 1711 | 10/22/07 | 07-11051 | - (S)<br>- (A)<br>$7,762.21 (P)<br>- (U)<br>$7,762.21 (T) | - (S)<br>- (A)<br>$5,174.85 (P)<br>- (U)<br>$5,174.85 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $5,174.85, which equals two weeks vacation pay for this claimant. |
| PAPADOPOULOS, CONSTANTINOS (DINO)<br>1 FRIENDS RD<br>SETAUKET, NY 11733 | 2631 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$6,923.08 (P)<br>- (U)<br>$6,923.08 (T) | - (S)<br>- (A)<br>$4,615.38 (P)<br>- (U)<br>$4,615.38 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $4,615.38, which equals two weeks vacation pay for this claimant. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| PEACOCK, VALORIE J (VAL)<br>14712 E COLGATE DR<br>AURORA, CO 80014 | 3945 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$1,897.50 (P)<br>- (U)<br>$1,897.50 (T) | - (S)<br>- (A)<br>$1,650.00 (P)<br>- (U)<br>$1,650.00 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,650.00, which equals two weeks vacation pay for this claimant. |
| PERRY, CATHRYN D<br>8720 WINDSOR MILL RD<br>WINDSOR MILL, MD 21244 | 2271 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$3,754.81 (P)<br>- (U)<br>$3,754.81 (T) | - (S)<br>- (A)<br>$3,413.46 (P)<br>- (U)<br>$3,413.46 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,413.46, which equals two weeks vacation pay for this claimant. |
| PIERCE, DANIEL R.<br>PO BOX 294<br>LINCOLN, AL 350960294 | 2306 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$4,500.00 (P)<br>- (U)<br>$4,500.00 (T) | - (S)<br>- (A)<br>$3,000.00 (P)<br>- (U)<br>$3,000.00 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,000.00, which equals two weeks vacation pay for this claimant. |
| PRICE, CHARLES A (CHUCK)<br>23 LINDEN AVE<br>FLORAL PARK, NY 11001 | 2929 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>$10,912.82 (P)<br>- (U)<br>$10,912.82 (T) | - (S)<br>- (A)<br>$6,000.00 (P)<br>- (U)<br>$6,000.00 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks or $6,000. As a result, the claim should be modified and reduced to $6,000.00. |
| REVERSKI, DIANE J.<br>2529 BEETHOVEN AVE<br>PORTAGE, MI 49024 | 282 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$966.00 (P)<br>- (U)<br>$966.00 (T) | - (S)<br>- (A)<br>$787.50 (P)<br>- (U)<br>$787.50 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $787.50, which equals two weeks vacation pay for this claimant. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| RIBNICK, MARC S.<br>158 HAMLET DR<br>MOUNT SINAI, NY 11766-3004 | 883 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$5,754.81 (P)<br>- (U)<br>$5,754.81 (T) | - (S)<br>- (A)<br>$3,836.54 (P)<br>- (U)<br>$3,836.54 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,836.54, which equals two weeks vacation pay for this claimant. |
| ROST, MICHELE D<br>6730 BLUE MIST RD<br>FORT WAYNE, IN 46819 | 5459 | 12/14/07 | 07-11051 | - (S)<br>- (A)<br>$3,692.31 (P)<br>- (U)<br>$3,692.31 (T) | - (S)<br>- (A)<br>$2,307.69 (P)<br>- (U)<br>$2,307.69 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,307.69, which equals two weeks vacation pay for this claimant. |
| SALTOS, JOHN C<br>4112 41ST ST APT 2A<br>SUNNYSIDE, NY 111043217 | 6458 | 12/27/07 | 07-11051 | - (S)<br>- (A)<br>$4,230.77 (P)<br>- (U)<br>$4,230.77 (T) | - (S)<br>- (A)<br>$3,846.15 (P)<br>- (U)<br>$3,846.15 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,846.15, which equals two weeks vacation pay for this claimant. |
