# EXHIBIT B

**Modified Amount Reclassified Claims**

## Exhibit B

### Modified Amount Reclassified Claims

| Name/Address of Claimant | Objectionable Claim | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| AHMED, SHAHNILA<br>351 W 14TH ST<br>DEER PARK, NY 117296346 | 8080 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,916.00 (U)<br>$2,916.00 (T) | - (S)<br>- (A)<br>$2,692.31 (P)<br>- (U)<br>$2,692.31 (T) | Claim relates to payout of unused vacation time. The claim should be modified and reduced to match amounts owed to claimant on account of unused vacation pay per Debtors' books and records. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| ALVAREZ, YOLAMARY<br>100 GREENFIELD ST<br>LAWRENCE, MA 01843 | 4059 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,160.00 (U)<br>$2,160.00 (T) | - (S)<br>- (A)<br>$1,048.73 (P)<br>- (U)<br>$1,048.73 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claim should be modified and reduced to $1,048.73 to the amount owed to claimant for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| ANDERSON, JUERGEN<br>2525 TURTLE CREEK 412<br>DALLAS, TX 75219 | 963 | 9/18/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$3,541.67 (U)<br>$3,541.67 (T) | - (S)<br>- (A)<br>$2,288.37 (P)<br>- (U)<br>$2,288.37 (T) | Claim relates to payout of 2 weeks transition pay. The claimant received payment for 3 days of transition pay in their paycheck dated 8/07/07 for period ending 7/31/2007. Thus, the claim should be modified and reduced to $2,288.37 to match amounts owed to claimant on account of remaining transition pay per Debtors' books and records. In addition, the allowed portion of this claim should be reclassified to a priority unsecured claim because such portion is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| ATHERTON, CHARONDA<br>851 MACON PL<br>UNIONDALE, NY 11553-2938 | 5201 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$999.90 (U)<br>$999.90 (T) | - (S)<br>- (A)<br>$499.95 (P)<br>- (U)<br>$499.95 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claim should be modified and reduced to $499.95 to the amount owed to claimant for transition pay. The claimant has not provided any documentation supporting a claim for a different amount. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| BORDNER, ANN M<br>8809 WAVE CIRCLE<br>APT A<br>FORT WAYNE, IN 46825 | 2404 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,730.56 (U)<br>$1,730.56 (T) | - (S)<br>- (A)<br>$887.02 (P)<br>- (U)<br>$887.02 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claim should be modified and reduced to $887.02 to the amount owed to claimant for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

― Objectionable Claim ―

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| BULSON, BETHANY R. 5201 WRIGHT DR HICKORY, NC 286028297 | 573 | 9/11/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,522.40 (U)<br>$1,522.40 (T) | - (S)<br>- (A)<br>$1,081.61 (P)<br>- (U)<br>$1,081.61 (T) | Claim relates to payout of unused vacation time. The claim should be modified and reduced to match amounts owed to claimant on account of unused vacation pay per Debtors' books and records. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| CONDE, REISA S 21 FISCHER AVENUE KINGSTON, NY 12401 | 5106 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,230.40 (U)<br>$2,230.40 (T) | - (S)<br>- (A)<br>$892.31 (P)<br>- (U)<br>$892.31 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claim should be modified and reduced to $892.31 to the amount owed to claimant for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| CONROY, ELAINE D. PO BOX 25596 HONOLULU, HI 96825 | 143 | 8/29/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$6,000.00 (U)<br>$6,000.00 (T) | - (S)<br>- (A)<br>$2,779.81 (P)<br>- (U)<br>$2,779.81 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $2,779.81, which equals two weeks vacation pay for this claimant. In addition, the allowed amount should be reclassified as priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

— Objectionable Claim —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| COOK, CRYSTAL<br>10907 CHRUDAN DR<br>CHARLOTTE, NC 28262 | 576 | 9/11/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$988.00 (U)<br>$988.00 (T) | - (S)<br>- (A)<br>$925.83 (P)<br>- (U)<br>$925.83 (T) | Claim relates to payout of unused vacation time. The claim should be modified and reduced to match amounts owed to claimant on account of unused vacation pay per Debtors' books and records. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| D'AMBROSIO, DONNA M<br>24 7TH AVE # D<br>FARMINGDALE, NY 117355734 | 2950 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$4,500.00 (U)<br>$4,500.00 (T) | - (S)<br>- (A)<br>$2,884.62 (P)<br>- (U)<br>$2,884.62 (T) | Claim relates to unpaid wages. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $2,884.62, which equals two weeks vacation pay for this claimant. In addition, the allowed amount should be reclassified as priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. The claimant has not provided any documentation supporting a claim for a different amount. |
| DESROULEAUX, MONICA P<br>18872 NW 24TH CT<br>PEMBROKE PNES, FL 33029-5354 | 4801 | 12/7/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,400.00 (U)<br>$1,400.00 (T) | - (S)<br>- (A)<br>$519.23 (P)<br>- (U)<br>$519.23 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claim should be modified and reduced to $519.23 to the amount owed to claimant for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| GIERA, KAREN<br>434 SO FELTUS ST<br>SOUTH AMBOY, NJ 08879 | 1059 | 9/20/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,511.04 (U)<br>$2,511.04 (T) | - (S)<br>- (A)<br>$1,076.26 (P)<br>- (U)<br>$1,076.26 (T) | Claim relates to payout of unused vacation and sick / personal time. The claimant is not entitled to the sick / personal pay portion of the claim per the Debtor's company policy. Thus, the claim should be modified and reduced to $1,076.26 to match amounts owed to claimant on account of unused vacation time per Debtors' books and records. In addition, the allowed portion of this claim should be reclassified to a priority unsecured claim because such portion is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| GUERRERO, ALEXANDER<br>13685 KITTY HAWK WAY APT 201<br>WOODBRIDGE, VA 22191-5235 | 4612 | 12/6/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,330.77 (U)<br>$1,330.77 (T) | - (S)<br>- (A)<br>$923.08 (P)<br>- (U)<br>$923.08 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claim should be modified and reduced to $923.08 to the amount owed to claimant for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. In addition, the allowed amount should be reclassified because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| HASKINS, LINDA<br>7760 E 39TH ST<br>TUCSON, AZ 85730 | 273 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,269.23 (U)<br>$1,269.23 (T) | - (S)<br>- (A)<br>$888.46 (P)<br>- (U)<br>$888.46 (T) | Claim relates to payout of unused vacation time. The claim should be modified and reduced to match amounts owed to claimant on account of unused vacation pay per Debtors' books and records. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| HUNTER, D ROSS<br>153 TAMARACK LN<br>BOXBOROUGH, MA 01719 | 5115 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$5,496.92 (U)<br>$5,496.92 (T) | - (S)<br>- (A)<br>$4,326.92 (P)<br>- (U)<br>$4,326.92 (T) | Claim relates to payout of unused vacation and sick / personal time. The claimant is not entitled to the sick / personal pay portion of the claim per the Debtor's company policy. Thus, the claim should be modified and reduced to $4,326.92 to match amounts owed to claimant on account of unused vacation time per Debtors' books and records. In addition, the allowed portion of this claim should be reclassified to a priority unsecured claim because such portion is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| LAWSON, ALICE F.<br>2213 BROKEN OAK ROAD<br>FORT WAYNE, IN 46818 | 1435 | 10/5/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,003.68 (U)<br>$1,003.68 (T) | - (S)<br>- (A)<br>$780.77 (P)<br>- (U)<br>$780.77 (T) | Claim relates to payout of unused vacation time. The claim should be modified and reduced to match amounts owed to claimant on account of unused vacation pay per Debtors' books and records. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| LYNCH, SHANA<br>8603 WEST PAPAGO STREET<br>TOLLESON, AZ 85353 | 2012 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>$600.00 (P)<br>- (U)<br>$600.00 (T) | - (S)<br>- (A)<br>$240.00 (P)<br>- (U)<br>$240.00 (T) | Claim relates to payout of 5 days transition pay. The claimant received payment for 3 days of transition pay in their paycheck dated 8/07/07 for period ending 7/31/2007. Thus, the claim should be modified and reduced to $240.00 to match amounts owed to claimant on account of remaining transition pay per Debtors' books and records. In addition, the allowed portion of this claim should be reclassified to a priority unsecured claim because such portion is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| MASS BENITT, CLAUDIA<br>16 CAPTAIN RICHARDS LN<br>FORT SALONGA, NY 11768 | 214 | 8/31/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$5,461.75 (U)<br>$5,461.75 (T) | - (S)<br>- (A)<br>$4,653.75 (P)<br>- (U)<br>$4,653.75 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $4653.75, which equals two weeks vacation pay for this claimant. In addition, the allowed amount should be reclassified as priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| MITCHELL, TAMI<br>10 LONG STREET<br>LAKE GROVE, NY 11755 | 2944 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$4,750.00 (U)<br>$4,750.00 (T) | - (S)<br>- (A)<br>$3,653.84 (P)<br>- (U)<br>$3,653.84 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $3,653.84, which equals two weeks vacation pay for this claimant. In addition, the allowed amount should be reclassified as priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| PLYMALE, LINDA C.<br>2309 TURTLE POINT DRIVE<br>RALEIGH, NC 27604 | 2030 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$3,460.24 (U)<br>$3,460.24 (T) | - (S)<br>- (A)<br>$1,076.92 (P)<br>- (U)<br>$1,076.92 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claim should be modified and reduced to $1,076.92 to the amount owed to claimant for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| PUMA, CHRISTIAN J<br>7 CONTINENTAL DR<br>CENTEREACH, NY 11720-1401 | 3732 | 11/29/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,708.33 (U)<br>$2,708.33 (T) | - (S)<br>- (A)<br>$2,250.00 (P)<br>- (U)<br>$2,250.00 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claim should be modified and reduced to $2,250.00 to the amount owed to claimant for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| ROBB, THOMAS BRYAN<br>6332 WOODCHASE CT<br>ELLICOTT CITY, MD 21043 | 979 | 9/18/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$3,319.68 (U)<br>$3,319.68 (T) | - (S)<br>- (A)<br>$2,544.00 (P)<br>- (U)<br>$2,544.00 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $2,544.00, which equals two weeks vacation pay for this claimant. In addition, the allowed amount should be reclassified as priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| SCHILE, DAVID C<br>3468 W DEERFIELD DR<br>EAGLE, ID 83616-2260 | 2848 | 11/20/07 | 07-11051 | - (S)<br>- (A)<br>$3,609.12 (P)<br>$251.50 (U)<br>$3,860.62 (T) | - (S)<br>- (A)<br>$251.50 (P)<br>$3,609.12 (U)<br>$3,860.62 (T) | Claim relates to unpaid commissions and unpaid business expense reimbursements. As such, the unpaid commissions portion of the claim ($251.50) should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. The expense report portion of the claim ($3,609.12) should be reclassified to a general unsecured claim because it is not entitled to priority status under the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| SEIBERT, STEPHANIE<br>98 BISHOP RD<br>WEST BABYLON, NY 11704 | 2646 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,832.99 (U)<br>$1,832.99 (T) | - (S)<br>- (A)<br>$1,527.50 (P)<br>- (U)<br>$1,527.50 (T) | Claim relates to payout of unused sick/personal time. Claimant is not entitled to sick / personal pay per company policy. The scheduled amount relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $1,527.50 which equals two weeks vacation pay for this claimant. In addition, the allowed amount should be reclassified as priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| SHEEHAN, ANDREW<br>26 WILLIAM STREET<br>BETHPAGE, NY 11714 | 1358 | 10/1/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,500.00 (U)<br>$1,500.00 (T) | - (S)<br>- (A)<br>$1,138.46 (P)<br>- (U)<br>$1,138.46 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claim should be modified and reduced to $1,138.46 to the amount owed to claimant for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| SHELLEY, JEFFREY L.<br>2222 CARTER MILL WAY<br>BROOKEVILLE, MD 20833 | 811 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$5,353.85 (U)<br>$5,353.85 (T) | - (S)<br>- (A)<br>$4,461.54 (P)<br>- (U)<br>$4,461.54 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $4,461.54, which equals two weeks vacation pay for this claimant. In addition, the allowed amount should be reclassified as priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. The claimant has not provided any documentation supporting a claim for a different amount. |
| SIEDLEWICZ, PATRICIA A<br>59 LEWIS ROAD<br>MERRICK, NY 11566 | 2346 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$4,903.85 (U)<br>$4,903.85 (T) | - (S)<br>- (A)<br>$3,269.24 (P)<br>- (U)<br>$3,269.24 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $3,269.24, which equals two weeks vacation pay for this claimant. In addition, the allowed amount should be reclassified as priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| SOUTHARD, JEANNA D.<br>4551 AMY SAYE WALK<br>ACWORTH, GA 30101 | 6019 | 12/14/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,570.00 (U)<br>$2,570.00 (T) | - (S)<br>- (A)<br>$685.51 (P)<br>- (U)<br>$685.51 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtors' company policy. Per the Debtors' books and records, the claim should be modified and reduced to $685.51 to the amount owed to claimant for unused vacation pay. The claimant has not provided any documentation supporting a claim for a different amount. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

―――― Objectionable Claim ――――

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| STANLEY, TAMMY<br>1132 ST JOSEPH BLVD<br>FORT WAYNE, IN 46805 | 6138 | 12/21/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,328.88 (U)<br>$1,328.88 (T) | - (S)<br>- (A)<br>$1,076.80 (P)<br>- (U)<br>$1,076.80 (T) | Claim relates to payout of sick / personal time, unused vacation time and transition pay. Claimant is not entitled to sick / personal pay per company policy. Per the Debtors' books and records the claimant is owed 8 days of unused vacation time. As per the termination letter attached to the claimant's POC form, the claimant was to receive 5 days of transition pay. The claimant received payment for 3 days of the transition pay in their paycheck dated 8/07/07 for period ending 7/31/2007. Thus, the claim should be modified and reduced to $1,076.80 to match amounts owed to claimant on account of remaining transition pay and unused vacation time per Debtors' books and records. In addition, the allowed portion of this claim should be reclassified to a priority unsecured claim because such portion is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| THOMPSON, STEPHANIE<br>3151 WINTERGREEN DR<br>FLORISSANT, MO 63033 | 3851 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$507.84 (U)<br>$507.84 (T) | - (S)<br>- (A)<br>$253.92 (P)<br>- (U)<br>$253.92 (T) | Claim relates to unpaid wages. Per the Debtors' books and records, the claim should be modified and reduced to $253.92 to the amount owed to claimant for transition pay. The claimant has not provided any documentation supporting a claim for a different amount. In addition, the allowed amount should be reclassified to priority unsecured because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| WATKINS, TENIELLE N<br>PO BOX 7086<br>NEWARK, DE 19714 | 3009 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$55.00 (U)<br>$55.00 (T) | - (S)<br>- (A)<br>$999.68 (P)<br>$55.00 (U)<br>$1,054.68 (T) | Claim relates to payout of unused vacation and a medical bill. Modified to $999.68 to match Debtor's books and records for unused vacation time, which is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

──────── Objectionable Claim ────────

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| Totals: | 31 Claims | | | - (S)<br>- (A)<br>$3,609.12 (P)<br>$78,204.48 (U)<br>$81,813.60 (T) | - (S)<br>- (A)<br>$52,577.94 (P)<br>$3,664.12 (U)<br>$56,242.06 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.