# EXHIBIT C

## No Liability Claims

Exhibit C

No Liability Claims

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| COUGHLIN DUFFY LLP<br>ATTN DANIEL MARKHAM, MEMBER<br>WALL STREET PLAZA<br>88 PINE STREET, 5TH FLOOR<br>NEW YORK, NY 10005 | 7962 | 1/9/08 | 07-11051 | -<br>-<br>-<br>$9,423.43<br>$9,423.43 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Pursuant to the documentation attached to the claim form, claim relates to pre-petition legal services that were billed to Weiner Brodsky, a non Debtor entity. As such, the Debtors have no liability to this claimant. |
| DEWITT, KRISTINE A.<br>27 EASTRIDGE DR<br>AMELIA, OH 45102-1883 | 808 | 9/14/07 | 07-11051 | -<br>-<br>$1,141.66<br>$1,141.66 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim relates to the payout of unused sick / personal and vacation time. The claimant is not entitled to payout of sick / personal time as per company policy. Per the Debtors' books and records, claimant is owed only $617.54 on account of unused vacation time. The amounts owed to claimant on account of such unused vacation time has been accepted as filed in claim 3094. As a result, this claim should be disallowed. |
| ELLIS, NICOLE E<br>4901 BRADFORD PL<br>ROCKLIN, CA 95765 | 6239 | 12/24/07 | 07-11051 | -<br>-<br>$1,130.77<br>-<br>$1,130.77 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Per the Debtors' books and records, claimant is owed only $2,224.03 on account of unused vacation time. The amounts owed to claimant on account of such unused vacation time has been accepted as filed in claim 6196. As a result, this claim should be disallowed. |
| METCALF, ANNETTE<br>12003 W 84TH PL<br>ARVADA, CO 80005 | 553 | 9/11/07 | 07-11051 | -<br>-<br>$138.56<br>-<br>$138.56 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim relates to the payout of unused sick / personal time. The claimant is not entitled to payout of sick / personal time as per company policy. |
| **Totals:** | **4 Claims** | | | -<br>-<br>$1,269.33<br>$10,565.09<br>$11,834.42 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.