# EXHIBIT D

**Reclassified Claims**

# Exhibit D
## Reclassified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| ALLEN, CYNTHIA A.<br>609 W PETTIT AVE<br>FORT WAYNE, IN 46807 | 1440 | 10/5/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$650.00 (U)<br>$650.00 (T) | - (S)<br>- (A)<br>$650.00 (P)<br>- (U)<br>$650.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| ALLENDE, CLAUDIA<br>20 20 SEAGIRT<br>APT 4E<br>FAR ROCKAWAY, NY 11691 | 3081 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$769.23 (U)<br>$769.23 (T) | - (S)<br>- (A)<br>$769.23 (P)<br>- (U)<br>$769.23 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| ANDERSON, BONNIE<br>10 PRIMROSE<br>IRVINE, CA 92604 | 2482 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,920.00 (U)<br>$1,920.00 (T) | - (S)<br>- (A)<br>$1,920.00 (P)<br>- (U)<br>$1,920.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| ANDERSON, JAN E<br>917 TULIP TREE LN<br>WDM, IA 50266-6640 | 2842 | 11/20/07 | 07-11051 | - (S)<br>- (A)<br>$303.47 (P)<br>- (U)<br>$303.47 (T) | - (S)<br>- (A)<br>- (P)<br>$303.47 (U)<br>$303.47 (T) | Claim relates to unpaid expense reimbursements, which are not entitled to priority status under the Bankruptcy Code. As such, the claim should be reclassified to a general unsecured claim. |
| ANDERSON, SUSAN<br>81 STONEHEDGE CT<br>SOMERSET, NJ 08873 | 1057 | 9/20/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$932.40 (U)<br>$932.40 (T) | - (S)<br>- (A)<br>$932.40 (P)<br>- (U)<br>$932.40 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| BABY, PRINCE<br>4 MARTINO WAY<br>POMONA, NY 10970 | 9008 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,500.00 (U)<br>$2,500.00 (T) | - (S)<br>- (A)<br>$2,500.00 (P)<br>- (U)<br>$2,500.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| BERGNER, DANIEL J.<br>680 WESTON RIDGE PARKWAY<br>CHASKA, MN 55318 | 6160 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>$482.49 (P)<br>- (U)<br>$482.49 (T) | - (S)<br>- (A)<br>- (P)<br>$482.49 (U)<br>$482.49 (T) | Claim relates to unpaid expense reimbursements, which are not entitled to priority status under the Bankruptcy Code. As such, the claim should be reclassified to a general unsecured claim. |
| BROWN, SHARON L<br>136 ROUNDTREE BLVD<br>SAN RAFAEL, CA 94903 | 6118 | 12/21/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,678.72 (U)<br>$1,678.72 (T) | - (S)<br>- (A)<br>$1,678.72 (P)<br>- (U)<br>$1,678.72 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| BUMBAK, KATHY (KATIE)<br>4810 COLLINSVILLE PLACE<br>HIGHLANDS RANCH, CO 80130 | 6385 | 12/26/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$904.61 (U)<br>$904.61 (T) | - (S)<br>- (A)<br>$904.61 (P)<br>- (U)<br>$904.61 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| CASTILLO, ENNNY<br>2921 W TANIA PL<br>TUCSON, AZ 85741-3016 | 275 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$500.00 (U)<br>$500.00 (T) | - (S)<br>- (A)<br>$500.00 (P)<br>- (U)<br>$500.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| CAVACO, MARK<br>35 IRENE ST<br>LINDENHURST, NY 11757-1204 | 6267 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,537.63 (U)<br>$1,537.63 (T) | - (S)<br>- (A)<br>$1,537.63 (P)<br>- (U)<br>$1,537.63 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| CISNEROS, MARILYN D.<br>273 KINGS CANYON<br>BEAUMONT, CA 92223 | 449 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$312.00 (U)<br>$312.00 (T) | - (S)<br>- (A)<br>$312.00 (P)<br>- (U)<br>$312.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| CISNEROS, MARIO A.<br>273 KINGS CANYON<br>BEAUMONT, CA 92223 | 448 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$312.00 (U)<br>$312.00 (T) | - (S)<br>- (A)<br>$312.00 (P)<br>- (U)<br>$312.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| CLAYTON, SUZY R<br>16455 SW LORENZO LANE<br>TIGARD, OR 97223 | 5033 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$307.68 (U)<br>$307.68 (T) | - (S)<br>- (A)<br>$307.68 (P)<br>- (U)<br>$307.68 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| CONNORS, REBECCA<br>45 BIRCHBROOK DR<br>SMITHTOWN, NY 11787 | 3077 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,138.46 (U)<br>$1,138.46 (T) | - (S)<br>- (A)<br>$1,138.46 (P)<br>- (U)<br>$1,138.46 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| CORBETT, DENNIS J<br>236 SOUTHAVEN AVE.<br>MEDFORD, NY 11763 | 2437 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,846.15 (U)<br>$1,846.15 (T) | - (S)<br>- (A)<br>$1,846.15 (P)<br>- (U)<br>$1,846.15 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| DUCHENE, RENEE S<br>6980 E SAHUARO DR APT 1059<br>SCOTTSDALE, AZ 85254-5294 | 2072 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$256.00 (U)<br>$256.00 (T) | - (S)<br>- (A)<br>$256.00 (P)<br>- (U)<br>$256.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| ECKLER, THOMAS C<br>108 QUAIL RUN DR<br>DEER PARK, NY 11729 | 8758 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,447.31 (U)<br>$2,447.31 (T) | - (S)<br>- (A)<br>$2,447.31 (P)<br>- (U)<br>$2,447.31 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| ESCORCIA, JUSTIN<br>829 HERBERT CT<br>UNIONDALE, NY 11553 | 8177 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,620.00 (U)<br>$1,620.00 (T) | - (S)<br>- (A)<br>$1,620.00 (P)<br>- (U)<br>$1,620.00 (T) | Claim relates to unpaid wages for pay period 7/16/2007 - 8/03/2007. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| FLORES, CARLA<br>404 HILL AVE<br>OAKLEY, CA 94561-2770 | 2024 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,134.40 (U)<br>$2,134.40 (T) | - (S)<br>- (A)<br>$2,134.40 (P)<br>- (U)<br>$2,134.40 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| FREDERICK, PHYLLIS<br>370 SUMMIT AVENUE<br>FLEETWOOD, NY 10552 | 3830 | 11/29/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,307.69 (U)<br>$2,307.69 (T) | - (S)<br>- (A)<br>$2,307.69 (P)<br>- (U)<br>$2,307.69 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| FUCHS, KRISTEN M.<br>12201 MALLARD RIDGE DR<br>CHARLOTTE, NC 28269 | 575 | 9/11/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$913.46 (U)<br>$913.46 (T) | - (S)<br>- (A)<br>$913.46 (P)<br>- (U)<br>$913.46 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| GIFFORD, REBECCA<br>9224 WOODED ACRES CIR<br>SHERWOOD, AR 72120-4090 | 976 | 9/18/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,350.00 (U)<br>$2,350.00 (T) | - (S)<br>- (A)<br>$2,350.00 (P)<br>- (U)<br>$2,350.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| GRAY, ANEESAH<br>104 E HENRY ST<br>LINDEN, NJ 07036 | 369 | 9/6/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$684.16 (U)<br>$684.16 (T) | - (S)<br>- (A)<br>$684.16 (P)<br>- (U)<br>$684.16 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| GRAZIANI, JOHN<br>3730 N LAKE SHORE DR<br>#5A<br>CHICAGO, IL 60613 | 5224 | 12/11/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$3,692.31 (U)<br>$3,692.31 (T) | - (S)<br>- (A)<br>$3,692.31 (P)<br>- (U)<br>$3,692.31 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| GREER, SHERRY A.<br>3975 OLD COLUMBUS RD<br>LONDON, OH 43140 | 425 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$640.00 (U)<br>$640.00 (T) | - (S)<br>- (A)<br>$640.00 (P)<br>- (U)<br>$640.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| HAGAN, JAMES C<br>86 18 DUMONT AVE<br>APT 3B<br>OZONE PARK, NY 11416 | 3397 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$865.38 (U)<br>$865.38 (T) | - (S)<br>- (A)<br>$865.38 (P)<br>- (U)<br>$865.38 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| HILLE, RUTHANNE<br>10003 N RIDGECREST DR<br>SPOKANE, WA 99208 | 4893 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,500.00 (U)<br>$1,500.00 (T) | - (S)<br>- (A)<br>$1,500.00 (P)<br>- (U)<br>$1,500.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| HUTCHISON, ANTHONY<br>205 TURF CT.<br>WEBSTER GROVES, MO 63119 | 926 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,000.00 (U)<br>$2,000.00 (T) | - (S)<br>- (A)<br>$2,000.00 (P)<br>- (U)<br>$2,000.00 (T) | Claim relates to unpaid commissions. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| IANNOTTA, JOSEPH<br>2356 EASTERN AVE<br>BELLMORE, NY 11710 | 7713 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,843.15 (U)<br>$1,843.15 (T) | - (S)<br>- (A)<br>$1,843.15 (P)<br>- (U)<br>$1,843.15 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| KEENER, STACEY<br>3122 LAUREL RIDGE CIR<br>BRIDGEVILLE, PA 15017 | 6522 | 12/28/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$537.11 (U)<br>$537.11 (T) | - (S)<br>- (A)<br>$537.11 (P)<br>- (U)<br>$537.11 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| KENNEDY, BEVERLY A<br>24639 CALUSA BLVD<br>EUSTIS, FL 327367949 | 5525 | 12/14/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$807.69 (U)<br>$807.69 (T) | - (S)<br>- (A)<br>$807.69 (P)<br>- (U)<br>$807.69 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| KILDAY, JESSICA A<br>666 KOELBEL COURT<br>BALDWIN, NY 11510 | 6597 | 12/31/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$567.00 (U)<br>$567.00 (T) | - (S)<br>- (A)<br>$567.00 (P)<br>- (U)<br>$567.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| KLINE, VANESSA J<br>1300 N SHAFFER<br>NUMBER 23<br>ORANGE, CA 92867 | 2394 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$867.00 (U)<br>$867.00 (T) | - (S)<br>- (A)<br>$867.00 (P)<br>- (U)<br>$867.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| KORDIC, TOMISLAV (TOM)<br>2 HILTON COURT<br>STONY BROOK, NY 11790 | 5964 | 12/20/07 | 07-11051 | -(S)<br>-(A)<br>-(P)<br>$2,788.46 (U)<br>$2,788.46 (T) | -(S)<br>-(A)<br>$2,788.46 (P)<br>-(U)<br>$2,788.46 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| LIND, GINA GAIL<br>212 SAINT LAWRENCE STREET<br>SAYVILLE, NY 11782 | 2780 | 11/19/07 | 07-11051 | -(S)<br>-(A)<br>-(P)<br>$1,413.30 (U)<br>$1,413.30 (T) | -(S)<br>-(A)<br>$1,413.30 (P)<br>-(U)<br>$1,413.30 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| MURPHY, CHARLES<br>1195 NW 63 ST<br>MIAMI, FL 33150 | 2045 | 11/13/07 | 07-11053 | -(S)<br>-(A)<br>-(P)<br>$1,322.88 (U)<br>$1,322.88 (T) | -(S)<br>-(A)<br>$1,322.88 (P)<br>-(U)<br>$1,322.88 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| NICHOLSON, SERENA<br>1 BATTLE SQ APT 904<br>ASHEVILLE, NC 288012746 | 2342 | 11/16/07 | 07-11051 | -(S)<br>-(A)<br>-(P)<br>$492.31 (U)<br>$492.31 (T) | -(S)<br>-(A)<br>$492.31 (P)<br>-(U)<br>$492.31 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| PISAYGNANE, ALANHGNA<br>15810 NE 4TH CIR<br>VANCOUVER, WA 98684-3333 | 2979 | 11/23/07 | 07-11051 | -(S)<br>-(A)<br>-(P)<br>$848.00 (U)<br>$848.00 (T) | -(S)<br>-(A)<br>$848.00 (P)<br>-(U)<br>$848.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| PLUGUES, MICHAEL<br>19 YOSEMITE LANE<br>CORAM, NY 11727 | 2076 | 11/13/07 | 07-11051 | -(S)<br>-(A)<br>-(P)<br>$1,538.46 (U)<br>$1,538.46 (T) | -(S)<br>-(A)<br>$1,538.46 (P)<br>-(U)<br>$1,538.46 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| POWELL, AMANDA LEE<br>10970 N HIGHWAY 17<br>MCCLELLANVLE, SC 29458-9512 | 816 | 9/14/07 | 07-11051 | -(S)<br>-(A)<br>-(P)<br>$1,049.60 (U)<br>$1,049.60 (T) | -(S)<br>-(A)<br>$1,049.60 (P)<br>-(U)<br>$1,049.60 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| RICE, SUSAN<br>30 AVENUE A<br>PORT WASHINGTON, NY 11050 | 3484 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$840.06 (U)<br>$840.06 (T) | - (S)<br>- (A)<br>$840.06 (P)<br>- (U)<br>$840.06 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| RICHARDS, KUNTI (SHARON)<br>1516 KINGSTON AVE<br>BALDWIN, NY 11510 | 2150 | 11/14/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,308.82 (U)<br>$1,308.82 (T) | - (S)<br>- (A)<br>$1,308.82 (P)<br>- (U)<br>$1,308.82 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| RIMEL, KRISTINA<br>262 ULLMAN RD<br>PASADENA, MD 21122 | 1017 | 9/19/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$890.80 (U)<br>$890.80 (T) | - (S)<br>- (A)<br>$890.80 (P)<br>- (U)<br>$890.80 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| ROELLER, SHARLINE C<br>7730 COAST JAY ST<br>NORTH LAS VEGAS, NV 89084 | 10199 | 4/10/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,611.20 (U)<br>$1,611.20 (T) | - (S)<br>- (A)<br>$1,611.20 (P)<br>- (U)<br>$1,611.20 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| SALVEMINI, KIMBERLY<br>9325 E VALARTA DR<br>TUCSON, AZ 85749 | 338 | 9/5/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$387.36 (U)<br>$387.36 (T) | - (S)<br>- (A)<br>$387.36 (P)<br>- (U)<br>$387.36 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| SARTER, PAUL E<br>50 GRANGE ST<br>FRANKLIN SQUARE, NY 11010 | 7014 | 1/4/08 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,548.80 (U)<br>$1,548.80 (T) | - (S)<br>- (A)<br>$1,548.80 (P)<br>- (U)<br>$1,548.80 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| SCHNIBBE, ANN<br>12103 E 37TH CT<br>SPOKANE VALLEY, WA 99806 | 1168 | 9/24/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,336.32 (U)<br>$1,336.32 (T) | - (S)<br>- (A)<br>$1,336.32 (P)<br>- (U)<br>$1,336.32 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

— Objectionable Claim —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| SCIAULINO, MICHELE R<br>219 F SPRINGMEADOW DR<br>HOLBROOK, NY 11741 | 2173 | 11/14/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,163.46 (U)<br>$1,163.46 (T) | - (S)<br>- (A)<br>$1,163.46 (P)<br>- (U)<br>$1,163.46 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| SHAHBAKHTI, GUERAMI<br>8 GARDEN CT<br>BAY SHORE, NY 11706 | 3720 | 11/29/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,853.90 (U)<br>$2,853.90 (T) | - (S)<br>- (A)<br>$2,853.90 (P)<br>- (U)<br>$2,853.90 (T) | Claim relates to payout of transition pay and unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| SUECH, DANIELLE<br>2 BANKS PL UNIT 232<br>MELROSE, MA 02176-6148 | 3092 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,017.69 (U)<br>$1,017.69 (T) | - (S)<br>- (A)<br>$1,017.69 (P)<br>- (U)<br>$1,017.69 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| SUTICH, CECILIA<br>2 TERRACE LANE<br>SMITHTOWN, NY 11787 | 56 | 8/24/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,442.31 (U)<br>$1,442.31 (T) | - (S)<br>- (A)<br>$1,442.31 (P)<br>- (U)<br>$1,442.31 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| TAYLOR, DAMETRIA<br>2583 COUNTRYSIDE CT.<br>AUBURN HILLS, MI 48326 | 8074 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$931.44 (U)<br>$931.44 (T) | - (S)<br>- (A)<br>$931.44 (P)<br>- (U)<br>$931.44 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| VILLAMANA, RICHARD E.<br>4970 E WATER ST<br>TUCSON, AZ 85712-5742 | 339 | 9/5/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$120.00 (U)<br>$120.00 (T) | - (S)<br>- (A)<br>$120.00 (P)<br>- (U)<br>$120.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| WHEELER, SUSAN D.<br>4400 NORTE CIRCLE<br>LAS VEGAS, NV 89130 | 1439 | 10/5/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$830.76 (U)<br>$830.76 (T) | - (S)<br>- (A)<br>$830.76 (P)<br>- (U)<br>$830.76 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| WOODYARD, DEBORAH E<br>11730 GLADE RIVER LN<br>TOMBALL, TX 77377 | 6330 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$969.00 (U)<br>$969.00 (T) | - (S)<br>- (A)<br>$969.00 (P)<br>- (U)<br>$969.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |
| ZAVALA, EFRAIM<br>4418 TURF LN<br>FORT WAYNE, IN 46804 | 1959 | 11/8/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$372.00 (U)<br>$372.00 (T) | - (S)<br>- (A)<br>$372.00 (P)<br>- (U)<br>$372.00 (T) | Claim relates to payout of unused vacation time. As such, the claim should be reclassified to a priority unsecured claim because it is entitled to priority status pursuant to section 507(a)(4) of the Bankruptcy Code. |

**Totals:** 57 Claims

| | | |
|---|---|---|
| | - (S) | - (S) |
| | - (A) | - (A) |
| | $785.96 (P) | $68,418.47 (P) |
| | $68,418.47 (U) | $785.96 (U) |
| | $69,204.43 (T) | $69,204.43 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.