# EXHIBIT E

**Undetermined Value Wrong Debtor Claim**

066585.1001

# Exhibit E

## Undetermined Value, Wrong Debtor Claim

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| POST-NEWSWEEK MEDIA A GAZETTE PUBLICATION P.O. BOX 17306 BALTIMORE, MD 21297-0523 | 6212 | 12/24/07 | No Case | Unspecified* | 07-11051 | - (S) - (A) - (P) $657.00 (U) $657.00 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount". |
| **Totals:** | | 1 Claim | | Unspecified* | | - (S) - (A) - (P) $657.00 (U) $657.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.