UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation,<br>et al.,<br><br>                Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>[RE: DOCKET NO. 9635 |

## ORDER

Upon the Motion Of U.S. Bank National Association, In Its Capacity As Trustee, To Enlarge Bar Dates Contained In Amended Chapter 11 Plan Of Liquidation Of The Debtors Dated February 18, 2009 (the "Motion")[1]; and it appearing that notice is sufficient, and that no other or further notice need be provided; and after due deliberation and sufficient cause therefore, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Bar Dates in the Plan as referenced in the Bar Date Notice are extended for 90-days from the date of the Motion, and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: 2/9, 2011

                                            HONORABLE CHRISTOPHER S. SONTCHI
                                            UNITED STATES BANKRUPTCY JUDGE

---

[1] Unless otherwise noted, capitalized terms used herein shall have the meaning ascribed to them in the Motion.

4834-4448-3336\1