UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Objection Deadline: 4/29/11 @ 4:00 p.m.** |
| | ) **Hearing Date: 5/6/11 @ 2:00 p.m.** |
| | ) |
| | ) **Related to Docket No. 9625** |
| | ) |

### NOTICE OF HEARING ON APPLICATION OF COUNTRYWIDE FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**PLEASE TAKE NOTICE** that on January 5, 2011, Countrywide Bank, FSB, formerly Countrywide Bank, N.A. ("CWB"), and Countrywide Home Loans, Inc. ("CHL" and collectively with CWB, "Countrywide"), filed its *Application of Countrywide for Allowance of Administrative Expenses* (the "Application") [Docket No. 9625] with the United States Bankruptcy Court for the District of Delaware, 824, North Market Street, Wilmington, Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Application must be made in writing, filed with the Bankruptcy Court and served upon, so as to actually be received by counsel to Countrywide; Edwards Angell Palmer & Dodge LLP, 919 North Market Street, 15th Floor, Wilmington DE 19801, Attn: Stuart M. Brown and R. Craig Martin, and with a copy to Reed Smith LLP, 101 Second Street, Suite 1800, San Francisco, CA 94105, Attn: David Weiss., on or before **April 29, 2011 at 4:00 p.m. (Eastern Time)**.

---

[1] The debtors in these cases, which are collectively referred to as the "Debtors" in this Application, are: American Home Mortgage Holdings, Inc.,; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

WLM 524673.2

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE APPLICATION WILL BE HELD THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY JUDGE, AT THE BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DE 19801 ON **MAY 6, 2011 AT 2:00 P.M. (EASTERN TIME)**.

Dated: February 10, 2011　　　　　　EDWARDS ANGELL PALMER & DODGE LLP
　　　　　Wilmington, DE

　　　　　　　　　　　　　　　　　　/s/ R. Craig Martin
　　　　　　　　　　　　　　　　　　Stuart M. Brown (DE Bar No. 4050)
　　　　　　　　　　　　　　　　　　Denise Kraft (DE Bar No. 2778)
　　　　　　　　　　　　　　　　　　R. Craig Martin (DE Bar No. 5032)
　　　　　　　　　　　　　　　　　　919 North Market Street, Suite 1500
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　(302) 777-7770

　　　　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　　　David Weiss
　　　　　　　　　　　　　　　　　　REED SMITH LLP
　　　　　　　　　　　　　　　　　　101 Second Street, Suite 1800
　　　　　　　　　　　　　　　　　　San Francisco, CA 94105
　　　　　　　　　　　　　　　　　　(415) 543-8700

　　　　　　　　　　　　　　　　　　*Counsel to Countrywide Bank, FSB, formerly Countrywide Bank, N.A. (n/k/a Bank of America, N.A.), and Countrywide Home Loans, Inc.*