IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No.07-11047(CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline: April 5, 2011** |
| | ) | **Hearing Date: May 6, 2011, 2:00 p.m. (ET)** |
| | ) | **Re: Docket No. 9624** |
| _____ | ) | |


**NOTICE OF OBJECTION DEADLINE AND HEARING FOR
THE UNITED STATES' AMENDED REQUEST FOR PAYMENT OF
CHAPTER 11 ADMINISTRATIVE EXPENSES
(Docket No. 9624)**


TO:    ALL PARTIES ON THE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on January 4, 2011, the United States of America filed and served *The United States' Amended Request for Payment of Chapter 11 Administrative Expenses* (the "Motion") [D.I. 9624] with the United States Bankruptcy Court for the District of Delaware (the "Court"), and served the Motion upon counsel for the Debtors, counsel for the Plan Trustee, and the Plan Trustee.

**PLEASE TAKE FURTHER NOTICE THAT** if you wish to respond to the Motion, you are required to file a response to the Motion on or before April 5, 2011 (the "Objection Deadline").

At the same time, you must also serve a copy of the response upon the undersigned counsel so as to be received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion will be held on May 6, 2011 at 2:00 p.m. prevailing Eastern Time before the Honorable Christopher S. Sontchi, Bankruptcy Judge for United States Bankruptcy Court, for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS MOTION, THE**

1

**COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: February 10, 2011

    Respectfully Submitted

    TONY WEST
    Assistant Attorney General

    CHARLES M. OBERLY, III
    United States Attorney

    ELLEN W. SLIGHTS   (DE Bar No. 2782)
    Assistant United States Attorney
    1007 Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, Delaware 19899-2046

    /s/ Michael R. Sew Hoy
    J. CHRISTOPHER KOHN
    TRACY WHITAKER
    MARY A. SCHMERGEL
    MICHAEL R. SEW HOY
    Commercial Litigation Branch
    Civil Division
    United States Department of Justice
    P.O. Box 875
    Ben Franklin Station
    Washington D.C. 20044
    Tel. (202) 307-3571
    Fax (202) 514-9163

    Attorneys for the United States and the
    Federal Housing Administration