IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No.07-11047(CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I, Michael R. Sew Hoy, hereby certify that I am not less than 18 years of age, and that

service of a copy of the *Notice of Objection Deadline and Hearing For The United States' Request*

*for Payment of Chapter 11 Administrative Expenses* was made on February 10, 2011, upon the

individuals on the attached service list via First Class Mail and on those individuals who have

signed up to receive Notice of Electronic Filing through the Court's CM/ECF system.


/s/ Michael R. Sew Hoy
MICHAEL R. SEW HOY

**Counsel for the Debtors:**
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Sean M. Beach
Patrick A. Jackson
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE 19801
Telephone: (302) 571-6600

**Counsel for the Plan Trustee:**
HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, NY   10022
Telephone: (212) 478-7200


**The Plan Trustee:**
Steven D. Sass
AHM Liquidating Trust
P.O. Box 10550
Melville, NY   11747