UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | ) ) | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | ) ) ) ) | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | ) ) ) | |

### LOAN FILE RETURN DECLARATION OF NEAL S. BUTALA ON BEHALF OF COUNTRYWIDE HOME LOANS, INC. AND COUNTRYWIDE BANK, F.S.B., SEEKING THE RETURN OF HARD COPY LOAN FILES FROM DEBTORS

I, Neal S. Butala, hereby declare as follows:

1. I am over eighteen years of age and I am the Risk Closure Analyst II of Bank of America as successor to Countrywide Bank, F.S.B., and Countrywide Home Loans, Inc., (jointly "**Countrywide**").

2. I am authorized to submit this Declaration on behalf of Countrywide to request that the Plan Trustee[1] return all Hard Copy Loan Files to Countrywide that the Plan Trustee has in its possession. All facts set forth in this Declaration are based on either one or more of my personal knowledge, information supplied to me by people who report to me or that work with me at Countrywide, review of prior papers filed in this Court, or on my personal review of relevant documents. If called upon to testify, I could and would, based on the foregoing, competently testify to the facts stated in this declaration.

### BACKGROUND

3. I am aware that the Court has previously entered the Disposition Orders, which permitted parties to file declarations to seek return of the Hard Copy Loan Files. The Hard Copy

---

[1] Capitalized Terms that are not defined in this Declaration shall have the meaning given to them in the "Order Authorizing the Plan Trustee to Return or Destroy Hard Copy Loan Files" [D.I. 9727] (the "**Hard Copy Loan File Return Order**").

Loan File Return Order authorizes the Plan Trustee to "return or destroy any and all Hard Copy Loan Files in accordance [with] the Return Protocol asset forth in the Disposition Orders." Countrywide has previously filed the notices and declarations set forth in the margin in which it sought the return of other Hard Copy Loan Files (the "**Countrywide Declarations**").[2] I offer this declaration to supplement the Countrywide Declarations and to ensure that any and all Hard Copy Loan Files in the Plan Trustee's possession related to any loan owned by Countrywide are returned to Countrywide.

## LOAN FILES TO BE RETURNED

4.  I have attached as Exhibit "A" a list of each Hard Copy Loan File that Countrywide bought from the Debtors with the relevant loan number used by the Debtors. Some of these Hard Copy Loan Files may have previously been identified in the Countrywide Declarations.

5.  The Countrywide contact person to coordinate the return of the Hard Copy Loan Files is:

|  |  |
|---|---|
| **Name:** | Neal S. Butala |
| **Address:** | 225 W. Hillcrest Dr. |
|  | CA6-918-04-03 |
|  | Thousand Oaks, CA 91306 |
| **Phone:** | (805) 371-3593 |
| **Facsimile:** | (805) 381-4402 |
| **Email Address:** | neal.butala@bankofamerica.com |

6.  Countrywide's preferred method to receive the Loan Files is delivery to me at the address identified in paragraph 5 of this Declaration.

---

[2] The following prior notices or declarations are: (i) "Loan File Return Declaration of Debora Brown on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files form Debtors" [D.I. 3300], (ii) "Loan File Return Declaration of Kathleen Conte on Behalf of Countrywide Bank, F.S.B., Seeking the Return of Hard Copy Loan Files from Debtors" [D.I. 3302], (iii) "Loan File Return Declaration of Marilyn Richardson on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files form Debtors" [D.I. 3294], and (iv) "Loan File Return Declaration of Debora Brown on Behalf of Countrywide Home Loans, Inc., Seeing the Terutn of Hard Copy Loan Files from Debtors"[D.I. 3297].

7.	Countrywide understands that the return of the Hard Copy Loan Files is contingent upon its payment of all reasonable costs and expenses associated with the return of the Hard Copy Loan Files and Countrywide will pay the reasonable costs and expenses of the return of those Hard Copy Loan Files identified on the attached Exhibit "A".

I declare under penalty of perjury that the facts stated in this declaration are true and correct based upon my best information and belief.

Executed at Thousand Oaks, California.

Dated: February 4, 2011

_____
Neal S. Butala