## Exhibit A

Due to the voluminous nature of Exhibit A – A List of each Hard Copy Loan File that Countrywide Bought from the Debtors with Relevant Loan Number Used by Debtor, it is not being attached to the efiled Declaration. A copy of Exhibit A is being provided to counsel to the Plan Trustee and is available upon request to counsel to Countrywide.