## CERTIFICATE OF SERVICE

I, R. Craig Martin, do hereby certify that on February 14, 2011, I caused a true and correct copy of the attached *Loan File Return Declaration of Neal S. Butala on Behalf of Countrywide Home Loans, Inc. and Countrywide Bank, F.S.B., Seeking the Return of Hard Copy Loan Files from Debtors* to be served via CM/ECF on the parties requesting notice in accordance with Rule 2002 and via first class mail and hand delivery on local counsel on the parties listed below.

/s/ R. Craig Martin
R. Craig Martin (DE Bar No. #5032)

**VIA FIRST CLASS MAIL**
American Home Mortgage Holdings, Inc.
Attn: Chris Cavaco
538 Broadhollow Road
Melville, NY 11747

**VIA HAND DELIVERY**
Young Conaway Stargatt & Taylor, LLP
Attn: Margaret B. Whiteman
The Brandywine Bldg
1000 West Street – 17th Floor
Wilmington, DE 19801