**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------------ | x | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | : | |
| HOLDINGS, INC., a Delaware corporation, et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | **Re:  Docket No. 9580** |
| ------------------------------------------------------------ | | |

### NOTICE OF WITHDRAWAL OF MOTION OF CITY OF CAMBRIDGE, MASSACHUSETTS FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

The City of Cambridge, Massachusetts, by and through its undersigned counsel, hereby withdraws its **Motion of the City of Cambridge, Massachusetts for Payment of Administrative Expense Claim,** filed December 20, 2010 [Docket No. 9580].

Dated: February 16, 2011
        Wilmington, Delaware

        ___/s/ Kevin J. Mangan_____
        Kevin J. Mangan (#3810)
        WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
        222 Delaware Avenue, Suite 1501
        Wilmington, Delaware 19801
        Telephone: (302) 252-4363
        Facsimile: (302) 661-7728

        *Counsel for The City of Cambridge, Massachusetts*