## **CERTIFICATE OF SERVICE**

I, Elihu E. Allinson, III, do hereby certify I am not less than 18 years of age and that on this 16th day of February 2011, I caused a copy of the within *Notice of Hearing* to be served upon the parties listed below via facsimile:

Sean M. Beach, Esq.
Patrick A. Jackson, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
**Fax: 302-576-3281**
*Counsel for the Debtors*

Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY
**Fax: 212-478-7400**
*Counsel for the Plan Trustee*

Steven D. Sass, Esq.
Steven D. Sass, LLC
307 International Circle. Suite 270
Hunt Valley, MD 21030
**Fax: 410-773-4057**
*The Plan Trustee*

Under penalty of perjury, I declare that the foregoing is true and correct.

*February 16, 2011*
Date

*/s/ E.E. Allinson III*
Elihu E. Allinson, III