United States Bankruptcy Court for the District of *Delaware*
824 N. Market Street
Wilmington, DE 19801

Dear Judge Sontchi,

My name is Delena Ann Sigmon previously Delena Sigmon LaMacchia and I reside in Cherryville NC. The reason of this letter is to see if you will let me come before you and present my claim against AHM. I have been trying to get a settlement agreement from Mr. Sass and Mrs. Maggie Greecher and they will not give me a settlement offer. I have been dealing with my loan situation since 2007 and would like to get this resolved due to stress, medical issues, marital issues, and for the sake of my family. I do not have an attorney I would be represented myself so as far as knowing a lot about this kind of issues I don't, but I am prepared to explain my case.

On June 28, 2007 I signed loan documents for a loan through American Home Mortgage. The amount of the loan was for $188,100.00 and the purpose of the loan was construction to permanent loan. Here is a list of things that is wrong with my AHM loan.

1. When we were purchasing our modular home we were told the financing would be a construction to permanent loan
1. The uniform application indicates a refinance
2. I was never told it was a refinance and if it was I never received a three day right of rescission
3. Also the income stated on the loan application is false
4. American Home Mortgage never informed me that they filed bankruptcy and I tried to get my loan documents for months after and they never would cooperate.
5. It was a negative amortization loan
6. My interest was only fixed for two days
7. I was charged loan origination points that I did not know about
8. I never had a certificate of occupancy when I closed on the loan and didn't get one until 9/27/2007 and the certificate of occupancy was not issued at the time the loan was funded
9. Never had a final inspection until 9/26/2007 and that was in the requirements of the loan be closed
10. Appraisal states home was not 100% complete and my closing documents say it must be 100% complete to close on loan. (In fact, final appraisal was not done until the day of closing)
11. Amount paid to Chicago Title Insurance per the Settlement Statement is different than the amount due per CTIC's invoice
12. Truth-in-Lending does not match and neither does the note and rider to the Deed of Trust.

13. I was never told by AHM that it was a negative amortization loan and I did not even know what a negative amortization loan was until months after.

14. In November 2007 I received a loan modification and had to pay $1,867.38.

15. Never received TIL for loan modification.

16. The loan modification was suppose to be a fixed interest rate of 6% for 30 years but it ended another alt-a loan.

14. My payments increased so rapidly and caused me to have to file personal bankruptcy.

15. Received the new HAMP modification in April 2010.

16. I was charged and continued to be charged numerous fees and also have a prepayment penalty of $30,900.00.

17. My loan started out at $188,100.00 and has ended up at $216,566.91 and a balloon payment of $17,504.35 due and payable in 40 years.

Sincerely,

*Delena Sigmon*
Delena A. Sigmon
1104 Black Road, Cherryville NC 28021
704-964-9443  email: cherryvillearcam@bellsouth.net