IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| **AMERICAN HOME MORTGAGE** | § | CASE NO. 07-11047 (CSS) |
| **HOLDINGS, INC.,** *et al.* | § | |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: April 5, 2011 |
| | § | Hearing Date: May 6, 2011 |
| | § | @ 2:00 P.M. EST |
| | § | |
| | § | Re: Docket No. 9630 |

_____

**NOTICE OF HEARING ON REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. §503(b)(1)(B)(i)**

TO ALL PARTIES ON THE ATTACHED SERVICE LIST:

**PLEASE TAKE NOTICE** that on January 5, 2011, Lewisville Independent School District ("LISD" filed its Request for Payment of Administrative Expense Pursuant to 11 U.S.C. §503(b)(1)(B)(i) (the "Request") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Request must be made in writing, filed with the Court on or before **April 5, 2011** ("Objection Deadline") and served upon the undersigned counsel for LISD so as to be received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Request will be held on **May 6, 2011 at 2:00 p.m. prevailing Eastern Time** before the Honorable Christopher S.

1

Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor. Courtroom #6, Wilmington, Delaware.

PELASE TAKE NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  February 17, 2011.

Respectfully submitted,

/s/ Andrea Sheehan
Andrea Sheehan
Texas Bar No. 24002935
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, Texas  75205
(214) 521-8000  Telephone
(214) 521-1738  Facsimile

ATTORNEYS FOR LEWISVILLE
INDEPENDENT SCHOOL DISTRICT