IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: § | | CHAPTER 11 |
| § | | |
| AMERICAN HOME MORTGAGE § | | CASE NO. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.* § | | |
| § | | |
| Debtors. § | | Jointly Administered |
| § | | |

_____

## CERTIFICATE OF SERVICE

I hereby certify that I have forwarded a true and correct copy of Lewisville Independent School District's Notice of Hearing on Request for Payment of Administrative Expense to the parties listed below via United States first class mail and electronically to the parties receiving service through the Court's CM/ECF system this 17th day of February, 2011.

/s/ Andrea Sheehan
ANDREA SHEEHAN

Sean M. Beach
Patrick A. Jackson
Young, Conaway, Stargatt & Taylor
1000 West Street
17th Floor
Wilmington, DE 19801

Mark S. Indelicato
Edward L. Schnitzer
Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022

Steven D. Sass
AHM Liquidating Trust
P.O. Box 10550
Melville, NY 11747

1