IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------------x
AMERICAN HOME MORTGAGE                    :  Chapter 11 Cases
HOLDINGS, INC., et al.,                   :  No. 07-11047 (CSS)
                                          :  Jointly Administered
                          Debtors.        :
                                          :
---------------------------------------------------------------x
AMERICAN HOME MORTGAGE                    :
INVESTMENT CORP.,                         :
                                          :
                          Plaintiff,      :
                                          :  Adv. Proc. No.: 07-51739-CSS
              v.                          :
                                          :
LEHMAN BROTHERS INC. and LEHMAN           :
COMMERCIAL PAPER INC.,                    :
                                          :
                          Defendants.     :
---------------------------------------------------------------x
```

STATUS REPORT OF PLAINTIFF
AMERICAN HOME MORTGAGE INVESTMENT CORP.

The undersigned counsel for Steven D. Sass, as trustee for the liquidation trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") confirmed in the Chapter 11 cases of the above-captioned debtors, submits this status report on behalf of Plaintiff, American Home Mortgage Investment Corporation ("AHMIC"), pursuant to the Order of the Court dated February 1, 2011 (Docket No. 60) (the "Stay Order") and respectfully states as follows.

        1.      On May 23, 2008, the Court dismissed with prejudice Counts I, II, III, IV, and the first four claims for declaratory judgment in Count V of the Plaintiff's Complaint. (Docket Nos. 24 & 34) (the "Dismissal Order"). On July 10, 2008, AHMIC filed a notice of appeal from the Dismissal Order.

        2.      Following docketing of the appeal in the United States District Court for the District of Delaware (the "District Court"), Civ. Act. No. 08-484 (JJF), on or about August

18, 2008, AHMIC filed its Request, Pursuant To 11 U.S.C. § 105(a), 28 U.S.C. § 158(d)(2) And Fed. R. Bankr. P. 8001(f), For Certification For Direct Appeal To United States Court Of Appeals For Third Circuit Of Order Dismissing In Part With Prejudice And In Part Without Prejudice Complaint Against Lehman Brothers Inc. And Lehman Commercial Paper Inc. (As Amended) And Motion To Stay Action Pending Adjudication Of Certification Request (the "Certification Request"). (See D. Del. Docket Nos. 5, 6, 8).

3. The District Court denied the Certification Request by decision and Order dated July 28, 2009 and July 29, 2009. (See D. Del. Docket Nos. 10, 11).

4. On August 18, 2009, Defendant-Appellees advised the District Court that section 362(a) of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code") stayed AHMIC's prosecution of the appeal.

5. Specifically, on October 5, 2008, defendant Lehman Brothers Commercial Paper commenced its chapter 11 case, which is being jointly administered with the chapter 11 cases of Lehman Brothers Holdings Inc. and its affiliated debtors and debtors in possession (Case No. 08-13555 (JMP) (Bankr. S.D.N.Y.)) (the "Lehman Chapter 11 Cases").

6. Defendant Lehman Brothers Inc. commenced a proceeding under the Securities Investor Protection Act on September 19, 2008 (Proceeding No. 08-1420 (JMP) (Bankr. S.D.N.Y.)) (the "SIPA Proceeding, and, with the Lehman Chapter 11 Cases, the "Lehman Bankruptcy Cases").

7. Noting the Lehman Bankruptcy Cases, the District Court entered an order denying the Certification Request and staying the appellate proceeding on August 25, 2009 (D. Del. Docket No. 54).

8. On March 15, 2010, Lehman Brothers Holdings Inc. and its affiliated chapter 11 debtors (including Lehman Commercial Paper, the "Lehman Debtors") filed a joint proposed chapter 11 plan in the Lehman Bankruptcy Cases (as amended, the "Lehman Plan").

On April 14, 2010, the Lehman Debtors amended the Lehman Plan and filed a disclosure statement with respect thereto, which has yet to be approved. On April 14, 2010, the Debtors filed a Disclosure Statement (the "Disclosure Statement") in support of the Plan along with a revised version of the Plan. See Debtors' Disclosure Statement for Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code and Notice of Filing of Revised Chapter 11 Plan, *In re Lehman Brothers Holdings Inc., et al.* No. 08-13555 (JMP), Docket Nos. 8330 and 8332, April 14, 2010.

9. With respect to AHMIC, on February 23, 2009, the Bankruptcy Court entered an order confirming the Plan, which provided for the creation of a the Plan Trust for the benefit of creditors. The Plan was consummated on November 30, 2010, at which point control of the instant action was transferred to the Plan Trust.

Respectfully submitted,

Dated: Wilmington, Delaware
February 22, 2011

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Patrick A. Jackson
John T. Dorsey (No. 2988)
Erin D. Edwards (No. 4392)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel to the AHM Liquidating Trust*