IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          : Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                : Jointly Administered
        Debtors.                                                :
                                                                : **Ref. Docket Nos. 7915, 7985 & 8031**
---------------------------------------------------------------- x

## ORDER APPROVING STIPULATION REGARDING DEBTORS' FORTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NUMBER 10726 FILED BY L.A. COUNTY TREASURER AND TAX COLLECTOR

Upon consideration of the *Stipulation By And Between The Plan Trustee And L.A. County Treasurer and Tax Collector Regarding The Debtors' Forty-First Omnibus (Substantive) Objection to Claims Objections With Respect To Claim Number 10726* (the "Stipulation");[2] and the Debtors and L.A. County (collectively, the "Parties") having agreed that Claim 10726 should receive the treatment set forth in the Stipulation; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Stipulation attached hereto as Exhibit 1 is APPROVED; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Stipulation.

ORDERED that, in accordance with the Stipulation, Claim 10726 is modified and reduced to a secured claim in the amount of $26,831.48; and it is further

ORDERED that the Plan Trustee reserves all rights to object to the taxes claimed by L.A. County on account of the Remaining Parcel and L.A. County reserves all rights with respect to the Remaining Parcel and all amounts claimed in connection therewith; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
        2/24    , 2011

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE