## CERTIFICATE OF SERVICE

I, *Victoria A. Guilfoyle*, hereby certify that on February 25, 2011, I caused a copy of the following document to be served upon the parties listed below in the manner indicated.

## Notice of Amendment of Caption

                                    */s/ Victoria A. Guilfoyle*
                                    Victoria A. Guilfoyle (DE Bar. No 5183)

**Via Hand Delivery**

L. Jason Cornell, Esquire
Danielle Blount, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE  19801
*Counsel for On Guard Security Systems, Inc.*