## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x
| | |
|---|---|
| In re | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,[1] | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------------------x
| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | Adv. Proc. No. 09-51761 (CSS) |
| Plaintiff, | |
| - against - | |
| P.M.C. INVESTIGATIONS & SECURITY, INC., | |
| Defendant. | |

------------------------------------------------------------------------x

### NOTICE OF AMENDMENT OF CAPTION

PLEASE TAKE NOTICE that, on July 6, 2009, the Committee and Debtors executed and filed a stipulation (the "*Stipulation*") which, *inter alia*, (i) appoints the Committee as representative of the Debtors' estates, and confers standing upon the Committee for the purpose of investigating, pursuing, prosecuting and, if appropriate, compromising and settling any and all causes of actions under chapter 5 of the Bankruptcy Code and any causes of action ancillary thereto (the "*Avoidance Actions*") subject to approval of this Court, and (ii) provides that, as of the Effective Date, the Liquidating Trustee (as defined in the Plan) would (a) automatically be deemed to be substituted in the place and stead of the Committee and/or the Debtors with respect to any and all Avoidance Actions, (b) succeed to all rights, benefits and protections of the

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

Committee and/or the Debtors with respect to such Avoidance Actions, and (c) have standing post-Effective Date to pursue and, if appropriate, compromise and settle all claims asserted in the Avoidance Actions in accordance with the terms of the Plan.

PLEASE TAKE FURTHER NOTICE that, on July 8, 2009, the Court entered an order approving the Stipulation (the "Order").  The Order is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, the effective date of the Plan was November 30, 2010.

PLEASE TAKE FURTHER NOTICE that the caption in this adversary proceeding is hereby amended as follows:

[*REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK*]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x
| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, | (Jointly Administered) |
| INC., *et al.*, [1] | |
| | |
| Debtors. | |

------------------------------------------------------------------------x
| | |
|---|---|
| STEVEN D. SASS, AS PLAN TRUSTEE OF THE | |
| AMERICAN HOME MORTGAGE PLAN TRUST, | Adv. Proc. No. 09-51761 (CSS) |
| | |
| Plaintiff, | |
| | |
| - against - | |
| | |
| P.M.C. INVESTIGATIONS & SECURITY, INC., | |
| | |
| Defendant. | |

------------------------------------------------------------------------x

Dated: February 25, 2011

**BLANK ROME LLP**

*/s/ Victoria A. Guilfoyle*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
Victoria A. Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400

-and-

**HAHN & HESSEN LLP**
Mark S. Indelicato (admitted *pro hac vice*)
Edward L. Schnitzer (admitted *pro hac vice*)
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200

---

[1]    The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.