**CERTIFICATE OF SERVICE**

I, *Victoria A. Guilfoyle*, hereby certify that on February 25, 2011, I caused a copy of the following document to be served upon the parties listed below in the manner indicated.

## Notice of Amendment of Caption

*/s/ Victoria A. Guilfoyle*
Victoria A. Guilfoyle (DE Bar. No 5183)

**Via Hand Delivery**

James Tobia, Esquire
The Law Offices of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806
Counsel for P.M.C. Investigations and Security, Inc.

**Via First Class Mail**

Roland Gary Jones, Esquire
Jones & Associates
1285 6th Avenue, Suite 3500
New York, NY 10019
Counsel for P.M.C. Investigations and Security, Inc.