## EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
         Debtors.                                                :
                                                                 :   Ref. Docket No. 3466
---------------------------------------------------------------- x

### ORDER SUSTAINING MOTION OF GIL QUENTIN ALVAREZ
### FOR LEAVE TO FILE LATE PROOF OF CLAIM

Upon consideration of the motion (the "Motion") of Gil Quentin Alvarez for leave to file a late proof of claim in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors"); and the Debtors having filed a reservation of rights as to the Motion [Docket No. 5610] to which Mr. Alvarez opposes but agrees with Debtors having consented to the relief requested; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that notice of the Motion is sufficient, and that no other or further notice need be provided; and it appearing based on the Motion and the exhibits attached thereto that the relief is warranted; and in consideration that no objections to the Motion were filed; and sufficient cause appearing thereof; it is hereby:

ORDERED that the Motion is granted in all respects; and it is further

ORDERED that Mr. Alvarez's proof of claim shall be, and hereby is, deemed timely filed; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

ORDERED that the Debtors and Mr. Alvarez will work together in good faith to resolve Mr. Alvarez's claim in a manner that is satisfactory to both parties; and it is further

ORDERED that no documents relevant to Mr. Alvarez's claim will be destroyed or altered by the Debtors; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
October 10, 2008

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 3466 and 5610 |

### CERTIFICATE OF COUNSEL SUBMITTING A FORM OF ORDER SUSTAINING MOTION OF GIL QUENTIN ALVAREZ FOR LEAVE TO FILE LATE PROOF OF CLAIM

On March 25, 2008, Gil Quentin Alvarez filed a motion for leave to file a late proof of claim [Docket No. 3466] in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors"). On September 8, 2008, the Debtors filed a reservation of rights stating that they did not agree with many of the statements in the Motion, but nevertheless consented to the relief requested [Docket No. 5610]. Mr. Alvarez opposes any reservation of rights by Debtors but agrees with Debtors consenting to the relief requested. Mr. Alvarez and the Debtors have agreed to work in good faith to resolve Mr. Alvarez's claim in a manner that is satisfactory to both parties.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

At the hearing on the Motion held on September 15, 2008, Mr. Alvarez informed the Court that since the Debtors filed a reservation of rights stating that they did not agree with many of the statements in the Motion, Mr. Alvarez asked the Court to direct Debtors counsel to instruct the Debtors not to destroy any documents relevant to Mr. Alvarez's claim. The Debtors' counsel informed the Court that no documents relevant to this matter would be or have been destroyed. The Court then asked counsel to the Debtors to work with Mr. Alvarez in submitting a form of order sustaining the Motion. The Debtors hereby certify that counsel to the Debtors and Mr. Alvarez have communicated and agreed upon the form of order attached hereto as Exhibit A, and request that the Court enter this order at its earliest convenience.

Dated: October 7, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ James L. Patton, Jr.

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Kara Hammond Coyle (No. 4410)
Margaret B. Whiteman (No. 4652)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :  (Jointly Administered)
                                                                 :
                                                                 :  Ref. Docket No. ____
                        Debtors.                                 :
---------------------------------------------------------------- x

## ORDER SUSTAINING PLAN TRUSTEE'S OBJECTION TO SUBORDINATION STATEMENTS

Upon consideration of the *Objection to Subordination Statements* (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan")[2]; and the Court having held a hearing on the Objection on February ___, 2011 (the "Hearing") on approval of the relief requested in the Objection and having considered the arguments of counsel made, and the evidence submitted, proffered or adduced at the Hearing; and the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157, (c) venue of this Objection is proper pursuant to 28 U.S.C. §§ 1408 and 1409, (d) the relief requested in the Objection is in the best interest of the Plan Trust and its creditors, (e) proper and adequate notice of the Objection and the Hearing has been given and that no other or further notice is necessary, (f) any objections to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan or Objection, as appropriate.

the relief requested in the Objection have been withdrawn or overruled on the merits, (g) each of the Seland Subordination Statement, ~~the Alvarez Subordination Statement~~ and the Knorr Subordination Statement (collectively, the "Subordination Statements") do not assert claims entitled to the benefit of subordination under a Subordinated Trust Preferred Indenture, and (h) good and sufficient cause exists for the granting of the relief requested in the Objection after having given due deliberation upon the Objection and the proceedings before the Court in connection with the Objection. Therefore, it is hereby

ORDERED that the Objection is SUSTAINED; and it is further

ORDERED that the claims referred to and/or asserted in the Subordination Statements are not entitled to the benefit of subordination under a Subordinated Trust Preferred Indenture and any request therefor is DENIED with prejudice; and it is further

ORDERED that any request in the Subordination Statements to subordinate any claim filed in the above-captioned cases to the claims asserted by Seland, ~~Alvarez~~ or Knorr pursuant to 11 U.S.C. § 510 is hereby DENIED without prejudice; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2011
       Wilmington, Delaware

                                     The Honorable Christopher S. Sontchi
                                     United States Bankruptcy Judge