IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,     Chapter 11
A Delaware corporation, et al.,     Case No. 07-11047 (CSS)
    (Jointly Administered)

Debtors,

---------------------------------------------------------------------- x

ORDER SUSTAINING / PRESERVING CREDITOR GIL QUENTIN ALVAREZ'S
RIGHTS WITH RESPECT TO HIS SUBORDINATION STATEMENT

Upon consideration of the Subordination Statement of Creditor Gil Quentin Alvarez and his reply to the Objection to Subordination Statement(s) (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 (the "Plan"); and the Court having held a hearing on the Objection on March____, 2011 (the "Hearing") on approval of the relief requested in the Subordination Statement and the Objection and reply thereto, and having considered the arguments of Creditor and counsel made, and the evidence submitted, proffered or adduced at the Hearing; and the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. 1334, (b) this is a core proceeding pursuant to 28 U.S.C. 157, ( c) venue of this Subordination Statement, Objection and reply thereto is proper pursuant to 28 U.S.C. 1408 and 1409, (d) the relief requested in the Subordination Statement is in the best interest of the Plan Trust and its creditors, (e) proper and adequate notice of the Objection and Hearing has been given and that no other further notice is necessary, (f) any objections to the relief requested in the Subordination Statement have been withdrawn or overruled on the merits, (g) the Alvarez Subordination Statement does assert claims entitled to the benefit of

subordination under a Subordinated Trust Preferred Indenture, and (h) good and sufficient cause exists for the granting of the relief requested in the Subordination Statement after having given due deliberation upon the Subordination Statement, Objection and reply thereto and the proceedings before the Court in connection with the Subordination Statement, Objection and reply thereto. Therefore, it is hereby

ORDERED that the Alvarez Subordination Statement is SUSTAINED / PRESERVED; and it is further

ORDERED that the claims referred to and/or asserted in the Subordination Statement is entitled to the benefit of subordination under a Subordinated Trust Preferred Indenture and any relief requested is SUSTAINED / PRESERVED; and it is further

ORDERED that Debtors will comply with the Courts October 10, 2008 Order to resolve Mr. Alvarez's claim; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2011

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge