## Exhibit A

Taggart v. Chase Bank USA, N.A., 375 Fed. Appx. 266 (3d Cir. 2010)



LEXSEE 375 FED. APPX. 266

## KENNETH J. TAGGART, Appellant v. CHASE BANK USA, N.A.; JP MORGAN CHASE BANK, d/b/a CHASE HOME FINANCE, LLC

### No. 09-4509

### UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

*375 Fed. Appx. 266; 2010 U.S. App. LEXIS 7750*

### March 25, 2010, Submitted for Possible Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
### April 14, 2010, Filed

**NOTICE:** NOT PRECEDENTIAL OPINION UNDER THIRD CIRCUIT INTERNAL OPERATING PROCEDURE RULE 5.7. SUCH OPINIONS ARE NOT REGARDED AS PRECEDENTS WHICH BIND THE COURT.

PLEASE REFER TO *FEDERAL RULES OF APPELLATE PROCEDURE RULE 32.1* GOVERNING THE CITATION TO UNPUBLISHED OPINIONS.

**SUBSEQUENT HISTORY:** US Supreme Court certiorari denied by *Taggart v. Chase Bank USA, N.A., 2011 U.S. LEXIS 1792 (U.S., Feb. 28, 2011)*

**PRIOR HISTORY:** [**1]
On Appeal from the United States District Court for the Eastern District of Pennsylvania. (D.C. Civil No. 2-09-cv-03761). District Judge: Honorable John P. Fullam. *Taggart v. Chase Bank USA, 353 Fed. Appx. 731, 2009 U.S. App. LEXIS 25904 (3d Cir. Pa., 2009)*

**COUNSEL:** KENNETH J. TAGGART, Plaintiff - Appellant, Pro se, Southampton, PA.

For CHASE BANK USA NA, JP MORGAN CHASE BANK NA, Defendant - Appellees: Robert L. Byer, Esq., Duane Morris, Pittsburgh, PA; Joshua C. Schumacher, Esq., Duane Morris, Philadelphia, PA; Sheila R. Wiggins, Esq., Duane Morris, Newark, NJ.

**JUDGES:** Before: SLOVITER, AMBRO and SMITH, Circuit Judges.

**OPINION**

[*267] PER CURIAM

Kenneth Taggart appeals pro se from a District Court order dismissing his action with prejudice as barred by res judicata. For the reasons below, we will affirm.

On March 5, 2009, Taggart initiated an action in state court asserting violations of the Truth In Lending Act ("TILA") regarding his mortgage closing on July 20, 2005. Appellees removed this case to federal court and filed a motion to dismiss on the grounds that Taggart's TILA claims were time-barred and not actionable. The District Court agreed and dismissed Taggart's complaint with prejudice. This Court affirmed. *Taggart v. Chase Bank USA, N.A., No. 09-3067, 353 Fed. Appx. 731, 2009 U.S. App. LEXIS 25904, 2009 WL 4193609 (3d Cir. Nov. 27, 2009).*

On July 17, [**2] 2009, Taggart filed a second action in state court regarding the same July 20, 2005 mortgage closing at issue in his March 2009 complaint. This second complaint involved seventeen claims, including claims brought under TILA, as well as the Fair Credit Reporting Act, the Real Estate Settlement Procedures Act ("RESPA"), and the Fair Debt Collections Practices Act. Appellees removed this case to federal court and filed a motion to dismiss pursuant to *Rule 12(b)(6)*. The [*268] District Court granted the motion, finding that although Taggart asserted different causes of action, both lawsuits concerned the same mortgage and loan transaction. Because these causes of action could have been raised in the first complaint, the second complaint was barred by res judicata. The court dismissed with prejudice.

375 Fed. Appx. 266, *; 2010 U.S. App. LEXIS 7750, **

Taggart timely appealed. Appellees filed a motion for summary action and Taggart filed an opposition. In his opposition, Taggart concedes that he filed the second complaint regarding the July 20, 2005 mortgage closing. However, he argues that "Counts 15, 16, & 17 occurred after the original complaint was filed," and were unknown "at the time the original complaint was filed." Taggart also contends [**3] that the District Court denied him to opportunity to amend his original complaint to include these violations, and cites to another case pending in federal court in which he was permitted to do so.

We have jurisdiction under *28 U.S.C. § 1291*. We will summarily affirm if Taggart's appeal presents no substantial question. See 3d Cir. L.A.R. 27.4 and 3d Cir. I.O.P. 10.6. The court granted defendants' motion to dismiss under *Fed. R. Civ. P. 12(b)(6)*. Thus, we accept as true all factual allegations in the complaint and all reasonable inferences that can be drawn from them. *Lubrizol Corp. v. Exxon Corp., 929 F.2d 960, 962 (3d Cir. 1991)*. A district court's application of the doctrine of res judicata is a question of law over which we exercise plenary review. See *Jean Alexander Cosmetics, Inc. v. L'Oreal USA, Inc., 458 F.3d 244, 248 (3d Cir. 2006)*.

The doctrine of res judicata "gives dispositive effect to a prior judgment if a particular issue, although not litigated, *could have been raised* in the earlier proceeding." *CoreStates Bank, N.A. v. Huls Am., Inc., 176 F.3d 187, 194 (3d Cir. 1999)* (emphasis in original) (internal citation omitted). The doctrine bars a suit where three circumstances [**4] are present: "(1) a final judgment on the merits in a prior suit involving (2) the same parties or their privies and (3) a subsequent suit based on the same cause of action." *Lubrizol Corp, 929 F.2d at 963*. A dismissal on statute of limitations grounds is a dismissal on the merits for res judicata purposes. See *Elkadrawy v. Vanguard Group, Inc., 584 F.3d 169, 173 (3d Cir. 2009)* (citing *Plaut v. Spendthrift Farm, Inc., 514 U.S. 211, 228, 115 S. Ct. 1447, 131 L. Ed. 2d 328 (1995))*.

Here, Taggart filed his second complaint after receiving a final judgment on the merits dismissing his first complaint as time-barred per the statute of limitations under TILA. *Elkadrawy, 584 F.3d at 173*. Taggart does not dispute that both complaints involve the same July 20, 2005 mortgage and are against the same defendants, Chase and JP Morgan Chase Bank N.A. d/b/a Chase Home Finance, LLC. *Lubrizol Corp., 929 F.2d at 963*.

As Appellees argue, the thrust of the two complaints is the same, as Taggart seeks redress for allegedly wrongful conduct in connection with the same underlying event, the July 20, 2005 mortgage. *CoreStates, 176 F.3d at 194*. Even though his second complaint relies on new violations and different legal theories under the Fair [**5] Credit Reporting Act, the Real Estate Settlement Procedures Act ("RESPA"), and the Fair Debt Collections Practices Act, Taggart is merely attempting to split a cause of action, which he is not permitted to do. See *Churchill v. Star Enters., 183 F.3d 184, 194-95 (3d Cir. 1999)*. Thus, Taggart's second complaint was properly dismissed.

Taggart's argues that his second complaint should not be barred because he was not given the opportunity to amend his first complaint. See *Grayson v. Mayview State Hosp., 293 F.3d 103, 108 (3d Cir. [*269] 2002)* (a federal court must inform a plaintiff that he has leave to amend when dismissing for failure to state a claim, unless amendment would be futile). To the extent that Taggart attempts to relitigate the District Court's decision as it pertains to his first complaint, we cannot reconsider his argument in this instant appeal, as we have already affirmed the District Court's decision.

Even if we were to consider Taggart's argument, it is unavailing. In reviewing the docket from Taggart's first complaint, on May 5, 2009, the District Court ordered Taggart to demonstrate why his TILA action was not time-barred. See Order at 6, Taggart v. Chase Bank USA, N.A. et al, No. 09-cv-1533, (E.D. Pa. May 5, 2009). [**6] Taggart filed responses on May 28, 2009, but did not address or seek leave to include claims fifteen, sixteen, and seventeen. He argues that the violations that formed the basis for these claims were not known to him at the time he filed his complaint in March 2009. Yet in his second complaint Taggart identifies six months-- from February 2009 through July 2009 -- in which he argues that defendants violated the Fair Credit Reporting Act, RESPA, and the Fair Debt Collections Practices Act. Given that he knew as early as February 2009 and had until May 2009 to bring these new claims and supporting facts, he is barred from filing a second complaint with claims that could have been brought in the earlier proceeding. *In re Mullarkey, 536 F.3d 215, 225 (3d Cir. 2008)*.

Accordingly, we will affirm the District Court's dismissal.

## Exhibit B

Servicing Log

```
SRVB63R-01                          AMERICAN HOME MTG SERVICING                    2/08/11 11:28:51
JGARST                               Customer Tracking Report                      JOB DT:  7/01/08
                                       Listed By Loan#                                      Page 1
```

```
Loan#      Name, Address, Phone    ----------------- L O A N  &  D E L I N Q U E N C Y   D A T A -----------------

1000570969 Laura  L Beall         INV: 593    UPB:  523,832.98   INT%: 09625   DEL AMT: 31,664.77   CP:
           11002 Blue Road Road   ASUM: N     PMT:    4,803.84   LIENHLDR: 1   DUE:       1/01/08   MSG#  1.17 2.08 3:15
           Oakton    VA  22124    STAT: P     P&I:   25,203.48   6 LPR:        MTHS DEL:   1/04/08         IN FORECL.
                                  POOL: 0000001
```

```
Coll      -------- Entered -------   Elapsed    ------- Target -------   ------- Cleared -------
Code   By       Date       Time       Time      Date       Amt/Pmts      Date       Amt/Pmts      Class  Assigned TO
```

| Coll Code | By | Entered Date | Time | Elapsed Time | Target Date | Amt/Pmts | Cleared Date | Amt/Pmts | Class | Assigned TO |
|---|---|---|---|---|---|---|---|---|---|---|
| INSU | S.DIEGEL | 07/28/04 | 13:03 | 00:02:20 | 07/28/04 | | 07/29/04 | | CS | S.DIEGEL |

INSURANCE INQUIRY
cust changing ins co's to Liberty Mut eff 7/28/4 to 7/28/5 n
ew pol # H35C23853584070  ins co is faxing in dec pg and bill
and will take to ins dept upon receipt. Update rec'd dec
page and del to  V.Simmonds in ins dept  7/29/4 cust has chang
ed ins companies.

| Coll Code | By | Entered Date | Time | Elapsed Time | Target Date | Amt/Pmts | Cleared Date | Amt/Pmts | Class | Assigned TO |
|---|---|---|---|---|---|---|---|---|---|---|
| RPSC | ** | 09/10/04 | 09:37 | 00:00:00 | 09/10/04 | | 09/10/04 | | CL | N.SUTHERLA |

SCORE 003.CSF N,

| Coll Code | By | Entered Date | Time | Elapsed Time | Target Date | Amt/Pmts | Cleared Date | Amt/Pmts | Class | Assigned TO |
|---|---|---|---|---|---|---|---|---|---|---|
| FB01 | LBROWN | 09/16/04 | 22:45 | 00:00:00 | 09/16/04 | 2,389.98 | | | FB | N.SUTHERLA |

01 LATE CHARGES

| Coll Code | By | Entered Date | Time | Elapsed Time | Target Date | Amt/Pmts | Cleared Date | Amt/Pmts | Class | Assigned TO |
|---|---|---|---|---|---|---|---|---|---|---|
| 20th | ** | 09/21/04 | 01:23 | 00:00:00 | 09/21/04 | | 09/21/04 | | CL | |

20 Day Letter Sent

| Coll Code | By | Entered Date | Time | Elapsed Time | Target Date | Amt/Pmts | Cleared Date | Amt/Pmts | Class | Assigned TO |
|---|---|---|---|---|---|---|---|---|---|---|
| AUTO | ** | 09/22/04 | 10:06 | 00:00:00 | 09/22/04 | 3,158.65 | 09/27/04 | | CL | N.SUTHERLA |

CUSTOMER CONTACT NEEDED........(EXCEPTION)

| Coll Code | By | Entered Date | Time | Elapsed Time | Target Date | Amt/Pmts | Cleared Date | Amt/Pmts | Class | Assigned TO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1STD | N.SUTHERLA | 09/27/04 | 17:01 | 00:00:14 | 09/27/04 | | 09/29/04 | | CL | R.HAGMANN |

**CUSTOMER CONTACT NEEDED**

| Coll Code | By | Entered Date | Time | Elapsed Time | Target Date | Amt/Pmts | Cleared Date | Amt/Pmts | Class | Assigned TO |
|---|---|---|---|---|---|---|---|---|---|---|
| RFDP | J.HOLMAN | 09/29/04 | 09:31 | 00:01:10 | 10/06/04 | | 10/01/04 | | CL | N.SUTHERLA |

**REASON FOR DELINQUENCY & PROMISE TO PAY**
Ms Cl sd loan had refinance and she could remember who the
mtg companys were..have several...sndng pymt by overnite

| Coll Code | By | Entered Date | Time | Elapsed Time | Target Date | Amt/Pmts | Cleared Date | Amt/Pmts | Class | Assigned TO |
|---|---|---|---|---|---|---|---|---|---|---|
| PAID | J.REYES | 10/07/04 | 12:57 | 00:01:22 | 10/07/04 | | 10/07/04 | | CS | J.REYES |

CUSTOMER CALLED VERIFIED PAYMENT RECEIVED
Advised recvd payment on 09/30/04.

| Coll Code | By | Entered Date | Time | Elapsed Time | Target Date | Amt/Pmts | Cleared Date | Amt/Pmts | Class | Assigned TO |
|---|---|---|---|---|---|---|---|---|---|---|
| ICPD | J.REYES | 10/07/04 | 12:58 | 00:00:29 | 10/07/04 | | 10/07/04 | | CS | J.REYES |

```
SRVBS3R-01                          AMERICAN HOME MTG SERVICING                2/08/11 11:28:51
JGARST                               Customer Tracking Report                  JOB DT: 1/01/08
                                       Listed By Loan#                              Page  2

Loan# 1000570969 Continues ...

20th    **            CUSTOMER CALLED VERIFIED WE PAID INSURANCE              10/19/04       CL
                      insurance was paid on 07/30/04 for $672.
                      10/19/04  04:04  00:00:00    10/19/04

                      20 Day Letter Sent
CRED    **********    10/29/04  19:04  00:00:00    10/29/04                   10/29/04       CL    R.HAGMANN

                      ACCOUNT REPORTED TO CREDIT BUREAU
                      LPI: 093004 UPB: 325000 DUE: 003158 STATUS:DELINQ 30
AKL     **            11/09/04  01:07  00:00:00    12/09/04                   12/09/04       CL    ??

                      Acceleration Warning Letter (Breach) Letter Sent
IO      **            11/15/04  02:14  00:00:00    11/15/04                   11/15/04       PI    R.HAGMANN

                      INSPECTION ORDERED
PYMT    DORIS GOSS  11/15/04  10:36  00:05:11    11/15/04                     11/15/04       CS    DORIS GOSS

                      PAYMENT PROCESSING,
                      cust sd pmt for 10/1 cleared her acct on 11/4, she snt to
                      AH (something) 7142 columbia, she wll fax to the
XCOL    K.CAMP       11/16/04  12:37  00:00:02    11/16/04                    11/16/04       CS    K.CAMP

                      TRANSFERRED CALL TO COLLECTIONS
OA      J.HOLMAN     11/16/04  13:03  00:01:02    11/23/04                    11/23/04       CL    R.HAGMANN

                      rec'd faxed copy of front/back of the 10/01
LSPY    J.HOLMAN     11/16/04  13:09  00:00:43    11/21/04                    11/16/04       CL    R.HAGMANN

                      MORTGAGE PAYMENT LOST IN MAIL
                      Ms cll sd the 10/01 pymt has been cashed as of 11/4., pymt
                      was snt by overnite mail..told her to have her bank to fax
                      front/back copys to my attin
1STD    R.HAGMANN    11/16/04  18:03  00:00:06    11/23/04                    11/22/04       CL    R.HAGMANN

                      **CUSTOMER CONTACT NEEDED**
20th    **            11/19/04  02:00  00:00:00    11/19/04                   11/19/04       CL

                      20 Day Letter Sent
TRDM    J.HOLMAN     11/22/04  15:59  00:00:15    11/24/04                    11/23/04       CL    R.HAGMANN

                      TEL RES - L/M ON MACHINE ...rec'd fax
                                                  c
PAID    M.ERDMAN     11/29/04  08:57  00:00:02    11/29/04                    11/29/04       CL    R.HAGMANN
```

```
SRV963R-01                        AMERICAN HOME MTG SERVICING                    2/08/11 11:28:51
JGARST                              Customer Tracking Report                     JOB DT: 7/01/08
                                       Listed By Loan#                                    Page 3
```

Loan# 100057096? Continues ...

```
        CUSTOMER CALLED VERIFIED PAYMENT RECEIVED
XCS   M.ERDMAN   11/29/04  08:57   00:00:08        11/29/04                 CL   R.HAGMANN

        TRANSFERRED CALL TO CUSTOMER SERVICE AREA
        about escrow acct
GEN   S.WALTERS  11/29/04  09:22   00:01:35        11/29/04                 CS   S.WALTERS

        GENERAL CUSTOMER INQUIRY
        ms called stating that she has an escrow overage..adv her
        if she receives letter citing overage..send written request
        to have overage maintained and applied as monthly payment or
        principal payment
CRED  ********** 11/30/04  23:01   00:00:00        11/30/04                 CL   R.HAGMANN

        ACCOUNT REPORTED TO CREDIT BUREAU
        LPI:112204 UPB: $25000 DUE: 000000 STATUS:CURRENT
ESBL  A.DOWD     12/15/04  14:16   00:00:57        12/15/04                 CS   A.DOWD

        ESCROW BALANCE INQUIRY
        cust would like to know if she will be receiving funds
        from escrow advised cust if so she will r'cve a letter
        stating escrow overage
EAIN  O.WALKER   12/17/04  11:17   00:04:01        12/17/04                 CS   O.WALKER

        ESCROW ANALYSIS INQUIRY
        Customer states that she was advised that her account would
        be analyzed by December service attempted to advs cust
        that we do pay file the service accounts cycles; cust
        states that she should not have been advsd that we would
        analyze account adv customer I would submit request to
        supervisor advsd that I could not guarantee that rquest
        would be processed
        UPDATE: FORWARDED REQUEST TO B.HUGHES
20th  **         12/18/04  03:15   00:00:00        12/18/04                 CL

        20 Day Letter Sent
EAIN  DORIS GOSS 12/20/04  16:02   00:03:05        12/20/04                 CS   DORIS GOSS

        ESCROW ANALYSIS INQUIRY
        cust wnts acct analyzed now to pay 12/01's pmt sd to appy an
        extra to prin advsd; advised cld cause adjustms for adjustm
        in analyzing. cust sd dn't care just tired of asking for adjustm
        t, gave to BH to do
OVCK  DORIS GOSS 12/29/04  10:31   00:01:25        12/29/04                 CS   DORIS GOSS

        ESCROW OVERAGE CHECK INQUIRY
```

SRV863R-01
JGARST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB DT:  7/01/08
Page    4

Loan# 1000570969 Continues ...

emailed HS to cut ovck for pmt,.clid residence lift mess to c
li me

PYMT   DORIS GOSS  12/30/04 10:10  00:05:22   12/30/04                      12/30/04   CS   DORIS GOSS

PAYMENT PROCESSING
wrcte pmt advice tod to mke pmt frm the escrow, depositing a
dditional 427.14 to prin,.toSK to pmt processing

HIS    DORIS GOSS  12/30/04 18:35  00:00:17   12/30/04                      12/30/04   CS   DORIS GOSS

TRANSACTION HISTORY MAILED
mid to show 12/1's pmt

AUTO   **   01/18/05 09:52  00:00:00   01/18/05                  3,007.36   01/28/05   CL   R.HAGMANN

CUSTOMER CONTACT NEEDED..........(EXCEPTION)

20th   **   01/19/05 03:38  00:01:00   01/19/05                             01/19/05   CL

20 Day Letter Sent

PI98        01/27/05 11:40  00:01:00   01/27/05        574.22                          CS

Partial Interest Paid at Closing1098 Sent - 000574.22

20th   **   02/19/05 04:42  00:01:00   02/19/05                             02/19/05   CL

20 Day Letter Sent

AUTO   **   02/22/05 08:25  00:00:00   02/22/05        176.21    3,077.05   02/28/05   CL   R.HAGMANN

CUSTOMER CONTACT NEEDED..........(EXCEPTION)

20th   **   03/18/05 04:34  00:00:00   03/18/05                             03/18/05   CL

20 Day Letter Sent

AUTO   **   03/18/05 08:37  00:00:00   03/18/05         53.26    3,130.31   03/21/05   CL   R.HAGMANN

CUSTOMER CONTACT NEEDED..........(EXCEPTION)

TAXI   A.PANIAGU  04/07/05 14:24  00:05:58   04/07/05                       04/27/05   ES   M.WILLIAMS

TAX INQUIRY
cst states that she has a delinquent bill and the prev. pymn
t we made to the TA was short it was not the full amount due
so cst is fixing over tax bill and also the penalties of
the prev tax pymt
4/27/05 did not receive fax. i need to know what the delq am
ount is from

TAXI   L.KEATON   04/08/05 15:26  00:02:06   04/08/05                       04/08/05   CS   L.KEATON

SRV863R-01
JGARSS

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB DT:  7/01/08
Page  5

Loan# 1000570969 Continues ...

```
           TAX INQUIRY
           per D/O 01 req email sent to m willains to have contact
           mark swan 7035244688
20th   **  04/19/05  05:53  00:00:00  04/19/05                      04/19/05   CU

           20 Day Letter Sent
AUTO   **  04/20/05  12:29  00:00:00  04/20/05         3,130.22     04/29/05   CU   J.SAPP

           CUSTOMER CONTACT NEEDED.........(EXCEPTION)
TAXI   S.SPLAIN  05/19/05  15:24  00:01:36  05/19/05                05/19/05   CS   S.SPLAIN

           TAX INQUIRY
           PER FAIRFAX COUNTY, TOTAL AMT DUE IS $3566.63.  THEY REC'D C
           HK FROM 11/1/04 AND IT WAS APPLIED TO 1ST INSTALLMENT DUE 7/
           28/04, SINCE IT WAS LATE. 2ND STILL DUE 2AO $301.88.  2ND H
           ALF BASE IS $2954.53 WAS DUE 12/5/04.  DISBURSING BASE FROM
           ESCROW.  REQUESTING 612.35 FROM AHM CORP FOR P&I. G/T 5/31.
TAXI   G.NORRELL  05/23/05  12:51  00:00:11  05/23/05               05/23/05   CS   G.NORRELL

           TAX INQUIRY
           dscsd tax pmnts made
20th   **  07/21/05  04:16  00:00:00  07/21/05                      07/21/05   CU

           20 Day Letter Sent
TRNA   R.SKOCDO  07/21/05  20:09  00:00:01  07/26/05                07/29/05   CU   H.CRUZ

           TEL RES - N/A
WUPP   M.MARTIN  07/28/05  16:31  00:01:25  07/28/05  $10.00 FEE INCL  07/28/05  CS  M.MARTIN

           WU PHONE PAY CONF # _0030307_
20th   **  09/21/05  02:47  00:00:00  09/21/05                      09/21/05   CU

           20 Day Letter Sent
REFD   C.SHAW  10/18/05  08:37  00:10:57  10/25/05                  10/20/05   CU   H.CRUZ

           **REASON FOR DELINQUENCY & PROMISE TO PAY**
           MS SSD THT SHE FORGOT TO SND PMT. -- 10/18/05
WUPP   C.SHAW  10/18/05  08:42  00:00:36  10/18/05                 10/18/05   CU   H.CRUZ

           WU PHONE PAY CONF #26563 3249.87-12.95 FEE INCL
GEN    C.SHAW  10/18/05  08:42  00:02:59  10/18/05                 10/20/05   CU   H.CRUZ

           GENERAL CUSTOMER INQUIRY
```

```
SRV863R-01                          AMERICAN HOME MTG SERVICING            2/08/11 11:28:51
JGARST                               Customer Tracking Report              JOB DT:  7/01/08
                                        Listed By Loan#                         Page    6
```

Loan# 1000570969 Continues ...

| Code | Name | Date | Time | Duration | Note | Date | Code | Rep |
|---|---|---|---|---|---|---|---|---|
| WUPP | C.DENNY | 11/14/05 | 12:54 | 00:00:02 | MS PAID 3700 THIS ON DELQ ON PAST DUE . TAXES SSD THT HER ESCROW IS NOW NEG BECAUSE SHE PAID ---: | 11/14/05 | CS | C.DENNY |
| DX83 | C.SHAW | 10/18/05 | 08:36 | 00:00:02 | WU PHONE PAY CONF #      $12.95 FEE INCL    PHONE PAY | 10/18/05 | DX | |
| TRNA | REBROWN | 12/12/05 | 20:25 | 00:00:02 | TEL RES - N/A | 12/12/05 | CL | H.CRUZ |
| TROM | L.PEAVLER | 12/13/05 | 18:32 | 00:00:17 | rvwd 1mon | 12/13/05 | CL | H.CRUZ |
| DX91 | L.PEAVLER | 12/13/05 | 18:31 | 00:00:17 | OUTBOUND NO ANSWER | 12/13/05 | DX | |
| TRNA | REBROWN | 12/14/05 | 10:16 | 00:00:01 | TEL RES - N/A | 12/14/05 | CL | H.CRUZ |
| TRNA | S.HARROLD | 12/14/05 | 14:41 | 00:00:02 | TEL RES - N/A | 12/14/05 | CL | H.CRUZ |
| DX78 | S.HARROLD | 12/14/05 | 14:40 | 00:00:02 | LEFT MESSAGE ON RECORDER | 12/14/05 | DX | |
| DX91 | R.BROWN | 12/14/05 | 10:15 | 00:00:02 | OUTBOUND NO ANSWER | 12/14/05 | DX | |
| DX94 | CONCERTO | 12/15/05 | 12:29 | 00:00:02 | REORDER | 12/15/05 | DX | |
| DX62 | CONCERTO | 12/18/05 | 16:38 | 00:00:02 | NO VOICES DETECTED | 12/18/05 | DX | |
| 20th | ** | 12/21/05 | 19:04 | 00:00:00 | 20 Day Letter Sent | 12/21/05 | CL | |
| DX10 | CONCERTO | 12/22/05 | 17:10 | 00:00:00 | NO ANSWER | 12/22/05 | DX | |

```
SRV65R-01                        AMERICAN HOME MTG SERVICING          2/08/11 11:28:51
JGARST                             Customer Tracking Report           JOB DT:  7/01/08
                                      Listed By Loan#                       Page  7

Loan# 100057/969 Continues ...

OA     R.LOPEZ    12/27/05  08:23  00:01:02  01/03/06   12/30/05   CL   R.LOPEZ
       borr called in regarding escrow advised to call after 8am
       to discuss acct borr made pymt for the 29th of dec. conf #
       53951

ZTXR   JU.BUTLER  12/27/06  09:17  00:02:58  01/16/06   01/27/06   CS   W.WINTER
       TAX PAYMENT RESEARCH REQUIRED
       s/w borr calln because she states taxes were double pd
       in June 05. Ahm dis s on 5/20/05 iao 2954.53 & 6/30/05 iao
       1134.17, borr pd taxes on 6/6/05 iao 2954.100 can we contac
       t the c/o to vv dis amts. and request refund. Thanx

DX10   CONCERTO   01/08/06  19:01  00:02:58  01/08/06   01/09/06   DX
       NO ANSWER

DX10   CONCERTO   01/11/06  14:16  00:02:58  01/11/06   01/12/06   DX
       NO ANSWER

TRNS   R.ARMSTRO  01/13/06  11:49  00:00:14  01/13/06   01/13/06   CS   R.ARMSTRO
       TRANSFER
       trnsfrd to tax dept.

TAXI   SH.MILLER  01/13/06  11:52  00:00:22  01/13/06   01/13/06   CS   SH.MILLER
       TAX INQUIRY
       BORR TO F/U ON RESEARH. ADV BORR OF TARGET DATE.

TRNA   M.GARCIA   01/14/06  08:46  00:00:03  01/14/06   01/26/06   CL   C.BAXTER
       TEL RES - N/A

DX76   M.GARCIA   01/24/06  08:45  00:00:03  01/14/06   01/17/06   DX
       NO MESSAGE TO CALL

DX10   CONCERTO   01/17/06  18:44  00:00:03  01/17/06   01/17/06   DX
       NO ANSWER

DX10   CONCERTO   01/17/06  17:37  00:00:03  01/17/06   01/17/06   DX
       NO ANSWER

DX10   CONCERTO   01/17/06  16:36  00:00:03  01/17/06   01/17/06   DX
       NO ANSWER

DX10   CONCERTO   01/17/06  15:32  00:00:03  01/17/06   01/17/06   DX
```

SRV863R-01                                    AMERICAN HOME MTG SERVICING                        2/08/11 11:28:51
JGARST                                          Customer Tracking Report                         JOB DT: 7/01/08
                                                    Listed By LOEHR                                    Page 8

Loan# 1000570969 Continues ...

```
              NO ANSWER
20th   **          01/20/06 19:04  00:00:00   01/20/06   CL
              20 Day Letter Sent
TRNA   T.DICKSON   01/23/06 08:26  00:00:05   01/23/06   CL   C.BAXTER
              TEL RES - N/A
DX76   T.DICKSON   01/23/06 08:25  00:00:05   01/23/06   DX
              NO MESSAGE TO CALL
DX03   CONCERTO    01/24/06 16:32  00:00:05   01/24/06   DX
              ANSWERING MACHINE
DX10   CONCERTO    01/24/06 15:16  00:00:05   01/24/06   DX
              NO ANSWER
DX10   CONCERTO    01/24/06 14:15  00:00:05   01/24/06   DX
              NO ANSWER
RFDP   M.GARCIA    01/26/06 17:26  00:01:45   02/02/06   CL   C.BAXTER
              **REASON FOR DELINQUENCY & PROMISE TO PAY**
              CLLD RES TT CUST RFD WAITING ON ESCROW TO BE REFUNDED WILL
              NOT LET ACT GO 30 DPD  DEMOS GOOD HER CLFR 703-282-0533
DX82   M.GARCIA    01/26/06 17:22  00:01:45   01/26/06   DX
              PROMISE TO PAY
DX01   CONCERTO    01/26/06 17:08  00:01:45   01/26/06   DX
              ABORT - CUSTOMER HUNG UP ON HOLD
TAXI   W.WINTER    01/27/06 11:38  00:01:46   01/27/06   CS   W.WINTER
              TAX INQUIRY
              PER MRS. KELLER @ FAIRFAX COUNTY T/O, BOTH PYMTS DISB FROM
              ESCROW 2/22/05 AND 6/20/05) WERE APPLIED TO THIS ACCT T/O/ HAS
              NO RECORD OF DUP/OVRPYMT. MRS. KELLER STATES THAT IF DUP/
              OVRPYMT RCVD FUNDS WILL BE SENT BACK TO SENDER. IF BOR HAS
              NOT RECD REFUND SHE WILL NEED TO CONTACT THE T/O TO TRACK
              HER FUNDS. PLEASE ADV BOR. CLOSED TASK WWINTER/ZCS
DX10   CONCERTO    02/06/06 20:29  00:01:42   02/06/06   DX
              NO ANSWER
DX10   CONCERTO    02/06/06 19:18  00:01:42   02/06/06   DX
```

```
SRV863R-01                          AMERICAN HOME MTG SERVICING                    2/08/11 11:28:51
JGARST                                Customer Tracking Report                     JOB DT:  7/01/08
                                         Listed By Loan#                                    Page 9


Loan# 1000570969 Continues ...

DX10   CONCERTO   02/06/06  18:14  00:01:42   02/06/06                             DX
          NO ANSWER
                                              02/06/06

TAXI   A.ARAUJO   02/08/06  12:56  00:01:19   02/08/06                             CS   A.ARAUJO
          NO ANSWER
                                              02/08/06
          TAX INQUIRY
          borr wanted to ck stats on refund, advised that the tax offi
          ce was contacted and rep advised us that there was no overpm
          t on taxes

TRNS   C.HOWARD   02/10/06  10:42  00:00:18   02/10/06                             CS   C.HOWARD
          TRANSFER
          csut request tax dept warm transf

TAXI   JU.BUTLER  02/10/06  10:49  00:03:06   02/10/06                             CS   JU.BUTLER
          TAX INQUIRY
          S/W BORR FAXING OVER COPY OF TAX BILL WITH CORRECT YEARLY T
          AX AMTS, WILL HAVE A.BISHOP REVIEW TAX BILL AND ADJUST LINES
          AND HAVE ACCOUNT REANALYZED.

EAIN   E.FIELDS   02/10/06  10:59  00:00:45   02/10/06                             CS   E.FIELDS
          ESCROW ANALYSIS INQUIRY
          cust states tax bill inc, tax dept will be correcting when s
          he faxes over new info; then new analysis will reduce her es
          crw to apprx $500 a mo; she will clbk in a week for status

TRNA   R.NEWSOM   02/14/06  17:35  00:00:29   02/14/06                             CL   C.BAXTER
          TEL RES - N/A

DX76              02/14/06  17:35  00:00:29   02/14/06                             DX
          NO MESSAGE TO CALL

TRMM   L.LOZANO   02/15/06  17:15  00:01:02   02/15/06                             CL   L.LOZANO
          TEL RES - L/M ON MACHINE

ESRA   A.BISHOP   02/15/06  18:20  00:00:18   02/18/06                             CS   D.REYES
          REANALYZE - TAX OK OR INS LINE CORRECTED
          pls reanalyze esc acct, tax line has been updtd to $6250.34
          /yr

DX78   L.LOZANO   02/15/06  17:14  00:00:18   02/15/06                             DX
          LEFT MESSAGE ON RECORDER

EAIN   T.BROOM    02/21/06  17:05  00:00:48   02/21/06                             CS   T.BROOM
```

```
SRV863R-01                          AMERICAN HOME MTG SERVICING                      2/08/11 11:28:51
JGARST                                Customer Tracking Report                       JOB DT:  7/01/08
                                         Listed By Loan#                                  Page  10

Loan# 1000570969 Continues ...

           ESCROW ANALYSIS INQUIRY
           Submitted req to have acct reanlyzed for 3/01/06 pymnt.

TUNA   T.DICKSON   03/09/06  15:54   00:00:17   03/14/06                              CL   C.BAXTER
           TEL JOB - N/A

DX76   T.DICKSON   03/09/06  15:54   00:00:17   03/09/06                              DX
           NO MESSAGE TO CALL

DX09   CONCERTO    03/14/06  17:06   00:00:17   03/14/06                              DX
           REORDER

DX10   CONCERTO    03/18/06  08:14   00:00:17   03/18/06                              DX
           NO ANSWER

TRLM   D.WESLEY    03/20/06  15:35   00:00:43   03/22/06                              CL   D.WESLEY
           TEL RES - sts she just deposited a large ck that will take
           two days to clear- sts she will then call in the mar pmt
           via eppay...

DX82   D.WESLEY    03/20/06  15:34   00:00:43   03/20/06                              DX
           PROMISE TO PAY

20th   **          03/20/06  23:08   00:00:00   03/20/06                              CL
           20 Day Letter Sent

RFD    REBROWN     03/22/06  08:13   00:01:06   03/22/06                              CL   REBROWN
           **REASON FOR DELINQUENCY**
           mrs sd that she will call in as soon as her ck clears adv tht
           we can do a pdc...

WUPP   REBROWN     03/22/06  08:16   00:00:34   04/01/06                              CL   REBROWN
           WG PHONE PAY CONF #,10034 $12.95 FEE INCL
           mrs auth pymt tao 3157.19 on 3/30

DX83   R.BROWN     03/22/06  08:12   00:00:34   03/22/06                              DX
           PHONE PAY

RPSC   **          03/24/06  10:03   00:00:00   03/24/06                              CL
           SCORE 097

GEN    L.PEAVLER   03/29/06  15:54   00:00:14   03/29/06                              CL   C.BAXTER
```

SRV863R-01
JGARST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB DT: 7/01/08
Page    11

Loan# 1000570969 Continues ...

| | | | | | |
|---|---|---|---|---|---|
| | already has pmt in here | | | | |
| DX83 | L.PEAVLER | 03/29/06 | 15:53 | 00:00:14 | 03/29/06 | 03/29/06 | DX |
| | PHONE PAY | | | | |
| OA | G.RIVERA | 03/30/06 | 17:28 | 00:00:11 | 04/06/06 | 03/31/06 | CL | C.BAXTER |
| | spray set up for today | | | | |
| DX83 | G.RIVERA | 03/30/06 | 17:27 | 00:00:11 | 03/30/06 | 03/31/06 | DX |
| | PHONE PAY | | | | |
| RPSC | ** | 04/03/06 | 12:31 | 00:00:00 | 04/03/06 | 04/03/06 | CL |
| | SCORE 018 | | | | |
| DX10 | CONCERTO | 04/11/06 | 16:09 | 00:00:00 | 04/11/06 | 04/11/06 | DX |
| | NO ANSWER | | | | |
| DX10 | CONCERTO | 04/13/06 | 08:09 | 00:00:00 | 04/13/06 | 04/13/06 | DX |
| | NO ANSWER | | | | |
| DX10 | CONCERTO | 04/14/06 | 16:11 | 00:00:00 | 04/14/06 | 04/14/06 | DX |
| | NO ANSWER | | | | |
| TRNA | G.RIVERA | 04/18/06 | 08:37 | 00:00:04 | 04/18/06 | 04/28/06 | CL | C.BAXTER |
| | TEL RES - N/A | | | | |
| DX79 | G.RIVERA | 04/18/06 | 08:35 | 00:00:04 | 04/18/06 | 04/18/06 | DX |
| | PARTY HUNG UP | | | | |
| DX10 | CONCERTO | 04/19/06 | 08:11 | 00:00:04 | 04/19/06 | 04/19/06 | DX |
| | NO ANSWER | | | | |
| 20th | ** | 04/21/06 | 00:35 | 00:00:00 | 04/21/06 | 04/21/06 | CL |
| | 20 Day Letter Sent | | | | |
| DX62 | CONCERTO | 04/21/06 | 16:08 | 00:00:00 | 04/21/06 | 04/21/06 | DX |
| | NO VOICE DETECTED | | | | |
| DX10 | CONCERTO | 04/22/06 | 11:24 | 00:00:00 | 04/22/06 | 04/24/06 | DX |
| | NO ANSWER | | | | |
| DX10 | CONCERTO | 04/27/06 | 16:31 | 00:00:00 | 04/27/06 | 04/27/06 | DX |

SRV863R-01
JGRRST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB DT: 7/01/08    Page 12

Loan# 1000570969 Continues ...

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RPSC | ** | NO ANSWER | 05/03/06 06:01 | 00:00:00 | 05/03/06 | | 05/03/06 | CL |
| | | SCORE 018 | | | | | | |
| RPSC | ** | | 05/03/06 21:34 | 00:00:00 | 05/03/06 | | 05/22/06 | CL |
| | | SCORE 070 | | | | | | |
| DX10 | CONCERTO | | 05/17/06 08:04 | 00:00:00 | 05/17/06 | | 05/18/06 | DX |
| AUTO | ** | NO ANSWER | 05/18/06 18:10 | 00:00:00 | 05/18/06 | 3,156.98 | 05/22/06 | CL  C.BAXTER |
| | | CUSTOMER CONTACT NEEDED........(AUTOQ) | | | | | | |
| 20th | ** | | 05/19/06 23:08 | 00:00:00 | 05/19/06 | | 05/22/06 | CL |
| | | 20 Day Letter Sent | | | | | | |
| DX03 | CONCERTO | | 05/19/06 08:14 | 00:00:00 | 05/19/06 | | 05/22/06 | DX |
| | | ANSWERING MACHINE | | | | | | |
| DX10 | CONCERTO | | 05/20/06 11:56 | 00:00:00 | 05/20/06 | | 05/22/06 | DX |
| RFDP | R.NEWSOM | | 05/22/06 13:12 | 00:01:12 | 05/29/06 | | 05/26/06 | CL  C.BAXTER |
| | | NO ANSWER | | | | | | |
| | | b/o has done billpay service should receive by eom iao 3200. to cover late fee and 5/1/06 payment... | | | | | | |
| RPSC | ** | | 06/03/06 06:01 | 00:00:00 | 06/03/06 | | 06/03/06 | CL |
| | | SCORE 070 | | | | | | |
| RPSC | ** | | 06/05/06 11:48 | 00:00:00 | 06/05/06 | | 06/05/06 | CL |
| | | SCORE 070 | | | | | | |
| DX10 | CONCERTO | | 06/15/06 09:43 | 00:00:00 | 06/15/06 | | 06/16/06 | DX |
| | | NO ANSWER | | | | | | |
| DX10 | CONCERTO | | 06/19/06 13:22 | 00:01:00 | 06/19/06 | | 06/20/06 | DX |
| | | NO ANSWER | | | | | | |
| 20th | ** | | 06/20/06 23:10 | 00:00:00 | 06/20/06 | | 06/20/06 | CL |
| | | 20 Day Letter Sent | | | | | | |

SRV863R-01
JGARST

                                    AMERICAN HOME MTG SERVICING
                                       Customer Tracking Report
                                         Listed By Loan#

                                                                            2/08/11 11:28:51
                                                                            JOB DT: 7/01/08
                                                                                    Page 13

Loan# 1000570969 Continues ...

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DX10 | CONCERTO | 06/20/06 | 15:24 | 00:00:00 | 06/20/06 | 06/21/06 | DX |
| | NO ANSWER | | | | | | |
| DX10 | CONCERTO | 06/21/06 | 13:20 | 00:01:00 | 06/21/06 | 06/22/06 | DX |
| | NO ANSWER | | | | | | |
| PAID | V.JONES | 06/27/06 | 12:05 | 00:00:05 | 06/27/06 | 06/27/06 | CS | V.JONES |
| | CUSTOMER CALLED VERIFIED PAYMENT RECEIVED | | | | | | |
| RPSC | ** | 07/03/06 | 08:17 | 00:00:00 | 07/03/06 | 07/25/06 | CL |
| | SCORE 070 | | | | | | |
| WUPP | E.KAMURU | 07/20/06 | 15:07 | 00:01:40 | 07/31/06 | 07/25/06 | CL | C.BAXTER |
| | WU PHONE PAY CONF #_178044  $9.95 FEE INCL  $3156.77  7/30 July pymnt ... Rid had to help son get a house financially | | | | | | |
| WUPP | E.KAMURU | 07/20/06 | 15:08 | 00:00:38 | 08/09/06 | 07/25/06 | CL | C.BAXTER |
| | WU PHONE PAY CONF #_178045  $9.95 FEE INCL  $3034.00  8/05 Aug pymnt... | | | | | | |
| WUPP | E.KAMURU | 07/20/06 | 15:09 | 00:02:25 | 08/21/06 | 08/01/06 | CL | C.BAXTER |
| | WU PHONE PAY CONF #_178046  $9.95 FEE INCL  $3034.00  8/29 Sept pymnt... | | | | | | |
| OA | E.KAMURU | 07/20/06 | 15:12 | 00:00:24 | 07/27/06 | 07/25/06 | CL | C.BAXTER |
| | WUPP dtd 7/30; 8/05 & 8/29 .... | | | | | | |
| 20th | ** | 07/20/06 | 23:08 | 00:01:00 | 07/20/06 | 07/25/06 | CL |
| | 20 Day Letter Sent | | | | | | |
| DX83 | E.KAMURU | 07/20/06 | 15:02 | 00:00:00 | 07/20/06 | 07/21/06 | DX |
| | PHONE PAY | | | | | | |
| OA | N.WATERS | 07/31/06 | 10:06 | 00:00:25 | 07/30/06 | 07/25/06 | CL | C.BAXTER |
| | CUST HAS PYMNTS SET UP IN SYSTEM | | | | | | |
| DX87 | | 07/21/06 | 10:05 | 00:00:25 | 07/21/06 | 07/24/06 | DX |
| | PAYMENT CONFIRMATION | | | | | | |
| OA | Y.LESTER | 07/24/06 | 16:55 | 00:00:01 | 07/31/06 | 07/25/06 | CL | C.BAXTER |

SRV963R-01
JGARST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB DT: 7/01/08
Page 34

Loan# 1000570969 Continues ...

"OTHER ACTIVITY"

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DX84 | Y.LESTER | 07/24/06 | 16:53 | POSTDATED PTF | 00:00:01 | 07/24/06 | 07/25/06 | DX | |
| DX82 | J.ROBERSON | 07/25/06 | 20:27 | PROMISE TO PAY | 00:00:02 | 07/25/06 | 07/25/06 | CJ | C.BAXTER |
| RPSC | ** | 08/03/06 | 06:01 | SCORE 070 | 00:00:00 | 08/03/06 | 08/03/06 | CJ | |
| RPSC | ** | 08/04/06 | 05:46 | SCORE 020 | 00:00:00 | 08/04/06 | 08/04/06 | CJ | |
| RPSC | ** | 09/03/06 | 06:01 | SCORE 020 | 00:00:00 | 09/03/06 | 09/03/06 | CJ | |
| RPSC | ** | 10/03/06 | 08:32 | SCORE 020 | 00:00:00 | 10/03/06 | 10/03/06 | CJ | |
| RPSC | ** | 10/03/06 | 20:32 | SCORE 067 | 00:00:00 | 10/03/06 | 10/03/06 | CJ | |
| DX61 | CONCERTO | 10/16/06 | 08:28 | PLAYED MESSAGE | 00:00:00 | 10/16/06 | 10/17/06 | DX | |
| DX03 | CONCERTO | 10/17/06 | 15:54 | ANSWERING MACHINE | 00:00:00 | 10/17/06 | 10/18/06 | DX | |
| DX10 | CONCERTO | 10/17/06 | 15:53 | NO ANSWER | 00:00:00 | 10/17/06 | 10/18/06 | DX | |
| DX10 | CONCERTO | 10/17/06 | 15:20 | NO ANSWER | 00:00:00 | 10/17/06 | 10/18/06 | DX | |
| DX10 | CONCERTO | 10/17/06 | 15:19 | NO ANSWER | 00:00:00 | 10/17/06 | 10/18/06 | DX | |
| DX10 | CONCERTO | 10/17/06 | 15:01 | NO ANSWER | 00:00:00 | 10/17/06 | 10/18/06 | DX | |
| DX10 | CONCERTO | 10/17/06 | 15:00 | | 00:00:00 | 10/17/06 | 10/18/06 | DX | |

SRV863R-01
JGABST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB DT: 7/01/08
Page    15

Loan# 1000570969 Continues ...

NO ANSWER

| WUPP | R.TREVINO | 10/18/06 | 15:45 | 00:00:51 | 10/25/06 | CL | R.TREVINO |
|---|---|---|---|---|---|---|---|

WU PHONE PAY CONF #247810 AMT 3156.77 + 9.95 FEE DATED FOR 1
0/30/2006... RFD SHE WKS OF COMISSION ...

| WUPP | R.TREVINO | 10/18/06 | 15:45 | 00:00:32 | 11/01/06 | CL | R.TREVINO |
|---|---|---|---|---|---|---|---|

WU PHONE PAY CONF #247813 AMT 3034.00 + 9.95 FEE DATED FOR 1
1/14/2006...

| DX83 | | 10/18/06 | 15:42 | 00:00:32 | 10/18/06 | DX | |
|---|---|---|---|---|---|---|---|

PHONE PAY

| DX10 | CONCERTO | 10/18/06 | 08:40 | 00:00:32 | 10/18/06 | DX | |
|---|---|---|---|---|---|---|---|

NO ANSWER

| DX10 | CONCERTO | 10/18/06 | 08:39 | 00:00:32 | 10/18/06 | DX | |
|---|---|---|---|---|---|---|---|

NO ANSWER

| WUPP | M.AGUILAR | 10/31/06 | 17:06 | 00:03:28 | 11/02/06 | CL | C.BAXTER |
|---|---|---|---|---|---|---|---|

WU PHONE PAY CONF #255547 $3034.00 + $0.00FEES 10/31/06
IB IT CL PREV PMT WILL BE RETURNED AS NSF DUE TO PMT
ENTERED 10/18/06 INSTEAD 10/30/06 AS PREV DOC.AUTH PMT
TO ARM. OVER CCI PMT DOES NOT WANT MADE ON CREDIT..
SAID WILL FAX IN A BANK STATEMENT THAT SHOWES FEES DUE TO NS
& THAT WAS NOT HER ERROR REP WILL CALL BACK IF..FAX#866-
823-3654 NO NSF FEES..WILL NEED TO MAKE ANY CHANGES FOR PMT POST
DATED FOR NOV SAID CORRECT DATE ON THAT*EMAIL IRV TO HAVE
NSF FEES WAIVED DUE TO ARM ERROR ...

| FB02 | ** | 11/02/06 | 13:14 | 00:00:00 | 11/02/06 | FB | C.BAXTER |
|---|---|---|---|---|---|---|---|

02 NSF FEES

| NSF1 | ** | 11/02/06 | 00:00 | 00:00:00 | 11/02/06 | CL | C.BAXTER |
|---|---|---|---|---|---|---|---|

SENT NSF#1 LETTER.
FOR CHECK: 247810 DATED:10/18/06

| WURV | E.GREEN | 11/03/06 | 10:13 | 00:00:11 | 11/03/06 | CS | E.GREEN |
|---|---|---|---|---|---|---|---|

WESTERN UNION SPEEDPAY REVERSAL
$3156.77-insufficient funds

| EIWR | J.HARRIS | 11/03/06 | 15:03 | 00:00:14 | 11/29/06 | CL | J.HARRIS |
|---|---|---|---|---|---|---|---|

COLLECTIONS WESTERN UNION RESEARCH
PAYMENT POSTED ON 10/31

SRV863R-01
JGANST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB DT:  7/01/08
Page  16

Loan# 1000570969 Continues ...

| | | | | | |
|---|---|---|---|---|---|
| GEN | J.CHAVEZ | 11/06/06 | 08:14 | 00:02:33 | 11/06/06 |

GENERAL CUSTOMER INQUIRY
Laura Beall cl to cancel wu set up for 111406 and to request
refund on wu that was processed rqght away by coll rep cust
/also claims we have made disb for highr amt than due & year
disb amt too high

11/06/06     CS    J.CHAVEZ

| | | | | | |
|---|---|---|---|---|---|
| TAXI | B.YELLOCK | 11/06/06 | 08:27 | 00:03:23 | 11/06/06 |

TAX INQUIRY
CS rep cld w/ bi inquiring abt tax pymts, she sttd that we a
re over paying taxes or we are charging her for penalties. c
ustomer explained to her we are not charging her, but rather
disb 06/23/06 was on time no penalty charged B-3356.48*
2nd installment due by 12/05 same amt due.

11/06/06     CS    B.YELLOCK

| | | | | | |
|---|---|---|---|---|---|
| OA | J.GARRIS | 11/06/06 | 08:34 | 00:02:50 | 11/06/06 |

***customer had secured sppp pymt dated 11/14 and called td
ay to delete it verified detced while on line with customer
and reason was because amt proper syn mistakenly ran transactio
n thru too soon and notes reflect the same.intent was draft
10/30 and pymt transaction was 10/18 and cause cst bank fees
for/custd pymt asked fax # and cntc faxed fees cvered.then i
will forward to irv dept for research to cut chk to cust.not
much of research to be done him in error per notes vs draft.
customer will mail 11/1 pymt by grace.

11/29/06     CL    J.GARRIS

| | | | | | |
|---|---|---|---|---|---|
| TAXI | P.CAMPOS | 11/06/06 | 16:27 | 00:10:53 | 11/06/06 |

TAX INQUIRY
brwr cl to speak to tax departmetn about late fees she recived
from county..xfer call

11/06/06     CS    P.CAMPOS

| | | | | | |
|---|---|---|---|---|---|
| ZTXR | JU.BUTLER | 11/06/06 | 16:29 | 00:00:42 | 11/26/06 |

TAX RESEARCH/PAYMENT RESEARCH
s/w borr she stts late fees were paid out of her mort borr w
ants to be reimbursed can we research

11/21/06     CS    J.NEIN

| | | | | | |
|---|---|---|---|---|---|
| RPSC | ** | 11/08/06 | 17:25 | 00:01:00 | 11/08/06 |

SCORE 015

11/08/06     CL    **

| | | | | | |
|---|---|---|---|---|---|
| RFD | L.STEWART | 11/10/06 | 08:13 | 00:01:00 | 11/10/06 |

**REASON FOR DELINQUENCY**borr called said will call in few d
ays to speak w/csr abt whn she said happen las
t time. PAY earlier t..informed would nobate.

11/29/06     CL    C.BAXTER

| | | | | | |
|---|---|---|---|---|---|
| DX03 | CONCERTO | 11/10/06 | 08:08 | 00:01:00 | 11/13/06 |

11/10/06     DX

SRV863R-01
JGARST

2/08/11 11:28:51
JOB DT: 07/01/08
Page   17

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed by Loan#

Loan# 1000570969 Continues ...

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| RFDP | R.MITCHEM | 11/11/06 | 09:07 | 00:00:31 | 11/18/06 | ANSWERING MACHINE | 11/29/06 | | CL | C.BAXTER |
| | | | | | | cb-bwr sd since we made a mistake last month w sspy will not do another one until she is ready to make pymnt | | | | |
| DX86 | | 11/11/06 | 09:06 | 00:00:31 | 11/11/06 | NO PROMISE TO PAY | 11/13/06 | | DX | |
| OA | J.GARRIS | 11/16/06 | 17:23 | 00:01:00 | 11/16/06 | **received fax from customer.but is only letter from bank and i need see transactions showing funds drafted to be able to reimburse fees.i cant forward to irv until i have the correct documentation..... | 11/29/06 | | CL | C.BAXTER |
| OA | J.GARRIS | 11/16/06 | 17:24 | 00:36:29 | 11/16/06 | ******please advise customer*******she needs please refax th e bank fees shown on a bank statement showing deducted from her balance and each individual fees charged to her so dam c an reimburse.a letter from the bank isnt sufficient. | 11/29/06 | | CL | C.BAXTER |
| DX03 | CONCERTO | 11/17/06 | 16:13 | 00:36:29 | 11/17/06 | ANSWERING MACHINE | 11/17/06 | | DX | |
| DX10 | CONCERTO | 11/17/06 | 16:13 | 00:36:29 | 11/17/06 | NO ANSWER | 11/20/06 | | DX | |
| RFDP | E.LARA | 11/20/06 | 12:14 | 00:00:41 | 11/27/06 | **bl ci, vaig, PDp mov pmt on 11/27 ivr, rfd waiting on rfnd transfrd to refi dept per req | 11/29/06 | | CL | C.BAXTER |
| PDLK | C.MAYFIEL | 11/20/06 | 12:19 | 00:00:40 | 11/20/06 | PORTFOLIO DEFENSE RECAPTURE TRANSFER emailed martin ortiz sales lead | 11/20/06 | | CS | C.MAYFIEL |
| PDSI | C.MAYFIEL | 11/20/06 | 12:19 | 00:00:19 | 11/20/06 | PORTFOLIO DEFENSE SALES INQUIRY transferred sales lead to martin | 11/20/06 | | CS | C.MAYFIEL |
| 20th | ** | 11/20/06 | 23:56 | 00:00:00 | 11/20/06 | 20 Day Letter Sent | 11/20/06 | | CL | |
| TXRC | J.NEIN | 11/21/06 | 10:12 | 00:00:57 | 11/21/06 | | 11/21/06 | | CS | J.NEIN |

SRV963R-01
JGARST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11;29;51
JOB DT: 7/01/08
Page  18

Loan# 100570969 Continues ...

TAX RESEARCH COMMENT        1ST & 2ND H 06 CNTY TAXES HERE PAID BY
                            DISBS MADE 06/23/06 & 11/03/06. BOTH AMTS PAID FROM ESC WERE
                            BASE AMTS DUE. NO OVERAGESS/REI PAID ON ACCOUNT. CLOSED TASK.
                            ONEIN/ZECI

DX03   CONCERTO  11/27/06  16:01  00:00:57  11/27/06   11/28/06                      DX
                 ANSWERING MACHINE

DX03   CONCERTO  11/27/06  16:01  00:00:57  11/27/06   11/28/06                      DX
                 ANSWERING MACHINE

DX10   CONCERTO  11/27/06  14:09  00:00:57  11/27/06   11/28/06                      DX
                 NO ANSWER

DX10   CONCERTO  11/27/06  14:08  00:00:57  11/27/06   11/28/06                      DX
                 NO ANSWER

WUPP   R.MITCHEM 11/28/06  18:48  00:01:36  11/30/06   11/29/06                      CL   R.MITCHEM
                 bwr set up pymt thru ivr she also fax me proof of bank ded f
                 rwd to j harris

DX87             11/28/06  18:46  00:01:36  11/28/06   11/29/06                      DX

RPSC             PAYMENT CONFIRMATION
**               12/03/06  20:30  00:01:00  12/03/06   12/03/06                      CL
                 SCORE 028

DX12   CONCERTO  12/11/06  11:41  00:01:00  12/11/06   12/12/06                      DX
                 NO RING BACK

TRNS   V.TAYLOR  12/18/06  19:42  00:01:47  12/18/06   12/18/06                      CS   V.TAYLOR
                 TRANSFER
                 ins cld b/c she was informed by collections rep montana th
                 at she wld be reimbursed 4 nsf fees from her bank @ 32.00 ea
                 and that we wld waive the nsf that we charged her for 25.00
                 b/c she did send proof to mnt that than attempted
                 to draft payment from her acct 4 times xfrd caller to collec
                 tions

PYMT   D.CASTON  12/18/06  19:49  00:01:32  12/18/06   12/18/06                      CS   D.CASTON
                 PAYMENT PROCESSING
                 trns hld to collections per rqt for trns to supervisor; said
                 line disconnect before she reached them

```
SRV563R-01                                    AMERICAN HOME MTG SERVICING              2/08/11 11:28:51
JGXRST                                           Customer Tracking Report              JOB DT:   7/01/08
                                                    Listed By Loan#                              Page  19


Loan# 1000570969 Continues ...


RFD      L.HENRY      12/18/06  20:04   00:02:16   12/18/06                             12/19/06         CL   L.HENRY
                      **REASON FOR DELINQUENCY** reg refund of nsf fees
                      bl stating that wupp was scheduled for wrong date and p
                      ulled 3 times causing NSF fees. fixed bnk stmnt to montana wn
                      o forwarded to irv collect. she has heard no response. req m
                      gr.xfer to l. cruz

GEN      H.CRUZ       12/18/06  20:10   00:01:10   12/18/06                             12/19/06         CL   H.CRUZ
                      GENERAL CUSTOMER INQUIRY
                      contact no.703.691.9092 - fax.no.866.732.1572-

TRBM     H.CRUZ       12/19/06  14:56   00:01:23   12/19/06                             12/19/06         CL   C.BAXTER
                      TEL RES - L/M ON MACHINE
                      obtained copy of bank info showing the bank charges
                      incurred as result of phone pay being ran early

GEN      H.CRUZ       12/19/06  15:10   00:01:07   12/19/06                             12/19/06         CL   C.BAXTER
                      GENERAL CUSTOMER INQUIRY
                      fwd fees incurred. resend a check iso $95.00
                      fwd fees incurred speed #247810 entered on 10/18 was
                      to be set up as of 10/31 and result the check was ran
                      early. and the borrower incurred bank charges.
                      reg.corp.check to cover nsf be reimbursed

DQ42     K.WADE       12/20/06  10:22   00:04:34   12/20/06                             12/20/06         CL   K.WADE
                      COLLECTIONS RESEARCH RESOLVED
                      Received request to refund $96.00 due to wupp being set up wi
                      th incorrect date, submitted request to refund 96.00

GEN      H.CRUZ       12/20/06  10:35   00:00:18   12/20/06                             12/20/06         CL   C.BAXTER
                      GENERAL CUSTOMER INQUIRY
                      left generic msg that reimb.of funds submitted

CADV     K.WADE       12/21/06  10:54   00:00:51   12/26/06                             12/22/06         CS   C.HWILLIAM
                      CORPORATE ADVANCE TO REPAY BWR/SCROW DISB
                      Please advance $96.00 to laura at least at 11002  Blue Roan Road O
                      akton, VA 22124 due to wupp being taken for incorrect date

GEN      K.WADE       12/22/06  12:16   00:01:53   12/22/06                             12/22/06         CS   C.BAXTER
                      Overnight Tracking Information
                      ck 026484510o $96.00 sent o/n to bor mailing address
                      ups trk 1zv907aa449098873c

GEN      H.CRUZ       12/22/06  12:31   00:07:45   12/22/06                             12/23/06         CL   H.CRUZ
```

```
SRV663R-01                          AMERICAN HOME MTG SERVICING              2/08/11 11:28:51
JGRXST                                 Customer Tracking Report              JOB DT:  7/01/08
                                          Listed By Loan#                         Page  20
```

Loan# 1000570969 Continues ...

```
        GENERAL CUSTOMER INQUIRY
        advised borrower check on its way via usps
DQ42    B.BARDSLEY 12/28/06 16:28 00:00:14   12/28/06   12/28/06   CL   B.BARDSLEY

        COLLECTIONS RESEARCH RESOLVED
        REFUNDS SENT TO H.O ON 12/22/06
RPSC    **         01/03/07 20:30 00:00:00   01/03/07   01/03/07   CL
        SCORE 097

GEN     N.NDIRAYA  01/16/07 16:51 00:01:12   01/16/07   01/16/07   CS   N.NDIRAYA
        GENERAL CUSTOMER INQUIRY
        borrower calling to advise she is having busy signal when sh
        e calls in to make pmt..she has made the pmt but would like
        to request for pmt to post as a pmt made today...confirmed
        it will be posted today and explained reason for busy signa
        l is the number of calls in queue that system can handle.

DX00    N.NDIRAYA  01/16/07 16:52 00:01:02   01/16/07   01/16/07   CS   N.NDIRAYA
        INBOUND ANI CAPTURE: 7036513092

RPSC    **         02/03/07 20:30 00:01:00   02/03/07   02/03/07   CL
        SCORE 097

DX10    CONCERTO   02/19/07 19:03 00:00:00   02/19/07   02/20/07   DX
        NO ANSWER

DX10    CONCERTO   02/19/07 08:30 00:00:00   02/19/07   02/20/07   DX
        NO ANSWER

20th    **         02/20/07 23:58 00:00:00   02/20/07   02/20/07   CL
        20 Day Letter Sent

DX10    CONCERTO   02/21/07 17:55 00:00:00   02/21/07   02/22/07   DX
        NO ANSWER

DX10    CONCERTO   02/21/07 09:42 00:00:00   02/21/07   02/22/07   DX
        NO ANSWER

DX10    CONCERTO   02/19/07 19:03 00:00:00   02/19/07   02/22/07   DX
        NO ANSWER

DX10    CONCERTO   02/19/07 08:30 00:00:00   02/19/07   02/22/07   DX
```

SRV863R-01
JGARST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed by Loan#

2/08/11 11:28:51
JOB DT:  7/01/06
        Page   21

Loan# 1000570969 Continues ...

| Code | Name | Date | Time | Duration | Date | Date | Code | Rep |
|------|------|------|------|----------|------|------|------|-----|
| DX03 | CONCERTO | 02/15/07 | 16:17 | 00:00:00 | 02/15/07 | 02/22/07 | DX | |
| | NO ANSWER | | | | | | | |
| | ANSWERING MACHINE | | | | | | | |
| TJMM | N.MORELAN | 02/27/07 | 08:37 | 00:00:01 | 03/01/07 | 03/01/07 | CL | C.BAXTER |
| | TEL JOB - L/M ON MACHINE | | | | | | | |
| ARMA | A.PRUNEDA | 02/27/07 | 09:37 | 00:00:02 | 02/28/07 | 02/28/07 | CS | A.PRUNEDA |
| | ARM LOAN AUDITED BY SPECIAL LOANS | | | | | | | |
| DX03 | CONCERTO | 02/28/07 | 19:22 | 00:00:02 | 02/28/07 | 03/01/07 | DX | |
| | ANSWERING MACHINE | | | | | | | |
| DX10 | CONCERTO | 02/28/07 | 08:10 | 00:00:02 | 02/28/07 | 03/01/07 | DX | |
| | NO ANSWER | | | | | | | |
| DX78 | | 02/27/07 | 08:37 | 00:00:02 | 02/27/07 | 03/01/07 | DX | |
| | LEFT MESSAGE ON RECORDER | | | | | | | |
| RPSC | ** | 03/03/07 | 20:30 | 00:00:00 | 03/03/07 | 03/03/07 | CU | |
| | SCORE 030 | | | | | | | |
| DX62 | CONCERTO | 03/08/07 | 18:37 | 00:00:00 | 03/08/07 | 03/09/07 | DX | |
| | NO VOICE DETECTED | | | | | | | |
| DX62 | CONCERTO | 03/08/07 | 17:22 | 00:00:00 | 03/08/07 | 03/09/07 | DX | |
| | NO VOICE DETECTED | | | | | | | |
| DX10 | CONCERTO | 03/12/07 | 09:33 | 00:00:00 | 03/12/07 | 03/13/07 | DX | |
| | NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 03/13/07 | 17:18 | 00:00:00 | 03/13/07 | 03/14/07 | DX | |
| | NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 03/13/07 | 10:45 | 00:00:00 | 03/13/07 | 03/14/07 | DX | |
| | NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 03/13/07 | 10:44 | 00:00:00 | 03/13/07 | 03/14/07 | DX | |
| | NO ANSWER | | | | | | | |
| DX62 | CONCERTO | 03/13/07 | 08:08 | 00:00:00 | 03/13/07 | 03/14/07 | DX | |

SRV863R-01
JGARST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB DT:   7/01/08
Page 22

Loan# 1000570969 Continues ...

| Code | Name | Date | Time | Duration | Date2 | Type | Date3 | Result |
|------|------|------|------|----------|-------|------|-------|--------|
| DX10 | CONCERTO | 03/13/07 | 08:08 | 00:00:00 | 03/13/07 | DX | 03/14/07 | NO VOICE DETECTED |
| TVMM | A.HENDERS | 03/15/07 | 15:43 | 00:00:02 | 03/17/07 | CL | 03/30/07 | C.BAXTER  NO ANSWER  TEL JOB - L/M ON MACHINE |
| DX78 |  | 03/15/07 | 15:43 | 00:00:02 | 03/15/07 | DX | 03/16/07 | LEFT MESSAGE ON RECORDER |
| DX10 | CONCERTO | 03/17/07 | 11:11 | 00:00:02 | 03/17/07 | DX | 03/19/07 | NO ANSWER |
| 20th | ** | 03/20/07 | 23:59 | 00:00:00 | 03/20/07 | CL | 03/20/07 | 20 Day Letter Sent |
| DX10 | CONCERTO | 03/20/07 | 18:28 | 00:00:00 | 03/20/07 | DX | 03/21/07 | NO ANSWER |
| DX10 | CONCERTO | 03/20/07 | 16:35 | 00:01:00 | 03/20/07 | DX | 03/21/07 | NO ANSWER |
| DX10 | CONCERTO | 03/20/07 | 15:40 | 00:01:00 | 03/20/07 | DX | 03/21/07 | NO ANSWER |
| DX10 | CONCERTO | 03/20/07 | 12:53 | 00:01:00 | 03/20/07 | DX | 03/21/07 | NO ANSWER |
| R015 | N.MORELAN | 03/21/07 | 12:11 | 00:01:23 | 03/21/07 | CL | 03/21/07 | N.MORELAN  bwr statd that she will make the pmt next wk--refused fut vu pp due to prior issues regarding the acct being debited befo re the pmt due on 1st--did not wa nt to disus rfd dis line |
| DX86 |  | 03/21/07 | 12:11 | 00:01:23 | 03/21/07 | DX | 03/22/07 | NO PROMISE TO PAY |
| DX10 | CONCERTO | 03/21/07 | 12:10 | 00:01:23 | 03/21/07 | DX | 03/22/07 | NO ANSWER |
| DX62 | CONCERTO | 03/21/07 | 09:29 | 00:01:23 | 03/21/07 | DX | 03/22/07 |  |

SRV863R-01
JGARST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB DT: 7/01/08   Page 23

Loan# 1000570969 Continues ...

| Code | Rep | Date | Time | Note | Duration | Date | Code | Rep |
|---|---|---|---|---|---|---|---|---|
| DX10 | CONCERTO | 03/21/07 | 09:25 | NO VOICE DETECTED | 00:01:23 | 03/21/07 | DX | |
| R015 | A.HENDERS | 03/23/07 | 16:20 | NO ANSWER | 00:03:42 | 03/23/07 | CL | C.BAXTER |
| WUPP | A.HENDERS | 03/23/07 | 16:24 | OTHER,doesnt rcv consistent paychs..bl cld in vic to make p mnt..source of income-employment..std will cl bk to set up april pmnt | 00:01:17 | 04/01/07 | CL | C.BAXTER |
| DX00 | A.HENDERS | 03/23/07 | 16:25 | WU PHONE PAY CONF #405000  $12.95 FEE INCL iso 3267.51 dtd f or 3/29 for march pmnt..bl cld in vic.. | 00:00:02 | 03/23/07 | CL | C.BAXTER |
| DX03 | CONCERTO | 03/23/07 | 16:08 | INBOUND ANI CAPTURE: 7036919092 | 00:00:02 | 03/23/07 | CL | C.BAXTER |
| DX10 | CONCERTO | 03/23/07 | 16:07 | ANSWERING MACHINE | 00:00:02 | 03/23/07 | DX | |
| RPSC | ** | 04/03/07 | 20:30 | NO ANSWER  SCORE 023 | 00:00:00 | 04/03/07 | CL | |
| DX10 | CONCERTO | 04/10/07 | 17:03 | | 00:00:00 | 04/10/07 | DX | |
| DX10 | CONCERTO | 04/12/07 | 18:23 | NO ANSWER | 00:00:00 | 04/12/07 | DX | |
| DX10 | CONCERTO | 04/14/07 | 08:10 | NO ANSWER | 00:00:00 | 04/14/07 | DX | |
| DX61 | CONCERTO | 04/15/07 | 13:05 | PLAYED MESSAGE | 00:00:00 | 04/15/07 | DX | |
| DX62 | CONCERTO | 04/16/07 | 09:04 | NO VOICE DETECTED | 00:00:00 | 04/16/07 | DX | |
| DX10 | CONCERTO | 04/16/07 | 09:00 | | 00:00:00 | 04/16/07 | DX | |

SRV863R-01
JGARST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB DT    7/01/08
Page 24

Loan# 1000570969 Continues ...

| | | | | | | |
|---|---|---|---|---|---|---|
| | NO ANSWER | | | | | |
| DX10 | CONCERTO | 04/17/07 | 09:43 | 00:00:00 | 04/17/07 | 04/18/07 | DX |
| | NO ANSWER | | | | | |
| PDNO | M.MARSHA | 04/18/07 | 17:34 | 00:00:05 | 04/18/07 | 04/18/07 | CS | M.MARSHA |
| | PORTFOLIO DEFENSE - OUTBOUND NO CONTACT | | | | | |
| | No answer. | | | | | |
| DX03 | CONCERTO | 04/18/07 | 11:14 | 00:00:05 | 04/18/07 | 04/19/07 | DX |
| | ANSWERING MACHINE | | | | | |
| DX10 | CONCERTO | 04/18/07 | 11:13 | 00:00:05 | 04/18/07 | 04/19/07 | DX |
| | NO ANSWER | | | | | |
| DX10 | CONCERTO | 04/20/07 | 08:06 | 00:00:05 | 04/20/07 | 04/23/07 | DX |
| | NO ANSWER | | | | | |
| DX10 | CONCERTO | 04/20/07 | 08:03 | 00:00:05 | 04/20/07 | 04/23/07 | DX |
| | NO ANSWER | | | | | |
| DX10 | CONCERTO | 04/21/07 | 11:24 | 00:00:05 | 04/21/07 | 04/23/07 | DX |
| | NO ANSWER | | | | | |
| 20th | ** | 04/23/07 | 08:47 | 00:00:00 | 04/23/07 | 04/23/07 | CL |
| | 20 Day Letter Sent | | | | | |
| DX03 | CONCERTO | 04/23/07 | 08:53 | 00:00:00 | 04/23/07 | 04/24/07 | DX |
| | ANSWERING MACHINE | | | | | |
| DX10 | CONCERTO | 04/23/07 | 08:53 | 00:00:00 | 04/23/07 | 04/24/07 | DX |
| | NO ANSWER | | | | | |
| DX10 | CONCERTO | 04/24/07 | 08:47 | 00:00:00 | 04/24/07 | 04/25/07 | DX |
| | NO ANSWER | | | | | |
| R015 | K.WILSON | 04/25/07 | 09:19 | 00:01:27 | 04/25/07 | 04/25/07 | CL | K.WILSON |
| | OTHER | | | | | |
| | cust dont hv a reg payday | | | | | |
| WUPP | K.WILSON | 04/25/07 | 09:20 | 00:01:30 | 05/04/07 | 05/01/07 | CL | K.WILSON |

SRV863R-01
JGARST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed by Loan#

2/08/11 11:28:51
JOB DT: 7/01/08   Page 25

Loan# 1005570969 Continues ...

```
                    WU PHONE PAY CONF H_439417_ $12.95 FEE INCL  3280.46 043007
                    tt cust did pp

DX00  K.WILSON   04/25/07 09:22  00:00:03  04/25/07            CL  K.WILSON
                    INBOUND ANI CAPTURE: 7036519092

FREQ  B.BOLEY    04/25/07 09:25  00:01:47  05/05/07            CS  H.NEWBY
                    FILE/DOC REQUESTED FROM FILE ROOM
                    Ms cl to get an est on how int rate changes, advised accordi
                    ng to system in 07007, advised would have to g pull note to g
                    et terms, also, gave est of pymt if int rate changed to 7%
                    File available in imaging. 5/2/07 rp

DX00  B.BOLEY    04/25/07 09:30  00:00:03  04/25/07            CS  B.BOLEY
                    INBOUND ANI CAPTURE: 8773043100

DX03  CONCERTO   04/25/07 11:13  00:00:03  04/25/07            DX
                    ANSWERING MACHINE

DX10  CONCERTO   04/25/07 11:12  00:00:03  04/25/07            DX
                    NO ANSWER

DX10  CONCERTO   04/25/07 09:08  00:00:03  04/25/07            DX
                    NO ANSWER

DX10  CONCERTO   04/25/07 09:07  00:00:03  04/25/07            DX
                    NO ANSWER

RPSC  **         05/03/07 20:30  00:00:00  05/03/07            CL
                    SCORE 023

DX10  CONCERTO   05/11/07 16:08  00:00:00  05/11/07            DX
                    NO ANSWER

DX10  CONCERTO   05/11/07 16:08  00:00:00  05/11/07            DX
                    NO ANSWER

TURA  K.WARREN   05/15/07 09:20  00:00:09  05/15/07            CL  K.WARREN
                    TEL JOB - N/A

DX79             05/15/07 09:21  00:00:09  05/15/07            DX
                    PARTY HUNG UP
```

SRV9563R-01
JGARST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB ID: 7/01/08
Page 26

Loan# 100057096 Continues ...

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DX62 | CONCERTO | 05/17/07 | 17:10 | 00:00:09 | 05/17/07 | 05/18/07 | DX | |
| | NO VOICE DETECTED | | | | | | | |
| 20th | ** | 05/21/07 | 05:52 | 00:00:00 | 05/21/07 | 05/21/07 | CL | |
| | 20 Day Letter Sent | | | | | | | |
| DX62 | CONCERTO | 05/21/07 | 19:50 | 00:00:00 | 05/21/07 | 05/22/07 | DX | |
| | NO VOICE DETECTED | | | | | | | |
| DX10 | CONCERTO | 05/22/07 | 20:42 | 00:00:00 | 05/22/07 | 05/23/07 | DX | |
| | NO ANSWER | | | | | | | |
| TURA | M.AGUILAR | 05/23/07 | 08:24 | 00:00:01 | 05/23/07 | 05/30/07 | CL | C.BAXTER |
| | TEL JOB - N/A | | | | | | | |
| DX10 | CONCERTO | 05/23/07 | 20:44 | 00:00:01 | 05/23/07 | 05/24/07 | DX | |
| | NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 05/23/07 | 16:23 | 00:00:01 | 05/23/07 | 05/24/07 | DX | |
| | NO ANSWER | | | | | | | |
| DX91 | | 05/23/07 | 08:24 | 00:00:01 | 05/23/07 | 05/24/07 | DX | |
| | OUTBOUND NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 05/24/07 | 19:20 | 00:00:01 | 05/24/07 | 05/25/07 | DX | |
| | NO ANSWER | | | | | | | |
| DX03 | CONCERTO | 05/24/07 | 08:53 | 00:00:01 | 05/24/07 | 05/25/07 | DX | |
| | ANSWERING MACHINE | | | | | | | |
| DX10 | CONCERTO | 05/24/07 | 08:52 | 00:00:01 | 05/24/07 | 05/25/07 | DX | |
| | NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 05/25/07 | 19:03 | 00:00:01 | 05/25/07 | 05/29/07 | DX | |
| | NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 05/25/07 | 17:24 | 00:00:01 | 05/25/07 | 05/29/07 | DX | |
| | NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 05/25/07 | 14:26 | 00:00:01 | 05/25/07 | 05/29/07 | DX | |

```
SRV863R-01                          AMERICAN HOME MTG SERVICING              2/08/11 11:28:51
JGRRST                                Customer Tracking Report               JOB DT: 06/01/08
                                         Listed By Loan#                            Page  27

  Loan# 1000570969 Continues ...
          NO ANSWER
DX10   CONCERTO   05/25/07  10:20   00:00:01   05/25/07   05/25/07   DX
          NO ANSWER
DX10   CONCERTO   05/25/07  08:05   00:00:01   05/25/07   05/29/07   DX
          NO ANSWER
TRNA   K.SIPP     05/26/07  09:30   00:00:03   05/26/07   05/30/07   CL   C.BAXTER
          TEL RES - N/A
DX10   CONCERTO   05/26/07  11:52   00:00:03   05/26/07   05/29/07   DX
          NO ANSWER
DX10   CONCERTO   05/26/07  10:50   00:00:03   05/26/07   05/29/07   DX
          NO ANSWER
DX31   CONCERTO   05/26/07  09:30   00:00:03   05/26/07   05/29/07   DX
          OUTBOUND NO ANSWER
DX10   CONCERTO   05/26/07  08:44   00:00:03   05/26/07   05/29/07   DX
          NO ANSWER
DX10   CONCERTO   05/26/07  08:04   00:00:03   05/26/07   05/29/07   DX
          NO ANSWER
DX10   CONCERTO   05/28/07  18:04   00:00:03   05/28/07   05/29/07   DX
          NO ANSWER
TDRA   B.BRYANT   05/29/07  12:26   00:00:03   05/29/07   05/30/07   CL   C.BAXTER
          TEL JOB - N/A
R015   K.MICKENS  05/29/07  16:49   00:02:15   06/10/07   05/30/07   CL   C.BAXTER
          PYMT CONF#477662 PYMT OF 3267.51 TO POST MAY 29, SHE ALSO AS
          K TO BE TRANS TO LOSS MITT, HAD QUESTIONS
OA     M.FRAIM    05/29/07  16:51   00:04:04   05/29/07              CL   C.BAXTER
          call from brwr. she states that due to loan type and pymts w
          ent up she doesnt want to pay pymts anymore. brvr demands DI
          d. advised her i can send pmt that she will be require
          d. advised her prop in amt for mils. brwr states she would r
          ather just let prop go to f/c and forget it" because she is
```

SRV863R-01
JGASST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB DT:     7/01/08
Page 28

Loan# 1000570969 Continues ...

```
       in position to "just go get another house tomorrow". brwr s
       tates she has no problem renting hm due to area but that bec
       ause she doesn't agree with int rt/arm loan she will not do a
       ny action going to be held to to belief from going to fc. c
       onfirmed addr to send impkt to and brwr states she will fwd
       to real est atty to determine if she would actually be follo
       wing our rights or not. brwr then hung up on me.

DX00   K.MICKENS  05/29/07  16:51  00:00:03  05/29/07   CJ   C.BAXTER
       INBOUND ANI CAPTURE: 7036919092
FDSI   JAM.THOMA  05/29/07  20:12  00:00:06  05/29/07   CS   JAM.THOMA
       PORTFOLIO DEFENSE SALES INQUIRY
       h/o int refi
FDRE   JAM.THOMA  05/29/07  20:12  00:01:09  05/29/07   CS   JAM.THOMA
       PORTFOLIO DEFENSE RECAPTURE TEAM LEAD TRANSFER
       transferred sales lead to paul
DX10   CONCERTO   05/29/07  18:49  00:00:09  05/29/07   DX
       NO ANSWER
DX10   CONCERTO   05/29/07  16:21  00:00:09  05/29/07   DX
       NO ANSWER
DX62   CONCERTO   05/29/07  15:50  00:00:09  05/29/07   DX
       NO VOICE DETECTED
DX62   CONCERTO   05/29/07  14:44  00:00:09  05/29/07   DX
       NO VOICE DETECTED
DX76   CONCERTO   05/29/07  12:26  00:00:09  05/29/07   DX
       NO MESSAGE TO CALL
DX95   CONCERTO   05/29/07  12:05  00:00:09  05/29/07   DX
       REORDER
LMPS   M.FRAIM    05/31/07  11:20  00:00:12  06/07/07   CJ   C.BAXTER
       LOSS MITIGATION PACKAGE SENT
       ups trk# 1zv9074a1391825637
RPSC   **         06/03/07  20:30  00:01:00  06/03/07   CJ
       SCORE: 022
```

SRV863R-01
JGRAST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed by Loan#

2/08/11 11:28:51
JOB Dt:
Page 01/018
Page 29

Loan# 1000570969 Continues ...

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TRNS | G.NELMS | 06/04/07 | 12:57 | 06/04/07 | 00:01:25 | CS | G.NELMS |

TRANSFER
trns b/o to customer care dept to find out lender on loan

| DX00 | G.NELMS | 06/04/07 | 12:57 | 06/04/07 | 00:00:02 | CS | G.NELMS |
|---|---|---|---|---|---|---|---|

INBOUND ANI CAPTURE: 7036919092

| CCB1 | Q.FORTLEY | 06/04/07 | 13:00 | 06/04/07 | 00:02:23 | CS | Q.FORTLEY |
|---|---|---|---|---|---|---|---|

BORROWER 1: CUSTOMER CARE CALL
c1 to verify who owns her loan, she said AHM only service hr
loan.Adv her AHM owns and service this loan.sd her pmt incre
asd 3-4% and she wants to deed the house back to the lien
holder and was told by loss mit that she cant do that bcz her
account is current.sd she want to spk w/the lien holder and
adv them of this.Adv her per the DEED that we hv on file we
are the clin holder for this mortgage.she wanted the # to th
e Corp Off prvd # 516 396 7700...

| DX00 | Q.FORTLEY | 06/04/07 | 13:05 | 06/04/07 | 00:00:03 | CS | Q.FORTLEY |
|---|---|---|---|---|---|---|---|

INBOUND ANI CAPTURE: 8773043100

| CCB1 | R.FACTOR | 06/05/07 | 15:05 | 06/05/07 | 00:05:46 | CS | R.FACTOR |
|---|---|---|---|---|---|---|---|

BORROWER 1: CUSTOMER CARE CALL
B1 STATES THAT INT RATE I/S INCREASING AND IS NOT PLEASED
WITH THIS AND WAS NOT TOLD TYPE OF LOAN BY AHM LOAN OFFICER.
BWR DOESN'T AGREE WITH LOAN MODIFICATION TERMS.

| REFI | R.FACTOR | 06/05/07 | 15:14 | 06/05/07 | 00:00:01 | CS | R.FACTOR |
|---|---|---|---|---|---|---|---|

REFI LEAD HANDLED BY CLIENT SERVICES

| DX00 | R.FACTOR | 06/05/07 | 15:15 | 06/05/07 | 00:00:02 | CS | R.FACTOR |
|---|---|---|---|---|---|---|---|

INBOUND ANI CAPTURE: 7036919092

| CCB1 | C.ROLLAND | 06/05/07 | 15:29 | 06/05/07 | 00:00:51 | CS | C.ROLLAND |
|---|---|---|---|---|---|---|---|

BORROWER 1: CUSTOMER CARE CALL
tt b1 ing corporate ph#..xfrd to c/desk.

| DX00 | C.ROLLAND | 06/05/07 | 15:30 | 06/05/07 | 00:00:02 | CS | C.ROLLAND |
|---|---|---|---|---|---|---|---|

INBOUND ANI CAPTURE: 7036919092

| OA | M.FRAIM | 06/05/07 | 17:53 | 06/05/07 | 00:01:14 | CL | C.BAXTER |
|---|---|---|---|---|---|---|---|

rtrn v/m from brwr. spoke with Lara. brwr advises she has ta
ken other routes to try and have loan pymts addressed and wi

```
SRV863R-01                         AMERICAN HOME MTG SERVICING                    2/08/11 11:28:51
JGARST                               Customer Tracking Report                     JOB DT: 7/01/08
                                        Listed By Loan#                                   Page 30
```

Loan# 1000570969 Continues ...

| Code | Name | Date | Time | Dur | Date2 | Date3 | Type | User |
|------|------|------|------|-----|-------|-------|------|------|
| TRNA | C.FOSTER | 06/11/07 | 11:25 | 00:00:03 | 06/11/07 | 06/30/07 | CL | C.BAXTER |

ll not be sending back lmpkg. advised her that was her decis
ion to do so.
TEL RES - N/A

| TRNA | DX03 | CONCERTO | 06/11/07 | 16:12 | 00:00:03 | 06/11/07 | 06/12/07 | DX |
ANSWERING MACHINE

| DX10 | CONCERTO | 06/11/07 | 16:11 | 00:00:03 | 06/11/07 | 06/12/07 | DX |
NO ANSWER

| DX91 | | 06/11/07 | 11:25 | 00:00:03 | 06/11/07 | 06/12/07 | DX |
OUTBOUND NO ANSWER

| DX03 | CONCERTO | 06/13/07 | 19:24 | 00:00:03 | 06/13/07 | 06/14/07 | DX |
ANSWERING MACHINE

| DX10 | CONCERTO | 06/13/07 | 18:25 | 00:00:03 | 06/13/07 | 06/14/07 | DX |
NO ANSWER

| DX10 | CONCERTO | 06/13/07 | 17:30 | 00:00:03 | 06/13/07 | 06/14/07 | DX |
NO ANSWER

| DX62 | CONCERTO | 06/13/07 | 17:04 | 00:00:03 | 06/13/07 | 06/14/07 | DX |
NO VOICE DETECTED

| DX10 | CONCERTO | 06/14/07 | 14:37 | 00:00:03 | 06/14/07 | 06/15/07 | DX |
NO ANSWER

| DX62 | CONCERTO | 06/14/07 | 14:36 | 00:00:03 | 06/14/07 | 06/15/07 | DX |
NO VOICE DETECTED

| TRNA | A.HENDERS | 06/15/07 | 14:14 | 00:00:03 | 06/15/07 | 06/30/07 | CL | C.BAXTER |
TEL RES - N/A

| DX91 | | 06/15/07 | 14:14 | 00:00:03 | 06/15/07 | 06/16/07 | DX |
OUTBOUND NO ANSWER

| TRNA | M.AGUILAR | 06/18/07 | 17:02 | 00:00:01 | 06/18/07 | 06/30/07 | CL | C.BAXTER |
TEL RES - N/A

SRV863R-01
JGARST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB DT:    7/01/08
Page    31

Loan# 1000570969 Continues ...

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DX10 | CONCERTO | 06/18/07 | 20:44 | 00:00:01 | 06/18/07 | 06/19/07 | DX | |
| | NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 06/18/07 | 19:41 | 00:00:01 | 06/18/07 | 06/19/07 | DX | |
| | NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 06/18/07 | 18:43 | 00:00:01 | 06/18/07 | 06/19/07 | DX | |
| | NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 06/18/07 | 18:03 | 00:00:01 | 06/18/07 | 06/19/07 | DX | |
| | NO ANSWER | | | | | | | |
| DX91 | | 06/18/07 | 17:02 | 00:00:01 | 06/18/07 | 06/19/07 | DX | |
| | OUTBOUND NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 06/19/07 | 08:40 | 00:00:01 | 06/19/07 | 06/20/07 | DX | |
| | NO ANSWER | | | | | | | |
| DX62 | CONCERTO | 06/19/07 | 08:39 | 00:00:01 | 06/19/07 | 06/20/07 | DX | |
| | NO VOICE DETECTED | | | | | | | |
| TRNA | M.AGUILAR | 06/20/07 | 14:15 | 00:00:00 | 06/20/07 | 06/30/07 | CL | C.BAXTER |
| | TEL RES - N/A | | | | | | | |
| TRNA | G.VELVERD | 06/20/07 | 18:17 | 00:00:08 | 06/20/07 | 06/30/07 | CL | G.VELVERD |
| | TEL RES - N/A | | | | | | | |
| DX78 | | 06/20/07 | 18:17 | 00:00:08 | 06/20/07 | 06/21/07 | DX | |
| | LEFT MESSAGE ON RECORDER | | | | | | | |
| DX10 | CONCERTO | 06/20/07 | 17:51 | 00:00:08 | 06/20/07 | 06/21/07 | DX | |
| | NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 06/20/07 | 16:40 | 00:00:08 | 06/20/07 | 06/21/07 | DX | |
| | NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 06/20/07 | 16:39 | 00:00:08 | 06/20/07 | 06/21/07 | DX | |
| | NO ANSWER | | | | | | | |
| DX91 | | 06/20/07 | 14:15 | 00:00:08 | 06/20/07 | 06/21/07 | DX | |
| | NO ANSWER | | | | | | | |

SRV863R-01
JGARST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB DT:   7/01/08
Page   32

Loan# 1000570969 Continues ...

```
20th          OUTBOUND NO ANSWER
**            06/21/07 05:53   00:00:00   06/21/07   06/21/07   CL
              20 Day Letter Sent
TRNA  S.CARR  06/21/07 14:53   00:00:02   06/21/07   06/30/07   CL   C.BAXTER
              TEL RES - N/A
DX76          06/21/07 14:53   00:00:02   06/21/07   06/22/07   DX
              NO MESSAGE TO CALL
DX10  CONCERTO 06/22/07 15:26  00:00:02   06/22/07   06/25/07   DX
              NO ANSWER
DX62  CONCERTO 06/22/07 15:26  00:00:02   06/22/07   06/25/07   DX
              NO VOICE DETECTED
DX76          06/22/07 14:04   00:00:02   06/22/07   06/25/07   DX
              NO MESSAGE TO CALL
DX62  CONCERTO 06/23/07 09:45  00:00:02   06/23/07   06/25/07   DX
              NO VOICE DETECTED
DX62  CONCERTO 06/23/07 09:19  00:00:02   06/23/07   06/25/07   DX
              NO VOICE DETECTED
DX62  CONCERTO 06/23/07 08:07  00:00:02   06/23/07   06/25/07   DX
              NO VOICE DETECTED
TDNA  A.DIXON  06/25/07 08:39  00:00:02   06/25/07   06/30/07   CL   C.BAXTER
              TEL JOB - N/A
TRMM  O.BELL   06/25/07 20:17  00:00:27   06/25/07   06/30/07   CL   C.BAXTER
              TEL RES - L/M ON MACHINE
DX00  G.NELMS  06/26/07 10:29  00:00:03   06/26/07   06/26/07   CS   G.NELMS
              INBOUND ANI CAPTURE: 7036919092
CCES  M.SOLARES 06/26/07 10:51 00:03:47   06/26/07   06/26/07   CS   M.SOLARES
              CUSTOMER CARE ESCALATION
              Issue: b1 was disputing the fact that the apr that was discl
```

```
SRV963R-01                              AMERICAN HOME MTG SERVICING                    2/08/11 11:28:51
JGARST                                     Customer Tracking Report                    JOB DT:  7/01/08
                                             Listed By Loan#                                   Page  33


       Loan# 1005570969 Continues ...

                         osed to her at closing was not accurate based on the what th
                         e loan is indicating info we show on the NOTE. the terms
                         . she was disputing that was not wht the figures were disclo
                         sed to her.. sts she will gt legal consl to review this issu
                         e

R015      K.KINNER       06/26/07  13:40     00:03:03    06/29/07                      06/30/07       CU    C.BAXTER
                         th bl & adv ms of $3267.51 tad & sq sd that she will make th
                         e pymt 6/29/07.. when askng rfd-did not want 2 answer. Sof
                         *personal funds. No alt #'s given... Refused spd pymt bc sh
                         e has issue once b4..

HUPF      N.WATERS       06/26/07  18:24     00:01:14    07/02/07                      06/30/07       CU    N.WATERS
                         WU PHONE PAY CONF # $14102_ $12.95 FEE INCL $3267.51  6/29
                         June Pymt. rfd: in the process of refi loan should go thr
                         u beginng of July with Wells Fargo...

RPSC      **             07/03/07  20:31     00:00:00    07/03/07                      07/03/07       CU
                         SCORE 021

CCB1      M.AUGURSO      07/05/07  12:33     00:00:18    07/05/07                      07/05/07       CS    M.AUGURSO
                         BORROWER 1: CUSTOMER CARE CALL
                         xferd to h/o to loss mit

DX00      M.AUGURSO      07/05/07  12:35     00:00:02    07/05/07                      07/05/07       CS    M.AUGURSO
                         INBOUND ANI CAPTURE: 7036919092

OA        C.OATES        07/05/07  16:56     00:00:19    07/05/07                      07/31/07       CU    C.OATES
                         requested LMP be sent to borrower

LMPS      T.BROWN        07/06/07  15:44     00:01:21    07/13/07                      07/06/07       CU    T.BROWN
                         LOSS MITIGATION PACKAGE SENT
                         sent via next day air mail
                         tracking # 1DV907.4A1396471984.

CCB1      Q.SMITH        07/09/07  11:06     00:00:11    07/09/07                      07/09/07       CS    Q.SMITH
                         BORROWER 1: CUSTOMER CARE CALL
                         cald and req to speak to loss mitt xfrd

DX00      Q.SMITH        07/09/07  11:07     00:00:02    07/09/07                      07/09/07       CS    Q.SMITH
                         INBOUND ANI CAPTURE: 7036919092

CCB1      AB.FARR        07/09/07  11:12     00:00:22    07/09/07                      07/09/07       CS    AB.FARR
                         BORROWER 1: CUSTOMER CARE CALL
```

SRV863R-01
JGARST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB ID:      7/01/08
Page   34

Loan# 1000570969 Continues ...

| Dept | Rep | Call Date/Time | Duration / ANI | Comment | Date | Code | Rep |
|------|-----|----------------|----------------|---------|------|------|-----|
| DX00 | AB.FARR | 07/09/07 11:12 | 00:00:03 | tt bl requesting to speak w/loss mit regarding possible shor t sale | 07/09/07 | CS | AB.FARR |
| TRPO | AB.FARR | 07/09/07 11:13 | INBOUND ANI CAPTURE: 7036919092 00:00:20 | TRANSFER: PAYOFF DEPARTMENT | 07/09/07 | CS | AB.FARR |
| CCB1 | O.MONZARA | 07/09/07 11:17 | 00:01:16 | BORROWER 1 CUSTOMER CABE CALL calling to speak to foreclosure dept. trns to collections to see how long before property goes for foreclosure. | 07/09/07 | CS | O.MONZARA |
| DX00 | O.MONZARA | 07/09/07 11:22 | 00:00:02 | INBOUND ANI CAPTURE: 7036919092 | 07/09/07 | CS | O.MONZARA |
| GEN | L.SANCHEZ | 07/09/07 11:22 | 00:02:01 | MS SAID CANT AFFORD PRPTY, WANTED TO KNOW HOW LONG BEFORE PR PTY WILL BE FORECLOSED, ADV NO TIME FRAME TO QUOTE, ASKED IF SHE WANTED TO GIVE HOME BACK, TRAN FOR MORE ASSISTANCE | 07/09/07 | CL | L.SANCHEZ |
| OA | P.IRETON | 07/09/07 11:29 | 00:03:45 | TT BORROWER SHE WANTS DIL, BUT WILL NOT LIST PROPERTY, BORROW ER JUST WANTED TO WALK AWAY FROM PROPERTY, WILL BE BUYING ANO THER HOUSE BEFORE THIS ONE GOES INTO FORECLOSURE | 07/31/07 | CL | P.IRETON |
| TRNA | J.MOSLER | 07/10/07 14:36 | 00:00:02 | TEL RES - N/A | 07/10/07 | CL | C.BAXTER |
| DX76 | | 07/10/07 14:36 | 00:00:02 | NO MESSAGE TO CALL | 07/10/07 | DX | |
| TURNA | JA.GONZAL | 07/11/07 14:07 | 00:00:02 | TEL JOB - N/A | 07/11/07 | CL | C.BAXTER |
| DX91 | | 07/11/07 14:07 | 00:00:02 | OUTBOUND NO ANSWER | 07/11/07 | DX | |
| XCD9 | AELDER | 07/12/07 13:23 | 00:00:00 | X SELL-AH BANK CD | 08/11/07 | CS | ** |
| TRNA | C.BAXTER | 07/12/07 20:48 | 00:01:02 | | 07/12/07 | CL | C.BAXTER |

SRV863R-01
JGRRST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB DT: 07/01/08   Page 35

Loan# 1000570969 Continues ...

| Code | Name | Date | Time | Dur | Date | Date | Type | |
|---|---|---|---|---|---|---|---|---|
| DX91 | | | | | | | | |
| | | TEL RES - N/A | | | | 07/13/07 | DX | |
| | C.BAXTER | 07/12/07 | 20:48 | 00:00:02 | 07/12/07 | | | |
| | | OUTBOUND NO ANSWER | | | | | | |
| TRLM | LUI.GARCI | 07/13/07 | 14:23 | 00:00:01 | 07/13/07 | 07/31/07 | CL | C.BAXTER |
| | | TEL RES - L/M | | | | | | |
| DX78 | | 07/13/07 | 14:23 | 00:00:01 | 07/13/07 | 07/16/07 | DX | |
| | | LEFT MESSAGE ON RECORDER | | | | | | |
| DX61 | CONCERTO | 07/15/07 | 19:09 | 00:00:01 | 07/15/07 | 07/16/07 | DX | |
| | | PLAYED MESSAGE | | | | | | |
| TRNA | T.HART | 07/16/07 | 16:08 | 00:00:02 | 07/16/07 | 07/31/07 | CL | C.BAXTER |
| | | TEL RES - N/A | | | | | | |
| DX62 | CONCERTO | 07/16/07 | 19:41 | 00:00:02 | 07/16/07 | 07/17/07 | DX | |
| | | NO VOICE DETECTED | | | | | | |
| DX10 | CONCERTO | 07/16/07 | 17:40 | 00:00:02 | 07/16/07 | 07/17/07 | DX | |
| | | NO ANSWER | | | | | | |
| DX76 | | 07/16/07 | 16:08 | 00:00:02 | 07/16/07 | 07/17/07 | DX | |
| | | NO MESSAGE TO CALL | | | | | | |
| DX10 | CONCERTO | 07/16/07 | 14:08 | 00:00:02 | 07/16/07 | 07/17/07 | DX | |
| | | NO ANSWER | | | | | | |
| DX10 | CONCERTO | 07/17/07 | 13:35 | 00:00:02 | 07/17/07 | 07/18/07 | DX | |
| | | NO ANSWER | | | | | | |
| TRNA | L.POLK | 07/18/07 | 18:07 | 00:00:04 | 07/18/07 | 07/31/07 | CL | C.BAXTER |
| | | TEL RES - N/A | | | | | | |
| DX76 | | 07/18/07 | 18:07 | 00:00:04 | 07/18/07 | 07/19/07 | DX | |
| | | NO MESSAGE TO CALL | | | | | | |
| DX10 | CONCERTO | 07/18/07 | 16:07 | 00:00:04 | 07/18/07 | 07/19/07 | DX | |
| | | NO ANSWER | | | | | | |
| DX10 | CONCERTO | 07/18/07 | 14:06 | 00:00:04 | 07/18/07 | 07/19/07 | DX | |

```
SRV863R-01                          AMERICAN HOME MTG SERVICING                         2/08/11 11:28:51
JGARST                                Customer Tracking Report                          JOB ID:  7/01/08
                                         Listed By Loan#                                        Page  35

Loan# 1000570969 Continues ...

RO15   K.WILSON   07/19/07  14:14  00:00:42         07/19/07   mk the pyments and dont want   07/19/07   CL   C.BAXTER
         NO ANSWER
         OTHER
         cust called in sd that she cnt
         the calls want them to stop

DX00   K.WILSON   07/19/07  14:16  00:00:03         07/19/07                                  07/19/07   CL   C.BAXTER
         INBOUND ANI CAPTURE: 7036919092

TRNS   CHR.HARRI  07/20/07  08:28  00:01:29         07/20/07                                  07/20/07   CL   C.BAXTER
         TRANSFER to cust care escal.  borrower is requesting escrow
         removal.  pay went up due to rate change.  advised need in w
         riting.  advised need pay this month to avoid 30 day.  xfere
         d to cust care escalation.  bi refused to set up arrangement
         s

DX00   CHR.HARRI  07/20/07  08:30  00:00:02         07/20/07                                  07/20/07   CL   C.BAXTER
         INBOUND ANI CAPTURE: 7036919092

CC31   ALB.MAGEE  07/20/07  08:34  00:03:14         07/20/07                                  07/20/07   CS   ALB.MAGEE
         BORROWER 1: CUSTOMER CARE CALL
         tt mi ci about escrow being deleted. adv that will submit r
         equest once tax recievd. b/o stated that is unable to make
         pymt due increase in interest rate.i

DX00   ALB.MAGEE  07/20/07  08:37  00:00:02         07/20/07                                  07/20/07   CS   ALB.MAGEE
         INBOUND ANI CAPTURE: 8773043100

TRNS   R.COOK     07/20/07  12:02  00:01:28         07/20/07                                  07/20/07   CL   C.BAXTER
         TRANSFER to lossmitt
         bor called in wanted shortsale info. sd she has lossmitt
         packet already and its past her 10day period.bor sd she had
         some question about a shortsale

DX00   R.COOK     07/20/07  12:02  00:01:03         07/20/07                                  07/20/07   CL   C.BAXTER
         INBOUND ANI CAPTURE: 7036919092

OA     P.IRETON   07/20/07  12:03  00:00:34         07/20/07                                  07/31/07   OA   C.BAXTER
         TT BORROWER ADVISED UNTIL LOSS MIT PACKAGE IS RCVD WE CAN'T
         REVIW FOR ANY KIND OF ASSISTANCE

TRNA   L.SNEED    07/20/07  16:28  00:00:02         07/20/07                                  07/31/07   CL   C.BAXTER
         TEL RES - N/A
```

```
SRV863R-01                                    AMERICAN HOME MTG SERVICING                        2/08/11 11:28:51
JOHNST                                          Customer Tracking Report                        JOB DT: 7/01/08
                                                     Listed By Loan#                                    Page  37
```

Loan# 1000570969 Continues ...

```
DX61   CONCERTO   07/20/07  17:33   00:00:02   07/20/07          07/23/07          DX
       PLAYED MESSAGE

DX76              07/20/07  16:27   00:00:02   07/20/07          07/23/07          DX
       NO MESSAGE TO CALL

DX10   CONCERTO   07/20/07  14:26   00:00:02   07/20/07          07/23/07          DX
       NO ANSWER

20th   **         07/21/07  05:54   00:00:00   07/21/07          07/21/07          CL
       20 Day Letter Sent

R015   X.SIM      07/21/07  09:26   00:00:19   07/26/07          07/31/07          CL   C.BAXTER
       ib. spk w/b1 img if she cn pay $3144,74 her old payment amnt
       since she cn nt afford to pay the new amount to go delinquent
       -6 months;adv no since it wil cause account to go delinquent
       ;bt sd she wil mail in the loss mit package;no alt#

DX00   X.SIM      07/21/07  09:26   00:00:03   07/21/07          07/21/07          CL   C.BAXTER
       INBOUND ANI CAPTURE: 7036919092

COBN   X.MAIDEN   07/25/07  09:41   00:01:06   08/04/07          08/07/07          CS   A.BRUCE
       CORRESPONDENCE - ESCROW WAIVER REQUESTED
       taxes only.
       DECLINED ESCROW DELETION WITH OPTION TO PAY 1/4 POINT FEE IA
       0 $112.51 ONCE ESCID THE ESCROW CAN BE REMOVED, GIVEN THE
       RE ARE NO ESCROW ADVANCES ON THE LOAN AB

TUIM   LUI.GARCI  07/26/07  08:31   00:00:06   07/28/07          07/31/07          CL   C.BAXTER
       TEL JOB - L/M

DX75              07/26/07  08:30   00:00:06   07/26/07          07/26/07          DX
       OUTBOUND LEFT MESSAGE AT BUSINESS

WUPP   G.VELVERD  07/27/07  11:35   00:01:05   08/01/07          07/31/07          CL   G.VELVERD
       NO PHONE PAY CONF #:554158 $12.95 FEB INCL tt15 4467.27
       no pymt set for august..due to issues with escrow was for
       rrd also....

R015   G.VELVERD  07/27/07  11:35   00:01:40   08/01/07          07/27/07          CL   G.VELVERD
       OTHER...ib t.ml sd tht wntd to mke pymt for july...no futur
       e pymt set for august. due to escrow issue. rfd....increase
```

```
SRV863R-01                          AMERICAN HOME MTG SERVICING              2/08/11 11:28:51
JGARST                                Customer Tracking Report               JOB DT:  7/01/08
                                        Listed By Loan#                          Page   38

Loan# 1000570959 Continues ...

             in pymt...no alt # gvn...sof no gvn
DX00   G.VELVERD   07/27/07 11:38   00:00:02   07/27/07                      CL    G.VELVERD
             INBOUND ANI CAPTURE: 7036919092
RPSC   **          08/03/07 20:30   00:00:00   08/03/07                      CL
             SCORE 021
CCB1   T.NYAMUPA   08/06/07 13:57   00:01:33   08/06/07                      CS    T.NYAMUPA
             BORROWER 1: CUSTOMER CARE CALL
             clld to req name of trustee since we filed BK so tht she can
             mail all her pymts directly to them. Adv tht all her pymts
             wld go to AHM unless advised otherwise the terms of her
             mortgage remain the same.bwr disconnected the call
TRNA   T.HART      08/07/07 08:27   00:00:02   08/07/07                      CL    C.BAXTER
             TEL RES - N/A
CCB1   K.RODNEY    08/07/07 18:09   00:00:43   08/07/07                      CS    K.RODNEY
             BORROWER 1: CUSTOMER CARE CALL
             h/o clld to inq abt why she keeps getting oh calls for py
             mts. H/o wld not verf acct so no inf was given
DX62   CONCERTO    08/07/07 19:27   00:00:43   08/07/07                      DX
             NO VOICE DETECTED
DX10   CONCERTO    08/07/07 17:27   00:00:43   08/07/07                      DX
             NO ANSWER
DX76   CONCERTO    06/07/07 08:28   00:00:43   08/07/07                      DX
             NO MESSAGE TO CALL
TRNA   C.OWENS     08/08/07 12:06   00:00:04   08/08/07                      CL    C.BAXTER
             TEL JOB - N/A
R015   S.CARR      08/08/07 18:35   00:00:22   08/08/07                      CL    C.BAXTER
             B1 SD SHE WILL PUT CALL BLOCK ON THE PHONE. AND H/U....
DX85   CONCERTO    08/08/07 18:35   00:00:22   08/08/07                      DX
             REFUSED TO PAY
DX79   CONCERTO    08/08/07 12:05   00:01:22   08/08/07                      DX
```

SRV863R-01
JONAST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB DT:  7/01/08
Page 39

Loan# 1000570969 Continues ...

```
DX10    CONCERTO   08/08/07  10:05  00:00:22  08/08/07          08/09/07  DX
          PARTY HUNG UP

R015    RO.LARA    08/09/07  08:44  00:00:27  08/09/07          08/09/07  CL  C.BAXTER
          NO ANSWER

R015    RO.LARA    08/09/07  08:50  00:03:01  08/11/07                    CL  D.CUTCHSH
          OTHER
          bl did nt give me dte when she was going pay.
          ob t r bl, bl sd tht she is nt going to make a pymnt untill sh
          e is fully aware of our status. bl was vry upset.adv tht du
          e dte is the 1st.

DX95               08/09/07  08:44  00:03:01  08/09/07          08/10/07  DX
          REFUSED TO PAY

DX10    CONCERTO   08/11/07  11:05  00:03:01  08/11/07          08/13/07  DX
          NO ANSWER

DX10    CONCERTO   08/13/07  19:10  00:03:01  08/13/07          08/14/07  DX
          NO ANSWER

DX03    CONCERTO   08/13/07  19:08  00:03:01  08/13/07          08/14/07  DX
          ANSWERING MACHINE

DX10    CONCERTO   08/13/07  19:07  00:03:01  08/13/07          08/14/07  DX
          NO ANSWER

DX10    CONCERTO   08/13/07  17:09  00:03:01  08/13/07          08/14/07  DX
          NO ANSWER

DX10    CONCERTO   08/13/07  17:07  00:03:01  08/13/07          08/14/07  DX
          NO ANSWER

DX10    CONCERTO   08/13/07  14:11  00:03:01  08/13/07          08/14/07  DX
          NO ANSWER

RPSC    **         08/14/07  20:30  00:00:00  08/14/07          08/14/07  CL
          SCORE 017

DX03    CONCERTO   08/14/07  13:09  00:00:00  08/14/07          08/15/07  DX
```

SRV863R-01
JGANST

2/08/11 11:28:51
JOB DT: 7/01/08
Page 40

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

Loan# 1000570969 Continues ...

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ANSWERING MACHINE | | | | | | | |
| DX10 | CONCERTO | 08/14/07 | 11:04 | 00:00:00 | 08/14/07 | | DX | |
| | NO ANSWER | | | | | | | |
| DX96 | CONCERTO | 08/14/07 | 10:48 | 00:00:00 | 08/14/07 | | DX | |
| | REORDER | | | | | | | |
| DX10 | CONCERTO | 08/14/07 | 08:40 | 00:00:00 | 08/14/07 | | DX | |
| | NO ANSWER | | | | | | | |
| DX03 | CONCERTO | 08/15/07 | 08:05 | 00:00:00 | 08/15/07 | | DX | |
| | ANSWERING MACHINE | | | | | | | |
| DX96 | CONCERTO | 08/15/07 | 08:05 | 00:00:00 | 08/15/07 | | DX | |
| | REORDER | | | | | | | |
| CC31 | Q.SMITH | 08/16/07 | 19:55 | 00:01:04 | 08/16/07 | | CS | Q.SMITH |
| | BORROWER 1: CUSTOMER CARE CALL | | | | | | | |
| | call'd to req to req stop coll calls   xfrd to coll | | | | | | | |
| XCOL | Q.SMITH | 08/16/07 | 19:56 | 00:00:03 | 08/16/07 | | CS | Q.SMITH |
| | TRANSFERRED CALL TO COLLECTIONS | | | | | | | |
| DX00 | Q.SMITH | 08/16/07 | 19:58 | 00:00:02 | 08/16/07 | | CS | Q.SMITH |
| | INBOUND ANI CAPTURE: 7036919092 | | | | | | | |
| TRNA | JUC.ROBIN | 08/16/07 | 20:00 | 00:01:20 | 08/18/07 | | CL | D.CUTCHSH |
| | B1 CALLED VAIG, STATED SHE WILL BE REFINANCING AND WILL REQU | | | | | | | |
| | EST A PAYOFF STATEMENT AT THE EOM. ADV TAD $4642.57, REFUSED | | | | | | | |
| | TO PAY. | | | | | | | |
| DX96 | CONCERTO | 08/16/07 | 19:43 | 00:01:20 | 08/16/07 | | DX | |
| | REORDER | | | | | | | |
| DX03 | CONCERTO | 08/16/07 | 08:53 | 00:01:20 | 08/16/07 | | DX | |
| | ANSWERING MACHINE | | | | | | | |
| DX96 | CONCERTO | 08/16/07 | 08:53 | 00:01:20 | 08/16/07 | | DX | |
| | REORDER | | | | | | | |
| DX96 | CONCERTO | 08/17/07 | 17:04 | 00:01:20 | 08/17/07 | | DX | |

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

Loan# 1000570969 Continues ...

```
          REORDER
EXIT   L.PRAVLER   08/20/07  08:51   00:00:04   08/20/07                                    CL   L.PRAVLER
BCO    L.PRAVLER   08/20/07  08:51   00:01:29   08/20/07                                    CL   D.CUTCHSH
       BORROWER CALLED OFFICE MS CALLED IN HAD A TAX QUESTION TRANS
       F TO TAX SPECIALIST
TAXC   V.SANTANA   08/20/07  09:00   00:01:24   08/20/07                                    CS   V.SANTANA
       ZC STERLING CUSTOMER CARE CALL RECEIVED
       borr cld reg the taxes I adv her next due date on nov .
       adv her we pd in june . borr understood .
R015   JUC.ROBIN   08/20/07  10:05   00:00:04   08/20/07                                    CL   C.BAXTER
          OTHER
TAXC   A.DUENAS    08/20/07  10:12   00:00:20   08/20/07                                    CS   A.DUENAS
       ZC STERLING CUSTOMER CARE CALL RECEIVED
       Borr cld. reg. escrow I transf to cs/ with val.
CCB1   V.TAYLOR    08/20/07  10:16   00:01:00   08/20/07                                    CS   V.TAYLOR
       BORROWER 1: CUSTOMER CARE CALL
       CLD TO FIND OUT ESCROW BAL
       GAVE HER THE AMNT
       SEE I AM SENDING IN MONEY TO CXL THE ESCROW
       ASKED IF THE ESCROW BAL CAN BE USED TOWARDS A MONTG PYMNT
       ADV YES GAVE HER THE FAX # OF 866 856 0821 TO SEND REQ
20th   **          08/20/07  23:16   00:00:00   08/20/07                                    CL
       20 Day Letter Sent
DX03   CONCERTO    08/20/07  16:12   00:00:00   08/20/07                                    DX
       ANSWERING MACHINE
DX96   CONCERTO    08/20/07  16:09   00:00:00   08/20/07                                    DX
          REORDER
GEN    I.HERNANA   08/21/07  17:15   00:00:25   08/21/07                                    CS   I.HERNANA
       GENERAL CUSTOMER INQUIRY
       opened in error
DX10   CONCERTO    08/21/07  19:58   00:00:25   08/22/07                                    DX
       NO ANSWER
```

SRV863R-01
JGARST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB Dt: 7/01/08
Page 42

Loan# 1000570969 Continues ...

| Code | Agent | Date | Time | Duration | Date | Date | Type | Name |
|---|---|---|---|---|---|---|---|---|
| DX10 | CONCERTO | 08/21/07 | 17:58 | 00:00:25 | 08/21/07 | 08/22/07 | DX | |
| | NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 08/21/07 | 15:54 | 00:00:25 | 08/21/07 | 08/22/07 | DX | |
| | NO ANSWER | | | | | | | |
| TUNA | RA.MITCHE | 08/22/07 | 08:06 | 00:00:03 | 08/22/07 | 09/12/07 | CL | C.BAXTER |
| | TEL JOB - N/A | | | | | | | |
| DX91 | CONCERTO | 08/22/07 | 08:06 | 00:00:03 | | 08/23/07 | DX | |
| | OUTBOUND NO ANSWER | | | | | | | |
| DX96 | CONCERTO | 08/22/07 | 08:06 | 00:00:03 | | 08/23/07 | DX | |
| | REORDER | | | | | | | |
| TUNA | J.MUNGUIA | 08/23/07 | 15:57 | 00:00:04 | 08/23/07 | 09/12/07 | CL | C.BAXTER |
| | TEL JOB - N/A | | | | | | | |
| DX96 | CONCERTO | 08/23/07 | 18:30 | 00:00:04 | 08/23/07 | 08/24/07 | DX | |
| | REORDER | | | | | | | |
| DX76 | | 08/23/07 | 15:08 | 00:00:04 | 08/23/07 | 08/24/07 | DX | |
| | NO MESSAGE TO CALL | | | | | | | |
| DX10 | CONCERTO | 08/23/07 | 13:07 | 00:00:04 | 08/23/07 | 08/24/07 | DX | |
| | NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 08/23/07 | 11:07 | 00:00:04 | 08/23/07 | 08/24/07 | DX | |
| | NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 08/23/07 | 08:27 | 00:00:04 | 08/23/07 | 08/24/07 | DX | |
| | NO ANSWER | | | | | | | |
| R015 | MI.ESPINO | 08/24/07 | 08:12 | 00:05:24 | 08/27/07 | 08/27/07 | CL | D.CUTCHEN |
| | bi advsd unble to pay any frthr at this time, advsd ws unble to cme to arrngmnt w loss lgtn, advsd absitly nt able to pa y | | | | | | | |
| DX86 | | 08/24/07 | 08:07 | 00:05:24 | 08/24/07 | 08/27/07 | DX | |
| | NO PROMISE TO PAY | | | | | | | |

SRV063R-01
JGARST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB DT:  7/01/08
Page  43

Loan# 1000570969 Continues ...

| Code | Name | Date | Time | Duration | Date | Comment | Date | | Rep |
|------|------|------|------|----------|------|---------|------|---|-----|
| DX96 | CONCERTO | 08/24/07 | 08:07 | 00:05:24 | 08/24/07 | | 08/27/07 | DX | |
| | REORDER | | | | | | | | |
| TRNA | L.PEAVLER | 08/27/07 | 08:08 | 00:01:02 | 08/27/07 | | 09/12/07 | CL | C.BAXTER |
| | TEL RES - N/A | | | | | | | | |
| DX03 | CONCERTO | 08/27/07 | 11:08 | 00:00:02 | 08/27/07 | | 08/28/07 | DX | |
| | ANSWERING MACHINE | | | | | | | | |
| DX10 | CONCERTO | 08/27/07 | 09:07 | 00:00:02 | 08/27/07 | | 08/28/07 | DX | |
| | NO ANSWER | | | | | | | | |
| DX76 | L.PEAVLER | 08/27/07 | 08:08 | 00:01:02 | 08/27/07 | | 08/28/07 | DX | |
| | NO MESSAGE TO CALL | | | | | | | | |
| DX96 | CONCERTO | 08/27/07 | 08:07 | 00:01:02 | 08/27/07 | | 08/28/07 | DX | |
| | REORDER | | | | | | | | |
| R015 | JA.GONZAL | 08/28/07 | 18:36 | 00:00:55 | 08/28/07 | PMT ARRANGEMENT. DECLINED TO | 08/28/07 | CL | C.BAXTER |
| | OB_CT CI SD DECLINED TO SET UP SAY WHY LATE. NO AUT #. SD ANS NOT DECIDED INTENTIONS W/ PRO PERTY. | | | | | | | | |
| DX85 | CONCERTO | 08/28/07 | 18:36 | 00:00:55 | 08/28/07 | | 08/29/07 | DX | |
| | REFUSED TO PAY | | | | | | | | |
| DX10 | CONCERTO | 08/28/07 | 16:23 | 00:00:55 | 08/28/07 | | 08/29/07 | DX | |
| | NO ANSWER | | | | | | | | |
| DX10 | CONCERTO | 08/28/07 | 14:23 | 00:00:55 | 08/28/07 | | 08/29/07 | DX | |
| | NO ANSWER | | | | | | | | |
| DX10 | CONCERTO | 08/28/07 | 12:22 | 00:00:55 | 08/28/07 | | 08/29/07 | DX | |
| | NO ANSWER | | | | | | | | |
| DX10 | CONCERTO | 08/28/07 | 10:21 | 00:00:55 | 08/28/07 | | 08/29/07 | DX | |
| | NO ANSWER | | | | | | | | |
| DX10 | CONCERTO | 08/28/07 | 08:21 | 00:00:55 | 08/28/07 | | 08/29/07 | DX | |
| | NO ANSWER | | | | | | | | |

```
SRV863R-01                          AMERICAN HOME MTG SERVICING                              2/08/11 11:28:51
JGARST                                Customer Tracking Report                              JOB D7:  7/01/08
                                        Listed By Loan#                                          Page  44

Loan# 1000570969 Continues ...

OA     N.OCAMPO    08/29/07  08:10   00:00:11   08/29/07                    09/12/07   CL   C.BAXTER
                   "OTHER ACTIVITY"

DX85               08/29/07  08:49   00:01:11   08/29/07                    08/30/07   DX
                   REFUSED TO PAY

DX76        .      08/29/07  08:08   00:01:11   08/29/07                    08/30/07   DX
                   NO MESSAGE TO CALL.

TURA   C.BAXTER    08/30/07  13:32   00:01:07   08/31/07                    09/12/07   CL   C.BAXTER
                   TEL JOB - v/m rcved..rml

OA     C.BAXTER    08/30/07  13:35   00:03:00   08/30/07                                    D.CUTCHSH
                   tt borr..advsd her of amt due..sd we are calling her
                   illegally b/c she is filing suit against dhm..sd we should
                   have rcved her ltr...advsd her ltr not rcved and asked what
                   did it say..sd that we have it and that she is recording
                   the call..borr rfsd to discuss acct..advsd her wil follow
                   up at another dte.

DX86   C.BAXTER    08/30/07  13:32   00:03:00   08/30/07                    08/31/07   DX
                   NO PROMISE TO PAY

DX10   CONCERTO    08/30/07  11:05   00:03:00   08/30/07                    08/31/07   DX
                   NO ANSWER

TULM   B.MAHER     08/31/07  11:18   00:00:17   09/02/07                    09/12/07   CL   B.MAHER
                   TEL JOB - L/M

CRED   ********** 08/31/07  01:11   00:00:00   08/31/07                    08/31/07   DX
                   ACCOUNT REPORTED TO CREDIT BUREAU
                   LF#: 073007  UPB: S23832 DUE: 004830  STATUS:DELINQ 30

DX77               08/31/07  11:18   00:00:00   08/31/07                    09/04/07   DX
                   LEFT MESSAGE TO CALL

AML    **          09/02/07  07:16   00:00:00   10/02/07                    10/02/07   CL   ??
                   Acceleration Warning Letter (Breach) Letter Sent

RPSC   **          09/03/07  20:31   00:00:00   09/03/07                    09/03/07   CL
                   SCORE 393
```

SRV363R-01
JCBARST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB DT: 7/01/08
Page  45

Loan# 1000570969 Continues ...

CORR   C.DODDY   09/06/07   17:23   00:03:35                          09/26/07        CS   C.DODDY

CUSTOMER CORRESPONDENCE RECIEVED IN SERVICING
submitted for approval 9/21/07 and
09/26/07: approved letter r (KRPARKER)
mailed 9/26 advised, your regular monthly payment amount as of
and prior to August 1, 2007 was $4,454.32. This amount inc
luded principal and interest in the amount of $3,765.05 and
escrow in the amount of $689.27. The unpaid principal balan
ce on August 1, 2007 was $523,832.99. The total amount
due on your account as of August 1, 2007 was $4,542.57, wh
ich amount includes a late charge in the amount of $188.25 as
sessed on July 16, 2007. A copy of your complete payment his
tory with the detail came home mortgage funds are also fund
s we have received is enclosed for your review. Per your r
equest a copy of the and ... which reflect all fees and char
ges regarding your closing is also enclosed for your review.
An escrow analysis was completed on your account on July 20
, 2007 effective with the September 1, 2007 payment, within a
djusted your payment amount $4,447.11 Please be advised
American Home Mortgage is not obligated to provide you wit
copies of our internal policies and procedures regarding our
business practices. Your correspondence has been forwarded
to our Loss Mitigation Department, and they will address yo
ur specific concerns regarding loss mitigation issues separa
separately.

RFD   J.CHESHIE   09/10/07   09:21   00:02:08   09/10/07                          CL   D.CUTCHSH

**REASON FOR DELINQUENCY** tt borr she sd we need to read le
tter she sent, adv she not rcvd any letter and she is due for
two pymts and need to make arr to prev further action, adv
her she said we cant do that, adv to hold to speak to
supv bc need arr. going to get supv and call disc

R015   T.DAWSON   09/07/07   09:28   00:01:46   09/07/07                          CL   C.BAXTER

talked to laura - says that we need to read the letter she
sent - asked her what her intention with the loan would not
answer - then she hung up

OA   T.DAWSON   09/07/07   10:01   00:00:07   09/07/07                          CL   D.CUTCHSH

"OTHER ACTIVITY"

DX85              09/07/07   09:19   00:00:07   09/10/07                          DX

REFUSED TO PAY

DX62   CONCERTO   09/07/07   09:05   00:01:07   09/10/07                          DX

SRV863R-01
JGARST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB Dt: 7/11/08
Page 46

Loan# 1000570969 Continues ...

NO VOICE DETECTED
DX01   CONCERTO   09/07/07   08:54   09/07/07   00:00:07   DX
ABORT - CUSTOMER HUNG UP ON HOLD
XSA9   EPOPE   09/10/07   09:32   09/10/07   00:00:00   CS   **
X SELL - AM BANK SAVINGS ACCT
RO15   A.HENDERS   09/10/07   16:12   09/10/07   00:01:56   CL   C.BAXTER

tt bl rsfd to answer any questions...when asked about pmnts
std she wasnt going to answer..adv was she rsfd to pay s
tld she wasnt going to answer but did std o/n pmts argumntly a
re impossible to do and we are not here to help...when
ask could she make at least one pmnt std she wasnt going to
answer the question..adv thanks and disc   cl

DX86   09/10/07   16:10   09/10/07   00:01:56   DX
NO PROMISE TO PAY
TJNA   J.CHESHIE   09/11/07   14:57   09/11/07   00:00:01   CL   C.BAXTER
TEL JOB - N/A
DX76   09/11/07   14:57   09/11/07   00:00:01   DX
NO MESSAGE TO CALL
DX10   CONCERTO   09/11/07   12:41   09/11/07   00:00:01   DX
NO ANSWER
DX10   CONCERTO   09/11/07   10:40   09/11/07   00:00:01   DX
NO ANSWER
DX10   CONCERTO   09/11/07   08:40   09/11/07   00:00:01   DX
NO ANSWER
DX03   CONCERTO   09/11/07   08:39   09/11/07   00:00:01   DX
ANSWERING MACHINE
TJNA   K.5IPP   09/12/07   10:18   09/12/07   00:02:06   CL   C.BAXTER
TEL JOB - N/A
DX91   09/12/07   10:18   09/12/07   00:02:06   DX
OUTBOUND NO ANSWER

SRV863R-01
JGARST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB DT: 7/01/08
Page 47

Loan# 1000570969 Continues ....

| | | | | | |
|---|---|---|---|---|---|
| DX10 | CONCERTO | 09/12/07 | 08:18 | 00:02:06 | 09/12/07 | 09/13/07 | DX |

NO ANSWER

| DX76 | | 09/13/07 | 17:48 | | | | DX |

NO MESSAGE TO CALL

| DX03 | CONCERTO | 09/13/07 | 08:18 | 00:02:06 | 09/13/07 | 09/14/07 | DX |

ANSWERING MACHINE

| DX03 | CONCERTO | 09/13/07 | 08:17 | 00:02:06 | 09/13/07 | 09/14/07 | DX |

ANSWERING MACHINE

| TUNA | J.CHESHIE | 09/14/07 | 09:18 | 00:00:24 | 09/14/07 | | CL | D.CUTCHSH |

TEL JOB - lady ans wanted to talk about calls instead of pym
t, she said to call back on her other number

| DX86 | | 09/14/07 | 09:17 | 00:00:24 | 09/14/07 | | DX |

NO PROMISE TO PAY

| DX03 | CONCERTO | 09/14/07 | 09:17 | 00:00:24 | 09/14/07 | 09/15/07 | DX |

ANSWERING MACHINE

| DX62 | CONCERTO | 09/14/07 | 08:07 | 00:00:24 | 09/14/07 | 09/15/07 | DX |

NO VOICE DETECTED

| DX62 | CONCERTO | 09/15/07 | 13:35 | 00:00:24 | 09/15/07 | 09/16/07 | DX |

NO VOICE DETECTED

| DX03 | CONCERTO | 09/15/07 | 08:50 | 00:00:24 | 09/15/07 | 09/16/07 | DX |

ANSWERING MACHINE

| GEN | J.CHESHIE | 09/17/07 | 14:07 | 00:02:00 | 09/20/07 | | CL | D.CUTCHSH |

GENERAL CUSTOMER INQUIRY -called in vic. she ing about pym
t, gave her amt she qd making her pymts higher is p
ymt plan, adv short term, yes, ing about money she was paying
what she was doing with it, shsaid it wont be dont accept
partial pymt, adv she und susp and i would show she is makin
g some sort of effort to pay, she sd we decl her loan mod, a
adv she cud reapply the prop up for sale, if she cant
afford the current pymt plan, put supv on line to disc, ms decl
pymt arr of pymt wo plan, is aware of cons of non pmyt

| DX00 | J.CHESHIE | 09/17/07 | 14:09 | 00:00:02 | 09/17/07 | 09/17/07 | CL | C.BAXTER |

```
SRV863R-01                          AMERICAN HOME MTG SERVICING                2/06/11 11:28:51
JGARST                                 Customer Tracking Report                JOB DT: 2/01/08
                                             Listed By loan#                          Page 48

Loan# 1000570969 Continues ...

                  INBOUND ANI CAPTURE: 7036919092

OA      N.WATERS   09/17/07 15:09   00:00:11   09/20/07                     CL   D.CUTCHSH
        already made contact today

OA      C.OATES    09/17/07 21:39   00:01:34   09/17/07                     CL   C.OATES
        emailed response to loan Admin. Candi Poddy advised the
        issue addressed in Ms Bealls complaint is not Loss Mit, the
        modification in question was being handled by Portfolio
        Defense

DX86    N.WATERS   09/17/07 15:09   00:01:34   09/17/07                     DX
        NO PROMISE TO PAY

DX10    CONCERTO   09/17/07 13:04   00:01:34   09/17/07                     DX
        NO ANSWER

R015    N.WATERS   09/19/07 09:45   00:01:53   09/27/07                     CL   D.CUTCHSH
        IB..VRIG..B1 CALLED TO REQ A PROPOSAL OF A FORB AGRMNT BE FA
        XED TO HER..STRONGLY DECLINED..SO THERE'S NOTHING FOR HER
        ..SAID SHE'S REC CALL ADVSD WE ARE TO..SAID SHE IS TRYING T
        O SAVE WELLS FARGO..ADVSD SHE NEEDS TO TRY TO SAVE AHM..SAI
        D SHE CAN'T AFF..ADV ADVISED SHE IS IN BREACH OF CONTRACT..SPA
        RVER GETTING SARCASTIC AND ENDED C.I.

                  INBOUND ANI CAPTURE: 7036919092

DX00    N.WATERS   09/19/07 09:47   00:00:02   09/19/07                     CL   C.BAXTER

R015    O.RODRIGU  09/22/07 09:32   00:01:20   09/27/07                     CL   D.CUTCHSH
        OTHER - TT BORR ADV NEED WUPP.. SD THAT SHE WOULD NOT PAY TH
        IS LOAN.. SD THAT SHE HAS TT SEVERAL PEOPLE AND HAS EXPLAINE
        D THIS CALL TO WALKER.. BORR CLAIMING THAT
        SHE WAS TRYING TO DO A FORBEAR AGREEMENT

LMDC    R.WALKER   09/22/07 10:05   00:05:55   09/27/07                     CL   D.CUTCHSH
        LOSS MITIGATION DISC..tt mi...she adv contacted pool ins req
        adding modification to her loan...adv her previous mod
        isc was with a diff dept...req imp sent to her via fx for l
        oss mit...adv she will 2nd tier revw..she would have by
        ass her ress mit payin continguent upon approval/ final abi
        ly to afford...she adv she understands.

R007    R.WALKER   09/22/07 10:11   00:01:34   09/22/07                     CL   C.BAXTER
        EXCESSIVE OBLIGATIONS- arm rate adj caused paymein ot increa
        se and she cannot afford the payment...tried to refi but val
```

```
SRV863R-01                          AMERICAN HOME MTG SERVICING                    2/08/11 11:28:51
JGARST                                Customer Tracking Report                     JOB DT: 07/01/08
                                         Listed By LOAN#                                   Page 49

Loan# 1005070969 Continues ...

LMRS    R.WALKER    09/22/07 10:21   00:00:17    09/27/07   CL   D.CUTCHSH
        ue of property will not hold....also, claims already apprvd
        for financing another home via wells fargo and willing to
        walk away from this property if we cannot assist-- would pref
        er to continue to pay us, but cannot afford current notes.

DX69                09/22/07 09:28   00:00:14    09/22/07   DX
        LOSS MITIGATION PACKAGE SENT- via fx

                    09/22/07 10:21                09/27/07   CL
        END TRANSFERRED CALL

R015    A.HENDERS   09/28/07 08:24   00:01:30    09/28/07   CL   C.BAXTER
        bi did in vic to inquire on why shm cls the alt#...adv ms we
        are calling to collect a debt..ms/bu we are clln purposel
        y so shm knows we will not answer the cel & bnbr that t in h
        er car...adv ms if she wants the nbr rmv she can send her
        rmq in writing..ms doc mand we never cell her & wld hav to
        adv ms on several occassions we cll hm and dit msg
        or its na

DX00    A.HENDERS   09/28/07 08:26   00:00:03    09/28/07   CL   C.BAXTER
        INBOUND ANI CAPTURE: 7036913092

TRNS    K.SIPP      09/28/07 08:43   00:00:16    09/28/07   CL   K.SIPP
        TRANSFER

R015    JUC.ROBIN   09/28/07 08:48   00:00:18    09/28/07   CL   C.BAXTER
        NEVER SPOKE W/ Bl....

R015    K.SIPP      09/28/07 08:54   00:01:26    09/28/07   CL   C.BAXTER
        wgalleub notes tc borr and calling regarding respa rqst/adv
        not showing doc recvd by corresp dpmt today to avoid
        d fcl/corr not wanting to make pymnt and clms recording ca
        ll/adv not giving her perm to record call/borr rfs to mk py

DX00    K.SIPP      09/28/07 08:56   00:00:03    09/28/07   CL   C.BAXTER
        INBOUND ANI CAPTURE: 7036913092

DX10    CONCERTO    09/28/07 08:18   00:00:03    09/28/07   DX
        NO ANSWER

DX17    CONCERTO    09/29/07 16:06   00:00:03    09/29/07   DX
        SITTONE

DX03    CONCERTO    09/29/07 08:07   00:00:03    09/29/07   DX
```

```
SRV63R-01                              AMERICAN HOME MTG SERVICING                          2/08/11 11:28:51
JGARST                                    Customer Tracking Report                          JOB DT: 7/01/08
                                             Listed By Loan#                                       Page  50


Loan# 1000570969 Continues ...

              ANSWERING MACHINE
OA     P.STRONG   09/30/07  08:05      00:00:02   09/30/07.                                 CL    D.CUTCHSH

              "OTHER ACTIVITY"
TRNA   A.HENDERS  09/30/07  08:44      00:00:01   09/30/07                                  CL    D.CUTCHSH

              TEL RES - N/A
CRED   **********  09/30/07  22:36     00:00:00   09/30/07                09/30/07          CL    C.BAXTER

              ACCOUNT REPORTED TO CREDIT BUREAU
              LPI: 073007  UPB: 523832  DUE: 009466  STATUS:DELINQ  60
DX62   CONCERTO   09/30/07  12:25      00:00:00   09/30/07                10/01/07          DX

              NO VOICES DETECTED
DX91              09/30/07  08:44      00:00:00   09/30/07                10/01/07          DX

              OUTBOUND NO ANSWER
DX91              09/30/07  08:05      00:00:00   09/30/07                10/01/07          DX

              OUTBOUND NO ANSWER
GEN    T.HARPER   10/01/07  20:16      00:02:14   10/01/07.                                 CL    D.CUTCHSH

              GENERAL CUSTOMER INQUIRY
              borr i sd thr culd nt afford to make mtg paymts and is petit
              ioning court for loan mo her arm increase and wantd to spk a
              bb legal inform her tht loan has gone up she need to make
              other arrangements to get her mtg paymt up to date inform cus
              tht everyone ins rate's is going up tus sd tht she was record
              ing me bc by law inform her tht was fine did nt want to spk
              to her abt legal paymt is still due on the acct
DX91              10/01/07  20:10      00:02:14   10/01/07                10/02/07          DX

              OUTBOUND NO ANSWER
DX10   CONCERTO   10/02/07  19:45      00:02:14   10/02/07                10/02/07          DX

              NO ANSWER
DX10   CONCERTO   10/02/07  14:07      00:02:14   10/02/07                10/03/07          DX

              NO ANSWER
DX10   CONCERTO   10/02/07  12:06      00:02:14   10/02/07                10/03/07          DX

              NO ANSWER
DX10   CONCERTO   10/02/07  10:06      00:02:14   10/02/07                10/03/07          DX
```

SRV863R-01
JGABST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB DT:    7/01/08
Page    51

Loan# 1000570969 Continues ...

| RPSC | ** | | 10/03/07 | 20:30 | 00:00:00 | 10/03/07 | | 10/03/07 | CL |
|---|---|---|---|---|---|---|---|---|---|
| | | NO ANSWER | | | | | | | |
| | | SCORE 393 | | | | | | | |
| DX10 | CONCERTO | 10/03/07 | 19:12 | 00:00:00 | 10/03/07 | | 10/04/07 | | DX |
| | | NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 10/03/07 | 15:49 | 00:00:00 | 10/03/07 | | 10/04/07 | | DX |
| | | NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 10/03/07 | 13:47 | 00:00:00 | 10/03/07 | | 10/04/07 | | DX |
| | | NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 10/03/07 | 11:47 | 00:00:00 | 10/03/07 | | 10/04/07 | | DX |
| | | NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 10/03/07 | 10:16 | 00:00:00 | 10/03/07 | | 10/04/07 | | DX |
| | | NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 10/03/07 | 08:15 | 00:00:00 | 10/03/07 | | 10/04/07 | | DX |
| | | NO ANSWER | | | | | | | |
| DX62 | CONCERTO | 10/05/07 | 17:23 | 00:00:00 | 10/05/07 | | 10/08/07 | | DX |
| | | NO VOICE DETECTED | | | | | | | |
| DX10 | CONCERTO | 10/05/07 | 15:31 | 00:00:00 | 10/05/07 | | 10/08/07 | | DX |
| | | NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 10/05/07 | 13:20 | 00:00:00 | 10/05/07 | | 10/08/07 | | DX |
| | | NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 10/05/07 | 11:16 | 00:00:00 | 10/05/07 | | 10/08/07 | | DX |
| | | NO ANSWER | | | | | | | |
| DX10 | CONCERTO | 10/05/07 | 08:33 | 00:00:00 | 10/05/07 | | 10/08/07 | | DX |
| | | NO ANSWER | | | | | | | |
| DX03 | CONCERTO | 10/06/07 | 09:38 | 00:00:00 | 10/06/07 | | 10/08/07 | | DX |
| | | ANSWERING MACHINE | | | | | | | |
| GEN | O.RODRIGO | 10/08/07 | 08:36 | 00:00:26 | 10/08/07 | D.CUTCHSH | | | CL |

SRV863R-01
JGARST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By LoanID

2/08/11 11:28:51
JOB DT: 7/01/08   Page 52

Loan# 1000570969 Continues ...

```
R015   NO.LARA   10/08/07  15:57   00:03:49   10/11/07              CL   D.CUTCHSH
         FDBK ANS THEN HU PHONE.. CLAIMS WILL RECORD ALL FUTURE CALLS
         FROM AHM. SD WE ARE HARASSING HER..

                   10/08/07  15:54   00:03:49   10/08/07            DX
         OB T BL SHE DID NT WNT TO ANSWER THE ABOUT PYMNT. SHE ASKD
         FOR ME TO IDENT MYSELF SHE THEN DISC THE CALL. ADV THT SHE
         IS STILL DUE FOR 3 MONTHS.

DX76     10/08/07  15:54   00:03:49   10/09/07                      DX
         NO MESSAGE TO CALL

DX79     10/08/07  08:35   00:03:49   10/09/07                      DX
         PARTY HUNG UP

RF26   N.WATERS   10/11/07  08:29   00:01:06   10/14/07             CL   D.CUTCHSH
         PAYMENT ADJUSTMENTS
         OB..VAIG..BI SAID SHE CANNOT AFFORD THE NEW AMOUNT..SAID IT
         IS OUR FAULT AD SHE CANNOT SALE THE HOME B/C SEE IS UPSIDE D
         OWN. SAID THIS IS HER PROB AND I CANNOT TELL HER WHAT TO DO

DX85     10/11/07  08:27   00:01:06   10/12/07                      DX
         REFUSED TO PAY

RF26   Y.LESTER   10/13/07  08:14   00:01:32   10/13/07             CL   C.BAXTER
         PAYMENT ADJUSTMENTS--ms sd she isn't paying this amnt bc she
         can't afford it.ref to get her girl# sd we have it and
         we cl her which we shouldn't.adv she signed for this loan
         and new the loan w1 adjust.ms still refuse to pay.ms sd she

OA     Y.LESTER   10/13/07  08:16   00:00:14   10/13/07             CL   D.CUTCHSH
         w1 be filing bk to afford forc...adv cls w1 con't..

DX86   Y.LESTER   10/13/07  08:10   00:00:14   10/15/07             DX
         NO PROMISE TO PAY

DX62   CONCERTO   10/14/07  13:19   00:00:14   10/15/07             DX
         NO VOICE DETECTED

DX10   CONCERTO   10/15/07  20:54   00:00:14   10/16/07             DX
         NO ANSWER

OA     X.SIPP     10/16/07  20:47   00:01:22   10/17/07             CL   D.CUTCHSH
         "no arrangements.
```

SRV863R-01
JGRRST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed by Loan#

2/08/11 11:28:51
JOB DT: 11/01/08
Page 53

Loan# 1000570969 Continues ...

```
        rfd:spoke to b1, no info
        sof: no info ,
        vc : no info, customer hung up phone,
        no arrangements,

DX79              10/16/07 20:44   00:01:22   10/16/07                    DX
        PARTY HUNG UP
DX62   CONCERTO   10/16/07 20:44   00:01:22   10/16/07                    DX
        NO VOICE DETECTED
DX10   CONCERTO   10/16/07 18:43   00:01:22   10/16/07                    DX
        NO ANSWER
OA     K.SIPP     10/17/07 09:13   00:00:13   10/18/07                    CL   D.CUTCHSH
        "customer hung up phone,
DX00   K.SIPP     10/17/07 09:13   00:00:03   10/17/07                    CL   C.BAXTER
        INBOUND ANI CAPTURE: 7036919092
R015   K.SIPP     10/17/07 09:17   00:01:44   10/17/07                    CL   C.BAXTER
        wallenb notes tt borr and her only concern is who is invest
        or of loan/adv if wanting info on how she can be helped need
        the inp filled out/borr wanting info if loan can be modif adv ne
        ed inp filled out/she is not conc with pymnt and hu
DX00   K.SIPP     10/17/07 09:19   00:00:03   10/17/07                    CL   C.BAXTER
        INBOUND ANI CAPTURE: 7036919092
R015   M.AGUILAR  10/18/07 08:05   00:01:20   10/18/07                    CL   C.BAXTER
        ob tt cl kept on saying she cant afford pmt adjusted asked
        how much has she saved up in 3months she declined to give
        info she needs to bring loan upd to
        take care o issue .. she declined to make arrangements
CDNC   E.WILLIAM  10/18/07 09:10   00:00:21   10/18/07                    CL   D.CUTCHSH
        COLLECTIONS RESEARCH REQUESTED   DNC
        cease and desist added per: S. Ellerbee
OA     S.ELLERBE  10/18/07 09:10   00:01:00   10/25/07                    CL   D.CUTCHSH
        "OTHER ACTIVITY"
        BORROWER CALLED IN TO COMPLAIN THAT WE ARE UNWILLING TO MODI
        F LOAN - ADV HER WOULD REVIEW CURRENT VALUE PER BORROWER
        IS $650,000 - SHE WANTS 6.5% IO FOR 2 YEARS - ADV BORROWER W
```

SRV863R-01
JGARST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By LOAN#

2/06/11 11:28:51
JOB D7: Page 54

Loan# 1000570969

OULD REVIEW AND ADVISE BY 10/19

| DX85 | | 10/18/07 | 08:01 | 00:01:00 | 10/18/07 | 10/19/07 | DX | |
|------|--|----------|-------|----------|----------|----------|----|--|

REFUSED TO PAY

| OA | S.ELLERBE | 10/19/07 | 17:10 | 00:01:01 | 10/19/07 | | CL | D.CUTCHSH |

*OTHER ACTIVITY*
LEFT MESSAGE WITH CUSTOMER TO UPDATE AND FIND OUT IF SHE HAS
RETURNED LOSS MIT PACKAGE - ALSO NEED TO DO BPO AND SUBMIT
TO WELLS FARGO FOR DECISION ON MODIFICATION

| OA | S.ELLERBE | 10/19/07 | 17:11 | 00:00:04 | 10/25/07 | | CL | D.CUTCHSH |

*OTHER ACTIVITY*

| LMDC | Y.LESTER | 10/22/07 | 18:51 | 00:00:59 | 10/22/07 | | CL | D.CUTCHSH |

LOSS MITIGATION DISCUSSION ADV MS IF SHE SNT LMP BACK SHE
SD NO AND SHE WASN'T BC WE ARE NOT DOING HER SS WELLS FARGO
IS.ADV MS WE HOLD THE 1ST AND THEY HOLD THE 2ND..MS WANTED
TO SPEAK W/SCOTT BUT SHE HUNG TP

| DX00 | Y.LESTER | 10/22/07 | 18:52 | 00:00:03 | 10/22/07 | | CL | Y.LESTER |

INBOUND ANI CAPTURE: 7036919092

| RO15 | R.GOULET | 10/22/07 | 19:03 | 00:02:50 | 10/22/07 | | CL | D.CUTCHSH |

ml called to say that she is wanting to do a short sale but
that wells fargo wanted to do it adv that would be fine if t
hats what there wanting to do so she needed to get a work o
ut package sent in to make things go smoother she friend wi
ll kept saying that she will have wells do it adv would st
just see documents she just kept saying the same thing ended
call

| DX00 | R.GOULET | 10/22/07 | 19:11 | 00:06:03 | 10/22/07 | | CL | C.BAXTER |

INBOUND ANI CAPTURE: 7036919092

| OA | S.ELLERBE | 10/23/07 | 12:24 | 00:01:31 | 10/27/07 | | CL | D.CUTCHSH |

*OTHER ACTIVITY*
BORROWER CALLED IN WITH SOMEONE FROM WELLS FARGO SERVICING O
N THE PHONE - ADV BORROWER THAT WE REQUEST THAT THE COM
PLETE THE LOSS MITIGATION PACKAGE SENT TO HER IN SEPTEMBER A
ND RETURN - WE WILL HAVE BPO COMPLETED & SUBMIT TO WELLS.
FARGO WHO IS THE MASTER SERVICER TO CONSIDER MODIFICATION AT
TERMS SHE REQUESTED OF 6.5% FIXED FOR 2 YEARS AND AN INTERE
ST ONLY PAYMENT

| OA | S.ELLERBE | 10/23/07 | 12:26 | 00:00:15 | 10/23/07 | | CL | D.CUTCHSH |

SRV863R-01
JGAEST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11;28;51
JOB DT: 7/01/08
Page 55

Loan# 1000570969 Continues ...

"OTHER ACTIVITY"
BORROWER SAID SHE WOULD CALL ME BACK AFTER SHE CONSIDERS OUR
REQUEST

EXIT        K.SIPP        10/29/07  14:08    00:00:49    10/30/07                                                        CL    D.CUTCHSH

OA          inbound call, call dropped while placing on hold.
            N.WATERS      10/29/07  14:13    00:00:58    10/29/07                                                        CL    D.CUTCHSH

            1B. VAIG. B1 CALLED AND SAID THAT SHE IS DOING SS W/ 2ND LEN
            DER AND WE WILL BE PAID OFF. SAID SHE IS USING US AND WILL N
            OT HAVE TO DEAL W/ US ANY LONGER. GAVE VERBAL AUTH TO SPEAK
            W/ WELLS

DX00        N.WATERS      10/29/07  14:14    00:00:03    10/29/07                                                        CL    C.BAXTER

            INBOUND ANI CAPTURE: 7036919092

MRCM        V.HARRIS      10/29/07  15:54    00:00:28    10/29/07                                                        CS    V.HARRIS

            MAIL RETURNED/SSE COMMENT
            ret to sender unable to fwrd 9/25

PFCS        M.QUINONES    10/31/07  12:46    00:00:01    10/31/07                                                        CL    M.QUINONES

            PFC SUBMITTED FOR MANAGEMENT REVIEW

TXPY        C.HAYES       10/30/07  12:00    00:00:05    10/30/07                                                        CS    C.HAYES

            TAX PAYMENT COMMENT
            AHM check# 3384278 doi 10/22/07 was replaced
            with AHM certified ck#279783902
            doi 10/26/ which was sent to ZC
            Attn: Mail ReSOLd. in 10/29/07 o/n pkg

FFFC        R.HARDMAN     10/31/07  13.126   00:00:10    10/31/07                                                        CL    C.BAXTER

            FORECLOSURE AREA FREE-FORM COMMENTS
            OK 4G; file to Mary to refer.

RTFA        M.SEARCY      10/31/07  16:10    00:00:04    10/31/07                                                        CL    D.CUTCHSH

            REFERRED TO FORECLOSURE ATTORNEY (10312007) SAMUEL I WHITE
            597-3402 ATTN: ADAM WHITE
            759 BUSINESS PK DR
            VIRGINIA BEACH, VA    23462  UPS#12 V90 74A 13 9599 8113

DF43        M.SEARCY      10/31/07  16:10    00:00:01    10/31/07                                                        CL    C.BAXTER

            FORECLOSURE STARTED

CRED        *********     10/31/07  01:25    00:00:00    10/31/07                                                        CL    C.BAXTER

```
SRV863R-01                          AMERICAN HOME MTG SERVICING                    2/08/11 11:28:51
JGARSY                                Customer Tracking Report                     JOB DT:  7/01/08
                                         Listed By Loan#                                    Page 56

Loan# 1000570969 Continues ...

RPSC  **          11/03/07 20:30  00:00:00   ACCOUNT REPORTED TO CREDIT BUREAU                11/03/07   CJ
                                             LPI: 073007 UPB: 523832 DUE: 014101 STATUS:FORE PROC 11/03/07

DQ42  K.WADE      11/16/07 14:17  00:00:12   SCORE 360                                        11/16/07   CJ K.WADE
                                                                                              11/16/07

IO    **          11/27/07 14:27  00:00:00   COLLECTIONS RESEARCH RESOLVED                    11/27/07   PI C.BAXTER
                                             Received letter of authorization.updated loan.
                                                                                              11/27/07

CRED  *********   11/30/07 23:10  00:00:00   INSPECTION ORDERED                               11/30/07   CJ D.CUTCHSH
                                                                                              11/30/07

RPSC  **          12/03/07 20:30  00:00:00   ACCOUNT REPORTED TO CREDIT BUREAU                12/03/07   CJ
                                             LPI: 073007 UPB: 523832 DUE: 018737 STATUS:FORE PROC 12/03/07

DRIN  **          12/18/07 11:18  00:00:00   SCORE 349                                        12/18/07   CJ D.CUTCHSH
                                             FC Processor changed from Debo Cutchshaw to James Starks thr
                                             ough reassignment routine by Dwayne Dawkins     12/19/07

IO    **          12/31/07 11:43  00:00:00                                                    12/31/07   PI D.CUTCHSH
                                                                                              12/31/07

CRED  *********   12/31/07 23:17  00:00:00   INSPECTION ORDERED                               12/31/07   CJ D.CUTCHSH
                                                                                              12/31/07

DRIN  **          12/31/07 09:43  00:00:00   ACCOUNT REPORTED TO CREDIT BUREAU                12/31/07   CJ D.CUTCHSH
                                             LPI: 073007 UPB: 523832 DUE: 023373 STATUS:FORE PROC 01/02/08

DRIN  **          01/02/08 09:09  00:00:00   EM Any w/ atty offices on status of sale date.   01/02/08   CJ D.CUTCHSH
                                                                                              01/03/08

RPSC  **          01/03/08 20:31  00:00:00   Amanda Zartman w/ atty offices replied. Our office received  01/03/08   CJ
                                             reinstatement funds in the amount of $23,694.81 on 12/31/07.
                                                                                              01/03/08

PYMT  N.MUNIZ     01/04/08 12:53  00:00:21   SCORE 338                                        01/04/08   CS N.MUNIZ
                                                                                              01/04/08
```

SRVB63R-01
JGARST

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB DT: 7/01/08  Page 57

Loan# 1000570969 Continues ...

PYMO  **
PAYMENT PROCESSING
RECEIVED CK#011271 $22,627.81 FRM SAMUEL I WHITE
FORWARD CK TO F/C FOLDER
01/07/08 16:20  00:00:05  01/07/08        01/07/08  CS  **

MAIL DATABASE PAYMENT OPENED: 11271
DATE RECVD: 1/7/2008
TYPE OF FUNDS: Third Party Check
CHECK_NUM: 11271 CHECK_AMT: $22,627.81
01/07/08 15:54  00:00:05  01/07/08        01/08/08  CL  D.CUTCHSH

DRIN  **
Em any w/ atty offices in regards to the payoff $$$ being se
nt to us.
01/10/08 13:08  00:04:12  01/10/08        01/10/08  CL  A.WOLFF

PYPI  I.RODRIQU
PAYMENT POSTING INSTRUCTIONS
3rd Party ck 11271 amt $22627.81 post as: aug07 @ $4454.32,
sep08-bsc07, 4 pmts @ $4447.31-$17789.24, corp. adv 'ea',
$384.25 total $22627.81
01/10/08 13:12  00:00:19  01/20/08        06/30/08  CL  B.KRENZ

MBDA  I.RODRIQU
MONTHLY BILLING DATE ADJUSTMENT
loan reinstated
06/30: Updated monthly billing date

PIRE  SR1001C
P & I RECALC - PRIN PMT OR CROSS OVER TO AMORT
01/10/08 14:33  00:00:00  01/10/08        01/10/08  CS  D.CUTCHSH

CAAE  **
Credit Transaction For $ 00384.25 on 01/04/2008
01/04/08 14:34  00:00:00  01/04/08        CA  D.CUTCHSH

PYMC  **
MAIL DATABASE PAYMENT CLOSED: 11271
DATE RETURNED: 1/10/2008
FROM: Default (Foreclosure)
POSTING INSU: see PYPI queue for posting instructions
01/10/08 16:17  00:00:05  01/10/08        01/10/08  CS  **

CABF  **
CHK#:000031161 DSB AMT:  95.00 DATE:01/10/08  95.00
CHK#:000031379 DSB AMT:  95.00 DATE:01/10/08  62715
01/10/08 21:58  00:00:00  01/10/08        CA  D.CUTCHSH

RSLT  **
PROPERTY INSPECTION RESULTS
01/18/08 14:27  00:00:00  01/18/08        01/18/08  PI  D.CUTCHSH

CRED  *********
01/31/08 23:29  00:00:00  01/31/08        01/31/08  CL  D.CUTCHSH

SRV863R-01
JOARSI

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

2/08/11 11:28:51
JOB DT: 2/07/08
Page  58

```
Loan# 1000570969 Continues ...

        ACCOUNT REPORTED TO CREDIT BUREAU
        LPI: 010408  UPB: 523832 DUE: 066223 STATUS:DELINQ 30
AWL  **  02/02/08  06:16  00:00:00  03/03/08             CU  ??

        Acceleration Warning Letter (Breach) Letter Sent
RFSC **  02/03/08  19:31  00:00:00  02/03/08             CU

        SCORE 338
CRED ********** ACCOUNT REPORTED TO CREDIT BUREAU
        LPI: 010408  UPB: 523832 DUE: 011317 STATUS:DELINQ 60
         02/29/08  22:30  00:00:00  02/29/08             CU  D.CUTCHSH

RFSC **  03/03/08  19:31  00:00:00  03/03/08             CU

        SCORE 380
AWL  AWLRTN  ACCELERATION WARNING (BREACH) LETTER SENT
        Date Mailed 03/04/2008
        # of Times Breach 001
        Cert # 7104 5400 2100 1622 7581
         03/04/08  23:42  00:00:00  04/03/08             CU  **

AWL  AWLRTN  ACCELERATION WARNING (BREACH) LETTER SENT
        Date Mailed 03/04/2008
        # of Times Breach 001
        Cert # 7104 5400 2100 1622 7581
         03/04/08  23:42  00:00:00  04/03/08             CU  **

CRED ********** 03/31/08  00:07  00:00:00  03/31/08      CU  D.CUTCHSH

        ACCOUNT REPORTED TO CREDIT BUREAU
        LPI: 010408  UPB: 523832 DUE: 016122 STATUS:DELINQ 90
RFSC **  04/03/08  19:39  00:00:00  04/03/08             CU

        SCORE 375
FCRG R.HARDMAN  FRCLSR APPRVD-FILE SENT TO REFERRAL GRP TO FRCS
         04/16/08  16:54  00:00:00  04/16/08             CU  R.HARDMAN

        SENT REFERRAL VIA UPS TRACKING # 1Z4F367E0296067184
DRIN **  04/17/08  15:02  00:00:00  04/17/08             CU  D.CUTCHSH

DRIN **  04/17/08  15:02  00:00:00  04/18/08             CU  D.CUTCHSH
        Fc Processor changed from April Allen to James Starks by Nor
```

SRV563R-01
JGRRST

2/08/11 11:28:51
JOB DT:
Page 59

AMERICAN HOME MTG SERVICING
Customer Tracking Report
Listed By Loan#

Loan# 1000570969 Continues ...

is Parada

| IO | ** | 03/23/08 09:04 | 00:00:00 | 03/23/08 | PI | D.CUTCHSH |

INSPECTION ORDERED

| DF43 | N.PARADA | 04/24/08 09:56 | 00:00:01 | 04/24/08 | CU | D.CUTCHSH |

FORECLOSURE STARTED

| CRED | ********* | 04/30/08 00:51 | 00:00:00 | 04/30/08 | CU | D.CUTCHSH |

ACCOUNT REPORTED TO CREDIT BUREAU
LPI: 01408 UPB: 523832? DUE: 021215 STATUS:FORE PROC

| RPSC | ** | 05/03/08 19:31 | 00:00:00 | 05/03/08 | CU | |

SCORE 375

| DRIN | ** | 05/08/08 11:14 | 00:00:00 | 05/08/08 | CU | D.CUTCHSH |

The homeowner wrote the following: Laura.    I receive
d a relief from stay in a Federal Court on 4/24/08 from Judg
e Sontchi who is residing over American Home's bankruptcy. A
fter reviewing my situation and motion to stay collections, I
had filed in the court he granted this to me as well havi
g granted the emergency hearing and this can file in Virginia
Federal Court against the collections and my lawsuit. I
have faxed a copy to Samuel White and Adam White yesterday a
nd to overnox Kaine's office since they were aggressively tr
ying to prevent as many foreclosures as possible. I didn't f
ax it to his office for any reason other than help to educat
e them to the motions and the different procedures around forc
losures - not intending to have any of this reflect on your f
irm. I have 2 attorneys that want my case, and I will be
deciding which one I want to use by the end of this week and
the one I am most likely going to retain wants to file an e
mergency motion in the Federal Docket to stay collections give
n the extremely confident that I will be granted given
a Federal Judge has already reviewed my case and stated it
has merit in the Virginia action. Which will provide the
transcript to the Virginia judge. My hearing to provide the
uppox court was my 3rd regarding issues with AHM, so Judge S
ontchi is going to take the following was a break down of wha
esting from you the following: a break down of what AHM cl
aims I owe, to include any and all monies addressed in the

| DRIN | ** | 05/08/08 11:14 | 00:00:00 | 05/08/08 | CU | D.CUTCHSH |

reinstatement.   A break down of your fees, to include rece
ipts and a break down of the hourly attorney charges, time a
nd a break down of the legal search being done by your
"hands ahead of time" - I want sectioning this by tomorrow
before I officially retain my attorney so we can be prepared

```
SRV8633R-01                          AMERICAN HOME MTG SERVICING                      2/08/11 11:28:51
JGRBS7                                 Customer Tracking Report                       JOB DT: 07/01/08
                                           Listed By LoanN                                     Page 60


Loan# 1000570969

Loan# 1000570969 Continues ...

            for court.  Once I retain him I will have him call you a
            nd Adam White knowing that you are uncomfortable with direct
            communications which someone who has an attorney, as well as
            he will want to take over all communications also.
            I want to say one thing perfectly, I am not trying to say that
            you calling me is harassing me, very strange, that
            I was in Wilmington Delaware at my hearing for my relief fro
            m stay and Adam thought I would not get it and wanted to
            add salt to my wounds.  Or you are trying to ramp up a forec
            losure to usurp my legal rights being pursued in a federal c
            ourt.  This has disturbed me greatly as well as the partie
            s of interest I have spoken with.  Thanks for you cooperat
            ion up front - appreciate it Yours truly, Laura Beall (
            to me at  11002 Blue Roan Road, Oakton, Virginia 22
            124

DRIN  **    05/08/08  11:17   00:00:00   05/08/08                                 CL  D.CUTCHSH

            I have forwarded a reinstatement quote to the atty offices w
            /out their o/s atty fees and costs and I also sent a copy of
            the borrower's payment history to the atty offices.

RPSC  **    05/12/08  18:39   00:00:00   05/12/08                                 CL

            SCORE 367

CATR  **    05/20/08  21:57   00:00:00   05/20/08      250.00                     CA  D.CUTCHSH

            CHK#:000033S419 DSB AMT:        250.00 DATE:05/20/08 Title

CRED ******** 05/31/08  18:03   00:00:00   05/31/08                               CL  D.CUTCHSH

            ACCOUNT REPORTED TO CREDIT BUREAU
            LPI: 010408  UPB: 523832 DUE: 026559 STATUS:FORE PROC

RPSC  **    06/03/08  19:30   00:00:00   06/03/08                                 CL

            SCORE 360

CAIF  **    06/30/08  00:00   00:00:00   06/30/08       11.00                     CA  D.CUTCHSH

            CHK#:000037237 DSB AMT:         11.00 DATE:06/30/08 5831512

CRED ******** 06/30/08  01:29   00:00:00   06/30/08                               CL  D.CUTCHSH

            ACCOUNT REPORTED TO CREDIT BUREAU
            LPI: 010408  UPB: 523832 DUE: 031664 STATUS:FORE PROC


SUB TOTALS:   Items    683  Elapsed Time:   8:26:23  Target Amt/Pmts:          9,865.30  Cleared Amt/Pmts:     15,286.97
                                                                                                               38425


GRAND TOTALS: Items:   683  Elapsed Time:   8:26:23  Target Amt/Pmts:          9,865.30  Cleared Amt/Pmts:     15,286.97
                                                                                                               38425

                                         *** END OF REPORT ***
```