**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., *et al.* [1],<br><br>        Debtors | Chapter 11 Case<br><br>No. 07-11047 (CSS)<br>Jointly Administered |
| THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF AMERICAN<br>HOME MORTGAGE HOLDINGS, INC., *et al.*,[2]<br><br>        Plaintiff,<br><br>-against –<br><br>[SEE ATTACHED EXHIBITS A AND B],<br><br>        Defendants. | Adv. Proc. Nos.<br>[See Attached Exhibits A and B] |

## STATUS REPORT

Plaintiff hereby submits the following status report pursuant to the Court's Scheduling Orders filed on November 17, 2009 and December 14, 2009:

1.    A copy of the Status Report for the adversary proceedings governed by the November 17, 2009 Scheduling Order is attached hereto as Exhibit "A."

---

[1]     The Debtors are American Home Mortgage Holdings, Inc., American Home Mortgage Acceptance, Inc., American Home Mortgage Corp., American Home Mortgage Investment Corp., American Home Mortgage Servicing, Inc., American Home Mortgage Ventures LLC, Homegate Settlement Services, Inc., and Great Oak Abstract Corp.

[2]     As of November 30, 2010 (the "Effective Date"), the Chapter 11 Plan of Liquidation of the Debtors went effective and pursuant to the terms thereof and the Plan Trust Agreement, the Trust was created and Steven D. Sass (the "*Plan Trustee*") was appointed as trustee of the Trust. The Plan Trustee is the successor in interest to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* with regard to these adversary proceedings.

128189.01600/40193927v.1

2. A copy of the Status Report for the adversary proceedings governed by the December 14, 2009 Scheduling Order is attached hereto as Exhibit "B."

3. The undersigned remains available should the Court have any questions concerning the above.

Dated: March 4, 2011

**BLANK ROME LLP**

*/s/ Alan M. Root*
Bonnie Glantz Fatell (No. 3809)
Victoria Guilfoyle (No. 5183)
Alan M. Root (No. 5427)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

-and-

**HAHN & HESSEN LLP**
Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel for the Plan Trustee*

Exhibit A

Status Report for Adversary Proceedings Governed by the November 17, 2009 Scheduling Order

| Adv. Proc No. | Defendant | Responsible Law Firm | Category | Comments |
|---|---|---|---|---|
| 09-51543 | BRINK'S COMMUNICATIONS | Blank Rome LLP and Hahn & Hessen LLP | A | Service is incomplete because we believe the defendant is no longer in business. |
| 09-51701 | KALEE INVESTMENTS and PRINCIPLE EQUITY PROPERTIES | Blank Rome LLP and Hahn & Hessen LLP | A | Service is incomplete because we believe the defendant is no longer in business. |
| 09-51627 | THE SRS GROUP INC | Blank Rome LLP and Hahn & Hessen LLP | A | Service is incomplete because we believe the defendant is no longer in business. |
| 09-51551 | CB CONTRACTORS INC | Blank Rome LLP and Hahn & Hessen LLP | D | The matter is settled and will be dismissed once all required settlement payments have been made. |
| 09-51767 | EXPERIAN | Blank Rome LLP and Hahn & Hessen LLP | D | The matter is settled and will be dismissed if the defendant pays in accordance with the settlement agreement. |
| 09-51687 | ILINC COMMUNICATIONS | Blank Rome LLP and Hahn & Hessen LLP | D | Settlement approved in the 12th omnibus 9019 and will be dismissed once all payments are received. |
| 09-51763 | PLACEMENT SOLUTION, INC. | Blank Rome LLP and Hahn & Hessen LLP | D | A Default Judgment was entered on May 21, 2010. A Satisfaction of Judgment was entered on March 2, 2011. |
| 09-51680 | RAPID ACCESS COMMUNICATION ENT | Blank Rome LLP and Hahn & Hessen LLP | D | Settlement approved in the 12th omnibus 9019 and will be dismissed once all payments are received. |
| 09-51547 | CFN FINANCE, INC. d/b/a CFN FINANCIAL INC | Blank Rome LLP and Hahn & Hessen LLP | F | Mediation completed, fact discovery completed and expect to complete expert discovery, if any, by end of February 2011 as per the scheduling order. |
| 09-51739 | ON GUARD SECURITY SERVICES,INC | Blank Rome LLP and Hahn & Hessen LLP | I | Plaintiff filed a motion for summary judgment on February 25, 2011. Briefing is expected to be complete by March 18, 2011. |
| 09-51761 | PMC INVESTIGATIONS & SECURITY | Blank Rome LLP and Hahn & Hessen LLP | I | Both plaintiff and defendant filed motions for summary judgment on February 25, 2011. Briefing is expected to be complete by March 18, 2011. |
| 09-51611 | VECTOR CONSULTING, INC | Blank Rome LLP and Hahn & Hessen LLP | I | Both plaintiff and defendant filed motions for summary judgment on February 25, 2011. Briefing is expected to be complete by March 18, 2011. |
| 09-51697 | IRON MOUNTAIN OFF-SITE DATA PROTECTION INC. d/b/a IM- OFF SITE DATA PROTECTION | Blank Rome LLP and Hahn & Hessen LLP | G | A mediator was appointed and mediation is expected to take place in March of 2011. |
| 09-51696 | IRON MOUNTAIN RECORDS MGMT | Blank Rome LLP and Hahn & Hessen LLP | G | A mediator was appointed and mediation is expected to take place in March of 2011. |

Exhibit B

Status Report for Adversary Proceedings Governed by the December 14, 2009 Scheduling Order

| Adv. Proc No. | Defendant | Responsible Law Firm | Category | Comments |
|---|---|---|---|---|
| 09-52297 | VARGA BERGER LEDSKY HAYES & CASEY, P.C. | Blank Rome LLP and Hahn & Hessen LLP | E | Settlement approved in 11th Omnibus 9019 Motion and matter will be dismissed once all settlement payments are made. |
| 09-52300 | TRADE SHOW FABRICATIONS, INC. | Blank Rome LLP and Hahn & Hessen LLP | I | Both plaintiff and defendant filed motions for summary judgment on February 7, 2011.  Briefing was completed on March 1, 2011. |