IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                              :
                                                                             :   Jointly Administered
         Debtors.                                                            :
                                                                             :   Ref. No. 9770
---------------------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION**

        The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Plan Trust's Seventy-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  (the "Objection") has been received.  The Court's docket which was last updated March 7, 2011, reflects that no responses to the Objection have been filed.  Responses to the Objection were to be filed and served no later than March 2, 2011 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Objection be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
March 7, 2011

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          /s/ Michael S. Neiburg
          Sean M. Beach (No. 4070)
          Michael S. Neiburg (No. 5275)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253

          Counsel for Plan Trust