## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x

In re:                                           : Chapter 11
                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]               :
                                                 : Jointly Administered
Debtors.                                         :
                                                 : **Ref. Docket No.: 9771**

------------------------------------------------------------ x

### CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER WITH RESPECT TO PLAN TRUST'S SEVENTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

The undersigned counsel for Steven D. Sass, as liquidating trustee (the " Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors hereby certifies as follows:

1.      On February 7, 2011, through the undersigned counsel to the Plan Trustee, the Plan Trust filed the Plan Trust's Seventy-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 9771] (the "Objection"). By the Objection, the Plan Trust sought, *inter alia*, to modify and reduce the amounts claimed by J.P. Morgan Mortgage Acquisition Corp. ("JPMMAC") pursuant to claim numbers 8261 ("Claim 8261") and 8399 ("Claim 8399" and

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

together with Claim 8261, the "JPMMAC Claims") in a manner consistent with the provisions of paragraph 66 of the order confirming the Plan [Docket No. 7042] (the "Confirmation Order").

2.    Following the filing of the Objection, JPMMAC informally contacted the Plan Trustee to discuss the matters raised in the Objection as it pertains to its claims.  As a result of those discussions, the Plan Trustee reached an agreement with JPMMAC to adjourn the Objection with respect to the JPMMAC Claims to permit additional time in which the parties may reach a consensual resolution of the Objection as it pertains to those claims.  A revised proposed form of order (the "Revised Proposed Order") reflecting the adjournment of the Objection with respect to the JPMMAC Claims is attached hereto as Exhibit 1.

3.    Responses to the Objection were to be filed and served no later than March 2, 2011 at 4:00 p.m. (ET).  The undersigned hereby certifies that, as of the date hereof, no other comment, answer, objection or other responsive pleading to the Objection has been received.  The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Objection appears thereon.

*[Remainder of page intentionally left blank]*

2

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

Dated: March 7, 2011          YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
        Wilmington, Delaware

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

YCST01: 10822494.1                                                 066585.1001

# EXHIBIT 1

**Revised Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                :    Jointly Administered
                                                                :
Debtors.                                                        :    **Ref. Docket No. 9771**
---------------------------------------------------------------- x

## REVISED ORDER SUSTAINING IN PART PLAN TRUST'S SEVENTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the seventy-third omnibus (substantive) claims objection (the "Objection"), by which the Plan Trust respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") modifying or disallowing and expunging in full such Disputed Claims [2] identified on Exhibits A and B; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]    All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Objection is adjourned with respect to claim numbers 8261 and 8399 filed by J.P. Morgan Mortgage Acquisition Corp.; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit A are hereby modified to the dollar values under the column titled "Modified Amount"; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit B are hereby disallowed in their entirety; and it is further

ORDERED that the Plan Trust reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       March ___, 2011

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

YCST01: 10822494.1                                                      066585.1001

# EXHIBIT A

## Modified Amount Claims

# Exhibit A

## Modified Claims

| Name/Address of Claimant | Objectionable Claim | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| NOMURA CREDIT & CAPITAL, INC.<br>ATTN MARK BROWN PRESIDENT<br>2 WORLD FINANCIAL CTR<br>BUILDING B<br>NEW YORK, NY 10281 | 9038 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$358,101,415.40 (U)<br>$358,101,415.40 (T) | - (S)<br>- (A)<br>- (P)<br>$10,726,904.00 (U)<br>$10,726,904.00 (T) | (S) Claim asserts only EPD/Breach Claims subject to the<br>(A) EPD/Breach Claims Protocol set forth in the Plan. Claim<br>(P) amount modified in accordance with the EPD/Breach<br>(U) Claims Protocol based upon the completed EPD/Breach<br>(T) Claims Questionnaire submitted by the claimant. |
| UBS REAL ESTATE SECURITIES INC.<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | 10788 | 6/24/10 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$7,758,715.38 (U)<br>$7,758,715.38 (T) | - (S)<br>- (A)<br>- (P)<br>$2,563,594.00 (U)<br>$2,563,594.00 (T) | (S) Claim asserts only EPD/Breach Claims subject to the<br>(A) EPD/Breach Claims Protocol set forth in the Plan. Claim<br>(P) amount modified in accordance with the EPD/Breach<br>(U) Claims Protocol based upon the completed EPD/Breach<br>(T) Claims Questionnaire submitted by the claimant. |
| WILMINGTON TRUST COMPANY, AS TRUSTEE FOR<br>MSM 2007-14AR, C/O DORRI COSTELLO<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19801 | 10643 | 1/15/09 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$1,522,652.00 (U)<br>$1,522,652.00 (T) | (S) Claim asserts only EPD/Breach Claims subject to the<br>(A) EPD/Breach Claims Protocol set forth in the Plan. Claim<br>(P) amount modified in accordance with the EPD/Breach<br>(U) Claims Protocol based upon the completed EPD/Breach<br>(T) Claims Questionnaire submitted by the claimant. |
| WILMINGTON TRUST COMPANY, AS TRUSTEE FOR<br>MSM 2007-15AR, C/O DORRI COSTELLO<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19801 | 10644 | 1/15/09 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$1,136,973.00 (U)<br>$1,136,973.00 (T) | (S) Claim asserts only EPD/Breach Claims subject to the<br>(A) EPD/Breach Claims Protocol set forth in the Plan. Claim<br>(P) amount modified in accordance with the EPD/Breach<br>(U) Claims Protocol based upon the completed EPD/Breach<br>(T) Claims Questionnaire submitted by the claimant. |
| Totals: | 4 Claims | | | - (S)<br>- (A)<br>- (P)<br>$365,860,130.78 (U)<br>$365,860,130.78 (T) | - (S)<br>- (A)<br>- (P)<br>$15,950,123.00 (U)<br>$15,950,123.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# EXHIBIT B

## No Liability Claims

Exhibit B
No Liability Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BLEDSOE COUNTY TAX COLLECTOR<br>BLEDSOE CO TAX OFC<br>BOX 335<br>PIKEVILLE, TN 37367 | 10819 | 12/13/10 | No Case | Unspecified* | Claim relates to 2009 real estate taxes for a property. Debtors have no interest in this property. Non Debtor AHMSI is servicing this loan for OOMC. AHMSI is a non debtor as the sale of AHMSI was finalized in April 2008. |
| BLEDSOE COUNTY TAX COLLECTOR<br>BLEDSOE CO TAX OFC<br>BOX 335<br>PIKEVILLE, TN 37367 | 10820 | 12/13/10 | No Case | $119.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$119.00 (T) | Claim relates to 2010 real estate taxes for a property. Debtors have no interest in this property. Non Debtor AHMSI is servicing this loan for OOMC. AHMSI is a non debtor as the sale of AHMSI was finalized in April 2008. |
| BLEDSOE COUNTY TAX COLLECTOR<br>BLEDSOE CO TAX OFC<br>BOX 335<br>PIKEVILLE, TN 37367 | 10821 | 12/13/10 | No Case | $622.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$622.00 (T) | Claim relates to 2010 real estate taxes for a property. Debtors have no interest in this property. Non Debtor AHMSI is servicing this loan for another lender. AHMSI is a non debtor as the sale of AHMSI was finalized in April 2008. |
| CULLER, MICHEAL<br>MICHEAL CULLER APPRAISAL<br>3441 YORK ROAD<br>WINSTON-SALEM, NC 27104 | 10857 | 1/5/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | The invoice attached to the POC is for Ideal Mortgage which is not affiliated with the Debtor. |
| HENDRICKS COUNTY TREASURER<br>355 S. WASHINGTON STREET # 215<br>DANVILLE, IN 46122 | 10855 | 1/3/11 | 07-11047 | - (S)<br>- (A)<br>$299.40 (P)<br>$299.40 (U)<br>$299.40 (T) | Claim relates to 2007 and 2008 personal property taxes. The 2007 taxes have already been accepted (reduced and reclassed by court order) in claim 10732. No nexus for 2008 taxes as the lease was rejected pursuant to a court order granting the Debtors' 4th omnibus motion to reject unexpired leases, effective 9/30/07. |
| HILLSBOROUGH COUNTY TAX COLLECTOR<br>DOUG BELDEN<br>PO BOX 172920<br>601 E KENNEDY BLVD 14TH FLOOR<br>TAMPA, FL 33672-2920 | 10829 | 12/28/10 | 07-11047 | $3,180.35 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,180.35 (T) | Claim relates to 2010 real estate taxes for a property. Debtors have no interest in this property. AHMSI is servicing the loan for AHMIT 2005-3. AHMSI is a non debtor as the sale of AHMSI was finalized in April 2008. |
| MITEL TECHNOLOGIES INC<br>F/K/A INTER TEL TECHNOLOGIES INC<br>ATTN: NATHAN GRANADOS<br>7300 W BOSTON STREET<br>CHANDLER, AZ 85226 | 10866 | 1/10/11 | 07-11047 | - (S)<br>$1,223.22 (A)<br>- (P)<br>- (U)<br>$1,223.22 (T) | The service was provided to CT Networks which is not affiliated with the Debtor. |

—— Objectionable Claim ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| TOWN OF HAMPTON<br>100 WINNACUNNET ROAD<br>HAMPTON, NH 03842 | 10818 | 12/13/10 | 07-11047 | $7,539.30 (S)<br>- (A)<br>$7,539.30 (P)<br>- (U)<br>$7,539.30 (T) | Claim relates to 2009/2010 real estate for a property that was foreclosed on by AHMSI on 9/2/2008. Debtors have no interest in the property. The owner of the property as of the foreclosure date is AHMSI. AHMSI is a non debtor as the sale of AHMSI was finalized in April 2008. |
| **Totals:** | **8 Claims** | | | $14,460.65 (S)<br>$1,223.22 (A)<br>$7,838.70 (P)<br>$699.40 (U)<br>$13,363.27 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.