IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          : Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                : Jointly Administered
         Debtors.                                               :
                                                                : Ref. Docket Nos.: 8174, 8299 & 9769
---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED
ORDER SUSTAINING IN PART THE DEBTORS' FORTY-FOURTH
OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO
SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES
3003 AND 3007, AND LOCAL RULE 3007-1**

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan")[1] in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1.      On October 13, 2009, the Debtors filed the Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 8174] (the "Objection"). By the Objection, the Debtors, *inter alia*, sought to disallow or modify numerous EPD/Breach Claims as set forth more fully in the exhibits to the Objection.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Plan.

2. Following the filing of the Objection, the Debtors received several informal and formal responses to the Objection from, among others, holders of EPD/Breach Claims. Given the complexity of the EPD/Breach Claims and the EPD/Breach Claims Protocol established by the Plan, the Debtors and the holders of these claims consensually agreed to adjourn the Objection as it pertained to their claims to allow additional time in which the parties could analyze the merits of their respective positions and reach a consensual resolution of the matters asserted in the Objection.

3. On November 13, 2009, the Court entered an order [Docket No. 8299] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*: (i) proof of claim numbers 9023, 9024 and 9025 filed by EMC Mortgage Corporation (the "EMC Claims"); (ii) proof of claim number 9037 filed by HSBC USA, National Association (the "HSBC Claim"); (iii) proof of claim number 7814 filed by Impac Funding Corporation (the "Impac Claim"); and (iv) proof of claim number 8447 filed by Residential Funding Company, LLC (the "RFC Claim" and together with the EMC Claims, HSBC Claim, Impac Claim and RFC Claim, the "Adjourned Modified Amount EPD/Breach Claims").

4. On February 7, 2011, the Plan Trustee filed the Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 9769] (the "Re-Notice"). The Adjourned Modified Amount EPD/Breach Claims were identified on Exhibit A to the Re-Notice. By the Re-Notice, the Plan Trustee notified the holders of the Adjourned Modified Amount EPD/Breach Claims that the Plan Trustee intended to move forward with the Objection as it pertains to their claims at the March 9, 2011 omnibus hearing in these bankruptcy cases. The Re-Notice further notified the holders of these claims that responses to the Objection, if any, had to be filed on or before March 2, 2011 at 4:00 p.m. (ET).

5.  Following the filing of the Re-Notice, Impac Funding Corporation ("Impac") informally contacted the undersigned counsel to the Plan Trustee to discuss the matters raised in the Objection (and Re-Notice) as it pertains to the Impac Claim. As a result of those discussions, the Plan Trustee reached an agreement with Impac, pursuant to which the Plan Trustee agreed to submit an order specific to the Impac Claim (the "Impac Order"). A revised proposed form of order (the "Revised Proposed Order") reflecting (i) the adjournment of the Objection with respect to the Impac Claim and (ii) the modification and reduction of the other Adjourned Modified Amount EPD/Breach Claims is attached hereto as Exhibit 1. The parties intend to submit the proposed Impac Order under certification in the near future.

6.  As noted above, the holders of Adjourned Modified Amount EPD/Breach Claims had to file and serve responses to the Objection no later than March 2, 2011 at 4:00 p.m. (ET). The undersigned hereby certifies that, as of the date hereof, no other comment, answer, objection or other responsive pleading to the Objection has been received. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Objection appears thereon.

*[Remainder of page intentionally left blank]*

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

Dated: March 7, 2011  
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ *Michael S. Neiburg*  
Sean M. Beach (No. 4070)  
Michael S. Neiburg (No. 5275)  
The Brandywine Building  
1000 West Street - 17th Floor  
P.O. Box 391  
Wilmington, Delaware 19899  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP  
Mark S. Indelicato  
Edward L. Schnitzer  
488 Madison Avenue  
New York, New York 10022  
Telephone: (212) 478-7200  
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

Dated: March 7, 2011  
    Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*  
Sean M. Beach (No. 4070)  
Michael S. Neiburg (No. 5275)  
The Brandywine Building  
1000 West Street - 17th Floor  
P.O. Box 391  
Wilmington, Delaware  19899  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP  
Mark S. Indelicato  
Edward L. Schnitzer  
488 Madison Avenue  
New York, New York 10022  
Telephone: (212) 478-7200  
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

# EXHIBIT 1

**Revised Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------- x
In re:                                                                  :   Chapter 11
                                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                  :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[2]                                       :
                                                                        :   Jointly Administered
     Debtors.                                                           :
                                                                        :   Ref. Docket Nos.: 8174, 8299
                                                                        :   & 9769
----------------------------------------------------------------------- x

**REVISED ORDER SUSTAINING IN PART DEBTORS' FORTY-FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the forty-fourth omnibus (substantive) claims objection (the "Objection"), by which the Plan Trustee respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") modifying and reducing such Disputed Claims [2] identified on Exhibit A attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that the Objection is sustained in part as set forth herein; and it is further

ORDERED that the Objection is adjourned with respect to proof of claim number 7814 filed by Impac Funding Corporation ; and it is further

ORDERED that the Disputed Claims identified on the attached <u>Exhibit A</u> are hereby modified to the dollar values under the column titled "Modified Amount"; and it is further

ORDERED that the Plan Trust reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      March ___, 2011

                                                _____
                                                CHRISTOPHER S. SONTCHI
                                                UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Modified Amount Claims**

# Exhibit A
## Modified Amount Claim

| Name/Address of Claimant | Objectionable Claim | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| EMC MORTGAGE CORPORATION<br>ATTN GERALD J RUSSELLO<br>C/O BEAR STEARNS & CO. INC.<br>320 PARK AVENUE<br>NEW YORK, NY 10022 | 9023 | 1/11/08 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$20,803,600.00 (U)<br>$20,803,600.00 (T) | - (S)<br>- (A)<br>- (P)<br>$14,386,005.00 (U)<br>$14,386,005.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| EMC MORTGAGE CORPORATION<br>ATTN GERALD J RUSSELLO<br>C/O BEAR STEARNS & CO. INC.<br>320 PARK AVENUE<br>NEW YORK, NY 10022 | 9024 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$40,090,100.00 (U)<br>$40,090,100.00 (T) | - (S)<br>- (A)<br>- (P)<br>$14,386,005.00 (U)<br>$14,386,005.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| EMC MORTGAGE CORPORATION<br>ATTN GERALD J RUSSELLO<br>C/O BEAR STEARNS & CO. INC.<br>320 PARK AVENUE<br>NEW YORK, NY 10022 | 9025 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$16,169,300.00 (U)<br>$16,169,300.00 (T) | - (S)<br>- (A)<br>- (P)<br>$14,386,005.00 (U)<br>$14,386,005.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| HSBC BANK USA, NATIONAL ASSOCIATION<br>ATTN THOMAS L NOLAN VICE PRESIDENT<br>8 EAST 40TH STREET 3RD FLOOR<br>NEW YORK, NY 10016 | 9037 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$11,136,188.87 (U)<br>$11,136,188.87 (T) | - (S)<br>- (A)<br>- (P)<br>$3,717,953.00 (U)<br>$3,717,953.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| RESIDENTIAL FUNDING COMPANY, LLC<br>C/O RICHARD D. BALLOT<br>GMAC RESCAP<br>465 SOUTH STREET, SUITE 202<br>MORRISTOWN, NJ 07960 | 8447 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$5,162,467.62 (U)<br>$5,162,467.62 (T) | - (S)<br>- (A)<br>- (P)<br>$37,327.15 (U)<br>$37,327.15 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. However, the applicable Debtor has no liability as the claimant's agreements are with debtors, American Home Mortgage Acceptance, Inc., American Home Mortgage Corp. and AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), against whom claimant has already asserted claims via proofs of claim numbered 9233, 9234 and 9235. Accordingly, this Debtor has no liability with respect to the EPD/Breach Claims portion of this claim and it should be modified and reduced to $37,327.15, which is the amount owed to claimant for associated legal fees as permitted under the applicable agreements. |