IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x
In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

    Debtors.
-------------------------------------------------------------------- x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MARCH 9, 2011 AT 3:00 P.M.

### ADJOURNED/RESOLVED MATTERS

1.  Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

    Response Deadline:    June 4, 2008 at 4:00 p.m.

    Related Documents:

        a)    Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

    Responses Filed:    See Exhibit A, attached

    Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

2.      Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to
        Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule
        3007-1 [D.I. 4029, 5/12/08]

        Response Deadline:    June 4, 2008 at 4:00 p.m.

        Related Documents:

                a)      Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

        Responses Filed:      See Exhibit B, attached

        Status: An Order has been entered that partially sustains the Objection.  With respect to
                the remainder of the relief requested and the remaining responses set forth on
                Exhibit B, this matter will be adjourned

3.      Debtors' Tenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 4661, 6/17/08]

        Response Deadline:    July 10, 2008 at 4:00 p.m.

        Related Document:

                a)      Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection
                        To Claims [D.I. 5175, 7/18/08]

                b)      Supplemental Declaration of Eileen Wanerka in Support of Debtors'
                        Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-
                        Third Omnibus Objections to Claims Pursuant to Section 502(b) of the
                        Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule
                        3007-1 [D.I. 7629, 7/22/09]

        Responses Filed:      See Exhibit C, attached

        Status: An Order has been entered that partially sustains the Objection.  With respect to
                the remainder of the relief requested and the remaining responses set forth on
                Exhibit C, this matter will be adjourned.

4.      Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 5181, 7/18/08]

        Response Deadline:    August 11, 2008 at 4:00 p.m., extended to March 2, 2011 for
                              certain parties

Related Documents:

a)   Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

b)   Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5463, 8/18/08]

c)   Re-Notice of Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9768, 2/7/11]

Responses Filed:     See Exhibit D, attached

Status: Orders have been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit D, this matter will be adjourned.

5.   Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:     September 8, 2008 at 4:00 p.m.

Related Documents:

a)   Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1   [D.I. 6217, 10/10/08]

b)   Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

c)   (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:     Please see Exhibit E, attached

3

Status:  An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned.

6.      Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:    September 25, 2008 at 4:00 p.m.

Related Document:

   a)   Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

   b)   Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:  See Exhibit F, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned.

7.      Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

Objection Deadline:    December 7, 2009 at 4:00 p.m.

Objections Filed:    None

Status: This matter will be adjourned.

8.      Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline:    December 3, 2008 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6703, 12/10/08]

Responses Filed:    See Exhibit G, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned.

9.    Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6610, 11/21/08]

Responses Deadline:    December 15, 2008 at 4:00 p.m.

Related Documents:

    a)    Order Sustaining Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6765, 12/22/08]

    b)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit H, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit H, this matter will be adjourned.

10.    Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6825, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 7022, 2/17/09]

    

Responses Filed:    See Exhibit I, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to
the remainder of the relief requested and the remaining responses set forth on
Exhibit I, this matter will be adjourned.

11.    Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section
502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
1 [D.I. 6826, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive)
Objection to Claims [D.I. 7023, 2/17/09]

Responses Filed:    See Exhibit J, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to
the remainder of the relief requested and the remaining responses set forth on
Exhibit J, this matter will be adjourned.

12.    Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section
502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
1 [D.I. 7084, 3/6/09]

Response Deadline:    March 30, 2009 at 4:00 p.m.

Related Documents:

a)    Supplemental Declaration of  Eileen Wanerka in Support of Debtors'
Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-
Third Omnibus Objections to Claims Pursuant to Section 502(b) of the
Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule
3007-1 [D.I. 7629, 7/22/09]

b)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of
Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth,
Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to
Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit K, attached.

066585.1001

Status: Orders have been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned.

13. Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7280, 4/15/09]

Response Deadline:    May 8, 2009 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Thirty-Third Omnibus Substantive) Objection to Claims [D.I. 7399, 5/15/09]

b)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:    See Exhibit L, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit L, this matter will be adjourned.

14. Debtors' Thirty-Fifth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7347, 5/6/09]

Response Deadline:    May 29, 2009 at 4:00 p.m.

Related Documents:

a)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit M, attached

Status: Orders have been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter will be adjourned.

15.     Debtors' Forty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7915, 8/7/09]

Response Deadline:     August 30, 2009 at 4:00 p.m.

Related Document:

        a)      Order Sustaining Debtors' Forty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8031, 9/8/09]

Responses Filed:       See Exhibit N, attached

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit N, this matter will be adjourned.

16.      Debtors' Fifty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8650, 3/5/10]

Response Deadline:     March 30, 2010 at 4:00 p.m.

Related Document:

        a)      Order Sustaining in Part Debtors' Fifty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8746, 4/6/10]]

Responses filed:       See Exhibit P, attached

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit P, this matter will be adjourned.

17.     Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8939, 6/18/10]

Response Deadline:     July 12, 2010 at 4:00 p.m., extended to August 9, 2010 for Assured Guaranty Corp.

Related Document:

      a)      Order Sustaining in Part Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 9028, 7/19/10]

Responses Filed:      See Exhibit Q

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit Q, this matter will be adjourned.

18.      Debtors' Sixty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9175, 8/24/10]

Response Deadline:      September 16, 2010 at 4:00 p.m.

Related Document:

      a)      Order Sustaining in Part Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007 [D.I. 9257, 9/23/10]

Responses Filed:      See Exhibit R

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit R, this matter will be adjourned.

19.      Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9176, 8/24/10]

Response Deadline:      September 16, 2010 at 4:00 p.m.

Related Document:

      a)      Order Sustaining in Part Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007 [D.I. 9254, 9/23/10]

Responses Filed:      See Exhibit S

      

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit S, this matter will be adjourned.

20.    Debtors' Sixty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 2007-1 [D.I. 9453, 11/15/10]

Response Deadline:    December 8, 2010 at 4:00 p.m.

Related Document:

a)    Revised Order Sustaining Debtors' Sixty-Sixth Omnibus (Non-Substantive) Objection to Claims [D.I. 9552, 12/13/10]

Responses Filed: See Exhibit T, attached

Status: An Order has been entered which partially sustains this matter.  This matter is adjourned with respect to the response of DB Structured as listed on Exhibit T.

21.    Debtors' Sixty-Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 2007-1 [D.I. 9454, 11/15/10]

Response Deadline:    December 8, 2010 at 4:00 p.m.

Related Document:

a)    Revised Order Sustaining Debtors' Sixty-Seventh Omnibus (Substantive) Objection to Claims [D.I. 9551, 12/13/10]

Responses Filed: See Exhibit U, attached

Status: An Order has been entered which partially sustains this matter.  This matter is adjourned with respect to the response of Banc of America Leasing as listed on Exhibit U.

22.    Oracle America, Inc.'s Request for Allowance and Payment of Chapter 11 Administrative Expense [D.I. 9639, 1/5/11]

Objection Deadline:    February 3, 2011 at 4:00 p.m., extended to March 3, 2011 for the Plan Trust

Objections Filed:    None

Status: This matter is settled in principle subject to documentation.

23.    Status Conference - The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., v. Deloitte & Touche LLP, Adv. No. 10-51228

Status: This matter will be adjourned by agreement of the parties to May 2, 2011 at 2:00 p.m.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

24.    Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8174, 10/13/09]

Response Deadline:    November 6, 2009 at 4:00 p.m., extended to March 2, 2011 for certain parties

Related Documents:

a)    Order Sustaining Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8299, 11/13/09]

b)    Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 9769, 2/7/11]

c)    Certification of Counsel [D.I. 9814, 3/7/11]

Responses Received:  See Exhibit O, attached

Status: Orders have been entered that partially sustain the Objection.  A Certification of Counsel has been filed resolving certain responses.  The Plan Trust anticipates filing a further certification of counsel resolving the response of Impac Funding Corporation.  With respect to the remaining responses this matter will be adjourned.

11

25.    Plan Trust's Seventy-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9770, 2/7/11]

Response Deadline:    March 2, 2011 at 4:00 p.m.

Related Document:

a)    Certificate of No Objection [D.I. 9812, 3/7/11]

b)    Proposed Order

Responses Filed:    None

Status: A Certificate of No Objection has been filed.  No hearing is Required.

26.    Plan Trust's Seventy-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9771, 2/7/11]

Response Deadline:    March 2, 2011 at 4:00 p.m.

Related Document:

a)    Certification of Counsel [D.I. ---, 3/7/11]

Responses Filed:    See Exhibit W, attached.

Status: This matter has been adjourned with respect to the respond of J.P. Morgan Mortgage Acquisition Co. as listed on Exhibit W.  A Certification of Counsel has been filed resolving the remainder of this matter.  No hearing is required.

## CONTESTED MATTERS GOING FORWARD

27.    Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8049, 9/11/09]

Response Deadline:    October 5, 2009 at 4:00 p.m.

Related Documents:

a)    Order Setting Briefing Schedule re: Laura Beall's Response to Debtors' Objection to Claim [D.I. 8507, 1/15/10]

     b)    Consensual Order Regarding the Debtors' Forty-Second Omnibus (Substantive) Objection to Claims [D.I. 8581, 2/17/10]

     c)    Order Sustaining Debtors' Forty-Second Omnibus (Substantive) Objection to Claims [D.I. 8186, 10/14/09]

Responses Filed:

     d)    Laura Beall's Response to Debtors' Objection to Claim [D.I. 8137, 10/5/09]

     e)    Reply in Support of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 with Respect to Claim of Laura Beall [D.I. 8148, 10/7/09]

     f)    Laura Beall's Sur-Reply to Debtors' Reply in Support of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 with Respect to Claim of Laura Beall [D.I. 8629, 2/28/10]

     g)    Plan Trustee's Supplement to (I) Objection to Motion of Laura Beall for Allowance and Payment of Administrative Claim and (II) Reply in Support of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 with Respect to Claim of Laura Beall [D.I. 9808, 3/4/11]

Status: Orders have been entered that partially sustain the Objection.  With respect to the claim of Laura Beall, this matter going forward as an oral argument.

28.    Motion of Laura Beall for Allowance and Payment of Administrative Claim [D.I. 9632, 1/5/11]

Objection Deadline:   February 3, 2011 at 4:00 p.m.

Objections Filed:

     a)    Plan Trust's Objection to Motion of Laura Beall for Allowance and Payment of Administrative Claim [D.I. 9759, 2/3/11]

     b)    Plan Trustee's Supplement to (I) Objection to Motion of Laura Beall for Allowance and Payment of Administrative Claim and (II) Reply in Support of Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy

               

Rules 3003 and 3007, and Local Rule 3007-1 with Respect to Claim of
Laura Beall [D.I. 9808, 3/4/11]

Status: This matter will be going forward as an evidentiary hearing.  Each party
anticipates calling one witness.

29.    Plan Trustee's Objection to Subordination Statements [D.I. 9748, 2/1/11]

Response Deadline:    March 2, 2011 at 4:00 p.m.

Related Documents:

    a)    Daniel Seland's Subordination Statement [D.I. 9592, 12/22/10]

    b)    Subordination Statement (Class 2C1) of Sovereign Bank FSB [D.I. 9620,
1/4/11]

    c)    Subordination Statement of JPMorgan Chase Bank, National Association
and J.P. Morgan Securities LLC with Respect to Debtors' Amended
Chapter 11 Plan of Liquidation [D.I. 9623, 1/4/11]

    d)    Gil Q. Alverez's Subordination Statement [D.I. 9646, 1/5/11]

Responses Filed:

    e)    Daniel Seland's Response to Objection to Subordination Statements [D.I.
9801, 2/28/11]

    f)    Gil Quentin Alvarez's Objection Reply to Objection of the Subordination
Statement of Gil Quentin Alvarez [D.I. 9805, 3/1/11]

Status: This matter will be going forward.

YCST01:10765432.2    066585.1001

30.    Triad Guaranty Insurance Corp. v. American Home Mortgage Investment Corp. and
American Home Mortgage Servicing, Inc., Adv. No. 09-52193

Status: This matter will be going forward as a status conference.

| | |
|---|---|
| Dated: March 7, 2011<br>Wilmington, Delaware | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |

*/s/ Patrick A. Jackson*                                        
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

          

### Exhibit A, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Asso. | 4362, 6/4/08 | Adjourned |

### Exhibit B, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned |

### Exhibit C, Tenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Samuel A. Case | 5054, 7/9/08 | Adjourned |

### Exhibit D, Thirteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Countrywide | 5337, 8/8/08 | Adjourned |
|  | FGIC | 5351, 8/11/08 | Adjourned |
|  | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned |
|  | Deutsche Bank | 5356, 8/11/08 | Adjourned |
|  | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned |
|  | AT&T Global Services |  | Adjourned |

### Exhibit E, Fifteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Shervonne Powell | 5814, 9/11/08 | Adjourned |
|  | John Johnston | 5818, 9/11/08 | Adjourned |
|  | Grailing Carter | 5947, 9/17/08 | Adjourned |
|  | Office Max |  | Adjourned |

### Exhibit F, Seventeenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned |

16

## Exhibit G, Twenty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Scott Jossart |  | Adjourned |

## Exhibit H, Twenty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Riverside County Treasurer-Tax Collector | 8019, 9/8/09 and 8121-8130, 10/1/09 | Adjourned |

## Exhibit I, Twenty-Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DB Structured Products, Inc. |  | Adjourned |

## Exhibit J, Twenty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Credit Suisse |  | Adjourned |
|  | Sharaine Hughes |  | Adjourned |

## Exhibit K, Thirty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 7176, 3/30/09 | Adjourned |
|  | Douglas Huston |  | Adjourned |
|  | David Michaud |  | Adjourned |

## Exhibit L, Thirty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | State of Hawaii | 7341, 4/30/09 | Adjourned |

## Exhibit M, Thirty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | EMC | 7466, 5/29/09 | Adjourned |

## Exhibit N, Forty-First Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Los Angeles County Treasurer and Tax Collector | 7985, 8/28/09 | Adjourned |

## Exhibit O, Forty-Fourth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Washington Mutual Mortgage Securities Corporation | 8258, 11/6/09 | Adjourned |
| | U.S. Bank National Association | | Adjourned |
| | Bank of America, N.A. | | Adjourned |
| | CitiMortgage Inc. | | Adjourned |
| | Impac Funding Corporation | Informal Response | Resolved pending agreement on form of order |
| | Merrill Lynch Mortgage Lending | | Adjourned |
| | Aurora Loan Services LLC | | Adjourned |

## Exhibit P, Fifty-Third Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | City of Portland Oregon | 8716, 3/25/10 | Adjourned |

## Exhibit Q, Fifty-Ninth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Assured Guaranty Corp. | | Adjourned |

## Exhibit R, Sixty-Second Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Ritz Carlton | 9191, 9/2/10 | Adjourned |

YCST01:10765432.2 066585.1001

### Exhibit S, Sixty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | New York City Department of Finance |  | Adjourned |

### Exhibit T, Sixty-Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DB Structured Products, Inc. | 9516, 11/15/10 | Adjourned |
|  | Bank of New York | Informal | Resolved |

### Exhibit U, Sixty-Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Banc of America Leasing & Capital, LLC | 9535, 12/7/10 | Adjourned |

### Exhibit V, Seventy-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Department of Labor |  | Adjourned |

### Exhibit W, Seventy-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | J.P. Morgan Mortgage Acquisition Corp. | Informal | Adjourned |

YCST01:10765432.2                                        066585.1001