# EXHIBIT II

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         : Jointly Administered
       Debtors.                                                          :
                                                                         : Ref. Docket No. ___
------------------------------------------------------------------------ x

### ORDER SUSTAINING PLAN TRUST'S SEVENTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the seventy-fourth omnibus (non-substantive) objection to claims (the "Objection") of Steven D. Sass, as liquidating trustee (the " Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors"), by which the Plan Trustee respectfully requests the entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified on

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

Exhibits A, B, C and D attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A, B and C are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit D are hereby reassigned to the New Case Numbers as indicated on Exhibit D; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       April ____, 2011

                                                CHRISTOPHER S. SONTCHI
                                                UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Amended Claim**

**Exhibit A**

**Amended Claim**

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| WESTRIDGE II AND III, L.L.C. (F/K/A WEST PROPERTIES II & III, L.P.) JERRY SHARPE - BELIN LAW FIRM 666 WALNUT STREET SUITE 2000 DES MOINES, IA 50309-3989 | 10161 | 3/31/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$133,747.63 (U)<br>$133,747.63 (T) | 10897 | 1/31/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$133,747.63 (U)<br>$133,747.63 (T) |
| **Totals:** | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$133,747.63 (U)<br>$133,747.63 (T) | | | | - (S)<br>- (A)<br>- (P)<br>$133,747.63 (U)<br>$133,747.63 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Duplicate Claim**

# Exhibit B

## Duplicate Claim

| Name/Address of Claimant | Objectionable Claim | | | Surviving Claim | | |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|---|---|---|---|
| RIDGE MANAGEMENT<br>7200 W 13TH ST<br>SUITE 3<br>WITCHITA, KS 67212 | 10867 | 1/10/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$383,625.00 (U)<br>$383,625.00 (T) | 10840 | 1/3/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$383,625.00 (U)<br>$383,625.00 (T) |
| **Totals:** | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$383,625.00 (U)<br>$383,625.00 (T) | | | | |

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# EXHIBIT C

**Late Filed Claims**

Exhibit C
Late Filed Claim

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| AMERICAN STOCK TRANSFER & TRUST COMPANY<br>59 MAIDEN LANE<br>NEW YORK, NY 10038-4502 | 10890 | 2/4/11 | 07-11047 | - (S)<br>$23,150.00 (A)<br>- (P)<br>- (U)<br>$23,150.00 (T) | 1/5/2011 |
| ART, ETC.<br>ATTN: CATHERINE STACY<br>412 NW COUCH ST, SUITE 204<br>PORTLAND, OR 97209 | 10864 | 1/10/11 | No Case | - (S)<br>- (A)<br>$2,310.00 (P)<br>- (U)<br>$2,310.00 (T) | 2/4/2008 |
| BOYLE, BEVERLY<br>32 HEMLOCK DRIVE<br>PARLIN, NJ 08859 | 10894 | 2/4/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$245.83 (U)<br>$245.83 (T) | 1/11/2008 |
| BRUNS, SARA L.<br>9404 CROWNSPOINT CIR<br>AUSTIN, TX 78748 | 10896 | 2/4/11 | 07-11047 | - (S)<br>$3,461.00 (A)<br>- (P)<br>- (U)<br>$3,461.00 (T) | 1/5/2011 |
| DBT APPRAISALS, INC.<br>425 WAKE ROBIN DRIVE<br>COCKEYSVILLE, MD 21030 | 10869 | 1/12/11 | 07-11047 | - (S)<br>$425.00 (A)<br>- (P)<br>- (U)<br>$425.00 (T) | 1/5/2011 |
| FOLSOM PARKSHORE SELF STORAGE<br>185 PARKSHORE DRIVE<br>FOLSOM, CA 95630 | 10831 | 12/13/10 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$4,770.00 (U)<br>$4,770.00 (T) | 1/11/2008 |
| FOUR WINDS DEVELOPMENT COMPANY<br>920 WALNUT STREET<br>LANSDALE, PA 19446 | 10868 | 1/12/11 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | 1/11/2008 |

— Objectionable Claim —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| LEU & OKUDA ATTORNEYS AT LAW<br>THE MERCHANT HOUSE<br>222 MERCHANT STREET, MAIN FLOOR<br>HONOLULU, HI 96813 | 10830 | 12/6/10 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,258.48 (U)<br>$1,258.48 (T) | 1/11/2008 |
| NATIONAL TAX VERIFICATION<br>1700 N DIXIE HIGHWAY<br>SUITE 151<br>BOCA RATON, FL 33432 | 10892 | 2/4/11 | 07-11047 | Unspecified* | 1/11/2008 |
| NATIONAL VERIFICATION SERVICE<br>1700 N. DIXIE HIGHWAY<br>SUITE 151<br>BOCA RATON, FL 33432 | 10893 | 2/4/11 | 07-11047 | Unspecified* | 1/11/2008 |
| OSHTEMO CHARTER TOWNSHIP<br>C/O JAMES W. PORTER, TOWNSHIP ATTY<br>7275 W. MAIN STREET<br>KALAMAZOO, MI 49009 | 10899 | 2/7/11 | 07-11047 | $348.01 (S)<br>- (A)<br>$348.01 (P)<br>- (U)<br>$348.01 (T) | 2/4/2008 |
| PEI YUN SHEN<br>691 3RD AVENUE<br>SAN FRANCISCO, CA 94118 | 10898 | 2/7/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$14,000.00 (U)<br>$14,000.00 (T) | 1/11/2008 |
| PLACER COUNTY TAX COLLECTOR<br>PLACER COUNTY TAX COLLECTORS OFFICE<br>2976 RICHARDSON DR<br>AUBURN, CA 95603 | 10874 | 1/12/11 | 07-11047 | - (S)<br>$6,098.23 (A)<br>- (P)<br>- (U)<br>$6,098.23 (T) | 1/5/2011 |
| REO ASSET SERVICES, LLC<br>ATTN: THOMAS BLANCHARD<br>7945 W. SAHARA AVE<br>SUITE 106<br>LAS VEGAS, NV 89117 | 10891 | 2/4/11 | 07-11047 | - (S)<br>$2,603.12 (A)<br>- (P)<br>- (U)<br>$2,603.12 (T) | 1/5/2011 |
| S&S APPRAISAL SERVICES<br>RESIDENTIAL REAL ESTATE APPRAISERS AND<br>CONSULTANTS<br>610 WATERFALL LN.<br>ELGIN, IL 60124 | 10873 | 1/10/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,950.00 (U)<br>$1,950.00 (T) | 1/5/2011 |
| URBANO, JAVIER<br>6869 GLENROY STREET<br>SAN DIEGO, CA 92120 | 10872 | 1/10/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$2,975.00 (U)<br>$2,975.00 (T) | 1/5/2011 |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| WALDRON, TERRENCE<br>10423 S OAKLEY<br>CHICAGO, IL 60643 | 10895 | 2/4/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$5,405.00 (U)<br>$5,405.00 (T) | 1/11/2008 |
| YELLW BOOK SALES & DIST.<br>SLATER, TENAGLIA, FRITZ & HUNT, P.A.<br>301 THIRD STREET<br>OCEAN CITY, NJ 08226 | 10789 | 7/9/10 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$18,841.00 (U)<br>$18,841.00 (T) | 1/11/2008 |

Totals: 18 Claims

$348.01 (S)
$35,737.35 (A)
$2,658.01 (P)
$74,445.31 (U)
$112,840.67 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Wrong Debtor Claims**

# Exhibit D

## Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | New Case Number |
|---|---|---|---|---|---|
| | | | | | Case Number |
| CITY OF PORTLAND (OREGON)<br>CITY ATTORNEY'S OFFICE<br>ATTN DEPUT CITY ATTORNEY LINDA LAW<br>1221 SW 4TH AVENUE, RM 430<br>PORTLAND, OR 97204 | 9720 | 1/18/08 | 07-11047 | - (S)<br>- (A)<br>$2,039.37 (P)<br>$1,649.32 (U)<br>$3,688.69 (T) | 07-11051 |
| COMPTROLLER OF MARYLAND<br>COMPLIANCE DIVISION<br>301 WEST PRESTON STREET ROOM 410<br>BALTIMORE, MD 21201-2383 | 1392 | 9/27/07 | 07-11047 | - (S)<br>- (A)<br>$682.00 (P)<br>$60.00 (U)<br>$742.00 (T) | 07-11051 |
| Totals: | 2 Claims | | | - (S)<br>- (A)<br>$2,721.37 (P)<br>$1,709.32 (U)<br>$4,430.69 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.