066585.1001

# EXHIBIT II

Proposed Order

YCST01: 10842553.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                           :
                                                             : Jointly Administered
    Debtors.                                                 :
                                                             : Ref. Docket No. _____
------------------------------------------------------------ x

ORDER SUSTAINING PLAN TRUST'S SEVENTY-FIFTH
OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the seventy-fifth omnibus (substantive) objection to claims (the "Objection") of Steven D. Sass, as liquidating trustee (the " Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors"), by which the Plan Trustee respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing in full or modifying, reclassifying and/or reassigning such Disputed Claims[2] identified on Exhibits A, B

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

and C attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit A are hereby disallowed in their entirety; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit B is hereby reclassified to the priority level indicated in the column titled "Modified Amount" in Exhibit B and reassigned to the new case number as indicated in Exhibit B; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit C, is hereby (i) modified to the dollar value under the column titled "Modified Amount" in Exhibit C; (ii) reclassified to the priority level indicated in the column titled "Modified Amount" in Exhibit C; and (iii) reassigned to the new case number as indicated in Exhibit C; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       April ___, 2011

                                        CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**No Liability Claims**

## Exhibit A

## No Liability Claims

| | Objectionable Claim | | | | |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
| FORMER EMPLOYEES<br>750 SHIPYARD DR STE 100<br>WILMINGTON, DE 198015161 | 8950 | 1/11/08 | 07-11052 | Unspecified* | Claim alleges failure to pay wages to loan officers. This debtor entity did not employ loan officers. Similar claims filed by same parties remain against the appropriate debtor entities. |
| IMPERIAL COUNTY TAX COLLECTOR<br>940 WEST MAIN STREET  # 106<br>EL CENTRO, CA 92243 | 10810 | 10/18/10 | 07-11050 | - (S)<br>$673.05 (A)<br>- (P)<br>- (U)<br>$673.05 (T) | Claim relates to 2008 unsecured property taxes for two real estate parcels. Parcel 990-046-586-000 was sold to Fannie Mae on 12/19/07 and the Debtors did not have an interest in the property for the claimed tax year. Parcel 991-044-843-100 was sold on 3/17/09 and all outstanding taxes were paid as of the sale date. |
| VENTURA COUNTY TAX COLLECTOR<br>MARY BARNES, DEPUTY TAX COLLECTOR<br>BANKRUPTCY DEPARTMENT<br>800 SOUTH VICTORIA AVENUE<br>VENTURA, CA 93009-1290 | 10871 | 1/12/11 | 07-11050 | - (S)<br>$33.88 (A)<br>- (P)<br>- (U)<br>$33.88 (T) | The claimed amount is duplicative as it is already included in claim 10865. |
| WAGNER, BARBARA L.<br>6196 FOXVIEW AVE NW<br>CANTON, OH 44718 | 10888 | 2/4/11 | No Case | - (S)<br>- (A)<br>$972.00 (P)<br>$972.00 (U)<br>$972.00 (T) | The claimed amount is for unused vacation time which has already been claimed by claim no. 192 filed by this same claimant. Claim 192 was addressed by the Debtors' 19th omnibus objection to claims [Docket No. 6009] and fixed by an order of the court. [Docket No. 6462 - see exhibit F]. As a result, the Debtors have no liability on account of this claim. |
| WAGNER, BARBARA L.<br>6196 FOXVIEW AVE NW<br>CANTON, OH 44718 | 10889 | 2/4/11 | No Case | - (S)<br>- (A)<br>$756.00 (P)<br>$756.00 (U)<br>$756.00 (T) | The claimed amount is for unused sick & personal time that was already claimed by claim no. 193 filed by this same claimant. Claim 193 was addressed by the Debtors' 15th omnibus objection to claims [Docket No. 5447] and expunged by an order of the court [Docket No. 6127 - see exhibit A]. As a result, the Debtors have no liability on account of this claim. |

Case 07-11047-CSS    Doc 9818-2    Filed 03/07/11    Page 6 of 10

—— Objectionable Claim ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | | 5 Claims | | - (S)<br>$706.93 (A)<br>$1,728.00 (P)<br>$1,728.00 (U)<br>$2,434.93 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

<mark>Printed on 3/4/2011 at 1:52:11PM</mark>

Page 2 of 2

# EXHIBIT B

**Reclassified Wrong Debtor Claim**

# Exhibit B

## Reclassified Wrong Debtor Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| GARRISON, MICHAEL W. TTEE<br>GARRISON GROUP LTD PSP<br>1887 LEMON GROVE ST<br>HENDERSON, NV 89052 | 4333 | 12/3/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$7,500.00 (U)<br>$7,500.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$7,500.00 (U)<br>$7,500.00 (T) | Claimant did not specify a classification or applicable debtor on their proof of claim. Claim relates to purported amounts due on account of the fact claimant purchased shares in AHM Corp. and is not entitled to priority status under the Bankruptcy Code. In addition, this claim should be assigned to AHM Corp. (Case No. 07-11051). |

**Totals:** 1 Claim

- (S)
- (A)
- (P)
$7,500.00 (U)
$7,500.00 (T)

- (S)
- (A)
- (P)
$7,500.00 (U)
$7,500.00 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Modified Amount Reclassified Wrong Debtor Claim**

# Exhibit C

## Modified Amount Wrong Debtor Claim

| Name/Address of Claimant | Objectionable Claim | | | | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | | |
| CASE, SAMUEL A<br>419 SPINNAKER LANE<br>FORT COLLINS, CO 80525 | 4789 | 12/7/07 | No Case | - (S)<br>- (A)<br>$11,150.00 (P)<br>- (U)<br>$11,150.00 (T) | 07-11051 | - (S)<br>- (A)<br>$3,900.00 (P)<br>$5,050.00 (U)<br>$8,950.00 (T) | Claimant asserted an amount that was higher than the liability reflected pursuant to the Debtors' books records. During subsequent communications, the parties have agreed that the claim should be modified and reduced to $8,950 in total, $3900 of which is entitled to priority status. In addition, the claimant failed to identify a debtor entity against which the claim is asserted. The claim should be assigned to AHM Corp. (Case No. 07-11051). |
| **Totals:** | **1 Claim** | | | - (S)<br>- (A)<br>$11,150.00 (P)<br>- (U)<br>$11,150.00 (T) | | - (S)<br>- (A)<br>$3,900.00 (P)<br>$5,050.00 (U)<br>$8,950.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.