# EXHIBIT A

**Amended Claims**

## Exhibit A
## Amended Claims

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| UBS REAL ESTATE SECURITIES INC.<br>ATTN CHRISTOPHER G. SCHMIDT, DIRECTOR<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | 8925 | 1/11/08 | 07-11051 | $8,498,893.06 (S)<br>- (A)<br>- (P)<br>- (U)<br>$8,498,893.06 (T) | 10736 | 10/14/09 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$8,045,510.00 (U)<br>$8,045,510.00 (T) |
| UBS REAL ESTATE SECURITIES INC.<br>1285 AVE OF THE AMERICAS<br>NEW YORK, NY 10019 | 10736 | 10/14/09 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$8,045,510.00 (U)<br>$8,045,510.00 (T) | 10788 | 6/24/10 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$7,758,715.38 (U)<br>$7,758,715.38 (T) |
| VENTURA COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>800 SOUTH VICTORIA AVENUE<br>VENTURA, CA 93009-1290 | 10863 | 1/10/11 | 07-11050 | - (S)<br>$33.88 (A)<br>- (P)<br>- (U)<br>$33.88 (T) | 10865 | 1/10/11 | 07-11050 | - (S)<br>$4,646.03 (A)<br>- (P)<br>- (U)<br>$4,646.03 (T) |
| Totals: | 3 Claims | | | $8,498,893.06 (S)<br>$33.88 (A)<br>- (P)<br>$8,045,510.00 (U)<br>$16,544,436.94 (T) | | | | - (S)<br>$4,646.03 (A)<br>- (P)<br>$15,804,225.38 (U)<br>$15,808,871.41 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.