# EXHIBIT B

**Duplicate Claim**

**Exhibit B**

**Duplicate Claim**

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| TOWN OF HAMPTON<br>100 WINNACUNNET ROAD<br>HAMPTON, NH 03842 | 10828 | 12/13/10 | 07-11047 | $7,539.30 (S)<br>- (A)<br>$7,539.30 (P)<br>- (U)<br>$7,539.30 (T) | 10818 | 12/13/10 | 07-11047 | $7,539.30 (S)<br>- (A)<br>$7,539.30 (P)<br>- (U)<br>$7,539.30 (T) |
| Totals: | 1 Claim | | | $7,539.30 (S)<br>- (A)<br>$7,539.30 (P)<br>- (U)<br>$7,539.30 (T) | | | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.