# EXHIBIT C

**Late Filed Claim**

# Exhibit C

## Late Filed Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| BRITTON, PATRICIA<br>PO BOX 130<br>CROMPOND, NY 10517 | 10825 | 12/20/10 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$6,490.58 (U)<br>$6,490.58 (T) | 1/11/2008 |
| **Totals:** | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$6,490.58 (U)<br>$6,490.58 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.