# EXHIBIT D

**Wrong Debtor Claim**


# Exhibit D

## Wrong Debtor Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | New Case Number |
|---|---|---|---|---|---|
| | | | | | Case Number |
| RITZ-CARLTON HOTEL COMPANY, LLC, THE<br>ANDRONIKI ALAHOUZOS, COLLECTIONS<br>MARRIOTT DRIVE, DEPT. 52/923.21<br>WASHINGTON, DC 20058 | 1771 | 10/25/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$30,521.08 (U)<br>$30,521.08 (T) | 07-11051 |

**Objectionable Claims**

Totals: 1 Claim
- (S)
- (A)
- (P)
$30,521.08 (U)
$30,521.08 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.