# EXHIBIT A

**Modified Amount Claims**

# Exhibit A

## Modified Claims

| Name/Address of Claimant | Objectionable Claim | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| NOMURA CREDIT & CAPITAL, INC. ATTN MARK BROWN PRESIDENT 2 WORLD FINANCIAL CTR BUILDING B NEW YORK, NY 10281 | 9038 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$358,101,415.40 (U)<br>$358,101,415.40 (T) | - (S)<br>- (A)<br>- (P)<br>$10,726,904.00 (U)<br>$10,726,904.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| UBS REAL ESTATE SECURITIES INC. 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019 | 10788 | 6/24/10 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$7,758,715.38 (U)<br>$7,758,715.38 (T) | - (S)<br>- (A)<br>- (P)<br>$2,563,594.00 (U)<br>$2,563,594.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| WILMINGTON TRUST COMPANY, AS TRUSTEE FOR MSM 2007-14AR, C/O DORRI COSTELLO RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON, DE 19801 | 10643 | 1/15/09 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$1,522,652.00 (U)<br>$1,522,652.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| WILMINGTON TRUST COMPANY, AS TRUSTEE FOR MSM 2007-15AR, C/O DORRI COSTELLO RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON, DE 19801 | 10644 | 1/15/09 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$1,136,973.00 (U)<br>$1,136,973.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| **Totals:** | **4 Claims** | | | - (S)<br>- (A)<br>- (P)<br>$365,860,130.78 (U)<br>$365,860,130.78 (T) | - (S)<br>- (A)<br>- (P)<br>$15,950,123.00 (U)<br>$15,950,123.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed