# EXHIBIT B

**No Liability Claims**

## Exhibit B
## No Liability Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BLEDSOE COUNTY TAX COLLECTOR<br>BLEDSOE CO TAX OFC<br>BOX 335<br>PIKEVILLE, TN 37367 | 10819 | 12/13/10 | No Case | Unspecified* | Claim relates to 2009 real estate taxes for a property. Debtors have no interest in this property. Non Debtor AHMSI is servicing this loan for OOMC. AHMSI is a non debtor as the sale of AHMSI was finalized in April 2008. |
| BLEDSOE COUNTY TAX COLLECTOR<br>BLEDSOE CO TAX OFC<br>BOX 335<br>PIKEVILLE, TN 37367 | 10820 | 12/13/10 | No Case | $119.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$119.00 (T) | Claim relates to 2010 real estate taxes for a property. Debtors have no interest in this property. Non Debtor AHMSI is servicing this loan for OOMC. AHMSI is a non debtor as the sale of AHMSI was finalized in April 2008. |
| BLEDSOE COUNTY TAX COLLECTOR<br>BLEDSOE CO TAX OFC<br>BOX 335<br>PIKEVILLE, TN 37367 | 10821 | 12/13/10 | No Case | $622.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$622.00 (T) | Claim relates to 2010 real estate taxes for a property. Debtors have no interest in this property. Non Debtor AHMSI is servicing this loan for another lender. AHMSI is a non debtor as the sale of AHMSI was finalized in April 2008. |
| CULLER, MICHEAL<br>MICHEAL CULLER APPRAISAL<br>3441 YORK ROAD<br>WINSTON-SALEM, NC 27104 | 10857 | 1/5/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | The invoice attached to the POC is for Ideal Mortgage which is not affiliated with the Debtor. |
| HENDRICKS COUNTY TREASURER<br>355 S. WASHINGTON STREET # 215<br>DANVILLE, IN 46122 | 10855 | 1/3/11 | 07-11047 | - (S)<br>- (A)<br>$299.40 (P)<br>$299.40 (U)<br>$299.40 (T) | Claim relates to 2007 and 2008 personal property taxes. The 2007 taxes have already been acepted (reduced and reclassed by court order) in claim 10732. No nexus for 2008 taxes as the lease was rejected pursuant to a court order granting the Debtors' 4th omnibus motion to reject unexpired leases, effective 9/30/07. |
| HILLSBOROUGH COUNTY TAX COLLECTOR<br>DOUG BELDEN<br>PO BOX 172920<br>601 E KENNEDY BLVD 14TH FLOOR<br>TAMPA, FL 33672-2920 | 10829 | 12/28/10 | 07-11047 | $3,180.35 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,180.35 (T) | Claim relates to 2010 real estate taxes for a property. Debtors have no interest in this property. AHMSI is servicing the loan for AHMIT 2006-3. AHMSI is a non debtor as the sale of AHMSI was finalized in April 2008. |
| MITEL TECHNOLOGIES INC<br>F/K/A INTER TEL TECHNOLOGIES INC<br>ATTN: NATHAN GRANADOS<br>7300 W BOSTON STREET<br>CHANDLER, AZ 85226 | 10866 | 1/10/11 | 07-11047 | - (S)<br>$1,223.22 (A)<br>- (P)<br>- (U)<br>$1,223.22 (T) | The service was provided to CT Networks which is not affiliated with the Debtor. |

── Objectionable Claim ──

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| TOWN OF HAMPTON<br>100 WINNACUNNET ROAD<br>HAMPTON, NH 03842 | 10818 | 12/13/10 | 07-11047 | $7,539.30 (S)<br>- (A)<br>$7,539.30 (P)<br>- (U)<br>$7,539.30 (T) | Claim relates to 2009/2010 real estate for a property that was foreclosed on by AHMSI on 9/2/2008. Debtors have no interest in the property. The owner of the property as of the foreclosure date is AHMSI. AHMSI is a non debtor as the sale of AHMSI was finalized in April 2008. |
| Totals: | 8 Claims | | | $11,460.65 (S)<br>$1,223.22 (A)<br>$7,838.70 (P)<br>$699.40 (U)<br>$13,383.27 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.