**SIGN - IN - SHEET**

**CASE NAME:** AHM
**CASE NO:** 07-11047 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 3/9/11 AT 3:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lia Brooks | Patterson Belnap Webb & Tyler | Ambac Assurance Corp |
| Mark Indelicato *telephonic | Hahn & Hessen | Official Committee of Unsecured Creditors |
| Eileen Wanerka | American Home Mortgage | Eileen Wanerka |
| Scott Martinez | Zolfo Cooper | American Home Mortgage |
| Christopher Jarvinen | Hahn Hessen LLP | Plan Trustee |
| Margaret W Greecher | UCST | " |
| Sean Beach | " | " |
| Michael Neiburg | " | " |
| Ed Schnitzer | Hahn & Hessen | " |
| Chris Loizides | Loizides PA | Laura Deal |
| Stuart Brown | Edwards Angel Palmer & Dodge | Bank of America / Countrywide |
| Barry M Klayman | Cozen O'Connor | Tried Guaranty Ins Co |
| Mark Minuti | Saul Ewing LLP | Certain Securitization Trusts |
| R. Stephen McNeill | Potter Anderson | Bank of America |
| Cory Falgowski | Reed Smith | Freddie Mac |