IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 : Jointly Administered
        Debtors.                                                 :
                                                                 : Ref. Docket No. 9632
                                                                 :
---------------------------------------------------------------- x

### ORDER DENYING MOTION OF LAURA BEALL FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM

Upon consideration of the *Motion of Laura Beall for Allowance and Payment of Administrative Claim* [Docket No. 9632] (the "Motion") and related pleadings; and it appearing that the Court has jurisdiction in this matter; and it appearing that notice of the Motion as set forth therein is sufficient, and that no other or further notice need be provided; and after due deliberation; it is hereby

ORDERED that the Motion is denied with prejudice.

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: March 9, 2011
       Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.