# EXHIBIT A

**Modified Amount Claims**

Exhibit A

Modified Amount Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| EMC MORTGAGE CORPORATION<br>ATTN GERALD J RUSSELLO<br>C/O BEAR STEARNS & CO. INC.<br>320 PARK AVENUE<br>NEW YORK, NY 10022 | 9023 | 1/11/08 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$20,803,600.00 (U)<br>$20,803,600.00 (T) | - (S)<br>- (A)<br>- (P)<br>$14,386,005.00 (U)<br>$14,386,005.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| EMC MORTGAGE CORPORATION<br>ATTN GERALD J RUSSELLO<br>C/O BEAR STEARNS & CO. INC.<br>320 PARK AVENUE<br>NEW YORK, NY 10022 | 9024 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$40,090,100.00 (U)<br>$40,090,100.00 (T) | - (S)<br>- (A)<br>- (P)<br>$14,386,005.00 (U)<br>$14,386,005.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| EMC MORTGAGE CORPORATION<br>ATTN GERALD J RUSSELLO<br>C/O BEAR STEARNS & CO. INC.<br>320 PARK AVENUE<br>NEW YORK, NY 10022 | 9025 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$16,169,300.00 (U)<br>$16,169,300.00 (T) | - (S)<br>- (A)<br>- (P)<br>$14,386,005.00 (U)<br>$14,386,005.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| HSBC BANK USA, NATIONAL ASSOCIATION<br>ATTN THOMAS L NOLAN VICE PRESIDENT<br>8 EAST 40TH STREET 3RD FLOOR<br>NEW YORK, NY 10016 | 9037 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$11,136,188.87 (U)<br>$11,136,188.87 (T) | - (S)<br>- (A)<br>- (P)<br>$3,717,953.00 (U)<br>$3,717,953.00 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| RESIDENTIAL FUNDING COMPANY, LLC<br>C/O RICHARD D. BALLOT<br>GMAC RESCAP<br>465 SOUTH STREET, SUITE 202<br>MORRISTOWN, NJ 07960 | 8447 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$5,162,467.62 (U)<br>$5,162,467.52 (T) | - (S)<br>- (A)<br>- (P)<br>$37,327.15 (U)<br>$37,327.15 (T) | Claim asserts only EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan. However, the applicable Debtor has no liability as the claimant's agreements are with debtors, American Home Mortgage Corp. and AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), against whom claimant has already asserted claims via proofs of claim numbered 9233, 9234 and 9235. Accordingly, this Debtor has no liability with respect to the EPD/Breach Claims portion of this claim and it should be modified and reduced to $37,327.15, which is the amount owed to claimant for associated legal fees as permitted under the applicable agreements. |