IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., a Delaware | ) | Case No. 07-11047 (CSS) |
| Corporation, et al.[1] | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**FINAL FEE EXAMINER REPORT LETTER REGARDING THE FINAL FEE APPLICATION OF COHN, GOLDBERG & DEUTSCH, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS ORDINARY COURSE PROFESSIONAL TO THE DEBTORS FOR THE PERIOD FROM AUGUST 6, 2007 THROUGH APRIL 11, 2008**

On April 1, 2009, the Court approved an Administrative Order appointing M. Jacob Renick as Fee Examiner ("Fee Examiner") and establishing procedures for the interim compensation and reimbursement of expenses of professionals pursuant to sections 331 and 105(a) of the Bankruptcy Code. As specifically detailed by the Court, the fee applications subject to review by Fee Examiner are all fee applications, including final fee applications ("Final Fee Applications").

The subject of this review is the Final Fee Application submitted by Cohn, Goldberg & Deutsch, LLC ("Applicant") requesting compensation of services and reimbursement of expenses incurred in its representation as Ordinary Course Professional to the Debtors during the period August 6, 2007 through April 11, 2008. Applicant is seeking allowance of a total $276,775.00 of fees and $431,552.46 of expenses.

During the course of Fee Examiner's reviews and examinations, Applicant provided sufficient explanations and documentation to support the entries questioned by Fee Examiner. Accordingly, Fee Examiner recommends the Court's approval of Applicant's request for the allowance of a total $276,775.00 of fees and $431,552.46 of expenses.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 10, 2011 |  |
|  | *s/M. Jacob Renick* |
|  | M. Jacob Renick, CPA, CIRA, CFE |
|  | Fee Examiner |

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

1