IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., a Delaware | ) | Case No. 07-11047 (CSS) |
| Corporation, et al.[1] | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**FINAL FEE EXAMINER REPORT LETTER REGARDING THE FINAL FEE APPLI-
CATION OF CADWALADER, WICKERSHAM & TAFT LLP FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF
EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSES-
SION FOR THE PERIOD AUGUST 6, 2007 THROUGH OCTOBER 31, 2010**

On April 1, 2009, the Court approved an Administrative Order appointing M. Jacob Renick as
Fee Examiner ("Fee Examiner") and establishing procedures for the interim compensation and
reimbursement of expenses of professionals pursuant to sections 331 and 105(a) of the Bank-
ruptcy Code.  As specifically detailed by the Court, the fee applications subject to review by Fee
Examiner are all fee applications, including final fee applications ("Final Fee Applications").

The subject of this review is the Final Fee Application submitted by Cadwalader, Wickersham &
Taft LLP ("Applicant") requesting compensation of services and reimbursement of expenses in-
curred in its representation as Special Counsel to the Debtors and Debtors in Possession during
the period of August 6, 2007 through December 31, 2010 ("Subject Period").  Applicant's fees
and expenses during the Subject Period total $9,759,936.00 and $1,366,966.88, respectively.

During the course of Fee Examiner's reviews and examinations, Applicant and Fee Examiner
agreed to discount Applicant's fees and expenses in an amount equal to $66,488.00.  In addition,
Applicant and Steven D. Sass, as Plan Trustee of the American Home Mortgage Plan Trust,
agreed to an additional discount of Applicant's fees and expenses in an amount equal to
$1,700,000.00, which Fee Examiner agrees with.  Both discounts are included in Applicant's
calculations of fees and expenses in its Final Fee Application, as is a prior reduction of fees and
expenses totaling $5,849.40.  Accordingly, Applicant is seeking the allowance of $7,999,809.00
of fees and $1,354,756.48 of expenses, which Fee Examiner recommends the Court approve.

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage In-
vestment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American
Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great
Oak Abstract Corp.

2

Respectfully submitted,

Dated: March 15, 2011

  */s/M. Jacob Renick*
M. Jacob Renick, CPA, CIRA, CFE
Fee Examiner