**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., a Delaware | ) | Case No. 07-11047 (CSS) |
| Corporation, et al.[1] | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**FINAL FEE EXAMINER REPORT LETTER REGARDING THE FINAL FEE APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD AUGUST 6, 2007 THROUGH NOVEMBER 30, 2010**

On April 1, 2009, the Court approved an Administrative Order appointing M. Jacob Renick as Fee Examiner ("Fee Examiner") and establishing procedures for the interim compensation and reimbursement of expenses of professionals pursuant to sections 331 and 105(a) of the Bankruptcy Code. As specifically detailed by the Court, the fee applications subject to review by Fee Examiner are all fee applications, including final fee applications ("Final Fee Applications").

The subject of this review is the Final Fee Application submitted by Young Conaway Stargatt & Taylor, LLP ("Applicant") requesting compensation of services and reimbursement of expenses incurred in its representation as Counsel to the Debtors and Debtors in Possession during the period of August 6, 2007 through November 30, 2010. Applicant is seeking allowance of a total $19,879,693.50 of fees and $1,966,669.74 of expenses.

During the course of Fee Examiner's reviews and examinations, Applicant and Fee Examiner agreed to reduce Applicant's final fee amount by $75,000.00 in order to resolve all objections raised by Fee Examiner. Accordingly, Fee Examiner recommends the Court's approval of Applicant's request for the allowance of $19,804,693.50 of fees and $1,966,669.74 of expenses, which Applicant has agreed to reflect in its order that will be submitted to the Court.

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

1

2

Dated: March 15, 2011

Respectfully submitted,

**/s/ M. Jacob Renick**
M. Jacob Renick, CPA, CIRA, CFE
Fee Examiner