# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                  :
                                                                    :   Jointly Administered
        Debtors.                                                    :
                                                                    :   **Ref. Docket Nos.: 8174, 8299 & 9769**
------------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL SUBMITTING CONSENT ORDER SUSTAINING IN PART THE DEBTORS' FORTY-FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan")[1] in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1.  On October 13, 2009, the Debtors filed the Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 8174] (the "Objection"). By the Objection, the Debtors, *inter alia*, sought to disallow or modify numerous EPD/Breach Claims as set forth more fully in the exhibits to the Objection.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Plan.

2

2. Following the filing of the Objection, the Debtors received several informal and formal responses to the Objection from, among others, holders of EPD/Breach Claims. Given the complexity of the EPD/Breach Claims and the EPD/Breach Claims Protocol established by the Plan, the Debtors and the holders of these claims consensually agreed to adjourn the Objection as it pertained to their claims to allow additional time in which the parties could analyze the merits of their respective positions and reach a consensual resolution of the matters asserted in the Objection.

3. On November 13, 2009, the Court entered an order [Docket No. 8299] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, proof of claim number 7814 filed by Impac Funding Corporation (the "Impac Claim").

4. On February 7, 2011, the Plan Trustee filed the Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 9769] (the "Re-Notice"). The Impac Claim was identified on Exhibit A to the Re-Notice.

5. Following the filing of the Re-Notice, Impac Funding Corporation ("Impac") informally contacted the undersigned counsel to the Plan Trustee to discuss the matters raised in the Objection (and Re-Notice) as it pertains to the Impac Claim. As a result of those discussions, the Plan Trustee reached an agreement with Impac, pursuant to which the Plan Trustee agreed to submit an order specific to the Impac Claim (the "Impac Order"). A revised proposed form of order (the "Revised Proposed Order") granting the Objection and modifying and reducing the Impac Claim is attached hereto as Exhibit 1.

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

| | |
|---|---|
| Dated: March 16, 2011<br>Wilmington, Delaware | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP<br><br>*/s/ Patrick A. Jackson*<br>Sean M. Beach (No. 4070)<br>Patrick A. Jackson (No. 4976)<br>The Brandywine Building<br>1000 West Street - 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>HAHN & HESSEN LLP<br>Mark S. Indelicato<br>Edward L. Schnitzer<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 478-7200<br>Facsimile: (212) 478-7400<br><br>*Co-Counsel to the Plan Trustee* |

# EXHIBIT 1

**Revised Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | **Ref. Docket No. 8174** |

**ORDER SUSTAINING IN PART DEBTORS' FORTY-FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the forty-fourth omnibus (substantive) claims objection (the "Objection"), by which the Debtors requested the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") modifying or disallowing and expunging in full certain Disputed Claims (as defined in the Objection); and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that the Objection is sustained as set forth herein as to proof of claim number 7814 filed by Impac Funding Corporation (the "Impac Claim"); and it is further

ORDERED that the Impac Claim is hereby allowed as a general unsecured claim in the amount of five million, seven-hundred ten thousand, three-hundred seventy-five dollars ($5,710,375.00); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       March ___, 2011

                                                _____
                                                CHRISTOPHER S. SONTCHI
                                                UNITED STATES BANKRUPTCY JUDGE