IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :  Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                              :
                                                                             :  Jointly Administered
                               Debtors.                                      :
---------------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING**
**SCHEDULING OF OMNIBUS HEARING DATES**

      The undersigned hereby certifies that he has obtained from the Court the omnibus hearing dates set forth on the proposed order attached hereto.

| | |
|---|---|
| Dated: March 16, 2011<br>Wilmington, Delaware | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP<br><br>*/s/ Sean M. Beach*<br>Sean M. Beach (No. 4070)<br>Margaret Whiteman Greecher (No. 4652)<br>The Brandywine Building<br>1000 West Street - 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware  19899<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>HAHN & HESSEN LLP<br>Mark S. Indelicato<br>Edward L. Schnitzer<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 478-7200<br>Facsimile: (212) 478-7400<br><br>*Co-Counsel to the Plan Trustee* |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                              :
                                                                             :   Jointly Administered
                              Debtors.                                       :
---------------------------------------------------------------------------- x

**ORDER SCHEDULING OMNIBUS HEARING DATES**

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

May 11, 2011 at 9:00 a.m. (ET) - Omnibus Hearing and Final Fee Application Hearing. This date replaces May 6, 2011 at 2:00 p.m. (ET)

June 21, 2011 at 11:00 a.m. (ET)

July 19, 2011 at 10:00 a.m. (ET)

August 16, 2011 at 10:00 a.m. (ET)

Dated: March _____, 2011
       Wilmington, Delaware

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE