IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :   Jointly Administered
                                   Debtors.                         :
------------------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

May 11, 2011 at 9:00 a.m. (ET) - Omnibus Hearing and Final Fee Application Hearing. This date replaces May 6, 2011 at 2:00 p.m. (ET)

June 21, 2011 at 11:00 a.m. (ET)

July 19, 2011 at 10:00 a.m. (ET)

August 16, 2011 at 10:00 a.m. (ET)

Dated: March 16, 2011
       Wilmington, Delaware

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

YCST01:7856483.8                                                                        066585.1001