IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x   Chapter 11
In re:                                                              :
                                                                    :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :
a Delaware corporation, et al.,[1]                                  :   Jointly Administered
                                                                    :   Obj. Deadline: Previously Expired
       Debtors.                                                     :   Hearing Date: May 11, 2011 at 9:00 a.m. (ET)
                                                                    x
-------------------------------------------------------------------     Ref. Docket Nos.  See Exhibit A

## NOTICE OF HEARING TO CONSIDER FINAL FEE APPLICATIONS

TO:   (A) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (B) THOSE PARTIES WHO HAVE REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002, IN ACCORDANCE WITH DEL. BANKR. L.R. 2002-1(b), AND (C) ALL PROFESSIONALS THAT FILED FINAL FEE APPLICATIONS.

**PLEASE TAKE NOTICE** that professionals listed on Exhibit A (each an "Applicant", and collectively the "Applicants"), have filed final applications for compensation and reimbursement of expenses respectively (collectively the "Fee Applications"). You were previously served with the Fee Applications.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the *Notice of Effective Date* [D.I. 9519], objections to the Fee Applications were to be filed and served by 4:00 p.m. on March 17, 2011 (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE FEE APPLICATIONS WILL BE HELD ON **MAY 11, 2011 AT 9:00 A.M. (ET)**, BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

**PLEASE TAKE FURTHER NOTICE THAT** THE COURT MAY GRANT CERTAIN FEE APPLICATIONS WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 17, 2011  
Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ Sean M. Beach  
Sean M. Beach (No. 4070)  
Margaret Whiteman Greecher (No. 4652)  
Michael S. Neiburg (No. 5275)  
The Brandywine Building  
1000 West Street - 17th Floor  
P.O. Box 391  
Wilmington, Delaware 19899  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP  
Mark S. Indelicato  
Edward L. Schnitzer  
488 Madison Avenue  
New York, New York 10022  
Telephone: (212) 478-7200  
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

EXHIBIT A

| **PROFESSIONALS** |
|---|
| Adorno & Yoss LLP [D.I. 7316] |
| Bifferato LLC [D.I. 8016] <br><br> Bifferato LLC Supplement [D.I. 8106] |
| Gilbert LLP [D.I. 9332] |
| Zuckerman Spaeder LLP [D.I. 9333] |
| Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 9671] |
| Hennigan Dorman LLP (f/k/a Hennigan Bennett & Dorman) [D.I. 9684] |
| BDO USA, LLP [D.I. 9696] |
| Allen & Overy, LLP [D.I. 9699] |
| Alan Weinreb PLLC [D.I. 9700] |
| Traxi, LLC [D.I. 9701] |
| Zeichner Ellman & Krause LLP [D.I. 9703] |
| Robert J. Hopp & Associates, LLC [D.I. 9704] |
| Cohn, Goldberg & Deutsch, LLC [D.I. 9705] |
| Weiner Brodsky Sidman Kider PC [D.I. 9715] |
| PricewaterhouseCoopers LLP [D.I. 9716] |
| Phoenix Capital, Inc. [D.I. 9718] |
| Codilis & Associates, P.C. [D.I. 9719] |
| Young Conaway Stargatt & Taylor, LLP [D.I. 9720] |
| TD Service Company [D.I. 9723] |
| Samuel I. White, P.C. [D.I. 9724] |
| Hahn & Hessen LLP [D.I. 9725] |
| BDO Capital Advisors, LLC (f/k/a Trenwith Securities, LLC) [D.I. 9726] |

| |
|---|
| Cadwalader, Wickersham & Taft LLP [D.I. 9728] |
| Zuckerman Spaeder LLP for Substantial Contribution [D.I. 9729] |
| Pendergast & Associates, P.C. [D.I. 9730] |
| Ferry, Joseph & Pearce, P.A. [D.I. 9733] |
| Blank Rome LLP [D.I. 9734] |
| BDO USA, LLC [D.I. 9735] |
| Northwest Trustee Services, Inc. [D.I. 9736] |
| Receivable Management Services Corporation [D.I. 9739] |
| Daniel C. Consuegra [D.I. 9740] |
| Milestone Advisors LLC [D.I. 9764] |
| Kilpatrick Townsend & Stockton LLP [D.I. 9779] |
| Weltman, Weinberg & Reis Co., L.P.A. [D.I. 9731] |