IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Civil Action No. 07-11047 (CSS)<br><br>Jointly Administered |

**NOTICE OF WITHDRAWAL FROM CASE AND REQUEST
TO STOP ELECTRONIC AND PAPER SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to the Order entered by the Court on December 17, 2010 (D.I. 9574) granting the Motion to Withdraw of the undersigned, electronic and paper copies of pleadings and correspondence should no longer be served upon:

> Stamatios Stamoulis
> Richard C. Weinblatt
> Stamoulis & Weinblatt LLC
> Two Fox Point Centre
> 6 Denny Road, Suite 307
> Wilmington, DE 19809
> stamoulis@swdelaw.com
> weinblatt@swdelaw.com

**PLEASE TAKE FURTHER NOTICE** that the above listed attorneys should be removed from the Court's CM/ECF service list for the above captioned matter.

Dated:  March 18, 2011            /s/ Stamatios Stamoulis
                                                  Stamatios Stamoulis  #4606
                                                      stamoulis@swdelaw.com
                                                  Stamoulis & Weinblatt LLC
                                                  Two Fox Point Centre
                                                  6 Denny Road, Suite 307
                                                  Wilmington, DE 19809
                                                  (302) 999-1540

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Civil Action No. 07-11047 (CSS)<br><br>Jointly Administered |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2011, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

Dated:  March 18, 2011                              /s/ Stamatios Stamoulis_____
                                                                     Stamatios Stamoulis  #4606
                                                                          stamoulis@swdelaw.com
                                                                   Stamoulis & Weinblatt LLC
                                                                   Two Fox Point Centre
                                                                   6 Denny Road, Suite 307
                                                                   Wilmington, DE 19809
                                                                   (302) 999-1540