IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Hearing Time: 5/11/11 @ 9:00 a.m. |
| | ) | |

Re:  D.I. 9729

## NOTICE OF HEARING

To:   Counsel to the Plan Trustee
      United States Trustee

PLEASE TAKE NOTICE that a hearing on the "Application of Zuckerman Spaeder LLP for Allowance of Compensation and Reimbursement of Expenses for Substantial Contribution in These Chapter 11 Cases" will be held on May 11, 2011 at 9:00 a.m. (Eastern Time) before the Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware.

Dated: Wilmington, Delaware
       March 18, 2011                    ZUCKERMAN SPAEDER LLP

                                         _____
                                         Thomas G. Macauley (ID No. 3411)
                                         919 Market Street, Suite 990
                                         Wilmington, DE 19801
                                         Telephone: (302) 427-0400
                                         Facsimile: (302) 427-8242

                                         Attorneys for Tilton Jack, Grace Mullins,
                                         Christopher Bilek and Mary Bilek, Sam Acquisto,
                                         Delena Lamacchia, and Paula Rush

3113644.1

## CERTIFICATE OF SERVICE

I certify that on the 18th day of March 2011, a copy of the foregoing was served by regular first class mail, postage prepaid, on:

Sean M. Beach, Esquire
Margaret Whiteman Greecher, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

_____
Thomas G. Macauley (ID No. 3411)

3113722.1