March 12, 2011

To: Honorable Christopher S. Sontchi

US Bankruptcy Court for District of Delaware

Your Honor:

I am responding in regards to: United States Bankruptcy Court for the District of Delaware, Case number: 07-11047(CSS)  Title: Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1.

My name is Terrence Waldron and I would respectfully request that I receive my money back in the amount of $5,405.00 for Claim number 8319 in regards to : American Home Mortgage Holdings, Inc.  I really need this money for my two daughter's private education.  I thought that this was a secure investment, and now I know otherwise.

Thank you,

Terrence Waldron

10423 S. Oakley Ave.

Chicago, Il. 60643

773-779-6816

https://amtd.gainskeeper.com/gk_menu.aspx

# TD AMERITRADE

View Account | **Tax Reports** | **Export Data** | **Manual Updates** | **Symbol History** | **Check-Up** | **Help**

Unrealized Positions (Summary) for Today [VIEW]    [PRINT]

Click the 'View' button to update the page

## Unrealized Positions for # 787464155          As of: 8/26/2008           Creat

| LONG INVESTMENTS | SHARES | COST/SHARE | ORIG. COST | WS ADJ | MARKET PRICE | MARKET VALUE | SHORT TERM GAIN/LOSS |
|---|---|---|---|---|---|---|---|
| AMERICAN HOME MTGE INVEST C (AHMIQ) | 250 | 21.62 | 5,405.00 | | 0.0250 | 6.25 | |
| REPUBLIC SVCS INC (RSG) | 10 | 31.15 | 311.50 | | 32.62 | 326.20 | |
| RIO VISTA ENERGY PARTNERS L (RVEP) | 50 | 11.48 | 574.00 | | 10.75 | 537.50 | |
| | | Total | 6,290.50 | | | 869.95 | |

2

GAINSKEEPER

**Important Disclaimer:** Intraday data is at least 20-minutes delayed. GainsKeeper and tax lot and performance reporting is offered and conducted by CCH INCORPORATED and is made available by TD AMERITRADE for general reference and education purposes only. TD AMERITRADE is not responsible for the reliability or suitability of the information. TD AMERITRADE does not provide investment advice, investment management or tax advice. You may wish to consult independent sources with respect to tax lot and performance reporting. The GainsKeeper service and the financial information and research, including but not limited to market data, tools, analysis, services and commentary (collectively, "Information") are subject to the GainsKeeper Terms of Usage. Access to and use of the Gainskeeper service and other information is governed by the TD AMERITRADE Terms and Conditions.

TD AMERITRADE does not provide any financial, investment or tax advice and does not recommend or endorse any investment product or strategy. The availability of the Information does not constitute a solicitation or offer to buy or sell any investment product. TD AMERITRADE and its Information providers ("Providers") do not guarantee the accuracy of the information and data provided. Quote information for options that trade on multiple exchanges may not be reflective of trading in all markets. Quote information, either real-time or firm, for OTC Bulletin Board, Pink Sheet and penny stock securities may not be available as these securities trade on a manual basis in markets which may not be electronically linked. Any financial calculators, software or tools may not account for fluctuations in interest rates or other economic conditions and changes. Commentary or analysis regarding the Index or other financial matters is provided by named third parties and may contain forward-looking statements. TD AMERITRADE and its Providers are not responsible for the quality or suitability of this information. All investments involve risk. The past performance of a security, industry, sector, market or financial product does not guarantee future results or returns. Please consult other sources before making any investment decisions. As your agreement for the receipt and use of market data provides, the securities markets and Providers (1) reserve all rights to the market data, tools, analysis, services and commentary that they respectively make available; (2) do not guarantee that data, tools, analysis, services and commentary; and (3) shall not be liable for any loss due either to their negligence or to any cause beyond their reasonable control.

Brokerage services provided exclusively by TD AMERITRADE, Inc. TD AMERITRADE is not responsible for advice, information or management provided by CCH INCORPORATED, or for third party financial or investment information or services, including market data provided by the exchanges. Accounts held with TD AMERITRADE are not directed by TD AMERITRADE. You are responsible for managing your accounts. TD AMERITRADE is not affiliated with CCH INCORPORATED. CCH INCORPORATED is a separate company and is not affiliated with TD AMERITRADE.

TD AMERITRADE and TD AMERITRADE logo are trademarks or registered trademarks of TD AMERITRADE IP Company, Inc. © 2004 TD AMERITRADE IP Company, Inc. All rights reserved. Used with permission.