IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
        Debtors.                                                         :
                                                                         : Ref. No. 9701
------------------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION TO APPLICATION
## RE: DOCKET NO. 9701

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Eighth Interim Monthly Application of Traxi, LLC as Special Litigation Financial Advisor for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period May 1, 2009 through May 31, 2010 (the "Application").  The Court's docket which was last updated March 21, 2011, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than March 17, 2011 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($8,820.00) of requested fees ($11,025.00) and 100% of requested expenses ($76.60) on an interim basis without further Court order.

Dated: March 21, 2011  
       Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ Sean M. Beach  
Sean M. Beach (No. 4070)  
Margaret Whiteman Greecher (No. 4652)  
Michael S. Neiburg (No. 5275)  
The Brandywine Building  
1000 West Street - 17th Floor  
P.O. Box 391  
Wilmington, Delaware 19899  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP  
Mark S. Indelicato  
Edward L. Schnitzer  
488 Madison Avenue  
New York, New York 10022  
Telephone: (212) 478-7200  
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*