IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
          Debtors.                                                     :
                                                                       :   Ref. No. 9720
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 9720

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the Fortieth Monthly Application of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period November 1, 2010 through November 30, 2010 (the "Application"). The Court's docket which was last updated March 21, 2011, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than March 17, 2011 at 4:00 p.m.

YCST01:9082691.7                                                                                      066585.1001

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($414,548.40) of requested fees ($518,185.50) and 100% of requested expenses ($79,932.74) on an interim basis without further Court order.

Dated: Wilmington, Delaware
      March 21, 2011

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Pauline K. Morgan
    Pauline K. Morgan (No. 3650)
    Sean M. Beach (No. 4070)
    Patrick A. Jackson (No. 4976)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801
    Telephone: (302) 571-6600
    Facsimile: (302) 571-1253

    Counsel for Plan Trustee