IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x
In re:                                                  :    Chapter 11
                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                  :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                         :
                                                        :    Jointly Administered
     Debtors.                                           :
------------------------------------------------------------------------x    Ref. Docket Nos. 9816 - 9818

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 7, 2011, I caused to be served the:

   a. "Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated March 7, 2011 [Docket No. 9816], (the "44th Omnibus Re-Notice"),

   b. "Notice of Plan Trust's Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated March 7, 2011 [Docket No. 9817], (the "74th Omnibus Notice"), and

   c. "Notice of Plan Trust's Seventy-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated March 7, 2011 [Docket No. 9818], (the "75th Omnibus Notice"),

   by causing true and correct copies of the:

   i. 44th Omnibus Re-Notice, 74th Omnibus Notice and 75th Omnibus Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii. 44th Omnibus Re-Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

iii. 74th Omnibus Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C, and

iv. 75th Omnibus Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Eleni Kossivas

Sworn to before me this
9th day of March, 2011

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| A.G. EDWARDS & SONS, INC. | ATTN: JONATHAN GRIFFITH 2801 MARKET STREET, 9TH FL, F BLDG. ST. LOUIS MO 63103 |
| AARONSON, GEOFFREY | 100 SE 2ND ST., 27TH FL MIAMI FL 33131 |
| ABBOTT, DEREK | MORRIS NICHOLS ARSHT & TUNNELL 1201 NORTH MARKET STREET P.O. BOX 1347 WILMINGTON DE 19899 |
| ACKERLY, BENJAMIN | HUNTON & WILLIAMS RIVERFRONT PLAZA, EAST TOWER, 951 EAST BYRD STREET RICHMOND VA 23219 |
| ADAMS, KAREN | MERCED COUNTY TAX COLLECTOR 2222 "M" STREET MERCED CA 95340 |
| AELVOET, DAVID | LINEBARDER GOGGAN BLAIR & SAMPSON, LLP 711 NAVARRO, SUITE 300 SAN ANTONIO TX 78205 |
| ALFONSO, ANA | WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ALTER, JONATHAN | BINGHAM MCCUTCHEN ONE STATE STREET HARTFORD CT 06103 |
| ALVAREZ, GIL QUENTIN | 542 MOUNT ARGYLL COURT APOPKA FL 32712 |
| ANTONOFF, RICK | PILLSBURY WINTRHROP SHAW PITTMAN LLP 1540 BROADWAY NEW YORK NY 10036 |
| ARONAUER, JOSEPH | ARONAUER, RE & YUDELL, LLP 444 MADISON AVENUE, 17TH FLOOR NEW YORK NY 10022 |
| ASHMEAD, JOHN | SEWARD & KISSEL ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| ATTANASIO, LEE | SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BANDA, ELIZABETH | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. P.O. BOX 13430 ARLINGTON TX 76094-0430 |
| BARNES, WILLIAM JEFF | 1515 N. FEDERAL HIGHWAY, SUITE 300 BOCA RATON FL 33432 |
| BARRAGATE, BRETT | JONES DAY 901 LAKESIDE AVENUE, NORTH POINT CLEVELAND OH 44114 |
| BARRIE, MICHAEL | SCHNADER HARRISON SEGAL & LEWIS LLP 824 N. MARKET ST., SUITE 1001 WILMINGTON DE 19801 |
| BELMONTE, CHRISTOPHER | SATTERLEE STEPHENS BURKE & BURKE LLP 230 PARK AVENUE NEW YORK NY 10169 |
| BENZA, LOUIS | EMPIRE BLUE CROSS BLUE SHIELD 15 METRO TECH CENTER SOUTH - 6TH FLOOR BROOKLYN NY 11201 |
| BERMAN, STUART | SCHRIFFIN BARROWAY TOPAZ & KESSLER, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 |
| BERZOW, HAROLD | RUSKIN MOSCOU FALTISCHEK EAST TOWER, 15TH FL 1425 REXCORP PLAZA UNIONDALE NY 11556 |
| BIFFERATO, KAREN | CONNOLLY BOVE LODGE & HUTZ LLP THE NEMOURS BUILDING 1007 NORTH ORANGE STREET WILMINGTON DE 19899 |
| BISIGNANI, BRIAN | POST & SCHELL, PC 17 NORTH 2ND STREET, 12TH FLOOR HARRISBURG PA 17101-1601 |
| BODNAR, JOSEPH | LAW OFFICES OF JOSEPH J. BODNAR 1201 ORANGE STREET, STE. 400 WILMINGTON DE 19801 |
| BONIAL, HILARY | BRICE, VANDER LINDEN & WERNICK, P.C. 9441 LBJ FREEWAY, SUITE 350 DALLAS TX 75243 |
| BOONE, J. WILLIAM | ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| BOWDEN, WILLIAM | ASHBY & GEDDES, P.A. 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 WILMINGTON DE 19899 |
| BOYLE, LINDA | TIME WARNER TELECOM INC. 10475 PARK MEADOWS DRIVE, #400 LITTLETON CO 80124 |
| BRAKO, JAMES | TAX COLLECTOR PALM BEACH COUNTY 301 NORTH OLIVE AVENUE, 3RD FLOOR P.O. BOX 3715 WEST PALM BEACH FL 33402-3715 |
| BRAY, GREGORY | MILBANK TWEED HADLEY & MCCLOY, LLP 601 SOUTH FIGUEROA STREET, 30TH FLOOR LOS ANGELES CA 90017 |
| BRESSLER, BARRY | SCHNADER HARRISON SEGAL & LEWIS LLP 1600 MARKET ST., SUITE 3600 PHILADELPHIA PA 19103-7286 |
| BROOKS, LIA | PATTERSON BELKNAP WEBB & TYLER LLP 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| BROUDE, MARK | LATHAM & WATKINS LLP 885 THIRD AVENUE, SUITE 1000 NEW YORK NY 10022 |
| BROWN, CHARLES | ARCHER & GREINER 300 DELAWARE AVENUE, SUITE 1370 WILMINGTON DE 19801 |
| BRUNEL, DEAN | 75 CENTRAL STREET, UNIT ONE SOMERVILLE MA 02143 |

| Claim Name | Address Information |
|---|---|
| BUCK, JULIET | NOMURA CREDIT & CAPITAL, INC. 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281 |
| BUSENKELL, MICHAEL | WOMBLE CARLYLE SANDRIDGE & RICE, PLLC 222 DELAWARE AVENUE, SUITE 1501 WILMINGTON DE 19801 |
| CALOWAY, MARY | BUCHANAN INGERSOLL & ROONEY PC THE BRANDYWINE BUILDING 1000 WEST STREET, SUITE 1410 WILMINGTON DE 19801 |
| CAPITANO, JOHN | KENNEDY COVINGTON LOBDELL & HICKMAN 214 N. TRYON STREET, 47TH FL. CHARLOTTE NC 28202 |
| CARROLL, III, JOHN | COZEN O'CONNOR CHASE MANHATTAN CENTER, SUITE 1400 1201 N. MARKET STREET WILMINGTON DE 19801 |
| CARUSO, PAUL | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN CHICAGO IL 60603 |
| CHAVEZ | 35012 CAMINO CAPISTRANO DANA POINT CA 92624 |
| CHIPMAN, WILLIAM | EDWARDS ANGELL PALMER & DODGE LLP 919 N. MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| CHOW, LING | ASSURED GUARANTY 31 W. 5ND ST. FL 26 NEW YORK NY 10019-6161 |
| CHRISTIANSON, SHAWN | BUCHALTER NEMER P.C. 333 MARKET STREET, 25TH FLOOR SAN FRANCISCO CA 94105-2126 |
| CIOFFI, JOSEPH | DAVIS & GILBERT LLP 1740 BROADWAY NEW YORK NY 10019 |
| CLEMENTE, MATTHEW | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN ST. CHICAGO IL 60603 |
| COHEN, RONALD | SEWARD & KISSEL ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| COLLINS, MARK | RICHARDS, LAYTON & FINGER, P.A. ONE RODNEY SQUARE P.O. BOX 551 WILMINGTON DE 19899 |
| COLSON, ENID | LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP 1100 GLENDON AVENUE, 14TH FLOOR LOS ANGELES CA 90024 |
| CONNERY, NANCY | SCHOEMAN, UPDIKE & KAUFMAN, LLP 60 EAST 42ND ST. NEW YORK NY 10165 |
| CONSTANTINE, KATHERINE | DORSEY & WHITNEY, LLP 50 SOUTH SIXTH STREET, SUITE 1500 MINNEAPOLIS MN 55402 |
| CORNISH, KELLEY | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| COUNIHAN, VICTORIA | GREENBERG TRAURIG THE NEMOURS BUILDING 1007 NORTH ORANGE STREET, SUITE 1200 WILMINGTON DE 19801 |
| COX, MICHAEL | CADILLAC PLACE 3030 W. GRAND BLVD., SUITE 10-200 DETRIOT MI 48202 |
| CROWLEY, LEO | PILLSBURY WINTHROP LLP 1540 BROADWAY NEW YORK NY 10036 |
| CULVER, DONNA | MORRIS, NICHOLS, ARSHT & TUNNELL 1201 N. MARKET STREET P.O. BOX 1347 WILMINGTON DE 19899-1347 |
| CURLING, JULIUS | STATE OF MICHIGAN, DEPARTMENT OF TREASURY 3030 W. GRAND BOULEVARD, SUITE 10-200 CADILLAC PLACE DETROIT MI 48202 |
| CURRIER, ADAM | 258 SPIELMAN HIGHWAY PO BOX 2033 BURLINGTON CT 06013 |
| CURRIER, TERESA | BUCHANAN INGERSOLL & ROONEY P.C. THE BRANDYWINE BUILDING 1000 WEST STREET, SUITE 1410 WILMINGTON DE 19801 |
| D'AGOSTINO, VINCENT | LOWENSTEIN SANDLER PC 65 LIVINGSTON AVENUE ROSELAND NJ 07068-1791 |
| DAVIS, DOUGLAS | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| DEFALAISE, MARY | U.S. DEPARTMENT OF JUSTICE 1100 L ST., NW, ROOM 10002 WASHINGTON DC 20005 |
| DIAMOND, ALLAN | DIAMOND MCCARTHY LLP 909 FANNIN STREET, 15TH FL. TWO HOUSTON CENTER HOUSTON TX 77010 |
| DILLMAN, JOHN | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP PO BOX 3064 HOUSTON TX 77253 |
| DOMINY, ROSA | IKON FINANCIAL SERVICES 1738 BASS ROAD P.O. BOX 13708 MACON GA 31208-3708 |
| DOUGHTY, KRISTI | WHITTINGTON & AULGUR 313 N. DUPONT HWY., SUITE 110 P.O. BOX 617 ODESSA DE 19730 |
| DREBSKY, DENNIS | NIXON PEABODY, LLP 437 MADISON AVENUE NEW YORK NY 10022 |
| ELLENBERG, MARK | CADWALADER, WICKERSHAM & TAFT LLP 1201 F STREET, N.W. WASHINGTON DC 20004 |
| ENGLUND, ALYSSA | ORRICK HERRINGTON & SUTCLIFFE LLP 666 FIFTH AVENUE NEW YORK NY 10103 |
| ETKIN, MICHAEL | LOWENSTEIN SANDLER PC 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |

| Claim Name | Address Information |
|---|---|
| FALGOWSKI, J. CORY | REED SMITH LLP 1201 MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| FALLON, BRETT | MORRIS JAMES LLP 500 DELAWARE AVENUE, SUITE 1500 PO BOX 2306 WILMINGTON DE 19899 |
| FATELL, BONNIE GLANTZ | BLANK ROME LLP 1201 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| FEDERAL DEPOSIT INS. CORP. | 1601 BRYAN STREET DALLAS TX 75201 |
| FEDERAL TRADE COMMISSION | WILLIAM BLUMENTHAL, GENERAL COUNSEL 600 PENNSYLVANIA AVE, NW WASHINGTON DC 20580 |
| FELGER, MARK | COZEN & O'CONNOR 1201 N. MARKET STREET, SUITE 1400 WILMINGTON DE 19801 |
| FERGUSON, MATTHEW | SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10018 |
| FIFE, LORI | WEIL GOTSHAL & MANGES, LLP 767 FIFTH AVENUE NEW YORK NY 10153 |
| FINESTONE, STUART | FINESTONE & MORRIS 3340 PEACHTREE ROAD, NE, SUITE 2540 TOWER PLACE ATLANTA GA 30326 |
| FIVEL, NORMAN | NYS DEPT. OF LAW THE CAPITOL ALBANY NY 12224 |
| FOLDS, J. DAVID | MCKENNA LONG & ALDRIDGE LLP 1900 K. STREET, NW WASHINGTON DC 20006 |
| FREDERICKS, RAY | 1600 PACIFIC HIGHWAY, ROOM 162 SAN DIEGO CA 92101 |
| FUERTES, SUSAN | 14910 ALDINE-WESTFIELD ROAD HOUSTON TX 77032 |
| GARBER, SAMUEL | GENERAL GROWTH MANAGEMENT, INC., 110 N. WACKER CHICAGO IL 60606 |
| GARCIA, FLORA | OFFICE THE TAX COLLECTOR 940 WEST MAIN STREET, SUITE 106 EL CENTRO CA 92243 |
| GAZZO, NICOLE | STEVEN J. BAUM, P.C. 220 NORTHPOINTE PARKWAY, SUITE G AMHERST NY 14228 |
| GLASER, BARRY | STECKBAUER WEINHART JAFFEE, LLP 333 S. HOPE ST., SUITE 3600 LOS ANGELES CA 90071 |
| GOLDMAN, WILLIAM | SIDLEY AUSTIN 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GOLDSTEIN, MARCIA | WEIL GOTSHAL & MANGES, LLP 767 FIFTH AVENUE NEW YORK NY 10153 |
| GORMAN, ERIC | SKADDEN ARPS SLATE MEAGHER & FLOM LLP 155 N. WACKER DRIVE, SUITE 2700 CHICAGO IL 60606 |
| GRACE, THOMAS | LOCKE LIDDELL & SAPP 3400 JPMORGAN CHASE TOWER 600 TRAVIS STREET, SUITE 3400 HOUSTON TX 77002 |
| GREENBERG, ROBERT | FRIEDLANDER, MISLER, SLOAN, KLETZKIN & OCHSMAN, PLLC 1101 SEVENTEENTH STREET, N.W., SUITE 700 WASHINGTON DC 20036-4704 |
| GREER, STEFANIE BIRBROWER | KING & SPALDING LLP 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| GROFF, WHITNEY | MCCALLA RAYMER, LLC 1544 OLD ALABAMA ROAD ROSWELL GA 30076-2102 |
| GUINEY, BRIAN | PATTERSON BELKNAP WEBB & TYLER LLP 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| GULKOWITZ, ARNOLD | DICKSTEIN SHAPIRO 1633 BROADWAY LOWR 2C2 NEW YORK NY 10019 |
| GWYNNE, KURT | REED SMITH LLP 1201 N. MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| HARDY, JAMES | GALAXY ASSOCIATES 1220 ENSENADA AVENUE LAGUNA BEACH CA 92651 |
| HARRINGTON, LEE | NIXON PEABODY, LLP 437 MADISON AVENUE NEW YORK NY 10022 |
| HART, A. MICHELLE | MCCALLA RAYMER, LLC 1544 OLD ALABAMA ROAD ROSWELL GA 30076-2102 |
| HATFIELD, LISA | WITTSTADT & WITTSTADT, P.A. 284 EAST MAIN STREET NEWARK DE 19711 |
| HAYES, PHYLLIS | RMS 307 INTERNATIONAL CIRCLE, SUITE 270 HUNT VALLEY MD 21030 |
| HAZELTINE, WILLIAM | SULLIVAN HAZELTINE ALLINSON LLC 4 EAST 8TH STREET, SUITE 400 WILMINGTON DE 19801 |
| HEALY, PATRICK | WILMINGTON TRUST CO. 1100 NORTH MARKET STREET RODNEY SQUARE NORTH WILMINGTON DE 19801 |
| HEANEY, JAMES | LAW DEBENTURE TRUST COMPANY OF NEW YORK 400 MADISON AVENUE, 4TH FL. NEW YORK NY 10017 |
| HELLAND, MATTHEW | NICHOLS KASTER & ANDERSON 80 SOUTH 8TH STREET, SUITE 4600 MINNEAPOLIS MN 55402 |
| HILLER, ADAM | PINCKNEY, HARRIS & WEIDINGER, LLC 1220 NORTH MARKET STREET, SUITE 950 WILMINGTON DE 19801 |
| HOGAN, DANIEL | THE HOGAN FIRM 1311 DELAWARE AVENUE WILMINGTON DE 19806 |
| HOLDEN, FREDERICK | ORRICK, HERRINGTON & SUTCLIFFE LLP 405 HOWARD STREET SAN FRANCISCO CA 94105 |

| Claim Name | Address Information |
|---|---|
| HOLLEY, RICHARD | SANTORO DRIGGS WALCH KEARNEY HOLLEY & THOMPSON 400 SOUTH FOURTH STREET, 3RD FL LAS VEGAS NV 89101 |
| HOTCHKISS, NANCY | TRAINOR ROBERTSON 980 FULTON AVENUE SACRAMENTO CA 95825 |
| HUGGETT, JAMES | MARGOLIS EDELSTEIN 750 SHIPYARD DRIVE, SUITE 102 WILMINGTON DE 19801 |
| HURFORD, MARK | CAMPBELL & LEVINE, LLC 800 NORTH KING STREET, SUITE 300 WILMINGTON DE 19801 |
| INDELICATO, MARK | HAHN & HESSEN LLP 488 MADISON AVENUE, 14TH AND 15TH FLOOR NEW YORK NY 10022 |
| INTERNAL REVENUE SERVICE | 2970 MARKET STREET PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| ISRAELI, DANIEL | VANTIUM CAPITAL 9 WEST 57TH ST., 37TH FLOOR NEW YORK NY 10019 |
| JOHNSTON, SUSAN POWER | COVINGTON & BURLING LLP THE NEW YORK TIMES BUILD., 620 EIGHTH AVENUE NEW YORK NY 10018 |
| JONES, LAURA DAVIS | PACHULSKI, STANG, ZIEHL, YOUNG & JONES LLP 919 N. MARKET STREET, 17TH FLOOR WILMINGTON DE 19899-8705 |
| JURICH, LANCE | LOEB & LOEB LLP 10100 SANTA MONICA BOULEVARD, SUITE 2200 LOS ANGELES CA 90067-4164 |
| KATZ, MICHAEL | MBK AND ASSOCIATES 1136 WASHINGTON AVENUE, SUITE 905 ST. LOUIS MO 63101 |
| KELLY, STEVEN | SILVER & DEBOSKEY 1801 YORK STREET DENVER CO 80206 |
| KIELMAN, GEORGE | FREDDIE MAC 8200 JONES BRANCE DRIVE - MS 202 MCLEAN VA 22102 |
| KILPATRICK, RICHARDO | KILPATRICK & ASSOCIATES 903 NORTH OPDYKE ROAD, SUITE C AUBURN HILLS MI 48326 |
| KING, MAUREEN PEYTON | SECURITIES AND EXCHANGE COMMISSION 3 WORLD FINANCIAL CENTER, ROOM 400 NEW YORK NY 10281 |
| KINSELLA, SHELLEY | COOCH & TAYLOR THE BRANDYWINE BUILDING, 1000 WEST STREET, 10TH FLOOR WILMINGTON DE 19801 |
| KORTANEK, STEVEN | WOMBLE CARLYLE SANDRIDGE & RICE PLLC 222 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |
| KOZLOV, HERSH | WOLFBLOCK LLP 1940 ROUTE 70 70 EAST, SUITE 200 CHERRY HILL NJ 08003 |
| KRIGSMAN, JOHN | FIRST AMERICAN CAPITAL LLC 7286 SIENA WAY BOULDER CO 80301 |
| KUNEY, DAVID | SIDLEY AUSTIN 1501 K. ST. N.W. WASHINGTON DC 20005 |
| KURTZMAN, JEFF | KLEHR HARRISON HARVEY BRANZBURG & ELLERS, LLP 919 MARKET STREET, SUITE 1000 WILMINGTON DE 19801 |
| LANDIS, ADAM | LANDIS RATH & COBB LLP 919 MARKET STREET, SUITE 600 WILMINGTON DE 19801 |
| LASTOWSKI, MICHAEL | DUANE MORRIS LLP 1100 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 |
| LAUKITIS, LISA | KIRKLAND & ELLIS 153 EAST 53RD STREET CITICORP CENTER NEW YORK NY 10022 |
| LAWALL, BARBARA | PIMA COUNTY CIVIL DIVISION 32 NORTH STONE AVENUE, SUITE 2100 TUCSON AZ 85701 |
| LAWSON, KIMBERLY | REED SMITH LLP 1201 MARKET STREET SUITE 1500 WILMINGTON DE 19801 |
| LAZAROU, ELENA | REED SMITH LLP 599 LEXINGTON AVENUE, 27TH FLOOR NEW YORK NY 10022 |
| LEANSE, THOMAS | KATTEN MUCHIN ROSENMAN 2029 CENTURY PARK EAST, SUITE 2600 LOS ANGELES CA 90067 |
| LEFKOFSKY, STEVEN | 31500 NORTHWESTERN HIGHWAY, SUITE 105 FARMINGTON HILLS MI 48334 |
| LEMISCH, RAYMOND | BENESCH FRIEDLANDER COPLAN & ARONOFF LLP 222 DELAWARE AVENUE, SUITE 810 WILMINGTONT DE 19801 |
| LEVINE, SCOTT | PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW 1065 AVENUE OF AMERICAS, 18TH FL. NEW YORK NY 10018 |
| LIBERI, JASON | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE RODNEY SQUARE P.O. BOX 636 WILMINGTON DE 19899 |
| LINFESTY, FREDERICK | IRON MOUNTAIN INFORMATION MANAGEMENT 745 ATLANTIC AVENUE BOSTON MA 02111 |
| LOFTUS, NANCY | DEPRT OF TAX ADMIN - FAIRFAX CO. 12000 GOVERNMNET CENTER PARKWAY, SUITE 549 FAIRFAX VA 22035 |
| LOIZIDES, CHRISTOPHER | LOIZIDES, P.A. 1225 KING STREET, SUITE 800 WILMINGTON DE 19801 |
| LOOMIS, GASTON | REED SMITH LLP 1201 MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| LOWE, SHERRY | LAMM RUBENSTONE LESAVOY BUTZ & DAVID LLC 3600 HORIZON BOULEVARD, SUITE 200 TREVOSE PA 19053 |
| LUCKMAN, GERARD | SILVERMAN PERLSTEIN & ACAMPORA LLP 100 JERICHO QUADRANGLE, SUITE 300 JERICHO |

| Claim Name | Address Information |
|---|---|
| LUCKMAN, GERARD | NY 11753 |
| LUSKIN, MICHAEL | HUGHES, HUBBARD & REED LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| MACAULEY, THOMAS | ZUCKERMAN SPAEDER LLP 919 MARKET STREET, SUITE 990 PO BOX 1028 WILMINGTON DE 19899 |
| MALLOY, SEAN | MCDONALD HOPKINS CO., LPA 600 SUPERIOR AVENUE EAST, SUITE2100 CLEVELAND OH 44114 |
| MARGOLIN, JEFFREY | HUGHES HUBBARD & REED LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| MARGOLL, MICHAEL | MOSS CODILIS LLP 6560 GREENWOOD PLAZA, SUITE 100 ENGLEWOOD CO 80111 |
| MARTIN, MADISON | STITES & HARBISON PLLC 401 COMMERCE ST., SUITE 800 NASHVILLE TN 37219 |
| MAY, ELOISE | WILES & WILES 800 KENNESAW AVENUE, NW, SUITE 400 MARIETTA GA 30060 |
| MCCALL, DAVID | GAY MCCALL ISAACKS GORDON & ROBERTS, P.C. 777 E. 15TH STREET PLANO TX 75074 |
| MCCALL, ROBERT | PEABODY & ARNOLD, LLP 600 ATLANTIC AVE. BOSTON MA 02210 |
| MCCLOUD, LAURA | TENNESSEE DEPARTMENT OF LABOR & WORKFORCE DEVELOPMENT-UNEMPLOYMENT INS. P.O. BOX 20207 NASHVILLE TN 37202-0207 |
| MCGINN, FRANK | BARTLETT HACKETT FEINBERG, P.C. 155 FEDERAL STREET, 9TH FLOOR BOSTON MA 02110 |
| MCGONIGLE, PETER | FANNIE MAE 1835 MARKET STREET, SUITE 2300 PHILADELPHIA PA 19103 |
| MCLAUGHLIN, LISA | PHILLIPS, GOLDMAN & SPENCE, P.A. 1200 N BROOM STREET WILMINGTON DE 19806 |
| MCMAHON, JOSEPH | OFFICE OF THE UNITED STATES TRUSTEE J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 - LOCKBOX #35 WILMINGTON DE 19801 |
| MCRAE, DANA | 701 OCEAN STREET, ROOM 150 SANTA CRUZ CA 95060 |
| MEACHAM, GREGORY | MCGRATH MEACHAM & SMITH 414 SHOUP AVENUE PO BOX 50731 IDAHO FALLS ID 83405 |
| MEADOR, SARI | OFFICE OF JOE G. TEDDER, CFC P.O. BOX 2016 BARTOW FL 33831 |
| MERSKY, RACHEL | MONZACK MERSKY MCLAUGLIN AND BROWDER 400 COMMERCE CENTER, 1201 ORANGE STREET P.O. BOX 2031 WILMINGTON DE 19899-2031 |
| MILLER, RICHARD | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MINUTI, MARK | SAUL EWING LLP 222 DELAWARE AVE., SUITE 1200 P.O. BOX 1266 WILMINGTON DE 19899-1266 |
| MOLDOVAN, JOSEPH | MORRISON COHEN LLP 909 THIRD AVENUE NEW YORK NY 10022 |
| MOMJIAN, CHRISTOPHER | PENNSYLVANIA ATTORNEY GENERAL' S OFFICE 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| MONDSHEIN, LEE | 7600 JERICHO TURNPIKE WOODBURY NY 11797 |
| MONHAIT, NORMAN | ROSENTHAL MONHAIT & GODDESS 919 MARKET ST./STE. 1401 MELLON BANK CTR P.O. BOX 1070 WILMINGTON DE 19899 |
| MOONEY, MARTIN | DEILY, MOONEY & GLASTETTER, LLP 8 THURLOW TERRACE ALBANY NY 12203 |
| MORGAN, PAULINE | YOUNG CONAWAY STARGATT & TAYLOR LLP THE BRANDYWINE BLDG., 17TH FLOOR 1000 WEST STREET WILMINGTON DE 19899 |
| MORSE, JOSHUA | HENNIGAN & BENNETT 865 SOUTH FIGUEROA STREET, SUITE 2900 LOS ANGELES CA 90017 |
| MORTON, JEANNE | MCCALLA RAYMER 1544 OLD ALABAMA ROAD ROSWELL GA 30076 |
| MOSER, ERIC | MILBANK TWEED HADLEY & MCCLOY, LLP 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005-1413 |
| MOSLEY, CHRISTOPHER | CITY OF FORT WORTH 1000 THROCKMORTON STREET FORT WORTH TX 76102 |
| MOSS, GUY | RIEMER & BRAUNSTEIN THREE CENTER PLAZA BOSTON MA 02108 |
| MOSS, TINA | PRYOR CASHMAN SHERMAN & FLYNN, LLP 410 PARK AVENUE NEW YORK NY 10022 |
| NEUMANN, DAVID | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP 2300 BP TOWER 200 PUBLIC SQUARE CLEVELAND OH 44114-2378 |
| NEWELL, JANICE | ADA COUNTY TREASURER 200 W. FRONT STREET, ROOM 3191 BOISE ID 83702 |
| NEWTON, JEFFREY | COUNTY ATTORNEY FOR BROWARD COUNTY 115 SOUTH ANDREWS AVE., SUITE 423 GOVERNMENTAL CENTER FORT LAUDERDALE FL 33301 |
| NIEDERMEYER, ANDREA | STUTZMAN, BROMBERG, ESSERMAN & PLIFKA 2323 BRYAN STREET, SUITE 2200 DALLAS TX 75201 |

| Claim Name | Address Information |
|---|---|
| NIMEROFF, JAMI | BROWN STONE NIMEROFF LLC 4 EAST 8TH STREET, SUITE 4000 WILMINGTON DE 19801 |
| NORTH FORK | 275 BROADHOLLOW ROAD MELVILLE NY 11747 |
| NOVOTNY, WILLIAM | MARISCAL, WEEKS, MCINTYRE & FREIDLANDER, P.A. 2901 N. CENTRAL AVENUE, SUITE 200 PHOENIX AZ 85012 |
| NYHAN, LARRY | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN CHICAGO IL 60603 |
| O'CONNELL, KATHLEEN | SUNTRUST BANK 303 PEACHTREE STREET, 36TH FL. MAIL CODE 0662 ATLANTA GA 30308 |
| O'NEIL, JOSEPH | REED SMITH LLP 1201 MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| OFFICE OF THRIFT SUPERVISION | 1700 G STREET, NW WASHINGTON DC 20552 |
| OLSEN, HAROLD | STROOCK & STROOCK & LAVAN, LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| PALACIO, RICARDO | ASHBY & GEDDES 500 DELAWARE AVENUE, 8TH FLOOR WILMINGTON DE 19899 |
| PARKER, TALLY | PARKER & MARKS PC 1106 N IRVING HEIGHTS DR. IRVING TX 75061 |
| PARTEE, PETER | HUNTON & WILLIAMS 200 PARK AVENUE, 53RD FLOOR NEW YORK NY 10166-0136 |
| PETRIE, ANDREW | FEATHERSTONE PETRIE DESISTO LLP 600 17TH STREET, SUITE 2400 S DENVER CO 80202 |
| PHILIP, JOHN | CRISLIP, PHILIP & ASSO. 4515 POPLAR AVENUE, SUITE 322 MEMPHIS TN 38117 |
| PHILLIPS, MARC | CONNOLLY BOVE LODGE & HUTZ LLP THE NEMOURS BUILDING 1007 NORTH ORANGE STREET WILMINGTON DE 19899 |
| PITE, STEVEN | PITE DUNCAN LLP 525 E. MAIN STREET PO BOX 12289 EL CAJON CA 92022 |
| PLON, DANA | SIRLIN GALLOGLY & LESSER, P.C. 1529 WALNUT STREET, SUITE 600 PHILADELPHIA PA 19102 |
| POLIS, THOMAS | POLIS & ASSOCIATES 19800 MACARTHUR BOULEVARD SUITE 1000 IRVINE CA 92612 |
| POLITAN, MARK | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. 25 MAIN STREET HACKENSACK NJ 07601 |
| PROFANT, SUSAN | C/O KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR 819 U.S. 301 BLVD. WEST P.O. BOX 25300 BRADENTON FL 34206-5300 |
| RAVERT, GARY | MCDERMOTT, WILL & EMERY 340 MADISON AVENUE NEW YORK NY 10173 |
| REDIGER, SHAWN | WILLIAMS KASTNER & GIBBS 601 UNION STREET, SUITE 4100 SEATTLE WA 98101 |
| REED, MICHAEL | MCCREARY, VESELKA, BRAGG & ALLEN, P.C. P.O. BOX 26990 AUSTIN TX 78755 |
| REILLEY, PATRICK | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. 500 DELAWARE AVENUE, SUITE 1400 WILMINGTON DE 19801 |
| REYNOLDS, MICHAEL | SNELL & WILMER LLP 600 ANTON BLVD., SUITE 1400 COSTA MESA CA 92626 |
| RICE, SHAWN | RICE & GOTZMER 605 N. 8TH STREET, SUITE 350 SHEBOYGAN WI 53081 |
| RILEY, RICHARD | DUANE MORRIS LLP 1100 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 |
| ROBERTS, CHRISTINE | OLSON CANNON GORMLEY & DESRUISSEAUX 9950 WEST CHEYENNE AVENUE LAS VEGAS NV 89129 |
| ROBERTS, ERIN | WOMBLE CARLYLE SANDRIDGE & RICE PLLC 8065 LEESBURG PIKE, FOURTH FLOOR TYSONS CORNER VA 22182 |
| ROMERO, MARTHA | ROMERO LAW FIRM 6516 BRIGHT AVENUE WHITTIER CA 90601 |
| ROSENBAUM, ROBERT | MEYERS, RODBELL & ROSENBAUM, P.A. 6801 KENILWORTH AVE., SUITE 400 BERKSHIRE BUILDING RIVERDALE PARK MD 20737-1385 |
| ROSENBERG, ROBERT | LATHAM & WATKINS LLP 885 THIRD AVENUE, SUITE 1000 NEW YORK NY 10022 |
| ROSENBLATT, STEPHEN | BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC P.O. BOX 22567 JACKSON MI 39225 |
| ROSENTHAL, JOHN | NIXON PEABODY, LLP ONE EMBARCADERO CENTER, 18TH FLOOR SAN FRANCISCO CA 94111-3600 |
| ROSNER, FREDERICK | MESSANA ROSNER & STERN, LLP 1000 N. WEST STREET, SUITE 1200 WILMINGTON DE 19801 |
| ROUPINIAN, RENE | OUTTEN & GOLDEN 3 PARK AVENUE, 29TH FL. NEW YORK NY 10016 |
| RUBINSTEIN, VADIM | LOEB & LOEB 345 PARK AVENUE NEW YORK NY 10154 |
| RUDMAN, SAMUEL | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP 58 SOUTH SERVICE ROAD, SUITE 200 MELVILLE NY 11747 |
| RUMPH | IKON OFFICE SOLUTIONS 3920 ARKWRIGHT ROAD, SUITE 400 MACON GA 31210 |
| SALERNO, THOMAS | SQUIRE SANDERS & DEMPSEY L.L.P. 40 NORTH CENTRAL AVENUE, SUITE 2700 PHOENIX AZ |

| Claim Name | Address Information |
|---|---|
| SALERNO, THOMAS | 85004 |
| SALWOWSKI, BRIAN | INDIANA DEPT. OF REVENUE INDIANA GOVERNMENT CENTER SOUTH, FIFTH FLOOR 302 WEST WASHINGTON STREET INDIANAPOLIS IN 46204-2770 |
| SASS, STEVEN | 307 INTERNATIONAL CIRCLE, SUITE 270 HUNT VALLEY MD 21030 |
| SAWYER, CHARLES | DORSEY & WHITNEY 50 SOUTH SIXTH ST., SUITE 1500 MINNEAPOLIS MN 55402 |
| SCHILTZ, TODD | DRINKER BIDDLE & REATH 1100 N. MARKET STREET, #1000 WILMINGTON DE 19801 |
| SCHNABEL, ERIC LOPEZ | DORSEY & WHITNEY 300 DELAWARE AVE STE 1010 WILMINGTON DE 19801-1671 |
| SCHONHOLTZ, MARGOT | WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SCHRAGE, PATRICIA | SECURITIES AND EXCHANGE COMMISSION 3 WORLD FINANCIAL CENTER, ROOM 400 NEW YORK NY 10281 |
| SCHWEITZER, LISA | CLEARY GOTTLIEB STEEN & HAMILTON ONE LIBERTY PLAZA NEW YORK NY 10006 |
| SEIDEL, BARRY | KING & SPALDING LLP 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SELBST, STEPHEN | MCDERMOTT, WILL & EMERY 340 MADISON AVENUE NEW YORK NY 10173 |
| SEW HOY, MICHAEL | U.S. DEPARTMENT OF JUSTICE 1100 L. STREET, N.W., ROOM 10048 WASHINGTON DC 20005 |
| SHICKICH, JR., JOSEPH | RIDDELL WILLIAMS, P.S. 1001 FOURTH AVENUE, SUITE 4500 SEATTLE WA 98154 |
| SILBERGLIED, RUSSELL | RICHARDS, LAYTON & FINGER, P.A. ONE RODNEY SQUARE P.O. BOX 551 WILMINGTON DE 19899 |
| SILVERSTEIN, ANDREW | SEWARD & KISSEL ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| SILVERSTEIN, LAURIE | POTTER ANDERSON & CORROON LLP 1313 N. MARKET STREET, 6TH FLOOR P.O. BOX 951 WILMINGTON DE 19899 |
| SIMON, CHRISTOPHER | CROSS & SIMON, LLC 913 NORTH MARKET STREET, 11TH FL. WILMINGTON DE 19801 |
| SIMONS, ROBERT | REED SMITH LLP 435 SIXTH AVENUE PITTSBURGH PA 15230-2009 |
| SINGER, LINDA | COHEN MILSTEIN SUITE 500, WEST TOWER WASHINGTON DC 10005 |
| SKLAR, JAMES | DOVEBID 27600 NORTHWESTERN HIGHWAY, SUITE 220 SOUTHFIELD MI 48034 |
| SLIGHTS, ELLEN | U.S. ATTORNEY'S OFFICE 1007 ORANGE STREET, SUITE 700 PO BOX 2046 WILMINGTON DE 19899 |
| SPRINGER, CLAUDIA | REED SMITH LLP 2500 ONE LIBERTY PLACE 1650 MARKET STREET PHILADELPHIA PA 19103-7301 |
| STACK, DAVID | ABN AMRO BANK 101 PARK AVENUE, 6TH FL NEW YORK NY 10178 |
| STAMOULIS, STAMATIOS | STAMOULIS & WEINBLATT 6 DENNY ROAD, SUITE 307 WILMINGTON DE 19809 |
| STAPLETON, KAREN | ASSISTANT COUNTY ATTORNEY ONE HARRISON STREET, S.E. 5TH FLOOR LEESBURG VA 20175 |
| STATE OF MARYLAND | 1100 NORTH EUTAW ST., ROOM 401 BALTIMORE MD 21201 |
| STEEGE, CATHERINE | JENNER & BLOCK 330 N. WABASH AVENUE CHICAGO IL 60611 |
| STENNETT, STEVE | JONES DAY 2727 NORTH HARWOOD STREET DALLAS TX 75201 |
| STOELTING, DAVID | SECURITIES AND EXCHANGE COMMISSION 3 WORLD FINANCIAL CENTER, ROOM 400 NEW YORK NY 10281 |
| STONE, RALPH | SHALOV STONE & BONNER LLP 485 7TH AVENUE, RM 1000 NEW YORK NY 10018-7241 |
| SUGLIA, NICOLA | FLEISCHER FLEISCHER & SUGLIA PLAZA 1000 AT MAIN STREET, SUITE 208 VOORHEES NJ 08043 |
| SULLIVAN, WILLIAM | WILLIAM D. SULLIVAN, LLC 4 EAST 8TH STREET, SUITE 400 WILMINGTON DE 19801 |
| SUNCINE, STACEY | BERNSTEIN LAW FIRM SUITE 2200 GULF TOWER PITTSBURGH PA 15219 |
| SUTTY, ERIC | FOX ROTHSCHILD 919 NORTH MARKET STREET, SUITE 1600 WILMINGTON DE 19801 |
| TALMADGE, SCOTT | KAYE SCHOLER LLP 425 PARK AVENUE NEW YORK NY 10022 |
| TAYLOR, WILLIAM | MCCARTER & ENGLISH, LLP 405 N. KING STREET, 8TH FL. WILMINGTON DE 19801 |
| THAU, IRVING | 1139 AMALFI DRIVE PACIFIC PALISADES CA 90272 |
| THOMAS, PRINCE ALTEE | FOX ROTHSCHILD LLP 2000 MARKET STREET, 10TH FLOOR PHILADELPHIA PA 19103-3291 |
| THOMPSON, CHRISTINA | CONNOLLY BOVE LODGE & HUTZ LLP THE NEMOURS BUILDING 1007 NORTH ORANGE STREET WILMINGTON DE 19899 |
| TOP, III, FRANKLIN | CHAPMAN AND CUTLER LLP 111 WEST MONROE ST. CHICAGO IL 60603 |

Case 07-11047-CSS    Doc 9881    Filed 03/22/11    Page 11 of 17
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| TOYE, MARIKAE | NEW JERSEY ATTORNEY GENERAL'S OFFICE R.J. HUGHES JUSTICE COMPLEX PO BOX 106 TRENTON NJ 08625 |
| TRODELLA, ROBERT | HELLER EHRMAN LLP 333 BUSH STREET SAN FRANCISCO CA 94104 |
| U.S. DEPARTMENT OF JUSTICE | CIVIL DIVISION ATTN: MICHAEL R. SEW HOY 1100 L STREET, N.W., ROOM 10048 WASHINGTON DC 20005 |
| WALLACE, S. JAMES | GRIFFITH MCCAGUE & WALLACE 707 GRANT STREET PITTSBURGH PA 15219 |
| WANSLEE, MADELEINE | GUST ROSENFELD P.L.C. 201 E. WASHINGTON STREET, SUITE 800 PHOENIX AZ 85004 |
| WARD, CHRISTOPHER | POLSINELLI SHALTON FLANIGAN SUELTHAUS PC 222 DELAWARE AVENUE, SUITE 1101 WILMINGTON DE 19801 |
| WAXMAN, JEFFREY | MORRIS JAMES LLP 500 DELAWARE AVENUE, SUITE 1500 PO BOX 2306 WILMINGTON DE 19899 |
| WEINBLATT, RICHARD | STAMOULIS & WIEINBLATT 6 DENNY ROAD, SUITE 307 WILMINGTON DE 19809 |
| WEINSTOCK, PETER | HUNTON & WILLIAMS LLP 1445 ROSS AVENUE, SUITE 3700 DALLAS TX 75202 |
| WEISBROD, STEPHEN | GILBERT LLP 1100 NEW YORK AVE., NW SUITE 700 WASHINGTON DC 20005-3987 |
| WEISMAN, GILBERT | BECKET AND LEE LLP P.O. BOX 3001 MALVERN PA 19355 |
| WELLER, ELIZABETH | LINEBARGER GOGGAN BLAIR PENA & SAMPSON LLP 2323 BRYAN STREET SUITE 1600 DALLAS TX 75201 |
| WERB, DUANE | WERB & SULLIVAN 300 DELAWARE AVENUE, SUITE 1300 P.O. BOX 25046 WILMINGTON DE 19801 |
| WILAMOWSKY, STEVEN | BINGHAM MCCUTCHEN 399 PARK AVENUE NEW YORK NY 10022-4689 |
| WILSON, BRUCE | KUTAK ROCK LLP 1650 FARNAM ST. OMAHA NE 68102 |
| WILSON, MICHAEL | HUNTON & WILLIAMS RIVERFRONT PLAZA, EAST TOWER, 951 EAST BYRD STREET RICHMOND VA 23219 |
| WINFREE, AMANDA | ASHBY & GEDDES, P.A. 500 DELAWARE AVENUE, 8TH FLOOR WILMINGTON DE 19899 |
| WINNICK, JONATHAN | BERNSTEIN SHUR 100 MIDDLE STREET PORTLAND ME 04104 |
| WORKMAN, DONALD | BAKER & HOSTETLER, LLP 1050 CONNECTICUT AVENUE, N.W. SUITE 1100 WASHINGTON DC 20036 |
| WRIGHT, KARON | TRAVIS COUNTY ATTORNEY P.O. BOX 1748 AUSTIN TX 78767 |
| YODER, STEVEN | THE BAYARD FIRM 222 DELAWARE AVENUE SUITE 900 WILMINGTON DE 19801 |
| YUDELL, KENNETH | ARONAUER, GOLDFARB, SILAS & RE, LLP 444 MADISON AVENUE, 17TH FL NEW YORK NY 10022 |
| ZIADY, CRAIG | CUMMINGS PROPERTIES, LLC 200 WEST CUMMINGS PARK WOBURN MA 01801 |
| ZIEGLER, CHARLES | 1030 LAFAYETTE ST. PO BOX 53513 LAFAYETTE LA 70505 |
| ZIELKE, DAVID | WASHINGTON MUTUAL 1301 SECOND AVENUE, W – MC 3501 SEATTLE WA 98101 |

**Total Creditor count  287**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AURORA LOAN SERVICES, LLC -ON BEHALF OF | JUSTIN D. BALSER VICE PRESIDENT AND COUNSEL 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| AURORA LOAN SERVICES, LLC -ON BEHALF OF | CERTAIN TRUSTS & LEHMAN BROS. BANK FSB & LEHMAN BROS. HOLDINGS INC 885 THIRD AVENUE - ATTN ROBERT ROSENBERG LITTLETON CO 80163-1565 |
| CITIMORTGAGE, INC. | C/O ANDREW J. PETRIE FEATHERSTONE PETRIE DESISTO LLP 600 17TH STREET, SUITE 2400S DENVER CO 80202 |

**Total Creditor count  3**

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| AMERICAN STOCK TRANSFER & TRUST COMPANY | 59 MAIDEN LANE NEW YORK NY 10038-4502 |
| ART, ETC. | ATTN: CATHERINE STACY 412 NW COUCH ST, SUITE 204 PORTLAND OR 97209 |
| BOYLE, BEVERLY | 32 HEMLOCK DRIVE PARLIN NJ 08859 |
| BRUNS, SARA L. | 9404 CROWNSPOINT CIR AUSTIN TX 78748 |
| CITY OF PORTLAND (OREGON) | CITY ATTORNEY'S OFFICE ATTN DEPUT CITY ATTORNEY LINDA LAW 1221 SW 4TH AVENUE, RM 430 PORTLAND OR 97204 |
| COMPTROLLER OF MARYLAND | COMPLIANCE DIVISION 301 WEST PRESTON STREET ROOM 410 BALTIMORE MD 21201-2383 |
| DBT APPRAISALS, INC. | 425 WAKE ROBIN DRIVE COCKEYSVILLE MD 21030 |
| FOLSOM PARKSHORE SELF STORAGE | 185 PARKSHORE DRIVE FOLSOM CA 95630 |
| FOUR WINDS DEVELOPMENT COMPANY | 920 WALNUT STREET LANSDALE PA 19446 |
| LEU & OKUDA ATTORNEYS AT LAW | THE MERCHANT HOUSE 222 MERCHANT STREET, MAIN FLOOR HONOLULU HI 96813 |
| NATIONAL TAX VERIFICATION | 1700 N DIXIE HIGHWAY SUITE 151 BOCA RATON FL 33432 |
| NATIONAL VERIFICATION SERVICE | 1700 N. DIXIE HIGHWAY SUITE 151 BOCA RATON FL 33432 |
| OSHTEMO CHARTER TOWNSHIP | C/O JAMES W. PORTER, TOWNSHIP ATTY 7275 W. MAIN STREET KALAMAZOO MI 49009 |
| PEI YUN SHEN | 691 3RD AVENUE SAN FRANCISCO CA 94118 |
| PLACER COUNTY TAX COLLECTOR | PLACER COUNTY TAX COLLECTORS OFFICE 2976 RICHARDSON DR AUBURN CA 95603 |
| REO ASSET SERVICES, LLC | ATTN: THOMAS BLANCHARD 7945 W. SAHARA AVE SUITE 106 LAS VEGAS NV 89117 |
| RIDGE MANAGEMENT | 7200 W 13TH ST SUITE 3 WITCHITA KS 67212 |
| S&S APPRAISAL SERVICES | RESIDENTIAL REAL ESTATE APPRAISERS AND CONSULTANTS 610 WATERFALL LN. ELGIN IL 60124 |
| URBANO, JAVIER | 6869 GLENROY STREET SAN DIEGO CA 92120 |
| WALDRON, TERRENCE | 10423 S OAKLEY CHICAGO IL 60643 |
| WESTRIDGE II AND III, L.L.C. | (F/K/A WEST PROPERTIES II & III, L.P.) JERRY SHARPE - BELIN LAW FIRM 666 WALNUT STREET SUITE 2000 DES MOINES IA 50309-3989 |
| YELLW BOOK SALES & DIST. | SLATER, TENAGLIA, FRITZ & HUNT, P.A. 301 THIRD STREET OCEAN CITY NJ 08226 |

**Total Creditor count  22**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| CASE, SAMUEL A | 419 SPINNAKER LANE FORT COLLINS CO 80525 |
| FORMER EMPLOYEES | 750 SHIPYARD DR STE 100 WILMINGTON DE 198015161 |
| GARRISON, MICHAEL W. TTEE | GARRISON GROUP LTD PSP 1887 LEMON GROVE ST HENDERSON NV 89052 |
| IMPERIAL COUNTY TAX COLLECTOR | 940 WEST MAIN STREET   # 106 EL CENTRO CA 92243 |
| VENTURA COUNTY TAX COLLECTOR | MARY BARNES, DEPUTY TAX COLLECTOR BANKRUPTCY DEPARTMENT 800 SOUTH VICTORIA AVENUE VENTURA CA 93009-1290 |
| WAGNER, BARBARA L. | 6196 FOXVIEW AVE NW CANTON OH 44718 |

**Total Creditor count  6**