<u>**NO ORDER REQUIRED**</u>

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | (Jointly Administered) |
| *et al.*[1], | ) | |
| | ) | Objection Deadline: March 17, 2011 at 4:00 p.m. |
| Debtors. | ) | Hearing Date: May 11, 2011 at 9:00 a.m. |

### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 9733

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Application Request of Ferry, Joseph & Pearce, P.A. (the "Applicant") for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for the Thirteenth Interim and Final Application Period of July 6, 2009 through November 30, 2010, (the "Application").  The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Application, objections to the Application were to be filed and served no later than March 17, 2011 at 4:00 p.m.

Dated: March 22, 2011                                FERRY, JOSEPH & PEARCE, P.A.

/s/ Lisa L. Coggins<br>
Rick S. Miller, Esq. (#3418)<br>
Lisa L. Coggins, Esq. (#4234)<br>
824 Market Street, Suite 1000<br>
P.O. Box 1351<br>
Wilmington, DE 19899<br>
(302) 575-1555<br>
*Special Conflicts Counsel to the Official*<br>
*Committee Of Unsecured Creditors*

---

[1] Debtors are the following entities:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.