IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------- x
In re:                                                              :  Chapter 11
                                                                    :
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                                    :  (Jointly Administered)
                                                                    :
                                                                    :
                                          Debtors.                  :
-------------------------------------------------------------------- x
```

## NOTICE OF EXTENDED ADMINISTRATIVE CLAIM OBJECTION DEADLINE

PLEASE TAKE NOTICE on August 6, 2007 (the "Petition Date"), the above captioned debtors and debtors-in-possession (the "Debtors") filed voluntary petitions with this Court under chapter 11 of the Bankruptcy Code. On February 23, 2009, this Court entered an order [Docket No. 7042] confirming the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") [Docket No. 7029].² The Effective Date of the Plan (as defined by the Plan) occurred on November 30, 2010.

PLEASE TAKE FURTHER NOTICE the *Notice of (I) Occurrence of the Effective Date of the Plan; (II) Deadlines to File Administrative Claims, Professional Claims, Rejection Damages Claims, and Subordination Statements, and to Submit Invoices for Indenture Trustee Expenses; and (III) Appointment of Borrower Information Ombudsperson* [Docket No. 9519] (the "Notice of Effective Date") was filed on November 30, 2010. Pursuant to the Plan and the Notice of Effective Date, all requests for payment of Administrative Claims had to be filed by January 5, 2011 (the "Administrative Claim Bar Date").

PLEASE TAKE FURTHER NOTICE pursuant to Article 3, Section B(2)(ii) of the Plan, all objections to Administrative Claims (excluding Professional Claims) must be filed by any parties in interest no later than ninety (90) days after the Administrative Claim Bar Date (the "Administrative Claim Objection Deadline"). The Administrative Claim Objection Deadline is currently April 5, 2011.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holdings"); American Home Mortgage Investment Corp., a Maryland corporation (3914) ("AHM Investment"); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267) "AHM Servicing"); American Home Mortgage Corp., a New York corporation (1558) ("AHM Mortgage"); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491) ("Homegate"); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

² Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan.

PLEASE TAKE FURTHER NOTICE pursuant to Article 3, Section B(2)(ii) of the Plan, the Administrative Claim Objection Deadline may be initially extended for an additional ninety (90) days at the sole discretion of the Plan Trustee (as defined below) upon the filing of a notice of the extended Administrative Claim Objection Deadline with this Court.

**PLEASE TAKE FURTHER NOTICE THAT STEVEN D. SASS, AS LIQUIDATING TRUSTEE (THE "PLAN TRUSTEE") FOR THE PLAN TRUST ESTABLISHED PURSUANT TO THE PLAN HEREBY EXTENDS THE ADMINISTRATIVE CLAIM OBJECTION DEADLINE THROUGH AND INCLUDING JULY 4, 2011.**

Dated:   Wilmington, Delaware
         March 22, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sean M. Beach*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
Jeffrey Zawadzki
488 Madison Avenue
New York, New York  10022
Telephone:  (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Plan Trustee*