# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **AMERICAN HOME MORTGAGE** | : | **Case No. 07-11047 (CSS)** |
| **HOLDINGS, INC., a Delaware** | : | |
| **Corporation, et al.,**[1] | : | **Objection Deadline:** March 17, 2011 at 4:00 pm |
| | : | |
| | : | **Hearing Date:** May 11, 2011 at 9:00 am |
| **Debtors.** | | |

## CERTIFICATE OF NO OBJECTION TO FINAL
## APPLICATION OF HENNIGAN, BENNETT & DORMAN LLP [DKT. NO. 9684]

The undersigned hereby certifies that, as of the date hereof, she has received no written answer, objection or other responsive pleading to the *Final Application of Hennigan, Bennett & Dorman LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for the Period From March 3, 2008 Through November 30, 2010* [Docket No. 9684] (the "Application") filed on January 20, 2011.[2] The undersigned further certifies that she has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than March 17, 2011 at 4:00 p.m.

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

[2] The Application includes the Ninth Monthly Application of Hennigan, Bennett & Dorman LLP for the period from October 1, 2010 Through November 30, 2010 along with the Final Application referenced herein. The CNO for the Ninth Monthly Application was e-filed on February 11, 2011 as docket no. 9784.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>March 23, 2011 | FERRY, JOSEPH & PEARCE, P.A.<br><br>/s/ Lisa L. Coggins<br>Rick S. Miller (No. 3418)<br>Lisa L. Coggins (No. 4234)<br>824 Market Street, Suite 1000<br>P.O. Box 1351<br>Wilmington, DE 19801<br>Telephone: (302) 575-1555<br>Facsimile: (302) 575-1714<br><br>-and-<br><br>HENNIGAN, BENNETT & DORMAN LLP<br>Michael A. Morris<br>Jeanne Irving<br>865 S. Figueroa Street, Suite 2900<br>Los Angeles, California 90017<br>(213) 694-1200<br><br>*Special Conflicts Counsel to the*<br>*Official Committee of Unsecured Creditors* |