IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                                                    :    Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    :    Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                         :
                                                                          :    Jointly Administered
                                                     Debtors.             ::
------------------------------------------------------------------------- x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Plan Trust in the above-captioned case, and that on March 23, 2011, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Notice of Extended Administrative Claim Objection Deadline[D.I. 9884]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 23 day of March 2011.

_____
Notary Public

KASSANDRA ANN RIDDLE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 10, 2012

YCST01:6163664.17                                                              066585.1001

MARLIN LEASING CORPORATION
ATTN REBECCA MENDEZ, PARALEGAL
300 FELLOWSHIP RD
MOUNT LAUREL, NJ 08054

2250 LIVELY LLC
ATTN DAVID E. COHEN, P.C.
55 WEST MONROE STREET
SUITE 600
CHICAGO, IL 60603

WACO PROPERTIES, INC.
C/O C. RYAN MALONEY
FOLEY & LARDNER LLP
PO BOX 240
JACKSONVILLE, FL 32201-0240

PS TEXAS HOLDINGS, LTD (PUBLIC STORAGE)
ATTN ARA GALSTYAN, PARALEGAL
701 WESTERN AVENUE
GLENDALE, CA 91201-2397

PUBLIC STORAGE
ATTN ARA GALSTYAN, PARALEGAL
701 WESTERN AVENUE
GLENDALE, CA 91201-2397

PS TEXAS HOLDINGS, LTD (PUBLIC STORAGE)
ATTN ARA GALSTYAN/PARALEGAL
701 WESTERN AVENUE
GLENDALE, CA 91201-2397

METROPOLITAN LIFE INSURANCE COMPANY
ATTN ROBERT GOLDSTEIN, COUNSEL
2400 LAKEVIEW PARKWAY, SUITE 400
ALPHARETTA, GA 30004

DIELHMANN, FRED & CONSTANCE
ATTN FRED DIEHLMANN
14420 OLD MILL RD #201
UPPER MARLBORO, MD 20772

WILMINGTON TRUST COMPANY, AS TRUSTEE
ATTN ROSELINE K MANEY
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-0001

ACE AMERICAN INSURANCE COMPANY, ET AL
JENNIFER L. HOAGLAND, ESQUIRE
BAZELON LESS & FELDMAN, P.C.
1515 MARKET ST.
PHILADELPHIA, PA 19102

WESTCHESTER FIRE INSURANCE COMPANY, ET AL
JENNIFER L. HOAGLAND, ESQUIRE
BAZELON LESS & FELDMAN, P.C.
1515 MARKET ST
PHILADELPHIA, PA 19102

ACE AMERICAN INSURANCE COMPANY
JENIFER L. HOAGLAND, ESQUIRE
BAZELON LESS & FELDMAN, P.C.
1515 MARKET ST
PHILADELPHIA, PA 19102

HENDON/ATLANTIC RIM JOHNS CREEK, LLC
C/O ERIC C COTTON, ASST. GEN. COUNSEL
DEVELOPERS DIVERSIFIED CORP.
3300 ENTERPRISE PARKWAY - PO BOX 228042
BEACHWOOD, OH 44122

IKON OFFICE SOLUTIONS
ATTN BANKRUPTCY TEAM
ACCOUNTS RECEIVABLE CENTER
3920 ARKWRIGHT RD. - SUITE 400
MACON, GA 31210

WELLS FARGO BANK, NA, AS MASTER SERVICER
ATTN WILLIAM FAY - CORPORATE TRUST SVCS
ASSET SECURITIZATION
9062 OLD ANNAPOLIS RD
COLUMBIA, MD  21045

WELLS FARGO BANK, NA, AS MASTER SERVICER
ATTN WILLIAM FAY - CORPORATE TRUST SVCS
ASSET SECURITIZATION GROUP
9062 OLD ANNAPOLIS RD
COLUMBIA, MD  21045

LEHMAN BROTHERS INC.
LATHAN WATKINS LLP
ATT ROBERT J ROSENBERG & MICHAEL J RIELA
885 THIRD AVENUE
NEW YORK, NY  10022

LEHMAN BROTHERS SPECIAL FINANCING INC
LATHAM WATKINS LLP
ATT ROBERT J ROSENBERG & MICHAEL J RIELA
885 THIRD AVENUE
NEW YORK, NY  10022

LEHMAN BROTHERS SPECIAL FINANCING INC
LATHAM WATKINS LLP
ATT ROBERT J ROSENBERG & MICHAEL J RIELA
885 THIRD AVENUE
NEW YORK, NY  10022

AT&T GLOBAL SERVICES
JAMES GRUDUS, ESQ.
AT&T INC
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ  07921

IKON OFFICE SOLUTIONS
ATTN BANKRUPTCY TEAM
ACCOUNTS RECEIVABLE CENTER
3920 ARKWRIGHT RD. - SUITE 400
MACON, GA  31210

STATE OF MISSOURI
DEPARTMENT OF REVENUE
ATTN YOLANDA PENDILTON
BOX 475
JEFFERSON CITY, MO  65105

STATE OF HAWAII
DEPARTMENT OF TAXATION
PO BOX 259
HONOLULU, HI  96809

DEUTSCHE BANK AG
STEVEN KESSLER, ESQ.
60 WALL STREET, 36TH FL
NEW YORK, NY  10005-2858

DEUTSCHE BANK AG
STEVEN KESSLER, ESQ.
60 WALL STREET, 36TH FL
NEW YORK, NY  10005-2858

W2007 SEATTLE OFFICE BELLEFIED
OFFICE PARK REALTY, LLC
C/O SHAWN B. REDIGER - WILLIAMS KASTNER
601 UNION STREET, SUITE 4100
SEATTLE, WA  98101

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA  95812-2952

NETWORK TELEPHONE CORPORATION
DBA CAVALIER TELEPHONE
C/O R LEE GRANT JR
2134 W LABURNUN AVE
RICHMOND, VA  23227

IMPERIAL COUNTY TAX COLLECTOR
940 WEST MAIN STREET RM # 106
EL CENTRO, CA  92243

IMPERIAL COUNTY TAX COLLECTOR
940 WEST MAIN STREET RM # 106
EL CENTRO, CA  92243

TENNESSEE DEPARTMENT OF REVENUE
ATTN WILBUR E HOOKS
C/O ATTORNEY GENERAL
PO BOX 20207
NASHVILLE, TN  37202-0207

CIMINO, MATTHEW T.
137 MILLFORD CROSSING
PENFIELD, NY  14526

STATE OF NEVADA DEPARTMENT OF TAXATION
ATTN: BANKRUPTCY SECTION
555 E WASHINGTON AVENUE #1300
LAS VEGAS, NV  89101

N.Y. STATE DEPT. OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY  12205-0300

N.Y. STATE DEPT. OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY  12205-0300

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY  12205-0300

U.S. DEPARTMENT OF LABOR, EMPLOYEE
BENEFITS SECURITY ADMINISTRATION
200 CONSTITUTION AVE., NW, ROOM N5668
WASHINGTON, DC  20210

IMPERIAL COUNTY TAX COLLECTOR
940 WEST MAIN STREET   # 106
EL CENTRO, CA  92243

FARLAND, CRAIG M.
3634 PLAYERS CLUB DR
SOUTHPORT, NC  28461

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
SPECIAL PROCEDURES SECTION
PO BOX 2952
SACRAMENTO, CA  95812-2952

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
BANKRUPTCTY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA  95812-2952

WAKE COUNTY REVENUE DEPARTMENT
POST OFFICE BOX 2331
RALEIGH, NC  27602

WEST VIRGINIA STATE TAX DEPARTMENT
PO BOX 766
CHARLESTON, WV 25323-0766

ILLINOIS NATIONAL INSURANCE COMPANY,ETAL
MICHELLE A. LEVITT, ESQ.
175 WATER STREET, 18TH FL
NEW YORK, NY 10038

ILLINOIS NATIONAL INSURANCE COMPANY,ETAL
MICHELLE A. LEVITT, ESQ.
175 WATER STREET, 18TH FL
NEW YORK, NY 10038

EMPIRE HEALTHCHOICE ASSURANCE, INC.
ATTN: LOUIS L. BENZA, ESQ.
15 METRO TECH CENTER, 4TH FLOOR
BROOKLYN, NY 11201

RIVERSIDE COUNTY TAX COLLECTOR
ATTN; CARRIE KOKOSENSKI
4080 LEMON ST, 4TH FLOOR
RIVERSIDE, CA 92501

COUNTY OF BERNALILLO
THERESA BACA SANDOVAL, ASST ATTY
520 LOMAS BLVD., NW, 4TH FLOOR
ALBUQUERQUE, NM 87102

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE - JOAN BOHER
BANKRUPTCY REVIE SECT - BANKRUPTCY
DIVISION - PO BOX 280946
HARRISBURG, PA 17128-0946

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE - JOAN BOHER
BANKRUPTCY REVIE SECT - BANKRUPTCY
DIVISION - PO BOX 280946
HARRISBURG, PA 17128-0946

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE - JOAN BOHER
BANKRUPTCY REVIE SECT - BANKRUPTCY
DIVISION - PO BOX 280946
HARRISBURG, PA 17128-0946

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE - JOAN BOHER
BANKRUPTCY REVIE SECT - BANKRUPTCY
DIVISION - PO BOX 280946
HARRISBURG, PA 17128-0946

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE - JOAN BOHER
BANKRUPTCY REVIE SECT - BANKRUPTCY
DIVISION - PO BOX 280946
HARRISBURG, PA 17128-0946

VENTURA COUNTY TAX COLLECTOR
ATTN: BANKRUPTCY
800 SOUTH VICTORIA AVENUE
VENTURA, CA 93009-1290

DBT APPRAISALS, INC.
425 WAKE ROBIN DRIVE
COCKEYSVILLE, MD 21030

VENTURA COUNTY TAX COLLECTOR
MARY BARNES, DEPUTY TAX COLLECTOR
BANKRUPTCY DEPARTMENT
800 SOUTH VICTORIA AVENUE
VENTURA, CA 93009-1290

PLACER COUNTY TAX COLLECTOR
PLACER COUNTY TAX COLLECTORS OFFICE
2976 RICHARDSON DR
AUBURN, CA  95603

SHOREHAM VIEWRIDGE, LLC
C/O WERB & SULLIVAN - AMY D. BROWN
300 DELAWARE AVENUE, 13TH FLOOR
PO BOX 25046
WILMINGTON, DE  19899

AMERICAN STOCK TRANSFER & TRUST COMPANY
59 MAIDEN LANE
NEW YORK, NY  10038-4502

REO ASSET SERVICES, LLC
ATTN: THOMAS BLANCHARD
7945 W. SAHARA AVE
SUITE 106
LAS VEGAS, NV  89117

BRUNS, SARA L.
9404 CROWNSPOINT CIR
AUSTIN, TX  78748

MITEL TECHNOLOGIES
F/K/A INTERTEL TECHNOLOGIES
ATTN: NATHAN GRANADOS
300 W. BOSTON STREET
CHANDLER, AZ 85226