# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE | : Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware Corporation, et al.,[1] | : |
| | : |
| Debtors. | : |

## NOTICE OF WITHDRAWAL OF CERTIFICATE OF NO OBJECTION TO FINAL APPLICATION OF HENNIGAN, BENNETT & DORMAN LLP REGARDING DOCKET NO. 9886

PLEASE TAKE NOTICE that on March 23, 2011, Hennigan, Bennett & Dorman LLP, by and through the undersigned co-counsel, filed the Certificate of No Objection to Final Application of Hennigan, Bennett & Dorman LLP (the "Certificate of No Objection") [Docket No. 9886].

PLEASE TAKE FURTHER NOTICE that Hennigan, Bennett & Dorman LLP hereby withdraws the Certificate of No Objection without prejudice.

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

|  |  |
|---|---|
| Dated: Wilmington, Delaware<br>March 24, 2011 | FERRY, JOSEPH & PEARCE, P.A.<br><br>/s/ Lisa L. Coggins<br>Rick S. Miller (No. 3418)<br>Lisa L. Coggins (No. 4234)<br>824 Market Street, Suite 1000<br>P.O. Box 1351<br>Wilmington, DE 19801<br>Telephone:  (302) 575-1555<br>Facsimile:  (302) 575-1714<br><br>-and-<br><br>HENNIGAN, BENNETT & DORMAN LLP<br>Michael A. Morris<br>Jeanne Irving<br>865 S. Figueroa Street, Suite 2900<br>Los Angeles, California 90017<br>(213) 694-1200<br><br>*Special Conflicts Counsel to the*<br>*Official Committee of Unsecured Creditors* |