IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
    Debtors.                                                           :
                                                                       :   **Ref. Docket Nos. 7915, 7985, 8031 &**
                                                                       :   **9802**
---------------------------------------------------------------------- x

### CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER RESOLVING DEBTORS' FORTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NUMBER 10726 FILED BY L.A. COUNTY TREASURER AND TAX COLLECTOR

The undersigned counsel to Steven D. Sass, as liquidating trustee (the " Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors"), hereby certifies as follows:

1.  On June 22, 2009, the L.A. County Treasurer and Tax Collector ("L.A. County") filed proof of claim number 10726 ("Claim 10726") against debtor American Home Mortgage Holdings, Inc. (Case No. 07-11047) ("AHM Holdings"). Pursuant to Claim 10726, L.A. County asserts a secured claim in the amount of $292,044.76 on account of unpaid real property taxes for the 2005 – 2008 tax years.

2.  On August 7, 2009, the Debtors filed their Forty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

3003, and 3007 and Local Rule 3007-1 (the "Objection") [Docket No. 7915]. By the Objection, the Debtors requested, *inter alia*, that the Court disallow and expunge Claim 10726.

3. On August 28, 2009, L.A. County filed a response [Docket No. 7985] to the Objection pursuant to which it asserted the Objection should be overruled because, among other reasons, the Debtors failed to meet their burden to show they have no liability to L.A County. On September 8, 2009, the Court entered an order [Docket No. 8031] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 10726.

4. The Debtors (and more recently, the Plan Trustee) and L.A. County (collectively, the "Parties") engaged in extensive discussions and good faith negotiations in an effort to reach a consensual resolution of the Objection as it pertains to Claim 10726. As a result of such discussions, the Parties entered into the *Stipulation By And Between The Plan Trustee And L.A. County Treasurer and Tax Collector Regarding The Debtors' Forty-First Omnibus (Substantive) Objection to Claims Objections With Respect To Claim Number 10726* (the "Stipulation"), which provides for a modification and reduction of Claim 10726 to a secured claim in the amount of $26,831.48. The Stipulation further provides that the Parties reserve all rights with respect to the taxes claimed by L.A. County on account of the Remaining Parcel (as defined in the Stipulation.

5. On or about February 14, 2011, the Parties filed the Stipulation under certification of counsel. On February 24, 2011, the Court entered an order [Docket No. 9802] (the "Approval Order") approving the Stipulation.

6. After the entry of the Approval Order, the Parties have determined that the taxes owed to L.A. County on account of the Remaining Parcel have been paid in full and the Debtors have no further liability to L.A. County in connection with Claim 10726. As a result, the Parties have agreed to a proposed form of order (the "Proposed Order"), attached hereto as Exhibit A, disallowing and expunging Claim 10726 in full.

WHEREFORE, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: March 24, 2011
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         :   Jointly Administered
     Debtors.                                                            :
                                                                         :   **Ref. Docket Nos. 7915, 7985, 8031 & 9802**
------------------------------------------------------------------------ x

## CONSENSUAL ORDER RESOLVING DEBTORS' FORTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NUMBER 10726 FILED BY L.A. COUNTY TREASURER AND TAX COLLECTOR

Upon consideration of the forty-first omnibus (substantive) objection to claims [Docket No. 7915] (the "Objection") of the above-captioned debtors (the "Debtors") and the responses [Docket No. 7985] thereto filed by the L.A. County Treasurer and Tax Collector ("L.A. County"); and the Court having sustaining the Objection in part [Docket No. 8031] and adjourning the Objection with respect to, *inter alia*, proof of claim number 10726 ("Claim 10726") filed by L.A. County; and the Court having entered an order [Docket No. 9802] approving the *Stipulation By And Between The Plan Trustee And L.A. County Treasurer and Tax Collector Regarding The Debtors' Forty-First Omnibus (Substantive) Objection to Claims Objections With Respect To Claim Number 10726* (the "Stipulation");[2] and the Plan Trustee and L.A. County having agreed that Claim 10726 should receive the additional treatment set forth

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Stipulation.

2

herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED Claim 10726 is disallowed and expunged in its entirety; and it is further

ORDERED that, except as expressly set forth herein, this Order is not intended to nor shall it modify the terms of the Stipulation; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2011

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE