IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------------x
In re                                                     Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.,*         Case No. 07-11047
                                                          (Jointly Administered)
                    Debtors.
-------------------------------------------------------------------------x
AMERICAN HOME MORTGAGE HOLDINGS, INC.,

                    Plaintiff,
            v.

DEFENDANT(S)                                              ADV. NOS.

| DEFENDANT(S) | ADV. NOS. |
|---|---|
| AT&T, INC. | 09-52286 |
| AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS | 09-52285 |
| BELLSOUTH TELECOMMUNICATIONS, INC. | 09-52284 |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS | 09-51565 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | 09-51567 |
| RICOH AMERICAS CORPORATION d/b/a RICOH CUSTOMER FINANCE CORP. a/d/b/a BUSINESS SYSTEMS and a/d/b/a RICOH BUSINESS SOLUTIONS | 09-51575 |
| MOODY'S WALL STREET ANALYTICS, INC. | 09-51572 |
| MOODY'S WALL STREET SERVICE, INC. | 09-51570 |
| VERIZON, VERIZON COMMUNICATIONS INC | 09-51803 |

## STATUS REPORT

Plaintiffs, American Home Mortgage Holdings, Inc., *et al.* by and through their undersigned counsel, hereby submit the attached status report of the above-captioned adversary proceedings.

Dated: March 24, 2011

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ *Curtis J. Crowther*
Curtis J. Crowther (No. 3238)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Plaintiff

YCST01:10901771.1                                                         066585.1001

STATUS CHART

| | | |
|---|---|---|
| AT&T, INC. | 09-52286 | Status G – Mediator appointed. Settlement negotiations underway. |
| AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS | 09-52285 | Status G – Mediator appointed. Settlement negotiations underway. |
| BELLSOUTH TELECOMMUNICATIONS, INC. | 09-52284 | Status G – Mediator appointed. Settlement negotiations underway. |
| RICOH AMERICAS CORPORATION d/b/a RICOH CUSTOMER FINANCE CORP. a/d/b/a BUSINESS SYSTEMS and a/d/b/a RICOH BUSINESS SOLUTIONS | 09-51575 | Status G – Mediator appointed. Settlement negotiations underway. |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS | 09-51565 | Status E – Settled.  It is anticipated that case will be dismissed within 30 days pending documentation of settlement.  Delay was necessary due to the Plan going effective. |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | 09-51567 | Status E – Settled.  It is anticipated that case will be dismissed within 30 days pending documentation of settlement.  Delay was necessary due to the Plan going effective. |
| MOODY'S WALL STREET ANALYTICS, INC. | 09-51572 | Status E – Settled.  It is anticipated that case will be dismissed within 30 days pending documentation of settlement.  Delay was necessary due to the Plan going effective. |
| MOODY'S WALL STREET SERVICE, INC. | 09-51570 | Status E – Settled.  It is anticipated that case will be dismissed within 30 days pending documentation of settlement.  Delay was necessary due to the Plan going effective. |
| VERIZON, VERIZON COMMUNICATIONS INC. d/b/a VERIZON, VERIZON CALIFORNIA INC. d/b/a VERIZON, VERIZON SOUTHWEST, INC. d/b/a VERIZON, VERIZON NORTHWEST INC. d/b/a VERIZON NETWORK INTEGRATION CORP. | 09-51803 | Status E – Settled.  It is anticipated that case will be dismissed within 30 days pending documentation of settlement.  Delay was necessary due to the Plan going effective. |

YCST01:10901771.1                                                                                                                             066585.1001