**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC. | : | Case No. 07-11047 (CSS) |
| a Delaware Corporation, et al.,[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | |

## NOTICE OF NEW AFFILIATION

PLEASE TAKE NOTICE that Denise Seastone Kraft, counsel for Countrywide Home Loans, has changed her firm affiliation and is currently associated with DLA PIPER LLP (US). Ms. Kraft was formerly associated with Edwards Angell Palmer & Dodge LLP.

Accordingly, henceforward, copies of all notices, pleadings and orders should be provided to Ms. Kraft as follows:

Denise S. Kraft
DLA PIPER LLP (US)
919 N. Market Street
Suite 1500
Wilmington, DE 19801
Phone: 302.468.5645
Facsimile: 302.778.7197
Email: Denise.Kraft@dlapiper.com

Respectfully submitted,
Countrywide Home Loans

By: /s/ Denise S. Kraft
One of Its Attorneys

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6306); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corportation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.