## CERTIFICATE OF SERVICE

I, R. Craig Martin, do hereby certify that on this 25th day of March, 2011, a copy of the foregoing *Notice of New Affiliation* was served on the parties listed below in the manner indicated.

*/s/ R. Craig Martin*
R. Craig Martin (DE I.D. 5032)

**Via Hand Delivery**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**Via Hand Delivery**
Edward J. Kosmowski
Epiq Systems Bankruptcy Solutions
824 Market Street, Suite 412
Wilmington, DE 19801

**Via Hand Delivery**
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035