**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:* <br><br> AMERICAN HOME MORTGAGE HOLDINGS, INC.*, et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 07-11047 (CSS) <br> (Jointly Administered) |
| TRIAD GUARANTY INSURANCE CORP. <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HOME MORTGAGE INVESTMENT CORP.; AMERICAN HOME MORTGAGE CORP., AHM SV, INC. (f/k/a AMERICAN HOME MORTGAGE SERVICING, INC.), COUNTRYWIDE BANK, FSB f/k/a COUNTRYWIDE BANK, N.A.; COUNTRYWIDE HOME LOAN, INC.; FEDERAL HOME LOAN MORTGAGE CORPORATION and CERTAIN SECURITIZATION TRUSTS IDENTIFIED IN EXHIBITS D AND E FOR THEMSELVES AND AS A REPRESENTATIVE OF A CLASS CONSISTING OF ALL OTHERS SIMILARLY SITUATED AS OWNERS OF MORTGAGE LOAN INSURANCE ISSUED BY TRIAD GUARANTY CORP. TO AMERICAN HOME MORTGAGE, <br><br> Defendants. | Adversary Proceeding <br> Case No. 09-52193 (CSS) |

**NOTICE OF NEW AFFILIATION**

PLEASE TAKE NOTICE that Stuart M. Brown, counsel for Countrywide Home Loans, has changed his firm affiliation and is currently associated with DLA PIPER LLP (US). Mr. Brown was formerly associated with Edwards Angell Palmer & Dodge LLP.

Accordingly, henceforward, copies of all notices, pleadings and orders should be provided to Mr. Brown as follows:

EAST\44425607.1

Stuart M. Brown
DLA PIPER LLP (US)
919 N. Market Street
Suite 1500
Wilmington, DE 19801
Phone: 302.468.5640
Facsimile: 302.778.7913
Email:  Stuart.Brown@dlapiper.com

        Respectfully submitted,
        Countrywide Home Loans

        By:  /s/ *Stuart M. Brown*
        One of Its Attorneys (DE I.D. No. 4050)

EAST\44425607.1