UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.

Debtors,

Chapter 11

Case No. 07-11047 (CSS)

(Jointly Administered)

NOTICE OF MOTION

TO: (1) DEBTOR'S COUNSEL; (II) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (III) COUNSEL TO THE COMMITTEE OF UNSECURED CREDITORS (IV) ALL OTHER PARTIES DIRECTLY AFFECTED BY THIS MOTION.

PLEASE TAKE NOTICE THAT Movant has filed a Motion For sanctions Against Debtor American Home Mortgage, for violation of this Court's October 10, 2008 Order and other misconduct. A hearing on this Motion will be held on _____.

PLEASE TAKE FURTHER NOTICE THAT responses to the Motion, if any, must be filed on or before _____ (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the undersigned Movant so that a response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON _____ BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

The Debtor's counsel and Plaintiff shall confer with respect to the issues raised by the Motion in advance or the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts and issues.

Dated:   Apopka, Florida
          _____, 2011

                                      Gil Quentin Alvarez
                                      Movant - Pro se
                                      542 Mount Argyll Court
                                      Apopka, FL 32712
                                      407-731-5670