IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
A Delaware corporation, et al.,

                            Debtors,

------------------------------------------------------------------ x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

## ORDER SUSTAINING MOTION OF GIL QUENTIN ALVAREZ FOR LEAVE TO FILE LATE PROOF OF CLAIM

Upon consideration of the motion (the "Motion") of Gil Quentin Alvarez for leave to file an additional late proof of claim in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors"); and the Debtors having consented to the relief requested; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. section 157 and 1334; and it appearing that the Motion is sufficient, and that no other or further notice need be provided; and it appearing based on the Motion and the exhibits provided that the relief is warranted; and in consideration that no objections to the Motion were filed; and sufficient cause appearing thereof; it is hereby:

ORDERED that the Motion is granted in all respects; and it is further

ORDERED that Mr. Alvarez's proof of claim shall be, and hereby is, deemed timely filed; and it is further

ORDERED that Debtors and Mr. Alvarez will continue to work in good faith to resolve Mr. Alvarez's claim; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2011

-----------------------------------
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge