## UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
  **EIN:** 13–4066303

**Chapter:** 11

**Case No.:** 07–11047–CSS

### NOTICE OF HEARING

Gil Quenton Alvarez has filed a Motion to File An Additional Late Proof of Claim and a Motion for Sanctions

A hearing is scheduled for 5/11/11 at 09:00 AM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, DE 19801 . Objections are due on or before 5/4/11 .

                David D. Bird
                Clerk of Court

Dated: 3/28/11

(VAN–401)