# Notice Recipients

District/Off: 0311−1 User: LisaC Date Created: 3/28/2011
Case: 07−11047−CSS Form ID: van401 Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
5638599   Gil Quentin Alvarez   524 Mount Argyll Court   Apopka, FL 32712

TOTAL: 1