IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
        Debtors.                                                 :
                                                                 :  **Ref. Docket Nos. 7915, 7985, 8031 &**
                                                                 :  **9802**
---------------------------------------------------------------- x

## CONSENSUAL ORDER RESOLVING DEBTORS' FORTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NUMBER 10726 FILED BY L.A. COUNTY TREASURER AND TAX COLLECTOR

Upon consideration of the forty-first omnibus (substantive) objection to claims [Docket No. 7915] (the "Objection") of the above-captioned debtors (the "Debtors") and the responses [Docket No. 7985] thereto filed by the L.A. County Treasurer and Tax Collector ("L.A. County"); and the Court having sustaining the Objection in part [Docket No. 8031] and adjourning the Objection with respect to, *inter alia*, proof of claim number 10726 ("Claim 10726") filed by L.A. County; and the Court having entered an order [Docket No. 9802] approving the *Stipulation By And Between The Plan Trustee And L.A. County Treasurer and Tax Collector Regarding The Debtors' Forty-First Omnibus (Substantive) Objection to Claims Objections With Respect To Claim Number 10726* (the "Stipulation");[2] and the Plan Trustee and L.A. County having agreed that Claim 10726 should receive the additional treatment set forth

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Stipulation.

herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED Claim 10726 is disallowed and expunged in its entirety; and it is further

ORDERED that, except as expressly set forth herein, this Order is not intended to nor shall it modify the terms of the Stipulation; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
____3/29____, 2011

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE