## CERTIFICATE OF SERVICE

I hereby certify that on this 29 day of March, 2011, a copy of the foregoing Motion for Sanctions against Debtor American Home Mortgage was mailed to the following:

Honorable Christopher S. Sontchi
United States Bankruptcy Judge
824 North Market Street
Wilmington, DE 19801

Counsel for Debtors
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Official Committee of Unsecured Creditors
Mark Indelicato, Esq.
Hahn & Hassen, LLP
488 Madison Ave. 14th and 15th Floors
New York, NY 10022

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801


Dated: March 29, 2011

Gil Q. Alvarez
542 Mount Argyll Court
Apopka, FL 32712
407-731-5670