IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                :   Jointly Administered
         Debtors.                                               :
                                                                :   **Ref. Docket No.: 9817**
--------------------------------------------------------------- x

### CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER WITH RESPECT TO PLAN TRUST'S SEVENTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1.     On March 7, 2011, through the undersigned counsel to the Plan Trustee, the Plan Trustee filed the Plan Trust's Seventy-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 9817] (the "Objection"). By the Objection, the Plan Trustee sought, *inter alia*, to disallow proof of claim number 10874 ("Claim 10874") filed by the Placer

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

County Tax Collector ("Placer County") on the grounds that Claim 10874 was filed after the applicable bar date.

2. Following the filing of the Objection, counsel for Placer County informally contacted the undersigned to discuss the matters raised in the Objection as it pertains to Claim 10874. As a result of those discussions, the undersigned counsel for the Plan Trustee reached an agreement with Placer County to adjourn the Objection with respect to Claim 10874 to permit additional time in which the parties may reach a consensual resolution of the Objection as it pertains to Claim 10874. A revised proposed form of order (the "Revised Proposed Order") reflecting the adjournment of the Objection with respect to Claim 10874 is attached hereto as Exhibit 1.

3. Responses to the Objection were to be filed and served no later than March 30, 2011 at 4:00 p.m. (ET). The undersigned hereby certifies that, as of the date hereof, no other comment, answer, objection or other responsive pleading to the Objection has been received. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Objection appears thereon.

*[Remainder of page intentionally left blank]*

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

Dated: April 1, 2011  
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

# EXHIBIT 1

**Revised Proposed Order**

YCST01: 10929384.1

066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
     Debtors.                                                    :
                                                                 :  Ref. Docket No. 9817
---------------------------------------------------------------- x

**REVISED ORDER SUSTAINING IN PART PLAN TRUST'S SEVENTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the seventy-fourth omnibus (substantive) claims objection (the "Objection"), by which the Plan Trustee respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") reassigning or disallowing and expunging in full such Disputed Claims [2] identified on Exhibits A, B, C and D attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]   All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

YCST01: 10929384.1                                                                     066585.1001

2

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Objection is adjourned with respect to claim number 10874 filed by the Placer County Tax Collector; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A, B and C are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit D are hereby reassigned to the new case numbers as indicated on Exhibit D; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      April ___, 2011

                                      CHRISTOPHER S. SONTCHI
                                      UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Amended Claim**

# Exhibit A

## Amended Claim

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| WESTRIDGE II AND III, L.L.C. (F/K/A WEST PROPERTIES II & III, L.P.) JERRY SHARPE - BELIN LAW FIRM 666 WALNUT STREET SUITE 2000 DES MOINES, IA 50309-3989 | 10161 | 3/31/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$133,747.63 (U)<br>$133,747.63 (T) | 10897 | 1/31/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$133,747.63 (U)<br>$133,747.63 (T) |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$133,747.63 (U)<br>$133,747.63 (T) | | | | - (S)<br>- (A)<br>- (P)<br>$133,747.63 (U)<br>$133,747.63 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Duplicate Claim**

## Exhibit B

### Duplicate Claim

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| RIDGE MANAGEMENT<br>7200 W 13TH ST<br>SUITE 3<br>WICHITA, KS  67212 | 10867 | 1/10/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$383,625.00 (U)<br>$383,625.00 (T) | 10840 | 1/3/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$383,625.00 (U)<br>$383,625.00 (T) |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$383,625.00 (U)<br>$383,625.00 (T) | | | | - (S)<br>- (A)<br>- (P)<br>$383,625.00 (U)<br>$383,625.00 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Late Filed Claims**

**Exhibit C**

**Late Filed Claim**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| AMERICAN STOCK TRANSFER & TRUST COMPANY<br>59 MAIDEN LANE<br>NEW YORK, NY 10038-4502 | 10890 | 2/4/11 | 07-11047 | - (S)<br>$23,150.00 (A)<br>- (P)<br>- (U)<br>$23,150.00 (T) | 1/5/2011 |
| ART, ETC.<br>ATTN: CATHERINE STACY<br>412 NW COUCH ST, SUITE 204<br>PORTLAND, OR 97209 | 10864 | 1/10/11 | No Case | - (S)<br>- (A)<br>$2,310.00 (P)<br>- (U)<br>$2,310.00 (T) | 2/4/2008 |
| BOYLE, BEVERLY<br>32 HEMLOCK DRIVE<br>PARLIN, NJ 08859 | 10894 | 2/4/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$245.83 (U)<br>$245.83 (T) | 1/11/2008 |
| BRUNS, SARA L.<br>9404 CROWNSPOINT CIR<br>AUSTIN, TX 78748 | 10896 | 2/4/11 | 07-11047 | - (S)<br>$3,461.00 (A)<br>- (P)<br>- (U)<br>$3,461.00 (T) | 1/5/2011 |
| DBT APPRAISALS, INC.<br>425 WAKE ROBIN DRIVE<br>COCKEYSVILLE, MD 21030 | 10869 | 1/12/11 | 07-11047 | - (S)<br>$425.00 (A)<br>- (P)<br>- (U)<br>$425.00 (T) | 1/5/2011 |
| FOLSOM PARKSHORE SELF STORAGE<br>185 PARKSHORE DRIVE<br>FOLSOM, CA 95630 | 10831 | 12/13/10 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$4,770.00 (U)<br>$4,770.00 (T) | 1/11/2008 |
| FOUR WINDS DEVELOPMENT COMPANY<br>920 WALNUT STREET<br>LANSDALE, PA 19446 | 10868 | 1/12/11 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | 1/11/2008 |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| LEU & OKUDA ATTORNEYS AT LAW<br>THE MERCHANT HOUSE<br>222 MERCHANT STREET, MAIN FLOOR<br>HONOLULU, HI 96813 | 10830 | 12/6/10 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,258.48 (U)<br>$1,258.48 (T) | 1/11/2008 |
| NATIONAL TAX VERIFICATION<br>1700 N DIXIE HIGHWAY<br>SUITE 151<br>BOCA RATON, FL 33432 | 10892 | 2/4/11 | 07-11047 | Unspecified* | 1/11/2008 |
| NATIONAL VERIFICATION SERVICE<br>1700 N. DIXIE HIGHWAY<br>SUITE 151<br>BOCA RATON, FL 33432 | 10893 | 2/4/11 | 07-11047 | Unspecified* | 1/11/2008 |
| OSHTEMO CHARTER TOWNSHIP<br>C/O JAMES W. PORTER, TOWNSHIP ATTY<br>7275 W. MAIN STREET<br>KALAMAZOO, MI 49009 | 10899 | 2/7/11 | 07-11047 | $348.01 (S)<br>- (A)<br>$348.01 (P)<br>- (U)<br>$348.01 (T) | 2/4/2008 |
| PEI YUN SHEN<br>691 3RD AVENUE<br>SAN FRANCISCO, CA 94118 | 10898 | 2/7/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$14,000.00 (U)<br>$14,000.00 (T) | 1/11/2008 |
| REO ASSET SERVICES, LLC<br>ATTN: THOMAS BLANCHARD<br>7945 W. SAHARA AVE<br>SUITE 106<br>LAS VEGAS, NV 89117 | 10891 | 2/4/11 | 07-11047 | $2,603.12 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,603.12 (T) | 1/5/2011 |
| S&S APPRAISAL SERVICES<br>RESIDENTIAL REAL ESTATE APPRAISERS AND CONSULTANTS<br>610 WATERFALL LN.<br>ELGIN, IL 60124 | 10873 | 1/10/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,950.00 (U)<br>$1,950.00 (T) | 1/5/2011 |
| URBANO, JAVIER<br>6869 GLENROY STREET<br>SAN DIEGO, CA 92120 | 10872 | 1/10/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$2,975.00 (U)<br>$2,975.00 (T) | 1/5/2011 |
| WALDRON, TERRENCE<br>10423 S OAKLEY<br>CHICAGO, IL 60643 | 10895 | 2/4/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$5,405.00 (U)<br>$5,405.00 (T) | 1/11/2008 |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| YELLW BOOK SALES & DIST.<br>SLATER, TENAGLIA, FRITZ & HUNT, P.A.<br>301 THIRD STREET<br>OCEAN CITY, NJ  08226 | 10789 | 7/9/10 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$18,841.00 (U)<br>$18,841.00 (T) | 1/11/2008 |

**Totals:** 17 Claims

$348.01 (S)
$29,639.12 (A)
$2,658.01 (P)
$74,445.31 (U)
$106,742.44 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Wrong Debtor Claims**

YCST01: 10929384.1                                                                        066585.1001

## Exhibit D
## Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claims | | | New Case Number |
|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | Case Number |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | New Case Number |
|---|---|---|---|---|---|
| CITY OF PORTLAND (OREGON)<br>CITY ATTORNEY'S OFFICE<br>ATTN DEPUT CITY ATTORNEY LINDA LAW<br>1221 SW 4TH AVENUE, RM 430<br>PORTLAND, OR 97204 | 9720 | 1/18/08 | 07-11047 | - (S)<br>- (A)<br>$2,039.37 (P)<br>$1,649.32 (U)<br>$3,688.69 (T) | 07-11051 |
| COMPTROLLER OF MARYLAND<br>COMPLIANCE DIVISION<br>301 WEST PRESTON STREET ROOM 410<br>BALTIMORE, MD 21201-2383 | 1392 | 9/27/07 | 07-11047 | - (S)<br>- (A)<br>$682.00 (P)<br>$60.00 (U)<br>$742.00 (T) | 07-11051 |
| Totals: | 2 Claims | | | - (S)<br>- (A)<br>$2,721.37 (P)<br>$1,709.32 (U)<br>$4,430.69 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.