IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   : Jointly Administered
            Debtors.                                               :
                                                                   : **Ref. Docket No.: 9818**
                                                                   :
------------------------------------------------------------------ x

**CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED
ORDER WITH RESPECT TO PLAN TRUST'S SEVENTY-FIFTH
OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO
SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1.   On March 7, 2011, through the undersigned counsel to the Plan Trustee, the Plan Trustee filed the Plan Trust's Seventy-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 9818] (the "Objection"). By the Objection, the Plan Trustee sought, *inter alia*, to disallow proof of claim number 8950 ("Claim 8950") filed by Former Employees and proof of claim number 10810 ("Claim 10810") filed by the Imperial County Tax Collector

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

("Imperial County") on the grounds that the applicable Debtors against which such claims had been asserted had no liability for these claims.

2.  Following the filing of the Objection, counsel for the Former Employees and Imperial County informally contacted the undersigned to discuss the matters raised in the Objection as it pertains to their claims. As a result of those discussions, the undersigned counsel for the Plan Trustee reached separate agreements with the Former Employees and Imperial County to adjourn the Objection with respect to Claim 8950 and Claim 10810 to permit additional time in which the parties may reach a consensual resolution of the Objection as it pertains to those claims. A revised proposed form of order (the "Revised Proposed Order") reflecting the adjournment of the Objection with respect to Claim 8950 and Claim 10810 is attached hereto as Exhibit 1.

3.  Responses to the Objection were to be filed and served no later than March 30, 2011 at 4:00 p.m. (ET). The undersigned hereby certifies that, as of the date hereof, no other comment, answer, objection or other responsive pleading to the Objection has been received. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Objection appears thereon.

*[Remainder of page intentionally left blank]*

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

Dated: April 1, 2011  
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*  
Sean M. Beach (No. 4070)  
Michael S. Neiburg (No. 5275)  
The Brandywine Building  
1000 West Street - 17th Floor  
P.O. Box 391  
Wilmington, Delaware 19899  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253  

-and-

HAHN & HESSEN LLP  
Mark S. Indelicato  
Edward L. Schnitzer  
488 Madison Avenue  
New York, New York 10022  
Telephone: (212) 478-7200  
Facsimile: (212) 478-7400  

*Co-Counsel to the Plan Trustee*

# EXHIBIT 1

**Revised Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       : Jointly Administered
     Debtors.                                                          :
                                                                       : Ref. Docket No. 9818
---------------------------------------------------------------------- x

### REVISED ORDER SUSTAINING IN PART PLAN TRUST'S SEVENTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the seventy-fifth omnibus (substantive) claims objection (the "Objection"), by which the Plan Trustee respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing in full, reassigning. Modifying and/or reclassifying such Disputed Claims [2] identified on Exhibits A, B and C attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Objection is adjourned with respect to claim number 8950 filed by the Former Employees and proof of claim number 10810 filed by the Imperial County Tax Collector; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit A are hereby disallowed in their entirety; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit B is hereby reclassified to the priority level indicated in the column titled "Modified Amount" in Exhibit B and reassigned to the new case number as indicated in Exhibit B; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit C is hereby (i) modified to the dollar value under the column titled "Modified Amount" in Exhibit C; (ii) reclassified to the priority level indicated in the column titled "Modified Amount" in Exhibit C; and (iii) reassigned to the new case number as indicated in Exhibit C; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       April ___, 2011

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**No Liability Claims**

# Exhibit A

## No Liability Claims

| Name/Address of Claimant | Objectionable Claim<br>Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| VENTURA COUNTY TAX COLLECTOR<br>MARY BARNES, DEPUTY TAX COLLECTOR<br>BANKRUPTCY DEPARTMENT<br>800 SOUTH VICTORIA AVENUE<br>VENTURA, CA 93009-1290 | 10871 | 1/12/11 | 07-11050 | - (S)<br>$33.88 (A)<br>- (P)<br>- (U)<br>$33.88 (T) | The claimed amount is duplicative as it is already included in claim 10865. |
| WAGNER, BARBARA L.<br>6196 FOXVIEW AVE NW<br>CANTON, OH 44718 | 10888 | 2/4/11 | No Case | - (S)<br>- (A)<br>$972.00 (P)<br>$972.00 (U)<br>$972.00 (T) | The claimed amount is for unused vacation time which has already been claimed by claim no. 192 filed by this same claimant. Claim 192 was addressed by the Debtors' 19th omnibus objection to claims [Docket No. 6009] and fixed by an order of the court. [Docket No. 6462 - see exhibit F]. As a result, the Debtors have no liability on account of this claim. |
| WAGNER, BARBARA L.<br>6196 FOXVIEW AVE NW<br>CANTON, OH 44718 | 10889 | 2/4/11 | No Case | - (S)<br>- (A)<br>$756.00 (P)<br>$756.00 (U)<br>$756.00 (T) | The claimed amount is for unused sick & personal time that was already claimed by claim no. 193 filed by this same claimant. Claim 193 was addressed by the Debtors' 15th omnibus objection to claims [Docket No. 5447] and expunged by an order of the court [Docket No. 6127 - see exhibit A]. As a result, the Debtors have no liability on account of this claim. |
| **Totals:** | **4 Claims** | | | **- (S)**<br>**$33.88 (A)**<br>**$1,728.00 (P)**<br>**$1,728.00 (U)**<br>**$1,761.88 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Reclassified Wrong Debtor Claim**

# Exhibit B

## Reclassified Wrong Debtor Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| GARRISON, MICHAEL W. TTEE<br>GARRISON GROUP LTD PSP<br>1887 LEMON GROVE ST<br>HENDERSON, NV 89052 | 4333 | 12/3/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$7,500.00 (U)<br>$7,500.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$7,500.00 (U)<br>$7,500.00 (T) | Claimant did not specify a classification or applicable debtor on their proof of claim. Claim relates to purported amounts due on account of the fact claimant purchased shares in AHM Corp. and is not entitled to priority status under the Bankruptcy Code. In addition, this claim should be assigned to AHM Corp. (Case No. 07-11051). |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$7,500.00 (U)<br>$7,500.00 (T) | | - (S)<br>- (A)<br>- (P)<br>$7,500.00 (U)<br>$7,500.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Modified Amount Reclassified Wrong Debtor Claim**

# Exhibit C

## Modified Amount Wrong Debtor Claim

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | | | Case Number | Total Amount Claimed | New Case Number | | |
| CASE, SAMUEL A<br>419 SPINNAKER LANE<br>FORT COLLINS, CO 80525 | 4789 | 12/7/07 | No Case | - (S)<br>- (A)<br>$11,150.00 (P)<br>- (U)<br>$11,150.00 (T) | 07-11051 | - (S)<br>- (A)<br>$3,900.00 (P)<br>$5,050.00 (U)<br>$8,950.00 (T) | Claimant asserted an amount that was higher than the liability reflected pursuant to the Debtors' books records. During subsequent communications, the parties have agreed that the claim should be modified and reduced to $8,950 in total, $3900 of which is entitled to priority status. In addition, the claimant failed to identify a debtor entity against which the claim is asserted. The claim should be assigned to AHM Corp. (Case No. 07-11051). |
| Totals: | | | 1 Claim | - (S)<br>- (A)<br>$11,150.00 (P)<br>- (U)<br>$11,150.00 (T) | | - (S)<br>- (A)<br>$3,900.00 (P)<br>$5,050.00 (U)<br>$8,950.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.