Attachment B

| Settlement Statement | Transactions without Sellers | | U.S. Department of Housing and Urban Development HUD-1A (3/94) OMB No. 2502-0491 |
|---|---|---|---|
| Name and Address of Borrower Delena S. Lamacchia | Property Location 1104 Black Rd Cherryville, NC 28021 | | Name and Address of Lender American Home Mortgage Acceptance, Inc. 538 Broadhollow Rd Melville, NY 11747 |
| Place of Settlement 106 North Cherry Street Cherryville, NC 28021-2903 | Settlement Date 06/28/07 | Disbursement Date 06/28/07 | Loan Number 0001721993 |
| | File Number T-5144C | Settlement Agent Palmer E. Huffstetler, Jr., Attorney at Law | |

| L. Settlement Charges | | M. Disbursement to Others | |
|---|---|---|---|
| 800. Items Payable In Connection With Loan | | 1501. Payoff | 159,955.98 |
| 801. Loan origination fee 1.0% to American Home Mortgage Acce | 1,881.00 | to Yorktown Funding, Inc. | |
| 802. Loan discount to American Home Mortgage Acceptance, Inc. | 3,526.88 | 1502. | |
| 803. Appraisal fee to American Home Mortgage Acceptance, Inc. | 410.00 | | |
| 804. Credit report to American Home Mortgage Acceptance, Inc. | 8.25 | 1503. | |
| 805. Inspection Fee | | | |
| 806. Mortgage Insurance Application Fee to | | 1504. | |
| 807. Mortgage broker fee | | | |
| 808. DU/LP Fee to American Home Mortgage Acceptance, Inc. | 21.70 | 1505. Final Draw | 21,312.76 |
| 809. MERS Registration Fee to American Home Mortgage Accept | 3.95 | to Johnny Freeman | |
| 810. Tax Service Fee to American Home Mortgage Acceptance, In | 92.00 | 1506. | |
| 811. Flood Hazard Fee to American Home Mortgage Acceptance, I | 19.00 | | |
| 812. | | 1507. | |
| 813. | | | |
| 814. | | 1508. | |
| 900. Items Required by Lender to be Paid in Advance | | | |
| 901. Interest from 06/28/07 to 07/01/07 @ $ 13.1931 /day | 39.58 | 1509. | |
| 902. Mortgage insurance premium for months to | | | |
| | | 1510. | |
| 903. Hazard Insurance Premium for year(s) to | 0.00 | | |
| | | 1511. | |
| 904. | | | |
| 1000. Reserves Deposited with Lender | | 1512. | |
| 1001. Hazard insurance 4 mos. @ $ 43.33 per mo. | 173.32 | | |
| 1002. Mortgage insurance mos. @ $ per mo. | | 1513. | |
| 1003. City property taxes mos. @ $ per mo. | | | |
| 1004. County property taxes 1 mos. @ $ 90.00 per mo. | 90.00 | 1514. | |
| 1005. Annual assessments mos. @ $ per mo. | | | |
| 1006. mos. @ $ per mo. | | 1515. | |
| 1007. mos. @ $ per mo. | | | |
| 1008. Aggregate adjustment | -263.32 | 1520. TOTAL DISBURSED | 181,268.74 |
| 1100. Title Charges | | (enter on line 1603) | |
| 1101. Settlement or closing fee to | | | |
| 1102. Abstract or title search to | | | |
| 1103. Title examination to | | | |
| 1104. Title insurance binder to | | | |
| 1105. Document preparation to | | | |
| 1106. Notary fees to | | | |
| 1107. Attorney's fees to Palmer E. Huffstetler, Jr., Attorney | 400.00 | | |
| (includes above items numbers: ) | | | |
| 1108. Title insurance to Chicago Title Insurance Company | 247.90 | N. NET SETTLEMENT | |
| (includes above items numbers: ) | | 1600. Loan Amount | $ 188,100.00 |
| 1109. Lender's coverage $188,100.00 | | | |
| 1110. Owner's coverage $188,100.00 | | 1601. PLUS Cash/Check from Borrower | $ 0.00 |
| 1111. Courier Fee (loan payoff #1) to Palmer E. Huffstetler, Jr., Att | 30.00 | | |
| 1112. Courier Fee (loan payoff #2) to Palmer E. Huffstetler, Jr., Att | | 1602. MINUS Total Settlement Charges | $ 6,831.26 |
| 1113. Electronic Doc Delivery Fee to Palmer E. Huffstetler, Jr., Att | 25.00 | (line 1400) | |
| 1200. Government Recording and Transfer Charges | | 1603. MINUS Total Disbursements to Others | $ 181,268.74 |
| 1201. Recording fees Mortgage: 71.00 | 71.00 | (line 1520) | |
| 1202. City/county tax/stamps | | 1604. EQUALS Disbursements to Borrower | $ 0.00 |
| 1203. State tax/stamps | | (after expiration of any applicable | |
| 1204. | | rescission period required by law) | |
| 1205. | | | |
| 1300. Additional Settlement Charges | | | |
| 1301. Survey to | | | |
| 1302. Pest inspection to | | | |
| 1303. Courier Fee (loan pkg-lender) to Palmer E. Huffstetler Jr., Att | 30.00 | | |
| 1304. Courier Fee (loan pkg-broker) to Palmer E. Huffstetler Jr., Att | | | |
| 1305. Wire Fee to Palmer E. Huffstetler Jr., Attorney | 25.00 | | |
| 1306. | | | |
| 1307. | | | |
| 1400. Total Settlement Charges (enter on line 1602) | 6,831.26 | | |

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 3,800.00 | $ | $ 3,800.00 | Rent | $ 0.01 | |
| Overtime | | | | First Mortgage (P&I) | | $ 622.91 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | | 43.33 |
| Dividends/Interest | | | | Real Estate Taxes | | 90.00 |
| Net Rental Income | | | 66.00 | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | 1,500.00 | | 1,500.00 | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $ 5,300.00 | $ | $ 5,366.00 | Total | $ 0.01 | $ 756.24 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

| Describe Other Income | Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan | Monthly Amount |
|---|---|---|
| B/C | | |
| B | Alimony/Support, 1500 | $ 1,500.00 |

*Handwritten annotations: "No where new correct" (left margin), "not correct" (right margin)*

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.

Completed [ ] Jointly  [X] Not Jointly

| ASSETS Description | Cash or Market Value | LIABILITIES — Liabilities and Pledged Assets. List the creditor's name, address, and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities, which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | | $ Payment/Months | $ |
| | | Name and address of Company | | |
| List checking and savings accounts below | | BB&T | | |
| Name and address of Bank, S&L, or Credit Union | | P O BOX 1847 | | |
| Cherryville Federal | | WILSON, NC  27894 | | |
| | | Acct no. 19D179982236001 | (70.00)/65 | 4,540.00 |
| Acct no. 56861 | $ 5,046.82 | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | KOHLS/CHASE | | |
| | | N56 W 17000 RIDGEWOOD DR | | |
| | | MENOMONEE FALLS, WI  53051 | | |
| | | Acct no. 28502117652 | 23.00/20 | 448.00 |
| Acct no. | | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | $ | CITIFINANCIA | | |
| | | 4500 NEW LINDEN HILL RD | | |
| | | WILMINGTON, DE  19808 | | |
| | | Acct no. 6032590299354695 | 61.00/70 | 4,228.00 |
| Acct no. | | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | $ | RMTOGO/GEMB | | |
| | | PO BOX 981439 | | |
| | | EL PASO, TX  79998 | | |
| | | Acct no. 601919120916 | 56.00/34 | 1,875.00 |
| Acct no. | | Name and address of Company | $ Payment/Months | $ |
| Stocks & Bonds (Company name/number & description) | $ | AMER GEN FIN | | |
| | | VISIONPLUS INHOUSE PMT 600 NO | | |
| | | EVANSVILLE, IN  47715 | | |
| | | Acct no. 2052446023572314 | 22.00/21 | 450.00 |
| Life insurance net cash value | $ | Name and address of Company | $ Payment/Months | $ |
| Face amount: $ | | Yorktown | | |
| Subtotal Liquid Assets | $ 5,046.82 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 315,000.00 | | | |
| | | Acct no. | 1.00/* | 181,270.00 |
| Vested interest in retirement fund | $ | Name and address of Company | $ Payment/Months | $ |
| Net worth of business(es) owned (attach financial statement) | $ | BB&T | | |
| Automobiles owned (make and year) | | PO BOX 2027 | | |
| | $ | GREENVILLE, SC  29602 | | |
| | | Acct no. 9336612419467 | (614.00)/127 | 78,234.00 |
| Other Assets (itemize) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: A/CS/SM Total pymt. | $ | |
| | | Job-Related Expense (child care, union dues, etc.) JR Exp Combined Total pymt. | $ | |
| | | Total Monthly Payments | $ 2,276.00 | |
| Total Assets a. | $ 320,046.82 | Net Worth (a minus b) ▶ $ 19,455.18 | Total Liabilities b. | $ 339,502.00 |

DOC #:333682
Freddie Mac Form 65 7/05
Fannie Mae Form 1003 7/05
VMP-21N (0507)

APP # 0001721993       06/28/2007  8:58 AM

Page 2 of 4                       Initials: ___

## VI. ASSETS AND LIABILITIES (cont'd)

Schedule of Real Estate Owned (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) (N = not for sale, Add to Mo Liab) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 979 Tot Dellinger Cherryville, NC 28021 | R SFR | $ 100,000.00 | $ 82,774.00 | $ 1,000.00 | $ 684.00 | $ | $ 66.00 |
| Lot 8, Requa Road Cherryville, NC 28021 | N SFR | 215,000.00 | 193,989.00 | | 121.00 | | |
| | | | | | | | |
| Totals | | $ 315,000.00 | $ 276,763.00 | $ 1,000.00 | $ 805.00 | $ | $ 66.00 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

Alternate Name          Creditor Name          Account Number

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase price | $ |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | 181,270.00 |
| e. Estimated prepaid items | 39.58 |
| f. Estimated closing costs | 2,435.90 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | 3,526.88 |
| i. Total costs (add items a through h) | 187,272.36 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 188,100.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 188,100.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) To | - 827.64 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

|  | Borrower | | Co-Borrower | |
|---|---|---|---|---|
|  | Yes | No | Yes | No |
| a. Are there any outstanding judgments against you? | | X | | |
| b. Have you been declared bankrupt within the past 7 years? | | X | | |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | X | | |
| d. Are you a party to a lawsuit? | | X | | |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | | X | | |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? | | X | | |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | | X | | |
| h. Is any part of the down payment borrowed? | | X | | |
| i. Are you a co-maker or endorser on a note? | | X | | |
| j. Are you a U.S. citizen? | X | | | |
| k. Are you a permanent resident alien? | | X | | |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | X | | | |
| m. Have you had an ownership interest in a property in the last three years? | X | | | |
| (1) What type of property did you own -- principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| (2) How did you hold title to the home -- solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | SP | | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors, and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Acknowledgement. Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X _Debra S. Leeb_ | 6/28/07 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

**BORROWER** ☐ I do not wish to furnish this information.
Ethnicity: ☐ Hispanic or Latino  ☒ Not Hispanic or Latino
Race: ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☒ White
Sex: ☒ Female  ☐ Male

**CO-BORROWER** ☐ I do not wish to furnish this information.
Ethnicity: ☐ Hispanic or Latino  ☐ Not Hispanic or Latino
Race: ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☐ White
Sex: ☐ Female  ☐ Male

To be Completed by Interviewer
This application was taken by:
☐ Face-to-face interview
☐ Mail
☐ Telephone
☐ Internet

Interviewer's Name (print or type): Albert Y Katanov
Interviewer's Signature: Albert Y Katanov    Date: 04/03/2007
Interviewer's Phone Number (incl. area code): 631-390-1469

Name and Address of Interviewer's Employer:
American Home Mortgage Acceptance, Inc.
538 Broadhollow Road
2nd Floor East
Melville, NY 11747

VMP-21N (0507)   Page 3 of 4
DOC #: 333683

APP # 0001721993    06/28/2007 8:58 AM

Freddie Mac Form 65 7/05
Fannie Mae Form 1003 7/05

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

_Delena S. Lamacchia_
Borrower

_____
Co-Borrower

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☒ Conventional  ☐ Other (explain): | Agency Case Number | Lender Case Number |
|---|---|---|---|
| | ☐ FHA  ☐ USDA/Rural Housing Service | | |

| Amount | Interest Rate | No. of Months | Amortization Type: | ☐ Fixed Rate  ☐ Other (explain): |
|---|---|---|---|---|
| $ 188,100.00 | 2.525 % | 480 | | ☐ GPM  ☒ ARM (type): (AH) 1 M.MTA LPMI110% |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state & ZIP): 1104 Black Road, Cherryville, NC 28021    No. of Units: 1

Legal Description of Subject Property (attach description if necessary): See attached    Year Built: 2007

Purpose of Loan: ☐ Purchase  ☐ Construction  ☐ Other (explain):   Property will be: ☒ Primary Residence  ☐ Secondary Residence  ☐ Investment
☒ Refinance  ☐ Construction-Permanent

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements | ☐ made  ☐ to be made |
|---|---|---|---|---|---|
| 2005 | $ 13,000.00 | $ 186,200.00 | constuction P/O | Cost: $ | |

Title will be held in what Name(s): Delena Lamacchia, Joseph Lamacchia    Manner in which Title will be held    Estate will be held in: ☒ Fee Simple  ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges, and/or Subordinate Financing (explain)

## III. BORROWER INFORMATION / Co-Borrower

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable): Delena S. Lamacchia | Co-Borrower's Name (include Jr. or Sr. if applicable): |
| Social Security Number: 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  Home Phone: (980) 522-7522  DOB: 07/02/1976  Yrs. School: 14/00 | Social Security Number  Home Phone  DOB  Yrs. School |
| ☒ Married  ☐ Unmarried  ☐ Separated    Dependents (not listed by Co-Borrower) no. 0  ages | ☐ Married  ☐ Unmarried  ☐ Separated    Dependents (not listed by Borrower) no.  ages |
| Present Address: 1124 Black Road, Cherryville, NC 28021  ☐ Own  ☐ Rent /07 No. Yrs. | Present Address:  ☐ Own  ☐ Rent  No. Yrs. |
| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |

If residing at present address for less than two years, complete the following:

| Former Address: 979 tot Dellinger Rd, Cherryville, NC 28021  ☒ Own  ☐ Rent 3/00 No. Yrs. | Former Address:  ☐ Own  ☐ Rent  No. Yrs. |
|---|---|

## IV. EMPLOYMENT INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Name & Address of Employer: Cherryville Area Ministries, 212 N. Mountain Street, Cherryville, NC 28021  ☐ Self Employed  Yrs. on this job: 6/00  Yrs. employed in this line of work/profession: /00 | Name & Address of Employer  ☐ Self Employed  Yrs. on this job  Yrs. employed in this line of work/profession |
| Position/Title/Type of Business: Executive Director  Business Phone: (704) 435-3816 | Position/Title/Type of Business  Business Phone |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer  ☐ Self Employed  Dates (from - to)   Monthly Income $ | Name & Address of Employer  ☐ Self Employed  Dates (from - to)   Monthly Income $ |
|---|---|
| Position/Title/Type of Business  Business Phone | Position/Title/Type of Business  Business Phone |
| Name & Address of Employer  ☐ Self Employed  Dates (from - to)   Monthly Income $ | Name & Address of Employer  ☐ Self Employed  Dates (from - to)   Monthly Income $ |
| Position/Title/Type of Business  Business Phone | Position/Title/Type of Business  Business Phone |

DOC#: 333681
Freddie Mac Form 65 7/05
Fannie Mae Form 1003 7/05
VMP-21N (0507)
Page 1 of 4
Initials: _____
VMP Mortgage Solutions, Inc. (800)521-7291
UM51 0305.01

APP # 0001721993    06/28/2007 8:58 AM