Scott Wallace

0230 Fairview Road, Suite 100

Charlotte NC, 28210

(704) 714-5138

## CREDIT INVESTIGATION AUTHORIZATION

I hereby authorize American Home Mortgage, its agents and subcontractors, to investigate and verify the complete terms of my employment, income, credit history, assets, and liabilities. I acknowledge that any copy bearing my signature carries the same authority as the original.

Borrower: _Delena D. Lamacchia_ (signature)    Date: 2-21-07

*Name forged* (handwritten annotation)

**LEGAL NOTICES:** The Federal Equal Opportunity Credit Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580

As part of your request for a mortgage pre-qualification or pre-approval, we may review your credit report and provide you information on various loan qualification criteria. If you do not meet these criteria and we cannot process your request, we may advise you accordingly. You may obtain a written statement of reasons by contacting us at the address shown above, within 60 days thereafter. We will provide you with the statement of reasons within 30 days of your request. Credit reports are provided by Equifax. Equifax does not make the credit decision, and cannot provide the specific reasons if you do not meet loan qualification criteria. In the event you do not meet loan qualification criteria, you may contact Equifax and request a free copy of your credit report, dispute its accuracy, and provide a consumer statement describing your position if you dispute the credit report. You may contact Equifax by writing Equifax Credit Information Services: PO Box 740214, Atlanta GA 30374 or calling 1-800-685-5000.