# EXHIBIT A

**Amended Claim**

066585.1001

## Exhibit A

### Amended Claim

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| WESTRIDGE II AND III, L.L.C. (F/K/A WEST PROPERTIES II & III, L.P.) JERRY SHARPE - BELIN LAW FIRM 666 WALNUT STREET SUITE 2000 DES MOINES, IA 50309-3989 | 10161 | 3/31/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$133,747.63 (U)<br>$133,747.63 (T) | 10897 | 1/31/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$133,747.63 (U)<br>$133,747.63 (T) |

**Totals:** 1 Claim

- (S)
- (A)
- (P)
$133,747.63 (U)
$133,747.63 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.