# EXHIBIT B

**Duplicate Claim**

## Exhibit B

### Duplicate Claim

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| RIDGE MANAGEMENT<br>7200 W 13TH ST<br>SUITE 3<br>WITCHITA, KS 67212 | 10867 | 1/10/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$383,625.00 (U)<br>$383,625.00 (T) | 10840 | 1/3/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$383,625.00 (U)<br>$383,625.00 (T) |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$383,625.00 (U)<br>$383,625.00 (T) | | | | - (S)<br>- (A)<br>- (P)<br>$383,625.00 (U)<br>$383,625.00 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

Printed on 3/4/2011 at 3:30:14PM

Page 1 of 1