# EXHIBIT C

## Late Filed Claims

**Exhibit C**

Late Filed Claim

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| AMERICAN STOCK TRANSFER & TRUST COMPANY 59 MAIDEN LANE NEW YORK, NY 10038-4502 | 10890 | 2/4/11 | 07-11047 | - (S) $23,150.00 (A) - (P) - (U) $23,150.00 (T) | 1/5/2011 |
| ART, ETC. ATTN: CATHERINE STACY 412 NW COUCH ST, SUITE 204 PORTLAND, OR 97209 | 10864 | 1/10/11 | No Case | - (S) - (A) $2,310.00 (P) - (U) $2,310.00 (T) | 2/4/2008 |
| BOYLE, BEVERLY 32 HEMLOCK DRIVE PARLIN, NJ 08859 | 10894 | 2/4/11 | 07-11047 | - (S) - (A) - (P) $245.83 (U) $245.83 (T) | 1/11/2008 |
| BRUNS, SARA L. 9404 CROWNSPOINT CIR AUSTIN, TX 78748 | 10896 | 2/4/11 | 07-11047 | - (S) $3,461.00 (A) - (P) - (U) $3,461.00 (T) | 1/5/2011 |
| DBT APPRAISALS, INC. 425 WAKE ROBIN DRIVE COCKEYSVILLE, MD 21030 | 10869 | 1/12/11 | 07-11047 | - (S) $425.00 (A) - (P) - (U) $425.00 (T) | 1/5/2011 |
| FOLSOM PARKSHORE SELF STORAGE 185 PARKSHORE DRIVE FOLSOM, CA 95630 | 10831 | 12/13/10 | 07-11047 | - (S) - (A) - (P) $4,770.00 (U) $4,770.00 (T) | 1/11/2008 |
| FOUR WINDS DEVELOPMENT COMPANY 920 WALNUT STREET LANSDALE, PA 19446 | 10868 | 1/12/11 | 07-11048 | - (S) - (A) - (P) $25,000.00 (U) $25,000.00 (T) | 1/11/2008 |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| LEU & OKUDA ATTORNEYS AT LAW<br>THE MERCHANT HOUSE<br>222 MERCHANT STREET, MAIN FLOOR<br>HONOLULU, HI 96813 | 10830 | 12/6/10 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,258.48 (U)<br>$1,258.48 (T) | 1/11/2008 |
| NATIONAL TAX VERIFICATION<br>1700 N DIXIE HIGHWAY<br>SUITE 151<br>BOCA RATON, FL 33432 | 10892 | 2/4/11 | 07-11047 | Unspecified* | 1/11/2008 |
| NATIONAL VERIFICATION SERVICE<br>1700 N. DIXIE HIGHWAY<br>SUITE 151<br>BOCA RATON, FL 33432 | 10893 | 2/4/11 | 07-11047 | Unspecified* | 1/11/2008 |
| OSHTEMO CHARTER TOWNSHIP<br>C/O JAMES W. PORTER, TOWNSHIP ATTY<br>7275 W. MAIN STREET<br>KALAMAZOO, MI 49009 | 10899 | 2/7/11 | 07-11047 | $348.01 (S)<br>- (A)<br>$348.01 (P)<br>- (U)<br>$348.01 (T) | 2/4/2008 |
| PEI YUN SHEN<br>691 3RD AVENUE<br>SAN FRANCISCO, CA 94118 | 10898 | 2/7/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$14,000.00 (U)<br>$14,000.00 (T) | 1/11/2008 |
| REO ASSET SERVICES, LLC<br>ATTN: THOMAS BLANCHARD<br>7945 W. SAHARA AVE<br>SUITE 106<br>LAS VEGAS, NV 89117 | 10891 | 2/4/11 | 07-11047 | - (S)<br>$2,603.12 (A)<br>- (P)<br>- (U)<br>$2,603.12 (T) | 1/5/2011 |
| S&S APPRAISAL SERVICES<br>RESIDENTIAL REAL ESTATE APPRAISERS AND<br>CONSULTANTS<br>610 WATERFALL LN.<br>ELGIN, IL 60124 | 10873 | 1/10/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,950.00 (U)<br>$1,950.00 (T) | 1/5/2011 |
| URBANO, JAVIER<br>6869 GLENROY STREET<br>SAN DIEGO, CA 92120 | 10872 | 1/10/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$2,975.00 (U)<br>$2,975.00 (T) | 1/5/2011 |
| WALDRON, TERRENCE<br>10423 S OAKLEY<br>CHICAGO, IL 60643 | 10895 | 2/4/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$5,405.00 (U)<br>$5,405.00 (T) | 1/11/2008 |

*Printed on 4/1/2011 at 9:0:19AM*

——— **Objectionable Claim** ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| YELLW BOOK SALES & DIST. SLATER, TENAGLIA, FRITZ & HUNT, P.A. 301 THIRD STREET OCEAN CITY, NJ 08226 | 10789 | 7/9/10 | 07-11047 | - (S) - (A) - (P) $18,841.00 (U) $18,841.00 (T) | 1/11/2008 |

**Totals:**                    17 Claims

| | |
|---|---|
| (S) - Secured | $348.01 (S) |
| (A) - Administrative | $29,639.12 (A) |
| (P) - Priority | $2,658.01 (P) |
| (U) - Unsecured | $74,445.31 (U) |
| (T) - Total Claimed | $106,742.44 (T) |

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.