# EXHIBIT D

## Wrong Debtor Claims

YCST01: 10929384.1

066585.1001

**Exhibit D**

Wrong Debtor Claims

| Name/Address of Claimant | | Objectionable Claims | | | New Case Number |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | Case Number |
| CITY OF PORTLAND (OREGON)<br>CITY ATTORNEY'S OFFICE<br>ATTN DEPUT CITY ATTORNEY LINDA LAW<br>1221 SW 4TH AVENUE, RM 430<br>PORTLAND, OR 97204 | 9720 | 1/18/08 | 07-11047 | - (S)<br>- (A)<br>$2,039.37 (P)<br>$1,649.32 (U)<br>$3,688.69 (T) | 07-11051 |
| COMPTROLLER OF MARYLAND<br>COMPLIANCE DIVISION<br>301 WEST PRESTON STREET ROOM 410<br>BALTIMORE, MD 21201-2383 | 1392 | 9/27/07 | 07-11047 | - (S)<br>- (A)<br>$682.00 (P)<br>$60.00 (U)<br>$742.00 (T) | 07-11051 |
| **Totals:** | | 2 Claims | | - (S)<br>- (A)<br>$2,721.37 (P)<br>$1,709.32 (U)<br>$4,430.69 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.