IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et. al., | Case No: 07-11047 (CSS) |
| | Jointly Administered |
| Debtors, | |
| Gil Quentin Alvarez | |
| Plaintiff, | ~~Adv. Proc. No. 11 _____ (CSS)~~ C4 |
| v. | |
| American Home Mortgage Corp., | |
| Defendants. | |

**ORDER SUSTAINING MOTION OF GIL QUENTIN ALVAREZ FOR AN ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. 503**

Upon consideration of the motion (the "Motion") of Gil Quentin Alvarez for an allowance of Administrative Expense Claim pursuant to 11 U.S.C. 503 and the objections of the interested parties thereto and the evidence presented, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that Gil Quentin Alvarez is allowed an administrative expense claim in the amount of $_____; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2011

BY THE COURT:

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge