CERTIFICATE OF SERVICE

FILED

I hereby certify that on this 4 day of April, 2011, a copy of the foregoing Motion of Quentin Alvarez for Allowance of Administrative Expense Claim against Debtor American Home Mortgage was mailed to the following:

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Christopher S. Sontchi
United States Bankruptcy Judge
824 North Market Street
Wilmington, DE 19801

Counsel for Debtors
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Official Committee of Unsecured Creditors
Mark Indelicato, Esq.
Hahn & Hassen, LLP
488 Madison Ave. 14th and 15th Floors
New York, NY 10022

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

Dated: April 4, 2011

Gil Q. Alvarez
542 Mount Argyll Court
Apopka, FL 32712
407-731-5670