**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                                       :
                                                                       :   Jointly Administered
        Debtors.                                                       :
                                                                       :   **Ref. Docket No. 9175**
                                                                       :
---------------------------------------------------------------------- x

**NOTICE OF PARTIAL WITHDRAWAL OF DEBTORS'
SIXTY-SECOND OMNIBUS OBJECTION TO CLAIMS**

PLEASE TAKE NOTICE that Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, through the undersigned counsel, hereby partially withdraws the *Debtors' Sixty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* [Docket No. 9175] solely with respect to the following proof of claim without prejudice to the Plan Trustee's right to object again to this proof of claim on any and all grounds:

| **Claimant Name** | **Claim Number** |
|---|---|
| The Ritz-Carlton Hotel Company, LLC | 1771 |

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Dated: April 4, 2011  YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
      Wilmington, Delaware

      */s/ Michael S. Neiburg*
      Sean M. Beach (No. 4070)
      Michael S. Neiburg (No. 5275)
      The Brandywine Building
      1000 West Street - 17th Floor
      P.O. Box 391
      Wilmington, Delaware  19899
      Telephone: (302) 571-6600
      Facsimile: (302) 571-1253

      -and-

      HAHN & HESSEN LLP
      Mark S. Indelicato
      Edward L. Schnitzer
      488 Madison Avenue
      New York, New York 10022
      Telephone: (212) 478-7200
      Facsimile: (212) 478-7400

      *Co-Counsel to the Plan Trustee*