# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| **In Re:**<br>American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747<br>  **EIN:** 13–4066303 | **Chapter:** 11<br><br><br><br>**Case No.:** 07–11047–CSS |

### NOTICE OF HEARING

Gil Quenton Alvarez has filed a Motion to File An Additional Late Proof of Claim and a Motion for Sanctions

A hearing is scheduled for 5/11/11 at 09:00 AM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, DE 19801 . Objections are due on or before 5/4/11 .

David D. Bird<br>
Clerk of Court

Dated: 3/28/11

(VAN–401)