# Notice Recipients

District/Off: 0311−1      User: LisaC      Date Created: 4/5/2011
Case: 07−11047−CSS      Form ID: pdfgen      Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
5638599     Gil Quentin Alvarez     542 Mount Argyll Court     Apopka, FL 32712

TOTAL: 1