IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                  :
                                                                   :   Jointly Administered
                                              Debtors.             ::
------------------------------------------------------------------ x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Plan Trust in the above-captioned case, and that on March 29, 2011, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Notice of Hearing to Consider Final Fee Applications [D.I. 9866\
Instructions for Telephonic Hearing

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 31 day of March 2011.

_____
Notary Public

SANDRA ANN RIDDLE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 10, 2012

YCST01:6163664.17                                                                                     066585.1001

| | |
|---|---|
| David Finger<br>Finger, Slanina & Liebesman<br>One Commerce Center<br>1201 N. Orange St., 7th Fl.<br>Wilmington, DE 19801<br>(Adorno & Yoss)<br>*Hand Delivery* | Ian Connor Bifferato, Esq.<br>Thomas F. Driscoll, III, Esq.<br>Bifferato, LLC<br>800 King Street<br>PO Box 2165<br>Wilmington, DE 19801<br>*Hand Delivery* |
| Stephen Weisbrod, Esq.<br>1100 New York Avenue, N.W.<br>Washington, D.C. 20005<br>*First Class Mail* | Thomas G. Macauley, Esq.<br>Zuckerman Spaeder LLP<br>919 Market Street, Suite 990<br>PO Box 1028<br>Wilmington, DE 19899<br>*Hand Delivery* |
| James Tecce, Esq.<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Ave., 22nd Fl.<br>New York, NY 10010<br>*First Class Mail* | Lisa Coggins, Esq.<br>824 Market Street, Suite 1000<br>PO Box 1351<br>Wilmington, DE 19801<br>*Hand Delivery* |
| BDO USA, LLP<br>Robert Klein<br>90 Woodbridge Center Dr., 4th Fl.<br>Woodbridge, NJ 07095<br>*First Class Mail* | Pamela Rogers Chepiga, Esq.<br>Allen & Overy, LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>*First Class Mail* |
| Alan Weinreb, Esq.<br>The Law Offices of Alan Weinreb<br>6800 Jericho Turnpike, Suite 207 W<br>Syosset, NY 11791<br>*First Class Mail* | Thomas Korf, Esq.<br>Traxi<br>Tower 45, 6th Fl.<br>120 West 45th Street<br>New York, NY 10036<br>*First Class Mail* |
| Jantra Van Roy, Esq.<br>Zeichner Ellman & Krause LLP<br>575 Lexington Avenue<br>New York, NY 10022<br>*First Class Mail* | Cynthia Treadwell, Esq.<br>Robert J. Hopp, Esq.<br>Robert J. Hopp & Associates<br>333 W. Colfax Avenue, Suite 400<br>Denver, CO 80204<br>*First Class Mail* |
| Stephen Goldberg, Esq.<br>Cohn, Goldberg & Deutsch, LLC<br>600 Baltimore Avenue, Suite 208<br>Towson, MD 21204<br>*First Class Mail* | Paul Aguggia,<br>Kilpatrick Townsend & Stockton LLP<br>607 14th Street, NW<br>Suite 900<br>Washington, D.C. 20005<br>*First Class Mail* |

| | |
|---|---|
| David Souders, Esq.<br>Weiner Brodsky Sidman Kider<br>1300 19th Street, NW, 5th Fl<br>Washington, D.C. 20036<br>*First Class Mail* | Thomas Geppel<br>PricewaterhouseCoopers<br>300 Madison Avenue<br>New York, NY 10017<br>*First Class Mail* |
| Eugene Weil<br>Milestone Advisors<br>1775 Eye Street NW, Suite 800<br>Washington, D.C. 20006<br>*First Class Mail* | Michael Lau<br>Phoenix Capital, Inc.<br>999 18th Street, Suite 1400<br>Denver, CO 80202<br>*First Class Mail* |
| Breton J. Maley<br>Codilis & Asso.<br>15W030 North Frontage Road<br>Burr Ridge, IL 60527<br>*First Class Mail* | Linda Kidder<br>TD Service Company<br>1820 E. First Street, Suite 210<br>Santa Ana, CA 92705<br>*First Class Mail* |
| D. Carol Sasser<br>Samuel I. White, P.C.<br>5040 Corporate Woods Drive, Suite 120<br>Virginia Beach, VA 23462<br>*First Class Mail* | Jeffrey Manning<br>BDO Capital Advisors<br>100 Park Avenue, 10th Fl.<br>New York, NY 10017<br>*First Class Mail* |
| Gregory Petrick, Esq.<br>Christopher Updike, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>*First Class Mail* | John Pendergast, Jr., Esq.<br>Pendergast & Jones<br>115 Perimeter Center Place, Suite 1000<br>Atlanta, GA 30346<br>*First Class Mail* |
| Geoffrey Peters, Esq.<br>Weltman Weinberg & Reis Co., LPA<br>175 S. Third Street, Suite 900<br>Columbus, OH 43215 | David Berliner<br>BDO USA, LLP<br>135 West 50th, 10th Fl.<br>New York, NY 10020 |
| B. Elizabeth Plank, Esq.<br>Receivable Management Services Corp.<br>307 International Circle, Suite 270<br>Hunt Valley, MD 21030<br>*First Class Mail* | Daniel Conseugra<br>Law Offices of Daniel Conseugra<br>9204 King Palm Drive<br>Tampa, FL 33619<br>*First Class Mail* |
| Marshall Isaccs<br>Orlans Associates<br>2501 Rochester Court<br>Troy, Michigan 48083<br>*First Class Mail* | |