# EXHIBIT A

**No Liability Claims**

# Exhibit A

## No Liability Claims

| Name/Address of Claimant | Objectionable Claim ||||  Total Amount Claimed | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | | |
| VENTURA COUNTY TAX COLLECTOR<br>MARY BARNES, DEPUTY TAX COLLECTOR<br>BANKRUPTCY DEPARTMENT<br>800 SOUTH VICTORIA AVENUE<br>VENTURA, CA 93009-1290 | 10871 | 1/12/11 | 07-11050 | | - (S)<br>$33.88 (A)<br>- (P)<br>- (U)<br>$33.88 (T) | The claimed amount is duplicative as it is already included in claim 10865. |
| WAGNER, BARBARA L.<br>6196 FOXVIEW AVE NW<br>CANTON, OH 44718 | 10888 | 2/4/11 | No Case | | - (S)<br>- (A)<br>$972.00 (P)<br>$972.00 (U)<br>$972.00 (T) | The claimed amount is for unused vacation time which has already been claimed by claim no. 192 filed by this same claimant. Claim 192 was addressed by the Debtors' 19th omnibus objection to claims [Docket No. 6009] and fixed by an order of the court. [Docket No. 6462 - see exhibit F]. As a result, the Debtors have no liability on account of this claim. |
| WAGNER, BARBARA L.<br>6196 FOXVIEW AVE NW<br>CANTON, OH 44718 | 10889 | 2/4/11 | No Case | | - (S)<br>- (A)<br>$756.00 (P)<br>$756.00 (U)<br>$756.00 (T) | The claimed amount is for unused sick & personal time that was already claimed by claim no. 193 filed by this same claimant. Claim 193 was addressed by the Debtors' 15th omnibus objection to claims [Docket No. 5447] and expunged by an order of the court [Docket No. 6127 - see exhibit A]. As a result, the Debtors have no liability on account of this claim. |
| Totals: | 4 Claims | | | | - (S)<br>$33.88 (A)<br>$1,728.00 (P)<br>$1,728.00 (U)<br>$1,761.88 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.