# EXHIBIT B

**Reclassified Wrong Debtor Claim**

## Exhibit B

### Reclassified Wrong Debtor Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| GARRISON, MICHAEL W. TTEE<br>GARRISON GROUP LTD PSP<br>1887 LEMON GROVE ST<br>HENDERSON, NV 89052 | 4333 | 12/3/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$7,500.00 (U)<br>$7,500.00 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$7,500.00 (U)<br>$7,500.00 (T) | Claimant did not specify a classification or applicable debtor on their proof of claim. Claim relates to purported amounts due on account of the fact claimant purchased shares in AHM Corp. and is not entitled to priority status under the Bankruptcy Code. In addition, this claim should be assigned to AHM Corp. (Case No. 07-11051). |
| **Totals:** | **1 Claim** | | | - (S)<br>- (A)<br>- (P)<br>$7,500.00 (U)<br>$7,500.00 (T) | | - (S)<br>- (A)<br>- (P)<br>$7,500.00 (U)<br>$7,500.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.