# EXHIBIT C

**Modified Amount Reclassified Wrong Debtor Claim**

## Exhibit C

### Modified Amount Wrong Debtor Claim

#### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| CASE, SAMUEL A<br>419 SPINNAKER LANE<br>FORT COLLINS, CO 80525 | 4789 | 12/7/07 | No Case | - (S)<br>- (A)<br>$11,150.00 (P)<br>- (U)<br>$11,150.00 (T) | 07-11051 | - (S)<br>- (A)<br>$3,900.00 (P)<br>$5,050.00 (U)<br>$8,950.00 (T) | Claimant asserted an amount that was higher than the liability reflected pursuant to the Debtors' books records. During subsequent communications, the parties have agreed that the claim should be modified and reduced to $8,950 in total, $3900 of which is entitled to priority status. In addition, the claimant failed to identify a debtor entity against which the claim is asserted. The claim should be assigned to AHM Corp. (Case No. 07-11051). |
| **Totals:** | **1 Claim** | | | - (S)<br>- (A)<br>$11,150.00 (P)<br>- (U)<br>$11,150.00 (T) | | - (S)<br>- (A)<br>$3,900.00 (P)<br>$5,050.00 (U)<br>$8,950.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.