IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------- x
In re:                                                          :  Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                :  Jointly Administered
        Debtors.                                                :
                                                                :  Ref. Docket Nos. 8174, 8258 & 8299
                                                                :
--------------------------------------------------------------- x

### STIPULATION BY AND BETWEEN THE PLAN TRUSTEE AND WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION REGARDING THE DEBTORS' FORTY-FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS

This stipulation (the "Stipulation") is entered into by and between Steven D. Sass, as liquidating trustee (the " Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in the Chapter 11 cases of the above-captioned debtors and debtors-in-possession (the "Debtors"), and Washington Mutual Mortgage Securities Corporation ("WaMu" and together with the Plan Trustee, the "Parties"), as of the date set forth below. The Parties hereby stipulate and agree that the following terms shall govern the treatment of the claims identified herein.

### RECITALS

WHEREAS, on November 25, 2008, WaMu filed amended proofs of claim numbered 10577 ("Claim 10577"), 105778 ("Claim 10578"), 105779 ("Claim 10579"), 10580 ("Claim 10580") and 10581 ("Claim 10581") (collectively, the "WaMu EPD/Breach Claims"), pursuant

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

YCST01:10740820.4                                                                    066585.1001

to which WaMu asserts amounts are owed to it by the Debtors on account of (i) repurchase obligations in connection with alleged early payment defaults by borrowers, and (ii) alleged damages arising from the Debtors' breaches of representations and warranties under certain loan agreements;

WHEREAS, the WaMu EPD/Breach Claims are asserted as general unsecured claims in the amount of $7,010,479.15 against debtors American Home Mortgage Corp. (Case No. 07-11051), AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) (Case No. 07-11050), American Home Mortgage Acceptance, Inc. (Case No. 07-11049), American Home Mortgage Investment Corp. (Case No. 07-11048) and American Home Mortgage Holdings, Inc. (Case No. 07-11047), respectively;

WHEREAS, on February 23, 2009, the Court entered an order [Docket No. 7042] confirming the Plan;

WHEREAS, under Article 7 of the Plan, a protocol (the "EPD/Breach Claims Protocol") was established to liquidate EPD/Breach Claims (as defined in the Plan) such as the WaMu EPD/Breach Claims because of the complexity and anticipated expense of litigating issues concerning such claims;

WHEREAS, pursuant to the EPD/Breach Claims Protocol, WaMu was required to submit questionnaires in support of its claims, which would permit the Debtors to calculate the distributions, if any, owed to WaMu on account of its EPD/Breach Claims;

WHEREAS, on October 13, 2009, the Debtors filed their Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "Objection") [Docket No. 8174];

WHEREAS, on November 6, 2009, WaMu filed a response [Docket No. 8258] to the Objection;

WHEREAS, on November 13, 2009, the Court entered an order [Docket No. 8299] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, the WaMu EPD/Breach Claims;

WHEREAS, subsequent to the adjournment of the Objection as it pertains to the WaMu EPD/Breach Claims, WaMu provided the Debtors with the questionnaires required under the Plan;

WHEREAS, the Effective Date of the Plan (as defined in the Plan) occurred on November 30, 2010;

WHEREAS, the Parties have conferred with respect to reaching a consensual resolution of the Objection as it pertains to WaMu EPD/Breach Claims;

WHEREAS, Article 8 of the Plan permits the Plan Trustee to compromise or settle objections to Claims, such as the WaMu EPD/Breach Claims, without further approval of or application to the Bankruptcy Court, subject to the approval of the Plan Oversight Committee (as defined in the Plan); and

WHEREAS, the Plan Trustee has presented this Stipulation to the Plan Oversight Committee, which has approved it in all respects;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The Objection with respect to WaMu EPD/Breach Claims is resolved and such claims shall receive the treatment as set forth herein.

2. WaMu agrees that Claims 10578, 10579, 10580 and 10581 are disallowed in their entirety.

3. The Plan Trustee agrees that Claim 10577 shall be allowed as a general unsecured claim in the total amount of four-hundred two thousand, six-hundred nine dollars ($402,609) against American Home Mortgage Corp. (Case No. 07-11051).

4. Effective upon the docketing of this Stipulation with the Bankruptcy Court, WaMu and the Plan Trustee do hereby fully release and discharge each other, the Debtors and any and all past, present and future persons, employees, former employees, independent contractors, entities, affiliates, stockholders, investors, attorneys, representatives, corporations, successors, assigns, agents, and partnerships associated with them, from any and all debts, claims, demands, liens, actions, rights, covenants, judgments, controversies, damages, losses, suits, attorney's fees, costs, expenses and causes of action of any kind in law, in equity, or otherwise, relating to the WaMu EPD/Breach Claims, whether presently in existence or which may hereafter accrue, be asserted and/or held by the Parties.

5. Each of the Parties shall bear its own costs and attorney's fees incurred in connection with the Objection and WaMu's response thereto.

6. The Parties agree that the Bankruptcy Court shall be the exclusive forum for the resolution of any disputes or controversies arising from or related to this Stipulation.

7. The undersigned counsel represent that they have the authorization to execute this Stipulation on behalf of their respective client.

8. This Stipulation may be executed in counterparts, any of which may be transmitted by facsimile, and each of which should be deemed an original and all of which together shall constitute one and the same instrument.

[SIGNATURE PAGE FOLLOWS]

STIPULATED AND AGREED this 6TH day of April, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*


CONNOLLY BOVE LODGE & HUTZ, LLP

Karen C. Bifferato (No. 3279)
N. Christopher Griffiths (No. 5180)
The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, Delaware 19801
Telephone: (302) 658-9141

*Counsel to Washington Mutual Mortgage
Securities Corporation*