# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
  **EIN:** 13–4066303

**Chapter:** 11

**Case No.:** 07–11047–CSS

## NOTICE OF HEARING

Gil Quenton Alvarez has filed a Motion to File An Additional Late Proof of Claim and a Motion for Sanctions

A hearing is scheduled for 5/11/11 at 09:00 AM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, DE 19801 . Objections are due on or before 5/4/11 .

David D. Bird
Clerk of Court

Dated: 3/28/11

(VAN–401)

United States Bankruptcy Court
District of Delaware

In re:  
American Home Mortgage Holdings, Inc.  
Debtor

Case No. 07-11047-CSS  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0311-1     User: LisaC     Page 1 of 1     Date Rcvd: Apr 05, 2011  
Form ID: pdfgen     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2011.  
5638599     +Gil Quentin Alvarez,    542 Mount Argyll Court,    Apopka, FL 32712-4738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2011**         **Signature:** _Joseph Speetjens_