# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
## FILED BY SECURITY CONNECTIONS, INC. [CLAIM NO. 8273]

NOW COMES Security Connections, Inc., by and through its undersigned counsel, and hereby withdraws, without prejudice, its proof of claim number 8273 filed in this case.



Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840
(302) 421-5873 (Fax)

Dated: April 8, 2011          Attorneys for Security Connections, Inc.

583742.1 4/8/11