IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                        :
                                                                         :   Jointly Administered
                                    Debtors.                             ::
------------------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Plan Trust in the above-captioned case, and that on April 4, 2011, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Eighth Order Regarding Debtors' Thirty First Omnibus (Substantive) Objection to Claims [D.I. 7544]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this ___ day of April 2011.

_____
Notary Public

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 6, 2013

## SERVICE LIST

Oakland County Treasurer
Attn: Diane Roark
1200 N. Telegraph
Pontiac, MI 48341
*First Class Mail*