IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                   :
                                                                    :   Jointly Administered
                              Debtors.                              ::
------------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                       ) SS
NEW CASTLE COUNTY      )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Plan Trust in the above-captioned case, and that on April 4, 2011, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Order Regarding Debtors' Fifteenth Omnibus (Substantive) Objection to Claims [D.I. 8180]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this ____ day of April 2011.

_____
Notary Public

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 6, 2013

## SERVICE LIST

California Cleaning Concepts
Attn: James Massicotte
635 Barstow, #19
Clovis, CA 93612
*First Class Mail*