IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                      :
                                                                       :   Jointly Administered
                                    Debtors.                           ::
---------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Plan Trust in the above-captioned case, and that on April 5, 2011, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Third Order Regarding Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 8583]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 8th day of April 2011.

_____
Notary Public

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 6, 2013

## SERVICE LIST

Indiana Department of Revenue
Attn: Carol Lushell
100 North Senate Ave.
Indianapolis, IN 46204
*First Class Mail*