IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | : | Case No. 07-11047 |
| | : | |
| Debtor. | : | Related D.I. 2436 |
| | : | |

## WITHDRAWAL OF APPEARANCE

TO:   Clerk, United States Bankruptcy Court
for the District of Delaware
824 North Market Street
Third Floor
Wilmington, DE  19801

Fox Rothschild LLP, and Prince Altee Thomas, Esquire hereby withdraw their appearance as counsel for Spring-Ford Area School District/Limerick Township Tax Collector in the above-captioned proceeding.

Respectfully submitted,

__/s/ Prince Altee Thomas_____
Prince Altee Thomas, Esquire
Fox Rothschild, LLP
2000 Market Street, Twentieth Floor
Philadelphia, PA 19103-3291
(215) 299-2000;  215/299-2150 (fax)

Dated:  April 11, 2011

PH1 2789444v1 04/11/11