# EXHIBIT II

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : Case No. 07-11047 (CSS) |
| a Delaware corporation, et al.,[1] | : |
|  | : Jointly Administered |
| Debtors. | : |
|  | : **Ref. Docket No. ____** |
------------------------------------------------------------ x

### ORDER SUSTAINING PLAN TRUST'S SEVENTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the seventy-sixth omnibus (non-substantive) objection to claims (the "Objection") of Steven D. Sass, as liquidating trustee (the " Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors"), by which the Plan Trustee respectfully requests the entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B, C, D, E and F attached hereto; and it appearing that the Court has jurisdiction over this matter

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]     All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A, C, D, E and F are hereby disallowed and expunged in their entirety; and it is further

ORDERED that, except as expressly stated otherwise in this Order, the Disputed Claims (Equity Interest Claims) identified on the attached Exhibit B are hereby disallowed and expunged in their entirety; and it is further

ORDERED that, to the extent any of the Disputed Claims (Equity Interest Claims) identified on the attached Exhibit B were filed on account of damages or a claim against the Debtors resulting from the applicable shareholder's ownership of stock of the Debtors, such claims are Subordinated Claims [Classes 1D - 8D] (as such terms are defined in the Plan) and are therefore subordinated in right of payment to other claims against the Debtors as provided for in the Plan; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
     May ____, 2011

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2

                       

# EXHIBIT A

**Amended Claims**

**Exhibit A**

**Amended Claims**

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| DB STRUCTURED PRODUCTS, INC<br>PETER PRINCIPATO, DIRECTOR<br>DEUTSCHE BANK SECURITIES INC<br>60 WALL STREET<br>NEW YORK, NY 10005 | 9054 | 1/11/08 | 07-11051 | Unspecified* | 10758 | 2/2/10 | 07-11051 | Unspecified* |
| DB STRUCTURED PRODUCTS, INC<br>PETER PRINCIPATO DIRECTOR<br>DEUTSCHE BANK SECURITIES INC<br>60 WALL STREET<br>NEW YORK, NY 10005 | 9056 | 1/11/08 | 07-11050 | Unspecified* | 10759 | 2/2/10 | 07-11050 | Unspecified* |
| DB STRUCTURED PRODUCTS, INC<br>STEVEN KESSLER, ESQ.<br>DEUTSCHE BANK AG NEW YORK<br>60 WALL STREET, 36TH FL<br>NEW YORK, NY 10005-2858 | 10453 | 8/15/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$142,498,546.38 (U)<br>$142,498,546.38 (T) | 10759 | 2/2/10 | 07-11050 | Unspecified* |
| DB STRUCTURED PRODUCTS, INC<br>STEVEN KESSLER, ESQ.<br>60 WALL STREET, 36TH F.<br>NEW YORK, NY 10005-2858 | 10454 | 8/15/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$142,498,546.38 (U)<br>$142,498,546.38 (T) | 10758 | 2/2/10 | 07-11051 | Unspecified* |
| DEUTSCHE BANK AG<br>PETER PRINCIPATO DIRECTOR<br>DEUTSCHE BANK SECURITIES INC<br>60 WALL STREET<br>NEW YORK, NY 10005 | 9057 | 1/11/08 | 07-11048 | Unspecified* | 10020 | 3/3/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$4,083,159.22 (U)<br>$4,083,159.22 (T) |
| DEUTSCHE BANK AG<br>STEVEN KESSLER, ESQ.,<br>60 WALL STREET, 36TH FL<br>NEW YORK, NY 10005-2858 | 9058 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,897,707.00 (U)<br>$2,897,707.00 (T) | 10021 | 3/3/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$4,083,159.22 (U)<br>$4,083,159.22 (T) |
| UBS SECURITIES LLC<br>ATTN HUGH CORCORAN, MANAGING DIRECTOR<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | 8924 | 1/11/08 | 07-11048 | $15,039,395.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$15,039,395.00 (T) | 10787 | 6/24/10 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$11,675,819.31 (U)<br>$11,675,819.31 (T) |

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| Totals: | | 7 Claims | | $15,039,395.00 (S)<br>- (A)<br>- (P)<br>$287,894,799.76 (U)<br>$302,934,194.76 (T) | | | | - (S)<br>- (A)<br>- (P)<br>$19,842,137.75 (U)<br>$19,842,137.75 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Equity Interest Claims**

## Exhibit B

### Equity Interest Claims

| | Objectionable Claim | | | | |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
| BOETTCHER, JANET<br>2070 POINTE DRIVE<br>FLORISSANT, MO 63031 | 10839 | 1/3/11 | 07-11047 | Unspecified* | Pursuant to the documentation provided by the claimant, this "claim" was filed solely on account of equity interests held by such person in Debtor AHM Investment Corp. (Case No. 07-11048). The Plan Trustee objects to this Equity Interest Claim because it was filed by a shareholder based solely on ownership of stock in one of the Debtors. Accordingly, this Equity Interest Claim should be disallowed in full.<br><br>In the event that the Court determines that this Equity Interest Claim was filed on account of damages or a claim against the Debtors resulting from the shareholder's ownership of stock of Debtor AHM Investment Corp., this claim falls squarely into the category of Subordinated Claims [Classes 1D - 8D] (as such terms are defined in the Plan), which, pursuant to section 510(b) of the Bankruptcy Code and the terms of Plan Article IV.K, is subordinated in right of payment to other claims. As such, if applicable, the Plan Trustee alternatively requests that the Court enter an order finding that this claim is a Subordinated Claim under the Plan and is therefore subordinated in right of payment to other claims against the Debtors as provided for in the Plan. |

| | | | | Objectionable Claim | |
|---|---|---|---|---|---|

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| FALLS, ALBERT H.<br>233 BELMORROW DRIVE<br>CHARLOTTE, NC 28214 | 10837 | 1/3/11 | 07-11048 | $37,057.27 (S)<br>- (A)<br>- (P)<br>- (U)<br>$37,057.27 (T) | Pursuant to the documentation provided by the claimant, this "claim" was filed solely on account of equity interests held by such person in Debtor AHM Investment Corp. (Case No. 07-11048). The Plan Trustee objects to this Equity Interest Claim because it was filed by a shareholder based solely on ownership of stock in one of the Debtors. Accordingly, this Equity Interest Claim should be disallowed in full.<br><br>In the event that the Court determines that this Equity Interest Claim was filed on account of damages or a claim against the Debtors resulting from the shareholder's ownership of stock of Debtor AHM Investment Corp., this claim falls squarely into the category of Subordinated Claims [Classes 1D - 8D] (as such terms are defined in the Plan), which, pursuant to section 510(b) of the Bankruptcy Code and the terms of Plan Article IV.K, is subordinated in right of payment to other claims.  As such, if applicable, the Plan Trustee alternatively requests that the Court enter an order finding that this claim is a Subordinated Claim under the Plan and is therefore subordinated in right of payment to other claims against the Debtors as provided for in the Plan. |
| FALLS, KAYE G.<br>233 BELMORROW DRIVE<br>CHARLOTTE, NC 28214 | 10838 | 1/3/11 | 07-11048 | $30,978.81 (S)<br>- (A)<br>- (P)<br>- (U)<br>$30,978.81 (T) | Pursuant to the documentation provided by the claimant, this "claim" was filed solely on account of equity interests held by such person in Debtor AHM Investment Corp. (Case No. 07-11048). The Plan Trustee objects to this Equity Interest Claim because it was filed by a shareholder based solely on ownership of stock in one of the Debtors. Accordingly, this Equity Interest Claim should be disallowed in full.<br><br>In the event that the Court determines that this Equity Interest Claim was filed on account of damages or a claim against the Debtors resulting from the shareholder's ownership of stock of Debtor AHM Investment Corp., this claim falls squarely into the category of Subordinated Claims [Classes 1D - 8D] (as such terms are defined in the Plan), which, pursuant to section 510(b) of the Bankruptcy Code and the terms of Plan Article IV.K, is subordinated in right of payment to other claims.  As such, if applicable, the Plan Trustee alternatively requests that the Court enter an order finding that this claim is a Subordinated Claim under the Plan and is therefore subordinated in right of payment to other claims against the Debtors as provided for in the Plan. |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| GRABFELDER, ROBERT G SR & ROBERT G GRABFELDER JR JTWROS GREEN ROCK CORRECTIONAL CENTER PO BOX 1000 CHATHAM, VA  24531 | 2771 | 11/19/07 | No Case | Unspecified* | Pursuant to the documentation provided by the claimant, this "claim" was filed solely on account of equity interests held by such person in Debtor AHM Investment Corp. (Case No. 07-11046). The Plan Trustee objects to this Equity Interest Claim because it was filed by a shareholder based solely on ownership of stock in one of the Debtors. Accordingly, this Equity Interest Claim should be disallowed in full.

In the event that the Court determines that this Equity Interest Claim was filed on account of damages or a claim against the Debtors resulting from the shareholder's ownership of stock of Debtor AHM Investment Corp., this claim falls squarely into the category of Subordinated Claims [Classes 1D - 8D] (as such terms are defined in the Plan), which, pursuant to section 510(b) of the Bankruptcy Code and the terms of Plan Article IV.K, is subordinated in right of payment to other claims.  As such, if applicable, the Plan Trustee alternatively requests that the Court enter an order finding that this claim is a Subordinated Claim under the Plan and is therefore subordinated in right of payment to other claims against the Debtors as provided for in the Plan. |

**Totals:**                                                4 Claims

$68,036.08 (S)
          - (A)
          - (P)
          - (U)
$68,036.08 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Insufficient Documentation Claims**

## Exhibit C

### Insufficient Documentation Claims

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim | | Comments |
|---|---|---|---|---|---|
| | | | Case Number | Total Amount Claimed | |
| CITIGROUP GLOBAL MARKETS INC. ATTN SUSAN MILLS, MANAGING DIRECTOR 390 GREENWICH ST NEW YORK, NY 10013 | 9206 | 1/11/08 | 07-11048 | - (S) - (A) - (P) $20,124,241.15 (U) $20,124,241.15 (T) | The documentation attached to the proof of claim form is insufficient to allow the Plan Trustee to assess the validity and amount of this claim. In addition, the claimant submitted an EPD/Breach Claim Questionnaire that was missing information which would allow the Plan Trustee to ascertain the valid amount of this claim, if any, via the EPD/Breach Claims Protocol. Lastly, despite requests for supporting documentation made by counsel to the Plan Trustee, the claimant has failed to provide additional documentation. |
| COUNTRYWIDE BANK, F.S.B. ATTN KATHLEEN CONTE 4500 PARK GRANADA - MS CH-20 CALABASAS, CA 91302 | 9440 | 1/14/08 | 07-11051 | $2,000,000.00 (S) - (A) - (P) - (U) $2,000,000.00 (T) | The documentation attached to the proof of claim form is insufficient to allow the Plan Trustee to assess the validity and amount of this claim. In addition, the claimant submitted an EPD/Breach Claim Questionnaire that was missing information which would allow the Plan Trustee to ascertain the valid amount of this claim, if any, via the EPD/Breach Claims Protocol. Lastly, despite requests for supporting documentation made by counsel to the Plan Trustee, the claimant has failed to provide additional documentation. |
| COUNTRYWIDE BANK, F.S.B. ATTN: KATHLEEN CONTE 4500 PARK GRANADA - MS CH-20 CALABASAS, CA 91302 | 10447 | 8/11/08 | 07-11051 | $15,751,633.51 (S) - (A) - (P) - (U) $15,751,633.51 (T) | The documentation attached to the proof of claim form is insufficient to allow the Plan Trustee to assess the validity and amount of this claim. In addition, the claimant submitted an EPD/Breach Claim Questionnaire that was missing information which would allow the Plan Trustee to ascertain the valid amount of this claim, if any, via the EPD/Breach Claims Protocol. Lastly, despite requests for supporting documentation made by counsel to the Plan Trustee, the claimant has failed to provide additional documentation. |
| COUNTRYWIDE HOME LOANS, INC. ATTN: DAVID SOBUL, ESQ. 4500 PARK GRANADA - MS: CH-11 CALABASAS, CA 91302 | 10477 | 8/28/08 | 07-11051 | $224,344,935.00 (S) - (A) - (P) - (U) $224,344,935.00 (T) | The documentation attached to the proof of claim form is insufficient to allow the Plan Trustee to assess the validity and amount of this claim. In addition, the claimant submitted an EPD/Breach Claim Questionnaire that was missing information which would allow the Plan Trustee to ascertain the valid amount of this claim, if any, via the EPD/Breach Claims Protocol. Lastly, despite requests for supporting documentation made by counsel to the Plan Trustee, the claimant has failed to provide additional documentation. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS, INC. C/O STUART M. BROWN, ESQ. & R. CRAIG MARTIN, ESQ., EDWARDS ANGELL PALMER & DODGE LLP - 919 N. MARKET ST., STE. 1500 WILMINGTON, DE 19801 | 10850 | 1/5/11 | 07-11051 | Unspecified* | The documentation attached to the proof of claim form is insufficient to allow the Plan Trustee to assess the validity and amount of this claim. In addition, the claimant submitted an EPD/Breach Claim Questionnaire that was missing information which would allow the Plan Trustee to ascertain the valid amount of this claim, if any, via the EPD/Breach Claims Protocol. Lastly, despite requests for supporting documentation made by counsel to the Plan Trustee, the claimant has failed to provide additional documentation. |
| DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN TRUST ADMINISTRATION 1761 EAST ST ANDREW PLACE SANTA ANA, CA 92705 | 9183 | 1/11/08 | 07-11052 | Unspecified* | The documentation attached to the proof of claim form is insufficient to allow the Plan Trustee to assess the validity and amount of this claim. In addition, the claimant submitted an EPD/Breach Claim Questionnaire that was missing information which would allow the Plan Trustee to ascertain the valid amount of this claim, if any, via the EPD/Breach Claims Protocol. Lastly, despite requests for supporting documentation made by counsel to the Plan Trustee, the claimant has failed to provide additional documentation. |
| DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN TRUST ADMINISTRATION 1761 EAST ST ANDREW PLACE SANTA ANA, CA 92705 | 9184 | 1/11/08 | 07-11051 | Unspecified* | The documentation attached to the proof of claim form is insufficient to allow the Plan Trustee to assess the validity and amount of this claim. In addition, the claimant submitted an EPD/Breach Claim Questionnaire that was missing information which would allow the Plan Trustee to ascertain the valid amount of this claim, if any, via the EPD/Breach Claims Protocol. Lastly, despite requests for supporting documentation made by counsel to the Plan Trustee, the claimant has failed to provide additional documentation. |
| DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN TRUST ADMINISTRATION 1761 EAST ST ANDREW PLACE SANTA ANA, CA 92705 | 9185 | 1/11/08 | 07-11050 | Unspecified* | The documentation attached to the proof of claim form is insufficient to allow the Plan Trustee to assess the validity and amount of this claim. In addition, the claimant submitted an EPD/Breach Claim Questionnaire that was missing information which would allow the Plan Trustee to ascertain the valid amount of this claim, if any, via the EPD/Breach Claims Protocol. Lastly, despite requests for supporting documentation made by counsel to the Plan Trustee, the claimant has failed to provide additional documentation. |
| DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN TRUST ADMINISTRATION 1761 EAST ST ANDREW PLACE SANTA ANA, CA 92705 | 9186 | 1/11/08 | 07-11048 | Unspecified* | The documentation attached to the proof of claim form is insufficient to allow the Plan Trustee to assess the validity and amount of this claim. In addition, the claimant submitted an EPD/Breach Claim Questionnaire that was missing information which would allow the Plan Trustee to ascertain the valid amount of this claim, if any, via the EPD/Breach Claims Protocol. Lastly, despite requests for supporting documentation made by counsel to the Plan Trustee, the claimant has failed to provide additional documentation. |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| | | | Objectionable Claim | | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN TRUST ADMINISTRATION 1761 EAST ST ANDREW PLACE SANTA ANA, CA 92705 | 9187 | 1/11/08 | 07-11054 | Unspecified* | The documentation attached to the proof of claim form is insufficient to allow the Plan Trustee to assess the validity and amount of this claim.  In addition, the claimant submitted an EPD/Breach Claim Questionnaire that was missing information which would allow the Plan Trustee to ascertain the valid amount of this claim, if any, via the EPD/Breach Claims Protocol.  Lastly, despite requests for supporting documentation made by counsel to the Plan Trustee, the claimant has failed to provide additional documentation. |
| DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN TRUST ADMINISTRATION 1761 EAST ST ANDREW PLACE SANTA ANA, CA 92705 | 9188 | 1/11/08 | 07-11047 | Unspecified* | The documentation attached to the proof of claim form is insufficient to allow the Plan Trustee to assess the validity and amount of this claim.  In addition, the claimant submitted an EPD/Breach Claim Questionnaire that was missing information which would allow the Plan Trustee to ascertain the valid amount of this claim, if any, via the EPD/Breach Claims Protocol.  Lastly, despite requests for supporting documentation made by counsel to the Plan Trustee, the claimant has failed to provide additional documentation. |
| DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN TRUST ADMINISTRATION 1761 EAST ST ANDREW PLACE SANTA ANA, CA 92705 | 9189 | 1/11/08 | 07-11049 | Unspecified* | The documentation attached to the proof of claim form is insufficient to allow the Plan Trustee to assess the validity and amount of this claim.  In addition, the claimant submitted an EPD/Breach Claim Questionnaire that was missing information which would allow the Plan Trustee to ascertain the valid amount of this claim, if any, via the EPD/Breach Claims Protocol.  Lastly, despite requests for supporting documentation made by counsel to the Plan Trustee, the claimant has failed to provide additional documentation. |
| DEUTSCHE BANK NATIONAL TRUST COMPANY DENNIS DREBSKY NIXON PEABODY LLP 437 MADISON AVENUE NEW YORK, NY 10022 | 9950 | 2/12/08 | 07-11049 | Unspecified* | The documentation attached to the proof of claim form is insufficient to allow the Plan Trustee to assess the validity and amount of this claim. |
| DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: TRUST ADMINISTRATION 1761 EAST ST. ANDREW PLACE SANTA ANA, CA 92705 | 9972 | 2/15/08 | 07-11049 | Unspecified* | The documentation attached to the proof of claim form is insufficient to allow the Plan Trustee to assess the validity and amount of this claim. |
| MUSKINGUM COUNTY - TAX OFC ATTN RONALD G. LAASMAR, ASST. PROS. ATTY 401 MAIN ST. ZANESVILLE, OH 43701 | 4792 | 12/7/07 | 07-11051 | Unspecified* | The documentation attached to the proof of claim form is insufficient to allow the Plan Trustee to assess the validity and amount of this claim. |
| TENNESSEE DEPARTMENT OF REVENUE ATTN WILBUR E HOOKS C/O ATTORNEY GENERAL PO BOX 20207 NASHVILLE, TN 37202-0207 | 10598 | 12/19/08 | 07-11049 | Unspecified* | The documentation attached to the proof of claim form is insufficient to allow the Plan Trustee to assess the validity and amount of this claim. |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| UBS SECURITIES LLC<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | 10787 | 6/24/10 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$11,675,819.31 (U)<br>$11,675,819.31 (T) | The documentation attached to the proof of claim form is insufficient to allow the Plan Trustee to assess the validity and amount of this claim. |

**Totals:**    17 Claims

$242,096,568.51 (S)
- (A)
- (P)
$31,800,060.46 (U)
$273,896,628.97 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Late Filed Claim**

**Exhibit D**

Late Filed Claim

| | | | | ── Objectionable Claim ── | |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
| CITY OF CHATTANOOGA 101 EAST 11TH ST., STE. 100 CHATTANOOGA, TN 37402 | 10900 | 2/14/11 | 07-11047 | - (S) - (A) $361.83 (P) - (U) $361.83 (T) | 1/11/2008 |
| Totals: | 1 Claim | | | - (S) - (A) $361.83 (P) - (U) $361.83 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

## No Supporting Documentation Claims

## Exhibit E

## No Documentation Claims

| | | | Objectionable Claim | |
|---|---|---|---|---|

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | 1939 | 11/5/07 | 07-11047 | Unspecified* | No documentation provided.  Plan Trustee unable to assess basis or validity of claim. |
| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | 1940 | 11/5/07 | 07-11047 | Unspecified* | No documentation provided.  Plan Trustee unable to assess basis or validity of claim. |
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ  08646 | 10234 | 4/11/08 | 07-11049 | Unspecified* | No documentation provided.  Plan Trustee unable to assess basis or validity of claim. |
| TENNESSEE DEPARTMENT OF REVENUE<br>ATTN WILBUR E HOOKS<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN  37202-0207 | 10597 | 12/19/08 | 07-11049 | Unspecified* | No documentation provided.  Plan Trustee unable to assess basis or validity of claim. |
| **Totals:** | **4 Claims** | | | **Unspecified*** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

**Satisfied Claims**

# Exhibit F

## Satisfied Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CITY OF FLINT<br>DOUGLAS S. PHILPOTT<br>503 S. SAGINAW STREET, STE. 1415<br>FLINT, MI 48502 | 9887 | 2/4/08 | 07-11050 | $353.91 (S)<br>- (A)<br>- (P)<br>- (U)<br>$353.91 (T) | Claim was reduced by Order (Docket 7234) to reflect the outstanding 2007 real estate taxes for the claimed parcels. The taxes have since been paid during the normal course of business. The Plan Trustee's agents have verified on the claimant's website that the taxes are current and there are no outstanding taxes owed to this claimant. |
| SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN WILLIAM KWONG, DEPUTY BANKRUPTCY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA 95814 | 1759 | 10/22/07 | 07-11051 | $8,921.81 (S)<br>- (A)<br>- (P)<br>$13.81 (U)<br>$8,935.62 (T) | Claim was reduced by Order (Docket 7234) to reflect the outstanding 2007 real estate taxes for the two parcels and the outstanding personal property taxes for a parcel. The remaining taxes have since been paid during the normal course of business. The Plan Trustee's agents have verified on the claimant's website that the real estate taxes for parcel 075-0162-017-0000 were paid on 2/25/09 and the real estate taxes for parcel 225-2010-041-0000 were paid on 6/26/09. The Plan Trustee's agents also verified through the claimant's automated phone system that the personal property taxes have been paid for parcel 014-0021-005-0000. Accordingly, there are no amounts currently owed to this claimant. |
| ST. LOUIS COUNTY COLLECTOR OF REVENUE<br>ATTN RICHARD ROBISON MANAGER REV SERV<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | 1114 | 9/18/07 | 07-11050 | $1,017.82 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,017.82 (T) | Claim relates to 2007 real estate taxes for parcel 10F230071. The Plan Trustee's agents have verified on claimant's website that the taxes were paid on 5/26/2009. |
| Totals: | 3 Claims | | | $10,293.54 (S)<br>- (A)<br>- (P)<br>$13.81 (U)<br>$10,307.35 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.