# EXHIBIT II

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                             :
                                                             :   Jointly Administered
         Debtors.                                            :
                                                             :   Ref. Docket No. _____
------------------------------------------------------------ x
```

**ORDER SUSTAINING PLAN TRUST'S SEVENTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the seventy-seventh omnibus (substantive) objection to claims (the "Objection") of Steven D. Sass, as liquidating trustee (the " Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which the Plan Trustee respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, disallowing in full, or modifying, or reclassifying such Disputed Claims² identified on Exhibits A, B and C attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]  All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit A is hereby modified to the dollar value under the column titled "Modified Amount" in Exhibit A; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit B are hereby disallowed in their entirety; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit C are hereby reclassified to the priority levels indicated in the column titled "Modified Amount" in Exhibit C; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
May ___, 2011

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

YCST01: 10956540.1                                                                                    066585.1001

# EXHIBIT A

**Modified Amount Claim**

## Exhibit A
### Modified Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| FDIC AS CONSERVATOR FOR INDYMAC FED BANK<br>TRANSFEROR: INDYMAC BANK, F.S.B.<br>ATTN: SUNNY K HUR LITIGATION COUNSEL<br>3465 FOOTHILL BLVD<br>PASADENA, CA 91107 | 8677 | 1/11/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$30,933,097.15 (U)<br>$30,933,097.15 (T) | - (S)<br>- (A)<br>- (P)<br>$8,431,758.00 (U)<br>$8,431,758.00 (T) | - (S) Claim asserts only EPD/Breach Callms subject to the<br>- (A) EPD/Breach Claims Protocol set forth in the Plan. Claim<br>- (P) amount modified in accordance with the EPD/Breach<br>$8,431,758.00 (U) Claims Protocol based upon the completed EPD/Breach<br>$8,431,758.00 (T) Claims Questionnaire submitted by the claimant. |
| **Totals:** | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$30,933,097.15 (U)<br>$30,933,097.15 (T) | - (S)<br>- (A)<br>- (P)<br>$8,431,758.00 (U)<br>$8,431,758.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# EXHIBIT B

**No Liability Claims**

## Exhibit B
### No Liability Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CITY OF RICHMOND, VIRGINIA<br>ATTN D PADGETT<br>CITY HALL, RM 100<br>900 E BROAD ST<br>RICHMOND, VA 23219 | 1836 | 10/29/07 | 07-11047 | - (S)<br>- (A)<br>$8,766.49 (P)<br>- (U)<br>$8,766.49 (T) | Claim relates to unpaid real estate taxes on two parcels. However, the claimant's own website verifies that the subject parcels are owned by a non-debtor entity. This entity has no known affiliation with any of the Debtors in these Chapter 11 Cases. |
| CLERMONT COUNTY, OHIO<br>MR. J. ROBERT TRUE, TREASURER<br>101 E. MAIN ST.,<br>BATAVIA, OH 45103 | 10198 | 4/7/08 | 07-11047 | Unspecified* | Pursuant to the claimant's proof of claim form, no amounts are owed to this claimant by any of the Debtors on account of this claim since ownership of the property transferred from the Debtors on 3/6/2008. As such, the Plan Trustee requests an order disallowing and expunging this claim to correct the claims register. |
| COUNTY OF SANTA CLARA<br>TAX COLLECTOR<br>COUNTY GOVERNMENT CENTER, 6TH FL E WING<br>70 WEST HEDDING STREET<br>SAN JOSE, CA 95110 | 10733 | 8/19/09 | 07-11047 | - (S)<br>- (A)<br>$173.33 (P)<br>- (U)<br>$173.33 (T) | Claim relates to 2009/2010 personal property taxes. Pursuant to the documentation attached to the proof of claim form, the assessee is American Home Mortgage Servicing, Inc. ("AHMSI"). The Debtors have no liability on this claim because the sale of AHMSI was finalized in April 2008 and, therefore, the Debtors had no interest in this property for the claimed tax years. As a result, the claim should be disallowed in full. |

**Totals:**    3 Claims

- (S)
- (A)
$8,939.82 (P)
- (U)
$8,939.82 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

## Reclassified Claims

# Exhibit C
## Reclassified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| HEREL, BARBARA S.<br>24 FAIRCHILD ST<br>HUNTINGTON, NY 11743 | 1924 | 10/30/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$4,200.00 (U)<br>$4,200.00 (T) | - (S)<br>- (A)<br>- (P)<br>$4,200.00 (U)<br>$4,200.00 (T) | Claimed invoices relate to services performed by the claimant prior to the Petition Date. Claimant wrote the amount in unsecured non-priority but checked off unsecured priority. The Plan Trustee requests entry of an order reclassifying this claim as a general unsecured claim since this claim is not entitled to priority status under the Bankruptcy Code. |
| HERTZ CORPORATION, THE<br>CRYSTAL MCLAUGHLIN<br>SENIOR SUPERVISOR<br>14501 HERTZ QUAIL SPRINGS PKWY<br>OKLAHOMA CITY, OK 73134 | 1935 | 11/2/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$7,690.90 (U)<br>$7,690.90 (T) | - (S)<br>- (A)<br>- (P)<br>$7,690.90 (U)<br>$7,690.90 (T) | Claim relates to car rental expenses incurred prior to the Petition Date. Claimant checked off "unsecured priority" on the proof of claim form. The Plan Trustee requests entry of an order reclassifying this claim as a general unsecured claim since this claim is not entitled to priority status under the Bankruptcy Code. |
| **Totals:** | **2 Claims** | | | - (S)<br>- (A)<br>- (P)<br>$11,890.90 (U)<br>$11,890.90 (T) | - (S)<br>- (A)<br>- (P)<br>$11,890.90 (U)<br>$11,890.90 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.