IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                              :
                                                    :        Chapter 11
AMERICAN HOME MORTGAGE HOLDINGS, INC.,  :
a Delaware corporation, *et al.*,                   :        Case No. 07-11047 (CSS)
                                                    :        (Jointly Administered)
                                Debtors.            :
                                                    :

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned individual hereby withdraws his

appearance in the above captioned case(s) and requests that he be removed from all service and

distribution lists.

Dated: Wilmington, Delaware
       April 13, 2011

/s/ Edward J. Kosmowski
Edward J. Kosmowski (DE Bar No. 3849)