IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :     Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :     Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                :
                                                               :     Jointly Administered
    Debtors.                                                   :
---------------------------------------------------------------x     Ref. Docket No. 8591

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 8, 2011, I caused to be served the "Order Sustaining Debtors' Fiftieth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated February 18, 2010 [Docket No. 8591], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Samuel Garcia
Samuel Garcia

Sworn to before me this
13th day of April, 2011

/s/ Julia S. Bealler (Bachman)
Notary Public

JULIA S. BEALLER
Notary Public, State of New York
No. 01BE6222280
Qualified in Kings County
Commission Expires May 24, 20 14

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| BERNALILLO COUNTY TREASURER | PATRICK J. PADILLA P.O. BOX 627 ALBUQUERQUE NM 87103-0627 |
| CITY OF WATERBURY | FRANK CARUSO DEPUTY COLLECTOR OF REVENUE OFFICE OF CORPORATION COUNSEL 236 GRAND ST WATERBURY CT 06702 |
| HARRIS COUNTY, ET AL | JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON TX 77253-3064 |
| IMPERIAL COUNTY TAX COLLECTOR | 940 WEST MAIN STREET RM # 106 EL CENTRO CA 92243 |
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT | C/O ANDREA SHEEHAN LAW OFFICES OF ROBERT E. LUNA, P.C. 4411 NORTH CENTRAL EXPRESSWAY DALLAS TX 75205 |
| PINELLAS COUNTY TAX COLLECTOR | ATTN BETTY A. GRAMLEY, TAX MANAGER PO BOX 2943 CLEARWATER FL 33757-2943 |
| SHERMAN, AMBER | 6528 BITTER SWEET DR FORT WAYNE IN 42825 |
| SPOKANE COUNTY TREASURER | ATTN: MINDY ENSIGN PO BOX 199 SPOKANE WA 99210 |
| SPRINT NEXTEL - CORRESPONDENCE | ATTN: BANKRUPTCY DEPT PO BOX 7949 OVERLAND PARK KS 66207-0949 |

**Total Creditor count  9**