IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                           : (Jointly Administered)
                                                             :
                              Debtors.                       :
                                                             : Docket Ref. Nos. 7316, 9700, 9703, 9704, 9705,
------------------------------------------------------------ x 9719, 9723, 9724, 9730, 9731, 9736 and 9740

## RESPONSE REGARDING CERTAIN FINAL FEE APPLICATIONS

Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan")[2] in connection with the chapter 11 cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby files this response to the final application for allowance and approval of compensation for foreclosure services rendered and reimbursement of expenses incurred by the following ordinary course professionals of the Debtors: (i) Adorno & Yoss LLP [Docket No. 7316]; (ii) Alan Weinreb PLLC [Docket No. 9700]; (iii) Zeichner Ellman & Krause LLP [Docket No. 9703]; (iv) Robert J. Hopp & Associates, LLC [Docket No. 9704]; (v) Cohn, Goldberg & Deutsch, LLC [Docket No. 9705]; (vi) Codilis & Associates, P.C. [Docket No. 9719]; (vii) TD Service Company [Docket No. 9723]; (viii) Samuel I. White, P.C. [Docket No. 9724]; (ix) Pendergast & Associates, P.C. [Docket No. 9730]; (x) Weltman, Weinberg & Reis Co., L.P.A. [Docket No. 9731]; (xi) Northwest Trustee Services, Inc. [Docket No. 9736]; and (xii) the Law Offices of Daniel C.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan.

Consuegra [Docket No. 9740] (collectively, the "Foreclosure Professionals" and with respect to their final fee applications, the "Final Fee Applications").

By the Final Fee Applications, the Foreclosure Professionals seek, on a final basis, an award of compensation for foreclosure services rendered and reimbursement of expenses incurred in connection therewith ("Foreclosure Fees and Costs").

The Plan Trustee does not object to the amount of the Foreclosure Fees and Costs sought in their respective Final Fee Applications.[3] However, certain of the Foreclosure Fees and Costs asserted by the these Foreclosure Professionals in their Final Fee Applications are the responsibility of American Home Mortgage Servicing, Inc. ("AHMSI"), the purchaser of the Debtors' servicing business, pursuant to an *Asset Purchase Agreement*, dated September 25, 2007, as approved by the *Order Pursuant to Sections 105, 363, 364, 365, and 503(B) of the Bankruptcy Code, and Rules 2002, 4001, 6004, 6006, 7062, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure (a) Approving (i) the Sale of the Debtors' Mortgage Servicing Business Free and Clear of Liens, Claims and Interests, (ii) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (B) Granting Certain Related Relief* [Docket No. 1711], which provided that AHMSI was responsible for the costs of operating the Debtors' servicing business, including the Foreclosure Fees and Costs, effective as of November 16, 2007, the economic close of the sale of the servicing business to AHMSI.

The Plan Trustee reserves all rights to seek payment of such Foreclosure Fees and Costs from AHMSI, including those portions of the Foreclosure Fees and Costs that have previously been paid by the Debtors. The Plan Trustee also reserves all rights to seek payment or reimbursement of the Foreclosure Fees and Costs from any other party, including securitization

---

[3] To the extent that the Foreclosure Fees and Costs sought by Northwest Trustee Services, Inc. include any (i) pre-petition mailing costs and/or (ii) pre-petition expenses actually incurred for borrowers that reinstated their loans prior to the date of invoice to the Debtors, Northwest Trustee Services, Inc. waived its right to such Foreclosure Fees and Costs.

trusts, where AHM SV, Inc. and/or AHMSI failed to pay such fees from the proceeds of the sale of certain property. The Plan Trustee requests that any order awarding Foreclosure Fees and Costs direct the Foreclosure Professionals to provide the Plan Trust with an accounting so that the Plan Trust can determine which fees, if any, paid by the Plan Trust may be subject to reimbursement.

Dated: Wilmington, Delaware
April 19, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret W.*

Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
Jeffrey Zawadzki
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Plan Trustee*