# HERNANDO COUNTY TAX COLLECTOR
## JUANITA B. SIKES, C.F.C.

20 NORTH MAIN ST., ROOM 112   *   BROOKSVILLE, FLORIDA 34601-2892
TELEPHONE (352) 754-4180   *   FAX (352) 754-4189

TO:  United States Bankruptcy Court
     824 North Market St., 3rd Floor
     Wilmington, DE 19801

RE:  American Home Mortgage Holdings, Inc., et al.
     Bankruptcy Case No. 07-11047

DATE: 04/15/11

This office withdraws all claims filed on 10/31/07 against American Home Mortgage Holdings, Inc. Three claims were filed, two were filed as amended for $0.00 after payment received, and the third was filed as amended for $5,166.62 to correct the amount. We received payment shortly after the claim was filed. Therefore, we have no claims against American Home Mortgage Holdings, Inc., et al. for outstanding taxes.

If you have any questions, please contact our office.

Sincerely,

*Juanita B. Sikes*

Juanita B. Sikes, CFC
Hernando County Tax Collector

JBS: fm/

cc:  EPIQ Bankruptcy Solutions, LLC.
     Attn: American Home Mortgage
     Claims Processing
     P. O. Box 5076, FDR Station
     New York, NY 10150-5076

cc:  Hahn & Hessen LLP
     Mark S. Indelicato
     Edward L. Schnitzer
     488 Madison Ave.
     New York, NY 10022

cc:  Ryan M. Bartley
     Young Conaway Stargatt & Taylor, LLP
     The Brandywine Building
     1000 West St., 17th Floor
     Wilmington, DE 19801

cc:  Steven D. Sass
     AHM Liquidating Trust
     P.O. Box 10550
     Melville, NY 11747