B10 (Official Form 10)
(Rev. 6/91)

| United States Bankruptcy Court District of DELAWARE | PROOF OF CLAIM |
|---|---|

| re (Name of Debtor) | Case Number |
|---|---|
| AMERICAN HOME MORTGAGE HOLDINGS INC | 07-11047 (CSS) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor
(The person or entity to whom the debtor owes money or property)
HERNANDO COUNTY TAX COLLECTOR

Name and Addresses Where Notices Should be Sent
HERNANDO COUNTY TAX COLLECTOR
20 N MAIN ST ROOM 112
BROOKSVILLE FL 34601-2892

Telephone No. 352/754-4180

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:
KEY #1572131

Check here if this claim: ☐ replaces ☒ amends a previously filed claim, dated: 8-17-07

1. BASIS FOR CLAIM:
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☒ Taxes
   ☐ Other (Describe briefly)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensations (Fill out below)
   Your social security number _____
   Unpaid compensations for services performed
   from _____ to _____
       (date)        (date)

2. DATE DEBT WAS INCURRED:
   1-1-07

3. IF COURT JUDGMENT, DATE OBTAINED:

CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

☒ SECURED CLAIM $ _____
Attach evidence of perfection of security interest
Brief Description of Collateral:
   ☒ Real Estate   ☐ Motor Vehicle   ☐ Other (Describe briefly)

Amount of arrearage and other charges included in secured claim above,
if any $ 5166.62 + 18% INTEREST PER ANNUM + COSTS & FEES

☐ UNSECURED NONPRIORITY CLAIM $ _____
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $ _____
Specify the priority of the claim.
   ☐ Wages, salaries, or commissions (up to $2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier—11 U.S.C. § 507(a)(3)
   ☐ Contributions to an employee benefit plan—U.S.C. § 507(a)(4)
   ☐ Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. § 507(a)(6)
   ☐ Taxes or penalties of governmental units—11 U.S.C. § 507(a)(7)
   ☐ Other—11 U.S.C. §§ 507(a)(2), (a)(5)—(Describe briefly)

5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:
   $ _____ (Unsecured)    $ 5166.62 + 18% INTEREST PER ANNUM + COSTS & FEES (Secured)    $ _____ (Priority)    $ _____ (Total)

☐ Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. TIME-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: 10/31/07

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
*Juanita B Sikes*
JUANITA B. SIKES, HERNANDO COUNTY TAX COLLECTOR

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

2007 REAL ESTATE                    2921

01572131          0653       210,103          0      210,103    CRSH

AMERICAN HOME MORTGAGE SERVICI          PARCEL:R10 223 18 3604 0370 0260
4600 REGENT BLVD STE 200                LOC:3707 BRAEMERE DR
IRVING TX 75063-2478                    DESCR:STERLING HILL PHASE 2B
                                        BLK 37  LOT 26

| IF PAID BY > | NOV 30 | DEC 31 | JAN 31 | FEB 29 | MAR 31 |
|---|---|---|---|---|---|
| | 4,959.96 | 5,011.62 | 5,063.29 | 5,114.95 | 5,166.62 |

KEY 01572131 RCPT# 2007923155    $4,959.96 11/26/2007
PAID BY: AMERICAN HOME MORTGAGE