IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------x

In re

AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, [1]

                          Debtors.

Chapter 11
Case No. 07-11047 (CSS)
(Jointly Administered)

----------------------------------------------------------------------x

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,

                          Plaintiff,

- against -

CFN FINANCE, INC., d/b/a CFN FINANCIAL INC.,

                          Defendant.

Adv. Proc. No. 09-51547 (CSS)

----------------------------------------------------------------------x

## NOTICE OF AMENDMENT OF CAPTION

PLEASE TAKE NOTICE that, on July 6, 2009, plaintiff The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* (the "Committee") and the Debtors executed and filed a stipulation (the "Stipulation") which, *inter alia*, (i) appointed the Committee as representative of the Debtors' estates, and conferred standing upon the Committee for the purpose of investigating, pursuing, prosecuting and, if appropriate, settling any and all causes of action under Chapter 5 of the Bankruptcy Code and any causes of action ancillary thereto ("Avoidance Actions") subject to approval of the Court, and (ii) provides that, as of the effective date of the Chapter 11 Plan of Liquidation of the Debtors (the "Plan"), the trustee appointed thereunder, Steven D. Sass (the "Plan Trustee"), would (a) automatically be deemed to be substituted in the place and stead of the Committee and/or the Debtors with respect to any and all Avoidance Actions, (b) succeed to all rights, benefits, protections and privileges of the Committee and/or the Debtors with respect to any and all Avoidance Actions, and (c) have

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

128189.01600/40194817v.1

standing post-effective date of the Plan to pursue and, if appropriate, compromise and settle all claims asserted in the Avoidance Actions.

PLEASE TAKE FURTHER NOTICE that, on July 8, 2009, the Court entered an order approving the Stipulation (the "Order"). The Order is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, the effective date of the Plan was November 30, 2010.

PLEASE TAKE FURTHER NOTICE that the caption in this adversary proceeding is hereby amended as follows:

[REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK]

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------x
In re

AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,[2]

                         Debtors.

Chapter 11
Case No. 07-11047 (CSS)
(Jointly Administered)

---------------------------------------------------------------------x
STEVEN D. SASS, AS PLAN TRUSTEE OF THE AMERICAN HOME MORTGAGE PLAN TRUST,

                         Plaintiff,

          - against -

CFN FINANCE, INC., d/b/a CFN FINANCIAL INC.,

                        Defendant.

Adv. Proc. No. 09-51547 (CSS)

---------------------------------------------------------------------x

Dated:   April 25, 2011

                                  **BLANK ROME LLP**

                                  */s/ Victoria A. Guilfoyle*
                                  Bonnie Glantz Fatell (No. 3809)
                                  David W. Carickhoff (No. 3715)
                                  Victoria A. Guilfoyle (No. 5183)
                                  1201 Market Street, Suite 800
                                  Wilmington, DE  19801
                                  Telephone:   (302) 425-6400
                                  Facsimile:    (302) 425-6464

                                  -and-

                                  **HAHN & HESSEN LLP**
                                  Mark S. Indelicato
                                  Edward L. Schnitzer
                                  Katharine G. Craner
                                  488 Madison Avenue
                                  New York, NY  10022
                                  Telephone:   (212) 478-7200
                                  Facsimile:    (212) 478-7400

                                  *Co-Counsel for the Plan Trustee*

---

[2] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

3

128189.01600/40194817v.1