## **CERTIFICATE OF SERVICE**

I, Victoria A. Guilfoyle, hereby certify that on April 25, 2011, I caused a copy of the

*Notice of Amendment of Caption* to be served on the parties listed below in the manner indicated.

        */s/ Victoria A. Guilfoyle*
        Victoria A. Guilfoyle (DE No. 5183)

**VIA HAND DELIVERY AND**
**ELECTRONIC MAIL**
Daniel K. Astin, Esquire
John D. McLaughlin, Jr., Esquire
Joseph J. McMahon, Jr., Esquire
Ciardi Ciardi & Astin
919 North Market Street, Suite 700
Wilmington, DE 19801
dastin@ciardilaw.com
jmclaughlin@ciardilaw.com
jmcmahon@ciardilaw.com

128189.01600/40194816v.1