IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    :    Jointly Administered
     Debtors.                                       :
------------------------------------------------------------------------x    Ref. Docket Nos. 9913, 9919

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 6, 2011, I caused to be served the:

    a. "Revised Order Sustaining in Part Plan Trust's Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated April 4, 2011 [Docket No. 9913], (the "74th Omnibus Objection"), and

    b. "Revised Order Sustaining in Part Plan Trust's Seventy-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated April 5, 2011 [Docket No. 9919], (the "75th Omnibus Objection"),

   by causing true and correct copies of the:

    i. 74th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii. 75th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Panagiota Manatakis

Sworn to before me this
7th day of April, 2011

_____
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AMERICAN STOCK TRANSFER & TRUST COMPANY | 59 MAIDEN LANE NEW YORK NY 10038-4502 |
| ART, ETC. | ATTN: CATHERINE STACY 412 NW COUCH ST, SUITE 204 PORTLAND OR 97209 |
| BOYLE, BEVERLY | 32 HEMLOCK DRIVE PARLIN NJ 08859 |
| BRUNS, SARA L. | 9404 CROWNSPOINT CIR AUSTIN TX 78748 |
| CITY OF PORTLAND (OREGON) | CITY ATTORNEY'S OFFICE ATTN DEPUT CITY ATTORNEY LINDA LAW 1221 SW 4TH AVENUE, RM 430 PORTLAND OR 97204 |
| COMPTROLLER OF MARYLAND | COMPLIANCE DIVISION 301 WEST PRESTON STREET ROOM 410 BALTIMORE MD 21201-2383 |
| DBT APPRAISALS, INC. | 425 WAKE ROBIN DRIVE COCKEYSVILLE MD 21030 |
| FOLSOM PARKSHORE SELF STORAGE | 185 PARKSHORE DRIVE FOLSOM CA 95630 |
| FOUR WINDS DEVELOPMENT COMPANY | 920 WALNUT STREET LANSDALE PA 19446 |
| LEU & OKUDA ATTORNEYS AT LAW | THE MERCHANT HOUSE 222 MERCHANT STREET, MAIN FLOOR HONOLULU HI 96813 |
| NATIONAL TAX VERIFICATION | 1700 N DIXIE HIGHWAY SUITE 151 BOCA RATON FL 33432 |
| NATIONAL VERIFICATION SERVICE | 1700 N. DIXIE HIGHWAY SUITE 151 BOCA RATON FL 33432 |
| OSHTEMO CHARTER TOWNSHIP | C/O JAMES W. PORTER, TOWNSHIP ATTY 7275 W. MAIN STREET KALAMAZOO MI 49009 |
| PEI YUN SHEN | 691 3RD AVENUE SAN FRANCISCO CA 94118 |
| PLACER COUNTY TAX COLLECTOR | PLACER COUNTY TAX COLLECTORS OFFICE 2976 RICHARDSON DR AUBURN CA 95603 |
| REO ASSET SERVICES, LLC | ATTN: THOMAS BLANCHARD 7945 W. SAHARA AVE SUITE 106 LAS VEGAS NV 89117 |
| RIDGE MANAGEMENT | 7200 W 13TH ST SUITE 3 WITCHITA KS 67212 |
| S&S APPRAISAL SERVICES | RESIDENTIAL REAL ESTATE APPRAISERS AND CONSULTANTS 610 WATERFALL LN. ELGIN IL 60124 |
| URBANO, JAVIER | 6869 GLENROY STREET SAN DIEGO CA 92120 |
| WALDRON, TERRENCE | 10423 S OAKLEY CHICAGO IL 60643 |
| WESTRIDGE II AND III, L.L.C. | (F/K/A WEST PROPERTIES II & III, L.P.) JERRY SHARPE - BELIN LAW FIRM 666 WALNUT STREET SUITE 2000 DES MOINES IA 50309-3989 |
| YELLW BOOK SALES & DIST. | SLATER, TENAGLIA, FRITZ & HUNT, P.A. 301 THIRD STREET OCEAN CITY NJ 08226 |

**Total Creditor count  22**

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| CASE, SAMUEL A | 419 SPINNAKER LANE FORT COLLINS CO 80525 |
| FORMER EMPLOYEES | 750 SHIPYARD DR STE 100 WILMINGTON DE 198015161 |
| GARRISON, MICHAEL W. TTEE | GARRISON GROUP LTD PSP 1887 LEMON GROVE ST HENDERSON NV 89052 |
| IMPERIAL COUNTY TAX COLLECTOR | 940 WEST MAIN STREET   # 106 EL CENTRO CA 92243 |
| VENTURA COUNTY TAX COLLECTOR | MARY BARNES, DEPUTY TAX COLLECTOR BANKRUPTCY DEPARTMENT 800 SOUTH VICTORIA AVENUE VENTURA CA 93009-1290 |
| WAGNER, BARBARA L. | 6196 FOXVIEW AVE NW CANTON OH 44718 |

**Total Creditor count  6**