# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>DEBTORS. | CHAPTER 11<br><br>CASE NO. 07-11047 (CSS)<br><br>(Jointly Administered)<br><br>Re: Doc. Id. No. 1589 |

## NOTICE TO WITHDRAW NOTICE OF APPEARANCE

Julie A. Manning, counsel to the Connecticut Housing Finance Authority, hereby withdraws her appearance, which was granted by an order of the Court on October 17, 2007 (Document No. 1589), in the above captioned case and further requests that she be removed from all service and distribution lists.

Dated at Hartford, Connecticut, this 26th of April 2011.

                                        CONNECTICUT HOUSING FINANCE AUTHORITY,

                                        By: /s/ Julie A. Manning
                                            Julie A. Manning
                                            Shipman & Goodwin LLP
                                            One Constitution Plaza
                                            Hartford, CT  06103-1919
                                            (860) 251-5000
                                            Its Attorneys

1891417v1