# EXHIBIT B

# Repo Termination Notice

BARCLAYS CAPITAL INC.
200 Park Ave.
New York, NY 10166

August 3, 2007

VIA TELECOPIER,
HAND DELIVERY
AND ELECTRONIC MAIL

American Home Mortgage Investment Corp.
538 Broadhollow Road
Melville, NY 11747
Alan B. Horn, General Counsel
Fax: (800) 209-7276

      Re:    Declaration of Event of Default
               Notice of Repurchase Date
               Notice of Termination

Ladies and Gentlemen:

      Reference is made to the Master Repurchase Agreement dated as of February 8, 2006, together with all annexes, confirmations and schedules thereto, and as the same have been amended, supplemented and otherwise modified as of the date first written above (collectively, the "**MRA**") between American Home Mortgage Investment Corp. ("**AHMIC**" or "**you**") and Barclays Capital Inc. ("**BCI**"). Capitalized terms used herein but not defined herein shall have the respective meaning assigned to such terms in the MRA.

      You are hereby notified that as a result of a failure by AHMIC to comply with paragraph 4 of the MRA, an Event of Default has occurred and is continuing under paragraph 11(iii) of the MRA.

      As a result of the foregoing, BCI hereby declares an Event of Default under paragraph 11(a) of the MRA. The Repurchase Date for each Transaction under the MRA is today's date.

      You are further notified, pursuant to paragraph 15(a), that BCI terminates the MRA with immediate effect.

      AHMIC is further notified that (i) BCI has other rights and remedies under applicable law and the MRA (including but not limited to those rights specified under Paragraphs 11(b), 11(d)(i), 11(g) and 11(h) of the MRA), (ii) all such rights and remedies are hereby reserved and no such rights have been waived, abandoned, discontinued or in any other manner precluded from exercise, and (iii) the failure to exercise any such right or remedy shall not constitute (or be deemed to constitute) any waiver, abandonment, discontinuation or other preclusion of the exercise thereof or of any other right or remedy of BCI.

    This Notice shall be governed by and construed in accordance with the laws of the State of New York.

Very truly yours,

BARCLAYS CAPITAL INC.

By: _____
Name: Timothy Keenan
Title: Managing Director

Cc:    Alan Kaplan, Deputy General Counsel, Americas