# EXHIBIT E

# Swap Termination Notice

BARCLAYS BANK PLC
200 Park Ave.
New York, NY 10166

August 2, 2007

VIA TELECOPIER,
HAND DELIVERY
AND ELECTRONIC MAIL

American Home Mortgage Investment Corp.
538 Broadhollow Road
Melville, NY 11747
Alan B. Horn, General Counsel
Fax: (800) 209-7276

Re:  Notice of Early Termination
     Notice of Set-off

Ladies and Gentlemen:

Reference is made to the 1992 ISDA Master Agreement (the "Master Agreement") dated as of March 13, 2006 between American Home Mortgage Investment Corp. ("Counterparty") and Barclays Bank PLC ("Barclays"). All capitalized terms not otherwise defined in this notice shall have the meanings assigned to them in the Master Agreement.

We hereby give notice that one or more Events of Default have occurred and are continuing under the Master Agreement, including without limitation (i) an Event of Default under Section 5(a)(vi) (*Cross Default*) of the Master Agreement as a result of the existence of one or more "Events of Default" under, and as defined in, the Second Amended and Restated Credit Agreement dated as of August 10, 2006 among the Counterparty, the other Borrowers party thereto, Bank of America, N.A., as the Administrative Agent and the other Lenders from time to time party thereto, and (ii) an Event of Default under Section 5(a)(vii) (*Bankruptcy*) of the Master Agreement as a result of Counterparty being unable to pay its debts.

Pursuant to Section 6(a) (*Right to Terminate Following Event of Default*) of the Master Agreement, Barclays hereby designates August 2, 2007, being a date not more than 20 days from the date of this letter, as the Early Termination Date in respect of all outstanding Transactions.

In addition, we hereby notify you that Barclays is exercising its right under Section 6(f) of the Master Agreement to set off any amounts payable by it to Counterparty under the Master Agreement against the Counterparty's unsatisfied obligations, including without limitation "Margin Deficit", existing under, and as defined

in, that Master Repurchase Agreement dated as of February 8, 2006 (together with all annexes, confirmations and schedules thereto, and as the same have been amended, supplemented and otherwise modified as of the date first written above, collectively, the "**MRA**") between Counterparty and our affiliate, Barclays Capital Inc. ("**BCI**").

On or as soon as reasonably practicable following the Early Termination Date, Barclays will provide you with a statement in accordance with Section 6(d)(i) (*Statement*) of the Master Agreement specifying the payments due in relation to the Early Termination Date.

In accordance with Section 12(a) (*Effectiveness*) of the Master Agreement, this notice is being sent by courier during normal business hours and will be deemed effective today.

This notice shall be governed by and construed in accordance with New York law.

Counterparty is further notified that (i) Barclays has certain rights and remedies under applicable law and the Master Agreement, (ii) all such rights and remedies are hereby reserved and no such rights have been waived, abandoned, discontinued or in any other manner precluded from exercise, and (iii) the failure to exercise any such right or remedy shall not constitute (or be deemed to constitute) any waiver, abandonment, discontinuation or other preclusion of the exercise thereof or of any other right or remedy of Barclays.

Very truly yours,

BARCLAYS BANK PLC

By: _____
Name:   Mark Manski
Title:   Director

Cc:   Alan Kaplan, Deputy General Counsel, Americas

2