# EXHIBIT G

# Barclays' Valuation Letter

BARCLAYS BANK PLC
200 Park Ave.
New York, NY 10166

September 19, 2007

VIA TELECOPIER
AND ELECTRONIC MAIL

American Home Mortgage Investment Corp.
538 Broadhollow Road
Melville, NY 11747
Alan B. Horn, General Counsel
Fax: (800) 209-7276

Dear Sirs:

RE: STATEMENT OF PAYMENT ON EARLY TERMINATION OF ISDA MASTER AGREEMENT

We refer to the 1992 ISDA Master Agreement (the "Master Agreement") dated as of March 13, 2006 between American Home Mortgage Investment Corp. ("Counterparty") and Barclays Bank PLC ("Barclays"). All capitalized terms not otherwise defined in this notice shall have the meanings assigned to them in the Master Agreement.

We refer to Section 6(a) (Right to Terminate Following Event of Default) of the Master Agreement. We further refer to the notice of early termination previously sent by us on August 2, 2007, designating August 2, 2007 as the Early Termination Date for all outstanding Transaction(s) governed by the Master Agreement. This letter constitutes the statement required by Section 6(d)(i) (Statement) of the Master Agreement.

In accordance with Section 6(d)(Calculations) of the Master Agreement, Barclays has calculated the amount payable to it in respect of the Early Termination Date with respect to all of the Transactions governed by the Master Agreement as of the Early Termination Date to be USD 3,852,000. Such amount was calculated in accordance with the "Market Quotation" payment measure. The details of that calculation are set forth in Exhibit 1 to this letter.

Please note that pursuant to Section 11(Expenses) of the Master Agreement, we reserve the right to claim under that indemnity for our reasonable out-of-pocket expenses including legal fees incurred by reason of the enforcement and protection of our rights under the Master Agreement or any Credit Support Document or by reason of the early termination of any Transaction.

Nothing contained herein shall be or be deemed to be construed as a waiver, discharge or release of any of Barclays' rights and remedies under the Master Agreement (including,

but not limited to, Barclays' rights pursuant to Section 11(Expenses) of the Master Agreement), any other agreement or applicable law, all of which rights and remedies are hereby expressly reserved.

This notice shall be governed by and construed in accordance with New York law.

Yours faithfully,

BARCLAYS BANK PLC

By: _Kajent Zafar_
Name: Managing Director
Title:

Cc: Alan Kaplan, Deputy General Counsel, Americas

EXHIBIT 1

Calculation of Market Quotation

The Master Agreement specifies that Market Quotation and Second Method apply to the calculation of amounts due upon the occurrence of an Early Termination Date with respect to a Transaction.

We followed the Market Quotation process specified in the Master Agreement in order to arrive at a value for the outstanding Transactions. The quotes obtained today are as follows:

| Type of Trade | Ref. No | Reference Market Maker | Quotations |
|---|---|---|---|
| Corridor ("Trade 1") | 1135557B 1135549B | 1.Deutsche Bank 2.BNP Paribas 3.Bank of America 4. Credit Suisse | 1.USD -5,000 2. USD -10,100 3. USD -2,000 4. No bid |
| Corridor ("Trade 2") | 1135578B 1135614B | 1.Deutsche Bank 2.BNP Paribas 3.Bank of America 4. Credit Suisse | 1. USD -30,000 2. USD -55,250 3. USD -53,000 4. No bid |
| Balance Guaranteed Cap ("Trade 3) | 1141029B | 1.Lehman 2.BNP Paribas 3.Bank of America 4.Credit Suisse | 1. USD 3,910,000 2. No bid 3. No bid 4. No bid |

Since we obtained three quotations for each of Trade 1 and Trade 2, the Market Quotation for each trade is the quotation remaining after disregarding the highest and lowest quotations. Accordingly, the total value of Trade 1 is USD -5,000 and the total value of Trade 2 is USD -53,000.

Since we obtained only one quotation for Trade 3, it is deemed that Market Quotation in respect of such transaction cannot be determined, in which case "Loss" applies. Accordingly, the total value of Trade 3 is USD 3,910,000, being the amount Barclays reasonably determines in good faith to be its total losses in connection with the termination of Trade 3.

In accordance with the foregoing, the aggregate value of Trade 1, Trade 2 and Trade 3 is USD 3,852,000.