# EXHIBIT H

## Whole Loan Repo Termination Notice

BARCLAYS BANK PLC
200 Park Ave.
New York, NY 10166

August 1, 2007

VIA TELECOPIER,
HAND DELIVERY
AND ELECTRONIC MAIL

| | |
|---|---|
| American Home Mortgage Acceptance, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747<br>Attn: Craig S. Pino<br>Attn: Alan B. Horn, General Counsel<br>Fax: (516) 495-5411 | American Home Mortgage Corp.<br>538 Broadhollow Road<br>Melville, NY 11747<br>Attn: Craig S. Pino<br>Attn: Alan B. Horn, General Counsel<br>Fax: (516) 495-5411 |
| American Home Mortgage Investment Corp.<br>538 Broadhollow Road<br>Melville, NY 11747<br>Attn: Craig S. Pino<br>Attn: Alan B. Horn, General Counsel<br>Fax: (516) 495-5411 | American Home Mortgage Servicing, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747<br>Attn: Craig S. Pino<br>Attn: Alan B. Horn, General Counsel<br>Fax: (516) 495-5411 |

Re: Notice of Event of Default
Notice of Termination Date

Ladies and Gentlemen:

Reference is made to the Master Repurchase Agreement dated as of November 14, 2006, together with all annexes, exhibits and schedules thereto, and as the same have been amended, supplemented and otherwise modified as of the date first written above (collectively, the "**MRA**") among American Home Mortgage Acceptance, Inc. ("**AHMA**"), American Home Mortgage Corp. ("**AHMC**"), American Home Mortgage Investment Corp. ("**AHMIC**"), American Home Mortgage Servicing, Inc. ("**AHMS**" and, together with AHMA, AHMC and AHMIC, collectively, the "**Sellers**"), Barclays Bank PLC ("**Barclays**") as Administrative Agent, Barclays as a Buyer and Sheffield Receivables Corporation as a Buyer. Capitalized terms used herein but not defined herein shall have the meaning assigned to such terms in the MRA.

You are hereby notified that one or more Events of Default have occurred and are continuing under the MRA as of the date first written above, including, without limitation, pursuant to:

- Section 18(a)(vi) of the MRA (*Cross-Default*) resulting from an uncured margin deficit in excess of $5,000,000 owing by AHMIC to Barclays Capital Inc. ("**BCI**") under a BMA Master Repurchase Agreement dated as of February 8, 2006, together with all annexes, exhibits and schedules thereto, and as the same have been amended, supplemented and otherwise modified as of the

date first written above (collectively, the "**BMA MRA**") between AHMIC and BCI; or

- Section 18(a)(xi) of the MRA (*Material Adverse Effect*) with respect to the Sellers, including as a result of the matters described herein above and public statements by the Sellers, including, without limitation, that certain press release by AHMIC dated as of July 31, 2007.

As a result of the occurrence of one or more Events of Default under the MRA, including, without limitation, the Events of Default described above, the Termination Date has occurred under the terms of the MRA. This letter constitutes a notice of the foregoing Events of Default and notice of the occurrence of the Termination Date under the MRA.

The Administrative Agent and each of the Buyers reserve all rights and remedies under the MRA, and any failure by the Administrative Agent or any Buyer to exercise remedies pursuant thereto shall not, and shall not be deemed to, waive of any of their respective rights, powers or privileges under the MRA or applicable law, including without limitation, any rights, powers or privileges relating to other existing or future Defaults or Events of Default under the MRA.

This Notice shall be governed by and construed in accordance with the laws of the State of New York.

Very truly yours,

BARCLAYS BANK PLC, as Administrative Agent

By: _____
Name: Mark Mausky
Title: Director

Cc:  Alan Kaplan, Deputy General Counsel, Americas

2