IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., a Delaware | ) | Case No. 07-11047 (CSS) |
| Corporation, et al.[1] | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**FINAL FEE EXAMINER REPORT LETTER REGARDING THE FINAL FEE APPLI-
CATION OF HAHN & HESSEN, LLP FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD FROM AUGUST 14, 2007 THROUGH NOVEMBER 30, 2010**

On April 1, 2009, the Court approved an Administrative Order appointing M. Jacob Renick as
Fee Examiner ("Fee Examiner") and establishing procedures for the interim compensation and
reimbursement of expenses of professionals pursuant to sections 331 and 105(a) of the Bank-
ruptcy Code.  As specifically detailed by the Court, the fee applications subject to review by Fee
Examiner are all fee applications, including final fee applications ("Final Fee Applications").

The subject of this review is the Final Fee Application submitted by Hahn & Hessen, LLP ("Ap-
plicant") as Co-Counsel for the Official Committee of Unsecured Creditors, requesting an allow-
ance for compensation of $7,924,602.00 for services rendered and $216,192.29 for the reim-
bursement of expenses incurred during the period August 14, 2007 through November 30, 2010.

During the course of the Fee Examiner's review and examination of Applicant's Final Fee Ap-
plication, Fee Examiner questioned Applicant on specific matters, including, but not limited to
the lumping of time, vagueness in the description of services and lack of consistency in the clas-
sification of time entries.  As the result of discussions between Applicant and Fee Examiner, Ap-
plicant agreed to reduce its requested fees fifty-one thousand five hundred dollars ($51,500.00).
Accordingly, Fee Examiner recommends that the Court approve Applicant's adjusted request for
the allowance of fees of $7,873,102.00 and the reimbursement of expenses of $216,192.29 for
the period August 14, 2007 through November 30, 2010.

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage In-
vestment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American
Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great
Oak Abstract Corp.

2

Respectfully submitted,

Dated: May 2, 2011

**_/s/M. Jacob Renick_**
M. Jacob Renick, CPA, CIRA, CFE
Fee Examiner