**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., a Delaware | ) | Case No. 07-11047 (CSS) |
| Corporation, et al.[1] | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**FINAL FEE EXAMINER REPORT LETTER REGARDING THE FINAL FEE APPLICATION OF HENNIGAN, BENNETT & DORMAN, LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD MARCH 3, 2008 THROUGH NOVEMBER 30, 2010**

On April 1, 2009, the Court approved an Administrative Order appointing M. Jacob Renick as Fee Examiner ("Fee Examiner") and establishing procedures for the interim compensation and reimbursement of expenses of professionals pursuant to sections 331 and 105(a) of the Bankruptcy Code. As specifically detailed by the Court, the fee applications subject to review by Fee Examiner are all fee applications, including final fee applications ("Final Fee Applications").

The subject of this review is the Final Fee Application submitted by Hennigan, Bennett & Dorman, LLP ("Applicant") as Special Conflicts Counsel to the Official Committee of Unsecured Creditors, requesting an allowance for compensation of $1,534,668.00 for services and $46,832.77 for the reimbursement of expenses incurred during the period March 3, 2008 through November 30, 2010. These amounts reflect previously agreed to reductions between Applicant, Fee Examiner and the United States Trustee of fees of $2,658.00 and $165.53 of expenses.

During the course of the Fee Examiner's review and examination of the Applicant's Final Fee Application, Fee Examiner questioned the time devoted by partners of Applicant to legal research as compared to the total time devoted by Applicant to such research (i.e. 111.10 hours of a total of 134.10 hours or 82.85% of total time for research, and $75,087.50 out of a total of $83,137.50 or 90.32% of all fees for research, which equates to an average hourly rate of $619.97 for research by all professionals). Applicant explained that such research was required to be performed by partners because of the issues involved, many of which had not previously been litigated.

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

1

In addition, Fee Examiner questioned the time devoted by one of Applicant's partners relative to the review of documents for production as compared to such partner's time devoted to the supervision of document production. Applicant explained that the time classified as document review by Fee Examiner was either of a supervisory nature or the details could not be disclosed in the time entries because of the a sensitivity of the matters relative to the ongoing litigation for which Applicant had been retained.

Fee Examiner also noted that of the total time for which Applicant has requested compensation was 2,991.70 hours. Of the total time, partners' time represented 61.0%; associates 14.1% and paralegal and other staff 24.9%. As a percentage to total time, Fee Examiner believes that the partner time is high and indicated such to Applicant.

As a result of the matters raised by Fee Examiner and as the result of discussions between Applicant and Fee Examiner, Applicant agreed to a further reduction (in addition to the previously agreed to reductions noted above) of Thirteen thousand dollars ($13,000.00) in its request for an allowance of fees and expenses. Accordingly, Applicant is seeking an allowance of $1,521,667.00 in fees and $46,832.77 in expenses for the period March 3, 2008 through November 30, 2010.

After giving additional consideration to the issues noted above and the explanations received, Fee Examiner recommends that the Court further reduce Applicant's fee by an additional twelve thousand dollars ($12,000.00). Thus the Fee Examiner recommends that the Court approve Applicant's fees in the amount $1,509,667.00 and expenses in the amount of $46,832.77 for the period March 3, 2008 through November 30, 2010.

Respectfully submitted,

Dated: May 2, 2011

*/s/M. Jacob Renick*
M. Jacob Renick, CPA, CIRA, CFE
Fee Examiner