## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., a Delaware | ) | Case No. 07-11047 (CSS) |
| Corporation, et al.[1] | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**FINAL FEE EXAMINER REPORT LETTER REGARDING THE FINAL FEE APPLI-
CATION OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT
OF EXPENSES AS SPECIAL INVESTIGATORY, LITIGATION AND CONFLICTS
COUNSEL TO THE DEBTORS FOR THE PERIOD
AUGUST 10, 2007 THROUGH NOVEMBER 30, 2010**

On April 1, 2009, the Court approved an Administrative Order appointing M. Jacob Renick as
Fee Examiner ("Fee Examiner") and establishing procedures for the interim compensation and
reimbursement of expenses of professionals pursuant to sections 331 and 105(a) of the Bank-
ruptcy Code. As specifically detailed by the Court, the fee applications subject to review by Fee
Examiner are all fee applications, including final fee applications ("Final Fee Applications").

The subject of this review is the Final Fee Application submitted by Quinn Emanuel Urquhart &
Sullivan, LLP ("Applicant") as Special Investigatory, Litigation and Conflicts Counsel to the
Debtors, requesting an allowance of compensation of $3,360,491.75 for services rendered and
$192,546.48 for the reimbursement of expenses incurred during the period August 10, 2007
through November 30, 2010.

During the course of the Fee Examiner's review and examination of Applicant's Final Fee Ap-
plication, Fee Examiner questioned the amount of time and consequently the fees relating to Ap-
plicant's preparation of monthly fee requests and its fee applications. As the result of discus-
sions with Applicant, Applicant agreed to a reduction of sixty-two thousand dollars ($62,000.00)
in its requested fees. Accordingly, Fee Examiner recommends the Court approve Applicant's
adjusted request for an allowance of $3,198,491.75 of fees and $192,546.48 of expenses for the
period August 10, 2007 through November 30, 2010.

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage In-
vestment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American
Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great
Oak Abstract Corp.

Respectfully submitted,

Dated: May 2, 2011

**_/s/M. Jacob Renick_**
M. Jacob Renick, CPA, CIRA, CFE
Fee Examiner