**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al.[1] | ) ) ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) ) | Jointly Administered |

**FINAL FEE EXAMINER REPORT LETTER REGARDING THE FINAL FEE APPLICATION OF TRAXI, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION FINANCIAL ADVISOR TO THE DEBTORS FOR THE PERIOD FROM SEPTEMBER 10, 2008 THROUGH MAY 31, 2010**

On April 1, 2009, the Court approved an Administrative Order appointing M. Jacob Renick as Fee Examiner ("Fee Examiner") and establishing procedures for the interim compensation and reimbursement of expenses of professionals pursuant to sections 331 and 105(a) of the Bankruptcy Code. As specifically detailed by the Court, the fee applications subject to review by Fee Examiner are all fee applications, including final fee applications ("Final Fee Applications").

The subject of this review is the Final Fee Application submitted by Traxi, LLC ("Applicant") as Special Litigation Financial Advisor to the Debtors, requesting an allowance of compensation of $289,303.50 for services rendered and $18,748.19 as reimbursement of expenses incurred during the period September 10, 2008 through May 31, 2010. These amounts reflect previously agreed reductions in fees of $10,342.50 and expenses of $506.91 between Applicant and Fee Examiner.

During the course of the Fee Examiner's review and examination of the Applicant's Final Fee Application, Applicant and Fee Examiner agreed to an additional reduction of two hundred and fifty-two dollars and nineteen cents ($252.19) in the Applicant's request for fees. Such amount represents the balance of Applicant's unpaid fees. Accordingly, Fee Examiner recommends the Court approve Applicant's adjusted request for the allowance of $289,051.31 of fees and $18,748.19 of expenses for the period September 10, 2008 through May 31, 2010.

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

2

Dated: May 2, 2011

Respectfully submitted,

*/s/M. Jacob Renick*
M. Jacob Renick, CPA, CIRA, CFE
Fee Examiner