IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** § | | **CHAPTER 11** |
| § | | |
| **AMERICAN HOME MORTGAGE** § | | **CASE NO. 07-11047 (CSS)** |
| **HOLDINGS, INC.,** *et al.* § | | |
| § | | |
| Debtors. § | | Jointly Administered |
| § | | |
| § | | Objection Deadline: July 4, 2011 |
| § | | Hearing Date: July 19, 2011 |
| § | | @ 10:00 A.M. EST |
| § | | |
| § | | Re: Docket No. 9630 |

_____

**AMENDED NOTICE OF HEARING ON REQUEST FOR PAYMENT OF
ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. §503(b)(1)(B)(i)**

TO ALL PARTIES ON THE ATTACHED SERVICE LIST:

**PLEASE TAKE NOTICE** that on January 5, 2011, Lewisville Independent School District ("LISD" filed its Request for Payment of Administrative Expense Pursuant to 11 U.S.C. §503(b)(1)(B)(i) (the "Request") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Notice of Extended Administrative Claim Objection Deadline dated March 22, 2011, any objections or responses to the Request must be made in writing, filed with the Court on or before **July 4, 2011** ("Objection Deadline") and served upon the undersigned counsel for LISD so as to be received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Request (previously noticed for May 6, 2011) will be held on **July 19, 2011 at 10:00 a.m. prevailing Eastern Time**

1

before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor. Courtroom #6, Wilmington, Delaware.

PELASE TAKE NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 2, 2011.

                                                    Respectfully submitted,

                                                  /s/ Andrea Sheehan
                                                  Andrea Sheehan
                                                  Texas Bar No. 24002935
                                                  Law Offices of Robert E. Luna, P.C.
                                                  4411 North Central Expressway
                                                  Dallas, Texas  75205
                                                  (214) 521-8000  Telephone
                                                  (214) 521-1738  Facsimile

                                                  ATTORNEYS FOR LEWISVILLE
                                                  INDEPENDENT SCHOOL DISTRICT