IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., a Delaware | ) | Case No. 07-11047 (CSS) |
| Corporation, et al.[1] | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**FINAL FEE EXAMINER REPORT LETTER REGARDING THE FINAL FEE APPLICATION OF RECEIVABLE MANAGEMENT SERVICES CORPORATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COLLECTION AGENT FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 1, 2009 THROUGH NOVEMBER 30, 2010**

On April 1, 2009, the Court approved an Administrative Order appointing M. Jacob Renick as Fee Examiner ("Fee Examiner") and establishing procedures for the interim compensation and reimbursement of expenses of professionals pursuant to sections 331 and 105(a) of the Bankruptcy Code. As specifically detailed by the Court, the fee applications subject to review by Fee Examiner are all fee applications, including final fee applications ("Final Fee Applications").

The subject of this review is the Final Fee Application submitted by Receivable Management Services Corporation ("Applicant") as Collection Agent for the Official Committee of Unsecured Creditors, requesting an allowance for compensation of $531,620.87 for services rendered and $0.00 for the reimbursement of expenses incurred during the period July 1, 2009 through November 30, 2010.

During the course of Fee Examiner's review and examination, Applicant provided sufficient documentation in its Final Fee Application to support any questions raised by Fee Examiner. Accordingly, Fee Examiner recommends the Court's approval of Applicant's request for the allowance of a total $531,620.87 of fees and $0.00 of expenses.

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

1

2

Dated: May 3, 2011

Respectfully submitted,

 /s/ **_M. Jacob Renick_**
M. Jacob Renick, CPA, CIRA, CFE
Fee Examiner

2