# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------x
In re:                                              :   Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    :   Jointly Administered
        Debtors.                                    :
-------------------------------------------------------------------x   Ref. Docket No. 9519
```

## AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the "Notice of (I) Occurrence of the Effective Date of the Plan; (II) Deadlines to File Administrative Claims, Professional Claims, Rejection Damages Claims, and Subordination Statements, and to Submit Invoices for Indenture Trustee Expenses; and (III) Appointment of Borrower Information Ombudsperson," dated November 30, 2010 [Docket No. 9519], (the "Notice"), by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail:

    a. to those parties listed on the annexed Exhibit A, on December 2, 2010,

    b. to those parties listed on the annexed Exhibit B, on December 3, 2010, and

    c. to those parties listed on the annexed Exhibit C, on December 6, 2010.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

4. Additionally, on December 3, 2010, I caused to be delivered:

   a. by next-business day delivery to Broadridge Financial, 51 Mercedes Way, Edgewood, NY 11717, (N38617, N38618, N38619, N38620, N38621,)

   b. by next-business day delivery to Mediant Communications, Attn: Stephanie Fitzhenry Proxy Mgr, 109 North Fifth Street, Saddlebrook, NJ 07663, and

   c. by first class mail to the remainder of the brokerage firms, banks and agents, identified on the annexed Exhibit D,

(collectively the "Nominees"), sufficient copies of the Notice, as well as a Memorandum, annexed hereto as Exhibit E, instructing the Nominees to distribute the Notice to the beneficial owners of the Debtors' public securities referenced in the Memorandum.

_/s/ Konstantina Haidopoulos_
Konstantina Haidopoulos

Sworn to before me this
8th day of December, 2010

_/s/ Notary Public_
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ALTHEA ARNOLD | JOSEF ARNOLD 660 4TH PLACE SOUTH GARDEN CITY NY 11530 |
| ALTHOFF, KEITH | 40 CRESENT BOW RIDGE NY 11961 |
| ALTICK AND CORWIN CO., LPA | 1700 ONE DAYTON CENTRE ONE SOUTH MAIN STREET DAYTON OH 45402 |
| ALTIMA FUNDING INC. | 2840 N.S. BOCA RATON BLVD #105 BOCA RATON FL 33431 |
| ALTIMA FUNDING INC. | 6061 BALBOA CIR APT 403 BOCA RATON FL 334338108 |
| ALTIS HOME FUNDING CORP | 560 ROUTE 303 SUITE 218 ORANGEBURG NY 10962 |
| ALTIUS MORTGAGE GROUP | 9133 SOUTH MONROE STREET SUITE C SANDY UT 84070 |
| ALTIZER, BOBBY R. | PO BOX 1053 INDIAN TRAIL NC 280791053 |
| ALTIZER, BOBBY R. | 315 RED BARN TRAIL MATTHEWS NC 28105 |
| ALTMAN APPRAISAL CO., INC. | 10628 BROAD RIVER RD. STE. B IRMO SC 29063 |
| ALTMAN, ANDREW | 20759 WINDEMERE CT. STERLING VA 20165 |
| ALTMAN, AURELIA E | 340 TERRACE RD BAYPORT NY 11705 |
| ALTMAN, MURRAY | 522 W END AVE APT 15C NEW YORK NY 10024-3228 |
| ALTMAN, NANCY S. | 333 HIGHLAND AVENUE ELMHURST IL 60126 |
| ALTOMARE, NADIA F. | 60 WEBSTER STREET NEWTON MA 02465 |
| ALTON H HAMMERSLA | 9121 FIELD RD PIKESVILLE MD 21208 |
| ALTON H HAMMERSLA | 9121 FILED RD PIKESVILLE MD 21208 |
| ALTON INSURANCE AGENCY, INC. | 1735 JEFFERSON DAVIS HIGHWAY ARLINGTON VA 22202 |
| ALTON TOWN | TAX COLLECTOR ALTON NH 03809 |
| ALTON TOWN | TAX COLLECTOR PO BOX 637 ALTON NH 03809 |
| ALTON, JOHN M | 1845 WEST STELLA LANE PHOENIX AZ 85015 |
| ALTOONA AREA SD / LOGAN TOWNSH | 800 39TH ST ALTOONA PA 16602 |
| ALTOONA AREA SD / TYRONE TOWNS | R.D. #1, BOX 386 TYRONE PA 16686 |
| ALTOONA CITY | CENTRAL TAX OFFICE 498 JEFFERS STREET DUBOIS PA 15801 |
| ALTOONA CITY/CO | AASD TAX OFFICE 200 E.CRAWFORD REAR ALTOONA PA 16602 |
| ALTOONA S.D./ALTOONA CITY | 200 E. CRAWFORD AVE REAR ALTOONA PA 16602 |
| ALTRES STAFFING INC | POB 1410 HONOLULU HI 96807 |
| ALTRUGGE, FRED M. | 103 ROBERTA DR LIVERPOOL NY 13090 |
| ALTUS MORTGAGE | 15333 N PIMA RD STE 145 SCOTTSDALE AZ 852602781 |
| ALTUS MORTGAGE | 15333 N PIMA RD STE 133 SCOTTSDALE AZ 852602787 |
| ALUKAS, MICHAEL L | 2525 RIVIERA STREET RENO NV 89509 |
| ALUMNI ASSOCIATION OF UM | ATTN VICE PRESIDENT / CFO 200 FLETCHER ST. ANN ARBOR MI 48109-1007 |
| ALUMNI MORTGAGE | 264 SOUTH RIVER ROAD # 484 BEDFORD NH 03110 |
| ALUMPARAMPIL, THOMSKUTTY | 8010 W REVELL COURT ORLAND PARK IL 60462 |
| ALVARADO PACIFIC INS | ENGEL GRAHAM & BUCHANAN 7777 ALVARADO RD #605 LA MESA CA 91941 |
| ALVARADO, CARMEN F. | 1350 MORNING VIEW DR APT 176 ESCONDIDO CA 920264234 |
| ALVARADO, FRANCISCO | 1 AVE LAS PALMAS VEGA ALTA PR 00692 |
| ALVARADO, JOEL DE JESUS | 737 EAST LADERA STREET PASADENA CA 91104 |
| ALVARADO, JOSE | 6663 MAYHEWS LANDING ROAD NEWARK CA 94560 |
| ALVARADO, LUIS F | 6606 BUSKIN LN GLEN BURNIE MD 21060 |
| ALVARENGA, GLORIA ELIZABETH | 4811 HARRISON STREET HOLLYWOOD FL 33021 |
| ALVARENGA, OLMAN | 149 WOODBINE DRIVE EAST HAMPTON NY 11937 |
| ALVAREZ, DANITA | 2301 PATRICIA LANE GARLAND TX 75041 |
| ALVAREZ, ENRIQUE | 17726 NW 63 CT HIALEAH FL 33015 |
| ALVAREZ, GIL Q. | 542 MOUNT ARGYLL COURT APOPKA FL 32712 |
| ALVAREZ, GILMAR E. | 485 EAST CHARTRES STREET ANAHEIM CA 92805 |
| ALVAREZ, GRACE M | 2455 WEST WEATHERBY WAY CHANDLER AZ 85248 |
| ALVAREZ, HILDA | 3633 AVOCADO VILLAGE CT UNIT 143 LAS MESA CA 919418323 |
| ALVAREZ, JESUS | 25 CAPE VICTORIA ALISO VIEJO CA 92656 |