**Exhibit D**

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

| Name of Debtor: AMERICAN HOME MORTGAGE | Case Number: 07-11047 (CSS) |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): GIL Q. ALVAREZ

☑ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
GIL Q. ALVAREZ
542 MT. ARGYLL CT.
Apopka, FL 32712

Court Claim Number: 10384
(If known)
ADDITIONAL CLAIM

Telephone number: 407-731-5670

Filed on: 3/28/2008

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

1. **Amount of Claim as of Date Case Filed:** $ 341,600.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** TILA; RESPA; NEGLIGENT MISREPRESENTATION; Breach of Contract; Violation of Ct. Order dated 8/10/05
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** ____ UFTA

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☑ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $ 341,000.00  Annual Interest Rate 5.75 %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ 341,000.00  Basis for perfection: _____

Amount of Secured Claim: $ 341,000.00  Amount Unsecured: $ 600.00

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☑ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**
$341,000.00

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition…)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Filed: USBC - District of Delaware
American Home Mortgage Holdings, Inc., Et Al.
07-11047 (CSS)         0000010901

Date: 3/28/11

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**FedEx US Airbill**

FedEx Tracking Number: 8693 5094 9301

Form ID No.: 0215

**1 From** (This portion can be removed for Recipient's records.)    869350949301

Date: _____    FedEx Tracking Number: _____

Sender's Name: _____    Phone: _____

Company: EPIQ BANKRUPTCY SOLUTIONS, LLC

Address: 757 3RD AVE

City: NEW YORK    State: NY    ZIP: 10017-2013

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name: _____    Phone: _____

Company: _____

Recipient's Address: _____

FILED / RECEIVED
MAR 31 2011
EPIQ BANKRUPTCY SOLUTIONS, LLC
040 528295

Barcode: 8693 5094 9301

**4a Express Package Service** — Packages up to 150 lbs.
- FedEx Priority Overnight
- FedEx Standard Overnight
- FedEx First Overnight
- FedEx 2Day
- FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.
- FedEx 1Day Freight
- FedEx 2Day Freight
- FedEx 3Day Freight

**5 Packaging**: FedEx Envelope, FedEx Pak, FedEx Box, FedEx Tube, Other

**6 Special Handling**
- SATURDAY Delivery
- HOLD Weekday at FedEx Location
- HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods? No / Yes / Dry Ice / Cargo Aircraft Only

**7 Payment** Bill to: Sender / Recipient / Third Party / Credit Card / Cash/Check

Total Packages: _____    Total Weight: _____

**8 Residential Delivery Signature Options**
- No Signature Required
- Direct Signature
- Indirect Signature    519

---

*The World On Time.*

FedEx
TRK# 8693 5094 9301
0215

THU - 31 MAR A1
STANDARD OVERNIGHT

10017
NY-US
EWR

EB OGSA

Emp# 238898  30MAR11 ILGA  50CC3/26A8/18BC

Align top of **FedEx Express Shipping Label** here.
Align bottom of **Peel and Stick Airbill** or **Pouch** here.

Recipient's Copy