IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x   Chapter 11
In re:                                                            :
                                                                  :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :
a Delaware corporation, et al.,[1]                                :   Jointly Administered
                                                                  :   Ref. Docket Nos. 8016, 8106,
    Debtors.                                                      :   9671, 9696, 9699, 9701, 9715,
----------------------------------------------------------------- x   9716, 9718, 9720, 9725, 9726,
                                                                      9728, 9733, 9734, 9735, 9739,
                                                                      9764, 9779

**CERTIFICATION OF COUNSEL WITH RESPECT TO OMNIBUS ORDER
APPROVING FINAL APPLICATIONS OF DEBTORS' AND THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS' RETAINED PROFESSIONALS FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
BETWEEN AUGUST 6, 2007 THROUGH AND INCLUDING NOVEMBER 30, 2010**

On or about January 31, 2011, the professionals (the "Professionals") retained by the above-captioned debtors and debtors in possession (the "Debtors") and the Official Committee of Unsecured Creditors filed the final fee applications [Docket Nos. See Exhibit A to the proposed order] (the "Final Fee Applications"). Pursuant to the Final Fee Applications, the Professionals requested the Court to enter an order authorizing and approving final allowance of compensation and reimbursement of expenses for all final fee applications filed during the aggregate period August 6, 2007 through and including November 30, 2010.

Following the filing of the Final Fee Applications, M. Jacob Renick, the fee examiner appointed in these cases (the "Fee Examiner"), filed letter reports for each Final Fee Application identified herein. To the extent that the Fee Examiner recommended approval of a

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

Professional's fees and expenses in a reduced amount, the Professional and Fee Examiner have resolved disputes on a consensual basis and any revised amounts are reflected in the proposed form of order attached hereto as <u>Exhibit 1</u> (the "<u>Proposed Order</u>").

No other responses or objections to the Final Fee Applications included in the Proposed Order were filed.

Accordingly, the Professionals respectfully request that the Court enter the Proposed Order at its earliest convenience without further notice or hearing.

Dated: Wilmington, Delaware
May 5, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Sean M. Beach*
Sean M. Beach (No. 4070)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Co-Counsel to the Plan Trustee

# **EXHIBIT 1**

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
                                                                    :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :
a Delaware corporation, et al.,[1]                                  :   Jointly Administered
                                                                    :
                                                                    :   Docket Ref. Nos. 8016, 8106,
       Debtors.                                                     :   9671, 9696, 9699, 9701, 9715,
------------------------------------------------------------------- x   9716, 9718, 9720, 9725, 9726,
                                                                        9728, 9733, 9734, 9735, 9739,
                                                                        9764, 9779

**OMNIBUS ORDER APPROVING FINAL APPLICATIONS OF DEBTORS'
AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RETAINED
PROFESSIONALS FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD BETWEEN AUGUST 6, 2007 THROUGH
AND INCLUDING NOVEMBER 30, 2010**

Upon consideration of the final fee applications (collectively, the "Final Applications") of various professionals retained in the above-captioned chapter 11 cases (collectively, the "Professionals"), a list of which is attached hereto as Exhibit A, for allowance of compensation and reimbursement of expenses on a final basis; and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and that the notices of the Final Applications were appropriate; and after consideration of the recommendations of the fee examiner appointed in these cases

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

pursuant to the *Order Appointing Fee Examiner and Establishing Procedures for the Review of Professional Claims* [D.I. 7218] and due deliberation and sufficient good cause appearing therefor; it is hereby

ORDERED, that the Final Applications are hereby APPROVED in the amounts set forth on Exhibit A; and it is further

ORDERED, that the Professionals are granted final allowance of compensation and reimbursement of expenses in the amounts set forth on Exhibit A; and it is further

ORDERED, that the Plan Trustee is authorized and directed to remit payment to the Professionals in the amounts set forth on Exhibit A, less all amounts previously paid on account of such fees and expenses; and it is further

ORDERED, that this order shall be deemed a separate order for each Professional and the appeal of any order with respect to any Professional shall have no effect on the authorized fees and expenses of the other Professionals; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and/or enforcement of this Order.

Dated: May ____, 2011
Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge

## **EXHIBIT A**

# EXHIBIT A

| Name of Applicant | Docket No. of Final Fee Application and Date Filed | Aggregate Amount of Fees Approved on a Final Basis ($) | Aggregate Amount of Expenses Approved on a Final Basis ($) |
|---|---|---|---|
| Bifferato LLC, Special Conflicts Counsel to the Committee of Unsecured Creditors | 8016/8106 | 18,933.00 | 14,225.38 |
| Quinn Emanuel Urquhart & Sullivan, LLP (f\k\a Quinn Emanuel Urquhart Oliver & Hedges LLP), Special Counsel for the Debtors[2] | 9671, 1/14/11 | 3,198,491.75 | 192,546.48 |
| BDO USA, LLP Tax Advisor to the Debtors | 9696, 1/25/11 | 125,000.00 | 930.96 |
| Allen & Overy, LLP, Special Counsel for the Debtors | 9699, 1/25/11 | 3,364,401.25 | 3,351,536.95 |
| Traxi LLC, Ordinary Course Professional for the Debtors[3] | 9701, 1/27/11 | 289,051.31 | 18,748.19 |
| Weiner Brodsky Sidman Kider PC, Ordinary Course Professional for the Debtors | 9715, 1/28/11 | 715,205.00 | 62,807.73 |
| PricewaterhouseCoopers, Tax Advisor for the Debtors | 9716, 1/28/11 | 383,060.50 | 371.62 |
| Phoenix Capital, Inc. Investment Banker for the Debtors | 9718, 1/28/11 | 400,000.00 | 12,569.56 |
| Young Conaway Stargatt & Taylor, LLP, Counsel for the Debtors[4] | 9720, 1/28/11 | 19,804,693.50 | 1,966,669.74 |
| Hahn & Hessen LLP, Counsel to the Committee of Unsecured Creditors[5] | 9725, 1/31/11 | 7,873,102.00 | 216,192.29 |

---

[2] Quinn Emanuel and Fee Examiner agreed to a reduction of $62,000.00 in fees from $3,260,491.75 to $3,198,491.75.

[3] Prior to the filing of the final fee application, Traxi, LLC and Fee Examiner agreed to a reduction of $10,342.50 in fees and $506.91 in expenses, which were reflected in the final fee application. Thereafter, Traxi, LLC and Fee Examiner agreed to a further reduction of $252.19 in fees from $289,303.50 to $289,051.31.

[4] YCST and Fee Examiner agreed to a cumulative aggregate reduction of $75,000.00 in fees from $19,879,693.50 to $19,804,693.50. In its final fee application, YCST miscalculated the amount of final expenses as $1,966,309.74, the correct amount is $1,966,669.74, as approved by Fee Examiner.

[5] Hahn & Hessen, LLP and Fee Examiner agreed to a cumulative aggregate reduction of $51,500.00 in fees from $7,924,602.00 to $7,873,102.00.

| BDO Capital Advisors, f/k/a Trenwith Securities, LLC, Investment Banking Advisor to the Committee of Unsecured Creditors | 9726, 1/31/11 | 18,070.00 | 474.94 |
|---|---|---|---|
| Cadwalader, Wickersham & Taft LLP, Special Counsel to the Debtors[6] | 9728, 1/31/11 | 7,999,809.00 | 1,354,756.48 |
| Ferry, Joseph & Pearce, P.A., Special Conflicts Counsel | 9733, 1/31/11 | 51,589.30 | 9,033.71 |
| Blank Rome LLP, Counsel to the Committee of Unsecured Creditors | 9734, 1/31/11 | 1,023,410.00 | 136,731.85 |
| BDO Seidman, LLP, Financial Advisor to the Committee of Unsecured Creditors | 9735, 1/31/11 | 4,054,237.75 | 48,462.79 |
| Receivable Management Services Corp., Collection Agent for the Committee of Unsecured Creditors | 9739, 1/31/11 | 531,620.87 | 0.00 |
| Milestone Advisors LLC, Financial Advisor for the Debtors | 9764, 2/4/11 | 4,067,741.94 | 198,122.40 |
| Kilpatrick Townsend Stockton LLP (formerly Muldoon Murphy & Aguggia LLP), Ordinary Course Professional for the Debtors | 9779, 2/9/11 | 60,511.25 | 386.55 |

---

[6] Prior to the filing of its final fee application, Cadwalader, Wickersham & Taft LLP agreed to discount its fees and expenses in an amount equal to $1,766,488.00, which discounts were reflected in the amounts set forth in its final fee application.