IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x   Chapter 11
In re:                                                                 :
                                                                       :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :
a Delaware corporation, et al.,[1]                                     :   Jointly Administered
                                                                       :   Ref. Docket Nos. 9700, 9704,
       Debtors.                                                        :   9719, 9724, 9736, 9740
---------------------------------------------------------------------- x

### CERTIFICATION OF COUNSEL WITH RESPECT TO ORDER APPROVING FINAL FEE REQUESTS REGARDING FORECLOSURE PROFESSIONALS WITH OUTSTANDING BALANCES

On or about January 31, 2011, certain foreclosure professionals (the "Foreclosure Professionals") retained by the above-captioned debtors and debtors in possession (the "Debtors") filed their final fee applications (the "Final Fee Applications"). Pursuant to the Final Fee Applications, the Foreclosure Professionals requested the Court to enter an order authorizing and approving final allowance of compensation and reimbursement of expenses for the period between August 6, 2007 and April 11, 2008.

The Foreclosure Professionals identified on Exhibit A to the attached form of order (the "Proposed Order") have indicated that they have outstanding balances owed by the Debtors' estates or other appropriate third parties.

On April 19, 2011, the Plan Trustee filed his Response Regarding Certain Final Fee Applications [D.I. 9948], wherein the Plan Trustee did not object to the amount of compensation for foreclosure services rendered and reimbursement of related expenses (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

"Foreclosure Fees and Costs") sought by the Foreclosure Professionals, but requested that any order awarding such Foreclosure Fees and Costs direct the Foreclosure Professionals to provide the Plan Trust with an accounting so that the Plan Trust can determine what Foreclosure Fees and Costs, if any, paid by the Plan Trust may be subject to reimbursement by third parties.

Following the filing of the Final Fee Applications, M. Jacob Renick, the fee examiner appointed in these cases (the "Fee Examiner"), filed letter reports for each Final Fee Application identified herein. To the extent that the Fee Examiner recommended approval of a Foreclosure Professional's fees and expenses in a reduced amount, the Professional and Fee Examiner have resolved disputes on a consensual basis and any revised amounts are reflected in the Proposed Order.

As no other responses to the relevant Final Fee Applications were filed, attached hereto as Exhibit 1 is the Proposed Order approving the Final Fee Applications for those Foreclosure Professionals who have not been paid in full. Each Foreclosure Professional was provided an opportunity to review the Proposed Order and has not opposed the entry thereof.

The Plan Trustee respectfully requests the Court to enter the Proposed Order at its earliest convenience without further notice of hearing.

Dated: Wilmington, Delaware  
       May 5, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sean M. Beach  
Sean M. Beach (No. 4070)  
The Brandywine Building  
1000 West Street, 17th Floor  
P.O. Box 391  
Wilmington, Delaware 19899-0391  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253  

Co-Counsel to the Plan Trustee

## **EXHIBIT 1**

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------------ x | Chapter 11 |
| In re: : | |
| : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., : | |
| a Delaware corporation, et al.,[1] : | Jointly Administered |
| : | |
| Debtors. : | Ref. Docket Nos. 9700, 9704, |
| ------------------------------------------------------------------ x | 9719, 9724, 9736, 9740 |

**ORDER APPROVING FINAL FEE REQUESTS REGARDING
FORECLOSURE PROFESSIONALS WITH OUTSTANDING BALANCES**

Upon consideration of the final fee applications (collectively, the "Final Fee Applications") of certain of the foreclosure professionals retained in the above-captioned chapter 11 case (collectively, the "Foreclosure Professionals"), a list of which is attached hereto as Exhibit A, for allowance of compensation and reimbursement of expenses on a final basis; and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and that the notices of the Final Fee Applications were appropriate; and after due deliberation and sufficient good cause appearing therefor; it is hereby

ORDERED that the Final Fee Applications are hereby APPROVED in the amounts set forth in Exhibit A; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

ORDERED that the Foreclosure Professionals are granted final allowance of compensation and reimbursement in the amounts set forth on Exhibit A; and it is further

ORDERED that the Foreclosure Professionals shall provide the Plan Trustee with an accounting (an "Accounting") of all paid and outstanding balances by AHM loan number or subject property address; and it is further

ORDERED that, upon the submission of an Accounting, the Plan Trustee is authorized to remit payment to the Foreclosure Professionals for outstanding amounts supported by the Accounting; and it is further

ORDERED, that this order shall be deemed a separate order for each Foreclosure Professional and the appeal of any order with respect to any Foreclosure Professional shall have no effect on the authorized fees and expenses of the other Foreclosure Professionals; and it is further

ORDERED, that all setoff, recoupment, reimbursement, repayment and other rights of the Plan Trustee with respect to any Foreclosure Professional fees and expenses either previously paid or to be paid by the Debtors or the Plan Trust are fully reserved against any third party, including without limitation American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition, Inc.), securitization trusts, and securitization trustees.

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and/or enforcement of this Order.

Dated: May ____, 2011
Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge

## **EXHIBIT A**

# **EXHIBIT A**

| Name of Applicant | Docket No. of Final Fee Application and Date Filed | Aggregate Amount of Fees Approved on a Final Basis ($) | Aggregate Amount of Expenses Approved on a Final Basis ($) |
|---|---|---|---|
| Law Offices of Alan Weinreb, PLLC, Foreclosure Professional for the Debtors | 9700, 1/26/11 | 305,712.21 | 560,198.39 |
| Robert J. Hopp & Associates, LLC, Foreclosure Professional for the Debtors | 9704, 1/27/11 | 50,653.25 | 173,653.64 |
| Codilis & Associates, P.C., Foreclosure Professional for the Debtors | 9719, 1/28/11 | 584,993.00 | 666,758.93 |
| Samuel I. White, P.C., Foreclosure Professional for the Debtors | 9724, 1/31/11 | 251,735.00 | 614,021.60 |
| Northwest Trustee Services, Inc., Foreclosure Professional for the Debtors | 9736, 1/31/11 | 869,023.50 | 2,126,346.49 |
| Law Office of Daniel C. Consuegra, Foreclosure Professional for the Debtors | 9740, 1/31/11 | 654,025.00 | 657,615.63 |