IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 7316, 9703, 9705, 9730, 9731, 9800, 9723 |

**CERTIFICATION OF COUNSEL WITH RESPECT TO ORDER
APPROVING FINAL FEE REQUESTS REGARDING
FULLY PAID FORECLOSURE PROFESSIONALS**

On or about January 31, 2011, the certain foreclosure professionals (the "Foreclosure Professionals") retained by the above-captioned debtors and debtors in possession (the "Debtors") filed their final fee applications (the "Final Fee Applications"). Pursuant to the Final Fee Applications, the Foreclosure Professionals requested the Court to enter an order authorizing and approving final allowance of compensation and reimbursement of expenses for the period between August 6, 2007 and April 11, 2008.

The Foreclosure Professionals identified on Exhibit A to the attached form of order (the "Proposed Order") have indicated that they have been paid in full by the Debtors' estates or other appropriate third parties.

Following the filing of the Final Fee Applications, M. Jacob Renick, the fee examiner appointed in these cases (the "Fee Examiner"), filed letter reports for each Final Fee Application identified herein. To the extent that the Fee Examiner recommended approval of a

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Foreclosure Professional's fees and expenses in a reduced amount, the Professional and Fee Examiner have resolved disputes on a consensual basis and any revised amounts are reflected in the Proposed Order.

No other responses or objections to the Final Fee Applications included in the Proposed Order were filed. Each Foreclosure Professional was provided an opportunity to review the Proposed Order and has not opposed the entry thereof.

The Plan Trustee respectfully requests the Court to enter the Proposed Order at its earliest convenience without further notice of hearing.

Dated: Wilmington, Delaware
      May 5, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Sean M. Beach*
Sean M. Beach (No. 4070)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Co-Counsel to the Plan Trustee

**EXHIBIT 1**

Proposed Order

**EXHIBIT 1**

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br>a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 7316, 9703,<br>9705, 9730, 9731, 9800, 9723 |

## ORDER APPROVING FINAL FEE REQUESTS REGARDING
## FULLY PAID FORECLOSURE PROFESSIONALS

Upon consideration of the final fee applications (collectively, the "Final Fee Applications") of certain of the foreclosures professionals retained in the above-captioned chapter 11 case (collectively, the "Foreclosure Professionals"), a list of which is attached hereto as Exhibit A, for allowance of compensation and reimbursement of expenses on a final basis; and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the applicable Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and that the notices of the Final Fee Applications were appropriate; and after due deliberation and sufficient good cause appearing therefor; it is hereby

ORDERED, that the Final Fee Applications are hereby APPROVED in the amounts set forth in Exhibit A; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

ORDERED, that the Foreclosure Professionals are granted final allowance of compensation and reimbursement in the amounts set forth on Exhibit A; and it is further

ORDERED, that the Foreclosure Professionals shall be deemed paid in full for their post-petition services to the Debtors; accordingly, the Plan Trustee shall not remit further payments to the Foreclosure Professionals on account of the amounts set forth in the Final Fee Applications; and it is further

ORDERED, that this order shall be deemed a separate order for each Foreclosure Professional and the appeal of any order with respect to any Foreclosure Professional shall have no effect on the authorized fees and expenses of the other Foreclosure Professionals; and it is further

ORDERED, that all setoff, recoupment, reimbursement, repayment and other rights of the Plan Trustee with respect to any Foreclosure Professional fees and expenses either previously paid or to be paid by the Debtors or the Plan Trust are fully reserved against any third party, including without limitation American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition, Inc.), securitization trusts, and securitization trustees.

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and/or enforcement of this Order.

Dated: May ____, 2011
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Christopher S. Sontchi
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**EXHIBIT A**

# EXHIBIT A

| Name of Applicant | Docket No. of Final Fee Application and Date Filed | Aggregate Amount of Fees Approved on a Final Basis ($) | Aggregate Amount of Expenses Approved on a Final Basis ($) |
|---|---|---|---|
| Adorno & Yoss LLP, Foreclosure Professional for the Debtors | 7316, 4/24/09 | 939,962.00 | 1,029,391.46 |
| Zeichner Ellman & Krause LLP, Foreclosure Professional for the Debtors | 9703, 1/27/11 | 157,554.00 | 0.00 |
| Cohn, Goldberg & Deutsch, LLC, Foreclosure Professional for the Debtors | 9705, 1/27/11 | 276,775.00 | 431,552.46 |
| Pendergast & Jones, P.C., Foreclosure Professional for the Debtors | 9730, 1/31/11 | 24,360.00 | 53,185.54 |
| Weltman, Weinberg & Reis Co. LPA, Foreclosure Professional for the Debtors | 9731, 1/31/11, as amended by 9800, 2/24/11 | 479,998.75 | 657,848.97 |
| TD Service Co., Foreclosure Professional for the Debtors | 9723, 1/31/11 | 2,091,557.89 | 1,870,106.47 |