## Exhibit A

## Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                         :   Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                             :
                                                               :   Jointly Administered
       Debtors.                                                :
                                                               :   **Ref. Docket No.:** _____
                                                               :
---------------------------------------------------------------- x

### ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER THE PLAN TRUSTEE'S MOTION FOR AN ORDER PURSUANT TO SECTION 107(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9018 GRANTING AUTHORIZATION TO FILE CERTAIN EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF EILEEN WANERKA IN SUPPORT OF DEBTORS' TWENTY-FIFTH AND THIRTY-FIRST OMNIBUS OBJECTIONS TO CLAIMS UNDER SEAL

Upon consideration of the motion (the "Motion") of the Plan Trustee for entry of an order providing that the applicable notice period for the *Plan Trustee's Motion for an Order Pursuant to Section 107 of the Bankruptcy Code and Bankruptcy Rule 9018 Granting Authorization to File Certain Exhibits to the Supplemental Declaration of Eileen Wanerka in Support of Debtors' Twenty-Fifth and Thirty-First Omnibus Objections to Claims Under Seal* (the "Seal Motion")[2] be shortened pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and the Court having determined that granting the relief requested by the Motion

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms included but not defined herein shall have the meaning ascribed to such terms in the Seal Motion.

is in the best interest of the Debtors, their estates and Claimants; and it appearing that due and adequate notice of this Motion and the Seal Motion has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that a hearing on the Seal Motion will be held on May 11, 2011 at 9:00 a.m. (ET) prior to the start of the hearing in connection with the Objections; and it is further

ORDERED that any responses to the Seal Motion must be made at such hearing; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       May ___, 2011

_____
Christopher S. Sontchi
United States Bankruptcy Judge