## **EXHIBIT A**

# EXHIBIT A

| Name of Applicant | Docket No. of Final Fee Application and Date Filed | Aggregate Amount of Fees Approved on a Final Basis ($) | Aggregate Amount of Expenses Approved on a Final Basis ($) |
|---|---|---|---|
| Law Offices of Alan Weinreb, PLLC, Foreclosure Professional for the Debtors | 9700, 1/26/11 | 305,712.21 | 560,198.39 |
| Robert J. Hopp & Associates, LLC, Foreclosure Professional for the Debtors | 9704, 1/27/11 | 50,653.25 | 173,653.64 |
| Codilis & Associates, P.C., Foreclosure Professional for the Debtors | 9719, 1/28/11 | 584,993.00 | 666,758.93 |
| Samuel I. White, P.C., Foreclosure Professional for the Debtors | 9724, 1/31/11 | 251,735.00 | 614,021.60 |
| Northwest Trustee Services, Inc., Foreclosure Professional for the Debtors | 9736, 1/31/11 | 869,023.50 | 2,126,346.49 |
| Law Office of Daniel C. Consuegra, Foreclosure Professional for the Debtors | 9740, 1/31/11 | 654,025.00 | 657,615.63 |