IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br>a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 7316, 9703,<br>9705, 9730, 9731, 9800, 9723 |

### ORDER APPROVING FINAL FEE REQUESTS REGARDING
### FULLY PAID FORECLOSURE PROFESSIONALS

Upon consideration of the final fee applications (collectively, the "Final Fee Applications") of certain of the foreclosures professionals retained in the above-captioned chapter 11 case (collectively, the "Foreclosure Professionals"), a list of which is attached hereto as Exhibit A, for allowance of compensation and reimbursement of expenses on a final basis; and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the applicable Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and that the notices of the Final Fee Applications were appropriate; and after due deliberation and sufficient good cause appearing therefor; it is hereby

ORDERED, that the Final Fee Applications are hereby APPROVED in the amounts set forth in Exhibit A; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

ORDERED, that the Foreclosure Professionals are granted final allowance of compensation and reimbursement in the amounts set forth on <u>Exhibit A</u>; and it is further

ORDERED, that the Foreclosure Professionals shall be deemed paid in full for their post-petition services to the Debtors; accordingly, the Plan Trustee shall not remit further payments to the Foreclosure Professionals on account of the amounts set forth in the Final Fee Applications; and it is further

ORDERED, that this order shall be deemed a separate order for each Foreclosure Professional and the appeal of any order with respect to any Foreclosure Professional shall have no effect on the authorized fees and expenses of the other Foreclosure Professionals; and it is further

ORDERED, that all setoff, recoupment, reimbursement, repayment and other rights of the Plan Trustee with respect to any Foreclosure Professional fees and expenses either previously paid or to be paid by the Debtors or the Plan Trust are fully reserved against any third party, including without limitation American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition, Inc.), securitization trusts, and securitization trustees.

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and/or enforcement of this Order.

Dated: May 6, 2011
Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge