**EXHIBIT A**

# **EXHIBIT A**

| Name of Applicant | Docket No. of Final Fee Application and Date Filed | Aggregate Amount of Fees Approved on a Final Basis ($) | Aggregate Amount of Expenses Approved on a Final Basis ($) |
|---|---|---|---|
| Adorno & Yoss LLP, Foreclosure Professional for the Debtors | 7316, 4/24/09 | 939,962.00 | 1,029,391.46 |
| Zeichner Ellman & Krause LLP, Foreclosure Professional for the Debtors | 9703, 1/27/11 | 157,554.00 | 0.00 |
| Cohn, Goldberg & Deutsch, LLC, Foreclosure Professional for the Debtors | 9705, 1/27/11 | 276,775.00 | 431,552.46 |
| Pendergast & Jones, P.C., Foreclosure Professional for the Debtors | 9730, 1/31/11 | 24,360.00 | 53,185.54 |
| Weltman, Weinberg & Reis Co. LPA, Foreclosure Professional for the Debtors | 9731, 1/31/11, as amended by 9800, 2/24/11 | 479,998.75 | 657,848.97 |
| TD Service Co., Foreclosure Professional for the Debtors | 9723, 1/31/11 | 2,091,557.89 | 1,870,106.47 |