IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br>a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>Docket Ref. Nos. 8016, 8106,<br>9671, 9696, 9699, 9701, 9715,<br>9716, 9718, 9720, 9725, 9726,<br>9728, 9733, 9734, 9735, 9739,<br>9764, 9779 |

**OMNIBUS ORDER APPROVING FINAL APPLICATIONS OF DEBTORS'
AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RETAINED
PROFESSIONALS FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD BETWEEN AUGUST 6, 2007 THROUGH
AND INCLUDING NOVEMBER 30, 2010**

Upon consideration of the final fee applications (collectively, the "Final Applications") of various professionals retained in the above-captioned chapter 11 cases (collectively, the "Professionals"), a list of which is attached hereto as Exhibit A, for allowance of compensation and reimbursement of expenses on a final basis; and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and that the notices of the Final Applications were appropriate; and after consideration of the recommendations of the fee examiner appointed in these cases

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

pursuant to the *Order Appointing Fee Examiner and Establishing Procedures for the Review of Professional Claims* [D.I. 7218] and due deliberation and sufficient good cause appearing therefor; it is hereby

ORDERED, that the Final Applications are hereby APPROVED in the amounts set forth on Exhibit A; and it is further

ORDERED, that the Professionals are granted final allowance of compensation and reimbursement of expenses in the amounts set forth on Exhibit A; and it is further

ORDERED, that the Plan Trustee is authorized and directed to remit payment to the Professionals in the amounts set forth on Exhibit A, less all amounts previously paid on account of such fees and expenses; and it is further

ORDERED, that this order shall be deemed a separate order for each Professional and the appeal of any order with respect to any Professional shall have no effect on the authorized fees and expenses of the other Professionals; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and/or enforcement of this Order.

Dated: May 6, 2011
Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge