# EXHIBIT A

**EXHIBIT A**

# EXHIBIT A

| Name of Applicant | Docket No. of Final Fee Application and Date Filed | Aggregate Amount of Fees Approved on a Final Basis ($) | Aggregate Amount of Expenses Approved on a Final Basis ($) |
|---|---|---|---|
| Bifferato LLC, Special Conflicts Counsel to the Committee of Unsecured Creditors | 8016/8106 | 18,933.00 | 14,225.38 |
| Quinn Emanuel Urquhart & Sullivan, LLP (f\k\a Quinn Emanuel Urquhart Oliver & Hedges LLP), Special Counsel for the Debtors[2] | 9671, 1/14/11 | 3,198,491.75 | 192,546.48 |
| BDO USA, LLP Tax Advisor to the Debtors | 9696, 1/25/11 | 125,000.00 | 930.96 |
| Allen & Overy, LLP, Special Counsel for the Debtors | 9699, 1/25/11 | 3,364,401.25 | 3,351,536.95 |
| Traxi LLC, Ordinary Course Professional for the Debtors[3] | 9701, 1/27/11 | 289,051.31 | 18,748.19 |
| Weiner Brodsky Sidman Kider PC, Ordinary Course Professional for the Debtors | 9715, 1/28/11 | 715,205.00 | 62,807.73 |
| PricewaterhouseCoopers, Tax Advisor for the Debtors | 9716, 1/28/11 | 383,060.50 | 371.62 |
| Phoenix Capital, Inc. Investment Banker for the Debtors | 9718, 1/28/11 | 400,000.00 | 12,569.56 |
| Young Conaway Stargatt & Taylor, LLP, Counsel for the Debtors[4] | 9720, 1/28/11 | 19,804,693.50 | 1,966,669.74 |
| Hahn & Hessen LLP, Counsel to the Committee of Unsecured Creditors[5] | 9725, 1/31/11 | 7,873,102.00 | 216,192.29 |

---

[2] Quinn Emanuel and Fee Examiner agreed to a reduction of $62,000.00 in fees from $3,260,491.75 to $3,198,491.75.

[3] Prior to the filing of the final fee application, Traxi, LLC and Fee Examiner agreed to a reduction of $10,342.50 in fees and $506.91 in expenses, which were reflected in the final fee application. Thereafter, Traxi, LLC and Fee Examiner agreed to a further reduction of $252.19 in fees from $289,303.50 to $289,051.31.

[4] YCST and Fee Examiner agreed to a cumulative aggregate reduction of $75,000.00 in fees from $19,879,693.50 to $19,804,693.50. In its final fee application, YCST miscalculated the amount of final expenses as $1,966,309.74, the correct amount is $1,966,669.74, as approved by Fee Examiner.

[5] Hahn & Hessen, LLP and Fee Examiner agreed to a cumulative aggregate reduction of $51,500.00 in fees from $7,924,602.00 to $7,873,102.00.

| | | | |
|---|---|---|---|
| BDO Capital Advisors, f/k/a Trenwith Securities, LLC, Investment Banking Advisor to the Committee of Unsecured Creditors | 9726, 1/31/11 | 18,070.00 | 474.94 |
| Cadwalader, Wickersham & Taft LLP, Special Counsel to the Debtors[6] | 9728, 1/31/11 | 7,999,809.00 | 1,354,756.48 |
| Ferry, Joseph & Pearce, P.A., Special Conflicts Counsel | 9733, 1/31/11 | 51,589.30 | 9,033.71 |
| Blank Rome LLP, Counsel to the Committee of Unsecured Creditors | 9734, 1/31/11 | 1,023,410.00 | 136,731.85 |
| BDO Seidman, LLP, Financial Advisor to the Committee of Unsecured Creditors | 9735, 1/31/11 | 4,054,237.75 | 48,462.79 |
| Receivable Management Services Corp., Collection Agent for the Committee of Unsecured Creditors | 9739, 1/31/11 | 531,620.87 | 0.00 |
| Milestone Advisors LLC, Financial Advisor for the Debtors | 9764, 2/4/11 | 4,067,741.94 | 198,122.40 |
| Kilpatrick Townsend Stockton LLP (formerly Muldoon Murphy & Aguggia LLP), Ordinary Course Professional for the Debtors | 9779, 2/9/11 | 60,511.25 | 386.55 |

---

[6] Prior to the filing of its final fee application, Cadwalader, Wickersham & Taft LLP agreed to discount its fees and expenses in an amount equal to $1,766,488.00, which discounts were reflected in the amounts set forth in its final fee application.