## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x

In re:                          :    Chapter 11

                                  :

AMERICAN HOME MORTGAGE HOLDINGS, INC., :   Case No. 07-11047 (CSS)

a Delaware corporation, et al.,[1]          :

                                  :    Jointly Administered

     Debtors.                      :    **Ref. Docket No.: 9933**

------------------------------------------------------------------- x

### CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER WITH RESPECT TO PLAN TRUST'S SEVENTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1.      On April 11, 2011, through the undersigned counsel to the Plan Trustee, the Plan Trustee filed the Plan Trust's Seventy-Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 9933] (the "Objection"). By the Objection, the Plan Trustee sought, *inter alia*, to disallow: (i) proof of claim numbered 9206 (the "Citigroup Claim") filed by Citigroup Global Markets Inc. ("Citigroup"); (ii) proofs of claim numbered 9440 and 10447 (the

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

"Countrywide Bank Claims") filed by Countrywide Bank, F.S.B. ("Countrywide Bank"); (iii) proofs of claim numbered 10477 and 10850 (the "Countrywide Home Loans Claims") filed by Countrywide Home Loans, Inc. ("Countrywide Home Loans"); (iv) proofs of claim numbered 9183 – 9189, 9950 and 9972 (the "Deutsche Bank National Trust Claims") filed by Deutsche Bank National Trust Company; and (v) proof of claim numbered 10787 (the "UBS Claim") filed by UBS Securities LLC ("UBS Securities"), on the grounds that the EPD/Breach Claim Questionnaires submitted by these claimants and/or the documentation attached to these claims was insufficient to allow the Plan Trustee to the assess the validity and amounts of these claims.

2.      In addition, by the Objection the Plan Trustee sought, *inter alia*, to disallow (i) proofs of claim numbered 9054, 9056, 10453 and 10454 (the "DB Structured Claims") filed by DB Structured Products, Inc. ("DB Structured Products"), and (ii) proofs of claim numbered 9057 and 9058 (the "Deutsche Bank AG Claims") filed by Deutsche Bank AG, on the grounds that these claims had been amended and superseded by subsequently filed claims.

3.      Following the filing of the Objection, counsel for Citigroup, Countrywide Bank, Countrywide Home Loans, Deutsche Bank National Trust Company and UBS Securities informally contacted the undersigned to discuss the matters raised in the Objection as it pertains to their claims.  As a result of those discussions, the undersigned counsel for the Plan Trustee reached separate agreements with these entities to adjourn the Objection with respect to the Citigroup Claim, the Countrywide Bank Claims, the Countrywide Home Loans Claims, the Deutsche Bank National Trust Claims and the UBS Claim to permit additional time in which the parties may reach a consensual resolution of the Objection as it pertains to these claims.

4.      In addition, counsel for DB Structured Products and Deutsche Bank AG informally contacted the undersigned for the purposes of reaching an agreement with respect to the inclusion of certain language in the proposed order to the Objection, which provides

2

clarification to the relief sought by the Objection as it pertains to the DB Structured Claims, the

Deutsche Bank AG Claims and the subsequently filed claims that amend these claims.  A revised

proposed form of order (the "Revised Proposed Order") reflecting (i) the adjournment of the

Objection with respect to Citigroup Claim, the Countrywide Bank Claims, the Countrywide

Home Loans Claims, the Deutsche Bank National Trust Claims and the UBS Claim, and (ii) the

inclusion of language requested by DB Structured Products and Deutsche Bank AG is attached

hereto as Exhibit 1.

     5.     Responses to the Objection were to be filed and served no later than May

4, 2011 at 4:00 p.m. (ET).  The undersigned hereby certifies that, as of the date hereof, no other

comment, answer, objection or other responsive pleading to the Objection has been received.

The undersigned further certifies that the Court's docket has been reviewed in this case and no

answer, objection or other responsive pleading to the Objection appears thereon.

*[Remainder of page intentionally left blank]*

YCST01: 11042349.1

066585.1001

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that

the Court enter the Revised Proposed Order at its earliest convenience.

Dated: May 6, 2011
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP


*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

YCST01: 11042349.1                                               066585.1001

# EXHIBIT 1

**Revised Proposed Order**

066585.1001

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x

In re:                                              :    Chapter 11

                                                    :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :    Case No. 07-11047 (CSS)

a Delaware corporation, et al.,[1]                  :

                                                    :    Jointly Administered

Debtors.                                            :    **Ref. Docket No. 9933**

---------------------------------------------------------------------- x

## REVISED ORDER SUSTAINING IN PART PLAN TRUST'S SEVENTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the seventy-sixth omnibus (substantive) claims objection

(the "Objection"), by which the Plan Trustee respectfully requests the entry of an order pursuant

to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and

3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1

of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court

for the District of Delaware (the "Local Rules") disallowing and expunging in full such Disputed

Claims [2] identified on Exhibits A, B, C, D, E and F attached hereto; and it appearing that the

Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; and that due and

adequate notice of the Objection having been given under the circumstances; and sufficient cause

appearing thereof; it is hereby

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]      All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Objection is adjourned with respect to: (i) proof of claim numbered 9206 filed by Citigroup Global Markets Inc.; (ii) proofs of claim numbered 9440 and 10477 filed by Countrywide Bank, F.S.B.; (iii) proofs of claim numbered 10477 and 10850 filed by Countrywide Home Loans, Inc.; (iv) proofs of claim numbered 9183 – 9189, 9950 and 9972 filed by Deutsche Bank National Trust Company and (v) proof of claim numbered 10787 filed by UBS Securities LLC; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A, B, C, D, E and F are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the disallowance of proofs of claim numbered 9054, 9056, 10453, and 10454 filed by DB Structured Products, Inc. and proofs of claim numbered 9057 and 9058 filed by Deutsche Bank AG, is without prejudice to the claims set forth therein, including but not limited to claims for reimbursement and indemnification, which shall be deemed entirely incorporated into proofs of claim numbered 10758 and 10759 filed by DB Structured Products, Inc. and proofs of claim numbered 10020 and 10021 filed by Deutsche Bank AG, respectively; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
     May ___, 2011

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

3

# EXHIBIT A

## Amended Claims

.

## Exhibit A
### Amended Claims

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| DB STRUCTURED PRODUCTS, INC<br>PETER PRINCIPATO, DIRECTOR<br>DEUTSCHE BANK SECURITIES INC<br>60 WALL STREET<br>NEW YORK, NY 10005 | 9054 | 1/11/08 | 07-11051 | Unspecified* | 10758 | 2/2/10 | 07-11051 | Unspecified* |
| DB STRUCTURED PRODUCTS, INC<br>PETER PRINCIPATO DIRECTOR<br>DEUTSCHE BANK SECURITIES INC<br>60 WALL STREET<br>NEW YORK, NY 10005 | 9056 | 1/11/08 | 07-11050 | Unspecified* | 10759 | 2/2/10 | 07-11050 | Unspecified* |
| DB STRUCTURED PRODUCTS, INC<br>STEVEN KESSLER, ESQ.<br>DEUTSCHE BANK AG NEW YORK<br>60 WALL STREET, 36TH FL<br>NEW YORK, NY 10005-2858 | 10453 | 8/15/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$142,498,546.38 (U)<br>$142,498,546.38 (T) | 10759 | 2/2/10 | 07-11050 | Unspecified* |
| DB STRUCTURED PRODUCTS, INC<br>STEVEN KESSLER, ESQ.<br>60 WALL STREET, 36TH F.<br>NEW YORK, NY 10005-2858 | 10454 | 8/15/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$142,498,546.38 (U)<br>$142,498,546.38 (T) | 10758 | 2/2/10 | 07-11051 | Unspecified* |
| DEUTSCHE BANK AG<br>PETER PRINCIPATO DIRECTOR<br>DEUTSCHE BANK SECURITIES INC<br>60 WALL STREET<br>NEW YORK, NY 10005 | 9057 | 1/11/08 | 07-11048 | Unspecified* | 10020 | 3/3/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$4,083,159.22 (U)<br>$4,083,159.22 (T) |
| DEUTSCHE BANK AG<br>STEVEN KESSLER, ESQ.<br>60 WALL STREET, 36TH FL<br>NEW YORK, NY 10005-2858 | 9058 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,897,707.00 (U)<br>$2,897,707.00 (T) | 10021 | 3/3/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$4,083,159.22 (U)<br>$4,083,159.22 (T) |
| UBS SECURITIES LLC<br>ATTN HUGH CORCORAN, MANAGING DIRECTOR<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | 8924 | 1/11/08 | 07-11048 | $15,039,395.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$15,039,395.00 (T) | 10787 | 6/24/10 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$11,675,819.31 (U)<br>$11,675,819.31 (T) |

|  | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| Totals: | 7 Claims | | | $15,039,395.00 (S)<br>- (A)<br>- (P)<br>$287,894,799.76 (U)<br>$302,934,194.76 (T) | | | | - (S)<br>- (A)<br>- (P)<br>$19,842,137.75 (U)<br>$19,842,137.75 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Equity Interest Claims**

# Exhibit B

## Equity Interest Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| | | | — Objectionable Claim — | | |
| BOETTCHER, JANET<br>2070 POINTE DRIVE<br>FLORISSANT, MO 63031 | 10839 | 1/3/11 | 07-11047 | Unspecified* | Pursuant to the documentation provided by the claimant, this "claim" was filed solely on account of equity interests held by such person in Debtor AHM Investment Corp. (Case No. 07-11046). The Plan Trustee objects to this Equity Interest Claim because it was filed by a shareholder based solely on ownership of stock in one of the Debtors. Accordingly, this Equity Interest Claim should be disallowed in full.<br><br>In the event that the Court determines that this Equity Interest Claim was filed on account of damages or a claim against the Debtors resulting from the shareholder's ownership of stock of Debtor AHM Investment Corp., this claim falls squarely into the category of Subordinated Claims [Classes 1D – 8D] (as such terms are defined in the Plan), which, pursuant to section 510(b) of the Bankruptcy Code and the terms of Plan Article IV.K, is subordinated in right of payment to other claims. As such, if applicable, the Plan Trustee alternatively requests that the Court enter an order finding that this claim is a Subordinated Claim under the Plan and is therefore subordinated in right of payment to other claims against the Debtors as provided for in the Plan. |

—— Objectionable Claim ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| FALLS, ALBERT H.<br>233 BELMORROW DRIVE<br>CHARLOTTE, NC 28214 | 10837 | 1/3/11 | 07-11048 | $37,057.27 (S)<br>- (A)<br>- (P)<br>- (U)<br>$37,057.27 (T) | Pursuant to the documentation provided by the claimant, this "claim" was filed solely on account of equity interests held by such person in Debtor AHM Investment Corp., (Case No. 07-11048). The Plan Trustee objects to this Equity Interest Claim because it was filed by a shareholder based solely on ownership of stock in one of the Debtors. Accordingly, this Equity Interest Claim should be disallowed in full.<br><br>In the event that the Court determines that this Equity Interest Claim was filed on account of damages or a claim against the Debtors resulting from the shareholder's ownership of stock of Debtor AHM Investment Corp., this claim falls squarely into the category of Subordinated Claims [Classes 1D - 8D] (as such terms are defined in the Plan), which, pursuant to section 510(b) of the Bankruptcy Code and the terms of Plan Article IV.K, is subordinated in right of payment to other claims. As such, if applicable, the Plan Trustee alternatively requests that the Court enter an order finding that this claim is a Subordinated Claim under the Plan and is therefore subordinated in right of payment to other claims against the Debtors as provided for in the Plan. |
| FALLS, KAYE G.<br>233 BELMORROW DRIVE<br>CHARLOTTE, NC 28214 | 10838 | 1/3/11 | 07-11048 | $30,978.81 (S)<br>- (A)<br>- (P)<br>- (U)<br>$30,978.81 (T) | Pursuant to the documentation provided by the claimant, this "claim" was filed solely on account of equity interests held by such person in Debtor AHM Investment Corp., (Case No. 07-11048). The Plan Trustee objects to this Equity Interest Claim because it was filed by a shareholder based solely on ownership of stock in one of the Debtors. Accordingly, this Equity Interest Claim should be disallowed in full.<br><br>In the event that the Court determines that this Equity Interest Claim was filed on account of damages or a claim against the Debtors resulting from the shareholder's ownership of stock of Debtor AHM Investment Corp., this claim falls squarely into the category of Subordinated Claims [Classes 1D - 8D] (as such terms are defined in the Plan), which, pursuant to section 510(b) of the Bankruptcy Code and the terms of Plan Article IV.K, is subordinated in right of payment to other claims. As such, if applicable, the Plan Trustee alternatively requests that the Court enter an order finding that this claim is a Subordinated Claim under the Plan and is therefore subordinated in right of payment to other claims against the Debtors as provided for in the Plan. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| GRABFELDER, ROBERT G SR & ROBERT G GRABFELDER JR JTWROS GREEN ROCK CORRECTIONAL CENTER PO BOX 1000 CHATHAM, VA 24531 | 2771 | 11/19/07 | No Case | Unspecified* | Pursuant to the documentation provided by the claimant, this "claim" was filed solely on account of equity interests held by such person in Debtor AHM Investment Corp. (Case No. 07-11048). The Plan Trustee objects to this Equity Interest Claim because it was filed by a shareholder based solely on ownership of stock in one of the Debtors. Accordingly, this Equity Interest Claim should be disallowed in full.

In the event that the Court determines that this Equity Interest Claim was filed on account of damages or a claim against the Debtors resulting from the shareholder's ownership of stock of Debtor AHM Investment Corp., this claim falls squarely into the category of Subordinated Claims [Classes 1D - 8D] (as such terms are defined in the Plan), which, pursuant to section 510(b) of the Bankruptcy Code and the terms of Plan Article IV.K, is subordinated in right of payment to other claims. As such, if applicable, the Plan Trustee alternatively requests that the Court enter an order finding that this claim is a Subordinated Claim under the Plan and is therefore subordinated in right of payment to other claims against the Debtors as provided for in the Plan. |

**Totals:** 4 Claims

$68,036.08 (S)
- (A)
- (P)
- (U)
$68,036.08 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Insufficient Documentation Claims**

# Exhibit C

## Insufficient Documentation Claims

| Name/Address of Claimant | Objectionable Claim | | | | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| MUSKINGUM COUNTY - TAX OFC<br>ATTN RONALD G. LAASMAR, ASST. PROS. ATTY<br>401 MAIN ST.,<br>ZANESVILLE, OH 43701 | 4792 | 12/7/07 | 07-11051 | Unspecified* | The documentation attached to the proof of claim form is insufficient to allow the Plan Trustee to assess the validity and amount of this claim. |
| TENNESSEE DEPARTMENT OF REVENUE<br>ATTN WILBUR E HOOKS<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | 10598 | 12/19/08 | 07-11049 | Unspecified* | The documentation attached to the proof of claim form is insufficient to allow the Plan Trustee to assess the validity and amount of this claim. |
| Totals: | 2 Claims | | | Unspecified* | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Late Filed Claims**

# Exhibit D

## Late Filed Claim

| | | | Objectionable Claim | | |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
| CITY OF CHATTANOOGA 101 EAST 11TH ST., STE. 100 CHATTANOOGA, TN 37402 | 10900 | 2/14/11 | 07-11047 | -(S) -(A) $361.83 (P) -(U) $361.83 (T) | 1/11/2008 |
| **Totals:** | 1 Claim | | | -(S) -(A) $361.83 (P) -(U) $361.83 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims (or dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

**No Supporting Documentation Claims**

# Exhibit E

## No Documentation Claims

| | | Objectionable Claim | | | |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | 1939 | 11/5/07 | 07-11047 | Unspecified* | No documentation provided. Plan Trustee unable to assess basis or validity of claim. |
| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | 1940 | 11/5/07 | 07-11047 | Unspecified* | No documentation provided. Plan Trustee unable to assess basis or validity of claim. |
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | 10234 | 4/11/08 | 07-11049 | Unspecified* | No documentation provided. Plan Trustee unable to assess basis or validity of claim. |
| TENNESSEE DEPARTMENT OF REVENUE<br>ATTN WILBUR E HOOKS<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | 10597 | 12/19/08 | 07-11049 | Unspecified* | No documentation provided. Plan Trustee unable to assess basis or validity of claim. |
| **Totals:** | **4 Claims** | | | **Unspecified*** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

**Satisfied Claims**

## Exhibit F
### Satisfied Claim

| Name/Address of Claimant | | Objectionable Claim | | | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| CITY OF FLINT<br>DOUGLAS S. PHILPOTT<br>503 S. SAGINAW STREET, STE. 1415<br>FLINT, MI 48502 | 9887 | 2/4/08 | 07-11050 | $353.91 (S)<br>- (A)<br>- (P)<br>- (U)<br>$353.91 (T) | Claim was reduced by Order (Docket 7234) to reflect the outstanding 2007 real estate taxes for the claimed parcels. The taxes have since been paid during the normal course of business. The Plan Trustee's agents have verified on the claimant's website that the taxes are current and there are no outstanding taxes owed to this claimant. |
| SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN WILLIAM KWONG, DEPUTY<br>BANKRUPTCY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA 95814 | 1759 | 10/22/07 | 07-11051 | $8,921.81 (S)<br>- (A)<br>- (P)<br>$13.81 (U)<br>$8,935.62 (T) | Claim was reduced by Order (Docket 7234) to reflect the outstanding 2007 real estate taxes for the two parcels and the outstanding personal property taxes for a parcel. The remaining taxes have since been paid during the normal course of business. The Plan Trustee's agents have verified on the claimant's website that the real estate taxes for parcel 075-0162-017-0000 were paid on 2/25/09 and the real estate taxes for parcel 225-2010-041-0000 were paid on 6/26/09. The Plan Trustee's agents also verified through the claimant's automated phone system that the personal property taxes have been paid for parcel 014-0021-005-0000. Accordingly, there are no amounts currently owed to this claimant. |
| ST. LOUIS COUNTY COLLECTOR OF REVENUE<br>ATTN RICHARD ROBISON MANAGER REV SERV<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | 1114 | 9/18/07 | 07-11050 | $1,017.82 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,017.82 (T) | Claim relates to 2007 real estate taxes for parcel 10F230071. The Plan Trustee's agents have verified on claimant's website that the taxes were paid on 5/26/2009. |
| Totals: | 3 Claims | | | $10,293.54 (S)<br>- (A)<br>- (P)<br>$13.81 (U)<br>$10,307.35 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.