IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x    Chapter 11

In re:                                                                          :

                                                                               :    Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE HOLDINGS, INC.,                  :

a Delaware corporation, et al.,[1]                                :    Jointly Administered

                                                                               :

    Debtors.                                                         :

------------------------------------------------------------------ x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MAY 11, 2011 AT 9:00 A.M.

### ADJOURNED/RESOLVED MATTERS

1.    Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

    Response Deadline:    June 4, 2008 at 4:00 p.m.

    Related Documents:

        a)        Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

    Responses Filed:      See Exhibit A, attached

    Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned.

2.    Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

    Response Deadline:    June 4, 2008 at 4:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

Related Documents:

    a)    Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:    See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned

3.    Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m., extended to March 2, 2011 for certain parties

Related Documents:

    a)    Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

    b)    Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5463, 8/18/08]

    c)    Re-Notice of Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9768, 2/7/11]

Responses Filed:    See Exhibit C, attached

Status: Orders have been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned.

4.    Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:    September 8, 2008 at 4:00 p.m.

Related Documents:

    a)    Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code,

2

    

Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1   [D.I. 6217, 10/10/08]

b)   Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

c)   (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:      Please see Exhibit D, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit D, this matter will be adjourned.

5.   Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:     September 25, 2008 at 4:00 p.m.

Related Document:

a)   Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

b)   Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:  See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned.

3

6.    Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

Objection Deadline:    December 7, 2009 at 4:00 p.m.

Objections Filed:    None

Status: This matter will be adjourned.

7.    Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline:    December 3, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6703, 12/10/08]

Responses Filed:    See Exhibit F, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned.

8.    Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6825, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 7022, 2/17/09]

Responses Filed:    See Exhibit H, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit H, this matter will be adjourned.

YCST01:10935173.2

066585.1001

9.     Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

      a)      Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

Responses Filed:    See Exhibit I, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit I, this matter will be adjourned.

10.    Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7280, 4/15/09]

Response Deadline:    May 8, 2009 at 4:00 p.m.

Related Documents:

      a)      Order Sustaining Debtors' Thirty-Third Omnibus Substantive) Objection to Claims [D.I. 7399, 5/15/09]

      b)      Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:    See Exhibit K, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned.

11.    Debtors' Thirty-Fifth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7347, 5/6/09]

Response Deadline:    May 29, 2009 at 4:00 p.m.

YCST01:10935173.2                                                                                    066585.1001

Related Documents:

    a)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:    See Exhibit L, attached

Status: Orders have been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit L, this matter will be adjourned.

12.    Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8174, 10/13/09]

Response Deadline:    November 6, 2009 at 4:00 p.m., extended to March 30, 2011 for certain parties

Related Documents:

    a)    Order Sustaining Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8299, 11/13/09]

    b)    Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 9816, 3/7/11]

    c)    Revised Order Sustaining in Part Debtors' Forty-Fourth (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 9821, 3/9/11]

    d)    Order Sustaining in Part Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 9816, 3/7/11] [D.I. 9861, 3/17/11]]

Responses Received:  See Exhibit M, attached

Status: Orders have been entered that partially sustain the Objection.  This matter is adjourned with respect to the items listed in Exhibit M.

    

13. Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8939, 6/18/10]

Response Deadline:    July 12, 2010 at 4:00 p.m., extended to August 9, 2010 for Assured Guaranty Corp.

Related Document:

　　a)    Order Sustaining in Part Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 9028, 7/19/10]

Responses Filed:    See Exhibit N

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit N, this matter will be adjourned.

14. Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9176, 8/24/10]

Response Deadline:    September 16, 2010 at 4:00 p.m.

Related Document:

　　a)    Order Sustaining in Part Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007 [D.I. 9254, 9/23/10]

Responses Filed:    See Exhibit O

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit O, this matter will be adjourned.

15. Debtors' Sixty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 2007-1 [D.I. 9453, 11/15/10]

Response Deadline:    December 8, 2010 at 4:00 p.m.

Related Document:

YCST01:10935173.2    066585.1001

a)    Revised Order Sustaining Debtors' Sixty-Sixth Omnibus (Non-Substantive) Objection to Claims [D.I. 9552, 12/13/10]

Responses Filed: See Exhibit P, attached

Status: An Order has been entered which partially sustains this matter. This matter is adjourned with respect to the response of DB Structured as listed on Exhibit P.

16.   Debtors' Sixty-Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 2007-1 [D.I. 9454, 11/15/10]

Response Deadline:   December 8, 2010 at 4:00 p.m.

Related Document:

a)    Revised Order Sustaining Debtors' Sixty-Seventh Omnibus (Substantive) Objection to Claims [D.I. 9551, 12/13/10]

Responses Filed: See Exhibit Q, attached

Status: An Order has been entered which partially sustains this matter. This matter is adjourned with respect to the response of Banc of America Leasing as listed on Exhibit Q.

17.   Paul M. Deck's Request for Payment of Administrative Claim Seeking Administrative Claim of Thirty-Four Hundred Dollars ($3400.00) [D.I. 9608, 12/30/10]

Objection Deadline:   April 5, 2011 at 4:00 p.m., extended to July 4, 2011 at 4:00 p.m.

Objections Filed:    None to date

Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET).

18.   Bernailllo County's Motion for Administrative Claim [D.I. 9618, 1/3/11]

Objection Deadline:   April 5, 2011 at 4:00 p.m., extended to July 4, 2011 at 4:00 p.m.

Responses Filed:    None to date

Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET).

8

19.    Banc of America Leasing & Capital, LLC's Request for Allowance and Payment of
       Administrative Expense Claim [D.I. 9619, 1/4/11]

       Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00
                              p.m. (ET)

       Objections Filed:      None to date

       Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET)

20.    The United States' Amended Request for Payment of Chapter 11 Administrative
       Expenses [D.I. 9624, 1/4/11]

       Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00
                              p.m. (ET)

       Objections Filed:      None to date

       Status: The matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET)

21.    Application of Countrywide Bank, N.A. and Countrywide Home Loans, Inc. for
       Allowance of Administrative Expenses [D.I. 9625, 1/5/11]

       Objection Deadline:    April 29, 2011 at 4:00 p.m. (ET), extended to July 5, 2011 at 4:00
                              p.m. (ET)

       Objections Filed:      None to date

       Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET).

22.    Request by City of Hartford, Connecticut for Payment of Administrative Expense [D.I.
       9626, 1/4/11]

       Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00
                              p.m. (ET)

       Objections Filed:      None to date

       Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET).

23.    Lewisville Independent School District's Request for Payment of Administrative
       Expense [D.I. 9630, 1/4/11]

       Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00
                              p.m. (ET)

YCST01:10935173.2                                                                  066585.1001

Objections Filed:      None to date

Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET).

24.    Iron Mountain Information Management, Inc.'s Request for Allowance and Payment of Administrative Expenses (Hardcopy) [D.I. 9636, 1/5/11]

   Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00 p.m. (ET)

   Objections Filed:      None to date

   Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET).

25.    Iron Mountain Information Management, Inc.'s Request for Allowance and Payment of Administrative Expenses (Data) [D.I. 9637, 1/5/11]

   Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00 p.m. (ET)

   Objections Filed:      None to date

   Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET).

26.    Application of Normal Loftis for Allowance and Payment of Administrative Expense Claim Pursuant to Section 503(b) of the Bankrupty Code [D.I. 9638, 1/5/11]

   Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00 p.m. (ET)

   Objections Filed:      None to date

   Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET).

27.    Oracle America, Inc.'s Request for Allowance and Payment of Chapter 11 Administrative Expense [D.I. 9639, 1/5/11]

   Objection Deadline:    February 3, 2011 at 4:00 p.m., extended to March 3, 2011 for the Plan Trust

   Objections Filed:      None

   Status: This matter is settled in principle subject to documentation.

28.     Request of American Home Mortgage Servicing, Inc., formerly known as AH Mortgage
        Acquisition Co., Inc. for Allowance and Payment of an Administrative Expense Claim
        [D.I. 9640, 1/5/11]

        Objection Deadline:   April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00
                              p.m. (ET)

        Objections Filed:     None to date

        Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET).

29.     Debtors' Seventy-First Omnibus (Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 9661, 1/11/11]

        Response Deadline: February 3, 2011 at 4:00 p.m. (ET)

        Related Document:

                a)      Order (Revised) Sustaining in Part Debtors' Seventy-First Omnibus
                        (Substantive) Objection to Claims [D.I. 9778, 2/9/11]

        Responses Filed:      See Exhibit R

        Status: This matter will be adjourned with respect to the informal response from the U.S.
                Department of Labor.  An Order has been entered resolving the remainder of this
                matter.

30.     Protective Claim of Fred R. Hodoval, Rollover IRA, Pershing LLC, Custodian,
        Recognized Claim Number 1223571 [D.I. 9662, 1/10/11]

        Objection Deadline:   Extended to July 4, 2011 at 4:00 p.m. (ET)

        Objections Filed:     None to date

        Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET)

31.     Hussain Kareem's Motion for Entry of Administrative Claim with Brief in Support [D.I.
        9692, 1/20/11]

        Objection Deadline:   March 2, 2011 at 4:00 p.m. (ET) extended to July 4, 2011 at 4:00
                              p.m. (ET)

        Objections Filed:     None to date

        Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET)

32.    Plan Trust's Seventy-Third Omnibus (Substantive) Objection to Claims Pursuant to
       Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
       Rule 3007-1 [D.I. 9771, 2/7/11]

       Response Deadline:    March 2, 2011 at 4:00 p.m.

       Related Document:

              a)      Order Sustaining in Part Plan Trust's Seventy-Third Omnibus
                      (Substantive) Objection to Claims Pursuant to Section 502(b) of the
                      Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule
                      3007-1 [D.I. 9822, 3/9/11]

       Responses Filed:      See Exhibit S, attached.

       Status: An Order has been entered which partially sustains the objection.  This matter has
              been adjourned with respect to the respond of J.P. Morgan Mortgage Acquisition
              Co. as listed on Exhibit S.

33.    Plan Trust's Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to
       Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
       Rule 3007-1 [D.I. 9817, 3/7/11]

       Response Deadline:    March 30, 2011 at 4:00 p.m. (ET)

       Related Document:

              a)      Order [D.I. 9913, 4/5/11]

       Responses Filed:      See Exhibit T, attached.

       Status: An order has been entered which partially sustains the Objection.  This matter is
              adjourned with respect to those items listed in Exhibit T.

34.    Plan Trust's Seventy-Fifth Omnibus (Substantive) Objection to Claims Pursuant to
       Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
       Rule 3007-1 [D.I. 9818, 2/7/11]

       Response Deadline:    March 30, 2011 at 4:00 p.m. (ET)

       Related Document:

              a)      Order [D.I. 9919, 4/6/11]

       Responses Filed:      See Exhibit U, attached.

12

Status: An order has been entered which partially sustains the Objection. This matter is adjourned with respect to those items listed in Exhibit U.

## UNCONTESTED WITH CERTIFICATE OF NO OBJECTION

35.    Amended Debtors' Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9932, 4/11/11]

Response Deadline:    May 4, 2011 at 4:00 p.m. (ET)

Related Documents:

a)    Certificate of No Objection [D.I. 9988, 5/6/11]

b)    Proposed Order

Responses Filed:    None

Status: A Certificate of No Objection has been filed. No hearing is required.

36.    Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9933, 4/11/11]

Response Deadline:    May 4, 2011 at 4:00 p.m. (ET), extended to June 3, 2011 at 4:00 p.m. (ET) for Deutsche Bank and CitiGroup

Related Document:

a)    Certification of Counsel [D.I. 9987, 5/6/11]

Responses Filed:    See Exhibit V.

Status: This matter will be adjourned with respect to those responses listed on Exhibit V. A Certification of Counsel has been filed resolving the remainder of this matter.

37.    Plan Trust's Seventy-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9934, 4/11/11]

Response Deadline:    May 4, 2011 at 4:00 p.m. (ET)

Related Documents:

a)    Certificate of No Objection [D.I. 9989, 5/6/11]

YCST01:10935173.2                    066585.1001

      b)      Proposed Order

Responses Filed:    None

Status: A Certificate of No Objection has been filed.  No hearing is required.

## UNCONTESTED MATTER GOING FORWARD

38.    Plan Trustee's Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 Granting Authorizing to File Certain Exhibits to the Supplemental Declaration of Eileen Wanerka in Support of Debtors' Twenty-Fifth and Thirty-First Omnibus Objections to Claims Under Seal [D.I. 9978, 5/6/11]

Objection Deadline:   May 11, 2011 at 9:00 a.m. (ET)

Related Document:

      a)      Order Shortening the Time for Notice of the Hearing to Consider the Plan Trustee's Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 Granting Authorizing to File Certain Exhibits to the Supplemental Declaration of Eileen Wanerka in Support of Debtors' Twenty-Fifth and Thirty-First Omnibus Objections to Claims Under Seal [D.I. 9990, 5/9/11]

Objections Filed:    None as of the filing of this Agenda

Status: This matter will be going forward.

## CONTESTED MATTERS GOING FORWARD

39.    Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6610, 11/21/08]

Responses Deadline:  December 15, 2008 at 4:00 p.m.

Related Documents:

      a)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

                                    

b)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of
Debtors' Twenty-Fifth and Thirty-First Omnibus Objections to Claims
Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules
3003 and 3007, and Local Rule 3007-1 [D.I. 9977, 5/6/11]

Responses Filed:      See Exhibit G, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to
the remainder of the relief requested and the remaining responses set forth on
Exhibit G, the parties have reached an agreement in principle with respect to the
Objection to the claims listed on Exhibit G and anticipate submitting an executed
stipulation at or prior to the hearing.

40.    Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section
502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
1 [D.I. 7084, 3/6/09]

Response Deadline:    March 30, 2009 at 4:00 p.m.

Related Documents:

a)      Supplemental Declaration of  Eileen Wanerka in Support of Debtors'
Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-
Third Omnibus Objections to Claims Pursuant to Section 502(b) of the
Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule
3007-1 [D.I. 7629, 7/22/09]

b)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of
Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth,
Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to
Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

c)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of
Debtors' Twenty-Fifth and Thirty-First Omnibus Objections to Claims
Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules
3003 and 3007, and Local Rule 3007-1  [D.I. 9977, 5/6/11]

Responses Filed:      See Exhibit J, attached.

Status: Orders have been entered that partially sustain the Objection.  With respect to the
remainder of the relief requested and the remaining responses set forth on Exhibit
J, this matter will be going forward with respect to the claims of Douglas Huston
and David Michaud.

41.   Motion of Gil Quentin Alvarez for an Order to File an Additional Late Proof of Claim
      [D.I. 9899, 3/28/11]

      Objection Deadline:   May 4, 2011 at 4:00 p.m. (ET)

      Objections Filed:

            a)    Plan Trustee's Omnibus Objection to the Alvarez Pleadings [D.I. 9971,
                  5/4/11]

      Status: This matter will be going forward.

42.   Motion of Gil Quentin Alvarez for Sanctions Against Debtor American Home Mortgage
      [D.I. 9900, 3/28/11]

      Objection Deadline:   May 4, 2011 at 4:00 p.m. (ET)

      Objections Filed:

            a)    Plan Trustee's Omnibus Objection to the Alvarez Pleadings [D.I. 9971,
                  5/4/11]

      Status: This matter will be going forward.

43.   Motion of Delena LaMacchia for Allowance of Late Filing Administrative Expense
      Claim and of Delena Lamacchia for a Late Filing of Equitable Subordination of Wells
      Fargo's Claim [D.I. 9912, 4/4/11]

      Objection Deadline:   May 4, 2011 at 4:00 p.m. (ET)

      Objections Filed:

            a)    Plan Trustee's Objection to (I) Motion of Delena Lamacchia for
                  Allowance of Late Filing Administrative Expense Claim, and (II) Motion
                  of Delena Lamacchia for a Late Filing of Equitable Subordination of
                  Wells Fargo's Claim [D.I. 9970, 5/4/11]

      Status: This matter will be going forward.

44.   Motion of Gil Quentin Alvarez for Allowance of Administrative Expense Claim Pursuant
      to 11 U.S.C. 503 [D.I. 9914, 4/4/11]

      Objection Deadline:   May 4, 2011 at 4:00 p.m. (ET)

      Objections Filed:

a)    Plan Trustee's Omnibus Objection to the Alvarez Pleadings [D.I. 9971, 5/4/11]

Status: This matter will be going forward.

45.    Pre-Trial Conference – Gil Q. Alvarez v. American Home Mortgage, Michael Strauss and Wells Fargo, Adv. No. 11-51624

Related Documents:

a)    Complaint [D.I. 1, 3/28/11]

b)    Summons [D.I. 2, 3/28/11]

c)    Plan Trustee's Motion to Dismiss Adversary Proceeding Complaint as it Pertains to American Home Mortgage [D.I. 12, 4/27/11]

d)    Memorandum of Law in Support of the Plan Trustee's Motion to Dismiss Adversary Proceeding Complaint as it Pertains to American Home Mortgage [D.I. 13, 4/27/11]

e)    Declaration of Edward L. Schnitzer in Support of the Plan Trustee's Motion to Dismiss Adversary Proceeding Complaint as it Pertains to American Home Mortgage [D.I. 14, 4/27/11]

Status: This matter will be going forward.

46.    Hearing to Consider Final Fee Applications [D.I. 9866, 3/17/11]

Related Documents:

a)    See Schedule 1, attached

b)    Certification of Counsel with Respect to Order Approving Final Application of Hennigan Dorman, LLC (Formerly Hennigan, Bennett & Dorman, LLC) for Compensation and Reimbursement of Expenses for the Period Between March 3, 2008 Through and Including November 30, 2010 [D.I. 9980, 5/6/11]

c)    Reply to Plan Trustee Objection and in Support of Application of Zuckerman Spaeder LLP Relating to Substantial Contribution [D.I. 9982, 5/6/11]

d)    Order Approving Final Fee Requests Regarding Foreclosure Professionals with Outstanding Balances [D.I. 9983, 5/6/11]

17

e)      Order Approving Final Fee Requests Regarding Fully Paid Foreclosure Professionals [D.I. 9984, 5/6/11]

f)      Omnibus Order Approving Final Applications of Debtors' and the Official Committee of Unsecured Creditors' Retained Professionals for Compensation and Reimbursement of Expenses for the Period August 6, 2007 through and Including November 30, 2010 [D.I. 9986, 5/6/11]

Objections:    See Schedule 1, attached

Status: Orders have been entered resolving certain final fee applications.  This matter will be going forward with respect to the final fee applications of Gilbert LLP and Zuckerman Spaeder LLP, see Schedule 1, item numbers (3), (4) and (24)..

Dated: May 9, 2011
Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Patrick A. Jackson*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

### Exhibit A, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Assoc. | 4362, 6/4/08 | Adjourned |

### Exhibit B, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned |

### Exhibit C, Thirteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Countrywide | 5337, 8/8/08 | Adjourned |
|  | FGIC | 5351, 8/11/08 | Adjourned |
|  | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned |
|  | Deutsche Bank | 5356, 8/11/08 | Adjourned |
|  | FDIC, successor to Indymac | 5384 and 5385, 8/13/08 | Adjourned |
|  | AT&T Global Services |  | Adjourned |

### Exhibit D, Fifteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Shervonne Powell | 5814, 9/11/08 | Adjourned |
|  | John Johnston | 5818, 9/11/08 | Adjourned |
|  | Grailing Carter | 5947, 9/17/08 | Adjourned |
|  | Office Max |  | Adjourned |

### Exhibit E, Seventeenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned |

### Exhibit F, Twenty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Scott Jossart |  | Adjourned |

YCST01:10935173.2                                    066585.1001

### Exhibit G, Twenty-Fifth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| 1 | Riverside County Treasurer-Tax Collector | 8019, 9/8/09 and | Going forward |
| 2 | Riverside County Treasurer-Tax Collector | 8121-8130, 10/1/09 | Going forward |

### Exhibit H, Twenty-Eighth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | DB Structured Products, Inc. |  | Adjourned |

### Exhibit I, Twenty-Ninth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Credit Suisse |  | Adjourned |
|   | Sharaine Hughes |  | Adjourned |

### Exhibit J, Thirty-First Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | Norman Loftis | 7176, 3/30/09 | Adjourned |
| 1 | David Michaud | 7352, 5/8/09 | Going forward |
| 2 | Douglas Huston | 7353, 5/8/09 | Going forward |

### Exhibit K, Thirty-Third Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | State of Hawaii | 7341, 4/30/09 | Adjourned |

### Exhibit L, Thirty-Fifth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|   | EMC | 7466, 5/29/09 | Adjourned |

YCST01:10935173.2                                                                 066585.1001

## Exhibit M, Forty-Fourth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | U.S. Bank National Association | | Adjourned |
| | Bank of America, N.A. | | Adjourned |
| | CitiMortgage Inc. | | Adjourned |
| | Merrill Lynch Mortgage Lending | | Adjourned |
| | Aurora Loan Services LLC | | Adjourned |

## Exhibit N, Fifty-Ninth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Assured Guaranty Corp. | | Adjourned |

## Exhibit O, Sixty-Third Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | New York City Department of Finance | | Adjourned |

## Exhibit P, Sixty-Sixth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | DB Structured Products, Inc. | 9516, 11/15/10 | Adjourned |
| | Bank of New York | Informal | Resolved |

## Exhibit Q, Sixty-Seventh Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Banc of America Leasing & Capital, LLC | 9535, 12/7/10 | Adjourned |

## Exhibit R, Seventy-First Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | U.S. Department of Labor | | Adjourned |

YCST01:10935173.2                                                    066585.1001

## Exhibit S, Seventy-Third Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | J.P. Morgan Mortgage Acquisition Corp. | Informal | Adjourned |

## Exhibit T, Seventy-Forth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Placer County | | Adjourned |

## Exhibit U, Seventy-Fifth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Former Employees | | Adjourned |
| | Imperial County | | Adjourned |

## Exhibit V, Seventy-Sixth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | UBS Securities LLC POC No. 10787 | | Adjourned |
| | Countrywide Bank, F.S.B. | | Adjourned |
| | Countrywide Home Loans, Inc. | | Adjourned |
| | Citigroup Global Markets, Inc. | | Adjourned |
| | Deutsche Bank National Trust | | Adjourned |

YCST01:10935173.2                                                                 066585.1001

## SCHEDULE 1

1.  **Final Application of Adorno & Yoss LLP as Foreclosure Service Provider for the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred [D.I. 7316, 4/23/09]**

    a.  Fee Examiner Report [D.I. 9845, 3/16/11]

    b.  Plan Trustee's Response Regarding Certain Final Fee Applications [D.I. 9948, 4/19/11]

2.  **Application of Bifferato LLC as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for Allowance of (I) Interim Compensation for Services Rendered and Reimbursement of Expenses for the Period April 1, 2009 through September 4, 2009 and (II) Final Compensation for Services Rendered and Reimbursement of Expenses for the Retention of September 26, 2008 through September 4, 2009 [D.I. 8016, 9/4/09]**

    a.  Certificate of No Objection [D.I. 8103, 9/28/09]

    b.  Supplement to Application of Bifferato LLC as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for Allowance of (I) Interim Compensation for Services Rendered and Reimbursement of Expenses for the Period April 1, 2009 through September 4, 2009 and (II) Final Compensation for Services Rendered and Reimbursement of Expenses for the Retention of September 26, 2008 through September 4, 2009 [D.I. 8106, 9/29/09]

    c.  Fee Examiner Report [D.I. 9848, 3/16/11]

3.  **Second and Final Application of Gilbert LLP for Allowance of Fees and Reimbursement of Expenses as Co-Counsel to the Official Committee of Borrowers [D.I. 9332, 10/15/10]**

    a.  Joint Objection of the Debtors and the Committee to the Second Interim and Final Applications of the Official Committee of Borrowers' Legal Professionals for Payment of Fees and Expenses [D.I. 9426, 11/8/10]

    b.  Fee Examiner Report [D.I. 9969, 5/3/11]

4.  **Second Interim and Final Fee Application of Zuckerman Spaeder LLP for Approval and Allowance of Compensation and Reimbursement of Expenses [D.I. 9333, 10/15/10]**

    a.  Joint Objection of the Debtors and the Committee to the Second Interim and Final Applications of the Official Committee of Borrowers' Legal Professionals for Payment of Fees and Expenses [D.I. 9426, 11/8/10]

    b)  Fee Examiner Report [D.I. 9969, 5/3/11]

5.    **Thirty-Ninth and Fortieth Monthly Fee Application and Final Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP as Special Investigatory Litigation and Conflicts Counsel to the Debtors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses During the Period from August 10, 2007 through November 30, 2010 [D.I. 9671, 1/14/11]**

    a.    Certificate of No Objection [D.I. 9875, 3/21/11]

    b.    Fee Examiner's Report [D.I. 9962, 5/2/11]

6.    **Ninth and Final Monthly Application of Hennigan, Bennett & Dorman LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for the Interim Period October 1, 2010 through November 30, 2010 and the Final Period from March 3, 2008 through November 30, 2010 [D.I. 9684, 1/20/11]**

    a.    Seventh Monthly Application for the Period May 1, 2010 through July 31, 2010 [D.I. 9158, 8/20/10]

    b.    Certificate of No Objection [D.I. 9209, 9/13/10]

    c.    Eighth Monthly Application for the Period August 1, 2010 through September 30, 2010 [D.I. 9504, 11/24/10]

    d.    Certificate of No Objection [D.I. 9571, 12/17/10]

    e.    Fee Examiner Report [D.I. 9961, 5/2/11]

7.    **First and Final Fee Application of BDO USA, LLP for Compensation and Reimbursement of Expenses, as Tax Advisor to the Debtors and Debtors in Possession, for the Period from February 2, 2010 through November 30, 2010 [D.I. 9696, 1/25/11]**

    a.    Fee Examiner's Report [D.I. 9847, 3/16/11]

8.    **Final Application of Allen & Overy, LLP as Special Regulatory Counsel for the Debtors and Debtors in Possession for the Final Period September 7, 2007 through March 31, 2010 [D.I. 9699, 1/25/11]**

    a.    Fee Examiner's Report [D.I. 9830, 3/14/11]

9.    **Final Application of the Law Offices of Alan Weinreb PLLC as Counsel for the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Final Period August 6, 2007 through April 30, 2008 [D.I. 9700, 1/26/11]**

   a.    Fee Examiner's Report [D.I. 9841, 3/14/11]

   b.    Plan Trustee's Response Regarding Certain Final Fee Applications [D.I. 9948, 4/19/11]

10.    **Eighth Interim Monthly Application and Final Application of Traxi, LLC as Special Litigation Financial Advisor for the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period May 1, 2009 through May 31, 2010 and the Final Period of September 10, 2008 through May 31, 2010 [D.I. 9701, 1/26/11]**

   a.    Certificate of No Objection [D.I. 9877, 3/21/11]

   b.    Fee Examiner's Report [D.I. 9963, 5/2/11]

11.    **Final Application of Zeichner Ellman & Krause LLP as Ordinary Course Professional for the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Final Period December 1, 2007 through January 31, 2008 [D.I. 9703, 1/27/11]**

   a.    Fee Examiner's Report [D.I. 9843, 3/14/11]

   b.    Plan Trustee's Response Regarding Certain Final Fee Applications [D.I. 9948, 4/19/11]

12.    **Summary of Third Monthly and Final Fee Application of Robert J. Hopp & Associates, LLC for Allowance of Compensation and Reimbursement of Expenses for the Monthly Periods from August 6, 2007 to September 30, 2007, November 2007 and January 1, 2008 through April 10, 2008 and the Final Period from August 6, 2007 through April 10, 2008 [D.I. 9704, 1/27/11]**

   a.    Certificate of No Objection [D.I. 9878, 3/21/11]

   b.    Fee Examiner's Report [D.I. 9834, 3/14/11]

   c.    Plan Trustee's Response Regarding Certain Final Fee Applications [D.I. 9948, 4/19/11]

13.  **Final Application of Cohn, Goldberg & Deutsche, LLC for Allowance of Compensation and Reimbursement of Expenses for the Final Period from August 6, 2007 through April 11, 2008 [[D.I. 9705, 1/27/11]**

   a.  Fee Examiner's Report [9832, 3/14/11]

   b.  Plan Trustee's Response Regarding Certain Final Fee Applications [D.I. 9948, 4/19/11]

14.  **Final Application of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional to the Debtors for the Final Period August 6, 2007 through July 31, 2010 [D.I. 9715, 1/28/11]**

   a.  Fee Examiner's Report [D.I. 9840, 3/14/11]

15.  **Final Fee Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Advisors for the Debtors and Debtors in Possession for the Period February 12, 2008 through November 30, 2010 [D.I. 9716, 1/28/11]**

   a.  Fee Examiner's Report [D.I. 9837, 3/14/11]

16.  **Final Application of Phoenix Capital, Inc. as Investment Banker for the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Final Period of August 6, 2007 through December 31, 2007 [D.I. 9718, 1/28/11]**

   a.  Fee Examiner's Report [D.I. 9854, 3/16/11]

17.  **Final Application of Codilis & Associates, P.C. as Ordinary Course Professionals for the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Final Period of August 6, 2007 through April 11, 2008 [D.I. 9719, 1/28/11]**

   a.  Fee Examiner's Report [D.I. 9831, 3/14/11]

   b.  Plan Trustee's Response Regarding Certain Final Fee Applications [D.I. 9948, 4/19/11]

18.  **Fortieth Monthly and Final Application of Young Conaway Stargatt & Taylor, LLP, Counsel to the Debtors and Debtors in Possession for the Interim Period November 1, 2010 through November 30, 2010 and for the Final Period August 6, 2007 through November 30, 2010 [D.I. 9720, 1/28/11]**

   a.  Fee Application for the Period October 1, 2010 through October 31, 2010 [D.I. 9615, 1/3/11]

   b.  Certificate of No Objection [D.I. 9750, 2/2/11]

066585.1001

      c.      Certificate of No Objection [D.I. 9880, 3/21/11]

      d.      Fee Examiner's Report [D.I. 9855, 3/16/11]

**19.    Final Application of T.D. Service Company for Allowance of Compensation and Reimbursement of Expenses for the Final Period from November 1, 2007 through April 11, 2008 [D.I. 9723, 1/31/11]**

      a.      Fee Examiner's Report [D.I. 9839, 1]

      b.      Plan Trustee's Response Regarding Certain Final Fee Applications [D.I. 9948, 4/19/11]

**20.    Final Application of Samuel I. White, P.C. as Foreclosure Service Provider for the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Final Period August 6, 2007 through April 11, 2008 [D.I. 9724, 1/31/11]**

      a.      Fee Examiner's Report [D.I. 9838, 3/14/11]

      b.      Plan Trustee's Response Regarding Certain Final Fee Applications [D.I. 9948, 4/19/11]

**21.    Final Application of Hahn & Hessen, LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Services Rendered and Reimbursement of Expenses for the Period August 14, 2007 through November 30, 2010 [D.I. 9725, 1/31/11]**

      a.      Fee Application for the Period May 1, 2010 through May 31, 2010 [D.I. 9305, 10/7/10]

      b.      Certificate of No Objection [D.I. 9409, 11/4/10]

      c.      Fee Application for the Period June 1, 2010 through June 30, 2010 [D.I. 9306, 10/7/10]

      d.      Certificate of No Objection [D.I. 9410, 11/4/10]

      e.      Fee Application for the Period July 1, 2010 through July 31, 2010 [D.I. 9576, 12/17/10]

      f.      Certificate of No Objection [D.I. 9663, 1/12/11]

      g.      Fee Application for the Period August 1, 2010 through August 31, 2010 [D.I. 9577, 12/17/10]

      h.      Certificate of No Objection [D.I. 9664, 1/12/11]

      i.      Fee Application for the Period September 1, 2010 through September 30, 2010 [D.I. 9578, 12/17/10]

                                                       

      j.      Certificate of No Objection [D.I. 9665, 1/12/11]

      k.      Fee Application for the Period October 1, 2010 through October 31, 2010 [D.I. 9579, 12/17/10]

      l.      Certificate of No Objection [D.I. 9666, 1/12/11]

      m.      Fee Application for the Period November 1, 2010 through November 30, 2010 [D.I. 9691, 1/24/11]

      n.      Fee Examiner's Report [D.I. 9960, 5/2/11]

22.      **Final Application of BDO Capital Advisors, LLC, f/k/a Trenwith Securities, LLC, as Investment Banking Advisors for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period of August 14, 2007 through January 31, 2008 [D.I. 9726, 1/31/11]**

      a.      Fee Examiner's Report [D.I. 9863, 3/17/11]

23.      **Final Application of Cadwalader, Wickersham & Taft LLP as Special Counsel to the Debtors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period August 6, 2007 through October 31, 2010 [D.I. 9728, 1/31/11]**

      a.      Fee Examiner's Report [D.I. 9850, 3/16/11]

24.      **Application of Zuckerman Spaeder LLP Allowance of Compensation and Reimbursement of Expenses for Substantial Contribution in these Chapter 11 Cases [D.I. 9729, 1/31/11]**

      a.      Plan Trustee's Objection [D.I. 9796, 2/22/11]

25.      **Final Application of Pendergast & Associates, P.C. as Ordinary Course Professional for the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Final Period of November 1, 2007 through November 30, 2007 [D.I. 9730, 1/31/11]**

      a.      Fee Examiner's Report [D.I. 9836, 3/14/11]

      b.      Plan Trustee's Response Regarding Certain Final Fee Applications [D.I. 9948, 4/19/11]

26.      **Thirteenth Interim and Final Application of Ferry, Joseph & Pearce, P.A. for Compensation for Services Rendered and Reimbursement of Expenses for the Period July 6, 2009 through November 30, 2010 [D.I. 9733, 1/31/11]**

      a.      Certificate of No Objection [D.I. 9883, 3/22/11]

      b.      Fee Examiner's Report [D.I. 9851, 3/16/11]

      066585.1001

27.    **Interim Fee Application for the Period November 1, 2010 through November 30, 2010 and Final Fee Application of Blank Rome LLP as Co-Counsel for the Official Committee of Unsecured Creditors for the Services Rendered and Reimbursement of Expenses for the Period August 14, 2007 through November 30, 2010 [D.I. 9734, 1/31/11]**

    a.    Fee Examiner's Report [D.I. 9849, 3/16/11]

28.    **Fourteenth Interim and Final Application of BDO Seidman, LLP Financial Advisor to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period August 14, 2007 through November 30, 2010 [D.I. 9735, 1/31/11]**

    a.    Fee Examiner's Report [D.I. 9846, 3/16/11]

29.    **Final Application of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors in Possession for the Period from August 6, 2007 through April 10, 2008 [D.I. 9736, 1/31/11]**

    a.    Fee Examiner's Report [D.I. 9835, 3/14/11]

    b.    Plan Trustee's Response Regarding Certain Final Fee Applications [D.I. 9948, 4/19/11]

30.    **Final Application of the Receivable Management Services Corporation for Services Rendered as Collection Agent for the Official Committee of Unsecured Creditors for the Period of July 1, 2009 through November 30, 2010 [D.I. 9739, 1/31/11]**

    a.    Fee Examiner's Report [9968, 5/3/11]

31.    **Final Application of Law Offices of Daniel C. Consuegra as Foreclosure Service Provider for Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses for the Final Period August 6, 2007 through April 30, 2008 [D.I. 9740, 1/31/11]**

    a.    Fee Examiner's Report [D.I. 9833, 3/14/11]

    b.    Plan Trustee's Response Regarding Certain Final Fee Applications [D.I. 9948, 4/19/11]

YCST01:10935173.2                    066585.1001

32.    **Second Amended Twenty-Second Monthly and Final Fee Application of Milestone Advisors LLC for Allowance of Compensation and Reimbursement of Expenses for the Period April 8, 2009 through February 16, 2010 and the Final Period From December 7, 2007 through February 16, 2010 [D.I. 9764, 2/4/11]**

    a.    Certificate of No Objection [D.I. 9879, 3/21/11]

    b.    Fee Examiner's Report [D.I. 9853, 3/16/11]

33.    **Revised Final Application of Kilpatrick Townsend & Stockton LLP as counsel for the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Final Period of December 1, 2007 through August 31, 2009 [D.I. 9779, 2/9/11]**

    a.    Fee Application for the Period July 1, 2009 through August 31, 2009 [D.I. 9694, 1/25/11]

    b.    Certificate of No Objection [D.I. 9876, 3/21/11]

    c.    Fee Examiner's Report [D.I. 9852, 3/16/11]

34.    **Amended Final Application of Weltman, Weinberg & Reis Co., L.P.A., as Ordinary Course Professional for the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Final Period of August 6, 2007 through April 11, 2008 [D.I. 9800, 2/24/11]**

    a.    Fee Examiner's Report [D.I. 9842, 3/14/11]

    b.    Plan Trustee's Response Regarding Certain Final Fee Applications [D.I. 9948, 4/19/11]