IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
                                                                       :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :
a Delaware corporation, et al.,[1]                                     :   Jointly Administered
                                                                       :
    Debtors.                                                           :   Docket Ref. No. 9684
---------------------------------------------------------------------- x

**ORDER APPROVING FINAL APPLICATION OF HENNIGAN DORMAN, LLC
(FORMERLY HENNIGAN, BENNETT & DORMAN, LLC) FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
BETWEEN MARCH 3, 2008 THROUGH AND INCLUDING NOVEMBER 30, 2010**

Upon consideration of the final fee application (the "Final Application") of Hennigan Dorman, LLC (formerly Hennigan, Bennett & Dorman, LLC) ("Hennigan") retained as special conflicts counsel to the Official Committee of Unsecured Creditors for allowance of compensation and reimbursement of expenses on a final basis; and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary; and that the notices of the Final Applications were appropriate; and after consideration of the recommendations of the fee examiner appointed in these cases pursuant to the *Order Appointing Fee Examiner and Establishing Procedures for the Review of Professional Claims* [D.I. 7218] and due deliberation and sufficient good cause appearing therefor; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

ORDERED, that the Final Application is hereby APPROVED in the amounts set forth as follows:

| Name of Applicant | Docket No. of Final Fee Application and Date Filed | Aggregate Amount of Fees Approved on a Final Basis ($) | Aggregate Amount of Expenses Approved on a Final Basis ($) |
|---|---|---|---|
| Hennigan Dorman, LLP, (formerly Hennigan, Bennett & Dorman, LLP, Special Conflicts Counsel to the Committee of Unsecured Creditors | 9684, 1/20/11 | $1,514,668.00 | 46,832.77 |

and it is further

ORDERED, that Hennigan is granted final allowance of compensation and reimbursement of expenses in the amounts set forth above; and it is further

ORDERED, that the Plan Trustee is authorized and directed to remit payment to Hennigan in the amounts set forth above, less all amounts previously paid on account of such fees and expenses; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and/or enforcement of this Order.

Dated: May 9, 2011
Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge