# EXHIBIT A

**Modified Amount Claim**

## Exhibit A

### Modified Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claim — Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| FDIC AS CONSERVATOR FOR INDYMAC FED BANK<br>TRANSFEROR: INDYMAC BANK, F.S.B.<br>ATTN: SUNNY K HUR LITIGATION COUNSEL<br>3465 FOOTHILL BLVD<br>PASADENA, CA 91107 | 8677 | 1/11/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$30,933,097.15 (U)<br>$30,933,097.15 (T) | - (S)<br>- (A)<br>- (P)<br>$8,431,758.00 (U)<br>$8,431,758.00 (T) | Claim asserts only EPD/Breach Calims subject to the EPD/Breach Claims Protocol set forth in the Plan. Claim amount modified in accordance with the EPD/Breach Claims Protocol based upon the completed EPD/Breach Claims Questionnaire submitted by the claimant. |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$30,933,097.15 (U)<br>$30,933,097.15 (T) | - (S)<br>- (A)<br>- (P)<br>$8,431,758.00 (U)<br>$8,431,758.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# EXHIBIT B

**No Liability Claims**

## Exhibit B

## No Liability Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CITY OF RICHMOND, VIRGINIA<br>ATTN D PADGETT<br>CITY HALL, RM 100<br>900 E BROAD ST<br>RICHMOND, VA 23219 | 1836 | 10/29/07 | 07-11047 | - (S)<br>- (A)<br>$8,766.49 (P)<br>- (U)<br>$8,766.49 (T) | Claim relates to unpaid real estate taxes on two parcels. However, the claimant's own website verifies that the subject parcels are owned by a non-debtor entity. This entity has no known affiliation with any of the Debtors in these Chapter 11 Cases. |
| CLERMONT COUNTY, OHIO<br>MR. J. ROBERT TRUE, TREASURER<br>101 E. MAIN ST.<br>BATAVIA, OH 45103 | 10198 | 4/7/08 | 07-11047 | Unspecified* | Pursuant to the claimant's proof of claim form, no amounts are owed to this claimant by any of the Debtors on account of this claim since ownership of the property transferred from the Debtors on 3/6/2008. As such, the Plan Trustee requests an order disallowing and expunging this claim to correct the claims register. |
| COUNTY OF SANTA CLARA<br>TAX COLLECTOR<br>COUNTY GOVERNMENT CENTER, 6TH FL E WING<br>70 WEST HEDDING STREET<br>SAN JOSE, CA 95110 | 10733 | 8/19/09 | 07-11047 | - (S)<br>- (A)<br>$173.33 (P)<br>- (U)<br>$173.33 (T) | Claim relates to 2009/2010 personal property taxes. Pursuant to the documentation attached to the proof of claim form, the assessee is American Home Mortgage Servicing, Inc. ("AHMSI"). The Debtors have no liability on this claim because the sale of AHMSI was finalized in April 2008 and, therefore, the Debtors had no interest in this property for the claimed tax years. As a result, the claim should be disallowed in full. |

**Totals:** 3 Claims

- (S)
- (A)
$8,939.82 (P)
- (U)
$8,939.82 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Reclassified Claims**

## Exhibit C

### Reclassified Claims

| Name/Address of Claimant | Objectionable Claim ||||| Reclassified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| HEREL, BARBARA S.<br>24 FAIRCHILD ST<br>HUNTINGTON, NY 11743 | 1924 | 10/30/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$4,200.00 (U)<br>$4,200.00 (T) | - (S)<br>- (A)<br>- (P)<br>$4,200.00 (U)<br>$4,200.00 (T) | Claimed invoices relate to services performed by the claimant prior to the Petition Date. Claimant wrote the amount in unsecured non-priority but checked off unsecured priority. The Plan Trustee requests entry of an order reclassifying this claim as a general unsecured claim since this claim is not entitled to priority status under the Bankruptcy Code. |
| HERTZ CORPORATION, THE<br>CRYSTAL MCLAUGHLIN<br>SENIOR SUPERVISOR<br>14501 HERTZ QUAIL SPRINGS PKWY<br>OKLAHOMA CITY, OK 73134 | 1935 | 11/2/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$7,690.90 (U)<br>$7,690.90 (T) | - (S)<br>- (A)<br>- (P)<br>$7,690.90 (U)<br>$7,690.90 (T) | Claim relates to car rental expenses incurred prior to the Petition Date. Claimant checked off "unsecured priority" on the proof of claim form. The Plan Trustee requests entry of an order reclassifying this claim as a general unsecured claim since this claim is not entitled to priority status under the Bankruptcy Code. |
| **Totals:** | **2 Claims** | | | - (S)<br>- (A)<br>- (P)<br>$11,890.90 (U)<br>$11,890.90 (T) | - (S)<br>- (A)<br>- (P)<br>$11,890.90 (U)<br>$11,890.90 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.