IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   :   Jointly Administered
          Debtors.                                                 :
------------------------------------------------------------------ x   Ref. Docket No. 9933

### REVISED ORDER SUSTAINING IN PART PLAN TRUST'S SEVENTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the seventy-sixth omnibus (substantive) claims objection (the "Objection"), by which the Plan Trustee respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging in full such Disputed Claims [2] identified on Exhibits A, B, C, D, E and F attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

YCST01: 11042349.1                                                                       066585.1001

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Objection is adjourned with respect to: (i) proof of claim numbered 9206 filed by Citigroup Global Markets Inc.; (ii) proofs of claim numbered 9440 and 10477 filed by Countrywide Bank, F.S.B.; (iii) proofs of claim numbered 10477 and 10850 filed by Countrywide Home Loans, Inc.; (iv) proofs of claim numbered 9183 – 9189, 9950 and 9972 filed by Deutsche Bank National Trust Company and (v) proof of claim numbered 10787 filed by UBS Securities LLC; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A, B, C, D, E and F are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the disallowance of proofs of claim numbered 9054, 9056, 10453, and 10454 filed by DB Structured Products, Inc. and proofs of claim numbered 9057 and 9058 filed by Deutsche Bank AG, is without prejudice to the claims set forth therein, including but not limited to claims for reimbursement and indemnification, which shall be deemed entirely incorporated into proofs of claim numbered 10758 and 10759 filed by DB Structured Products, Inc. and proofs of claim numbered 10020 and 10021 filed by Deutsche Bank AG, respectively; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      May __, 2011

*[signature]*

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE