
# EXHIBIT A

## Amended Claims

# Exhibit A

## Amended Claims

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| DB STRUCTURED PRODUCTS, INC<br>PETER PRINCIPATO, DIRECTOR<br>DEUTSCHE BANK SECURITIES INC<br>60 WALL STREET<br>NEW YORK, NY 10005 | 9054 | 1/11/08 | 07-11051 | Unspecified* | 10758 | 2/2/10 | 07-11051 | Unspecified* |
| DB STRUCTURED PRODUCTS, INC<br>PETER PRINCIPATO DIRECTOR<br>DEUTSCHE BANK SECURITIES INC<br>60 WALL STREET<br>NEW YORK, NY 10005 | 9056 | 1/11/08 | 07-11050 | Unspecified* | 10759 | 2/2/10 | 07-11050 | Unspecified* |
| DB STRUCTURED PRODUCTS, INC<br>STEVEN KESSLER, ESQ.<br>DEUTSCHE BANK AG NEW YORK<br>60 WALL STREET, 36TH FL<br>NEW YORK, NY 10005-2858 | 10453 | 8/15/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$142,498,546.38 (U)<br>$142,498,546.38 (T) | 10759 | 2/2/10 | 07-11050 | Unspecified* |
| DB STRUCTURED PRODUCTS, INC<br>STEVEN KESSLER, ESQ.<br>60 WALL STREET, 36TH F.<br>NEW YORK, NY 10005-2858 | 10454 | 8/15/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$142,498,546.38 (U)<br>$142,498,546.38 (T) | 10758 | 2/2/10 | 07-11051 | Unspecified* |
| DEUTSCHE BANK AG<br>PETER PRINCIPATO DIRECTOR<br>DEUTSCHE BANK SECURITIES INC<br>60 WALL STREET<br>NEW YORK, NY 10005 | 9057 | 1/11/08 | 07-11048 | Unspecified* | 10020 | 3/3/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$4,083,159.22 (U)<br>$4,083,159.22 (T) |
| DEUTSCHE BANK AG<br>STEVEN KESSLER, ESQ.<br>60 WALL STREET, 36TH FL<br>NEW YORK, NY 10005-2858 | 9058 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$2,897,707.00 (U)<br>$2,897,707.00 (T) | 10021 | 3/3/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$4,083,159.22 (U)<br>$4,083,159.22 (T) |
| UBS SECURITIES LLC<br>ATTN HUGH CORCORAN, MANAGING DIRECTOR<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | 8924 | 1/11/08 | 07-11048 | $15,039,395.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$15,039,395.00 (T) | 10787 | 6/24/10 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$11,675,819.31 (U)<br>$11,675,819.31 (T) |

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| Totals: | | 7 Claims | | $15,039,395.00 (S)<br>- (A)<br>- (P)<br>$287,894,799.76 (U)<br>$302,934,194.76 (T) | | | | - (S)<br>- (A)<br>- (P)<br>$19,842,137.75 (U)<br>$19,842,137.75 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

## Equity Interest Claims

# Exhibit B

## Equity Interest Claims

| Name/Address of Claimant | Objectionable Claim: Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BOETTCHER, JANET<br>2070 POINTE DRIVE<br>FLORISSANT, MO 63031 | 10839 | 1/3/11 | 07-11047 | Unspecified* | Pursuant to the documentation provided by the claimant, this "claim" was filed solely on account of equity interests held by such person in Debtor AHM Investment Corp. (Case No. 07-11048). The Plan Trustee objects to this Equity Interest Claim because it was filed by a shareholder based solely on ownership of stock in one of the Debtors. Accordingly, this Equity Interest Claim should be disallowed in full.<br><br>In the event that the Court determines that this Equity Interest Claim was filed on account of damages or a claim against the Debtors resulting from the shareholder's ownership of stock of Debtor AHM Investment Corp., this claim falls squarely into the category of Subordinated Claims [Classes 1D - 8D] (as such terms are defined in the Plan), which, pursuant to section 510(b) of the Bankruptcy Code and the terms of Plan Article IV.K, is subordinated in right of payment to other claims. As such, if applicable, the Plan Trustee alternatively requests that the Court enter an order finding that this claim is a Subordinated Claim under the Plan and is therefore subordinated in right of payment to other claims against the Debtors as provided for in the Plan. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| FALLS, ALBERT H.<br>233 BELMORROW DRIVE<br>CHARLOTTE, NC 28214 | 10837 | 1/3/11 | 07-11048 | $37,057.27 (S)<br>- (A)<br>- (P)<br>- (U)<br>$37,057.27 (T) | Pursuant to the documentation provided by the claimant, this "claim" was filed solely on account of equity interests held by such person in Debtor AHM Investment Corp. (Case No. 07-11048). The Plan Trustee objects to this Equity Interest Claim because it was filed by a shareholder based solely on ownership of stock in one of the Debtors. Accordingly, this Equity Interest Claim should be disallowed in full.<br><br>In the event that the Court determines that this Equity Interest Claim was filed on account of damages or a claim against the Debtors resulting from the shareholder's ownership of stock of Debtor AHM Investment Corp., this claim falls squarely into the category of Subordinated Claims [Classes 1D - 8D] (as such terms are defined in the Plan), which, pursuant to section 510(b) of the Bankruptcy Code and the terms of Plan Article IV.K, is subordinated in right of payment to other claims. As such, if applicable, the Plan Trustee alternatively requests that the Court enter an order finding that this claim is a Subordinated Claim under the Plan and is therefore subordinated in right of payment to other claims against the Debtors as provided for in the Plan. |
| FALLS, KAYE G.<br>233 BELMORROW DRIVE<br>CHARLOTTE, NC 28214 | 10838 | 1/3/11 | 07-11048 | $30,978.81 (S)<br>- (A)<br>- (P)<br>- (U)<br>$30,978.81 (T) | Pursuant to the documentation provided by the claimant, this "claim" was filed solely on account of equity interests held by such person in Debtor AHM Investment Corp. (Case No. 07-11048). The Plan Trustee objects to this Equity Interest Claim because it was filed by a shareholder based solely on ownership of stock in one of the Debtors. Accordingly, this Equity Interest Claim should be disallowed in full.<br><br>In the event that the Court determines that this Equity Interest Claim was filed on account of damages or a claim against the Debtors resulting from the shareholder's ownership of stock of Debtor AHM Investment Corp., this claim falls squarely into the category of Subordinated Claims [Classes 1D - 8D] (as such terms are defined in the Plan), which, pursuant to section 510(b) of the Bankruptcy Code and the terms of Plan Article IV.K, is subordinated in right of payment to other claims. As such, if applicable, the Plan Trustee alternatively requests that the Court enter an order finding that this claim is a Subordinated Claim under the Plan and is therefore subordinated in right of payment to other claims against the Debtors as provided for in the Plan. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| GRABFELDER, ROBERT G SR &<br>ROBERT G GRABFELDER JR JTWROS<br>GREEN ROCK CORRECTIONAL CENTER<br>PO BOX 1000<br>CHATHAM, VA 24531 | 2771 | 11/19/07 | No Case | Unspecified* | Pursuant to the documentation provided by the claimant, this "claim" was filed solely on account of equity interests held by such person in Debtor AHM Investment Corp. (Case No. 07-11048). The Plan Trustee objects to this Equity Interest Claim because it was filed by a shareholder based solely on ownership of stock in one of the Debtors. Accordingly, this Equity Interest Claim should be disallowed in full.<br><br>In the event that the Court determines that this Equity Interest Claim was filed on account of damages or a claim against the Debtors resulting from the shareholder's ownership of stock of Debtor AHM Investment Corp., this claim falls squarely into the category of Subordinated Claims [Classes 1D - 8D] (as such terms are defined in the Plan), which, pursuant to section 510(b) of the Bankruptcy Code and the terms of Plan Article IV.K, is subordinated in right of payment to other claims. As such, if applicable, the Plan Trustee alternatively requests that the Court enter an order finding that this claim is a Subordinated Claim under the Plan and is therefore subordinated in right of payment to other claims against the Debtors as provided for in the Plan. |
| Totals: | 4 Claims | | | $68,036.08 (S)<br>- (A)<br>- (P)<br>- (U)<br>$68,036.08 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

## Insufficient Documentation Claims

# Exhibit C

## Insufficient Documentation Claims

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MUSKINGUM COUNTY - TAX OFC<br>ATTN RONALD G. LAASMAR, ASST. PROS. ATTY<br>401 MAIN ST.<br>ZANESVILLE, OH 43701 | 4792 | 12/7/07 | 07-11051 | Unspecified* | The documentation attached to the proof of claim form is insufficient to allow the Plan Trustee to assess the validity and amount of this claim. |
| TENNESSEE DEPARTMENT OF REVENUE<br>ATTN WILBUR E HOOKS<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | 10598 | 12/19/08 | 07-11049 | Unspecified* | The documentation attached to the proof of claim form is insufficient to allow the Plan Trustee to assess the validity and amount of this claim. |
| **Totals:** | **2 Claims** | | | **Unspecified*** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

## Late Filed Claims

# Exhibit D

## Late Filed Claim

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| CITY OF CHATTANOOGA<br>101 EAST 11TH ST., STE. 100<br>CHATTANOOGA, TN 37402 | 10900 | 2/14/11 | 07-11047 | - (S)<br>- (A)<br>$361.83 (P)<br>- (U)<br>$361.83 (T) | 1/11/2008 |
| **Totals:** | **1 Claim** | | | **- (S)<br>- (A)<br>$361.83 (P)<br>- (U)<br>$361.83 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

## No Supporting Documentation Claims

# Exhibit E

## No Documentation Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| | Objectionable Claim | | | | |
| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | 1939 | 11/5/07 | 07-11047 | Unspecified* | No documentation provided. Plan Trustee unable to assess basis or validity of claim. |
| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | 1940 | 11/5/07 | 07-11047 | Unspecified* | No documentation provided. Plan Trustee unable to assess basis or validity of claim. |
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | 10234 | 4/11/08 | 07-11049 | Unspecified* | No documentation provided. Plan Trustee unable to assess basis or validity of claim. |
| TENNESSEE DEPARTMENT OF REVENUE<br>ATTN WILBUR E HOOKS<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | 10597 | 12/19/08 | 07-11049 | Unspecified* | No documentation provided. Plan Trustee unable to assess basis or validity of claim. |
| **Totals:** | **4 Claims** | | | **Unspecified*** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

## Satisfied Claims

YCST01: 11042349.1

066585.1001

# Exhibit F

## Satisfied Claim

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CITY OF FLINT<br>DOUGLAS S. PHILPOTT<br>503 S. SAGINAW STREET, STE. 1415<br>FLINT, MI 48502 | 9887 | 2/4/08 | 07-11050 | $353.91 (S)<br>- (A)<br>- (P)<br>- (U)<br>$353.91 (T) | Claim was reduced by Order (Docket 7234) to reflect the outstanding 2007 real estate taxes for the claimed parcels. The taxes have since been paid during the normal course of business. The Plan Trustee's agents have verified on the claimant's website that the taxes are current and there are no outstanding taxes owed to this claimant. |
| SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN WILLIAM KWONG, DEPUTY<br>BANKRUPTCY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA 95814 | 1759 | 10/22/07 | 07-11051 | $8,921.81 (S)<br>- (A)<br>- (P)<br>$13.81 (U)<br>$8,935.62 (T) | Claim was reduced by Order (Docket 7234) to reflect the outstanding 2007 real estate taxes for the two parcels and the outstanding personal property taxes for a parcel. The remaining taxes have since been paid during the normal course of business. The Plan Trustee's agents have verified on the claimant's website that the real estate taxes for parcel 075-0162-017-0000 were paid on 2/25/09 and the real estate taxes for parcel 225-2010-041-0000 were paid on 6/26/09. The Plan Trustee's agents also verified through the claimant's automated phone system that the personal property taxes have been paid for parcel 014-0021-005-0000. Accordingly, there are no amounts currently owed to this claimant. |
| ST. LOUIS COUNTY COLLECTOR OF REVENUE<br>ATTN RICHARD ROBISON MANAGER REV SERV<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | 1114 | 9/18/07 | 07-11050 | $1,017.82 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,017.82 (T) | Claim relates to 2007 real estate taxes for parcel 10F230071. The Plan Trustee's agents have verified on claimant's website that the taxes were paid on 5/26/2009. |
| **Totals:** | **3 Claims** | | | **$10,293.54 (S)**<br>**- (A)**<br>**- (P)**<br>**$13.81 (U)**<br>**$10,307.35 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.