# EXHIBIT A

**Equity Interest Claims**

**Exhibit A**

**Equity Interest Claims**

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| GAMBLE, HILDA R.<br>1514 FIRST PARKWAY<br>WASHINGTON, MO 63090 | 5748 | 12/18/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$51,808.35 (U)<br>$51,808.35 (T) | Pursuant to the documentation provided by the claimant, this "claim" was filed solely on account of equity interests held by such person in Debtor AHM Investment Corp. (Case No. 07-11048). The Plan Trustee objects to this Equity Interest Claim because it was filed by a shareholder based solely on ownership of stock in one of the Debtors. Accordingly, this Equity Interest Claim should be disallowed in full.<br><br>In the event that the Court determines that this Equity Interest Claim was filed on account of damages or a claim against the Debtors resulting from the shareholder's ownership of stock of Debtor AHM Investment Corp., this claim falls squarely into the category of Subordinated Claims [Classes 1D - 8D] (as such terms are defined in the Plan), which, pursuant to section 510(b) of the Bankruptcy Code and the terms of Plan Article IV.K, is subordinated in right of payment to other claims. As such, if applicable, the Plan Trustee alternatively requests that the Court enter an order finding that this claim is a Subordinated Claim under the Plan and is therefore subordinated in right of payment to other claims against the Debtors as provided for in the Plan. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| GAMBLE, HILDA R. TTEE<br>HILDA R. GAMBLE CARING TRUST U/A 12/6/94<br>1514 FIRST PARKWAY<br>WASHINGTON, MO 63090 | 5746 | 12/18/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$8,073.13 (U)<br>$8,073.13 (T) | Pursuant to the documentation provided by the claimant, this "claim" was filed solely on account of equity interests held by such person in Debtor AHM Investment Corp. (Case No. 07-11048). The Plan Trustee objects to this Equity Interest Claim because it was filed by a shareholder based solely on ownership of stock in one of the Debtors. Accordingly, this Equity Interest Claim should be disallowed in full.<br><br>In the event that the Court determines that this Equity Interest Claim was filed on account of damages or a claim against the Debtors resulting from the shareholder's ownership of stock of Debtor AHM Investment Corp., this claim falls squarely into the category of Subordinated Claims [Classes 1D - 8D] (as such terms are defined in the Plan), which, pursuant to section 510(b) of the Bankruptcy Code and the terms of Plan Article IV.K, is subordinated in right of payment to other claims. As such, if applicable, the Plan Trustee alternatively requests that the Court enter an order finding that this claim is a Subordinated Claim under the Plan and is therefore subordinated in right of payment to other claims against the Debtors as provided for in the Plan. |
| SCHNEIDER, ROCHELLE & ARNOLD<br>2208 FAWN RIDGE ST<br>LAS VEGAS, NV 89134 | 4675 | 12/6/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$10,744.00 (U)<br>$10,744.00 (T) | Pursuant to the documentation provided by the claimant, this "claim" was filed solely on account of equity interests held by such person in Debtor AHM Investment Corp. (Case No. 07-11048). The Plan Trustee objects to this Equity Interest Claim because it was filed by a shareholder based solely on ownership of stock in one of the Debtors. Accordingly, this Equity Interest Claim should be disallowed in full.<br><br>In the event that the Court determines that this Equity Interest Claim was filed on account of damages or a claim against the Debtors resulting from the shareholder's ownership of stock of Debtor AHM Investment Corp., this claim falls squarely into the category of Subordinated Claims [Classes 1D - 8D] (as such terms are defined in the Plan), which, pursuant to section 510(b) of the Bankruptcy Code and the terms of Plan Article IV.K, is subordinated in right of payment to other claims. As such, if applicable, the Plan Trustee alternatively requests that the Court enter an order finding that this claim is a Subordinated Claim under the Plan and is therefore subordinated in right of payment to other claims against the Debtors as provided for in the Plan. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | | 3 Claims | | - (S)<br>- (A)<br>- (P)<br>$70,625.48 (U)<br>$70,625.48 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.