# SIGN - IN - SHEET

CASE NAME: American Home Mortgage
CASE NO: 07-11047 (CSS)

COURTROOM LOCATION: 6
DATE: 5/11/11 AT 9:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Thomas MacCauley | Zuckerman Spaeder | |
| Stephen Weisbrod | Gilbert LLP | |
| Margaret W Greecher | YCST | Plan Trustee |
| Mark Indelicato | Hahn + Hessen | " |
| Ed Schnitzer | Hahn + Hessen | " |
| R Stephen McNeill | Potter Anderson Corroon | Bank of America |
| Gil Alvarez | Pro-Se | Self |
| Lynn Smalley (tele) | Pro-Se | |
| Cynthia Treadwell (tele) | | Robert Hopp |
| Eileen Wanerka (tele) | | Debtor |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.