IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x  Chapter 11

In re:                                                                  :

                                                                        :  Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :
a Delaware corporation, et al., [1]                                     :  Jointly Administered

                                                                        :

                                                                        :  Ref. Docket Nos. 9332, 9333,
    Debtors.                                                            :  9729
---------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL WITH RESPECT TO (I) ORDER ON SECOND AND
FINAL FEE APPLICATIONS OF GILBERT LLP AND ZUCKERMAN SPAEDER LLP,
AND (II) ORDER DENYING APPLICATION OF ZUCKERMAN SPAEDER LLP FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
SUBSTANTIAL CONTRIBUTION IN THESE CHAPTER 11 CASES**

On or about October 15, 2010, Gilbert LLP and Zuckerman Spaeder LLP (the

"Professionals") as co-counsel to the Borrowers Committee filed their respective second and

final fee applications (the "Final Fee Applications"). Pursuant to the Final Fee Applications, the

Professionals requested the Court to enter an order authorizing and approving final allowance of

compensation and reimbursement of expenses for all fee applications filed for the aggregate

period October 22, 2008 through and including August 16, 2010.

On or about January 31, 2011, Tilton Jack, Grace Mullins, Christopher and Mary

Bilek, Sam Acquisto, Delena Lamacchia and Paula Rush filed the Application of Zuckerman

Spaeder LLP for Allowance of Compensation and Reimbursement of Expenses for Substantial

Contribution in these Chapter 11 Cases [D.I. 9729] (the "Substantial Contribution Application"),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland
corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a
Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a
New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company
(1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New
York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

On May 11, 2011, the Court held a hearing (the "Hearing") to consider the Final Fee Applications and Substantial Contribution Application. At the Hearing, the Court made its rulings and requested parties submit orders under certification.

Counsel to the Professionals and the Plan Trustee have agreed that the orders attached hereto as Exhibits A and B (the "Proposed Orders") accurately reflect the Court's ruling at the Hearing.

Accordingly, the parties respectfully request that the Court enter the Proposed Orders at its earliest convenience without further notice or hearing.


Dated: Wilmington, Delaware
     May 16, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sean M. Beach
Sean M. Beach (No. 4070)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Co-Counsel to the Plan Trustee

066585.1001

**<u>EXHIBIT A</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | Jointly Administered |
| et al., | ) | |
| | ) | |
| Debtors. | ) | **Re: D.I. 9332 & 9333** |
| | ) | |

### ORDER ON SECOND AND FINAL FEE APPLICATIONS
### OF GILBERT LLP AND ZUCKERMAN SPAEDER LLP

Upon consideration of the second and final fee applications (the "Applications") of Gilbert LLP and Zuckerman Spaeder LLP as co-counsel to the Borrowers Committee filed on October 15, 2010, and the objections thereto; the Court having heard applicants and objectors regarding the Applications at the hearing on May 11, 2011;

IT IS HEREBY ORDERED THAT, for the reasons set forth on the record at the hearing, the Applications are granted in part and denied in part. The Applications are granted to the extent that they seek final allowance of compensation and reimbursement of expenses previously granted by prior interim orders, and denied to the extent that they seek further compensation or reimbursement of expenses; and it is further

ORDERED THAT Gilbert LLP and Zuckerman Spaeder LLP are granted final allowance of compensation and reimbursement of expenses in the amounts set forth on Exhibit A.

Dated: May ____, 2011

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

3272172.1
066585.1001

## EXHIBIT A

| Name of Applicant | Docket No. of Final Fee Application and Date Filed | Aggregate Amount of Fees Approved on a Final Basis ($) | Aggregate Amount of Expenses Approved on a Final Basis ($) |
|---|---|---|---|
| Gilbert LLP, Counsel for the Official Committee of Borrowers[1] | 9332; 10/15/11 | $358,702.75 | $15,166.59 |
| Zuckerman Spaeder LLP | 9333; 10/15/11 | $177,434.50 | $9,235.38 |

---

[1]    Gilbert LLP and Fee Examiner previously agreed to a reduction of $4,037.00 in fees and $1,087.27 in expenses, for an aggregate reduction of $5,124.27. This amount is currently being held in trust by Gilbert LLP.

**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x

In re:                                          :  Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]              :
                                                :  Jointly Administered
      Debtors.                                  :
                                                :  Ref. Docket No. 9729

------------------------------------------------------------------ x

### ORDER DENYING APPLICATION OF ZUCKERMAN SPAEDER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SUBSTANTIAL CONTRIBUTION IN THESE CHAPTER 11 CASES [D.I. 9729]

Upon consideration of the Application of Zuckerman Spaeder LLP for Allowance of Compensation and Reimbursement of Expenses for Substantial Contribution in these Chapter 11 Cases [D.I. 9729] (the "Substantial Contribution Application"), and related pleadings; the Court having had a hearing on the Substantial Contribution Application on May 11, 2011 (the "Hearing"); and it appearing that the Court has jurisdiction in this matter; and it appearing that notice of the Substantial Contribution Application as set forth therein is sufficient, and that no other or further notice need be provided; and after due deliberation and for the reasons set forth on the record at the Hearing; it is hereby

ORDERED that the Substantial Contribution Application is denied in its entirety; and it is further

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: May ___, 2011
       Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge

2