IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | ) | Jointly Administered |
| et al., | ) | |
| | ) | |
| Debtors. | ) | **Re: D.I. 9332 & 9333** |
| | ) | |

## ORDER ON SECOND AND FINAL FEE APPLICATIONS OF GILBERT LLP AND ZUCKERMAN SPAEDER LLP

Upon consideration of the second and final fee applications (the "Applications") of Gilbert LLP and Zuckerman Spaeder LLP as co-counsel to the Borrowers Committee filed on October 15, 2010, and the objections thereto; the Court having heard applicants and objectors regarding the Applications at the hearing on May 11, 2011;

IT IS HEREBY ORDERED THAT, for the reasons set forth on the record at the hearing, the Applications are granted in part and denied in part. The Applications are granted to the extent that they seek final allowance of compensation and reimbursement of expenses previously granted by prior interim orders, and denied to the extent that they seek further compensation or reimbursement of expenses; and it is further

ORDERED THAT Gilbert LLP and Zuckerman Spaeder LLP are granted final allowance of compensation and reimbursement of expenses in the amounts set forth on <u>Exhibit A</u>.

Dated: May 17, 2011

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

YCST01:11060460.1

3272172.1
066585.1001