## EXHIBIT A

| Name of Applicant | Docket No. of Final Fee Application and Date Filed | Aggregate Amount of Fees Approved on a Final Basis ($) | Aggregate Amount of Expenses Approved on a Final Basis ($) |
|---|---|---|---|
| Gilbert LLP, Counsel for the Official Committee of Borrowers[1] | 9332; 10/15/11 | $358,702.75 | $15,166.59 |
| Zuckerman Spaeder LLP | 9333; 10/15/11 | $177,434.50 | $9,235.38 |

---

[1] Gilbert LLP and Fee Examiner previously agreed to a reduction of $4,037.00 in fees and $1,087.27 in expenses, for an aggregate reduction of $5,124.27. This amount is currently being held in trust by Gilbert LLP.