## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x
                                                               :   Chapter 11
In re:                                                         :
                                                               :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC., :
a Delaware corporation, et al.,[1]                             :
                                                               :   Jointly Administered
                                                               :
Debtors.                                                       :   Ref. Docket No. 9729
                                                               :
------------------------------------------------------------- x
```

## ORDER DENYING APPLICATION OF ZUCKERMAN SPAEDER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SUBSTANTIAL CONTRIBUTION IN THESE CHAPTER 11 CASES [D.I. 9729]

Upon consideration of the Application of Zuckerman Spaeder LLP for Allowance of Compensation and Reimbursement of Expenses for Substantial Contribution in these Chapter 11 Cases [D.I. 9729] (the "Substantial Contribution Application"), and related pleadings; the Court having had a hearing on the Substantial Contribution Application on May 11, 2011 (the "Hearing"); and it appearing that the Court has jurisdiction in this matter; and it appearing that notice of the Substantial Contribution Application as set forth therein is sufficient, and that no other or further notice need be provided; and after due deliberation and for the reasons set forth on the record at the Hearing; it is hereby

ORDERED that the Substantial Contribution Application is denied in its entirety; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: May 17, 2011
       Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge