IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC. et al. | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that SULLIVAN · HAZELTINE · ALLINSON LLC, counsel to Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. (collectively, "MERS"), has relocated its Wilmington, Delaware office and requests that copies of all pleadings and other papers filed in the above-captioned matter, as well as notices given or required to be given to Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. (collectively, "MERS"), be given and served upon the undersigned counsel at the address listed below:

William A. Hazeltine, Esq.
SULLIVAN · HAZELTINE · ALLINSON LLC
901 North Market Street, Suite 1300
Wilmington, DE 19801

Date: May 17, 2011
Wilmington, DE

SULLIVAN·· HAZELTINE·· ALLINSON LLC

*William A. Hazeltine*
William A. Hazeltine (No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195