IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Jointly Administered |
| Debtors. | Ref. Docket No. 9912 |

------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL WITH RESPECT TO ORDER DENYING (I) MOTION OF DELENA LAMACCHIA FOR ALLOWANCE OF LATE FILING ADMINISTRATIVE EXPENSE CLAIM, AND (II) MOTION OF DELENA LAMACCHIA FOR A LATE FILING OF EQUITABLE SUBORDINATION OF WELLS FARGO'S CLAIMS [Docket No. 9912]**

On or about April 4, 2011, Ms. Delena Lamacchia filed her (i) Motion of Delena Lamacchia for Allowance of Late Filing Administrative Expense Claim (the "Late Admin Claim Motion"), and (ii) Motion of Delena Lamacchia for a Late Filing of Equitable Subordination of Wells Fargo's Claims (the "Late Subordination Motion" and as filed in combination with the Late Admin Claim Motion as D.I. 9912, the "Late Filed Motions").

On May 11, 2011, the Court held a hearing (the "Hearing") to consider the Late Filed Motions and related objection by the Plan Trustee. At the Hearing, the Court made its ruling and requested parties submit an order under certification.

Counsel to the Plan Trustee and Ms. Lamacchia have agreed that the order attached hereto as Exhibit A (the "Proposed Order") accurately reflects the Court's ruling at the Hearing.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

066585.1001

Accordingly, the Plan Trustee respectfully requests that the Court enter the

Proposed Order at its earliest convenience without further notice or hearing.


Dated: Wilmington, Delaware
      May 17, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret Whiteman Greecher
Margaret Whiteman Greecher (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Co-Counsel to the Plan Trustee

066585.1001

**<u>Exhibit A</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x

In re:                                                    :    Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                        :
                                                          :    Jointly Administered
                                                          :
        Debtors.                                          :    Ref. Docket No. 9912

-------------------------------------------------------------- x

### ORDER DENYING (I) MOTION OF DELENA LAMACCHIA FOR ALLOWANCE OF LATE FILING ADMINISTRATIVE EXPENSE CLAIM, AND (II) MOTION OF DELENA LAMACCHIA FOR A LATE FILING OF EQUITABLE SUBORDINATION OF WELLS FARGO'S CLAIMS [Docket No. 9912]

Upon consideration of the (i) Motion of Delena Lamacchia for Allowance of Late Filing Administrative Expense Claim (the "Late Admin Claim Motion"), and (ii) Motion of Delena Lamacchia for a Late Filing of Equitable Subordination of Wells Fargo's Claims (the "Late Subordination Motion" and as filed in combination with the Late Admin Claim Motion as D.I. 9912, the "Late Filed Motions"), and related pleadings; the Court having had a hearing on the Late Filed Motions on May 11, 2011 (the "Hearing"); and it appearing that the Court has jurisdiction in this matter; and it appearing that notice of the Late Filed Motions as set forth therein is sufficient, and that no other or further notice need be provided; and after due deliberation and for the reasons set forth on the record at the Hearing; it is hereby

ORDERED that the Late Filed Motions are denied with prejudice; and it is further

---

[1]        The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: May ___, 2011
       Wilmington, Delaware

                                              _____
                                              Christopher S. Sontchi
                                              United States Bankruptcy Judge

067533.1001