# Notice Recipients

District/Off: 0311−1          User: Leslie                  Date Created: 5/18/2011
Case: 07−11047−CSS            Form ID: ntcBK                Total: 23

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee       USTPREGION03.WL.ECF@USDOJ.GOV
aty     Michael S. Neiburg          bankfilings@ycst.com

                                                                                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      American Home Mortgage Holdings, Inc.       538 Broadhollow Road        Melville, NY 11747
aty     Curtis J Crowther       Young, Conaway, Stargatt &Taylor       The Brandywine Building        1000 West Street, 17th Floor       P.O. Box 391       Wilmington, DE 19899−0391
aty     Donald J. Bowman, Jr.       Young, Conaway, Stargatt &Taylor       1000 West Street       17th Floor       Wilmington, DE 19801
aty     Edward J. Kosmowski       Epiq Systems Bankruptcy Solutions       824 Market Street, Suite 412       Wilmington, DE 198001
aty     Edwin J. Harron       Young, Conaway, Stargatt &Taylor       The Brandywine Building        1000 West Street, 17th Floor       PO Box 391       Wilmington, DE 19899−0391
aty     Erin Edwards       Young, Conaway, Stargatt &Taylor       The Brandywine Building        17th Floor       1000 West Street       Wilmington, DE 19801
aty     James L. Patton       Young, Conaway, Stargatt &Taylor       The Brandywine Bldg.       1000 West Street, 17th Floor       PO Box 391       Wilmington, DE 19899−0391
aty     Joel A. Waite       Young, Conaway, Stargatt &Taylor       The Brandywine Bldg.       1000 West Street, 17th Floor       PO Box 391       Wilmington, DE 19899−0391
aty     Kara Hammond Coyle       Young Conaway Stargatt &Taylor LLP       1000 West St., 17th Floor       Brandywine Building       Wilmington, DE 19801
aty     Kenneth J. Enos       Young, Conaway, Stargatt &Taylor       1000 West Street       17th Floor       Wilmington, DE 19801
aty     Margaret Whiteman Greecher       Young, Conaway, Stargatt &Taylor       1000 West Street       17th Floor       Wilmington, DE 19801
aty     Matthew Barry Lunn       Young, Conaway, Stargatt &Taylor       The Brandywine Building, 17th Floor       1000 West Street       PO Box 391       Wilmington, DE 19899
aty     Nathan D. Grow       Young Conaway Stargatt &Taylor, LLP       The Brandywine Bldg.       17th Floor       Wilmington, DE 19801−0391
aty     Patrick A. Jackson       Young Conaway Stargatt &Taylor, LLP       The Brandywine Bldg 17th Fl,1000 West St       Wilmington, DE 19801
aty     Pauline K. Morgan       Young, Conaway, Stargatt &Taylor       1000 West Street, 17th Floor       PO Box 391       Wilmington, DE 19899−0391
aty     Quinn Emanuel       Quinn Emanuel Urquhart Oliver &Hedges
aty     Robert S. Brady       Young, Conaway, Stargatt &Taylor       The Brandywine Bldg.       1000 West Street, 17th Floor       PO Box 391       Wilmington, DE 19899−0391
aty     Ryan M. Bartley       Young Conaway Stargatt &Taylor, LLP       The Brandywine Building        1000 West Street       17th Fl.       Wilmington, DE 19801
aty     Sean Matthew Beach       Young, Conaway, Stargatt &Taylor       The Brandywine Building, 17th Floor       1000 West Street       PO Box 391       Wilmington, DE 19899
aty     Sharon M Zieg       Young, Conaway, Stargatt &Taylor       The Brandywine Bldg., 17th Floor       1000 West Street       PO Box 391       Wilmington, DE 19899
aty     Travis N. Turner       Young Conaway Stargatt &Taylor, LLP       The Brandywine Bldg., 17th Fl.       1000 West Street       Wilmington, DE 19801

                                                                                TOTAL: 21