IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        : Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                            :
                                                              : Jointly Administered
       Debtors.                                               :
                                                              : Ref. Docket No. 9912
                                                              :
------------------------------------------------------------- x

**ORDER DENYING (I) MOTION OF DELENA LAMACCHIA FOR ALLOWANCE OF LATE FILING ADMINISTRATIVE EXPENSE CLAIM, AND (II) MOTION OF DELENA LAMACCHIA FOR A LATE FILING OF EQUITABLE SUBORDINATION OF WELLS FARGO'S CLAIMS [Docket No. 9912]**

Upon consideration of the (i) Motion of Delena Lamacchia for Allowance of Late Filing Administrative Expense Claim (the "Late Admin Claim Motion"), and (ii) Motion of Delena Lamacchia for a Late Filing of Equitable Subordination of Wells Fargo's Claims (the "Late Subordination Motion" and as filed in combination with the Late Admin Claim Motion as D.I. 9912, the "Late Filed Motions"), and related pleadings; the Court having had a hearing on the Late Filed Motions on May 11, 2011 (the "Hearing"); and it appearing that the Court has jurisdiction in this matter; and it appearing that notice of the Late Filed Motions as set forth therein is sufficient, and that no other or further notice need be provided; and after due deliberation and for the reasons set forth on the record at the Hearing; it is hereby

ORDERED that the Late Filed Motions are denied with prejudice; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

YCST01:11055183.1                                                                              067533.1001

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: May __18__ 2011
      Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge