IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------ x | Chapter 11 |
| In re: : |  |
| : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., : |  |
| a Delaware corporation, et al.,[1] | Jointly Administered |
| : |  |
| Debtors. : | Ref. Docket No. 9899, 9900, |
| ------------------------------------------------------------ x | 9914 |

**CERTIFICATION OF COUNSEL WITH RESPECT TO OMNIBUS ORDER
REGARDING (I) MOTION OF GIL QUENTIN ALVAREZ FOR AN ORDER TO FILE
AN ADDITIONAL LATE PROOF OF CLAIM; (II) MOTION OF GIL QUENTIN
ALVAREZ FOR SANCTIONS AGAINST DEBTOR AMERICAN HOME MORTGAGE;
AND (III) MOTION OF GIL QUENTIN ALVAREZ FOR ALLOWANCE OF
ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503**

On or about March 28, 2011, Mr. Gil Quentin Alvarez filed his (i) Motion of Gil Quentin Alvarez for an Order to File an Additional Late Proof of Claim [D.I. 9899] (the "Late Additional Claim Motion"), and (ii) Motion of Gil Quentin Alvarez for Sanctions Against Debtor American Home Mortgage [D.I. 9900] (the "Sanctions Motion"). On or about April 4, 2011, Mr. Alvarez filed his Motion of Gil Quentin Alvarez for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 [D.I. 9914(the "Late Admin Claim Motion" and together with the Late Additional Claim Motion and the Sanctions Motion, the "Alvarez Motions"),

On May 11, 2011, the Court held a hearing (the "Hearing") to consider the Alvarez Motions and related objection by the Plan Trustee. At the Hearing, the Court made its ruling and requested parties submit an order under certification.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

Counsel to the Plan Trustee and Mr. Alvarez have agreed that the order attached hereto as Exhibit A (the "Proposed Order") accurately reflects the Court's ruling at the Hearing.

Accordingly, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience without further notice or hearing.

Dated: Wilmington, Delaware
      May 18, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Margaret Whiteman Greecher*
Margaret Whiteman Greecher (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Co-Counsel to the Plan Trustee

**<u>Exhibit A</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re:                                                            : Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                :
                                                                  : Jointly Administered
Debtors.                                                          :
                                                                  : Ref. Docket No. 9899, 9900, 9914
                                                                  :
----------------------------------------------------------------- x

**OMNIBUS ORDER REGARDING (I) MOTION OF GIL QUENTIN ALVAREZ FOR AN ORDER TO FILE AN ADDITIONAL LATE PROOF OF CLAIM; (II) MOTION OF GIL QUENTIN ALVAREZ FOR SANCTIONS AGAINST DEBTOR AMERICAN HOME MORTGAGE; AND (III) MOTION OF GIL QUENTIN ALVAREZ FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503**

Upon consideration of the (i) Motion of Gil Quentin Alvarez for an Order to File an Additional Late Proof of Claim [D.I. 9899] (the "Late Additional Claim Motion"),(ii) Motion of Gil Quentin Alvarez for Sanctions Against Debtor American Home Mortgage [D.I. 9900] (the "Sanctions Motion") and (iii) Motion of Gil Quentin Alvarez for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 [D.I. 9914(the "Late Admin Claim Motion" and together with the Late Additional Claim Motion and the Sanctions Motion, the "Alvarez Motions"), and related pleadings; the Court having had a hearing on the Alvarez Motions on May 11, 2011 (the "Hearing"); and it appearing that the Court has jurisdiction in this matter; and it appearing that notice of the Alvarez Motions as set forth therein is sufficient, and that no other or further notice need be provided; and after due deliberation and for the reasons set forth on the record at the Hearing; it is hereby

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

YCST01:11058642.2                                                                       066585.1001

ORDERED that the Late Additional Claim Motion is denied with prejudice; and it is further

ORDERED that the Late Admin Claim Motion is denied with prejudice; and it is further

ORDERED that the Sanctions Motion is granted in part and denied in part as set forth below; and it is further

ORDERED that Mr. Alvarez shall have an allowed administrative expense claim in the amount of $5,000 (the "Alvarez Administrative Claim"), which shall be paid within ten (10) business days of entry of this Order; and it is further

ORDERED that the Alvarez Administrative Claim shall be paid even if there is an appeal filed in this matter; and it is further

ORDERED that, other than the allowance of the Alvarez Administrative Claim above, the remaining relief requested by the Sanctions Motion is denied; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: May ___, 2011
Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge