IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   : Jointly Administered
    Debtors.                                                       :
                                                                   : Ref. Docket No. 9899, 9900, 9914
                                                                   :
------------------------------------------------------------------ x

**OMNIBUS ORDER REGARDING (I) MOTION OF GIL QUENTIN ALVAREZ FOR AN ORDER TO FILE AN ADDITIONAL LATE PROOF OF CLAIM; (II) MOTION OF GIL QUENTIN ALVAREZ FOR SANCTIONS AGAINST DEBTOR AMERICAN HOME MORTGAGE; AND (III) MOTION OF GIL QUENTIN ALVAREZ FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503**

Upon consideration of the (i) Motion of Gil Quentin Alvarez for an Order to File an Additional Late Proof of Claim [D.I. 9899] (the "Late Additional Claim Motion"),(ii) Motion of Gil Quentin Alvarez for Sanctions Against Debtor American Home Mortgage [D.I. 9900] (the "Sanctions Motion") and (iii) Motion of Gil Quentin Alvarez for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 [D.I. 9914(the "Late Admin Claim Motion" and together with the Late Additional Claim Motion and the Sanctions Motion, the "Alvarez Motions"), and related pleadings; the Court having had a hearing on the Alvarez Motions on May 11, 2011 (the "Hearing"); and it appearing that the Court has jurisdiction in this matter; and it appearing that notice of the Alvarez Motions as set forth therein is sufficient, and that no other or further notice need be provided; and after due deliberation and for the reasons set forth on the record at the Hearing; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that the Late Additional Claim Motion is denied with prejudice; and it is further

ORDERED that the Late Admin Claim Motion is denied with prejudice; and it is further

ORDERED that the Sanctions Motion is granted in part and denied in part as set forth below; and it is further

ORDERED that Mr. Alvarez shall have an allowed administrative expense claim in the amount of $5,000 (the "Alvarez Administrative Claim"), which shall be paid within ten (10) business days of entry of this Order; and it is further

ORDERED that the Alvarez Administrative Claim shall be paid even if there is an appeal filed in this matter; and it is further

ORDERED that, other than the allowance of the Alvarez Administrative Claim above, the remaining relief requested by the Sanctions Motion is denied; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: May 1͟3͟, 2011
Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge