# EXHIBIT II

## Proposed Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x

In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                :    Jointly Administered
        Debtors.                                                :
---------------------------------------------------------------------- x    **Ref. Docket No. _____**

## ORDER SUSTAINING PLAN TRUST'S SEVENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the seventy-ninth omnibus (substantive) objection to claims (the "Objection") of Steven D. Sass, as liquidating trustee (the " Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which the Plan Trustee respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, disallowing in full, or modifying, reassigning and/or reclassifying such Disputed Claims[2] identified on Exhibits A, B and C attached hereto; and it appearing that the Court has jurisdiction over this matter

---

[1]        The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]        All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit A are hereby modified to the dollar values under the column titled "Modified Amount" in Exhibit A and reclassified to the priority levels indicated in the column titled "Modified Amount" in Exhibit A; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit B, is hereby (i) modified to the dollar value under the column titled "Modified Amount" in Exhibit B; (ii) reclassified to the priority level indicated in the column titled "Modified Amount" in Exhibit B; and (iii) reassigned to the new case number as indicated in Exhibit B; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit C are hereby disallowed in their entirety; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
        June ___, 2011

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## Modified Amount Reclassified Claims

## Exhibit A

### Modified Amount Reclassified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | | | **Objectionable Claim** | | | |
| STATE OF HAWAII DEPARTMENT OF TAXATION PO BOX 259 HONOLULU, HI 96809 | 10019 | 3/3/08 | 07-11051 | - (S) $23,041.25 (A) - (P) - (U) $23,041.25 (T) | - (S) - (A) $18,721.00 (P) $4,320.25 (U) $23,041.25 (T) | Claim relates to 2007 franchise tax, interest and penalties. Accordingly, the Debtors have reclassed the amounts to priority and unsecured nonpriority consistent with the Bankruptcy Code. |
| WEST VIRGINIA STATE TAX DEPARTMENT PO BOX 766 CHARLESTON, WV 25323-0766 | 10836 | 1/3/11 | 07-11047 | - (S) $1,604.76 (A) - (P) - (U) $1,604.76 (T) | - (S) $1,276.85 (A) $290.26 (P) $37.65 (U) $1,604.76 (T) | Although the claimant asserts that the entirety of the claimed amount is entitled to administrative expense status, this claim relates to 2007 pre-petition and post-petition taxes, interest and penalties. Accordingly, the entire claim is not entitled to the claimed administrative expense status. The Plan Trustee believes that, consistent with the Bankruptcy Code, portions of the claimed amount should be reclassified to administrative, priority and unsecured nonpriority. |
| **Totals:** | **2 Claims** | | | - (S) $24,646.01 (A) - (P) - (U) $24,646.01 (T) | - (S) $1,276.85 (A) $19,011.26 (P) $4,357.90 (U) $24,646.01 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Modified Amount Reclassified Wrong Debtor Claim**

## Exhibit B

## Modified Amount, Reclassified, Wrong Debtor Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | | | **——— Objectionable Claim ———** | | | | |
| COUNTY OF BERNALILLO<br>THERESA BACA SANDOVAL, ASST ATTY<br>520 LOMAS BLVD., NW, 4TH FLOOR<br>ALBUQUERQUE, NM 87102 | 10856 | 1/5/11 | 07-11047 | - (S)<br>$674.90 (A)<br>- (P)<br>- (U)<br>$674.90 (T) | 07-11051 | - (S)<br>- (A)<br>$249.49 (P)<br>$10.00 (U)<br>$259.49 (T) | Claim relates to 2007 & 2008 personal property taxes. Pursuant to the Debtors' records and court filings made in these bankruptcy cases, the claim should be modified and reduced and reclassified to match the liability reflected in the Debtors' books and records for the outstanding 2007 personal property taxes. With respect to the claimed 2008 taxes, the Debtors have no liability as the applicable lease was assigned to Indymac as part of an Asset Purchase Agreement [See Docket No. 3061]. |
| **Totals:** | 1 Claim | | | - (S)<br>$674.90 (A)<br>- (P)<br>- (U)<br>$674.90 (T) | | - (S)<br>- (A)<br>$249.49 (P)<br>$10.00 (U)<br>$259.49 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

## No Liability Claims

## Exhibit C
## No Liability Claims

| | | | | Objectionable Claim | |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
| ARDEN REALTY LIMITED PARTNERSHIP C/O MCGUIREWOODS LLP ATTN: SUSAN GERMAISE 1800 CENTURY PARK EAST, 8TH FLOOR LOS ANGELES, CA 90067 | 10152 | 3/27/08 | 07-11051 | - (S) - (A) - (P) $141,823.56 (U) $141,823.56 (T) | Claim relates to a real property lease in connection with commercial property located in Cerritos California. The Debtors have no liability to this claimant because the lease for this property was assigned to Indymac as part of an Asset Purchase Agreement [See Docket 3061]. |
| CITY CENTER SQUARE EQUITIES II LC SUSAN P. DECOURSEY COHEN MCNEILE & PAPPAS P.C. 4601 COLLEGE BLVD, SUITE 200 LEAWOOD, KS 66211 | 10833 | 12/22/10 | 07-11047 | - (S) - (A) - (P) $64,005.63 (U) $64,005.63 (T) | The Debtors have no liability on account this claim because the amounts claimed are duplicative of the amounts asserted by this claimant in connection with claim no. 1814, which was already been accepted after the Debtor was corrected by court order [See Docket No. 3946]. |
| CITY CENTER SQUARE EQUITIES II LC KORI CROUSE COHEN MCNEILE & PAPPAS P.C. 4601 COLLEGE BLVD, SUITE 200 LEAWOOD, KS 66211 | 10853 | 1/5/11 | 07-11047 | - (S) - (A) - (P) $64,005.63 (U) $64,005.63 (T) | The Debtors have no liability on account this claim because the amounts claimed are duplicative of the amounts asserted by this claimant in connection with claim no. 1814, which was already been accepted after the Debtor was corrected by court order [See Docket No. 3946]. |
| DECOURSEY, SUSAN P. COHEN MCNEILE & PAPPAS P.C. 4601 COLLEGE BLVD., SUITE 200 LEAWOOD, KS 66211 | 10827 | 12/21/10 | 07-11047 | - (S) - (A) - (P) $64,005.63 (U) $64,005.63 (T) | The Debtors have no liability on account this claim because the amounts claimed are duplicative of the amounts asserted by this claimant in connection with claim no. 1814, which was already been accepted after the Debtor was corrected by court order [See Docket No. 3946]. |
| HUSTON, DOUGLAS 2733 RIVER ROAD VIRGINIA BEACH, VA 23454 | 2197 | 11/15/07 | 07-11051 | - (S) - (A) - (P) $96,200.00 (U) $96,200.00 (T) | Claim relates to 'Annual Bonus' allegedly owed to this claimant. However, the Debtors have no liability on account of this claim because the claimant's employment contract expressly provides that the employee must be an employee at the time the bonus is paid. The claimant was not employed on the scheduled payment date as required by his employment and, thus, no amounts are owing. |

Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| RIVERSIDE COUNTY TAX COLLECTOR<br>ATTN: CARRIE KOKOSENSKI<br>4080 LEMON ST, 4TH FLOOR<br>RIVERSIDE, CA 92501 | 10854 | 1/5/11 | 07-11047 | - (S)<br>$92,732.47 (A)<br>- (P)<br>- (U)<br>$92,732.47 (T) | Claim consists of amounts claimed on account of the following: (i) personal property taxes for one parcel; (ii) unsecured escape taxes for six parcels; and (iii) real estate taxes for 4 parcels. The have no liability for the personal property tax portion of this claim. The Debtors had no interest in the personal property for the claimed tax years of 2008-2010 since the lease applicable to this property was rejected by court order [See Docket 510], effective 8/31/2007. With respect to the remaining portions of this claim, the Debtors have no liability because the Debtors did not have any interest in the subject properties when the Unsecured Escape Taxes and Real Estate Taxes were incurred as these taxes accrued after the sale of the Debtors' servicing business to non-debtor AHMSI was finalized in 2008. |
| RUBIN, JEFF<br>ALL PRO MORTGAGE<br>6600 N ANDREWS AVE<br>SUITE<br>FT LAUDERDALE, FL | 513 | 9/10/07 | 07-11052 | - (S)<br>- (A)<br>- (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | The Debtors have no liability on account of this claim since the claimant signed an Agreement and General Release dated April 11, 2011 releasing its claim in its entirety. |
| SKYVIEW MARKETING, LLC<br>C/O SILCON GROUP<br>ATTN RICHARD BELLO<br>142 BOND STREET<br>ELIZABETH, NJ 07201 | 1787 | 10/26/07 | 07-11052 | - (S)<br>- (A)<br>- (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | The Debtors have no liability on account of this claim since the claimant signed an Agreement and General Release dated April 11, 2011 releasing their claim in its entirety. |
| STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA  95812-2952 | 10826 | 12/20/10 | 07-11047 | - (S)<br>$800.00 (A)<br>- (P)<br>- (U)<br>$800.00 (T) | Claim relates to 2010 Partnership Tax for American Home Ventures, LLC. A Certificate of Cancellation was filed for American Home Ventures in April 2009, so it was not in existence in CA in 2010, and as such, Debtor has no 2010 tax liability. |
| STOENHENGE CAPITAL LLC<br>C/O MEISTER SEELIG & FEIN LLP<br>ATTN MATTHEW E. KASINDORF, ESQ.<br>2 GRAND CENTRAL TWR., 140 E 45 ST 19 FL<br>NEW YORK, NY  10017 | 8974 | 1/11/08 | 07-11052 | - (S)<br>- (A)<br>- (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | The Debtors have no liability on account of this claim since the claimant signed an Agreement and General Release dated April 11, 2011 releasing their claim in its entirety. |
| VENTURA COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>800 SOUTH VICTORIA AVENUE<br>VENTURA, CA  93009-1290 | 10865 | 1/10/11 | 07-11050 | - (S)<br>$4,646.03 (A)<br>- (P)<br>- (U)<br>$4,646.03 (T) | The Debtors have no liability on account of this claim since they had no interest in the property for the claimed tax years. |
| WAKE COUNTY REVENUE DEPARTMENT<br>POST OFFICE BOX 2331<br>RALEIGH, NC  27602 | 10832 | 12/15/10 | 07-11047 | - (S)<br>$105.92 (A)<br>- (P)<br>- (U)<br>$105.92 (T) | Claim relates to 2008 personal property taxes for an office location located at 3717 National Drive, Raleigh, NC. Debtors' had n interest in the property as the lease was assigned to Indymac as part of an Asset Purchase Agreement, Docket 3061. |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| WESTRIDGE II AND III, L.L.C. (F/K/A WEST PROPERTIES II & III, L.P.) JERRY SHARPE - BELIN LAW FIRM 666 WALNUT STREET SUITE 2000 DES MOINES, IA 50309-3989 | 10897 | 1/31/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$133,747.63 (U)<br>$133,747.63 (T) | The Debtors have no liability to this claimant because the lease for this property was assigned to Indymac as part of an Asset Purchase Agreement [See Docket 3061]. |
| **Totals:** | **13 Claims** | | | - (S)<br>$98,284.42 (A)<br>- (P)<br>$618,788.08 (U)<br>$717,072.50 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

*Printed on 5/19/2011 at 4:32:18PM*

*Page 3 of 3*