**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>Hearing Date: June 21, 2011 @ 11:00 a.m. (ET)<br>Objection Deadline: June 6, 2011 @ 4:00 p.m. (ET) |

**NOTICE OF MOTION FOR ENTRY OF ORDER AUTHORIZING,
TO THE EXTENT NECESSARY, THE USE OF THE PROCEEDS
OF THE D&O POLICIES TO FUND A PORTION OF
THE OPT-OUT SECURITIES LITIGATION SETTLEMENT**

PLEASE TAKE NOTICE that the Director & Officer Defendants[1] have filed the attached Motion for Entry of Order Authorizing, to the Extent Necessary, the Use of the Proceeds of the D&O Policies to Fund a Portion of the Opt-Out Securities Litigation Settlement (the "Motion").

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file a response or objection ("Objection") if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **June 6, 2011 at 4:00 pm. (ET) (Requested)** (the "Objection Deadline").

At the same time you must serve a copy of the Objection upon the Parties listed on Schedule A hereto.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON JUNE 21, 2011 AT 11:00 A.M. (ET) (REQUESTED) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY

---

[1] Capitalized terms shall have the meanings ascribed to them in the *Motion for Entry of Order Authorizing, to the Extent Necessary, the Use of the Proceeds of the D&O Policies to Fund a Portion of the Opt-Out Securities Litigation Settlement*, filed contemporaneously herewith.

-2-

COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO OBJECT IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THIS MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 23, 2011
      Wilmington, Delaware        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Erin R. Fay
Derek C. Abbott (Bar No. 3376)
Erin R. Fay (Bar No. 5268)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@mnat.com
      efay@mnat.com

*Bankruptcy Counsel to Director and Officer Defendants*

# SCHEDULE A

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Derek C. Abbott
Erin R. Fay
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Tel: (302) 658-9200
Fax: (302) 658-3989

*Bankruptcy Counsel for the Director & Officer Defendants*

**SIMPSON THACHER & BARTLETT LLP**
Paul C. Curnin
425 Lexington Avenue
New York, New York 10017
Tel:  (215) 455-2000
Fax:  (215) 496-6611

*Counsel for Defendant Michael Strauss*

**GIBSON, DUNN & CRUTCHER LLP**
Marshall R. King
200 Park Avenue
New York, New York 10166
Tel:  (212) 351-4000
Fax:  (212) 351-4035

*Counsel for Defendant John A. Johnston*

**ALLEN & OVERY LLP**
Patricia M. Hynes
Andrew Rhys Davies
1221 Avenue of the Americas
New York, New York 10020
Tel:  (212) 610-6300
Fax:  (212) 610-6399

*Counsel for Defendants Michael A. McManus, Jr., C. Cathleen Raffaeli, Nicholas R. Marfino, Kenneth P. Slosser, and Irving J. Thau*

**MORRISON & FOERSTER LLP**
Jack C. Auspitz
Jamie A. Levitt
1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 468-8000
Fax: (212) 468-7900

*Counsel for Defendant Stephen A. Hozie*

**LANKLER SIFFERT & WOHL LLP**
Frank H. Wohl
500 Fifth Avenue
New York, New York 10110
Tel: (212) 921-8399
Fax: (212) 764-3701

*Counsel for Defendant Robert Bernstein*