# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,<br><br>                         Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Re: D.I.** _____ |

**ORDER AUTHORIZING, TO THE EXTENT
NECESSARY, THE USE OF THE PROCEEDS OF
THE D&O POLICIES TO FUND A PORTION OF
THE OPT-OUT SECURITIES LITIGATION SETTLEMENT**

Upon the motion (the "Motion"), dated May 23, 2011, of the Director & Officer Defendants[1] for entry of an order authorizing, to the extent necessary, the use of the proceeds of the D&O Policies to fund a portion of the Settlement of the Opt-Out Securities Litigation; and the Court, having held a hearing to consider the relief requested therein, finds and determines the following:

        a.        Consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b).

        b.        Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

        c.        The Court has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334.

        d.        Due and adequate notice of the Motion has been provided, and no further notice is necessary.

---

[1]     Capitalized terms shall have the meanings ascribed to them in the *Motion for Entry of Order Authorizing, to the Extent Necessary, the Use of the Proceeds of the D&O Policies to Fund a Portion of the Opt-Out Securities Litigation Settlement*, unless defined otherwise herein.

e. The legal and factual bases set forth in the Motion establish just and sufficient cause to grant the relief requested therein.

Therefore, it is hereby **ORDERED** that:

1. The Motion is granted, to the extent necessary, solely to authorize the Director & Officer Defendants to utilize the proceeds of the D&O Policies to fund a portion of the Settlement of the Opt-Out Securities Litigation in accordance with its terms.

Dated: June __, 2011

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE