IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC. et al., | ) | |
| | ) | Jointly Administered |
| Debtor. | ) | |
| | ) | |

## WITHDRAWAL OF REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that the firm of Zuckerman Spaeder LLP, hereby withdraws its request for notices and service of papers in these chapter 11 cases and requests its deletion from all service lists in these cases.

Dated: May 25, 2011

ZUCKERMAN SPAEDER LLP

Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19899
(302) 427-0400

3286906.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 25, 2011, a copy of the foregoing was sent by regular first-class mail, postage prepaid to:

Margaret B. Whiteman, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street
Wilmington, DE 19801

_____
Thomas G. Macauley (ID No. 3411)