IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE, | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that SULLIVAN · HAZELTINE · ALLINSON LLC, counsel to Thomas and Sara Chavez, has relocated its Wilmington, Delaware office and requests that copies of all pleadings and other papers filed in the above-captioned matter, as well as notices given or required to be given to Thomas and Sara Chavez, be given and served upon the undersigned counsel at the address listed below:

Elihu E. Allinson, III, Esq.
SULLIVAN · HAZELTINE · ALLINSON LLC
901 North Market Street, Suite 1300
Wilmington, DE  19801

Date: May 20, 2011
Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ E.E. Allinson III*
Elihu E. Allinson, III (No. 3476)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195