IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------x
In re:                                                                  :    Chapter 11
                                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                         :
                                                                        :    Jointly Administered
            Debtors.                                                    :
----------------------------------------------------------------------x       Ref. Docket Nos. 9993-9995


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 9, 2011, I caused to be served the:

    a. "Order Sustaining Plan Trusts Seventy-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated May 9, 2011 [Docket No. 9993] (the "77th Omnibus Order"),

    b. "Revised Order Sustaining in Part Plan Trusts Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated May 9, 2011 [Docket No. 9994] (the "76th Omnibus Order"), and

    c. "Order Sustaining Amended Debtors Twelfth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated May 9, 2011 [Docket No. 9995] (the "12th Omnibus Order"),

    by causing true and correct copies of the:

    i. 77th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    ii.    76th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii.    12th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  _/s/ Pete Caris_
                                                          Pete Caris

Sworn to before me this
11th day of May, 2011

_/s/ Notary_
Notary Public

```
ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014
```

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CITY OF RICHMOND, VIRGINIA | ATTN D PADGETT CITY HALL, RM 100 900 E BROAD ST RICHMOND VA 23219 |
| CLERMONT COUNTY, OHIO | MR. J. ROBERT TRUE, TREASURER 101 E. MAIN ST. BATAVIA OH 45103 |
| CLERMONT COUNTY, OHIO | MR. ALLAN L. EDWARDS ASSISTANT PROSECUTING ATTORNEY 123 N. THIRD STREET BATAVIA OH 45103 |
| COUNTY OF SANTA CLARA | TAX COLLECTOR COUNTY GOVERNMENT CENTER, 6TH FL E WING 70 WEST HEDDING STREET SAN JOSE CA 95110 |
| FDIC AS CONSERVATOR FOR INDYMAC FED BANK | TRANSFEROR: INDYMAC BANK, F.S.B. ATTN: SUNNY K HUR LITIGATION COUNSEL 3465 FOOTHILL BLVD PASADENA CA 91107 |
| FDIC AS CONSERVATOR FOR INDYMAC FED BANK | FREDERICK D HOLDEN, JR ORRICK HERRINGTON & SUTCLIFFE LLP 405 HOWARD STREET (COUNSEL INDYMAC BANK) SAN FRANCISCO CA 94105-2669 |
| HEREL, BARBARA S. | 24 FAIRCHILD ST HUNTINGTON NY 11743 |
| HERTZ CORPORATION, THE | CRYSTAL MCLAUGHLIN SENIOR SUPERVISOR 14501 HERTZ QUAIL SPRINGS PKWY OKLAHOMA CITY OK 73134 |

**Total Creditor count  8**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BOETTCHER, JANET | 2070 POINTE DRIVE FLORISSANT MO 63031 |
| CITIGROUP GLOBAL MARKETS INC. | ATTN SUSAN MILLS, MANAGING DIRECTOR 390 GREENWICH ST NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | LISA LAUKITIS KIRKLAND & ELLIS LLP CITIGROUP CENTER 153 EAST 53RD ST NEW YORK NY 10022 |
| CITY OF CHATTANOOGA | 101 EAST 11TH ST., STE. 100 CHATTANOOGA TN 37402 |
| CITY OF FLINT | DOUGLAS S. PHILPOTT 503 S. SAGINAW STREET, STE. 1415 FLINT MI 48502 |
| COUNTRYWIDE BANK, F.S.B. | ATTN KATHLEEN CONTE 4500 PARK GRANDA - MS CH-20 CALABASAS CA 91302 |
| COUNTRYWIDE BANK, F.S.B. | ATTN: KATHLEEN CONTE 4500 PARK GRANADA - MS CH-20 CALABASAS CA 91302 |
| COUNTRYWIDE HOME LOANS, INC. | STUART M. BROWN, ESQ. R. CRAIG MARTIN DLA PIPER LLP (US) 919 N MARKET STREET SUITE 1500 WILMINGTON DE 19801 |
| COUNTRYWIDE HOME LOANS, INC. | ATTN: DAVID SOBUL, ESQ. 4500 PARK GRANADA - MS: CH-11 CALABASAS CA 91302 |
| DB STRUCTURED PRODUCTS, INC | PETER PRINCIPATO, DIRECTOR DEUTSCHE BANK SECURITIES INC 60 WALL STREET NEW YORK NY 10005 |
| DB STRUCTURED PRODUCTS, INC | STEVEN KESSLER, ESQ. DEUTSCHE BANK AG NEW YORK 60 WALL STREET, 36TH FL NEW YORK NY 10005-2858 |
| DB STRUCTURED PRODUCTS, INC | STEVEN KESSLER, ESQ. 60 WALL STREET, 36TH F. NEW YORK NY 10005-2858 |
| DB STRUCTURED PRODUCTS, INC | STEVEN WILAMOWSKY ESQ BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| DB STRUCTURED PRODUCTS, INC | STEVEN WILLAMOWSKY, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| DEUTSCHE BANK AG | PETER PRINCIPATO DIRECTOR DEUTSCHE BANK SECURITIES INC 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG | STEVEN KESSLER, ESQ. 60 WALL STREET, 36TH FL NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | STEVEN WILAMOWSKY, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | BRENDAN MEYER 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | DENNIS DREBSKY NIXON PEABODY LLP 437 MADISON AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION 1761 EAST ST ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | NIXON PEABODY LLP C/O KRISTINE E BAILEY ESQ 1 EMBARCADERO CENTER SUITE 1900 SAN FRANCISCO CA 94111 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | NIXON PEABODY LP C/O KRISTINE E BAILEY ESQ 1 EMBARCADERO CENTER SUITE 1900 SAN FRANCISCO CA 94111 |
| FALLS, ALBERT H. | 233 BELMORROW DRIVE CHARLOTTE NC 28214 |
| FALLS, KAYE G. | 233 BELMORROW DRIVE CHARLOTTE NC 28214 |
| GRABFELDER, ROBERT G SR & | ROBERT G GRABFELDER JR JTWROS GREEN ROCK CORRECTIONAL CENTER PO BOX 1000 CHATHAM VA 24531 |
| MUSKINGUM COUNTY - TAX OFC | ATTN RONALD G. LAASMAR, ASST. PROS. ATTY 401 MAIN ST. ZANESVILLE OH 43701 |
| SACRAMENTO COUNTY TAX COLLECTOR | ATTN WILLIAM KWONG, DEPUTY BANKRUPTCY 700 H STREET, ROOM 1710 SACRAMENTO CA 95814 |
| ST. LOUIS COUNTY COLLECTOR OF REVENUE | ATTN RICHARD ROBISON MANAGER REV SERV 41 S CENTRAL AVENUE CLAYTON MO 63105 |
| STATE OF NEW JERSEY | ANNE MILGRAM ATTORNEY GENERAL OF NEW JERSEY RICHARD J. HUGHES COMPLEX PO BOX 106 TRENTON NJ 08625-0106 |
| STATE OF NEW JERSEY | DIVISION OF TAXATION COMPLIANCE ACTIVITY PO BOX 245 TRENTON NJ 08646 |
| TENNESSEE DEPARTMENT OF REVENUE | ATTN WILBUR E HOOKS C/O ATTORNEY GENERAL PO BOX 20207 NASHVILLE TN 37202-0207 |
| UBS SECURITIES LLC | ATTN HUGH CORCORAN, MANAGING DIRECTOR 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| UBS SECURITIES LLC | 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| UBS SECURITIES LLC | CLIFFORD CHANCE US LLP ATTN: RICK B. ANTONOFF 31 WEST 52ND STREET NEW YORK NY 10019 |
| UBS SECURITIES LLC | ATTN RICK B. ANTONOFF PILLSBURY WINTHROP SHAW PITTMAN LLP 1540 BROADWAY NEW YORK NY 10036 |

| **Claim Name** | **Address Information** |
|---|---|

**Total Creditor count  35**

**AHM Omni Ord (76th) 5/9/2011**
HERNANDO COUNTY TAX COLLECTOR
JUANITA B SIKES, TAX COLLECTOR
20 N MAIN ST RM 112
BROOKSVILLE FL 34601

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| GAMBLE, HILDA R. | 1514 FIRST PARKWAY WASHINGTON MO 63090 |
| GAMBLE, HILDA R. | ERIN WIDEMAN 204 ALBERTA LN WASHINGTON MO 63090 |
| GAMBLE, HILDA R. TTEE | HILDA R. GAMBLE CARING TRUST U/A 12/6/94 1514 FIRST PARKWAY WASHINGTON MO 63090 |
| SCHNEIDER, ROCHELLE & ARNOLD | 2208 FAWN RIDGE ST LAS VEGAS NV 89134 |

**Total Creditor count  4**