

June 1, 2011

Clerk of the Court
United States Bankruptcy Court
District of Delaware
824 North Market Street, 3th Floor
Wilmington, Delaware 19801-3024

    RE:    American Home Mortgage Holdings, Inc.
               Chapter 11 – File Date 12/1/2008
               Case No. 07-11047 (CSS)

Dear Clerk of the Court,

Lyris Technologies is a named creditor in the bankruptcy listed above. Please update your records with our new address & phone number.

**Lyris Technologies, Inc.**
**6401Hollis Street, Ste 125**
**Emeryville, CA 94608**

**PH (510) 844-1510**
**FX (510) 844-1602**

Thank you.

**Silvia G Perez**
Finance Operations Manager, Paralegal

Tel: (510) 844-1505
Fax: (510) 355-3700
Email: sperez@lyris.com