IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   :   Jointly Administered
         Debtors.                                                  :
                                                                   :   Ref. Docket Nos. 5447 & 6217
------------------------------------------------------------------ x

## CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER RESOLVING DEBTORS' OBJECTION TO CLAIM NUMBER 9838 FILED BY OFFICEMAX

The undersigned counsel to Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors"), hereby certifies as follows:

1.   On January 23, 2008, OfficeMax filed proof of claim number 9838 ("Claim 9838") amending certain claims previously filed against debtor American Home Mortgage Holdings, Inc. (Case No. 07-11047) ("AHM Holdings"). Pursuant to Claim 9838, OfficeMax asserts a secured claim in the amount of $91,187.86 and a general unsecured claim in the amount of $113,652.30 for a total claim of $204,840.20 on account of goods delivered prepetition.

2.   On August 15, 2008, the Debtors filed their Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

3003, and 3007 and Local Rule 3007-1 (the "15th Omnibus Objection") [Docket No. 5447]. By the 15th Omnibus Objection, the Debtors requested that the Court reclassify and reassign Claim 9838 such that this claim was a general unsecured claim against debtor American Home Mortgage Corp. ("AHM Corp") (Case No. 07-11051). On October 10, 2008, the Court entered an order [Docket No. 6217] sustaining the 15th Omnibus Objection in part and adjourning the 15th Omnibus Objection with respect to, *inter alia*, Claim 9838.

3. The Debtors (and more recently, the Plan Trustee) and OfficeMax (collectively, the "Parties") engaged in extensive discussions and good faith negotiations in an effort to reach a consensual resolution with respect to Claim 9838. As a result of such discussions, the Parties have reached a consensual agreement which provides for the reassignment, reclassification and reduction of Claim 9838. Pursuant to this agreement, Claim 9838 shall be an allowed administrative priority claim in the amount of $959.93 and an allowed general unsecured claim in the amount of $172,587.56 for a total claim amount of $173,547.49 against AHM Corp. A proposed form of order (the "Proposed Order") reflecting this agreement is attached hereto as Exhibit A.

*[Signature page follows]*

WHEREFORE, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: June 8, 2011  
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*  
Sean M. Beach (No. 4070)  
Michael S. Neiburg (No. 5275)  
The Brandywine Building  
1000 West Street - 17th Floor  
P.O. Box 391  
Wilmington, Delaware 19899  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP  
Mark S. Indelicato  
Edward L. Schnitzer  
488 Madison Avenue  
New York, New York 10022  
Telephone: (212) 478-7200  
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------------ x<br>In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br>a Delaware corporation, et al.,[1]<br><br>    Debtors.<br><br>------------------------------------------------------------------ x | : Chapter 11<br>:<br>: Case No. 07-11047 (CSS)<br>:<br>: Jointly Administered<br>:<br>: **Ref. Docket Nos. 5447 & 6217**<br>: |

## CONSENSUAL ORDER RESOLVING DEBTORS' OBJECTION TO CLAIM NUMBER 9838 FILED BY OFFICEMAX

Upon consideration of the fifteenth omnibus (substantive) objection to claims [Docket No. 5447] (the "15th Omnibus Objection") of the above-captioned debtors (the "Debtors"); and the Court having entered an order [Docket No. 6217] sustaining the 15th Omnibus Objection in part and adjourning the 15th Omnibus Objection with respect to, *inter alia*, proof of claim number 9838 ("Claim 9838") filed by OfficeMax; and the Plan Trustee and OfficeMax having agreed that Claim 9838 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the 15th Omnibus Objection as it applies to Claim 9838 is sustained as set forth below; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

ORDERED that Claim 9838 shall be allowed against American Home Mortgage Corp. (Case No. 07-11051) as an administrative priority claim of $959.93 and a general unsecured claim in the amount of $172,587.56; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2011

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE