IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- X
: 
*In re* : Chapter 11
 :
American Home Mortgage Holdings, Inc., et al., : Case No. 07-11047 (CSS)
 :
Debtors. : Jointly Administered
 :
------------------------------------------------------------- X

**CERTIFICATE OF NO OBJECTION**
**REGARDING DOCKET NO. 10019**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the **Motion for Entry of Order Authorizing, to the Extent Necessary, the Use of the Proceeds of the D&O Policies to Fund a Portion of the Opt-Out Securities Litigation Settlement** (the "Motion") (D.I. 10019), filed on May 23, 2011.

The undersigned further certifies that Morris, Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than June 6, 2011 at 4:00 p.m. (Eastern Time).

WHEREFORE, Morris Nichols respectfully request that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: June 8, 2011
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Erin R. Fay*
Derek C. Abbott (No. 3376)
Erin R. Fay (No. 5268)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4663

Counsel to Director and Officer Defendants

4308938.1