IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------ x | Chapter 11 |
| In re: : | |
| : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE : | |
| HOLDINGS, INC., a Delaware corporation, <u>et al.</u>,[1] : | Jointly Administered |
| : | |
| Debtors. : | **Ref. Dkt. No. 10019** |
| : | |
| ------------------------------------------------------------ x | |

**PLAN TRUSTEE'S RESERVATION OF RIGHTS REGARDING MOTION FOR ENTRY OF ORDER, TO THE EXTENT NECESSARY, AUTHORIZING THE USE OF THE PROCEEDS OF THE D&O POLICIES TO FUND A PORTION OF THE OPT-OUT SECURITIES LITIGATION SETTLEMENT**

Steven D. Sass, as liquidating trustee (the "<u>Plan Trustee</u>") for the Plan Trust established pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 (The "<u>Plan</u>") in connection with the Chapter 11 cases of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>") hereby files this reservation of rights (the "<u>Reservation of Rights</u>") to the *Motion for Entry of Order, to the Extent Necessary, Authorizing the Use of the Proceeds of the D&O Policies to Fund a Portion of the Opt-Out Securities Litigation Settlement* [Docket No. 10019] (the "<u>Motion</u>").[2]

By the Motion, Michael Strauss, Stephen A. Hozie, Robert Bernstein, John A. Johnston, Michael A. McManus, Jr., C. Cathleen Raffaeli, Nicholas R. Marfino, Kenneth P. Slosser and Irving J. Thau (the "<u>Director & Officer Defendants</u>") seek Court authority to use the

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

proceeds of the directors and officers liability insurance policies (the "D&O Policies") to fund the a portion of the Stipulation and Agreement of Settlement between the Director & Officer Defendants, Deloittee & Touche LLP, Citigroup Global Markets, Inc., and Citigroup, Inc. (together, the "Settling Defendants"), on one hand, and the plaintiff in a securities litigation brought against the Settling Defendants on the other hand.  In support of their Motion, the Director & Officer Defendants assert, among other things, that (i) the proceeds of the D&O Policies is not property of the Debtors' estates and (ii) the primary D&O Policy includes a priority of payments provision requiring that the claims under the instant securities litigation be paid before those of other claimants.

The Plan Trustee does not oppose the relief requested by the Motion.  However, the Plan Trustee does not agree with the Director & Officer Defendants' assertion that the proceeds of the D&O Policies do not constitute property of the estate.  Accordingly, the Plan Trustee's decision not to oppose the motion should not be construed to be an admission of any facts or waiver of legal rights regarding this issue.

*Remainder of Page Left Blank By Intention*

The Plan Trustee hereby expressly reserves the rights, as well as the rights of any and all parties in interest, to assert that the proceeds of the D&O Policies constitute property of the estate at a subsequent time. All parties' rights to contest such position are equally reserved.

Dated:  Wilmington, Delaware
        June 8, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Margaret Whiteman Greecher*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York  10022
Telephone:  (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Plan Trustee*