IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         : Jointly Administered
     Debtors.                                                            :
                                                                         : Ref. Docket Nos. 5447 & 6217
                                                                         :
------------------------------------------------------------------------ x

### CONSENSUAL ORDER RESOLVING DEBTORS' OBJECTION TO CLAIM NUMBER 9838 FILED BY OFFICEMAX

Upon consideration of the fifteenth omnibus (substantive) objection to claims [Docket No. 5447] (the "15th Omnibus Objection") of the above-captioned debtors (the "Debtors"); and the Court having entered an order [Docket No. 6217] sustaining the 15th Omnibus Objection in part and adjourning the 15th Omnibus Objection with respect to, *inter alia*, proof of claim number 9838 ("Claim 9838") filed by OfficeMax; and the Plan Trustee and OfficeMax having agreed that Claim 9838 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the 15th Omnibus Objection as it applies to Claim 9838 is sustained as set forth below; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979) AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that Claim 9838 shall be allowed against American Home Mortgage Corp. (Case No. 07-11051) as an administrative priority claim of $959.93 and a general unsecured claim in the amount of $172,587.56; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
June 9, 2011

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

YCST01:11107780.1                                                                                              066585.1001