IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
      Debtors.                                                         :
                                                                       :   Ref. Docket Nos. 7084, 7187 & 7234
---------------------------------------------------------------------- x

### CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER RESOLVING DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS SOLELY WITH RESPECT TO CLAIM NO. 38 FILED BY CORPORATE EXPRESS OFFICE PRODUCTS, INC.

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1. On August 21, 2007, Corporate Express Office Products, Inc. ("Corporate Express") filed claim number 38 ("Claim 38") against Debtor American Home Mortgage Investment Corp. (Case No. 07-11048) pursuant to which Corporate Express asserted it was owed $101,190.38 on account of furniture and other office products provided to the Debtors.

2. On March 6, 2009, the Debtors filed the Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1 (the "Objection") [Docket No. 7084].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

YCST01:11149729.1                                                                              066585.1001

By the Objection, the Debtors requested, *inter alia*, that the Court disallow and expunge Claim 38 on the grounds that Corporate Express failed to provide sufficient documentation to allow the Debtors to assess the validity of the claim and, moreover, Corporate Express failed to respond to the Debtors' requests for additional information.

3.  On March 30, 2009, Corporate Express filed a response [Docket No. 7187] to the Objection, which had documentation attached that purportedly supported Claim 38. On April 6, 2009, the Court entered an order [Docket No. 7234] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 38.

4.  Following good faith discussions between the undersigned counsel to the Plan Trustee and an authorized representative of Corporate Express, the parties have agreed that Claim 38 should be an allowed administrative expense priority claim pursuant to 11 U.S.C. § 503(b)(9) in the amount of $10,000 against Debtor American Home Mortgage Corp. (Case No. 07-11051). A proposed form of order reflecting this agreement is attached hereto as Exhibit A (the "Proposed Order").

*[Signature page follows]*

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: June 9, 2011  
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ Michael S. Neiburg  
Sean M. Beach (No. 4070)  
Michael S. Neiburg (No. 5275)  
The Brandywine Building  
1000 West Street - 17th Floor  
P.O. Box 391  
Wilmington, Delaware 19899  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP  
Mark S. Indelicato  
Edward L. Schnitzer  
488 Madison Avenue  
New York, New York 10022  
Telephone: (212) 478-7200  
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
          Debtors.                                               :
                                                                 :   Ref. Docket Nos. 7084, 7187 & 7234
---------------------------------------------------------------- x

## CONSENSUAL ORDER RESOLVING DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS SOLELY WITH RESPECT TO CLAIM NO. 38 FILED CORPORATE EXPRESS OFFICE PRODUCTS

Upon consideration of the thirty-first omnibus (substantive) objection to claims (the "Objection") [Docket No. 7084] of the above-captioned debtors (the "Debtors") and the response thereto [Docket No. 7187] filed by Corporate Express Office Products, Inc. ("Corporate Express"); and the Court having sustained the Objection in part [Docket No. 7234], and the Objection having been adjourned with respect to proof of claim number 38 filed by Corporate Express ("Claim 38"); and Steven D. Sass, as liquidating trustee for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* and Corporate Express having agreed that Claim 38 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

ORDERED that Claim 38 shall be allowed as an administrative expense priority claim pursuant to 11 U.S.C. § 503(b)(9) in the amount of $10,000 against Debtor American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2011

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE