IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 |
| HOLDINGS, INC. a Delaware Corp, et al., | ) | |
| | ) | |
| Debtors | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the undersigned counsel hereby requests to be removed from the Court's Electronic Service List (bankruptcy@vivianhoughton.com and bankruptcyatvivianhoughton@vivianhoughton.com) and mail service list in the above matter.

Dated: June 14, 2011

/S/ Vivian A. Houghton
Vivian A. Houghton, Esquire
800 North West St., 2nd Floor
Wilmington, DE 19801
(302) 658-0518
Attorney for Mona Dobben

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2011 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system for electronic service upon all parties entitled to or requesting electronic notices in this case.

/S/ Vivian A. Houghton