LEROY SMITH, State Bar No. 107702
County Counsel, County of Ventura
JOHN E. POLICH, State Bar No. 179295
Assistant County Counsel
800 South Victoria Avenue, L/C #1830
Ventura, California 93009-1830
Telephone:    (805) 654-2592
Facsimile:    (805) 654-2185
E-mail:    john.polich@ventura.org

Attorneys for Creditor Ventura County
Treasurer-Tax Collector

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047-CSS<br><br>**OPPOSITION OF CREDITOR VENTURA COUNTY TREASURER-TAX COLLECTOR TO PLAN TRUST'S SEVENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS**<br><br>Hearing Date: 6/21/11<br>Time:    11:00 a.m. EDT<br>Courtroom:    6 |

## I

## INTRODUCTION

1. Steven D. Sass, liquidating trustee ("Plan Trustee") for the Plan Trust established in connection with the bankruptcy of the above-captioned debtors ("Debtors"), has filed a Seventy-Ninth Omnibus Objection (Substantive) to Claims ("Objection") requesting, among other things, an order ("Proposed Order") disallowing the claim of the Ventura County Treasurer-Tax Collector ("Ventura County") for delinquent unsecured real property taxes. The basis for the Objection is that Debtors "had no interest in the property for the claimed tax years." (Proposed Order, Exh. C, Claim No. 10865.) Ventura County opposes the Objection on the grounds that Debtors did, in

1

fact, own the real property subject to the unsecured property taxes during the years in question.

## II
## THE OBJECTION SHOULD BE DENIED BECAUSE DEBTORS DID OWN THE REAL PROPERTY DURING THE YEARS IN QUESTION

2. The unsecured real property taxes that are the subject of Ventura County's claim (Claim No. 10865) relate to three parcels in Ventura County that were acquired by Debtors (apparently in foreclosure proceedings) at various times in 2007 and 2008. Each of the three parcels was subsequently re-sold by Debtors prior to the time that Ventura County issued secured property tax bills for the applicable tax year. (See Declaration of Mary Barnes, attached hereto as Exhibit 1 ("Barnes Decl."), ¶ 5-7.) Accordingly, Debtors' prorata share of the annual property tax liability (as determined based on the portion of the year during which Debtors owned the property) was added to the unsecured property tax roll pursuant to section 75.54, subdivision (c) of the California Revenue and Taxation Code. Debtors' acquisition and ownership of the real property is documented in the deeds recorded at the time of the foreclosures and subsequent re-sales. (Barnes Decl., Exhs. A, B & C.)

## III
## RESERVATION OF RIGHTS

3. Ventura County reserves its rights to amend, modify or supplement this opposition.

## IV
## CONCLUSION

4. The court should deny the Objection for the reasons stated above.

## V
## ADDITIONAL INFORMATION

5. Address to which the Plan Trustee may send any reply to this opposition:

///

2

OPP. OF CREDITOR VEN. CTY. TREASURER-TAX COLLECTOR TO PLAN TRUST'S OBJECTION

John E. Polich
Assistant County Counsel
Office of the County Counsel
800 South Victoria Avenue, L/C #1830
Ventura, California 93009
Telephone No.: (805) 654-2592
Facsimile No.: (805) 654-2185

6. Person possessing ultimate authority to reconcile, settle or otherwise resolve the claim on behalf of Ventura County:

Chief Deputy Tax Collector
800 South Victoria Avenue, L/C #1290
Ventura, California 93009

Telephone: Please contact through the attorney above at (805) 654-2592.

7. Claim No. 10865 (Unsecured Real Property Tax): Parcel Number 660-0-020-325, $72.54. Plan Trustee seeks to reduce claim to zero. Parcel Number 111-0-060-235, $33.88. Plan Trustee seeks to reduce claim to zero. Parcel Number 689-0-320-085, $4,539.61. Plan Trustee seeks to reduce claim to zero.

LEROY SMITH
County Counsel, County of Ventura

Dated: 6/10/11     By _____
JOHN E. POLICH
Assistant County Counsel

Attorneys for Treasurer-Tax Collector

**PROOF OF SERVICE**
*In re: American Home Mortgage Holdings, Inc., et al., United States Bankruptcy Case No. 07-11047 (CSS)*

**STATE OF CALIFORNIA, COUNTY OF VENTURA**

The undersigned declares: I am a citizen of the United States and I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action; my business address is 800 South Victoria Avenue, Ventura, California 93009-1830.

On June 10, 2011, I served the within **OPPOSITION OF CREDITOR VENTURA COUNTY TREASURER-TAX COLLECTOR TO PLAN TRUST'S SEVENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS** on:

**SEE ATTACHED SERVICE LIST**

[ ] **by addressing an envelope** to the above-named person(s) as indicated above, and placed in the envelope a true copy of each of said documents, and by then sealing and depositing said envelope, with postage thereon fully prepaid, in the United States mail at Ventura, California, where is located the office of the person by and for whom said service was made.

[ ] **by electronic mail transmission,** a true copy of the above-stated document in Portable Document Format (PDF) to the e-mail addresses as indicated above.

[ ] **by facsimile transmission** of said document(s) from fax telephone number (805) 654-2185 to the above-named person(s) at the fax number(s) as indicated above. This transmission was reported as complete and without error.

[X] **by an overnight service carrier,** (a guaranteed next day delivery service), a true copy of the above-stated document in an envelope or package designated by said carrier and addressed to the person(s) on whom it is to be served.

[ ] **by personal service.** I delivered said document by hand to the above-named person(s) as indicated above in the manner provided in FRCivP 5(b) or CCP §1011.

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on, at Ventura, California.

[X] **(FEDERAL)** I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on June 10, 2011, at Ventura, California.

*/s/ Milane Acevedo*
MILANE ACEVEDO

**PROOF OF SERVICE MAILING LIST**
*In re: American Home Mortgage Holdings, Inc., et al., United States Bankruptcy Case 07-11047 (CSS)*

| | |
|---|---|
| Michael S. Neiburg<br>Young, Conaway, Stargatt & Taylor, LLP<br>1000 West Street - 17th Floor<br>Wilmington, Delaware 19899 | Attorney for Debtors |
| Hahn & Hessen LLP<br>Mark S. Indelicato<br>Edward L. Schnitzer<br>488 Madison Avenue<br>New York, New York 10022 | Attorney for Plan Trustee |