1  LEROY SMITH, State Bar No. 107702
   County Counsel, County of Ventura
2  JOHN E. POLICH, State Bar No. 179295
   Assistant County Counsel
3  800 South Victoria Avenue, L/C #1830
   Ventura, California 93009-1830
4  Telephone:    (805) 654-2592
   Facsimile:    (805) 654-2185
5  E-mail:       john.polich@ventura.org

6  Attorneys for Creditor Ventura County
   Treasurer-Tax Collector
7

8              IN THE UNITED STATES BANKRUPTCY COURT

9                 FOR THE DISTRICT OF DELAWARE

10 In re:                              )  Chapter 11
                                       )
11 AMERICAN HOME MORTGAGE              )  Case No.  07-11047-CSS
   HOLDINGS, INC., a Delaware          )
12 corporation, et al.,                )  Hearing Date: 6/21/11
                                       )  Time:         11:00 a.m. EDT
13                                     )  Courtroom:    6
                 Debtors.             )
14                                     )
                                       )
15                                     )
                                       )
16                                     )
                                       )
17                                     )
                                       )
18                                     )
                                       )
19 _____    )

20 DECLARATION OF MARY BARNES IN SUPPORT OF OPPOSITION OF CREDITOR
      VENTURA COUNTY TREASURER-TAX COLLECTOR TO PLAN TRUST'S
21    SEVENTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS

22       I, Mary Barnes, do hereby declare as follows:

23       1. My name is Mary Barnes.  I am over the age of twenty-one and of sound mind.  I could

24 and would testify to the following if called to do so in a court of law.

25       2. I am currently employed in the office of the Ventura County Treasurer-Tax Collector

26 ("Tax Collector").  My title is Deputy Tax Collector, and I am responsible for collecting taxes

27 and penalties where taxpayers have declared bankruptcy.

28 ///

                                       1

1    3. I filed the claim of the Tax Collector in this proceeding and I have reviewed the files of

2  the Tax Collector in connection with the claim.  Based on that examination, the debtors owe

3  post-petition property taxes to the Tax Collector as follows:  Claim No. 10865 (Unsecured Real

4  Property Tax), American Home Mortgage Holdings, Inc., Parcel No. 111-0-060-235, assessed at

5  $1,082,000, Parcel No. 660-0-020-325, assessed at $540,000, and Parcel No. 689-0-320-085,

6  assessed at $2,750,000, all located in Ventura County, California.  The debtor seeks to reduce the

7  claim to zero.

8    4.  The total due, including penalties and accrued interest under California law, is

9  $4,646.03, as follows:

10    Parcel No. 111-0-060-235, Tax Year 2007/2008, $33.88

11    Parcel No. 660-0-020-325, Tax Year 2008/2009, $72.54

12    Parcel No. 689-0-320-085, Tax Year 2006/2007, $2,385.60, Tax Year 2007/2008,

13    $2,155.01.

14    5.  Parcel No. 111-0-060-235 was purchased by the debtors on April 5, 2007, and

15  subsequently re-sold by debtors on December 17, 2007.  Copies of the recorded deeds

16  documenting the sales are attached hereto as Exhibit A.

17    6.  Parcel No. 660-0-020-325 was purchased by the debtors on October 13, 2008, and

18  subsequently re-sold by debtors on December 12, 2008.  Copies of the recorded deeds

19  documenting the sales are attached hereto as Exhibit B.

20    7.  Parcel No. 689-0-320-085 was purchased by the debtors on January 5, 2007, and

21  subsequently re-sold by debtors on November 30, 2007.  Copies of the recorded deeds

22  documenting the sales are attached hereto as Exhibit C.

23    8.  With respect to each parcel, the subsequent re-sales by debtors occurred before the Tax

24  Collector issued property tax bills for the tax years in which debtors owned the properties.

25  Accordingly, the debtors' prorata share of the property taxes due on each parcel were added to

26  the County of Ventura's unsecured property tax roll. (See Cal. Rev. & Tax Code, § 75.54,

27  ///

28  ///

DECL. OF MARY BARNES IN SUPPORT OF OPPOSITION OF CREDITOR VENTURA COUNTY

1    subd. (c).)  In accordance with California law, the annual tax amount due was prorated based on

2    the portion of the applicable tax year during which debtors owned the properties.

3        I declare under penalty of perjury under the laws of the United States of America that the

4    foregoing is true and correct.

5    Dated this _____ *10* _____ day of June 2011, in the City of Ventura, County of Ventura, State

6    of California.

7

8                      *Mary Barnes*

9                      MARY BARNES

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECL. OF MARY BARNES IN SUPPORT OF OPPOSITION OF CREDITOR VENTURA COUNTY**

# EXHIBIT A

RECORDED AT REQUEST O.
United - T.S G

Recording requested by:

When recorded mail to:

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

20070405-00070954-0  1/3
Ventura County Clerk and Recorder
Philip J. Schalt
04/05/2007 08:00:00 AM
71648 $13.00 BU

Space above this line for recorder's use only

File No. 7983.20207                Title Order No. 6514190-30        MIN No. 10002420001252137
Loan No. 1001252137

## TRUSTEE'S DEED UPON SALE

**APN**: 111-0-060-235

The undersigned grantor declares:
1)  The grantee herein **WAS** the foreclosing beneficiary.
2)  The amount of the unpaid debt together with costs was:        $919,449.07
3)  The amount paid by the grantee at the trustee sale was:        $919,449.07
4)  The documentary transfer tax is:
5)  Said property is in: the County of Ventura

And **Northwest Trustee Services, Inc.** (herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without warranty, express or implied to

**AMERICAN HOME MORTGAGE**

(herein called grantee), all of its right, title and interest in and to that certain property situated in the County of Ventura, State of **California** , and described as follows:

SEE ATTACHED EXHIBIT 'A'

RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated 04/07/06 executed by **HOWARD EARL ROGERS AND MARY ALBERTINA ROGERS, HUSBAND AND WIFE,** as Trustor, to secure certain obligations in favor of **MORTGAGE ELECTRONIC REGISTRATION SYTEMS, INC.** as beneficiary, recorded 04/14/06, as Instrument No. **20060414-0080315,** of Official Records in the Office of the Recorder of **Ventura** County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the office of the Recorder of said County.

GUARANTEE NO.: 03-TSG-0025018
ORDER NO.:     6514190-30
CUSTOMER NO.:  7983.20207

## EXHIBIT "A"

LOT 187 OF TRACT NO. 4948-3, IN THE CITY OF CAMARILLO, COUNTY OF
VENTURA STATE OF CALIFORNIA, AS PER MAO RECORDED IN BOOK 138
PAGES 4, 5 AND 6 OF MAPS, IN THE OFFICE OF THE COUNTRY RECORDER
OF SAID COUNTY.

EXCEPT AN UNDIVIDED ONE-HALF INTEREST IN AND TO ALL OIL, GAS,
HYDROCARBONS AND ASSOCIATED SUBSTANCE NOW OR HEREAFTER IN OR
UNDER, OR RECOVERABLE FROM THAT PORTION OF THE LAND OF GRANTOR
WHICH LIES BELOW A DEPTH OF 500 FEET BENEATH THE PRESENT SURFACE
OF SAID LANDS, BUT WITHOUT ANY RIGHT TO ENTER UPON OR USE ANY
PORTION OF THE SURFACE (OR OF THE SUBSURFACE TO A DEPTH OF 500
FEET) OF SAID LAND FOR ANY PURPOSES, AS GRANTED IN THE DEED FROM
RANCHO DEL TIO, A CORPORATION, TO E. DOMINGO HARDISON, ET AL,
RECORDED JANUARY 20, 1958 IN BOOK 1503 PAGE 81 OF OFFICIAL
RECORDS, UPON CERTAIN TERMS AND CONDITIONS CONTAINED THEREIN.

ALSO EXCEPT THE INTEREST RESERVED BY HOWARD C. ALPHSON, TRUSTEE
OF KATHLEEN MCPHAIL DUNTLEY TRUST B, IN DEED RECORDED SEPTEMBER
20, 1975 IN BOOK 4449 PAGE 102 OF OFFICIAL RECORDS, SAID DEED
RECITES AS FOLLOWS:

"RESERVING ALL OIL, GAS, HYDROCARBON SUBSTANCES AND OTHER MINERAL
AND FISSIONABLE SUBSTANCES LYING IN, ON AND UNDER THE ABOVE
DESCRIBED LANDS."

requested by title court

Recording requested by
**First American Title**

AND WHEN RECORDED MAIL TO:
AND MAIL TAX STATEMENT TO:

Robert M. Dann and Lynne H. Dann
839 Diamond Drive
Camarillo 93010
Order No. 2860355 - 4
Escrow No. 107-15396-KSV
Parcel No. 111-0-060-235

20071217-00226842-0  1/2
Ventura County Clerk and Recorder
Philip J. Schmit
12/17/2007 08:00:00 AM
156179 $846.00 MA

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $836.00 and CITY $
____**X**____ computed on full value of property conveyed, or
_____ computed on full value less liens or encumbrances remaining at the time of sale.
_____ unincorporated area:      **X**   City of Camarillo

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
American Home Mortgage Servicing, Inc., A Maryland Corporation
(who acquired title as American Home Mortgage)

hereby GRANTS to Robert M. Dann and Lynne H. Dann, Husband and Wife As Community Property with Right of Survivorship
the following described real property in the County of Ventura, State of California:
**Lot 187 of Tract 4948-3, in the City of Camarillo, County of Ventura, State of California, as per map recorded in book 138, Page(s) 4, 5 and 6 of maps, in the office of the county recorder of said county. (For the complete legal description, see Exhibit "A" comprised of one (1) page, attached hereto and by reference made a part hereof.)**

Date    November 28, 2007

American Home Mortgage Servicing, Inc., A
Maryland Corporation

By: Jane Larkin, Vice President
OR
By: Robert Hardman, Vice President

STATE OF CALIFORNIA  Texas    }
COUNTY OF Dallas             }

On November 29, 2007, before me, Tammy Marie Ewing, a Notary Public, personally appeared Jane M Larkin personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____ (Seal)

TAMMY MARIE EWING
Notary Public, State of Texas
My Commission Expires
August 17, 2011

*Exhibit "A"*

**LEGAL DESCRIPTION**

Real property in the City of Camarillo, County of Ventura, State of California, described as follows:

LOT 187 OF TRACT 4948-3, IN THE CITY OF CAMARILLO, COUNTY OF VENTURA, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 138, PAGE(S) 4, 5 AND 6 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF INTEREST IN ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AND OTHER MINERALS IN AND UNDER SAID LAND, AS EXCEPTED IN AN INSTRUMENT RECORDED JANUARY 20, 1958 IN BOOK 1583, PAGE 81 OF OFFICIAL RECORDS.
ALSO EXCEPTING THEREFROM THE INTEREST RESERVED BY HOWARD C. ALPHSON, TRUSTEE OF KATHLEEN MCPHAIL DUNTLEY TRUST B, IN DEED RECORDED SEPTEMBER 20, 1975 IN BOOK 4449, PAGE 102 OF OFFICIAL RECORDS, SAID DEED RECITES AS FOLLOWS:

"RESERVING ALL OIL, GAS, HYDROCARBON SUBSTANCES AND OTHER MINERAL AND FISSIONABLE SUBSTANCES LYING IN, ON AND UNDER THE ABOVE DESCRIBED LANDS."

APN: 111-0-060-235

**EXHIBIT B**

**requested by title court**

RECORDING REQUESTED BY
T.D. SERVICE COMPANY

And when recorded mail to
Fidelity National Foreclosure
and Bankruptcy Solutions
RE: Loan # 0031034655/MARR
1270 Northland Drive
Mendota Heights, MN  55120

TM81431q
            Space above this line for recorder's use

## TRUSTEE'S DEED UPON SALE

The undersigned declares under penalty of perjury that the following declaration is true and correct:

1) The Grantee herein was the foreclosing Beneficiary.
2) The amount of the unpaid debt together with costs was          $637,600.28
3) The amount paid by the Grantee at the Trustee's Sale was     $503,704.17
4) The documentary transfer tax is                   $.00
5) The city transfer tax is                         $.00
6) The monument preservation tax is               $.00
7) Said property is in Thousand Oaks, County of Ventura

T.D. SERVICE COMPANY

Dated: 09/25/08

By ALICE WONG, TSP II

T.S. No: B360707 CA    Unit Code: B    Loan No: 0031034655/MARR
Min No: 100024200012055873
AP #1: 660-0-020-325
Property Address:  1044 LARRY COURT, THOUSAND OAKS (NEWBURY PARK AREA), CA  91320

AHMSI DEFAULT SERVICES, INC.
(herein called Trustee)

does hereby GRANT AND CONVEY, without any covenant or warranty, express or implied to

AMERICAN HOME MORTGAGE SERVICING, INC.
(herein called Grantee), such interest as Trustee has in that certain property described as follows:

SEE ATTACHED EXHIBIT "1"

This conveyance is made pursuant to the authority vested in said Trustee, as Trustee or as duly appointed Trustee by the Deed of Trust described as follows:

Trustor: WARREN T MARR, BIVIAN A MARR

MAIL TAX STATEMENTS TO ADDRESS SHOWN ABOVE

Page 2
T.S. No: B360707 CA      Unit Code: B      Loan No: 0031034655/MARR

Recorded March 23, 2006  as Instr. No. 20060323-0061759 in Book --- Page --- of Official Records in the office of the Recorder of VENTURA County; CALIFORNIA , Whereas, the holder of the note secured by said Deed of Trust delivered to Trustee a written Declaration of Default and, pursuant thereto, a Notice of Default was recorded May 28, 2008 as Instr. No. 20080528-00083527-0 in Book --- Page --- of Official Records in the office of the Recorder of  VENTURA  County; CALIFORNIA.

Whereas, Trustee complied with all applicable statutory provisions of California Civil Code Sections 2924 et seq. and of the described Deed of Trust including the mailing, publication, personal delivery, and posting of the Notice of Default and Notice of Sale, as respectively appropriate.

Said Notice of Trustee's Sale stated the time and place that Trustee would sell its interest in the described property at public auction.  On September 25, 2008, the date set forth in the Notice of Trustee's Sale or the properly postponed sale date, Trustee sold the described property to Grantee, the highest qualified bidder present, for the sum of $503,704.17  Pro-tanto.

In Witness Whereof, the undersigned caused its corporate name and seal (if applicable) to be hereunto affixed.


Dated  October 2, 2008


AHMSI DEFAULT SERVICES, INC.
By T.D. Service Company, As Agent for the Trustee

BY  _____          BY _____
Kimberly Coonradt, Assistant Secretary        Kimberly Thorne, Assistant Secretary


STATE OF CALIFORNIA              )
COUNTY OF ORANGE              )SS

On  10/02/08  before me, L. SERRANO, a Notary Public, personally appeared  KIMBERLY COONRADT and KIMBERLY THORNE, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the Laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

L. SERRANO
COMM. # 1639881
NOTARY PUBLIC CALIFORNIA
ORANGE COUNTY
My comm. expires Jan. 21, 2010

This document filed for recording
By Fidelity National Title Insurance and Trust
as an accommodation only. It has not been
examined as to its execution or as its effect
upon the title.

Exhibit A

All that certain real property situated in the county of Ventura, State of California, described as follow:

PARCEL 1:

An undivided 1/13th interest in lot 1 of tract no. 4943, in the City of Thousand Oaks, County of Ventura, State of California, as per map recorded in Book 128, Pages 10 and 11 of maps, in the Office of the County recorder of said County.

Except therefrom Units 1 through 13, inclusive, as shown and defined on the Condominium Plan recorded December 17, 1996 as Instrument No. 96-171053 of Official Records of said County.

PARCEL 2:

Unit 10, as shown and defined on the Condominium Plan referred to in Parcel 1 above.

PARCEL 3:

A non-exclusive easement for Vehicular and pedestrian ingress and egress and road purposes over the land described and shown in the document entitled " Grant of Easement, Maintenance agreement and reservation of rights" recorded October 2, 1995 as Instrument No. 95-117884 of Official Records.

Said easement is appurtenant to and for the benefit of Parcels 1 and 2 above referred to.

Assessor's Parcel Number:   660-0-020-325

requested by title court

RECORDING REQUESTED BY:
Concord Escrow
Order No. 080121444
Escrow No. 08-2856-MM
Parcel No. 693-0-153-595
660-0-020-325
AND WHEN RECORDED MAIL TO:

PAR FIVE INVESTMENTS, LLC
1044 LARRY COURT
THOUSAND OAKS ( NEWBURY PARK AREA ), CA
91320
REO LOAN #0031034655

20081212-00178383-0   1/2
Ventura County Clerk and Recorder
Philip J. Schalt
12/12/2008 08:00:00 AM
265889 $572.00 AR

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $572.00 and CITY $
☒ computed on full value of property conveyed, or
☐ computed on full value less liens or encumbrances remaining at the time of sale
   unincorporated area:        ☒ Thousand Oaks ( Newbury Park Area ), and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**American Home Mortgage Servicing, Inc. ,**

hereby GRANT(S) to   **Par Five Investments, LLC ,**

the following described real property in the County of Ventura, State of California:
See Exhibit "A" attached hereto and made a part hereof.
Date    December , 2008
American Home Mortgage Servicing, Inc.

By: _____
Print Name:   Michael Carlos
              Assistant Secretary
Print Title:

STATE OF  CALIFORNIA
                                      )S.S.
COUNTY OF _____

On ___12/9/08___, before me___M. Zenarosa___, Notary Public,
personally    appeared    Michael Carlos                                who
proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and
that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s)
acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is
true and correct.
WITNESS my hand and official seal.

Signature _____ Seal)

M. ZENAROSA
Commission # 1822337
Notary Public - California
Orange County
My Comm. Expires Nov 11, 2012

Mail Tax Statement to: SAME AS ABOVE or Address Noted Below

ORDER NO: 080121444

REFERENCE NO: 0031034655

## EXHIBIT " A "

### LEGAL DESCRIPTION

A CONDOMINIUM COMPRISED OF:

PARCEL 1:

AN UNDIVIDED 1/13TH INTEREST IN LOT 1 OF TRACT NO. 4943, IN THE CITY OF THOUSAND OAKS, COUNTY OF VENTURA, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 128, PAGES 10 AND 11 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM UNITS 1 THROUGH 13, INCLUSIVE, AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN RECORDED DECEMBER 17, 1996 AS INSTRUMENT NO. 96-171053 OF OFFICIAL RECORDS OF SAID COUNTY.

PARCEL 2:

UNIT 10, AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN REFERRED TO IN PARCEL 1 ABOVE.

PARCEL 3:

A NON-EXCLUSIVE EASEMENT FOR VEHICULAR AND PEDESTRIAN INGRESS AND EGRESS AND ROAD PURPOSES OVER THE LAND DESCRIBED AND SHOWN IN THE DOCUMENT ENTITLED "GRANT OF EASEMENT, MAINTENANCE AGREEMENT AND RESERVATION OF RIGHTS" RECORDED OCTOBER 2, 1995 AS INSTRUMENT NO. 95-117884 OF OFFICIAL RECORDS.

SAID EASEMENT IS APPURTENANT TO AND FOR THE BENEFIT OF PARCELS 1 AND 2 ABOVE REFERRED TO.

**EXHIBIT C**

RECORDING REQUESTED BY
UNITED COLTON
WHEN RECORDED MAIL TO:

NAME  American Home Mortg.

MAILING  Serving Inc
ADDRESS  4600 Regent Blvd.

CITY, STATE  Suite 200
ZIP CODE  Irvine TX 76063-1730

20070105-0000346240  1/3

Ventura County Clerk and Recorder
Philip J. Schm
01/05/2007 08:00:00 AM
40663 $13.00 RE

SPACE ABOVE THIS LINE IS RESERVED FOR RECORDER'S USE

## TITLE (S)

Trustee's Deed Upon Sale



WHEN RECORDED MAIL TO:

**AMERICAN HOME MORTGAGE SERVICING, INC**
**4600 REGENT BOULEVARD**
**SUITE 200**
**IRVING TX 75063-1730**

TRA #
Trust No. 1083779-01
Loan No. XXXXXX8400

**01/04/07**

**20070018331**

|  |  |
|---|---|
| MAIL TAX STATEMENT TO: | Space Above This Line For Recorder |

Same as above

Documentary Transfer Tax $.00
X Grantee was/~was not~ the foreclosing beneficiary.
consideration $385,000.00
unpaid debt $492,511.90
non exempt amount $
___Computed on the consideration or value of property conveyed.
___Computed on the consideration of value less liens or encumbrances remaining at time of sale.

Signature of Declarant or Agent
AP# 689-0-320-085

## TRUSTEE'S DEED UPON SALE

**CAL-WESTERN RECONVEYANCE CORPORATION** (herein called trustee)
does hereby grant and convey, but without covenant or warranty, express or implied to
**AMERICAN HOME MORTGAGE SERVICING, INC.**

(herein called Grantee) the real property in the county of VENTURA ,State of California described as follows:
**LOT 8, TRACT NO. 3826, IN THE CITY OF THOUSAND OAKS, COUNTY OF VENTURA, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 103, PAGE(S) 72 TO 78, INCLUSIVE, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. MORE COMPLETELY DESCRIBED IN ATTACHED EXHIBIT A.**
The street address and other common designation, if any, of the real property described above is purported to be:
**5256 ISLAND FOREST PLACE**
**WEST LAKE VILLAGE  CA 91362**

This conveyance is made pursuant to the authority and powers vested in said Trustee, as Trustee, or Successor Trustee, or Substituted Trustee, under that certain Deed of Trust executed by
**KIMBERLY NELSON, AND MARK NELSON, WIFE AND HUSBAND AS JOINT TENANTS**
as Trustor, recorded November 17, 2005, as Document No. 20051117-283178, in Book XX, page XX, of Official Records in the Office of the Recorder of VENTURA County, California; and pursuant to the Notice of Default recorded May 02, 2006, as Document No. 20060502-093599 in Book XX, page XX of Official Records of said County, Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by said Deed of Trust, including, among other things, as applicable, the mailing of copies of notices or the publication of a copy of the notice of default or the personal delivery of the copy of the notice of default or the posting of copies of the notice of sale or the publication of a copy thereof.

TDUSCA.DOC

Page 1 of 2

Rev. 01-12-2006

TRA #
Trust No.  1083779-01
Loan No.  XXXXXX8400

At the place fixed in the Notice of Trustee's Sale, said Trustee did sell said property above described at public auction on
**December 28, 2006** to said Grantee, being the highest bidder therefore, for **$385,000.00** cash, lawful money of the United States,
in satisfaction pro tanto of the indebtedness then secured by said Deed of Trust.

**CAL-WESTERN RECONVEYANCE CORPORATION**

Dated:  December 28, 2006

Wendy W Perry  A.V.P.

STATE OF CALIFORNIA        }
                          }ss:
COUNTY OF SAN DIEGO        }

On  12/29/06  before me,  **Carol A. Brent**
a Notary Public in and for said state, personally appeared

Wendy V Perry, A.V.P.

personally known to me (or proved to me on the basis of satisfactory
evidence) to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed
the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s), or the entity
upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature  Carol A. Brent

CAROL A. BRENT
COMM. # 1675050
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Comm. Exp. July 12, 2010

(this area for official notary seal)

FDUSCA.DOC                        Page 2 of 2                        Rev. 01-12-2006

requested by title court

Recording requested by
*First American Title*

AND WHEN RECORDED MAIL TO:
AND MAIL TAX STATEMENT TO:
Johann Peter Kleiser and Berit
Kleiser, Trustees and/or Trustors of
The Kleiser Family Trust dated
August 20, 1991
5256 Island Forest Place
Westlake Village, CA 91362
Order No. 2824916-4
Escrow No. 107-13388-KSV
Parcel No. 689-0-320-085

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $_____ and CITY $
X  computed on full value of property conveyed, or
___ computed on full value less liens or encumbrances remaining at the time of sale.
___ unincorporated area:    X   City of Westlake Village

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
American Home Mortgage Servicing, Inc., A Maryland Corporation, a California Corporationoration
(who acquired title as American Home Mortgage Servicing, Inc.)

hereby GRANTS to Johann Peter Kleiser and Berit Kleiser, Trustees and/or Trustors of The Kleiser
Family Trust dated August 20, 1991,

the following described real property in the County of Ventura, State of California:
Lot 8 of Tract No. 3826 in the City of Thousand Oaks, County of Ventura, State of California, as per
map recorded in book 103 pages 72 through 78 inclusive of maps, in the office of the County
Recorder of said County.  (For the complete legal description, see Exhibit "A" comprised of one
(1) page, attached hereto and by reference made a part hereof.)
Date   November 13, 2007

American Home Mortgage Servicing, Inc., A
Maryland Corporation

By: Jane Larkin, Vice President        OR  By: Robert Hardman, Vice President

STATE OF Texas
COUNTY OF Dallas
On November 27, 2007 before me, Tammy Marie Ewing, a
Notary Public, personally appeared Jane M Larkin
_____ personally known to me (or
proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed
to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their
authorized capacit(ies), and that by his/her/their signature(s) on the instrument the person(s), or the
entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____ (Seal)

TAMMY MARIE EWING
Notary Public, State of Texas
My Commission Expires
August 17, 2011

Page 1 of 1

Order Number:  DIV-2824916  (4)
Page Number:  7

*Exhibit "A"*

**LEGAL DESCRIPTION**

Real property in the City of Thousand Oaks, County of Ventura, State of California, described as follows:

LOT 8 OF TRACT NO. 3826, IN THE CITY OF THOUSAND OAKS, COUNTY OF VENTURA, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 103 PAGES 72 THROUGH 78 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT ALL THE OIL, GAS AND OTHER HYDROCARBON SUBSTANCES LYING WITHIN AND UNDER THAT PORTION OF SAID LAND LYING BELOW A DEPTH OF 500 FEET MEASURED VERTICALLY FROM THE SURFACE OF SAID LAND, WITHOUT, HOWEVER, ANY RIGHT TO ENTER UPON THE SURFACE OF SAID LAND NOR INTO THAT PORTION OF THE SUBSURFACE THEREOF, LYING ABOVE A DEPTH OF 500 FEET MEASURED VERTICALLY FROM SAID SURFACE.

APN: 689-0-320-085