**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Ref. Docket Nos.:  8174, 8299 & 9816** |
| | : | |

------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING CONSENSUAL ORDER**
**RESOLVING DEBTORS' FORTY-FOURTH OMNIBUS (SUBSTANTIVE)**
**OBJECTION TO CLAIMS SOLELY WITH RESPECT TO CLAIM NO. 8674**
**FILED BY AURORA LOAN SERVICES, LLC**

The undersigned counsel for Steven D. Sass, as liquidating trustee (the " Plan Trustee")
for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the
Debtors Dated as of February 18, 2009* (the "Plan")[2] in connection with the Chapter 11 cases of
the above-captioned debtors (the "Debtors") hereby certifies as follows:

1.      On October 13, 2009, the Debtors filed the Debtors' Forty-Fourth Omnibus
(Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,
Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 8174] (the "Objection").
By the Objection, the Debtors, *inter alia*, sought to disallow, modify and/or reclassify numerous
EPD/Breach Claims including, without limitation, proof of claim number 8674 ("Claim 8674")
filed by Aurora Loan Services, LLC ("Aurora").

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a
Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM
SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home
Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited
liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak
Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747.

[2]      Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Plan.

2.      Following the filing of the Objection, the Debtors received several informal and

formal responses to the Objection from, among others, holders of EPD/Breach Claims.  Given

the complexity of the EPD/Breach Claims and the EPD/Breach Claims Protocol established by

the Plan, the Debtors and the holders of these claims consensually agreed to adjourn the

Objection as it pertained to their claims to allow additional time in which the parties could

analyze the merits of their respective positions and reach a consensual resolution of the matters

asserted in the Objection.  On November 13, 2009, the Court entered an order [Docket No. 8299]

sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim

8674.

3.      On March 7, 2011, the Plan Trustee filed a Re-Notice of the Debtors' Forty-

Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy

Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 9816] (the "Re-

Notice").  By the Re-Notice, the Plan Trustee notified, among other claimants, Aurora that the

Plan Trustee intended to move forward with the Objection as it pertained to, among other claims,

Claim 8674 at the April 6, 2011 omnibus hearing in these bankruptcy cases.  The Re-Notice

further notified Aurora and the holder of certain other EPD/Breach Claims that responses to the

Objection, if any, had to be filed on or before March 30, 2011 at 4:00 p.m. (ET).

4.      Following the filing of the Re-Notice, Aurora informally contacted counsel to the

Plan Trustee to discuss the matters raised in the Objection (and Re-Notice) as it pertains to Claim

8674.  The Plan Trustee agreed to further adjourn the Objection as it pertains to Claim 8674 in

order to allow additional time to reach a consensual resolution of the matters raised in the

Objection.  Following good faith discussions, the parties have agreed to allow Claim 8674 as a

general unsecured claim in the amount of $7,519,783.00 against Debtor American Home

Mortgage Corp. (Case No. 07-11051).    A proposed form of order (the "Proposed Order")

reflecting this agreement is attache hereto as Exhibit A.

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the

Court enter the Proposed Order at its earliest convenience.

Dated: June 15, 2011                              YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
      Wilmington, Delaware

                                                */s/ Michael S. Neiburg*
                                                Sean M. Beach (No. 4070)
    Michael S. Neiburg (No. 5275)
    The Brandywine Building
    1000 West Street - 17th Floor
    P.O. Box 391
    Wilmington, Delaware  19899
    Telephone: (302) 571-6600
    Facsimile: (302) 571-1253

    -and-

    HAHN & HESSEN LLP
    Mark S. Indelicato
    Edward L. Schnitzer
    488 Madison Avenue
    New York, New York 10022
    Telephone: (212) 478-7200
    Facsimile: (212) 478-7400

    *Co-Counsel to the Plan Trustee*

# EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------------- x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

    Debtors.

---------------------------------------------------------------------------- x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

**Ref. Docket Nos.:  8174, 8299 & 9816**

**CONSENSUAL ORDER RESOLVING DEBTORS' FORTY-FOURTH**
**OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS SOLELY WITH**
**RESPECT TO CLAIM NO. 8674 FILED BY AURORA LOAN SERVICES, LLC**

Upon consideration of the forty-fourth omnibus (substantive) claims objection [Docket No. 8174] (the "Objection"); and the Court having sustained the Objection in part [Docket No. 8299] on November 13, 2009; and the Objection having been adjourned with respect to proof of claim number 8674 ("Claim 8674") filed by Aurora Loan Services, LLC ("Aurora"); and Steven D. Sass, as liquidating trustee for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* and Aurora having agreed that Claim 8674 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

ORDERED that Claim 8674 shall be allowed as a general unsecured in the amount of $7,519,783.00 against Debtor American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ ___, 2011

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2