IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x    Chapter 11

In re:                                                             :
                                                                   :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :
a Delaware corporation, et al., [1]                                :    Jointly Administered
                                                                   :
         Debtors.                                                  :
------------------------------------------------------------------ x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JUNE 21, 2011 AT 11:00 A.M.

---

**THE HEARING HAS BEEN ADJOURNED TO JULY 19, 2011 AT 10:00 A.M. AT THE
DIRECTION OF THE COURT.**

---

## ADJOURNED/RESOLVED MATTERS

1.       Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to
         Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule
         3007-1 [D.I. 4028, 5/12/08]

         Response Deadline:    June 4, 2008 at 4:00 p.m.

         Related Documents:

                  a)       Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

         Responses Filed:      See Exhibit A, attached

         Status: An Order has been entered that partially sustains the Objection.  With respect to
                 the remainder of the relief requested and the remaining responses set forth on
                 Exhibit A, this matter will be adjourned.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland
corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a
Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a
New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company
(1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New
York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

2.    Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:    See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned

3.    Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m., extended to March 2, 2011 for certain parties

Related Documents:

a)    Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

b)    Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5463, 8/18/08]

c)    Re-Notice of Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9768, 2/7/11]

Responses Filed:    See Exhibit C, attached

Status: Orders have been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned.

YCST01:11132438.2                                    066585.1001

4.      Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section
        502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 5447, 8/15/08]

        Response Deadline:    September 8, 2008 at 4:00 p.m.

        Related Documents:

                a)      Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive)
                        Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code,
                        Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1   [D.I. 6217,
                        10/10/08]

                b)      Supplemental Declaration of Eileen Wanerka in Support of Debtors'
                        Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-
                        Third Omnibus Objections to Claims Pursuant to Section 502(b) of the
                        Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule
                        3007-1 [D.I. 7629, 7/22/09]

                c)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of
                        Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth,
                        Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to
                        Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                        Rules 3003 and 3007, and Local Rule 3007-1   [D.I. 8001, 9/2/09]

        Responses Filed:    Please see Exhibit D, attached

        Status:  An Order has been entered that partially sustains the Objection.  With respect to
                the remainder of the relief requested and the remaining responses set forth on
                Exhibit D, this matter will be adjourned.

5.      Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section
        502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 5569, 8/15/08]

        Response Deadline:    September 25, 2008 at 4:00 p.m.

        Related Document:

                a)      Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims
                        Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules
                        3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

                b)      Supplemental Declaration of Eileen Wanerka in Support of Debtors'
                        Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-
                        Third Omnibus Objections to Claims Pursuant to Section 502(b) of the

Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed: See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned.

6.    Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

Objection Deadline:   December 7, 2009 at 4:00 p.m.

Objections Filed:      None

Status: This matter will be adjourned.

7.    Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline:    December 3, 2008 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6703, 12/10/08]

Responses Filed:      See Exhibit F, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned.

8.    Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6825, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

a)      Order Sustaining Debtors' Twenty-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 7022, 2/17/09]

Responses Filed:      See Exhibit G, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned.

9.    Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

a)      Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

Responses Filed:      See Exhibit H, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit H, this matter will be adjourned.

10.    Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7084, 3/6/09]

Response Deadline:    March 30, 2009 at 4:00 p.m.

Related Documents:

a)      Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

b)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

      c)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Twenty-Fifth and Thirty-First Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 9977, 5/6/11]

Responses Filed:      See Exhibit I, attached.

Status: Orders have been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit I, this matter will be adjourned.

11.      Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7280, 4/15/09]

Response Deadline:      May 8, 2009 at 4:00 p.m.

Related Documents:

      a)      Order Sustaining Debtors' Thirty-Third Omnibus Substantive) Objection to Claims [D.I. 7399, 5/15/09]

      b)      Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:      See Exhibit J, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned.

12.      Debtors' Thirty-Fifth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7347, 5/6/09]

Response Deadline:      May 29, 2009 at 4:00 p.m.

Related Documents:

      a)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to

      

Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:        See Exhibit K, attached

Status: Orders have been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned.

13.    Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8174, 10/13/09]

Response Deadline:    November 6, 2009 at 4:00 p.m., extended to March 30, 2011 for certain parties

Related Documents:

a)    Order Sustaining Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8299, 11/13/09]

b)    Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 9816, 3/7/11]

c)    Revised Order Sustaining in Part Debtors' Forty-Fourth (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 9821, 3/9/11]

d)    Order Sustaining in Part Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 9816, 3/7/11] [D.I. 9861, 3/17/11]]

Responses Received:  See Exhibit L, attached

Status: Orders have been entered that partially sustain the Objection.  This matter is adjourned with respect to the items listed in Exhibit L.

14.     Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8939, 6/18/10]

Response Deadline:    July 12, 2010 at 4:00 p.m., extended to August 9, 2010 for Assured Guaranty Corp.

Related Document:

    a)    Order Sustaining in Part Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 9028, 7/19/10]

Responses Filed:    See Exhibit M

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit M, this matter will be adjourned.

15.     Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9176, 8/24/10]

Response Deadline:    September 16, 2010 at 4:00 p.m.

Related Document:

    a)    Order Sustaining in Part Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007 [D.I. 9254, 9/23/10]

Responses Filed:    See Exhibit N

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit N, this matter will be adjourned.

16.     Debtors' Sixty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 2007-1 [D.I. 9453, 11/15/10]

Response Deadline:    December 8, 2010 at 4:00 p.m.

Related Document:

066585.1001

      a)      Revised Order Sustaining Debtors' Sixty-Sixth Omnibus (Non-Substantive) Objection to Claims [D.I. 9552, 12/13/10]

Responses Filed: See Exhibit O, attached

Status: An Order has been entered which partially sustains this matter. This matter is adjourned with respect to the response of DB Structured as listed on Exhibit P.

17.    Debtors' Sixty-Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 2007-1 [D.I. 9454, 11/15/10]

    Response Deadline:    December 8, 2010 at 4:00 p.m.

    Related Document:

      a)      Revised Order Sustaining Debtors' Sixty-Seventh (Substantive) Objection to Claims [D.I. 9551, 12/13/10]

    Responses Filed: See Exhibit P, attached

    Status: An Order has been entered which partially sustains this matter. This matter is adjourned with respect to the response of Banc of America Leasing as listed on Exhibit P.

18.    Paul M. Deck's Request for Payment of Administrative Claim Seeking Administrative Claim of Thirty-Four Hundred Dollars ($3400.00) [D.I. 9608, 12/30/10]

    Objection Deadline:    April 5, 2011 at 4:00 p.m., extended to July 4, 2011 at 4:00 p.m.

    Objections Filed:    None to date

    Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET).

19.    Bernaillo County's Motion for Administrative Claim [D.I. 9618, 1/3/11]

    Objection Deadline:    April 5, 2011 at 4:00 p.m., extended to July 4, 2011 at 4:00 p.m.

    Responses Filed:    None to date

    Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET).

    

20.    Banc of America Leasing & Capital, LLC's Request for Allowance and Payment of
       Administrative Expense Claim [D.I. 9619, 1/4/11]

       Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00
                              p.m. (ET)

       Objections Filed:      None to date

       Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET)

21.    The United States' Amended Request for Payment of Chapter 11 Administrative
       Expenses [D.I. 9624, 1/4/11]

       Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00
                              p.m. (ET)

       Objections Filed:      None to date

       Status: The matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET)

22.    Application of Countrywide Bank, N.A. and Countrywide Home Loans, Inc. for
       Allowance of Administrative Expenses [D.I. 9625, 1/5/11]

       Objection Deadline:    April 29, 2011 at 4:00 p.m. (ET), extended to July 5, 2011 at 4:00
                              p.m. (ET)

       Objections Filed:      None to date

       Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET).

23.    Request by City of Hartford, Connecticut for Payment of Administrative Expense [D.I.
       9626, 1/4/11]

       Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00
                              p.m. (ET)

       Objections Filed:      None to date

           Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET).

24.    Lewisville Independent School District's Request for Payment of Administrative
       Expense [D.I. 9630, 1/4/11]

       Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00
                              p.m. (ET)

Objections Filed:     None to date

Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET).

25.    Iron Mountain Information Management, Inc.'s Request for Allowance and Payment of
       Administrative Expenses (Hardcopy) [D.I. 9636, 1/5/11]

       Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00
                              p.m. (ET)

       Objections Filed:     None to date

       Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET).

26.    Iron Mountain Information Management, Inc.'s Request for Allowance and Payment of
       Administrative Expenses (Data) [D.I. 9637, 1/5/11]

       Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00
                              p.m. (ET)

       Objections Filed:     None to date

       Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET).

27.    Application of Normal Loftis for Allowance and Payment of Administrative Expense
       Claim Pursuant to Section 503(b) of the Bankrupty Code [D.I. 9638, 1/5/11]

       Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00
                              p.m. (ET)

       Objections Filed:     None to date

       Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET).

28.    Oracle America, Inc.'s Request for Allowance and Payment of Chapter 11
       Administrative Expense [D.I. 9639, 1/5/11]

       Objection Deadline:    February 3, 2011 at 4:00 p.m., extended to March 3, 2011 for the
                              Plan Trust

       Objections Filed:     None

       Status: This matter is settled in principle subject to documentation.

29.    Request of American Home Mortgage Servicing, Inc., formerly known as AH Mortgage Acquisition Co., Inc. for Allowance and Payment of an Administrative Expense Claim [D.I. 9640, 1/5/11]

   Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00 p.m. (ET)

   Objections Filed:    None to date

   Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET).

30.    Debtors' Seventy-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9661, 1/11/11]

   Response Deadline: February 3, 2011 at 4:00 p.m. (ET)

   Related Document:

       a)    Order (Revised) Sustaining in Part Debtors' Seventy-First Omnibus (Substantive) Objection to Claims [D.I. 9778, 2/9/11]

   Responses Filed:    See Exhibit Q

   Status: This matter will be adjourned with respect to the informal response from the U.S. Department of Labor.  An Order has been entered resolving the remainder of this matter.

31.    Protective Claim of Fred R. Hodoval, Rollover IRA, Pershing LLC, Custodian, Recognized Claim Number 1223571 [D.I. 9662, 1/10/11]

   Objection Deadline:    Extended to July 4, 2011 at 4:00 p.m. (ET)

   Objections Filed:    None to date

   Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET)

32.    Hussain Kareem's Motion for Entry of Administrative Claim with Brief in Support [D.I. 9692, 1/20/11]

   Objection Deadline:    March 2, 2011 at 4:00 p.m. (ET) extended to July 4, 2011 at 4:00 p.m. (ET)

   Objections Filed:    None to date

   Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET)

33.     Plan Trust's Seventy-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9771, 2/7/11]

Response Deadline:    March 2, 2011 at 4:00 p.m.

Related Document:

    a)    Order Sustaining in Part Plan Trust's Seventy-Third (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9822, 3/9/11]

Responses Filed:    See Exhibit R, attached.

Status: An Order has been entered which partially sustains the objection. This matter has been adjourned with respect to the respond of J.P. Morgan Mortgage Acquisition Co. as listed on Exhibit R.

34.     Plan Trust's Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9817, 3/7/11]

Response Deadline:    March 30, 2011 at 4:00 p.m. (ET)

Related Document:

    a)    Order [D.I. 9913, 4/5/11]

Responses Filed:    See Exhibit S, attached.

Status: An order has been entered which partially sustains the Objection. This matter is adjourned with respect to those items listed in Exhibit S.

35.     Plan Trust's Seventy-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9818, 2/7/11]

Response Deadline:    March 30, 2011 at 4:00 p.m. (ET)

Related Document:

    a)    Order  [D.I. 9919, 4/6/11]

Responses Filed:    See Exhibit T, attached.

YCST01:11132438.2                                                    066585.1001

Status: An order has been entered which partially sustains the Objection. This matter is adjourned with respect to those items listed in Exhibit T.

36.    Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9818, 2/7/11]

Response Deadline:    May 4, 2011 at 4:00 p.m. (ET)

Related Document:

a)    Revised Order Sustaining in Part Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9994, 5/9/11]

Responses Filed:    See Exhibit U, attached.

Status: An order has been entered which partially sustains the Objection. This matter is adjourned with respect to those items listed in Exhibit U.

37.    Plan Trust's Seventy-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10014, 5/20/11]

Response Deadline:    June 14, 2011 at 4:00 p.m. (ET)

Related Documents:

a)    Notice of Partial Withdrawal [D.I. 10026, 5/31/11]

Responses Filed:    See Exhibit V, attached.

Status: With respect to Exhibit V, this matter is adjourned regarding the claims of DB Structured Products and the Objection is withdrawn regarding the claim of Dawn May. With respect to the remainder of this matter, the Plan Trustee anticipates submitting a revised order under certification of counsel.

38.    Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10015, 5/20/11]

Response Deadline:    June 14, 2011 at 4:00 p.m. (ET)

Responses Filed:    See Exhibit W, attached

Status: With respect to Exhibit W, this matter will be adjourned.  With respect to the remainder of this matter, the Plan Trustee anticipates submitting a revised order under certification of counsel.

39.  Pre-Trial Conference – Steven D. Sass, as Plan Trustee of the American Home Mortgage Plan Trust v. Barclays Bank PLC and Barclays Capital Inc., Adversary No. 11-51851]

Status: This matter will be adjourned to July 19, 2011 at 10:00 a.m. (ET).

Dated: June 17, 2011                      YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
       Wilmington, Delaware

                                          */s/ Michael S. Neiburg*
                                          Sean M. Beach (No. 4070)
                                          Margaret Whiteman Greecher (No. 4652)
                                          Patrick A. Jackson (No. 4976)
                                          Michael S. Neiburg (No. 5275)
                                          The Brandywine Building
                                          1000 West Street - 17th Floor
                                          P.O. Box 391
                                          Wilmington, Delaware  19899
                                          Telephone: (302) 571-6600
                                          Facsimile: (302) 571-1253

                                          -and-

                                          HAHN & HESSEN LLP
                                          Mark S. Indelicato
                                          Edward L. Schnitzer
                                          488 Madison Avenue
                                          New York, New York 10022
                                          Telephone: (212) 478-7200
                                          Facsimile: (212) 478-7400

                                          *Co-Counsel to the Plan Trustee*

YCST01:11132438.2                                          066585.1001

## Exhibit A, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Assoc. | 4362, 6/4/08 | Adjourned |

## Exhibit B, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned |

## Exhibit C, Thirteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Countrywide | 5337, 8/8/08 | Adjourned |
|  | FGIC | 5351, 8/11/08 | Adjourned |
|  | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned |
|  | Deutsche Bank | 5356, 8/11/08 | Adjourned |
|  | AT&T Global Services |  | Adjourned |

## Exhibit D, Fifteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Shervonne Powell | 5814, 9/11/08 | Adjourned |
|  | John Johnston | 5818, 9/11/08 | Adjourned |
|  | Grailing Carter | 5947, 9/17/08 | Adjourned |

## Exhibit E, Seventeenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned |

## Exhibit F, Twenty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Scott Jossart |  | Adjourned |

16

### Exhibit G, Twenty-Eighth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | DB Structured Products, Inc. | | Adjourned |

### Exhibit H, Twenty-Ninth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Credit Suisse | | Adjourned |
| | Sharaine Hughes | | Adjourned |

### Exhibit I, Thirty-First Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Norman Loftis | 7176, 3/30/09 | Adjourned |
| | David Michaud | 7352, 5/8/09 | Adjourned |
| | Douglas Huston | 7353, 5/8/09 | Adjourned |

### Exhibit J, Thirty-Third Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | State of Hawaii | 7341, 4/30/09 | Adjourned |

### Exhibit K, Thirty-Fifth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | EMC | 7466, 5/29/09 | Adjourned |

17

### Exhibit L, Forty-Fourth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Association |  | Adjourned |
|  | Bank of America, N.A. |  | Adjourned |
|  | CitiMortgage Inc. |  | Adjourned |
|  | Merrill Lynch Mortgage Lending |  | Adjourned |
|  | Aurora Loan Services LLC |  | Adjourned |

### Exhibit M, Fifty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Assured Guaranty Corp. |  | Adjourned |

### Exhibit N, Sixty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | New York City Department of Finance |  | Adjourned |

### Exhibit O, Sixty-Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DB Structured Products, Inc. | 9516, 11/15/10 | Adjourned |
|  | Bank of New York | Informal | Resolved |

### Exhibit P, Sixty-Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Banc of America Leasing & Capital, LLC | 9535, 12/7/10 | Adjourned |

### Exhibit Q, Seventy-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Department of Labor |  | Adjourned |

YCST01:11132438.2                                    066585.1001

### Exhibit R, Seventy-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | J.P. Morgan Mortgage Acquisition Corp. | Informal | Adjourned |

### Exhibit S, Seventy-Forth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Placer County |  | Adjourned |

### Exhibit T, Seventy-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Imperial County |  | Adjourned |

### Exhibit U, Seventy-Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | UBS Securities LLC POC No. 10787 |  | Adjourned |
|  | Countrywide Bank, F.S.B. |  | Adjourned |
|  | Countrywide Home Loans, Inc. |  | Adjourned |
|  | Citigroup Global Markets, Inc. |  | Adjourned |
|  | Deutsche Bank National Trust |  | Adjourned |

### Exhibit V, Seventy-Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DB Structured Claim Nos. 10758 and 10759 |  | Adjourned |
|  | Dawn May Claim No. 10902 |  | The Objection is withdrawn |

### Exhibit W, Seventy-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Ventura County | 10044, 6/14/11 | Adjourned |

19