```
              IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Case No.
                                )    (Jointly Administered)
                                )
AMERICAN HOME MORTGAGE          )    Chapter 11
HOLDINGS, INC.                  )
 a Delaware corporation,        )
              et al.,
                                )    Courtroom
                                )    824 Market Street
        Debtors.                )    Wilmington, Delaware
                                )
                                )    April 6, 2009
                                )    Time 2:00 p.m.


                     TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE CHRISTOPHER SONTCHI
                  UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Debtor:             Yong Conaway Stargatt & Taylor, LLP
                        BY: NATHAN GROW, ESQ.
                        BY: MAGGIE WHITEMAN GREECHER, ESQ.
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        Wilmington, DE  19801
                        (302) 571-6600


For Creditors Committee: Blank Rome, LLP
                         BY: VICTORIA A. GUILFOYLE, ESQ.
                         1201 Market Street, Ste. 800
                         Wilmington, DE  19801
                         (302) 425-6404


ECRO:                   LESLIE MURIN

Transcription Service:  DIAZ DATA SERVICES
                        331 Schuylkill Street
                        Harrisburg, Pennsylvania 17110
                        (717) 233-6664
                        www.diazdata.com



Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
APPEARANCES:
(Continued)

For Official Committee
Of Unsecured Creditors:   Hahn & Hessen
                          BY: EDWARD SCHNITZER, ESQ.
                          488 Madison Avenue
                          New York, NY 10022
                          (212) 478-7215

For Citi Financial:       Edwards Angell Palmer & Dodge
                          BY: CRAIG MARTIN, ESQ.
                          919 North Market Street, 15th Floor
                          Wilmington, DE  19801
                          (302) 425-7139

TELEPHONIC APPEARANCES:

For ABN AMRO Bank:        Millbank Tweed Hadley & McCloy
                          BY: ROBERT J. MOORE, ESQ.
                          BY: FRED NEUFELD, ESQ.
                          (213) 892-4344
```

1

```
 1   WILMINGTON, DELAWARE, APRIL 6, 2009, 2:00 P.M.
 2              THE COURT:  Please be seated.
 3              MS. WHITEMAN:  Good afternoon, Your Honor.
 4              THE COURT:  Good afternoon.
 5              MS. WHITEMAN:  Margaret Whiteman-Greecher from
 6   Young Conaway on behalf of the debtors.  Your Honor, with
 7   respect to the American Home Mortgage Agenda, matters
 8   numbers 1 through 22 have been adjourned or resolved.  I've
 9   also had -- and have been in contact with your Chambers.
10   We've had several matters that were adjourned at the last
11   minute.  I think it's probably easiest to run through those
12   quickly and then go straight to the claim objections.
13              THE COURT:  Very good.
14              MS. WHITEMAN:  Matters number 24 and 25, which
15   are motions of Mona Dobben, have been adjourned at the
16   request of their attorney and in agreement with both the
17   debtors and the committee.  Matter number 26 has been
18   resolved in principle.  It will be filed under Certification
19   of Counsel.  We have a couple of nits in the Order that we
20   want to take care of this afternoon.
21              THE COURT:  Very good.
22              MS. WHITEMAN:  And then finally, with respect to
23   matter 29, which is the Motion for Stay of Relief from
24   Bayview, that matter has been adjourned at the request of
25   Bayview's Counsel, which leaves us going back to matter
```

1   number 23 which is the Twelfth Omnibus Objection and I will

2   turn that over to my colleague, Nate Grow.

3               THE COURT:  Mr. Grow.

4               MR. MARTIN:  Hello, Judge Sontchi.  Craig Martin.

5   I was appearing on behalf of City Services Financial which

6   is one of the matters that we've agreed to and we'll submit

7   under the Certification of Counsel.  May I excuse myself?

8               THE COURT:  Yes, of course.  Thank you.

9               MR. MARTIN:  Thank you.

10              THE COURT:  Mr. Grow, are any of these -- are

11  there any pending Objections to these --

12              MR. GROW:  Pending Objections?

13              THE COURT:  The responses to the claim

14  objections?

15              MR. GROW:  Well, there's a number to discuss

16  where we've had adjustments to the Order.

17              THE COURT:  Okay.

18              MR. GROW:  I don't think we have any responses

19  where we're going to have contested where other parties have

20  made an appearance on the phone or in the Courtroom.

21              THE COURT:  Okay.

22              MR. GROW:  But if it's all right with Your Honor,

23  there are several things to run through.

24              THE COURT:  Okay.  No problem.

25              MR. GROW:  Okay.  Item number 23 on the Amended

1  Agenda is the Twelfth Omnibus Objection to Claims.  This was
2  filed back in July, 2008.  We've been working diligently to
3  resolve some of our adjourned Claim Objections and we
4  submitted a number of resolutions under Certification of
5  Counsel and Your Honor has entered Orders on those.  I'd
6  like to thank you for that.  And with respect to this one,
7  in the Twelfth Omnibus Objection, we objected -- the debtors
8  objected to the claims of Kruse Way and Meadows Lake Oswego
9  on the basis that they failed to provide any documentation
10 with their claims.  At the time of the Objection, they filed
11 a response saying that they would submit additional
12 documentation and we've been in continual contact with them
13 requesting additional documentation and we've made a number
14 of empty threats that we were going to go forward at the
15 next hearing if we did not receive any and for the hearing
16 today, we gave them notification a week ago that we would go
17 forward if we did not receive any additional documentation.
18 I did not receive any.  I've prepared a form of Order
19 sustaining the Twelfth Omnibus Objection with respect to
20 their claim -- claims and unless Your Honor has any
21 questions, we'd request that the Objection be sustained with
22 respect to their three claims.
23         THE COURT:  I have no response or -- I'm sorry.
24 I have no comments and I will sustain the objection.
25         MR. GROW:  Okay, Your Honor.  If I may approach,

1 I'll hand up the Order and also revised Orders and black
2 lines through our other Claim Objections today.
3         THE COURT:  All right.
4         MR. GROW:  Thank you.
5         THE COURT:  Thank you.
6         MR. GROW:  Okay, Your Honor.  Item number 27 is
7 the debtor's Thirtieth Omnibus Non-Sustentative Objection to
8 Claims and we received a few responses.  If Your Honor will
9 indulge me, I'll run through them --
10         THE COURT:  Yes.
11         MR. GROW:  -- quickly.  And referring to the
12 exhibits at the end of the Amended Agenda, we will talk
13 through these by number.  It's Exhibit S to the Amended
14 Agenda.  It corresponds to the Thirtieth Omnibus Objection.
15 Number one, response number one, was filed by E.M.
16 Henderson.  The debtors objected to his claim as an equity
17 claim, a claim filed solely on account of Mr. Henderson's
18 equity interest in the debtors.  His response says that the
19 Objection is contradictory and confusing.  Unfortunately, I
20 couldn't reach out to Mr. Henderson.  I could not locate a
21 phone number anywhere but the debtors would request that the
22 Objection be sustained notwithstanding his response.
23         THE COURT:  It will be.
24         MR. GROW:  Okay.  In light of responses number
25 two and three on Exhibit S on the Amended Agenda, the

1  debtors would like to withdraw the Objection with respect to
2  those claims, also would like to adjourn the Objection with
3  respect to number four, Richard Barrett-Snyder, and then
4  response number five, Dallas County filed a response to the
5  Objection only to point out a typo in one of the exhibits
6  which we have corrected.  Response number six, Property Shop
7  Realty and Appraisal filed a response reasserting their
8  claim to $400 which the debtors agree to but we wanted to
9  reclassify it as an unsecured claim.  We've adjusted it to
10 an exhibit and sustained the Thirty-First Omnibus Objection
11 so that we could do that.
12             THE COURT:  All right.
13             MR. GROW:  Okay.  I have nothing else regarding
14 the Thirtieth unless Your Honor has any questions.
15             THE COURT:  No questions.  Does anyone wish to be
16 heard?  I'll sign the Order.
17             MR. GROW:  Okay.  Thank you, Your Honor.  Moving
18 on to Item 28 on the Agenda which is the Thirty-First
19 Omnibus Objection to Claims, this Objection is similar in
20 its categories to other Objections that we filed in this
21 case with the exception of one new category which is equity
22 fraud claims.  And just to provide a word on those before we
23 get to everything else, the equity fraud claims are claims
24 that were filed by claimants who own or owned equity
25 interest in the debtors and who allege that, as a result of

1   the debtors' fraud, mis-statements, alleged security
2   violations, that these claimants suffered harm.  The debtors
3   submit that Section 510(b) of the Bankruptcy Code
4   subordinates these claims below other claims against the
5   debtors and the debtors' Confirmed Plan tracks the language
6   of 510(b) and puts these claims in separate classes, Classes
7   1-D, 2-D, 3-D, 4-D, etc.  And under the Plan under Section
8   510(b), the debtors believe that these claims are already
9   subordinated but we filed the Objection out of an abundance
10  of caution to give them a chance to object to their
11  categorization or any other objections that they would like
12  to raise.  So they're all contained in I believe it's
13  Exhibit J to the Thirty-First Omnibus Objection.  We
14  received a number of responses.  It's numbers 1, 2, 4, 5, 6,
15  7, 9, 10, 11, 13, 15, 18, 23, 24, 25, and 41.  And looking
16  through these responses, none of them raise any argument
17  against subordination under 510(b).  Most of these responses
18  merely reassert the validity of the claimant's security
19  interests or reassert allegations of fraud and the debtors
20  don't dispute or make no statement as to whether these
21  parties hold valid security interests, do not respond to the
22  allegations of fraud, but the debtors believe that there was
23  no fraud committed.  But either way, the debtors believe
24  that the claims should be subordinated pursuant to 510(b)
25  and pursuant to the Confirmed Plan.  One response to take

1  note of, it's response number 15 in the Agenda, Exhibit T.
2  There was a response filed by Class Action Plaintiffs in In
3  Re: American Home Mortgage Securities Litigation and they
4  requested some language in the Order to reserve their rights
5  as to against third parties and insurers.  We've been
6  working with them to agree to language but they had a lot of
7  parties to confirm that language with and we didn't get the
8  language agreed to for the Order today.  So we're adjourning
9  with respect to them and we'll submit a separate Order that
10 has some reservation of rights for them.  But with respect
11 to all of the other claimants that asserted equity fraud
12 claims, the debtors would request that their claims be
13 expunged.
14             THE COURT:  Does anyone wish to be heard on that
15 issue?  All right.  I'll sustain the objection.
16             MR. GROW:  Okay.  Thank you, Your Honor.  Okay.
17 Moving on quickly then, there were another bunch of claims
18 that we have adjourned out of the Objection in light of the
19 responses received.  These are all noted on the Agenda
20 correctly with the exception of one that we've included.  We
21 got contacted this morning by Promotional Products Partners
22 who also have a concern with the Objection to their claim.
23 So in addition to the ones that are noted on the Agenda as
24 adjourned, we'd also like to adjourn with respect to
25 Promotional Products Partners.

1                THE COURT:  That's fine.  I see that's in the
2    Order.
3                MR. GROW:  It is in the Order.
4                THE COURT:  Okay.
5                MR. GROW:  Okay.  And also noted in the Order is
6    that the debtors are withdrawing with prejudice with respect
7    to number 21, Mary O'Connell, and withdrawn without
8    prejudice with respect to numbers 42 and 43 ACC American
9    Insurance and Westchester Surplus Lines Insurance Company.
10   We submitted this morning also a Stipulation regarding the
11   withdrawal of the Objection, withdrawal of those claims by
12   ACC and Westchester Surplus.
13               THE COURT:  Okay.
14               MR. GROW:  Okay.  So moving along, a few other
15   adjustments to the Order here.  With respect to number 14 on
16   Exhibit T, response filed by Corporate Express, the claimant
17   responded to the debtors' Objection with additional
18   documentation and, in light of the additional documentation,
19   the debtors agree that they have a claim but the claim
20   should be against American Home Mortgage Corp. rather than
21   American Home Mortgage Holdings.  Claimant is in agreement
22   with that so we've moved the claim from Exhibit I to Exhibit
23   B in the Thirtieth Omnibus Objection so that we're just
24   switching the debtor and doing nothing else with the claim.
25               THE COURT:  All right.

1        MR. GROW: With respect to response number 19,
2   New York State Department of Taxation, the debtors objected,
3   arguing that they owed no liability on account of this
4   claim. The New York State Department of Taxation responded
5   saying that they still believe they have a claim of $5,000
6   unsecured. The debtors do not contest that and accordingly,
7   we've moved that claim from the exhibit that it was on to
8   the modified amount exhibit leaving them a $5,000 unsecured
9   claim. Number 27, response filed by Patrick Kobielsky, this
10  was a claim for commissions on brokered loans. The debtors
11  objected to reduce the amount of the claim from 13,000 and
12  change to around 3,000. The claimant provided additional
13  documentation to show he's entitled to a claim of 10,950
14  priority, 125.26 unsecured so we've made the appropriate
15  adjustments to the exhibits and to the Order.
16       THE COURT: Okay.
17       MR. GROW: Claim number -- response number 28 on
18  the Agenda, Liberty Property Limited Partnership, the
19  debtors objected to reduce the amount of the claim and to
20  change the claim from against American Home Mortgage
21  Holdings to American Home Mortgage Corp. Claimant provided
22  additional documentation to show that the claim should be
23  against Holdings rather than Corp. So we've modified that
24  one to make it a modified debtor claim as opposed to a
25  modified amount to wrong debtor claim. Response number 29

1   filed by Inland Wester, Bradentown Beachway, LLC, the

2   debtors objected to reduce the claim by the amount of $6,000

3   and that $6,000 was on account of a security deposit held by

4   Inland.  So instead of reducing, we are reclassifying as

5   $6,000 secured, 47,475.14 unsecured.  Response number 30

6   filed by Lee County, the debtors objected as a modified,

7   reclassified, wrong debtor claim.  The claimant responded to

8   point out that the claim has, in fact, been amended and

9   superseded by claim number 10582.  So we have moved the

10  Objection to their claim and instead to object to it as an

11  amended claim in the Thirtieth Omnibus Objection.  Last

12  one --

13              THE COURT:  So the amended claim survives?

14              MR. GROW:  The amended claim survives.  Response

15  number 31, 2250 Lively, LLC, we have, in light of

16  communications with the claimant, we've modified the

17  Objection to reduce and adjust the priority so that the

18  claim is 9,549.86 administrative, 7,634 secured, 61,695.65

19  unsecured, non-priority.  And Your Honor, that is all of the

20  adjustments we've made to the Order unless Your Honor has

21  any other questions or concerns.

22              THE COURT:  I just have one question.  Ms.

23  Zamansky spoke with you earlier today about a telephone

24  call.  Did that have anything to do with any of these?

25              MR. GROW:  Yes.  Actually, that was Promotional

```
 1  Products Partners --
 2              THE COURT:  Okay.
 3              MR. GROW:  -- that I mentioned.  So we're
 4  adjourning with respect to that.
 5              THE COURT:  Very good.  All right.  Anyone wish
 6  to be heard?  I'll sign the Order.
 7              MR. GROW:  Okay.  Thank you very much, Your
 8  Honor.  Unless there's anything else, that's all that we
 9  have.
10              THE COURT:  Hearing adjourned.
11
12  (Whereupon, at 2:21 p.m., the hearing was adjourned.)
13
14                        CERTIFICATION
15         I certify that the foregoing is a correct
16  transcript from the electronic sound recording of the
17  proceedings in the above-entitled matter.
18
19
20  _____         14 June 2011
21  Tammy L. Kelly, Transcriber                   Date
22
23
24
```

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **abn**(1) | 2:19 | **attorney**(1) | 3:17 | **contest**(1) | 11:7 | **expunged**(1) | 9:14 |
| **about**(1) | 12:24 | **avenue**(1) | 2:7 | **contested**(1) | 4:20 | **fact**(1) | 12:9 |
| **aboveentitled**(1) | 13:18 | **back**(2) | 4:1 5:3 | **continual**(1) | 5:13 | **failed**(1) | 5:10 |
| **abundance**(1) | 8:10 | **bank**(1) | 2:19 | **continued**(1) | 2:2 | **few**(2) | 6:9 10:15 |
| **acc**(1) | 10:9 | **bankruptcy**(3) | 1:1 1:22 8:4 | **contradictory**(1) | 6:20 | **filed**(15) | 3:19 5:3 5:11 6:16 6:18 7:5 7:8 7:21 7:25 8:10 9:3 10:17 11:10 12:2 12:7 |
| **accordingly**(1) | 11:7 | **barrett-snyder**(1) | 7:4 | **corp**(3) | 10:21 11:22 11:24 | | |
| **account**(3) | 6:18 11:4 12:4 | **basis**(1) | 5:10 | **corporate**(1) | 10:17 | | |
| **action**(1) | 9:3 | **bayview**(1) | 3:25 | **corporation**(1) | 1:10 | **finally**(1) | 3:23 |
| **actually**(1) | 13:1 | **bayview's**(1) | 4:1 | **correct**(1) | 13:16 | **financial**(2) | 2:11 4:6 |
| **addition**(1) | 9:24 | **beachway**(1) | 12:2 | **corrected**(1) | 7:7 | **fine**(1) | 10:2 |
| **additional**(7) | 5:12 5:14 5:18 10:18 10:19 11:13 11:23 | **been**(9) | 3:9 3:10 3:16 3:18 3:25 5:3 5:13 9:6 12:9 | **correctly**(1) | 9:21 | **five**(1) | 7:5 |
| | | | | **corresponds**(1) | 6:15 | **floor**(2) | 1:30 2:13 |
| **adjourn**(2) | 7:3 9:25 | **before**(2) | 1:21 7:23 | **could**(2) | 6:21 7:12 | **for**(12) | 1:2 1:26 1:34 2:4 2:11 2:19 3:24 5:7 5:16 9:9 9:11 11:11 |
| **adjourned**(9) | 3:9 3:11 3:16 3:25 5:4 9:19 9:25 13:11 13:13 | **behalf**(2) | 3:7 4:6 | **couldn't**(1) | 6:21 | | |
| | | **believe**(5) | 8:9 8:13 8:23 8:24 11:6 | **counsel**(4) | 3:20 4:1 4:8 5:6 | **foregoing**(1) | 13:16 |
| **adjourning**(2) | 9:9 13:5 | **below**(1) | 8:5 | **county**(2) | 7:5 12:7 | **form**(1) | 5:19 |
| **adjust**(1) | 12:18 | **black**(1) | 6:2 | **couple**(1) | 3:20 | **forward**(2) | 5:15 5:18 |
| **adjusted**(1) | 7:10 | **blank**(1) | 1:34 | **course**(1) | 4:9 | **four**(1) | 7:4 |
| **adjustments**(4) | 4:17 10:16 11:16 12:21 | **both**(1) | 3:17 | **court**(30) | 1:1 3:3 3:5 3:14 3:22 4:4 4:9 4:11 4:14 4:18 4:22 4:25 5:24 6:4 6:6 6:11 6:24 7:13 7:16 9:15 10:2 10:5 10:14 11:1 11:17 12:14 12:23 13:3 13:6 13:11 | **fraud**(7) | 7:23 7:24 8:2 8:20 8:23 8:24 |
| **administered**(1) | 1:6 | **bradentown**(1) | 12:2 | | | **fred**(1) | 2:21 |
| **administrative**(1) | 12:19 | **brandywine**(1) | 1:29 | | | **from**(7) | 3:6 3:24 10:23 11:8 11:12 11:21 13:17 |
| **afternoon**(3) | 3:4 3:5 3:21 | **brendan**(1) | 1:21 | | | | |
| **against**(6) | 8:5 8:18 9:6 10:21 11:21 11:24 | **brokered**(1) | 11:11 | **courtroom**(2) | 1:12 4:21 | **gave**(1) | 5:17 |
| **agenda**(10) | 3:8 5:2 6:13 6:15 7:1 7:19 9:2 9:20 9:24 11:19 | **building**(1) | 1:29 | **craig**(2) | 2:12 4:5 | **get**(2) | 7:24 9:8 |
| | | **bunch**(1) | 9:18 | **creditors**(2) | 1:34 2:5 | **give**(1) | 8:11 |
| **ago**(1) | 5:17 | **but**(9) | 4:23 6:22 7:9 8:10 8:23 8:24 9:7 9:11 10:20 | **dallas**(1) | 7:5 | **going**(3) | 4:1 4:20 5:15 |
| **agree**(3) | 7:9 9:7 10:20 | | | **data**(1) | 1:42 | **good**(5) | 3:4 3:5 3:14 3:22 13:6 |
| **agreed**(2) | 4:7 9:9 | | | **date**(1) | 13:22 | **got**(1) | 9:22 |
| **agreement**(2) | 3:17 10:22 | **call**(1) | 12:25 | **debtor**(5) | 1:26 10:25 11:25 12:1 12:8 | **grecher**(1) | 1:28 |
| **all**(11) | 4:23 6:4 7:13 8:13 9:12 9:16 9:20 11:1 12:20 13:6 13:9 | **care**(1) | 3:21 | **debtors**(25) | 1:14 3:7 3:18 5:8 6:17 6:19 6:22 7:2 7:9 8:1 8:3 8:6 8:9 8:20 8:23 8:24 9:13 10:7 10:20 11:3 11:7 11:11 11:20 12:3 12:7 | **grow**(26) | 1:27 4:3 4:4 4:11 4:13 4:16 4:19 4:23 5:1 6:1 6:5 6:7 6:12 6:25 7:14 7:18 9:17 10:4 10:6 10:15 11:2 11:18 12:15 13:1 13:4 13:8 |
| | | **case**(2) | 1:5 7:22 | | | | |
| | | **categories**(1) | 7:21 | | | | |
| | | **categorization**(1) | 8:12 | | | | |
| **allegations**(2) | 8:20 8:23 | **category**(1) | 7:22 | | | | |
| **allege**(1) | 8:1 | **caution**(1) | 8:11 | **debtors'**(3) | 8:2 8:6 10:18 | **guilfoyle**(1) | 1:35 |
| **alleged**(1) | 8:2 | **certification**(4) | 3:19 4:8 5:5 13:15 | **debtor's**(1) | 6:8 | **had**(4) | 3:10 3:11 4:17 9:7 |
| **along**(1) | 10:15 | **certify**(1) | 13:16 | **delaware**(4) | 1:2 1:10 1:14 3:1 | **hadley**(1) | 2:19 |
| **already**(1) | 8:9 | **chambers**(1) | 3:10 | **department**(2) | 11:3 11:5 | **hahn**(1) | 2:5 |
| **also**(7) | 3:10 6:2 7:3 9:23 9:25 10:6 10:11 | **chance**(1) | 8:11 | **deposit**(1) | 12:4 | **hand**(1) | 6:2 |
| **amended**(8) | 5:1 6:13 6:14 7:1 12:9 12:12 12:14 12:15 | **change**(2) | 11:13 11:21 | **diaz**(1) | 6:2 | **harm**(1) | 8:3 |
| | | **chapter**(1) | 1:8 | **did**(4) | 5:16 5:18 5:19 12:25 | **harrisburg**(1) | 1:44 |
| | | **citi**(1) | 2:11 | **didn't**(1) | 9:8 | **has**(8) | 3:18 3:25 5:6 5:21 7:15 9:11 12:9 12:21 |
| **american**(7) | 3:8 9:4 10:9 10:21 10:22 11:21 11:22 | **city**(1) | 4:6 | **diligently**(1) | 5:3 | | |
| | | **claim**(37) | 3:13 4:14 5:4 5:21 6:3 6:17 6:18 6:18 7:9 7:10 9:23 10:20 10:20 10:23 10:25 11:5 11:6 11:8 11:10 11:11 11:12 11:14 11:18 11:20 11:21 11:23 11:25 12:1 12:3 12:8 12:9 12:10 12:11 12:12 12:14 12:15 12:19 | **discuss**(1) | 4:16 | | |
| **amount**(5) | 11:9 11:12 11:20 12:1 12:3 | | | **dispute**(1) | 8:21 | **have**(20) | 3:9 3:10 3:16 3:20 4:19 4:20 4:20 5:24 5:25 7:7 7:14 9:19 9:23 10:20 11:6 12:10 12:16 12:23 12:25 13:10 |
| **amro**(1) | 2:19 | | | **district**(1) | 1:2 | | |
| **and**(55) | 3:10 3:13 3:15 3:17 3:18 3:23 4:2 4:7 5:4 5:6 5:7 5:9 5:13 5:14 5:16 5:21 5:25 6:2 6:2 6:9 6:12 6:20 7:1 7:4 7:8 7:11 7:23 8:1 8:6 8:7 8:8 8:16 8:16 8:20 9:1 9:4 9:6 9:8 9:9 9:10 10:6 10:8 10:9 10:10 10:13 10:19 10:25 11:7 11:12 11:16 11:2 12:4 12:9 12:11 12:18 12:20 | | | **dobben**(1) | 3:16 | | |
| | | | | **documentation**(8) | 5:10 5:13 5:14 5:18 10:19 10:19 11:14 11:23 | **heard**(3) | 7:17 9:15 13:7 |
| | | **claimant**(6) | 10:17 10:22 11:13 11:22 12:8 12:17 | **dodge**(1) | 2:11 | **hearing**(4) | 5:16 5:16 13:11 13:13 |
| | | | | **does**(2) | 7:16 9:15 | **held**(1) | 12:4 |
| | | | | **doing**(1) | 10:25 | **hello**(1) | 4:5 |
| | | **claimants**(3) | 7:25 8:3 9:12 | **don't**(2) | 4:19 8:21 | **henderson**(2) | 6:17 6:21 |
| | | **claimant's**(1) | 8:19 | **earlier**(1) | 12:24 | **henderson's**(1) | 6:18 |
| | | **claims**(20) | 5:2 5:9 5:11 5:21 5:23 6:9 7:3 7:20 7:23 7:24 7:24 8:5 8:5 8:7 8:9 8:25 9:13 9:13 9:18 10:12 | **easiest**(1) | 3:12 | **here**(1) | 10:16 |
| **angell**(1) | 2:11 | | | **ecro**(1) | 1:40 | **hessen**(1) | 2:5 |
| **another**(1) | 9:18 | | | **edward**(1) | 2:6 | **he's**(1) | 11:14 |
| **any**(13) | 4:11 4:12 4:19 5:10 5:16 5:18 5:19 5:21 7:15 8:12 8:17 12:22 12:25 | | | **edwards**(1) | 2:11 | **his**(3) | 6:17 6:19 6:23 |
| | | **class**(1) | 9:3 | **either**(1) | 8:24 | **hold**(1) | 8:22 |
| | | **classes**(2) | 8:7 8:7 | **electronic**(2) | 1:49 13:17 | **holdings**(4) | 1:9 10:22 11:22 11:24 |
| **anyone**(3) | 7:16 9:15 13:6 | **code**(1) | 8:4 | **else**(4) | 7:14 7:24 10:25 13:9 | **home**(7) | 1:8 3:8 9:4 10:21 10:22 11:21 11:22 |
| **anything**(2) | 12:25 13:9 | **colleague**(1) | 4:3 | **empty**(1) | 5:15 | | |
| **anywhere**(1) | 6:22 | **comments**(1) | 5:25 | **end**(1) | 6:13 | | |
| **appearance**(1) | 4:21 | **commissions**(1) | 11:11 | **entered**(1) | 5:6 | **honor**(14) | 3:4 3:7 4:23 5:6 5:21 6:1 6:7 6:9 7:15 7:18 9:17 12:20 12:21 13:9 |
| **appearances**(1) | 2:17 | **committed**(1) | 8:24 | **entitled**(1) | 11:14 | | |
| **appearing**(1) | 4:6 | **committee**(3) | 1:34 2:4 3:18 | **equity**(6) | 6:17 6:19 7:22 7:24 7:25 9:12 | | |
| **appraisal**(1) | 7:8 | **communications**(1) | 12:17 | **esq**(7) | 1:27 1:28 1:35 2:6 2:12 2:20 2:21 | **honorable**(1) | 1:21 |
| **approach**(1) | 6:1 | **company**(1) | 10:10 | **etc**(1) | 8:8 | **inc**(1) | 1:9 |
| **appropriate**(1) | 11:15 | **conaway**(2) | 1:26 3:7 | **everything**(1) | 7:24 | **included**(1) | 9:21 |
| **april**(2) | 1:16 3:1 | **concern**(1) | 9:23 | **exception**(2) | 7:22 9:21 | **indulge**(1) | 6:10 |
| **are**(10) | 3:16 4:11 4:11 4:24 7:24 8:9 9:20 9:24 10:7 12:5 | **concerns**(1) | 12:22 | **excuse**(1) | 4:8 | **inland**(2) | 12:2 12:5 |
| | | **confirm**(1) | 9:8 | **exhibit**(10) | 6:14 7:1 7:11 8:14 9:2 10:17 10:23 10:23 11:8 11:9 | **instead**(2) | 12:5 12:11 |
| **arguing**(1) | 11:4 | **confirmed**(2) | 8:6 9:1 | | | **insurance**(2) | 10:10 10:10 |
| **argument**(1) | 8:17 | **confusing**(1) | 6:20 | | | **insurers**(1) | 9:6 |
| **around**(1) | 11:13 | **contact**(2) | 3:10 5:13 | **exhibits**(3) | 6:13 7:6 11:16 | **interest**(2) | 6:19 8:1 |
| **asserted**(1) | 9:12 | **contacted**(1) | 9:22 | **express**(1) | 10:17 | **interests**(2) | 8:20 8:22 |
| | | **contained**(1) | 8:13 | | | **issue**(1) | 9:16 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **item**(3) | 5:1 6:7 7:19 | **non-priority**(1) | 12:20 | **products**(3) | 9:22 10:1 13:2 | **sontchi**(1) | 4:5 |
| **its**(1) | 7:21 | **non-sustentative**(1) | 6:8 | **promotional**(3) | 9:22 10:1 13:1 | **sorry**(1) | 5:24 |
| **it's**(6) | 3:12 4:23 6:14 8:13 8:15 9:2 | **none**(1) | 8:17 | **property**(2) | 7:7 11:19 | **sound**(2) | 1:49 13:17 |
| **i'd**(1) | 5:6 | **north**(1) | 2:13 | **provide**(2) | 5:10 7:23 | **spoke**(1) | 12:24 |
| **i'll**(5) | 6:2 6:10 7:17 9:16 13:7 | **not**(6) | 5:16 5:18 5:19 6:21 8:22 11:7 | **provided**(2) | 11:13 11:22 | **stargatt**(1) | 1:26 |
| **i'm**(1) | 5:24 | **note**(1) | 9:2 | **pursuant**(2) | 8:25 9:1 | **state**(2) | 11:3 11:5 |
| **i've**(2) | 3:9 5:19 | **noted**(3) | 9:20 9:24 10:6 | **puts**(1) | 8:7 | **statement**(1) | 8:21 |
| **jointly**(1) | 1:6 | **nothing**(2) | 7:14 10:25 | **question**(1) | 12:23 | **states**(2) | 1:1 1:22 |
| **judge**(2) | 1:22 4:5 | **notification**(1) | 5:17 | **questions**(4) | 5:22 7:15 7:16 12:22 | **stay**(1) | 3:24 |
| **july**(1) | 5:3 | **notwithstanding**(1) | 6:23 | **quickly**(3) | 3:13 6:12 9:18 | **ste**(1) | 1:36 |
| **june**(1) | 13:21 | **number**(28) | 3:15 3:18 4:2 4:16 5:1 5:5 5:14 6:7 6:14 6:16 6:16 6:22 6:25 7:4 7:5 7:7 8:15 9:2 10:8 10:16 11:2 11:10 11:18 11:18 12:1 12:6 12:10 12:16 | **raise**(2) | 8:13 8:17 | **still**(1) | 11:6 |
| **just**(3) | 7:23 10:24 12:23 | | | **rather**(2) | 10:21 11:24 | **stipulation**(1) | 10:11 |
| **kelly**(1) | 13:22 | | | **reach**(1) | 6:21 | **straight**(1) | 3:13 |
| **kobielsky**(1) | 11:10 | | | **realty**(1) | 7:8 | **street**(5) | 1:13 1:30 1:36 1:43 2:13 |
| **kruse**(1) | 5:9 | **numbers**(3) | 3:9 8:15 10:9 | **reassert**(2) | 8:19 8:20 | **submit**(4) | 4:7 5:12 8:4 9:10 |
| **lake**(1) | 5:9 | **object**(2) | 8:11 12:11 | **reasserting**(1) | 7:8 | **submitted**(2) | 5:5 10:11 |
| **language**(5) | 8:6 9:5 9:7 9:8 9:9 | **objected**(8) | 5:8 5:9 6:17 11:3 11:12 11:20 12:3 12:7 | **receive**(3) | 5:16 5:18 5:19 | **subordinated**(2) | 8:10 8:25 |
| **last**(2) | 3:11 12:12 | | | **received**(3) | 6:9 8:15 9:20 | **subordinates**(1) | 8:5 |
| **leaves**(1) | 4:1 | | | **reclassified**(1) | 12:8 | **subordination**(1) | 8:18 |
| **leaving**(1) | 11:9 | **objection**(28) | 4:2 5:2 5:8 5:11 5:20 5:22 5:25 6:8 6:15 6:20 6:23 7:2 7:3 7:6 7:11 7:20 7:20 8:10 8:14 9:16 9:19 9:23 10:12 10:18 10:24 12:11 12:12 12:18 | **reclassify**(1) | 7:10 | **suffered**(1) | 8:3 |
| **lee**(1) | 12:7 | | | **reclassifying**(1) | 12:5 | **superseded**(1) | 12:10 |
| **leslie**(1) | 1:40 | | | **recorded**(1) | 1:49 | **surplus**(2) | 10:10 10:13 |
| **liability**(1) | 11:4 | | | **recording**(2) | 1:49 13:17 | **survives**(2) | 12:14 12:15 |
| **liberty**(1) | 11:19 | **objections**(8) | 3:13 4:12 4:13 4:15 5:4 6:3 7:21 8:12 | **reduce**(4) | 11:12 11:20 12:3 12:18 | **sustain**(2) | 5:25 9:16 |
| **light**(4) | 6:25 9:19 10:19 12:16 | | | **reducing**(1) | 12:5 | **sustained**(3) | 5:22 6:23 7:11 |
| **like**(5) | 5:7 7:2 7:3 8:12 9:25 | | | **referring**(1) | 6:12 | **sustaining**(1) | 5:20 |
| **limited**(1) | 11:19 | **official**(1) | 2:4 | **regarding**(2) | 7:14 10:11 | **switching**(1) | 10:25 |
| **lines**(2) | 6:3 10:10 | **okay**(18) | 4:18 4:22 4:25 5:1 6:1 6:7 6:25 7:14 7:18 9:17 9:17 10:5 10:6 10:14 10:15 11:17 13:3 13:8 | **relief**(1) | 3:24 | **take**(2) | 3:21 9:1 |
| **litigation**(1) | 9:4 | | | **request**(5) | 3:17 3:25 5:22 6:22 9:13 | **talk**(1) | 6:13 |
| **lively**(1) | 12:16 | | | **requested**(1) | 9:5 | **tammy**(1) | 13:22 |
| **llc**(2) | 12:2 12:16 | | | **requesting**(1) | 5:14 | **taxation**(2) | 11:3 11:5 |
| **llp**(2) | 1:26 1:34 | | | **reservation**(1) | 9:11 | **taylor**(1) | 1:26 |
| **loans**(1) | 11:11 | **omnibus**(11) | 4:2 5:2 5:8 5:20 6:8 6:15 7:11 7:20 8:14 10:24 12:12 | **reserve**(1) | 9:5 | **telephone**(1) | 12:24 |
| **locate**(1) | 6:21 | | | **resolutions**(1) | 5:5 | **telephonic**(1) | 2:17 |
| **looking**(1) | 8:16 | | | **resolve**(1) | 5:4 | **than**(2) | 10:21 11:24 |
| **lot**(1) | 9:7 | **one**(11) | 4:7 5:7 6:16 6:16 7:6 7:22 9:1 9:21 11:25 12:13 12:23 | **resolved**(2) | 3:9 3:19 | **thank**(8) | 4:9 4:10 5:7 6:5 6:6 7:18 9:17 13:8 |
| **made**(4) | 4:21 5:14 11:15 12:21 | | | **respect**(15) | 3:8 3:23 5:7 5:20 5:23 7:2 7:4 9:10 9:11 9:25 10:7 10:9 10:16 11:2 13:5 | | |
| **madison**(1) | 2:7 | | | | | | |
| **maggie**(1) | 1:28 | **ones**(1) | 9:24 | | | **that**(53) | 3:11 3:20 3:25 4:3 4:7 5:7 5:10 5:12 5:15 5:17 5:22 6:19 6:22 7:12 7:12 7:21 7:25 8:1 8:3 8:4 8:9 8:12 8:23 8:25 9:8 9:10 9:12 9:13 9:15 9:19 9:21 9:24 10:7 10:20 10:23 10:24 11:4 11:6 11:7 11:8 11:18 11:23 11:24 12:4 12:21 12:20 12:25 13:1 13:4 13:5 13:9 13:16 |
| **make**(2) | 8:21 11:25 | **only**(1) | 7:6 | **respond**(1) | 8:22 | | |
| **margaret**(1) | 3:6 | **opposed**(1) | 11:25 | **responded**(3) | 10:18 11:5 12:8 | | |
| **market**(3) | 1:13 1:36 2:13 | **order**(15) | 3:20 4:17 5:19 6:2 7:17 9:5 9:9 9:10 10:3 10:4 10:6 10:16 11:16 12:21 13:7 | **response**(19) | 5:12 5:24 6:16 6:19 6:23 7:5 7:5 7:7 7:8 9:1 9:2 9:3 10:17 11:2 11:10 11:18 12:1 12:6 12:15 | | |
| **martin**(4) | 2:12 4:5 4:5 4:10 | | | | | | |
| **mary**(1) | 10:8 | | | | | | |
| **matter**(5) | 3:18 3:24 3:25 4:1 13:18 | **orders**(2) | 5:6 6:2 | | | **that's**(3) | 10:2 10:2 13:9 |
| **matters**(4) | 3:8 3:11 3:15 4:7 | **oswego**(1) | 5:9 | **responses**(8) | 4:14 4:19 6:9 6:25 8:15 8:17 8:18 9:20 | **the**(179) | 1:1 1:2 1:21 1:29 3:3 3:5 3:7 3:8 3:11 3:13 3:14 3:16 3:17 3:18 3:20 3:22 3:24 3:25 4:2 4:4 4:7 4:8 4:9 4:11 4:14 4:14 4:14 4:17 4:18 4:21 4:21 4:22 4:25 5:1 5:2 5:8 5:8 5:9 5:10 5:11 5:11 5:15 5:16 5:20 5:22 5:24 5:25 6:2 6:4 6:6 6:8 6:11 6:12 6:13 6:13 6:14 6:15 6:17 6:19 6:19 6:22 6:22 6:24 7:1 7:1 7:2 7:3 7:5 7:6 7:9 7:11 7:13 7:15 7:16 7:17 7:19 7:19 7:22 7:24 8:1 8:2 8:3 8:4 8:5 8:6 8:6 8:8 8:9 8:10 8:14 8:19 8:19 8:20 8:22 8:23 8:24 8:25 9:1 9:2 9:5 9:8 9:9 9:12 9:13 9:15 9:16 9:19 9:19 9:20 9:21 9:23 9:24 9:24 10:2 10:2 10:4 10:5 10:6 10:7 10:11 10:12 10:14 10:16 10:17 10:18 10:19 10:20 10:20 10:23 10:24 10:25 10:25 11:1 11:3 11:5 11:7 11:8 11:9 11:11 11:12 11:12 11:13 11:15 11:16 11:16 11:17 11:19 11:19 11:20 11:20 11:21 11:23 12:2 12:3 12:3 12:7 12:8 12:9 12:10 12:12 12:14 12:14 12:15 12:17 12:17 12:18 12:18 12:20 12:21 12:23 13:3 13:6 13:7 13:11 13:13 13:16 13:17 13:17 13:18 |
| **may**(2) | 4:8 6:1 | **other**(8) | 4:20 6:3 7:21 8:5 8:12 9:12 10:15 12:22 | | | | |
| **mccloy**(1) | 2:19 | | | **result**(1) | 8:1 | | |
| **meadows**(1) | 5:9 | | | **revised**(1) | 6:2 | | |
| **mentioned**(1) | 13:4 | **our**(2) | 5:4 6:3 | **richard**(1) | 7:4 | | |
| **merely**(1) | 8:19 | **out**(5) | 6:21 7:6 8:10 9:19 12:9 | **right**(6) | 4:23 6:4 7:13 9:16 11:1 13:6 | | |
| **merican**(1) | 1:8 | **over**(1) | 4:3 | **rights**(2) | 9:5 9:11 | | |
| **millbank**(1) | 2:19 | **owed**(1) | 11:4 | **robert**(1) | 2:20 | | |
| **minute**(1) | 3:12 | **own**(1) | 7:25 | **rome**(1) | 1:34 | | |
| **mis-statements**(1) | 8:2 | **owned**(1) | 7:25 | **run**(3) | 3:12 4:24 6:10 | | |
| **modified**(6) | 11:9 11:24 11:25 12:1 12:7 12:17 | **o'connell**(1) | 10:8 | **saying**(2) | 5:12 11:6 | | |
| | | **p.m**(3) | 1:17 3:1 13:13 | **says**(1) | 6:19 | | |
| **mona**(1) | 3:16 | **palmer**(1) | 2:11 | **schnitzer**(1) | 2:6 | | |
| **moore**(1) | 2:20 | **parties**(4) | 4:20 8:22 9:6 9:8 | **schuylkill**(1) | 1:43 | | |
| **morning**(2) | 9:22 10:11 | **partners**(3) | 9:22 10:1 13:2 | **seated**(1) | 3:3 | | **their**(10) | 3:17 5:11 5:21 5:23 7:8 8:11 9:5 9:13 9:23 12:11 |
| **mortgage**(7) | 1:8 3:8 9:4 10:21 10:22 11:21 11:22 | **partnership**(1) | 11:19 | **section**(2) | 8:4 8:8 | | |
| | | **patrick**(1) | 11:10 | **secured**(2) | 12:6 12:19 | | |
| | | **pending**(2) | 4:12 4:13 | **securities**(1) | 9:4 | | |
| | | **pennsylvania**(1) | 1:44 | **security**(4) | 8:2 8:19 8:22 12:4 | | |
| **most**(1) | 8:18 | **phone**(2) | 4:21 6:22 | **see**(1) | 10:2 | | |
| **motion**(1) | 3:24 | **plaintiffs**(1) | 9:3 | **separate**(2) | 8:7 9:10 | | **them**(9) | 5:13 5:17 6:10 8:11 8:17 9:7 9:10 9:11 11:9 |
| **motions**(1) | 3:16 | **plan**(3) | 8:6 8:8 9:1 | **service**(2) | 1:42 1:50 | | |
| **moved**(3) | 10:23 11:8 12:10 | **please**(1) | 3:3 | **services**(2) | 1:42 4:6 | | |
| **moving**(3) | 7:18 9:18 10:15 | **point**(2) | 7:6 12:9 | **several**(2) | 4:24 4:24 | | |
| **much**(1) | 13:8 | **ppearances**(2) | 1:24 2:1 | **shannon**(1) | 1:21 | | |
| **murin**(1) | 1:40 | **prejudice**(2) | 10:7 10:9 | **shop**(1) | 7:7 | | |
| **myself**(1) | 4:8 | **prepared**(1) | 5:19 | **should**(3) | 8:25 10:21 11:23 | | **then**(4) | 3:13 3:23 7:4 9:18 |
| **nate**(1) | 4:3 | **principle**(1) | 3:19 | **show**(2) | 11:14 11:23 | | |
| **nathan**(1) | 1:27 | **priority**(2) | 11:15 12:18 | **sign**(2) | 7:17 13:7 | | |
| **neufeld**(1) | 2:21 | **probably**(1) | 3:12 | **similar**(1) | 7:20 | | |
| **new**(4) | 2:8 7:22 11:3 11:5 | **problem**(1) | 4:25 | **six**(1) | 7:7 | | **there**(5) | 4:12 4:24 8:23 9:3 9:18 |
| **next**(1) | 5:16 | **proceedings**(3) | 1:20 1:49 13:18 | **solely**(1) | 6:18 | | |
| **nits**(1) | 3:20 | **produced**(1) | 1:50 | **some**(3) | 5:4 9:5 9:11 | | |

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|
| there's(2) | 4:16 13:9 | with(32) | 3:7 3:10 3:17 3:23 4:23 5:7 5:11 5:13 5:20 5:22 7:2 7:3 7:22 9:7 9:8 9:10 9:11 9:21 9:23 9:25 10:7 10:7 10:9 10:16 10:18 10:23 10:25 11:2 12:17 12:24 12:25 13:5 |
| these(12) | 4:11 4:12 6:14 8:3 8:5 8:7 8:9 8:17 8:18 8:21 9:20 12:25 | | |
| they(10) | 5:10 5:11 5:12 8:12 9:4 9:7 10:20 11:4 11:6 11:6 | | |
| they're(1) | 8:13 | withdraw(1) | 7:2 |
| things(1) | 4:24 | withdrawal(2) | 10:12 10:12 |
| think(2) | 3:12 4:19 | withdrawing(1) | 10:7 |
| third(1) | 9:6 | withdrawn(1) | 10:8 |
| thirtieth(5) | 6:8 6:15 7:15 10:24 12:12 | without(1) | 10:8 |
| thirty-first(3) | 7:11 7:19 8:14 | word(1) | 7:23 |
| this(9) | 3:21 5:2 5:7 7:20 7:21 9:22 10:11 11:4 11:10 | working(2) | 5:3 9:7 |
| | | would(7) | 5:12 5:17 6:22 7:2 7:3 8:12 9:13 |
| | | wrong(2) | 12:1 12:8 |
| | | www.diazdata.com(1) | 1:46 |
| those(5) | 3:12 5:6 7:3 7:23 10:12 | yes(3) | 4:9 6:11 13:1 |
| threats(1) | 5:15 | yong(1) | 1:26 |
| three(2) | 5:23 7:1 | york(3) | 2:8 11:3 11:5 |
| through(7) | 3:9 3:12 4:24 6:3 6:10 6:14 8:17 | you(9) | 4:9 4:10 5:7 6:5 6:6 7:18 9:17 12:24 13:8 |
| time(2) | 1:17 5:11 | young(1) | 3:7 |
| today(4) | 5:17 6:3 9:9 12:24 | your(15) | 3:4 3:7 3:10 4:23 5:6 5:21 6:1 6:7 6:9 7:15 7:18 9:17 12:20 12:21 13:8 |
| tracks(1) | 8:6 | | |
| transcriber(1) | 13:22 | | |
| transcript(3) | 1:20 1:50 13:17 | zamansky(1) | 12:24 |
| transcription(2) | 1:42 1:50 | | |
| turn(1) | 4:3 | | |
| tweed(1) | 2:19 | | |
| twelfth(4) | 4:2 5:2 5:8 5:20 | | |
| two(1) | 7:1 | | |
| typo(1) | 7:6 | | |
| under(6) | 3:19 4:8 5:5 8:8 8:8 8:18 | | |
| unfortunately(1) | 6:20 | | |
| united(2) | 1:1 1:22 | | |
| unless(4) | 5:21 7:15 12:21 13:9 | | |
| unsecured(7) | 2:5 7:10 11:7 11:9 11:15 12:6 12:20 | | |
| valid(1) | 8:22 | | |
| validity(1) | 8:19 | | |
| very(4) | 3:14 3:22 13:6 13:8 | | |
| victoria(1) | 1:35 | | |
| violations(1) | 8:3 | | |
| want(1) | 3:21 | | |
| wanted(1) | 7:9 | | |
| was(10) | 4:6 5:2 6:16 8:23 9:3 11:8 11:11 12:4 13:1 13:13 | | |
| way(2) | 5:9 8:24 | | |
| week(1) | 5:17 | | |
| well(1) | 4:16 | | |
| were(4) | 3:11 5:15 7:25 9:18 | | |
| west(1) | 1:30 | | |
| westchester(2) | 10:10 10:13 | | |
| wester(1) | 12:2 | | |
| we'd(2) | 5:22 9:25 | | |
| we'll(2) | 4:7 9:10 | | |
| we're(4) | 4:20 9:9 10:24 13:4 | | |
| we've(15) | 3:11 4:7 4:17 5:3 5:13 5:14 7:10 9:6 9:21 10:23 11:8 11:15 11:24 12:17 12:21 | | |
| where(3) | 4:17 4:20 4:20 | | |
| whereupon(1) | 13:13 | | |
| whether(1) | 8:21 | | |
| which(9) | 3:15 3:24 4:1 4:2 4:6 7:7 7:9 7:19 7:22 | | |
| whiteman(5) | 1:28 3:4 3:6 3:15 3:23 | | |
| whiteman-greecher(1) | 3:6 | | |
| who(3) | 7:25 8:1 9:23 | | |
| will(6) | 3:19 4:2 5:25 6:9 6:13 6:24 | | |
| wilmington(5) | 1:14 1:31 1:37 2:14 3:1 | | |
| wish(3) | 7:16 9:15 13:6 | | |