# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: MichaelM | Date Created: 6/17/2011 |
| Case: 07−11047−CSS | Form ID: ntcBK | Total: 23 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Michael S. Neiburg | bankfilings@ycst.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | American Home Mortgage Holdings, Inc. | 538 Broadhollow Road    Melville, NY 11747 |
| aty | Curtis J Crowther | Young, Conaway, Stargatt &Taylor    The Brandywine Building    1000 West Street, 17th Floor    P.O. Box 391    Wilmington, DE 19899−0391 |
| aty | Donald J. Bowman, Jr. | Young, Conaway, Stargatt &Taylor    1000 West Street    17th Floor    Wilmington, DE 19801 |
| aty | Edward J. Kosmowski | Epiq Systems Bankruptcy Solutions    824 Market Street, Suite 412    Wilmington, DE 198001 |
| aty | Edwin J. Harron | Young, Conaway, Stargatt &Taylor    The Brandywine Building    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391 |
| aty | Erin Edwards | Young, Conaway, Stargatt &Taylor    The Brandywine Building    17th Floor    1000 West Street    Wilmington, DE 19801 |
| aty | James L. Patton | Young, Conaway, Stargatt &Taylor    The Brandywine Bldg.    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391 |
| aty | Joel A. Waite | Young, Conaway, Stargatt &Taylor    The Brandywine Bldg.    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391 |
| aty | Kara Hammond Coyle | Young Conaway Stargatt &Taylor LLP    1000 West St., 17th Floor    Brandywine Building    Wilmington, DE 19801 |
| aty | Kenneth J. Enos | Young, Conaway, Stargatt &Taylor    1000 West Street    17th Floor    Wilmington, DE 19801 |
| aty | Margaret Whiteman Greecher | Young, Conaway, Stargatt &Taylor    1000 West Street    17th Floor    Wilmington, DE 19801 |
| aty | Matthew Barry Lunn | Young, Conaway, Stargatt &Taylor    The Brandywine Building, 17th Floor    1000 West Street    PO Box 391    Wilmington, DE 19899 |
| aty | Nathan D. Grow | Young Conaway Stargatt &Taylor, LLP    The Brandywine Bldg.    17th Floor    Wilmington, DE 19801−0391 |
| aty | Patrick A. Jackson | Young Conaway Stargatt &Taylor, LLP    The Brandywine Bldg 17th Fl,1000 West St    Wilmington, DE 19801 |
| aty | Pauline K. Morgan | Young, Conaway, Stargatt &Taylor    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391 |
| aty | Quinn Emanuel | Quinn Emanuel Urquhart Oliver &Hedges |
| aty | Robert S. Brady | Young, Conaway, Stargatt &Taylor    The Brandywine Bldg.    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899−0391 |
| aty | Ryan M. Bartley | Young Conaway Stargatt &Taylor, LLP    The Brandywine Building    1000 West Street    17th Fl.    Wilmington, DE 19801 |
| aty | Sean Matthew Beach | Young, Conaway, Stargatt &Taylor    The Brandywine Building, 17th Floor    1000 West Street    PO Box 391    Wilmington, DE 19899 |
| aty | Sharon M Zieg | Young, Conaway, Stargatt &Taylor    The Brandywine Bldg., 17th Floor    1000 West Street    PO Box 391    Wilmington, DE 19899 |
| aty | Travis N. Turner | Young Conaway Stargatt &Taylor, LLP    The Brandywine Bldg., 17th Fl.    1000 West Street    Wilmington, DE 19801 |

TOTAL: 21