IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,[1] | Case No. 07-11047 (CSS) |
| | (Jointly Administered) |
| Debtors. | |

---------------------------------------------------------------------x

| | |
|---|---|
| STEVEN D. SASS, AS PLAN TRUSTEE OF THE AMERICAN HOME MORTGAGE PLAN TRUST, | Adv. Proc. No. 09-52298 (CSS) |
| Plaintiff, | |
| - against - | |
| TRIAD GUARANTY INSURANCE CORP., | |
| Defendant. | |

---------------------------------------------------------------------x

## STATUS REPORT

Plaintiff, Steven D. Sass, as Plan Trustee of the American Home Mortgage Plan Trust (the "Plan Trustee") and the above-captioned defendant, by and through his undersigned counsel, submits the following status report pursuant to the Court's *Scheduling Order* entered on April 18, 2011:

1.  The above-captioned adversary proceeding is presently categorized as **Status F**. The parties expect to complete discovery by December 2011 pursuant to the Scheduling Order.

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

703200/008-2491374.1

Dated:    June 17, 2011
            Wilmington, Delaware

**BLANK ROME LLP**

By:   */s/ Victoria Guilfoyle*
     Bonnie Glantz Fatell (Del No. 3809)
     David W. Carickhoff (Del No. 3715)
     Victoria Guilfoyle (Del No. 5183)
     1201 Market Street, Suite 800
     Wilmington, Delaware 19801
     (302) 425-6400

             -and-

Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
Jeffrey Zawadzki, Esq.
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
(212) 478-7200

*Counsel for Plaintiff*

703200/008-2491374.1