IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :  Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                :  Jointly Administered
         Debtors.                                               :
                                                                :  **Ref. Docket No.: 10014**
---------------------------------------------------------------- x

### CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER WITH RESPECT TO THE PLAN TRUST'S SEVENTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1.   On May 20, 2011, the Plan Trustee filed the Plan Trust's Seventy-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 10014] (the "Objection"). By the Objection, the Debtors sought, *inter alia*, to reassign claim number 10902 ("Claim 10902") filed by Dawn R. May to debtor American Home Mortgage Corp. ("AHM Corp.") (Case No. 07-11051) and to disallow and expunge claim numbers 10758 and 10759

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

(collectively, the "DB Structured Products Claims") filed by DB Structured Products, Inc. ("DBSP") because DBSP failed to provide sufficient documentation to allow the Debtors (and more recently the Plan Trustee) to assess the validity of the DB Structured Products Claims.

2. Following the filing of the Objection, the undersigned counsel was made aware that the Plan Trustee and Ms. May had previously entered into a stipulation, which provided for a consensual resolution of Claim 10902 and the reassignment of this claim to the appropriate debtor entity. Accordingly, on May 31, 2011, the undersigned filed a notice of partial withdrawal of the Objection [Docket No. 10026] as it pertains to Claim 10902 since the Objection was rendered moot by the aforementioned stipulation.

3. In addition, after the Objection was filed, DBSP provided the Plan Trustee with documentation that will likely enable the Plan Trustee to assess the validity and amount of the DB Structured Products Claims. The Plan Trustee therefore agreed to adjourn the Objection with respect to these claims. A revised proposed form of order (the "Revised Proposed Order") reflecting the withdrawal of the Objection with respect to Claim 10902 and the adjournment of the Objection with respect to the DB Structured Products Claims is attached hereto as Exhibit 1.

4. Responses to the Objection were to be filed and served no later than June, 14 2011 at 4:00 p.m. (ET). The undersigned hereby certifies that, as of the date hereof, no other comment, answer, objection or other responsive pleading to the Objection has been received. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Objection appears thereon.

*[Remainder of page intentionally left blank]*

YCST01: 11183909.1                                                                                                    066585.1001

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

Dated: June 17, 2011           YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
    Wilmington, Delaware

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

# EXHIBIT 1

**Revised Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         : Jointly Administered
         Debtors.                                                        :
                                                                         : Ref. Docket No. 10014
------------------------------------------------------------------------ x

### ORDER SUSTAINING PLAN TRUST'S SEVENTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the seventy-eighth omnibus (non-substantive) objection to claims (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors"), by which the Plan Trustee respectfully requests the entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), reassigning or disallowing and expunging in full each of the Disputed Claims [2] identified on Exhibits A, B and C attached hereto; and it appearing that the Court has jurisdiction over this

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

2

matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A and B are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit C are hereby reassigned to the New Case Numbers as indicated on Exhibit C; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2011

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Amended Claim**

# Exhibit A

## Amended Claims

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| ARLINGTON COUNTY, TREASURER<br>ATTN RONALD L ZAMBOTTI<br>TREASURER'S SPECIALIST<br>#1 COURT HOUSE PLAZA STE 217<br>ARLINGTON, VA 22216 | 4586 | 12/5/07 | 07-11051 | $6,412.15 (S)<br>- (A)<br>- (P)<br>$641.22 (U)<br>$7,053.37 (T) | 10903 | 4/7/11 | 07-11051 | - (S)<br>- (A)<br>$541.39 (P)<br>- (U)<br>$541.39 (T) |
| Totals: | 1 Claim | | | $6,412.15 (S)<br>- (A)<br>- (P)<br>$641.22 (U)<br>$7,053.37 (T) | | | | - (S)<br>- (A)<br>$541.39 (P)<br>- (U)<br>$541.39 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Late Filed Claims**

**Exhibit B**

**Late Filed Claim**

| Name/Address of Claimant | Objectionable Claim | | | | Bar Date |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| DUKE REALTY LIMITED PARTNERSHIP<br>LISA STARVICH<br>6133 N. RIVER ROAD, SUITE 200<br>DES PLAINES, IL 60018 | 10835 | 12/30/10 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$435,264.18 (U)<br>$435,264.18 (T) | The bar date for lease rejection claims was 1/11/2008. |
| KRUSE WAY, LLC<br>DAVID B. ROSEMAN, ESQ.<br>SEYFARTH SHAW LLP<br>560 MISSION STREET, SUITE 3100<br>SAN FRANCISCO, CA 94105 | 10846 | 1/5/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$332,415.72 (U)<br>$332,415.72 (T) | The bar date for lease rejection claims was 1/11/2008. The claimant had two timely filed claims, 6146 and 6148, which were expunged in Docket 7232. |
| MEADOWS LAKE OSWEGO<br>DAVID B. ROSEMAN, ESQ.<br>SEYFARTH SHAW LLP<br>560 MISSION STREET, SUITE 3100<br>SAN FRANCISCO, CA 94105 | 10845 | 1/5/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$21,173.64 (U)<br>$21,173.64 (T) | The bar date for lease rejection claims was 1/11/2008. The claimant had a timely filed claim, 6147, which was expunged in Docket 7232. |
| RIDGE MANAGEMENT<br>7200 W 13TH ST<br>SUITE 5<br>WITCHITA, KS 67212 | 10840 | 1/3/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$383,625.00 (U)<br>$383,625.00 (T) | The bar date for lease rejection claims was 1/11/2008. |
| **Totals:** | **4 Claims** | | | - (S)<br>- (A)<br>- (P)<br>$1,172,478.54 (U)<br>$1,172,478.54 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Wrong Debtor Claims**

## Exhibit C
## Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claims Case Number | | New Case Number Case Number |
|---|---|---|---|---|---|
| DIOCESAN PUBLICATIONS, INC<br>ATTN: CARL A. ARSULOWICZ<br>PO BOX 608105<br>ORLANDO, FL 32860-8105 | 9917 | 2/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$328.50 (U)<br>$328.50 (T) | 07-11051 |
| LITTLE, CECIL<br>2227 WHEATLEY DR # 204<br>BALTIMORE, MD 21207 | 9888 | 2/4/08 | No Case | - (S)<br>- (A)<br>$325.00 (P)<br>$325.00 (U)<br>$325.00 (T) | 07-11051 |
| MANAGEMENT ADVISORS INTERNAL<br>PO BOX 3708<br>HICKORY, NC 28603-3708 | 10482 | 8/25/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | 07-11051 |
| Totals: | | | 3 Claims | - (S)<br>- (A)<br>- (P)<br>$25,653.50 (U)<br>$25,653.50 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.