# EXHIBIT III

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
    Debtors.                                                     :
                                                                 :   Ref. Docket No. ____
---------------------------------------------------------------- x

ORDER SUSTAINING PLAN TRUST'S EIGHTIETH OMNIBUS
(NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the eightieth omnibus (non-substantive) objection to claims (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors"), by which the Plan Trustee respectfully requests the entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), reassigning or disallowing and expunging in full each of the Disputed Claims [2] identified on Exhibits A and B attached

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and the Court having determined that the Objection complies with Article 17 of the Plan and the Confirmation Order; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit A is hereby disallowed and expunged in its entirety; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit B are hereby reassigned to the New Case Numbers as indicated on Exhibit B; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       July ____, 2011

                                      CHRISTOPHER S. SONTCHI
                                      UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Amended Claim**

# Exhibit A

## Amended Claims

| Name/Address of Claimant | Objectionable Claim ||||| Surviving Claim |||||
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| BANC OF AMERICA LEASING & CAPITAL, LLC<br>PO BOX 5375<br>PRINCETON, NJ 085435375 | 8660 | 1/11/08 | 07-11051 | -<br>-<br>-<br>$1,127,152.75<br>$1,127,152.75 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 10843 | 1/5/11 | 07-11051 | -<br>-<br>$236,665.32<br>$881,448.68<br>$1,118,114.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| Totals: 1 Claim | | | | -<br>-<br>-<br>$1,127,152.75<br>$1,127,152.75 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | | | | -<br>-<br>$236,665.32<br>$881,448.68<br>$1,118,114.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Wrong Debtor Claims**

**Exhibit B**

**Wrong Debtor Claims**

| Name/Address of Claimant | Objectionable Claims | | | | New Case Number |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | Case Number |
| HOOD, JE TAIME<br>4 SQUIRES PL<br>NEWPORT NEWS, VA 23606-1250 | 10325 | 4/29/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$22,959.37 (U)<br>$22,959.37 (T) | 07-11051 |
| MURPHY, JEROMY D.<br>6585 E. LINCOLN WAY<br>COLUMBIA CITY, IN 46725 | 10099 | 3/13/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$5,702.84 (U)<br>$5,702.84 (T) | 07-11051 |
| RINCON, SARA R.<br>381 N.W 152ND AVENUE<br>PEMBROKE PINES, FL 33028 | 10343 | 4/30/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$16,392.00 (U)<br>$16,392.00 (T) | 07-11051 |
| SEAHORN, MARY ELIZABETH<br>5039 MADELYN LANE<br>HOUSTON, TX 77021 | 10297 | 4/28/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$118,636.50 (U)<br>$118,636.50 (T) | 07-11051 |
| WASHINGTON, STACIE & IRVIN<br>5419 PARIS AVE<br>NEW ORLEANS, LA 701222603 | 570 | 9/11/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$31,951.00 (U)<br>$31,951.00 (T) | 07-11051 |
| **Totals:** | 5 Claims | | | - (S)<br>- (A)<br>- (P)<br>$195,641.71 (U)<br>$195,641.71 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.