# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road          **Chapter:** 11
Melville, NY 11747
 **EIN:** 13−4066303

*Case No*.: 07−11047−CSS

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 4−6−2009 was filed on 6−17−2011 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 6−24−2011 .

If a request for redaction is filed, the redacted transcript is due 7−8−2011 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 9−15−2011 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 6/17/11

(ntc)

United States Bankruptcy Court
District of Delaware

In re:  
American Home Mortgage Holdings, Inc.  
     Debtor

Case No. 07-11047-CSS  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0311-1     User: MichaelM     Page 1 of 1     Date Rcvd: Jun 17, 2011  
                              Form ID: ntcBK       Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2011.

```
db       +American Home Mortgage Holdings, Inc.,   538 Broadhollow Road,   Melville, NY 11747-2352
aty       Curtis J Crowther,    Young, Conaway, Stargatt & Taylor,   The Brandywine Building,
           1000 West Street, 17th Floor,   P.O. Box 391,   Wilmington, DE  19899-0391
aty      +Donald J. Bowman, Jr.,    Young, Conaway, Stargatt & Taylor,   1000 West Street,   17th Floor,
           Wilmington, DE 19801-1037
aty      +Edward J. Kosmowski,    Epiq Systems Bankruptcy Solutions,   824 Market Street, Suite 412,
           Wilmington, DE 19801-4918
aty       Edwin J. Harron,    Young, Conaway, Stargatt & Taylor,   The Brandywine Building,
           1000 West Street, 17th Floor,   PO Box 391,   Wilmington, DE  19899-0391
aty      +Erin Edwards,    Young, Conaway, Stargatt & Taylor,   The Brandywine Building,   17th Floor,
           1000 West Street,   Wilmington, DE 19801-1053
aty       James L. Patton,    Young, Conaway, Stargatt & Taylor,   The Brandywine Bldg.,
           1000 West Street, 17th Floor,   PO Box 391,   Wilmington, DE  19899-0391
aty       Joel A. Waite,    Young, Conaway, Stargatt & Taylor,   The Brandywine Bldg.,
           1000 West Street, 17th Floor,   PO Box 391,   Wilmington, DE  19899-0391
aty      +Kara Hammond Coyle,    Young Conaway Stargatt & Taylor LLP,   1000 West St., 17th Floor,
           Brandywine Building,   Wilmington, DE 19801-1053
aty      +Kenneth J. Enos,    Young, Conaway, Stargatt & Taylor,   1000 West Street,   17th Floor,
           Wilmington, DE 19801-1037
aty      +Margaret Whiteman Greecher,    Young, Conaway, Stargatt & Taylor,   1000 West Street,   17th Floor,
           Wilmington, DE 19801-1037
aty      +Matthew Barry Lunn,    Young, Conaway, Stargatt & Taylor,   The Brandywine Building, 17th Floor,
           1000 West Street,   PO Box 391,   Wilmington, DE 19899-0391
aty       Nathan D. Grow,    Young Conaway Stargatt & Taylor, LLP,   The Brandywine Bldg.,   17th Floor,
           Wilmington, DE  19801-0391
aty      +Patrick A. Jackson,    Young Conaway Stargatt & Taylor, LLP,
           The Brandywine Bldg 17th Fl,1000 West St,   Wilmington, DE 19801-1037
aty       Pauline K. Morgan,    Young, Conaway, Stargatt & Taylor,   1000 West Street, 17th Floor,
           PO Box 391,   Wilmington, DE  19899-0391
aty       Robert S. Brady,    Young, Conaway, Stargatt & Taylor,   The Brandywine Bldg.,
           1000 West Street, 17th Floor,   PO Box 391,   Wilmington, DE  19899-0391
aty      +Ryan M. Bartley,    Young Conaway Stargatt & Taylor, LLP,   The Brandywine Building,
           1000 West Street,   17th Fl.,   Wilmington, DE 19801-1053
aty      +Sean Matthew Beach,    Young, Conaway, Stargatt & Taylor,   The Brandywine Building, 17th Floor,
           1000 West Street,   PO Box 391,   Wilmington, DE 19899-0391
aty      +Sharon M Zieg,    Young, Conaway, Stargatt & Taylor,   The Brandywine Bldg., 17th Floor,
           1000 West Street,   PO Box 391,   Wilmington, DE 19899-0391
aty      +Travis N. Turner,    Young Conaway Stargatt & Taylor, LLP,   The Brandywine Bldg., 17th Fl.,
           1000 West Street,   Wilmington, DE 19801-1050
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
aty       Quinn Emanuel,    Quinn Emanuel Urquhart Oliver & Hedges  
                                                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2011**                     **Signature:** _/s/ Joseph Speetjens_