# EXHIBIT A

**Modified Amount Reclassified Claims**

# Exhibit A

## Modified Amount Reclassified Claims

| Name/Address of Claimant | Objectionable Claim | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| STATE OF HAWAII<br>DEPARTMENT OF TAXATION<br>PO BOX 259<br>HONOLULU, HI 96809 | 10019 | 3/3/08 | 07-11051 | - (S)<br>$23,041.25 (A)<br>- (P)<br>- (U)<br>$23,041.25 (T) | - (S)<br>- (A)<br>$18,721.00 (P)<br>$4,320.25 (U)<br>$23,041.25 (T) | Claim relates to 2007 franchise tax, interest and penalties. Accordingly, the Debtors have reclassed the amounts to priority and unsecured nonpriority consistent with the Bankruptcy Code. |
| WEST VIRGINIA STATE TAX DEPARTMENT<br>PO BOX 766<br>CHARLESTON, WV 25323-0766 | 10836 | 1/3/11 | 07-11047 | - (S)<br>$1,604.76 (A)<br>- (P)<br>- (U)<br>$1,604.76 (T) | - (S)<br>$1,276.85 (A)<br>$290.26 (P)<br>$37.65 (U)<br>$1,604.76 (T) | Although the claimant asserts that the entirety of the claimed amount is entitled to administrative expense status, this claim relates to 2007 pre-petition and post-petition taxes, interest and penalties. Accordingly, the entire claim is not entitled to the claimed administrative expense status. The Plan Trustee believes that, consistent with the Bankruptcy Code, portions of the claimed amount should be reclassified to administrative, priority and unsecured nonpriority. |
| Totals: | 2 Claims | | | - (S)<br>$24,646.01 (A)<br>- (P)<br>- (U)<br>$24,646.01 (T) | - (S)<br>$1,276.85 (A)<br>$19,011.26 (P)<br>$4,357.90 (U)<br>$24,646.01 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.