# EXHIBIT B

**Modified Amount Reclassified Wrong Debtor Claim**

## Exhibit B

### Modified Amount, Reclassified, Wrong Debtor Claim

| Name/Address of Claimant | Objectionable Claim | | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | | |
| COUNTY OF BERNALILLO<br>THERESA BACA SANDOVAL, ASST ATTY<br>520 LOMAS BLVD., NW, 4TH FLOOR<br>ALBUQUERQUE, NM 87102 | 10856 | 1/5/11 | 07-11047 | - (S)<br>$674.90 (A)<br>- (P)<br>- (U)<br>$674.90 (T) | 07-11051 | - (S)<br>- (A)<br>$249.49 (P)<br>$10.00 (U)<br>$259.49 (T) | Claim relates to 2007 & 2008 personal property taxes. Pursuant to the Debtors' records and court filings made in these bankruptcy cases, the claim should be modified and reduced and reclassified to match the liability reflected in the Debtors' books and records for the outstanding 2007 personal property taxes. With respect to the claimed 2008 taxes, the Debtors' have no liability as the applicable lease was assigned to Indymac as part of an Asset Purchase Agreement [See Docket No. 3061]. |
| **Totals:** | **1 Claim** | | | - (S)<br>$674.90 (A)<br>- (P)<br>- (U)<br>$674.90 (T) | | - (S)<br>- (A)<br>$249.49 (P)<br>$10.00 (U)<br>$259.49 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.