# EXHIBIT C

**No Liability Claims**

**Exhibit C**

**No Liability Claims**

| Name/Address of Claimant | Objectionable Claim | | | | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| ARDEN REALTY LIMITED PARTNERSHIP<br>C/O MCGUIREWOODS LLP<br>ATTN: SUSAN GERMAISE<br>1800 CENTURY PARK EAST, 8TH FLOOR<br>LOS ANGELES, CA 90067 | 10152 | 3/27/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$141,823.56 (U)<br>$141,823.56 (T) | Claim relates to a real property lease in connection with commercial property located in Cerritos California. The Debtors have no liability to this claimant because the lease for this property was assigned to Indymac as part of an Asset Purchase Agreement [See Docket 3061]. |
| CITY CENTER SQUARE EQUITIES II LC<br>SUSAN P. DECOURSEY<br>COHEN MCNEILE & PAPPAS P.C.<br>4601 COLLEGE BLVD, SUITE 200<br>LEAWOOD, KS 66211 | 10833 | 12/22/10 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$64,005.63 (U)<br>$64,005.63 (T) | The Debtors have no liability on account this claim because the amounts claimed are duplicative of the amounts asserted by this claimant in connection with claim no. 1814, which was already been accepted after the Debtor was corrected by court order [See Docket No. 3946]. |
| CITY CENTER SQUARE EQUITIES II LC<br>KORI CROUSE<br>COHEN MCNEILE & PAPPAS P.C.<br>4601 COLLEGE BLVD, SUITE 200<br>LEAWOOD, KS 66211 | 10853 | 1/5/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$64,005.63 (U)<br>$64,005.63 (T) | The Debtors have no liability on account this claim because the amounts claimed are duplicative of the amounts asserted by this claimant in connection with claim no. 1814, which was already been accepted after the Debtor was corrected by court order [See Docket No. 3946]. |
| DECOURSEY, SUSAN P.<br>COHEN MCNEILE & PAPPAS P.C.<br>4601 COLLEGE BLVD., SUITE 200<br>LEAWOOD, KS 66211 | 10827 | 12/21/10 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$64,005.63 (U)<br>$64,005.63 (T) | The Debtors have no liability on account this claim because the amounts claimed are duplicative of the amounts asserted by this claimant in connection with claim no. 1814, which was already been accepted after the Debtor was corrected by court order [See Docket No. 3946]. |
| HUSTON, DOUGLAS<br>2733 RIVER ROAD<br>VIRGINIA BEACH, VA 23454 | 2197 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$96,200.00 (U)<br>$96,200.00 (T) | Claim relates to 'Annual Bonus' allegedly owed to this claimant. However, the Debtors have no liability on account of this claim because the claimant's employment contract expressly provides that the employee must be an employee at the time the bonus is paid. The claimant was not employed on the scheduled payment date as required by his employment and, thus, no amounts are owing. |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| RIVERSIDE COUNTY TAX COLLECTOR<br>ATTN: CARRIE KOKOSENSKI<br>4080 LEMON ST, 4TH FLOOR<br>RIVERSIDE, CA 92501 | 10854 | 1/5/11 | 07-11047 | - (S)<br>$92,732.47 (A)<br>- (P)<br>- (U)<br>$92,732.47 (T) | Claim consists of amounts claimed on account of the following: (i) personal property taxes for one parcel; (ii) unsecured escape taxes for six parcels; and (iii) real estate taxes for 4 parcels. The have no liability for the personal property tax portion of this claim. The Debtors had no interest in the personal property for the claimed tax years of 2008-2010 since the lease applicable to this property was rejected by court order [See Docket 510], effective 8/31/2007. With respect to the remaining portions of this claim, the Debtors have no liability because the Debtors did not have any interest in the subject properties when the Unsecured Escape Taxes and Real Estate Taxes were incurred as these taxes accrued after the sale of the Debtors' servicing business to non-debtor AHMSI was finalized in 2008. |
| RUBIN, JEFF<br>ALL PRO MORTGAGE<br>6600 N ANDREWS AVE SUITE<br>FT LAUDERDALE, FL | 513 | 9/10/07 | 07-11052 | - (S)<br>- (A)<br>- (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | The Debtors have no liability on account of this claim since the claimant signed an Agreement and General Release dated April 11, 2011 releasing its claim in its entirety. |
| SKYVIEW MARKETING, LLC<br>C/O SILCON GROUP<br>ATTN RICHARD BELLO<br>142 BOND STREET<br>ELIZABETH, NJ 07201 | 1787 | 10/26/07 | 07-11052 | - (S)<br>- (A)<br>- (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | The Debtors have no liability on account of this claim since the claimant signed an Agreement and General Release dated April 11, 2011 releasing their claim in its entirety. |
| STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | 10826 | 12/20/10 | 07-11047 | - (S)<br>$800.00 (A)<br>- (P)<br>- (U)<br>$800.00 (T) | Claim relates to 2010 Partnership Tax for American Home Ventures, LLC. A Certificate of Cancellation was filed for American Home Ventures in April 2009, so it was not in existence in CA in 2010, and as such, Debtor has no 2010 tax liability. |
| STOENHENGE CAPITAL LLC<br>C/O MEISTER SEELIG & FEIN LLP<br>ATTN MATTHEW E. KASINDORF, ESQ.<br>2 GRAND CENTRAL TWR., 140 E 45 ST 19 FL<br>NEW YORK, NY 10017 | 8974 | 1/11/08 | 07-11052 | - (S)<br>- (A)<br>- (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | The Debtors have no liability on account of this claim since the claimant signed an Agreement and General Release dated April 11, 2011 releasing their claim in its entirety. |
| WAKE COUNTY REVENUE DEPARTMENT<br>POST OFFICE BOX 2331<br>RALEIGH, NC 27602 | 10832 | 12/15/10 | 07-11047 | - (S)<br>$105.92 (A)<br>- (P)<br>- (U)<br>$105.92 (T) | Claim relates to 2008 personal property taxes for an office location located at 3717 National Drive, Raleigh, NC. Debtors' had n interest in the property as the lease was assigned to Indymac as part of an Asset Purchase Agreement, Docket 3061. |
| WESTRIDGE II AND III, L.L.C.<br>(F/K/A WEST PROPERTIES II & III, L.P.)<br>JERRY SHARPE - BELIN LAW FIRM<br>666 WALNUT STREET SUITE 2000<br>DES MOINES, IA 50309-3989 | 10897 | 1/31/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$133,747.63 (U)<br>$133,747.63 (T) | The Debtors have no liability to this claimant because the lease for this property was assigned to Indymac as part of an Asset Purchase Agreement [See Docket 3061]. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| **Totals:** | 12 Claims | | | - (S)<br>$93,638.39 (A)<br>- (P)<br>$618,788.08 (U)<br>$712,426.47 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.