# EXHIBIT A

**Amended Claim**

**Exhibit A**

**Amended Claims**

| Name/Address of Claimant | Objectionable Claim ||||  Surviving Claim ||||
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| ARLINGTON COUNTY, TREASURER<br>ATTN RONALD L ZAMBOTTI<br>TREASURER'S SPECIALIST<br>#1 COURT HOUSE PLAZA STE 217<br>ARLINGTON, VA 22216 | 4586 | 12/5/07 | 07-11051 | $6,412.15 (S)<br>- (A)<br>- (P)<br>$641.22 (U)<br>$7,053.37 (T) | 10903 | 4/7/11 | 07-11051 | - (S)<br>- (A)<br>$541.39 (P)<br>- (U)<br>$541.39 (T) |
| **Totals:** | 1 Claim ||| $6,412.15 (S)<br>- (A)<br>- (P)<br>$641.22 (U)<br>$7,053.37 (T) |||| - (S)<br>- (A)<br>$541.39 (P)<br>- (U)<br>$541.39 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.