# EXHIBIT B

**Late Filed Claims**

YCST01: 11183909.1

066585.1001

## Exhibit B

## Late Filed Claim

| Name/Address of Claimant | Objectionable Claim | | | | Bar Date |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| DUKE REALTY LIMITED PARTNERSHIP<br>LISA STARVICH<br>6133 N. RIVER ROAD, SUITE 200<br>DES PLAINES, IL 60018 | 10835 | 12/30/10 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$435,264.18 (U)<br>$435,264.18 (T) | The bar date for lease rejection claims was 1/11/2008. |
| KRUSE WAY, LLC<br>DAVID B. ROSEMAN, ESQ.<br>SEYFARTH SHAW LLP<br>560 MISSION STREET, SUITE 3100<br>SAN FRANCISCO, CA 94105 | 10846 | 1/5/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$332,415.72 (U)<br>$332,415.72 (T) | The bar date for lease rejection claims was 1/11/2008. The claimant had two timely filed claims, 6146 and 6148, which were expunged in Docket 7232. |
| MEADOWS LAKE OSWEGO<br>DAVID B. ROSEMAN, ESQ.<br>SEYFARTH SHAW LLP<br>560 MISSION STREET, SUITE 3100<br>SAN FRANCISCO, CA 94105 | 10845 | 1/5/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$21,173.64 (U)<br>$21,173.64 (T) | The bar date for lease rejection claims was 1/11/2008. The claimant had a timely filed claim, 6147, which was expunged in Docket 7232. |
| RIDGE MANAGEMENT<br>7200 W 13TH ST<br>SUITE 5<br>WITCHITA, KS 67212 | 10840 | 1/3/11 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$383,625.00 (U)<br>$383,625.00 (T) | The bar date for lease rejection claims was 1/11/2008. |
| Totals: | 4 Claims | | | - (S)<br>- (A)<br>- (P)<br>$1,172,478.54 (U)<br>$1,172,478.54 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.