# EXHIBIT C

**Wrong Debtor Claims**

# Exhibit C

## Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | | | New Case Number |
|---|---|---|---|---|---|---|---|
| | | | | | | | Case Number |
| DIOCESAN PUBLICATIONS, INC<br>ATTN: CARL A. ARSULOWICZ<br>PO BOX 608105<br>ORLANDO, FL 32860-8105 | 9917 | 2/7/08 | No Case | | - (S)<br>- (A)<br>- (P)<br>$328.50 (U)<br>$328.50 (T) | | 07-11051 |
| LITTLE, CECIL<br>2227 WHEATLEY DR # 204<br>BALTIMORE, MD 21207 | 9888 | 2/4/08 | No Case | | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) | | 07-11051 |
| MANAGEMENT ADVISORS INTERNAL<br>PO BOX 3708<br>HICKORY, NC 28603-3708 | 10482 | 8/25/08 | No Case | | - (S)<br>- (A)<br>- (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | | 07-11051 |
| Totals: | | | 3 Claims | | - (S)<br>- (A)<br>- (P)<br>$25,653.50 (U)<br>$25,653.50 (T) | | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.