# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x  Chapter 11
In re:                                                             :
                                                                   :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                             :
HOLDINGS, INC., a Delaware corporation, et al.[1],                 :  Jointly Administered
                                                                   :
    Debtors.                                                       :  **Ref. Docket No. _____**
                                                                   :
                                                                   :
------------------------------------------------------------------ x

## ORDER EXTENDING THE TIME FOR THE PLAN TRUSTEE
## TO OBJECT TO ADMINISTRATIVE CLAIMS

Upon the motion (the "Motion")[2] of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 (The "Plan") in connection with the Chapter 11 cases of the above-captioned debtors and debtors-in-possession (the "Debtors") for entry of an order extending the Administrative Claims Objection Deadline; and in accordance with the Plan and Bankruptcy Rule 9006; and it appearing that sufficient notice of the Motion has been given, and it appearing that the relief requested in the Motion is in the best interest of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms used but not defined herein shall have the meaning assigned to such terms in the Motion.

the Plan Trust, the Plan Trustee, the Debtors, their estates, and all other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. The Administrative Claims Objection Deadline is extended through and including October 6, 2011.

3. This Order is without prejudice to the Plan Trustee's right to seek further extensions of the Administrative Claims Objection Deadline.

4. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
_____, 2011

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE