# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x

In re:                                                    :          Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                    :          Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                           :
                                                          :          Jointly Administered
            Debtors.                                      :
-------------------------------------------------------------------- x          Ref. Docket Nos. 10052-10053,
                                                                     10056-10057

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

ELENI MANNERS, being duly sworn, deposes and says:

1.  I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 17, 2011, I caused to be served the:

    a.  "Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated June 17, 2011 [Docket No. 10052] (the "44th Omni Objection Re-Notice"),

    b.  "Re-Notice of Debtors' Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated June 17, 2011 [Docket No. 10053] (the "76th Omni Objection Re-Notice"),

    c.  "Notice of Plan Trust's Eightieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated June 17, 2011, to which was attached the "Plan Trust's Eightieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated June 17, 2011 [Docket No. 10056] (the "80th Omni Objection"), and

d.  "Notice of Plan Trust's Eighty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated June 17, 2011, to which was attached the "Plan Trust's Eighty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated June 17, 2011 [Docket No. 10057] (the "81st Omni Objection"),

by causing true and correct copies of the:

i.  44th Omni Objection Re-Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii.  76th Omni Objection Re-Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

iii.  80th Omni Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C, and

iv.  81st Omni Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Eleni Manners

Sworn to before me this
21st day of June, 2011

Julia S Bealler (Bachmann)
Notary Public

JULIA S. BEALLER
Notary Public, State of New York
No. 01BE6222280
Qualified in Kings County
Commission Expires May 24, 20 14

T:\Clients\AHM\Affidavits\Re-Notice for Omnis 44 & 76; Omnis 80-81_DI 10052-10053, 10056-10057_AFF_6-17-11.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| BANK OF AMERICA, N.A. | ATTN MARGOT B. SCHONHOLTZ, ESQ. ATTN ANA M. ALFONSO, ESQ. KAYE SCHOLER LLP 425 PARK AVENUE NEW YORK NY 10022-3598 |
| BANK OF AMERICA, N.A. | ATTN ADAM D. GLASSNER 214 NORTH TRYON STREET CHARLOTTE NC 28255 |
| CITIMORTGAGE, INC. | C/O ANDREW J. PETRIE FEATHERSTONE PETRIE DESISTO LLP 600 17TH STREET, SUITE 2400S DENVER CO 80202 |
| MERRILL LYNCH MORTGAGE LENDING, INC. | ATTN VADIM J RUBINSTEIN, ESQ LOEB & LOEB LLP 345 PARK AVE NEW YORK NY 10154 |

**Total Creditor count  4**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| COUNTRYWIDE HOME LOANS, INC. | STUART M. BROWN, ESQ. R. CRAIG MARTIN DLA PIPER LLP (US) 919 N MARKET STREET SUITE 1500 WILMINGTON DE 19801 |
| COUNTRYWIDE HOME LOANS, INC. | ATTN: DAVID SOBUL, ESQ. 4500 PARK GRANADA – MS: CH–11 CALABASAS CA 91302 |

**Total Creditor count  2**

**EXHIBIT C**

| Claim Name | Address Information |
| --- | --- |
| BANC OF AMERICA LEASING & CAPITAL, LLC | PO BOX 5375 PRINCETON NJ 085435375 |
| BANC OF AMERICA LEASING & CAPITAL, LLC | ATTN BRIAN P. MCCONAGHY ONE FINANCIAL PLAZA PROVIDENCE RI 02903 |
| HOOD, JE TAIME | 4 SQUIRES PL NEWPORT NEWS VA 23606-1250 |
| MURPHY, JEROMY D. | 6585 E. LINCOLN WAY COLUMBIA CITY IN 46725 |
| RINCON, SARA R. | 381  N.W 152ND AVENUE PEMBROKE PINES FL 33028 |
| SEAHORN, MARY ELIZABETH | 5039 MADELYN LANE HOUSTON TX 77021 |
| SEAHORN, MARY ELIZABETH | SEAHORN, MARY ELIZABETH C/O MARTIN M HOKANSON 5200 MITCHELLDALE, SUITE F-24 HOUSTON TX 77092 |
| WASHINGTON, STACIE & IRVIN | 5419 PARIS AVE NEW ORLEANS LA 701222603 |

**Total Creditor count  8**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| BP KINGSTOWNE OFFICE K LP | C/O J DAVID FOLDS MCKENNA LONG & ALDRIDGE LLP 1900 K STREET, NW WASHINGTON DC 20006 |
| CALYON NEW YORK BRANCH | ATTN JOHN-CHARLES VAN ESSCHE CALYON BUILDING 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CALYON NEW YORK BRANCH | ATTN JASON W. HARBOUR, ESQ. HUNTON & WILLIAMS LLP RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD STREET RICHMOND VA 23219 |
| CALYON NEW YORK BRANCH | HUNTON & WILLIAMS LLP ATTN JASON W HARBOUR, ESQ RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD STREET RICHMOND VA 23219 |
| CITIBANK, N.A. | ATTN CAROL FLATON, MANAGING DIRECTOR 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIBANK, N.A. | C/O KIRKLAND & ELLIS LLP ATTN LISA LAUKITIS CITIGROUP CENTER 153 EAST 53RD ST NEW YORK NY 10022 |
| DEUTSCHE BANK AG | STEVEN KESSLER, ESQ. 60 WALL STREET, 36TH FL NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | DEUTSHE BANK AG ATTN STEVEN WILAMOWSKY, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| MERRILL LYNCH CREDIT CORPORATION | ATTN VADIM J RUBINSTEIN, ESQ LOEB & LOEB LLP 345 PARK AVE NEW YORK NY 10154 |
| METROPOLITAN LIFE INSURANCE COMPANY | ATTN ROBERT GOLDSTEIN, COUNSEL 2400 LAKEVIEW PARKWAY, SUITE 400 ALPHARETTA GA 30004 |
| SOVEREIGN BANK FSB | GUY B. MOSS, ESQ. RIEMER & BRAUNSTEIN LLP 3 CENTER PLAZA BOSTON MA 02108 |
| SOVEREIGN BANK FSB | ATTN STEPHEN E BURSE, VICE PRESIDENT 75 STATE STREET MA1-SST-0413 BOSTON MA 02109 |
| STATE OF HAWAII, DEPARTMENT OF TAXATION | ATTN: BANKRUPTCY UNIT PO BOX 259 HONOLULU HI 96809 |
| WELLS FARGO BANK, NA, AS MASTER SERVICER | ATTN WILLIAM FAY - CORPORATE TRUST SVCS ASSET SECURITIZATION GROUP 9062 OLD ANNAPOLIS RD COLUMBIA MD 21045 |
| WELLS FARGO BANK, NA, AS MASTER SERVICER | FRANKLIN H. TOP, III CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |

**Total Creditor count  15**