**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |

----------------------------------------------------------------------- x   Ref. Docket Nos. 10059-10060

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK   )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 22, 2011, I caused to be served the:

    a.  "Order Sustaining Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated June 20, 2011 [Docket No. 10059] (the "79th Omni Order"),

    b.  "Order Sustaining Plan Trust's Seventy-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated June 20, 2011 [Docket No. 10060] (the "78th Omni Order"),

    by causing true and correct copies of the:

    i.  79th Omni Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii.  78th Omni Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Eleni Kossivas

Sworn to before me this
23rd day of June, 2011

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ARDEN REALTY LIMITED PARTNERSHIP | C/O MCGUIREWOODS LLP ATTN: SUSAN GERMAISE 1800 CENTURY PARK EAST, 8TH FLOOR LOS ANGELES CA 90067 |
| CITY CENTER SQUARE EQUITIES II LC | SUSAN P. DECOURSEY COHEN MCNEILE & PAPPAS P.C. 4601 COLLEGE BLVD, SUITE 200 LEAWOOD KS 66211 |
| CITY CENTER SQUARE EQUITIES II LC | KORI CROUSE COHEN MCNEILE & PAPPAS P.C. 4601 COLLEGE BLVD, SUITE 200 LEAWOOD KS 66211 |
| COUNTY OF BERNALILLO | THERESA BACA SANDOVAL, ASST ATTY 520 LOMAS BLVD., NW, 4TH FLOOR ALBUQUERQUE NM 87102 |
| DECOURSEY, SUSAN P. | COHEN MCNEILE & PAPPAS P.C. 4601 COLLEGE BLVD., SUITE 200 LEAWOOD KS 66211 |
| HUSTON, DOUGLAS | 2733 RIVER ROAD VIRGINIA BEACH VA 23454 |
| RIVERSIDE COUNTY TAX COLLECTOR | ATTN; CARRIE KOKOSENSKI 4080 LEMON ST, 4TH FLOOR RIVERSIDE CA 92501 |
| RUBIN, JEFF | ALL PRO MORTGAGE 6600 N ANDREWS AVE SUITE FT LAUDERDALE FL |
| SKYVIEW MARKETING, LLC | WOLF & SAMSON PC THE OFFICES AT CRYSTAL LAKE ONE BOLAND DRIVE WEST ORANGE NJ 07052 |
| SKYVIEW MARKETING, LLC | C/O SILCON GROUP ATTN RICHARD BELLO 142 BOND STREET ELIZABETH NJ 07201 |
| STATE OF CALIFORNIA | FRANCHISE TAX BOARD BANKRUPTCTY SECTION MS A340 PO BOX 2952 SACRAMENTO CA 95812-2952 |
| STATE OF HAWAII | DEPARTMENT OF TAXATION PO BOX 259 HONOLULU HI 96809 |
| STOENHENGE CAPITAL LLC | C/O MEISTER SEELIG & FEIN LLP ATTN MATTHEW E. KASINDORF, ESQ. 2 GRAND CENTRAL TWR., 140 E 45 ST 19 FL NEW YORK NY 10017 |
| VENTURA COUNTY TAX COLLECTOR | ATTN: BANKRUPTCY 800 SOUTH VICTORIA AVENUE VENTURA CA 93009-1290 |
| WAKE COUNTY REVENUE DEPARTMENT | POST OFFICE BOX 2331 RALEIGH NC 27602 |
| WEST VIRGINIA STATE TAX DEPARTMENT | PO BOX 766 CHARLESTON WV 25323-0766 |
| WESTRIDGE II AND III, L.L.C. | (F/K/A WEST PROPERTIES II & III, L.P.) JERRY SHARPE – BELIN LAW FIRM 666 WALNUT STREET SUITE 2000 DES MOINES IA 50309-3989 |

**Total Creditor count  17**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ARLINGTON COUNTY, TREASURER | ATTN RONALD L ZAMBOTTI TREASURER'S SPECIALIST #1 COURT HOUSE PLAZA STE 217 ARLINGTON VA 22216 |
| DIOCESAN PUBLICATIONS, INC | ATTN: CARL A. ARSULOWICZ PO BOX 608105 ORLANDO FL 32860-8105 |
| DUKE REALTY LIMITED PARTNERSHIP | LISA STARVICH 6133 N. RIVER ROAD, SUITE 200 DES PLAINES IL 60018 |
| KRUSE WAY, LLC | DAVID B. ROSEMAN, ESQ. SEYFARTH SHAW LLP 560 MISSION STREET, SUITE 3100 SAN FRANCISCO CA 94105 |
| LITTLE, CECIL | 2227 WHEATLEY DR # 204 BALTIMORE MD 21207 |
| MANAGEMENT ADVISORS INTERNAL | PO BOX 3708 HICKORY NC 28603-3708 |
| MEADOWS LAKE OSWEGO | DAVID B. ROSEMAN, ESQ. SEYFARTH SHAW LLP 560 MISSION STREET, SUITE 3100 SAN FRANCISCO CA 94105 |
| RIDGE MANAGEMENT | 7200 W 13TH ST SUITE 5 WITCHITA KS 67212 |

**Total Creditor count  8**