IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
                          Debtors.                                       :
------------------------------------------------------------------------ x

## CERTIFICATION OF COUNSEL REGARDING
## SCHEDULING OF OMNIBUS HEARING DATES

The undersigned hereby certifies that he has obtained from the Court the omnibus hearing dates set forth on the proposed order attached hereto.

Dated: July 11, 2011          YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
       Wilmington, Delaware
                              */s/ Sean M. Beach*
                              Sean M. Beach (No. 4070)
                              Margaret Whiteman Greecher (No. 4652)
                              The Brandywine Building
                              1000 West Street - 17th Floor
                              P.O. Box 391
                              Wilmington, Delaware  19899
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              -and-

                              HAHN & HESSEN LLP
                              Mark S. Indelicato
                              Edward L. Schnitzer
                              488 Madison Avenue
                              New York, New York 10022
                              Telephone: (212) 478-7200
                              Facsimile: (212) 478-7400

                              *Co-Counsel to the Plan Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
                              Debtors.                                 :
---------------------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

September 9, 2011 at 10:00 a.m. (ET)

October 7, 2011 at 10:00 a.m. (ET)

December 1, 2011 at 1:00 p.m. (ET)

Dated: July ____, 2011
       Wilmington, Delaware

                                        _____
                                        CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE