IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x    Chapter 11

In re:                                                                :

                                                               :    Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE HOLDINGS, INC.,            :

a Delaware corporation, et al., [1]                                  :    Jointly Administered

                                                               :

    Debtors.                                           :

--------------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 19, 2011 AT 10:00 A.M.**

**ADJOURNED/RESOLVED MATTERS**

1.    Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

    Response Deadline:   June 4, 2008 at 4:00 p.m.

    Related Documents:

        a)    Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

    Responses Filed:   See Exhibit A, attached

    Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned.

2.    Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

    Response Deadline:   June 4, 2008 at 4:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

Related Documents:

    a)      Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:     See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned

3.      Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:   August 11, 2008 at 4:00 p.m., extended to March 2, 2011 for certain parties

Related Documents:

    a)      Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

    b)      Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5463, 8/18/08]

    c)      Re-Notice of Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9768, 2/7/11]

Responses Filed:     See Exhibit C, attached

Status: Orders have been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned.

4.      Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:   September 8, 2008 at 4:00 p.m.

Related Documents:

    a)      Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code,

Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1   [D.I. 6217, 10/10/08]

b)     Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

c)     (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:     Please see Exhibit D, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit D, this matter will be adjourned.

5.     Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5569, 8/15/08]

Response Deadline:     September 25, 2008 at 4:00 p.m.

Related Document:

a)     Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

b)     Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed: See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned.

YCST01: 11242144.1                    066585.1001

6.      Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of
        Administrative Expenses [D.I. 6460, 10/25/08]

        Objection Deadline:    December 7, 2009 at 4:00 p.m.

        Objections Filed:    None

        Status: This matter will be adjourned.

7.      Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to
        Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
        Rule 3007-1 [D.I. 6554 11/10/08]

        Response Deadline:    December 3, 2008 at 4:00 p.m.

        Related Document:

            a)      Order Sustaining Debtors' Twenty-Second Omnibus (Non-Substantive)
                    Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,
                    Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6703,
                    12/10/08]

        Responses Filed:    See Exhibit F, attached

        Status: An Order has been entered that partially sustains the Objection. With respect to
               the remainder of the relief requested and the remaining responses set forth on
               Exhibit F, this matter will be adjourned.

8.      Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 6826, 1/9/09]

        Response Deadline:    February 10, 2009 at 4:00 p.m.

        Related Document:

            a)      Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive)
                    Objection to Claims [D.I. 7023, 2/17/09]

        Responses Filed:    See Exhibit G, attached

        Status: An Order has been entered that partially sustains the Objection. With respect to
               the remainder of the relief requested and the remaining responses set forth on
               Exhibit G, this matter will be adjourned.

YCST01: 11242144.1          066585.1001

9.      Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7084, 3/6/09]

Response Deadline:    March 30, 2009 at 4:00 p.m.

Related Documents:

       a)      Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

       b)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

       c)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Twenty-Fifth and Thirty-First Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 9977, 5/6/11]

Responses Filed:      See Exhibit H, attached.

Status: Orders have been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit H, this matter will be adjourned.

10.     Debtors' Thirty-Fifth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3007, and Local Rule 3007-1 [D.I. 7347, 5/6/09]

Response Deadline:    May 29, 2009 at 4:00 p.m.

Related Documents:

       a)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

Responses Filed:      See Exhibit I, attached

Status: Orders have been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit I, this matter will be adjourned.

11.     Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8174, 10/13/09]

Response Deadline:    November 6, 2009 at 4:00 p.m., extended to July 12, 2011 for certain parties

Related Documents:

a)      Order Sustaining Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8299, 11/13/09]

b)      Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 9816, 3/7/11]

c)      Revised Order Sustaining in Part Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 9821, 3/9/11]

d)      Order Sustaining in Part Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 9816, 3/7/11] [D.I. 9861, 3/17/11]

e)      Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 10052, 6/17/11]

Responses Received:  See Exhibit J, attached

Status: Orders have been entered that partially sustain the Objection. This matter is adjourned with respect to the items listed in Exhibit J.

YCST01: 11242144.1                066585.1001

12.    Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8939, 6/18/10]

Response Deadline:    July 12, 2010 at 4:00 p.m., extended to August 9, 2010 for Assured Guaranty Corp.

Related Document:

a)    Order Sustaining in Part Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 9028, 7/19/10]

Responses Filed:    See Exhibit K

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned.

13.    Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9176, 8/24/10]

Response Deadline:    September 16, 2010 at 4:00 p.m.

Related Document:

a)    Order Sustaining in Part Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007 [D.I. 9254, 9/23/10]

Responses Filed:    See Exhibit L

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit L, this matter will be adjourned.

14.    Debtors' Sixty-Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 2007-1 [D.I. 9454, 11/15/10]

Response Deadline:    December 8, 2010 at 4:00 p.m.

Related Document:

a)    Revised Order Sustaining Debtors' Sixty-Seventh Omnibus (Substantive) Objection to Claims [D.I. 9551, 12/13/10]

Responses Filed: See Exhibit M, attached

Status: An Order has been entered which partially sustains this matter. This matter is adjourned with respect to the response of Banc of America Leasing as listed on Exhibit M.

15.    Paul M. Deck's Request for Payment of Administrative Claim Seeking Administrative Claim of Thirty-Four Hundred Dollars ($3400.00) [D.I. 9608, 12/30/10]

Objection Deadline:    April 5, 2011 at 4:00 p.m., extended to July 4, 2011 at 4:00 p.m.

Objections Filed:    None to date

Status: This matter will be adjourned to a date and time to be determined.

16.    Bernailllo County's Motion for Administrative Claim [D.I. 9618, 1/3/11]

Objection Deadline:    April 5, 2011 at 4:00 p.m., extended to July 4, 2011 at 4:00 p.m.

Responses Filed:    None to date

Status: This matter will be adjourned to a date and time to be determined.

17.    Banc of America Leasing & Capital, LLC's Request for Allowance and Payment of Administrative Expense Claim [D.I. 9619, 1/4/11]

Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00 p.m. (ET)

Objections Filed:    None to date

Status: This matter will be adjourned to a date and time to be determined.

18.    The United States' Amended Request for Payment of Chapter 11 Administrative Expenses [D.I. 9624, 1/4/11]

Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00 p.m. (ET)

Objections Filed:    None to date

Status: The matter will be adjourned to a date and time to be determined.

YCST01: 11242144.1                 066585.1001

19.    Application of Countrywide Bank, N.A. and Countrywide Home Loans, Inc. for Allowance of Administrative Expenses [D.I. 9625, 1/5/11]

  Objection Deadline: April 29, 2011 at 4:00 p.m. (ET), extended to July 5, 2011 at 4:00 p.m. (ET)

  Objections Filed: None to date

Status: This matter will be adjourned to a date and time to be determined.

20.    Request by City of Hartford, Connecticut for Payment of Administrative Expense [D.I. 9626, 1/4/11]

  Objection Deadline: April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00 p.m. (ET)

  Objections Filed: None to date

  Status: This matter will be adjourned to a date and time to be determined.

21.    Lewisville Independent School District's Request for Payment of Administrative Expense [D.I. 9630, 1/4/11]

  Objection Deadline: April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00 p.m. (ET)

  Objections Filed: None to date

Status: This matter will be adjourned to a date and time to be determined.

22.    Iron Mountain Information Management, Inc.'s Request for Allowance and Payment of Administrative Expenses (Hardcopy) [D.I. 9636, 1/5/11]

  Objection Deadline: April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00 p.m. (ET)

  Objections Filed: None to date

Status: This matter will be adjourned to a date and time to be determined.

YCST01: 11242144.1  066585.1001

23.    Iron Mountain Information Management, Inc.'s Request for Allowance and Payment of Administrative Expenses (Data) [D.I. 9637, 1/5/11]

Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00 p.m. (ET)

Objections Filed:    None to date

Status: This matter will be adjourned to a date and time to be determined.

24.    Application of Normal Loftis for Allowance and Payment of Administrative Expense Claim Pursuant to Section 503(b) of the Bankrupty Code [D.I. 9638, 1/5/11]

Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00 p.m. (ET)

Objections Filed:    None to date

Status: This matter will be adjourned to a date and time to be determined.

25.    Oracle America, Inc.'s Request for Allowance and Payment of Chapter 11 Administrative Expense [D.I. 9639, 1/5/11]

Objection Deadline:    February 3, 2011 at 4:00 p.m., extended to March 3, 2011 for the Plan Trust

Objections Filed:    None

Status: This matter is settled in principle subject to documentation.

26.    Request of American Home Mortgage Servicing, Inc., formerly known as AH Mortgage Acquisition Co., Inc. for Allowance and Payment of an Administrative Expense Claim [D.I. 9640, 1/5/11]

Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00 p.m. (ET)

Objections Filed:    None to date

Status: This matter will be adjourned to a date and time to be determined.

YCST01: 11242144.1                         066585.1001

27.  Debtors' Seventy-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9661, 1/11/11]

Response Deadline: February 3, 2011 at 4:00 p.m. (ET)

Related Document:

   a)  Order (Revised) Sustaining in Part Debtors' Seventy-First Omnibus (Substantive) Objection to Claims [D.I. 9778, 2/9/11]

Responses Filed:    See Exhibit N

Status: This matter will be adjourned with respect to the informal response from the U.S. Department of Labor. An Order has been entered resolving the remainder of this matter.

28.  Protective Claim of Fred R. Hodoval, Rollover IRA, Pershing LLC, Custodian, Recognized Claim Number 1223571 [D.I. 9662, 1/10/11]

Objection Deadline:   Extended to July 4, 2011 at 4:00 p.m. (ET)

Objections Filed:    None to date

Status: This matter will be adjourned to a date and time to be determined.

29.  Hussain Kareem's Motion for Entry of Administrative Claim with Brief in Support [D.I. 9692, 1/20/11]

Objection Deadline:   March 2, 2011 at 4:00 p.m. (ET) extended to July 4, 2011 at 4:00 p.m. (ET)

Objections Filed:    None to date

Status: This matter will be adjourned to a date and time to be determined.

30.  Plan Trust's Seventy-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9771, 2/7/11]

Response Deadline:   March 2, 2011 at 4:00 p.m.

Related Document:

   a)  Order Sustaining in Part Plan Trust's Seventy-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the

YCST01: 11242144.1                066585.1001

Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9822, 3/9/11]

Responses Filed:    See Exhibit O, attached.

Status: An Order has been entered which partially sustains the objection.  This matter has been adjourned with respect to the respond of J.P. Morgan Mortgage Acquisition Co. as listed on Exhibit O.

31.    Plan Trust's Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9817, 3/7/11]

Response Deadline:    March 30, 2011 at 4:00 p.m. (ET)

Related Document:

a)    Order [D.I. 9913, 4/5/11]

Responses Filed:    See Exhibit P, attached.

Status: An order has been entered which partially sustains the Objection.  This matter is adjourned with respect to those items listed in Exhibit P.

32.    Plan Trust's Seventy-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9818, 2/7/11]

Response Deadline:    March 30, 2011 at 4:00 p.m. (ET)

Related Document:

a)    Order  [D.I. 9919, 4/6/11]

Responses Filed:    See Exhibit Q, attached.

Status: An order has been entered which partially sustains the Objection.  This matter is adjourned with respect to those items listed in Exhibit Q.

33.    Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9818, 2/7/11]

Response Deadline:    May 4, 2011 at 4:00 p.m. (ET), extended to July 12, 2011 at 4:00 p.m. (ET) for certain parties

12

Related Documents:

   a)  Revised Order Sustaining in Part Plan Trust's Seventy-Sixth (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9994, 5/9/11]

   b)  Re-Notice of Debtors' Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10053, 6/17/11]

Responses Filed:    See Exhibit R, attached.

Status: An order has been entered which partially sustains the Objection. This matter is adjourned with respect to those items listed in Exhibit R.

34.  Plan Trust's Seventy-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10014, 5/20/11]

Response Deadline:   June 14, 2011 at 4:00 p.m. (ET)

Related Documents:

   a)    Notice of Partial Withdrawal [D.I. 10026, 5/31/11]

   b)    Order Sustaining Plan Trust's Seventy-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 10060, 6/20/11]

Responses Filed:    See Exhibit S, attached.

Status: An Order has been entered which partially sustains the Objection. With respect to Exhibit S, this matter is adjourned regarding the claims of DB Structured Products and the Objection is withdrawn regarding the claim of Dawn May.

35.  Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10015, 5/20/11]

Response Deadline:   June 14, 2011 at 4:00 p.m. (ET)

Related Document:

   a)    Order Sustaining Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims [D.I. 10059, 6/20/11]

13

Responses Filed:      See Exhibit T, attached

Status: An Order has been entered which partially sustains the Objection.  With respect to Exhibit T, this matter will be adjourned.

36.      Pre-Trial Conference – Steven D. Sass, as Plan Trustee of the American Home Mortgage Plan Trust v. Barclays Bank PLC and Barclays Capital Inc., Adversary No. 11-51851]

Related Documents:

   a)      Complaint [D.I. 1, 4/28/11]

   b)      Barclay Bank PLC and Barclays Capital Inc.'s Motion to Dismiss [D.I. 11, 7/1/11]

   c)      Barclay Bank PLC and Barclays Capital Inc.'s Memorandum of Law in Support of Motion to Dismiss [D.I. 12, 7/1/11]

Status: The parties have submitted a proposed scheduling order which adjourns this matter and requests a telephonic status conference to be scheduled by the Court.

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

37.      Plan Trust's Eightieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10056, 6/17/11]

Objection Deadline:   July 12, 2011 at 4:00 p.m. (ET)

Related Document:

   a)      Certificate of No Objection [D.I. 10079, 7/14/11]

   b)      Proposed Order

Objections Filed:     None

Status: A Certificate of No Objection has been filed.  No hearing is required.

14

38.    Plan Trust's Eighty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10057, 6/17/11]

Objection Deadline:    July 12, 2011 at 4:00 p.m. (ET)

Related Document:

     a)  Certification of Counsel [D.I. To Be Filed]

Objections Filed:    See Exhibit U, attached.

Status: This matter will be adjourned with respect to the responses on Exhibit U.  A revised form of order will be submitted under certification of counsel resolving the remainder of this matter.

39.    Plan Trustee's Motion for an Order Extending the Time to Object to Administrative Claims [D.I. 10065, 6/28/11]

Objection Deadline:    July 12, 2011 at 4:00 p.m. (ET)

Related Document:

     a)    Certificate of No Objection [D.I. 10078, 7/14/11]

     b)    Proposed Order

Objections Filed:    None

Status: A Certificate of No Objection has been filed.  No hearing is required.

YCST01: 11242144.1                         066585.1001

## ADVERSARY MATTERS

40.     Steven D. Sass, as Plan Trustee of the American Home Mortgage Plan Trust v. Showcase of Agents, L.L.C. and Piero Orsi, Adv. No. 10-50913

Related Document:

        a)     Plaintiff's Motion to Compel Defendants Piero Orsi and Showcase of Agents, L.L.C. to Produce Certain Documents and for an Extension fo Time for Plaintiff to Complete Fact Depositions [D.I. 33, 7/5/11]

Status: The deadline for a response to be filed by the Defendants is July 15, 2011. This matter will be going forward.

Dated: July 15, 2011                YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
       Wilmington, Delaware

                                */s/ Michael S. Neiburg*
                                Sean M. Beach (No. 4070)
                                Margaret Whiteman Greecher (No. 4652)
                                Patrick A. Jackson (No. 4976)
                                Michael S. Neiburg (No. 5275)
                                The Brandywine Building
                                1000 West Street - 17th Floor
                                P.O. Box 391
                                Wilmington, Delaware  19899
                                Telephone: (302) 571-6600
                                Facsimile: (302) 571-1253

                                -and-

                                HAHN & HESSEN LLP
                                Mark S. Indelicato
                                Edward L. Schnitzer
                                488 Madison Avenue
                                New York, New York 10022
                                Telephone: (212) 478-7200
                                Facsimile: (212) 478-7400

                                *Co-Counsel to the Plan Trustee*

## Exhibit A, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Assoc. | 4362, 6/4/08 | Adjourned |

## Exhibit B, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned |

## Exhibit C, Thirteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Countrywide | 5337, 8/8/08 | Adjourned |
|  | FGIC | 5351, 8/11/08 | Adjourned |
|  | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned |
|  | Deutsche Bank | 5356, 8/11/08 | Adjourned |
|  | AT&T Global Services |  | Adjourned |

## Exhibit D, Fifteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Shervonne Powell | 5814, 9/11/08 | Adjourned |
|  | John Johnston | 5818, 9/11/08 | Adjourned |
|  | Grailing Carter | 5947, 9/17/08 | Adjourned |

## Exhibit E, Seventeenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned |

## Exhibit F, Twenty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Scott Jossart |  | Adjourned |

YCST01: 11242144.1                    066585.1001

## Exhibit G, Twenty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Credit Suisse |  | Adjourned |
|  | Sharaine Hughes |  | Adjourned |

## Exhibit H, Thirty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 7176, 3/30/09 | Adjourned |
|  | David Michaud | 7352, 5/8/09 | Adjourned |
|  | Douglas Huston | 7353, 5/8/09 | Adjourned |

## Exhibit I, Thirty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | EMC | 7466, 5/29/09 | Adjourned |

## Exhibit J, Forty-Fourth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Association |  | Adjourned |
|  | Bank of America, N.A. |  | Adjourned |
|  | CitiMortgage Inc. |  | Adjourned |
|  | Merrill Lynch Mortgage Lending |  | Adjourned |

## Exhibit K, Fifty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Assured Guaranty Corp. |  | Adjourned |

## Exhibit L, Sixty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | New York City Department of Finance |  | Adjourned |

YCST01: 11242144.1        066585.1001

## Exhibit M, Sixty-Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Banc of America Leasing & Capital, LLC | 9535, 12/7/10 | Adjourned |

## Exhibit N, Seventy-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Department of Labor |  | Adjourned |

## Exhibit O, Seventy-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | J.P. Morgan Mortgage Acquisition Corp. | Informal | Adjourned |

## Exhibit P, Seventy-Forth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Placer County |  | Adjourned |

## Exhibit Q, Seventy-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Imperial County |  | Adjourned |

## Exhibit R, Seventy-Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | UBS Securities LLC POC No. 10787 |  | Adjourned |
|  | Countrywide Bank, F.S.B. |  | Adjourned |
|  | Countrywide Home Loans, Inc. |  | Adjourned |
|  | Deutsche Bank National Trust |  | Adjourned |

YCST01: 11242144.1                    066585.1001

## Exhibit S, Seventy-Eighth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | DB Structured Claim Nos. 10758 and 10759 | | Adjourned |

## Exhibit T, Seventy-Ninth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Ventura County | 10044, 6/14/11 | Adjourned |

## Exhibit U, Eighty-First Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Citibank, NA | | Adjourned |

YCST01: 11242144.1          066585.1001