# EXHIBIT A

**Amended Claim**

**Exhibit A**

**Amended Claims**

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| BANC OF AMERICA LEASING & CAPITAL, LLC<br>PO BOX 5375<br>PRINCETON, NJ 085435375 | 8660 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,127,152.75 (U)<br>$1,127,152.75 (T) | 10843 | 1/5/11 | 07-11051 | - (S)<br>- (A)<br>$236,665.32 (P)<br>$881,448.68 (U)<br>$1,118,114.00 (T) |
| **Totals:** | **1 Claim** | | | - (S)<br>- (A)<br>- (P)<br>$1,127,152.75 (U)<br>$1,127,152.75 (T) | | | | - (S)<br>- (A)<br>$236,665.32 (P)<br>$881,448.68 (U)<br>$1,118,114.00 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Wrong Debtor Claims**

**Exhibit B**

**Wrong Debtor Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | New Case Number |
|---|---|---|---|---|---|
| HOOD, JE TAIME<br>4 SQUIRES PL<br>NEWPORT NEWS, VA 23606-1250 | 10325 | 4/29/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$22,959.37 (U)<br>$22,959.37 (T) | 07-11051 |
| MURPHY, JEROMY D.<br>6585 E. LINCOLN WAY<br>COLUMBIA CITY, IN 46725 | 10099 | 3/13/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$5,702.84 (U)<br>$5,702.84 (T) | 07-11051 |
| RINCON, SARA R.<br>381 N.W 152ND AVENUE<br>PEMBROKE PINES, FL 33028 | 10343 | 4/30/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$16,392.00 (U)<br>$16,392.00 (T) | 07-11051 |
| SEAHORN, MARY ELIZABETH<br>5039 MADELYN LANE<br>HOUSTON, TX 77021 | 10297 | 4/28/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$118,636.50 (U)<br>$118,636.50 (T) | 07-11051 |
| WASHINGTON, STACIE & IRVIN<br>5419 PARIS AVE<br>NEW ORLEANS, LA 701222603 | 570 | 9/11/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$31,951.00 (U)<br>$31,951.00 (T) | 07-11051 |
| **Totals:** | 5 Claims | | | - (S)<br>- (A)<br>- (P)<br>$195,641.71 (U)<br>$195,641.71 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.