# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047, Adv. 09-51611 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 7/15/11 AT 2:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeffrey Zawadzki *telephonic | Hahn & Hessen | Liquidating Trustee |
| Edward Schnitzer | Hahn & Hessen | " |
| Joseph Orbach | " | " |
| Alan Root | Blank Rome | " |
| Eric Monzo | Morris James | Vectra Casualty |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.