# EXHIBIT A

**Modified Amount Claims**

# Exhibit A

## Modified Amount Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| BP KINGSTOWNE OFFICE K LP<br>C/O J DAVID FOLDS<br>MCKENNA LONG & ALDRIDGE LLP<br>1900 K STREET, NW<br>WASHINGTON, DC  20006 | 8485 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$155,791.58 (U)<br>$155,791.58 (T) | - (S)<br>- (A)<br>- (P)<br>$49,737.05 (U)<br>$49,737.05 (T) | Claim pertains to lease rejection damages. The applicable real property lease was rejected (effective as of August 31, 2007) by an order of the court [Docket No. 779] entered on September 17, 2007.  Claimant was paid post-petition rent through March 15, 2008 in the amount of $78,841.92 pursuant to the terms of a stipulation executed by the parties, which was approved by an order of the court [Docket No. 6218].  As such, claimant is entitled to a lease rejection claim in the total amount of $49,737.05, which is based on the rental amounts owed from March 16, 2008 through August 31, 2008 minus the $10,661.75 claimant held as a cash security deposit under the lease. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| CALYON NEW YORK BRANCH<br>ATTN JOHN-CHARLES VAN ESSCHE<br>CALYON BUILDING<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | 8067 | 1/10/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$770,449.76 (U)<br>$770,449.76 (T) | - (S)<br>- (A)<br>- (P)<br>$808,285.78 (U)<br>$808,285.78 (T) | Claimant asserts: (i) a liquidated claim against debtor American Home Mortgage Investment Corp. ("AHMIC") (Case No. 07-11048) in the total amount of $770,449.76 on account of amounts purportedly owed by AHMIC under the Back-End and Front-End Master Agreements (as each is defined in Exhibit A to the claim form) (the "Liquidated Portion"); (ii) an unliquidated claim for swap-related losses (the "Unliquidated Swap Losses Portion"); and (iii) unliquidated claims for all permitted costs and expenses incurred by claimant, including attorneys' fees (the "Costs and Expenses Portion" and together with the Unliquidated Swap Losses Portion, the "Unliquidated Portion"). The claim also includes a reservation of rights with respect to, among other things, the classification of the claim in the event it is determined the foregoing claims are subject to setoff or otherwise determined to be administrative, priority or secured claims.<br><br>Based on an extensive review of the applicable documents, the Plan Trustee essentially agrees with the amounts claimed through the Liquidated Portion, however, the Plan Tustee believes it has identified an additional $37,836.02 owed to claimant on account of interest differential payment/receipt & fees. As such, the Plan Trustee would agree to the allowance of $808,285.78 in connection with the Liquidated Portion of this claim. With respect to the Unliquidated Portion, however, upon information and belief the Plan Trustee contends no additional amounts are owed since the subject transaction terminated in September 2007, claimant has provided no data on any additional costs that may have been incurred and all applicable loans have been liquidated and no further swap-related losses were incurred by claimant. Lastly, there is no basis for classifying this claim as anything other than general unsecured since no other collateral was pledged to claimant under this agreement and claimant did not file an administrative expense claim by the applicable bar date. Based on the foregoing, the Plan Trustee requests entry of an order modifying and/or fixing this claim as an allowed general unsecured claim in the amount of $808,285.78. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| CALYON NEW YORK BRANCH<br>ATTN JOHN-CHARLES VAN ESSCHE<br>CALYON BUILDING<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | 8068 | 1/10/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$36,498,888.27 (U)<br>$36,498,888.27 (T) | - (S)<br>- (A)<br>- (P)<br>$36,498,888.27 (U)<br>$36,498,888.27 (T) | Claimant asserts: (i) a liquidated claim against debtor AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHMSV") (Case No. 07-11050) in the total amount of $36,498,888.27 on account of amounts purportedly owed by AHMSV under the Back-End and Front-End Master Agreements (as each is defined in Exhibit A to the claim form) (the "Liquidated Portion"); (ii) an unliquidated claim for swap-related losses (the "Unliquidated Swap Losses Portion"); and (iii) unliquidated claims for all permitted costs and expenses incurred by claimant, including attorneys' fees (the "Costs and Expenses Portion" and together with the Unliquidated Swap Losses Portion, the "Unliquidated Portion"). The claim also includes a reservation of rights with respect to, among other things, the classification of the claim in the event it is determined the foregoing claims are subject to setoff or otherwise determined to be administrative, priority or secured claims.<br><br>Based on an extensive review of the applicable documents, the Plan Trustee calculated a very slight difference in the amounts owed from that asserted by the claimant but nonetheless essentially agrees with the amounts claimed through the Liquidated Portion. As such, the Plan Trustee will agree to the allowance of the amount claimed through this portion - $36,498,888.27. With respect to the Unliquidated Portion, however, upon information and belief the Plan Trustee contends no additional amounts are owed since the subject transaction terminated in September 2007, claimant has provided no data on any additional costs that may have been incurred and all applicable loans have been liquidated and no further swap-related losses were incurred by claimant. Lastly, there is no basis for classifying this claim as anything other than general unsecured since no other collateral was pledged to claimant under this agreement and claimant did not file an administrative expense claim by the applicable bar date. Based on the foregoing, the Plan Trustee requests entry of an order modifying and/or fixing this claim as an allowed general unsecured claim in the amount of $36,498,888.27. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| DEUTSCHE BANK AG<br>STEVEN KESSLER, ESQ.<br>60 WALL STREET, 36TH FL<br>NEW YORK, NY 10005-2858 | 10020 | 3/3/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$4,083,159.22 (U)<br>$4,083,159.22 (T) | - (S)<br>- (A)<br>- (P)<br>$4,448,159.22 (U)<br>$4,448,159.22 (T) | Claimant asserts a claim against debtor American Home Mortgage Investment Corp. ("AHMIC") (Case No. 07-11048) in the total amount of $4,448,159.22 in connection with certain swap-related losses and legal expenses incurred in connection with AHMIC's purported defaults under the DBAG Agreements (as defined in the addendum to the claim form). Specifically, the claimant asserts it is owed $4,083,159.22 under the DBAG Agreements (the "Swap Losses Portion") and $365,000 due to legal expenses incurred through the date the claim was filed (the "Legal Expenses Portion" and together with the Swap Losses Portion, the "Liquidated Portion"). The claim also includes an unliquidated damages portion relating to any potential future liabilities including, breaches, interest owed, premiums and any and all indemnification obligations (the "Unliquidated Damages Portion").<br><br>The Plan Trustee agrees to the allowance of the amounts claimed through the Liquidated Portion of this claim. However, no amounts are owed to the claimant in connection with the Unliquidated Damages Portion since claimant has not provided any evidence of any other damages (liquidated, contingent or unliquidated) after the claim was filed on January 11, 2008 and, moreover, there is no evidence that any other claims are imminent. Based on the foregoing, the Plan Trustee requests entry of an order modifying and/or fixing this claim as an allowed general unsecured claim in the amount of $4,448,159.22 against AHMIC (Case No. 07-11048). |
| METROPOLITAN LIFE INSURANCE COMPANY<br>ATTN ROBERT GOLDSTEIN, COUNSEL<br>2400 LAKEVIEW PARKWAY, SUITE 400<br>ALPHARETTA, GA 30004 | 8498 | 1/10/08 | 07-11051 | - (S)<br>$117,324.34 (A)<br>- (P)<br>$573,578.31 (U)<br>$690,802.65 (T) | - (S)<br>$117,324.34 (A)<br>- (P)<br>$573,578.31 (U)<br>$690,902.65 (T) | The claim needs to be modified to correct the total claimed amount to $690,902.65 as the claimant incorrectly wrote the total claimed amount as $690,802.65 on their proof of claim. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| SOVEREIGN BANK FSB<br>ATTN STEPHEN ANDREWS, SENIOR VP GBM<br>FIXED INCOME SALES<br>MAIL CODE MA1-SST-04-13<br>75 STATE STREET<br>BOSTON, MA 02109 | 8529 | 1/10/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$13,558,882.64 (U)<br>$13,558,882.64 (T) | - (S)<br>- (A)<br>- (P)<br>$12,912,922.64 (U)<br>$12,912,922.64 (T) | Claimant asserts a claim against debtor AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) (Case No. 07-11050) in the total amount of $13,559,191.51 in connection with certain mortgage loan purchase and swap agreements. The claim consists of several portions including, among other things: (i) $12,709,281.20 claimed on account of swap losses in connection with two swap facilities (the "Swap Losses Portion"); (ii) unliquidated swap losses in the estimated amount of $645,960 attributable to the Broadhollow facility (the "Estimated Swap Payout Portion"); (iii) claimed legal ($128,021.66) and consulting expenses ($75,619.78) in the total amount of $203,641.44 allegedly incurred for evaluating the Debtors' mortgage portfolio, formulating a sale proposal and/or legal representation for the claimant in connection with the Debtors' purported defaults (the "Fees/Expenses Portion"); and (iv) a reservation of rights based on potential future swap-related losses (the "Reservation of Rights Portion").<br><br>Based on an extensive review of the applicable documents, the Plan Trustee agrees to the allowance of the amounts claimed by the Swap Losses Portion and Fees/Expense Portion of this claim. With respect to the Estimated Swap Payout Portion, no amounts are owed for this portion since no swap payout was paid out or requested on the sale of the remaining Broadhollow loans. Thus, this portion has no validity and total claimed amount should be reduced by $645,960. Lastly, upon information and belief, the claimant is not entitled to any additional amounts in relation to the Reservation of Rights Portion because no additional costs were or will be incurred by the claimant, the transaction terminated in September 2007, and all applicable loans have been liquidated and no further swap losses were incurred.<br><br>Based on the foregoing, the Plan Trustee requests entry of an order modifying and/or fixing this claim as an allowed general unsecured claim against debtor AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) (Case No. 07-11050) in the amount of $12,912,922.64 |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| SOVEREIGN BANK FSB<br>ATTN STEPHEN ANDREWS, SENIOR VP GBM<br>FIXED INCOME SALES<br>MAIL CODE MA1-SST-04-13<br>75 STATE STREET<br>BOSTON, MA 02109 | 8530 | 1/10/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$13,837,333.58 (U)<br>$13,837,333.58 (T) | - (S)<br>- (A)<br>- (P)<br>$13,191,373.58 (U)<br>$13,191,373.58 (T) | Claimant asserts a claim against debtor American Home Mortgage Investment Corp. (Case No. 07-11048) in the total amount of $13,837,333.58 in connection with certain mortgage loan purchase and swap agreements. The claim consists of several portions including, among other things: (i) $12,983,363.93 claimed on account of swap losses in connection with swap facilities (the "Swap Losses Portion"); (ii) unliquidated swap losses in the estimated amount of $645,960 attributable to the Broadhollow facility (the "Estimated Swap Payout Portion"); (iii) claimed legal ($130,767.79) and consulting expenses ($77,241.86) in the total amount of $208,009.65 allegedly incurred for evaluating the Debtors' mortgage portfolio, formulating a sale proposal and/or legal representation for the claimant in connection with the Debtors' purported defaults (the "Fees/Expenses Portion"); and (iv) a reservation of rights based on potential future swap-related losses (the "Reservation of Rights Portion").<br><br>Based on an extensive review of the applicable documents, the Plan Trustee agrees to the allowance of the amounts claimed by the Swap Losses Portion and Fees/Expense Portion of this claim. With respect to the Estimated Swap Payout Portion, no amounts are owed for this portion since no swap payout was paid out or requested on the sale of the remaining Broadhollow loans. Thus, this portion has no validity and the total claimed amount should be reduced by $645,960. Lastly, upon information and belief, the claimant is not entitled to any additional amounts in relation to the Reservation of Rights Portion because no additional costs were or will be incurred by the claimant, the transaction terminated in September 2007, and all applicable loans have been liquidated and no further swap losses were incurred.<br><br>Based on the foregoing, the Plan Trustee requests entry of an order modifying and/or fixing this claim as an allowed general unsecured claim against debtor American Home Mortgage Investment Corp. (Case No. 07-11048) in the amount of $13,191,373.58. |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| Totals: | 7 Claims | | | - (S)<br>$117,324.34 (A)<br>- (P)<br>$69,478,083.36 (U)<br>$69,595,307.70 (T) | - (S)<br>$117,324.34 (A)<br>- (P)<br>$68,482,944.85 (U)<br>$68,600,269.19 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed