# EXHIBIT B

**No Liability Claims**

## Exhibit B

### No Liability Claims

| Name/Address of Claimant | Objectionable Claim | | | | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| DEUTSCHE BANK AG<br>STEVEN KESSLER, ESQ.<br>60 WALL STREET, 36TH FL<br>NEW YORK, NY 10005-2858 | 10021 | 3/3/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$4,083,159.22 (U)<br>$4,083,159.22 (T) | This claim is asserted against debtor American Home Mortgage Corp. ("AHM Corp.") (Case No. 07-11051) but is otherwise identical to claim no. 10020 ("Claim 10020"), which was filed against debtor American Home Mortgage Investment Corp. ("AHMIC") (Case No. 07-11048). While the Plan Trustee agrees to the allowance of the amounts claimed against AHMIC through Claim 10020, Debtor AHM Corp. has no liability on account of this claim (no. 10021). Specifically, AHM Corp. has no liability because AHM Corp. was not a party to the DBAG Agreements (as defined in the addendum to the claim form), has no indemnification obligations in connection with the DBAG Agreements, and did not otherwise guarantee AHMIC's obligations under the DBAG Agreements. Moreover, AHM Corp. has no liability to this claimant in connection with the ISDA Master Agreement dated as November 20, 2006 (the "AHM Corp. ISDA Agreement") entered into between AHM Corp. and the claimant since there are no outstanding transactions or swap-related losses owing to the claimant under the AHM Corp. ISDA Agreement. Accordingly, AHM Corp. has no direct liability to the claimant under the AHM Corp. ISDA Agreement and no indirect liability by way of indemnification and/or guarantee obligations stemming from AHMIC's obligations to the claimant under the DBAG Agreements. As such, the Plan Trustee requests entry of an order disallowing this claim in its entirety. |
| MERRILL LYNCH CREDIT CORPORATION<br>ATTN VADIM J RUBINSTEIN, ESQ<br>LOEB & LOEB LLP<br>345 PARK AVE<br>NEW YORK, NY 10154 | 8345 | 1/10/08 | 07-11050 | Unspecified* | Claimant asserted this contingent and unliquidated claim in the event that the Debtors breached any potential future indemnification obligations. This claim should be disallowed in its entirety since the claimant has not provided any evidence or made any allegations that such breaches have occurred or will ever occur in the future. |
| MERRILL LYNCH CREDIT CORPORATION<br>ATTN VADIM J RUBINSTEIN, ESQ<br>LOEB & LOEB LLP<br>345 PARK AVE<br>NEW YORK, NY 10154 | 8346 | 1/10/08 | 07-11051 | Unspecified* | Claimant asserted this contingent and unliquidated claim in the event that the Debtors breached any potential future indemnification obligations. This claim should be disallowed in its entirety since the claimant has not provided any evidence or made any allegations that such breaches have occurred or will ever occur in the future. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| STATE OF HAWAII, DEPARTMENT OF TAXATION<br>ATTN: BANKRUPTCY UNIT<br>PO BOX 259<br>HONOLULU, HI 96809 | 10904 | 5/16/11 | 07-11051 | - (S)<br>- (A)<br>$18,721.00 (P)<br>$4,320.25 (U)<br>$23,041.25 (T) | The claimed amount is duplicative of the amounts claimed through POC No. 10019. The Plan Trustee filed the Plan Trust's Seventy-ninth Omnibus Objection to Claims seeking, among other things, to modify and reclass POC No. 10019 in the exact amounts and priorities as this claim [See Docket No. 10015 - Exhibit A]. The Plan Trustee anticipates a court order will be entered in the near future sustaining the 79th omnibus objection with respect to, among other claims, POC No. 10019. Based on the foregoing, this claim should be disallowed in its entirety as it seeks duplicative relief. |
| WELLS FARGO BANK, NA, AS MASTER SERVICER<br>ATTN WILLIAM FAY - CORPORATE TRUST SVCS<br>ASSET SECURITIZATION GROUP<br>9062 OLD ANNAPOLIS RD<br>COLUMBIA, MD 21045 | 8861 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$731,914.41 (U)<br>$731,914.41 (T) | Already settled as part of a global settlement, Docket 8843. Claimaint paid out of Servicing Sale cure escrow account. |
| Totals: | 5 Claims | | | - (S)<br>- (A)<br>$18,721.00 (P)<br>$4,819,393.88 (U)<br>$4,838,114.88 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.