# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 7/19/11 AT 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Scott Martinez *telephonic | Zolfo Cooper | AHM Holdings |
| Edward Schnitzer | Hahn & Hessen | Official Committee of Unsecured Creditors |
| Elizabeth Schulte | Belongia, Shapiro & Franklin | Showcase of Agents, LLC & Peiro Orsi |
| Mark Belongia | | |
| Michael Joyce | Cross & Simon | Showcase, Orsi |
| E. Stephen McNeill | Potter Anderson Corroon | Bank of America as Agent |
| Mike Newbury | Young Conaway | Plan Trustee |
| Greg Petersen | Morris Nichols | Barclays Bank / Barclays Capital |
| Laurie Croffoot-Suede *telephonic | Linklaters | Barclays Bank |
| Margaret W Greecher | YCST | Plan Trustee |