IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x
In re:                                                          :       Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :       Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                 :
                                                                :       Jointly Administered
       Debtors.                                                 :
------------------------------------------------------------------------x       Ref. Docket Nos. 10084, 10085

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 15, 2011, I caused to be served the:

    a. "Notice of Plan Trust's Eighty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated July 15, 2011, to which was attached the "Plan Trust's Eighty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated July 15, 2011 [Docket No. 10084], (the "82nd Omnibus Objection"), and

    b. "Notice of Plan Trust's Eighty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated July 15, 2011, to which was attached the "Plan Trust's Eighty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated July 15, 2011 [Docket No. 10085], (the "83rd Omnibus Objection"),

    by causing true and correct copies of the:

    i. 82nd Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

ii. 83rd Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
19th day of July, 2011

_____
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

T:\Clients\AHM\Affidavits\82nd & 83rd Omnibus Objections_DI 10084, 10085_AFF_7-15-11.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| FRANK MORGAN APPRAISALS | ATTN FRANK MORGAN, OWNER 351 E RUDASILL RD TUCSON AZ 85704 |
| JP MORGAN ACCEPTANCE CORPORATION I, ET AL | ATTN: ALEX ROVIRA & GEOFF RAICHT SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| JP MORGAN ACCEPTANCE CORPORATION I, ET AL | JP MORGAN ATTN: ALYSSA KELMAN 1 CHASE MANHATTAN PLAZA 26TH FLOOR NEW YORK NY 10081 |

**Total Creditor count  3**

**EXHIBIT B**

## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| APPRAISAL SERVICES | 13043 EMERALD DR HAYDEN ID 83835 |
| CARROLL INDEPENDENT SCHOOL DISTRICT | ELIZABETH BANDA, BRUCE MEDLEY PERDUE BRANDON FIELDER COLLINS MOTT LLP PO BOX 13430 ARLINGTON TX 76094-0430 |
| CITY OF CEDAR HILL | ELIZABETH BANDA, BRUCE MEDLEY PERDUE BRANDON FIELDER COLLINS MOTT LLP PO BOX 13430 ARLINGTON TX 76094-0430 |
| DALLAS COUNTY | ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600 DALLAS TX 75201 |
| DESCHUTES COUNTY TAX COLLECTOR | DAVID LILLEY, CHIEF TAX DEPUTY 1300 NW WALL ST STE 200 BEND OR 97701 |
| EHED, LLC | GLENN ZAGOREN 79 BRIDGE ST BROOKLYN NY 11201 |
| EL PASO COUNTY TREASURER | ATTN SANDRA J DAMRON PO BOX 2007 COLORADO SPRINGS CO 80901-2007 |
| I MORTGAGE | ATTN AVP, ACCOUNTING, IMS 2570 BOYCE PLAZA RD PITTSBURGH PA 15227 |
| KNOX COUNTY TRUSTEE | ATTN FRED A. SISK, TRUSTEE P.O. BOX 70 KNOXVILLE TN 37901 |
| MCNAMARA & COMPANY | 9203 BAILEYWICK RD STE 103 RALEIGH NC 27615-1978 |
| ORELLANA, KIRK R. | 16311 S DAN OCONNELL DR PLAINFIELD IL 605869008 |
| RUTHERFORD COUNTY TRUSTEE | ATTN TEB BATEY PO BOX 1316 MURFREESBORO TN 37133-1316 |
| SACKMAN, BEVERLEY W. | 431 TIMBER RIDGE DR LONGWOOD FL 32779 |
| STEWART, ALTHEA | 64 IROQUOIS AVE SELDE |
| VAIDEN, MARY K | 2742 CANDLEWOOD CT APOPKA FL 32703 |

**Total Creditor count 15**