IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re: : Chapter 11
:
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al., :
: Jointly Administered
Debtors. :
---------------------------------------------------------------------x Ref. Docket Nos. 10087, 10092

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 20, 2011, I caused to be served the:

    a. "Order Sustaining Plan Trust's Eightieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated July 15, 2011 [Docket No. 10087], (the "80th Omnibus Order"), and

    b. "Order Sustaining in Part Plan Trust's Eighty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated July 18, 2011 [Docket No. 10092], (the "81st Omnibus Order"),

    by causing true and correct copies of the:

    i. 80th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii. 81st Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Eleni Kossivas

Sworn to before me this
21st day of July, 2011

Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA LEASING & CAPITAL, LLC | PO BOX 5375 PRINCETON NJ 085435375 |
| BANC OF AMERICA LEASING & CAPITAL, LLC | ATTN BRIAN P. MCCONAGHY ONE FINANCIAL PLAZA PROVIDENCE RI 02903 |
| HOOD, JE TAIME | 4 SQUIRES PL NEWPORT NEWS VA 23606-1250 |
| MURPHY, JEROMY D. | 6585 E. LINCOLN WAY COLUMBIA CITY IN 46725 |
| RINCON, SARA R. | 381  N.W 152ND AVENUE PEMBROKE PINES FL 33028 |
| SEAHORN, MARY ELIZABETH | 5039 MADELYN LANE HOUSTON TX 77021 |
| SEAHORN, MARY ELIZABETH | SEAHORN, MARY ELIZABETH C/O MARTIN M HOKANSON 5200 MITCHELLDALE, SUITE F-24 HOUSTON TX 77092 |
| WASHINGTON, STACIE & IRVIN | 5419 PARIS AVE NEW ORLEANS LA 701222603 |

**Total Creditor count  8**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BP KINGSTOWNE OFFICE K LP | C/O J DAVID FOLDS MCKENNA LONG & ALDRIDGE LLP 1900 K STREET, NW WASHINGTON DC 20006 |
| CALYON NEW YORK BRANCH | ATTN JOHN-CHARLES VAN ESSCHE CALYON BUILDING 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CALYON NEW YORK BRANCH | ATTN JASON W. HARBOUR, ESQ. HUNTON & WILLIAMS LLP RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD STREET RICHMOND VA 23219 |
| CALYON NEW YORK BRANCH | HUNTON & WILLIAMS LLP ATTN JASON W HARBOUR, ESQ RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD STREET RICHMOND VA 23219 |
| CITIBANK, N.A. | ATTN CAROL FLATON, MANAGING DIRECTOR 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIBANK, N.A. | C/O KIRKLAND & ELLIS LLP ATTN LISA LAUKITIS CITIGROUP CENTER 153 EAST 53RD ST NEW YORK NY 10022 |
| DEUTSCHE BANK AG | STEVEN KESSLER, ESQ. 60 WALL STREET, 36TH FL NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | DEUTSHE BANK AG ATTN STEVEN WILAMOWSKY, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| MERRILL LYNCH CREDIT CORPORATION | ATTN VADIM J RUBINSTEIN, ESQ LOEB & LOEB LLP 345 PARK AVE NEW YORK NY 10154 |
| METROPOLITAN LIFE INSURANCE COMPANY | ATTN ROBERT GOLDSTEIN, COUNSEL 2400 LAKEVIEW PARKWAY, SUITE 400 ALPHARETTA GA 30004 |
| SOVEREIGN BANK FSB | GUY B. MOSS, ESQ. RIEMER & BRAUNSTEIN LLP 3 CENTER PLAZA BOSTON MA 02108 |
| SOVEREIGN BANK FSB | ATTN: STEVE ANDREWS, SENIOR VP GBM FIXED INCOME SALES MAIL CODE MA1-SST-04-13; 75 STATE STREET BOSTON MA 02109 |
| STATE OF HAWAII, DEPARTMENT OF TAXATION | ATTN: BANKRUPTCY UNIT PO BOX 259 HONOLULU HI 96809 |
| WELLS FARGO BANK, NA, AS MASTER SERVICER | ATTN WILLIAM FAY - CORPORATE TRUST SVCS ASSET SECURITIZATION GROUP 9062 OLD ANNAPOLIS RD COLUMBIA MD 21045 |
| WELLS FARGO BANK, NA, AS MASTER SERVICER | FRANKLIN H. TOP, III CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |

**Total Creditor count  15**