## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x

In re:                        :    Chapter 11

                             :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :    Case No. 07-11047 (CSS)

a Delaware corporation, <u>et al.</u>,[1]              :

                             :    Jointly Administered

         Debtors.                 :    **Ref. Docket Nos. 8174, 8299 & 10052**

------------------------------------------------------------------------ x

### CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER RESOLVING DEBTORS' FORTY-FOURTH (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NOS. 8523 & 8524 FILED BY CITIMORTGAGE, INC.

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "<u>Plan Trustee</u>") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "<u>Plan</u>")[2] in connection with the Chapter 11 cases of the above-captioned debtors (the "<u>Debtors</u>") hereby certifies as follows:

1. On January 10, 2008, CitiMortgage, Inc. ("<u>CMI</u>") filed claim number 8523 ("<u>Claim 8523</u>") and claim number 8524 ("<u>Claim 8524</u>" and together with Claim 8523, the "<u>CitiMortgage Claims</u>") against Debtor American Home Mortgage Holdings, Inc. (Case No. 07-11047) ("<u>AHM Holdings</u>").[3] The CitiMortgage Claims are EPD/Breach Claims subject to the EPD/Breach Claims Protocol set forth in the Plan.

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]      Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Plan.

[3]      The proof of claim forms for the CitiMortgage Claims identified "American Home Mortgage Corporation" but listed the case number for AHM Holdings. The claim register currently reflects AHM Holdings as the debtor entity against which these claims are asserted. As set forth herein, the parties agree that these claims should be assigned to American Home Mortgage Corporation (Case No. 07-11051) ("<u>AHM Corp.</u>").

2.      Pursuant to Claim 8523, CMI asserted it is owed $9,076,422.69 on account of certain unsatisfied prepetition repurchase obligations in connection with various contracts entered into between CMI and AHM Corp.  By Claim 8524, CMI asserted it is owed an additional $27,585,072.66 on account of certain unsatisfied prepetition repurchase obligations in connection with various contracts entered into between CMI and AHM Corp.

3.      On October 13, 2009, the Debtors filed the Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 8174] (the "Objection"). By the Objection, the Debtors, *inter alia*, sought to modify and reduce the CitiMortgage Claims in accordance with the EPD/Breach Claims Protocol and reassign these claims to AHM Corp.

4.      Following the filing of the Objection, the Debtors received several informal and formal responses to the Objection from, among others, holders of EPD/Breach Claims such as CMI.  Given the complexity of the EPD/Breach Claims and the EPD/Breach Claims Protocol established by the Plan, the Debtors and the holders of these claims consensually agreed to adjourn the Objection as it pertained to their claims to allow additional time in which the parties could analyze the merits of their respective positions and reach a consensual resolution of the matters asserted in the Objection.  On November 13, 2009, the Court entered an order [Docket No. 8299] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, the CitiMortgage Claims.

5.      On June 17, 2011, the Plan Trustee filed a Re-Notice of the Objection [Docket No. 10052] (the "Re-Notice").  By the Re-Notice, the Plan Trustee notified, among other claimants, CMI that the Plan Trustee intended to move forward with the Objection as it pertained to, among other claims, the CitiMortgage Claims at the July 19, 2011 omnibus hearing in these bankruptcy cases.  The Re-Notice further notified CMI and certain other holders of

2

EPD/Breach Claims that responses to the Objection, if any, had to be filed on or before July 12, 2011 at 4:00 p.m. (ET)..

6.    Following the filing of the Re-Notice, CMI informally contacted counsel to the Plan Trustee to discuss the matters raised in the Objection (and Re-Notice) as it pertains to the CitiMortgage Claims.  The Plan Trustee agreed to further adjourn the Objection as it pertains these claims in order to allow additional time to reach a consensual resolution of the matters raised in the Objection.  As a result of good faith discussions, the parties have agreed to the following treatment of the CitiMortgage Claims: (i) Claim 8523 shall be an allowed general unsecured claim in the amount of $3,811,272 (representing CMI's Allowed Breach of Warranty Claims under the Plan) and reassigned to Debtor American Home Mortgage Corp. (Case No. 07-11051); and (ii) Claim 8524 shall be an allowed general unsecured claim in the amount of $9,660,849 (representing CMI's Allowed EPD Claims under the Plan) and reassigned to Debtor American Home Mortgage Corp. (Case No. 07-11051).  A proposed form of order (the "Proposed Order") reflecting the parties' agreement is attached hereto as Exhibit A.

*[Signature page follows]*

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that

the Court enter the Proposed Order at its earliest convenience.

Dated: July 22, 2011                          YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
        Wilmington, Delaware

                                        */s/ Michael S. Neiburg*
                                        Sean M. Beach (No. 4070)
                                        Patrick A. Jackson (No. 4976)
                                        Michael S. Neiburg (No. 5275)
                                        The Brandywine Building
                                        1000 West Street - 17th Floor
                                        P.O. Box 391
                                        Wilmington, Delaware  19899
                                        Telephone: (302) 571-6600
                                        Facsimile: (302) 571-1253

                                        -and-

                                        HAHN & HESSEN LLP
                                        Mark S. Indelicato
                                        Edward L. Schnitzer
                                        488 Madison Avenue
                                        New York, New York 10022
                                        Telephone: (212) 478-7200
                                        Facsimile: (212) 478-7400

                                        *Co-Counsel to the Plan Trustee*

                                                   

**<u>EXHIBIT A</u>**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------------ x
In re:                                                      :    Chapter 11
                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                      :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                          :
                                                            :    Jointly Administered
          Debtors.                                          :
                                                            :    Ref. Docket Nos. 8174, 8299 &
                                                            :    10052
------------------------------------------------------------------------ x
```

## CONSENSUAL ORDER RESOLVING DEBTORS' FORTY-FOURTH (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NOS. 8523 & 8524 FILED BY CITIMORTGAGE, INC.

Upon consideration of the forty-fourth omnibus (substantive) objection to claims (the "Objection") [Docket No. 8174] of the above-captioned debtors (the "Debtors"); and the Court having sustained the Objection in part [Docket No. 8299], and the Objection having been adjourned with respect to proof of claim numbers 8523 ("Claim 8523") and 8524 ("Claim 8524" and together with Claim 8523, the "CitiMortgage Claims") filed by CitiMortgage, Inc. ("CMI"); and Steven D. Sass, as liquidating trustee for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* and CMI having agreed that the CitiMortgage Claims should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that: (i) Claim 8523 shall be allowed as a general unsecured claim in the amount of $3,811,272 and reassigned to Debtor American Home Mortgage Corp. (Case No. 07-11051); and (ii) Claim 8524 shall be allowed as a general unsecured claim in the amount of $9,660,849 and reassigned to Debtor American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ __, 2011

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE