IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :   Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                            :
                                                              :   Jointly Administered
         Debtors.                                             :
                                                              :   **Ref. Docket Nos. 8174, 8299 &**
                                                              :   **10052**
------------------------------------------------------------- x

### CONSENSUAL ORDER RESOLVING DEBTORS' FORTY-FOURTH (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NOS. 8523 & 8524 FILED BY CITIMORTGAGE, INC.

Upon consideration of the forty-fourth omnibus (substantive) objection to claims (the "Objection") [Docket No. 8174] of the above-captioned debtors (the "Debtors"); and the Court having sustained the Objection in part [Docket No. 8299], and the Objection having been adjourned with respect to proof of claim numbers 8523 ("Claim 8523") and 8524 ("Claim 8524" and together with Claim 8523, the "CitiMortgage Claims") filed by CitiMortgage, Inc. ("CMI"); and Steven D. Sass, as liquidating trustee for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* and CMI having agreed that the CitiMortgage Claims should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that: (i) Claim 8523 shall be allowed as a general unsecured claim in the amount of $3,811,272 and reassigned to Debtor American Home Mortgage Corp. (Case No. 07-11051); and (ii) Claim 8524 shall be allowed as a general unsecured claim in the amount of $9,660,849 and reassigned to Debtor American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
7/25/2011

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE