IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Case No. 07-11047(CSS) |
| | ) | (Jointly Administered) |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Chapter 11 |
| HOLDINGS, INC., a Delaware | ) | |
| Corporation, et al., | ) | Courtroom 6 |
| | ) | 824 Market Street |
| Debtors. | ) | Wilmington, Delaware |
| | ) | |
| | ) | July 19, 2011 |
| | ) | 10:00 a.m. |
| | ) | |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JUDGE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Plan Trustee:            Young, Conaway, Stargatt &
                             Taylor, LLP
                             BY: MICHAEL NEIBURG, ESQ.
                             BY: MARGARET GREECHER, ESQ.
                             The Brandywine Building
                             1000 West Street, 17th Floor
                             Wilmington, DE  19801
                             (302) 571-6600

ECRO:                        LESLIE MURIN

Transcription Service:       DIAZ DATA SERVICES
                             331 Schuylkill Street
                             Harrisburg, Pennsylvania 17110
                             (717) 233-6664
                             www.diazdata.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service

APPEARANCES:
(Continued)

For Showcase of Agents,   Cross & Simon, LLC
LLC & Peiro Orsi:         BY: MICHAEL JOYCE, ESQ.
                          913 North Market Street, 11th Floor
                          P.O. Box 1380
                          Wilmington, DE 19899
                          (302) 777-4200

For Bank of America:      Potter, Anderson & Corroon, LLP
                          BY: R. STEPHEN MCNEILL, ESQ.
                          1313 North Market Street, 6th Floor
                          Wilmington, DE  19801
                          (302) 984-6000

For Barclays Bank &       Morris Nichols Arsht & Tunnell, LLP
Barclays Capital:         BY: GREGORY WERKHEISER, ESQ.
                          1201 North Market Street
                          18th Floor, P.O. Box 1347
                          Wilmington, DE  19899
                          (302) 658-9200


TELEPHONIC APPEARANCES:

For Plan Trustee:         Hahn & Hessen, LLP
                          BY: EDWARD SCHNITZER, ESQ.
                          (212) 478-7200

For Barclays Bank:        Linklaters
                          BY: LANCE CROFFOOT-SUEDE, ESQ.
                          (212) 903-9261

For Debtor:               Zolso Cooper
                          BY: SCOTT MARTINEZ, ESQ.
                          (212) 561-4000

For Showcase of Agents,   Belongia, Shapiro & Franklin
LLC & Peiro Orsi:         BY: ELIZABETH SCHUTTE, ESQ.
                          BY: MARK BELONGIA, ESQ.

1

1    WILMINGTON, DELAWARE, TUESDAY, JULY 19, 2011, 10:09 A.M.

2                    THE COURT:  Please be seated.

3                    MR. NEIBURG:  Good morning, Your Honor.  Michael

4    Neiburg from Young, Conaway, Stargatt & Taylor on behalf of

5    the plan trustee.

6                    Your Honor, turning to the amended agenda, Items

7    1 through --

8                    THE COURT:  412.

9                    MR. NEIBURG:  Yeah, 35, have  been adjourned or

10   resolved.  And I believe, Your Honor, shortly before the

11   hearing, Your Honor actually did want to hear from the

12   parties with respect to Item No. 36 which was the pre-trial

13   conference in the plan trustee versus Barclays adversary

14   proceeding.

15                   THE COURT:  Yeah, only to figure out a date that

16   makes sense for this telephone conference.  It was unclear

17   to me exactly what you were looking for and when, Paragraph

18   5.

19                   MR. NEIBURG:  Okay.  Are there dates --

20                   THE COURT:  Well, I -- Mr. Werkheiser is

21   representing -- I'm just -- I don't know.  I mean, what are

22   you looking for?

23                   MR. NEIBURG:  Right.

24                   THE COURT:  Sometime in July, August, September,

25   October?

1        MR. WERKHEISER:  Good morning, Your Honor.  For

2   the record, Gregory Werkheiser.  And my co-counsel, Lance

3   Croffoot-Suede from the Linklater's firm is also on the

4   telephone.

5        Your Honor, I think we inserted that more in

6   deference to the Court that Your Honor may want to hear from

7   the parties to keep track of this.  And I'll let Mr.

8   Croffoot-Suede speak, but I think, you know, perhaps after

9   the -- or maybe shortly before the period for the stay for

10  discovery is about to expire might be a good time to have

11  the teleconference.

12       MR. CROFFOOT-SUEDE:  Yeah, this is Lance

13  Croffoot-Suede, Your Honor from Linklaters.

14       I concur with Mr. Werkheiser.  We were just

15  providing the Court with the opportunity to meet with us

16  when the Court sees fit.  But from Barclays perspective, we

17  can meet with the Court, you know, towards the end of the

18  fall since the discovery stay will be in place until

19  February 15, unless Your Honor, of course, rules on the

20  motion to dismiss beforehand.  If Your Honor does, then

21  obviously we can set up a conference, you know, right after

22  we get the ruling.

23       THE COURT:  Okay.  I'll just mark that out.  I

24  appreciate the parties thoughts, but really until I actually

25  make a decision, there's really not much to talk about.  So

1  once you get an answer, we'll -- I'll leave it to you as to

2  whether you'd like to gather in connection with some sort of

3  telephone conference.  So I'll sign it just striking

4  Paragraph 5.

5          MR. NEIBURG:  Thank you, Your Honor.

6          THE COURT:  You're welcome.

7          MR. CROFFOOT-SUEDE:  Thank you, Your Honor.

8          MR. NEIBURG:  Thank you, Your Honor.  Items --

9  turning to Items No. 37 and 38 on the amended agenda, Your

10 Honor, I understand that orders have been entered.

11         THE COURT:  Yes.

12         MR. NEIBURG:  And with respect to Item No. 39, I

13 understand that this motion was filed under CNO, but I don't

14 believe Your Honor's entered an order on this.

15         THE COURT:  Yeah, I -- we lost it or never got it

16 or what have you.  Do you have the order with you?  I don't

17 have it on my --

18         MR. NEIBURG:  I do have a proposed form of order,

19 Your Honor, I'll bring it up.

20         THE COURT:  All right, please approach.

21         MR. NEIBURG:  Thank you.

22         THE COURT:  Since it was CNO, I don't have it

23 with me on the bench.  Thank you.  Okay.

24         MR. NEIBURG:  With that, Your Honor, turns to the

25 last item on the agenda, No. 40 which is the plaintiffs'

1  motion to compel production of documents directed to the

2  defendants.

3          THE COURT:  Okay.

4          MR. NEIBURG:  Would it help the Court if there's

5  a -- do you require a background of the --

6          THE COURT:  Yes.

7          MR. NEIBURG:  -- case?  Initially, Your Honor,

8  when personnel from AHM came to us and said we think there's

9  a transfer of money that occurred, we just want you to look

10  into it.  So myself at the time on behalf of the debtors,

11  contacted the bank in which these transfers occurred.  And

12  after the bank got back to us, we identified that the money

13  was transferred to an account maintained by Showcase of

14  Agents.  Agent personnel then immediately recognized what

15  this money was about.  And that's when I'll get into the

16  background.

17          I think well before the petition date, Your

18  Honor, AHM Corp., as the purported member of an LLC named

19  Mortgage First, Limited, LLC, and I think for purposes here

20  I'll call it the LLC.  And AHM Corp., I'll just refer to as

21  AHM.  And what the plan trustee believes was the other

22  member of the LLC, Showcase of Agents, I'll just identify

23  them as Showcase.  The parties had a longstanding business

24  relationship starting as early as June of 2000 after AHM

25  acquired its membership interest in the LLC from a company

1  called First Home Mortgage Corp.  The officers at First Home

2  Mortgage Corp., were officers of AHM Corp.  It was kind of

3  like AHM Corp., bought the business of First Home Mortgage.

4  And what the LLC did was they originated loans, they

5  underwrote it out in Illinois.  And I think across the

6  nation what AHM had done is they partnered with various

7  local businesses to do this across the nation.  The LLC

8  happened to be one of these entities.

9       And I think based upon the documents produced to

10  defendants, it is apparent that AHM Corp., held itself out

11  as the manager and a member of the LLC.  Managed the

12  business and financial affairs of the LLC.  They had tax

13  returns prepared on behalf of the LLC, financial statements.

14  They did the licensing and registration for the LLC with the

15  applicable state authorities, payroll.  Plaintiff produced

16  ADP payroll statements to defendants.  So every document

17  that we have seen indicates that AHM was a member and a

18  manager of the LLC.

19       Now we're -- how we came here today, Your Honor,

20  the adversary proceeding and then subsequent here for this

21  motion is once we identified these payments or transfers I'm

22  sorry, that were made from the LLC's account to the Showcase

23  account at the same bank, Peiro Orsi who's a principal of

24  Showcase, directed the transfers from the LLC's account to

25  the Showcase account.  And based upon financial records that

1    we have seen, Showcase had received all amounts of money

2    that it was entitled to from this account.  We sent a demand

3    letter as required by Illinois State Law for conversion.

4    They denied our request to return the money, approximately

5    $357,000.  We initiated the adversary proceeding.

6         In response in their motion to dismiss, they

7    asserted that AHM is not entitled to the funds essentially

8    on the basis that the mergers that occurred leading up to

9    AHM's acquisition of its interest in the LLC were

10   purportedly deficient because Peiro Orsi or Showcase was not

11   provided it's right of first refusal as required by the

12   operating agreement.

13        THE COURT:  Say that again.

14        MR. NEIBURG:  Apparently in the LLC's operating

15   agreement, Your Honor, there are provisions that when a

16   member wants to transfer its interest in the LLC, the other

17   member in this case being Showcase was required to receive a

18   right of first refusal.  Now there are no documents that we

19   have been able to find, and obviously, the defendants have

20   not produced such documents showing that Showcase was given

21   written notification of the mergers that -- by which AHM

22   acquired its interests, Your Honor.

23        But I think if you take a step back, you realize

24   that these people had done business prior to AHM becoming

25   involved.  I don't know if documents were provided to

1   Showcase or not, but what the documents we do have show

2   unequivocally, AHM was holding itself out as a manager.

3   They maintained all the records for the LLC, tax returns,

4   licensing, everything else.  So the adversary proceeding

5   moves on.

6           Your Honor in the past allowed discovery to move

7   forward while the motion to dismiss was pending.  In

8   connection with that discovery, plaintiff served defendants

9   with document requests, you know, provide documents showing

10  your entitlement to the funds.  And in response, we received

11  what we believe to be is contradictory responses.  For

12  instance, Your Honor, and I'll point us to Exhibit F.

13  SpecificallyHohONOR Interrogatory No. 10.

14          THE COURT:  Hang on, give me a second to find it.

15          MR. NEIBURG:  Okay.  Sorry, Your Honor.  I have a

16  spare binder if you need it.

17          THE COURT:  No, I have a binder, I just have to -

18  - all right, defendants' written discovery responses, okay,

19  where?

20          MR. NEIBURG:  Interrogatory No. 10, Your Honor.

21  I believe their response would be Page 7.

22          THE COURT:  Okay.

23          MR. NEIBURG:  Paragraph 10, Page 7.

24          THE COURT:  Okay.

25          MR. NEIBURG:  And part of the response is Jeffrey

1    Lake recommended to Orsi that he make the withdraws from the

2    account due to the pending bankruptcy.  My understanding is

3    that Mr. Lake was an officer with First Home Mortgage and

4    also became an officer of AHM Corp., after the merger in

5    June of 2000.  So even though based upon the defendants'

6    position that AHM was not a member, they are now taking

7    direction from a non-member as to what you can do with an

8    LLC account.

9              There's another contradictory position based upon

10   the documents that we have seen.

11             THE COURT:  Wait a minute -- how's that

12   contradictory?

13             MR. NEIBURG:  Well if AHM is not a member and has

14   no right to the account, why are they taking direction from

15   a non-member?

16             THE COURT:  Am I'm looking at the wrong thing?

17   The interrogatory says identify the dates on which payments,

18   disbursements or transfers held in the Showcase account were

19   made to any persons during a certain period.  And their

20   objection, filed an objection over the broad --

21             MR. NEIBURG:  No --

22             THE COURT:  -- active -- the Showcase account was

23   an active checking account with renewals and dividends being

24   paid to a large group of Showcase's members.

25             MR. NEIBURG:  Your Honor, I apologize.  I think

1  in my outline I may have described the wrong number.  If

2  you'd just bear with me for a second, Your Honor.  I

3  apologize.  Your Honor, I did identify the wrong ones, No.

4  9, I apologize.

5          THE COURT:  Okay.  Give me a minute.  Who is you?

6  You is Showcase?

7          MR. NEIBURG:  You would probably -- I think if

8  you look at the definitions, it includes Showcase and Peiro

9  Orsi.

10          THE COURT:  Okay, I've read it.  Now what were

11  you saying?

12          MR. NEIBURG:  The contradiction, Your Honor, is

13  if AHM Corp., did not have a membership or an economic

14  interest in the LLC, they would not have had an interest in

15  the account that was maintained by the LLC.  Yet, defendants

16  were told by Jeffrey Lake to take out the money due to the

17  bankruptcy.  If AHM was not a member of the LLC, what impact

18  would AHM's bankruptcy have on the account?  If they were

19  not a member, none, Your Honor.

20          THE COURT:  Okay.

21          MR. NEIBURG:  The next contradiction, obviously

22  from plaintiffs' perspective is the response Interrogatory

23  No. 13.  And this -- the last line where defendants were not

24  aware that AHM was holding itself out as a member of the

25  LLC.  And, Your Honor, that's contradicted by the K1's that

1  are subject to the motion to compel and also identified in

2  defendants' response where the tax returns that were filed

3  on behalf of the LLC clearly show that AHM was a 50 percent

4  member and Showcase was the other 50 percent member.  And as

5  the defendants' noted in their response, they're willing to

6  stipulate that the K1 was provided to Showcase and Showcase

7  attached it to their tax returns.

8          So if the K1 shows that Showcase is a 50 percent

9  member and the capital account balance analysis that was

10  also identified in the response breaks it down one and

11  partner one which is Showcase, partner two, AHM Corp., how

12  can you then say after litigation is commenced, that

13  defendants were not aware that AHM was holding itself out as

14  a member?

15          MS. SCHUTTE:  Your Honor, can I just interrupt

16  here for a second?  This is Elizabeth Schutte appearing

17  telephonically for the defendant, Showcase and Peiro Orsi.

18          And -- or sorry, plaintiffs' motion to compel,

19  the subject of that motion was four document requests.  It

20  didn't address these interrogatories.  And apparently,

21  plaintiff is more or less trying to prove his case at this

22  point.  As far as I was aware, the only thing that was up

23  this morning was the motion to compel which was only with

24  respect to four document requests, mainly concerning the tax

25  returns that AHM is seeking from Showcase and Peiro Orsi.

1              So the background is fine, but now we're getting

2    into more or less the merits of the case which we've already

3    been arguing on the motions to dismiss.  And right now,

4    we're just in discovery issues.  So I would just like to

5    object to the scope of what plaintiff is going into at this

6    point.

7              THE COURT:  Yeah, why are we getting into this?

8              MR. NEIBURG:  Your Honor, because we -- plaintiff

9    has produced documents that show they were a member.

10   Defendants have denied that.  Plaintiff has produced tax

11   returns filed on behalf of the LLC that show they were a

12   member.  In their discovery responses, defendants have taken

13   a position that's contrary to that.  And in document

14   production, they produced 29 pages of documents.  They

15   didn't produce any emails until we were confronted with an

16   email in which Orsi says AHM Corp., always had the corporate

17   seal because they always did the checks.

18             So what we want and what we're looking for in

19   this motion to compel is what defendants thought about the

20   LLC at the time they were doing business, not after the

21   lawsuit was filed.  And we think the tax returns are

22   evidence of what they thought was their interest in the LLC

23   and what AHM's interest was in the LLC.

24             And it also leads to the identification of

25   potential fact witnesses, maybe other members of Showcase

1  that would have an idea of what Showcase's role and what

2  AHM's role in the LLC was, identifies the accountants that

3  likely have relevant information that filed the returns on

4  behalf of Showcase.  And we don't even know if Peiro Orsi

5  and/or Showcase reported the $357,000 that was transferred

6  from the LLC's account to the Showcase account.

7          THE COURT:  All right.  Well let me hear a

8  response on the tax returns.

9          MS. SCHUTTE:  Sure, Your Honor.  This is

10  Elizabeth Schutte again.

11          We believe that the -- we've tried working with

12  plaintiff on these tax returns.  And we believe it's turned

13  into a bit of a fishing expedition because the whole basis,

14  their rational for why they need the tax returns is they

15  want to see what defendants were aware of and if they

16  attached the Schedule K1's to their tax returns at the time

17  of filing.  And as I mentioned in our response brief, we

18  were willing to stipulate that the Schedule K1's which AHM

19  has already produced and provided to defendants, we were

20  will to stipulate that those were, in fact, attached to

21  their tax returns during the relevant timeframe which the

22  Schedule K1's themselves, they speak for themselves more or

23  less.

24          And so other information that, you know, Peiro

25  Orsi's income and Showcase's income isn't really shown any

1  reason or justification for why or how that information is

2  relevant to the claims and defenses in this case, especially

3  when the sole basis for their motion that they keep

4  repeating is they want to know what defendants believed at

5  the time of filing their tax returns.  And the most relevant

6  information to that basis seems to be the Schedule K1's.

7          THE COURT:  Well, but then they go on to say that

8  the -- despite the statement about the K1, there are a

9  number of three, four reasons that they want more.  One, the

10  income of Orsi/Showcase reported in connection with the LLC.

11  They want to know that.  Showcase has asserted membership

12  interest in the LLC.  Identification of potential fact

13  witnesses and an analysis of the parties respective capital

14  account balances.

15          MS. SCHUTTE:  Right, Your Honor.  And as far as

16  the income of Peiro Orsi and/or Showcase, the -- as

17  plaintiffs' counsel mentioned before, the money that's at

18  issue here, the amount isn't in dispute and it was the money

19  that was transferred from Mortgage First's bank account to

20  Showcase's bank account.  So I don't believe that Peiro Orsi

21  or Showcase's reported income is relevant to that issue or

22  any other issue in the case.  And also that their reported

23  income is not relevant to whether AHM has a membership

24  interest in Mortgage First and a right to its funds which is

25  -- has become the main issue here.

1              And as far as the reason, the second reason

2    Showcase's asserted membership interest in the LLC, that

3    again that's readily ascertainable from the Schedule K1's

4    that were already produced by plaintiff.  We were willing to

5    stipulate.

6              And going to Reason 4 in line with that, an

7    analysis of the parties respective capital account balances

8    during the relevant timeframe, plaintiff has already stated

9    in its own motion that that information was contained in the

10   Schedule K1's.  So I don't see any basis for producing the

11   tax returns just on that reason.

12             And then for No. 3, the identification of

13   potential fact witnesses and the accountants.  Again, I

14   don't know how that's relevant to the issue of whether

15   plaintiff has a membership interest in Mortgage First and is

16   entitled to its funds.  If -- even if it was relevant, it

17   seems that there would be alternate means that plaintiff

18   could obtain this information.  It doesn't seem like a very

19   strong reason for compelling plaintiff or sorry, defendants

20   to turn over their tax returns on that reason alone.

21             THE COURT:  All right, thank you.  Reply,

22   briefly?

23             MR. NEIBURG:  Thank you, Your Honor.  I think one

24   of the key thoughts that we have in drafting this motion is

25   other than the argument that AHM was not a member and,

1  therefore, not entitled to the funds --

2            THE COURT:  Um-hum.

3            MR. NEIBURG:  -- defendants have not produced one

4  document that shows that they are actually entitled to the

5  funds.  So from our position, the tax returns would be the

6  best documents to show what Showcase and Orsi thought while

7  the LLC was conducting operations, not after the lawsuit was

8  filed, not cleansed by counsel with specific information

9  just on the K1's.  You know, information from the K1's would

10  have been transformed or transported from the K1's onto the

11  tax return.  Peiro Orsi may have signed the tax returns.

12            And also, I think in light of the motion that

13  defendants filed on Friday to bifurcate and have Orsi

14  dismissed separate from Showcase, if these tax returns show

15  that Peiro Orsi was personally involved in their preparation

16  and filing, that's yet another means and basis to keep him

17  into the case.

18            THE COURT:  All right.

19            MR. NEIBURG:  Thank you, Your Honor.

20            THE COURT:  Any final comments?  All right.

21            MS. SCHUTTE:  No, Your Honor, thank you.

22            THE COURT:  Okay.  I hear none.  This is always

23  difficult.  Tax returns are certainly extremely sensitive,

24  financially sensitive, personally sensitive information.

25  Nobody wants anybody to see their tax returns. However, we

1  have a party opponent here and the standard is whether the

2  discovery sought might lead to the discovery of admissible

3  evidence.  And I think that the documents here are

4  sufficiently relevant or potentially relevant to the case

5  that they should be produced.  So I will require production,

6  however, any personally identifiable information, social

7  security numbers, Tax ID numbers, et cetera should be and

8  may be stricken or blacked out.  And who's going to look at

9  these for the plaintiff?

10         MR. NEIBURG:  Your Honor, my guess at least for

11  counsel it would be myself and Mr. Ed Schnitzer from Hahn &

12  Hessen, co-counsel for the plan trustee.  In terms of an

13  actual AHM personnel, possibly one of two people, Scott

14  Martinez or Carlo Colagiacomo.

15         THE COURT:  Well at this time, I'll order them on

16  a professional eyes only basis.  And if you want to expand

17  at some future point who can look at those, you can do it on

18  a motion --

19         MR. NEIBURG:  Thank you, Your Honor.

20         THE COURT:  -- or by stipulation.

21         MR. NEIBURG:  Not a problem.

22         MS. SCHUTTE:  Your Honor, can we clarify?  So the

23  tax returns, the defendant, Showcase was actually the member

24  of the LLC.  So I guess we would just ask that the

25  production of the tax returns would be limited to Showcase

1   and not Peiro Orsi's individual income tax returns.

2              THE COURT:  No, Mr. Orsi --

3              MS. SCHUTTE:  As Peiro is not a member of the

4   LLC.

5              THE COURT:  No, Mr. Orsi will -- his tax returns

6   will be produced as well.  Okay?

7              MS. SCHUTTE:  Your Honor, also just briefly, as

8   plaintiffs' counsel mentioned, we did file a motion to

9   bifurcate the proceedings on Friday.  Is Mike Joyce there?

10  Well, maybe not.

11             THE COURT:  He is.

12             MR. JOYCE:  Good morning, Your Honor.

13             THE COURT:  He is.  He's here.

14             MS. SCHUTTE:  Okay.  I'm not sure when it is up.

15  I just wanted to bring it to the Court's attention since it

16  was mentioned.  And I don't know if that's something that

17  the Court wishes to set a briefing schedule on now or just

18  address whenever it's up again.

19             MR. JOYCE:  Your Honor, Mike Joyce for the

20  defendants.

21             Your Honor, myself and Mr. Neiburg had a

22  conversation yesterday afternoon about the motion and a

23  potential briefing schedule.  We certainly defer to the

24  Court, Your Honor, as to when we may be heard on the motion.

25             THE COURT:  Work it amongst yourselves and submit

1  it under certification of completion of briefing.  I'll look

2  at it and decide whether I need a hearing.

3           MR. JOYCE:  Very good.  Thank you, Your Honor.

4           MS. SCHUTTE:   Thank you, Your Honor.

5           MR. NEIBURG:   Your Honor just one more thing.

6  And I -- just because of the nature, I anticipate that

7  maybe, you know, given the length of years of which we

8  requested, reasonably they may not have a copy of a tax

9  return.

10          THE COURT:  How far back are you going?

11          MR. NEIBURG:  Since the time that this entity

12  actually started from I think --

13          THE COURT:  From '98?

14          MR. NEIBURG:  Well, the reason being is they're

15  saying that the mergers were purportedly deficient.  I think

16  there was a corporation called VJJ.  And in June of '99, VJJ

17  merged with FHM and then they merged in June of 2000.  I

18  just wanted to show consistency that from one entity to the

19  next, everything was the same.

20          THE COURT:  You can have '05 going forward, 2005

21  going forward.

22          MR. NEIBURG:  Okay.

23          THE COURT:  At this time.  Okay?

24          MR. NEIBURG:  Not a problem, Your Honor.  Thank

25  you.

1          THE COURT:  All right.  Submit -- consult on an

2  order, submit it under cert, and I'll sign it.

3          MR. NEIBURG:  Thank you, Your Honor.

4          THE COURT:  Anything else?

5          MR. NEIBURG:  Nothing, Your Honor.

6          THE COURT:  Have a great day.

7          MS. SCHUTTE:  Thanks.

8      (Whereupon, at 10:36 a.m., the hearing was adjourned.)

9

10                      CERTIFICATION

11        I certify that the foregoing is a correct

12  transcript from the electronic sound recording of the

13  proceedings in the above-entitled matter.

14

15

16  _____          21 July 2011
17  Traci L. Calaman, Transcriber            Date

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **07-11047(css)** 1:4 | | **apparent(1)** 7:10 | | **carlo(1)** 18:14 | | **decision(1)** 4:25 | |
| **a.m**(3) 1:14  3:1  21:8 | | **apparently(2)** 8:14  12:20 | | **case**(9) 1:4  6:7  8:17  12:21  13:2  15:2 | | **defendant**(2) 12:17  18:23 | |
| **able**(1) 8:19 | | **appearances(1)** 2:25 | | 15:22  17:17  18:4 | | **defendants**(22) 6:2  7:10  7:16  8:19  9:8 | |
| **about**(6) 4:10  4:25  6:15  13:19  15:8  19:22 | | **appearing**(1) 12:16 | | | | 9:18  10:5  11:15  11:23  12:2  12:5  12:13 | |
| **abovetitled**  (1) 21:13 | | **applicable(1)** 7:15 | | **cert**(1) 21:2 | | 13:10  13:12  13:19  14:15  14:19  15:4  16:19 | |
| **account**(21) 6:13  7:22  7:23  7:24  7:25  8:2 | | **applicable(1)** 4:24 | | **certain**(1) 10:19 | | 17:3  17:13  19:20 | |
| 10:2  10:8  10:14  10:18  10:22  10:23  11:15 | | **appreciate**(1) 4:24 | | **certainly**(2) 17:23  19:23 | | | |
| 11:18  12:9  14:6  14:6  15:14  15:19  15:20 | | **approach**(1) 5:20 | | **certification**(2) 20:1  21:10 | | **defenses**(1) 15:2 | |
| 16:7 | | **approximately**(1) 8:4 | | **certify**(1) 21:11 | | **defer**(1) 19:23 | |
| **accountants**(2) 14:2  16:13 | | **are**(14) 3:19  3:21  8:15  8:18  10:6  10:14 | | **cetera**(1) 18:7 | | **deference**(1) 4:6 | |
| **acquired**(2) 6:25  8:22 | | 12:1  13:7  13:21  15:8  17:4  17:23  18:3 | | **chapter**(1) 1:7 | | **deficient**(2) 8:10  20:15 | |
| **acquisition**(1) 8:9 | | 20:10 | | **checking**(1) 10:23 | | **definitions**(1) 11:8 | |
| **across**(2) 7:5  7:7 | | **arguing**(1) 13:3 | | **checks**(1) 13:17 | | **delaware**(4) 1:2  1:8  1:11  3:1 | |
| **active**(2) 10:22  10:23 | | **argument**(1) 16:25 | | **christopher**(1) 1:19 | | **demand**(1) 8:2 | |
| **actual**(1) 18:13 | | **arsht**(1) 2:17 | | **claims**(1) 15:2 | | **denied**(2) 8:4  13:10 | |
| **actually**(5) 3:11  4:24  17:4  18:23  20:12 | | **ascertainable**(1) 16:3 | | **clarify**(1) 18:22 | | **described**(1) 11:1 | |
| **address**(2) 12:20  19:18 | | **ask**(1) 18:24 | | **cleansed**(1) 17:8 | | **despite**(1) 15:8 | |
| **adjourned**(2) 3:9  21:8 | | **asserted**(3) 8:7  15:11  16:2 | | **clearly**(1) 12:3 | | **diaz**(1) 1:35 | |
| **administered**(1) 1:5 | | **attached**(3) 12:7  14:16  14:20 | | **cno**(2) 5:13  5:22 | | **did**(2) 3:11  7:4  7:14  11:3  11:13  13:17 | |
| **admissible**(1) 18:2 | | **attention**(1) 19:15 | | **co-counsel**(2) 4:2  18:12 | | **didn't**(2) 12:20  13:15 | |
| **adversary**(4) 3:13  7:20  8:5  9:4 | | **august**(1) 3:24 | | **colagiacomo**(1) 18:14 | | **difficult**(1) 17:23 | |
| **affairs**(1) 7:12 | | **authorities**(1) 7:15 | | **commenced**(1) 12:12 | | **directed**(2) 6:1  7:24 | |
| **after**(8) 4:8  4:21  6:12  6:24  10:4  12:12 | | **aware**(4) 11:24  12:13  12:22  14:15 | | **comments**(1) 17:20 | | **direction**(2) 10:7  10:14 | |
| 13:20  17:7 | | **back**(5) 6:12  8:23  20:10 | | **company**(1) 6:25 | | **disbursements**(1) 10:18 | |
| | | **background**(3) 6:5  6:16  13:1 | | **compel**(5) 6:1  12:1  12:18  12:23  13:19 | | **discovery**(9) 4:10  4:18  9:6  9:8  9:18  13:4 | |
| **afternoon**(1) 19:22 | | **balance**(1) 12:9 | | **compelling**(1) 16:19 | | 13:12  18:2  18:2 | |
| **again**(5) 8:13  14:10  16:3  16:13  19:18 | | **balances**(2) 15:14  16:7 | | **completion**(1) 20:1 | | | |
| **agenda**(3) 3:6  5:9  5:25 | | **bank**(8) 2:11  2:17  2:31  6:11  6:12  7:23 | | **conaway**(2) 1:24  3:4 | | **dismiss**(4) 4:20  8:6  9:7  13:3 | |
| **agent**(1) 6:14 | | 15:19  15:20 | | **concerning**(1) 12:24 | | **dismissed**(1) 17:14 | |
| **agents**(4) 2:4  2:39  6:14  6:22 | | **bankruptcy**(5) 1:1  1:20  10:2  11:17  11:18 | | **concur**(1) 4:14 | | **dispute**(1) 15:18 | |
| **agreement**(2) 8:12  8:15 | | **barclays**(5) 2:17  2:18  2:31  3:13  4:16 | | **conducting**(1) 17:7 | | **district**(1) 1:2 | |
| **ahm**(28) 6:8  6:18  6:20  6:24  7:2  7:3  7:6 | | **based**(4) 7:9  7:25  10:5  10:9 | | **conference**(4) 3:13  3:16  4:21  5:3 | | **dividends**(1) 10:23 | |
| 7:10  7:17  8:7  8:21  8:24  9:2  10:4  10:6 | | **basis**(7) 8:8  14:13  15:3  15:6  16:10  17:16 | | **confronted**(1) 13:15 | | **document**(6) 7:16  9:9  12:19  12:24  13:13 | |
| 10:13  11:13  11:17  11:24  12:3  12:11  12:13 | | 18:1 | | **connection**(3) 5:2  9:8  15:10 | | 17:4 | |
| 12:25  13:16  14:18  15:23  16:25  18:13 | | **bear**(1) 11:2 | | **consistency**(1) 20:18 | | **documents**(12) 6:1  7:9  8:18  8:20  8:25  9:1 | |
| | | **became**(1) 10:4 | | **consult**(1) 21:1 | | 9:9  10:10  13:9  13:14  17:6  18:3 | |
| **ahm's**(1) 11:18  13:23 | | **because**(5) 8:10  13:8  13:17  14:13  20:6 | | **contacted**(1) 6:11 | | **does**(1) 4:20 | |
| **all**(9) 5:20  8:1  9:3  9:18  14:7  16:21  17:18 | | **become**(1) 15:25 | | **contained**(1) 16:9 | | **doesn't**(1) 16:18 | |
| 17:20  21:1 | | **becoming**(1) 8:24 | | **continued**(1) 2:2 | | **doing**(1) 13:20 | |
| **allowed**(1) 9:6 | | **been**(5) 3:9  5:10  8:19  13:3  17:10 | | **contradicted**(1) 11:25 | | **don't**(10) 3:21  5:13  5:16  5:22  8:25  14:4 | |
| **alone**(1) 16:20 | | **before**(5) 1:19  3:10  4:9  6:17  15:17 | | **contradiction**(2) 11:12  11:21 | | 15:20  16:10  16:14  19:16 | |
| **already**(4) 13:2  14:19  16:4  16:8 | | **beforehand**(1) 4:20 | | **contradictory**(3) 9:11  10:9  10:12 | | | |
| **also**(8) 4:3  10:4  12:1  12:10  13:24  15:22 | | **behalf**(6) 3:4  6:10  7:13  12:3  13:11  14:4 | | **contrary**(1) 13:13 | | **done**(2) 7:6  8:24 | |
| 17:12  19:7 | | **being**(3) 8:17  10:23  20:14 | | **conversation**(1) 19:22 | | **down**(1) 12:10 | |
| | | **believe**(7) 3:10  5:14  9:11  9:21  14:11 | | **conversion**(1) 8:3 | | **drafting**(1) 16:24 | |
| **alternate**(1) 16:17 | | 14:12  15:20 | | **cooper**(1) 2:35 | | **due**(2) 10:2  11:16 | |
| **always**(3) 13:16  13:17  17:22 | | | | **copy**(1) 20:8 | | **during**(3) 10:19  14:21  16:8 | |
| **amended**(2) 3:6  5:9 | | **believed**(1) 15:4 | | **corp**(11) 6:18  6:20  7:1  7:2  7:2  7:3  7:10 | | **early**(1) 6:24 | |
| **america**(1) 2:11 | | **believes**(1) 6:21 | | 10:4  11:13  12:11  13:16 | | **economic**(1) 11:13 | |
| **amongst**(1) 19:25 | | **belongia**(2) 2:39  2:41 | | | | **ecro**(1) 1:33 | |
| **amount**(1) 15:18 | | **bench**(1) 5:23 | | **corporate**(1) 13:16 | | **edward**(1) 2:28 | |
| **amounts**(1) 8:1 | | **best**(1) 17:6 | | **corporation**(2) 1:9  20:16 | | **electronic**(2) 1:41  21:12 | |
| **analysis**(3) 12:9  15:13  16:7 | | **bifurcate**(2) 17:13  19:9 | | **correct**(1) 21:11 | | **elizabeth**(3) 2:40  12:16  14:10 | |
| **and**(90) 3:10  3:17  4:2  4:7  5:9  5:12  6:8 | | **binder**(2) 9:16  9:17 | | **corroon**(1) 2:11 | | **else**(2) 9:4  21:4 | |
| 6:11  6:15  6:19  6:20  6:21  7:4  7:5  7:9  7:1 | | **bit**(1) 14:13 | | **could**(1) 16:18 | | **email**(1) 13:16 | |
| 7:12  7:14  7:17  7:20  6:21  7:4  7:5  7:9  7:1 | | **blacked**(1) 18:8 | | **counsel**(4) 15:17  17:8  18:11  19:8 | | **emails**(1) 13:15 | |
| 9:25  10:3  10:13  10:19  10:23  11:8  11:23 | | **bought**(1) 7:3 | | **course**(1) 4:19 | | **end**(1) 4:17 | |
| 11:25  12:1  12:4  12:4  12:6  12:9  12:10 | | **box**(2) 2:7  2:20 | | **court**(54) 1:1  3:2  3:8  3:15  3:20  3:24  4:6 | | **entered**(2) 5:10  5:14 | |
| 12:17  12:18  12:20  12:25  13:13  13:13  13:18 | | **brandywine**(1) 1:28 | | 4:15  4:16  4:17  4:23  5:6  5:11  5:15  5:20 | | **entities**(1) 7:8 | |
| 13:21  13:23  13:24  14:1  14:4  14:12  14:15 | | **breaks**(1) 12:10 | | 5:22  6:3  6:4  6:6  8:13  9:14  9:17  9:22  9:22 | | **entitled**(5) 8:2  8:7  16:16  17:1  17:4 | |
| 14:17  14:19  14:24  14:25  15:2  15:5  15:13 | | **brief**(1) 14:17 | | 10:11  10:16  10:22  11:5  11:10  11:20  13:7 | | **entitlement**(1) 9:10 | |
| 15:15  15:18  15:22  15:24  16:1  16:6  16:12 | | **briefing**(3) 19:17  19:23  20:1 | | 14:7  15:7  16:21  17:2  17:8  17:20  17:22 | | **entity**(2) 20:11  20:18 | |
| 16:13  16:15  16:25  17:6  17:12  17:13  17:18 | | **briefly**(2) 16:22  19:7 | | 18:15  18:20  19:2  19:5  19:11  19:13  19:17 | | **especially**(1) 15:2 | |
| 17:16  18:1  18:3  18:7  18:8  18:11  18:16 | | **bring**(2) 5:19  19:15 | | 19:24  19:25  20:10  20:13  20:20  20:23  21: | | **esq**(10) 1:26  1:27  2:5  2:12  2:18  2:28  2:32 | |
| 19:1  19:16  19:21  19:22  19:25  20:2  20:6 | | **broad**(1) 10:20 | | 21:4  21:6 | | 2:36  2:40  2:41 | |
| 20:16  20:17  21:2 | | **building**(1) 1:28 | | | | | |
| | | **business**(5) 6:23  7:3  7:12  8:24  13:20 | | **court's**(1) 19:15 | | **essentially**(1) 8:7 | |
| **and/or**(2) 14:5  15:16 | | **businesses**(1) 7:7 | | **courtroom**(1) 1:9 | | **even**(3) 10:5  14:4  14:16 | |
| **anderson**(1) 2:11 | | **but**(8) 4:8  4:16  4:24  5:13  8:23  9:1  13:1 | | **croffoot-suede**(6) 2:32  4:3  4:8  4:12  4:13 | | **every**(1) 7:16 | |
| **another**(2) 10:9  17:16 | | 15:7 | | 5:7 | | **everything**(2) 9:4  20:19 | |
| **answer**(1) 5:1 | | | | | | **evidence**(2) 13:22  18:3 | |
| **anticipate**(1) 20:6 | | **call**(1) 6:20 | | **cross**(1) 2:4 | | **exactly**(1) 3:17 | |
| **any**(7) 10:19  13:15  14:25  15:22  16:10 | | **called**(2) 7:1  20:16 | | **data**(1) 1:35 | | **exhibit**(1) 9:12 | |
| 17:20  18:6 | | **came**(2) 6:8  7:19 | | **date**(2) 3:15  6:17 | | **expand**(1) 18:16 | |
| | | **can**(9) 4:17  4:21  10:7  12:12  12:15  18:17 | | **dates**(2) 3:19  10:17 | | **expedition**(1) 14:13 | |
| **anybody**(1) 17:25 | | 18:17  18:22  20:20 | | **day**(1) 21:6 | | **expire**(1) 4:10 | |
| **anything**(1) 21:4 | | | | **debtor**(1) 2:35 | | **expire't**(1) 4:17 | |
| **apologize**(3) 10:25  11:13  11:4 | | **capital**(4) 2:18  12:9  15:13  16:7 | | **debtors**(2) 1:11  6:10 | | **extremely**(1) 17:23 | |
| | | | | **decide**(1) 20:2 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

eyes(1) 18:16
fact(4) 13:25 14:20 15:12 16:13
fall(1) 4:18
far(4) 12:22 15:15 16:1 20:10
february(1) 4:19
fhm(1) 20:17
figure(1) 3:15
file(1) 19:8
filed(8) 5:13 10:20 12:2 13:11 13:21 14:3 17:8 17:13

filing(3) 14:17 15:5 17:16
final(1) 17:20
financial(3) 7:12 7:13 7:25
financially(1) 17:24
find(2) 8:19 9:14
fine(1) 13:1
firm(1) 4:3
first(9) 6:19 7:1 7:1 7:3 8:1 8:18 10:3 15:24 16:15

first's(1) 15:19
fishing(1) 14:13
fit(1) 4:16
floor(4) 1:29 2:6 2:13 2:20
for(36) 1:2 1:24 2:4 2:11 2:17 2:27 2:31 2:35 2:39 3:16 3:17 3:22 4:1 4:9 4:9 6:8 7:14 7:20 8:3 9:3 9:11 11:2 12:16 12:17 13:18 14:14 14:22 15:1 15:3 16:10 16:12 16:19 18:9 18:10 18:12 19:19

foregoing(1) 21:11
form(1) 5:18
forward(3) 9:7 20:20 20:21
four(3) 12:19 12:24 15:9
franklin(1) 2:39
friday(2) 17:13 19:9
from(28) 3:4 3:11 4:3 4:6 4:13 4:16 6:8 6:25 7:22 7:24 8:2 10:1 10:7 10:14 11:22 12:25 14:6 15:19 16:3 17:5 17:9 17:10 17:14 18:11 20:12 20:13 20:18 21:12

funds(6) 8:7 9:10 15:24 16:16 17:1 17:5
future(1) 18:17
gather(1) 5:2
get(3) 4:22 5:1 6:15
getting(2) 13:1 13:7
give(2) 9:14 11:5
given(2) 8:20 20:7
going(6) 13:5 16:6 18:8 20:10 20:20 20:21
good(5) 3:3 4:1 4:10 19:12 20:3
got(2) 5:15 6:12
great(1) 21:6
greecher(1) 1:27
gregory(2) 2:18 4:2
group(1) 10:24
guess(2) 18:10 18:24
had(8) 6:23 7:6 7:12 8:1 8:24 11:14 13:16 19:21

hahn(2) 2:27 18:11
hang(1) 9:14
happened(1) 7:8
harrisburg(1) 1:37
has(9) 10:13 13:9 13:10 14:19 15:11 15:23 15:25 16:8 16:15

have(34) 3:9 4:10 5:10 5:16 5:16 5:17 5:18 5:22 7:17 8:1 8:19 8:19 9:1 9:15 9:17 9:17 10:10 11:1 11:13 11:14 11:18 13:10 13:12 14:1 14:3 16:24 17:3 17:10 17:17 17:23 18:1 20:8 20:20 21:6

he's(1) 19:13
hear(4) 3:11 4:6 14:7 17:22
heard(1) 19:24
hearing(3) 3:11 20:2 21:8
held(2) 7:10 10:18
help(1) 6:4

here(9) 6:19 7:19 7:20 12:16 15:18 15:25 18:1 18:3 19:13

hessen(2) 2:27 18:12
him(1) 17:16
his(2) 12:21 19:5
hm's(2) 8:9 14:2
holding(3) 9:2 11:24 12:13
holdings(1) 1:8
home(5) 1:7 7:1 7:1 7:3 10:3
honor(52) 3:3 3:6 3:10 3:11 4:1 4:5 4:6 4:13 4:19 4:20 5:5 5:7 5:8 5:10 5:19 5:24 6:7 6:18 7:19 8:15 8:22 9:6 9:12 9:15 9:20 10:25 11:12 11:3 11:12 11:19 11:25 12:15 13:8 14:9 15:15 16:23 17:19 17:21 18:10 18:19 18:22 19:7 19:12 19:19 19:21 19:24 20:3 20:4 20:5 20:24 21:3 21:5

honor's(1) 5:14
honorable(1) 1:19
how(5) 7:19 12:11 15:1 16:14 20:10
how's(1) 10:11
however(2) 17:25 18:6
i'll(13) 4:7 4:23 5:1 5:3 5:19 6:15 6:20 6:22 6:20 9:12 18:15 20:1 21:2

i'm(4) 3:21 7:21 10:16 19:14
i've(1) 11:10
idea(1) 14:1
identifiable(1) 18:6
identification(3) 13:24 15:12 16:12
identified(4) 6:12 7:21 12:1 12:10
identifies(1) 14:2
identify(3) 6:22 10:17 11:3
illinois(2) 7:5 8:3
immediately(1) 6:14
impact(1) 11:17
inc(1) 1:8
includes(1) 11:8
income(7) 14:25 14:25 15:10 15:16 15:21 15:23 19:1

indicates(1) 7:17
individual(1) 19:1
information(10) 14:3 14:24 15:1 15:6 16:9 16:18 17:8 17:18 18:6

initially(1) 6:7
initiated(1) 8:5
inserted(1) 4:5
instance(1) 9:12
interest(11) 6:25 8:9 8:16 11:14 11:14 13:22 13:23 15:12 15:24 16:2 16:15

interests(1) 8:22
interrogatories(1) 12:20
interrogatory(4) 9:13 9:20 10:17 11:22
interrupt(1) 12:15
into(7) 6:10 6:15 13:2 13:5 13:7 14:13 17:17

involved(2) 8:25 17:15
isn't(2) 14:25 15:18
issue(5) 15:18 15:21 15:22 15:25 16:14
issues(1) 13:4
it's(3) 8:11 14:12 19:18
item(3) 3:12 5:12 5:25
items(3) 3:6 5:8 5:9
its(7) 6:25 8:9 8:16 8:22 15:24 16:9 16:16
itself(4) 7:10 9:2 11:24 12:13
jeffrey(2) 9:25 11:16
jointly(1) 11:5
joyce(6) 2:5 19:9 19:12 19:19 19:19 20:3
judge(2) 1:19 1:20
july(4) 1:13 3:1 3:24 21:16
june(4) 6:24 10:5 20:16 20:17

just(21) 3:21 4:14 4:23 5:3 6:9 6:20 6:22 9:17 11:2 12:15 13:4 13:4 14:1 16:11 17:9 18:24 19:7 19:15 19:17 20:5 20:6 20:18

justification(1) 15:1
k1's(10) 11:25 14:16 14:18 14:22 15:6 16:3 16:10 17:9 17:9 17:10

keep(3) 4:7 15:3 17:16
key(1) 16:24
kind(1) 7:2
know(14) 3:21 4:8 4:17 4:21 8:25 9:9 14:4 14:24 15:4 15:11 16:14 17:9 19:16 20:7

lake(3) 10:1 10:3 11:16
lance(3) 2:32 4:2 4:12
large(1) 10:24
last(2) 5:25 11:23
law(1) 8:3
lawsuit(2) 13:21 17:7
lead(1) 18:2
leading(1) 8:8
leads(1) 13:24
least(1) 18:10
leave(1) 5:1
length(1) 20:7
leslie(1) 1:33
less(3) 12:21 13:2 14:23
let(2) 4:7 14:7
letter(1) 8:3
licensing(2) 7:14 9:4
light(1) 17:12
like(4) 5:2 7:3 13:4 16:18
likely(1) 14:3
limited(2) 6:19 18:25
line(1) 11:23 16:6
linklater's(1) 4:3
linklaters(2) 2:31 4:13
litigation(1) 12:12
llc(35) 2:4 2:5 2:40 6:18 6:19 6:20 6:22 6:25 7:4 7:7 7:11 7:12 7:13 7:14 7:18 8:16 9:3 10:8 11:14 11:15 11:17 11:25 12:3 13:11 13:20 13:22 13:23 14:2 15:10 15:12 16:2 17:7 18:24 19:4

llc's(4) 7:22 7:24 8:14 14:6
llp(4) 1:25 2:11 2:17 2:27
loans(1) 7:4
local(1) 7:7
longstanding(1) 6:23
look(5) 6:9 11:8 18:8 18:17 20:1
looking(4) 3:17 3:22 10:16 13:18
lost(1) 5:15
made(2) 7:22 10:19
main(1) 15:25
mainly(1) 12:24
maintained(3) 6:13 9:3 11:15
make(2) 4:25 10:1
makes(1) 3:16
managed(1) 7:11
manager(3) 7:11 7:18 9:2
margaret(1) 1:27
mark(2) 2:41 4:23
market(4) 1:10 2:6 2:13 2:19
martinez(2) 2:36 18:14
matter(1) 21:13
may(6) 4:6 11:1 17:11 18:8 19:24 20:8
maybe(4) 4:9 13:25 19:10 20:7
mcneill(1) 2:12
mean(1) 3:21
means(2) 16:17 17:16
meet(2) 4:15 4:17
member(20) 6:18 6:22 7:11 7:17 8:16 8:17 10:6 10:13 11:17 11:19 11:24 12:4 12:9 12:14 13:9 13:12 16:25 18:23 19:3
members(2) 10:24 13:25

membership(6) 6:25 11:13 15:11 15:23 16:2 16:15

mentioned(4) 14:17 15:17 19:8 19:16
merged(2) 20:17 20:17
merger(1) 10:4
mergers(3) 8:8 8:21 20:15
merican(1) 1:7
merits(1) 13:2
michael(3) 1:26 2:5 3:3
might(2) 4:10 18:2
mike(2) 19:9 19:19
minute(2) 10:11 11:5
money(8) 6:9 6:12 6:15 8:1 8:4 11:16 15:17 15:18

more(6) 4:5 12:21 13:2 14:22 15:9 20:5
morning(4) 3:3 4:1 12:23 19:12
morris(1) 2:17
mortgage(9) 1:7 6:19 7:1 7:2 7:3 10:3 15:19 15:24 16:15

most(1) 15:5
motion(19) 4:20 5:13 6:1 7:21 8:6 9:7 12:1 12:18 12:22 12:23 13:19 15:3 16:9 16:24 17:12 18:18 19:8 19:22 19:24

motions(1) 13:3
move(1) 9:6
moves(1) 9:5
much(1) 4:25
murin(1) 1:33
myself(3) 6:10 18:11 19:21
named(1) 6:18
nation(2) 7:6 7:7
nature(1) 20:6
need(3) 9:16 14:14 20:2
neiburg(40) 1:26 3:3 3:4 3:9 3:19 3:23 5:5 5:8 5:12 5:18 5:21 5:24 6:4 6:7 8:14 9:15 9:20 9:23 9:25 10:13 10:21 10:25 11:7 11:12 11:21 13:8 16:23 17:3 17:19 18:10 18:19 18:21 19:21 20:5 20:11 20:12 20:22 20:24 21:3 21:5

never(1) 5:15
next(2) 11:21 20:19
nichols(1) 2:17
nobody(1) 17:25
non-member(2) 10:7 10:15
none(2) 11:19 17:22
north(3) 2:6 2:13 2:19
not(27) 4:25 8:7 8:10 8:20 9:1 10:6 10:13 11:13 11:14 11:17 11:19 11:23 12:13 13:20 15:23 16:25 17:1 17:3 17:7 17:8 18:21 19:1 19:3 19:10 19:14 20:8 20:24

noted(1) 12:5
nothing(1) 21:5
notification(1) 8:21
now(7) 7:19 8:18 10:6 11:10 13:1 13:3 19:17

number(2) 11:1 15:9
numbers(2) 18:7 18:7
object(1) 13:5
objection(2) 10:20 10:20
obtain(1) 16:18
obviously(3) 4:21 8:19 11:2
occurred(3) 6:9 6:11 8:8
october(1) 3:25
officer(2) 10:3 10:4
officers(2) 7:1 7:2
okay(16) 3:19 4:23 5:23 6:3 9:15 9:18 9:22 9:24 11:5 11:10 11:20 17:22 19:6 19:14 20:22 20:23

once(2) 5:1 7:21

| Word | Page:Line |
|---|---|
| one(9) | 7:8  12:10  12:11  15:9  16:23  17:3  18:13  20:5  20:18 |
| ones(1) | 11:3 |
| only(4) | 3:15  12:22  12:23  18:16 |
| onto(1) | 17:10 |
| operating(2) | 8:12  8:14 |
| operations(1) | 4:15 |
| opponent(1) | 18:1 |
| opportunity(1) | 4:15 |
| order(5) | 5:14  5:16  5:18  18:15  21:2 |
| orders(1) | 5:10 |
| originated(1) | 7:4 |
| orsi(18) | 2:5  2:40  7:23  8:10  10:1  11:9  12:17  12:25  13:16  14:4  15:16  15:20  17:6  17:11  17:13  17:15  19:2  19:5 |
| orsi's(2) | 14:25  19:1 |
| orsi/showcase(1) | 15:10 |
| other(7) | 6:21  8:16  12:4  13:25  14:24  15:22  16:25 |
| our(3) | 8:4  14:17  17:5 |
| out(9) | 3:15  4:23  7:5  7:10  9:2  11:16  11:24  12:13  18:8 |
| outline(1) | 11:1 |
| over(2) | 10:20  16:20 |
| own(1) | 16:9 |
| p.o(2) | 2:7  2:20 |
| page(2) | 9:21  9:23 |
| pages(1) | 13:14 |
| paid(1) | 10:24 |
| paragraph(3) | 3:17  5:4  9:23 |
| part(1) | 9:25 |
| parties(6) | 3:12  4:7  4:24  6:23  15:13  16:7 |
| partner(2) | 12:11  12:11 |
| partnered(1) | 7:6 |
| party(1) | 18:1 |
| past(1) | 9:6 |
| payments(2) | 7:21  10:17 |
| payroll(2) | 7:15  7:16 |
| peiro(15) | 2:5  2:40  7:23  8:10  11:8  12:17  12:25  14:4  14:24  15:16  15:20  17:11  17:15  19:1  19:3 |
| pending(2) | 9:7  10:2 |
| pennsylvania(1) | 1:37 |
| people(2) | 8:24  18:13 |
| percent(3) | 12:3  12:4  12:8 |
| perhaps(1) | 4:8 |
| period(2) | 4:9  10:19 |
| personally(3) | 17:15  17:24  18:6 |
| personnel(3) | 6:8  6:14  18:13 |
| persons(1) | 10:19 |
| perspective(4) | 4:16  11:22 |
| petition(1) | 6:17 |
| place(1) | 4:18 |
| plaintiff(13) | 7:15  9:8  12:21  13:5  13:8  13:10  14:12  16:4  16:8  16:15  16:17  16:19  18:9 |
| plaintiffs(5) | 5:25  11:22  12:18  15:17  19:8 |
| plan(6) | 1:24  2:27  3:5  3:13  6:21  18:12 |
| please(2) | 3:2  5:20 |
| point(4) | 9:12  12:22  13:6  18:17 |
| position(4) | 10:6  10:9  13:13  17:5 |
| possibly(1) | 18:13 |
| potential(4) | 13:25  15:12  16:13  19:23 |
| potentially(1) | 18:4 |
| potter(1) | 2:11 |
| ppearances(2) | 1:22  2:1 |
| pre-trial(1) | 3:12 |
| preparation(1) | 17:15 |
| prepared(1) | 7:13 |
| principal(1) | 7:23 |
| prior(1) | 8:24 |
| probably(1) | 11:7 |
| problem(2) | 18:21  20:24 |
| proceeding(4) | 3:14  7:20  8:5  9:4 |

| Word | Page:Line |
|---|---|
| proceedings(4) | 1:18  1:41  19:9  21:13 |
| produce(1) | 13:15 |
| produced(12) | 1:42  7:9  7:15  8:20  13:9  13:10  13:14  14:19  16:4  17:3  18:5  19:6 |
| producing(1) | 16:10 |
| production(4) | 6:1  13:14  18:5  18:25 |
| professional(1) | 18:16 |
| proposed(1) | 5:18 |
| prove(1) | 12:21 |
| provide(1) | 9:9 |
| provided(4) | 8:11  8:25  12:6  14:19 |
| providing(1) | 4:15 |
| provisions(1) | 8:15 |
| purported(1) | 6:18 |
| purportedly(2) | 8:10  20:15 |
| purposes(1) | 6:19 |
| rational(1) | 14:14 |
| read(1) | 11:10 |
| readily(1) | 16:3 |
| realize(1) | 8:23 |
| really(3) | 4:24  4:25  14:25 |
| reason(8) | 15:1  16:1  16:1  16:6  16:11  16:19  16:20  20:14 |
| reasonably(1) | 20:8 |
| reasons(1) | 15:9 |
| receive(1) | 8:17 |
| received(2) | 8:1  9:10 |
| recognized(1) | 6:14 |
| recommended(1) | 10:1 |
| record(1) | 4:2 |
| recorded(1) | 1:41 |
| recording(2) | 1:41  21:12 |
| records(2) | 7:25  9:3 |
| refer(1) | 6:20 |
| refusal(2) | 8:11  8:18 |
| registration(1) | 7:14 |
| relationship(1) | 6:24 |
| relevant(11) | 14:3  14:21  15:2  15:5  15:21  15:23  16:8  16:14  16:16  18:4  18:4 |
| renewals(1) | 10:23 |
| repeating(1) | 15:4 |
| reply(1) | 16:21 |
| reported(4) | 14:5  15:10  15:21  15:22 |
| representing(1) | 3:21 |
| request(1) | 8:4 |
| requested(1) | 20:8 |
| requests(3) | 9:9  12:19  12:24 |
| require(2) | 6:5  18:5 |
| required(5) | 8:3  8:11  8:17 |
| resolved(1) | 3:10 |
| respect(3) | 3:12  5:12  12:24 |
| respective(2) | 15:13  16:7 |
| response(10) | 8:6  9:10  9:21  9:25  11:22  12:2  12:5  12:10  14:8  14:17 |
| responses(3) | 9:11  9:18  13:12 |
| return(3) | 8:4  17:11  20:9 |
| returns(25) | 7:13  9:3  12:2  12:7  12:25  13:11  13:21  14:3  14:8  14:12  14:14  14:16  14:21  15:5  16:11  16:20  17:5  17:11  17:14  17:23  17:25  18:23  18:25  19:1  19:5 |
| right(15) | 3:23  4:21  5:20  8:11  8:18  9:18  10:14  13:3  14:7  15:15  15:24  16:21  17:18  17:20  21:1 |
| role(2) | 14:1  14:2 |
| rules(1) | 4:19 |
| ruling(1) | 4:22 |
| said(1) | 6:8 |
| same(2) | 7:23  20:19 |
| say(3) | 8:13  12:12  15:7 |
| saying(2) | 11:11  20:15 |
| says(2) | 10:17  13:16 |

| Word | Page:Line |
|---|---|
| schedule(8) | 14:16  14:18  14:22  15:6  16:3  16:10  19:17  19:23 |
| schnitzer(2) | 2:28  18:11 |
| schutte(13) | 2:40  12:15  12:16  14:9  14:10  15:15  17:21  18:22  19:3  19:7  19:14  20:4  21:7 |
| schuylkill(1) | 1:36 |
| scope(1) | 13:5 |
| scott(2) | 2:36  18:13 |
| seal(1) | 13:17 |
| seated(1) | 3:2 |
| second(4) | 9:14  11:2  12:16  16:1 |
| security(1) | 18:7 |
| see(3) | 14:15  16:10  17:25 |
| seeking(1) | 12:25 |
| seem(1) | 16:18 |
| seems(2) | 15:6  16:17 |
| seen(3) | 7:17  8:1  10:10 |
| sees(1) | 4:16 |
| sense(1) | 3:16 |
| sensitive(3) | 17:23  17:24  17:24 |
| sent(1) | 8:2 |
| separate(1) | 17:14 |
| september(1) | 3:24 |
| served(1) | 9:8 |
| service(2) | 1:35  1:42 |
| services(1) | 1:35 |
| set(2) | 4:21  19:17 |
| shapiro(1) | 2:39 |
| shortly(2) | 3:10  4:9 |
| should(2) | 18:5  18:7 |
| show(7) | 9:1  12:3  13:9  13:11  17:6  17:14  20:18 |
| showcase(34) | 2:4  2:39  6:13  6:22  6:23  7:22  7:24  7:25  8:1  8:10  8:17  8:20  9:1  10:18  10:22  11:6  11:8  12:4  12:6  12:6  12:8  12:11  12:17  12:25  13:25  14:4  14:5  14:6  15:11  15:16  17:6  17:14  18:23  18:25 |
| showcase's(6) | 10:24  14:1  14:25  15:20  15:21  16:2 |
| showing(2) | 8:20  9:9 |
| shown(1) | 14:25 |
| shows(2) | 12:8  17:4 |
| sign(2) | 5:3  21:2 |
| signed(1) | 17:11 |
| simon(1) | 2:4 |
| since(4) | 4:18  5:22  19:15  20:11 |
| social(1) | 18:6 |
| sole(1) | 15:3 |
| some(2) | 5:2  18:17 |
| something(1) | 19:16 |
| sometime(1) | 3:24 |
| sontchi(1) | 1:19 |
| sorry(4) | 7:22  9:15  12:18  16:19 |
| sort(1) | 5:2 |
| sought(1) | 18:2 |
| sound(2) | 1:41  21:12 |
| spare(1) | 9:16 |
| speak(2) | 4:8  14:22 |
| specific(1) | 17:8 |
| specificallyhohonor(1) | 9:13 |
| standard(1) | 18:1 |
| stargatt(1) | 1:24  3:4 |
| started(1) | 20:12 |
| starting(1) | 6:24 |
| state(2) | 7:15  8:3 |
| stated(1) | 16:8 |
| statement(1) | 15:8 |
| statements(2) | 7:13  7:16 |
| states(2) | 1:1  1:20 |
| stay(2) | 4:9  4:18 |
| step(1) | 8:23 |
| stephen(1) | 2:12 |
| stipulate(4) | 12:6  14:18  14:20  16:5 |
| stipulation(1) | 18:20 |

| Word | Page:Line |
|---|---|
| street(6) | 1:10  1:29  1:36  2:6  2:13  2:19 |
| stricken(1) | 18:8 |
| striking(1) | 5:3 |
| strong(1) | 16:19 |
| subject(2) | 12:1  12:19 |
| submit(3) | 19:25  21:1  21:2 |
| subsequent(1) | 7:20 |
| such(1) | 8:20 |
| sufficiently(1) | 18:4 |
| sure(2) | 14:9  19:14 |
| take(2) | 8:23  11:16 |
| taken(1) | 13:12 |
| taking(2) | 10:6  10:14 |
| talk(1) | 4:25 |
| tax(27) | 7:12  9:3  12:2  12:7  12:24  13:10  13:21  14:8  14:12  14:14  14:16  14:21  15:5  16:11  16:20  17:5  17:11  17:11  17:14  17:23  17:25  18:7  18:23  18:25  19:1  19:5  20:8 |
| taylor(2) | 1:25  3:4 |
| teleconference(1) | 4:11 |
| telephone(3) | 3:16  4:4  5:3 |
| telephonic(1) | 2:25 |
| telephonically(1) | 12:17 |
| terms(1) | 18:12 |
| than(1) | 16:25 |
| thank(14) | 5:5  5:7  5:8  5:21  5:23  16:21  16:23  17:19  17:21  18:19  20:3  20:4  20:24  21:3 |
| thanks(1) | 21:7 |
| that(89) | 3:15  4:5  4:6  4:23  5:10  5:13  5:24  6:9  6:12  7:10  7:17  7:17  7:22  7:25  8:2  8:7  8:8  8:8  8:13  8:15  8:18  8:20  8:21  8:24  9:8  10:1  10:3  10:6  10:10  10:11  11:15  11:24  11:25  12:2  12:3  12:6  12:8  12:9  12:12  12:13  12:19  12:22  12:25  13:9  13:10  13:11  13:13  14:1  14:2  14:3  14:5  14:11  14:18  14:20  14:24  15:1  15:3  15:6  15:7  15:9  15:11  15:19  15:20  15:21  15:22  16:2  16:4  16:6  16:9  16:9  16:11  16:16  16:17  16:17  16:20  16:24  16:25  17:4  17:4  17:12  17:15  18:3  18:5  18:24  19:16  20:6  20:11  20:15  20:18  21:11 |
| that's(8) | 6:15  11:25  13:13  15:17  16:3  16:14  17:16  19:16 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|
| **the**(292) 1:1  1:2  1:19  1:28  3:2  3:5  3:6  3:8 3:10  3:11  3:12  3:13  3:15  3:20  3:24  4:2 4:3  4:3  4:6  4:7  4:9  4:9  4:9  4:11  4:15 4:15  4:16  4:17  4:17  4:17  4:18  4:19  4:22 4:23  4:24  5:6  5:9  5:11  5:15  5:16  5:20 5:22  5:23  5:24  5:25  5:25  6:1  6:3  6:4  6:5 6:6  6:10  6:10  6:11  6:12  6:12  6:15  6:17 6:18  6:20  6:21  6:21  6:22  6:23  6:25  7:1 7:3  7:4  7:5  7:7  7:7  7:9  7:11  7:11  7:11 7:12  7:13  7:14  7:14  7:14  7:18  7:20  7:22 7:22  7:23  7:24  7:24  7:25  8:4  8:5  8:7  8:8 8:8  8:9  8:11  8:13  8:14  8:16  8:16  8:19 8:21  9:1  9:3  9:3  9:4  9:6  9:7  9:10  9:14 9:17  9:22  9:24  9:25  10:1  10:1  10:2  10:4 10:5  10:10  10:11  10:14  10:16  10:16  10:17 10:17  10:18  10:20  10:22  11:1  11:3 11:5  11:8  11:10  11:12  11:14  11:15  11:15 11:16  11:16  11:17  11:18  11:20  11:21 11:22  11:23  11:24  11:25  12:1  12:2  12:3 12:4  12:5  12:6  12:8  12:9  12:10  12:17 12:19  12:22  12:23  12:24  13:1  13:2  13:2 13:3  13:5  13:7  13:11  13:16  13:17  13:19 13:20  13:20  13:21  13:22  13:23  13:24  14:2 14:2  14:3  14:5  14:6  14:6  14:7  14:8  14:11 14:13  14:14  14:16  14:16  14:18  14:21 14:21  15:2  15:3  15:5  15:5  15:6  15:7  15:8 15:8  15:8  15:9  15:10  15:12  15:13  15:16 15:16  15:17  15:18  15:18  15:22  15:25  16:1 16:1  16:2  16:3  16:7  16:8  16:9  16:10 16:12  16:13  16:14  16:21  16:24  16:25  17:2 17:2  17:4  17:5  17:5  17:7  17:7  17:9  17:9 17:10  17:11  17:12  17:17  17:17  17:18 17:20  17:22  18:1  18:1  18:2  18:3  18:4 18:9  18:12  18:15  18:20  18:22  18:23  18:23 18:24  18:24  18:25  19:2  19:3  19:5  19:9 19:11  19:13  19:15  19:17  19:19  19:21 19:23  19:24  19:25  20:6  20:7  20:10  20:11 20:13  20:14  20:15  20:18  20:19  20:20 20:23  21:1  21:4  21:6  21:8  21:11  21:12 21:12  21:13 | | **their**(16) 8:6  9:21  10:19  12:5  12:7  13:12 13:22  14:14  14:16  14:21  15:3  15:5  15:22 16:20  17:15  17:25 **them**(2) 6:23  18:15 **themselves**(2) 14:22  14:22 **then**(7) 4:20  6:14  7:20  12:12  15:7  16:12 20:17 **there**(7) 3:19  8:15  8:18  15:8  16:17  19:9 20:16 **there's**(4) 4:25  6:4  6:8  10:9 **therefore**(1) 17:1 **these**(8) 6:11  7:8  7:21  8:24  12:20  14:12 17:14  18:9 **they**(32) 7:4  7:4  7:6  7:12  7:14  8:4  8:6 9:3  10:6  10:14  11:14  11:18  13:9  13:11 13:14  13:14  13:17  13:20  13:22  14:14 14:14  14:15  14:22  15:3  15:4  15:7  15:9 15:11  17:4  18:5  20:8  20:17 **they're**(2) 12:5  20:14 **thing**(3) 10:16  12:22  20:5 **think**(16) 4:5  4:8  6:8  6:17  6:19  7:5  7:9 8:23  10:25  11:7  13:21  16:23  17:12  18:3 20:12  20:15 **this**(25) 3:16  4:7  4:12  5:13  5:14  6:15  7:7 7:20  8:2  8:17  11:23  12:16  12:21  12:23 13:5  13:7  13:19  14:9  15:2  16:18  16:24 17:22  18:15  20:11  20:23 **those**(2) 14:20  18:17 **though**(1) 10:5 **thought**(3) 13:19  13:22  17:6 **thoughts**(2) 4:24  16:24 **three**(1) 15:9 **through**(1) 3:7 | |
| | | **time**(8) 4:10  6:10  13:20  14:16  15:5  18:15 20:11  20:23 **timeframe**(2) 14:21  16:8 **today**(1) 7:19 **told**(1) 11:16 **towards**(1) 4:17 **track**(1) 4:7 **transcript**(3) 1:18  1:42  21:12 **transcription**(2) 1:35  1:42 **transfer**(2) 6:9  8:16 **transferred**(3) 6:13  14:5  15:19 **transfers**(4) 6:11  7:21  7:24  10:18 **transformed**(1) 17:10 **transported**(1) 17:10 **tried**(1) 14:11 **trustee**(6) 1:24  2:27  3:5  3:13  6:21  18:12 **trying**(1) 12:21 **tuesday**(1) 3:1 **tunnell**(1) 2:17 **turn**(1) 16:20 **turned**(1) 14:12 **turning**(2) 3:6  5:9 **turns**(1) 5:24 **two**(2) 12:11  18:13 **um-hum**(1) 17:2 **unclear**(1) 3:16 **under**(3) 5:13  20:1  21:2 **understand**(2) 5:10  5:13 **understanding**(1) 10:2 **underwrote**(1) 7:5 **unequivocally**(1) 9:2 **united**(2) 1:1  1:20 **unless**(1) 4:19 **until**(3) 4:18  4:24  13:15 **upon**(4) 7:9  7:25  10:5  10:9 **various**(1) 7:6 **versus**(1) 3:13 **very**(2) 16:18  20:3 **vjj**(2) 20:16  20:16 **wait**(1) 10:11 **want**(9) 3:11  4:6  6:9  13:18  14:15  15:4 15:9  15:11  18:16 **wanted**(2) 19:15  20:18 **wants**(2) 8:16  17:25 **was**(50) 3:12  3:16  5:13  5:22  6:13  6:15 6:21  7:2  7:4  7:17  8:2  8:10  8:17  8:20  9:2 9:7  10:3  10:6  10:22  11:15  11:17  11:24 12:3  12:4  12:6  12:9  12:13  12:19  12:22 12:22  12:23  12:23  13:21  13:22  13:23  14:7 14:5  15:18  15:19  16:9  16:16  16:25  17:7 17:7  17:15  18:23  19:16  20:16  20:19  21:8 **we'll**(1) 5:1 **we're**(4) 7:19  13:1  13:4  13:18 **we've**(2) 13:2  14:11 **welcome**(1) 5:6 **well**(9) 3:20  6:17  10:13  14:7  15:7  18:15 19:6  19:10  20:14 **were**(24) 4:17  4:14  7:2  7:22  8:9  8:25 10:18  11:10  11:16  11:18  11:23  12:2  12:13 14:20  16:4  16:4  20:15 **werkheiser**(5) 2:18  3:20  4:1  4:2  4:14 **west**(1) 1:29 **what**(23) 3:17  3:21  5:16  6:14  6:21  7:4 7:6  9:1  9:11  10:7  11:10  11:17  13:5  13:18 13:18  13:19  13:22  13:23  14:1  14:1  14:15 15:4  17:6 **when**(8) 3:17  4:16  6:8  6:15  8:15  15:3 19:14  19:24 **whenever**(1) 19:18 **where**(3) 9:19  11:23  12:2 **whereupon**(1) 21:8 | | **whether**(5) 5:2  15:23  16:14  18:1  20:2 **which**(13) 3:12  5:25  6:11  8:21  10:17 12:11  12:23  13:2  13:16  14:18  14:21  15:24 20:7 **while**(2) 9:7  17:6 **who**(2) 11:5  18:17 **who's**(2) 7:23  18:8 **whole**(1) 14:13 **why**(4) 10:14  13:7  14:14  15:1 **will**(5) 4:18  14:20  18:5  19:5  19:6 **willing**(3) 12:5  14:18  16:4 **wilmington**(6) 1:11  1:30  2:8  2:14  2:21  3:1 **wishes**(1) 19:17 **with**(25) 3:12  4:14  4:15  4:15  4:17  5:2 5:12  5:16  5:23  5:24  7:6  7:14  9:8  9:9  10:3 10:7  10:23  11:2  12:23  13:15  14:11  15:10 16:6  17:8  20:17 **withdraws**(1) 10:1 **witnesses**(3) 13:25  15:13  16:13 **work**(1) 19:25 **working**(1) 14:11 **would**(13) 6:4  9:21  11:7  11:14  11:18  13:4 14:1  16:17  17:5  17:9  18:11  18:24  18:25 **written**(2) 8:21  9:18 **wrong**(3) 10:16  11:1  11:3 **www.diazdata.com**(1) 1:39 **yeah**(5) 3:9  3:15  4:12  5:15  13:7 **years**(1) 20:7 **yes**(2) 5:11  6:6 **yesterday**(1) 19:22 **yet**(2) 11:15  17:16 **you**(44) 3:17  3:22  4:8  4:17  4:21  5:1  5:1 5:5  5:7  5:8  5:16  5:16  5:16  5:21  5:23  6:5 6:9  8:23  8:23  9:9  9:16  10:7  11:5  11:6 11:7  11:8  11:11  12:12  14:24  16:21  16:23 17:9  17:19  17:21  18:16  18:17  18:19  20:3 20:4  20:7  20:10  20:20  20:25  21:3 **you'd**(2) 5:2  11:2 **you're**(1) 5:6 **young**(2) 1:24  3:4 **your**(54) 3:3  3:6  3:10  3:11  4:1  4:5  4:6 4:13  4:19  4:20  5:5  5:7  5:8  5:9  5:14  5:19 5:24  6:7  6:17  7:19  8:15  8:22  9:6  9:10 9:12  9:15  9:20  10:25  11:2  11:3  11:12 11:19  11:25  12:15  13:8  14:9  15:15  16:23 17:19  17:21  18:10  18:19  18:22  19:7  19:12 19:19  19:21  19:24  20:3  20:4  20:5  20:24 21:3  21:5 **yourselves**(1) 19:25 **zolso**(1) 2:35 |