IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., a Delaware corporation, ) | Case No. 07-11047 (CSS) |
| et al.[2] ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |
| ------------------------------------------------------- ) | |

**CONSENT ORDER APPOINTING MEDIATOR IN CONNECTION
WITH CLAIMS FILED BY DELENA SIGMON LAMACCHIA**

Upon agreement of Ms. Delena Sigmon Lamacchia and Steven D. Sass, as liquidating trustee (the " Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors and debtors-in-possession (the "Debtors"); and it appearing that mediation is in the best interests of all parties; and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED that:

1. The disputes in connection with all remaining claims filed by Ms. Lamacchia, specifically claim numbers 10651 and 10686, and the objections of the Plan Trustee thereto, are referred to a mediation conducted in accordance with Local Rule 9019-5, except as otherwise set forth herein or agreed upon by the parties and the mediator in writing.

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc., f/k/a American Home Mortgage Servicing, Inc. ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New

2. Anthony M. Saccullo is appointed mediator.

3. All parties are permitted to attend the mediation in person or telephonically.

4. The submission of materials to the mediator pursuant to Local Rule 9019-5(c)(ii) shall be submitted directly to the mediator, but shall not be provided to the other party. The mediator must keep confidential each submission.

5. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
_____7/29_____, 2011

_____
Christopher S. Sontchi
UNITED STATES BANKRUPTCY JUDGE

CONSENTED TO BY:

_____
Ms. Delena Sigmon-Lamacchia, *pro se*

_____
Margaret Whiteman Greecher, counsel for Plan Trustee

---

York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.