## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:                                          §

American Home Mortgage Servicing               §

                                               §    CASE NO. 07-11050-CSS
Debtor(s)                                              (Chapter 11)

                                               §

### WITHDRAWAL

NOW COMES, Caroll Independent School District in the above-entitled bankruptcy proceeding, by and through its attorneys, PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P., and does hereby withdraw its proof of claim filed on or about 8/10/07 (Claim no. 1588) in this bankruptcy case.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.**
Attorneys for Claimant

By: _____
ELIZABETH BANDA CALVO
State Bar No. 24012238
P.O. Box 13430
Arlington, Texas 76094-0430
Phone: (817) 461-3344
Fax: (817) 860-6509
Email: ebcalvo@pbfcm.com

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above document was sent via regular U.S. first class mail to the following parties on this the 26th day of July, 2011:

| | |
|---|---|
| Joel A Waite<br>The Brandywine Bldg<br>1000 West Street, 17th Floor<br>P O Box 391<br>Wilmington DE 19899-0391 | U S Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington DE 19899-0035 |

_____
ELIZABETH BANDA CALVO