**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                :   Jointly Administered
       Debtors.                                                 :
                                                                :   **Ref. Docket Nos.: 7347, 7466 & 7506**
---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING CONSENSUAL ORDER
RESOLVING DEBTORS' THIRTY-FIFTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO. 10127
FILED ON BEHALF OF EMC² CORPORATION**

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1. On March 21, 2008, Receivable Management Services ("RMS"), as agent of EMC² Corporation ("EMC"), filed claim number 10127 (the "Claim 10127") against debtor American Home Mortgage Holdings, Inc. ("AHM Holdings") (Case No. 07-11047). Pursuant to Claim 10127, EMC asserts a claim against AHM Holdings for $233,195.90 on an unsecured administrative expensed priority basis and $29,645.89 on a general unsecured basis – the total amount asserted by Claim 10127 is $262,841.79.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2. On May 6, 2009, the Debtors filed the *Debtors' Thirty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [Docket No. 7347] (the "Objection"), seeking, among other things, entry of an order reclassifying and reassigning Claim 10127 such that the entirety of the claim was a general unsecured claim against Debtor American Home Mortgage Corp. ("AHM Corp.") (Case No. 07-11051) and not AHM Holdings.

3. On May 28, 2009, RMS, on behalf of EMC, filed a response [Docket No. 7466] (the "Response") to the Objection, pursuant to which it requested that the Court refuse the requested reclassification of Claim 10127. The Response further asserted that $233,195.90 of Claim 10127 should be afforded administrative priority status and that $29,645.89 of the claim should be afforded general unsecured status. On June 5, 2009, the Court entered an order [Docket No. 7506] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 10127.

4. Following good faith discussions, the parties have agreed to allow Claim 10127 in the following amounts and priorities: (i) an administrative expense priority claim in the amount of $20,000; and (ii) a general unsecured claim in the amount of $242,841.79. The parties have further agreed that Claim 10127 will be reassigned to Debtor American Home Mortgage Corp. (Case No. 07-11051). A proposed form of order (the "Proposed Order") reflecting this agreement is attached hereto as Exhibit A.

*[Signature page follows]*

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: August 3, 2011  YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
      Wilmington, Delaware

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                           :
                                                                             :   Jointly Administered
      Debtors.                                                               :
                                                                             :   **Ref. Docket Nos.: 7347, 7466 & 7506**
---------------------------------------------------------------------------- x

### CONSENSUAL ORDER RESOLVING DEBTORS' THIRTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO. 10127 FILED ON BEHALF OF EMC² CORPORATION

Upon consideration of the thirty-fifth omnibus (substantive) claims objection [Docket No. 7347] (the "Objection") and the response thereto [Docket No. 7466] filed by Receivable Management Services ("RMS"), as agent of EMC² Corporation ("EMC"); and the Court having entered an order [Docket No. 7506] sustaining the Objection in part, and adjourning the Objection with respect to, *inter alia*, proof of claim number 10127 ("Claim 10127") filed by RMS on behalf of EMC; and Steven D. Sass, as liquidating trustee for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* and EMC having agreed that Claim 10127 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that Claim 10127 shall be reassigned to Debtor American Home Mortgage Corp. (Case No. 07-11051) and allowed in the following amounts and priorities: (i) an administrative expense priority claim in the amount of $20,000; and (ii) a general unsecured claim in the amount of $242,841.79; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2011

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE