Hearing Date and Time: August 16, 2011 at 10:00 a.m. (ET)
Objection Deadline:  August 9, 2011 at 4:00 p.m. (ET)

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------X
In re:                                               :
                                                     :
AMERICAN HOME MORTGAGE HOLDINGS,  :
INC., et al.                                         :
                                                     :
                                                     :
                  Debtors.           :
------------------------------------------------------------X

Chapter 11 Case No:
07-11047 (CSS)

(Jointly Administered)

**LIMITED RESPONSE OF J.P. MORGAN ACCEPTANCE CORPORATION I, ET AL
TO PLAN TRUST'S EIGHTY-SECOND OMNIBUS OBJECTIONS TO CLAIMS**

J.P. Morgan Acceptance Corporation I and related entities, as set forth in proof of claim numbers 10275 and 10699 (the "Claimants"), by and through their undersigned counsel, hereby respond to the Eighty-Second Omnibus Objection to Claims (Non-Substantive) (the "Objection") filed by Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009*, and respectfully states as follows:

1.    On April 25, 2008, the Claimants filed a proof of claim asserting unliquidated claims in connection with certain contractual, statutory and common law rights of indemnity, contribution and/or reimbursement against American Home Mortgage Corporation ("AHMC") (Claim No. 10275) (the "Original Claim").

2.    On April 10, 2009, the Claimants filed an amended claim (Claim No. 10699) (the "Amended Claim") which incorporated and asserted the same claims and rights of payment against AHMC as asserted in the Original Claim and specified an additional litigation commenced against the Claimants for which the Claimants have the same contractual, statutory and common law rights of indemnity, contribution and/or reimbursement against AHMC.

NY1 7748390v.1

2

3. Accordingly, the Amended Claim asserts unliquidated claims in connection with certain contractual, statutory and common law rights of indemnity, contribution and/or reimbursement against American Home Mortgage Corporation on account of (i) the litigation before the Supreme Court of the State of New York, County of Nassau, entitled <u>Plumbers' & Pipefitters' Local #562 Supplemental Plan & Trust and Plumbers' & Pipefitters' Local #562 Pension Fund, et al v. J.P. Morgan Acceptance Corporation I, et al.</u>, Index No. 5675/08; (ii) the litigation before the Supreme Court of the State of New York, County of New York, Commercial Division, entitled <u>Fort Worth Employees' Retirement Fund v. J.P. Morgan Chase & Co., et al.</u>, Index No. 600767/2009; and (iii) any other litigation, proceeding or action which implicates the same contractual, statutory and common law rights of indemnity, contribution and/or reimbursement against AHMC.

4. On July 15, 2011, the Plan Trustee filed the Objection seeking to disallow and expunge the Original Claim filed by the Claimants on the basis that it has been superseded by the Amended Claim.

5. The Claimants do not object to expunging and disallowing the Original Claim because the claims asserted therein and all of the rights of payment asserted therein have been incorporated in full and survive in the Amended Claim.

6. The Claimants expressly preserve all of their rights, claims, interests, remedies and defenses with respect to the Amended Claim, and such other rights, claims, interests, remedies and defenses that the Claimants may now have or at any time hereafter may assert against AHMC, or any other debtor, entity or person, and any property held by the AHMC or any such other debtor, entity or person.

NY1 7748390v.1

|  |  |
|---|---|
| DATED: New York, New York<br>August 9, 2011 | Respectfully submitted,<br><br>SIDLEY AUSTIN LLP<br><br>/s/ Alex R. Rovira<br><br>Alex R. Rovira<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone:  (212) 839-5300<br>Facsimile:  (212) 839-5599<br><br>*Attorneys for the Claimants* |