IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :  Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :  Jointly Administered
    Debtors.                                                           :
                                                                       :  **Ref. Docket Nos.: 7347, 7466 &**
---------------------------------------------------------------------- x  **7506**

### CONSENSUAL ORDER RESOLVING DEBTORS' THIRTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO. 10127 FILED ON BEHALF OF EMC² CORPORATION

Upon consideration of the thirty-fifth omnibus (substantive) claims objection [Docket No. 7347] (the "Objection") and the response thereto [Docket No. 7466] filed by Receivable Management Services ("RMS"), as agent of EMC² Corporation ("EMC"); and the Court having entered an order [Docket No. 7506] sustaining the Objection in part, and adjourning the Objection with respect to, *inter alia*, proof of claim number 10127 ("Claim 10127") filed by RMS on behalf of EMC; and Steven D. Sass, as liquidating trustee for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* and EMC having agreed that Claim 10127 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that Claim 10127 shall be reassigned to Debtor American Home Mortgage Corp. (Case No. 07-11051) and allowed in the following amounts and priorities: (i) an administrative expense priority claim in the amount of $20,000; and (ii) a general unsecured claim in the amount of $242,841.79; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
August 9, 2011

~~CHRISTOPHER S. SONTCHI~~ KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE