## PROPOSED ORDER

YCST01:11344112.1

066585.1001

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------- x
                                                   :
In re:                                             :    Chapter 11
                                                   :
American Home Mortgage Holdings, Inc., et al.,¹    :    Case No. 07-11047 (CSS)
                                                   :
                        Debtors.                   :    (Jointly Administered)
                                                   :
                                                   :    Ref. Docket No. ____
-------------------------------------------------- x
```

### ORDER DENYING EMPIRE HEALTHCHOICE ASSURANCE, INC., D/B/A EMPIRE BLUE CROSS BLUE SHIELD'S REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE

Upon consideration of the *Objection of the Plan Trustee to Empire Healthchoice Assurance, Inc., d/b/a Empire Blue Cross Blue Shield's Request for Payment of Administrative Expense* (the "Objection"),[2] and related pleadings, including the Application, and it appearing that the Court has jurisdiction in this matter; and it appearing that notice of the Objection is sufficient, and that no other or further notice need be provided; and after due deliberation; it is hereby

ORDERED that the Objection is SUSTAINED; and it is further

ORDERED that the Application is denied; and it is further

---

[1]       The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]       Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

066585.1001

ORDERED that claim numbered 10844 is hereby expunged and disallowed in its

entirety; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising

from or related to the implementation or interpretation of this Order.

Dated:  September ___, 2011
        Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi

066585.1001