# EXHIBIT II

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
           Debtors.                                                    :
                                                                       :   Ref. Docket No. ___
---------------------------------------------------------------------- x

**ORDER SUSTAINING PLAN TRUST'S EIGHTY-FOURTH OMNIBUS
(NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the eighty-fourth omnibus (non-substantive) objection to claims (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors"), by which the Plan Trustee respectfully requests the entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B, C

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

YCST01: 11345386.1                                                                        066585.1001

and D attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A, B, C and D are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      September ____, 2011

                                              CHRISTOPHER S. SONTCHI
                                              UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Amended Claims**

**Exhibit A**

**Amended Claims**

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| FINANCIAL GUARANTY INSURANCE COMPANY<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | 8264 | 1/10/08 | 07-11047 | Unspecified* | 8711 | 1/11/08 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$193,960,204.09 (U)<br>$193,960,204.09 (T) |
| FINANCIAL GUARANTY INSURANCE COMPANY<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | 8452 | 1/10/08 | 07-11047 | Unspecified* | 8712 | 1/11/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$193,960,204.09 (U)<br>$193,960,204.09 (T) |
| FINANCIAL GUARANTY INSURANCE COMPANY<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | 8453 | 1/10/08 | 07-11047 | Unspecified* | 8710 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$193,960,204.09 (U)<br>$193,960,204.09 (T) |
| MBIA INSURANCE CORPORATION<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | 8270 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$221,112,000.00 (U)<br>$221,112,000.00 (T) | 8726 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$221,112,000.00 (U)<br>$221,112,000.00 (T) |
| MBIA INSURANCE CORPORATION<br>ATTN BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | 8271 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$221,112,000.00 (U)<br>$221,112,000.00 (T) | 8725 | 1/11/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$221,112,000.00 (U)<br>$221,112,000.00 (T) |
| MBIA INSURANCE CORPORATION<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | 8272 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$221,112,000.00 (U)<br>$221,112,000.00 (T) | 8724 | 1/11/08 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$221,112,000.00 (U)<br>$221,112,000.00 (T) |

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| Totals: | 6 Claims | | | - (S)<br>- (A)<br>- (P)<br>$663,336,000.00 (U)<br>$663,336,000.00 (T) | | | | - (S)<br>- (A)<br>- (P)<br>$1,245,216,612.27 (U)<br>$1,245,216,612.27 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Insufficient Documentation Claims**

# Exhibit B
## Insufficient Documentation Claims

| Name/Address of Claimant | Objectionable Claim | | | | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| GREENWICH CAPITAL FINANCIAL PRODUCTS, INC<br>600 STEAMBOAT RD<br>GREENWICH, CT 06830 | 8951 | 1/11/08 | 07-11051 | Unspecified* | As indicated by the documentation attached to the proof of claim form, the claimant filed this contingent and unliquidated claim merely "as a precautionary measure" to preserve its rights under agreements entered into between certain debtors and the claimant. The claimant has subsequently failed to provide any additional documentation or allege any facts that would allow the Plan Trustee to assess the validity/amount (if any) of the claim. The claim should therefore be disallowed since it is not prima facie valid. |
| GREENWICH CAPITAL FINANCIAL PRODUCTS, INC<br>600 STEAMBOAT RD<br>GREENWICH, CT 06830 | 8952 | 1/11/08 | 07-11050 | Unspecified* | As indicated by the documentation attached to the proof of claim form, the claimant filed this contingent and unliquidated claim merely "as a precautionary measure" to preserve its rights under agreements entered into between certain debtors and the claimant. The claimant has subsequently failed to provide any additional documentation or allege any facts that would allow the Plan Trustee to assess the validity/amount (if any) of the claim. The claim should therefore be disallowed since it is not prima facie valid. |
| GREENWICH CAPITAL FINANCIAL PRODUCTS, INC<br>600 STEAMBOAT ROAD<br>GREENWICH, CT 06830 | 8958 | 1/11/08 | 07-11051 | Unspecified* | As indicated by the documentation attached to the proof of claim form, the claimant filed this contingent and unliquidated claim solely to preserve its rights under an agreement entered into between certain debtors and the claimant. The claimant has subsequently failed to provide any additional documentation or allege any facts that would allow the Plan Trustee to assess the validity/amount (if any) of the claim. The claim should therefore be disallowed since it is not prima facie valid. |
| GREENWICH CAPITAL FINANCIAL PRODUCTS, INC<br>600 STEAMBOAT ROAD<br>GREENWICH, CT 06830 | 8959 | 1/11/08 | 07-11048 | Unspecified* | As indicated by the documentation attached to the proof of claim form, the claimant filed this contingent and unliquidated claim solely to preserve its rights under an agreement entered into between certain debtors and the claimant. The claimant has subsequently failed to provide any additional documentation or allege any facts that would allow the Plan Trustee to assess the validity/amount (if any) of the claim. The claim should therefore be disallowed since it is not prima facie valid. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| GREENWICH CAPITAL FINANCIAL PRODUCTS, INC<br>600 STEAMBOAT ROAD<br>GREENWICH, CT 06830 | 8960 | 1/11/08 | 07-11049 | Unspecified* | As indicated by the documentation attached to the proof of claim form, the claimant filed this contingent and unliquidated claim solely to preserve its rights under an agreement entered into between certain debtors and the claimant. The claimant has subsequently failed to provide any additional documentation or allege any facts that would allow the Plan Trustee to assess the validity/amount (if any) of the claim. The claim should therefore be disallowed since it is not prima facie valid. |
| GREENWICH CAPITAL MARKETS, INC<br>600 STEAMBOAT RD<br>GREENWICH, CT 06830 | 8956 | 1/11/08 | 07-11051 | Unspecified* | As indicated by the documentation attached to the proof of claim form, the claimant filed this contingent and unliquidated claim solely to preserve its rights under an agreement entered into between debtor AHM Corp. and the claimant. The claimant has subsequently failed to provide any additional documentation or allege any facts that would allow the Plan Trustee to assess the validity/amount (if any) of the claim. The claim should therefore be disallowed since it is not prima facie valid. |
| GREENWICH CAPITAL MARKETS, INC<br>600 STEAMBOAT RD<br>GREENWICH, CT 06830 | 8961 | 1/11/08 | 07-11048 | Unspecified* | As indicated by the documentation attached to the proof of claim form, the claimant filed this contingent and unliquidated claim solely to preserve its rights under an agreement entered into between debtor AHM Investment Corp. and the claimant. The claimant has subsequently failed to provide any additional documentation or allege any facts that would allow the Plan Trustee to assess the validity/amount (if any) of the claim. The claim should therefore be disallowed since it is not prima facie valid. |
| GREENWICH CAPITAL MARKETS, INC<br>600 STEAMBOAT RD<br>GREENWICH, CT 06830 | 8962 | 1/11/08 | 07-11048 | Unspecified* | As indicated by the documentation attached to the proof of claim form, the claimant filed this contingent and unliquidated claim solely to preserve its rights under certain agreements entered into between certain debtors and the claimant. The claimant has subsequently failed to provide any additional documentation or allege any facts that would allow the Plan Trustee to assess the validity/amount (if any) of the claim. The claim should therefore be disallowed since it is not prima facie valid. |
| SLOSSER, KENNETH<br>1001 NINETEENTH STREET NORTH<br>ARLINGTON, VA 22209 | 8689 | 1/11/08 | NO DEBTOR | Unspecified* | Pursuant to the proof of claim form, this claim purportedly represents a "claim for indemnification by former director." The claimant attached a copy of a class action complaint which names, among other parties, the claimant as a defendant. No debtor entity was named as a defendant in this class action. The claimant (i) failed to assert a claim amount, and (ii) failed to attach sufficient documentation or allege any facts that would permit the Plan Trustee the assess the validity and/or amount of this claim. |

― Objectionable Claim ―

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| WILMINGTON TRUST COMPANY, AS TRUSTEE<br>ATTN ROSELINE K MANEY<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890-0001 | 8575 | 1/11/08 | 07-11050 | Unspecified* | Claimant failed to provide sufficient documentation or allege any facts which would permit the Plan Trustee to assess the validity or amount of this claim. |
| Totals: | 10 Claims | | | Unspecified* | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**No Supporting Documentation Claim**

# Exhibit C

## No Documentation Claims

| Name/Address of Claimant | Objectionable Claim | | | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | |
| MCDONAGH, THOMAS A.<br>30 CHESTNUT STREET<br>GARDEN CITY, NY 11530 | 8771 | 1/11/08 | 07-11048 | Unspecified* | Pursuant to the proof of claim form, this claim purportedly represents a claim for "indemnification, contribution, attorney's fees." The claimant, however, (i) failed to assert a claim amount, and (ii) failed to attach any documentation or allege any facts that would permit the Plan Trustee the assess the validity and/or amount of this claim. The claim should therefore be disallowed. |
| **Totals:** | **1 Claim** | | | **Unspecified*** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Satisfied Claim**

# Exhibit D

## Satisfied Claim

| Name/Address of Claimant | Objectionable Claim | | | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | |
| SPRING HOPE CITY<br>ATTN SANDRA MORRIS, TAX COLLECTOR<br>101 W MAIN ST<br>PO BOX 87<br>SPRING HOPE, NC 27882 | 2682 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$367.41 (U)<br>$367.41 (T) | The claimant has verified that the claimed taxes were paid in full on 1/2/2008. |
| Totals: | 1 Claim | | | $367.41 (U)<br>$367.41 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.