# EXHIBIT II

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       : Jointly Administered
        Debtors.                                                       :
                                                                       : Ref. Docket No. _____
---------------------------------------------------------------------- x

### ORDER SUSTAINING PLAN TRUST'S EIGHTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the eighty-fifth omnibus (substantive) objection to claims (the "Objection") of the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which Steven D. Sass, as the Plan Trustee, respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, disallowing in full such Disputed Claims[2] identified on Exhibit A attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

§§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit A are hereby disallowed in their entirety; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
         September ___, 2011

                                                     _____
                                                     CHRISTOPHER S. SONTCHI
                                                     UNITED STATES BANKRUPTCY JUDGE

066585.1001

# EXHIBIT A

**No Liability Claims**

## Exhibit A
### No Liability Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CALDWELL, TORRENCE<br>KAHN GORDON TIMKO & RODRIQUES, P.C.<br>20 VESEY STREET, SUITE 300<br>NEW YORK, NY 10007 | 10852 | 12/28/10 | 07-11047 | Unspecified* | The Debtors have no interest in the subject property referenced in the personal injury complaint attached to the claim form. Moreover, non-debtor AHMSI has insurance to cover the personal injury claim and its in-house counsel acknowledged receipt of the personal injury complaint and indicated that non-debtor AHMSI would address the matters raised in this complaint. Based on the foregoing, the claim should be disallowed in its entirety. |
| GINNONA, RONALD T. AND TRACI A.<br>AKA COMNET NO02-15135 COURT COMMON PLEAS<br>GREGORY NOONAN ESQ WALFISH & NOONAN, LLC<br>528 DEKALB STREET<br>NORRISTOWN, PA 19401 | 8651 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$221,189.61 (U)<br>$221,189.61 (T) | The claim relates to an underlying state court action for, among other things, breach of contract and conversion in connection with a mortgage foreclosure initiated by Comnet Mortgage Services, Inc. ("Comnet"). Upon information and belief, Comnet is the residential mortgage division of Commonwealth Bank, a subsidiary of Commonwealth Bancorp. Pursuant to the complaint attached to the claim form, the claimants filed this claim against debtor AHM Corp. (07-11051) because AHM Corp. was purportedly a successor-in-interest to and formerly known as non-debtor Comnet. Contrary to the claimants' assertions, AHM Corp. is not a successor-in-interest to Comnet and was never known as or otherwise affiliated with Comnet. Rather, pursuant to an Asset Purchase Agreement, dated February 8, 2001, by and between AHM Corp. and Commonwealth Bank (the "APA"), AHM Corp. acquired certain discrete assets related to the ComNet mortgage origination business, which such assets were primarily limited to the real property leases of five loan production offices of ComNet located in PA and MD, a mortgage application pipeline, and certain fixed assets. Given the limited nature of the assets and liabilities purchased by AHM Corp. under the APA, AHM Corp. is not a successor-in-interest to Comnet with respect to any liabilities connected to the mortgage foreclosure that is the subject of the claimants' complaint. As such, the Debtors have no liability on account of this claim and it should be disallowed in it entirety. ▫ |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | | 2 Claims | | -(S)<br>-(A)<br>-(P)<br>$221,189.61 (U)<br>$221,189.61 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.