IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                  :   Chapter 11
                                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                  :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                         :
                                                                        :   Jointly Administered
         Debtors.                                                       :
                                                                        :   Ref. No. 10085
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Plan Trust's Eighty-Third Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection") has been received. The Court's docket which was last updated August 11, 2011, reflects that no responses to the Objection have been filed. Responses to the Objection were to be filed and served no later than August 9, 2011 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Objection be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
       August 11, 2011

                      YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

                      */s/ Michael S. Neiburg*
                      Sean M. Beach (No. 4070)
                      Michael S. Neiburg (No. 5275)
                      The Brandywine Building
                      1000 West Street - 17th Floor
                      P.O. Box 391
                      Wilmington, Delaware 19899
                      Telephone: (302) 571-6600
                      Facsimile: (302) 571-1253

                      -and-

                      HAHN & HESSEN LLP
                      Mark S. Indelicato
                      Edward L. Schnitzer
                      488 Madison Avenue
                      New York, New York 10022
                      Telephone: (212) 478-7200
                      Facsimile: (212) 478-7400

                      *Co-Counsel to the Plan Trustee*