**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | **Ref. Docket Nos.: 10084 & 10119** |

**CERTIFICATION OF COUNSEL SUBMITTING PROPOSED ORDER WITH RESPECT TO PLAN TRUST'S EIGHTY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1. On July 15, 2011, through the undersigned counsel, the Plan Trustee filed the Plan Trust's Eighty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 10084] (the "Objection"). By the Objection, the Plan Trustee sought, *inter alia*, to disallow proof of claim number 10275 (the "Original Claim") filed by JP Morgan Acceptance Corporation I and related entities (collectively, the "JPM Claimants") on the grounds that the

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Original Claim was amended and superseded by proof of claim number 10699 (the "Amended Claim") filed by the JPM Claimants on or about April 10, 2009.

2. On August 9, 2011, the JPM Claimants filed a limited response [Docket No. 10119] to the Objection (the "Limited Response"), pursuant to which they sought to preserve their "rights, claims, interests and defenses" solely with respect to the *Amended Claim*. With respect to the Original Claim that is the subject of the Objection, the JPM Claimants specifically stated that "[t]he [JPM] Claimants do not object to expunging and disallowing the Original Claim because the claims asserted therein and all of the rights of payment asserted therein have been incorporated in full and survive in the Amended Claim." (Limited Response, ¶ 5)

3. Thus, as expressly stated by the JPM Claimants, the Limited Response is intended only to preserve the JPM Claimants' rights with respect to the Amended Claim and is in no way an objection to the disallowance of the Original Claim as set forth in the proposed form of order (the "Proposed Order") attached hereto as Exhibit A and attached to the Objection as Exhibit II. Nonetheless, out of an abundance of caution, the undersigned counsel for the Plan Trustee contacted counsel for the JPM Claimants to discuss the Limited Response. The JPM Claimants' counsel verified they have no objection to the entry of the Proposed Order.

4. Responses to the Objection were to be filed and served no later than August 9, 2011 at 4:00 p.m. (ET). The undersigned hereby certifies that, as of the date hereof, no other comment, answer, objection or other responsive pleading to the Objection has been received. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Objection appears thereon.

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: August 12, 2011
Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*<u>/s/ Michael S. Neiburg</u>*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel to the Plan Trustee*

# EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | **Ref. Docket No. 10084** |

**ORDER SUSTAINING PLAN TRUST'S EIGHTY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the eighty-second omnibus (non-substantive) objection to claims (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors"), by which the Plan Trustee respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the 'Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified on

---

1 The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2 All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

Exhibits A and B attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit A is hereby disallowed and expunged in its entirety; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit B is hereby reassigned to the New Case Number as indicated on Exhibit B; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
August ___, 2011

_______________________________
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## Amended Claim

# Exhibit A

## Amended Claims

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| JP MORGAN ACCEPTANCE CORPORATION I,ET AL<br>ATTN: ALEX ROVIRA & GEOFF RAICHT<br>SIDLEY AUSTIN LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 | 10275 | 4/25/08 | 07-11051 | Unspecified* | 10699 | 4/10/09 | 07-11051 | Unspecified* |
| **Totals:** | | **1 Claim** | | **Unspecified*** | | | | **Unspecified*** |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

## Wrong Debtor Claim

# Exhibit B

## Wrong Debtor Claims

| | Objectionable Claims | | | | New Case Number |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
| FRANK MORGAN APPRAISALS<br>ATTN FRANK MORGAN, OWNER<br>351 E RUDASILL RD<br>TUCSON, AZ 85704 | 9407 | 1/14/08 | 07-11051,<br>07-11053 | - (S)<br>- (A)<br>- (P)<br>$870.00 (U)<br>$870.00 (T) | 07-11053 |
| **Totals:** | **1 Claim** | | | **- (S)**<br>**- (A)**<br>**- (P)**<br>**$870.00 (U)**<br>**$870.00 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.