IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
------------------------------------------------------------------------x   Ref. Docket Nos. 10122-10123

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 10, 2011, I caused to be served the:

    a. "Notice of Plan Trust's Eighty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated August 10, 2011 [Docket No. 10122], (the "84th Omnibus Objection"), and

    b. "Notice of Plan Trust's Eighty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated August 10, 2011 [Docket No. 10123], (the 85th Omnibus Objection"),

    by causing true and correct copies of the:

    i. 84th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii. 85th Omnibus Objection r, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Panagiota Manatakis*

Sworn to before me this
12th day of August, 2011

Notary Public

> Cassandra Murray
> NOTARY PUBLIC STATE OF NEW YORK
> No 01MU6220179
> Qualified in the County of Queens
> Commission Expires April 12, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| FINANCIAL GUARANTY INSURANCE COMPANY | BRUCE A. WILSON, ESQ. KUTAK ROCK LLP 1650 FARNAM STREET OMAHA NE 68102-2186 |
| GREENWICH CAPITAL FINANCIAL PRODUCTS, | INC 600 STEAMBOAT RD GREENWICH CT 06830 |
| GREENWICH CAPITAL FINANCIAL PRODUCTS, | BRIAN E. GOLDBERG, ESQ. BRIAN E. GOLDBERG, ESQ. DICKSTEIN SHAPIRO LLP 1633 BROADWAY LOWR 2C2 NEW YORK NY 10019-6708 |
| GREENWICH CAPITAL FINANCIAL PRODUCTS, | BRIAN E. GOLDBERG, ES. 1633 BROADWAY LOWR 2C3 NEW YORK NY 10019-679 |
| GREENWICH CAPITAL FINANCIAL PRODUCTS, | BRIAN E. GOLDBERG 1633 BROADWAY LOWR 2C3 NEW YORK NY 10019-6793 |
| GREENWICH CAPITAL MARKETS, INC | 600 STEAMBOAT RD GREENWICH CT 06830 |
| GREENWICH CAPITAL MARKETS, INC | BRIAN E. GOLDBERG, ESQ. DICKSTEIN SHAPIRO LLP 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| MBIA INSURANCE CORPORATION | BRUCE A. WILSON, ESQ. KUTAK ROCK LLP 1650 FARNAM STREET OMAHA NE 68102-2186 |
| MBIA INSURANCE CORPORATION | ATTN BRUCE A. WILSON, ESQ. KUTAK ROCK LLP 1650 FARNAM STREET OMAHA NE 68102-2186 |
| MCDONAGH, THOMAS A. | 30 CHESTNUT STREET GARDEN CITY NY 11530 |
| SLOSSER, KENNETH | 1001 NINETEENTH STREET NORTH ARLINGTON VA 22209 |
| SLOSSER, KENNETH | TARA HOLUBAR, ESQ. FRIEDMAN BILLINGS RAMSEY 1001 NINETEENTH STREET NORTH ARLINGTON VA 22209 |
| SPRING HOPE CITY | ATTN SANDRA MORRIS, TAX COLLECTOR 101 W MAIN ST PO BOX 87 SPRING HOPE NC 27882 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ATTN ROSELINE K MANEY 1100 NORTH MARKET STREET WILMINGTON DE 19890-0001 |

**Total Creditor count  14**

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| CALDWELL, TORRENCE | KAHN GORDON TIMKO & RODRIQUES, P.C. 20 VESEY STREET, SUITE 300 NEW YORK NY 10007 |
| GINNONA, RONALD T. AND TRACI A. | AKA COMNET NO02-15135 COURT COMMON PLEAS GREGORY NOONAN ESQ WALFISH & NOONAN, LLC 528 DEKALB STREET NORRISTOWN PA 19401 |

**Total Creditor count  2**