# EXHIBIT A

**Amended Claim**

# Exhibit A

## Amended Claims

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| JP MORGAN ACCEPTANCE CORPORATION I, ET AL<br>ATTN: ALEX ROVIRA & GEOFF RAICHT<br>SIDLEY AUSTIN LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 | 10275 | 4/25/08 | 07-11051 | Unspecified* | 10699 | 4/10/09 | 07-11051 | Unspecified* |
| **Totals:** | 1 Claim | | | Unspecified* | | | | Unspecified* |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.