# EXHIBIT B

**Wrong Debtor Claim**

## Exhibit B

## Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claims ||||| New Case Number |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | | Case Number |
| FRANK MORGAN APPRAISALS<br>ATTN FRANK MORGAN, OWNER<br>351 E RUDASILL RD<br>TUCSON, AZ 85704 | 9407 | 1/14/08 | 07-11051,<br>07-11053 | | - (S)<br>- (A)<br>- (P)<br>$870.00 (U)<br>$870.00 (T) | 07-11053 |
| Totals: | 1 Claim | | | | - (S)<br>- (A)<br>- (P)<br>$870.00 (U)<br>$870.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.