# EXHIBIT A

**Modified Amount Claims**

## Exhibit A

### Modified Amount Claim

| Name/Address of Claimant | Objectionable Claim | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| APPRAISAL SERVICES<br>13043 EMERALD DR<br>HAYDEN, ID 83835 | 4735 | 12/6/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$900.00 (U)<br>$900.00 (T) | - (S)<br>- (A)<br>- (P)<br>$825.00 (U)<br>$825.00 (T) | Claimant asserts a liquidated unsecured nonpriority claim in the amount of $900.00 for 3 appraisals ordered pre-petition and an unliquidated nonpriority claim for late fees. The Debtors do not have a loan for the property identified on invoice 8938F attached to the proof of claim form and therefore the allowed amount should be reduced by $75.00, which is the amount claimed on account of invoice 8938F. With respect to the claimed late fees, general unsecured creditors are not entitled to late fees that would have accrued post-petition under the Bankruptcy Code. Accordingly, the claim should be modified and/or fixed as an unsecured nonpriority claim in the amount of $825.00. |
| I MORTGAGE<br>ATTN AVP, ACCOUNTING, IMS<br>2570 BOYCE PLAZA RD<br>PITTSBURGH, PA 15227 | 2160 | 11/14/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$34,005.00 (U)<br>$34,005.00 (T) | - (S)<br>- (A)<br>- (P)<br>$34,005.00 (U)<br>$34,005.00 (T) | Claimant asserts a claim in the amount of $34,005.00 for pre-petition work but their supporting documentation reflects the invoices totaled at $34,355.00. The claimant wrote on their proof of claim form that the documentation attached in support of the claim did not reflect a $350.00 credit in favor of the Debtors that they applied to their claim. As such, the claim should be modified and/or fixed as an unsecured nonpriority claim in the amount of $34,005.00. |
| MCNAMARA & COMPANY<br>9203 BAILEYWICK RD STE 103<br>RALEIGH, NC 27615-1978 | 1519 | 10/4/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$2,075.00 (U)<br>$2,075.00 (T) | - (S)<br>- (A)<br>- (P)<br>$2,075.00 (U)<br>$2,075.00 (T) | Claimant asserts a liquidated unsecured nonpriority claim in the amount of $2,075.00 for appraisals fees in connection with pre-petition orders and an unliquidated nonpriority claim for interest. There is no basis under the Bankruptcy Code for allowing this claimant post-petition interest and therefore the claim should be modified and/or fixed as an unsecured nonpriority claim in the amount of $2,075.00. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| ORELLANA, KIRK R. 16311 S DAN OCONNELL DR PLAINFIELD, IL 605869008 | 8971 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$576.00 (P)<br>- (U)<br>$576.00 (T) | - (S)<br>- (A)<br>$576.00 (P)<br>- (U)<br>$576.00 (T) | Claimant asserted that his claim is priority contingent claim in the amount of $576.00 but did not provide any supporting documentation. Nonetheless, based on a review of the Debtors' books and records, the Plan Trustee has determined that the claimant is entitled to 48 hours of unused vacation time in the amount of $576.00. In order to have the claims register updated to accurately reflect the proper treatment of this claim, the Plan Trustee requests entry of an order modifying and/or fixing this claim as an allowed priority unsecured claim in the amount of $576.00. |
| VAIDEN, MARY K 2742 CANDLEWOOD CT APOPKA, FL 32703 | 4558 | 12/5/07 | 07-11051 | - (S)<br>- (A)<br>$994.98 (P)<br>- (U)<br>$994.98 (T) | - (S)<br>- (A)<br>$994.98 (P)<br>- (U)<br>$994.98 (T) | Claimant asserted she is owed $994.98 on account of unused vacation time and $461.44 on account of unused sick time. Based on a review of the Debtor's books and records the claimant is entitled to 69 hours of unused vacation time in the amount of $994.98. However, unused sick/personal time is not owed to this claimant as per company written policy. Accordingly, the claim should be modified and reduced to a priority unsecured claim in the amount of $994.98. |

**Totals:** 5 Claims

- (S)
- (A)
$1,570.98 (P)
$36,980.00 (U)
$38,550.98 (T)

- (S)
- (A)
$1,570.98 (P)
$36,905.00 (U)
$38,475.98 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed