# EXHIBIT B

**Modified Amount Reclassified Claims**

# Exhibit B

## Modified Amount Reclassified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Objectionable Claim | | Modified Amount | Comments |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Case Number | Total Amount Claimed | | |
| SACKMAN, BEVERLEY W.<br>431 TIMBER RIDGE DR<br>LONGWOOD, FL 32779 | 1102 | 9/18/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$582.47 (U)<br>$11,532.47 (T) | - (S)<br>- (A)<br>- (P)<br>$582.47 (U)<br>$582.47 (T) | In accordance with the proof of claim form, the claimant asserted a liquidated unsecured nonpriority claim for expenses in the amount of $582.47 and a priority unsecured claim in the amount of the $10,950.00 for minimum compensation. In the supporting documentation attached to the proof of claim, the claimant appears to be also asserting a claim for minimum compensation in the amount of $120,000.00. Based on the Debtors' records, the claimant was paid minimum compensation in the amount of $15,000.00 on the 7/25/07 pay date for the pay period of 7/01/2007-7/15/2007. However, pursuant to the express terms of the employee's contract attached to the claim form, the claimed minimum compensation is not payable. Specifically, as noted in the Minimum Compensation section of the Senior Loan Officer Employment Agreement (see page 9 of 11), the minimum compensation is payable only if the employee is employed with the Company on the scheduled payment date. The scheduled payment date for the next pay period of 7/16/2007-7/30/2007 was 8/07/2007. The claimant was not employed on the applicable scheduled payment date and, therefore, is not entitled to the claimed minimum compensation. As such, the claim should be modified and/or fixed as an allowed unsecured nonpriority claim in the amount of $582.47 for the expense report portion of the claim. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| STEWART, ALTHEA<br>64 IROQUOIS AVE<br>SELDE | 791 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>$384.90 (P)<br>- (U)<br>$384.90 (T) | - (S)<br>- (A)<br>$384.90 (P)<br>- (U)<br>$384.90 (T) | Based on the proof of claim form, the claimant apparently asserted a liquidated priority unsecured claim in the amount of $384.90 and an unliquidated secured claim for unused vacation time. The Debtors' records reflect that the claimant is entitled to $384.90 on account of unused vacation. There is no basis under the Bankruptcy Code for secured status of this claim and the assertion of such status may have been inadvertent. Accordingly, in order to have the claims register updated to accurately reflect the proper treatment of this claim, the Plan Trustee requests entry of an order modifying and/or fixing this claim as an allowed priority unsecured claim in the amount of $384.90. |

Totals: 2 Claims

| | | |
|---|---|---|
| | - (S) | |
| | - (A) | |
| | $11,334.90 (P) | $384.90 (P) |
| | $582.47 (U) | $582.47 (U) |
| | $11,917.37 (T) | $967.37 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.