# EXHIBIT C

**No Liability Claims**

## Exhibit C
## No Liability Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT<br>ELIZABETH BANDA, BRUCE MEDLEY<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094-0430 | 1588 | 8/13/07 | 07-11051 | $1,387.97 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,387.97 (T) | Claim relates to 2007 personal property taxes for account 11705477. The Plan Trustee's representatives have verified on the Tarrant County Tax Website that the there are currently no taxes due for this account for the claimed tax year. As such, the Debtors have no liability on account of this claim. |
| CITY OF CEDAR HILL<br>ELIZABETH BANDA, BRUCE MEDLEY<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094-0430 | 1590 | 8/13/07 | 07-11051 | $365.54 (S)<br>- (A)<br>- (P)<br>- (U)<br>$365.54 (T) | Claim relates to 2006 and 2007 personal property taxes for account 99051011160000000. The Plan Trustee's representatives have obtained a Duplicate Tax Receipt dated 4/15/2011 from the Dallas County Tax Assessor - Collector evidencing that the claimed taxes for this account have been paid and that there is zero balance. Accordingly, the Debtors have no liability on account of this claim. |
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 10114 | 3/17/08 | 07-11051 | $1,160.03 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,160.03 (T) | Claim relates to 2006 and 2007 personal property taxes for account 99051011160000000. The Plan Trustee's representatives have obtained a Duplicate Tax Receipt dated 4/15/2011 from the Dallas County Tax Assessor - Collector evidencing that the claimed taxes for this account have been paid and that there is zero balance. Accordingly, the Debtors have no liability on account of this claim. |
| DESCHUTES COUNTY TAX COLLECTOR<br>DAVID LILLEY, CHIEF TAX DEPUTY<br>1300 NW WALL ST STE 200<br>BEND, OR 97701 | 9892 | 2/4/08 | 07-11051 | $301.36 (S)<br>- (A)<br>- (P)<br>- (U)<br>$301.36 (T) | Claim relates to 2007 personal property taxes for account 205307. The Plan Trustee's representatives have obtained an updated Statement of Tax Account on 5/17/2011 from the claimant evidencing that the claimed taxes for this account have a zero balance and there are no taxes due. Accordingly, the Debtors have no liability on account of this claim. |
| EHED, LLC<br>GLENN ZAGOREN<br>79 BRIDGE ST<br>BROOKLYN, NY 11201 | 1717 | 10/22/07 | 07-11052 | - (S)<br>- (A)<br>- (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | By this claim, the claimant asserted a claim for $15,000 in connection with the termination of an agreement between the claimant and debtor AHM Holdings, Inc. The Debtors have no liability on account of this claim since the claimant signed an Agreement and General Release dated May 5, 2011 expressly releasing this claim (and any other claims) against this Debtor and AHM Holdings, Inc. As such, this claim should be disallowed and expunged in its entirety. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| EL PASO COUNTY TREASURER<br>ATTN SANDRA J DAMRON<br>PO BOX 2007<br>COLORADO SPRINGS, CO 80901-2007 | 1838 | 10/29/07 | 07-11051 | $1,100.00 (S)<br>- (A)<br>- (P)<br>$266.00 (U)<br>$1,366.00 (T) | Claim relates to 2007 estimated personal property taxes for account 86,359 and 2007 real property taxes for account 64274-05-015. The Plan Trustee's representatives called claimant's office on 7/12/2011 and verified that there are no outstanding 2007 personal property taxes due for account 86,359 and that the claimed 2007 taxes for 64274-05-015 were paid in full. Accordingly, the Debtors have no liability on account of this claim. |
| KNOX COUNTY TRUSTEE<br>ATTN FRED A. SISK, TRUSTEE<br>P.O. BOX 70<br>KNOXVILLE, TN 37901 | 2878 | 11/9/07 | 07-11051 | $642.67 (S)<br>- (A)<br>- (P)<br>- (U)<br>$642.67 (T) | Claim relates to 2006 personal property taxes for property 1336785 and 2007 personal property taxes for properties 1339038 and 1338438. The Plan Trustee's representatives have verified on the Knox County website that the claimed taxes for each parcel are marked as paid in full and all have a zero balance. Accordingly, the Debtors have no liability on account of this claim. |
| RUTHERFORD COUNTY TRUSTEE<br>ATTN TEB BATEY<br>PO BOX 1316<br>MURFREESBORO, TN 37133-1316 | 1850 | 10/29/07 | 07-11051 | - (S)<br>- (A)<br>$266.00 (P)<br>- (U)<br>$266.00 (T) | Claim relates to 2007 personal property taxes for account P12399696000. The Plan Trustee's representatives have obtained a Duplicate Tax Bill on 4/18/2011 from the claimant evidencing that the claimed taxes for this account have a zero balance and there are no taxes due. Accordingly, the Debtors have no liability on account of this claim. |
| Totals: | 8 Claims | | | $4,957.57 (S)<br>- (A)<br>$266.00 (P)<br>$15,266.00 (U)<br>$20,489.57 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.