IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x  Chapter 11

In re:                                                             :
                                                                   :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :
a Delaware corporation, et al.,[1]                                 :  Jointly Administered
                                                                   :
              Debtors.                                             :  Ref. Docket No.: 10105
                                                                   :
------------------------------------------------------------------- x

**ORDER APPROVING PLAN TRUSTEE'S MOTION PURSUANT TO
BANKRUPTCY RULE 9019 AND 11 U.S.C. § 105(a) FOR AN ORDER
APPROVING AND AUTHORIZING THE SETTLEMENT AGREEMENT
BY AND AMONG THE PLAN TRUSTEE AND U.S. BANK, N.A.
RESOLVING CLAIMS AND REQUEST FOR 506(c) CLAIM**

Upon consideration of the motion (the "Motion")[2] of the Plan Trustee for entry of an order, pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), approving the settlement agreement (the "Settlement Agreement") by and among the Plan Trustee and U.S. Bank, N.A. (f/k/a Park National Bank) ("U.S. Bank", and together with the Plan Trustee, the "Parties"); and it appearing that the Settlement Agreement and the relief requested in the Motion is in the best interests of the Debtors, their creditors and their estates; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of the Motion having been provided, and it appearing that no other or

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are: AHM Holdings (6303); AHM Investment, a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); AHM Corp., a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

further notice need be provided; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is GRANTED as set forth herein; and it is further

ORDERED that the Settlement Agreement, attached hereto as <u>Exhibit 1</u>, is approved pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019; and it is further

ORDERED that the Plan Trustee is authorized to take all actions necessary to effectuate the terms of the Settlement Agreement; and it is further

ORDERED that this Court shall retain jurisdiction to hear any and all disputes arising out of the interpretation or enforcement of this Order.

Date:   Wilmington, Delaware
        August 15, 2011

                            _____
                            for Christopher S. Sontchi
                            United States Bankruptcy Judge