**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE | : Case No. 07-11047 (CSS) |
| HOLDINGS, INC. a Delaware corporation, *et al*., | : |
| | : Jointly Administered |
| Debtors. | : |
| | : |

**MEDIATOR'S DISCLOSURE PURSUANT TO LOCAL RULE 9019-2(e)(iii)**
**AND REPORT OF COMPLETION**

PLEASE TAKE NOTICE that pursuant to this Court's Order dated July 29, 2011, the undersigned was appointed as the mediator in the above-referenced cases to mediate issues involving the claims asserted by Ms. Delena Sigmon Lamacchia. In accordance with Rule 9019-2(e)(iii) of the Local Rules for the United States Bankruptcy Court for the District of Delaware, the undersigned mediator conducted a conflict review and there appears to be no potential or actual conflicts of interest, or any basis for disqualification of the undersigned as mediator in this matter.

PLEASE TAKE FURTHER NOTICE that on August 16, 2011, the parties participated in a mediation conducted in accordance with this Court's Local Rules that resulted in the execution of a term sheet to amicably resolve the issues raised in this matter, subject to the preparation and execution of a settlement agreement.

Dated: August 18, 2011                           A. M. SACCULLO LEGAL, LLC

                                                 */s/ Anthony M. Saccullo*
                                                 Anthony M. Saccullo (Bar No. 4141)
                                                 27 Crimson King Drive
                                                 Bear, Delaware 19701
                                                 (302) 836-8877
                                                 (302) 836-8787 (facsimile)
                                                 ams@saccullolegal.com