IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                                                    :   Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                        :
                                                                          :   Jointly Administered
     Debtors.                                                             :
                                                                          :   Ref. Docket Nos. 8174 & 8299
------------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER
RESOLVING DEBTORS' FORTY-FOURTH (SUBSTANTIVE) OMNIBUS
OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO. 8163
FILED BY BANK OF AMERICA, N.A.**

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan")[2] in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1.   On January 10, 2008, Bank of America, N.A. ("BofA") filed claim number 8163 ("Claim 8163") against Debtor American Home Mortgage Corp. (Case No. 07-11051) ("AHM Corp."). Claim 8163 is an EPD/Breach Claim subject to the EPD/Breach Claims Protocol set forth in the Plan. Pursuant to Claim 8163, BofA asserted a general unsecured claim in the amount of $75,667,287.20 against AHM Corp.

2.   On October 13, 2009, the Debtors filed the *Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Plan.

YCST01: 9920348.4                                                                         068715.1001

2

*Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [Docket No. 8174] (the "Objection"). By the Objection, the Debtors, *inter alia*, sought to modify and reduce Claim 8163 in accordance with the EPD/Breach Claims Protocol.

        3.      Following the filing of the Objection, the Debtors received several informal and formal responses to the Objection from, among others, holders of EPD/Breach Claims such as BofA. Given the complexity of the EPD/Breach Claims and the EPD/Breach Claims Protocol established by the Plan, the Debtors and the holders of these claims consensually agreed to adjourn the Objection as it pertained to their claims to allow additional time in which the parties could analyze the merits of their respective positions and reach a consensual resolution of the matters asserted in the Objection.

        4.      On November 13, 2009, the Court entered an order [Docket No. 8299] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 8163.

        5.      As a result of good faith discussions, the Plan Trustee and BofA (collectively, the "Parties") have agreed that Claim 8163 shall be an allowed general unsecured claim in the amount of $24,948,738. A proposed form of order (the "Proposed Order") reflecting the Parties' agreement is attached hereto as Exhibit A.

*[Signature page follows]*

2

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: August 18, 2011  YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
       Wilmington, Delaware

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

## **EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                           :
                                                                             :   Jointly Administered
        Debtors.                                                             :
                                                                             :   **Ref. Docket Nos. 8174 & 8299**
---------------------------------------------------------------------------- x

**CONSENSUAL ORDER RESOLVING DEBTORS' FORTY-FOURTH
(SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS WITH RESPECT TO
CLAIM NO. 8163 FILED BY BANK OF AMERICA, N.A.**

Upon consideration of the forty-fourth omnibus (substantive) objection to claims (the "Objection") [Docket No. 8174] of the above-captioned debtors (the "Debtors"); and the Court having sustained the Objection in part [Docket No. 8299], and the Objection having been adjourned with respect to proof of claim number 8163 ("Claim 8163") filed by Bank of America, N.A. ("BofA"); and Steven D. Sass, as liquidating trustee for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* and BofA having agreed that Claim 8163 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

ORDERED that Claim 8163 shall be allowed as a general unsecured claim in the amount of $24,948,738 against Debtor American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_, 2011

                                            _____
                                            CHRISTOPHER S. SONTCHI
                                            UNITED STATES BANKRUPTCY JUDGE