IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                        :   Chapter 11
                                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                        :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                            :
                                                                              :   Jointly Administered
                                                                              :
    Debtors.                                                                  :   Ref. Docket Nos. 7084, 7187 & 7234
---------------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER
RESOLVING DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS WITH RESPECT TO CLAIM NOS. 2196 & 7184**

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1. On November 15, 2007, Douglas Huston filed claim number 2196 ("Claim 2196"), pursuant to which Mr. Huston asserted he was owed $18,049.12 on account of unpaid overrides for the time period of June 1, 2007 through July 30, 2007. Mr. Huston did not identify the debtor entity against which Claim 2196 was asserted.

2. On January 7, 2008, David Michaud filed claim number 7184 ("Claim 7184") against debtor American Home Mortgage Corp. (Case No. 07-11051), pursuant to which Mr. Michaud asserted he was owed a total amount of $54,402 on account of unpaid (i) deferred compensation, (ii) override payments, and (iii) bonus payments.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

3. On March 6, 2009, the Debtors filed the *Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1* (the "Objection") [Docket No. 7084]. By the Objection, the Debtors requested, *inter alia*, that the Court enter an order: (i) disallowing and expunging Claim 2196 on the grounds that the Debtors' books and records indicated no amounts were owed to Mr. Huston and the documentation attached to the claim form was insufficient to assess the validity of the claim; and (ii) modifying and reclassifying Claim 7184 to reflect the amount of liability for such claim as indicated in the Debtors' books and records.

4. Through their common counsel, Messrs. Michaud and Huston filed responses [Docket Nos. 7352 & 7353, respectively] (the "Responses") to the Objection, both of which had documentation attached that purportedly supported their respective claims. On April 6, 2009, the Court entered an order [Docket No. 7234] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 2196 and Claim 7184.

5. Following good faith discussions between the undersigned counsel to the Plan Trustee and common counsel for Messrs. Michaud and Huston, the parties have agreed to the following treatment for these claims: (i) Claim 2196 shall be allowed as a priority unsecured claim pursuant to 11 U.S.C. § 507(a)(4) in the amount of $5,000 and reassigned to Debtor American Home Mortgage Corp. (Case No. 07-11051); and (ii) Claim 7184 shall be allowed as a priority unsecured claim pursuant to 11 U.S.C. § 507(a)(4) in the amount of $2,500 and a general unsecured claim in the amount of $25,805.74. A proposed form of order reflecting this agreement is attached hereto as Exhibit A (the "Proposed Order").

2

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: August 22, 2011  YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
      Wilmington, Delaware

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel to the Plan Trustee*

## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------------- x
In re:                                                                    :  Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                        :
                                                                          :  Jointly Administered
      Debtors.                                                            :
                                                                          :  **Ref. Docket Nos. 7084, 7234, 7352 &**
                                                                          :  **7353**
------------------------------------------------------------------------- x

**CONSENSUAL ORDER RESOLVING DEBTORS' THIRTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NOS. 2196 & 7184**

Upon consideration of the thirty-first omnibus (substantive) objection to claims (the "Objection") [Docket No. 7084] of the above-captioned debtors (the "Debtors") and the responses thereto [Docket Nos. 7352 & 7353] filed by David Michaud and Douglas Huston, respectively; and the Court having sustained the Objection in part [Docket No. 7234], and the Objection having been adjourned with respect to proof of claim number 2196 filed by Mr. Huston ("Claim 2196") and proof of claim number 7184 filed by Mr. Michaud ("Claim 7184"); and Steven D. Sass, as liquidating trustee for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* and Messrs. Michaud and Huston having agreed that Claim 2196 and Claim 7184, respectively, should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that Claim 2196 shall be (i) allowed as a priority unsecured claim pursuant to 11 U.S.C. § 507(a)(4) in the amount of $5,000, and (ii) reassigned to Debtor American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that Claim 7184 shall be allowed in the following amounts and priorities: (i) a priority unsecured claim pursuant to 11 U.S.C. § 507(a)(4) in the amount of $2,500; and (ii) a general unsecured claim in the amount of $25,805.74; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      _____ \_\_, 2011

                                         _____
                                         CHRISTOPHER S. SONTCHI
                                         UNITED STATES BANKRUPTCY JUDGE