IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x : Chapter 11

In re: : Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE HOLDINGS, : Jointly Administered
INC.,
a Delaware corporation, et al.,    The Debtors in these :
cases, along with the last four digits of each Debtor's federal tax
identification number, are: American Home Mortgage Holdings,

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE that Ms. Delena Sigmon (f/k/a Ms. Delena Sigmon Lamacchia) hereby withdraws any and all claims I have filed against the bankruptcy estates of the above-captioned debtors and debtors-in-possession, including, but not limited to, the claims identified on the claims register maintained by Epiq Systems, Inc. as Claims Number 10651 and 10686.

Dated: 8-22- , 2011

*Delena Sigmon*
Ms. Delena Sigmon
1104 Black Road
Cherryville, NC  28021