IN THE UNITED STATES BANKRUPTCY COURT

FOR TE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| AMERICAN HOME MORTGAGE (CSS) | Case No. 07-11047 |
| HOLDINGS, INC. et al | |
| A Delaware corporation | |
| Debtors | |

### ORDER AND JUDGMENT

1. This matter comes before the Court on Motion by Hussain Kareem, Claimant in the action, To Enter Judgment as a Matter of Law against the Debtors. Upon consideration of the Motion, the Debtors have failed to comply with TILA 15 U.S.C. 1635 (b) right to rescission and under applicable Regulation Z. Claimant initially presented his Rescission Demand on or about October 18th, 2008 to Debtor's Principal CEO's office.

2. It is hereby: Ordered that The Motion is GRANTED, pursuant to Federal Civil Rules Civil Rule 52, as fully adjudicated in favor of the Claimant, as a Matter of Law.

3. It is FURTHER ORDERED that the Note and Mortgage are discharged from being lienable instruments encumbering Claimants real estate property.

4. _Monetary claims and damages entered on behalf of the Claimant, shall be determined by this court after appropriate review of facts or hearings yet to be determined,_

5. That the Security Deed and Promissory note are declared void under applicable Federal TILA statute and for American Home Holdings, Inc. Claimant under Georgia's Fair Lending Act, O.C.G. A. 7-6A-7 (e) and for marketing high cost loan voidable.

6. That the original security deed and promissory note are to be returned or surrendered

over to the Claimant, immediately, within 30 days. Under Georgia's Commercial Code, OCGA 11-3-604 (a) Discharge by Cancellation or Renunciation, whereas, the surrender of the instrument discharges the obligation.

7. SO ORDERED

                                                                                                                U.S. States Bankruptcy Judge,
                                                                                                                Christopher Sontchi, by Designation

Date: August 12, 2011

cc:
Mr. Hussain Kareem
2197 Carlysle Creek Drive
Lawrenceville, GA 30044