IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | :: | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Plan Trust in the above-captioned case, and that on July 19, 2011, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Amended Agenda of Matters Scheduled for Hearing [D.I. 10091]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 31 day of ~~July~~ August 2011.

_____
Notary Public

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware  19801
P.O. Box 391
Wilmington, Delaware  19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| FROM: | Debbie Laskin, Paralegal | DATE: | 7/18/11 |
|---|---|---|---|
| PHONE: | 302-571-6710 | CLIENT MATTER: | 066585.1001 |

PLEASE DELIVER AS SOON AS POSSIBLE TO:

| RECIPIENT | COMPANY | TELEPHONE NO. | FACSIMILE NO. |
|---|---|---|---|
| J. William Boone, Esq. | Alston & Bird LLP | 404-881-7000 | 404-881-7777 |
| Charles J. Brown, III, Esquire | Archer & Greiner | | 302-777-4352 |
| William P. Bowden, Esq. Ricardo Palacio, Esq Amanda M. Winfree | Ashby & Geddes, P.A. | 302-654-1888 | 302-654-2067 |
| Frank F. McGinn, Esq. | Bartlett Hackett Feinberg, P.C. | 617-422-0200 | 617-422-0383 |
| Raymond H. Lemisch, Esq. | Benesch Friedlander Coplan & Aronoff LLP | | 302-442-7012 |
| Steven Wilamowsky | Bingham McCutchen | 212-705-7000 | 212-702-3607 |
| Bonnie Glantz Fatell, Esq. | Blank Rome LLP | 302-425-6423 | 302-425-6464 |
| Hilary B. Bonial | Brice, Vander Linden & Wernick, P.C. | 972-643-6600 | 972-643-6698 |
| Jami B. Nimeroff, Esq. | Brown Stone Nimeroff LLC | | 302-351-2744 |
| Teresa K.D. Currier, Esq. Mary F. Caloway, Esq. | Buchanan Ingersoll & Rooney P.C. | 302-428-5500 | 302-428-3996 |
| Mark Ellenberg | Cadwalader, Wickersham & Taft LLP | | 202 862 2400 |
| Mark T. Hurford, Esq. | Campbell & Levine, LLC | | 302-426-9947 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| Lisa Schweitzer, Esq. | Cleary Gottlieb Steen & Hamilton | 212-225-2930 | |
| Patrick J. Reilley, Esq.<br>Mark Politan, Esq. | Cole, Schotz, Meisel, Forman & Leonard, P.A. | 302-295-4888 | 302-652-3117 |
| Karen C. Bifferato, Esq.<br>Christina Thompson, Esq. | Connolly Bove Lodge & Hutz LLP | 302-658-9141 | 302-658-0380 |
| Shelley A. Kinsella, Esq. | Cooche & Taylor | | 302-652-5379 |
| Susan Power Johnston, Esquire | Covington & Burling LLP | | 212-841-1010 |
| Mark E. Felger, Esquire<br>John T. Carroll, III, Esq. | Cozen & O'Connor | 302-295-2000 | 302-295-2013 |
| Michael Joyce, Esquire | Cross & Simon, LLC | 302-777-4200 | 302-777-4224 |
| Adam Hiller, Esq. | Draper & Goldberg, PLLC | 302-777-6500 | 302-213-0043 |
| Michael R. Lastowski, Esq.<br>Richard W. Riley, Esquire | Duane Morris LLP | 302-657-4942 | 302-657-4901 |
| Victoria Counihan | Greenberg Traurig | 302-661-7000 | 302-661-7360 |
| Mark S. Indelicato, Esq. | Hahn & Hessen LLP | 212-478-7200 | 212-478-7400 |
| Peter S. Partee, Esq. | Hunton & Williams | 212-309-1000 | 212-309-1100 |
| Michael Gregory Wilson, Esq. | Hunton & Williams | 804-788-8200 | 804-788-8218 |
| Ian Gershengorn | Jenner & Block LLP | | 202-639-6066 |
| Brett Barragate, Esq. | Jones Day | | 216-579-0212 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP
THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| Margot B. Schonholtz, Esq. | Kaye Scholer LLP | 212-836-8000 | 212) 836-8689 |
| Jeff Kurtzman | Klehr Harrison Harvey Branzburg & Ellers, LLP | 302-426-1189 | 302-426-9193 |
| Adam G. Landis, Esq. | Landis Rath & Cobb LLP | 302-467-4400 | 302-467-4450 |
| Robert J. Rosenberg | Latham & Watkins LLP | 212-906-1200 | 212-751-4864 |
| Joseph J. Bodnar, Esq. | Law Offices of Joseph J. Bodnar | 302-656-8162 | 302-656-2769 |
| John P. Dillman, Esq. | Linebarger Goggan Blair & Sampson, LLP | 713-844-3478 | 713-844-3503 |
| Thomas H. Grace, Esq. | Locke Liddell & Sapp | 713-226-1200 | 713-223-3717 |
| Vadim Rubinstein, Esq. | Loeb & Loeb | | 212-407-4990 |
| James E. Huggett, Esquire | Margolis Edelstein | 302-888-1112 | 302-888-1119 |
| William F. Taylor, Jr. | McCarter & English, LLP | 302-984-6300 | 302-984-6399 |
| Sean D. Malloy, Esquire | McDonald Hopkins Co., LPA | 216-348-5400 | 216-348-5474 |
| Gregory A. Bray, Esq. | Milbank Tweed Hadley & McCloy, LLP | 213-892-4000 | 213-892-4770 |
| Eric K. Moser, Esq. | Milbank Tweed Hadley & McCloy, LLP | 212-530-5000 | 212-530-5219 |
| Rachel B. Mersky, Esq. | Monzack Mersky McLauglin and Browder | 302-656-8162 | 302-656-2769 |
| Rebecca Booth | Morgan Lewis & Bockius LLP | | 215.963.5001 |
| Brett D. Fallon, Esquire<br>Thomas Horan | Morris James LLP | 302-888-6800 | 302-571-1750 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | | |
|---|---|---|---|
| Derek C. Abbott<br>Donna Culver, Esq | Morris Nichols Arsht & Tunnell | 302-658-9200 | 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 |
| John Rosenthal, Esq. | Nixon Peabody, LLP | 415-984-8319 | 415-442-1001 |
| Dennis J. Drebsky, Esq. | Nixon Peabody, LLP | 212-940-3000 | 212-940-3111 |
| Lee Harrington, Esquire | Nixon Peabody, LLP | 617-345-1000 | 617-345-1300 |
| Mark Kenney Esq. | Office of the United States Trustee | | 302-573-6497 |
| Laura Davis Jones, Esquire | Pachulski, Stang, Ziehl, Young & Jones LLP | 302-652-4100 | 302-652-4400 |
| Douglas Davis | Paul, Weiss, Rifkind, Wharton & Garrison LLP | 212-373-3493 | 212-757-3990 |
| Rick B. Antonoff, Esq. | Pillsbury Wintrhrop Shaw Pittman LLP | | 212-858-1500 |
| Laurie Selber Silverstein | Potter Anderson & Corroon LLP | 302-984-6000 | 302-658-1192 |
| Kimberly E.C. Lawson, Esq.<br>J. Cory Falgowski, Esq.<br>Kurt F. Gwynne, Esq.<br>Joseph O'Neil, Esq. | Reed Smith LLP | 302-778-7500 | 302-778-7575 |
| Mark D. Collins, Esq.<br>Russell C. Silberglied, Esquire | Richards, Layton & Finger, P.A. | 302-651-7700 | 302-651-7701 |
| Norman Monhait | Rosenthal Monhait & Goddess | 302-656-4433 | 302-658-7567 |
| Mark Minuti, Esquire | Saul Ewing LLP | 302-421-6800 | 302-421-5865 |
| Michael J. Barrie | Schnader Harrison Segal & Lewis LLP | 302-888-4554 | 302-888-1696 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| Name | Firm | Phone | Fax |
|---|---|---|---|
| Andrew Silverstein | Seward & Kissel | 212-574-1200 | 212-480-8421 |
| John Ashmead, Esq. | | | |
| Matthew A. Clemente, Esq. | Sidley Austin LLP | 312-853-7000 | 312-853-7036 |
| Paul S. Caruso, Esq. | | | |
| Lee S. Attanasio | Sidley Austin LLP | 212-906-2342 | 212-906-2021 |
| Robert Pietrzak, Esq. | | | |
| Dorothy Spenner | Sidley Austin LLP | | 212-839-5599 |
| Alex Rovira | | | |
| Eric Gorman, Esq. | Skadden Arps Slate Meagher & Flom LLP | | 312-407-0411 |
| Jason Liberi, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | 302-651-3000 | 302-651-3001 |
| William A. Hazeltine Esq. | Sullivan - Hazeltine - Allinson LLC | 302-428-8191 | 302-428-8195 |
| Neil Glassman | The Bayard Firm | | 302-658-6395 |
| Eric M. Sutty, Esq. | | | |
| Ellen W. Slights, Esq. | U.S. Attorney's Office | 302-573-6277 | 302-573-6431 |
| Mary DeFalaise, Esq. | U.S. Department of Justice | | 202-307-0494 |
| Lori Fife, Esq. | Weil Gotshal & Manges, LLP | 212-310-8000 | 212-310-8007 |
| Duane Werb | Werb & Sullivan | 302-652-1100 | 302-652-1111 |
| Kristi J. Doughty, Esq. | Whittington & Aulgur | 302-378-1661 | 302-285-0236 |
| Jeffrey Cianciulli | Wier & Partners LLP | 215-665-8181 | 215-665-8464 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP
THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| Name | Firm | Phone | Fax |
|---|---|---|---|
| William D. Sullivan, Esq. | William D. Sullivan, LLC | 302-428-8191 | 302-428-8195 |
| Patrick Healy | Wilmington Trust Co. | | 302-636-4149 |
| Todd C. Schiltz, Esquire | Wolf Block Schorr & Solis-Cohen, LLP | 302-777-0312 | 302-777-5863 |
| Steven K. Kortanek, Esq. Kevin Mangan, Esq. Michael G. Busenkell | Womble Carlyle Sandridge & Rice PLLC | 302-252-4320 | 302-661-7728 |
| Erin Lewis Roberts | Womble Carlyle Sandridge & Rice PLLC | 703-394-2260 | 703-918-2252 |
| Linda Singer | Zuckerman Spaeder LLP | | 202-822-8106 |
| Thomas G. Macauley, Esq. | Zuckerman Spaeder LLP | 302-427-0400 | 302-427-8242 |
| Eric Lopez Schnabel, Esq. | Dorsey & Whitney | | (646) 514-9843 |
| Stuart M. Brown, Esq. | | | 302-777-7263 |
| Whitney Groff, Esq. | McCalla Raymer | | 866-761-0279 |
| Daniel Kerrick, Esq. | Ciconte Wasserman & Scerba | | 302-658-4982 |
| Christopher D. Loizides, Esq. | | | 302-654-0728 |
| Franklin Top III, Esq. | Chapman and Cutler LLP | | 312-701-2361 |
| Gary Ravert | McDermott, Will & Emery | 212-547-5400 | 212-547-5444 |
| Ken Yudell, Esq. | | | (212) 755-6006 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391

Voice: (302) 571-6600
Fax: (302) 571-1253

| | | |
|---|---|---|
| Stephen Weisbrod, Esq. | Gilbert LLP | (202) 772-3962 |
| Lisa Coggins, Esq. | Ferry Joseph & Pearce | 302-575-1714 |
| Margaret Becker, Esq. | | 718-448-2264 |
| Patrick McLaughlin, Esq. | | 843-669-5150 |
| Denise Kraft, Esq. | DLA Piper | 302-778-7197 |
| Martha Romero, Esq. | | 562-907-6820 |
| Mark Belongia, Esq. | | 312-662-1040 |

*CONFIDENTIALITY NOTICE: This facsimile (this page and any accompanying page(s)) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or the taking of any action in reliance on the contents of this information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you*