IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br>a Delaware corporation, et al,<br>        Debtors | CHAPTER 11<br>NO. 07-11047<br>Jointly Administered |

**OBJECTION OF RONALD T. GINNONA AND TRACI A. GINNONA
TO THE PLAN TRUST'S EIGHTY-FIFTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007, and LOCAL RULE 3007-1**

AND NOW, Comes the Claimants, Ronald T. Ginnona and Traci A. Ginnona, by and through their counsel, Gregory R. Noonan, Esquire, admitted to practice in the Courts of Pennsylvania and New Jersey, who file an Objection to the Plan Trust's Eighty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, and in support thereof avers the following:

1. Claimants are Ronald T. Ginnona and Traci A. Ginnona, who filed a Proof of Claim in the Chapter 11 Bankruptcy Case of In Re: American Home Mortgage Corp., Case No. 07-11051 (CSS) which is being jointly administered with the above-referenced Case No. 07-11047. The basis of the claim is for breach of contract, quantum meruit, conversion, fraud, intentional misrepresentation, negligent misrepresentation, violation of the Bank Fraud Act, false pretenses, violations of the unfair trade practices act, breach of fiduciary duty, breach of credit reporting act, violations of Fair Debt Collection Practices Act, and for punitive damages.

2. The claim should not be disallowed or modified because Claimant's have a valid state law claim filed in the Court of Common Pleas of Montgomery County, Pennsylvania setting forth causes of action as listed a cause of action for breach of contract, quantum meruit, conversion, fraud, intentional misrepresentation, negligent misrepresentation, violation of the Bank Fraud Act, false pretenses, violations of the unfair trade practices act, breach of fiduciary duty, breach of credit reporting act, violations of Fair Debt Collection Practices Act, and for punitive damages.

3. A copy of the Complaint as filed in the Court of Common Pleas of Montgomery County, Pennsylvania is marked and attached hereto as Exhibit "1".

4. Responses, if any, of the Plan Trustee should be made upon Gregory R. Noonan, Esquire, attorney for Claimants in their State Court action filed in the Court of Common Pleas of Montgomery County, address listed below.

5. The name, address and phone number of the person possessing ultimate authority to reconcile, settle or otherwise resolve the Claim of Ronald T. Ginnona and Traci A. Ginnona is Gregory R. Noonan, Esquire, their attorney in the State Court action filed in the Court of Common Pleas of Montgomery County, whose contact information is identified hereinbelow.

WALFISH & NOONAN, LLC

BY: *(signature)*
Gregory R. Noonan, Esquire
Attorney for Ronald T. Ginnona and
Traci A. Ginnona
Admitted to Practice in the Courts of
Pennsylvania and New Jersey
528 DeKalb Street
Norristown, PA 19401
(610) 277-7899
(610) 277-7884 fax
Email: Walfishnoonan@aol.com