IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br>a Delaware corporation, et al,<br>Debtors | CHAPTER 11<br>NO. 07-11047<br>Jointly Administered |

**ORDER DENYING THE PLAN TRUST'S EIGHTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, and LOCAL RULE 3007-1**

Upon consideration of the Eighty-Fifth Omnibus (Substantive) Objection to Claims of the Plan Trust establishes pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009, the Objection of Claimants Ronald T. Ginnona and Traci A. Ginnona to the Eighty-Fifth Omnibus (Substantive) Objection to Claims of the Plan Trust, and hearing held, it is hereby ORDERED that the Eighty-Fifth Omnibus (Substantive) Objection to Claims of the Plan Trust as to Claimants Ronald T. Ginnona and Traci A. Ginnona is hereby DENIED. The claim of Ronald T. Ginnona and Traci A. Ginnona shall be accepted in its entirety and not be modified or disallowed.

BY THE COURT:

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE