IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br>a Delaware corporation, et al,<br>Debtors | CHAPTER 11<br>NO. 07-11047<br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Gregory R. Noonan, hereby certify that I served a true and correct copy of the attached Objection to the Plan Trust's Eighty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 upon the below-listed parties by Overnight Mail, postage prepaid, on August 31, 2011:

Sean M. Beach, Esquire
Michael S. Neiburg, Esquire
The Brandywine Building
1000 West Street - 17th Floor
PO Box 391
Wilmington, DE 19899

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
488 Madison Avenue
New York, NY 10022

WALFISH & NOONAN, LLC

BY: _____
Gregory R. Noonan, Esquire
Attorney for Claimants
Admitted in Pennsylvania and New Jersey
528 DeKalb Street
Norristown, PA 19401
(610) 277-7899