IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        : Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                            :
                                                              : Jointly Administered
         Debtors.                                             :
                                                              : **Ref. Docket No.: 10122**
------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER WITH RESPECT TO PLAN TRUST'S EIGHTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1.      On August 10, 2011, through the undersigned counsel to the Plan Trustee, the Plan Trustee filed the Plan Trust's Eighty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 10122] (the "Objection"). By the Objection, the Plan Trustee sought, *inter alia*, to disallow: (i) proof of claim numbers 8264, 8452 and 8453 (the

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

YCST01: 11268742.1                                                                          066585.1001

"FGIC Claims") filed by Financial Guaranty Insurance Company ("FGIC"); and (ii) proof of claim numbers 8270 – 8272 (the "MBIA Claims") filed by MBIA Insurance Company, on the bases that such claims had been amended and superseded by subsequently filed claims.

2. In addition, by the Objection, the Plan Trustee sought to disallow (i) proof of claim numbers 8951, 8952, 8958, 8959 and 8960 filed by Greenwich Capital Financial Products, Inc., and (ii) proof of claim numbers 8956, 8961, and 8962 filed by Greenwich Capital Markets, Inc., on the grounds that the claimants failed to allege sufficient facts or provide documentation to allow the Plan Trust to ascertain the validity of these claims. Collectively, Greenwich Capital Financial Products, Inc. and Greenwich Capital Markets, Inc. are referred to as "Greenwich" and the claims filed by Greenwich are the "Greenwich Claims".

3. After the Objection was filed, counsel for FGIC, MBIA and Greenwich contacted the undersigned counsel and requested an adjournment of the Objection with respect to the FGIC Claims, MBIA Claims and Greenwich Claims, respectively, in order to allow additional time for the parties to reach a consensual resolution of the Objection as it pertains to these claims. The undersigned counsel for the Plan Trustee has agreed to requested adjournment the Objection with respect to the Citibank Claims. A revised proposed form of order (the "Revised Proposed Order") reflecting the adjournment of the Objection with respect to the FGIC Claims, MBIA Claims and Greenwich Claims is attached hereto as Exhibit 1.

4. Given that all of the claims to be included on Exhibit A to the original proposed form of order are being adjourned, rather than re-letter the exhibits, the Revised Proposed Order will contain an Exhibit A marked as "Deleted" so as to avoid any possible confusion caused by re-lettering the exhibits to the Objection.

5. Responses to the Objection were to be filed and served no later than September 2, 2011 at 4:00 p.m. (ET). The undersigned hereby certifies that, as of the date

hereof, no other comment, answer, objection or other responsive pleading to the Objection has been received. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Objection appears thereon.

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

Dated: September 7, 2011　　　　　　　YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
Wilmington, Delaware

/s/ Michael S. Neiburg
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

# EXHIBIT 1

**Revised Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
           Debtors.                                                    :
                                                                       :   **Ref. Docket No. 10122**
---------------------------------------------------------------------- x

ORDER SUSTAINING IN PART PLAN TRUST'S EIGHTY-FOURTH
OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the eighty-fourth omnibus (non-substantive) objection to claims (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which the Plan Trustee respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, disallowing in full such Disputed Claims[2] identified on Exhibits B, C and D attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Objection is adjourned with respect to the following: (i) proof of claim numbers 8264, 8452 and 8453 filed by Financial Guaranty Insurance Company; (ii) proof of claim numbers 8270 – 8272 filed by MBIA Insurance Company; (iii) proof of claim numbers 8951, 8952, 8958, 8959 and 8960 filed by Greenwich Capital Financial Products, Inc., and (iv) proof of claim numbers 8956, 8961, and 8962 filed by Greenwich Capital Markets, Inc.; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits B, C and D are hereby disallowed in their entirety; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2011

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

[DELETED]

# EXHIBIT B

**Insufficient Documentation Claims**

# Exhibit B

## Insufficient Documentation Claims

| Name/Address of Claimant | Objectionable Claim | | | | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| SLOSSER, KENNETH<br>1001 NINETEENTH STREET NORTH<br>ARLINGTON, VA 22209 | 8689 | 1/11/08 | NO DEBTOR | Unspecified* | Pursuant to the proof of claim form, this claim purportedly represents a "claim for indemnification by former director." The claimant attached a copy of a class action complaint which names, among other parties, the claimant as a defendant. No debtor entity was named as a defendant in this class action. The claimant (i) failed to assert a claim amount, and (ii) failed to attach sufficient documentation or allege any facts that would permit the Plan Trustee the assess the validity and/or amount of this claim. |
| **Totals:** | **1 Claim** | | | **Unspecified*** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**No Supporting Documentation Claim**

# Exhibit C

## No Documentation Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MCDONAGH, THOMAS A.<br>30 CHESTNUT STREET<br>GARDEN CITY, NY 11530 | 8771 | 1/11/08 | 07-11048 | Unspecified* | Pursuant to the proof of claim form, this claim purportedly represents a claim for "Indemnification, contribution, attorney's fees." The claimant, however, (i) failed to assert a claim amount, and (ii) failed to attach any documentation or allege any facts that would permit the Plan Trustee the assess the validity and/or amount of this claim. The claim should therefore be disallowed. |
| **Totals:** | 1 Claim | | | Unspecified* | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

066585.1001

# EXHIBIT D

**Satisfied Claim**

# Exhibit D

## Satisfied Claim

| Name/Address of Claimant | Objectionable Claim | | | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | |
| SPRING HOPE CITY<br>ATTN SANDRA MORRIS, TAX COLLECTOR<br>101 W MAIN ST<br>PO BOX 87<br>SPRING HOPE, NC 27882 | 2682 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$367.41 (U)<br>$367.41 (T) | The claimant has verified that the claimed taxes were paid in full on 1/2/2008. |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$367.41 (U)<br>$367.41 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.