### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., a Delaware ) | CASE NO. 07-11047 (CSS) |
| Corporation, *et. al.*, ) | |
| ) | Jointly Administered |
| Debtors. ) | |

### NOTICE OF WITHDRAWAL AND
### REQUEST FOR TERMINATION OF SERVICE OF PAPERS AND
### TERMINATION OF ELECTRONIC NOTICE

**PLEASE TAKE NOTICE** that Stephen D. Lerner, Elliot M. Smith and Squire, Sanders & Dempsey (US) LLP, hereby withdraw its Notice of Appearance filed in the above-captioned Chapter 11 cases (docket no. 343) and requests that the Clerk's Office remove its attorneys from the Court's mailings and electronic notice matrix and terminate all electronic notices in the case to the following email addresses: slerner@ssd.com and esmith@ssd.com

Dated: September 7, 2011

Respectfully submitted,

*/s/Elliot M. Smith*
Stephen D. Lerner (OH 0051284)
Elliot M. Smith (OH 0078506)
SQUIRE, SANDERS & DEMPSEY (US) LLP
211 E. Fourth Street, Suite 2900
Cincinnati, Ohio 45202
Telephone: 513.361.1200
Facsimile: 513.361.1201
Email: slerner@ssd.com
      esmith@ssd.com

**ATTORNEYS FOR FSI REALTY FUNDING, INC.**

2

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and accurate of the foregoing has been duly served via filing through the Court's ECF system this 7th day of September, 2011:

                                                          */s/Elliot M. Smith*
                                                          Elliot M. Smith (OH 0078506)