# EXHIBIT B

**Insufficient Documentation Claims**

## Exhibit B

### Insufficient Documentation Claims

| Name/Address of Claimant | Objectionable Claim | | | | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| SLOSSER, KENNETH<br>1001 NINETEENTH STREET NORTH<br>ARLINGTON, VA 22209 | 8689 | 1/11/08 | NO DEBTOR | Unspecified* | Pursuant to the proof of claim form, this claim purportedly represents a "claim for indemnification by former director." The claimant attached a copy of a class action complaint which names, among other parties, the claimant as a defendant. No debtor entity was named as a defendant in this class action. The claimant (i) failed to assert a claim amount, and (ii) failed to attach sufficient documentation or allege any facts that would permit the Plan Trustee the assess the validity and/or amount of this claim. |
| **Totals:** | 1 Claim | | | Unspecified* | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.