# EXHIBIT C

## No Supporting Documentation Claim

**Exhibit C**

**No Documentation Claims**

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MCDONAGH, THOMAS A. 30 CHESTNUT STREET GARDEN CITY, NY 11530 | 8771 | 1/11/08 | 07-11048 | Unspecified* | Pursuant to the proof of claim form, this claim purportedly represents a claim for "indemnification, contribution, attorney's fees." The claimant, however, (i) failed to assert a claim amount, and (ii) failed to attach any documentation or allege any facts that would permit the Plan Trustee the assess the validity and/or amount of this claim. The claim should therefore be disallowed. |

Totals:    1 Claim    Unspecified*

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.