# EXHIBIT D

**Satisfied Claim**

## Exhibit D

### Satisfied Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| SPRING HOPE CITY<br>ATTN SANDRA MORRIS, TAX COLLECTOR<br>101 W MAIN ST<br>PO BOX 87<br>SPRING HOPE, NC 27882 | 2682 | 11/19/07 | 07-11051 | -<br>-<br>-<br>$367.41<br>$367.41 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | The claimant has verified that the claimed taxes were paid in full on 1/2/2008. |
| Totals: | 1 Claim | | | -<br>-<br>-<br>$367.41<br>$367.41 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.