0

.IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

      Debtors.
------------------------------------------------------------------- x

: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
:

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 9, 2011 AT 10:00 A.M. (ET)**

---

**SINCE NO MATTERS ARE GOING FORWARD THE HEARING HAS BEEN
CANCELLED AT THE DIRECTION OF THE COURT.**

---

**ADJOURNED/RESOLVED MATTERS**

1.     Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to
Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule
3007-1 [D.I. 4028, 5/12/08]

     Response Deadline:    June 4, 2008 at 4:00 p.m.

     Related Documents:

         a)     Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

     Responses Filed:    See Exhibit A, attached

     Status: An Order has been entered that partially sustains the Objection. With respect to
the remainder of the relief requested and the remaining responses set forth on
Exhibit A, this matter will be adjourned.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland
corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a
Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a
New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company
(1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New
York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

[2] **Amendments appear in bold.**

           

2.  Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:    See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned

3.  Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m., extended to March 2, 2011 for certain parties

Related Documents:

a)    Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

b)    Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5463, 8/18/08]

c)    Re-Notice of Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9768, 2/7/11]

Responses Filed:    See Exhibit C, attached

Status: Orders have been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned.

YCST01: 11397215.2                                                    066585.1001

4.    Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section
      502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
      1 [D.I. 5447, 8/15/08]

      Response Deadline:    September 8, 2008 at 4:00 p.m.

      Related Documents:

            a)    Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive)
                  Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code,
                  Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1   [D.I. 6217,
                  10/10/08]

            b)    Supplemental Declaration of  Eileen Wanerka in Support of Debtors'
                  Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-
                  Third Omnibus Objections to Claims Pursuant to Section 502(b) of the
                  Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule
                  3007-1 [D.I. 7629, 7/22/09]

            c)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of
                  Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth,
                  Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to
                  Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                  Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

      Responses Filed:    Please see Exhibit D, attached

      Status:  An Order has been entered that partially sustains the Objection.  With respect to
            the remainder of the relief requested and the remaining responses set forth on
            Exhibit D, this matter will be adjourned.

5.    Debtors' Seventeenth Omnibus Objection (Substantive) to Claims Pursuant to Section
      502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
      1 [D.I. 5569, 8/15/08]

      Response Deadline:    September 25, 2008 at 4:00 p.m.

      Related Document:

            a)    Order Sustaining Debtors' Seventeenth Omnibus (Substantive) to Claims
                  Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules
                  3003 and 3007, and Local Rule 3007-1 [D.I. 6178, 10/2/08]

            b)    Supplemental Declaration of  Eileen Wanerka in Support of Debtors'
                  Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-
                  Third Omnibus Objections to Claims Pursuant to Section 502(b) of the

Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

Responses Filed:  See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned.

6. Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

Objection Deadline:  December 7, 2009 at 4:00 p.m.

Objections Filed:     None

Status: This matter will be adjourned.

7. Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline:   December 3, 2008 at 4:00 p.m.

Related Document:

   a)     Order Sustaining Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6703, 12/10/08]

Responses Filed:     See Exhibit F, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned.

8. Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

Response Deadline:   February 10, 2009 at 4:00 p.m.

Related Document:

a)     Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive)
       Objection to Claims [D.I. 7023, 2/17/09]

Responses Filed:      See Exhibit G, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to
the remainder of the relief requested and the remaining responses set forth on
Exhibit G, this matter will be adjourned.

9.    Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section
502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
1 [D.I. 7084, 3/6/09]

Response Deadline:    March 30, 2009 at 4:00 p.m.

Related Documents:

a)     Supplemental Declaration of  Eileen Wanerka in Support of Debtors'
       Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-
       Third Omnibus Objections to Claims Pursuant to Section 502(b) of the
       Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule
       3007-1 [D.I. 7629, 7/22/09]

b)     (Redacted) Supplemental Declaration of Eileen Wanerka in Support of
       Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth,
       Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to
       Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
       Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

c)     (Redacted) Supplemental Declaration of Eileen Wanerka in Support of
       Debtors' Twenty-Fifth and Thirty-First Omnibus Objections to Claims
       Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules
       3003 and 3007, and Local Rule 3007-1  [D.I. 9977, 5/6/11]

Responses Filed:      See Exhibit H, attached.

Status: Orders have been entered that partially sustain the Objection.  With respect to the
remainder of the relief requested and the remaining responses set forth on Exhibit
H, this matter will be adjourned.

10.  Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section
     502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-
     1 [D.I. 8174, 10/13/09]

     Response Deadline:  November 6, 2009 at 4:00 p.m., extended to July 12, 2011 for
                         certain parties

     Related Documents:

          a)    Order Sustaining Debtors' Forty-Fourth Omnibus (Substantive) Objection
                to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8299, 11/13/09]

          b)    Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to
                Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 9816, 3/7/11]

          c)    Revised Order Sustaining in Part Debtors' Forty-Fourth Omnibus
                (Substantive) Objection to Claims Pursuant to Section 502(b) of the
                Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule
                3007-1 [D.I. 9821, 3/9/11]

          d)    Order Sustaining in Part Debtors' Forty-Fourth Omnibus (Substantive)
                Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,
                Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 9816,
                3/7/11] [D.I. 9861, 3/17/11]

          e)    Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to
                Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 10052, 6/17/11]

     Responses Received:  See Exhibit I, attached

     Status: Orders have been entered that partially sustain the Objection.  This matter is
            adjourned with respect to the items listed in Exhibit I.

11.  Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section
     502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
     1 [D.I. 8939, 6/18/10]

     Response Deadline:  July 12, 2010 at 4:00 p.m., extended to August 9, 2010 for Assured
                         Guaranty Corp.

     Related Document:

6

a)      Order Sustaining in Part Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 9028, 7/19/10]

Responses Filed:      See Exhibit J

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned.

12.    Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9176, 8/24/10]

Response Deadline:    September 16, 2010 at 4:00 p.m.

Related Document:

a)      Order Sustaining in Part Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007 [D.I. 9254, 9/23/10]

Responses Filed:      See Exhibit K

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit K, this matter will be adjourned.

13.    Debtors' Sixty-Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 2007-1 [D.I. 9454, 11/15/10]

Response Deadline:    December 8, 2010 at 4:00 p.m.

Related Document:

a)      Revised Order Sustaining Debtors' Sixty-Seventh Omnibus (Substantive) Objection to Claims [D.I. 9551, 12/13/10]

Responses Filed: See Exhibit L, attached

Status: An Order has been entered which partially sustains this matter. This matter is adjourned with respect to the response of Banc of America Leasing as listed on Exhibit L.

YCST01: 11397215.2                                                                                      066585.1001

14.     Paul M. Deck's Request for Payment of Administrative Claim Seeking Administrative
        Claim of Thirty-Four Hundred Dollars ($3400.00) [D.I. 9608, 12/30/10]

        Objection Deadline:    April 5, 2011 at 4:00 p.m., extended to July 4, 2011 at 4:00 p.m.

        Objections Filed:      None to date

        Status: This matter will be adjourned to a date and time to be determined.

15.     Bernailllo County's Motion for Administrative Claim [D.I. 9618, 1/3/11]

        Objection Deadline:    April 5, 2011 at 4:00 p.m., extended to July 4, 2011 at 4:00 p.m.

        Responses Filed:       None to date

        Status: This matter will be adjourned to a date and time to be determined.

16.     Banc of America Leasing & Capital, LLC's Request for Allowance and Payment of
        Administrative Expense Claim [D.I. 9619, 1/4/11]

        Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00
                               p.m. (ET)

        Objections Filed:      None to date

        Status: This matter will be adjourned to a date and time to be determined.

17.     The United States' Amended Request for Payment of Chapter 11 Administrative
        Expenses [D.I. 9624, 1/4/11]

        Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00
                               p.m. (ET)

        Objections Filed:      None to date

        Status: The matter will be adjourned to a date and time to be determined.

18.     Application of Countrywide Bank, N.A. and Countrywide Home Loans, Inc. for
        Allowance of Administrative Expenses [D.I. 9625, 1/5/11]

        Objection Deadline:    April 29, 2011 at 4:00 p.m. (ET), extended to July 5, 2011 at 4:00
                               p.m. (ET)

        Objections Filed:      None to date

        Status: This matter will be adjourned to a date and time to be determined.

19.     Request by City of Hartford, Connecticut for Payment of Administrative Expense [D.I. 9626, 1/4/11]

Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00 p.m. (ET)

Objections Filed:    None to date

Status: This matter will be adjourned to a date and time to be determined.

20.     Lewisville Independent School District's Request for Payment of Administrative Expense [D.I. 9630, 1/4/11]

Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00 p.m. (ET)

Objections Filed:    None to date

Status: This matter will be adjourned to a date and time to be determined.

21.     Iron Mountain Information Management, Inc.'s Request for Allowance and Payment of Administrative Expenses (Hardcopy) [D.I. 9636, 1/5/11]

Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00 p.m. (ET)

Objections Filed:    None to date

Status: This matter will be adjourned to a date and time to be determined.

22.     Iron Mountain Information Management, Inc.'s Request for Allowance and Payment of Administrative Expenses (Data) [D.I. 9637, 1/5/11]

Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00 p.m. (ET)

Objections Filed:    None to date

Status: This matter will be adjourned to a date and time to be determined.

23.     Application of Normal Loftis for Allowance and Payment of Administrative Expense Claim Pursuant to Section 503(b) of the Bankrupty Code [D.I. 9638, 1/5/11]

Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00 p.m. (ET)

066585.1001

Objections Filed:      None to date

Status: This matter will be adjourned to a date and time to be determined.

24.    Oracle America, Inc.'s Request for Allowance and Payment of Chapter 11
       Administrative Expense [D.I. 9639, 1/5/11]

       Objection Deadline:   February 3, 2011 at 4:00 p.m., extended to March 3, 2011 for the
                             Plan Trust

       Objections Filed:     None

       Status: This matter is settled in principle subject to documentation.

25.    Request of American Home Mortgage Servicing, Inc., formerly known as AH Mortgage
       Acquisition Co., Inc. for Allowance and Payment of an Administrative Expense Claim
       [D.I. 9640, 1/5/11]

       Objection Deadline:   April 5, 2011 at 4:00 p.m. (ET), extended to July 4, 2011 at 4:00
                             p.m. (ET)

       Objections Filed:     None to date

       Status: This matter will be adjourned to a date and time to be determined.

26.    Debtors' Seventy-First Omnibus (Substantive) Objection to Claims Pursuant to Section
       502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
       1 [D.I. 9661, 1/11/11]

       Response Deadline: February 3, 2011 at 4:00 p.m. (ET)

       Related Document:

              a)     Order (Revised) Sustaining in Part Debtors' Seventy-First Omnibus
                     (Substantive) Objection to Claims [D.I. 9778, 2/9/11]

       Responses Filed:      See Exhibit M

       Status: This matter will be adjourned with respect to the informal response from the U.S.
               Department of Labor.  An Order has been entered resolving the remainder of this
               matter.

27.   Protective Claim of Fred R. Hodoval, Rollover IRA, Pershing LLC, Custodian, Recognized Claim Number 1223571 [D.I. 9662, 1/10/11]

Objection Deadline:   Extended to July 4, 2011 at 4:00 p.m. (ET)

Objections Filed:   None to date

Status: This matter will be adjourned to a date and time to be determined.

28.   Hussain Kareem's Motion for Entry of Administrative Claim with Brief in Support [D.I. 9692, 1/20/11]

Objection Deadline:   March 2, 2011 at 4:00 p.m. (ET) extended to July 4, 2011 at 4:00 p.m. (ET)

Objections Filed:   None to date

Status: This matter will be adjourned to a date and time to be determined.

29.   Plan Trust's Seventy-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9771, 2/7/11]

Response Deadline:   March 2, 2011 at 4:00 p.m.

Related Document:

a)   Order Sustaining in Part Plan Trust's Seventy-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9822, 3/9/11]

Responses Filed:   See Exhibit N, attached.

Status: An Order has been entered which partially sustains the objection. This matter has been adjourned with respect to the respond of J.P. Morgan Mortgage Acquisition Co. as listed on Exhibit N.

30.   Plan Trust's Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9817, 3/7/11]

Response Deadline:   March 30, 2011 at 4:00 p.m. (ET)

Related Document:

a)    Order [D.I. 9913, 4/5/11]

Responses Filed:    See Exhibit O, attached.

Status: An order has been entered which partially sustains the Objection. This matter is adjourned with respect to those items listed in Exhibit O.

31.    Plan Trust's Seventy-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9818, 2/7/11]

Response Deadline:    March 30, 2011 at 4:00 p.m. (ET)

Related Document:

a)    Order  [D.I. 9919, 4/6/11]

Responses Filed:    See Exhibit P, attached.

Status: An order has been entered which partially sustains the Objection. This matter is adjourned with respect to those items listed in Exhibit P.

32.    Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9818, 2/7/11]

Response Deadline:    May 4, 2011 at 4:00 p.m. (ET), extended to July 12, 2011 at 4:00 p.m. (ET) for certain parties

Related Documents:

a)    Revised Order Sustaining in Part Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9994, 5/9/11]

b)    Re-Notice of Debtors' Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10053, 6/17/11]

Responses Filed:    See Exhibit Q, attached.

Status: An order has been entered which partially sustains the Objection. This matter is adjourned with respect to those items listed in Exhibit Q.

    

33.    Plan Trust's Seventy-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10014, 5/20/11]

Response Deadline:    June 14, 2011 at 4:00 p.m. (ET)

Related Documents:

a)    Notice of Partial Withdrawal [D.I. 10026, 5/31/11]

b)    Order Sustaining Plan Trust's Seventy-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 10060, 6/20/11]

Responses Filed:    See Exhibit R, attached.

Status: An Order has been entered which partially sustains the Objection. With respect to Exhibit R, this matter is adjourned regarding the claims of DB Structured Products and the Objection is withdrawn regarding the claim of Dawn May.

34.    Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10015, 5/20/11]

Response Deadline:    June 14, 2011 at 4:00 p.m. (ET)

Related Document:

a)    Order Sustaining Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims [D.I. 10059, 6/20/11]

Responses Filed:    See Exhibit S, attached

Status: An Order has been entered which partially sustains the Objection. With respect to Exhibit S, this matter will be adjourned.

35.    Plan Trust's Eighty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10057, 6/17/11]

Objection Deadline:    July 12, 2011 at 4:00 p.m. (ET)

Related Documents:

a)    Order Sustaining in Part Plan Trust's Eighty-First Omnibus (Substantive) Objection to Claims [D.I. 10092, 7/18/11]

Objections Filed:   See Exhibit T, attached.

Status: An order has been entered which partially sustains the objection. This matter will
be adjourned with respect to the response on Exhibit T.

36.   Objection of the Plan Trustee to Empire Healthchoice Assurance, Inc., d/b/a Empire Blue
Cross Blue Shield's Request for Payment of Administrative Expense [D.I. 10121,
8/10/11]

Responses Deadline:   September 1, 2011 at 4:00 p.m. (ET), extended for Empire
Healthchoice to September 30, 2011 at 4:00 p.m.

Responses Filed:   None

Status: This matter will be adjourned by agreement of the parties to October 7, 2011 at
10:00 a.m. (ET).

37.   Plan Trust's Eighty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section
502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
1 [D.I. 10123, 8/10/11]

Response Deadline:   September 1, 2011 at 4:00 p.m. (ET)

Responses Filed:   See Exhibit V, attached

Status: This matter is adjourned.

## UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL

38.   Plan Trust's Eighty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to
Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
Rule 3007-1 [D.I. 10122, 8/10/11]

Response Deadline:   September 1, 2011 at 4:00 p.m. (ET), extended for RBS and
Wilmington Trust to September 30, 2011 at 4:00 p.m. (ET)

Related Document:

a)   Certification of Counsel [D.I. 10153]

b)   **Order Sustaining in Part Plan Trust's Eighty-Fourth Omnibus (Non-
Substantive) Objection to Claims Pursuant to Section 502(b) of the
Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule
3007-1 [D.I. 10158, 8/8/11]**

Responses Filed:   See Exhibit U, attached

14

Status: This matter is adjourned with respect to the objection to the claims of RBS and Wilmington Trust to October 7, 2011 at 10:00 a.m.. **An order has been entered regarding the remainder of this matter.** No hearing is required.

## ADVERSARY MATTER

39.    **Status Conference – American Home Mortgage Corp., American Home Mortgage Investment Corp. and the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al. v. JPMorgan Chase Bank, N.A., Adv. 09-51702**

   **Status:  This matter will be adjourned to October 7, 2011 at 10:00 a.m. (ET)**

Dated: September 9, 2011
       Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

066585.1001

### Exhibit A, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Assoc. | 4362, 6/4/08 | Adjourned |

### Exhibit B, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned |

### Exhibit C, Thirteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Countrywide | 5337, 8/8/08 | Adjourned |
|  | FGIC | 5351, 8/11/08 | Adjourned |
|  | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned |
|  | Deutsche Bank | 5356, 8/11/08 | Adjourned |
|  | AT&T Global Services |  | Adjourned |

### Exhibit D, Fifteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Shervonne Powell | 5814, 9/11/08 | Adjourned |
|  | John Johnston | 5818, 9/11/08 | Adjourned |
|  | Grailing Carter | 5947, 9/17/08 | Adjourned |

### Exhibit E, Seventeenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Franklin Pacific Finance | 6139, 9/29/08 | Adjourned |

### Exhibit F, Twenty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Scott Jossart |  | Adjourned |

16

## Exhibit G, Twenty-Ninth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Credit Suisse | | Adjourned |
| | Sharaine Hughes | | Adjourned |

## Exhibit H, Thirty-First Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Norman Loftis | 7176, 3/30/09 | Adjourned |

## Exhibit I, Forty-Fourth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | U.S. Bank National Association | | Adjourned |

## Exhibit J, Fifty-Ninth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Assured Guaranty Corp. | | Adjourned |

## Exhibit K, Sixty-Third Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | New York City Department of Finance | | Adjourned |

YCST01: 11397215.2      066585.1001

### Exhibit L, Sixty-Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Banc of America Leasing & Capital, LLC | 9535, 12/7/10 | Adjourned |

### Exhibit M, Seventy-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Department of Labor |  | Adjourned |

### Exhibit N, Seventy-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | J.P. Morgan Mortgage Acquisition Corp. | Informal | Adjourned |

### Exhibit O, Seventy-Forth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Placer County |  | Adjourned |

### Exhibit P, Seventy-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Imperial County |  | Adjourned |

### Exhibit Q, Seventy-Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | UBS Securities LLC POC No. 10787 |  | Adjourned |
|  | Countrywide Bank, F.S.B. |  | Adjourned |
|  | Countrywide Home Loans, Inc. |  | Adjourned |
|  | Deutsche Bank National Trust |  | Adjourned |

### Exhibit R, Seventy-Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DB Structured Claim Nos. 10758 and 10759 |  | Adjourned |

### Exhibit S, Seventy-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Ventura County | 10044, 6/14/11 | Adjourned |

### Exhibit T, Eighty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Citibank, NA |  | Adjourned |

### Exhibit U, Eighty-Fourth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | RBS (Greenwich Capital) |  | Adjourned |
|  | Wilmington Trust |  | Adjourned |
|  | MBIA |  | Adjourned |
|  | FGIC |  | Adjourned |

### Exhibit V, Eighty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Torrence Caldwell |  | Adjourned |
|  | Ronald T. Ginnona and Traci A. Ginnona | 10152, 9/2/11 | Adjourned |

19

066585.1001