# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 Case |
| AMERICAN HOME MORTGAGE | : |
| HOLDINGS, INC., et al.,[1] | : No. 07-11047 (CSS) |
| | : Jointly Administered |
| Debtors. | : |
| | |
| STEVEN D. SASS, AS PLAN TRUSTEE OF | : |
| THE AMERICAN HOME MORTGAGE | : |
| PLAN TRUST, | : Adv. Proc. Nos. |
| | : [See Attached Exhibit A] |
| Plaintiff, | : |
| -against – | : |
| | : |
| [SEE ATTACHED EXHIBIT A], | : |
| Defendants. | : |

## NOTICE OF FILING STATUS REPORT

Plaintiff, Steven D. Sass, as Plan Trustee of the American Home Mortgage Plan Trust, by and through his undersigned counsel, hereby submits the following status report, attached hereto as Exhibit A, pursuant to the Court's Scheduling Orders.

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

128189.01600/40197210v.1

The undersigned remains available should the Court have any questions concerning the status report.

Dated:   Wilmington, Delaware
          September 16, 2011

**BLANK ROME LLP**

     */s/ Victoria Guilfoyle*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
Victoria Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

-and-

**HAHN & HESSEN LLP**
Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel for Steven D. Sass, as Plan Trustee of the American Home Mortgage Plan Trust*

# EXHIBIT A

128189.01600/40197210v.1

| Adv. Proc No. | Defendant | Responsible Law Firm | Category | Comments |
|---|---|---|---|---|
| 09-51739 | ON GUARD SECURITY SERVICES, INC. | Blank Rome LLP and Hahn & Hessen LLP | E | The matter has been settled but cannot be dismissed until all settlement payments have been made. Expect to dismiss in September 2012. |
| 09-52298 | TRIAD GUARANTY INSURANCE CORP. | Blank Rome LLP and Hahn & Hessen LLP | E | Matter has been settled in principle and will be dismissed once settlement is finalized and payment has been made. |
| 09-51697 | IRON MOUNTAIN OFF-SITE DATA PROTECTION INC. d/b/a IM- OFF SITE DATA PROTECTION | Blank Rome LLP and Hahn & Hessen LLP | G | A mediator was appointed and mediation is expected to take place in December of 2011. |
| 09-51696 | IRON MOUNTAIN RECORDS MGMT | Blank Rome LLP and Hahn & Hessen LLP | G | A mediator was appointed and mediation is expected to take place in December of 2011. |
| 09-52300 | TRADE SHOW FABRICATIONS, INC. | Blank Rome LLP and Hahn & Hessen LLP | H | Matter is scheduled for trial October 3, 2011. |
| 09-51611 | VECTOR CONSULTING, INC | Blank Rome LLP and Hahn & Hessen LLP | H | Matter is scheduled for trial September 23, 2011. |