1  Vincent J. Quigg, Esq. SBN 108932
   Law Office of Vincent J. Quigg
2  12121 Wilshire Blvd., Suite 1240
   Los Angeles, California 90025
3  Telephone:  310-277-5005

4
   Andrew S. Baker, Esq., SBN 176780
5  WIEDERSCHALL & BAKER
   22287 Mulholland Highway, Suite 131
6  Calabasas, CA 91302

7
   Attorneys for Interested Party, BAG FUND, INC.
8
                    UNITED STATES BANKRUPTCY COURT
9
                         DISTRICT OF DELAWARE
10

11  IN RE:                                  CASE NO.: 07-11047-CSS
                                            Chapter 11
12
    American Home Mortgage Holdings, Inc.
13                                          REQUEST FOR SPECIAL NOTICE BY
                        Debtor.
14                                          BAG FUND, INC.

15  TO ALL PARTIES AND/OR THEIR ATTORNEYS OF RECORD:

16          PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 2002, BAG FUND, INC., an

17  interested party, requests that all matters that must be noticed to creditors, any creditor's

18  committees, and any other party in interest, whether sent by the Court, the Debtor, or any party

19  in this case, be served additionally upon its counsel at the following address:

20                      Andrew S. Baker, Esq., SBN 176780
21                      WIEDERSCHALL & BAKER
                        22287 Mulholland Highway, Suite 131
22                      Calabasas, CA 91302Phone: (310) 277-2005 Fax: (310) 277-9008

23

24  DATED: September 9, 2011          WIEDERSCHALL & BAKER

25
                                     By _____
26
                                        Andrew S. Baker
27                                      Attorney for Interested Party BAG FUND, INC.

28

                                        -1-