Vincent J. Quigg, Esq. SBN 108932
Law Office of Vincent J. Quigg
12121 Wilshire Blvd., Suite 1240
Los Angeles, California 90025
Telephone:  310-277-5005

Andrew S. Baker, Esq., SBN 176780
WIEDERSCHALL & BAKER
12121 Wilshire Blvd., Suite 1240
Los Angeles, California 90025

Attorneys for Interested Party, BAG FUND, INC.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>American Home Mortgage Holdings, Inc.<br><br>Debtor. | CASE NO.: 07-11047-CSS<br>Chapter 11<br><br>AFFIDAVIT RE SUBMISSION OF<br><br>PAPERS TO COURT VIA U.S. MAIL |

I, ANDREW S. BAKER, declare and state as follows:

1.    I am an attorney at law, licensed to practice before all Courts in the State of California and am employed at Wiedershall & Baker, as attorney for record for Bag Fund, Inc.

2.    We are submitting the Request for Special Notice on behalf of Bag Fund, Inc., via U.S. Mail due to the fact that this is a "one time only" submission to the U.S. Bankruptcy Court in Delaware.  We have no other matters at this time pending in said Court, nor do we anticipate having any matters in said Court in the future.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 9th day of September 2011, at Los Angeles, California.

_____
Andrew S. Baker
Attorney for Interested Party BAG FUND, INC.