## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California; I am over the age of eighteen (18) years and not a party to the above-entitled action; my business address is 12121 Wilshire Blvd., Ste. 1240, Los Angeles, CA 90025.

    On September 9, 2011, I served the following document described as: REQUEST FOR SPECIAL NOTICE BY BAG FUND, INC. on the interested parties in this action by placing a true and correct copy thereof enclosed in each sealed envelope, addressed respectively, as follows:

Debtor:
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, MY 11747

U.S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

[ ]    BY PERSONAL DELIVERY:  I delivered each such envelope by hand to the office(s) of the addressee(s).

[ ]    BY FAX:  I personally transmitted by facsimile a true and correct copy of the document(s) identified above to each fax number listed above, and I obtained a confirmation from the fax machine that the transmission was successful.

[X]    BY MAIL:  I am readily familiar with our office's practice for collection and processing of correspondence and other materials for mailing with the United States Postal Service and the fact that the correspondence would be deposited in the United States Mail that same day in the ordinary course of business.  I placed each such envelope for collection and mailing at the above business address, following our office's ordinary business practices.  The envelope(s) will be deposited in the United States Mail on this date, in the ordinary course of business.

[X]    STATE:  I declare under penalty of perjury under the law of the State of California that the above is true and correct of my own personal knowledge.

Executed on the 9th day of September 2011, at Los Angeles, California.

_____
Patricia Zingale

-2-

REQUEST FOR SPECIAL NOTICE BY BAG FUND, INC