IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC. *et al.* | Case No. 07-11047 (CSS) |
| Debtors.[1] | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Jeffrey Zawadzki of the firm Hahn & Hessen LLP to represent Steven D. Sass, as Plan Trustee of the American Home Mortgage Plan Trust in the above-captioned cases and in all related adversary proceedings.

Dated: September 16, 2011

BLANK ROME LLP

/s/ *Victoria A. Guilfoyle*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
Victoria A. Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400

*Co-Counsel for Steven D. Sass, as Plan Trustee of the American Home Mortgage Plan Trust*

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* that counsel's Motion for Admission *Pro Hac Vice* is granted.

Dated: 9-16, 2011

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. f/k/a American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp, a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, the State of Connecticut, the United States District Courts for the Southern and Eastern Districts of New York and the United States Court of Appeals for the Second Circuit and submit to the disciplinary jurisdiction of this Court for any alleged misconduct on my part which occurs in connection with these cases. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date: September 16, 2011

Jeffrey Zawadzki
HAHN & HESSEN LLP
488 Madison Avenue
New York, NY 10022
Telephone:   (212) 478-7252
Facsimile:    (212) 478-7400
JZawadzki@hahnhessen.com