# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage  
**CASE NO:** 07-11047 (CSS)

**COURTROOM LOCATION:** 6  
**DATE:** 9/19/11 AT 10:00 A.M.

| NAME *teleponic | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Joseph Orbach | Hahn & Hessen | Steven Sass |
| Edward Schnitzer | " | " |
| Jeff Zawadzki | " | " |
| ERIC MONZO | Morris James LLP | Victor / Trace SHCW |
| Tori Guilfoyle | Blank Rome | Steven Sass, Trustee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.