IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x
In re:                                                  :   Chapter 11
                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                  :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                         :
                                                        :   Jointly Administered
        Debtors.                                        :
------------------------------------------------------------------------x   Ref. Docket Nos. 10155, 10156

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 7, 2011, I caused to be served the:

    a. "Notice of Plan Trust's Eighty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 7, 2011, to which was attached the "Plan Trust's Eighty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 7, 2011 [Docket No. 10155], (the "86th Omnibus Objection"), and

    b. "Notice of Plan Trust's Eighty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 7, 2011, to which was attached the "Plan Trust's Eighty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 7, 2011 [Docket No. 10156], (the "87th Omnibus Objection"),

    by causing true and correct copies of the:

        i. 86th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

-2-

    ii. 87th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                            Pete Caris

Sworn to before me this
7th day of September, 2011

Notary Public

SAMUEL DEJESUS GARCIA
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01GA6237514
COMM. EXP. MARCH 21, 2015

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| 84 LUMBER COMPANY   2006CV0468 | MASON, SCHILLING & MASON, CO, LPA 11340 MONTGOMERY ROAD, SUITE 210 CINCINATTI OH 45249 |
| ACE AMERICAN INSURANCE COMPANY, ET AL | JENNIFER L. HOAGLAND, ESQUIRE BAZELON LESS & FELDMAN, P.C. 1515 MARKET ST. PHILADELPHIA PA 19102 |
| CLEVELAND COUNTY TREASURER | 201 S JONES SUITE 100 NORMAN OK 73069 |
| ILLINOIS NATIONAL INSURANCE CO. ET AL | AIG BANKRUPTCY COLLECTIONS DAVID A. LEVIN, AUTHORIZED REP. 70 PINE STREET, 28TH FLOOR NEW YORK NY 10270 |
| ILLINOIS NATIONAL INSURANCE CO., ET AL | AIG BANKRUTPCY COLLECTIONS DAVID A. LEVINE, AUTHORIZED REP. 70 PINE STREET, 28TH FLOOR NEW YORK NY 10270 |
| ILLINOIS NATIONAL INSURANCE COMPANY,ETAL | MICHELLE A. LEVITT, ESQ. 175 WATER STREET, 18TH FL NEW YORK NY 10038 |
| JAKE A. PARROTT INSURANCE AGENCY | ATTN JAKE PARROTT P O BOX 3545 KINSTON NC 28501 |
| MATSON, SARA | 641 FIELD CLIFF DR STONE MTN GA 30087-4909 |
| ROUTH CRABTREE OLSEN | JEFFREY C. WISLER, ESQ. CONNOLLY BOVE LODGE & HUTZ LLP THE NEMOURS BUILDING 1007 N. ORANGE ST - PO BOX 2207 WILMINGTON DE 19899 |
| ROUTH CRABTREE OLSEN | 13555 SE 36TH ST STE 300 BELLEVUE WA 98006-1489 |
| STINNETT, KEVIN AND/OR JULIE | 6370 PEACOCK WAY PILOT HILL CA 95664 |
| WIDJAYA, TOMMY | 1657 SAN DAMIAN RD TALLAHASSEE FL 32303 |

**Total Creditor count  12**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BEAR, STEARNS & CO. INC. | GEOFFREY T. RAICHT ANDREW W. STERN SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BEAR, STEARNS & CO. INC. | GEOFFRET T. RAICHT ANDREW W. STERN SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BEAR, STEARNS & CO. INC. | ATTN GERALD J RUSSELLO 320 PARK AVENUE NEW YORK NY 10022 |
| FARMERS INSURANCE COMPANY, INC. | ATTN JERRI L. SOLOMON, ESQ. 4680 WILSHIRE BLVD. LOS ANGELES CA 90010 |
| JENKINS, PATRICIA | 246 SHEPARD AVE EAST ORANGE NJ 07018 |
| MNL GLOBAL INC. | C/O ANNIE VERDRIES LEWIS BRISBOIS BISGAARD & SMITH LLP 650 TOWN CENTER DRIVE, SUITE 1400 COSTA MESA CA 92626 |
| MORGAN STANLEY & CO., INC. | ATTN RICHE MCKNIGHT, ESQ. LEGAL & COMPLIANCE DIVISION 1633 BROADWAY, 25TH FLOOR NEW YORK NY 10019 |
| MORGAN STANLEY & CO., INC. | ATTN HAROLD A. OLSEN, ESQ. STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| UNITED GUARANTY RESIDENTIAL INS CO ET AL | ATTN SARA F MILLARD, AUTHORIZED REP. LAW DEPARTMENT 230 N. ELM, SUITE 27401, P.O. BOX 20597 GREENSBORO NC 27420 |

**Total Creditor count  9**