IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                                      :    Chapter 11
                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                      :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                             :
                                                            :    Jointly Administered
         Debtors.                                           :
---------------------------------------------------------------------x    Ref. Docket Nos. 10130-10131

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 16, 2011, I caused to be served the:

    a. "Order Sustaining Plan Trust's Eighty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated August 15, 2011 [Docket No. 10130], (the "82nd Omnibus Order"), and

    b. "Order Sustaining Plan Trust's Eighty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated August 15, 2011 [Docket No. 10131], (the "83rd Omnibus Order"),

    by causing true and correct copies of the:

    i. 82nd Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii. 83rd Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Eleni Manners*

Sworn to before me this
18th day of August, 2011

_____
Notary Public

```
PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015
```

**EXHIBIT A**

# AMERICAN HOME MORTGAGE
# SERVICE LIST

| Claim Name | Address Information |
|---|---|
| FRANK MORGAN APPRAISALS | ATTN FRANK MORGAN, OWNER 351 E RUDASILL RD TUCSON AZ 85704 |
| JP MORGAN ACCEPTANCE CORPORATION I, ET AL | ATTN: ALEX ROVIRA & GEOFF RAICHT SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| JP MORGAN ACCEPTANCE CORPORATION I, ET AL | JP MORGAN ATTN: ALYSSA KELMAN 1 CHASE MANHATTAN PLAZA 26TH FLOOR NEW YORK NY 10081 |

**Total Creditor count  3**

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| APPRAISAL SERVICES | 13043 EMERALD DR HAYDEN ID 83835 |
| CARROLL INDEPENDENT SCHOOL DISTRICT | ELIZABETH BANDA, BRUCE MEDLEY PERDUE BRANDON FIELDER COLLINS MOTT LLP PO BOX 13430 ARLINGTON TX 76094-0430 |
| CITY OF CEDAR HILL | ELIZABETH BANDA, BRUCE MEDLEY PERDUE BRANDON FIELDER COLLINS MOTT LLP PO BOX 13430 ARLINGTON TX 76094-0430 |
| DALLAS COUNTY | ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON LLP 2323 BRYAN ST STE 1600 DALLAS TX 75201 |
| DESCHUTES COUNTY TAX COLLECTOR | DAVID LILLEY, CHIEF TAX DEPUTY 1300 NW WALL ST STE 200 BEND OR 97701 |
| EHED, LLC | GLENN ZAGOREN 79 BRIDGE ST BROOKLYN NY 11201 |
| EL PASO COUNTY TREASURER | ATTN SANDRA J DAMRON PO BOX 2007 COLORADO SPRINGS CO 80901-2007 |
| I MORTGAGE | ATTN AVP, ACCOUNTING, IMS 2570 BOYCE PLAZA RD PITTSBURGH PA 15227 |
| KNOX COUNTY TRUSTEE | ATTN FRED A. SISK, TRUSTEE P.O. BOX 70 KNOXVILLE TN 37901 |
| MCNAMARA & COMPANY | 9203 BAILEYWICK RD STE 103 RALEIGH NC 27615-1978 |
| ORELLANA, KIRK R. | 16311 S DAN OCONNELL DR PLAINFIELD IL 605869008 |
| RUTHERFORD COUNTY TRUSTEE | ATTN TEB BATEY PO BOX 1316 MURFREESBORO TN 37133-1316 |
| SACKMAN, BEVERLEY W. | 431 TIMBER RIDGE DR LONGWOOD FL 32779 |
| STEWART, ALTHEA | 64 IROQUOIS AVE SELDE |
| VAIDEN, MARY K | 2742 CANDLEWOOD CT APOPKA FL 32703 |

**Total Creditor count  15**