IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x   Chapter 11

In re:                                                        :
                                                              :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :
a Delaware corporation, et al.,[1]                            :   Jointly Administered
                                                              :
                        Debtors.                              :   Objection Deadline: October 14, 2011, at 4:00 p.m. (ET)
                                                              :   Hearing Date: December 1, 2011 at 10:00 a.m. (ET)
                                                              :
------------------------------------------------------------- x

## NOTICE OF MOTION

TO:   (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) PARTIES REQUESTING NOTICE PURSUANT TO RULE 2002

**PLEASE TAKE NOTICE** that Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust has filed the attached Plan Trustee's Motion for an Order Extending the Time to Object to Administrative Claims (the "Motion").

Responses to the Motion, if any, must be filed on or before **October 14, 2011 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Plan Trustee so that the response is received on or before the Objection Deadline.

A HEARING ON THE MOTION WILL BE HELD ON **DECEMBER 1, 2011 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 5th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

YCST01: 11217287.1                                                                                  066585.1001

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
September 27, 2011

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ *Margaret Whiteman Greecher*
        Sean M. Beach (No. 4070)
        Margaret Whiteman Greecher (No. 4652)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        -and-

        HAHN & HESSEN LLP
        Mark S. Indelicato
        Edward L. Schnitzer
        488 Madison Avenue
        New York, New York 10022
        Telephone: (212) 478-7200
        Facsimile: (212) 478-7400

        *Counsel for the Plan Trustee*