**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------- x
In re:                                               :    Chapter 11
                                                     :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,               :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                   :
                                                     :    Jointly Administered
      Debtors.                   :
                                                     :    **Ref. Docket Nos. 5569, 6139 & 6178**
------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER**
**RESOLVING DEBTORS' SEVENTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION**
**TO CLAIMS WITH RESPECT TO CLAIM NO. 2891 FILED**
**BY FRANKLIN PACIFIC FINANCE, LLP**

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

     1.      On November 19, 2007, Franklin Pacific Finance, LLP ("Franklin Pacific") filed claim number 2891 ("Claim 2891"), pursuant to which Franklin Pacific asserted a priority unsecured claim in the amount of $379,500.36 relating to the termination of a real property lease entered into between Franklin Pacific and debtor American Home Mortgage Corp.

     2.      On September 2, 2008, the Debtors filed the *Debtors' Seventeenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003, and 3007 and Local Rule 3007-1* (the "Objection") [Docket No. 5569].

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

By the Objection, the Debtors requested, *inter alia*, that the Court enter an order modifying and reclassifying Claim 2891 to a general unsecured claim in the amount of $331,541.52.

3.     Franklin Pacific filed a response [Docket No. 6139] to the Objection, pursuant to which Franklin Pacific asserted that it was entitled to the full amount claimed and the portions attributable to the time period prior to the turnover of the subject property should be given administrative expense priority.  On October 2, 2008, the Court entered an order [Docket No. 6178] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 2891.

4.     Following good faith discussions between the Plan Trustee and Franklin Pacific, the parties have reached a consensual resolution of these matters.  In accordance with this agreement, Claim 2891 shall be allowed in the following amounts and priorities: (i) an administrative expense priority claim in the amount of $50,652.18; and (ii) a general unsecured claim in the amount of $308,517.80.  A proposed form of order (the "Proposed Order") reflecting this agreement is attached hereto as Exhibit A.

*[Remainder of page intentionally left blank]*

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that

the Court enter the Proposed Order at its earliest convenience.

Dated: September 28, 2011           YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
       Wilmington, Delaware

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel to the Plan Trustee*

YCST01: 11426743.1                      066585.1001

**<u>EXHIBIT A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------- x
In re:                                              :   Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                    :
                                                    :   Jointly Administered
                                                    :
    Debtors.                                        :   Ref. Docket Nos. 5569, 6139 & 6178
                                                    :
------------------------------------------------------------------- x
```

## CONSENSUAL ORDER RESOLVING DEBTORS' SEVENTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO. 2891 FILED BY FRANKLIN PACIFIC FINANCE, LLP

Upon consideration of the seventeenth omnibus (substantive) objection to claims (the "Objection") [Docket No. 5569] of the above-captioned debtors (the "Debtors") and the response thereto [Docket No. 6139] filed by Franklin Pacific Finance, LLP ("Franklin Pacific"); and the Court having sustained the Objection in part [Docket No. 6178], and the Objection having been adjourned with respect to proof of claim number 2891 ("Claim 2891") filed by Franklin Pacific; and Steven D. Sass, as liquidating trustee for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* and Franklin Pacific having agreed that Claim 2891 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that Claim 2891 shall be allowed in the following amounts and priorities against Debtor American Home Mortgage Corp. (Case No. 07-11051): (i) an administrative expense priority claim in the amount of $50,652.18; and (ii) a general unsecured claim in the amount of $308,517.80; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
         _____ __, 2011

                                     _____
                                     CHRISTOPHER S. SONTCHI
                                     UNITED STATES BANKRUPTCY JUDGE

                                     066585.1001