IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         : Jointly Administered
         Debtors.                                                        :
                                                                         : **Ref. Docket Nos. 5569, 6139 & 6178**
                                                                         :
------------------------------------------------------------------------ x

### CONSENSUAL ORDER RESOLVING DEBTORS' SEVENTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO. 2891 FILED BY FRANKLIN PACIFIC FINANCE, LLP

Upon consideration of the seventeenth omnibus (substantive) objection to claims (the "Objection") [Docket No. 5569] of the above-captioned debtors (the "Debtors") and the response thereto [Docket No. 6139] filed by Franklin Pacific Finance, LLP ("Franklin Pacific"); and the Court having sustained the Objection in part [Docket No. 6178], and the Objection having been adjourned with respect to proof of claim number 2891 ("Claim 2891") filed by Franklin Pacific; and Steven D. Sass, as liquidating trustee for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* and Franklin Pacific having agreed that Claim 2891 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

ORDERED that Claim 2891 shall be allowed in the following amounts and priorities against Debtor American Home Mortgage Corp. (Case No. 07-11051): (i) an administrative expense priority claim in the amount of $50,652.18; and (ii) a general unsecured claim in the amount of $308,517.80; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
        9/29 , 2011

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE