IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :    Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :    Jointly Administered
       Debtors.                                                        :
                                                                       :    **Ref. Docket Nos.: 10122 & 10158**
                                                                       :
---------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING PROPOSED
CONSENSUAL ORDER SUSTAINING IN PART PLAN TRUST'S
<u>EIGHTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS</u>**

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "<u>Plan Trustee</u>") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors hereby certifies as follows:

1.   On August 10, 2011, through the undersigned counsel, the Plan Trustee filed the Plan Trust's Eighty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 10122] (the "<u>Objection</u>").  By the Objection, the Plan Trustee sought, *inter alia*, to disallow: (i) proof of claim numbers 8951, 8952, 8958, 8959 and 8960 (collectively, the "<u>RBS Financial Products Claims</u>") filed by RBS Financial Products, Inc. (f/k/a Greenwich Capital Financial Products, Inc.) ("<u>RBS Financial Products</u>"); and (ii) proof of claim numbers 8956,

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

8961 and 8962 (collectively, the "RBS Securities Claims") filed by RBS Securities Inc. (f/k/a Greenwich Capital Markets, Inc.) ("RBS Securities" and together with RBS Financial Products, "RBS"), on the grounds that RBS Financial Products and RBS Securities had failed to provide any documentation or allege any facts to permit the Plan Trustee to assess the validity or amount of their respective contingent and unliquidated claims.

2. After the Objection was filed, an authorized representative of RBS contacted the undersigned counsel to discuss the Objection as it pertained to the RBS Financial Products Claims and the RBS Securities Claims. The Plan Trustee agreed to adjourn the Objection with respect to these claims to allow RBS to fully investigate such claims. On September 7, 2011, the Court entered an order [Docket No. 10158] sustaining the Objection in part and adjourning the Objection with respect to, among other claims, the RBS Financial Products Claims and the RBS Securities Claims.

3. As a result of further discussions and the investigation performed by RBS, the parties have agreed that the Objection should be sustained with respect to the RBS Financial Products Claims and the RBS Securities Claims, and that such claims should be disallowed. A proposed form of consensual order (the "Proposed Order") sustaining the Objection with respect to these claims is attached hereto as Exhibit 1.

*[Remainder of page intentionally left blank]*

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: September 30, 2011       YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
Wilmington, Delaware

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel to the Plan Trustee*

# EXHIBIT 1

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         :   Jointly Administered
    Debtors.                                                             :
                                                                         :   **Ref. Docket Nos.: 10122 &**
------------------------------------------------------------------------ x   **10158**

### CONSENSUAL ORDER SUSTAINING IN PART PLAN TRUST'S EIGHTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS

Upon consideration of the eighty-fourth omnibus (non-substantive) objection to claims [Docket No. 10122] (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors; and the Court having entered an order [Docket No. 10158] sustaining the Objection in part and the adjourning the Objection with respect to, *inter alia*: (i) proof of claim numbers 8951, 8952, 8958, 8959 and 8960 (collectively, the "RBS Financial Products Claims") filed by RBS Financial Products, Inc. (f/k/a Greenwich Capital Financial Products, Inc.) ("RBS Financial Products"); and (ii) proof of claim numbers 8956, 8961 and 8962 (collectively, the "RBS Securities Claims") filed by RBS Securities Inc. (f/k/a Greenwich Capital Markets, Inc.) ("RBS Securities" and together with RBS Financial Products, "RBS"); and the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Plan Trustee and RBS having agreed that the RBS Financial Products Claims and the RBS Securities Claims should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained in part as set forth herein; and it is further

ORDERED that proof of claim numbers 8951, 8952, 8958, 8959 and 8960, filed by RBS Financial Products, Inc., are hereby disallowed in their entirety; and it is further

ORDERED that proof of claim numbers 8956, 8961, and 8962, filed by RBS Securities Inc., are hereby disallowed in their entirety; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2011

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE