# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          : Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                : Jointly Administered
        Debtors.                                                :
                                                                : Objection Deadline: n/a
                                                                : Hearing Date: n/a
---------------------------------------------------------------- x

**PLAN TRUSTEE'S MOTION TO SHORTEN NOTICE WITH RESPECT TO PLAN TRUSTEE'S MOTION FOR AN ORDER PURSUANT TO SECTION 107(B) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9018 GRANTING AUTHORIZATION TO FILE EXHIBITS TO THE PLAN TRUST'S OMNIBUS OBJECTION TO (I) MOTION FOR JUDGMENT AS A MATTER OF LAW OF ADMINISTRATIVE CLAIM ENTERED, (II) MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM WITH BRIEF IN SUPPORT; AND (III) CLAIMS NUMBERED 10870, 10875 AND 10887 FILED BY HUSSAIN KAREEM UNDER SEAL**

Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors"), having filed contemporaneously herewith the *Plan Trustee's Motion for an Order Pursuant to Section 107 of the Bankruptcy Code and Bankruptcy Rule 9018 Granting Authorization to File Certain Exhibits to Plan Trust's Omnibus Objection to (i) Motion for Judgment as a Matter of Law of Administrative Claim Entered, (ii) Motion for Allowance and Payment of Administrative Claim with Brief in Support; and (iii) Claims Numbered 10870,*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

*10875 and 10887 Filed by Hussain Kareem Under Seal* (the "Seal Motion")[2] hereby moves the Court (the "Motion"), pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry of an order shortening the time for notice of the hearing to consider approval of the Seal Motion so that the matters may be heard on October 7, 2011 at 10:00 a.m. (ET) (the "Hearing"). The Plan Trustee further requests that the Court order that any objections to the relief requested in the Seal Motion must be presented to the Court at the Hearing.

1. The Local Rules of Bankruptcy Procedure require that all motion papers, other than those related to discovery, be filed and served seventeen (17) days prior to the hearing date if service of such motion is by mail. *See* Del. Bankr. L.R. 9006-1(c). Pursuant to Local Rule 9006-1(e), however, such period may be shortened by order of the Court upon written motion specifying the exigencies supporting shortened notice. The Plan Trustee submits that there is sufficient cause to justify shortening the notice period for the hearing to consider the Seal Motion.

2. The Seal Motion seeks to prevent the public disclosure of sensitive personal and/or financial information such as the Mr. Kareem's social security and financial account numbers. As set forth more fully in the Seal Motion, the public disclosure of such information is not required for a fair resolution of the Objection and would expose Mr. Kareem to an unnecessary risk of personal and/or financial harm.

3. Thus, the Plan Trustee seeks to conduct the hearing to consider the relief requested in the Seal Motion on October 7, 2011 at 10:00 a.m. prior to the start of the hearing in connection with the Objection, which, under the circumstances, will still provide parties in

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Seal Motion.

interest appropriate notice of the hearing on the Seal Motion and ample time to prepare and file any objections thereto. Moreover, no prejudice will result from the shortened notice because the only parties affected by the relief sought herein are the intended beneficiaries of the Seal Motion, i.e., Mr. Kareem.

4.  Under these circumstances, the Plan Trustee seeks relief from this Court, pursuant to Bankruptcy Rule 2002 and Local Rule 9006-1(e), to have the Seal Motion heard on shortened notice as set forth herein.

## NOTICE

5.  Notice of this Motion will be provided via federal express to the Office of the United States Trustee for the District of Delaware; counsel for the Plan Oversight Committee and Mr. Kareem. Those parties requesting notice pursuant to Bankruptcy Rule 2002 will receive notice via first class mail. The Plan Trustee respectfully submits that no other or further notice is necessary under the circumstances.

*[Signature page follows]*

YCST01: 11475063.1                                                                                            066585.1001

WHEREFORE, the Plan Trustee respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as <u>Exhibit A</u>, granting the relief requested in this Motion and such other and further relief as is just and proper.

Dated: September 30, 2011  YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
Wilmington, Delaware

<u>/s/ *Margaret Whiteman Greecher*</u>
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*