IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   : Jointly Administered
Debtors.                                                           :
                                                                   : **Ref. Docket Nos.: 10122 &**
------------------------------------------------------------------ x **10158**

## CONSENSUAL ORDER SUSTAINING IN PART PLAN TRUST'S EIGHTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS

Upon consideration of the eighty-fourth omnibus (non-substantive) objection to claims [Docket No. 10122] (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors; and the Court having entered an order [Docket No. 10158] sustaining the Objection in part and the adjourning the Objection with respect to, *inter alia*: (i) proof of claim numbers 8951, 8952, 8958, 8959 and 8960 (collectively, the "RBS Financial Products Claims") filed by RBS Financial Products, Inc. (f/k/a Greenwich Capital Financial Products, Inc.) ("RBS Financial Products"); and (ii) proof of claim numbers 8956, 8961 and 8962 (collectively, the "RBS Securities Claims") filed by RBS Securities Inc. (f/k/a Greenwich Capital Markets, Inc.) ("RBS Securities" and together with RBS Financial Products, "RBS"); and the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Plan Trustee and RBS having agreed that the RBS Financial Products Claims and the RBS Securities Claims should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained in part as set forth herein; and it is further

ORDERED that proof of claim numbers 8951, 8952, 8958, 8959 and 8960, filed by RBS Financial Products, Inc., are hereby disallowed in their entirety; and it is further

ORDERED that proof of claim numbers 8956, 8961, and 8962, filed by RBS Securities Inc., are hereby disallowed in their entirety; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
\_\_\_\_10/3\_\_\_\_, 2011

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE