# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.  07-11047 (CSS)<br><br>Jointly Administered<br><br>**Related Docket No. 9639** |

## WITHDRAWAL OF REQUEST FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSES FILED BY ORACLE AMERICA, INC.

PLEASE TAKE NOTICE that Oracle America, Inc. successor in interest to Oracle USA, Inc. and Oracle Corporation ("Oracle") hereby withdraws its Request for Allowance and Payment of Chapter 11 Administrative Expenses filed on or about January 5, 2011 in the amount of $7,647.20 ("Administrative Claim").  Oracle and the Debtors recently entered into a Stipulation resolving Oracle's Administrative Claim and payment pursuant to the Stipulation has been received.

Dated: October 3, 2011
Wilmington, Delaware

Respectfully submitted,
**MARGOLIS EDELSTEIN**

By: /s/ James E. Huggett
James E. Huggett (#3956)
750 Shipyard Drive, Suite 102
Wilmington, Delaware 19801
Telephone: (302) 888-1112
Facsimile:  (302) 888-1119

-AND-

**BUCHALTER NEMER**
A Professional Corporation
Shawn M. Christianson (CA #114707)
333 Market Street, 25th Floor
San Francisco, California 94105-2130
Telephone:  (415) 227-0900
Facsimile:  (415) 227-0770

*Attorneys for Oracle America, Inc.*