**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | Case No.   07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I, James E. Huggett, hereby certify that on October 3, 2011, I caused a true and correct copy of the *Withdrawal of Request for Allowance and Payment of Chapter 11 Administrative Expenses filed by Oracle America, Inc.* to be served upon the parties listed below via CM/ECF notification and first class mail:

Sean M. Beach
Patrick A. Jackson
Young Conaway Stargatt & Taylor LLP
1000 West St., 17th Floor
PO Box 391
Wilmington, DE 19801

Mark S. Indelicato
Edward L. Schnitzer
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Steven D. Sass
AHM Liquidating Trust
PO Box 10550
Melville, NY 11747

/s/ James E. Huggett
James E. Huggett (#3956)