**SIGN - IN - SHEET**

CASE NAME: American Home Mortgage
CASE NO: 07-11047 (CSS)

COURTROOM LOCATION: 6
DATE: 10/3/11  AT 12:00 P.M.

| NAME | *telephonic | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|-------------|---------------------|---------------------|
| Jeffrey Zawadzki | | Hahn & Hessen | Liquidating Trustee |
| Edward Schnitzer | | " | " |
| Joseph Orbach | | " | " |
| Alan Rog | | Blank Rome | " |
| Eric Monzo | | Morris James LLP | Vector Consulting / Trane Shaw |
| Steve Lesan | | Lesan Law Offices | Trane Shaw Engg. |