| SAMUELSEN, LORI<br>6 GEORGANN RD<br>MANORVILLE, NY 11949-3223 | 2654 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$5,127.23 (P)<br>- (U)<br>$5,127.23 (T) | - (S)<br>- (A)<br>$3,662.30 (P)<br>- (U)<br>$3,662.30 (T) | Claim relates to payout of unused vacation and sick / holiday time. The claimant is not entitled to the sick / holiday pay portion of the claim per the Debtor's company policy. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $3,662.30, which equals two weeks vacation pay for this claimant. |
| SHANNON, LINDA K<br>3915 36TH STREET<br>DES MOINES, IA 50310 | 2517 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$2,605.95 (P)<br>- (U)<br>$2,605.95 (T) | - (S)<br>- (A)<br>$1,828.80 (P)<br>- (U)<br>$1,828.80 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,828.80, which equals two weeks vacation pay for this claimant. |

— Objectionable Claim —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| SICARI, DANIELLE L.<br>536 FRENCH AVENUE<br>NORTH BABYLON, NY 11703 | 7945 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$3,290.65 (P)<br>- (U)<br>$3,290.65 (T) | - (S)<br>- (A)<br>$2,531.27 (P)<br>- (U)<br>$2,531.27 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,531.27, which equals two weeks vacation pay for this claimant. |
| SINGH, BONITA N.<br>28 GABLES DR<br>HICKSVILLE, NY 11801 | 258 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$6,660.00 (P)<br>- (U)<br>$6,660.00 (T) | - (S)<br>- (A)<br>$5,127.69 (P)<br>- (U)<br>$5,127.69 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $5,127.69, which equals two weeks vacation pay for this claimant. |
| SKINNER, JULIA<br>7 BRAIDED WHIP CT<br>WINDSOR MILL, MD 21244 | 391 | 9/7/07 | 07-11051 | - (S)<br>- (A)<br>$6,346.15 (P)<br>- (U)<br>$6,346.15 (T) | - (S)<br>- (A)<br>$4,230.77 (P)<br>- (U)<br>$4,230.77 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $4,230.77, which equals two weeks vacation pay for this claimant. |
| SMILEY, CONSUELA A.<br>9763 BRASSIE WAY<br>GAITHERSBURG, MD 20886 | 959 | 9/18/07 | 07-11051 | - (S)<br>- (A)<br>$2,284.61 (P)<br>- (U)<br>$2,284.61 (T) | - (S)<br>- (A)<br>$2,076.92 (P)<br>- (U)<br>$2,076.92 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,076.92, which equals two weeks vacation pay for this claimant. |
| SMITH, MARY ELIZABETH<br>6675 HUNTSHIRE DR<br>ELKRIDGE, MD 21075 | 1028 | 9/19/07 | 07-11051 | - (S)<br>- (A)<br>$2,198.40 (P)<br>- (U)<br>$2,198.40 (T) | - (S)<br>- (A)<br>$1,832.00 (P)<br>- (U)<br>$1,832.00 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,832.00, which equals two weeks vacation pay for this claimant. |
| STEVENS, JAMI<br>6 SHELART ST.<br>PLAINVIEW, NY 11803 | 3925 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$2,296.36 (P)<br>- (U)<br>$2,296.36 (T) | - (S)<br>- (A)<br>$1,148.18 (P)<br>- (U)<br>$1,148.18 (T) | Claim relates to unpaid wages. Per the Debtors' books and records, the claim should be modified and reduced to $1,148.18 to the amount owed to claimant for transition pay. The claimant has not provided any documentation supporting a claim for a different amount. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| STEWART, JEFFREY H.<br>2824 DENBEIGH DR<br>HATFIELD, PA 19440 | 977 | 9/18/07 | 07-11051 | - (S)<br>- (A)<br>$6,360.00 (P)<br>- (U)<br>$6,360.00 (T) | - (S)<br>- (A)<br>$4,240.00 (P)<br>- (U)<br>$4,240.00 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $4,240.00, which equals two weeks vacation pay for this claimant. |
| STILES, LAUREL A<br>382 WALTON STREET<br>LEMOYNE, PA 17043 | 7952 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$1,360.40 (P)<br>- (U)<br>$1,360.40 (T) | - (S)<br>- (A)<br>$1,295.62 (P)<br>- (U)<br>$1,295.62 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,295.62, which equals two weeks vacation pay for this claimant. |
| SWIFT, MIKKI<br>2907 SEMMES AVE<br>RICHMOND, VA 23225 | 1382 | 10/2/07 | 07-11051 | - (S)<br>- (A)<br>$2,941.68 (P)<br>- (U)<br>$2,941.68 (T) | - (S)<br>- (A)<br>$1,730.40 (P)<br>- (U)<br>$1,730.40 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,730.40, which equals two weeks vacation pay for this claimant. |
| SYMONS, CECILIA<br>46595 CHALMERS<br>MACOMB, MI 48044 | 1554 | 10/5/07 | 07-11051 | - (S)<br>- (A)<br>$2,146.56 (P)<br>- (U)<br>$2,146.56 (T) | - (S)<br>- (A)<br>$1,651.20 (P)<br>- (U)<br>$1,651.20 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,651.20, which equals two weeks vacation pay for this claimant. |
| TIPALDI, THERESA<br>923 11TH STREET<br>WEST BABYLON, NY 11704 | 2212 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$1,803.32 (P)<br>- (U)<br>$1,803.32 (T) | - (S)<br>- (A)<br>$1,639.38 (P)<br>- (U)<br>$1,639.38 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,639.38, which equals two weeks vacation pay for this claimant. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| WALKER, JANE P<br>2026 46TH ST<br>DES MOINES, IA 50310 | 5036 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>$1,862.56 (P)<br>- (U)<br>$1,862.56 (T) | - (S)<br>- (A)<br>$1,330.40 (P)<br>- (U)<br>$1,330.40 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,330.40, which equals two weeks vacation pay for this claimant. |
| WHALIN, LESLIE D.<br>18 KNOLLCREST RD<br>NESCONSET, NY 11767 | 806 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>$3,155.34 (P)<br>- (U)<br>$3,155.34 (T) | - (S)<br>- (A)<br>$2,615.38 (P)<br>- (U)<br>$2,615.38 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $2,615.38, which equals two weeks vacation pay for this claimant. |
| WILSON, ROSIE<br>501 BOLTZ ST<br>FORT WAYNE, IN 46806-1108 | 9437 | 1/14/08 | 07-11051 | - (S)<br>- (A)<br>$384.64 (P)<br>- (U)<br>$384.64 (T) | - (S)<br>- (A)<br>$192.32 (P)<br>- (U)<br>$192.32 (T) | Claim relates to unpaid wages. Per the Debtors' books and records, the claim should be modified and reduced to $192.32 to the amount owed to claimant for transition pay. The claimant has not provided any documentation supporting a claim for a different amount. |
| WOODMAN, SUSAN E.<br>PO BOX 2114<br>METHUEN, MA 01844 | 5764 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>$1,248.98 (P)<br>- (U)<br>$1,248.98 (T) | - (S)<br>- (A)<br>$1,211.54 (P)<br>- (U)<br>$1,211.54 (T) | Modified to match Debtors' books and records for unused vacation pay owed to the claimant. |
| WROBLEWSKI, MARIA C<br>659 BONNIE BRAE<br>ERIE, PA 16511 | 2194 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$1,612.44 (P)<br>- (U)<br>$1,612.44 (T) | - (S)<br>- (A)<br>$1,194.40 (P)<br>- (U)<br>$1,194.40 (T) | Claim relates to payout of unused vacation and sick / personal time. The claimant is not entitled to the sick / personal pay portion of the claim per the Debtor's company policy. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of the lesser amount of two weeks of unused vacation time or $6,000. As a result, the claim should be modified and reduced to $1,194.40, which equals two weeks vacation pay for this claimant. |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| Totals: | 85 Claims | | | - (S)<br>- (A)<br>$330,998.95 (P)<br>- (U)<br>$330,998.95 (T) | - (S)<br>- (A)<br>$233,832.70 (P)<br>- (U)<br>$233,832.70 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed