```
                  IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF DELAWARE

IN RE:                        )    Case No. 07-11047(CSS)
                              )    (Jointly Administered)
                              )
AMERICAN HOME MORTGAGE        )    Chapter 11
HOLDINGS, INC., et al.,       )
                              )    Courtroom 6
           Debtors.           )    824 Market Street
                              )    Wilmington, Delaware
STEVEN D. SASS, AS PLAN       )
TRUSTEE OF THE AMERICAN HOME  )    September 23, 2011
MORTGAGE HOLDING PLAN TRUST,  )    10:00 a.m.
                              )
           Plaintiff,         )    Adv Proc No 09-51611(CSS)
                              )
        - against -           )
                              )
VECTOR CONSULTING, INC.,      )
                              )
           Defendant.         )
```

                       TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE JUDGE CHRISTOPHER S. SONTCHI
                  UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Plan Trustee:           Hahn & Hessen, LLP
                            BY: EDWARD SCHNITZER, ESQ.
                            BY: JEFF ZAWARDZKI, ESQ.
                            488 Madison Avenue
                            New York, NY  10022
                            (212) 478-7200

ECRO:                       LESLIE MURIN

Transcription Service:      DIAZ DATA SERVICES
                            331 Schuylkill Street
                            Harrisburg, Pennsylvania 17110
                            (717) 233-6664
                            www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service

APPEARANCES:
(Continued)

For Vector/Trade Show:    Morris James, LLP
                          BY: ERIC MONZO, ESQ.
                          500 Delaware Avenue, Suite 1500
                          Wilmington, DE  19801
                          (302) 888-5848

For Steven Sass:          Blank Rome
                          BY: VICTORIA GUILFOYLE, ESQ.
                          1201 Market Street, Suite 800
                          Wilmington, DE  19801
                          (302) 425-6400

1

1                              INDEX

2                                                        Voir
3    WITNESSES FOR THE      Direct  Cross  Redirect  Recross  Dire

4     DEFENDANT:

5    Tracey Belton              11     29

6    Manbir Khurana            32     66      118

7    Bradley Sienkiewicz      125    201      201              132

8

9

10

11                            EXHIBITS

12

13   DEFENDANT:                          MARKED         ADMITTED

14   5 - Email                             18               18
15   6 - Email                             18               18
16
17
18   PLAINTIFF:
19
20   14 - Email                            26               26
21   15 - Payroll Records                 115              115
22
23
24

1  WILMINGTON, DELAWARE, FRIDAY, SEPTEMBER 23, 2011, 10:19 A.M.

2              THE CLERK:  All rise.

3              THE COURT:  Please be seated.

4              MR. SCHNITZER:  Good morning, Your Honor.  Edward

5  Schnitzer from Hahn & Hessen on behalf of Steven D. Sass,

6  the plan trustee of the American Home Mortgage plan trust.

7              Your Honor, on your calendar for today American

8  Home is the trial with respect to Vector Consulting.  If I

9  can just briefly give you a brief background, Your Honor.

10             On behalf of the committee and subsequently the

11 trustee, we investigated 90 day transfers to roughly 400

12 entities.  After doing so, the committee, and then

13 subsequently the trustee, filed suit against approximately

14 225.  As you can tell by the difference between the numbers,

15 we did not proceed against approximately 160 entities after

16 it was determined that they had full defenses to any sort of

17 preference action.

18             Since suing the 225 entities, we settled

19 approximately 170.  Those settlements have resulted in $4.4

20 million being brought into the estate, plus the waiver of

21 millions of dollars of unsecured claims.  Again, as you can

22 tell by the differences between the 225 and the 170,

23 approximately 50 matters were dismissed once we established

24 with correspondence from the respective defendants that

25 there were no defenses.

1          That leaves us with roughly four open matters.

2   One of those today -- one of those is Vector and that's the

3   matter that's scheduled for trial today, Your Honor.

4          THE COURT:  Um-hum.

5          MR. SCHNITZER:  Your Honor, as to Vector, as you

6   may recall on Monday, we left Monday with the hope that we

7   would have able to -- been able to eliminate one witness

8   from trial today based upon hopefully an evidentiary

9   stipulation.  I apologize, Your Honor, we were not able to

10  do so.  We did try.  We prepared a stipulation that we gave

11  to Vector.  Vector was unwilling to sign it.  It was --

12         THE COURT:  Sorry.

13         MR. SCHNITZER:  Okay.  It was --

14         THE COURT:  It's before noon so you never know

15  what's going to happen up here.  Go ahead.

16         MR. SCHNITZER:  It was their position that they

17  were only willing to enter into a stipulation with respect

18  to the two isolated emails which they have identified in

19  their trial exhibits, not any of the emails that we had

20  identified.  It was also their position they were not

21  willing to offer a similar stipulation with respect to our

22  emails and our witness having to authenticate documents.

23         It was our position, Your Honor, that based upon

24  that, based upon the fact that their emails are isolated,

25  they've removed tops and bottoms from them, that you needed

1  to see the whole picture.  In essence, also since the

2  trustee was going to be required to bring in its witness to

3  identify it, there was no purpose served by having a limited

4  stipulation where you would still have to hear evidence as

5  email so that's what brings us to where we are today.

6          Your Honor, with respect to the trial, I wasn't

7  sure how you wanted to handle it in two respects.  One, I

8  wasn't sure if you wanted to hear opening statements, given

9  obviously it's a bench trial, and given that you've seen the

10  motion papers.  I am, of course, prepared to make a brief

11  opening statement if you want.  I am also happy not to if

12  you do not want to hear it.

13          THE COURT:  No, opening statements aren't

14  necessary.  I've read the pretrial and I'm familiar from the

15  summary judgment argument so we can proceed.

16          MR. SCHNITZER:  The next question I had, Your

17  Honor, based upon your ruling on the summary judgment that

18  the trustee has met his burden on establishing his elements

19  under 547(b), we then shift, of course, to 547(c) where it's

20  the defendant's burden.  I haD presumed based upon that that

21  the defendant would thus go first with their witnesses.  And

22  obviously, we'd have the opportunity to cross and present

23  our own witness, if necessary, but I'd defer to the Court in

24  terms of the scheduling.

25          THE COURT:  Of course, that's the way to go.

1          MR. SCHNITZER:  Thank you, Your Honor.

2          MR. MONZO:  Good morning, Your Honor.  Eric Monzo

3  on behalf of Vector Consulting.  With me, I have Manbir

4  Khurana, CEO of Vector Consulting.  I have Tracey Belton, an

5  employee with Vector Consulting, and Bradley Sienkiewicz,

6  CPA, an audit advisory principal with Arnold, Gallivan, &

7  Levesque, P.C., out of Duluth, Georgia.

8          And, Your Honor, counsel has made some

9  representation regarding some documents with regard to a

10  stipulation for the purpose of clarifying the record.  The

11  position of Vector is simply not to burden the Court with

12  issues with regard to authenticity of documents.  The issue

13  is with regard to whether those documents are, in fact, what

14  they are.  And the truth of those documents which we have a

15  hearsay objection to the documents that the plaintiff

16  trustee has sought to offer.  And I don't think they can get

17  over that hurdle, but I guess we will address that issue

18  when the time comes.

19          So with regards to authenticity of limited emails

20  pursuant to your Court's ruling at the pretrial conference,

21  I am prepared to move forward and present my first witness,

22  Tracey Belton to authenticate or to testify for a limited

23  purpose to authenticate two emails and then I can move

24  forward with Mr. Khurana's testimony.

25          THE COURT:  All right, that's fine, but before we

1  start, I don't have -- oh, I do.  I have an exhibit binder

2  for the plaintiff.

3          MR. MONZO:  Your Honor, if I may approach, I have

4  the defendant's exhibit binder --

5          THE COURT:  Please.

6          MR. MONZO:  -- I have prepared for Your Honor.

7          THE COURT:  Thank you.  All right.  Ms.

8  Werkheiser is not here.  You can put it right up there.  No,

9  no, that's all right.

10          MR. MONZO:  I'm going to take a copy for the

11  witness as well.

12          THE COURT:  All right.  Call your witness.

13          MR. MONZO:  I call Tracey Belton.

14          THE COURT:  All right.  Ms. Belton, please take

15  the stand and remain standing.  Mr. Schnitzer?

16          MR. SCHNITZER:  Your Honor, I had one issue that

17  I think we should address before Ms. Belton testifies.

18          THE COURT:  Okay.  Well how long's it going to

19  take?

20          MR. SCHNITZER:  Ten seconds.

21          THE COURT:  Yeah, right.  Okay.  Sit down.  You

22  can just stay there for the time being.  Feel free to have a

23  seat.  Yes?

24          MR. SCHNITZER:  If there are other witnesses in

25  the courtroom, it would be my request that while a witness

1   is testifying, that other people who intend to testify

2   should be outside the courtroom.

3           THE COURT:  Well that's going to go for both

4   sides.

5           MR. SCHNITZER:  For what?

6           THE COURT:  Both sides.

7           MR. SCHNITZER:  Correct, Your Honor.

8           THE COURT:  All right.  You're allowed to have

9   one corporate representative and then the rest should be out

10  of the courtroom.  It's his right to ask for that.  Leslie?

11          THE CLERK:  Yes.

12          THE COURT:  Would you arrange with Danielle to

13  make sure we have separate rooms available for both them?

14          THE CLERK:  Sure.

15          THE COURT:  We can't use the mediation room

16  though there's a meeting going on in there.

17          MR. MONZO:  And, Your Honor, if I may, with

18  regard to sequestering, I have no issue with regard to

19  additional witnesses for Vector, however, my expert witness,

20  Bradley Sienkiewicz, did prepare an expert report and

21  pursuant to the rules of evidence is permitted to review and

22  evaluate trial testimony that may render or influence his

23  opinion.

24          THE COURT:  And where is that?

25          MR. MONZO:  Your Honor, I think it's 70 -- give

1  me one moment.

2           THE COURT:  Well at Rule 615, at the request of a

3  party, the Court shall order witnesses excluded so that they

4  cannot hear the testimony of other witnesses, and it may

5  make the order of its own motion.  This rule does not

6  authorize exclusion of a party who is a natural person,

7  which doesn't apply, or an officer or employee of a party

8  which is not a natural person designated by its

9  representative or attorney.  And that's a corporate

10  representative as I mentioned.  Or a person whose presence

11  is shown by a party to be essential or a person authorized

12  by the statute to be present.

13           MR. MONZO:  Well and, Your Honor, and I certainly

14  understand Your Honor's position, but under 702, the

15  testimony of experts is not simply limited to their expert

16  report, but also may be made in accordance with the

17  testimony at trial and I'll leave it at that, Your Honor.

18           THE COURT:  All right.  703 says the facts or

19  data in the particular case upon which an expert bases an

20  opinion or inference may be those perceived by or made known

21  to the expert at or before the hearing.

22           MR. MONZO:  That's right, Your Honor.  So it's

23  Vector's position that --

24           THE COURT:  I understand.

25           MR. MONZO:  Thank you.

1         THE COURT:  Who are your three witnesses?

2         MR. MONZO:  Ms. Belton.

3         THE COURT:  Right.

4         MR. MONZO:  And Mr. Khurana who's the CEO of

5 Vector who will be with me throughout and Mr. Sienkiewicz

6 who is the expert.

7         THE COURT:  All right.  When you're done, you'll

8 need to leave the courtroom, Ms. Belton.  The others may

9 remain.  Who do you have, Mr. Schnitzer?

10         MR. SCHNITZER:  Ms. Jones, as a witness, and Mr.

11 Sass, the trustee, he's not a witness.

12         THE COURT:  The trustee's not a witness?

13         MR. SCHNITZER:  Correct.

14         THE COURT:  And I'm sorry, Ms.?

15         MR. SCHNITZER:  Ms. Jones, she is a witness.

16         THE COURT:  She is.  And what's her position?

17         MR. SCHNITZER:  She works for the trust and she

18 previously worked for the debtors.

19         THE COURT:  Okay.  I'm sorry, ma'am, but you are

20 going to need to leave the courtroom, but when you're -- if

21 and when you need to be called, your attorneys will find you

22 somewhere.  And I'll tell you what, I'll have someone from

23 my staff meet you right outside the doors and tell you where

24 to go.  Okay?  Thank you.  Oh, yes, please, rise, ma'am.

25         MS. BELTON:  Oh, I'm sorry.

1    TRACEY BELTON, DEFENDANTS' WITNESS, SWORN

2    DIRECT EXAMINATION

3    BY MR. MONZO:

4    Q.  Good morning, Ms. Belton.

5    A.  Good morning.

6    Q.  I have a few questions for you.  Can you state your

7    current employment, ma'am?

8    A.  Vector Consulting.

9    Q.  You've worked at Vector Consulting and you have worked

10   there since or you were employed with them in June of 2007?

11          THE COURT:  Don't lead the witness, please.

12          MR. MONZO:  I'm sorry.

13          MS. BELTON:  Yes.  I started at Vector in November

14   2006.

15          MR. MONZO:  Okay.  And if you would --

16          THE COURT:  I'm sorry, when in 2006?

17          MS. BELTON:  November 2006.

18          THE COURT:  All right, thank you.

19          MR. MONZO:  Okay.  And Ms. Belton, you have a

20   binder in front of you, if you'd refer to Exhibit 5.

21          THE COURT:  It would be a rather thin binder.

22          MR. MONZO:  Thin, that's right.

23          THE COURT:  Mr. Schnitzer is yours up there as

24   well?

25          MR. SCHNITZER:  It is not yet.

1        THE COURT:  All right.  So -- okay, go ahead.

2   BY MR. MONZO:

3   Q.  I'm referring to Exhibit 5.

4   A.  Um-hum.

5   Q.  Are you familiar with this document?

6   A.  Yes.

7   Q.  Would you describe it, please?

8   A.  It's an email from me to Sonita [ph] Abraham, Accounts

9   Payable at American Home Mortgage.

10  Q.  Okay.  Does this document represent a true and accurate

11  copy of the email from you as described therein?

12  A.  Yes.

13  Q.  Okay.

14        THE COURT:  It's an email chain so --

15        MR. MONZO:  Okay.

16        THE COURT:  -- let's be specific about which one

17  you're talking about or whether you're talking about all

18  three.  And the one in the middle is from you, Ms. Belton.

19  Correct?

20        MS. BELTON:  Yes.  The one on the bottom is from

21  me.  The one in the middle is from me.  And the one on the

22  top is Ms. Sonita Abrahams answering my question.

23        MR. MONZO:  Okay.  So --

24        THE COURT:  The one on the bottom says it's

25  from --

1          MS. BELTON:  Oh, I'm sorry, it just continues --

2          THE COURT:  All right.

3          MS. BELTON:  -- but in Exhibit 6, I believe is the

4    original.

5          THE COURT:  All right.  But we're on 5.  Okay.

6          MR. MONZO:  Right, we're on 5.

7          THE COURT:  But I can make my own reference to Mr.

8    Mutro [ph] aye, aye, aye.

9          MR. MONZO:  So is it your testimony that these

10   emails are true and accurate copies of the email chain that

11   you have previously described?

12         MS. BELTON:  Yes.

13         MR. MONZO:  Okay.  Referring to Exhibit 6, would

14   you describe that document?

15         THE COURT:  Back up a second again, I'm sorry.

16   What's a true and correct copy, the whole sheet or her

17   email?

18         MR. MONZO:  The whole sheet that she either

19   received and if I have to state the question to the witness,

20   I certainly can, that she has either received or has sent

21   these emails that are set forth herein.

22         THE COURT:  All right.  So the whole chain is a

23   true and correct copy of the three emails?  Do you

24   understand what I'm saying?

25         MS. BELTON:  Yes.

1        THE COURT:  Exhibit 5.  So her email to you, your

2   email to her, and her email to you, those are correct

3   copies?

4        MS. BELTON:  Well this -- yes, that's my email to

5   Sonita.

6        THE COURT:  All right.  But those are hers to you?

7        MS. BELTON:  In Exhibit 5?

8        THE COURT:  Yeah.

9        MS. BELTON:  I don't see one from her.

10       MR. MONZO:  At the top.

11       MS. BELTON:  I don't have one at the top.

12       THE COURT:  All right, Mr. Monzo, approach,

13   please.

14       MR. MONZO:  All right.

15       MS. BELTON:  Yes, this one.

16       MR. MONZO:  Well you're on Exhibit 6.  Exhibit

17   5 --

18       MS. BELTON:  Okay.

19       MR. MONZO:  I represent to the Court there are

20   three emails.

21       THE COURT:  I see them.

22       MS. BELTON:  Okay.

23       THE COURT:  Are they -- they're correct copies?

24       MS. BELTON:  Yes.

25       THE COURT:  Okay, thank you.  Mr. Monzo, you can

1  go ahead.

2          MR. MONZO:  Thank you, Your Honor.  And turning to

3  Exhibit 6, there's one email --

4          MS. BELTON:  Yes.

5          MR. MONZO:  -- from you?

6          MS. BELTON:  Yes.

7          MR. MONZO:  And does this email represent a true

8  and accurate copy of the email that was sent by you on June

9  13, 2007?

10          MS. BELTON:  Yes.

11          MR. MONZO:  Okay.  And, Your Honor, I'd like to

12  move these two exhibits -- I have no further questions for

13  Ms. Belton, but to move these two exhibits into the record.

14          THE COURT:  Any objection?

15          MR. SCHNITZER:  Yes, Your Honor, I object on both

16  exhibits.  I object for several reasons.

17          THE COURT:  Why don't you take the podium, please?

18          MR. SCHNITZER:  Your Honor as to Exhibit 5, I

19  object because I don't believe he's met any standard.

20  That's not an admissible hearsay.  I object because it's

21  also a portion of an email chain that has been self-

22  selected.  There are other pages to this chain which have

23  not been included, which I think is inappropriate.  Your

24  Honor, I object also because as we addressed on Monday, this

25  is a witness who clearly has sent and received emails from

1    and to American Home, yet they have failed to produce any

2    emails from or to that witness and that the emails you're

3    seeing are the copies American Home had produced --

4            THE COURT:   I'm sorry, say that again.

5            MR. SCHNITZER:   This is a witness who clearly has

6    sent emails to and from American Home, yet Vector has failed

7    to produce copies of emails from and to that witness.   The

8    emails you are seeing in Exhibit 5 and 6 are the copies that

9    American Home produced to them.

10           With respect to Exhibit 6, Your Honor, I have the

11   same objections.   Exhibit 6, even clearer to see when you

12   look at the top, it's clear that a portion was redacted.

13   That portion I can represent, Your Honor, because I have the

14   full copy is not any type of privileged document, it's

15   simply they chose to cut off a part which I think is

16   inappropriate under rule, I believe it's 106, the Court has

17   a right, and I believe in this case, should be seeing the

18   whole email.   Additionally, with Exhibit 6, it's clear that

19   this also is an email that's missing pieces which goes to my

20   point about their production.   If you can see from this

21   email, it talks about an attachment.   It says specifically

22   in the top email, please find attached Invoice 23702.

23   Noticeably, there's nothing behind this email.   Your Honor,

24   I would surmise, and I believe correctly so, that the

25   original email had they produced it, would actually have an

1  attachment to it.  Those are the basis for my objection,

2  Your Honor.

3           THE COURT:  Response?

4           MR. MONZO:  Thank you, Your Honor.  If I may

5  respond briefly?  The purpose of Ms. Belton's testimony is

6  to authenticate certain documents and she has certainly just

7  done that, that they are, in fact, true and correct accurate

8  copies of emails that she has sent.  Where they came from,

9  whether they were produced by Vector or whether they were

10  produced by American Home Mortgage is of no moment, I don't

11  believe.  They were part of the document exchange and --

12           THE COURT:  Are you seeking admission of them for

13  the truth of the matter asserted in them or simply the fact

14  that there was a correspondence that went on?

15           MR. MONZO:  Just for the purpose of the

16  correspondence and for the purpose of the documents that

17  they are authentic documents in exchange.  So with regard to

18  the truth of the matter, Your Honor, we're not offering Ms.

19  Belton's testimony for any purpose other than that, other

20  than the fact that she's authenticating these documents.

21           THE COURT:  Okay.  I'll admit them on that basis,

22  but Mr. Schnitzer, if you would like to counter admit a

23  document under 106 which is a more complete copy, you may do

24  so.

25           MR. SCHNITZER:  Okay.  And can I just understand

1  by your basis, based upon Mr. Monzo's representation, they

2  are not admitting these emails for the truth of the matter?

3          THE COURT:  That's what he said.

4          MR. SCHNITZER:  Okay.

5          THE COURT:  You can move your document now or you

6  can move it later, however you'd like to proceed.  So

7  Exhibit 5 is admitted.  Defendant's Exhibit 5 is admitted

8  subject to the limitation set forth on the record and more

9  specifically that the exhibit is not being offered for the

10 truth of the matter asserted in the exhibit.  Mr. Schnitzer?

11         MR. SCHNITZER:  Thank you, Your Honor.  Your

12 Honor, may I approach to give her my binder?

13         THE COURT:  Yes, you may give her your binder.

14                   CROSS EXAMINATION

15 BY MR. SCHNITZER:

16 Q.  Good morning, Ms. Belton.

17 A.  Good morning.

18 Q.  In the summer of 2007, what department did you work for

19 at Vector?

20 A.  I am an office administrator.

21 Q.  And is that what you were in the summer of 2007 as well?

22 A.  Yes.

23 Q.  As an office administrator in the summer of '07, did

24 part of your job duties at Vector include communicating with

25 clients?

1    A.   Yes.

2    Q.   And did part of that job in communicating with clients

3    include speaking to clients on the telephone?

4    A.   If necessary.

5    Q.   And as we've seen from the exhibit, I take it part of

6    that job included communicating with clients by email.  Is

7    that correct?

8    A.   That's correct.

9    Q.   In the summer of '07, did Vector have any other

10   employees with the first name Tracey?

11   A.   No.

12   Q.   In the summer of '07, did Vector have any employees

13   named Stacey?

14   A.   No.

15   Q.   Have you ever conducted a search of your emails relating

16   to American Home?

17   A.   I'm sorry?

18   Q.   Have you ever conducted a search of your emails relating

19   to American Home?

20              MR. MONZO:  Your Honor, I have to object.

21              THE COURT:  It's beyond the scope.  I've already -

22   I've said it's admissible for only the purpose of that it

23   exists, it's a true and correct copy, but not for the truth

24   of the matter asserted.  Just to be clear, I'm overruling

25   the objection to the extent it's relevant in connection with

1  the fact that there was an incomplete production, but under

2  Rule 106, I'm allowing you to submit a document that would

3  give the more complete record of the transactions or emails

4  that occurred.  And then later when you have your rebuttal

5  case, if any, you can get into this kind of issue.

6            MR. SCHNITZER:  Thank you, Your Honor.

7  BY MR. SCHNITZER:

8  Q.  Ms. Belton, can you turn to Exhibit 14 in the large

9  binder I just handed you?

10  A.  Okay.

11  Q.  Are you at Exhibit 14?

12  A.  Yes.

13  Q.  And can you turn to the last page of that exhibit?

14  A.  Yes.

15  Q.  And do you see the bottom email from a Ms. Monica

16  Prossod [ph] on April --

17  A.  Yes.

18  Q.  Who is Monica Prossod?

19  A.  She's the Accounting Assistant at Vector Consulting.

20  Q.  Okay.  Does this bottom email appear to be the same as

21  the bottom email that you looked at on Exhibit 6, Exhibit 6

22  in the little binder?

23            THE COURT:  And you can look at both of them at

24  the same time.

25            MS. BELTON:  All right.  They're slightly

1  different.

2  BY MR. SCHNITZER:

3  Q.  Do they appear to have the same date and time?

4         THE COURT:  Can you be specific about how they're

5  different?

6         MR. SCHNITZER:  Thank you, Your Honor.

7         MS. BELTON:  The bottom one has a message to

8  Bonnie, and that's Exhibit 14.  And Exhibit 5, I'm sorry,

9  Exhibit --

10         THE COURT:  We're on 6.

11         MS. BELTON:  -- 6 it's a housing [indiscernible].

12         THE COURT:  No, we're looking at the bottom one

13  there.  He's asking whether -- excuse me.  He's asking you

14  whether the bottom one is the same as the bottom one on the

15  other exhibit.

16         MS. BELTON:  Yes, it is.

17         THE COURT:  And then he's asking you whether the

18  next one, on top, is the same as the one on top in exhibit

19  -- both the exhibits.

20         MS. BELTON:  Okay.  The email's from Monica

21  Prossod appear to be the same on both.

22  BY MR. SCHNITZER:

23  Q.  Thank you.  Do you believe that the bottom email from

24  Prossod originally had attached to it Invoice 23702?

25  A.  Yes.

1          THE COURT:  We're getting into the truth.  No

2   we're not, go ahead, that's fine.  It had an attachment.

3   Okay.

4   BY MR. SCHNITZER:

5   A.  Sticking with Exhibit 14, Ms. Belton, do you see the top

6   email from yourself to Ms. Singh [ph]?

7   A.  Yes.

8   Q.  Is that a true and accurate copy of an email that you

9   sent to Mr. Singh on June 12, 2007 at 2:26 p.m.?

10  A.  It appears to be.

11  Q.  Who is Bonnie Singh?

12  A.  She was the representative that we were instructed to

13  send the invoices to.

14  Q.  It's fair to say you communicated with her by email at

15  least once?

16  A.  At least once, yes.

17  Q.  Did you ever communicate with her by phone?

18          MR. MONZO:  Your Honor, I believe again he's going

19  outside the scope.

20          THE COURT:  Agreed.

21          MR. SCHNITZER:  Your Honor, if I could explain

22  briefly the reason that this is necessary and it will become

23  more relevant later when you see there are emails that

24  reference phone calls so I'm trying to establish that Ms.

25  Belton does, in fact, speak on the phone with

1    representatives of American Home.

2              THE COURT:  We're not going to the truth of the

3    statement in the document, which would be I made a phone

4    call.  We're going to whether it's a complete email chain.

5    That's all we're dealing with right now.

6              MR. SCHNITZER:  I understood that, Your Honor,

7    from your ruling on Monday, and the reason I tried to

8    clarify that on Monday, is I understood that Vector was

9    going to have objections to emails we were going to seek to

10   bring in.  Those objections do talk about phone calls, so

11   what I'm trying to do is give you a basis for the fact that

12   phone calls did happen so I can establish --

13             THE COURT:  You're getting ahead of yourself.

14   When he's done with this witness, you'll have an opportunity

15   to cross examine on these types of issues.  And when he gets

16   to objections based on yours, you'll be able to make that

17   argument then.

18             MR. SCHNITZER:  Your Honor, I apologize.  I

19   thought Mr. Monzo was done with this witness so this was my

20   cross examination.

21             THE COURT:  No, no, no, no, no.  I gave you the

22   opportunity under Rule 106 to admit complete copies of

23   documents that he only admitted partial.  That's all we're

24   doing right now.

25             MR. SCHNITZER:  Okay.

1          MR. MONZO:  Yeah, and Your Honor, I believe the

2    ruling on Monday was simply she's here to authenticate the

3    documents which she has.

4          THE COURT:  Um-hum.

5          MR. MONZO:  And that's her limited purpose.  If

6    they want to call her at some point, I mean, they made an

7    issue with regard to her testifying today on the issues of

8    the case and now he's actually trying to testify -- have her

9    testify.

10         THE COURT:  Well he'll only be able to cross

11   examine the witness to the extent it's rebuttal on direct.

12   So if an issue is raised on direct, he can cross.  If it's

13   not, it's beyond the scope of direct, and I don't believe

14   she's on his witness list so she -- he won't be able to call

15   her.

16         MR. MONZO:  That's right, Your Honor.

17   BY MR. SCHNITZER:

18   Q.  Ms. Belton, can I direct your attention to the first

19   page of Exhibit 14?  Do you see an email down at the bottom

20   from yourself to Ms. Abraham?

21   A.  On the first page, yes, it says hi, Sonita.

22   Q.  And it's dated June 26, 10:07 a.m.  Correct?

23   A.  Yes.

24   Q.  Is that a true and accurate copy of the email as

25   reflected below, and flipping to the next page?

1   A.   It appears to be.

2          MR. SCHNITZER:   Your Honor, under 106, I would ask

3   that this entire email chain be admitted.

4          THE COURT:   Any objection?

5          MR. MONZO:   Yeah, Your Honor.   The entire email

6   chain contained a number of emails in which Ms. Belton was

7   not a party to the email.   This was the issue that we had

8   this week.   So to have her testify regarding the accuracy

9   and the authenticity of the entire email chain is way beyond

10  her scope of her examination.

11         THE COURT:   Ms. Belton, when you look at Exhibit

12  14, sort of in its entirety, is it your memory that that's a

13  long email chain or is it a serious of individual emails?

14  Do you understand what I'm saying?

15         MS. BELTON:   It looks like --

16         THE COURT:   You know how, you know --

17         MS. BELTON:   Yeah.

18         THE COURT:   -- when you're going back and forth

19  and --

20         MS. BELTON:   Yeah.   I would say it's Sonita's

21  email, it's not my email.

22         THE COURT:   This document came from Anita?

23         MS. BELTON:   Sonita Abrahams, yes.

24         THE COURT:   Okay.

25         MS. BELTON:   It's not my email, no.

1          THE COURT:  Yeah.  Understanding that, is it --

2   well it's not just her email, it's emails back and forth

3   between you.

4          MS. BELTON:  Well, no, I think she forwarded my

5   email to someone else and then they started to communicate,

6   is what it appears to me.

7          THE COURT:  But at the end there she released --

8   who is Julie Rockland, do you know?

9          MS. BELTON:  I don't know.  I never spoke to her

10  or communicated with her at any time.

11         THE COURT:  And who is Bonnie Singh?

12         MS. BELTON:  Bonnie Singh was the original contact

13  we had at American Home Mortgage.

14         THE COURT:  All right.

15         MR. SCHNITZER:  Your Honor --

16         THE COURT:  I'll admit the document, not for the

17  truth of the matter asserted, but only those communications

18  to which Ms. Belton was directly involved.  So if it's an

19  internal communication of persons at American Home, it's not

20  admissible.

21         MR. SCHNITZER:  By involved, you mean whether it

22  was to or from.  Correct?

23         THE COURT:  Right, right.  She's not -- if she's

24  not on the email, on the specific email, it's not

25  admissible.

1              MR. SCHNITZER:  Thank you, Your Honor.

2              THE COURT:  All right.  Back to you, Mr. Monzo.

3    So Exhibit 14 is admitted subject to those limitations.

4              MR. SCHNITZER:  I had other emails, Your Honor, if

5    I may.

6              THE COURT:  Oh, I'm sorry, in connection -- I

7    apologize.  In connection with Exhibit 5 or 6?

8              MR. SCHNITZER:  Correct.

9              THE COURT:  All right.

10             MR. SCHNITZER:  Ms. Belton, can you flip to Tab 17

11   of the big binder, please?

12             THE COURT:  Which one?

13             MR. SCHNITZER:  Tab 17.

14             THE COURT:  Thank you.

15             MS. BELTON:  Okay.

16   BY MR. SCHNITZER:

17   Q.  And particularly, can you find the page labeled S-E-I-N-

18   044?  They're in order so it's the 44th page approximately.

19   A.  Okay.

20   Q.  And I apologize, can you actually flip to SEIN-045, the

21   next page?

22   A.  Okay.

23   Q.  And do you see the email in the middle from yourself to

24   Ms. Abraham on June 13, 2007 at 10:52 a.m.

25   A.  Yes.

1  Q.  If you turn to Exhibit 6 in the small binder, can you

2  tell me if those middle emails are the same?

3  A.  It appears.

4  Q.  Is it correct that above the middle email there is

5  another email from yourself to Ms. Abraham this time dated

6  June 26, 2007 at 10:20 a.m.?

7  A.  Yes.

8  Q.  Is that a true and accurate copy of such email?

9  A.  It appears.

10 Q.  Is it fair to say that that original email had attached

11 to it a copy of an invoice, and the invoice being 23702?

12 A.  Yes.

13        MR. SCHNITZER:  Your Honor, under 106, I'd ask

14 this email chain be admitted.  Understanding your prior

15 ruling, I am just seeking the ones from Ms. Belton going

16 down.  So from Page 44 the bottom part, going down to Page

17 45.  I will not at this time seek admission of the top two

18 emails.

19        THE COURT:  Understood.  Any objection?

20        MR. MONZO:  No objection as to the bottom portion

21 of 44 and 45.

22        THE COURT:  It's admitted without objection based

23 on the Court's prior rulings and simply for those two items.

24 Just a minute, let me make some notes, please.  Anything

25 else on this issue?

1              MR. SCHNITZER:  Not on the 106 issue, Your Honor,

2    thank you.

3              THE COURT:  Mr. Monzo, you may continue.

4              MR. MONZO:  Your Honor, understanding that Ms.

5    Belton's testimony was limited to purposes of authenticating

6    certain documents which I believe she has, I have no further

7    questions for this witness.

8              THE COURT:  You're killing me.

9                        (Laughter)

10             MR. MONZO:  I know, I apologize, Your Honor.

11             THE COURT:  All right.  Mr. Schnitzer, cross?  Oh,

12   boy.

13             MR. SCHNITZER:  Ms. Belton, if you can turn to

14   Exhibit 17 in the binder and back to page labeled SEIN-045.

15             THE COURT:  The one we were just on?

16             MR. SCHNITZER:  Correct, Your Honor.

17             MS. BELTON:  Okay.

18   BY MR. SCHNITZER:

19   Q.  First, let's focus on the bottom email from Ms. Prossod

20   to Ms. Singh.  Do you see that email?

21   A.  Yes.

22   Q.  Do you believe that along with that email came Invoice

23   23702?

24   A.  I guess.

25   Q.  Do you have any reason to believe Invoice 23702 was not,

1  in fact, attached to that email?

2  A.  No.

3  Q.  And on the email above that on June 13, 10:52 from

4  yourself to Ms. Abraham, do you believe Invoice 23702 was

5  attached to that email?

6  A.  It was.

7  Q.  And if you go the email above that, June 26, 10:20 a.m.,

8  that you sent to Ms. Abraham, do you believe that statement

9  invoice was attached once again?

10  A.  She requested it again, yes.

11          MR. SCHNITZER:  Your Honor, I'd move to strike --

12          THE COURT:  Overruled.

13          MR. SCHNITZER:  -- as the answer was not

14  responsive.

15          THE COURT:  Overruled.

16  BY MR. SCHNITZER:

17  Q.  If you can turn to three pages forward, turn to SEIN-

18  048.  Do you see the bottom email from yourself on June 12,

19  2007, 2:26 p.m.?

20  A.  Yes.

21  Q.  Do you believe that the original email had, in fact,

22  attached to it a copy of Invoice 23702?

23  A.  I guess.

24  Q.  Is it correct that the first line states after hi,

25  Bonnie, "I have attached the past due invoice for the

1  service of Peter Lindner [ph] dated April 20, 2007"?

2  A.  Yes.

3  Q.  When you wrote that, did you then attach, in fact, that

4  invoice to this email before sending it?

5  A.  I'm sure.

6  Q.  Is it correct that Ms. Singh responded to you on June

7  12, 2007 at 9:58 p.m., the email right above?

8  A.  Yes.

9  Q.  Is it correct that she told you, "Tracey, this was sent

10 to AP for payment"?

11 A.  That's what it says.

12 Q.  Okay.  And back to the bottom email for a second.  Is it

13 correct that the subject says "past due invoice"?

14 A.  Yes.

15 Q.  And is it correct that in the email you also state, you

16 state "the past due invoice".  Is that correct?

17 A.  Yes.

18 Q.  If you can flip back to Page 46 of this email chain.  Do

19 you see your email in the middle dated June 26, 2007 at

20 10:07 a.m.?

21 A.  Yes.

22 Q.  Do you see a few lines down where it say "importance

23 high"?

24 A.  Yes.

25 Q.  Do you know what that means?

1          MR. MONZO:  Your Honor, I believe he's asking

2    questions in regard to the truth of these documents, which

3    if he is, then I would reserve the right to do my own

4    examination on these issues.

5          THE COURT:  Mr. Schnitzer?

6          MR. SCHNITZER:  I'm going into the existence of

7    the email and what certain labels mean in it which I do

8    believe, at least in part, goes towards the -- I'm having

9    trouble with my words today, Your Honor, which goes towards

10   the actual email being admitted, not to the truth of it.

11         THE COURT:  I disagree, it's overruled.  Or I'm

12   sorry, it's -- the objection is sustained.  It's beyond the

13   scope of direct.

14         MR. SCHNITZER:  Can I just have one minute, Your

15   Honor?

16         THE COURT:  Yes.

17         MR. SCHNITZER:  Your Honor, I have no more

18   questions, thank you.

19         THE COURT:  Reply?

20         MR. MONZO:  No reply, Your Honor.

21         THE COURT:  All right, thank you, ma'am.

22         MS. BELTON:   Thank you.

23         THE COURT:  And Mr. Monzo, you're going to need to

24   find -- if you'll go outside, I'll have someone collect you

25   and put you someplace hopefully fairly comfortable.

1        MS. BELTON:  Thank you.

2        MR. MONZO:  If I may, Your Honor, moving on to my

3  first -- next witness I wanted to call to the stand Manbir

4  Khurana.

5        THE COURT:  All right.  Please take the stand,

6  sir, and remain standing.

7        MANBIR KHURANA, DEFENDANTS' WITNESS, SWORN

8                    DIRECT EXAMINATION

9  BY MR. MONZO:

10  Q.  Good morning, Mr. Khurana.

11  A.  Good morning.

12  Q.  If you would, can you please explain to the Court your

13  current occupation?

14  A.  I am the CEO at Vector Consulting.

15  Q.  Okay.  And can you explain what is entailed as part of

16  your current position as CEO?

17  A.  I manage the entire business of Vector Consulting and

18  have cross functional responsibility and have had this for

19  the last two years as CEO.

20  Q.  Okay.  And how many years has Vector Consulting been in

21  business?

22  A.  Vector's been in business about 21 years now.

23  Q.  Okay.  And can you explain for the Court the nature of

24  Vector's business?

25  A.  Yes.  We provide temporary IT staff to our customers.

1    Q.   Okay.  And can you explain what type of customers you

2    have or Vector has?

3    A.   Yes.  We have customers both in the government sector,

4    as well as, the private sector from small companies to large

5    companies.

6    Q.   And how long have you been employed with Vector

7    Consulting?

8    A.   Since December 30, 1998, so it's about 13 years.

9    Q.   And since that time, has Vector Consulting's business

10   remained the same?

11   A.   In terms of the service offerings income to the business

12   that we do, absolutely, yes.

13   Q.   Okay.  And can you explain a little bit about your

14   educational background?

15   A.   Yes.  I'm an engineer by qualification and I have been

16   in the IT industry since 1986.

17   Q.   I'm sorry, the IT?

18   A.   IT industry since 1986, after I graduated from

19   engineering school.

20   Q.   And IT, you mean information technology business?

21   A.   That is correct.

22   Q.   Okay.  All right.  We're here today because of the

23   complaint that was filed by American Home Mortgage.  Are you

24   familiar with Vector's involvement with that company?

25   A.   Yes, I am.  We provided service to AHM.

1  Q.  Okay.  And what type of services were provided?

2  A.  AHM was looking for a software programmer, and we hired

3  a gentleman by the name of Mr. Lindner to provide those

4  services to AHM.

5  Q.  Okay.  Is it within Vector's business to provide the

6  staffing to projects such as this?

7  A.  That is absolutely correct.

8  Q.  Okay.  And are you familiar with the -- well was there a

9  contract that was entered between Vector and American Home

10  Mortgage?

11  A.  Yes.  We had a professional services agreement that was

12  signed between AHM and Vector Consulting, and I am familiar

13  with that.

14  Q.  Okay.  If I refer you to the binder in front of you.

15  A.  Is that the small binder?

16  Q.  The small binder, Defendant Exhibit Trial -- excuse me.

17  Defendant Trial Exhibits, Exhibit 1.  Is this a true and

18  correct copy of the agreement that you're referring to?

19  A.  Yes.

20  Q.  And, indeed, if you refer to what is Bates labeled as

21  VC--007 --

22  A.  Yes.

23  Q.  -- is that, in fact, your signature?

24  A.  That is correct.

25  Q.  And at the time you were Vice President of Vector

1    Consulting?

2    A.   Yes.

3    Q.   Okay.  Could you explain the need for this professional

4    service agreement?

5    A.   Yes.  Whenever we engage in a -- in business with our

6    customers, we have to consummate that, by way of a contract

7    which stipulates the terms of the engagement.  And in this

8    case it talks about the payment processes, the invoicing, et

9    cetera.  So all of those terms and conditions of the

10   engagement are captured in an agreement like this.

11   Q.   Does it also describe the services that were provided to

12   American Home Mortgage?

13   A.   Yes.

14   Q.   Okay.  And can you explain in a little more detail with

15   regard to the types of services that were provided pursuant

16   to this agreement?

17   A.   Yes.  As I said earlier, Mr. Lindner is a software

18   programmer, and AHM was looking for programming services

19   related to SAS product and they requested us for a temporary

20   resource.  We identified Mr. Lindner as that resource.  He

21   was subsequently interviewed by AHM and they found him to be

22   suitable, and they brought him onboard for a three-month

23   contract position starting in about October 2006.  And the

24   manager that he was going to be reporting to was Ms. Bonnie

25   Singh.

1  Q.  And if you refer to VC-008 --

2  A.  Yes.

3  Q.  -- that's Exhibit A, Professional Service Agreement?

4  A.  Yes.

5  Q.  And as you explained, the SAS programmer services were

6  the service provided?

7  A.  That is correct.

8  Q.  And the managing -- the manager was Bonnie Singh.

9  Correct?

10  A.  Yes.

11            THE COURT:  I'm sorry, what exhibit are we on?

12            MR. MONZO:  We are Exhibit 1, Your Honor.

13            THE COURT:  Oh, okay.

14            MR. MONZO:  And it's basically VC-008.

15            THE COURT:  All right, thank you.  Go ahead.

16            MR. MONZO:  All right.

17  BY MR. MONZO:

18  Q.  Okay.  Did Vector Consulting maintain any control over

19  Ms. Singh?

20  A.  No.

21  Q.  Okay.  And was Ms. Singh a representative of whom?

22  A.  Of AHM.

23  Q.  All right.  As manager of the project on behalf of AHM,

24  what was Ms. Singh's role, if you know?

25  A.  From what I know, she was overseeing the work that was

1  being performed by Mr. Lindner and at periodic or on every

2  week or two weeks she was supposed to approve a timesheet

3  stating that the work that was done by Mr. Lindner was

4  satisfactory.

5  Q.  And to whom were invoices sent for the services rendered

6  by Mr. Lindner and Vector Consulting?

7  A.  Invoices were to be sent from Vector Consulting to Ms.

8  Bonnie Singh every two weeks, along with signed timesheets.

9  Q.  Okay.  And if you refer to Exhibit 1, that's the first

10  page of that document Bates label VC-002.

11  A.  Yes.

12  Q.  And I refer you to Paragraph 3 regarding service fees.

13  Do you see that?

14  A.  Yes, I do.

15  Q.  Are you familiar with that provision?

16  A.  Yes.  It says that Vector Consulting would invoice

17  American Home Mortgage every fifteen days along with signed

18  timesheets and that AHM would pay Vector Consulting within

19  30 days of receipt of such invoices.

20  Q.  All right.  Do you recall what the initial duration of

21  this contract was?

22  A.  It started off as a three-month contract.

23  Q.  And do you know what the actual duration was?

24  A.  Approximately eight months.

25  Q.  Okay.  Do you believe that this contract remained

1  enforced throughout the entire duration of the project?

2  A.  Yes, it did.

3  Q.  Okay.  And with regard to the control over the project

4  and the duration, who was responsible for that?

5  A.  AHM and Ms. Bonnie Singh.

6  Q.  Okay.  Are you aware, or do you know if Vector was paid

7  for the services that it provided to AHM?

8  A.  Yes.  AHM paid us for the services provided except for

9  one invoice which I believe was approximately $1,360.

10  Q.  Okay.  And if you refer to -- well before I move on, are

11  you familiar with -- as your role of CEO, are you familiar

12  with Vector's accounting records and practices?

13  A.  Yes, I am.

14  Q.  Okay.  And if you refer to Exhibit 2.

15  A.  Yes.

16  Q.  Can you explain for the Court that document?

17  A.  Yes.  This is a copy of the Vector Consulting customer

18  ledger.  Do you want me to go into details in terms of --

19          THE COURT:  We're in Number 4.  Correct?

20          MR. MONZO:  We're number -- we're at Exhibit 2,

21  Your Honor.

22          THE COURT:  Aye, Aye, Aye, okay.

23          MR. KHURANA:  Can I proceed?

24  BY MR. MONZO:

25  Q.  Yeah, if you want to elaborate, please.

1   A.   Yes.   There are different columns in this -- on this

2   document.   The first column is customer ID.   It identifies

3   the name of the customer.   The second column as, you would

4   see, is date.   That's the date of that specific transaction.

5   The next one is a transaction number which would be an

6   invoice number or a check number.   The type of transaction,

7   SJ stands for sales journal.   And CRJ stands for credit

8   journal as an entry.   The next column is debit amount so

9   whenever we raise an invoice, if you see the first row, it

10  talks about Invoice #23160, that's a sales journal, in the

11  amount of I believe it's 4,675.   And then if you go over to

12  the last column which is balance, that's the running balance

13  for that customer on that given day.   And so on if you go

14  down the rows, you'll have all invoices appearing on the

15  debit side as sales journals, and all payments being

16  received from the customer appearing under the credit column

17  with a transaction number notated and a running balance to

18  the far side.

19  Q.   Is it your belief that all transactions with regard to

20  American Home Mortgage are represented in this document?

21  A.   Yes.

22  Q.   Okay.   And you mentioned earlier, for purposes of

23  clarification, that one invoice was not paid.   Is that --

24  A.   That is correct.   That's the last but one row on this

25  document, Invoice #23991, sales journal, $1,360.   This was

1   not paid.  And if you see the subsequent entry to that, the

2   transaction is notated as a write off, so we wrote that off

3   in the books as bad debt.

4   Q.  Okay.  And you testified earlier that the SJ refers

5   to --

6   A.  Sales journal.

7   Q.  -- sales journal and CRJ is a credit journal?

8   A.  That is correct.

9   Q.  Okay.  And would you explain whether this document

10  accurately reflects how Vector applied its payments with

11  regard to the AHM or American Home Mortgage account?

12  A.  Yes, it does.

13  Q.  Okay.  Okay.  So I'm clear, SJ refers to an invoice and

14  CRJ refers to a payment.

15  A.  Payment.  That is correct.

16  Q.  Okay.

17  A.  Except for the last entry where although it says CRJ,

18  it's a credit entry, but it's a write off.  It's not a

19  payment that we received.

20  Q.  Well, if you look there's no transaction number.

21  A.  That's correct.

22  Q.  There's no transaction number for that.  Correct?

23  A.  That's correct.

24  Q.  Okay.  I'd ask you to hold, keep hold of that page, but

25  also refer to Exhibit 3.  Are you familiar with the invoices

1  that were sent by Vector Consulting?

2  A.  Yes, I am familiar.

3  Q.  Okay.

4  A.  Are we talking about Exhibit 3A?

5  Q.  A, B --

6  A.  Okay.

7  Q.  -- through F, I believe.

8  A.  I believe it's F.

9         THE COURT:  1, A, B, C, D, E, excuse me, 3, A, B,

10  C, D, E, F.  Correct?

11         MR. MONZO:  Yeah, that's right, Your Honor.

12         MR. KHURANA:  Yes, Your Honor.  I am familiar

13  with these.

14         MR. MONZO:  And do these documents represent true

15  and accurate -- take a minute if you need, true and accurate

16  copies of the invoices that were sent on behalf of Vector

17  Consulting with regard to those invoices set forth?

18         MR. SCHNITZER:  Objection, Your Honor.

19         MR. KHURANA:  Yes.

20         THE COURT:  What's the objection?

21         MR. SCHNITZER:  That those are true and accurate

22  copies reflecting invoices set forth where, in what?  I

23  don't --

24         THE COURT:  Actually --

25         MR. MONZO:  Yeah, it might have been a poorly

1  worded question, Your Honor.

2          THE COURT:  Okay.

3          MR. MONZO:  If I may --

4          THE COURT:  Just a moment, please.

5          MR. MONZO:  Sure.

6          THE COURT:  Sorry, thank you.

7          MR. MONZO:  Thank you, Your Honor.  So Mr.

8  Khurana --

9          THE COURT:  So we're restating the question in

10  connection --

11          MR. MONZO:  That's right.

12          THE COURT:  -- with Exhibit 3?

13  BY MR. MONZO:

14  Q.  Right, that's right.  Mr. Khurana are you familiar that

15  American Home Mortgage filed for bankruptcy?

16  A.  Yes.

17  Q.  Okay.  And are you familiar with the payments that were

18  made on or within 90 days of the filing of that bankruptcy?

19  A.  Yes.

20  Q.  Okay.  And referring to Exhibit 3 --

21  A.  Yes.

22  Q.  -- does this exhibit represent true and accurate copies

23  of the invoices that were sent -- rather I should say that

24  were --

25  A.  Yes.

1        THE COURT:  What?

2        MR. MONZO:  I didn't ask my question.  The

3   invoices are with regard to the payments that were made

4   during the 90-day preference period.

5        THE COURT:  Wait a minute.

6        MR. MONZO:  Do you understand my question?

7        MR. KHURANA:  Yes, I do.

8        MR. MONZO:  Okay.

9        MR. KHURANA:  These are for the period February

10   26 through May 17, for services provided during that period.

11        MR. MONZO:  And if you refer to Exhibit 3A,

12   Invoice #23577 --

13        MR. KHURANA:  Yes.

14        MR. MONZO:  -- are you aware when that invoice

15   was, in fact, paid?

16        MR. KHURANA:  As per our customer ledger, that

17   invoice was paid -- that would, from what I can make out, be

18   paid on the 6th of June.

19        THE COURT:  All right.

20        MR. KHURANA:  Or maybe 5th -- 7th of May, I'm

21   not --

22        THE COURT:  Well how do you -- looking at the

23   ledger on Exhibit 2, how do you know that Invoice 23577 sent

24   on March 8 was paid on June 6, other than the fact that the

25   numbers appear to line up?

 1              MR. KHURANA:  Yes, Your Honor.  Normally, we

 2    apply invoices to the oldest -- or we applied payments --

 3              THE COURT:  To the oldest.

 4              MR. KHURANA:  -- to the oldest invoice that's

 5    open at that time in our books.

 6              THE COURT:  Okay.  And that's what you did

 7    throughout this relevant period?

 8              MR. KHURANA:  That is correct.  And that's our

 9    standard procedure for all customers.

10              THE COURT:  So you got a payment on June 6 and at

11    the time, the oldest invoice that hadn't been paid was the

12    5,440 on March 3.

13              MR. KHURANA:  Yes, for that amount.  If there's

14    an amount mismatch, of course, then we have to investigate

15    further.  But if the amount is similar, we just apply it to

16    the oldest --

17              THE COURT:  Well if the amount mismatches, you

18    would just reduce the oldest invoice.

19              MR. KHURANA:  No.

20              THE COURT:  So for -- no?

21              MR. KHURANA:  No.  If for example there's an

22    invoice for example for $6,000, but we receive payment for

23    $5,000 or $8,000, then we would look for an invoice for

24    $8,000 and then apply that.  If not, we would apply it.  If

25    it was --

1          THE COURT:  All right.  So if it's a perfect

2  match number wise --

3          MR. KHURANA:  Yes.

4          THE COURT:  -- you would apply.

5          MR. KHURANA:  That is correct.

6          THE COURT:  If it's a not a perfect match --

7          MR. KHURANA:  That's correct.

8          THE COURT:  -- you go to the oldest outstanding

9  invoice.

10          MR. KHURANA:  Correct, that is correct.

11          THE COURT:  Got it.

12          MR. MONZO:  Is that Vector's --

13          THE COURT:  Let me write that down.  So -- let me

14  -- so the -- so a hypothetical, you have -- you invoice them

15  for $100 and you invoice them for $200 and then you invoice

16  them for $300, three separate transactions.  And then you

17  get a payment for 200.  You would apply it to that second

18  invoice for 200.

19          MR. KHURANA:  That is correct, sir.

20          THE COURT:  And then you get an invoice for

21  another -- you get another payment after that for 200, you

22  would pay off the first 100 and then you would pay off 100

23  of the 300.

24          MR. KHURANA:  No.  We would look at the 200 at

25  that point of time --

1              THE COURT:  Right.

2              MR. KHURANA:  -- because it does not match up --

3              THE COURT:  Right.

4              MR. KHURANA:  -- number to number with anything

5  out there.

6              THE COURT:  Right.

7              MR. KHURANA:  And we would investigate further.

8              THE COURT:  Right.

9              MR. KHURANA:  If it is evident from any other

10 piece of information that it had to be applied across two

11 different invoices --

12             THE COURT:  Right.

13             MR. KHURANA:  -- then we determine which is the

14 best, but we always go by the same logic of the oldest

15 invoice being --

16             THE COURT:  Right.  So that 100 would get paid

17 and then assuming no other evidence, the next 100 would

18 reduce the last $300 invoice to $200 outstanding.

19             MR. KHURANA:  Right.  In this scenario that is

20 correct.

21             THE COURT:  Got it.  And it's your testimony

22 that --

23             MR. KHURANA:  Yes.

24             THE COURT:  -- 3A through F, no.  Yes, 3A through

25 F, excuse me.  Yeah, 3A through F are the invoices that you

1    sent using the procedure you just mentioned got paid.

2            MR. KHURANA:  Yes.

3            THE COURT:  All right.  And except for F, which

4    was never paid, you wrote it off, the 1,360.  The F is --

5            MR. KHURANA:  That is correct.

6            THE COURT:  Okay.

7            MR. KHURANA:  That is correct, Your Honor.

8            THE COURT:  Very good, I understand.

9    BY MR. MONZO:

10   Q.  And the procedure you just explained to the Court was

11   that the procedure that was maintained throughout the

12   relationship with American Home Mortgage?

13   A.  Yes.

14   Q.  And is that the procedure that Vector maintains with

15   regard to all its clients?

16   A.  That is correct.  We've always done that and with all

17   our customers.

18   Q.  All right.

19           THE COURT:  Did you do that at any time with

20   American Home prior to this 90-day preference period?

21           MR. KHURANA:  Yeah, during the historical period

22   also we applied exactly the same process.

23   BY MR. MONZO:

24   Q.  And if I could refer you to Exhibit 7.  That's the --

25   A.  Yes.

1    Q.  -- Appendix B.

2    A.  Could you direct me to that again, you said --

3    Q.  Sure.

4    A.  -- Exhibit 7?

5    Q.  7.

6    A.  Appendix B.

7    Q.  There's a Tab A and B.

8    A.  Yeah, it says Exhibit A and Exhibit B, yes.

9    Q.  And you see Exhibit B there?

10   A.  Yes, I do.

11   Q.  All right.  And can you explain for the Court the

12   information contained therein?

13   A.  Yes.

14   Q.  Okay.

15   A.  This is an analysis done by Mr. Bradley.

16            THE COURT:  By whom?

17            MR. MONZO:  Bradley Sienkiewicz?

18            MR. KHURANA:  Yes, Mr. Bradley.

19            THE COURT:  Oh, this gentleman here?

20            MR. KHURANA:  Yes.

21            THE COURT:  All right.

22            MR. KHURANA:  And this is a complete listing of

23   all our transactions with American Home Mortgage.  It

24   details the invoice date, the invoice number, the amount,

25   the date on which each of those invoices are paid and the

1  amount.  And the last column on the right side is the number

2  of days elapsed between AHM or between the date of the

3  invoice and the date that we received the payment.

4  BY MR. MONZO:

5  Q.  Okay.  And with regard to the invoices set forth herein

6  is that consistent with Exhibit 2 which is Vector's customer

7  ledger?

8  A.  Yes.  I believe this is based off of our customer

9  ledger.  So I'm assuming it's going to be the same.

10 Q.  So referring back to Exhibit 3A by way of example,

11 Invoice #23577 refers to Exhibit 7B, that payment was

12 received on 5/7/07?

13 A.  Right.

14 Q.  All right.  And for sake of summarizing, but I don't

15 want to get ahead of myself, but for each of the invoices is

16 it your testimony that each of those invoices was, in fact,

17 received on the payment date as set forth in Exhibit B of

18 Part 7 or Exhibit 7, Part B?

19 A.  Yes.

20 Q.  Okay.  Now referring back to the invoices, some invoices

21 referred to or referred to Bonnie Singh.  Do you see that?

22 A.  Yeah, they were sent to Ms. Bonnie Singh.

23 Q.  Okay.  And the reason for that is because she was the

24 manager of this --

25 A.  Yes.

1          MR. SCHNITZER:  Objection, Your Honor.

2          THE COURT:  Basis?

3          MR. SCHNITZER:  Leading.

4          THE COURT:  Sustained.  Don't lead the witness.

5    BY MR. MONZO:

6    Q.  I'll rephrase.  So I believe your testimony was

7    previously that Ms. Singh was the manager?

8    A.  Yes.

9    Q.  All right.  Can you explain to the Court why these

10   invoices were sent to Ms. Singh?

11   A.  Because she was the manager and our point of contact

12   from AHM.

13   Q.  Okay.  Now if you refer to Exhibit 3C --

14   A.  Yes.

15   Q.  -- and 3D.

16   A.  Yes.

17   Q.  Invoice #23702 and Invoice #23737.

18   A.  Yes.

19   Q.  And according to your payment records, you just

20   testified these two payments were made when?

21   A.  23737, as per our payment records, would have been paid

22   on July 5.

23   Q.  That was the date it was received by Vector?

24   A.  Yes.  And Invoice 23702 in the amount of 5,440, as per

25   the records here would have been paid May 7, if it was part

1  of that 12,000 check and that's how it's been applied, yes.

2  Q.  And based on your testimony it was applied to the

3  oldest?

4  A.  Yes.

5  Q.  Okay.  Do you recall the reason why these invoices were

6  paid when they were?

7  A.  I'm not sure I quite understood that.

8  Q.  All right.  Is -- you mentioned the procedures of

9  Vector.  Are there -- with regard to invoices are there any

10  other procedures that you could think of that would be

11  relevant to the handling of invoices?

12  A.  Yes.  So we invoice our customers on -- as per the

13  contract that we have in place, and customers are supposed

14  to be paying us within the confines or within the terms that

15  we've agreed upon.

16  Q.  Which were?

17  A.  Which were that we would invoice every 15 days and they

18  would pay within 30 days.

19  Q.  Okay.

20  A.  And so when we received those payments, we applied them

21  and to the oldest invoice.  And if we do not receive

22  payments within a timely fashion, then we have to

23  investigate further.

24  Q.  Okay.  And part of this, your further investigation, can

25  you explain what that would be?

1    A.   Yes.   Every week, once a week on every Tuesday, I have

2    an accounts receivable meeting with my accountant and we go

3    over the accounts receivable statement for all our

4    customers.   And if there's any invoice that is not paid

5    within the stipulated terms by that customer, then the

6    accountant collects those internally and then goes back,

7    sits down with her team, and then they follow up with those

8    customers that have not paid to make sure that either

9    they've received the invoices or is there something missing

10   and that is provided to them so that those invoices can be

11   processed.   And the team in the accounting team is currently

12   my accountant is Diane.   She's not here, but Tracey Belton

13   and Monica Prossod, they assist Diane with following up with

14   customers on open invoices, if they have to.

15   Q.   And what type of procedures would be made or recommended

16   with regard to open invoices?

17   A.   Typically, if there's an open invoice that is not paid,

18   there would be an email from Tracey, and it would be a

19   polite email requesting status from the customer whoever is

20   the point of contact at the customer's place as to when we

21   might expect the payment.

22   Q.   Okay.   And if you refer to Exhibit 5 and 6.

23   A.   Yes.

24   Q.   Would -- in your opinion, would they be examples of such

25   emails?

1    A.   That is correct.

2    Q.   Okay.

3    A.   Yes.

4    Q.   With regard to these specific emails, do you recall why

5    Ms. Belton was required to send a follow up email?

6              MR. SCHNITZER:   Objection, Your Honor.

7              THE COURT:   Why who was sending the email?   What

8    was the question?

9              MR. MONZO:   I'll --

10             THE COURT:   I got the two parties mixed up.   By

11   Tracey?   Why whom was sending an email to whom?

12             MR. MONZO:   Why Tracey was sending the email to

13   ,in this case, I guess it was Bonnie Singh or Sonita

14   Abraham.

15             THE COURT:   And your objection is?

16             MR. SCHNITZER:   I object for two reasons.   One, I

17   think it's leading, that's a minor issue.   Two, I think it's

18   eliciting testimony.   It's doing exactly what wasn't done

19   with Ms. Belton and so trying to get it in through another

20   witness to have him testify as to why Ms. Belton did

21   something where we actually had the witness.   I think this

22   was a backdoor approach to try to get into the testimony as

23   to why Ms. Belton did something when she, in fact, is --

24             THE COURT:   Response?

25             MR. MONZO:   Your Honor, I believe the witness

1  just testified to the procedures that are put in place that

2  are authorized by Vector.  And if he's aware of those

3  procedures, I was -- my follow up questions or my questions

4  were regard to those issues.  So I don't believe there's any

5  backdoor approach.  I think it's -- if he has information

6  and knowledge regarding the procedures that were put in

7  place and why certain emails were made in accordance with

8  those procedures, he can certainly testify to those points.

9          THE COURT:  Disagree, sustained.  Objection is

10 sustained.

11         MR. MONZO:  All right.  And in your opinion,

12 would the procedure that you set forth with regard to

13 handling outstanding invoices is that a procedure that

14 Vector maintains across the board to all customers?

15         MR. KHURANA:  Yes, it does.  It's very important

16 for us to maintain that process and very politely manage the

17 customer relationship out there because we're looking for

18 continued business with our customers.  So we have to follow

19 up very politely with emails.  In case we do not get a

20 response in a reasonable time, then we might follow up with

21 another email or phone call occasionally.

22         MR. MONZO:  Okay.  Were you ever made aware of

23 the reason why certain invoices may not have been paid

24 within the 30-day terms as set forth in that contract?

25         MR. SCHNITZER:  Objection, Your Honor.

1          THE COURT:  Sustained.

2     BY MR. MONZO:

3     Q.  But -- Mr. Khurana, you testified that Bonnie Singh was

4     the manager on this project.  Correct?

5     A.  Yes.

6     Q.  Okay.  Are you aware whether Ms. Singh was the project

7     manager throughout the entire duration of the project?

8     A.  Yes, she was.

9     Q.  Do you recall if Vector was ever directed to direct

10    invoices to any other party besides Bonnie Singh?

11    A.  Yes.

12          MR. SCHNITZER:  Objection, Your Honor.

13          THE COURT:  Basis?

14          MR. SCHNITZER:  I believe he's basing that on

15    either Ms. Belton's knowledge and/or the email knowledge

16    which was specifically not allowed in for the truth so

17    he's --

18          THE COURT:  Do you have any independent

19    knowledge?

20          MR. KHURANA:  As part of my accounts receivables

21    meeting, as a follow up question the following week, is when

22    I came to know that maybe a few invoices were missing.  So

23    every Tuesday when I have a meeting, they -- my accountant

24    reports back on this tab as the following week.

25          THE COURT:  Based on the books and records?

1          MR. KHURANA:  Based on books and records and if

2     there's any interaction with a customer and follow up items,

3     they come back and say all right, we've discovered this was

4     the problem and that's why I was informed that a couple of

5     invoices that were missing and had to resubmit.

6          THE COURT:  But the question was were you aware

7     whether the company had ever been instructed to send

8     invoices to somebody other than Bonnie Singh on your --

9     right?  That was the question.

10         MR. KHURANA:  No, I'm not aware.

11         THE COURT:  Oh, you're not aware independently,

12    okay.  Objection overruled.

13         MR. MONZO:  I believe your testimony was these

14    invoices were eventually paid by American Home Mortgage?

15         MR. KHURANA:  Yes.

16         MR. MONZO:  Do you recall, based on your

17    independent knowledge, if you were made aware if Bonnie

18    Singh was going to be out of the office for not maintaining

19    this project for any reason?

20         MR. KHURANA:  Yes, I was told --

21         MR. SCHNITZER:  Objection, Your Honor.

22         THE COURT:  Basis?

23         MR. SCHNITZER:  Well he put in a phrase in the

24    question independent knowledge.  It's not based upon his

25    independent knowledge.  It's based upon the emails that we

1    just talked about that Ms. Belton could have explained.

2            THE COURT:  Overruled.  He's talking about

3    whether she's out of the office.

4            MR. MONZO:  So you can answer.

5            MR. KHURANA:  Yes, as part of my AR meetings is

6    when I was on a follow up, I was told that she was probably

7    on maternity leave during some time.  I don't remember the

8    specific period when she was on maternity leave, but she was

9    on maternity leave.

10   BY MR. MONZO:

11   Q.  So following receipt of that information, do you recall

12   what procedures Vector put in place --

13   A.  Yes.  If the primary point of contact was not available,

14   there's a designated secondary contact, which might have

15   surfaced during the conversation, and those invoices then

16   have to be -- or payments have to be followed up with that

17   secondary contact.  And if they have not received those

18   invoices or they're missing or there's any other information

19   missing, then we re-provide all that information back to the

20   secondary contact.

21   Q.  Okay.  And, in fact, that's what happened here?

22   A.  That is correct.

23   Q.  Okay.  And that procedure that you just described is

24   that customary for Vector with regard to all its clients?

25   A.  Yes, it is.

1    Q.   Okay.  And that -- was that procedure in place

2    throughout the entire duration with regard to the contract

3    with American Home Mortgage?

4    A.   Yes, it was.

5    Q.   Okay.  How if you recall were all of these payments

6    made?

7    A.   They were paid by check and they were sent to our Vector

8    Consulting's lockbox.

9    Q.   Okay.  And where is Vector Consulting's Lockbox?

10   A.   It's with a bank called Ironstone Bank.  I believe it's

11   somewhere in North Carolina.

12   Q.   Okay.  And can you describe for the Court the procedure

13   that Vector has with handling checks, payments?

14   A.   Yes.  So a customer's upon receipt of invoice and when

15   they process them, they send the checks to our lockbox and

16   our lockbox, the people process the payments there.  They

17   deposit those funds into our operational account and our

18   accountant every morning goes into that system and looks at

19   what are the credits that have been received and then

20   applies those amounts to the oldest invoices open for that

21   particular customer.  That's --

22   Q.   Okay.  And actually you testified previously that's what

23   happened here?

24   A.   Yes.

25   Q.   Okay.  And Vector does that with all of its clients?

1  A.   That is correct.  Except in a few cases where we might

2  receive the check directly in our office, but that's very

3  far and few between.  Normally, all the payments from our

4  customers go to our lockbox.

5  Q.  And if you refer to the invoices that you stated a

6  lockbox, if you'd refer to Exhibit 3 and if you'd refer to

7  the first invoice.

8  A.   Yes.

9  Q.   First, it is in bank --

10  A.   That is correct.

11  Q.   -- P.O. Box, that's the lockbox you're referring to?

12  A.   Yes.

13  Q.   All payments referred to the North Carolina --

14  A.   That's correct.

15  Q.   All right.  And referring back to Exhibit 2, can you

16  tell me when the last payment was made by American Home

17  Mortgage?

18  A.   On July 9, 2007.

19  Q.   That's the date that it was received by Vector?

20  A.   Yes.

21  Q.   Prior to this payment, do you recall if you were made

22  aware that American Home Mortgage may file for bankruptcy

23  protection?

24  A.   No.

25  Q.   Do you recall if or can you explain whether Vector made

1  any requests for additional security, collateral, or to

2  secure any payments?

3  A.  No, nothing of the sort.

4  Q.  Can you explain whether Vector applied any late fees

5  associated with any payments?

6  A.  No, we did not.

7  Q.  Can you explain whether Vector applied any pressure on

8  American Home Mortgage to make any payments?

9  A.  No, not at all.

10  Q.  Okay.  And based on your experiences, do you believe in

11  your opinion, that payments were made by American Home

12  Mortgage within -- were made within the ordinary course of

13  business?

14  A.  Yes.

15          MR. SCHNITZER:  Objection, Your Honor.

16          THE COURT:  Basis?

17          MR. SCHNITZER:  It's leading, calls for a legal

18  conclusion, and calls for an expert opinion and there's been

19  no testimony as to his experience that makes him eligible to

20  even give such opinion if he were permitted to do so.

21          MR. MONZO:  Your Honor --

22          MR. SCHNITZER:  I think the ultimate issue which

23  is for --

24          MR. MONZO:  If I may respond, Your Honor.  One of

25  the two prongs that -- from the ordinary course of business

1  defense is whether it was ordinary between the parties.  And

2  Mr. Khurana has testified to his experience, to his

3  experiences within the industry, as well as, the industry --

4  or the -- between the parties themselves.

5            THE COURT:  Yeah, I'll overrule the objection.

6  It's admissible under Rule 701 as lay witness expert

7  testimony.

8            MR. MONZO:  Thank you, Your Honor.

9  BY MR. MONZO:

10 Q.  And I would like you to refer back to Exhibit 4, please,

11 there are two Tabs A and B.

12 A.  Yes.

13 Q.  And take a minute, but are you familiar with these

14 documents?

15 A.  Yes, I am.

16 Q.  And can you describe what these documents are?

17 A.  Yes.  This is the Vector timesheet form.  And it

18 describes the time.

19 Q.   Are you referring to A?  I'm sorry, I don't want -- for

20 the purposes of the record.

21 A.  Yes.

22 Q.  Okay.

23 A.  I'm referring to A right now.  And this is for the time

24 that was put in by Mr. Peter Lindner at American Home

25 Mortgage and this is for the period first half of May 2007.

1  And right at the bottom, the third main box where it says

2  Vector's semi-monthly timesheet and there's a row which says

3  hours worked.  That talks about the number of hours Mr.

4  Lindner put in on each of those days.  And as one can see

5  it's eight hours for May 2, 3, 7, 8, 9, 10, 11 and 14,

6  adding up to 64 hours for that period.

7  Q.  Okay.  And referring to Exhibit 4B?

8  A.  Yes.

9  Q.  Can you explain that as well?

10  A.  Just the --

11          MR. SCHNITZER:  Well, Your Honor --

12          THE COURT:  Do we really have to -- can we

13  stipulate that they're the timesheets and they say what they

14  say?

15          MR. SCHNITZER:  We can for 4A.  We -- I do not

16  agree with 4B in that -- and I know you've heard this

17  before, Your Honor, but I will say it again.  We object

18  because this was never produced in discovery so we don't

19  think this should come in at all.  If it does come in, Your

20  Honor, I agree that it would be a much quicker process and

21  less painful to --

22          THE COURT:  All right.  I'm going to overrule the

23  objection.  I think it's rather obvious what it is and I'll

24  stipulate that it is what Exhibit A was.

25          MR. MONZO:  Thank you, Your Honor.

1  BY MR. MONZO:

2  Q.  So referring to -- are these timesheets -- can you tell

3  me how they end up in the hands of American Home Mortgage?

4  A.  Yes.  After they're approved by our client managers, who

5  in this case, Bonnie Singh would have signed Mr. Lindner's

6  timesheet, he would send them back to us via fax or email

7  and then when we would invoice American Home Mortgage, these

8  would be attachments to the invoice.

9  Q.  Okay.  So Exhibit 4A would be with regard to the time

10  that was the first half of May would be as set forth in an

11  invoice and I'm referring to Exhibit 3E --

12  A.  That is correct.

13  Q.  -- for that period, right?

14  A.  Yes, Invoice #23799 for the period 5/1 through 5/15 of

15  2007.

16  Q.  Okay.

17  A.  For 64 hours, yes.

18  Q.  And if you refer -- and the same goes for Exhibit 4B

19  that would also be sent with the corresponding invoice and

20  here that was Exhibit 3F.

21  A.  That is correct, Invoice #23991 for 16 hours for the

22  period 5/16 through 5/17.

23  Q.  Okay.  And I believe you testified previously referring

24  to Exhibit B.  I'm sorry, Exhibit 2.

25  A.  Yes.

1  Q.  That a payment was received on May 7, 2007 in the amount

2  of $12,920.  Do you see that?

3  A.  Yes.

4  Q.  Okay.  And consistent with your testimony is it your

5  understanding that Mr. Lindner provided services after that

6  -- on or after that date?

7  A.  That's correct.

8  Q.  And if you can, do you recall how many hours from May

9  the 7th through 17th --

10 A.  Yes.

11 Q.  -- he actually worked?

12 A.  Including May 7, it's going to be 48 plus 16, that would

13 be 64 hours including the 7th.

14 Q.  So if I do the math and based on the rate that was set

15 forth in the contract, the total amount would be $5,440 for

16 that --

17 A.  Yes, 64 times $85 --

18          MR. SCHNITZER:  Your Honor, leading.

19          THE COURT:  Overruled.  You can answer.

20          MR. KHURANA:  The hourly rate was $85 times the

21 64 hours, whatever that comes to.  I believe it's 5,440.

22          MR. MONZO:  Okay.  And that was the amount that

23 was billed to American Home Mortgage for certain services

24 rendered by Mr. Lindner between May the 7th and May the

25 17th, 2007?

1          MR. KHURANA:  Yes.

2          MR. MONZO:  Your Honor, that's all the questions

3   I have for this witness.  Thank you.

4          THE COURT:  All right.  We're going to need to

5   take a break at 12:10 to 15.  I have a meeting at 12:15.

6   We'll be able to reconvene at 1:15.  So Mr. Schnitzer, I'll

7   leave it to you.  I don't want to interrupt your cross

8   unless you don't mind.  So, I leave it to you whether you'd

9   like to start now or take some time.

10          MR. SCHNITZER:  I think given the number of

11   witnesses, Your Honor, I'd like to start now.

12          THE COURT:  That's fine.

13          MR. SCHNITZER:  And I understand that we'll have

14   to break.

15          THE COURT:  That's fine, thank you.

16                    CROSS EXAMINATION

17   BY MR. SCHNITZER:

18   Q.  Good afternoon, Mr. Khurana.

19   A.  Good afternoon.

20   Q.  I believe on direct examination, you stated that you are

21   the CEO of Vector Consulting.  Is that correct?

22   A.  That is correct.

23   Q.  And you stated, I believe you've been the CEO for the

24   last two years.  Was that --

25   A.  Approximately two years.

1  Q.  Were you the CEO in January of 2010?

2  A.  Yes.  Actually, let me correct that.  We announced it

3  formally in, I believe, the first half of February 2010.

4  Q.  So in January of 2010, you were not the CEO.  Is that

5  correct?

6  A.  I was not designated CEO, I was acting --

7  Q.  All right.

8  A.  -- like a CEO.

9  Q.  Were you the COO at that time?

10  A.  That is correct.

11  Q.  Okay.  And Mr. Sanjay Agrawala was the CEO at the time?

12  A.  That is correct.

13  Q.  Do you know what an SIC code is?

14  A.  Yes.

15  Q.  What does SIC stand for?

16  A.  It is an industry code for services provided.  It's not

17  very actively used anymore, it's NAICS that is used more

18  actively.

19  Q.  In 2007, did Vector have an SIC code for which it

20  identified itself under?

21  A.  Yes.

22  Q.  And what was that code?

23  A.  7371, 7372, 7373, and 7379.

24  Q.  Is that the same code it identified itself under in '08,

25  '09, and '10?

1    A.   That's correct.

2    Q.   And do any of those particular codes refer to staffing

3    services?

4    A.   By mystery practice, yes.  But more specifically for

5    based on particular programming services.

6    Q.   And that would be 7371.  Correct?

7    A.   Without remembering the specifics, it's one of those,

8    the four that I had articulated.

9    Q.   Okay.  Is it correct that one of them is computer

10   integrated systems design?

11   A.   Possibly.

12   Q.   And was Vector providing to American Home computer

13   integrated systems design work?

14   A.   No, they were providing computer software programming.

15   Q.   Which is not computer integrated systems design.

16   Correct?

17   A.   I wouldn't know very clearly.

18   Q.   Okay.  And are you familiar with NAICS codes?

19   A.   Yes.

20   Q.   And do you know that NAICS stands for North American

21   Industrial Classification System?

22   A.   Um-hum.

23   Q.   And do you know what Vector's NAICS code was in 2007?

24   A.   Again, we have, I believe, three or four codes.  I'm

25   trying to remember from memory 541, 411, 412.  I don't

1  remember the other two.

2  Q.  Was one of them 53415?

3  A.  Say that again, please.

4  Q.  Was one of them 53415?

5  A.  I don't believe so.

6  Q.  All right.  Was one of them 5415?

7  A.  No, NAICS codes are never four digits, they're always

8  six digits.

9  Q.  An NAICS code is never four digits.  Is that what you

10  said?

11  A.  In my opinion or from my knowledge for the kind of

12  services we provide, they're always six digit.

13  Q.  Okay.  I'm going to direct your attention to Exhibit 9

14  in the larger binder you have there.

15  A.  Did you say Exhibit 9?

16  Q.  Correct.

17  A.  Yes.

18  Q.  Is Exhibit 9 a copy of a declaration that you submitted

19  in this matter?

20  A.  Um-hum.

21  Q.  And is that your signature on Page 6?

22  A.  Yes, it is.

23  Q.  Is everything stated in this declaration true and

24  accurate?

25  A.  Yes.

1  Q.  Is there anything in this declaration you feel that you

2  need to correct at this time?

3  A.  No.

4  Q.  May I direct your attention to Page 2?

5  A.  Yeah.

6  Q.  I'm going to direct your attention to Paragraph 4.

7  A.  Yes.

8  Q.  And if you go down seven lines, you see where it says

9  Lindner by Vector which was subsequently reimbursed by AHM.

10  Do you see that line?

11  A.  Yes.

12  Q.  Is that line -- and I understand if you need to read the

13  sentence before it, is that line accurate?

14  A.  You're talking about Line 7?

15  Q.  I'll read the whole line so we can be clear.

16  A.  Okay.

17  Q.  The Line that states AHM approved his employment

18  schedule that was used to determine the amount paid to Mr.

19  Lindner by Vector which was subsequently reimbursed by AHM.

20  Is that line correct?

21  A.  In the context of the contract, yes.

22  Q.  Okay.  This is going to be a long question, I apologize.

23  My understanding generally speaking is Mr. Lindner did work

24  at American Home.  He then did his timesheets.  He was then

25  paid by Vector through Vector's payroll and then

1  subsequently American Home paid Vector but for that last

2  invoice was unpaid.  Do I generally have that correct?

3  A.  Yes.

4  Q.  And it's correct that Vector paid Mr. Lindner before

5  Vector got paid by American Home.  Is that correct?

6  A.  Generally speaking.

7  Q.  Are there any instances in which -- strike that.  For

8  the payments that Vector received from American Home were

9  they all made to Vector after Vector had already paid Mr.

10  Lindner for the related services?

11          MR. MONZO:  I would object to the form, Your

12  Honor.

13          THE COURT:  Overruled.  Do you understand the

14  question?

15          MR. KHURANA:  I think I do, but I'd appreciate if

16  you could repeat that.

17          THE COURT:  Repeat it.

18          MR. SCHNITZER:  We're talking about the payments

19  made to Vector by American Home.  Did Vector receive those

20  payments after Vector had paid Mr. Lindner for the services

21  that those payments related to?

22          THE COURT:  I think that's asked and answered.

23          MR. SCHNITZER:  He said -- Your Honor, I believe

24  -- my concern was he said generally speaking.  I didn't know

25  what he meant by then if there was an exception to the rule.

1  That's what I'm trying to --

2         MR. KHURANA:  Without bringing the specifics or

3  knowing all the specifics here from a process perspective,

4  once we received a signed timesheet from Mr. Lindner after

5  it was signed by AHM, we would process his payroll as per

6  the payroll schedule.  Which date it fell and whether it

7  fell before or after, I don't have that detail right in

8  front of me, but generally speaking, yes.

9  BY MR. SCHNITZER:

10 Q.  Understood.  Now you testified earlier that American

11 Home checks went into a lockbox.  Correct?

12 A.  Yes.

13 Q.  And then what happened to the money in that lockbox?

14 Where did it go?

15 A.  It goes into our operating account as a credit from each

16 customer.

17 Q.  And was there one lockbox just for American Home?

18 A.  No.

19 Q.  The one lockbox was for all Vector clients?

20 A.  That is correct.

21 Q.  In the summer of 2007, approximately how many clients

22 did Vector have?

23 A.  I'd say about 20, 25.

24 Q.  Is it fair to say that on a given month during the

25 summer of 2007, Vector was receiving not just checks from

1  American Home, but checks from those other 20 to 25 clients?

2  A.  That is correct.  Not all 25, but because a lot of

3  payments also come via ACH, that's electronic transfer

4  directly into our operating account, but anything by paper

5  check for the most part from all our customers, they will go

6  to that lockbox.

7  Q.  And then eventually all those funds go into your

8  operating account?

9  A.  That is correct.

10  Q.  And do you use the operating account to pay Vector

11  bills?

12  A.  Yes.

13  Q.  Like electricity, any rent payments?

14  A.  I think we have two accounts.  I'm not quite sure from

15  where the checks are cut for regular utility or so.  But for

16  the most part, it's the same bank, it just might be two

17  different buckets out there.

18  Q.  All right.  Payroll is funded from the same bank as

19  well?

20  A.  Yes, yes.

21  Q.  And this last invoice that you've talked about that was

22  written off, was Mr. Lindner paid for his services by

23  Vector?

24  A.  Yes.

25  Q.  Even though Vector didn't get paid by American Home?

1    A.   That is correct.

2    Q.   Now talking about the lockbox, I believe you mentioned

3    it was at First Citizens Bank.  Is that correct?

4    A.   First Citizens Bank and Ironstone Bank.  I think they've

5    changed the name, but it's pretty much -- it is -- was

6    Citizens Bank at that time.  And one might be the holding

7    company, the other might be the actual bank.

8              THE COURT:  I'm not sure there's a bank in

9    America that currently has the same name that it had in

10   2007.  Certainly not in Delaware.

11                    (Laughter)

12   BY MR. SCHNITZER:

13   Q.   Mr. Khurana, if you can turn to the small binder, the

14   Exhibit 3 which had the invoices.

15   A.   Yes.

16   Q.   I see that A, B, and C all say First Citizens Bank up

17   top.  Do you see that part in the boxes?

18   A.   Uh-huh.

19   Q.   D, E, and F don't.  Is that because payment started

20   going somewhere different?

21   A.   No.

22   Q.   Is that still --

23   A.   It's the same.

24   Q.   -- the lockbox?

25   A.   Yes.

1  Q.  Okay.  So is it fair to say that when a client, in

2  particular American Home, sends a check, Vector doesn't see

3  it, it goes straight to the lockbox?

4  A.  Yes.  Vector does not see the physical check.  We see

5  the image later, we don't see the check.

6  Q.  And what does the image later consist of?

7  A.  The image of the check.

8  Q.  What part of the check?

9  A.  The front and back.

10  Q.  Does it include anything that came with the check?

11  A.  Yeah, it would include any other stuff that they might

12  send with the check unless it's a huge number of documents

13  in which case those would come as paper later in the mail

14  from the lockbox.

15  Q.  The lockbox receives stuff.  If it's a payment, they

16  deposit it.  If it's other stuff, they would attempt to scan

17  it with an image of the check.  If it's too big, they'd mail

18  it to you?

19  A.  Yes.

20  Q.  But you'd get it, they wouldn't throw it away?

21  A.  Yes.

22  Q.  Did you personally ever receive client checks on behalf

23  of Vector?

24  A.  No.

25  Q.  And specifically for American Home, you did not actually

1  receive their checks in the mail.  Correct?

2  A.  That's correct.

3  Q.  In your experience at Vector, do clients ever send

4  checks with two portions, one portion being the check, one

5  portion being a stub that indicates what the check is to pay

6  for?

7  A.  Yes, sometimes, yes.

8  Q.  I refer that to remitting a stub.  Is that what you call

9  it or is there a better name for it?

10  A.  That would be an accurate representation.

11  Q.  So in your experience, you've seen checks come with such

12  a stub?

13  A.  Yes.

14  Q.  Do most checks from clients come with such a stub?

15  A.  I would say a lot of them do.

16  Q.  Fair to say Vector uses a stub system when it writes its

17  own checks?

18  A.  We do.

19  Q.  And it's fair to say the stub portion is supposed to

20  indicate what the check is for.  Correct?

21  A.  Yes.

22  Q.  So it might have an invoice number for instance?

23  A.  Yes.

24  Q.  An invoice date?

25  A.  Yes.

1   Q.   An invoice amount?

2   A.   Yes.

3   Q.   And if the check is, in fact, paying more than one

4   invoice, it would have lines.   That is correct?

5   A.   That is correct.

6   Q.   Okay.   I want to direct your attention to Exhibit 1 in

7   the large binder.

8   A.   Yes.

9   Q.   Is it correct Exhibit 1 has four pages with print on the

10  front and back of each page or it might be two the way it

11  was copied but --

12  A.   Yeah, I have more than four pages here, but --

13  Q.   You have eight sheets in total, four checks.   Correct?

14  A.   Yeah, about eight pages.

15  Q.   Do you recognize any of these checks?

16  A.   No, I have not seen them.   All I can say is that they

17  appear to be from American Home Mortgage.

18  Q.   If you can take out at the same time Exhibit 2 from the

19  small binder which I believe you -- was your ledger.

20  A.   Okay.

21  Q.   And then can you look at the four checks that are in

22  Exhibit 1 and tell me if these are, in fact, four payments

23  that were made to Vector towards the end of the

24  relationship?

25  A.   The last four invoices, did you say?

1  Q.  The last four payments.

2          THE COURT:  My understanding was that I've

3  already ruled on 547(b).  I guess this goes to ordinary

4  course?

5          MR. SCHNITZER:  It does, Your Honor.

6          THE COURT:  All right.

7          MR. SCHNITZER:  I apologize.  I'm trying not

8  waste time.

9          THE COURT:  That's all right.

10          MR. KHURANA:  The last four payments you say?

11          MR. SCHNITZER:  Yes.

12          MR. KHURANA:  19 -- sorry 12,920 by check number

13  303161, yes, that seems to be accurate.   5,440 by check

14  number 309771, yes, that seems to be the same check.  6,120

15  by 318859, yes.  And 5,440, 319551, yes.

16  BY MR. SCHNITZER:

17  Q.  Thank you.  And do you see after each check there is a

18  sheet of paper which contains what I'm going to call a

19  remittance stub.  Do you see those pages?

20  A.  Yes, I do.

21  Q.  Do those appear to be to you to be remitted stubs?

22  A.  Yes.

23  Q.  Do you recall receiving copies of these remittance stubs

24  from Vector's bank?

25  A.  I don't know, I'm sure that that would be in the images

1  CD that we receive periodically from the lockbox.

2  Q.  Do you have any reason to believe that these would not

3  have been included when First Citizens sent you whether it

4  be by email or mail?

5  A.  No, I have no reason to believe that.

6  Q.  And let's turn to the second page, the remittance stub.

7  And you see this is for check number ending 3161.  Do you

8  see that one?

9  A.  Yes.

10  Q.  And is it correct that this stub is indicating that

11  check is to pay Invoice 23577 and Invoice 23625.  Do you see

12  that?

13  A.  That's what it says here.

14  Q.  Does that application of this payment match the

15  application of your -- of how you applied it?

16  A.  No.  From what I can make out from my customer ledger,

17  this 12,920 was applied to two invoices.  One should be in

18  the amount of 7,480, the other in the amount of 5,440.  Now

19  exactly which one is the oldest at that point, I'm not for

20  sure from this document right now.

21  Q.  And if we look at the Lindner stub, it's being applied

22  to two invoices in exactly those amounts, correct, 5,440 and

23  7,480?

24  A.  Right.

25  Q.  But you do or you don't believe it's not the right

1  invoices in those amounts or you don't know?

2  A.  I don't know.  We applied it to the oldest invoice.  We

3  don't see the images.  We don't have a need to really go

4  into the images of the stub because we look at the amount

5  and we apply it to the oldest invoice period.

6  Q.  So when a client sends you a check and the check goes to

7  your lockbox and even though it includes written

8  information, Vector does not look at that remittance

9  information?

10  A.  That is correct because we get credit the very -- in the

11  morning.  We look at the payment, we apply it immediately to

12  our books, the images come later, a week, two weeks later.

13  So we cannot keep our books of account open, we just apply

14  it to the oldest invoice at that time, if the amount

15  matches.

16              THE COURT:  We need to take a break whenever it's

17  convenient in the next five minutes or so.

18              MR. SCHNITZER:  Thank you, Your Honor.

19  BY MR. SCHNITZER:

20  Q.  If you can just clarify that last part.  You said your

21  bank tells you in the morning if money was received the day

22  before.  Is that correct?

23  A.  That is correct.

24  Q.  And that's after they've received it?

25  A.  That is correct.

1  Q.  And that's after they've deposited it?

2  A.  Yes, into our operating -- we see the credit entry in

3  our operating account and that's when we -- there's always a

4  notation as to from whom, who's the payer of that invoice.

5  We just go back and apply that amount into the sales -- into

6  the customer ledger, post that entry, and be done with it.

7  And this is applied across all our customers.  That's the

8  process we follow for all our customers.

9  Q.  When you say you see it in the morning, is that because

10  it's somebody's job to access some online system and look or

11  do you get some type of correspondence?

12  A.  No, it's -- the accountant goes into the online system

13  to see what are the amount of moneys that we received

14  overnight and then apply those to our books.

15  Q.  And could one print a picture of a page from that online

16  system?

17  A.  I'm not for sure.

18  Q.  Do you ever eventually get something from the bank in

19  the mail saying when that check was received and deposited?

20  A.  That's the image of all deposits within a period that

21  the bank sends us by CD, yes.

22  Q.  Does Vector maintain those CD's?

23  A.  Yes.

24          MR. SCHNITZER:  Your Honor, I think now is a good

25  point to take a break.

1          THE COURT:  Okay, thank you.  And I apologize,

2    but I do have a meeting.  So we will be in recess until

3    1:15.  Sir, you may not discuss the substance of your

4    testimony with anyone because you're still being cross

5    examined, okay?

6          MR. KHURANA:  Yes.

7          THE COURT:  And obviously, you can talk to your

8    witnesses who are sequestered, but not about the substance

9    of what's been going on in the trial.

10         MR. KHURANA:  Okay.

11         THE COURT:  All right?

12         MR. KHURANA:  Yes, sir.

13         THE COURT:  Okey doke.  See you at 1:15.

14         MR. MONZO:  Your Honor, may we leave --

15         MR. KHURANA:  Can we just leave our --

16         THE COURT:  Yeah, you can leave everything you

17   want, yep.  You're the only matter on for today.  I have a

18   telephone conference at 3:00.

19         MR. MONZO:  Thank you.

20          [Recess from 12:11 p.m. to 1:33 p.m.]

21         THE CLERK:  All rise.

22         THE COURT:  Please be seated.  Sorry, that the

23   meeting ran over.  Do you have questions for the --

24         MR. SCHNITZER:  Yes, Your Honor.

25         THE COURT:  Retake the stand, please.  Your

1  previous affirmation is still in place.  All right, you may

2  proceed, Mr. Schnitzer.

3            MR. SCHNITZER:  Thank you, Your Honor.

4  BY MR. SCHNITZER:

5  Q.  Good afternoon, Mr. Khurana.  I believe on direct you

6  mentioned Vector has an accounts receivable department.  Is

7  that correct?

8  A.  We do not have an accounts receivable department.

9  Specifically, it's an accounting department.

10  Q.  And does Ms. Belton -- strike that.  Did Ms. Belton work

11  for that department in the summer of 2007?

12  A.  She has -- part of her responsibilities are to work with

13  the accounting department as well.

14  Q.  Okay.  Does Vector have written accounting policies?

15  A.  Yes.

16  Q.  Where are those written accounting policies kept?

17  A.  In our offices.

18  Q.  Have any written accounting policies been produced to

19  the plaintiff in this matter?

20  A.  I'm not aware of any.

21  Q.  Do those written accounting policies discuss the weekly

22  accounting meetings that you discussed on your direct

23  testimony?

24  A.  I'm not directly aware of that.  I'm not specifically

25  aware of that.

1  Q.   Do the written accounting policies discuss Vector's

2  policies with respect to contacting clients on past due

3  invoices?

4  A.   I'm not particularly aware of that.

5  Q.   Were written accounting policies given to every employee

6  of Vector?

7  A.   Could you repeat that, please?

8  Q.   Were Vector's written account policies given to every

9  employee of Vector?

10 A.   No, I don't see the need for that.

11 Q.   Okay.  Are they given to any employees of Vector?

12 A.   Only at the time of orientation for a new employee

13 they're made aware of those policies.

14 Q.   Are they made aware of those policies from being given

15 them or from some other means?

16 A.   I don't recall the specifics, but they would be made

17 aware of such a policy and they would be told where they are

18 and they can access those and how to look at those.

19 Q.   At the time Ms. Belton started working for Vector which

20 I believe she said was in '06, was she made aware of

21 Vector's accounting policies?

22 A.   I'm assuming under the orientation program she would

23 have gone through everything.

24 Q.   Sitting here today, you don't know if she has a copy of

25 Vector's written account policies?

1  A.  No, I do not.

2  Q.  Okay.  In 2007, did Vector have a policy as to how an

3  invoice was to be provided to a client?

4  A.  Yes.

5  Q.  And what was that policy?

6  A.  Generally speaking, the invoice policy is determined by

7  how the client would want the invoice to be submitted to

8  them.  It could be via email, it could be via mail, could be

9  fifteen days, could be bimonthly, could be weekly.  It all

10  depends on the contract.  So whatever is stipulated on the

11  contract is the way invoicing is done.

12  Q.  Do your contracts specifically mention the method by

13  which invoices are to get to a client?  And by method, I

14  mean email, fax, mail?

15  A.  Sometimes they do, sometimes they don't.

16  Q.  Is it fair to say if you turn to Exhibit 1 in the small

17  binder which is a professional services agreement, that it

18  does not state how the invoices are to get to the client?

19  A.  Did you say Exhibit 1?

20  Q.  Correct.

21  A.  That is correct.

22  Q.  Is it Vector's policy or practice to regularly send an

23  invoice to a client more than once?

24  A.  No.

25  Q.  Is it Vector's policy or practice to regularly send an

1  invoice to a client three times?

2  A.  Not regularly unless it is -- there is a reason for

3  that.

4  Q.  Is it regularly Vector's practice to send an invoice to

5  a client four times?

6  A.  No, unless there's a need for it.

7  Q.  Okay.  In your direct testimony, you discussed the

8  practice of applying payment to the oldest invoice.  Do you

9  recall that testimony?

10  A.  Yes.

11  Q.  Is that Vector's practice even if informed by the client

12  as to what the payment is supposed to pay?

13  A.  Yes.  As I said, the client information is not seen by

14  us.  We apply the payments even on the day they are received

15  by our lockbox on the following day.  We do not get to see

16  what the client instructions are.  So we apply them to the

17  oldest invoice regardless.

18  Q.  Now eventually you testified you do finally get that

19  information from your lockbox bank --

20  A.  We do get that information via CD and was saved away.

21  We don't have to look at that.

22  Q.  So it's fair to say that when you get that information,

23  even if it contains instructions from the client as to how

24  to apply the payment, you do not change your application?

25  A.  That is correct.

1   Q.   You stick with the oldest invoice?

2   A.   Yes.

3   Q.   Is this policy -- strike that.  Would you call this a

4   policy or a practice?

5   A.   Practice.

6   Q.   Okay.  Is this practice known to all Vector's employees?

7   A.   Yes.

8   Q.   Specifically is it known to Ms. Belton as far as you

9   know?

10  A.   Yes.

11  Q.   And is it fair to say all Vector employees are supposed

12  to follow that policy, practice?

13  A.   Not all Vector employees, people who are related to the

14  accounting function.

15  Q.   And Ms. Belton would be one of those.  Correct?

16  A.   That is correct.

17  Q.   Does Vector have a policy or practice with respect to

18  double payments?

19  A.   Could you elaborate on that?

20  Q.   What I mean by a double payment for instance, what would

21  Vector do if you received a check for an invoice that was

22  already paid?

23  A.   There's several scenarios that can emerge from that.  If

24  for example that was a last invoice and we do not expect any

25  other moneys and the customer double pays we will inform the

1   customer that they have double paid.  Which means there's a

2   credit balance for that customer on our books of account.

3   So that's one scenario, but there can be several scenarios.

4   But if you're overpaid or and -- by a customer at the end of

5   the day when we look at our books of accounts, if there's a

6   positive balance in favor of the customer, we inform them.

7   Q.  And if they ask, would you give it back to them?

8   A.  Yes.

9   Q.  Now let's talk about these, I believe you said they were

10  weekly meetings with the accounting department.

11  A.  Yes.

12  Q.  Is that correct?

13  A.  With the accountant, not the entire department.  I have

14  a meeting one on one with the accountant.

15  Q.  And then the accountant meets with the accounting

16  department?

17  A.  That is correct.

18  Q.  And you're not at that meeting?

19  A.  No, I am not at that meeting.

20  Q.  So you don't really know what happens at that meeting?

21  A.  That is correct.

22  Q.  You just have a belief as to what's supposed to happen

23  at that meeting?

24  A.  Yes, we flag all the action items during my meeting with

25  the accountant and then the accountant goes and sits with

1    her team and determine how to follow up with those action

2    items.

3    Q.   Can you tell me again what was the name of the

4    accountant?

5    A.   Currently, it's Diane Stooler [ph].

6    Q.   When you're determining an action item, I believe you

7    mentioned that includes an invoice that hasn't been paid.

8    Is that correct?

9    A.   Yes.

10   Q.   And would that only be invoices that are past due or all

11   open invoices?

12   A.   No, we look at everything, but the items that are

13   flagged for action are items that are past due.

14   Q.   Okay.  And just to make sure we're on the same page,

15   what does past due mean to you?

16   A.   For example, in this case, if AHM is supposed to pay

17   within 30 days of invoicing and we have not yet -- and 30

18   days have elapsed and we have not seen that payment, that

19   would be construed as past due.

20   Q.   So on the 31st day, it now goes into the past due

21   column?

22   A.   It goes into the 30 to 60 day bucket of aging and those

23   are the ones that are construed as past due.

24   Q.   And that would come up in your weekly meeting with your

25   accountant?

1  A.   Yes.

2  Q.   And then you believe your accountant would then discuss

3  that with the accounting department?

4  A.   That is correct.

5  Q.   And then their job at least in part was to contact the

6  client to determine the status of the payment.  Is that

7  correct?

8  A.   That is correct.

9  Q.   And when you determined whether an invoice was past due

10  or not, you were looking at the ledger which I believe is

11  Exhibit 2 that you looked at in the small binder.  Is that

12  correct?

13  A.   No, I look at the accounts receivable report.  I don't

14  look at individual customer ledgers, I look at an AR report.

15  Q.   And does the AR report have actual invoice numbers?

16  A.   Yes.

17  Q.   So there is somewhere an AR report that has invoice

18  numbers which relate to American Home?

19  A.   Yes.

20  Q.   Has that AR report been produced to us in this matter?

21  A.   I'm not aware of that.

22  Q.   And would that AR report -- strike that.  If the ledger

23  -- do the ledger and the AR report match in some fashion?

24  A.   They should.

25  Q.   Such that if the ledger indicates to you that an invoice

1   has been paid, it won't be on the past due and the AR

2   report.  Correct?

3   A.  Right.

4   Q.  Because if it's already been paid, by definition it

5   can't be past due, right?

6   A.  That's correct.

7   Q.  Let's say you have an invoice dated April 20 and terms

8   are 30 days.  When is that invoice due?

9   A.  Approximately May 20.

10   Q.  And so if it's May 21 and that invoice hasn't been paid,

11   it's now past due.  Correct?

12   A.  That is correct, technically, yes.

13   Q.  And if you continue on receiving no payments, it's past

14   due on the 22nd, the 23rd?

15   A.  Yes.

16   Q.  June, July, August?

17   A.  That is correct.

18   Q.  If on the other hand it's paid let's say on May 20, it's

19   no longer past due on May 21.  Correct?

20   A.  Yes.

21   Q.  If you can flip to Exhibit 9 in the big binder which is

22   your declaration.

23   A.  Yes.

24   Q.  And let's go to Page 4, Paragraph 8.

25   A.  Yes.

1  Q.  Do you see that?  And do you see the table?

2  A.  Yes.

3  Q.  This was part of your declaration.  Correct?

4  A.  Yes.

5  Q.  And you believe this is correct?

6  A.  It is correct.

7  Q.  Okay.  And would this match the information contained in

8  the ledger which is your Exhibit 2 in the small binder?

9  A.  It should, yes.

10  Q.  Okay.  And would that also match the information in

11  Exhibit 7 in the small binder, the tab Appendix B, the

12  ordinary course of business analysis?

13  A.  That is correct, it should.

14  Q.  Okay.  It's all one data source, right?

15  A.  Yes.

16  Q.  Okay.  There aren't two sets of records, right?

17  A.  No.

18  Q.  Okay.  And the reason I'm asking is I don't want to go

19  through each one.  So if we just focus on Page 4 of your

20  declaration, that should be the same as anything else,

21  right?

22  A.  Right.

23  Q.  Okay.  Do you see two lines up from the bottom, do you

24  see the invoice date 4/20/07?

25  A.  Yes.

1  Q.  And that's Invoice 23702, right?

2  A.  Um-hum.

3  Q.  Invoice for $5,440?

4  A.  Yes.

5  Q.  And is it correct that invoice was paid on June 6, 2007?

6  A.  Yes, that's for this, correct.

7  Q.  I want you now to flip to Exhibit 14 and find the page

8  that ends in the number 35.

9  A.  Okay.

10 Q.  And do you see the top email from Ms. Belton to Ms.

11 Singh?

12 A.  Yes.

13 Q.  And what's the date of that email?

14 A.  June 12.

15 Q.  And what's the subject of that email?

16 A.  Past due Invoice 23702.

17 Q.  Okay.  Now just a few minutes ago we discussed that

18 Invoice 23702 was paid as of June 6.  Correct?

19 A.  Yes.

20 Q.  So it's correct that it's not past due as of June 12.

21 Correct?

22 A.  Not necessarily.  I can elaborate on that because --

23 Q.  Let me ask --

24 A.  -- if this was an invoice that was resubmitted and as

25 per what AHM was saying in their records this was not paid

1  and the only way AHM can refer and look at this invoice is

2  as per their records.  They don't have visibility into my

3  records.

4  Q.  Okay.

5  A.  The way I've applied it into my records is different.

6  I've applied it to the oldest invoice when I get a payment.

7  But in their records, if I tell them something from my data,

8  they may or may not co-relate that.

9          MR. SCHNITZER:  Your Honor, I'm going to move to

10  strike the entire answer as non-responsive.

11          THE COURT:  Overruled.  I thought it was very

12  responsive.

13          MR. SCHNITZER:  Mr. Khurana, at the time of this

14  email on June 12, 2007, did Ms. Belton have anything from

15  American Home indicating that this invoice had not been

16  paid?

17          MR. MONZO:  Objection, Your Honor, with regard to

18  the standing objection to the truth of the matter of these

19  emails.

20          THE COURT:  From -- that Ms. Belton said?

21          MR. MONZO:  Ms. Belton.  I believe if he's

22  affirming to what she said on the stand that's one thing.

23  If he's referring to what she said in her email, I'm not

24  sure.  I don't want him to go beyond what's --

25          THE COURT:  It's admission of a party opponent,

1  overruled.

2          MR. MONZO:  Okay, thank you, Your Honor.

3          MR. KHURANA:  Could you repeat that, please?

4  BY MR. SCHNITZER:

5  Q.  I'll strike the question.  Is it correct that on June

6  12, 2007, approximately 2:26 in the afternoon, Ms. Belton

7  emailed Ms. Singh the email that we're looking at on Page

8  35?

9  A.  Yes.

10 Q.  And is it correct that she states I have attached the

11 past due invoice for the service of Peter Lindner dated

12 April 20, 2007?

13 A.  Yes.

14 Q.  And is it correct that according to your declaration

15 which I believe you signed under penalty of perjury, that

16 Invoice 23702 was paid as of June 6.

17 A.  It is true that in my books 23702 was paid, but as per a

18 conversation with AHM in their records, 23702 was not paid

19 as on June 12 and that's why that invoice was resubmitted

20 because they stated that they had lost that invoice.

21 Q.  Did you have a personal conversation with anyone at

22 American Home regarding this invoice?

23 A.  Not me personally.

24 Q.  So you have no personal knowledge of any such

25 conversation with American Home.  Is that correct?

1  A.  Not direct personal knowledge.  I have not had that

2  conversation.  I know my team has had that conversation.

3  Q.  And you know for a fact that happened before June 12,

4  2007 at 2:26 p.m.?

5  A.  Yes.

6  Q.  And who supposedly had that conversation?

7  A.  It's probably Tracey, I'm not very sure.  But someone in

8  the accounting department did have that conversation and

9  that's what determined that that invoice was missing.

10 Q.  Let's go to the next page, the page actually before,

11 sorry, Page 34.  Do you see the email at the bottom from Ms.

12 Singh?

13 A.  Yes.

14 Q.  Do you see where she states to Ms. Belton, Tracey, this

15 was sent to AP for payment?

16 A.  This is on 30 --

17 Q.  34 at the bottom.

18 A.  34 at the bottom, Bonnie Singh.  Yes, it is -- there is

19 an email from Bonnie Singh here to Tracey.

20 Q.  And is it correct that it states, Tracey, this was sent

21 to AP for payment?

22 A.  Yes.

23 Q.  Do you have any reason to doubt the accuracy of this

24 email?

25 A.  Not just by in isolation.

1    Q.   Okay.  Do you have any reason to doubt what Ms. Singh

2    states in this email?

3              MR. MONZO:  Objection, Your Honor.  The email is

4    what the email is.  I mean, that's -- it's -- we've gone

5    through this earlier this morning and what Ms. Singh said to

6    Tracey Belton in her email is as stated on the record on the

7    pages here.

8              THE COURT:  Yeah, agreed or sustained.

9    BY MR. SCHNITZER:

10   Q.  I direct your attention to Page 32 of this exhibit, the

11   bottom email.  Let me know when you're there.

12   A.  Yep.

13   Q.  Do you see that it's dated June 26, 2007, 10:07 a.m.?

14   Do you see that email?

15   A.  Yes, I do.

16   Q.  Do you see where it says importance high?

17   A.  Yes.

18   Q.  Do you know what that means?

19   A.  It just means high importance.

20   Q.  Okay.  Do you know if there's a way to label emails high

21   importance as opposed to not labeling them as such?

22   A.  Yeah.

23   Q.  There's a method on your email system to do that.

24   Correct?

25   A.  That's general email practice everywhere, I guess.

1  Q.  Where you can choose high importance if you want?

2  A.  That is correct.

3  Q.  And is it fair to say from a copy of this email that Ms.

4  Belton chose to label that email high importance?

5  A.  Well it says that.

6  Q.  And if you flip back to the other pages of this exhibit,

7  do you see any other email in which it says high importance?

8  A.  No, I don't.

9  Q.  And is it correct in this email that she states in the

10 last sentence Invoice 23702 is more than 60 days past due?

11 It's on Page 33.

12 A.  Yes.

13 Q.  I just want to first understand that.  Sixty days past

14 due would be 60 plus 30 from the date of the invoice.

15 Correct?

16 A.  Technically speaking that is correct.

17 Q.  So roughly three months?

18 A.  Yes, from the date of invoice.

19 Q.  So if this invoice according to your records is dated

20 April 20, 2007, three months from that would be roughly July

21 20?

22 A.  Yes, where she's talking about the 60 day total aging

23 from the date of invoice.

24 Q.  Okay.  So she means 60 days from April 20.

25 A.  From the invoice, yes.

1  Q.  And that's consistent with the fact that this email is

2  dated June 26?

3  A.  Yeah.

4  Q.  At that point, the invoice is more than 60 days old.

5  A.  It's about 60 days, that is correct.

6  Q.  And it's like 36 days past due?

7  A.  Yes.

8  Q.  Let's go to the email in the middle on Page 32.  Do you

9  see the email from Ms. Abraham to Ms. Rocco?

10  A.  I do.

11  Q.  Do you see the second to last line where it states that

12  they are past due invoices and Stacey from Vector Consulting

13  keeps calling me for the payment status?

14          MR. MONZO:  I'm sorry, which page are your

15  referring to?

16          MR. SCHNITZER:  Page 32, AHM00032.

17          MR. MONZO:  Your Honor, I'll have to object to

18  this question because it doesn't appear that Ms. Belton is

19  on that email and I think we discussed that earlier as well.

20          MR. SCHNITZER:  Your Honor, I'm allowed to ask

21  about a document whether that yet at this point is in

22  evidence.  I'm asking if that's what it states.  Much like

23  Mr. Monzo asked Mr. Khurana many questions on documents

24  which are not in evidence and have not even been moved into

25  evidence so I'm honestly not sure what the difference is at

1  this point.

2          MR. MONZO:  Your Honor, the difference is he's

3  asking questions in which this witness nor anybody else from

4  Vector is a party to that email.  And for purposes of Ms.

5  Belton's testimony, she testified to the authenticity

6  regarding emails that she was either a party from or to an

7  email.

8          THE COURT:  Um-hum.

9          MR. MONZO:  And now questions are going towards

10  emails which there's no foundation set nor is there any way

11  to authenticate the information that's set forth.  So, Your

12  Honor, it's hearsay and I don't think he's gone over -- he's

13  overcome that burden at this point.

14          MR. SCHNITZER:  Your Honor, there are a couple of

15  issues.  First of all, it's not important at the present

16  time that it may or may not be hearsay because I'm not

17  moving it into evidence.  That's the issue with hearsay.

18  Secondly, I do intend later to have a witness to

19  authenticate these emails and I do believe this email can

20  come in either under a present sense impression, as well as,

21  a party admission and I merely intend to inquire of Mr.

22  Khurana about this statement about whether his employee, in

23  fact, was calling American Home regarding such an invoice.

24          THE COURT:  Objection overruled.

25          MR. SCHNITZER:  Thank you, Your Honor.

1              THE COURT:  Do you understand the question?

2              MR. KHURANA:  I'd like you to repeat that,

3    please.

4    BY MR. SCHNITZER:

5    Q.  I believe my question was do you see the second to last

6    line in this email where it states they are past due

7    invoices and Stacey from Vector Consulting keeps calling me

8    for the payment status.  Do you see that line?

9    A.  I see that line.

10   Q.  As part of these weekly accounting meetings you had with

11   your accountant, was your accountant instructed to tell the

12   accounting department to communicate with clients regarding

13   past due invoices?

14   A.  I do not instruct them specifically as to what they have

15   to do.  I just tell them that we discuss or flag items which

16   are past due and then the accountant goes back, discusses

17   with the team, and figures out the best course of action.

18   Q.  And I believe on direct testimony you made the point of

19   saying and you said that then the accounting department

20   politely contacts the client regarding the status of

21   payment.  Correct?

22   A.  Yeah, if they determine that they have to contact the

23   client, it's done very politely by email first.  And if

24   there's a need to again contact them either via phone or

25   email, we'll do that.

1 Q.  So some of the contact can be by phone?

2 A.  Absolutely.

3 Q.  So it wouldn't surprise you if Ms. Belton, in fact,

4 contacted American Home with respect to a past due invoice?

5 A.  It would not surprise me that she contacted them.

6 Q.  You would just expect it to have been done politely.

7 Correct?

8 A.  Yes.

9 Q.  After emails?

10 A.  That is correct.

11 Q.  And if we flip through Exhibit 14, you can see there are

12 various emails from Ms. Belton regarding this invoice, as

13 well as, another.  Correct?

14 A.  Yes.

15 Q.  So it's possible she sent a few emails and then made a

16 phone call?

17 A.  Absolutely.

18 Q.  Is it possible she made more than one phone call?

19 A.  It is possible.

20 Q.  Two or three?

21 A.  Maybe.

22 Q.  Exhibit 14, when was the first time you saw these

23 emails?

24 A.  Are these under -- all the emails under 14?

25 Q.  Yep.

1  A.  I don't quite recall the date when I saw them or the

2  timeframe.

3  Q.  Let's pick the second to last one, it's on Page

4  AHM00035.

5  A.  Okay.

6  Q.  It's the email dated June 12, 2:26 from Ms. Belton to

7  Singh.  Do you see that?

8  A.  Um-hum, yes.

9  Q.  Do you know when the first time was you saw that email?

10  A.  No, I don't remember that.

11  Q.  It's fair to say you're not cc'd on it.  Correct?

12  A.  That is correct.

13  Q.  As far as you know, were bc'd on it?

14  A.  No.

15  Q.  Okay.  Do you know if you received it or saw it on or

16  about when Ms. Belton sent it?

17  A.  No.

18  Q.  Is it fair to say you've seen it sometime before today?

19  A.  Yes.

20  Q.  So between '07 summer and 2011 summer, you've seen it,

21  right?

22  A.  Yes.

23  Q.  The first time you saw it or the second time you saw it,

24  did you ever instruct anybody to search Vector's emails for

25  this specific email?

1  A.  No.

2  Q.  At any point in time since 2007, have you done a search

3  of Vector's emails for any emails relating to American Home?

4  A.  Not me, no.

5  Q.  Have you instructed anybody at your company to do such

6  an email search?

7  A.  No, I have not instructed anybody.

8  Q.  Do you know if anybody at Vector did such a search?

9  A.  I don't know.

10  Q.  Stay on Page 35.  The bottom email from Ms. Prossod, do

11  you believe Invoice 23702 was attached to that email when it

12  was originally sent?

13  A.  Yes.

14  Q.  The email above it from Ms. Belton to Ms. Singh on June

15  12, 2:26 in the afternoon, do you believe Invoice 23702 was

16  attached to that email when it was originally sent?

17  A.  Yes, it was -- this invoice was resubmitted on that day.

18  Q.  So yes, the invoice --

19  A.  Yes.

20  Q.  -- was attached.  Correct?

21  A.  Yes.

22  Q.  I'm going to direct your attention to Exhibit 17 and I

23  want you to go to page labeled SEIN044.  Let me know when

24  you're there.

25  A.  I'm there.

1  Q.  Do you see the bottom email from Ms. Belton to Ms.

2  Abraham on June 26 at 10:20?

3  A.  Um-hum.

4  Q.  Looking at that email which flips to the next page, do

5  you believe Invoice 23702 was attached to that email when it

6  was sent?

7  A.  Yes.

8  Q.  And if you go down to the email below it which is from a

9  few weeks earlier, do you see the email dated June 13, 2007,

10  10:52 a.m.?

11  A.  Yes.

12  Q.  And do you believe that Invoice 23702 was attached to

13  that email when it was originally sent?

14  A.  Yes.

15  Q.  Flip to Exhibit 1 in the small binder.

16  A.  Yes, sir.

17  Q.  Do recall on your direct discussing this professional

18  services agreement?

19  A.  Could you repeat that again?

20  Q.  Do you recall discussing the professional services

21  agreement in your direct testimony with Mr. Monzo?

22  A.  Yes.

23  Q.  Okay.  And do you recall discussing specifically

24  Paragraph 3 labeled service fees?

25  A.  Uh-huh.

1  Q.   Is it correct that under that section, that company

2  which is Vector shall submit invoices to the customer which

3  is American Home every 15 days.   Is that correct?

4  A.   Yes.

5  Q.   Vector was required to submit invoices every 15 days?

6  That's correct?

7  A.   Yes.

8  Q.   Did Vector do that?

9  A.   For the most part, yes.

10 Q.   When you say for the most part is there a time in which

11 they didn't submit them every fifteen days?

12 A.   Well these things don't follow strictly fifteen days in

13 terms of submitting invoices.   We're supposed to invoice

14 them for fifteen day periods of work that have been provided

15 by our programmer out there.   And because invoices have to

16 be supported by signed time sheets, there could be instances

17 where invoices might be submitted more than fifteen days

18 later.   So it depends on when the timesheets come in.   But

19 it is for fifteen day work periods.

20 Q.   So that's what the fifteen days means here, it means two

21 weeks at work, plus another day?

22 A.   No, I don't understand --

23 Q.   Explain the fifteen.

24 A.   Pardon me.

25 Q.   Explain the fifteen.

1  A.  It's the fifteen days of work.  In this case, it is for

2  work performed from the 1st through 15th of the month and

3  then 16th through the end of the month.  And so invoices are

4  so supposed to be raised at that period as the date,

5  dependent on when the signed timesheets come in.  Signed

6  timesheets can come in two days later, five days later, a

7  week later, one day later, it could come the same day.

8  Q.  What's the latest a signed timesheet would come in?

9  A.  There's no guarantee as to -- if the manager who's

10  supposed to sign the timesheet is on leave, it may not be

11  there for ten days, who knows.

12  Q.  How many people are supposed to sign the timesheet?

13  A.  Typically one.

14  Q.  Not the actual worker also?

15  A.  Yeah.  When I said -- well, I'm sorry, I misunderstood

16  that.  The worker and the immediate supervisor.

17  Q.  So for a timesheet to then become an invoice effectively

18  you need two signatures?

19  A.  Normally, yes.

20  Q.  What happens if you're missing one of two signatures?

21  A.  It doesn't matter, the client's signature overrides

22  everything else.

23  Q.  So you don't need the actual employee --

24  A.  I do not.

25  Q.  Sorry, let me try to finish that.  You don't need the

1  actual employee to have signed the timesheet attesting to

2  the fact that he actually worked?

3  A.  That is correct.

4  Q.  I apologize for the constant flipping back and forth,

5  but let's go back to Exhibit 9 in the big binder, your

6  declaration.

7  A.  Um-hum.

8  Q.  And I want to go back to that table in Paragraph 8 which

9  is on Page 4.

10  A.  I'm sorry, Exhibit 9, Page 4?

11  Q.  Yep.

12  A.  I'm sorry.  All right.

13  Q.  Thank you.  Do you see the table?

14  A.  Yes, sir.

15  Q.  Is it correct that according to this table and according

16  to Vector, two invoices were paid both on May 7.  Is that

17  correct?

18  A.  Yes.

19  Q.  And that would be invoice according to Vector, 23577 and

20  23653.  Correct?

21  A.  That is correct.

22  Q.  Now as per your testimony earlier, you didn't actually

23  personally receive the check to pay these invoices.

24  Correct?

25  A.  That is correct.

1  Q.  You believe it went to your lockbox?

2  A.  I know it went to the lockbox.

3  Q.  Okay.  And you believe your bank informed you as to when

4  it received that payment?

5  A.  They do not inform, they apply a credit to my account

6  and then we go into the online system and see the details

7  behind that.

8  Q.  And you believe that credit was applied on May 7?

9  A.  Yes.

10 Q.  Do you have any documents to show that, in fact, that

11 credit was applied on May 7?

12 A.  I'm sure if you go into the banking, bank system, we

13 should be able to see that.

14 Q.  Do you know if any of those documents have been provided

15 to us?

16 A.  I'm not aware of that.

17 Q.  Okay.  Is it possible that, in fact, that payment was

18 received later than May 7?

19 A.  No.

20 Q.  Possible someone made a typo?

21 A.  I don't think from what I understand in the banking, in

22 the lockbox system, no one enters the date of the instrument

23 or the date an amount is received or applied.  That's in

24 real time by the system itself.  That's my understanding of

25 the system without going into further details.

1  Q.  Let me make sure I understand.  Someone at Vector looks

2  at this system and then types something into Vector's

3  system.  Correct?

4  A.  Yes, in Vector's books it is applied manually, that is

5  correct.

6  Q.  Who's the person who types that in manually?

7  A.  The accountant.

8  Q.  That's the same person we discussed earlier?

9  A.  Yeah, at that time the accountant was Nilan [ph], right

10 now it's Diane.

11 Q.  Couldn't Nilan have made a mistake?

12 A.  Anyone could make a mistake.

13 Q.  So it's possible it could have been May 14, not May 7,

14 right?

15 A.  I don't know.  I mean, anyone -- it's human -- anyone

16 can make a mistake.

17 Q.  Okay.  Are there any mistakes contained in the table in

18 Paragraph 8 of your declaration?

19 A.  No.

20 Q.  You've checked it?

21 A.  Yes.

22 Q.  Okay.  Can you keep this table open and flip to Appendix

23 B to the small binders, Exhibit 7?

24 A.  Sure.

25 Q.  I believe on direct, you testified that your expert, I

1  believe you called him Brad or Bradley, he prepared Appendix

2  B.  Is that correct?

3  A.  Based on what we provided, yes.

4  Q.  Okay.  In the box that has seven columns --

5  A.  Um-hum.

6  Q.  -- are those seven columns your -- six columns from

7  Paragraph 8 of your declaration?

8  A.  I'm not sure.

9  Q.  Okay.  And it looks to me the only other column is clear

10 date.  I just want to understand if your expert source of

11 information was the same source of information that you

12 prepared your box under Paragraph 8 from.

13 A.  The raw data is the same whether it was this specific

14 table that was provided to the expert.  I'm not aware of

15 that.

16 Q.  Okay.  On the right column in both the appendix, as well

17 as, your exhibit, there is something called difference in

18 days.  Correct?

19 A.  Yes.

20 Q.  Who determined that?

21 A.  On the Appendix B, it was determined by Ms. -- by the

22 expert.

23 Q.  And what about in the exhibit as part -- well the table

24 as part of Paragraph 8 of your declaration?  Who did that?

25 A.  This is probably my accounting department, I'm not sure.

1    They appear to be the same.

2    Q.   And it looks like it's the same as the last page of your

3    declaration also, right, or second to last page?

4    A.   That is -- excuse me, Page 4?

5    Q.   No, I mean that there are some exhibits attached to your

6    declaration that should be Appendix E.  Do you have an

7    Appendix E?

8    A.   Yes, I do.  Yes, I do.

9    Q.   Okay.

10   A.   Yes, at first glance, it looks kind of similar.

11   Q.   The same, okay.  I want to discuss that appendix for a

12   brief period of time.  Do you believe the information in

13   Appendix E to your declaration are correct?

14   A.   Yes.

15   Q.   Okay.  Do you see on the right towards the bottom where

16   it says average number of days pre-preference period,

17   historical period.  Do you see that?

18   A.   Yes.

19   Q.   And do you see it says 26?

20   A.   Yes.

21   Q.   Do you believe that's correct?

22   A.   Yes.

23   Q.   And just to make sure we're on the same page, that to me

24   means then the historical period Vector was paid on average

25   26 days after invoice date.  Is that correct?

1  A.  Yes.

2  Q.  Okay.  And is it correct that the terms under the PSA --

3  sorry, that's what I'm calling the professional services

4  agreement, were 30 days.  Is that correct?

5  A.  Within 30 days.

6  Q.  Within 30 days.  Is it fine to call it PSA?  Is that

7  what you call it?

8  A.  Yes.

9  Q.  Okay.  And if we looked at the historical payments in

10  this exhibit, we would see that there are ten of them.

11  Correct?

12  A.  Give me the cutoff date for the historical period and I

13  can tell you.  I can count -- but there are approximately

14  ten, that is correct.

15  Q.  All the ones paid before May 7.

16  A.  Including May 7 there are ten.

17  Q.  Not including May 7.

18  A.  Excluding May 7, yes, there are ten.

19  Q.  And is it correct that eight of those ten are paid in

20  less than 30 days?

21  A.  Yes.

22  Q.  Now if we go to the -- one of the things down below

23  where it says average number of days preference period, do

24  you see that?

25  A.  Yes, I do.

1    Q.  And it says 51.  Is that correct?

2    A.  Yes.

3    Q.  And so we make sure we're on the same page here, that

4    means during the preference period which are the payments

5    here that are shaded --

6    A.  Yes.

7    Q.  -- those invoices were paid on average 51 days after

8    invoice date.  Is that correct?

9    A.  That is accurate.

10   Q.  And based upon our earlier discussion about past due, is

11   it fair to say those invoices were past due when they were

12   paid on average?

13   A.  Yes.

14   Q.  Okay.  And if we look at the actual preference payments,

15   there are five invoices paid by four checks.  Correct?

16   A.  Yes.

17   Q.  And if we look at all of them, all five of them are

18   actually paid past due.  Correct?

19   A.  Yes.

20   Q.  Let's turn to Exhibit 15 in the big binder.

21   A.  All right.

22   Q.  I want to start towards the end.  I want to start with

23   the document that's labeled VC-021 to VC-025.

24   A.  Okay.

25   Q.  Do you see those?

1    A.   Yes.

2    Q.   What are they?

3    A.   I wish I had my glasses today.

4    Q.   And I don't mean exactly, I mean generally speaking,

5    what are these?

6    A.   This is payroll data for Mr. Peter Lindner from the ADP

7    payroll register.

8    Q.   And do you believe these generally reflect certain

9    payments made through payroll by Vector to Mr. Lindner?

10   A.   Yes.

11   Q.   And do you believe these are true and accurate copies of

12   such payroll records?

13   A.   Yes.

14   Q.   Was Mr. Lindner performing work during the relevant time

15   period which is spring/summer of '07 for anybody other than

16   American Home?

17   A.   No.

18   Q.   So --

19   A.   Not that I'm aware of.

20   Q.   -- if he was getting paid by Vector for work during this

21   time period, it would be for American Home work.   Correct?

22   A.   Yes.

23             MR. SCHNITZER:   Your Honor, I would like to move

24   and I apologize it will be part of an exhibit.   I would like

25   to move VC-021 to VC-025 into evidence.

1      THE COURT:  We're looking at 15, right?

2      MR. SCHNITZER:  Correct.

3      THE COURT:  Oh, there it is.  VC what?

4      MR. SCHNITZER:  21 --

5      THE COURT:  Uh-huh.

6      MR. SCHNITZER:  -- through 25.

7      THE COURT:  Any objection?

8      MR. MONZO:  Is that the payroll records?

9      MR. SCHNITZER:  Correct.

10     MR. MONZO:  No objection, Your Honor.

11     THE COURT:  It's admitted.

12     MR. SCHNITZER:  Thank you, Your Honor.

13   BY MR. SCHNITZER:

14   Q.  I want you to flip to the front of Exhibit 15.

15   A.  Okay.

16   Q.  And see the first page is labeled defendant's objections

17   and responses to plaintiff's first request for admissions,

18   plaintiff's first set of interrogatories, and plaintiff's

19   first requests for the production of documents.

20   A.  Right.

21   Q.  Is that what you have in front of you?

22   A.  Yes, I do.

23   Q.  Have you ever seen this document before?

24   A.  Yeah.

25   Q.  Okay.  If we turn to Page 19 of it which is right before

1  the documents are produced, see if you find the page labeled

2  verification of answers to interrogatories.

3  A.  Right.

4  Q.  And that's your signature.  Correct?

5  A.  Yes.

6  Q.  So you believe you saw this document on or about March

7  1, 2010 which is the date on Page 18?

8  A.  Um-hum.

9          THE COURT:  I'm sorry.  Um-hum isn't a good

10  answer.

11         MR. KHURANA:  Yes.

12         THE COURT:  Yes.  Could you also move the mike a

13  little closer, please.

14         MR. KHURANA:  Yes, Your Honor.

15         THE COURT:  Thank you.

16  BY MR. SCHNITZER:

17  Q.  If you could flip to Page 14 of this document.

18  A.  Yes.

19  Q.  Do you see where it says request for production #1?

20  A.  Yes.

21  Q.  Do you recall seeing this on or about or somewhere near

22  March of 2010?

23  A.  Yes.

24  Q.  And do you see it states all documents identified,

25  referred to, or utilized in any manner in responding to

1  plaintiff's first request for admissions, served

2  concurrently with this request for the production of

3  documents?

4  A.  Yes.

5  Q.  And then the answer says to the extent not already

6  provided, response and documents will be produced.

7  A.  Yes.

8  Q.  Do you see that?

9  A.  Yes, yes.

10  Q.  Do you know what documents were produced in response to

11  this request?

12  A.  I don't specifically remember.

13  Q.  If I asked you a similar question with respect to all 13

14  requests, do you have any specific knowledge on any of these

15  specific requests?

16  A.  No, I don't specifically remember the documents.

17          THE COURT:  How much longer we got?

18          MR. SCHNITZER:  I'd say about five minutes, Your

19  Honor.

20          THE COURT:  All right.  Let's get 'er done.

21          MR. SCHNITZER:  Can I take one minute, Your

22  Honor, and then I might be done even sooner.

23          THE COURT:  Yes.

24          MR. SCHNITZER:  Your Honor, this might be a

25  clarification.  I believe you allowed me to at least discuss

1    one email saying it was a party admission.  Since the emails

2    before we just allowed on authentication purposes, I want to

3    clarify that and effectively move the emails into -- well I

4    want to move the email with respect to the party admission

5    into evidence for the truth of the matter as opposed to just

6    for authentication purposes.

7            THE COURT:  That was admitted.

8            MR. SCHNITZER:  Your Honor, subject to recross, I

9    have no further questions for Mr. Khurana.

10           THE COURT:  There won't be recross.  Redirect?

11           MR. MONZO:  I'll be very brief, Your Honor.

12                      REDIRECT EXAMINATION

13   BY MR. MONZO:

14   Q.  Mr. Khurana, you've testified on cross examination

15   regarding the NAICS codes, I believe.

16   A.  Yes.

17   Q.  Okay.  And just for purposes of clarification, what were

18   the applicable codes to Vector's business?

19   A.  From memory, what I believe is 541, 511, 512, 513, and

20   519.  Those are four codes that are applicable to our

21   company.

22   Q.  And it's a six-digit number.  Correct?

23   A.  Yes.

24   Q.  And the first digits of those numbers are 5415?

25   A.  That is correct.

1          MR. MONZO:  Okay.  I have no further questions,

2    Your Honor.

3          THE COURT:  All right, thank you.  Thank you,

4    sir, you may step down.

5          MR. KHURANA:  Thank you.

6          THE COURT:  Before you call your next witness,

7    just give me a few minutes to check my notes on a couple

8    things.  Let me ask a couple questions of counsel.  Why

9    don't you both get up there because I just want to -- I'm

10   having trouble getting my -- no, no, up at the podium,

11   sorry.  I'm having some trouble getting a handle on the

12   different parties positions.  So I may need some notes.  I'm

13   going to ask you about five invoices.  And I want to know

14   your -- I'm going to want to know your position on invoice

15   date, amount paid, date of payment.  All right?  So I can

16   try to figure this out.  To kind of -- and I'm having

17   trouble reconciling the testimony with the pretrial stip, et

18   cetera.  All right.  So looking at and we can start with the

19   plaintiff, I guess.  Looking at -- and part of the problem

20   I'm having -- hopefully I can say a complete sentence soon.

21   Part of the problem I'm having is there seems to be -- I

22   have a hard time reconciling invoice numbers with payments

23   which, of course, is what the whole case is kind of about.

24                         (Laughter)

25          THE COURT:  But Mr. Schnitzer, Invoice #23577

1  which was in the amount of 5,440.  Is that right?

2           MR. SCHNITZER:  Correct, Your Honor.

3           THE COURT:  Okay.  Now that was issued what March

4  8?

5           MR. SCHNITZER:  Correct, Your Honor.

6           THE COURT:  And what's your position on when it

7  was paid, if ever?

8           MR. SCHNITZER:  It was paid -- do you want check

9  number and stuff, too, or --

10          THE COURT:  No, I just want dates.

11          MR. SCHNITZER:  We call it May 16 because that's

12 the clear date.

13          THE COURT:  Okay.

14          MR. SCHNITZER:  That's the same check that they

15 call May 7.

16          MR. MONZO:  That it -- Your Honor, that was

17 received on May 7 as part of a larger payment of 12,000.

18          THE COURT:  Yeah, okay, we'll get that.

19          MR. MONZO:  Right.

20          THE COURT:  All right.  All right.  So actually

21 let me do this.  Whoops, stop that.  I have a chart here,

22 that's why I'm trying to -- all right.  So I'm sorry, you

23 said May, Mr. Schnitzer?

24          MR. SCHNITZER:  May 16.

25          THE COURT:  And defendant's saying May --

1          MR. MONZO:  7, Your Honor.

2          THE COURT:  -- 7.  Okay.  Whoops.  And the

3  invoice was paid in full on that date?

4          MR. SCHNITZER:  Correct, Your Honor.

5          MR. MONZO:  Yes, Your Honor.

6          THE COURT:  All right.  Now go to 23653.  My --

7  it looks like April 3 to me for invoice date.  Is that

8  correct?

9          MR. SCHNITZER:  That is correct, Your Honor.

10          THE COURT:  And it was 7,480.

11          MR. SCHNITZER:  Correct.

12          THE COURT:  All right.  And when was it paid?

13          MR. SCHNITZER:  That is one of the ones that --

14          THE COURT:  This is in dispute, right --

15          MR. SCHNITZER:  Correct.

16          THE COURT:  -- because you don't have it?

17          MR. SCHNITZER:  Correct.  That -- Your Honor,

18  it's our position that was paid on April 12, 2007.

19          MR. MONZO:  And, Your Honor, this is 23653. It's

20  defendant's position that it was paid or received on 5/7/07.

21          THE COURT:  2010.  I think you said '07.

22          MR. MONZO:  2007 is right.

23          THE COURT:  So it was paid on May 7 as well as

24  part of that bigger --

25          MR. MONZO:  It was paid as the larger payment of

1  12,000.

2              THE COURT:  That's your position, okay.  And

3  23702, I have as April 20 in the amount of 5,440.

4              MR. SCHNITZER:  Correct.

5              THE COURT:  That's one of the things that's been

6  throwing me off is that there are several invoices that are

7  the same amount because of the hourly.  All right.  What is

8  the parties position on when that was paid?

9              MR. SCHNITZER:  It is our position that according

10  to American Home, it was paid by a check which cleared on

11  July 11.

12              THE COURT:  All right.

13              MR. MONZO:  And according to Vector's records, it

14  was received on 6/6/07.

15              THE COURT:  Say that again.

16              MR. MONZO:  It was received --

17              THE COURT:  Well I'm talking --

18              MR. MONZO:  This was --

19              THE COURT:  Oh, the payment.

20              MR. MONZO:  The payment because of the amount --

21              THE COURT:  Was --

22              MR. MONZO:  -- was received by Vector on 6/6/07.

23              THE COURT:  And that was paid in full?

24              MR. MONZO:  Yes.

25              MR. SCHNITZER:  Correct.

1    THE COURT:  All right.  Now 23737, right, yeah,

2  that's May 4?

3    MR. SCHNITZER:  Correct.

4    THE COURT:  6,120?

5    MR. SCHNITZER:  Correct.

6    MR. MONZO:  That's right.

7    THE COURT:  All right.  Mr. Schnitzer when was --

8    MR. SCHNITZER:  This one we agreed on.  We say

9  7/6 because that's the clear date.  I believe their records

10 are 7/5 received date, but it's the same thing.

11    MR. MONZO:  That's right.

12    MR. SCHNITZER:  The same payment.

13    THE COURT:  7/6, whoops.

14    MR. MONZO:  7/5 was the received date.

15    THE COURT:  So that's the date you agree on?

16    MR. MONZO:  Well we don't -- it's one day off.

17    THE COURT:  Oh, all right.

18    MR. MONZO:  They're saying the clear date was 7/6

19 --

20    THE COURT:  I got it.

21    MR. MONZO:  -- but it was received 7/5.

22    MR. SCHNITZER:  For that check, we are fine with

23 a received date of 7/5 for what it's worth.

24    THE COURT:  And that was paid in full, right?

25    MR. SCHNITZER:  Correct.

1          THE COURT:  All right.  Now I think this is the

2    last invoice that got paid which was 23799.

3          MR. SCHNITZER:  Correct, Your Honor.

4          THE COURT:  And that was May 18?

5          MR. SCHNITZER:  Correct.

6          THE COURT:  All right.  Paid in full?

7          MR. SCHNITZER:  Correct.

8          THE COURT:  On what date?

9          MR. SCHNITZER:  According to the American Home

10   records, June 6.

11         MR. MONZO:  And according to Vector, payment was

12   received on 7/9/07.

13         THE COURT:  Okay.  Give me a minute.  Okay.  I'm

14   good.  Next witness.

15         MR. MONZO:  Next witness.  Okay.  Your Honor, I

16   call to the stand Bradley Sienkiewicz.

17        BRADLEY SIENKIEWICZ, DEFENDANTS' WITNESS, SWORN

18                   DIRECT EXAMINATION

19   BY MR. MONZO:

20   Q.  Good afternoon, Mr. Sienkiewicz.  If you would, please

21   describe for the Court your current occupation.

22   A.  I'm a principal in the firm Arnold, Gallivan & Levesque

23   in Atlanta, Georgia overseeing most of the audit department

24   and consulting as well.

25   Q.  And what is your position?

1  A.  A principal, a partner.

2  Q.  All right.  And do you hold any professional licenses?

3  A.  Registered CPA in the State of Georgia.

4  Q.  Okay.  And how long have you been a licensed CPA?

5  A.  I'll have to go back and check when I officially got

6  licensed, but I would say three years somewhere.

7  Q.  Okay.  Are you --

8  A.  Four years.

9  Q.  And with regard to your education, can you please

10  explain to the Court?

11  A.  Graduated from the University of Georgia and with a BVA

12  in accounting in 2003.

13  Q.  Are you experienced in the areas of audit and advisory?

14  A.  Yes, sir.

15  Q.  Okay.  And how long have you been experienced in that

16  role?

17  A.  Nearly eight years.

18  Q.  Okay.  And can you please explain and describe your

19  experience of what exactly it is you do in this position of

20  audit and advisory principal?

21  A.  As an audit we're, you know, we're required to opine on

22  a set of financial statements that being an audit review

23  compilation.  Advisory we provide consulting services, cash

24  flow management type services, just general advisory

25  services to clients.

1  Q.  As part of your advisory role, do you review accounts

2  receivable and analyze payment?

3  A.  We help clients with their cash flow issues which

4  entails helping them understand their accounts receivable

5  and management of accounts receivable.

6  Q.  And how long have you done that?

7  A.  Really throughout my career.

8  Q.  So since?

9  A.  Since probably, you know, seven or eight years so.

10  Q.  Okay.  And are you familiar and do you service the IT

11  outsourcing industry?

12  A.  We -- I do.  I actually have two or three clients that

13  are really direct competitors of Manbir's clients within,

14  you know, the Metro Atlanta area, as well as, we have

15  several other software IT type clients as well.

16  Q.  Okay.  And you said Manbir's clients.  You mean Vector

17  Consulting's clients?

18  A.  Yeah, correct.

19  Q.  Okay.  And would you describe that industry, the

20  industry that Vector is in?

21  A.  Basically, they're an outsource IT staffing company

22  that, you know, clients come to them with specific projects,

23  they staff them for, you know, different periods of time and

24  so forth.

25  Q.  And you said you also have other clients in this arena?

1  A.   In similar arenas, software technology type and also

2  staffing --

3  Q.   Okay.

4  A.   -- like a PEO organization.

5  Q.   And you said you had three to four in the same industry

6  as Vector.  Is that the IT staffing service industry?

7  A.   Yes.

8            MR. SCHNITZER:  Objection, Your Honor.

9            THE COURT:  Go ahead.

10            MR. SCHNITZER:  That was a mischaracterization of

11  what his testimony was.  He didn't say three to four, he

12  said two to three.

13            MR. MONZO:  I'm sorry.

14            THE COURT:  That -- well that's -- but that's for

15  cross if it was.

16            MR. MONZO:  I apologize, Your Honor.

17            MR. SIENKIEWICZ:  I mean, I don't know for, you

18  know, I would say two or three through four.

19  BY MR. MONZO:

20  Q.   Okay.  And with regards to the staffing industry

21  generally, do you have other clients?

22  A.   Yes.

23  Q.   Okay.  And how many other clients do you have?

24  A.   Two to three.

25  Q.   Okay.  And do you have other clients in the IT industry

1  generally?

2  A.  Yes.

3  Q.  And how many would you say?

4  A.  I would say in total seven to eight.

5  Q.  All right.  Okay.  And is that based on your current --

6  A.  That's, you know, some of the clients come and go.  I

7  would just say over the last year or so that's been

8  generally the case.

9  Q.  Is -- over the course of your career is that consistent?

10  A.  Supervising seven or eight clients?

11  Q.  No, in this industry.

12  A.  Oh, you know I've serviced many others on top of that.

13  Q.  So can you explain the number of years you've had

14  servicing the IT staffing services industry?

15  A.  Since 2003.

16  Q.  Okay.

17  A.  2004, seven years.

18  Q.  Okay.  Are you generally familiar with the industry

19  standards regarding payments in this industry?

20  A.  Yes.

21  Q.  Generally familiar with the -- can you explain whether

22  you're generally familiar with the payments receivable

23  criteria in this industry?

24  A.  It really varies by customer.  You know, being a smaller

25  business, there's really no set, you know, accounting

1  principles that say you have to operate a certain way or

2  just accounting for stuff a certain way.  I have clients

3  that have done, you know, similar procedures as Vector

4  Consulting relating to the accounts receivable.

5  Q.  So you're familiar with Vector Consulting's accounts

6  receivables account payments?

7  A.  Yes.

8  Q.  Okay.  And did you use that information to prepare a

9  report in connection with that today?

10  A.  Yes.

11  Q.  Okay.  And I'd refer you to Exhibit 7 in the small

12  binder.  That's Exhibit A.

13  A.  Okay.

14  Q.  Is that your report that you prepared in this matter?

15        THE COURT:  Exhibit?

16        MR. MONZO:  I'm sorry, the small binder, Exhibit

17  7.

18        THE COURT:  Yeah, okay, that's what I thought.

19        MR. MONZO:  Okay.

20        THE COURT:  All right, go it.

21        MR. SIENKIEWICZ:  Yes, that is my report.

22  BY MR. MONZO:

23  Q.  Sitting here today, do you have any reason to disagree

24  with the conclusions you've reached in your report?

25  A.  No, I do not.

1  Q.  Okay.  So you stand behind those opinions that you

2  rendered?

3  A.  Yes.

4  Q.  Okay.  And you've also sat through the testimony from

5  earlier today.  Correct?

6  A.  Correct.

7  Q.  Based on the testimony that you've heard, do you have

8  any basis to change your opinion?

9  A.  No, I do not.

10 Q.  Okay.  Are you familiar with the project that was the

11 subject of this dispute between American Home Mortgage and

12 Vector Consulting?

13 A.  I did read the agreement and, you know, just inquiring

14 of certain individuals at Vector, yes.

15 Q.  Okay.  How would you describe the length of the

16 relationship that Vector had with American Home Mortgage in

17 relation to the IT staffing industry?

18 A.  It's fairly typical.  Most contracts at least, you know,

19 are three, over three months just because of the technical

20 issues with that.  But a lot of times, they don't last more

21 than two years at the same time.  That -- the length of that

22 contract is normal within the industry.

23 Q.  So the eight month history of dealings is customary in

24 the industry?

25 A.  Yes.

1 Q.  Okay.  Can you explain whether it is your opinion that

2 that relationship was sufficient in length to establish an

3 ordinary course of dealings between the parties within --

4            MR. SCHNITZER:  Objection, Your Honor.  While I

5 don't believe they moved for him to be admitted as an

6 expert, it at least sounds to me like they're asking for his

7 expert conclusions.  I do have objections to him being as an

8 expert.  I was trying to decide to wait to raise it.  I

9 believe I need to do so now because he's having his testify

10 as to his opinion.  Subject to, Your Honor, I'm happy to do

11 all my cross together including discussing his

12 qualifications, but I also --

13            THE COURT:  Well let's do it in two pieces so --

14            MR. MONZO:  Your Honor --

15            THE COURT:  Are you done qualifying him?

16            MR. MONZO:  Your Honor, yeah, I can move to have

17 Mr. Sienkiewicz qualified based on his skill, knowledge,

18 experience, and training, and education in the IT staffing

19 services industry as an expert.

20            THE COURT:  Okay.  Voir Dire?

21            MR. SCHNITZER:  Yes, Your Honor.

22                          VOIR DIRE

23 BY MR. SCHNITZER:

24 Q.  Good afternoon.  I apologize, could you pronounce your

25 last name?

1   A.   Sienkiewicz.

2   Q.   Sienkiewicz, good morning -- good afternoon, Mr.

3   Sienkiewicz.

4   A.   Thank you, sir.

5   Q.   Mr. Sienkiewicz, according to Exhibit 7, the first two

6   pages, it states that you have never testified as an expert

7   at trial within the preceding four years.  Is that correct?

8   A.   That is correct.

9   Q.   If you were to remove the preceding four years from the

10  statement, have you ever testified as an expert at a trial

11  or deposition?

12  A.   No, I have not.

13  Q.   And it states you have not authored any publications

14  with the preceding -- within the preceding ten years.   Is

15  that correct?

16  A.   That is correct.

17  Q.   Have you authored any publications within the preceding

18  30 years?

19  A.   No.

20  Q.   Have you authored any publications?

21  A.   No, I have not.

22  Q.   Have you ever testified as an expert in a preference

23  case before?

24  A.   No, I have not.

25  Q.   Other than the preference we're dealing with today, have

1  you ever analyzed a preference as part of your employment?

2  A.  We have verbally looked at another case before with a

3  client.

4  Q.  We being your firm?

5  A.  With -- yes, the firm and another partner.

6  Q.  Were you specifically in charge of the matter?

7  A.  It was more of a just kind of consulting engagement.

8  More, I mean, you know, kind of just a face to face meeting

9  just to look at something.  It wasn't a specific engagement.

10 We never moved forward with it if that's what you're asking.

11 Q.  I take it you didn't prepare any written documentation?

12 A.  That's correct.

13 Q.  Have you -- other than this matter, have you ever

14 conducted an ordinary course of business analysis?

15 A.  No, I have not.

16 Q.  Have you -- other than this matter for which you are

17 seeking to, have you ever provided an opinion as to ordinary

18 course of business?  And what I mean specifically is

19 ordinary course of business under the Bankruptcy Code

20 547(c)(2) --

21 A.  No, I have not.

22 Q.  Do you know what's referred to as an ordinary business

23 terms analysis?

24 A.  Yes, I do.

25 Q.  And for today's purposes, you understand I'm referring

1  to the one under again 547(c)(2) of the code?

2  A.  Yes.

3  Q.  Have you ever conducted an ordinary business term

4  analysis other than today?

5  A.  No, I have not.

6  Q.  Have you ever provided an opinion as to ordinary

7  business terms other than today?

8  A.  No, I have not.

9         MR. SCHNITZER:  Your Honor, I have no more

10 questions on voir dire.  We, the plaintiff objects to him

11 being admitted an expert.

12        THE COURT:  Any redirect on the voir dire?

13        MR. MONZO:  Just very, very briefly.

14 BY MR. MONZO:

15 Q.  Mr. Sienkiewicz, if you'd refer to your report, Exhibit

16 7, Section B, the qualifications of expert.  Do you see

17 that?

18 A.  Is it in the little binder?

19 Q.  The small -- yeah, the little binder.

20 A.  Yes.

21 Q.  So the qualifications that are set forth in your expert

22 report, do you agree that those are the qualifications you

23 were relying upon in making your opinion today?

24 A.  Yes, I do.  I've, you know, served a lot of small

25 business, especially within the IT community over the last

1  seven or eight years.  I understand their practices and

2  their business models as well.

3  Q.  So when you say here your responsibilities with regard

4  to servicing these clients and through your employment that

5  include overseeing attestation department with firm

6  development and maintaining quality control procedures and

7  staff development.  Correct?

8  A.  That is true.

9  Q.  And you're also familiar with the standard practice of

10 other software development and IT technology staffing

11 companies and observed many -- serviced many companies

12 within the industry throughout your career.  Correct?

13 A.  That is correct.

14 Q.  And then the next paragraph goes on to say as prior to

15 your current employment, you were employed with seven other

16 -- several other public accounting firms in the Metro

17 Atlanta area?

18 A.  Yes.

19 Q.  All right.  And you've conducted audits in other

20 attestation engagements on numerous closely held businesses.

21 Correct?

22 A.  Yes.  Most of our businesses are, you know, fairly

23 small, closely held businesses.

24 Q.  And it would be you're familiar with all standard

25 practices within the industry including billing, payment,

1    contracts within the software development, and IT staffing

2    industries and similar industries.  Is that right?

3    A.  Yes, we're -- I'm aware of, you know, practices within

4    that industry.

5            MR. MONZO:  And, Your Honor, I'd restate my --

6            THE COURT:  All right.  Let me hear argument on

7    voir dire.  I'll -- let me hear from the plaintiff.

8            MR. SCHNITZER:  Your Honor, we object to Mr.

9    Sienkiewicz being admitted as an expert.  We don't believe

10   his background or experience provides him with the knowledge

11   that would qualify him here.  We don't believe he has the

12   specialized knowledge in any particular field.  While we've

13   heard testimony that he perhaps has two or three clients in

14   a similar industry, it's quite vague.  And I believe when

15   you look, you know, when you look at the report and you look

16   at what's referenced in the report, it's not even clear what

17   industry we're talking about because you've heard different

18   names.  You hear IT industry as whole.  And you hear IT

19   outsourcing.  I'm honestly not even sure which particular

20   industry they're moving him as an expert in.  I don't think

21   he has the expert qualifications of any of those industries

22   based upon the limited experience he has.  So I think what

23   it comes down to, he's relying on a report which, you know,

24   we obviously can, you know, discuss later, if necessary, but

25   I believe his own knowledge, he's not adding anything here

1   that the Court doesn't have the ability to look at it in

2   front of it.  So his knowledge is from simply having some,

3   you know, a handful of clients who also provide IT services.

4   And I don't believe that's sufficient, Your Honor, to make

5   him an expert here.

6           THE COURT:  All right.

7           MR. MONZO:  And if I may respond, Your Honor?

8           THE COURT:  Yes.  With regard to qualifying a

9   skilled expert, a skilled witness, as the tryer of fact, all

10  I need to show is that this expert has the knowledge, skill,

11  experience, training, or education to assist the tryer of

12  fact with regard to issues underlying this case and

13  specifically industry standard.  Mr. Sienkiewicz has

14  certainly testified that he's familiar with this industry

15  and he will continue to testify, if permitted by the Court,

16  with regard to the IT industry generally, as well as, the IT

17  staffing services industry in which Vector is a part of.

18          So, Your Honor, I believe that with regard to the

19  qualification of an expert and the expert requirements under

20  547(c)(2) --

21          THE COURT:  Um-hum.

22          MR. MONZO:  -- all of those required, it's a very

23  liberal standard with regards to industry standard and

24  industry -- the testimony related thereto.  So Mr.

25  Sienkiewicz, I believe is more than qualified to render an

1    opinion in this regard.  Thank you.

2              THE COURT:  All right.  Frankly, I think it would

3    probably be of marginal utility, but I am prepared based on

4    the testimony to qualify this witness as an expert.  In

5    making this ruling, you kind of have to look at cases for

6    what they are.  This isn't the type of case where you need a

7    Lazard Freres.  Everybody's got to start somewhere.  The

8    gentleman has the educational chops to appear in front of

9    the Court, so I will allow it.

10             And now I have to take a quick break because I

11   got something I got to sign.  How long do you think direct

12   will take?

13             MR. MONZO:  Your Honor, if I go beyond 45 minutes

14   --

15             THE COURT:  Okay.  All right.  Let me take a

16   quick break.  We are going to have to break at like -- now

17   wait a minute, what time is that --

18             THE CLERK:  It's 3:00.

19             MR. MONZO:  3:00.

20             THE COURT:  It's at 3:00.  I have to break for

21   what I hope is a very short status conference, 3:00-ish.  So

22   let me sign the things I have to sign.  I'll come right back

23   out and we'll get 10 or 15 more minutes of testimony in

24   before we take a break.  At that break, you're going to need

25   to clear the tables, all right?  Nobody can talk about

1   anything.  How about that?  I'll be right back.

2              MR. MONZO:  Thank you, Your Honor.

3                 [Recess from 2:49 p.m. to 2:53 p.m.]

4              THE COURT:  All right.  Stay seated.  You can

5   continue.

6   BY MR. MONZO:

7   Q.  Mr. Sienkiewicz, I believe you were referring to your

8   report which is Exhibit 7.  If you would turn to that

9   report.  Again, that's the report you prepared in connection

10  with this matter today?

11  A.  Yes, it is.

12  Q.  Okay.  And sitting here today, do you agree with the

13  conclusions that you've rendered therein?

14  A.  I do.

15  Q.  Okay.  And you've also sat through testimony from

16  earlier today.  Do you feel you have any basis to change

17  your opinions that the payments made to Vector were made

18  within the industry standards?

19  A.  No, I do not.

20  Q.  Okay.  And in connection with the report, you referred

21  to various research tools.  Do you recall that?

22  A.  Yes, that's correct.

23  Q.  Okay.  Can you explain to the Court what sort or

24  resource tools you used --

25  A.  We used a what we call First Research.  It's got a lot

1  of industry reports.  They just give you kind of general

2  overview of most major industries.  And, you know, I stated

3  earlier they're -- you know, you can get them by SIC code

4  and a NAICS codes as well.

5  Q.  And did you have the opportunity to review the relevant

6  SIC Code and NAICS --

7                           (Laughter)

8              MR. SIENKIEWICZ:  Yeah, industry codes.

9  BY MR. MONZO:

10  Q.  -- codes -- First Research industry profile reports?

11  A.  Yes, I did.  I looked at the ones -- the one in my

12  report, I believe was stated from 2010, but we went back and

13  looked or I went back and looked for the relevant period and

14  there was really no changes in --

15  Q.  When you say the relevant period, do you recall when

16  that was?

17  A.  2007.

18  Q.  Okay.  So the first or second quarter of 2007?

19  A.  I believe, yes, both.

20  Q.  And so the information contained in that First Research

21  report, does that change your opinion?

22  A.  No, it does not.

23  Q.  Okay.  And the First Research industry profile report

24  that you're referring to, the NAICS report was -- or code

25  was for the industry 5415?  Is that correct?

1        MR. SCHNITZER:  Objection, Your Honor.

2        MR. MONZO:  I'm just trying to clarify at this

3   point, but certainly go ahead.

4        MR. SCHNITZER:  Leading.

5        THE COURT:  Leading.

6        MR. SIENKIEWICZ:  I believe so.  I don't --

7        THE COURT:  Well wait, wait.  Ask again, don't

8   lead the witness.

9        MR. MONZO:  Sure.  My apologies, Your Honor.

10       THE COURT:  That's all right.

11   BY MR. MONZO:

12   Q.  Can you tell me what the NAICS code was with regard to

13   your First Research industry profile report that you

14   utilized?

15   A.  I would have to look at it to tell you the exact code.

16   I know it's the information technology sector, I believe.

17   Q.  And if I refer you to the Plaintiff's Exhibit 17 and

18   it's Bates labeled as SEIN011.

19   A.  Okay.

20   Q.  Does that help refresh your recollection?

21   A.  Yes.

22   Q.  And please advise the Court which NAICS code was

23   utilized.

24   A.  We used 5415.

25   Q.  And you testified previously that you also looked to

1  other quarters?

2  A.  We looked at other quarters and also similar type

3  industries such as staffing as well.

4  Q.  And the First Research report that it had the same NAICS

5  code?

6  A.  For the quarters we looked at, yes, it did.

7  Q.  And in your report, you make an opinion regarding

8  certain payment criteria.  Do you recall that?

9  A.  Do you have the page?

10  Q.  Well --

11  A.  Is this based on their contract?

12  Q.  Yes.  If you could review the contract.

13  A.  Okay.

14  Q.  And actually attached as Appendix A to the report is

15  that the contract?

16  A.  Yes, it is.

17  Q.  And so you reviewed the report in connection with your -

18  - or you reviewed the contract in connection with the

19  report?

20  A.  I did.

21  Q.  And so you're familiar with the payment terms set forth

22  in the contract?

23  A.  Yes, I am.

24  Q.  Okay.

25  A.  I believe they were net 30.

1  Q.  Okay.  All right.  And in connection with your report,

2  you also conducted what is a -- the ordinary course of

3  business analysis which is attached as Exhibit B.

4              MR. SCHNITZER:  Objection, Your Honor.

5              THE COURT:  Question?

6              MR. SCHNITZER:  This is not part of what the

7  opinion says it to be on.

8              MR. MONZO:  All right, let --

9              MR. SCHNITZER:  So I object to inclusion in

10  ordinary course of business analysis when this was supposed

11  to be an expert report only on business terms.

12              THE COURT:  Mr. Monzo?

13              MR. MONZO:  If I may, Your Honor --

14              THE COURT:  We're looking at Exhibit B?

15              MR. MONZO:  Exhibit B to --

16              THE COURT:  The report.

17              MR. MONZO:  -- the report.

18              THE COURT:  Yeah.

19              MR. MONZO:  And if you look at the table of

20  contents to your report --

21              MR. SIENKIEWICZ:  Um-hum, yeah.

22              MR. MONZO:  You attached an ordinary course of

23  business analysis.

24              THE COURT:  Um-hum.

25              MR. SIENKIEWICZ:  Yes.

1    MR. MONZO:  Did you render an opinion with regard

2  to the --

3    THE COURT:  Oh, I see what your point is,

4  overruled.

5    MR. MONZO:  Okay.

6    THE COURT:  Go ahead.

7  BY MR. MONZO:

8  Q.  Did you render an opinion with regard to the ordinary

9  course of business analysis in this case?

10  A.  Yes, I did.

11  Q.  Within the industry standards you did?

12  A.  Yes, I did.

13  Q.  Okay.  And attached as Exhibit B is that indeed your

14  ordinary course of business analysis?

15  A.  This is the analysis that helped me base my opinion.

16  Q.  Okay.  And can you tell me where you obtained the

17  information that's set forth in your analysis?

18  A.  If I recall, this was provided to me by the client.

19  Q.  Based upon Vector's accounting records?

20  A.  I believe so.  I believe the -- it was Sanjay that

21  represented that all of this was correct.

22    MR. SCHNITZER:  Your Honor, I renew my objection.

23  He's now testified that the analysis he attached was

24  prepared by Vector.  He didn't even conduct the analysis.

25  He's offering an opinion on something which he specifically

1    says in his report that he's not.  He specifically says this

2    report focuses on the second prong of the ordinary course of

3    business defense which requires that a transfer be made

4    according to ordinary business terms.  He's now testifying

5    as to what, you know, post amendment is the first prong and

6    now since which he, himself has said he didn't even do.

7              MR. MONZO:  Your Honor, I don't believe that was

8    his testimony.  I believe that my question was that he

9    referred to information that was provided by Vector and I

10   will get to the points with regard to his opinion.

11             THE COURT:  All right.  So the table was provided

12   by Vector?

13             MR. MONZO:  The table was provided by Vector.

14             THE COURT:  All right.

15             MR. SIENKIEWICZ:  I believe so.

16             THE COURT:  All right.

17             MR. MONZO:  All right.  And --

18             THE COURT:  I'll let that in.  I'll allow that

19   answer.

20             MR. MONZO:  Okay.  And the different columns here

21   with regard to the difference in days, do you see that?

22             MR. SIENKIEWICZ:  Yes.

23             MR. MONZO:  Was that information that was

24   provided by you?

25             MR. SIENKIEWICZ:  If I recall, I think we totaled

1    it.

2              THE COURT:  I mean, isn't that just math --

3              MR. SIENKIEWICZ:  I mean, yeah, it's an EXCEL,

4    you know.

5              MR. MONZO:  And the columns below was that part

6    of your analysis?

7              MR. SIENKIEWICZ:  I did look at this as part of

8    my analysis, yes.

9              MR. MONZO:  Okay.  And --

10             THE COURT:  Did you prepare it or rely upon it?

11             MR. SIENKIEWICZ:  I know I did some, you know,

12   moving around of the numbers on a couple things.  I don't

13   know that I put everything in there.  I don't recall.

14             THE COURT:  So he gave you an EXCEL spreadsheet

15   in a form you could manipulate?

16             MR. SIENKIEWICZ:  Yes.

17             MR. MONZO:  And your -- it's your testimony that

18   the --

19             THE COURT:  Again, that's just math, right?

20             MR. MONZO:  Okay.

21             THE COURT:  Right, just math?

22             MR. SIENKIEWICZ:  Yes, just math.

23             MR. MONZO:  Yeah.  So with regard to the range of

24   days set forth in the pre-preference period, the range of 7

25   to 67 days, that's based upon the information that was

1  provided by Vector?

2              MR. SIENKIEWICZ:  That is correct.

3              MR. MONZO:  And the range of days during the

4  preference period of 34 to 62 days that was information --

5  based upon information that was provided by Vector?

6              MR. SIENKIEWICZ:  Yes, that is correct.

7              MR. MONZO:  Okay.  And with regard to the

8  similarities of the amounts in the first column is it your

9  opinion that the range of the pre-preference historical

10 periods ranged, the payments between $4,675 to $8,160?

11             MR. SIENKIEWICZ:  That it --

12             MR. SCHNITZER:  Objection, Your Honor, leading.

13             THE COURT:  Really?  All right, sustained.  Don't

14 lead the witness.

15             MR. MONZO:  Again, Your Honor, I'm trying --

16             THE COURT:  I'm leaving at 5:00.

17 BY MR. MONZO:

18 Q.  I'm trying.  I'm trying.  I'm trying.  I'm trying.  All

19 right.  All right.  Can you explain with regard to the range

20 provided for the preference and the --

21 A.  The range in the historical period was similar amounts

22 to the range in the preference period.

23 Q.  Okay.  And, in fact, the range in the preference period,

24 there's only one number here, 5,440, but that's actually it

25 should be if you look to the chart, the range is 7,480.

1  A.  Yes, that's correct.

2  Q.  All right.  And the -- with regard to the range of the

3  amounts of the actual transfers between the historical

4  period and can you explain that with regard to the range of

5  the transfers during the preference period and with regard

6  to amounts?

7  A.  Oh, you're referring to transfers as payments?

8  Q.  The transfers as payments.

9  A.  Okay.

10  Q.  Payments made by American Home Mortgage.

11  A.  Are you referring to an average or, you know, the median

12  or --

13  Q.  Well all I want you to refer to is the range that's set

14  forth on the chart.

15  A.  Okay.  Yeah, in the preference period based on these

16  numbers, the range was 7 to 67 days.

17  Q.  And with regard to the amounts in the first column, the

18  range there is --

19  A.  The amounts are similar in the historic to the

20  preference period.

21  Q.  Okay.  All right.  Now you testified with regard to the

22  contract which do you remember looking at that?

23  A.  Yes, sir.

24  Q.  Okay.  And is it your opinion that it's customary within

25  the industry to have payment terms set -- that are set forth

1  in the contract?

2  A.  That's fairly standard across the industry.

3  Q.  Okay.  Have you in experience have you seen parties

4  deviate from those terms through their course of dealings?

5  A.  Yes, most definitely.

6  Q.  Okay.  Can you explain on that point?

7  A.  Typically, you know, there's a payment terms, but, you

8  know, you got to keep your customers happy so there's

9  nothing that says -- a lot of times they don't pay on those

10  terms.  I mean, I've seen through a -- you know, throughout

11  the industry.

12  Q.  So it may the payment terms that can be established

13  through the parties course of dealings --

14  A.  Yes.

15  Q.  And is that consistent with regard to the relevant IT

16  staffing industry that's here?

17  A.  That is correct.

18  Q.  Would you consider the deviation from those terms to

19  still be considered ordinary?

20  A.  I would say it's ordinary.  I see this on several other

21  clients as well.

22  Q.  Okay.  And when you say several other clients, are they

23  clients that are within Vector's industry?

24  A.  Yes.

25  Q.  Okay.  In your report, you indicate that companies such

1  as Vector the typical -- typically pay early invoices first.

2  Can you state what the basis of that opinion is?

3  A.   That they apply the payment to the earlier --

4  Q.   That's right.

5  A.   In this case, I've seen it where they do that.  It's

6  because of the cost benefit of having to go back and, you

7  know, reapply after everything's in.  It's not unusual for

8  someone that has this few of customers, that being say 25 or

9  less just to apply it to the customer's account.  That's --

10  I've seen that.

11  Q.   So the way that Vector applied through -- payments

12  through his books and records --

13  A.   Correct.

14  Q.   -- would that be considered ordinary?

15  A.   Yes, for most small businesses and within, you know,

16  I've seen that in that industry as well.

17  Q.   Okay.  You've heard some testimony with regard to any

18  lost or misplaced invoices.  Do you recall hearing that

19  testimony from Mr. Khurana?

20  A.   I do.

21  Q.   Okay.  And not that your -- well why don't you explain

22  to me if something like that that may have happened here is

23  that something that's maybe ordinary within this industry?

24          MR. SCHNITZER:  Objection, Your Honor.

25          MR. SIENKIEWICZ:  I would say it would be

1   ordinary within --

2          THE COURT:  You need -- when he stands up, you

3   need to stop.

4          MR. SIENKIEWICZ:  Okay, sorry.

5          MR. SCHNITZER:  He's inquiring about an area

6   that's nowhere expressed their report and under the rules

7   the report is supposed to express everything for which he's

8   going to opine on, as well as, everything that he's going to

9   reference.  He's now getting into areas that are nowhere

10  mentioned in the report.

11         THE COURT:  Mr. Monzo?

12         MR. MONZO:  And, Your Honor, this goes back to my

13  point previously this morning under Federal Rule of Evidence

14  703, Mr. Sienkiewicz has sat through the testimony, has

15  heard -- had heard testimony and is provided an opportunity

16  to provide --

17         THE COURT:  All right.  Yeah, go ahead.

18         MR. SCHNITZER:  Well I understand that rule, Your

19  Honor.  I think there's no question that 26 applies here

20  where it says a report must contain a complete statement of

21  all opinions the witness will express and a basis and

22  reasons for them.  And then too, for instance, the facts are

23  dated and considered by the witness in forming them.

24  They've known about this supposed issue about lost or

25  misplaced invoices since definitely 27 -- 2007, since they

1  saw the emails.  More recently, they've known about it since

2  summary judgment.  At no time have they sought -- not that

3  we wouldn't have opposed it necessarily, Your Honor, but at

4  no time have they actually sought to amend or provide a new

5  expert report.  So instead, you have a situation where they

6  wait to hear it at trial and then say well under the, you

7  know, evidentiary rule, he's allowed to sit and listen.

8  Yes, Your Honor, but he's not allowed to change his opinion

9  or I submit he's not allowed to change his opinion based

10  upon that.  But they knew these weren't -- there's nothing

11  new that's gone on today, Your Honor, that they weren't

12  aware of.

13          THE COURT:  Well is it your beef that he's

14  changed his opinion or is it that he's issued it that he's

15  stating an opinion in a previously undiscovered area?  Do

16  you see what I'm saying?

17          MR. SCHNITZER:  I don't think -- I don't know if

18  he's changing his alternate opinion, it doesn't sound like

19  it is.  But he's now giving an opinion on the issue of

20  invoices that are lost or misplaced.  An opinion which is

21  definitely nowhere in this expert report which again, they

22  had the knowledge of.  So it's not like I -- Your Honor,

23  this issue would be different if something brand new came up

24  today.  This is -- there is nothing here that you've heard

25  that's brand new.  And he's giving an opinion for you to

1  consider as to whether misplaced invoice or re-invoicing was

2  ordinary.  Again, it's something they knew about before,

3  they just simply chose to not address which was their choice

4  and they're right.

5          MR. MONZO:  Your Honor, I believe I can maybe

6  streamline this issue if I can ask two or three questions to

7  the witness.

8          THE COURT:  All right.  Well the previous

9  question is withdrawn, I guess.

10 BY MR. MONZO:

11 Q.  Okay.  Mr. Sienkiewicz, if you look then to Exhibit 17.

12 These are documents that are Bates labeled which is in the

13 large binder.

14 A.  Okay.

15 Q.  SEIN001.  And if I refer you to SEIN041, I can represent

16 to you these are the invoice or the emails or at least in

17 part subject to some prior testimony.

18 A.  That is correct.

19 Q.  All right.  Now prior to issuing your report, did you

20 have the opportunity to review the emails that are set forth

21 herein?

22 A.  I did.

23 Q.  Okay.  So based on the information you heard today, as

24 well as, the emails and the other information that you had

25 previously reviewed, is it your opinion that Vector

1    Consulting -- the payments that were made to Vector

2    Consulting were made ordinarily within the industry?

3    A.  Yes, it is.

4    Q.  Does that opinion change by the fact of any of the

5    testimony you heard earlier today?

6    A.  No, it has not.

7    Q.  Okay.

8           THE COURT:  I need to take a break for my 3:00

9    telephone conference so you don't have to clear the tables,

10   but it would probably be best for my own concentration if

11   you would leave the courtroom, if you don't mind.

12   Otherwise, I'd see people turning around and talking.  Okay?

13   Thank you.  We're in recess.  Sir, you may not discuss the

14   substance of your testimony during the break.

15           [Recess from 3:12 p.m. to 3:39 p.m.]

16           THE CLERK:  All rise.

17           THE COURT:  Please be seated.  Let's continue.

18           MR. MONZO:  Thank you, Your Honor.  Mr.

19   Sienkiewicz, I believe you're testifying -- well I guess

20   that's the next question.  Is it -- in your experience is it

21   typical that invoices may be misplaced or lost?

22           MR. SIENKIEWICZ:  Yes, I've seen --

23           MR. SCHNITZER:  Objection, Your Honor.

24           THE COURT:  And the basis for that answer would

25   be what?  I'm asking you, Mr. Monzo?

1          MR. MONZO:  The basis?

2          THE COURT:  Yeah, for him being able to talk

3    about lost or whatever invoices.

4          MR. MONZO:  Well, Your Honor, I believe his

5    opinion in his reports considered -- well, he had the

6    information regarding lost emails before him and I was just

7    going to ask a few questions with regard to that, but I can

8    certainly withdraw that question and move --

9          THE COURT:  Yeah, I'm going to sustain the

10   objection.

11   BY MR. MONZO:

12   Q.  All right.  Mr. Sienkiewicz, can you refer to SIEN034?

13   All right.  Is this information that you had available when

14   rendering your opinion?

15   A.  Yes, it is.

16   Q.  Okay.  And that -- can you explain what that document

17   provides?

18   A.  This document is really providing the date of the

19   invoice, the day the check was received or the date it was

20   applied, check number and amounts.

21   Q.  And this is based upon payments per plaintiff using

22   check received date?

23   A.  Yes.

24   Q.  Okay.

25   A.  To my knowledge.

1   Q.  And so to your knowledge this is the information that

2   plaintiff is relying upon with regard to their application

3   of payment?

4   A.  Yes.

5   Q.  Okay.  And you -- did you have the opportunity to review

6   this document when rendering your opinion?

7   A.  I did.

8   Q.  Okay.  And did you review plaintiff's -- the information

9   the plaintiff's relied upon in this and other documents in

10  rendering your opinion?

11          MR. SCHNITZER:  Objection, Your Honor.  It's

12  leading and the reason I specifically mention it is

13  especially since there's been no testimony as to who created

14  this document or what this is, to suggest that it's a

15  document -- I'm not sure if was just exactly that plaintiff

16  created or plaintiff relied upon, it is not true so thus I

17  have more trouble with it being leading.

18          MR. MONZO:  All right.  Hypothetically -- I'll

19  withdraw the question.

20  BY MR. MONZO:

21  Q.  Hypothetically speaking, if the invoices that are set

22  forth herein were applied in this way, would that change

23  your opinion in any way?

24  A.  Which way are you referring to?

25  Q.  The opinion that you stated that the payments that were

1  made to Vector were made in the ordinary course of the

2  industry.

3  A.  Yes, that's not uncommon.

4  Q.  Okay.  And if you look specifically to Invoice #23702

5  and 27373, do you see those?

6  A.  Yes.

7  Q.  And it says number of days outstanding, one's 80 days

8  and one's 62 days.  Do you see that?

9  A.  Yes.

10  Q.  All right.  And it appears to be based upon the invoice

11  date of 4/20/07 and 5/4/07, respectively.

12  A.  That's correct.

13  Q.  Okay.  Now what would you opinion be if the invoices

14  were not submitted on the invoice date, but rather on June

15  13, 2007.  Would that change your opinion?

16          MR. SCHNITZER:  Objection, Your Honor.

17          THE COURT:  No, overruled.  It's a hypothetical

18  question or he can answer that question.

19          MR. SIENKIEWICZ:  No, it would not.

20          MR. MONZO:  And can you explain?

21          MR. SIENKIEWICZ:  It's not unusual for invoices

22  to in this case be misplaced and/or, you know, especially

23  when things are sent via email.  It happens in every line of

24  business where invoices, you know, sometimes have to be

25  remitted more than once for various reasons.

1          MR. MONZO:  Okay.  And in your opinion, how would

2   you classify the treatment that Vector made with regard to

3   its invoices?

4          MR. SIENKIEWICZ:  Can you be more specific with

5   the question?

6          MR. MONZO:  I apologize.  With regard to the

7   handling of past due invoices, do you have a specific

8   opinion on how Vector handled its invoices?

9          MR. SIENKIEWICZ:  Is that -- in stating that --

10  following up with the clients and that sort of thing?  Yes,

11  that is common.

12         MR. SCHNITZER:  Objection, Your Honor.

13         THE COURT:  Sustained.  Come on.  It wasn't in

14  his report.

15         MR. MONZO:  Okay.  All right.  Just give me one

16  moment, I may be finished, Your Honor.  All right.  Now, Mr.

17  Sienkiewicz, one final question.  If you -- based on the

18  information you have received has your -- the opinion

19  rendered in your report change in any way?

20         MR. SIENKIEWICZ:  No, it does not.

21         MR. MONZO:  Okay.  I have no further questions,

22  thank you, Your Honor.

23         THE COURT:  You're welcome.  All right.

24                     CROSS EXAMINATION

25   BY MR. SCHNITZER:

1  Q.  Can you flip to Exhibit 12 in the large binder, please?

2  What is Exhibit 12?

3  A.  It looks as if it's a -- something from our website,

4  company website.

5  Q.  Do you believe it's an accurate printout of a page from

6  your company's website?

7  A.  Oh, yes.

8  Q.  Do you see towards the middle bottom where it says

9  industries?

10  A.  Yes.

11  Q.  And do you see where it states we have particular

12  expertise in tailored services in the following industries,

13  and then it states tax exempt entities, health services,

14  construction and real estate, broker dealers, and hedge

15  funds, manufacturing and distribution.  Do you see that?

16  A.  Yes.

17  Q.  And did I read that correctly?

18  A.  Yes.

19  Q.  And is it true that your firm has particular expertise

20  and tailored service in those industries?

21  A.  That is true.

22  Q.  And is it correct that Vector Consulting is not in any

23  of those industries just mentioned?

24  A.  That is correct.

25  Q.  Do you know where Vector's sales were in 2006?

1   A.   I do not know that off the top of my head, no, I do not.

2   Q.   Do you know what they were in '07?

3   A.   I do not.

4   Q.   '08?

5   A.   I do not.

6   Q.   '09?

7   A.   I do not.

8   Q.   And I believe you briefly testified about SCI codes and

9   NAICS codes.  Were you given those codes by Vector?

10  A.   No, I actually looked those up myself to find the

11  industry that's most comparable to them.

12  Q.   And I believe before you testified that there were was

13  it outsource IT company or IT outsource company or neither?

14  A.   Say that one more time like --

15  Q.   I believe you testified that Vector was an outsource IT

16  company.

17  A.   Yes, actually.

18  Q.   Is that -- am I getting it correctly?

19  A.   Yeah, I would say they're an outsource IT or software

20  development company.

21  Q.   Okay.  Do you -- is there a specific SCI code for that

22  industry?

23  A.   I would have to go look.  The SCI code or the NAICS

24  codes that we used are a little more general and that's the

25  type of reports that were given because they don't -- the

1  First Research reports we have don't go to that specific

2  level.

3  Q.  So for instance in the First Research report, it had SCI

4  code 7371, 7373, then NAICS 5415.  Those are more general is

5  what you're saying?

6  A.  That is the -- I don't have it right in front of me, but

7  I believe that's the information technology industry.

8  Q.  Okay.  I just believe you said the ones you had.  So is

9  it correct that your firm maintains copies of First Research

10  industry profiles?

11  A.  It's an internet based solution.

12  Q.  Do you have to get it or do you already have it?

13  A.  We have it.  It's an annual subscription.

14  Q.  And they send you one?

15  A.  It's we log on online.

16  Q.  And then you type in what industry you want?

17  A.  Yeah, you can browse or type in what industries.

18  Q.  And turning to it's Exhibit 17 and it's SEIN011 which is

19  the First Research industry profile, if you could go there.

20  A.  Okay.

21  Q.  You got that in front of you?

22  A.  Yes, sir.

23  Q.  So how is this report actually pulled?

24  A.  We log into their website and you can read it on there

25  and you can download it into a pdf.

1   Q.  And did you actually do that for this report?

2   A.  Yes.

3   Q.  You personally?

4   A.  Yes.

5   Q.  Now who actually wrote the report?

6   A.  I wrote the report.

7   Q.  Every word of it?

8   A.  Yes.

9   Q.  What about the appendix?

10  A.  Which pages are you referring to in the appendix?

11  Q.  In this case, the easiest way to find it, go to the

12  small binder Exhibit 7, then go to the last two pages which

13  is Exhibit B, the Appendix B.

14  A.  Okay.

15  Q.  Did you make that document?

16  A.  I was given this information from I believe Vector, if I

17  recall and used it for my analysis in my report.

18  Q.  Did they give you all the data on it or just some of it?

19  A.  I would have to go back and check, but I'm pretty sure I

20  think I went back through there, added a couple columns or,

21  you know, did some sales.  It's just an EXCEL spreadsheet.

22  Q.  Okay.  A couple times in your testimony on direct, you

23  responded with we.  For instance, I had noted you said we

24  used tools like.  My question to you is who's we?

25  A.  I probably should say I.  I refer to my partnership as

1  we because, I mean, that's how we operate as partners, but I

2  did this.

3  Q.  Did anyone else assist you on this report?

4  A.  I had some -- I did have some I guess verbal, you know,

5  going back and forth with a partner kind of talking with him

6  on it.

7  Q.  Has any information you learned from that conversation

8  been provided to us in this manner?

9  A.  I don't understand your question.

10  Q.  You had a conversation with your partner.  Correct?

11  A.  Um-hum.

12  Q.  And that partner told you certain things?

13  A.  Well he just -- yeah, he said, I mean, you know, what do

14  you think of this or what do you think of that, yes.

15  Q.  Has what he told you been provided to us in your report?

16  A.  It really -- no, this is my opinion.

17  Q.  Okay.  Do you reference anywhere in your report that you

18  spoke to people to get certain information?

19  A.  I really did not speak with anybody to get certain

20  information.  I was provided with some of this information

21  from Vector and just to clarify a few things with another

22  partner.

23  Q.  Okay.  Is your entire opinion that you're testifying

24  about today contained within the report that we have?

25  A.  Is it solely based on the report?

1  Q.  No, is your entire opinion contained within the report?

2  A.  Yes, I believe so.

3  Q.  There are no other opinions that you're seeking to

4  testify about.  Correct?

5  A.  I believe not.

6  Q.  Okay.  Let's go to your report and we're going to work

7  our way through it.  Let's start on Page 1 which doesn't

8  have a number, except it's Page 1.  Do you see in the first

9  paragraph, last line you say specifically this report

10  focuses on the second prong of the ordinary course of

11  business defense, Section 547(c)(2)(b) which requires that a

12  transfer be "made according to ordinary business terms."  Do

13  you see that sentence?

14  A.  What is it near the bottom of the page?

15  Q.  No, top paragraph.

16  A.  Okay.

17  Q.  Where it says retention as an expert, last sentence of

18  that first paragraph.

19  A.  It starts with specifically this report focuses.

20  Q.  Yes.

21  A.  Yes.

22  Q.  Is that sentence correct?

23  A.  Yes, it is.

24  Q.  You're focusing, the report and you are focusing on the

25  second prong.  Correct?

1  A.   It is focusing on the second prong, but I did, I guess

2  going back to the point, I did take into account the

3  business transactions with -- between Vector and American

4  Mortgage or Home Mortgage.

5  Q.   Okay.  Let's go to the next paragraph.  In that first

6  sentence, you talk about things you reviewed  Do you see

7  that sentence?

8  A.   Can you point it out?

9  Q.   You state in preparing this report, I reviewed.

10  A.   Yes.

11  Q.   Okay.  I want to go through those one by one.

12  A.   Okay.

13  Q.   First, you say the statement of work between Vector

14  Consulting, Inc., the plaintiff, and American Home Mortgage

15  Corp., AHMC.  Is the plaintiff a typo?  I want to know who

16  that is or what that is.

17  A.   That probably was a typo.

18  Q.   Okay.  And by statement of work, do you mean the

19  professional services agreement --

20  A.   Yeah.

21  Q.   -- that's attached to your report?

22  A.   That is correct, the contract.

23  Q.   Okay.  There's no other statement of work, correct, that

24  you know of?

25  A.   Not that I'm aware of, no.

1  Q.  Okay.  No other contract that you know between the

2  parties either.  Correct?

3  A.  Not that I'm aware of.

4  Q.  Okay.  You then say industry research tools.  Correct?

5  A.  Yes.

6  Q.  And you say such as First Research industry profile

7  report.  Correct?

8  A.  Yes.

9  Q.  First, I want to talk about the such as.  Does such as

10  mean there are others you looked at or is that the one you

11  looked at of the industry research tools?

12  A.  That's the one we specifically looked at, but part of it

13  is just based on, you know, other clients we'd have within

14  the industry or similar industries as well.

15  Q.  But there is not another industry research tool that you

16  specifically considered in forming your opinion?

17  A.  No, there is not.

18  Q.  Now when you talk about the First Research industry

19  profile report, you're referring to the document and if

20  you're in Exhibit 17, that's the easiest way to find it,

21  it's a document marked SIEN011 through 22.  Is that correct?

22  A.  That is correct.

23  Q.  And does that -- do those pages contain the whole report

24  that you're addressing in this second paragraph of your

25  report?

1   A.   I believe so.   Typically, there are, you know, 12, 13

2   pages, somewhere in that range.

3   Q.   Have you ever worked for First Research?

4   A.   I have not.

5   Q.   Okay.   Let's go to that report for a minute.   We'll

6   start at the first page SEIN011.   Let me know when you're

7   there.

8   A.   Okay.

9   Q.   Up top under quarterly update, what date does it state?

10  A.   6/28/10.

11  Q.   Okay.   And this is the only First Research industry

12  profile report you provided with your expert report.

13  Correct?

14  A.   That I provided, yes.   I looked at several others as

15  well from previous days.

16  Q.   But you failed to provide them.   Is that correct?

17  A.   I did not provide these in this report.

18  Q.   Okay.   And is it correct that the transfers at issue

19  here are from 2007.   Correct?

20  A.   That is correct.

21  Q.   And it's correct that this report is for the industry

22  called or so they call it, information technology.   Correct?

23  A.   Yes.

24  Q.   And that's -- if I were to use my hands, that's a really

25  big industry, right?

1   A.   That is -- I mean, it really encompasses a lot of IT,

2   software.   I mean, it's a -- it's fairly general.

3   Q.   Is it fair to say that the IT outsourcing part that

4   Vector is engaged in is a small part of that overall big

5   industry, right?

6   A.   I cannot attest to that.

7   Q.   Now do you see the SIC codes mentioned on the first page

8   of the report?

9   A.   Yes, I do.

10  Q.   And are you aware that Code 7371 refers to the computer

11  programming services industry?

12  A.   I mean, there's a thousand -- I mean, I would have to --

13  you know, if that's the -- what it is, it is.

14  Q.   Okay.   Are you aware that 7373 refers to the computer

15  integrated systems design industry?

16  A.   I mean, I would have to look it up, but --

17  Q.   Sitting here today, you don't know one way or the other?

18  A.   Well, I mean, there's a thousand codes so, yeah, I do

19  not know exactly what those stand for.

20  Q.   Is it fair to say that neither of those codes refer to

21  the outsourcing IT industry?

22  A.   Per your description of -- say your description one more

23  time of the two.

24  Q.   The first one, computer programming services, the second

25  one, computer integrated systems design.

1   A.   I believe the first one you had mentioned was the most

2   similar to Vector Consulting within their industry.

3   Q.   Okay.  Flip to the next page of the report.

4   A.   The First Research?

5   Q.   Correct.

6   A.   Okay.

7   Q.   So we're on Page SIEN012.  Do you see in the first

8   paragraph, second sentence where it says major companies

9   include Computer Sciences Corporation, Unisys, and the

10  technology consisting arms of IBM and Hewlett Packard.  Do

11  you see that?

12  A.   Yes, I do.

13  Q.   Generally speaking, in terms of a size of a company is

14  it fair to say Vector is not the size of any of those four

15  entities?

16  A.   That would be correct.

17  Q.   Is it fair to say there's a large disparity between the

18  size of those four entities compared to Vector?

19  A.   I would consider those definitely outliers.

20  Q.   You would consider which outliers?

21  A.   The very large companies you had mentioned in here and

22  as stated in the report.

23  Q.   Okay.  Let's flip back to your report, the first page

24  again, it's SEIN003.

25  A.   Okay.

1  Q.  After you say industry research tools, you then say

2  other publications available.  Do you see that?

3  A.  Yes.

4  Q.  Have you provided to us any such publications that

5  you've looked at?

6  A.  No, I have not.  Typically, we do, you know, keep up

7  with just different industries, you know, through different

8  articles, magazines, and that type of thing.  Or I would say

9  not magazines, industry publications.

10 Q.  Okay.  But it's correct those have not been provided?

11 A.  No, they have not.

12 Q.  Okay.  Do you see the next line it says representative

13 examples of statement of work agreements.  Do you see that?

14 A.  Yes.

15 Q.  Is statement of work agreements, that synonymous with

16 like the professional services agreement that we talked

17 about briefly?

18 A.  I refer to that as the contract, yes, in the

19 professional service agreement as you stated.

20 Q.  Did you provide to us all representative example of

21 statement of work agreements that you reviewed?

22 A.  I just reviewed that one agreement that is in here.

23 Through discussion with them, this was a fairly standard

24 agreement.

25 Q.  You then state original invoices.  Do you see that?

1  A.  Yes.

2  Q.  And if we flip through the information that I see, first

3  go to 39, SIEN039.  I see an Invoice 23702.  Do you see

4  that?

5  A.  Yes, I do.

6  Q.  And then if you flip to Page 52, I see invoice, I think

7  23799.  Do you see that?

8  A.  Yes.

9  Q.  Okay.  And then if we flip to Page SIEN063, I see

10  Invoice 23991.  Do you see that?

11  A.  Yes.

12  Q.  So I see three invoices.  Other than those three

13  invoices, did you consider any other invoices in rendering

14  your opinion on this matter?

15  A.   In this matter, I looked at those three specifically,

16  but I agreed those to the schedule that was provided on the

17  back just to kind of get a feel for if that schedule was --

18  looked correct to me.

19  Q.  Is it correct if you take the history and the preference

20  period, there are fifteen invoices in total?

21  A.  Whatever's listed on that schedule.

22  Q.  Okay.  Assuming for purposes of this that there are

23  fifteen, then I've counted that correctly.

24  A.  Yes.

25  Q.  Is it fair to say that you did not look at twelve of

1   them particularly?

2   A.   That is correct.

3   Q.   Actually, let me even change that.   One of the invoices

4   you looked is an unpaid invoice.   Correct?

5   A.   I'll have to verify that.

6   Q.   Okay.   All right.   You then also state you looked at

7   checks.   Is that correct?

8   A.   I looked at these check copies, for instance located on

9   50.

10   Q.   I think the other one's 37.

11   A.   Yes.

12   Q.   Okay.   So you looked at two checks.   Is that correct?

13   A.   If that's what is in here, that is correct.

14   Q.   Okay.   And are you aware that in the preference period

15   alone there were four checks?

16   A.   Yes.

17   Q.   So it's fair to say you didn't look at two of the four

18   preference checks?

19   A.   No, but I again, I kind of based my analysis on that

20   schedule and just did a quick verification of the invoices

21   and checks that I did have.

22   Q.   And you were here for Mr. Khumara's direct testimony.

23   Correct?

24   A.   Yes.

25   Q.   Sorry, it's not Mr. -- I apologize.   And you heard him

1  testify about the records that they received from their bank

2  that controls their lockbox.  Correct?

3  A.  That is correct.

4  Q.  Did you review any of those records in rendering your

5  decision today?

6  A.  No, I did not.

7  Q.  Did you request any such records before rendering your

8  decision?

9  A.  To my knowledge, the checks and the receipts or the

10  remittance advices that were provided for those two were

11  from those disks that you're referring to.

12  Q.  Okay.  After checks on this first page of your report

13  you say other documents as required, do you see that?

14  A.  Yes.

15  Q.  Are there any other documents that you required that you

16  looked at?

17  A.  No, there was not.

18  Q.  Other than this expert report, do you currently provide

19  any other work to Vector?

20  A.  I do not, an affiliated firm provides tax work to

21  Vector.

22  Q.  Is that where they got your name from?

23  A.  We actually -- the affiliate firm I'm talking about is

24  we actually share offices, share some clients, and then

25  that's where it came.

1    Q.   Okay.  Going to the next page, Page 2, the paragraph

2    with the heading factual background.  Do you see that

3    paragraph?

4    A.   Yes.

5    Q.   And do you see three lines down where it says Vector has

6    signed various contracts with AHMC.  Do you see that?

7    A.   Yes.

8    Q.   Is that a mistake?  Are there various contracts or is

9    there just one?

10   A.   To my knowledge, that should have been contract.

11   Q.   Okay.  And that's the same thing that we've called a

12   statement of work before, right?

13   A.   A statement of work, that is correct.

14   Q.   Page 3 of the report, let's go to the bottom paragraph,

15   heading ordinary course of business defense.  Do you see

16   that paragraph?

17   A.   Yes.

18   Q.   And let's go down to the second to last line which

19   starts with my.  Do you see that sentence?

20   A.   My assessment?

21   Q.   Correct.  And does it say my assessment of the ordinary

22   course of business defense is limited to the second prong of

23   the statutory requirement Section 547(c)(2)(b).  Do you see

24   that?

25   A.   Yes.

1    Q.   And is that a correct statement?

2    A.   I would say I did base my opinion on the second prong,

3    but part of it is from the first prong between the

4    transaction between Vector and American Mortgage.

5    Q.   Okay.  So your opinion is not just limited to the second

6    prong then?

7    A.   No, it's not.

8    Q.   Okay.  The next sentence you say I am further informed

9    and I'm just going to say, dot, dot, dot.  My question for

10   you is this.  Who informed you?  And if you need to read the

11   rest of the sentence, please do so for yourself.

12   A.   Really just the 547(c)(2), the bankruptcy -- maybe I

13   shouldn't have referred to an individual.

14   Q.   Let's back up for a second.  When I questioned you

15   before, I questioned you about your experiences with

16   preferences.  Correct?

17   A.   Yes.

18   Q.   And it's fair to say you have a very limited, if any

19   experience with preferences.  Is that fair?

20   A.   Up until this point, yes.

21   Q.   Okay. How did you educate yourself, if at all, on

22   preferences?

23   A.   Through, you know, in my line of business, we have to

24   read a ton of stuff.  You know, to take on new work or do

25   anything kind of outside of your comfort zone in a sense.

1  But, I, you know, really researched this.  It was something

2  I was interested in getting into so I spent numerous hours

3  looking over these guidelines and the prongs and so forth.

4  Q.  What did you specifically look at?

5  A.  You know, just different online docs.  The actual code

6  itself.

7  Q.  Did you --

8  A.  And various other things via the internet, I guess.

9  Q.  -- provide any of those documents with your expert

10 report?

11 A.  No, I did not.

12 Q.  Were you told to look at any specific documents by

13 either someone at Vector or their counsel or agent?

14 A.  The only documents I was -- really looked at through the

15 counsel and Vector is what is in our report was provided.

16 Q.  Did counsel to Vector ever explain to you or attempt to

17 explain to you what the ordinary course of business defense

18 meant, either prong?

19 A.  I'm kind of -- don't quite understand your question.

20 Q.  Since used words like I have been informed, my question

21 is did counsel for Vector ever inform you as to certain

22 things about the defense that they were trying to establish?

23 A.  Briefly, I would not say fully.

24 Q.  And on direct examination you mentioned you have two to

25 three clients who are, I believe you said competitors of

1  Vector.  Is that correct?

2  A.  That is correct.

3  Q.  Who are those clients?

4  A.  One is ADR.

5  Q.  And who are the other two?

6  A.  I would believe Novell.

7  Q.  And is there a third or is it -- are there two?

8  A.  I'm trying to think if there's any other ones within the

9  firm that we do.  Those are really the two that come off the

10 top of my head.  I mean, we have a couple hundred clients so

11 --

12 Q.  Do you personally work for ADL, ADR, sorry, and Novell?

13 A.  I oversee some attestation work or consulting work on

14 those two clients.

15 Q.  And they also provide outsourcing for IT, I guess?

16 A.  Yeah, they're some very similar.

17 Q.  Did you provide with your expert report any documents

18 with respect to ADR or Novell?

19 A.  I did not.

20 Q.  Okay.  Let's flip to another page in your expert report.

21 Let's go to Page 4.  Start near the top.  Do you see where

22 the heading says A, relevant industry?

23 A.  Yes.

24 Q.  And is it your opinion that "the relevant industry for

25 this adversary proceeding in which AHMC and Vector

1  transacted business is the IT software development and IT

2  staffing services industry".  Is that correct?

3  A.  That is correct.

4  Q.  Okay.  Now jumping to the next paragraph, you say the

5  cash collections period for companies in this industry were

6  at 40.6 days which is based on research performed using

7  First Research's industry profile report for the information

8  technology sector.  Is that correct?

9  A.  That 40.6 days did come from the First Research report.

10  Q.  And that first line of that sentence, do you see where

11  it says in the industry?

12  A.  Which paragraph are you referring to?

13  Q.  That second paragraph that starts with the cash

14  collections.

15  A.  And which sentence again?

16  Q.  The first sentence.

17  A.  Okay.  The cash collection period?

18  Q.  Right.  Do you see in that sentence where it says in the

19  industry?

20  A.  Yes.

21  Q.  What industry are you referring to in that sentence?

22  A.  Really just the general IT industry from the -- based

23  off the First Research report.

24  Q.  And as discussed before, the IT industry is bigger than

25  the IT software development and IT staffing services

1    industry.  Correct?

2    A.  That those consist of that, yes.  They're part of the IT

3    industry as described in the First Research report.

4    Q.  And then there are other things within that industry.

5    Correct?

6    A.  That is correct.

7    Q.  Is it fair to say the rest of the industry is bigger

8    than just those two industries?

9    A.  I would have to go look at that.

10   Q.  Um-hum.  When you say IT staffing services is that the

11   same thing as outsource IT?

12   A.  Yes.

13   Q.  Okay.

14   A.  Well I take that back.  There could be an outsource IT

15   where somebody -- like a third party provides servers or

16   things to that sense.  And there could be where somebody's

17   actually hired as a contractor to come on site to work or

18   vice versa so there could be slight differences in those.

19   Q.  Okay.  Focusing on this second paragraph that starts

20   with the cash collections, this conclusion of 40.6 days is

21   based upon the First Research industry profile report that

22   we have talked about which is SIEN011 through 22.  Correct?

23   A.  Yes, it's from the First Research report, yes.

24   Q.  Do you know how First Research came to its -- strike

25   that.  You allege that they conclude the cash collections

1  period is 40.6 days.  Correct?

2  A.  That is correct.

3  Q.  Do you know how they came to that conclusion?

4  A.  Let's see.  To my knowledge, it's just a -- people remit

5  financial information to them on a quarterly or annual basis

6  anonymously and they just kind of compile everything and

7  that's kind of a compilation of all these different

8  companies.

9  Q.  Basically, you believe they do some type of survey?

10  A.  Yes.

11  Q.  And do you know if the survey is voluntary?

12  A.  That I do not.

13  Q.  Do you know how many companies they sought information

14  from?

15  A.  I believe in the report it does list -- here they list

16  for instance, the larger companies greater than $1.2 million

17  of sales was like 4,300.

18  Q.  So that's the total number of companies in that group,

19  right?

20  A.  Yes.

21  Q.  Do you know how many of them they sought financial

22  information from to make their conclusion?

23  A.  Like are you referring to if they asked 10,000 companies

24  to sent their information?

25  Q.  Yes.

1  A.   I don't know what -- how they got to that number.

2  Q.   Do you know how many responses they received to however

3  many surveys they sent out?

4  A.   I have no idea.  I mean, I -- the way we look at it,

5  4,300 is definitely a large enough number to provide any

6  averages or numbers.

7  Q.   Do you believe that means that they actually got

8  responses from 4,319 companies?

9  A.   I would believe so if it's in this report that they

10 received some type of information from 4,300 companies and

11 that's how they compiled the ratios and so forth.

12 Q.   Now on your next line back on Page 4 of your report, you

13 say this indicates that within the industry cash is

14 collected, unbilled invoices 40.6 days for large companies

15 and 20.3 days for smaller companies from when the services

16 were billed.  Did I read that correctly?

17 A.   Say that one more time, please.

18 Q.   The last sentence, second paragraph, this indicates that

19 within the industry cash is collected on billed invoices

20 40.6 days for large companies and 20.3 days for smaller

21 companies from when the services were billed.

22 A.   Yes, that's based on the First Research reports.

23 Q.   Again, completely.  Correct?

24 A.   Say that --

25 Q.   That conclusion is based completely on the report.

1    Correct?

2    A.   Those numbers, yes.

3    Q.   All right.   And again, when you say within the industry,

4    you're talking about the big industry, the information

5    technology industry.   Correct?

6    A.   That is correct.

7    Q.   Not just the staffing side of it?

8    A.   That is correct.

9    Q.   Okay.   And if we go back to the -- keep this Page 4, but

10   if you can also flip to SIEN019 as part of that report, the

11   First Research report.   Do you have that page?

12   A.   Yes, I do.

13   Q.   Do you see where it says twelve month rolling data

14   period?

15   A.   Yes.

16   Q.   And does it say last update March 2010?

17   A.   That's correct.   And I did go back and look at prior

18   quarters through the relevant period and the collection

19   period has not changed significantly at all.

20   Q.   And again, those are these reports that you failed to

21   produce.   Correct?

22   A.   That is correct.

23   Q.   So sitting here today, there's nothing for me to look at

24   to see if that's correct is there?

25   A.   I can produce those reports, if needed.

1   Q.   But you have not.   Correct?

2   A.   We have not.

3   Q.   Okay.

4   A.   But --

5   Q.   And it's correct --

6   A.   -- we did go back and look and, you know, like I said,

7   the collection period has not changed over that.

8   Q.   It's correct that by last update, March 2010, it means

9   it collected for the period of twelve months before March

10  2010.   Is that what that means?

11  A.   If it's the twelve month rolling average, I believe so.

12  Q.   Okay.   And it's correct there's nowhere in your report

13  that mentions you looking at a different report other than

14  this one that you provided, right?

15  A.   No, that's not in my report.

16  Q.   Okay.   In your report, do you opine as to the size of

17  Vector's business?

18  A.   No, I do not.

19  Q.   Okay.   Go to the bottom of Page 4, you see a partial

20  sentence that starts with the length of time.   Do you see

21  that?

22  A.   Yes.

23  Q.   And it says the length of time and the number of

24  transactions is sufficient to establish an ordinary course

25  or dealings between Vector and AMHC.   Do you see that?

1  A.  That -- yes.

2  Q.  Is that your opinion?

3  A.  Yes, it is within the industry, the typical contracts,

4  you know, may not last more than, you know, three to eight

5  months in this case.  I would say six months can be average.

6  Q.  Stay on Page 5 of your report.  In the second to last

7  paragraph, is it correct that you say the average

8  historically was 26 and the average in the preference period

9  was 51?

10  A.  Yes, it is.

11  Q.  Okay.  And is that based upon the Appendix B which is

12  the spreadsheet?

13  A.  Yes, those numbers came from the spreadsheet.

14  Q.  And those numbers you can find on the right side towards

15  the bottom-ish?

16  A.  I believe so.

17  Q.  Okay.  Did you compute the 26 and 51 or did someone

18  Vector compute it?

19  A.  Really, I'm pretty sure I double checked it because it's

20  kind of math.  I don't know if I actually computed it or

21  not, but I remember checking it so.

22  Q.  So you're comfortable that those numbers are right?

23  A.  I'm fairly comfortable, yes.

24  Q.  Okay.  And those numbers are an average of the numbers

25  in the column called difference in days.  Correct?

1  A.  That they are.

2  Q.  Okay.  Can you flip to that appendix so you have it in

3  front of you?  It's probably best -- you can get it in the

4  small binder is the easiest way.  It's the last exhibit.  Do

5  you have that?

6  A.  I do.

7  Q.  Okay.  Who computed the numbers in the difference in

8  days?

9  A.  I believe that came on the spreadsheet that I received.

10  Q.  Did you check it?

11  A.  I believe so.  I don't really recall.

12  Q.  It's fair to say if one of those numbers is wrong, then

13  average would be wrong?

14  A.  That is true, but I really -- looking at the opinion and

15  stuff, the number of invoices in there to say that it was

16  just 26 taking an average is not a significant amount to

17  really say the average is totally relevant.  I looked more

18  or less at the difference in days, the range.

19  Q.  Well it's fair to say if one of the days is wrong, A,

20  your range might be wrong and your average is differently

21  wrong.

22  A.  Yeah, if you have a difference in -- yeah, that's just

23  math.

24  Q.  Okay.  Let's pick one as an example.  Do you see the

25  invoice date 2/21/07?

1   A.   Okay.

2   Q.   Is that Invoice 23528?

3   A.   Yes.

4   Q.   When was that invoice paid?

5   A.   Per the schedule it says 3/1/07.

6   Q.   How many days are there between February 21, '07 and

7   March 1 of '07?

8   A.   Nine, eight or nine.

9   Q.   Okay.  On the far right it says 34.  Correct?

10  A.   That is correct.

11  Q.   So it's far to say 34 is wrong?

12  A.   Yes, so that would be correct.

13  Q.   And wrong by somewhere between 25 to 26 days.  Correct?

14  A.   That is correct.

15  Q.   It's fair to say that if we change that to eight, the

16  average of 26 in the historical period would drop, right?

17  A.   I believe so.

18  Q.   General math rule if there's an average and you change

19  some of the numbers the average is composed of, if you

20  change those numbers down, the average drops, right?

21  A.   Probably by two days.

22  Q.   Okay.  If you would go up, the average would go up,

23  right?

24  A.   Yes.

25  Q.   Let's stick with the numbers you have for now even

1  though we've just determined one of them is wrong.  Let's

2  stick with 26 and 51.  Is it fair to say the average invoice

3  in the historical period was paid within terms which were 30

4  days?

5  A.  Say that -- repeat that question one more time.

6  Q.  Is it fair to say that in the historical period, the

7  average invoice was paid within terms?

8  A.  I would have to go back and determine -- even though it

9  says it's the average within the terms, I don't know that

10 how many is like -- because of the outliers.  There could be

11 stuff that was paid in a week which would definitely affect

12 the average and something that was paid in 60 or 70 days, so

13 the outliers would affect the average.  So for me to say

14 that on the average they fall within the 30 days is -- or

15 all of them or half of them, whatever you said, I don't know

16 that I can calculate that right now.

17 Q.  Okay.  Let's go through them right now.  The first

18 payment 21 days.  Correct?

19 A.  I believe so.

20 Q.  Less -- that's less than 30 day terms, right?

21 A.  Yes.

22 Q.  Let's skip the second payment, go to the third, eight

23 days, right?

24 A.  Yes.

25 Q.  Less than terms, right?

1    A.   Yes.

2    Q.   Next payment twelve.  Is that less than terms?

3    A.   That's correct.

4    Q.   Skip the next one, go to the 22.  Is that less than

5    terms?

6    A.   Yes.

7    Q.   Next one seven.  Is that less than terms?

8    A.   Yes.

9    Q.   The next one twenty.  Is that less than terms?

10   A.   Yes.

11   Q.   The next one, although it says 34, it's supposed to say

12   eight.  Is eight less than terms?

13   A.   Yes.

14   Q.   Skip the next one and let's go to the nineteen.  Is

15   nineteen less than terms?

16   A.   Yes.

17   Q.   So if you count them up, I see ten historical invoices.

18   I see eight of which are paid before 30 days.  Have I

19   counted correctly?

20   A.   I believe if that was -- I believe you're correct on

21   that.

22   Q.   We see two not, the 54 and the 67 one, right?

23   A.   That is correct.

24   Q.   Now let's go to the preference period.  You say below

25   the average is 51 days.  Correct?

1   A.   Yes, in this report, yes.

2   Q.   And fair to say if terms were 30 days, 51 is beyond

3   terms, right?

4   A.   Say that one more time.

5   Q.   If terms are 30 days and the average is 51, it's fair to

6   say that the average is beyond terms.

7   A.   The average summation of the days, yes.

8   Q.   Okay.  And not just by a few days, in this case by 21,

9   right?

10  A.   Yeah, 30 minus 51 so.

11  Q.   Okay.  Let's go through the preference payments.  On

12  your chart, those are the ones that have the clear date

13  filled in, right?

14  A.   Yes.

15  Q.   The first one 60 days, right?

16  A.   That is correct.

17  Q.   Fair to say not within terms?

18  A.   Stating from the -- to the 30 days terms as stated in

19  the contract?

20  Q.   Yeah.

21  A.   They paid outside of the 30 days.

22  Q.   Okay.  Fair to say if we go back to your Appendix A, the

23  professional services agreement, it says 30 days.  I believe

24  you testified even net 30.  Correct?

25  A.   Well, yeah, I guess it's net 30 or 30 days.

1  Q.  Okay.  Let's go to the next preference payment, you see

2  34, right?

3  A.  Correct.

4  Q.  Technically correct, that's past 30?

5  A.  Yes.

6  Q.  Okay.  Next payment 47.  Do you see that?

7  A.  Yes.

8  Q.  Is that past 30?

9  A.  That is over 30.

10  Q.  Okay.  Next payment 62.  Is that past 30?

11  A.  Yes.

12  Q.  Next payment 52.  Is that past 30?

13  A.  Yes.

14  Q.  So if I'm counting right, there are five invoices paid

15  in the preference period, right?

16  A.  Yes.

17  Q.  Not a single one of them is paid within terms.  Is that

18  also correct?

19  A.  Terms based on the contract.  That is correct.

20  Q.  Right.  As compared to the historical period where eight

21  out of ten are paid within terms according to the historical

22  terms according to the contract.

23  A.  That is correct.  I mean, when we looked at this, we did

24  look at the averages but then again, I'll iterate that we

25  looked on the range of payments in the preference period and

1   the historical period as a comparable.

2   Q.  Is it fair to say that more payments in the preference

3   period were paid beyond terms than was historically normal?

4   A.  I really don't think there's enough payments in the

5   historic period to say that because there's only fifteen

6   total.  I don't think there's enough in the preference

7   period to say that.  Does that answer that question?

8   Q.  But I thought you wrote in your report the length of

9   time and number of transactions is sufficient to establish

10  an ordinary course of dealings between Vector and AMHC.  Is

11  that not, in fact, correct?

12  A.  That is correct, but when we're looking at it as based

13  on the average standpoint, I don't feel that that's quite

14  enough possibly for that, to solely rely on that.

15  Q.  Okay.  Let's go to Page 6 of your report.  Top line,

16  first complete sentence, do you see where it says this

17  pattern illustrates that the payments made during the

18  preference period were paid on average later than the

19  historic period which indicates that these payments were not

20  made preferentially.  Do you see that?

21  A.  Yes.

22  Q.  Is that -- do you standby that sentence?  Strike that.

23  Let me put it a better way.  Is that your opinion what that

24  sentence says?  Is that part of your opinion?

25  A.  That is correct.

1  Q.   Okay.   Is it your opinion that because the payments in

2  the preference period were later than the historic payments,

3  it's not a preference?

4  A.   I didn't feel that the amount of time that was -- like I

5  said, we looked at the range and the greater the time was

6  not sufficient enough to say it was preferential.

7  Q.   Okay. Let's go to the first full paragraph on Page 6.

8  Do you see where you say --

9           THE COURT:  Wait a minute, wait a minute, wait a

10  minute.  You're saying that the information that you had is

11  not sufficient to conclude that the payments were

12  preferential?  Is that what you just said?

13           MR. SIENKIEWICZ:  No, I was saying solely relying

14  on the average, that's what I was referring to.

15           THE COURT:  All right.  Go ahead.

16  BY MR. SCHNITZER:

17  Q.   The first full paragraph, Page 6, do you see where you

18  say by billing for services rendered every fifteen days.  Do

19  you see that?

20  A.   Yes, I do.

21  Q.   Are you aware that Vector didn't always bill every

22  fifteen days?

23  A.   No, I was not.

24  Q.   Are you aware that one of Vector's invoices was billed

25  much later than fifteen days after the work was performed?

1    A.   I was not aware of that, no.

2    Q.   Can you flip to the last page of Exhibit 17?  Sorry, the

3    second to last page.  It's labeled SEIN063 and it's Invoice

4    23991.  Did you find that?

5    A.   Yes.

6    Q.   It's correct that this is an invoice from Vector.

7    Correct?

8    A.   Yes, it appears so.

9    Q.   And does it appear to be for the period of May 16

10   through May 17 of 2007?

11   A.   That's what it states.

12   Q.   And does the invoice appear to be dated July 27, 2007?

13   A.   Yes.

14   Q.   And is it fair to say that July 27, 2007 is not within

15   fifteen days of May 16 or May 17?

16   A.   No, it is not.

17   Q.   Page 6, third paragraph down it states these terms were

18   an integral part of the agreement and are standard terms not

19   on in Vector's business, but in IT software development and

20   IT staffing services industry as a whole.  Do you see that

21   sentence?

22   A.   Yes.

23   Q.   Did I read it correctly?

24   A.   Yes.

25   Q.   Do you base that on anything contained within the First

1  Research industry profile?

2  A.  No, I do not.  That's based on prior experience with

3  other clients and within the industry and similar

4  industries.

5  Q.  Are there any documents that you've provided that show

6  that?

7  A.  No, I can't provide those documents.  They're clients,

8  other clients or what I've seen in the past.

9  Q.  Okay.  Go to the bottom paragraph of Page 6.  Do you see

10  the sentence that starts with a typical line of inquiry may

11  include?

12  A.  Yes.

13  Q.  Did you type that sentence?

14  A.  I believe so.

15  Q.  What was your source of information for typing such a

16  sentence?

17  A.  I don't recall.

18  Q.  Do you know if it was counsel for Vector?

19  A.  No, I do not recall that.

20  Q.  Do you know if it was Vector?

21  A.  I don't recall that.

22  Q.  Okay.  Next sentence where you say generally only those

23  dealings again, dot, dot, dot, do you know your source of

24  information for that sentence?

25  A.  I do not recall.

1  Q.  Okay.  Let's stay on Page 7 and let's start with the

2  paragraph that says within my experience, very few payments

3  are actually made prior to the due date.  Do you see that

4  sentence?

5  A.  Say that one more time.

6  Q.  Within my experience, very few payments are actually

7  made prior to the due date.

8  A.  Yes.

9  Q.  Is it fair to say looking at the historical payments

10  between American Home and Vector, many of the payments were

11  made prior to the due date.

12  A.  That's correct.

13  Q.  And that's if we look at the history in Appendix B we

14  see that eight out ten were made before 30 days, right?

15  A.  Correct.

16  Q.  The last paragraph you start with in my experience, the

17  timing of payments made to vendors for goods and services

18  months before a company files for bankruptcy would be paid

19  on average later than the historic timing of payments.  Do

20  you see that sentence?

21  A.  I do.

22  Q.  Did I read it correctly?

23  A.  Yes, you did.

24  Q.  Do you stand by that sentence for purposes of your

25  testimony and your opinion today?

1  A.  That is correct.

2  Q.  Have you ever worked for a company that was in

3  bankruptcy?

4  A.  No, I have not.

5  Q.  Have you ever worked for a company within a month before

6  it filed for bankruptcy?

7  A.  I've actually only worked for accounting firms and we

8  have not, no.

9  Q.  I apologize, I should phrase it differently.  Have you

10  ever worked on a matter for an accounting firm where the

11  accounting firm's client was a company that was in

12  bankruptcy?

13  A.  No, I have not.

14  Q.  Have you ever had -- is it fine if I just say have you

15  ever had a client?  Does that make sense?

16  A.  There have been several clients that have filed.  The

17  extent of my work on those I, you know, don't really recall.

18  Q.  Okay.  All right.  Do you regularly work on matters

19  where the client has filed for bankruptcy within a few

20  months?

21  A.  No.

22  Q.  Okay.  And do you regularly work for clients who are

23  getting paid by companies who filed for bankruptcy shortly

24  thereafter?

25  A.  That I cannot attest to.

1  Q.  Have you provided anything with your expert report which

2  would backup your position that timing of payments made to

3  vendors for goods and services months before a company files

4  for bankruptcy would be paid on average later than the

5  historic timing of payments?

6  A.  This is based on prior knowledge of, you know, company's

7  cash flows, you know, prior to filing typically.

8  Q.  Okay.  The next sentence you state during the preference

9  period, it can be reasonably assumed that a company that has

10 subsequently filed for bankruptcy would be showing signs of

11 financial distress.  Do you see that sentence?

12 A.  Point that out one more time.

13 Q.  It's the second sentence in the last paragraph on Page

14 7.

15 A.  During the -- yes.

16 Q.  If I read it correctly.

17 A.  That is correct.

18 Q.  Do you standby that sentence for today's purposes?

19 A.  That is correct.

20 Q.  Okay.  Did you do any research to determine whether

21 American Home was showing signs of financial distress during

22 the preference period?

23 A.  No, I did not look at any of that information, wasn't

24 privy to it.

25 Q.  Okay.  Is it possible American Home was, in fact, not

1  showing signs of financial stress during the preference

2  period?

3  A.   They -- could be.  I mean --

4  Q.   Flip to Page 8.  Do you see where you say up top thus it

5  could be said that both parties operated with -- in the

6  confines of the agreement.  Do you see that?

7  A.   Yes.

8  Q.   Is it fair to say that at least during the preference

9  period, American Home didn't pay Vector within the terms of

10  the agreement?

11  A.   Not within the terms of the agreement, but I believe

12  they paid them with the similar terms being the date ranges

13  from the historic period.

14  Q.   Now when you say the agreement capitalize A, you

15  actually mean the professional services agreement, right?

16  A.   That is correct.

17  Q.   You actually define that on Page 2 so.  And similarly

18  like we discussed before, it's also true that at least on

19  one occasion, Vector did not, in fact, submit an invoice

20  within the terms of the agreement.  Correct?

21  A.   Say that one more time.

22  Q.   Is it also correct that Vector didn't submit an invoice

23  at least on one occasion within the terms of the agreement

24  that called for invoices to be submitted every fifteen days.

25            MR. MONZO:  Your Honor, I object to that

1  question. I'm not sure he testified to that previously.

2           THE COURT:  It doesn't matter.

3           MR. SCHNITZER:  I'm not sure that I was -- I'll

4  withdraw it and try it again because I don't think that's

5  what I was asking, but I'll fix it in case that is what I

6  was asking.

7  BY MR. SCHNITZER:

8  Q.  Is it also correct that on at least one occasion, Vector

9  did not submit an invoice within fifteen days of the work

10 being provided?

11 A.  I can't attest to that.

12 Q.  Do you remember the May 16, May 17 invoice we looked at?

13 A.  Yes sir.

14 Q.  And you remember the date of it being July 27.  Correct?

15 A.  That's correct.

16 Q.  And that's not within fifteen days of each other?

17 A.  That is not within fifteen days with each other.

18 Q.  Okay.

19 A.  That's not to say that a previous one was not sent.

20 That I can't attest to.

21 Q.  Okay.  Turn to the last paragraph, sorry, the last

22 section, basis of opinion, for opinion, sorry.

23 A.  Okay.

24 Q.  Do you see in the second sentence the phrase an analysis

25 of other similarly situated companies?

1   A.   Yes.

2   Q.   Is that a written analysis?

3   A.   That's just from working, you know, with like I said,

4   you know, most small business and a few other clients within

5   this industry just having the knowledge of their financials

6   and how they operate.

7   Q.   And did you actually prepare something similar to

8   Appendix B for those similarly situated companies?

9   A.   There would actually be no need to, so no.

10  Q.   And by similarly situated companies, are we still

11  talking about ADR and Novell?

12  A.   That and there's a few other software type companies and

13  outsourcing companies as well.

14  Q.   Well I think this is clear, let me ask.  Are you

15  expressing any opinion in your report or otherwise on new

16  value?

17  A.   I believe not.

18          MR. SCHNITZER:  One second, Your Honor, I'm

19  trying to speed the process.  Can I take one minute, Your

20  Honor?

21          THE COURT:  Um-hum.

22          MR. SCHNITZER:  Thank you.  No further questions,

23  thank you, Your Honor.

24          THE COURT:  You're welcome.  Redirect?

25          MR. MONZO:  I'll make it brief, Your Honor.

1                        REDIRECT EXAMINATION

2   BY MR. MONZO:

3   Q.   I'm going to stick with a direct number of questions

4   regarding --

5   A.   Yes, sir.

6   Q.   -- the ordinary course of business analysis as set forth

7   as Exhibit B to Exhibit 7.

8   A.   You said Appendix B?

9   Q.   Appendix B, right.

10  A.   That's correct.

11  Q.   And this is just sort of to walk you through each one of

12  the invoices and ask you a series of questions.  Now my

13  questions are going to be regard to the second page of your

14  analysis.

15  A.   Of the actual report?

16  Q.   No, of the Appendix B.

17  A.   Okay.

18  Q.   Do you see that's the --

19  A.   Yes.

20  Q.   -- four columns, two columns at the top pre-preference

21  preference period?

22  A.   Yes.

23  Q.   All right.  Can you describe that briefly?

24  A.   Based on the chart from the previous page, this is pre-

25  preference the days after invoices paid and during the

1    preference period as well.  It looks like based on the ten

2    day, every ten days.

3    Q.  Okay.  So is it fair to say that during the preference

4    period there's one invoice based on Vector's books and

5    records that was paid within 30-39 days after invoice?

6    A.  I believe so according --

7    Q.  And that's consistent with the historic period?

8    A.  The way I reviewed this is during the historic period

9    there is several invoices that were over the 30 day terms.

10   Q.  Right.  And then with regard to the pre-preference

11   period and the preference period, the payments that were

12   made 50 to 59 days after invoice there was one on each

13   period?

14   A.  According to this chart, yes.

15   Q.  Okay.  And finally, the 60 to 69 days after invoice,

16   there was one during the pre-preference period then during

17   the preference period there are -- based on Vector's books

18   and records there are two, right?

19   A.  That's correct.

20   Q.  Okay.  Hypothetically speaking, if one of those invoices

21   was not, in fact, acknowledged on the invoice date, but

22   rather more than 30 days later, that would, in fact, reduce

23   that number, right?

24          MR. SCHNITZER:  Objection, Your Honor, outside of

25   the scope of my cross examination.

1          THE COURT:  Over -- no, no, overruled.

2          MR. SIENKIEWICZ:  Can you repeat that one?

3  BY MR. MONZO:

4  Q.  My question was if, in fact, one of those invoices was

5  during the preference period was not based upon the invoice

6  date, but rather a later date, that would, in fact, reduce

7  that number.  Correct?

8  A.  If it was based on a previous date is that what you were

9  stating?  I think you said if it -- can you clarify that?

10  Q.  Sure, sure.  One of the invoices, Invoice 23737, the

11  invoice date is 5/4/07.  Do you agree with me there?

12  A.  Yes.

13  Q.  Right.  Now if that invoice was, in fact, received on

14  6/13/07, that 62 period would, in fact, drop.

15  A.  That is correct.

16  Q.  And it would drop significantly, but it would be less

17  than 30 days.  Correct?

18  A.  I would have to go back and check, but I'm assuming

19  that's --

20  Q.  That was paid --

21  A.  Or calculate that, but it would definitely reduce the

22  number of days.

23  Q.  6/13, it was paid on 7/5, the math is less than 30 days.

24  A.  That is correct.

25  Q.  Okay.  And that, in fact, would also reduce the average

1  of the preference period days.

2  A.  If that number was reduced, yes, it would reduce the

3  average.

4  Q.  All right.  But, in fact, your opinion was based upon

5  the similarities between the transactions, I believe you

6  testified?

7  A.  Yeah.  We looked at -- I mean, our -- I looked at more

8  or less the similarities and amounts and the range of days

9  that was paid.

10  Q.  And is it your opinion that based on the range and days

11  and the amounts of the payments and so on that, in fact, the

12  transaction, in fact, was similar?

13  A.  They were very similar.

14  Q.  Okay.  And within the industry it is your opinion that

15  they were, in fact, made within the ordinary terms?

16  A.  Yes.

17         MR. MONZO:  Your Honor, I have no further

18  questions, thank you.

19         THE COURT:  All right.  Thank you, sir, you may

20  step down.

21         MR. SCHNITZER:  Your Honor, may I have a few

22  minutes?

23         THE COURT:  On what?

24         MR. SCHNITZER:  To follow up on --

25         THE COURT:  No, no, no recross.

1          MR. MONZO:  Your Honor, with that point, I have

2   no additional witnesses.  I would ask that Exhibit 1 through

3   7, I believe we've already had 5 and 6 admitted, but that 1

4   through 7 be admitted into evidence.

5          THE COURT:  Any objection?

6          MR. SCHNITZER:  I believe I have one question,

7   Your Honor, I do not object to Exhibit 1.

8          THE COURT:  Well here, let's -- I -- here's what

9   I'd like to do actually because we have to stop.  Take some

10  time after -- we're going to continue this to October 3

11  which is our next trial date.  In the interim, exchange

12  information about what exhibits Defendant wants in, what

13  exhibit plaintiff wants in and if you can agree, fine.  And

14  if you identify ones where you don't agree, we can deal with

15  that on October 3.  All right.  And do you think you're

16  going to be presenting a witness on October 3?

17         MR. SCHNITZER:  Yes, Your Honor, I'm hoping with

18  Mr. Monzo it can be shorter if we can agree to, you know,

19  checks and invoices and check register coming in.  We will

20  still probably have limited testimony because it goes to the

21  emails and I'm pretty sure we still don't agree on that, but

22  --

23         THE COURT:  All right.  And you may have a

24  rebuttal case.  I assume the testimony would be by the

25  identified witness.

1          MR. SCHNITZER:  Correct.

2          THE COURT:  Okay.

3          MR. MONZO:  That is my understanding, Your Honor,

4   that her testimony would be limited as set forth in the

5   pretrial to verification and authenticity.

6          THE COURT:  The pretrial will control.

7          MR. MONZO:  Okay.

8          THE COURT:  And so you can deal with it in that

9   context.

10         MR. MONZO:  Okay.  Thank you, Your Honor.

11         THE COURT:  All right.  Anything else?

12         MR. SCHNITZER:  Just for purposes of planning on

13  the 3rd, after we present our witness assuming a rebuttal

14  case are you --

15         THE COURT:  Yeah, I want oral argument and then

16  I'll rule and then we'll go to the next trial.

17         MR. SCHNITZER:  Okay.

18         THE COURT:  All right?

19         MR. SCHNITZER:  Thank you, Your Honor.

20         THE COURT:  You bet.

21         MR. MONZO:  Thank you, Your Honor.

22         THE COURT:  See you on the 3rd.

23

1   (Whereupon, at 4:44 p.m., the hearing was adjourned.)

2                        <u>CERTIFICATION</u>

3        I certify that the foregoing is a correct

4   transcript from the electronic sound recording of the

5   proceedings in the above-entitled matter.

6

7

8   _____          29 September 2011

9   Traci L. Calaman, Transcriber              Date

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**07-11047(css**(1) 1:4

**09-51611(css**(1) 1:16

**30-day**(1) 56:24

**3:00-ish**(1) 140:21

**547(c)2**(4) 135:20 136:1 139:20 177:12

**547(c)2(b**(2) 146:11 176:23

**90-day**(2) 45:4 49:20

**a.m**(9) 1:14 4:1 25:22 28:24 29:6 31:7 32:20 98:13 106:10

**ability**(1) 139:1

**able**(9) 5:7 5:7 5:9 24:16 25:10 25:14 67:6 110:13 157:2

**about**(63) 13:16 13:17 13:17 17:20 17:21 22:4 24:10 34:22 35:8 35:13 37:8 37:23 41:10 43:4 59:1 59:2 64:3 71:14 72:18 73:23 74:21 75:2 78:14 83:8 89:9 99:22 100:5 100:21 101:22 101:22 104:16 112:2 115:10 118:6 118:21 119:18 121:13 121:23 138:17 140:25 141:1 153:5 153:24 153:24 154:1 155:2 157:3 162:8 164:9 165:24 166:4 167:6 168:9 168:18 172:17 175:1 175:23 177:15 178:22 181:22 184:4 202:11 207:12

**above**(5) 29:4 31:3 31:7 32:7 105:14

**aboveentitled** (1) 209:7

**abraham**(9) 13:8 25:20 28:24 29:5 31:4 31:8 55:14 100:9 106:2

**abrahams**(2) 13:22 26:23

**absolutely**(4) 35:12 36:7 103:2 103:17

**access**(2) 82:10 85:18

**accordance**(2) 10:16 56:7

**according**(17) 52:19 96:14 99:19 109:15 109:15 109:19 124:9 124:13 126:9 126:11 134:5 147:4 166:12 192:21 192:22 204:6 204:14

**account**(15) 42:11 60:17 73:15 74:4 74:8 74:10 81:13 82:3 85:8 85:25 89:2 110:5 131:6 152:9 167:2

**accountant**(19) 54:2 54:6 54:12 57:23 60:18 82:12 89:13 89:14 89:15 89:25 89:25 90:4 90:25 91:2 102:11 102:11 102:16 111:7 111:9

**accounting**(30) 21:19 40:12 54:11 84:9 84:13 84:14 84:16 84:18 84:21 84:22 85:5 85:5 85:21 88:14 89:10 89:15 91:3 97:8 102:10 102:12 102:19 112:25 127:12 130:25 131:2 137:16 146:19 198:7 198:10 198:11

**accounts**(14) 13:8 54:2 54:3 57:20 74:14 84:6 84:8 89:5 91:13 128:1 128:4 128:5 131:4 131:5

**accuracy**(2) 26:8 97:23

**accurate**(18) 13:10 14:10 16:8 18:7 23:8 25:24 29:8 43:15 43:15 43:21 44:22 70:2 71:13 77:10 79:13 115:9 116:11 161:5

**accurately**(1) 42:10

**ach**(1) 74:3

**acknowledged**(1) 204:21

**across**(4) 48:10 56:14 82:7 151:2

**acting**(1) 68:6

**action**(6) 4:17 89:24 90:1 90:6 90:13 102:17

**actively**(2) 68:17 68:18

**actual**(11) 33:10 39:23 75:7 91:15 108:14 108:23 109:1 115:14 150:3 178:5 203:15

**actually**(37) 17:25 25:8 28:20 43:24 55:21 60:22 66:11 68:2 76:25 97:10 109:2 109:22 115:18 122:20 128:12 144:14 149:24 154:4 162:10 162:17 163:23 164:1 164:5 174:3 175:23 175:24 181:17 183:7 186:20 197:3 197:6 198:7 200:15 200:17 202:7 202:9 207:9

**added**(1) 164:20

**adding**(2) 64:6 138:25

**additional**(3) 9:19 62:1 207:2

**additionally**(1) 17:18

**address**(3) 7:17 8:17 155:3

**addressed**(1) 16:24

**addressing**(1) 168:24

**adjourned**(1) 209:2

**adl**(1) 179:12

**administered**(1) 1:5

**administrator**(2) 19:20 19:23

**admissible**(5) 16:20 20:22 27:20 27:25 120:1 120:4

**admission**(6) 18:12 29:17 95:25 101:21 120:1 120:4

**admissions**(2) 117:17 119:1

**admit**(4) 18:21 18:22 24:22 27:16

**admitted**(16) 3:13 19:7 19:7 24:23 26:3 28:3 29:14 29:22 33:10 117:11 120:7 133:5 136:11 138:9 207:3 207:4

**admitting**(1) 19:2

**adp**(1) 116:6

**adr**(4) 179:4 179:12 179:18 202:11

**adv**(1) 1:16

**adversary**(1) 179:25

**advices**(1) 175:10

**advise**(1) 143:22

**advisory**(6) 7:6 127:13 127:20 127:23 127:24 128:1

**affect**(2) 189:11 189:13

**affiliate**(1) 175:23

**affiliated**(1) 175:20

**affirmation**(1) 84:1

**affirming**(1) 95:22

**after**(28) 4:12 4:15 31:24 35:18 47:21 65:4 66:5 66:6 72:9 72:20 73:4 73:7 79:17 81:24 82:1 103:9 113:25 115:7 152:7 172:1 175:12 194:25 203:25 204:5 204:12 204:15 207:10 208:13

**afternoon**(8) 67:18 67:19 84:5 96:6 105:15 126:20 133:24 134:2

**again**(30) 4:21 14:15 17:4 23:18 31:9 31:10 50:2 64:17 69:24 70:3 90:3 102:24 106:19 124:15 136:1 141:9 143:7 148:19 149:15 154:21 155:2 171:24 174:19 180:1 183:23 184:3 184:20 192:24 196:23 201:4

**against**(3) 1:18 4:13 4:15

**agent**(1) 178:13

**aging**(2) 90:22 99:22

**ago**(1) 94:17

**agrawala**(1) 68:11

**agree**(10) 64:16 64:20 125:15 136:22 141:12 205:11 207:13 207:14 207:18 207:21

**agreed**(5) 23:20 53:15 98:8 125:8 173:16 173:17 174:1 74:25 76:2 76:25 78:17 73:10 73:17 74:1 74:25 76:2 76:25 78:17 91:18 95:15 96:22 96:25 101:23 103:4 105:3 107:3 116:16 116:21 124:10 126:9 132:11 132:16 150:10 167:3 167:14 177:4 197:10 197:21 200:9

**agreement**(25) 36:11 36:18 37:4 37:10 37:16 38:3 86:17 106:18 106:21 114:4 132:13 167:19 172:16 172:19 172:22 172:24 191:23 195:18 200:6 200:10 200:1 200:14 200:15 200:20 200:23

**agreements**(3) 172:13 172:15 172:21

**ahead**(12) 5:15 13:1 16:1 23:2 24:13 38:15 51:15 134:9 143:3 146:6 153:17 194:15

**ahm**(23) 35:25 36:2 36:4 36:12 37:18 37:21 38:22 38:23 39:18 40:5 40:7 40:8 42:11 51:2 52:12 71:9 71:17 71:19 73:5 90:16 94:25 95:1 96:18

**ahm00032**(1) 100:16

**ahmc**(3) 167:15 176:6 179:25

**all**(173) 4:2 7:25 8:7 8:9 8:12 8:14 9:8 10:18 11:7 12:18 13:1 13:17 14:2 14:5 14:22 15:6 15:12 15:14 21:25 24:5 24:23 27:14 28:22 38:9 30:11 33:21 34:5 35:22 37:9 38:15 38:16 38:23 39:20 41:14 41:15 41:19 45:19 46:9 47:1 49:3 49:15 49:16 49:18 50:11 50:21 50:23 51:14 52:9 53:8 54:3 56:11 56:14 58:3 59:19 59:24 60:5 60:25 61:3 61:13 61:15 62:9 64:19 64:22 67:2 67:4 68:7 70:6 72:9 73:3 73:19 74:2 74:5 74:7 74:18 75:16 78:16 79:6 79:9 82:7 82:8 82:20 83:11 83:21 84:1 86:9 88:6 88:11 88:13 89:24 90:10 93:14 101:15 103:24 109:12 114:15 115:17 115:17 115:21 118:24 119:13 119:20 121:12:15 121:18 122:20 122:20 122:22 123:6 123:12 124:7 124:12 125:1 125:7 125:17 126:1 126:6 127:2 130:5 131:20 133:11 137:19 137:24 138:6 139:6 139:9 139:22 140:2 140:15 140:25 141:4 143:10 145:1 145:8 146:21 147:11 147:14 147:18 147:17 149:13 149:18 149:19 150:2 150:1 150:21 153:17 153:21 155:8 155:9 156:16 157:12 157:13 158:18 159:10 160:15 160:16 160:23 164:18 172:20 174:17 177:21 182:7 184:3 184:19 189:15 194:1 198:18 203:23 206:4 206:19 207:15 207:2 208:11 208:18

**allege**(1) 181:25

**allow**(2) 140:9 147:18

**allowed**(8) 9:8 57:16 100:20 119:25 120:2 154:7 154:8 154:9

**allowing**(1) 21:2

**alone**(1) 174:15

**along**(3) 30:22 39:8 39:17

**already**(8) 20:21 72:9 79:3 88:22 92:4 119:5 163:12 207:3

**also**(35) 5:20 6:1 6:11 10:16 16:21 16:24 17:19 32:15 37:11 42:25 49:22 65:19 74:2 93:10 108:14 113:3 118:12 128:25 129:1 132:4 133:12 137:9 139:3 141:15 143:25 144:2 145:2 174:6 179:15 184:10 192:18 200:18 200:22 201:8 205:25

**alternate**(1) 154:18

**although**(2) 42:17 190:11

**always**(6) 48:14 49:16 70:7 70:12 82:3 194:21

**amend**(1) 154:4

**amendment**(1) 147:5

**america**(1) 75:9

**american**(70) 1:13 4:6 4:7 13:9 17:1 17:3 17:6 17:9 18:10 20:16 20:19 24:1 27:13 27:19 35:23 36:9 37:12 39:17 41:20 42:11 44:15 49:12 49:20 50:23 58:14 60:3 61:16 61:22 62:8 62:11 63:24 65:3 65:7 66:23 69:12 69:20 71:24 72:1 72:5 72:8 72:17 73:10 73:17 74:1 74:25 76:2 76:25 78:17 91:18 95:15 96:22 96:25 101:23 103:4 105:3 107:3 116:16 116:21 124:10 126:9 132:11 132:16 150:10 167:3 167:14 177:4 197:10 197:21 200:9

**amhc**(2) 185:25 193:10

**amount**(28) 41:8 41:11 46:13 46:14 46:15 46:17 50:24 51:1 52:24 56:6 61:15 66:22 71:18 78:1 80:18 80:18 81:4 81:14 82:5 82:13 110:23 121:15 122:1 124:3 124:7 124:20 187:16 194:4

**amounts**(12) 60:20 80:22 81:1 149:8 149:21 150:3 150:6 150:17 150:19 157:20 206:8 206:11

**analysis**(22) 50:15 93:12 135:14 135:23 136:4 145:3 145:10 145:23 146:9 146:14 146:15 146:17 146:23 146:24 148:6 148:8 164:17 174:19 201:24 202:2 203:6 203:14

**analyze**(1) 128:2

**analyzed**(1) 135:1

**and**(301) 4:10 4:12 4:22 5:2 5:22 5:25 6:9 6:14 6:21 6:22 7:5 7:8 7:14 7:16 7:21 7:23 8:15 9:9 9:17 9:20 9:21 9:24 10:4 10:9 10:13 10:13 10:17 11:4 11:5 11:10 11:14 11:16 11:17 11:21 11:22 11:23 12:9 12:15 12:19 13:10 13:13 13:21 14:10 14:16 14:19 14:23 15:2 16:2 16:7 16:8 16:11 16:25 17:1 17:2 17:6 17:7 17:8 17:17 17:24 18:6 18:7 18:11 18:16 18:25 19:8 19:21 20:22 20:5 20:23 21:4 21:13 21:15 21:23 22:3 22:8 22:8 22:17 23:8 23:22 24:7 24:15 25:1 25:5 25:8 25:13 25:22 25:24 25:24 26:9 26:18 26:19 27:2 27:5 27:11 28:17 28:20 28:23 29:8 29:11 29:21 29:23 30:14 31:3 31:7 32:12 32:15 33:7 33:23 33:25 34:6 34:15 34:17 34:18 34:20 34:23 35:1 35:6 35:9 35:13 35:15 35:20 36:1 36:2 36:8 36:9 36:12 36:12 36:17 36:20 36:25 37:7 37:9 37:14 37:18 37:19 37:21 37:22 37:23 38:1 38:5 38:8 38:14 38:21 39:1 39:5 39:6 39:9 39:12 39:18 39:20 40:3 40:4 40:5 40:10 40:12 41:7 41:11 41:13 41:15 41:17 41:22 42:1 42:2 42:7 42:9 42:13 43:14 43:15 43:15 43:21 44:17 44:20 44:22 45:11 46:6 46:8 46:16 46:24 47:15 47:15 47:16 47:20 47:22 48:7 48:17 48:21 49:3 49:10 49:14 49:16 49:24 50:7 50:8 50:9 50:11 50:22 50:25 51:1 51:3 51:5 51:14 51:23 52:11 52:15 52:17 52:19 52:24 53:1 53:2 53:13 53:17 53:20 53:21 53:21 53:24 54:2 54:4 54:6 54:7 54:10 54:11 54:13 54:15 54:18 54:22 54:22 55:15 55:19 56:2 56:6 56:7 56:11 56:16 57:25 58:1 58:1 58:2 58:3 58:4 58:5 59:15 59:17 59:21 59:23 60:1 60:7 60:9 60:12 60:14 60:15 60:17 60:18 60:19 60:22 60:25 61:3 61:5 61:6 61:15 62:10 62:18 62:18 63:1 63:10 63:11 63:13 63:16 63:17 63:23 63:25 64:1 64:2 64:4 64:5 64:7 64:13 64:16 64:20 64:23 65:7 65:11 65:18 65:18 65:19 65:23 66:4 66:8 66:14 66:22 66:24 67:13 67:23 68:11 68:22 68:23 68:25 69:2 69:6 69:6 69:12 69:18

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**and(301)** 69:20 69:23 70:21 70:23 71:8 71:12 71:25 72:4 72:22 73:6 73:13 73:17 74:7 74:10 74:21 75:4 75:6 75:16 75:19 76:6 76:9 76:25 77:19 78:3 78:10 78:21 78:22 79:15 79:17 80:6 80:7 80:10 80:11 80:21 80:22 81:5 81:6 81:7 81:24 82:1 82:3 82:5 82:6 82:7 82:10 82:14 82:15 82:19 83:1 83:7 84:10 85:17 85:18 85:19 86:5 86:13 87:20 88:11 88:15 88:24 88:25 89:4 89:7 89:15 89:18 89:25 89:25 90:1 90:10 90:14 90:17 90:17 90:18 90:22 90:24 91:2 91:5 91:9 91:15 91:22 91:23 92:1 92:7 92:10 92:10 92:13 92:24 93:1 93:5 93:7 93:10 93:18 94:1 94:5 94:7 94:10 94:13 94:15 94:24 95:1 95:1 96:10 96:14 96:19 97:3 97:6 97:8 97:20 98:5 99:3 99:6 99:6 100:1 100:6 100:12 100:19 100:24 101:4 101:9 101:12 101:19 101:21 102:7 102:16 102:17 102:18 102:19 102:2 103:11 103:15 104:20 105:22 106:8 106:12 106:23 107:15 108:2 108:3 108:16 109:4 109:8 109:15 109:19 109:19 110:3 110:6 110:6 110:8 111:2 111:22 112:9 112:23 113:2 113:19 113:23 114:2 114:9 114:12 114:19 115:1 115:3 115:10 115:14 115:17 116:4 116:8 116:11 116:11 116:24 117:16 117:17 117:18 118:4 118:24 119:5 119:6 119:22 120:3 120:17 120:19 120:22 120:24 121:13 121:16 121:18 121:19 122: 122:9 122:25 123:2 123:10 123:12 123:19 124:2 124:13 124:23 125:24 126:4 126:11 126:24 126:25 127:2 127:4 127:5 127:9 127:11 127:15 127:15 127:18 127:18 127:20 128:2 128:5 128:6 128:10 128:10 128:16 128:19 128:23 128:25 129:1 129:5 129:20 129:23 129:25 130:3 130:5 130:6 131:8 131:11 132:4 132:11 132:13 133:18 133:18 134:13 135:5 135:18 135:25 137:1 137:4 137:6 137:6 137:9 137:10 137:11 137:14 137:19 137:24 138:1 138:2 138:5 138:14 138:15 138:18 139:4 139:7 139:12 139:15 139:19 139:23 140:10 140:23 141:12 141:15 141:20 142:2 142:4 142:5 142:6 142:12 142:13 142:13 142:20 142:2 143:17 143:17 143:22 143:25 144:2 144: 144:7 144:14 144:17 144:21 145:1 145:19 146:13 146:16 147:5 147:9 147:17 147:20 148:5 148:9 148:17 149:3 149:7 149:20 149:23 150:2

**and(225)** 150:4 150:5 150:17 150:24 151:15 151:22 152:6 152:12 152:15 152:2 153:6 153:12 153:15 153:21 153:21 153:22 153:23 154:6 154:7 154:25 155:4 155:15 155:24 156:12 156:24 157:6 157:8 157:16 157:20 157:21 158:1 158:5 158:8 158:9 158:12 159:4 159:5 159:7 159:8 159:10 159:11 159:20 160:1 160:10 161:1 161:13 161:14 161:14 161:15 161:17 161:19 161:20 161:22 162:8 162:8 162:12 162:24 163:14 163:16 163:18 163:18 163:24 163:25 164:1 164:17 164:19 165:5 165:12 165:21 166:6 166:24 167:3 167:14 167:18 168:6 168:19 168:23 169:11 169: 169:21 169:24 170:10 171:9 171:10 171:21 172:8 173:2 173:6 173:9 173:9 174:14 174:20 174:21 174:22 174:25 175: 175:24 176:5 176:11 176:18 176:21 177: 177:4 177:9 177:10 177:18 178:3 178:3 178:8 178:15 178:24 179:5 179:7 179:12 179:15 179:24 179:25 180:1 180:10 180:1 180:24 180:25 181:4 181:16 182:6 182:6 182:11 183:10 183:11 183:15 183:20 184: 184:9 184:16 184:17 184:17 184:18 184:20 185:5 185:6 185:6 185:12 185:23 185:23 185:25 186:8 186:11 186:14 186:1 186:24 187:14 187:20 188:6 188:13 188:18 189:2 189:8 189:12 190:14 190:22 191:2 191:5 191:8 192:25 193:9 193:10 194:5 195:3 195:9 195:12 195:14 195:18 195:19 196:3 196:3 197:1 197:10 197:13 197:17 197:25 198:7 198:22 199:3 200:17 201:4 201:14 201:16 202:4 202:6 202:7 202:10 202:11 202:12 202:12 203:11 203:12 203:25 204:4 204:7 204:10 204:11 204:15 204:18 205:16 205:18 205:25 206: 206:8 206:10 206:10 206:11 206:11 206:14 207:3 207:13 207:13 207:15 207:1 207:19 207:21 207:23 208:5 208:8 208:1 208:16

**and/or(2)** 57:15 159:22
**anita(1)** 26:22
**announced(1)** 68:2
**annual(2)** 163:13 182:5
**anonymously(1)** 182:6
**another(12)** 29:5 47:21 47:21 55:19 56:21 103:13 107:21 135:2 135:5 165:21 168:15 179:20
**answer(10)** 31:13 59:4 66:19 95:10 118:10 119:5 147:19 156:24 159:18 193:7

**answered(1)** 72:22
**answering(1)** 13:22
**answers(1)** 118:2
**any(90)** 4:16 5:19 16:14 16:19 17:1 17:14 18:19 20:9 20:12 21:5 26:4 27:10 29:19 30:25 38:18 48:9 49:19 53:9 54:4 56:4 57:10 57:18 58:2 58:19 59:18 62:1 62:2 62:4 62:5 62:7 62:8 69:2 72:7 74:13 76:11 78:15 80:2 84:18 84:20 85:11 88:24 96:24 97:23 98:1 99:7 101:10 105:2 105:3 110:10 110:14 111:17 117:7 118:25 119:1 119:14 127:2 131:23 132:8 134:13 134:17 134:20 135:11 136:12 138:12 138:21 141:16 152:17 156:4 158:23 160:19 161:2 165:7 171:14 172:4 173:13 175:4 175:7 175:15 175:19 177:18 178:9 178:12 179:8 179:17 183:5 196:5 199:20 199:23 202:15 207:5

**anybody(7)** 101:3 104:24 105:5 105:7 105:8 116:15 165:19

**anymore(1)** 68:17
**anyone(6)** 83:4 96:21 111:12 111:15 111:15 165:3

**anything(13)** 29:24 48:4 71:1 74:4 76:10 93:20 95:14 138:25 141:1 177:25 195:25 199:1 208:11

**anywhere(1)** 165:17
**apologies(1)** 143:9
**apologize(15)** 5:9 24:18 28:7 28:20 30:10 71:22 79:7 83:1 109:4 116:24 129:16 133:24 160:6 174:25 198:9

**appear(11)** 21:20 22:3 22:21 45:25 78:17 79:21 100:18 113:1 140:8 195:9 195:12

**appearing(2)** 41:14 41:16
**appears(7)** 23:10 26:1 27:6 29:3 29:9 159:10 195:8

**appendix(23)** 50:1 50:6 93:11 111:22 112:1 112:16 112:21 113:6 113:7 113:11 113:13 144:14 164:9 164:10 164:13 186:1 187:2 191:22 197:13 202:8 203:8 203:9 203:16

**applicable(2)** 120:18 120:20
**application(4)** 80:14 80:15 87:24 158:2
**applied(23)** 42:10 46:2 48:10 49:22 53:1 53:2 53:20 62:4 62:7 80:15 80:17 80:21 81:2 82:7 95:5 95:6 110:8 110:11 110:23 111:4 152:11 157:20 158:22

**applies(2)** 60:20 153:19
**apply(18)** 10:7 46:2 46:15 46:24 46:24 47:4 47:17 81:5 81:11 81:13 82:5 82:14 87:14 87:16 87:24 110:5 152:3 152:9

**applying(1)** 87:8
**appreciate(1)** 72:15
**approach(5)** 8:3 15:12 19:12 55:22 56:5
**approve(1)** 39:2
**approved(2)** 65:4 71:17
**approximately(12)** 4:13 4:15 4:19 4:23 28:18 39:24 40:9 67:25 73:21 92:9 96:6 114:13

**april(9)** 21:16 32:1 92:7 96:12 99:20 99:24 123:7 123:18 124:3

**are(197)** 5:24 6:5 7:13 7:14 8:24 11:1 11:19 13:5 14:10 14:21 15:2 15:6 15:19 15:23 16:22 17:3 17:8 17:8 18:1 18:7 18:12 18:17 19:2 21:11 23:23 29:2 35:23 36:8 37:10 38:11 38:12 39:15 40:6 40:10 40:11 41:1 41:20 42:25 43:4 43:21 44:14 44:17 45:3 45:9 45:14 48:25 50:25 53:9 53:9 53:13 56:1 56:2 57:6 60:19 63:11 63:13 63:16 63:19 65:2 67:20 69:18 70:7 72:7 74:15 78:21 78:22 82:13 83:8 84:12 84:16 85:11 85:14 85:17 86:13 86:18 87:14 87:16 88:1 88:13 90:10 90:12 90:13 90:13 90:23 90:23 92:8 100:12 100:14 100:24 100:9 101:14 102:6 102:16 103:11 103:24 108:3 108:12 111:17 112:6 113:5 113:13 114:10 114:13 114:16 114:19 114:19 115:4 115:5 115:15 115:17 116:2 116:5 116:11 118:1 120:20 120:20 120:24 124:6 124:6 125:10 125:22 127:7 127:13 128:10 128:13 130:18 132:10 132:19 133:15 135:16 136:21 136:22 137:22 140: 140:16 150:11 150:19 150:25 151:22 151:23 153:9 153:22 154:20 155:12 155:1 155:16 155:20 158:21 158:24 159:23 162:24 163:4 164:10 166:3 166:24 168:10 169:1 169:19 170:10 170:14 173:20 173:22 174:14 175:15 176:8 178:25 179:3 179:5 179:7 179:9 180:12 180:21 181:4 182:23 184:20 186:22 186:24 187:1 188:6 190:18 191:5 191:12 192:14 192:21 194:21 194:24 195:18 196:5 197:3 197:6 198:22 202:10 202:14 203:13 204:17 204:18 208:14

**area(4)** 128:14 137:17 153:5 154:15

**areas(2)** 127:13 153:9
**aren't(2)** 6:13 93:16
**arena(1)** 128:25
**arenas(1)** 129:1
**argument(4)** 6:15 24:17 138:6 208:15
**arms(1)** 171:10
**arnold(2)** 7:6 126:22
**around(2)** 148:12 156:12
**arrange(1)** 9:12
**articles(1)** 172:8
**articulated(1)** 69:8
**ask(16)** 9:10 26:2 29:13 42:24 45:2 89:7 94:23 100:20 121:8 121:13 143:7 155:6 157:7 202:14 203:12 207:2

**asked(4)** 72:22 100:23 119:13 182:23
**asking(12)** 22:13 22:13 22:17 33:1 93:18 100:22 101:3 133:6 135:10 156:25 201:5 201:6
**asserted(4)** 18:13 19:10 20:24 27:17
**assessment(2)** 176:20 176:21
**assist(3)** 54:13 139:11 165:3
**assistant(1)** 21:19
**associated(1)** 62:5
**assume(1)** 207:24
**assumed(1)** 199:9
**assuming(6)** 48:17 51:9 85:22 173:22 205:18 208:13

**atlanta(3)** 126:23 128:14 137:17
**attach(1)** 32:3
**attached(21)** 17:22 22:24 29:10 31:1 31:5 31:9 31:22 31:25 96:10 105:11 105:16 105:20 106:5 106:12 113:5 144:14 145:3 145:22 146:13 146:23 167:21

**attachment(3)** 17:21 18:1 23:2
**attachments(1)** 65:8
**attempt(2)** 76:16 178:16
**attention(7)** 25:18 70:13 71:4 71:6 78:6 98:10 105:22

**attest(4)** 170:6 198:25 201:11 201:20
**attestation(3)** 137:5 137:20 179:13
**attesting(1)** 109:1
**attorney(1)** 10:9
**attorneys(1)** 11:21
**audit(6)** 7:6 126:23 127:13 127:20 127:21 127:22

**audits(1)** 137:19
**august(1)** 92:16
**authentic(1)** 18:17
**authenticate(7)** 5:22 7:22 7:23 18:6 25:2 101:11 101:19

**authenticating(2)** 18:20 30:5
**authentication(2)** 120:2 120:6
**authenticity(5)** 7:12 7:19 26:9 101:5 208:5
**authored(3)** 134:13 134:17 134:20
**authorize(1)** 10:6
**authorized(2)** 10:11 56:2
**available(4)** 9:13 59:13 157:13 172:2
**avenue(2)** 1:33 2:6
**average(37)** 113:16 113:24 114:23 115:7 115:12 150:11 185:11 186:5 186:7 186:8 186:24 187:13 187:16 187:17 187:20 188:16 188:18 188:19 188:20 188:22 189:2 189:7 189:9 189:12 189:13 189:14 190:25 191:5 191:6 191:7 193:13 193:18 194:14 197:19 199:4 205:25 206:3

**averages(2)** 183:6 192:24

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**aware**(32) 40:6 45:14 56:2 56:22 57:6 58:6 58:10 58:11 58:17 61:22 84:20 84:25 85:4 85:13 85:14 85:17 85:20 91:21 110:16 112:14 116:19 138:3 154:12 167:2 168:3 170:10 170:14 174:14 194:21 194:24 195:1

**away**(2) 76:20 87:20

**aye**(6) 14:8 14:8 14:8 40:22 40:22 40:22

**back**(47) 14:15 26:18 27:2 28:2 30:14 32:12 32:18 51:10 51:20 54:6 57:24 58:3 59:19 61:15 63:10 65:6 76:9 78:10 82:5 89:7 99:6 102:16 109:4 109:5 109:8 127:5 140:22 141:1 142:12 142:13 152:6 153:12 164:19 164:20 165:5 167:2 171:23 173:17 177:14 181:14 183:12 184:9 184:17 185:6 189:8 191:22 205:18

**backdoor**(2) 55:22 56:5
**background**(4) 4:9 35:14 138:10 176:2
**backup**(1) 199:2
**bad**(1) 42:3
**balance**(5) 41:12 41:12 41:17 89:2 89:6
**bank**(20) 60:10 60:10 61:9 74:16 74:18 75:3 75:4 75:4 75:6 75:7 75:8 75:16 79:24 81:21 82:18 82:21 87:19 110:3 110:12 175:1

**banking**(2) 110:12 110:21
**bankruptcy**(15) 1:1 1:26 44:15 44:18 61:22 135:19 177:12 197:18 198:3 198:6 198:12 198:19 198:23 199:4 199:10

**base**(3) 146:15 177:2 195:25
**based**(57) 5:8 5:23 5:24 6:17 6:20 19:1 24:16 29:22 51:8 53:2 57:25 58:1 58:16 58:24 58:25 62:10 66:14 69:5 112:3 115:10 130:5 132:7 133:17 138:22 140:3 144:11 146:19 148:25 149:5 150:15 154:9 155:23 157:21 159:10 160:17 163:11 165:25 168:13 174:19 180:6 180:22 181:2 183:22 183:25 186:11 192:19 193:12 196:2 199:6 203:24 204:1 204:4 204:17 205:5 205:8 206:4 206:10

**bases**(1) 10:19
**basically**(3) 38:14 128:21 182:9
**basing**(1) 57:14
**basis**(16) 18:1 18:21 19:1 24:11 52:2 57:13 58:22 62:16 132:8 141:16 152:2 153:21 156:24 157:1 182:5 201:22

**bates**(4) 36:20 39:10 143:18 155:12
**bc'd**(1) 104:13
**because**(42) 16:19 16:20 16:24 17:13 35:22 48:2 51:23 52:11 56:17 64:18 74:2 75:19 81:4 81:10 82:9 83:4 92:4 94:22 96:20 100:18 101:16 107:15 121:9 122:11 123:16 124:7 124:20 125:9 132:19 133:9 138:17 140:10 152:6 162:25 165:1 186:19 189:10 193:5 194:1 201:4 207:9 207:20

**become**(2) 23:22 108:17
**beef**(1) 154:13
**been**(42) 5:7 16:21 16:23 34:20 34:22 35:6 35:15 43:25 46:11 52:21 52:25 53:1 56:23 58:7 60:19 62:18 67:23 80:3 83:9 84:18 90:7 91:20 92:1 92:4 92:10 95:15 100:24 103:6 107:14 110:14 111:13 124:5 127:4 127:15 130:7 158:13 165:8 165:15 172:10 176:10 178:20 198:16

**before**(37) 1:25 5:14 7:25 8:17 10:21 32:4 40:10 64:17 71:13 72:4 73:7 81:22 97:3 97:10 104:18 114:15 117:23 117:25 120:2 121:6 134:23 135:2 140:24 155:2 157:6 162:12 175:7 176:12 177:15 180:24 185:9 190:18 197:14 197:18 198:5 199:3 200:18

**behalf**(6) 4:5 4:10 7:3 38:23 43:16 76:22
**behind**(3) 17:23 110:7 132:1

**being**(25) 4:20 8:22 19:9 29:11 33:10 39:1 41:15 48:15 77:4 77:5 80:21 83:4 85:14 127:22 130:24 133:7 135:4 136:11 138:9 152:8 157:2 158:17 200:12 201:10 201:14

**belief**(2) 41:19 89:22
**believe**(130) 14:3 16:19 17:16 17:17 17:24 18:11 22:23 23:18 25:1 25:13 30:6 30:22 30:25 31:4 31:8 31:21 33:1 33:8 39:25 40:9 41:11 43:7 43:8 51:8 52:6 55:25 56:4 57:14 58:13 60:10 62:10 65:23 66:22 67:20 67:23 68:3 69:24 70:5 72:23 75:2 78:19 80:2 80:5 80:25 84:5 85:20 89:9 90:6 91:2 91:10 93:5 95:21 96:15 101:19 102:5 102:18 105:11 105:15 106:5 106:12 110:1 110:3 110:8 111:25 112:1 113:12 113:21 116:8 116:11 118:6 119:25 120:15 120:19 125:9 133:5 133:9 138:9 138:11 138:14 138:25 139:4 139:18 139:25 141:7 142:12 142:19 143:6 143:16 144:25 146:2 146:20 147:7 147:18 147:15 155:15 156:19 157:4 161:5 162:8 162:12 162:15 163:7 163:8 164:16 166:2 166:5 169:1 171:11 178:25 179:6 182:9 182:15 183:7 183:9 185:11 186:16 187:9 187:11 188:17 189:1 190:20 190:20 191:23 196:14 200:11 202:17 204:6 206:5 207:3 207:6

**belton**(86) 3:5 7:4 7:22 8:13 8:14 8:17 11:2 11:8 11:25 12:1 12:4 12:13 12:17 12:19 13:18 13:20 14:1 14:3 14:12 14:25 15:4 15:7 15:9 15:11 15:15 15:18 15:22 15:24 16:4 16:6 16:10 16:13 19:16 21:8 21:25 22:7 22:11 22:16 22:20 23:5 23:25 25:18 26:6 26:11 26:15 26:17 26:24 26:25 27:4 27:9 27:12 27:18 28:10 28:15 28:25 30:13 30:17 33:22 34:1 54:12 55:5 55:19 55:20 55:23 59:1 84:10 84:10 85:3 88:8 88:15 94:10 95:14 95:20 95:21 96:6 98:9 98:18 99:4 100:18 103:3 103:12 104:6 104:16 105:14 106:1

**belton's**(5) 18:15 18:19 30:5 57:15 101:5
**bench**(1) 6:9
**benefit**(1) 152:6
**besides**(1) 57:10
**best**(4) 48:14 102:17 156:10 187:3
**bet**(1) 208:20
**better**(2) 77:9 193:23
**between**(28) 4:14 4:22 27:3 36:9 36:12 51:2 51:2 61:3 63:1 63:4 66:24 104:20 132:11 133:3 149:10 150:3 167:3 167:13 168:1 171:17 177:3 177:4 185:25 188:6 188:13 193:10 197:10 206:5

**beyond**(9) 20:21 25:13 26:9 33:12 95:24 140:13 191:2 191:6 193:3
**big**(8) 28:11 76:17 92:21 109:5 115:20 169:25 170:4 184:4

**bigger**(3) 123:24 180:24 181:7
**bill**(1) 194:21
**billed**(5) 66:23 183:16 183:19 183:21 194:24
**billing**(2) 137:25 194:18
**bills**(1) 74:11
**bimonthly**(1) 86:9
**binder**(34) 8:1 8:4 12:20 12:21 19:12 19:13 21:9 21:22 28:11 29:1 30:14 36:14 36:15 36:16 70:14 75:13 78:19 86:11 91:11 92:21 93:8 93:11 106:15 109:5 115:20 131:12 131:16 136:19 155:13 161:1 164:12 187:4

**binders**(1) 111:23
**bit**(1) 35:13
**blank**(1) 2:10

**board**(1) 56:14
**bonnie**(19) 22:8 23:11 27:11 27:12 31:25 37:24 38:8 39:8 40:5 51:21 51:22 55:13 57:3 57:10 58:8 58:17 65:5 97:18 97:19

**books**(14) 42:3 46:5 57:25 58:1 81:12 81:13 82:14 89:2 89:5 96:17 111:4 152:1 204:4 204:17

**both**(13) 9:3 9:6 9:13 16:15 21:23 22:19 25:3 25:3 109:16 112:16 121:9 142:19 200:5

**bottom**(30) 13:20 13:24 21:15 21:20 21:21 22:7 22:12 22:14 22:14 22:24 22:23 25:19 29:1 29:20 30:19 31:18 32:12 64:1 93:23 97:1 97:17 97:18 98:1 105:10 106:1 113:15 161:8 166:14 176:14 185:19 196:9

**bottom-ish**(1) 186:15
**bottoms**(1) 5:25
**box**(4) 61:11 64:1 112:4 112:12
**boxes**(1) 35:17
**boy**(1) 30:12
**brad**(1) 112:1
**bradley**(9) 3:7 7:5 9:20 50:15 50:17 50:18 112:1 126:16 126:17

**brand**(2) 154:23 154:25
**break**(12) 67:5 67:14 81:16 82:25 140:10 140:16 140:16 140:20 140:24 140:24 156:20 156:5

**brief**(5) 4:9 6:10 113:12 120:11 202:25
**briefly**(8) 4:9 18:5 23:22 136:13 162:8 172:17 178:23 203:23

**bring**(2) 6:2 24:10
**bringing**(1) 73:2
**brings**(1) 6:5
**broker**(1) 161:14
**brought**(2) 4:20 37:22
**browse**(1) 163:17
**bucket**(1) 90:22
**buckets**(1) 74:17
**burden**(4) 6:18 6:20 7:11 101:13
**business**(44) 34:17 34:21 34:22 34:24 35:9 35:11 35:20 36:5 37:5 56:18 62:13 62:25 93:12 120:18 130:25 135:14 135:18 135:17 135:22 136:3 136:7 136:25 137:22 145:3 145:10 145:11 145:23 146:9 146:14 147:3 147:4 159:24 166:11 166:12 167:3 176:15 176:22 177:23 178:17 180:1 185:17 195:19 202:4 203:6

**businesses**(4) 137:20 137:22 137:23 152:15
**but**(109) 6:23 7:17 7:25 10:14 10:16 11:19 11:20 14:3 14:5 15:7 16:6 16:13 18:22 20:23 21:1 24:7 27:17 41:24 42:18 42:24 46:15 46:22 48:14 51:14 51:15 54:12 57:3 58:6 59:8 61:2 63:13 64:17 69:4 72:1 72:15 73:8 74:1 74:2 74:4 74:15 75:5 76:20 78:11 78:12 80:25 83:2 83:8 85:16 89:3 89:4 90:12 95:7 96:17 97:7 107:18 109:5 114:13 121:25 125:10 125:21 127:6 129:14 132:20 133:12 138:24 140:3 142:12 143:3 149:24 151:7 154:3 154:8 154:10 154:19 156:10 157:7 159:14 163:6 164:19 165:1 167:1 168:12 168:15 169:16 170:16 172:10 173:16 174:19 177:22 178:1 184:9 185:1 185:24 186:21 187:14 192:24 193:8 193:12 195:19 200:11 201:5 204:1 205:6 205:16 205:24 206:4 207:3 207:21

**bva**(1) 127:11
**calculate**(2) 189:16 205:21
**calendar**(1) 4:7

**call**(20) 8:12 8:13 24:4 25:6 25:14 34:3 56:21 77:8 79:18 88:3 103:16 103:18 114:6 114:7 121:6 122:11 122:15 126:16 141:25 169:22

**called**(8) 11:21 60:10 112:1 112:17 169:22 176:11 186:25 200:24

**calling**(4) 100:13 101:23 102:7 114:3
**calls**(5) 23:24 24:10 24:12 62:17 62:18
**came**(11) 18:8 26:22 30:22 57:22 76:10 154:23 175:25 181:24 182:3 186:13 187:9
**can**(141) 4:9 4:14 4:21 6:15 7:16 7:23 8:8 8:22 12:6 14:7 14:20 15:25 17:13 17:20 18:25 19:5 19:6 21:5 21:8 21:13 21:23 22:4 24:12 25:12 25:18 28:10 28:17 28:20 29:1 30:13 31:17 32:8 33:14 34:12 34:15 34:23 35:1 35:13 37:14 40:16 40:23 45:17 50:11 52:9 53:24 54:10 56:8 59:4 60:5 61:15 61:25 62:4 62:7 63:16 64:4 64:9 64:12 64:15 65:2 66:8 66:19 71:15 75:13 78:16 78:18 78:21 80:16 81:20 83:7 83:15 83:16 85:18 88:23 89:3 90:3 92:21 94:22 95:1 99:1 101:19 103:1 103:11 108:6 111:16 111:22 114:13 114:13 119:21 121:15 121:18 121:20 127:9 127:18 130:13 130:21 133:1 133:16 138:24 140:25 141:4 141:23 142:3 143:12 146:16 149:19 150:4 151:6 151:12 152:2 155:5 155:15 157:7 157:12 157:16 159:18 159:20 160:4 161:1 163:17 163:23 163:25 167:8 184:10 184:25 186:5 186:14 187:22 187:3 189:16 195:2 199:9 202:19 203:23 205:2 205:9 207:13 207:14 207:18 207:18 208:8

**can't**(5) 9:15 92:5 196:7 201:11 201:20
**cannot**(4) 10:4 81:13 170:6 198:25
**capitalize**(1) 200:14
**captured**(1) 37:10
**career**(3) 128:7 130:9 137:12
**carolina**(2) 60:11 61:13
**case**(27) 1:4 10:19 17:17 21:5 25:8 37:8 55:13 56:19 65:5 76:13 90:16 108:1 121:23 130:8 134:23 135:2 139:12 140:6 146:9 152:5 159:22 164:11 186:5 191:8 201:5 207:24 208:14

**cases**(2) 61:1 140:5
**cash**(10) 127:23 128:3 180:5 180:13 180:17 181:20 181:25 183:13 183:19 199:7
**cc'd**(1) 104:11
**cd's**(1) 82:22
**ceo**(13) 7:4 11:4 34:14 34:16 34:19 40:11 67:21 67:23 68:1 68:4 68:6 68:8 68:11
**certain**(15) 18:6 30:6 33:7 56:7 56:23 66:23 116:8 131:1 131:2 132:14 144:8 165:12 165:18 165:19 178:21
**certainly**(8) 10:13 14:20 18:6 56:8 75:10 139:14 143:3 157:8
**certification**(1) 209:4
**certify**(1) 209:5
**cetera**(2) 37:9 121:18
**chain**(12) 13:14 14:10 14:22 16:21 16:22 24:4 26:3 26:6 26:9 26:13 29:14 32:18

**change**(14) 87:24 132:8 141:16 142:21 154:8 154:9 156:4 158:22 159:15 160:19 174:3 188:15 188:18 188:20

**changed**(4) 75:5 154:14 184:19 185:7
**changes**(1) 142:14
**changing**(1) 154:18
**chapter**(1) 1:7
**charge**(1) 135:6

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **chart**(6) 122:21 149:25 150:14 191:12 203:24 204:14 | | **come**(22) 58:3 64:19 64:19 74:3 76:13 77:11 77:14 81:12 90:24 101:20 107:18 108:5 108:6 108:7 108:8 128:22 130:6 140:22 160:13 179:9 180:9 181:17 | | **consulting**(36) 1:20 4:8 7:3 7:4 7:5 12:8 12:9 21:19 34:14 34:17 34:20 35:7 36:12 37:1 38:18 39:6 39:7 39:16 39:18 40:17 43:1 43:17 67:21 100:12 102:7 126:24 127:23 131:4 132:12 135:7 156:1 156:2 161:22 167:14 171:2 179:13 | | **correct**(301) 9:7 11:13 13:19 14:16 14:23 15:2 15:23 18:7 20:7 20:8 20:23 25:22 27:22 28:8 29:4 30:16 31:24 32:6 32:9 32:13 32:15 32:16 35:21 36:7 36:18 36:24 38:7 38:9 40:19 41:24 42:8 42:15 42:21 42:22 42:23 43:10 46:8 47:5 47:7 47:10 47:10 47:19 48:20 49:5 49:7 49:16 55:1 57:4 59:22 61:1 61:10 61:14 65:12 65:21 66:7 67:21 67:22 68:2 68:5 68:10 68:12 69:1 69:6 69:9 69:16 70:16 71:2 71:20 72:2 72:4 72:5 73:11 73:20 74:2 74:9 75:1 75:3 77:1 77:2 77:20 78:4 78:5 78:9 78:13 80:10 80:22 81:10 81:22 81:23 81:25 84:7 86:20 86:21 87:25 88:15 88:16 89:12 89:17 89:21 90:8 91:4 91:7 91:8 91:12 92:2 92:6 92:11 92:12 92:17 92:19 93:3 93:5 93:6 93:13 94:5 94:6 94:18 94:20 94:21 96:5 96:10 96:14 96:25 97:20 98:24 99:2 99:9 99:15 99:16 100:5 102:21 103:7 103:10 103:13 104:11 104:12 105:20 107:1 107:3 107:6 109:3 109:15 109:17 109:20 109:21 109:24 109:25 111:3 111:5 112:2 112:18 113:13 113:21 113:25 114:2 114:4 114:11 114:14 114:19 115:1 115:8 115:15 115:18 116:21 117:2 117:9 118:4 120:22 120:25 122:2 122:5 123:4 123:8 123:9 123:11 123:15 123:17 124:4 124:25 125:3 125:5 125:25 126:3 126:5 126:7 128:18 132:5 132:6 134:7 134:8 134:15 134:16 135:12 137:7 137:12 137:13 137:21 141:22 142:25 146:21 149:2 149:6 150:1 151:17 152:13 155:18 159:12 161:22 161:24 163:9 165:10 166:4 166:22 166:25 167:22 167:23 168:2 168:4 168:7 168:21 168:22 169:16 169:18 169:19 169:20 169:21 169:22 171:5 171:16 172:10 173:18 173:19 174:2 174:4 174:7 174:12 174:13 174:23 175:2 175:3 176:13 176:21 177:1 177:16 179:1 179:2 180:2 180:3 180:8 181:1 181:5 181:6 181:22 182:1 182:2 183:23 184:1 184:5 184:6 184:8 184:17 184:21 184:22 184:24 185:1 185:5 185:8 185:12 186:7 186:25 188:9 188:10 188:12 188:13 188:14 189:18 190:3 190:20 190:23 190:25 191:16 191:24 192:3 192:4 192:18 192:19 192:23 193:11 193:12 193:25 195:6 195:7 197:12 197:15 198:1 199:17 199:19 200:16 200:20 200:22 |
| **check**(42) 41:6 53:1 60:7 61:2 74:5 76:2 76:4 76:5 76:7 76:8 76:10 76:12 76:17 77:4 77:5 77:20 78:3 79:12 79:13 79:14 79:17 80:7 80:11 81:6 81:6 82:19 88:21 109:23 121:7 122:8 122:14 124:10 125:22 127:5 157:19 157:20 157:22 164:19 174:8 187:10 205:18 207:19 | | **comes**(3) 7:18 66:21 138:23 **comfort**(1) 177:25 **comfortable**(3) 33:25 186:22 186:23 **coming**(1) 207:19 **committee**(2) 4:10 4:12 **common**(1) 160:11 **communicate**(3) 23:17 27:5 102:12 | | **consulting's**(5) 35:9 60:8 60:9 128:17 **consummat**(1) 37:6 **contact**(11) 27:12 52:11 54:20 59:13 59:14 59:17 59:20 91:5 102:22 102:24 103:1 | | |
| **checked**(2) 111:20 186:19 **checking**(1) 186:21 **checks**(24) 60:13 60:15 73:11 73:25 74:1 74:15 76:22 77:1 77:4 77:11 77:14 77:17 78:13 78:15 78:21 115:15 174:7 174:12 174:15 174:18 174:21 175:9 175:12 207:1 | | **communicated**(2) 23:14 27:10 **communicating**(3) 19:24 20:2 20:6 **communication**(1) 27:19 **communications**(1) 27:17 **community**(1) 136:25 **companies**(25) 35:4 35:5 137:11 137:11 151:25 171:8 171:21 180:5 182:8 182:13 182:16 182:18 182:23 183:8 183:10 183:1 183:15 183:20 183:21 198:23 201:25 202:8 202:10 202:12 202:13 | | **contacted**(2) 103:4 103:5 **contacting**(1) 85:2 **contacts**(1) 102:20 **contain**(2) 153:20 168:23 **contained**(8) 26:6 50:12 93:7 111:17 142:20 165:24 166:1 195:25 **contains**(2) 79:18 87:23 **contents**(1) 145:20 | | |
| **choice**(1) 155:3 **choose**(1) 99:1 **chops**(1) 140:8 **chose**(3) 17:15 99:4 155:3 **christopher**(1) 1:25 **citizens**(5) 75:3 75:4 75:6 75:16 80:3 **claims**(1) 4:21 **clarification**(3) 41:23 119:25 120:17 **clarify**(6) 24:8 81:20 120:3 143:2 165:21 205:9 | | **company's**(2) 161:6 199:6 **comparable**(2) 162:11 193:1 **compared**(2) 171:18 192:20 **competitors**(2) 128:13 178:25 **compilation**(2) 127:23 182:7 **compile**(1) 182:6 **compiled**(1) 183:11 **complaint**(1) 35:23 **complete**(8) 18:23 21:3 24:4 24:22 50:22 121:20 153:20 193:16 | | **context**(2) 71:21 208:9 **continue**(6) 30:3 92:13 139:15 141:5 156:17 207:10 **continued**(2) 2:2 56:18 **continues**(1) 14:1 **contract**(28) 36:9 37:6 37:23 39:21 39:22 39:25 53:13 56:24 60:2 66:15 71:21 86:10 86:11 132:22 144:11 144:12 144:15 144:1 144:22 150:22 151:21 167:22 168:1 172:18 176:10 191:19 192:19 192:22 | | |
| **clarifying**(1) 7:10 **classification**(1) 69:21 **classify**(1) 160:2 **clear**(14) 17:12 17:18 20:24 42:13 71:15 112:9 122:12 125:9 125:18 138:16 140:25 156:9 191:12 202:14 | | **completely**(2) 183:23 183:25 **composed**(1) 188:19 **compute**(2) 186:17 186:18 **computed**(2) 186:20 187:7 **computer**(9) 69:9 69:12 69:14 69:15 170:10 170:14 170:24 170:25 171:9 | | **contractor**(1) 181:17 **contracts**(6) 86:12 132:18 138:1 176:6 176:8 186:3 | | |
| **cleared**(1) 124:10 **clearer**(1) 17:11 **clearly**(3) 16:25 17:5 69:17 **clerk**(6) 4:2 9:11 9:14 83:21 140:18 **client**(23) 65:4 76:1 76:22 81:6 86:3 86:7 86:13 86:18 86:23 87:1 87:5 87:11 87:13 87:16 87:23 91:6 102:20 102:23 135:3 146:18 198:11 198:15 198:19 | | **concentration**(1) 156:10 **concern**(1) 72:24 **conclude**(2) 181:25 194:11 **conclusion**(5) 62:18 181:20 182:3 182:22 183:25 | | **control**(4) 38:18 40:3 137:6 208:6 **controls**(1) 175:2 **convenient**(1) 81:17 **conversation**(10) 59:15 96:18 96:21 96:25 97:2 97:2 97:6 97:6 156:7 165:10 | | |
| **client's**(1) 108:21 **clients**(48) 19:25 20:2 20:3 20:6 49:15 59:24 60:25 73:19 73:21 74:1 77:3 77:14 85:2 102:12 127:25 128:3 128:12 128:13 128:15 128:16 128:17 128:22 128:25 129:21 129:23 129:25 130:6 130:10 131:2 137:4 138:13 139:3 151:21 151:22 151:23 160:10 168:13 175:24 178:25 179:3 179:1 179:14 196:3 196:7 196:8 198:16 198:22 202:4 | | **conclusions**(3) 131:24 133:7 141:13 **concurrently**(1) 119:2 **conditions**(1) 37:9 **conduct**(1) 146:24 **conducted**(6) 20:15 20:18 135:14 136:3 137:19 145:2 | | **coo**(1) 68:9 **copied**(1) 78:11 **copies**(15) 14:10 15:3 15:23 17:3 17:7 17:8 18:8 24:22 43:16 43:22 44:22 79:23 116:11 163:9 174:8 | | |
| **closely**(2) 137:20 137:23 **closer**(1) 118:13 **co-relate**(1) 95:8 **code**(21) 68:13 68:16 68:19 68:22 68:24 69:23 70:9 135:19 136:1 142:3 142:6 142:24 143:12 143:15 143:22 144:5 162:2 162:23 163:4 170:10 178:5 | | **conference**(4) 7:20 83:18 140:21 156:9 **confines**(2) 53:14 200:6 **connection**(10) 20:25 28:6 28:7 44:10 131:9 141:9 141:20 144:17 144:18 145:1 | | **copy**(18) 8:10 13:11 14:16 14:23 16:8 17:14 18:23 20:3 23:8 25:24 29:8 29:11 31:22 36:18 40:17 70:18 85:24 99:3 **corp**(1) 167:15 **corporate**(2) 9:9 10:9 **corporation**(1) 171:9 | | **correct**(11) 201:8 201:14 201:15 203:10 204:19 205:7 205:15 205:17 205:24 208:1 209:5 **correctly**(9) 17:24 161:17 162:18 173:23 183:16 190:19 195:23 197:22 199:16 |
| **codes**(17) 69:2 69:18 69:24 70:7 120:15 120:18 120:20 142:4 142:8 142:10 162:8 162:9 162:9 162:24 170:7 170:18 170:20 | | **consider**(5) 151:18 155:1 171:19 171:20 173:13 | | **could**(33) 23:21 37:3 49:24 50:2 53:10 59:1 72:16 82:15 85:7 86:8 86:8 86:8 86:9 86:9 88:19 96:3 106:19 107:16 108:7 111:12 111:13 118:12 118:17 133:24 144:12 148:15 163:19 181:14 181:16 181:18 189:10 200:3 200:5 | | **correspondence**(4) 4:24 18:14 18:16 82:11 **corresponding**(1) 65:19 **cost**(1) 152:6 |
| **collateral**(1) 62:1 **collect**(1) 33:24 **collected**(3) 183:14 183:19 185:9 **collection**(3) 180:17 184:18 185:7 **collections**(4) 180:5 180:14 181:20 181:25 **collects**(1) 54:6 **column**(12) 41:2 41:3 41:8 41:12 41:16 51:1 90:21 112:9 112:16 149:8 150:17 186:25 | | **considered**(5) 151:19 152:14 153:23 157:5 168:16 **consist**(2) 76:6 181:2 **consistent**(6) 51:6 66:4 100:1 130:9 151:15 204:7 | | | | **couldn't**(1) 111:11 **counsel**(7) 7:8 121:8 178:13 178:15 178:16 178:21 196:18 **count**(2) 114:13 190:17 **counted**(2) 173:23 190:19 **counter**(1) 18:22 **counting**(1) 192:14 |
| **columns**(9) 41:1 112:4 112:6 112:6 147:20 148:5 164:20 203:20 203:20 | | **consisting**(1) 171:10 **constant**(1) 109:4 **construction**(1) 161:14 **construed**(2) 90:19 90:23 | | | | **couple**(8) 58:4 101:14 121:7 121:8 148:12 164:20 164:22 179:10 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **course**(31) 6:10  6:19  6:25  46:14  62:12 62:25  79:4  93:12  102:17  121:23  130:9 133:3  135:14  135:18  135:19  145:22 145:10 145:22  146:9  146:14  147:2  151:4  151:13 159:1  166:10  176:15  176:22  178:17  185:2 193:10  203:6 | | **current**(6) 12:7  34:13  34:16  126:21  130:5 137:15 | | **defendant's**(6) 6:20  8:4  19:7  117:16 122:25  123:20 | | **differently**(2) 187:20  198:9 **digit**(1) 70:12 **digits**(2) 70:7  70:8  70:9  120:24 **dire**(6) 3:3  133:20  133:22  136:10  136:12 138:7 |
| **court**(301) 1:1  4:3  5:4  5:12  5:14  6:13 6:23  6:25  7:11  7:25  8:5  8:7  8:12  8:14 8:18  8:21  9:3  9:6  9:8  9:12  9:15  9:24  10:2 10:3  10:18  10:24  11:1  11:3  11:7  11:12 11:14  11:16  11:19  12:11  12:16  12:18 12:21  12:23  13:1  13:14  13:16  13:24  14:2 14:5  14:7  14:15  14:22  15:1  15:6  15:8 15:12  15:19  15:21  15:23  15:25  16:14 16:17  17:4  17:16  18:3  18:12  18:21  19:1 19:5  19:13  20:21  21:23  22:4  22:10  22:12 22:17  23:1  23:20  24:2  24:13  24:21  25:4 25:10  26:4  26:11  26:16  26:18  26:22  26:24 27:1  27:7  27:11  27:14  27:16  27:23  28:2 28:6  28:9  28:12  28:14  29:19  29:22  30:3 30:8  30:11  30:15  31:12  31:15  33:5  33:11 33:16  33:19  33:21  33:23  34:5  34:12  34:23 38:11  38:13  38:15  40:16  40:19  40:22  43:9 43:20  43:24  44:2  44:4  44:6  44:9  44:12 45:1  45:5  45:19  45:22  46:3  46:6  46:10 46:17  46:20  47:1  47:4  47:6  47:8  47:11 47:13  47:20  48:1  48:3  48:6  48:8  48:12 48:16  48:21  48:24  49:3  49:6  49:8  49:10 49:19  50:11  50:16  50:19  50:21  52:2  52:4 52:9  55:7  55:10  55:15  55:24  56:9  57:1 57:13  57:18  57:25  58:6  58:11  58:22  59:2 60:12  62:16  63:5  64:12  64:22  66:19  67:4 67:12  67:15  72:13  72:17  72:22  75:8  79:2 79:6  79:9  81:16  83:1  83:7  83:11  83:13 83:16  83:22  83:25  95:11  95:20  95:25  98:8 101:8  101:24  102:1  117:1  117:3  117:5 117:7  117:11  118:9  118:12  118:15  119:17 119:20  119:23  120:7  120:10  121:3  121:6 121:25  122:3  122:6  122:10  122:13  122:18 122:20  122:25  123:2  123:6  123:10  123:12 123:14  123:16  123:21  123:23  124:2  124:5 124:12  124:15  124:17  124:19  124:21 124:23  125:1  125:4  125:7  125:13  125:15 125:17  125:20  125:24  126:1  126:4  126:6 126:8  126:13  126:21  127:10  129:9  129:14 131:15  131:18  131:20  133:13  133:15 133:20  136:12  138:6  139:1  139:6  139:8 139:15  139:21  140:2  140:9  140:15  140:20 141:4  141:23  143:5  143:7  143:10  143:22 145:5  145:12  145:14  145:16  145:18  145:2 146:3  146:6  147:11  147:14  147:16  147:18 148:2  148:10  148:14  148:19 | | **currently**(4) 54:11  75:9  90:5  175:18 **customary**(3) 59:24  132:23  150:24 **customer**(24) 40:17  41:2  41:3  41:13  41:16 45:16  51:6  51:8  54:5  54:19  56:17  58:2 60:21  73:16  80:16  82:6  88:25  89:1  89:2 89:4  89:6  91:14  107:2  130:24 | | **defendants**(4) 4:24  12:1  34:7  126:17 **defense**(7) 63:1  147:3  166:11  176:15 176:22  178:17  178:22 **defenses**(2) 4:16  4:25 **defer**(1) 6:23 **define**(1) 200:17 **definitely**(7) 151:5  153:25  154:21  171:19 183:5  189:11  205:21 | | **direct**(32) 3:3  12:2  25:11  25:12  25:13 25:18  33:13  34:8  50:2  57:9  67:20  70:13 71:4  71:6  78:6  84:5  84:22  87:7  97:1 98:10  102:18  105:22  106:17  106:21  111:25 126:18  128:13  140:11  164:22  174:22 178:24  203:3 |
| | | **customer's**(3) 54:20  60:14  152:9 **customers**(19) 34:25  35:1  35:3  37:6  46:9 49:17  53:12  53:13  54:4  54:8  54:14  56:14 56:18  61:4  74:5  82:7  82:8  151:8  152:8 | | **definition**(1) 92:4 **delaware**(5) 1:2  1:11  2:6  4:1  75:10 **department**(16) 19:18  84:6  84:8  84:9 84:11  84:13  89:10  89:13  89:16  91:3  97:8 102:12  102:19  112:25  126:23  137:5 | | **directed**(1) 57:9 **directly**(4) 27:18  61:2  74:4  84:24 **disagree**(3) 33:11  56:9  131:23 **discovered**(1) 58:3 **discovery**(1) 64:18 **discuss**(9) 83:3  84:21  85:1  91:2  102:15 113:11  119:25  138:24  156:13 |
| | | **cut**(2) 17:15  74:15 **cutoff**(1) 114:12 **danielle**(1) 9:12 **data**(8) 1:39  10:19  93:14  95:7  112:13 116:6  164:18  184:13 | | **dependent**(1) 108:5 **depends**(2) 86:10  107:18 **deposit**(2) 60:17  76:16 **deposited**(2) 82:1  82:19 **deposition**(1) 134:11 **deposits**(1) 82:20 | | **discussed**(7) 84:22  87:7  94:17  100:19 111:8  180:24  200:18 **discusses**(1) 102:16 **discussing**(4) 106:17  106:20  106:23  133:11 **discussion**(2) 115:10  172:23 |
| | | **date**(58) 22:3  41:4  41:4  50:24  50:25  51:2 51:3  51:17  52:23  61:19  66:6  73:6  77:24 93:24  94:13  99:14  99:18  99:23  104:1 108:4  110:22  110:23  112:10  113:25  114:1 115:8  118:7  121:15  121:15  122:12  123:3 123:7  125:9  125:10  125:14  125:15  125:18 125:23  126:8  157:18  157:19  157:22  159:11 159:14  169:9  187:25  191:12  197:3  197:7 197:11  200:12  201:14  204:21  205:6  205:6 205:8  205:11  207:11 | | **describe**(10) 13:7  14:14  37:11  60:12  63:16 126:21  127:18  128:19  132:15  203:23 **described**(4) 13:11  14:11  59:23  181:3 **describes**(1) 63:18 **description**(2) 170:22  170:22 **design**(5) 69:10  69:13  69:15  170:15  170:25 **designated**(3) 10:8  59:14  68:6 **detail**(2) 37:14  73:7 **details**(4) 40:18  50:24  110:6  110:25 **determine**(7) 48:13  71:18  90:1  91:6 102:22  189:8  199:20 | | **disks**(1) 175:11 **dismissed**(1) 4:23 **disparity**(1) 171:17 **dispute**(2) 123:14  132:11 **distress**(2) 199:11  199:21 **distribution**(1) 161:15 **district**(1) 1:2 **docs**(1) 178:5 **document**(31) 13:5  13:10  14:14  17:14 18:11  18:23  19:5  21:2  24:3  26:22  27:16 39:10  40:16  41:2  41:20  41:25  42:9  80:20 100:21  115:23  117:23  118:6  118:17  157:15 157:18  158:6  158:14  158:15  164:15 168:19  168:21 |
| **court**(36) 148:21  149:13  149:16  153:2 153:11  153:17  154:13  155:8  156:8  156:17 156:24  157:2  157:9  159:17  160:13  160:23 194:9  194:15  201:2  202:21  202:24  205:1 206:19  206:23  206:25  207:5  207:8  207:23 208:2  208:6  208:8  208:11  208:15  208:18 208:20  208:22 | | **dated**(13) 25:22  29:5  32:1  32:19  92:7 96:11  98:13  99:19  100:2  104:6  106:9 153:23  195:12 **dates**(1) 122:10 **day**(20) 4:1  41:13  81:21  87:14  87:15 89:5  90:20  90:22  99:22  105:17  107:14 107:19  107:21  108:7  108:7  125:16  157:19 189:20  204:2  204:9 | | **determined**(7) 4:16  86:6  91:9  97:9  112:20 112:21  189:1 **determining**(1) 90:6 **development**(8) 137:6  137:7  137:10  138:1 162:20  180:1  180:25  195:19 **deviate**(1) 151:4 **deviation**(1) 151:18 **diane**(4) 54:12  54:13  90:5  111:10 **diaz**(1) 1:39 | | **documentation**(1) 135:11 **documents**(38) 5:22  7:9  7:12  7:13  7:14 7:15  18:6  18:16  18:17  18:20  24:23  25:3 30:6  33:2  43:14  63:14  63:16  76:12  100:23 110:10  110:14  117:19  118:1  118:24  119:3 119:6  119:10  119:16  155:12  158:9  175:13 175:15  178:9  178:12  178:14  179:17  196:5 196:7 |
| **court's**(2) 7:20  29:23 **courtroom**(7) 1:9  8:25  9:2  9:10  11:8 11:20  156:11 | | **days**(98) 39:17  39:19  44:18  51:2  53:17 53:18  64:4  86:9  90:17  90:18  92:8  99:10 99:13  99:24  100:4  100:5  100:6  107:3 107:5  107:11  107:12  107:17  107:20  108:1 108:6  108:6  108:11  112:18  113:16  113:25 114:4  114:5  114:6  114:20  114:23  115:7 147:21  148:24  148:25  149:3  149:4  150:16 159:7  159:7  159:8  169:15  180:6  180:9 181:20  182:1  183:14  183:15  183:20  183:2 186:25  187:8  187:18  187:19  188:6  188:17 188:21  189:4  189:12  189:14  189:18  189:2 190:18  190:25  191:2  191:5  191:7  191:8 191:15  191:18  191:21  191:23  191:25 194:18  194:22  194:25  195:15  197:14 200:24  201:9  201:16  201:17  203:25  204:7 204:5  204:12  204:15  204:22  205:17  205:2 205:23  206:1  206:8  206:10 | | **did**(104) 4:15  5:10  9:20  19:18  19:23  20:2 20:9  20:12  23:17  24:12  32:3  38:18  40:2 46:6  49:19  55:20  55:23  62:6  68:19  70:15 71:23  71:24  72:19  73:14  73:22  76:22 76:25  78:25  84:10  86:2  86:19  95:14  96:2 97:8  104:24  105:8  107:8  112:24  131:8 132:13  142:5  142:11  144:6  144:20  146:1 146:8  146:10  146:11  146:12  148:7  148:10 148:11  155:19  155:22  158:5  158:7  158:8 161:17  164:1  164:15  164:18  164:21  165:2 165:3  165:4  165:19  167:1  167:2  169:17 172:20  173:13  173:23  174:20  174:21  175:4 175:6  175:7  177:2  177:21  178:4  178:7 178:11  178:16  178:21  179:17  179:19  180:3 183:16  184:17  185:6  186:17  186:17 187:10  192:23  195:4  195:23  196:13  197:22 197:23  199:20  199:23  200:19  201:9  202:7 | | **doesn't**(8) 10:7  76:2  100:18  108:21  139:1 154:18  166:7  201:2 **doing**(3) 4:12  24:24  55:18 **doke**(1) 83:13 **dollars**(1) 4:21 |
| **cpa**(3) 7:6  127:3  127:4 **created**(2) 158:13  158:16 **credit**(11) 41:7  41:16  42:7  42:18  73:15 81:10  82:2  89:2  110:5  110:8  110:11 | | | | | | |
| **credits**(1) 60:19 **criteria**(2) 130:23  144:8 **crj**(4) 41:7  42:7  42:14  42:17 **cross**(17) 3:3  6:22  19:14  24:15  24:20 25:10  25:12  30:11  34:18  67:7  67:16  83:4 120:14  129:15  133:11  160:24  204:25 | | **debit**(2) 41:8  41:15 **debt**(1) 42:3 **debtors**(2) 1:10  11:18 **december**(1) 35:8 **decide**(1) 133:8 **decision**(2) 175:5  175:8 **declaration**(14) 70:18  70:23  71:1  92:22 93:3  93:20  96:14  109:6  111:18  112:7 112:24  113:3  113:6  113:13 **defendant**(7) 1:22  3:4  3:13  6:21  36:16 36:17  207:12 | | **didn't**(14) 45:2  72:24  74:25  107:11  109:22 129:11  135:11  146:24  147:6  174:17  194:4 194:21  200:9  200:22 **difference**(9) 4:14  100:25  101:2  112:17 147:21  186:25  187:17  187:18  187:22 **differences**(2) 4:22  181:18 **different**(17) 22:1  22:5  41:1  48:11  74:17 75:20  95:5  121:12  128:23  138:17  147:20 154:23  172:7  172:7  178:5  182:7  185:13 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**don't**(95) 7:16 8:1 12:11 15:9 15:11 16:19 18:10 25:13 27:9 43:23 51:14 52:4 56:4 59:7 63:19 64:18 67:7 67:8 69:25 70:5 73:7 75:19 76:5 79:25 80:25 81:1 81:2 81:3 81:3 85:10 85:16 85:24 86:15 87:21 89:20 91:13 93:18 95:2 95:24 99:8 101:12 104:1 104:10 105:9 107:12 107:22 108:23 108:25 110:21 111:15 116:4 119:12 119:1 121:9 123:16 125:16 129:17 132:20 133:5 138:9 138:11 138:20 139:4 143:6 143:7 147:7 148:12 148:13 149:13 151:9 152:21 154:17 154:17 156:9 156:11 162:25 163:1 163:6 165:9 170:17 178:19 183:1 186:20 187:11 189:9 189:15 193:4 193:6 193:13 196:17 196:21 198:17 201:4 207:2

**done**(18) 11:7 18:7 24:14 24:19 39:3 49:16 50:15 55:18 82:6 86:11 102:23 103:6 105:2 119:20 119:22 128:6 131:3 133:15

**don't**(1) 16:17

**doors**(1) 11:23

**dot**(6) 177:9 177:9 177:9 196:23 196:23 196:23

**double**(5) 88:18 88:20 88:25 89:1 186:19

**doubt**(2) 97:23 98:1

**down**(18) 8:21 25:19 29:16 29:16 32:22 41:14 47:13 54:7 71:8 106:8 114:22 121:3 138:23 176:5 176:18 188:20 195:17 206:23

**download**(1) 163:25

**drop**(3) 188:16 205:14 205:16

**drops**(1) 188:20

**due**(35) 31:25 32:13 32:16 85:2 90:10 90:13 90:15 90:19 90:20 90:23 91:9 92:1 92:5 92:8 92:11 92:14 92:19 94:16 94:20 96:11 99:10 99:14 100:6 100:12 102:6 102:13 102:16 103:4 115:10 115:11 115:1 160:7 197:3 197:7 197:11

**duluth**(1) 7:7

**duration**(6) 39:20 39:23 40:1 40:4 57:7 60:2

**during**(25) 45:4 45:10 49:21 59:7 59:15 73:24 89:24 115:4 116:14 116:20 149:3 150:5 156:14 193:17 199:8 199:15 199:21 200:1 200:8 203:25 204:3 204:8 204:16 204:16 205:5

**duties**(1) 19:24

**each**(12) 50:25 51:15 51:16 64:4 73:15 78:10 79:17 93:19 201:16 201:17 203:11 204:12

**earlier**(15) 37:17 41:22 42:14 70:10 98:5 100:19 106:9 109:22 111:8 115:10 132:5 141:16 142:3 152:3 156:5

**early**(1) 152:1

**easiest**(3) 164:11 168:20 187:4

**ecro**(1) 1:37

**educate**(1) 177:21

**education**(3) 127:9 133:18 139:11

**educational**(2) 35:14 140:8

**edward**(2) 1:31 4:4

**effectively**(2) 108:17 120:3

**eight**(20) 39:24 64:5 78:9 114:19 127:17 128:9 130:4 130:10 132:23 137:1 186:4 188:8 188:15 189:22 190:12 190:12 190:18 192:20 197:14

**either**(10) 14:18 14:20 54:8 57:15 101:6 101:20 102:24 168:2 178:13 178:18

**elaborate**(3) 40:25 88:19 94:22
**elapsed**(2) 51:2 90:18
**electricity**(1) 74:13
**electronic**(1) 1:45 74:3 209:6

**elements**(1) 6:18
**eliciting**(1) 55:18
**eligible**(1) 62:19
**eliminate**(1) 5:7
**else**(7) 27:5 27:25 93:20 101:3 108:22 165:3 208:11

**email**(129) 3:14 3:15 3:20 6:5 13:8 13:11 16:3 16:7 16:8 16:21 17:18 17:19 17:21 17:22 17:23 17:25 20:6 21:15 21:20 21:21 22:23 23:6 23:8 23:14 24:4 25:19 25:24 26:3 26:5 26:7 26:9 26:13 26:21 26:21 26:25 27:2 27:5 27:24 27:24 28:23 29:5 29:8 29:10 29:14 30:19 30:20 30:22 31:1 31:3 31:5 31:7 31:18 31:21 32:4 32:7 32:12 32:15 32:18 33:7 33:10 54:18 54:19 55:5 55:7 55:11 55:12 56:21 57:15 65:6 80:4 86:8 86:14 94:10 94:13 94:15 95:14 95:23 96:7 97:11 97:19 97:24 98:2 98:3 98:4 98:6 98:11 98:14 98:23 98:25 99:3 99:4 99:7 99:9 100:2 100:8 100:9 100:19 100:24 101:7 101:19 102:6 102:23 102:25 104:6 104:9 104:25 105:6 105:10 105:11 105:14 105:16 106:1 106:4 106:5 106:8 106:9 106:13 120:1 120:4 159:23

**email's**(1) 22:20
**emailed**(1) 96:7
**emails**(55) 5:18 5:19 5:22 5:24 7:19 7:23 14:10 14:21 14:23 15:20 16:25 17:2 17:2 17:6 17:7 17:8 18:8 19:2 20:15 20:18 21:3 23:23 24:9 26:6 26:13 27:2 28:4 29:2 29:18 54:25 55:4 56:7 56:19 58:25 95:19 98:20 101:6 101:10 101:19 103:9 103:15 103:23 103:24 104:24 105: 105:3 120:1 120:3 154:1 155:16 155:20 155:24 157:6 207:21

**emerge**(1) 88:23
**employed**(3) 12:10 35:6 137:15
**employee**(8) 7:5 10:7 85:5 85:9 85:12 101:22 108:23 109:1
**employees**(6) 20:10 20:12 85:11 88:6 88:11 88:13
**employment**(5) 12:7 71:17 135:1 137:4 137:15
**encompasses**(1) 170:1
**end**(6) 27:7 65:3 78:23 89:4 108:3 115:22
**ending**(1) 80:7
**ends**(1) 94:8
**enforced**(1) 40:1
**engage**(1) 37:5
**engaged**(1) 170:4
**engagement**(4) 37:7 37:10 135:7 135:9
**engagements**(1) 137:20
**engineer**(1) 35:15
**engineering**(1) 35:19
**enough**(5) 183:5 193:4 193:6 193:14 194:2
**entailed**(1) 34:15
**entails**(1) 128:4
**enter**(1) 5:17
**entered**(1) 36:9
**enters**(1) 110:22
**entire**(11) 26:3 26:5 26:9 34:17 40:1 57:7 60:2 89:13 95:10 165:23 166:1
**entirety**(1) 26:12
**entities**(4) 4:12 4:15 4:18 161:13 171:15 171:18
**entry**(6) 41:8 42:11 42:17 42:18 82:2 82:6
**eric**(2) 2:5 7:2
**especially**(3) 136:25 158:13 159:22
**esq**(4) 1:31 1:32 2:5 2:11
**essence**(1) 6:1
**essential**(1) 10:11

**establish**(6) 23:24 24:12 133:2 178:22 185:24 193:9
**established**(2) 4:23 151:12
**establishing**(1) 6:18
**estate**(2) 4:20 161:14
**evaluate**(1) 9:22
**even**(17) 17:11 62:20 74:25 81:7 87:11 87:14 87:23 100:24 119:22 138:16 138:19 146:24 147:6 174:3 188:25 189:8 191:24
**eventually**(4) 58:14 74:7 82:18 87:18
**ever**(27) 20:15 20:18 23:17 56:22 57:9 58:7 76:22 77:3 82:18 104:24 117:23 122:7 134:10 134:22 135:1 135:13 135:17 136:3 136:6 169:3 178:16 178:21 180:2 198:5 198:10 198:14 198:15
**every**(19) 39:1 39:8 39:17 53:17 54:1 54:1 57:23 60:18 85:5 85:8 107:3 107:5 107:11 159:23 164:7 194:18 194:21 200:24 204:
**everybody's**(1) 140:7
**everything**(9) 70:23 83:16 85:23 90:12 108:22 148:13 152:7 153:8 182:6
**everything's**(1) 152:7
**everywhere**(1) 98:25
**evidence**(11) 6:4 9:21 48:17 100:22 100:24 100:25 101:17 116:25 120:5 153:13 207:
**evident**(1) 48:9
**evidentiary**(1) 52:8 154:7
**exact**(1) 143:15
**exactly**(8) 49:22 55:18 80:19 80:22 116:4 127:19 158:15 170:19
**examination**(15) 12:2 19:14 24:20 26:10 33:4 34:8 67:16 67:20 120:12 120:14 126:18 160:24 178:24 203:1 204:25
**examine**(2) 24:15 25:11
**examined**(1) 83:5
**example**(7) 46:21 46:22 51:10 88:24 90:16 172:20 187:24
**examples**(2) 54:24 172:13
**excel**(3) 148:3 148:14 164:21
**except**(5) 40:8 42:17 49:3 61:1 166:8
**exception**(1) 72:25
**exchange**(3) 18:11 18:17 207:11
**excluded**(1) 10:3
**excluding**(1) 114:18
**exclusion**(1) 10:6
**excuse**(5) 22:13 36:16 43:9 48:25 113:4
**exempt**(1) 161:13
**exhibit**(132) 8:1 8:4 12:20 13:3 14:3 14:13 15:1 15:7 15:16 15:16 16:16 17:8 17:10 17:11 17:18 19:7 19:7 19:10 20:5 21:8 21:11 21:13 21:21 22:8 22:8 22:9 22:15 22:18 23:5 25:19 26:11 28:3 28:7 29:1 30:14 36:16 36:17 38:3 38:11 38:12 39:9 40:2 40:22 42:25 43:4 44:12 44:20 44:22 45:11 45:23 49:24 50:4 50:8 50:8 50:9 51:6 51:10 51:11 51:17 51:18 52:13 54:22 61:6 61:15 63:1 64:7 64:24 65:9 65:11 65:18 65:20 65:24 65:24 70:13 70:15 70:18 75:14 78:6 78:9 78:18 78:22 86:16 89:11 92:21 93: 93:11 94:7 98:10 99:6 103:11 103:22 105:22 106:15 109:5 109:10 111:23 112:1 112:23 114:10 115:20 116:24 117:14 131:11 131:12 131:15 131:16 134:25 141:8 143:17 145:3 145:14 145:15 146:1 155:11 161:1 161:2 163:18 164:12 164:13 168:20 187:4 195:2 203:7 203:7 207:2 207:7 207:13

**exhibits**(9) 3:11 5:19 16:12 16:13 16:16 22:19 36:17 113:5 207:12
**existence**(1) 33:6
**exists**(1) 20:23
**expect**(3) 54:21 88:24 103:6
**experience**(16) 62:19 63:2 77:3 77:11 127:19 133:18 138:10 138:22 139:11 151:3 156:20 177:19 196:2 197:2 197:6 197:16
**experienced**(2) 127:13 127:15
**experiences**(2) 62:10 63:3 177:15
**expert**(41) 9:19 9:20 10:15 10:19 10:21 11:6 62:18 63:6 111:25 112:10 112:14 112:22 133:6 133:7 133:8 133:19 134:6 134:10 134:22 136:11 136:16 136:21 138:9 138:20 138:21 139:5 139:9 139:10 139:19 139:19 140:4 145:11 154:5 154:21 166:17 169:12 175:18 178:9 179:17 179:20 199:1 1

**expertise**(2) 161:12 161:19
**experts**(1) 10:15
**explain**(33) 23:21 34:12 34:15 34:23 35:1 35:13 37:3 37:14 40:16 42:9 50:11 52:9 53:25 61:25 62:4 62:7 64:9 107:23 107:25 127:10 127:18 130:13 130:21 133:1 141:23 149:19 150:4 151:6 152:21 157:16 159:20 178:16 178:17

**explained**(3) 38:5 49:10 59:1
**express**(2) 153:7 153:21
**expressed**(1) 153:6
**expressing**(1) 202:15
**extent**(4) 20:25 25:11 119:5 198:17
**face**(2) 135:8 135:8
**fact**(44) 5:24 7:13 18:7 18:13 18:20 21:1 23:25 24:11 31:1 31:21 32:3 36:23 45:15 45:24 51:16 55:23 59:21 78:3 78:22 97:3 100:1 101:23 103:3 109:2 110:10 110:17 139:9 139:12 149:23 156:4 193:11 199:25 200:19 204:21 204:22 205:4 205:6 205:13 205:14 205:25 206:4 206:11 206:12 206:15
**facts**(2) 10:18 153:22
**factual**(1) 176:2
**failed**(4) 17:1 17:6 169:16 184:20
**fair**(35) 23:14 29:10 73:24 77:16 77:19 86:16 87:22 88:11 99:3 104:11 104:18 115:11 170:3 170:20 171:14 171:17 173:25 174:17 177:18 177:19 181:7 187:12 187:19 188:15 189:2 189:6 191:2 191:5 191:17 191:22 193:12 195:14 197:9 200:8 204:3
**fairly**(7) 33:25 132:18 137:22 151:2 170:2 172:23 186:23
**fait**(1) 76:1
**fall**(1) 189:14
**familiar**(25) 6:14 13:5 35:24 36:8 36:12 39:15 40:11 40:11 42:25 43:2 43:12 44:14 44:17 63:13 69:18 128:10 130:18 130:21 130:22 131:5 132:10 137:9 137:24 139:14 144:21
**far**(6) 41:18 61:23 88:8 104:13 188:9
**fashion**(2) 53:22 91:23
**favor**(1) 89:6
**fax**(2) 65:6 86:14
**february**(3) 45:9 68:3 188:6
**federal**(1) 153:13
**feel**(6) 8:22 71:1 141:16 173:17 193:13 194:4
**fees**(3) 39:12 62:4 106:24
**fell**(2) 73:6 73:7
**few**(13) 16:3 32:22 57:22 61:1 61:3 94:17 103:15 106:9 121:7 152:8 157:7 165:21 191:8 197:2 197:6 198:19 202:4 202:12 206:21
**field**(1) 138:12

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**fifteen**(22) 39:17 86:9 107:11 107:12 107:14 107:17 107:19 107:20 107:23 107:25 108:1 173:20 173:23 193:5 194:18 194:22 194:25 195:15 200:24 201:9 201:17

**figure**(1) 121:16

**figures**(1) 102:17

**file**(1) 61:22

**filed**(8) 4:13 35:23 44:15 198:6 198:16 198:19 198:23 199:10

**files**(2) 197:18 199:3

**filing**(2) 44:18 199:7

**filled**(1) 191:13

**final**(1) 160:17

**finally**(2) 87:18 204:15

**financial**(6) 127:22 182:5 182:21 199:11 199:21 200:1

**financials**(1) 202:5

**find**(11) 11:21 17:22 28:17 33:24 94:7 118:1 162:10 164:11 168:20 186:14 195:4

**fine**(8) 7:25 23:2 67:12 67:15 114:6 125:22 198:14 207:13

**finish**(1) 108:25

**finished**(1) 160:16

**firm**(10) 126:22 135:4 135:5 137:5 161:19 163:9 175:20 175:23 179:9 198:10

**firm's**(1) 198:11

**firms**(2) 137:16 198:7

**first**(86) 6:21 7:21 20:10 25:18 25:21 30:19 31:24 34:3 39:9 41:2 41:9 47:22 61:7 61:9 63:25 65:10 68:3 75:3 75:4 75:16 80:3 99:13 101:15 102:23 103:22 104:9 104:23 113:10 117:16 117:17 117:18 117:19 119:1 120:24 134:5 141:25 142:10 142:18 142:20 142:23 143:13 144:4 147:5 149:8 150:17 152:1 163:1 163:3 163:9 163:19 166:8 166:18 167:5 167:13 168:6 168:9 168:18 169:3 169:6 169:11 170:7 170:24 171:1 171:4 171:7 171:23 173:2 175:12 177:3 180:7 180:10 180:16 180:23 181:3 181:21 181:23 181:24 183:2 184:11 189:17 191:15 193:16 194:7 194:17 195:25

**five**(7) 81:17 108:6 115:15 115:17 119:18 121:13 192:14

**fix**(1) 201:5

**flag**(2) 89:24 102:15

**flagged**(1) 90:13

**flip**(22) 28:10 28:20 32:18 92:21 94:7 99:6 103:11 106:15 111:22 117:14 118:17 161:1 171:3 171:23 173:2 173:6 173:9 179:20 184:10 187:2 195:2 200:4

**flipping**(2) 25:25 109:4

**flips**(1) 106:4

**flow**(2) 127:24 128:3

**flows**(1) 199:7

**focus**(2) 30:19 93:19

**focuses**(3) 147:2 166:10 166:19

**focusing**(4) 166:24 166:24 167:1 181:19

**follow**(13) 54:7 55:5 56:3 56:18 56:20 57:21 58:2 59:6 82:8 88:12 90:1 107:12 206:24

**followed**(1) 59:16

**following**(7) 54:13 57:21 57:24 59:11 87:15 160:10 161:12

**for**(274) 1:2 1:30 2:4 2:10 3:3 4:7 5:3 7:10 7:22 8:2 8:6 8:10 8:22 9:3 9:5 9:10 9:13 9:19 11:17 11:18 12:6 16:12 16:16 18:1 18:12 18:15 18:16 18:19 19:2 19:9 19:18 20:22 20:23 24:11 27:16 29:23 30:1 31:25 32:10 32:12 34:18 34:23 36:3 37:3 37:18 37:19 37:22 39:5 40:4 40:7 40:8 40:8 40:16 41:7 41:7 41:13 41:22 42:17 42:22 44:15 45:9 45:10 46:9 46:13 46:20 46:21 46:22 46:22 46:22 46:24 46:25 47:15 47:15 47:16 47:17 47:18 47:20 47:21 49:3 50:11 51:14 51:15 51:23 54:3 55:16 56:16 56:17 57:16 58:18 58:19 59:24 60:12 60:20 61:22 62:1 62:17 62:18 62:23 63:19 63:23 63:25 64:5 64:6 64:15 65:13 65:14 65:17 65:18 65:21 65:21 66:15 66:23 67:3 67:23 68:15 68:16 68:11 69:4 69:20 70:11 72:1 72:7 72:10 72:20 73:17 73:19 74:5 74:15 74:15 74:22 76:2 77:6 77:9 77:20 77:22 80:7 80:19 82:8 82:17 83:17 83:23 84:11 85:10 85:12 87:6 87:22 87:6 88:20 88:24 89:22 90:13 90:16 94:3 94:6 96:11 97:3 97:15 97:21 100:13 101:4 102:8 104:24 105:3 107:9 107:10 107:14 107:19 108:1 108:11 108:17 109:4 113:11 114:12 116:6 115:15 116:20 116:21 117:17 117:19 118:19 119:15 119:2 120:5 120:6 120:9 120:17 123:7 125:22 125:23 126:21 128:23 129:14 152:7 152:15 153:7 153:22 153:22 154:25 156:8 156:10 156:24 157:22 159:21 159:25 162:21 163:3 164:1 164:17 164:23 169:3 169:5 169:21 170:19 173:17 173:22 174:8 174:22 175:10 177:9 177:11 177:14 178:22 179:12 179:15 179:24 180:5 180:7 182:16 183:4 183:15 183:20 183:20 184:23 185:1 188:25 189:13 193:14 194:18 195:9 196:18 196:24 196:24 197:17 197:18 197:24 198:2 198:5 198:6 198:7 198:10 198:19 198:22 198:23 199:3 199:4 199:10 199:18 200:24 201:22 202:8 208:12

**foregoing**(1) 209:5

**form**(3) 63:17 72:11 148:15

**formally**(1) 68:3

**forming**(2) 153:23 168:16

**forth**(28) 14:21 19:8 26:18 27:2 43:17 43:22 51:5 51:17 56:12 56:24 65:10 66:1 101:11 109:4 128:24 136:21 144:21 146:1 148:24 150:14 150:25 155:20 158:22 165:5 178:3 183:11 203:6 208:4

**forward**(4) 7:21 7:24 31:17 135:10

**forwarded**(1) 27:4

**found**(1) 37:21

**foundation**(1) 101:10

**four**(27) 5:1 69:8 69:24 70:7 70:9 78:9 78:12 78:13 78:21 78:22 78:25 79:1 79:16 87:5 115:15 120:20 127:18 129:5 129:11 129:18 134:7 134:9 171:14 171:18 174:15 174:17 203:20

**frankly**(1) 140:2

**free**(1) 8:22

**freres**(1) 140:17

**friday**(1) 4:1

**from**(148) 4:5 4:24 5:8 5:25 6:14 11:22 13:8 13:11 13:18 13:20 13:21 13:25 15:9 16:5 16:25 17:2 17:6 17:7 17:20 18:8 20:5 21:15 22:20 22:23 23:6 24:7 25:20 26:22 27:22 28:23 29:5 29:15 29:16 30:19 31:3 31:18 35:4 35:18 38:25 39:7 41:16 45:17 48:9 52:12 54:18 54:19 61:3 62:25 66:8 69:25 70:17 72:8 73:3 73:4 73:15 73:25 74:1 74:5 74:14 74:18 76:14 77:14 78:17 78:18 79:24 80:1 80:16 80:16 80:20 82:4 82:15 82:18 83:20 85:14 85:15 87:19 87:23 88:23 93:23 94:10 95:7 95:14 95:20 97:11 97:19 99:3 99:14 99:18 99:20 99:21 99:24 99:25 100:9 100:12 101:3 101:6 102:3 102:13 104:6 105:10 105:14 106:1 106:8 108:2 110:21 112:6 112:12 116:16 120:19 127:11 132:4 134:9 138:7 139:2 141:3 141:15 142:12 151:4 151:18 152:7 156:15 161:3 161:5 164:16 165:7 165:21 169:15 169:19 175:11 175:11 175:22 177:3 180:9 180:22 181:23 182:14 182:22 183:8 183:10 183:15 183:21 186:13 191:18 195:20 200:13 202:3 203:24 209:6

**front**(12) 12:20 36:14 73:8 76:9 78:10 117:14 117:21 139:2 140:8 163:6 163:21 187:3

**full**(8) 4:16 17:14 123:3 124:23 125:24 126:6 194:7 194:17

**fully**(1) 178:23

**function**(1) 88:14

**functional**(1) 34:18

**funded**(1) 74:18

**funds**(3) 60:17 74:7 161:15

**further**(13) 16:12 30:6 46:15 48:7 53:23 53:24 110:25 120:9 121:1 160:21 177:8 202:22 206:17

**gallivan**(2) 7:6 126:22

**gave**(3) 5:10 24:21 148:14

**general**(8) 98:25 127:24 142:1 162:24 163:4 170:2 180:22 188:18

**generally**(17) 71:23 72:2 72:6 72:24 73:8 86:6 116:4 116:8 129:21 130:1 130:8 130:18 130:21 130:22 136:19 171:13 196:22

**gentleman**(3) 36:3 50:19 140:8

**georgia**(1) 4:7 126:23 127:3 127:11

**get**(33) 7:16 21:5 47:17 47:20 47:21 48:16 51:15 55:19 55:22 56:19 74:25 76:20 81:10 82:11 82:18 86:13 86:18 87:15 87:18 87:20 87:22 95:6 119:20 121:9 122:18 140:23 142:3 147:10 163:12 165:1 165:19 173:17 187:3

**gets**(1) 24:15

**getting**(9) 23:1 24:13 116:20 121:10 121:11 153:9 162:18 178:2 198:23

**give**(14) 4:9 9:25 19:12 19:13 21:3 24:11 62:20 89:7 114:12 121:7 126:13 142:1 160:15 164:18

**given**(12) 6:8 6:9 41:13 67:10 73:24 85:5 85:8 85:15 85:14 162:9 162:25 164:16

**giving**(2) 154:19 154:25

**glance**(1) 113:10

**glasses**(1) 116:3

**goes**(18) 17:19 33:8 33:9 54:6 60:18 65:18 73:15 76:3 79:3 81:6 82:12 89:25 90:20 90:22 102:16 137:14 153:12 207:20

**going**(50) 5:15 6:2 8:10 8:18 9:3 9:16 11:20 23:18 24:2 24:4 24:9 24:9 26:18 29:15 29:16 33:6 33:23 37:24 51:9 58:18 64:22 66:12 67:4 70:13 71:6 71:22 75:20 79:18 83:9 95:9 101:9 105:22 110:25 121:13 121:14 140:16 140:24 153:8 153:8 157:7 157:9 165:5 166:6 167:2 176:1 177:9 203:3 203:13 207:10 207:16

**gone**(4) 85:23 98:4 101:12 154:11

**good**(19) 4:4 7:2 12:4 12:5 19:16 19:17 34:10 34:11 49:8 67:18 67:19 82:24 84:5 118:9 126:14 126:20 133:24 134:2 134:2

**goods**(2) 197:17 199:3

**got**(19) 46:10 47:11 48:21 49:1 55:10 72:5 119:17 125:20 126:2 127:5 140:7 140:11 140:11 141:25 151:8 163:21 175:22 183:1 183:7

**government**(1) 35:3

**graduated**(2) 35:18 127:11

**greater**(2) 182:16 194:5

**group**(1) 182:18

**guarantee**(1) 108:9

**guess**(14) 7:17 30:24 31:23 55:13 79:3 98:25 121:19 155:9 156:19 165:4 167:1 178:8 179:15 191:25

**guidelines**(1) 178:3

**guilfoyle**(1) 2:11

**had**(52) 4:16 5:19 6:16 6:20 8:16 17:3 17:25 22:24 23:2 26:7 27:13 28:4 29:10 31:21 34:18 36:11 48:10 55:21 58:5 58:7 69:8 72:9 72:20 75:9 75:14 95:15 96:20 97:1 97:2 97:6 102:10 116:3 129:5 130:13 132:16 144:4 153:15 154:22 155:24 157:5 157:13 163:3 163:8 164:23 165:4 165:10 171:1 171:21 194:10 198:14 198:15 207:3

**hadn't**(1) 46:11

**hahn**(2) 1:30 4:5

**half**(4) 63:25 65:10 68:3 189:15

**hand**(1) 92:18

**handed**(1) 21:9

**handful**(1) 139:3

**handle**(2) 6:7 121:11

**handled**(1) 160:8

**handling**(4) 53:11 56:13 60:13 160:7

**hands**(2) 65:3 169:24

**happen**(3) 5:15 24:12 89:22

**happened**(5) 59:21 60:23 73:13 97:3

**happens**(3) 89:20 108:20 159:23

**happy**(3) 6:11 133:10 151:8

**hard**(1) 121:22

**harrisburg**(1) 1:41

**has**(52) 6:18 7:8 7:16 14:20 14:20 16:21 16:25 17:5 17:6 17:16 18:6 18:8 22:7 25:3 30:6 34:20 35:2 35:9 56:5 60:13 63:2 75:9 78:9 84:6 84:12 85:24 91:17 91:20 92:1 97:2 112:4 138:11 138:13 138:21 138:22 139:10 139:13 140:8 147:6 152:8 153:14 153:14 156:6 160:18 161:19 165:7 165:15 176:5 184:19 185:7 198:19 199:9

**hasn't**(2) 90:7 92:10

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**have**(276) 4:19 5:7 5:18 6:4 6:22 7:3 7:4 7:14 8:1 8:1 8:3 8:6 8:22 9:8 9:13 9:18 11:9 11:22 12:6 12:9 12:19 14:11 14:19 15:11 16:12 16:22 17:1 17:10 17:13 17:25 20:9 20:12 20:15 20:18 20:20 21:4 22:3 24:9 24:14 25:8 26:8 30:6 30:25 31:25 33:14 33:17 33:24 34:18 34:18 35:2 35:3 35:6 35:15 37:6 41:14 43:25 46:14 47:14 52:21 52:25 53:13 53:22 54:1 54:8 54:14 55:20 56:18 56:23 57:18 57:23 59:1 59:14 59:16 59:16 59:17 60:19 64:12 65:5 67:3 67:5 67:13 68:19 69:24 70:14 72:2 73:7 73:22 74:14 77:22 78:4 78:12 78:13 78:16 80:2 80:3 80:5 81:3 83:2 83:17 83:23 84:8 84:14 84:18 85:23 86:2 87:21 88:7 89:1 89:13 89:22 90:17 90:18 90:18 91:15 92:7 95:2 95:14 96:10 96:21 96:24 97:1 97:8 97:23 98:1 100:17 100:24 101:18 102:14 102:22 103:6 105:2 105:5 105:7 107:14 107:15 109:1 110:10 110:14 111:1 111:13 113:6 117:21 117:23 119:14 120:9 121:1 121:22 122:21 123:16 124:3 127:4 127:5 127:15 128:6 128:12 128:14 128:25 129:21 129:23 129:25 131:1 131:2 131:3 131:23 132:7 133:7 133:16 134:6 134:10 134:12 134:13 134:17 134:20 134:21 134:22 134:24 134:25 135:2 135:13 135:1 135:15 135:16 135:17 135:21 136:3 136:7 136:6 136:8 136:9 139:1 140:5 140:10 140:16 140:20 140:22 141:16 142:5 143:1 144:9 150:25 151:3 151:3 152:22 154:2 154:3 154:4 154:5 155:20 156:9 158:5 158:17 159:24 160:7 160:18 160:21 161:1 162:23 163:1 163:6 163:12 163:12 163:13 164:19 165:4 165:24 166:8 168:13 169:3 169:4 170:12 170:16 172:4 172:6 172:10 172:11 174:5 174:21 176:10 177:13 177:1 177:23 178:20 178:24 179:10 180:1 181:22 183:4 184:11 185:1 185:2 187:2 187:5 187:22 188:25 189:8 190:18 191:12 198:2 198:4 198:5 198:8 198:9 198:13 198:14 198:14 198:16 198:16 199:1 205:1 206:17 206:21 207:1 207:6 207:9 207:20 207:23

**having**(12) 5:22 6:3 33:8 121:10 121:11 121:16 121:20 121:21 133:9 139:2 152:6 202:5
**he'll**(1) 25:10
**he's**(39) 11:11 16:19 22:13 22:13 22:17 23:18 24:14 24:15 33:1 56:2 57:14 57:17 59:2 95:21 95:23 101:2 101:12 101:12 133:9 138:23 138:25 139:14 146:23 146:25 147:1 147:4 153:5 153:7 153:8 153:9 154:7 154:8 154:9 154:13 154:14 154:14 154:18 154:19 154:25

**head**(2) 162:1 179:10
**heading**(3) 176:2 176:15 179:22
**health**(1) 161:13
**hear**(9) 6:4 6:8 6:12 10:4 138:6 138:7 138:18 138:18 154:6
**heard**(11) 64:16 132:7 138:13 138:17 152:17 153:15 153:15 154:24 155:23 156:5 174:25
**hearing**(3) 10:21 152:18 209:2
**hearsay**(5) 7:15 16:20 101:12 101:16
**hedge**(1) 161:14
**held**(2) 137:20 137:23
**help**(2) 128:3 143:20
**helped**(1) 146:15
**helping**(1) 128:4
**her**(27) 11:16 14:16 15:1 15:2 15:2 15:9 19:12 19:13 23:14 23:17 25:5 25:6 25:7 25:8 25:15 26:8 26:10 26:10 27:2 27:9 27:10 54:7 84:12 90:1 95:23 98:6 208:4

**here**(41) 5:15 8:8 25:2 35:22 50:19 52:25 54:12 59:21 60:23 65:20 73:3 78:12 80:1 85:24 97:19 98:7 107:20 115:3 115:5 122:21 131:23 137:3 138:11 138:25 139:5 141:12 147:20 149:24 151:16 152:22 153:19 154:24 169:19 170:17 171:21 172:22 174:13 174:22 182:15 184:23 207:1
**here's**(1) 207:8
**herein**(4) 14:21 51:5 155:21 158:22
**hers**(1) 15:6
**hessen**(2) 1:30 4:5
**hewlett**(1) 171:10
**high**(6) 98:16 98:19 98:20 99:1 99:4 99:7
**high"**(1) 32:23
**him**(18) 37:21 37:22 55:20 62:19 95:24 112:1 133:5 133:7 133:15 136:10 138:10 138:11 138:20 139:5 157:2 157:6 165:5 174:25
**himself**(1) 147:6
**hired**(2) 36:2 181:17
**his**(34) 6:18 6:18 9:10 9:22 25:14 58:24 62:19 63:2 63:2 71:17 71:24 73:5 74:2 101:22 129:11 133:6 133:9 133:10 133:11 133:17 138:18 138:25 139:2 147:1 147:8 147:10 152:12 154:8 154:9 154:14 154:18 157:4 157:5 160:14

**historic**(9) 150:19 193:5 193:19 194:2 197:19 199:5 200:13 204:7 204:8
**historical**(16) 49:21 113:17 113:24 114:9 114:12 149:9 149:21 150:3 188:16 189:3 189:6 190:17 192:20 192:21 193:1 197:9
**historically**(2) 186:8 193:3
**history**(3) 132:23 173:19 197:13
**hm00035**(1) 104:4
**hold**(3) 42:24 42:24 127:2
**holding**(2) 1:14 75:6
**holdings**(1) 1:8
**home**(69) 1:7 1:13 4:6 4:8 13:9 17:1 17:3 17:6 17:9 18:10 20:16 20:19 24:1 27:13 27:19 35:23 36:9 37:12 39:17 41:20 42:1 44:15 49:12 49:20 50:23 58:14 60:3 61:22 62:8 62:11 63:24 65:3 65:7 66:23 72:14 72:21 72:7 72:8 72:9 73:1 73:17 74:1 74:25 76:2 76:25 78:17 91:18 95:15 96:22 96:25 101:23 103:4 105:3 107:3 116:16 116:21 124:10 126:9 132:11 132:16 160:10 167:4 167:14 197:10 199:2 199:25 200:9

**honestly**(2) 100:25 138:19

**honor**(179) 4:4 4:7 4:9 5:3 5:5 5:9 5:23 6:6 6:17 7:1 7:2 7:8 8:3 8:6 8:16 9:7 9:17 9:25 10:13 10:17 10:22 16:12 16:17 16:15 16:18 16:24 17:10 17:13 17:23 18:8 18:14 18:18 19:11 19:12 20:20 21:6 22:6 23:18 23:21 24:6 24:18 25:1 25:16 26:2 26:5 27:15 28:1 28:4 29:13 30:1 30:4 30:10 30:16 31:11 33:1 33:12 33:17 33:20 34:2 38:12 40:21 43:11 43:12 43:17 44:1 44:7 46:1 49:7 52:1 55:6 55:25 56:25 57:12 58:21 62:15 62:21 62:24 63:8 64:11 64:17 64:20 64:25 66:18 67:2 67:11 72:12 72:23 79:5 81:18 82:24 83:14 83:23 84:3 95:9 95:17 96:2 98:3 100:17 100:20 101:2 101:12 101:14 101:25 116:23 117:17 117:12 118:14 119:19 119:22 119:24 120:8 120:11 121:2 122:2 122:5 122:16 123:1 123:4 123:5 123:9 123:17 123:19 126:3 126:15 129:8 129:16 133:4 133:10 133:14 133:16 133:21 136:9 138:5 138:8 139:4 139:7 139:18 140:13 141:2 143:1 143:9 145:4 145:13 146:22 147:7 149:12 149:15 152:24 153:12 153:19 154:3 154:8 154:11 154:22 155:5 156:18 156:23 157:4 158:11 159:16 160:12 160:16 160:22 200:25 202:18 202:20 202:23 202:25 204:24 206:17 206:21 207:1 207:7 207:17 208:3 208:10 208:19 208:21

**honor's**(1) 10:14
**honorable**(1) 1:25
**hope**(2) 5:6 140:21
**hopefully**(3) 5:8 33:25 121:20
**hoping**(1) 207:17
**hourly**(2) 66:20 124:7
**hours**(10) 64:3 64:3 64:5 64:6 65:17 65:21 66:8 66:13 66:21 178:2
**housing**(1) 22:11
**how**(46) 6:7 8:18 22:4 26:16 34:20 35:6 42:10 45:22 45:23 53:1 60:5 65:3 66:8 73:21 80:15 85:18 86:2 86:7 86:18 87:23 90:1 108:12 119:17 127:4 127:15 128:6 129:23 130:3 132:15 140:11 141:1 160:1 160:8 163:23 165:1 177:21 181:24 182:3 182:13 182:21 183:1 183:2 183:11 186:6 189:10 202:6
**however**(3) 9:19 19:6 183:2
**huge**(1) 76:12
**human**(1) 111:15
**hundred**(1) 179:10
**hurdle**(1) 7:17
**hypothetical**(2) 47:14 159:17
**hypothetically**(3) 158:18 158:21 204:20
**i'd**(13) 6:23 16:11 29:13 31:11 67:11 72:15 73:23 102:2 119:18 131:11 138:5 156:12 207:9
**i'll**(28) 11:1 11:12 11:22 18:21 27:16 33:24 52:6 55:9 63:5 64:23 67:6 71:15 96:5 100:17 120:11 127:5 138:7 140:22 141:1 147:18 147:18 158:18 174:5 192:24 201:3 201:5 202:25 208:16

**i'm**(122) 6:14 8:10 11:14 11:19 11:25 12:12 12:16 13:3 14:1 14:15 14:24 17:4 20:17 20:21 21:2 22:8 23:24 24:11 26:14 28:6 32:5 33:6 33:8 33:11 35:15 35:17 38:11 42:13 45:20 51:9 53:7 58:10 63:19 63:23 64:22 65:11 65:24 69:24 70:13 71:6 73:1 74:14 75:8 79:7 79:18 79:25 80:19 82:17 84:20 84:24 85:4 85:22 91:21 93:18 95:9 95:23 97:7 100:14 100:20 100:22 100:25 101:16 105:22 105:25 108:15 109:10 109:12 110:12 110:16 112:8 112:14 112:25 114:3 116:19 118:9 119:20 121:11 121:12 121:14 121:16 121:20 121:21 122:22 122:22 124:17 126:13 126:22 129:13 131:16 133:10 135:25 138:3 138:19 143:2 149:15 149:18 149:18 154:16 156:25 157:9 158:15 164:19 167:25 168:3 175:23 177:9 178:19 179:8 186:19 186:23 192:14 201:1 201:3 202:18 203:3 205:18 207:17 207:21

**i've**(16) 6:14 20:21 20:22 79:2 95:5 95:6 130:12 136:24 151:10 152:5 152:10 152:15 156:22 173:23 196:8 198:7

**ibm**(1) 171:10
**idea**(1) 183:4
**identified**(7) 5:18 5:20 37:20 68:20 68:24 118:24 207:25
**identifies**(1) 41:2
**identify**(2) 6:3 207:14
**illustrates**(1) 193:17
**image**(5) 76:5 76:6 76:7 76:17 82:20
**images**(4) 79:25 81:3 81:4 81:12
**immediate**(1) 108:16
**immediately**(1) 81:11
**importance**(6) 98:16 98:19 98:21 99:1 99:4 99:7
**important**(2) 56:15 101:15
**impression**(1) 101:20
**inappropriate**(2) 16:23 17:16
**inc**(3) 1:8 1:20 167:14
**include**(7) 19:24 20:3 76:10 76:11 137:5 171:9 196:11
**included**(3) 16:23 20:6 80:3
**includes**(2) 81:7 90:7
**including**(6) 66:12 66:13 114:16 114:17 133:11 137:25
**inclusion**(1) 145:9
**income**(1) 35:11
**incomplete**(1) 21:1
**indeed**(2) 36:20 146:13
**independent**(4) 57:18 58:17 58:24 58:25
**independently**(1) 58:11
**index**(1) 3:1
**indicate**(2) 77:20 151:25
**indicates**(5) 77:5 91:25 183:13 183:18 183:19
**indicating**(2) 80:10 95:15
**indiscernible**(1) 22:11
**individual**(3) 26:13 91:14 177:13
**individuals**(1) 132:14
**industrial**(1) 169:21
**industries**(14) 138:2 138:2 138:21 142:2 144:3 161:9 161:12 161:20 161:23 163:17 168:14 172:7 181:8 196:4

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **industry**(99) 35:16 35:18 63:3 63:3 68:16 128:11 128:19 128:20 129:5 129:6 129:20 129:25 130:11 130:14 130:18 130:19 130:23 132:17 132:22 132:24 133:19 137:12 137:25 138:4 138:14 138:17 138:20 139:13 139:14 139:16 139:17 139:23 139:24 141:18 142:1 142:8 142:10 142:23 142:25 143:13 146:11 150:25 151:1 151:11 151:16 151:23 152:13 152:23 156:2 159:2 162:11 162:22 163:7 163:10 163:16 163:19 168:4 168:6 168:11 168:14 168:15 168:18 169:11 169:21 169:25 170:7 170:11 170:15 170:21 171:2 172:1 172:9 179:22 179:24 180:2 180:5 180:7 180:11 180:19 180:21 180:22 180:24 181:1 181:3 181:4 181:7 181:21 183:13 183:19 184:3 184:4 184:5 186:3 195:20 196:1 196:3 202:5 206:14 | | **invoice**(161) 17:22 22:24 29:11 29:11 30:22 30:25 31:4 31:9 31:22 31:25 32:4 39:16 40:9 41:6 41:9 41:10 41:23 41:25 42:13 45:12 45:14 45:17 45:23 46:4 46:11 46:18 46:22 46:23 47:9 47:14 47:15 47:15 51:11 52:17 52:17 52:24 53:12 53:17 53:21 54:4 54:17 60:14 61:7 65:7 65:8 65:11 65:14 65:19 65:21 72:2 74:21 77:22 77:24 78:1 78:4 80:11 80:11 81:2 81:5 81:14 82:4 86:3 86:6 86:7 86:23 87:1 87:4 87:8 87:17 88:1 88:21 88:24 90:7 91:9 91:15 91:17 91:25 92:7 92:8 92:10 93:24 94:1 94:3 94:5 94:16 94:18 94:20 95:1 95:6 95:15 96:11 96:16 96:19 96:20 96:22 97:9 99:10 99:14 99:18 99:19 99:23 99:25 100:4 101:23 103:4 103:12 105:11 105:15 105:15 105:18 106:5 106:12 107:1 108:17 109:19 113:25 115:8 121:14 121:22 121:25 123:3 123:7 126:2 155:1 155:16 157:19 159:4 159:10 159:14 173:3 173:6 173:10 174:4 187:25 188:2 188:4 189:2 189:7 195:3 195:6 195:12 200:19 200:22 201:9 201:12 204:4 204:5 204:6 204:21 205:5 205:10 205:11 205:1 | | **it's**(184) 5:14 6:9 6:19 9:10 9:25 10:22 13:8 13:14 13:24 16:20 17:12 17:14 17:16 17:18 20:21 20:22 20:23 20:25 22:11 23:14 24:4 25:11 25:12 25:13 25:22 26:20 26:21 26:25 27:2 27:18 27:19 27:24 28:18 29:22 33:11 33:12 33:12 35:8 38:14 41:11 42:18 42:18 43:8 47:1 47:6 48:21 51:9 53:1 55:17 55:17 55:18 56:5 56:15 58:24 58:25 60:10 60:10 62:17 63:4 64:5 64:23 66:12 66:21 68:16 68:17 69:7 72:4 74:16 75:5 75:23 76:12 76:15 76:16 76:17 77:19 80:21 80:25 81:16 82:10 82:12 84:9 87:22 90:5 92:4 92:10 92:11 92:13 92:18 92:18 93:14 94:20 94:20 95:25 97:7 98:4 98:13 99:11 100:5 100:6 101:12 101:15 102:23 103:15 104:3 104:6 104:11 108:1 111:10 111:13 111:15 113:2 117:11 120:22 123:18 123:19 125:10 125:16 125:23 132:18 138:14 138:16 139:22 140:18 140:20 141:25 143:16 143:18 148:3 148:17 150:24 151:20 152:5 152:7 154:22 155:2 158:11 158:14 159:17 159:21 161:3 161:5 163:11 163:13 163:15 163:18 163:18 164:21 166:8 168:21 169:22 170:2 170:2 171:24 172:10 174:17 174:25 177:7 177:18 181:23 182:4 183:9 185:5 185:8 185:11 185:12 186:19 187:3 187:4 187:12 187:19 188:11 188:15 189:9 190:1 191:5 191:25 194:3 195:3 195:3 195:6 199:13 200:18 | | **keep**(6) 42:24 81:13 111:22 151:8 172:6 184:9 |
| | | | | | | **keeps**(2) 100:13 102:7 |
| **inference**(1) 10:20 | | | | | | **kept**(1) 84:16 |
| **influence**(1) 9:22 | | | | | | **khumara's**(1) 174:22 |
| **inform**(4) 88:25 89:6 110:5 178:21 | | | | | | **khurana**(75) 3:6 7:4 11:4 34:4 34:7 34:10 40:23 43:12 43:19 44:8 44:14 45:7 45:9 45:13 45:16 45:20 46:1 46:4 46:8 46:13 46:19 46:21 47:3 47:5 47:7 47:10 47:19 47:24 48:2 48:4 48:7 48:9 48:13 48:19 48:23 49:2 49:5 49:7 49:21 50:18 50:20 50:22 56:15 57:3 57:20 58:1 58:10 58:15 58:20 59:5 63:2 66:20 67:1 67:18 72:15 73:2 75:13 79:10 79:12 83:6 83:10 83:12 83:15 84:5 95:13 96:3 100:23 101:22 102:2 118:11 118:14 120:9 120:14 121:5 152:19 |
| **information**(55) 35:20 48:10 50:12 56:5 59:11 59:18 59:19 81:8 81:9 87:13 87:19 87:20 87:22 93:7 93:10 101:11 112:11 112:11 113:12 131:8 142:20 143:16 146:17 147:9 147:23 148:25 149:4 149:5 155:23 155:24 157:6 157:13 158:1 158:8 160:18 163:7 164:16 165:7 165:18 165:20 165:25 169:22 173:2 180:7 182:5 182:13 182:22 182:24 183:10 184:4 194:10 196:15 196:22 199:23 207:12 | | **invoices**(99) 23:13 39:5 39:7 39:19 41:14 42:25 43:16 43:17 43:22 44:23 45:3 46:2 51:20 52:10 53:5 53:9 53:11 54:9 54:10 54:14 54:16 56:13 56:23 57:10 57:22 58:5 58:8 58:14 59:15 59:18 60:20 61:5 75:14 78:25 80:17 80:22 81:1 85:3 86:13 86:18 90:10 90:11 100:12 102:7 102:13 107:2 107:5 107:13 107:15 107:17 108:3 109:16 109:23 115:7 115:11 115:15 121:13 124:6 152:1 152:18 153:25 154:20 156:21 157:3 158:21 159:13 159:21 159:24 160:3 160:7 160:8 172:25 173:12 173:13 173:13 173:3 174:3 174:20 183:14 183:19 187:15 190:17 192:14 194:24 200:24 203:12 203:25 204:9 204:20 205:4 205:10 207:19 | | **item**(1) 90:6 | | **khurana's**(1) 7:24 |
| **informed**(6) 58:4 87:11 110:3 177:8 177:10 178:20 | | | | **items**(7) 29:23 58:2 89:24 90:2 90:12 90:13 102:15 | | **killing**(1) 30:8 |
| | | | | | | **kind**(17) 21:5 70:11 113:10 121:16 121:23 135:7 135:8 140:5 142:1 165:5 173:17 174:19 177:25 178:19 182:6 182:7 186:20 |
| **initial**(1) 39:20 | | | | **iterate**(1) 192:24 | | |
| **inquire**(1) 101:21 | | | | **its**(12) 6:2 10:5 10:8 26:12 42:10 49:15 59:24 60:25 77:16 160:3 160:8 181:24 | | **knew**(2) 154:10 155:2 |
| **inquiring**(2) 132:13 153:5 | | | | | | **know**(126) 5:14 26:16 26:16 27:8 27:9 30:10 32:25 38:24 38:25 39:23 40:6 45:23 57:22 64:16 68:13 69:17 69:20 69:23 72:24 79:25 81:1 81:2 85:24 88:9 89:20 97:2 97:3 98:11 98:18 98:20 104:9 104:13 104:15 105:8 105:9 105:23 110:2 110:14 111:15 119:10 121:13 121:14 127:21 128:9 128:14 128:22 128:23 129:17 129:18 130:6 130:12 130:24 130:25 131:3 132:13 132:18 135:8 135:22 136:24 137:22 138:3 138:15 138:23 138:24 139:3 142:2 142:3 143:16 147:5 148:4 148:11 148:11 148:13 150:11 151:7 151:8 151:10 152:7 152:15 154:7 154:17 159:22 159:24 161:25 162:1 162:2 164:21 165:4 165:13 167:15 167:24 168:1 168:13 169:1 169:6 170:13 170:17 170:19 172:6 172:7 172:23 177:24 178:1 178:5 181:24 182:3 182:11 182:13 182:21 183:1 183:2 185:6 186:4 186:4 186:20 189:9 189:15 196:18 196:20 196:2 198:17 199:6 199:7 202:3 202:4 207:18 |
| **inquiry**(1) 196:10 | | | | **itself**(4) 68:20 68:24 110:24 178:6 | | |
| **instance**(7) 77:22 88:20 153:22 163:3 164:23 174:8 182:16 | | | | **i'd**(1) 42:24 | | |
| | | | | **james**(1) 2:4 | | |
| | | | | **january**(2) 68:1 68:4 | | |
| **instances**(2) 72:7 107:16 | | | | **jeff**(1) 1:32 | | |
| **instead**(1) 154:5 | | **invoice''**(2) 32:13 32:16 | | **job**(5) 19:24 20:2 20:6 82:10 91:5 | | |
| **instruct**(2) 102:14 104:24 | | **invoicing**(3) 37:8 86:11 90:17 | | **jointly**(1) 1:5 | | **knowing**(1) 73:3 |
| **instructed**(5) 23:12 58:7 102:11 105:5 | | **involved**(2) 27:18 27:21 | | **jones**(2) 11:10 11:15 | | **knowledge**(25) 56:6 57:15 57:15 57:19 58:17 58:24 58:25 70:11 96:24 97:1 119:14 133:17 138:10 138:12 138:25 139:2 139:10 154:22 157:25 158:1 175:9 176:10 182:4 199:6 202:5 |
| **instructions**(2) 87:16 87:23 | | **involvement**(1) 35:24 | | **journal**(7) 41:7 41:8 41:10 41:25 42:6 42:7 42:7 | | |
| **instrument**(1) 110:22 | | **ironstone**(2) 60:10 75:4 | | | | |
| **integral**(1) 195:18 | | **isn't**(3) 118:9 140:6 148:2 | | **journals**(1) 41:15 | | |
| **integrated**(5) 69:10 69:13 69:15 170:15 170:25 | | **isolated**(2) 5:18 5:24 | | **judge**(1) 1:25 1:26 | | |
| | | **isolation**(1) 97:25 | | **judgment**(3) 6:15 6:17 154:2 | | **known**(5) 10:20 88:6 88:8 153:24 154:1 |
| | | **issue**(18) 7:12 7:17 8:16 9:18 21:5 25:7 25:12 26:7 29:25 30:1 55:17 62:22 101:1 153:24 154:19 154:23 155:6 169:18 | | **julie**(1) 2:8 | | **knows**(1) 108:11 |
| **intend**(3) 9:1 101:18 101:21 | | | | **july**(8) 52:22 62:11 62:18 92:16 99:20 124:11 195:12 195:14 201:14 | | **label**(3) 39:10 98:20 99:4 |
| **interaction**(1) 58:2 | | | | | | **labeled**(11) 28:17 30:14 36:20 105:23 106:24 115:23 117:16 118:1 143:18 155:12 195:3 |
| **interested**(1) 178:2 | | **issued**(2) 122:3 154:14 | | | | |
| **interim**(1) 207:11 | | **issues**(9) 7:12 24:15 25:7 33:4 56:4 101:15 128:3 132:20 139:12 | | **jumping**(1) 180:4 | | **labeling**(1) 98:21 |
| **internal**(1) 27:19 | | | | | | **labels**(1) 33:7 |
| **internally**(1) 54:6 | | **issuing**(1) 155:19 | | **june**(32) 12:10 16:8 23:9 25:22 28:24 29:9 31:3 31:7 31:18 32:6 32:19 45:18 45:24 46:10 92:16 94:5 94:14 94:18 94:20 95:14 96:5 96:16 96:19 97:3 98:13 100:2 104:6 105:14 106:2 106:9 126:10 159:14 | | **large**(10) 21:8 35:4 78:7 155:13 161:1 171:17 171:21 183:5 183:14 183:20 |
| **internet**(2) 163:11 178:8 | | | | | | |
| **interrogatories**(2) 117:18 118:2 | | | | | | **larger**(4) 70:14 122:17 123:25 182:16 |
| **interrupt**(1) 67:7 | | | | | | **last**(43) 21:13 34:19 41:12 41:24 42:17 148:18 51:1 61:16 67:24 72:1 74:21 78:25 179:1 79:10 81:20 88:24 99:10 100:11 102:5 104:3 113:2 113:3 126:2 130:7 132:20 133:25 136:25 164:12 166:9 166:17 176:18 183:18 184:16 185:8 186:4 186:6 187:4 195:2 195:3 197:16 199:13 201:21 201:21 |
| **interviewed**(1) 37:21 | | | | | | |
| **into**(38) 4:20 5:17 16:13 21:5 23:1 33:6 40:18 55:22 60:17 60:18 73:11 73:15 74:4 74:7 81:4 82:2 82:5 82:5 82:10 90:20 90:22 95:2 95:5 100:24 101:17 110:6 110:12 110:25 111:2 116:25 120:3 120:5 153:9 163:24 163:25 167:2 178:2 207:4 | | | | **just**(98) 4:9 8:22 14:1 18:6 18:15 18:25 20:24 21:9 27:2 29:15 29:24 30:15 33:14 44:4 46:15 46:18 49:1 49:9 52:19 56:1 59:1 59:23 64:10 73:17 73:25 74:16 81:13 81:20 82:5 83:15 89:22 90:14 93:19 94:5 97:25 98:19 99:13 102:15 103:6 112:10 113:23 120:2 120:5 120:17 121:7 121:9 122:10 127:24 130:7 131:2 132:13 132:19 135:7 135:8 135:9 136:13 142:1 143:2 148:2 148:19 148:21 148:22 152:9 155:3 157:6 158:15 160:15 161:23 163:8 164:18 164:21 165:13 165:21 168:13 172:7 172:22 173:17 174:20 176:9 177:5 177:9 178:5 180:2 181:8 182:4 182:6 184:7 187:16 187:22 189:1 191:8 194:12 198:14 202:3 202:5 203:11 208:12 | | **late**(1) 62:4 |
| **investigate**(3) 46:14 48:7 53:23 | | | | | | |
| **investigated**(1) 4:11 | | | | | | |
| **investigation**(1) 53:24 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**later**(23) 19:6 21:4 23:23 76:5 76:6 76:13 81:12 81:12 101:18 107:18 108:6 108:6 108:7 108:7 110:18 138:24 193:18 194:2 194:25 197:19 199:4 204:22 205:6

**latest**(1) 108:8

**laughter**(4) 30:9 75:11 121:24 142:7

**lay**(1) 63:6

**lazard**(1) 140:7

**lead**(4) 12:11 52:4 143:8 149:14

**leading**(9) 52:3 55:17 62:17 66:18 143:4 143:5 149:12 158:12 158:17

**learned**(1) 165:7

**least**(12) 23:15 23:16 33:8 91:5 119:25 132:18 133:6 155:16 200:8 200:18 200:23 201:8

**leave**(13) 10:17 11:8 11:20 59:7 59:8 59:9 67:7 67:8 83:14 83:15 83:16 108:10 156:11

**leaves**(1) 5:1

**leaving**(1) 149:16

**ledger**(13) 40:18 45:16 45:23 51:7 51:9 78:19 80:16 82:6 91:10 91:22 91:23 91:23 93:8

**ledgers**(1) 91:14

**left**(1) 5:6

**legal**(1) 62:17

**length**(6) 132:15 132:21 133:2 185:20 185:23 193:8

**leslie**(2) 1:37 9:10

**less**(16) 64:21 114:20 152:9 187:18 189:20 189:20 189:25 190:2 190:4 190:7 190:9 190:12 190:15 205:16 205:23 206:8

**let**(21) 29:24 47:13 47:13 68:2 94:23 98:11 105:23 108:25 111:1 121:8 122:21 138:6 138:7 140:15 140:22 145:8 147:18 169:6 174:3 193:23 202:14

**let's**(40) 13:16 30:19 80:6 89:9 92:7 92:18 92:24 97:10 100:8 104:3 109:5 115:20 119:20 133:13 156:17 164:6 166:7 167:5 169:5 171:23 176:14 176:18 177:14 179:2 179:21 182:4 187:24 188:25 189:1 189:17 189:22 190:14 190:24 191:11 192:1 193:15 194:7 197:1 197:1 207:8

**level**(1) 163:2

**levesque**(2) 7:7 126:22

**liberal**(1) 139:23

**licensed**(2) 127:4 127:6

**licenses**(1) 127:2

**like**(37) 16:11 18:22 19:6 26:15 37:10 63:10 67:9 67:11 68:8 74:13 100:6 100:22 102:2 112:3 116:23 116:24 123:7 129:4 133:6 140:16 152:2 154:18 154:22 162:1 164:24 172:16 178:20 181:15 182:17 182:23 185:6 189:10 194:4 200:18 202:3 204:1 207:9

**limitation**(1) 19:8

**limitations**(1) 28:3

**limited**(12) 6:3 7:19 7:22 10:15 25:5 30:5 138:22 176:22 177:5 177:18 207:20 208:4

**lindner**(24) 32:1 36:3 37:17 37:20 39:1 39:3 39:6 63:24 64:4 66:5 66:24 71:9 71:19 71:23 72:4 72:10 72:20 73:4 74:22 80:21 96:11 116:16 116:9 116:14

**lindner's**(1) 65:5

**line**(22) 31:24 45:25 71:10 71:12 71:13 71:14 71:15 71:17 71:20 100:11 102:6 102:8 102:9 159:23 166:9 172:12 176:18 177:23 180:10 183:12 193:15 196:10

**lines**(5) 32:22 71:8 78:4 93:23 176:5

**list**(3) 25:14 182:15 182:15

**listed**(1) 173:21

**listen**(1) 154:7

**listing**(1) 50:22

**little**(7) 21:22 35:13 37:14 118:13 136:18 136:19 162:24

**llp**(2) 1:30 2:4

**located**(1) 174:8

**lockbox**(25) 60:8 60:9 60:15 60:16 61:4 61:6 61:11 73:11 73:13 73:17 73:19 74:6 75:2 75:24 76:3 76:14 76:15 80:1 81:7 87:15 87:19 110:1 110:2 110:22 175:2

**log**(2) 163:15 163:24

**logic**(1) 48:14

**long**(7) 26:13 35:6 71:22 127:4 127:15 128:6 140:11

**long's**(1) 8:18

**longer**(2) 92:19 119:17

**look**(48) 17:12 21:23 26:11 42:20 46:23 47:24 78:21 80:21 81:4 81:8 81:11 82:10 85:18 87:21 89:5 90:12 91:13 91:14 91:14 95:1 115:14 115:17 135:9 138:15 138:15 138:15 139:1 140:5 143:15 145:19 148:7 149:25 155:11 159:4 162:23 170:16 173:2 174:17 178:4 178:12 181:9 183:4 184:17 184:23 185:6 192:24 197:13 199:23

**looked**(31) 21:21 91:11 114:9 135:2 142:11 142:12 142:13 142:13 143:25 144:2 144:6 162:10 168:10 168:11 168:12 169:14 172:3 173:15 173:18 174:4 174:6 174:8 174:12 175:16 178:14 187:17 192:23 192:25 194:1 201:12 206:7 206:7

**looking**(18) 22:12 36:2 37:18 45:22 56:17 91:10 96:7 106:4 117:1 121:18 121:19 145:14 150:22 178:3 185:13 187:14 193:1 197:9

**looks**(9) 26:15 60:18 111:1 112:9 113:2 113:10 123:7 161:3 204:1

**lost**(7) 96:20 152:18 153:24 154:20 156:21 157:3 157:6

**lot**(7) 74:2 77:15 132:20 136:24 141:25 151:9 170:1

**ma'am**(4) 11:19 11:24 12:7 33:21

**made**(5) 7:8 10:16 10:20 24:3 25:6 44:18 45:3 52:20 54:15 56:7 56:22 58:17 60:6 61:16 61:21 61:25 62:11 62:22 72:19 78:23 85:13 85:14 85:16 85:20 102:18 103:15 103:20 110:11 116:9 140:2 141:17 147:3 150:10 156:1 156:2 159:1 159:1 160:2 166:12 193:17 193:20 197:3 197:17 197:14 197:17 199:2 204:12 206:15

**madison**(1) 1:33

**magazines**(2) 172:8 172:9

**mail**(6) 76:13 76:17 77:1 80:4 82:19 86:8 86:14

**main**(1) 64:1

**maintain**(3) 38:18 56:16 82:22

**maintained**(1) 49:11

**maintaining**(2) 58:18 137:6

**maintains**(3) 49:14 56:14 163:9

**major**(2) 142:2 171:8

**make**(22) 6:10 9:13 10:5 14:7 24:16 29:2 45:17 54:8 62:8 80:16 90:14 111:1 111:12 111:16 113:23 115:3 139:4 144:7 164:15 182:22 198:15 202:25

**makes**(1) 62:19

**making**(2) 136:23 140:5

**manage**(2) 34:17 56:16

**management**(2) 127:24 128:5

**manager**(9) 37:24 38:8 38:23 51:24 52:7 52:11 57:4 57:7 108:9

**managers**(1) 65:4

**managing**(1) 38:8

**manbir**(4) 3:6 7:3 34:3 34:7

**manbir's**(2) 128:13 128:16

**manipulate**(1) 148:15

**manner**(2) 118:25 165:8

**manually**(2) 111:4 111:6

**manufacturing**(1) 161:15

**many**(17) 34:20 66:8 73:21 100:23 108:12 129:23 130:3 130:12 137:11 137:11 182:17 182:21 183:2 183:3 188:9 189:10 197:10

**march**(9) 45:24 46:12 118:6 118:22 122:3 184:16 185:8 185:9 188:7

**marginal**(1) 140:3

**marked**(2) 3:13 168:21

**market**(2) 1:10 2:12

**match**(7) 47:2 47:6 48:2 80:14 91:23 93:7 93:10

**matches**(1) 81:15

**maternity**(3) 59:7 59:8 59:9

**math**(9) 66:14 148:2 148:19 148:21 148:22 186:20 187:23 188:18 205:23

**matter**(24) 5:3 18:13 18:18 19:2 19:10 20:24 27:17 70:19 83:17 84:19 91:20 95:18 108:21 120:5 131:14 135:6 135:13 135:16 141:10 173:14 173:15 198:10 201:209:7

**matters**(4) 4:23 5:1 198:18

**may**(62) 5:6 8:3 9:17 9:22 10:4 10:16 10:20 11:8 18:4 18:23 19:12 19:13 28:5 30:3 34:2 44:3 45:10 52:25 56:23 61:22 62:24 63:25 64:5 65:10 66:1 66:8 66:12 66:24 66:24 71:4 83:3 83:14 84:1 92:9 92:10 92:18 92:19 95:8 95:8 101:16 101:16 108:10 109:16 110:8 110:11 110:1 111:13 111:13 114:15 114:16 114:17 114:18 121:4 121:12 122:11 122:15 122:1 122:23 122:24 122:25 123:23 125:2 126:6 139:7 145:13 151:12 152:22 156:13 160:16 186:4 195:9 195:10 195:15 195:15 196:10 201:12 201:12 206:19 206:21 207:23

**maybe**(6) 45:20 57:22 103:21 152:23 155:5 177:12

**mean**(35) 25:6 27:21 33:7 35:20 86:14 88:20 90:15 98:4 111:15 113:5 116:4 116:4 128:16 129:17 135:8 135:18 148:2 148:3 151:10 165:1 165:13 167:18 168:10 170:1 170:2 170:12 170:12 170:16 170:18 179:10 183:4 192:23 200:3 200:15 206:7

**means**(13) 32:25 85:15 89:1 98:18 98:19 99:24 107:20 107:20 113:24 115:4 183:7 185:8 185:10

**meant**(2) 72:25 178:18

**median**(1) 150:11

**mediation**(1) 9:15

**meet**(1) 111:23

**meeting**(15) 9:16 54:2 57:21 57:23 67:5 83:2 83:23 89:14 89:18 89:19 89:20 89:23 92:24 90:24 135:8

**meetings**(4) 59:5 84:22 89:10 102:10

**meets**(1) 89:15

**memory**(3) 26:12 69:25 120:19

**mention**(2) 86:12 158:12

**mentioned**(13) 10:10 41:22 49:1 53:8 75:2 84:6 90:7 153:10 161:23 170:7 171:1 171:21 178:24

**mentions**(1) 185:13

**merely**(1) 101:21

**merican**(1) 1:7

**message**(1) 122:7

**met**(2) 6:18 16:19

**method**(3) 86:12 86:13 98:23

**metro**(2) 128:14 137:16

**middle**(8) 13:18 13:21 28:23 29:2 29:4 32:19 100:8 161:8

**might**(15) 43:25 54:21 56:20 59:14 61:1 74:16 75:6 75:7 76:11 77:22 78:10 107:17 119:22 119:24 187:20

**mike**(1) 118:12

**million**(2) 4:20 182:16

**millions**(1) 4:21

**mind**(2) 67:8 156:11

**minor**(1) 55:17

**minus**(1) 191:10

**minute**(13) 29:24 33:14 43:15 45:5 63:13 119:21 126:13 140:17 169:5 194:9 194:9 194:10 202:19

**minutes**(7) 81:17 94:17 119:18 121:7 140:13 140:23 206:22

**mischaracterization**(1) 129:10

**mismatch**(1) 46:14

**mismatches**(1) 46:17

**misplaced**(6) 152:18 153:25 154:20 155:1 156:21 159:22

**missing**(8) 17:19 54:9 57:22 58:5 59:18 59:19 97:9 108:20

**mistake**(4) 111:11 111:12 111:16 176:8

**mistakes**(1) 111:17

**misunderstood**(1) 108:15

**mixed**(1) 55:10

**models**(1) 137:2

**moment**(4) 10:1 18:10 44:4 160:16

**monday**(6) 5:6 5:6 16:24 24:7 24:8 25:2

**money**(2) 73:13 81:21

**moneys**(2) 82:13 88:25

**monica**(4) 21:15 21:18 22:20 54:13

**month**(7) 73:24 108:2 108:3 132:23 184:13 185:11 198:5

**months**(10) 39:24 99:17 99:20 132:19 185:9 186:5 186:5 197:18 198:20 199:3

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**monzo(210)** 2:5 7:2 7:2 8:3 8:6 8:10 8:13 9:17 9:25 10:13 10:22 10:25 11:2 11:4 12:3 12:12 12:15 12:19 12:22 13:2 13:15 13:23 14:6 14:9 14:13 14:18 15:10 15:12 15:14 15:16 15:19 15:25 16:2 16:5 16:7 16:11 18:4 18:15 20:20 23:18 24:19 25:1 25:5 25:16 26:5 28:2 29:20 30:3 30:4 30:10 33:1 33:20 33:23 34:2 34:9 38:12 38:14 38:16 38:17 40:20 40:24 43:11 43:14 43:25 44:3 44:5 44:7 44:11 44:13 45:2 45:6 45:8 45:11 45:14 47:12 49:9 49:23 50:17 51:4 52:5 55:9 55:12 55:25 56:11 56:22 57:2 58:13 58:16 59:4 59:10 62:21 62:24 63:8 63:9 64:25 65:1 66:22 67:2 72:11 83:14 83:19 95:17 95:21 96:2 98:3 100:14 100:17 100:23 101:2 101:9 106:21 117:8 117:10 120:11 120:13 121:1 122:16 122:19 123:1 123:5 123:19 123:22 123:25 124:13 124:16 124:18 124:20 124:22 124:24 125:6 125:11 125:14 125:1 125:18 125:21 126:11 126:15 126:19 129:13 129:16 129:19 131:16 131:19 131:22 133:13 133:16 136:13 136:14 138: 139:7 139:22 140:13 140:19 141:2 141:6 142:9 143:2 143:9 143:11 145:8 145:12 145:13 145:15 145:17 145:19 145:22 146: 146:5 146:7 147:7 147:13 147:17 147:20 147:23 148:5 148:9 148:17 148:20 148:23 149:3 149:7 149:15 149:17 153:11 153:12 155:5 155:10 156:18 156:25 157:1 157:4 157:11 158:18 158:20 159:20 160:1 160:6 160:15 160:21 200:25 202:25 203:2 205:3 206:17 207:1 207:18 208:3 208:7 208:10 208:21

**monzo's(1)** 19:1

**more(40)** 18:23 19:8 21:3 23:23 33:17 37:14 68:17 69:4 78:3 78:12 86:23 99:10 100:4 103:18 107:17 132:20 135:7 135:8 136:9 139:25 140:23 154:1 158:17 159:25 160:4 162:14 162:24 163:4 170:22 183:17 186:4 187:17 189:5 191:4 193:2 197:5 199:12 200:21 204:22 206:7

**morning(15)** 4:4 7:2 12:4 12:5 12:5 19:16 19:17 34:10 34:11 60:18 81:11 81:21 82: 98:5 134:2 153:13

**morris(1)** 2:4

**mortgage(33)** 1:7 1:14 4:6 13:9 18:10 27:13 35:23 36:10 37:12 39:17 41:20 42:11 44:15 49:12 50:23 58:14 60:3 61:1 61:22 62:8 62:12 63:25 65:3 65:7 66:23 78:17 132:11 132:16 150:10 167:4 167:4 167:14 177:4

**most(14)** 74:5 74:16 77:14 107:9 107:10 126:23 132:18 137:22 142:2 151:5 152:15 162:11 171:1 202:4

**motion(2)** 6:10 10:5

**move(16)** 7:21 7:23 16:12 16:13 19:5 19:6 31:11 40:10 95:9 116:23 116:25 118:12 120:3 120:4 133:16 157:8

**moved(3)** 100:24 133:5 135:10

**moving(4)** 34:2 101:17 138:20 148:12

**much(5)** 64:20 75:5 100:22 119:17 194:25

**murin(1)** 1:37

**must(1)** 153:20

**mutro(1)** 14:8

**myself(2)** 51:15 162:10

**mystery(1)** 69:4

**naics(16)** 68:17 69:18 69:20 69:23 70:7 70:9 120:15 142:4 142:6 142:24 143:12 143:22 144:4 162:9 162:23 163:4

**name(9)** 20:10 36:3 41:3 75:5 75:9 77:9 90:3 133:25 175:22

**named(1)** 20:13
**names(1)** 138:18

**natural(2)** 10:6 10:8

**nature(1)** 34:23

**near(3)** 118:21 166:14 179:21

**nearly(1)** 127:17

**necessarily(2)** 94:22 154:3

**necessary(5)** 6:14 6:23 20:4 23:22 138:24

**need(27)** 11:8 11:20 11:21 33:23 37:3 43:15 67:4 71:2 71:12 81:3 81:16 85:10 87:6 102:24 108:18 108:23 108:25 121:12 133:9 139:10 140:6 140:24 153:2 153:3 156:8 177:10 202:9

**needed(2)** 5:25 184:25

**neither(2)** 162:13 170:20

**net(3)** 144:25 191:24 191:25

**never(8)** 5:14 27:9 49:4 64:18 70:7 70:9 134:6 135:10

**new(8)** 1:34 85:12 154:4 154:11 154:23 154:25 177:24 202:15

**next(37)** 6:16 22:18 25:25 28:21 34:3 41: 41:8 48:17 81:17 97:10 106:4 121:6 126:14 126:15 137:14 156:20 167:5 171:3 172:12 176:1 177:8 180:4 183:12 190:2 190:4 190:7 190:9 190:11 190:14 192:1 192:6 192:10 192:12 196:22 199:8 207:11 208:16

**nilan(2)** 111:9 111:11

**nine(2)** 188:8 188:8

**nineteen(2)** 190:14 190:15

**nobody(1)** 140:25

**non-responsive(1)** 95:10

**noon(1)** 5:14

**nor(2)** 101:3 101:10

**normal(2)** 132:22 193:3

**normally(3)** 46:1 61:3 108:19

**north(3)** 60:11 61:13 69:20

**not(248)** 4:15 5:9 5:19 5:20 6:11 6:12 7:11 8:8 10:5 10:8 10:15 11:11 11:12 12:25 16:20 16:23 17:14 18:18 19:2 19:9 20:23 23:2 24:2 25:13 26:7 26:21 26:25 27:2 27:16 27:19 27:23 27:24 27:24 29:4 30:1 30:25 31:13 33:10 41:23 42:1 42:18 54:4 54:8 54:12 54:17 56:19 56:23 57:16 58:11 58:11 58:18 58:24 59:13 59:17 62:6 62:9 64:15 68:4 68:6 68:16 69:15 73:25 74:2 74:14 75:8 75:10 76:4 76:25 78:3 79:6 80:2 80:19 80:25 81:8 82:17 83:3 83:8 84:8 84:20 84:24 84:24 85:4 86:1 86:18 87:2 87:13 87:15 87:24 88:13 88:24 89:1 94:20 94:22 94:25 95:8 95:15 95:23 96:1 96:23 97:1 97:1 97:7 97:25 98:21 100:24 100:24 103:5 104:11 105:4 105:7 108:10 108:14 108:24 110:5 110:16 111:13 112:8 112:14 112:25 114:17 116:19 119:5 131:2 132:9 134:12 134:13 134:21 134:24 135:15 135:21 136:5 136:8 138:16 138:18 138:25 141:19 142:22 145:6 147:1 152:7 152:21 154:2 154:8 154:9 154:22 155:3 156:6 156:13 158:15 158:16 159:3 159:14 159:19 159:21 160:20 161:22 162:1 162:1 162:3 162:5 162:7 165:19 166:5 167:25 168:15 168:17 169:1 169:17 170:19 171:14 172:6 172:9 172:10 172:11 173:25 174:25 175:6 175:17 175:20 177:5 177:7 178:11 178:23 179:19 182:12 184:7 184:1 185:1 185:2 185:7 185:18 186:4 186:21 187:16 190:22 191:8 191:17 192:1 193:11 193:19 194:3 194:6 194:11 194:2 195:1 195:14 195:16 195:18 196:2 196:19 196:25 198:4 198:8 198:13 199:23 199:25 200:11 200:19 201:1 201:3 201:9 201:16 201:7 207:7

**notated(2)** 41:17 42:2

**notation(1)** 82:4

**noted(1)** 164:23

**notes(3)** 29:24 121:7 121:12

**nothing(6)** 17:23 62:3 151:9 154:10 154:24 184:23

**noticeably(1)** 17:23

**novell(4)** 179:6 179:12 179:18 202:11

**november(2)** 12:13 12:17

**now(53)** 19:5 24:5 24:24 25:8 34:22 51:20 52:13 63:23 67:9 67:11 73:10 75:2 80:18 80:20 82:24 87:18 89:9 90:20 92:11 94:7 94:17 101:19 109:22 111:10 114:22 122:3 123:6 125:1 126:1 133:9 140:10 140:16 146:23 147:4 147:6 150:21 153:9 154:19 155:19 159:13 160:16 164:5 168:18 170:7 180:4 183:12 188:25 189:16 189:17 190:2 200:14 203:12 205:13

**nowhere(4)** 153:6 153:9 154:21 185:12

**number(42)** 26:6 40:19 40:20 41:5 41:6 41:6 41:17 42:20 42:22 47:2 48:4 48:4 50:24 51:1 64:3 67:10 76:12 77:22 79:12 79:14 80:7 94:8 113:16 114:23 120:22 122:9 130:13 149:24 157:20 159:7 166:8 182:18 183:1 183:5 185:23 187:15 193:9 203:3 204:23 205:7 205:22 206:2

**numbers(20)** 4:14 45:25 91:15 91:18 120:24 121:22 148:12 150:16 183:6 184:2 186:13 186:14 186:22 186:24 186:24 187: 187:12 188:19 188:20 188:25

**numerous(2)** 137:20 178:2

**object(14)** 16:15 16:16 16:19 16:20 16:24 20:20 55:16 64:17 72:11 100:17 138:8 145:9 200:25 207:7

**objection(42)** 7:15 16:14 18:1 20:25 26:4 29:19 29:20 29:22 33:12 43:18 43:20 52: 55:6 55:15 56:9 56:25 57:12 58:12 58:21 62:15 63:5 64:23 95:17 95:18 98:3 101:24 117:7 117:10 129:8 133:4 143:1 145:4 146:22 149:12 152:24 156:23 157:10 158:11 159:16 160:12 204:24 207:5

**objections(6)** 17:11 24:9 24:10 24:16 117:16 133:7

**objects(1)** 136:10

**observed(1)** 137:11

**obtained(1)** 146:16

**obvious(1)** 64:23

**obviously(4)** 6:9 6:22 83:7 138:24

**occasion(3)** 200:19 200:23 201:8

**occasionally(1)** 56:21

**occupation(2)** 34:13 126:21

**occurred(1)** 21:4

**october(4)** 37:23 207:10 207:15 207:16

**off(15)** 17:15 39:22 42:2 42:2 42:18 47:22 47:22 49:4 51:8 74:22 124:6 125:16 162: 179:9 180:23

**offer(2)** 5:21 7:16

**offered(1)** 19:9

**offering(2)** 18:18 146:25

**offerings(1)** 35:11

**office(5)** 19:20 19:23 58:18 59:3 61:2

**officer(1)** 10:7

**offices(2)** 84:17 175:24

**officially(1)** 127:5

**okay(301)** 5:13 8:18 8:21 11:19 11:24 12:15 12:19 13:1 13:10 13:13 13:15 13:23 14:5 14:13 15:18 15:22 15:25 16:11 18:21 18:25 19:4 21:10 21:20 22:20 23:3 24:25 26:24 28:15 28:19 28:22 30:17 32:12 34:15 34:20 34:23 35:1 35:13 35:22 36:1 36:5 36:8 36:14 37:3 37:14 38:13 38:18 38:21 39:9 39:25 40:3 40:6 40:10 40:14 40:22 41:22 42:4 42:9 42:13 42:13 42:16 42:24 43:3 43:6 44:2 44:17 44:20 45:8 46:6 49:6 50:14 51:5 51:20 51:23 52:13 53:5 53:19 53:24 54:22 55:2 56:22 57:6 58:12 59:21 59:23 60:1 60:5 60:9 60:12 60:22 60:25 62:10 63:22 64:7 65:9 65:16 65:23 66:4 66:22 68:11 69:9 69:18 70:13 71:16 71:22 76:1 78:6 78:20 83:1 83:5 83:10 84:14 85:11 86:2 87:7 88:6 90:6 93:7 93:10 93:14 93:16 93:18 93:23 94:9 94:17 95:4 96:2 98:1 98:20 99:24 104:5 104:15 106:23 110:3 110:17 111:17 111:20 112:4 112:19 112:16 113:9 113:11 113:15 114:2 114:9 115:14 115:24 117:15 117:25 120:17 121:1 122:3 122:13 122:18 123:2 124:2 126:13 126:13 126:15 127:4 127:7 127:15 127:18 128:10 128:16 128:19 129:3 129:20 129:23 129:25 130:5 130:16 130:18 131:8 131:11 131:13 131:18 131:19 132:1 132:4 132:10 132:15 133:1 133:20 140:15 141:12 141:15 141:20 141:23 142:18 142:23 143:19 144:13 144:24 145:1 146:5 146:13 146:16 147:20 148:9 148:20 149:7 149:23 150:9 150:15 150:21 150:24 151:3 151:6 151:22 151:25 152:17 152:21 153:4 155:11 155:14 155:23 156:7 156:12 157:16 157:24 158:5 158:8 159:4 159:13 160:1 160:15 160:21 162:21 163:8 163:20 164:14 164:22 165:17 165:23 166:6 166:15 167:5 167:11 167:12 167:18 167:23 168: 168:4 169:5 169:8 169:11 169:18 170:14 171:3 171:6 171:21 171:25 172:10 172:12 173:9 173:22 174:6 174:12 174:14 175:12 176:1 176:11 177:5 177:8 177:21 179:20 180:4 180:17 181:13 181:19 184:9 185:3 185:12 185:16 185:19 186:11 186:24 187:2 187:7 187:24 188:1 188:9 188:22 189:17 191:8 191:11 191:22 192:1 192:6 192:10 193:15 194:1 194:7 196:9 196:22 197:1 198:18 198:22 199:8 199:20

**okay(14)** 199:25 201:18 201:21 201:23 203:17 204:3 204:15 204:20 205:25 206:14 208:2 208:7 208:10 208:17

**okey(1)** 83:13

**old(1)** 100:4

**oldest(19)** 46:2 46:3 46:4 46:11 46:16 46:18 47:8 48:14 53:3 53:21 60:20 80:19 81:2 81:5 81:14 87:8 87:17 88:1 95:6

**onboard(1)** 37:22

**once(8)** 4:23 23:15 23:16 31:9 54:1 73:4 86:23 159:25

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| one(123) 5:2 5:2 5:7 6:7 8:16 9:9 10:1 13:16 13:18 13:20 13:21 13:21 13:24 15:9 15:11 15:15 16:3 22:7 22:12 22:14 22:14 22:18 22:18 28:12 30:15 33:14 40:9 41:5 41:23 41:24 55:16 62:24 64:4 69:7 69:9 70:2 70:4 70:6 73:17 73:19 75:6 77:4 77:4 78:3 80:8 80:17 80:19 82:15 88:5 89:3 89:14 89:14 93:14 93:19 95:22 103:18 104:3 108:7 108:13 108:20 110:22 114:22 119:21 120:1 123:13 124:5 125:8 125:16 136:1 142:11 149:24 160:15 160:1 162:14 163:14 167:11 167:11 168:10 168:12 170:17 170:22 170:24 170:25 171:1 172:22 174:3 176:9 179:4 183:17 185:14 187:12 187:19 187:24 189:1 189:5 190:4 190:7 190:9 190:11 190:14 190:22 191:4 191:15 192:17 194:24 197:5 199:12 200:1 200:21 200:23 201:8 201:19 202:18 202:19 203:11 204:4 204:12 204:16 204:22 205:2 205:4 205:10 207:6 | | other(74) 8:24 9:1 10:4 16:22 18:19 18:19 20:9 22:15 28:4 45:24 48:9 48:17 53:10 57:10 58:8 59:18 70:1 74:1 75:7 76:11 76:16 80:18 85:15 88:25 92:18 99:6 99:7 129:25 134:25 135:13 135:16 136:4 136:7 137:10 137:15 137:16 137:19 144:1 144:2 151:20 151:22 155:24 158:9 166:3 167:23 168:1 168:13 170:17 172:2 173:12 173:13 174:10 175:13 175:15 175:18 175:19 178:1 179:5 179:8 181:4 185:13 196:3 196:8 201:16 201:17 201:25 202:4 202:12 | | page(83) 21:13 25:19 25:21 25:25 28:17 28:18 28:21 29:16 29:16 30:14 32:18 39:10 42:24 70:21 71:4 78:10 80:6 82:15 90:14 92:24 93:19 94:7 96:7 97:10 97:10 97:11 98:10 99:11 100:8 100:14 100:16 104:3 105:10 105:23 106:4 109:9 109:10 113:2 113:3 113:4 113:23 115:3 117:16 117:25 118:1 118:7 118:17 144:9 145:1 166:7 166:8 166:14 169:6 170:7 171:3 171:7 171:23 173:6 173:9 175:12 176:1 176:7 176:14 179:20 179:21 183:12 184:9 184:11 185:19 186:6 193:15 194:7 194:17 195:2 195:3 195:17 196:9 197:1 199:13 200:4 200:17 203:13 203:24 | | pay(13) 39:18 47:22 47:22 53:18 74:10 77:5 80:11 87:12 90:16 109:23 151:9 152:1 200:9 |
| one's(3) 159:7 159:8 174:10 | | others(4) 11:8 130:12 168:10 169:14 | | pages(13) 16:22 31:17 78:9 78:12 78:14 79:19 98:7 99:6 134:6 164:10 164:12 168:23 169:2 | | payable(1) 13:9 |
| ones(9) 29:15 90:23 114:15 123:13 142:11 163:8 179:8 191:12 207:14 | | otherwise(2) 156:12 202:15 | | | | payer(1) 82:4 |
| | | our(53) 5:21 5:22 5:23 6:23 34:25 37:5 45:16 46:5 46:8 49:17 50:23 51:8 52:11 52:21 53:12 54:3 56:18 60:7 60:15 60:16 60:17 60:17 61:2 61:3 61:4 65:4 73:15 74:4 74:5 81:12 81:13 82:2 82:3 82:7 82:8 82:14 83:15 84:17 87:15 89:2 89:5 107:15 115:10 120:20 123:18 124:9 137:25 161:3 166:7 178:15 206:7 207:11 208:13 | | | | paying(2) 53:14 78:3 |
| online(6) 82:10 82:12 82:15 110:6 163:15 178:5 | | | | painful(1) 64:21 | | payment(58) 37:8 42:14 42:15 42:19 46:10 46:22 47:17 47:21 51:3 51:11 51:17 52:19 52:21 54:21 61:16 61:21 66:1 75:19 76:15 80:14 81:17 87:8 87:12 87:24 88:20 90:18 91:6 95:6 97:15 97:21 100:13 102:8 102:21 110:4 110:17 121:15 122:17 123:25 124:19 124:20 125:12 126:11 128:2 137:25 144:8 144:21 150:25 151:7 151:12 152:3 158:3 189:18 189:22 190:2 192:1 192:6 192:10 192:12 |
| only(17) 5:17 20:22 24:23 25:10 27:17 83:17 85:12 90:10 95:1 112:9 145:11 149:24 169:11 178:14 193:5 196:22 198:7 | | out(19) 7:7 9:9 45:17 48:5 56:17 58:18 59:3 74:17 78:8 80:16 102:17 107:15 121:16 140:23 167:8 183:3 192:21 197:14 199:12 | | paper(3) 74:4 76:13 79:18 | | |
| | | outliers(4) 171:19 171:20 189:10 189:13 | | papers(1) 6:10 | | payments(66) 41:15 42:10 44:17 45:3 46:2 52:20 53:20 53:22 59:16 60:5 60:13 60:16 61:3 61:13 62:2 62:5 62:8 62:11 72:8 72:18 72:20 72:21 74:3 74:13 78:22 79:1 79:10 87:14 88:18 92:13 114:9 115:4 115:14 116:9 121:22 130:19 130:22 131:6 141:17 149:10 150:7 150:8 150:10 152:11 156:1 157:21 158:25 191:11 192:25 193:2 193:4 193:17 193:19 194:1 194:2 194:11 197:2 197:6 197:9 197:10 197:17 197:19 199:2 199:5 204:11 206:11 |
| open(9) 5:1 46:5 54:14 54:16 54:17 60:20 81:13 90:11 111:22 | | outside(7) 9:2 11:23 23:19 33:24 177:25 191:21 204:24 | | paragraph(34) 39:12 71:6 92:24 106:24 109:8 111:18 112:7 112:12 112:24 137:1 116:9 166:15 166:18 167:5 168:24 171:8 176:1 176:3 176:14 176:16 180:4 180:12 180:13 181:19 183:18 186:7 194:7 194:17 195:17 196:9 197:2 197:16 199:13 201:21 | | |
| opening(3) 6:8 6:11 6:13 | | outsource(7) 128:21 162:13 162:13 162:15 162:19 181:11 181:14 | | pardon(1) 107:24 | | payment"(1) 32:10 |
| operate(3) 131:1 165:1 202:6 | | | | part(47) 17:15 18:11 19:24 20:2 20:5 29:16 33:8 34:15 51:18 51:18 52:25 53:2 57:20 59:5 74:5 74:16 75:17 76:8 81:20 112:23 112:24 116:24 121:19 121:21 122:17 123:24 128:1 135:1 139:17 145:6 148:5 148:7 155:17 168:12 170:3 170:4 177:3 181:2 184:10 193:24 195:18 | | payroll(10) 3:21 71:25 73:5 73:6 74:18 116:6 116:7 116:9 116:12 117:8 |
| operated(1) 200:5 | | outsourcing(6) 128:11 138:19 170:3 170:21 179:15 202:13 | | | | pays(1) 88:25 |
| operating(6) 73:15 74:4 74:8 74:10 82:2 82:3 | | outstanding(4) 47:8 48:18 56:13 159:7 | | | | pdf(1) 163:25 |
| | | over(16) 7:17 18:18 40:3 41:11 54:3 83:21 101:12 130:7 130:9 132:19 136:25 178:3 185:7 192:19 204:9 205:1 | | | | penalty(1) 96:15 |
| operational(1) 60:17 | | | | partial(2) 24:23 185:19 | | pennsylvania(1) 1:41 |
| opine(3) 127:21 153:8 185:16 | | | | particular(9) 10:19 60:21 69:2 69:5 76:2 138:12 138:19 161:11 161:19 | | peo(1) 129:4 |
| opinion(67) 9:23 10:20 54:24 56:11 62:11 62:18 62:20 70:11 132:8 133:1 133:10 135:17 136:6 136:23 140:1 142:21 144:7 145:7 146:1 146:8 146:15 146:25 147:10 149:9 150:24 152:2 154:8 154:9 154:14 154:15 154:18 154:19 154:20 154:25 155:25 156:4 157:5 157:14 158:6 158:10 158:23 158:25 159:13 159:15 160:1 160:8 160:18 165:16 165:23 166:1 168:16 173:1 177:2 177:5 179:24 186:2 187:14 193:23 193:24 194:1 197:25 201:22 202:15 206:4 206:10 206:14 | | overall(1) 170:4 | | | | people(7) 9:1 60:16 88:13 108:12 156:12 165:18 182:4 |
| | | overcome(1) 101:13 | | particularly(3) 28:17 85:4 174:1 | | per(12) 45:16 52:21 52:24 53:12 73:5 94:25 95:2 96:17 109:22 157:21 170:22 188:5 |
| | | overnight(1) 82:14 | | parties(10) 55:10 63:1 63:4 121:12 124:8 133:3 151:3 151:13 168:2 200:5 | | perceived(1) 10:20 |
| | | overpaid(1) 89:4 | | | | perfect(2) 47:1 47:6 |
| | | overrides(1) 108:21 | | partner(6) 127:1 135:5 165:5 165:10 165:12 165:22 | | performed(4) 39:1 108:2 180:6 194:25 |
| | | overrule(2) 63:5 64:22 | | | | performing(1) 116:14 |
| | | overruled(13) 31:12 31:15 33:11 58:12 59:2 66:17 72:13 95:11 96:1 101:24 146:7 159:17 205:1 | | partners(1) 165:1 | | perhaps(1) 138:13 |
| opinions(4) 132:1 141:17 153:21 166:3 | | | | partnership(1) 164:25 | | period(79) 45:4 45:9 45:10 46:7 49:20 49:21 59:8 63:25 64:6 65:13 65:14 65:22 81:5 82:20 108:4 113:12 113:16 113:17 113:24 114:12 114:23 115:4 116:15 116:21 142:13 142:15 148:24 149:4 149:21 149:22 149:23 150:4 150:5 150:15 150:20 173:20 174:14 180:5 180:17 182:1 184:14 184:18 184:19 185:7 185:9 186:8 188:16 189:3 189:6 190:24 192:15 192:20 192:25 193:1 193:3 193:3 193:7 193:18 193:19 194:2 195:9 199:9 199:22 200:2 200:9 200:13 203:21 204:1 204:4 204:7 204:8 204:11 204:11 204:13 204:16 204:17 205:5 205:14 206:1 |
| opponent(1) 95:25 | | overruling(1) 20:24 | | party(13) 10:3 10:6 10:7 10:11 26:7 57:10 95:25 101:4 101:6 101:21 120:1 120:4 181:15 | | |
| opportunity(7) 6:22 24:14 24:22 142:5 153:15 155:20 158:5 | | oversee(1) 179:13 | | | | |
| | | overseeing(3) 38:25 126:23 137:5 | | | | |
| | | overview(1) 142:2 | | past(35) 31:25 32:16 85:2 90:10 90:13 90:15 90:19 90:20 90:23 91:9 92:1 92:5 92:11 92:13 92:19 94:16 94:20 96:11 99:10 99:13 100:6 100:12 102:6 102:13 102:16 103:4 115:10 115:11 115:18 160:7 192:4 192:8 192:10 192:12 196:8 | | periodic(1) 39:1 |
| opposed(3) 98:21 120:5 154:3 | | own(7) 6:23 10:5 14:7 33:3 77:17 138:25 156:10 | | | | periodically(1) 80:1 |
| oral(1) 208:15 | | | | | | periods(4) 107:14 107:19 128:23 149:10 |
| order(3) 10:3 10:5 28:18 | | p.c(1) 7:7 | | | | perjury(1) 96:15 |
| ordinarily(1) 156:2 | | p.m(11) 23:9 31:19 32:7 83:20 83:20 97:4 141:3 141:3 156:15 156:15 209:2 | | | | permitted(3) 9:21 62:20 139:15 |
| ordinary(35) 62:12 62:25 63:1 79:3 93:12 133:3 135:14 135:17 135:19 135:22 136:3 136:6 145:2 145:10 145:22 146:8 146:14 147:2 147:4 151:19 151:20 152:14 152:23 153:1 155:2 159:1 166:10 166:12 176:15 176:21 178:17 185:24 193:10 203:6 206:15 | | p.o(1) 61:11 | | pattern(1) 193:17 | | person(6) 10:6 10:8 10:10 10:11 111:6 111:8 |
| | | packard(1) 171:10 | | | | |
| organization(1) 129:4 | | | | | | personal(3) 96:21 96:24 97:1 |
| orientation(2) 85:12 85:22 | | | | | | personally(5) 76:22 96:23 109:23 164:3 179:12 |
| original(6) 14:4 17:25 27:12 29:10 31:21 172:25 | | | | | | persons(1) 27:19 |
| | | | | | | perspective(1) 73:3 |
| originally(4) 22:24 105:12 105:16 106:13 | | | | | | peter(4) 32:1 63:24 96:11 116:6 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**phone**(11) 23:17 23:24 23:25 24:3 24:10 24:12 56:21 102:24 103:1 103:16 103:18

**phrase**(3) 58:23 198:9 201:24

**physical**(1) 76:4

**pick**(2) 104:3 187:24

**picture**(2) 6:1 82:15

**piece**(1) 48:10

**pieces**(2) 17:19 133:13

**place**(7) 53:13 54:20 56:1 56:7 59:12 60:1 84:1

**plaintiff**(15) 1:16 3:18 7:15 8:2 84:19 121:19 136:10 138:7 157:21 158:2 158:15 158:16 167:14 167:15 207:13

**plaintiff's**(7) 117:17 117:18 117:18 119:1 143:17 158:8 158:9

**plan**(5) 1:12 1:14 1:30 4:6 4:6

**planning**(1) 203:7

**please**(31) 4:3 8:5 8:14 11:24 12:11 13:7 15:13 16:17 17:22 28:11 29:24 34:5 34:12 40:25 44:4 63:10 70:3 83:22 83:25 85:7 96:3 102:3 118:13 126:20 127:9 127:18 143:22 156:17 161:1 177:11 183:17

**plus**(4) 4:20 66:12 99:14 107:21

**podium**(2) 16:17 121:10

**point**(23) 17:20 25:6 47:25 52:11 54:20 59:13 80:19 82:25 100:4 100:21 101:1 101:13 102:18 105:2 143:3 146:3 151:6 153:13 167:2 167:8 177:20 199:12 207:1

**points**(2) 56:8 147:10

**policies**(12) 84:14 84:16 84:18 84:21 85:1 85:2 85:5 85:8 85:13 85:14 85:21 85:25

**policy**(10) 85:17 86:2 86:5 86:6 86:22 86:25 88:3 88:4 88:4 88:12 88:17

**polite**(1) 54:19

**politely**(5) 56:16 56:19 102:20 102:23

**poorly**(1) 43:25

**portion**(7) 16:21 17:12 17:13 29:20 77:4 77:5 77:19

**portions**(1) 77:4

**position**(19) 5:16 5:20 5:23 7:11 10:14 10:23 11:16 34:16 37:23 121:14 122:6 123:18 123:20 124:2 124:8 124:9 126:25 127:19 199:2

**positions**(1) 121:12

**positive**(1) 89:6

**possible**(7) 103:15 103:18 103:19 110:17 110:20 111:13 199:25

**possibly**(2) 69:11 193:14

**post**(2) 82:6 147:5

**ppearances**(2) 1:28 2:1

**practice**(13) 69:4 86:22 86:25 87:4 87:8 87:11 88:4 88:5 88:6 88:12 88:17 98:25 137:9

**practices**(4) 40:12 137:1 137:25 138:3

**pre**(1) 203:24

**pre-preference**(6) 113:16 148:24 149:9 203:20 204:10 204:16

**preceding**(5) 134:7 134:9 134:14 134:14 134:17

**preference**(42) 4:17 45:4 49:20 114:23 115:4 115:14 134:22 134:25 135:1 149:4 149:20 149:22 149:23 150:5 150:15 150:2 173:19 174:14 174:18 186:8 190:24 191:11 192:1 192:15 192:25 193:2 193:6 193:18 194:2 194:3 199:8 199:22 200:1 200:8 203:21 203:25 204:1 204:3 204:11 204:17 205:5 206:1

**preferences**(3) 177:16 177:19 177:22

**preferential**(2) 194:6 194:12

**preferentially**(1) 193:20

**prepare**(5) 9:20 131:8 135:11 148:10 202:

**prepared**(10) 5:10 6:10 7:21 8:6 112:1 112:12 131:14 140:3 149:14 146:24

**preparing**(1) 167:9

**presence**(1) 10:10

**present**(6) 6:22 7:21 10:12 101:15 101:20 208:13

**presenting**(1) 207:16

**president**(1) 36:25

**pressure**(1) 62:7

**presumed**(1) 6:20

**pretrial**(5) 6:14 7:20 121:17 208:5 208:6

**pretty**(4) 75:5 144:19 186:19 207:21

**previous**(6) 84:1 155:8 169:15 201:19 203:24 205:8

**previously**(10) 11:18 14:11 52:7 60:22 65:23 143:25 153:13 154:15 155:25 201:1

**primary**(1) 59:13

**principal**(4) 7:6 126:22 127:1 127:20

**principles**(1) 131:1

**print**(2) 78:9 82:15

**printout**(1) 161:5

**prior**(14) 29:14 29:23 49:20 61:21 137:14 155:17 155:19 184:17 196:2 197:3 197:7 197:11 199:6 199:7

**private**(1) 35:4

**privileged**(1) 17:14

**privy**(1) 199:24

**probably**(11) 59:6 97:7 112:25 128:9 140:3 156:10 164:25 167:17 187:3 188:21 207:20

**problem**(3) 58:4 121:19 121:21

**proc**(1) 1:16

**procedure**(10) 46:9 49:1 49:10 49:11 49:14 56:12 56:13 59:23 60:1 60:12

**procedures**(10) 53:8 53:10 54:15 56:1 56:3 56:6 56:8 59:12 131:3 137:6

**proceed**(5) 4:15 6:15 19:6 40:23 84:2

**proceeding**(1) 179:25

**proceedings**(1) 1:24 1:45 209:7

**process**(9) 49:22 56:16 60:15 60:16 64:20 73:3 73:5 82:8 202:19

**processed**(1) 54:11

**processes**(1) 37:8

**produce**(4) 17:1 17:7 184:21 184:25

**produced**(12) 1:46 17:3 17:9 17:25 18:9 18:10 64:18 84:18 91:20 118:1 119:6 119:10

**product**(1) 37:19

**production**(5) 17:20 21:1 117:19 118:19 119:2

**professional**(13) 36:11 37:3 38:3 86:17 106:17 106:20 114:3 127:2 167:19 172:16 172:19 191:23 200:15

**profile**(10) 142:10 142:23 143:13 163:19 168:6 168:19 169:12 180:7 181:21 196:1

**profiles**(1) 163:10

**program**(1) 85:22

**programmer**(4) 36:2 37:18 38:5 107:15

**programming**(5) 37:18 69:5 69:14 170:11 170:24

**project**(8) 38:23 40:1 40:3 57:4 57:6 57:7 58:19 132:10

**projects**(2) 36:6 128:22

**prong**(10) 147:22 147:5 166:10 166:25 167:1 176:22 177:2 177:3 177:6 178:18

**prongs**(2) 62:25 178:3

**pronounce**(1) 133:24

**prossod**(7) 21:16 21:18 22:21 22:24 30:19 54:13 105:10

**protection**(1) 61:23

**provide**(17) 34:25 36:3 36:5 70:12 127:23 139:3 153:16 154:4 169:16 169:17 172:20 175:18 178:9 179:15 179:17 183:5 196:7

**provided**(42) 35:25 36:1 37:11 37:15 38:6 40:7 40:8 45:10 54:10 66:5 68:16 86:3 107:14 110:14 112:3 112:14 119:6 135:17 136:6 146:18 147:9 147:11 147:13 147:24 149:1 149:5 149:20 153:15 165:8 165:15 165:20 169:12 169:14 172:4 172:10 173:1 175:10 178:15 185:14 196:5 199:1 201:10

**provides**(4) 138:10 157:17 175:20 181:15

**providing**(3) 69:12 69:14 157:18

**provision**(1) 39:15

**psa**(2) 114:2 114:6

**public**(1) 137:16

**publications**(6) 134:13 134:17 134:20 172:2 172:4 172:9

**pulled**(1) 163:23

**purpose**(9) 6:3 7:10 7:23 18:5 18:15 18:16 18:19 20:22 25:5

**purposes**(12) 30:5 41:22 63:20 101:4 120:2 120:6 120:17 135:25 173:22 197:24 199:18 208:12

**pursuant**(5) 7:20 9:21 37:15

**put**(10) 8:8 33:25 56:1 56:6 58:23 59:12 63:24 64:4 148:13 193:23

**qualification**(2) 35:15 139:19

**qualifications**(5) 133:12 136:16 136:21 136:22 138:21

**qualified**(2) 133:17 139:25

**qualify**(2) 138:11 140:4

**qualifying**(2) 133:15 139:8

**quality**(1) 137:6

**quarter**(1) 142:18

**quarterly**(2) 169:9 182:5

**quarters**(4) 144:1 144:2 144:6 184:18

**question**(40) 6:16 13:22 14:19 44:1 44:9 45:2 45:6 55:8 57:21 58:6 58:9 58:24 71:22 72:14 96:5 100:18 102:1 102:5 119:13 145:5 147:8 153:19 155:9 156:20 157:8 158:19 159:18 159:18 160:5 160:17 164:24 165:9 177:9 178:19 178:20 189:5 193:7 201:1 205:4 207:6

**questioned**(2) 177:14 177:15

**questions**(24) 12:6 16:12 30:7 33:2 33:18 56:3 56:3 67:2 83:23 100:23 101:3 101:9 120:9 121:1 121:21 121:8 136:10 155:6 157:7 160:21 202:22 203:3 203:12 203:13 206:1

**quick**(3) 140:10 140:16 174:20

**quicker**(1) 64:20

**quite**(6) 53:7 74:14 104:1 138:14 178:19 193:13

**raise**(2) 41:9 133:8

**raised**(2) 25:12 108:4

**ran**(1) 83:23

**range**(21) 148:23 148:24 149:3 149:9 149:19 149:21 149:22 149:23 149:25 150:2 150:4 150:13 150:16 150:18 169:2 187:18 187:20 192:25 194:5 206:8 206:10

**ranged**(1) 149:10

**ranges**(1) 200:12

**rate**(2) 66:14 66:20

**rather**(6) 12:21 44:23 64:23 159:14 204:22 205:6

**ratios**(1) 183:11

**raw**(1) 112:13

**re-invoicing**(1) 155:1

**re-provide**(1) 59:19

**reached**(1) 131:24

**read**(12) 6:14 71:12 71:15 132:13 161:17 163:24 177:10 177:24 183:16 195:23 197:22 199:16

**real**(2) 110:24 161:14

**really**(25) 64:12 81:3 89:20 128:7 128:13 130:24 130:25 142:14 149:13 157:18 165:16 165:19 169:24 170:1 177:12 178:1 178:14 179:9 180:22 186:19 187:11 187:14 187:17 193:4 198:17

**reapply**(1) 152:7

**reason**(15) 23:22 24:7 30:25 51:23 53:5 56:23 58:19 80:2 80:5 87:2 93:18 97:23 98:1 131:23 158:12

**reasonable**(1) 56:20

**reasonably**(1) 199:9

**reasons**(4) 16:16 55:16 153:22 159:25

**rebuttal**(4) 21:4 25:11 207:24 208:13

**recall**(33) 5:6 39:20 53:5 55:4 57:9 58:16 59:11 60:5 61:21 61:25 66:8 79:23 85:16 87:9 104:1 106:17 106:20 106:23 118:21 141:21 142:15 144:8 146:18 147:25 148:13 152:18 164:17 187:11 196:17 196:19 196:21 196:25 198:17

**receipt**(3) 39:19 59:11 60:14

**receipts**(1) 175:9

**receivable**(10) 54:2 54:3 84:6 84:8 91:13 128:2 128:4 128:5 130:22 131:4

**receivables**(2) 57:20 131:6

**receive**(8) 46:22 53:21 61:2 72:19 76:22 77:1 80:1 109:23

**received**(45) 14:19 14:20 16:25 41:16 42:19 51:3 51:12 51:17 52:23 53:20 54:9 59:17 60:19 61:19 66:1 72:8 73:4 81:21 81:24 82:13 82:19 87:14 88:21 104:15 110:4 110:18 110:23 122:17 123:20 124:14 124:16 124:22 125:10 125:14 125:21 125:23 126:12 157:19 157:22 160:18 175:1 183:2 183:10 187:9 205:13

**receives**(1) 76:15

**receiving**(3) 73:25 79:23 92:13

**recently**(1) 154:1

**recess**(5) 83:2 83:20 141:3 156:13 156:15

**recognize**(1) 78:15

**recollection**(1) 143:20

**recommended**(1) 54:15

**reconciling**(2) 121:17 121:22

**reconvene**(1) 67:6

**record**(6) 7:10 16:13 19:8 21:3 63:20 98:6

**recorded**(1) 1:45

**recording**(2) 1:45 209:6

| Word | Page:Line |
|---|---|

**records**(27) 3:21 40:12 52:19 52:21 52:25 57:25 58:1 93:16 94:25 95:2 95:3 95:5 95:7 96:18 99:19 116:12 117:8 124:13 125:9 126:10 146:19 152:12 175:1 175:4 175:7 204:5 204:18

**recross**(4) 3:3 120:8 120:10 206:25
**redacted**(1) 17:12
**redirect**(6) 3:3 120:10 120:12 136:12 202:24 203:1

**reduce**(7) 46:18 48:18 204:22 205:6 205:21 205:25 206:2

**reduced**(1) 206:2
**refer**(30) 12:20 36:14 36:20 38:1 39:9 39:12 40:10 40:14 42:25 45:11 49:24 52:13 54:22 61:5 61:6 61:6 63:10 65:18 69:2 77:8 95:1 131:11 136:15 143:17 150:13 155:15 157:12 164:25 170:20 172:18
**reference**(4) 14:7 23:24 153:9 165:17
**referenced**(1) 138:16
**referred**(8) 51:21 51:21 61:13 118:25 135:22 141:20 147:9 177:13

**referring**(29) 13:3 14:13 36:18 44:20 51:10 51:20 61:11 61:15 63:19 63:23 64:7 65:2 65:11 65:23 95:23 100:15 135:25 141:7 142:24 150:7 150:11 158:24 164:10 168:19 175:11 180:12 180:21 182:23 194:14
**refers**(6) 42:4 42:13 42:14 51:11 170:10 170:14

**reflect**(1) 116:8
**reflected**(1) 25:25
**reflecting**(1) 43:22
**reflects**(1) 42:10
**refresh**(1) 143:20
**regard**(53) 7:9 7:12 7:13 9:18 9:18 18:17 25:7 33:2 37:15 40:3 41:19 42:11 43:17 45:3 49:15 51:5 53:9 54:16 55:4 56:4 56:12 59:24 60:2 65:9 95:17 127:9 137:3 139:8 139:12 139:16 139:18 140:1 143:12 146:1 146:8 147:10 147:21 148:23 149:7 149:19 150:2 150:4 150:5 150:7 150:21 151:15 152:17 157:7 158:2 160:2 160:6 203:13 204:10

**regarding**(15) 7:9 26:8 39:12 56:6 96:22 101:6 101:23 102:12 102:20 103:12 120:15 130:19 144:7 157:6 203:4

**regardless**(1) 87:17
**regards**(3) 7:19 129:20 139:23
**register**(2) 116:7 207:19
**registered**(1) 127:3
**regular**(1) 74:15
**regularly**(6) 86:22 86:25 87:2 87:4 198:18 198:22

**reimbursed**(2) 71:9 71:19
**relate**(1) 91:18
**related**(5) 37:19 72:10 72:21 88:13 139:24
**relating**(4) 20:15 20:18 105:3 131:4
**relation**(1) 132:17
**relationship**(5) 49:12 56:17 78:24 132:16 133:2

**released**(1) 27:7
**relevant**(13) 20:25 23:23 46:7 53:11 116:14 142:5 142:13 142:15 151:15 179:2 179:24 184:18 187:17

**relied**(2) 158:9 158:16
**rely**(2) 148:10 193:14
**relying**(4) 136:23 138:23 158:2 194:13
**remain**(3) 8:15 11:9 34:6
**remained**(2) 35:10 39:25

**remember**(10) 59:7 69:25 70:1 104:10 119:12 119:16 150:22 186:21 201:12 201:14
**remembering**(1) 69:7
**remit**(1) 182:4
**remittance**(5) 79:19 79:23 80:6 81:8
**remitted**(2) 79:21 159:25
**remitting**(1) 77:8
**remove**(1) 134:9
**removed**(1) 5:25
**render**(4) 9:22 139:25 146:1 146:8
**rendered**(6) 39:5 66:24 132:2 141:13 160:19 194:18

**rendering**(6) 157:14 158:6 158:10 173:13 175:4 175:7

**renew**(1) 146:22
**rent**(1) 74:13
**repeat**(5) 72:16 72:17 85:7 96:3 102:2 106:19 189:5 205:2

**rephrase**(1) 52:6
**reply**(2) 33:19 33:20
**report**(11) 9:20 10:16 91:13 91:14 91:15 91:17 91:20 91:22 91:23 92:2 131:9 131:14 131:21 131:24 136:15 136:22 138:15 138:16 138:23 141:8 141:9 141:9 141:20 142:12 142:21 142:23 142:24 143:13 144:4 144:7 144:14 144:17 144:19 145:1 145:11 145:16 145:17 145:20 147:1 147:21 151:25 153:6 153:7 153:10 153:20 154:5 154:21 155:19 160:14 160:19 163:3 163:23 164:1 164:5 164:6 164:17 165:3 165:15 165:17 165:24 165:25 166:1 166:5 166:9 166:19 166:24 167:9 167:21 168:7 168:19 168:23 168:25 169:5 169:12 169:1 169:17 169:21 170:8 171:3 171:22 171:25 175:12 175:18 176:14 178:10 178:15 179:17 179:20 180:7 180:9 180:23 181:13 181:21 181:22 181:25 181:9 182:5 182:12 182:13 183:9 183:12 183:22 184:10 184:11 185:12 185:13 185:15 185:16 186:6 191:1 193:8 193:15 199:1 202:15 203:15

**reporting**(1) 37:24
**reports**(9) 57:24 142:1 142:10 157:5 162:25 163:1 183:22 184:20 184:25

**represent**(7) 13:10 15:19 16:7 17:13 43:14 44:22 155:15

**representation**(3) 7:9 19:1 77:10
**representativ**(7) 9:9 10:9 10:10 23:12 38:21 172:12 172:20

**representatives**(1) 24:1
**represented**(2) 41:20 146:21
**request**(8) 8:25 10:2 117:17 118:19 119:1 119:2 119:11 175:7

**requested**(2) 31:10 37:19
**requesting**(1) 54:19
**requests**(4) 62:1 117:19 119:14 119:15
**required**(7) 6:2 55:5 107:5 127:21 139:22 175:13 175:15

**requirement**(1) 176:23
**requirements**(1) 139:19
**requires**(2) 147:3 166:11
**research**(31) 141:21 141:25 142:10 142:20 142:23 143:13 144:4 163:1 163:3 163:9 163:19 168:4 168:6 168:11 168:15 168:18 169:3 169:11 171:4 172:1 180:6 180:9 180:23 181:3 181:21 181:23 181:24 183:2 184:11 196:1 199:20

**research's**(1) 180:7
**researched**(1) 178:1
**reserve**(1) 33:4

**resource**(3) 37:20 37:20 141:24
**respect**(11) 4:8 5:17 5:21 6:6 17:10 85:2 88:17 103:4 119:13 120:4 179:18

**respective**(1) 4:24
**respectively**(1) 159:11
**respects**(1) 6:7
**respond**(3) 18:5 62:24 139:7
**responded**(2) 32:6 164:23
**responding**(1) 118:25
**response**(5) 18:3 55:24 56:20 119:6 119:10
**responses**(3) 117:17 183:2 183:8
**responsibilities**(2) 84:12 137:3
**responsibility**(1) 34:18
**responsible**(4) 30:4
**responsive**(2) 31:14 95:12
**rest**(3) 9:9 177:11 181:7
**restate**(1) 138:5
**restating**(1) 44:9
**resubmit**(1) 58:5
**resubmitted**(3) 94:24 96:19 105:17
**resulted**(1) 4:19
**retake**(1) 83:25
**retention**(1) 166:17
**review**(9) 9:21 127:22 128:1 142:5 144:12 155:20 158:5 158:8 175:4

**reviewed**(8) 144:17 144:18 155:25 167:6 167:9 172:21 172:22 204:8

**right**(213) 7:25 8:7 8:8 8:9 8:12 8:14 8:21 9:8 9:10 10:18 10:22 11:3 11:7 11:23 12:18 12:22 13:1 14:2 14:5 14:6 14:22 15:6 15:12 15:14 17:17 21:25 24:5 24:24 25:16 27:14 27:23 27:23 28:2 28:9 30:11 32:7 33:3 33:21 34:5 35:22 38:15 38:16 38:23 39:20 43:11 44:11 44:14 44:14 45:19 47:1 48:1 48:3 48:6 48:8 48:12 48:16 48:19 49:3 49:18 50:11 50:21 51:1 51:13 51:14 52:9 53:8 56:11 58:3 58:9 61:15 63:23 64:1 64:22 65:13 67:4 68:7 70:6 73:7 74:18 79:6 79:9 80:20 80:24 80:25 83:11 84:1 92:3 92:5 93:14 93:16 93:21 93:22 94:1 104:21 109:12 111:9 111:14 112:16 113:3 113:15 115:21 117:1 117:20 117:25 118:3 119:20 121:3 121:15 121:18 122:1 122:19 122:20 122:20 122:2 123:6 123:12 123:14 123:22 124:7 124:12 125:1 125:1 126:6 125:7 125:11 125:17 125:24 126:1 126:6 127:2 130:5 131:20 137:19 138:2 138:6 139:6 140:2 140:15 140:22 140:25 141:1 141:4 143:10 145:1 145:8 147:11 147:14 147:16 147:17 148:1 148:21 149:13 149:19 149:19 150:2 150:21 152:4 153:17 155:4 155:8 155:19 157:12 157:13 158:18 159:10 160:15 160:16 160:23 163:6 169:25 170:5 174:6 176:12 180:18 182:19 184:3 185:14 186:1 186:22 188:9 188:16 188:20 189:23 189:25 190:22 191:3 191:3 191:13 191:13 191:15 192:2 192:14 192:15 192:20 194:15 197:14 198:18 200:15 203:9 203:23 204:10 204:1 204:23 205:13 206:4 206:19 207:15 207:23 208:11 208:18

**rise**(4) 4:2 11:24 83:21 156:16
**rocco**(1) 100:9
**rockland**(1) 27:8
**role**(4) 38:24 40:11 127:16 128:1
**rolling**(2) 184:13 185:11
**rome**(1) 2:10
**room**(1) 9:15
**rooms**(1) 9:13
**roughly**(4) 4:11 5:1 99:17 99:20
**row**(3) 41:9 41:24 64:2
**rows**(1) 41:14
**rule**(12) 10:2 10:5 17:16 21:2 24:22 63:6 72:25 153:13 153:18 154:7 188:18 208:16

**ruled**(1) 79:3
**rules**(2) 9:21 153:6
**ruling**(6) 6:17 7:20 24:7 25:2 29:15 140:5
**rulings**(1) 29:23
**running**(2) 41:12 41:17
**s-e-i-n**(1) 28:17
**said**(36) 19:3 20:22 37:17 50:2 70:10 72:23 72:24 81:22 85:20 87:13 89:9 95:20 95:22 95:23 98:5 102:19 108:15 122:23 123:21 128:16 128:25 129:5 129:12 147:6 163:8 164:23 165:13 178:25 185:6 189:15 194:5 194:12 200:5 202:3 203:8 205:9

**sake**(1) 51:14
**sales**(10) 41:7 41:10 41:15 41:25 42:6 42:7 82:5 161:25 164:21 182:17

**same**(40) 17:11 21:20 21:24 22:3 22:14 22:18 22:21 29:2 35:10 48:14 49:22 51:9 65:18 68:24 74:16 74:18 75:9 75:23 78:18 79:14 90:14 93:20 108:7 111:8 112:11 112:13 113:1 113:2 113:11 113:23 115:3 122:14 124:7 125:10 125:12 129:5 132:21 144:4 176:11 181:11

**sanjay**(2) 68:11 146:20
**sas**(2) 37:19 38:5
**sass**(4) 1:12 2:10 4:5 11:11
**sat**(3) 132:4 141:15 153:14
**satisfactory**(1) 39:4
**saved**(1) 87:20
**saw**(8) 103:22 104:1 104:9 104:15 104:23 104:23 118:16 154:1

**say**(121) 17:4 23:14 26:20 29:10 32:22 44:23 58:3 64:13 64:14 64:17 70:3 70:15 73:23 73:24 75:16 76:1 77:15 77:16 77:19 78:16 78:25 79:10 82:9 86:16 86:19 87:22 88:11 92:7 92:18 99:3 104:11 104:18 107:10 115:11 119:18 121:20 124:15 125:8 127:6 129:11 129:18 130:3 130:4 130:7 131:1 137:3 137:14 142:15 151:20 151:22 152:8 152:25 154:6 162:14 162:19 164:25 166:9 167:13 168:4 168:6 170:3 170:20 170:22 171:14 171:17 172:1 172:1 172:8 173:25 174:17 175:13 176:21 177:2 177:8 177:9 177:18 178:23 180:4 181:7 181:10 183:13 183:17 183:24 184:3 184:16 186:5 186:7 187:12 187:15 187:17 187:19 188:11 188:15 189:2 189:5 189:6 189:13 190:11 190:24 191:2 191:4 191:6 191:17 191:22 193:2 193:5 193:7 194:6 194:8 194:18 195:14 196:22 197:5 197:9 198:14 200:4 200:8 200:14 200:21 201:19 204:3

**saying**(12) 14:24 26:14 82:19 94:25 102:19 120:1 122:25 125:18 154:16 163:5 194:10 194:13
**says**(46) 10:18 13:24 17:21 25:21 32:11 32:13 39:16 42:17 50:8 64:1 64:2 71:8 80:13 98:16 99:9 99:7 113:16 113:19 114:23 115:1 118:19 119:5 145:7 147:1 147:1 151:9 153:20 159:7 161:8 166:17 171:8 172:12 176:5 179:22 180:11 180:18 184:13 185:23 188:5 188:9 189:9 190:11 191:23 193:16 193:24 197:2

**scan**(1) 76:16
**scenario**(2) 48:19 89:3
**scenarios**(2) 88:23 89:3
**schedule**(7) 71:18 73:6 173:16 173:17 173:21 174:20 188:5

**scheduled**(1) 5:3
**scheduling**(1) 6:24

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **schnitzer**(185) 1:31 4:4 4:5 5:5 5:13 5:16 6:16 7:1 8:15 8:16 8:20 8:24 9:5 9:7 11:9 11:10 11:13 11:15 11:17 12:23 12:25 16:15 16:18 17:5 18:22 18:25 19:4 19:10 19:11 19:15 21:6 21:7 22:2 22:6 22:22 23:4 23:21 24:6 24:18 24:25 25:17 26:2 27:15 27:21 28:1 28:4 28:8 28:10 28:13 28:16 29:13 30:1 30:11 30:13 30:16 30:18 31:11 31:13 31:16 33:5 33:6 33:14 33:17 43:18 43:21 52:1 52:3 55:6 55:16 56:25 57:12 57:14 58:21 58:23 62:15 62:17 62:22 64:11 64:15 66:18 67:6 67:10 67:13 67:17 72:18 72:23 73:9 75:12 79:5 79:7 79:11 79:16 81:18 81:19 83:24 84:2 84:3 84:4 95:9 95:13 96:4 98:9 100:16 100:20 101:14 101:25 102:4 116:23 117:2 117:4 117:6 117:9 117:12 117:13 118:16 119:18 119:21 119:24 120:8 121:25 122:2 122:5 122:8 122:11 122:14 122:23 122:24 123:4 123:9 123:11 123:13 123:15 123:17 124:4 124:9 124:25 125:3 125:5 125:7 125:8 125:12 125:22 125:25 126:3 126:5 126:7 126:9 129:8 129:10 133:4 133:21 133:23 136:9 138:8 143:1 143:4 145:4 145:6 145:9 146:22 149:12 152:24 153:5 153:18 154:17 156:23 158:11 159:16 160:12 160:25 194:16 201:3 201:7 202:18 202:22 204:24 206:21 206:24 207:6 207:1 208:1 208:12 208:17 208:19 | | **see**(143) 6:1 15:9 15:21 17:11 17:20 21:15 23:5 23:23 25:19 28:23 30:20 31:18 32:1 32:22 39:13 41:4 41:9 42:1 50:9 51:21 64:4 66:2 71:8 71:10 75:16 75:17 76:2 76:4 76:4 76:5 79:17 79:19 80:7 80:8 80:11 81:3 82:2 82:9 82:13 83:13 85:10 87:15 93:1 93:1 93:23 93:24 94:10 97:11 97:14 98:13 98:14 98:16 99:7 100:9 100:11 102:5 102:8 102:9 103:11 104:7 106:1 106:9 109:13 110:6 110:13 113:15 113:17 113:19 114:10 114:24 115:25 117:16 118:1 118:19 118:24 119:8 136:14 146:3 147:21 151:20 154:16 156:12 159:5 159:8 161:8 161:11 161:15 166:8 166:13 167:6 170:7 171:7 171:11 171:12 172:12 172:13 172:25 173:2 173:3 173:13 173:4 173:7 173:9 173:10 173:12 175:13 176:2 175:6 176:6 176:15 176:19 176:23 179:21 180:10 180:18 182:4 184:13 184:24 185:1 185:20 185:25 187:24 190:17 190:18 190:22 192:1 192:6 193:16 193:20 194:8 194:17 194:19 195:20 196:9 197:3 197:14 197:20 199:11 200:4 200:6 201:24 203:18 208:22 | | **services**(49) 1:39 36:1 36:4 36:11 37:11 37:15 37:18 38:5 39:5 40:7 40:8 45:10 66:5 66:23 68:16 69:3 69:5 70:12 72:10 72:20 74:22 86:17 106:18 106:20 114:3 127:23 127:24 127:25 130:14 133:19 139:17 161:12 161:13 167:19 170:11 170:24 172:16 180:2 180:25 181:10 183:1 183:21 191:23 194:18 195:20 197:17 199:3 200:15 | | **signed**(13) 36:12 39:8 39:17 65:5 73:4 73:5 96:15 107:16 108:5 108:5 108:8 109:1 176:6 |
| | | | | **servicing**(2) 130:14 137:4 | | **significant**(1) 187:16 |
| | | | | **set**(26) 14:21 19:8 43:17 43:22 51:5 51:17 56:12 56:24 65:10 66:14 101:10 101:11 117:18 127:22 130:25 136:21 144:21 146:17 148:24 150:13 150:25 150:25 155:20 158:21 203:6 208:4 | | **significantly**(2) 184:19 205:16 |
| | | | | | | **signs**(3) 199:10 199:21 200:1 |
| **school**(1) 35:19 | | | | **sets**(1) 93:16 | | **similar**(19) 5:21 46:15 113:10 119:13 129:1 131:3 138:2 138:14 144:2 149:21 150:19 168:14 171:2 179:16 196:3 200:12 202:7 206:12 206:13 |
| **schuylkill**(1) 1:40 | | **sein**(1) 31:17 | | **settled**(1) 4:18 | | |
| **sci**(4) 162:8 162:21 162:23 163:3 | | **sein-045**(2) 28:20 30:14 | | **settlements**(1) 4:19 | | **similarities**(3) 149:8 206:5 206:8 |
| **sciences**(1) 171:9 | | **sein001**(1) 155:15 | | **seven**(10) 71:8 112:4 112:6 128:9 130:4 130:10 130:17 137:1 137:15 190:7 | | **similarly**(4) 200:17 201:25 202:8 202:10 |
| **scope**(6) 20:21 23:21 25:13 26:10 33:13 204:25 | | **sein003**(1) 171:24 | | | | **simply**(8) 7:11 10:15 17:15 18:13 25:2 29:23 139:2 155:3 |
| | | **sein011**(3) 143:18 163:18 169:6 | | **several**(11) 16:16 88:23 89:3 124:6 128:15 137:16 151:20 151:22 169:14 198:16 204:9 | | |
| **search**(6) 20:15 20:18 104:24 105:2 105:6 105:8 | | **sein041**(1) 155:15 | | | | **since**(18) 4:18 6:1 12:10 35:8 35:9 35:16 35:18 105:2 120:1 128:8 128:9 130:15 147:6 153:25 153:25 154:1 158:13 178:20 |
| | | **sein044**(1) 105:23 | | **shaded**(1) 115:5 | | |
| **seat**(1) 8:23 | | **sein063**(1) 195:3 | | **shall**(2) 10:3 107:2 | | |
| **seated**(4) 4:3 83:22 141:4 156:17 | | **selected**(1) 16:22 | | **share**(2) 175:24 175:24 | | **singh**(33) 23:6 23:9 23:11 27:11 27:12 30:20 32:6 37:25 38:8 38:19 38:21 39:8 40:5 51:21 52:12 52:7 52:10 55:13 57:3 57:6 57:10 58:8 58:18 65:5 94:11 96:7 97:12 97:18 97:19 97:18 98:5 104:7 105:14 |
| **second**(33) 14:15 32:12 41:3 47:17 80:6 100:11 102:5 104:3 104:23 113:3 142:18 147:2 166:10 166:25 167:1 168:24 170:24 171:8 176:18 176:22 177:2 177:5 177:14 180:13 181:19 183:18 186:6 189:22 195:3 199:13 201:24 202:18 203:13 | | **self**(1) 16:21 | | **she**(41) 11:15 11:16 11:17 11:17 14:18 14:20 18:6 18:8 23:12 25:3 25:14 27:4 27:7 30:6 31:10 32:9 38:25 39:2 51:23 52:11 55:23 57:8 59:6 59:8 59:8 84:12 85:20 85:20 85:22 85:24 95:22 95:23 96:10 97:14 99:9 99:24 101:5 101:6 103:15 103:15 103:18 | | |
| | | **semi-monthly**(1) 64:2 | | | | **singh's**(1) 38:24 |
| | | **send**(11) 23:13 55:5 58:7 60:15 65:6 76:12 77:3 86:22 86:25 87:4 163:14 | | | | **single**(1) 192:17 |
| | | | | | | **sir**(15) 34:6 47:19 83:3 83:12 106:16 109:14 121:4 127:14 134:4 150:23 156:13 163:22 201:13 203:5 206:19 |
| **secondary**(3) 59:14 59:17 59:20 | | **sending**(4) 32:4 55:7 55:11 55:12 | | **she's**(9) 18:20 21:19 25:2 25:14 27:23 27:23 54:12 59:3 99:22 | | |
| **secondly**(1) 101:18 | | **sends**(3) 76:2 81:6 82:21 | | | | **sit**(2) 8:21 154:7 |
| **seconds**(1) 8:20 | | **sense**(4) 101:20 177:25 181:16 198:15 | | **sheet**(3) 14:16 14:18 79:18 | | **site**(1) 181:17 |
| **section**(5) 107:1 136:16 166:11 176:23 201:22 | | **sent**(32) 14:20 16:8 16:25 17:6 18:8 23:9 31:8 32:9 39:5 39:7 43:1 43:16 44:23 45:23 49:1 51:22 52:10 60:7 65:19 80:3 97:15 97:20 103:15 104:16 105:12 105:16 106:6 106:13 159:23 182:24 183:3 201:19 | | **sheets**(2) 78:13 107:16 | | **sits**(2) 54:7 89:25 |
| | | | | **shift**(1) 6:19 | | **sitting**(5) 85:24 131:23 141:12 170:17 184:23 |
| | | | | **short**(1) 140:21 | | |
| **sector**(4) 35:3 35:4 143:16 180:8 | | | | **shorter**(1) 207:18 | | **situated**(3) 201:25 202:8 202:10 |
| **secure**(1) 62:2 | | | | **shortly**(1) 198:23 | | **situation**(1) 154:5 |
| **security**(1) 62:1 | | | | **should**(17) 8:17 9:2 9:9 17:17 44:23 64:19 80:17 91:24 93:9 93:13 93:20 110:13 113:6 149:25 164:25 176:10 198:9 | | **six**(4) 70:8 70:12 112:6 186:5 |
| | | **sentence**(36) 71:13 99:10 121:20 166:13 166:17 166:22 167:6 167:7 171:8 176:19 177:8 177:11 180:10 180:15 180:16 180:1 180:21 183:18 185:20 193:16 193:22 193:24 195:21 196:10 196:13 196:16 196:22 196:24 197:4 197:20 197:24 199:8 199:11 199:13 199:18 201:24 | | | | **six-digit**(1) 120:22 |
| | | | | **shouldn't**(1) 177:13 | | **sixty**(1) 99:13 |
| | | | | **show**(4) 2:4 110:10 139:10 196:5 | | **size**(4) 171:13 171:14 171:18 185:16 |
| | | | | **showing**(3) 199:10 199:21 200:1 | | **skill**(2) 133:17 139:10 |
| | | | | **shown**(1) 10:11 | | **skilled**(2) 139:9 139:9 |
| | | | | **sic**(6) 68:13 68:15 68:19 142:3 142:6 170: | | **skip**(3) 189:22 190:4 190:14 |
| | | | | **side**(5) 41:15 41:18 51:1 184:7 186:14 | | **slight**(1) 181:18 |
| | | | | **sides**(2) 9:4 9:6 | | **slightly**(1) 21:25 |
| | | **separate**(2) 9:13 47:16 | | **sien011**(2) 168:21 181:22 | | **small**(22) 29:1 35:4 36:15 36:16 75:13 78:19 86:16 91:11 93:8 93:11 106:15 111:23 131:11 131:16 136:19 136:24 137:23 152:15 164:12 170:4 187:4 202:4 |
| | | **september**(3) 1:13 4:1 209:10 | | **sien012**(1) 171:7 | | |
| | | **sequestered**(1) 83:8 | | **sien019**(1) 184:10 | | |
| | | **sequestering**(1) 9:18 | | **sien034**(1) 157:12 | | **smaller**(3) 130:24 183:15 183:20 |
| | | **series**(1) 203:12 | | **sien039**(1) 173:3 | | **software**(13) 36:2 37:17 69:14 128:15 129:1 137:10 138:1 162:19 170:2 180:1 180:25 195:19 202:12 |
| | | **serious**(1) 26:13 | | **sien063**(1) 173:9 | | |
| | | **served**(3) 6:3 119:1 136:24 | | **sienkiewicz**(50) 3:7 7:5 9:20 11:5 50:17 126:16 126:17 126:20 129:17 131:21 133:17 134:1 134:2 134:3 134:5 136:15 138:9 139:13 139:25 141:7 142:8 143:6 145:21 145:25 147:15 147:22 147:25 148:3 148:7 148:11 148:16 148:22 149:2 149:6 149:11 152:25 153:4 153:14 155:11 156:1 156:22 157:12 159:19 159:21 160:4 160:9 160:17 160:20 194:13 205:2 | | **solely**(3) 165:25 193:14 194:13 |
| | | **servers**(1) 181:15 | | | | **solution**(1) 163:11 |
| | | **service**(15) 1:39 1:46 32:1 35:11 35:25 37:4 38:3 38:6 39:12 96:11 106:24 128:16 129:6 161:20 172:9 | | | | **some**(32) 7:8 7:9 25:6 29:24 51:20 59:7 67:9 82:10 82:11 85:15 91:23 103:1 113:5 121:11 121:12 130:6 139:2 148:11 152:17 155:17 164:18 164:21 165:4 165:4 165:20 175:24 179:13 179:16 182:9 183:10 188:19 207:9 |
| | | | | | | **somebody**(2) 58:8 181:15 |
| | | | | | | **somebody's**(2) 82:10 181:16 |
| | | **serviced**(2) 130:12 137:11 | | **sign**(6) 5:11 108:10 108:12 140:11 140:22 140:22 | | **someone**(9) 11:22 27:5 33:24 97:7 110:20 111:1 152:8 178:13 186:17 |
| | | | | | | **someplace**(1) 33:25 |
| | | | | **signature**(4) 36:23 70:21 108:21 118:4 | | **something**(18) 54:9 55:21 55:23 82:18 95:7 111:2 112:17 135:9 140:11 146:25 152:22 152:23 154:23 155:2 161:3 178:1 189:12 202:7 |
| | | | | **signatures**(2) 108:18 108:20 | | **sometime**(1) 104:18 |
| | | | | | | **sometimes**(4) 77:7 86:15 86:15 159:24 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **somewhere**(9) 11:22 60:11 75:20 91:17 118:21 127:6 140:7 169:2 188:13 | | **statement**(16) 6:11 24:3 31:8 54:3 101:22 134:10 153:20 167:13 167:18 167:23 172:13 172:15 172:21 176:12 176:13 177:1 | | **summer**(10) 19:18 19:21 19:23 20:9 20:12 73:21 73:25 84:11 104:20 104:20 | | **terms**(55) 6:24 35:11 37:7 37:9 40:18 53:14 54:5 56:24 92:7 107:13 114:2 135:23 136:7 144:21 145:11 147:4 150:25 151:4 151:7 151:10 151:12 151:18 166:12 171:13 189:3 189:7 189:9 189:20 189:25 190:2 190:5 190:7 190:9 190:12 190:15 191:2 191:3 191:5 191:6 191:17 191:18 192:17 192:19 192:21 192:22 193:3 195:17 195:18 200:9 200:11 200:12 200:20 200:23 204:9 206:15 |
| **sonita**(6) 13:8 13:22 13:22 15:5 25:21 26:23 | | | | **supervising**(1) 130:10 | | | |
| **sonita's**(1) 26:20 | | **statements**(3) 6:8 6:13 127:22 | | **supervisor**(1) 108:16 | | | |
| **sontchi**(1) 1:25 | | **states**(19) 1:1 1:26 31:24 71:17 96:10 97:14 97:20 98:2 99:9 100:11 100:22 102:6 118:24 134:6 134:13 161:11 161:13 195:11 195:17 | | **supported**(1) 107:16 | | | |
| **soon**(1) 121:20 | | | | **supposed**(15) 39:2 53:13 77:19 87:12 88:11 89:22 90:16 107:13 108:4 108:10 108:12 145:10 153:7 153:24 190:11 | | | |
| **sooner**(1) 119:22 | | | | | | | |
| **sorry**(38) 5:12 11:14 11:19 11:25 12:12 12:16 14:1 14:15 17:4 20:17 22:8 28:6 33:12 35:17 38:11 44:6 63:19 65:24 79:1 83:22 97:11 100:14 108:15 108:25 109:10 109:12 114:3 118:9 121:11 122:22 129:13 131:16 153:4 174:25 179:12 195:2 201:21 201:22 | | **stating**(5) 39:3 154:15 160:9 191:18 205:9 **status**(6) 54:19 91:6 100:13 102:8 102:20 140:21 | | **supposedly**(1) 97:6 **sure**(35) 6:7 6:8 9:13 9:14 32:5 44:5 50:3 53:7 54:8 74:14 75:8 79:25 80:20 82:17 90:14 95:24 97:7 100:25 110:12 111:1 111:24 112:8 112:25 113:23 115:3 138:19 143:9 158:15 164:19 186:19 201:1 201:3 205:10 205:10 207:21 | | **testified**(25) 42:4 52:20 56:1 57:3 60:22 63:2 65:23 73:10 87:18 101:5 111:25 120:14 134:6 134:10 134:22 139:14 143:25 146:23 150:21 162:8 162:12 162:15 191:24 201:1 206:6 |
| **sort**(6) 4:16 26:12 62:3 141:23 160:10 203:11 | | **statute**(1) 10:12 **statutory**(1) 176:23 **stay**(8) 8:22 105:10 141:4 186:6 197:1 | | | | **testifies**(1) 8:17 **testify**(11) 7:22 9:1 25:8 25:9 26:8 55:20 56:8 133:9 139:15 166:4 175:1 |
| **sought**(5) 7:16 154:2 154:4 182:13 182:21 **sound**(3) 1:45 154:18 209:6 **sounds**(1) 133:6 | | **step**(2) 121:4 206:20 **steven**(3) 1:12 2:10 4:5 **stick**(4) 88:1 188:25 189:2 203:3 | | **surfaced**(1) 59:15 **surmise**(1) 17:24 **surprise**(2) 103:3 103:5 **survey**(2) 182:9 182:11 | | **testifying**(5) 9:1 25:7 147:4 156:19 165:23 **testimony**(52) 7:24 9:22 10:4 10:15 10:17 14:9 18:5 18:19 34:5 48:21 51:16 52:6 |
| **source**(5) 93:14 112:10 112:11 196:15 196:23 | | **sticking**(1) 23:5 **still**(8) 6:4 75:22 83:4 84:1 151:19 202:10 207:20 207:21 | | **surveys**(1) 183:3 **sustain**(1) 157:9 **sustained**(8) 33:12 52:4 56:9 56:10 57:1 98:8 149:13 160:13 | | 53:2 55:18 55:22 58:13 62:19 63:7 66:4 83:4 84:23 87:7 87:9 101:5 102:18 106:21 109:22 121:17 129:11 132:4 132:7 138:13 139:24 140:4 140:23 141:15 147:8 148:17 152:17 152:19 153:14 153:15 155:17 156:5 156:14 158:13 164:22 174:22 197:25 |
| **speak**(2) 23:25 165:19 **speaking**(11) 20:3 71:23 72:6 72:24 73:8 86:6 99:16 116:4 158:21 171:13 204:20 | | **stip**(1) 121:17 **stipulate**(2) 64:13 64:24 **stipulated**(2) 54:5 86:10 **stipulates**(1) 37:7 | | **sworn**(3) 12:1 34:7 126:17 **synonymous**(1) 172:15 | | 207:20 207:24 208:4 |
| **specialized**(1) 138:12 **specific**(17) 13:16 22:4 27:24 41:4 55:4 59:8 104:25 112:13 119:14 119:15 128:22 135:9 160:4 160:7 162:21 163:1 178:12 | | **stipulation**(6) 5:9 5:10 5:17 5:21 6:4 7:10 **stooler**(1) 90:5 **stop**(3) 122:21 153:3 207:9 **straight**(1) 76:3 **streamline**(1) 155:6 | | **system**(14) 60:18 69:21 77:16 82:10 82:12 82:16 98:23 110:6 110:12 110:22 110:24 110:25 111:2 111:3 **systems**(5) 69:10 69:13 69:15 170:15 | | **than**(46) 18:19 18:20 45:24 58:8 78:3 78:12 86:23 99:10 100:4 103:18 107:17 110:18 114:20 116:15 132:21 134:25 135:13 135:16 136:4 136:7 139:25 159:25 173:12 175:18 180:24 181:8 182:16 185:13 186:4 189:20 189:25 190:2 190:4 190:7 190:9 190:12 190:15 193:3 193:18 194:2 194:25 197:19 199:4 204:22 205:17 205:23 |
| **specifically**(26) 17:21 19:9 57:16 69:4 76:25 84:9 84:24 86:12 88:8 102:14 106:23 119:12 119:16 135:6 135:18 139:1 146:25 147:1 158:12 159:4 166:9 166:19 168:12 168:16 173:15 178:4 | | **street**(1) 1:10 1:40 2:12 **stress**(1) 200:1 **strictly**(1) 107:12 **strike**(9) 31:11 72:7 84:10 88:3 91:22 95:10 96:5 181:24 193:22 | | **tab**(5) 28:10 28:13 50:7 57:24 93:11 **table**(11) 93:1 109:8 109:13 109:15 111:7 111:22 112:14 112:23 145:19 147:11 147:13 **tables**(2) 140:25 156:9 **tabs**(1) 63:11 | | |
| **specifics**(4) 69:7 73:2 73:3 85:16 **speed**(1) 202:19 **spent**(1) 178:2 **spoke**(2) 27:9 165:18 **spreadsheet**(5) 148:14 164:21 186:12 186:13 187:9 | | **stub**(11) 77:5 77:8 77:12 77:14 77:16 77:19 79:19 80:6 80:10 80:21 81:4 **stubs**(2) 79:21 79:23 **stuff**(8) 76:11 76:15 76:16 122:9 131:2 177:24 187:15 189:11 | | **tailored**(2) 161:12 161:20 **take**(26) 8:10 8:14 8:19 16:17 20:5 34:5 43:15 63:13 67:5 67:9 78:18 81:6 82:25 119:21 135:11 140:10 140:12 140:15 140:24 156:8 167:2 173:19 177:24 181:14 202:19 207:9 | | **thank**(52) 7:1 8:7 10:25 11:24 12:18 15:25 16:2 18:4 19:11 21:6 22:6 22:23 28:1 28:14 30:2 33:18 33:21 33:22 34:1 38:15 44:6 44:7 63:8 64:25 67:3 67:15 79:17 81:18 83:1 83:19 84:3 96:2 101:25 109:13 117:12 118:15 121:3 121:3 121:5 134:4 140:1 141:2 156:13 156:18 160:22 202:22 202:23 206:18 206:19 208:10 208:19 208:21 |
| **spring/summer**(1) 116:15 **stacey**(3) 20:13 100:12 102:7 **staff**(4) 11:23 34:25 128:23 137:7 **staffing**(19) 36:6 69:2 128:21 129:2 129:6 129:20 130:14 132:17 133:18 137:10 138:1 139:17 144:3 151:16 180:2 180:25 181:10 184:7 195:20 | | **subject**(8) 19:8 28:3 32:13 94:15 120:8 132:11 133:10 155:17 **submit**(8) 21:2 107:2 107:5 107:11 154:9 200:19 200:22 201:9 **submitted**(5) 70:18 86:7 107:17 159:14 200:24 | | **taking**(1) 187:16 **talk**(8) 24:10 83:7 89:9 140:25 157:2 167:6 168:9 168:18 **talked**(4) 59:1 74:21 172:16 181:22 | | |
| **stand**(10) 8:15 34:3 34:5 68:15 83:25 95:22 126:16 132:1 170:19 197:24 **standard**(10) 16:19 46:9 137:9 137:24 139:13 139:23 139:23 151:2 172:23 195:1 | | **submitting**(1) 107:13 **subscription**(1) 163:13 **subsequent**(1) 42:1 **subsequently**(7) 4:10 4:13 37:21 71:9 71:19 72:1 199:10 | | **talking**(15) 13:17 13:17 43:4 59:2 71:14 72:18 75:2 99:22 124:17 138:17 156:12 165:5 175:23 184:4 202:11 **talks**(4) 17:21 37:8 41:10 64:3 **tax**(2) 161:13 175:20 | | |
| **standards**(3) 130:19 141:18 146:11 **standby**(2) 193:22 199:18 **standing**(3) 8:15 34:6 95:18 **standpoint**(1) 193:13 **stands**(4) 41:7 41:7 69:20 153:2 **start**(12) 8:1 67:9 67:11 115:22 115:22 121:18 140:7 166:7 169:6 179:21 197:1 197:16 | | **substance**(3) 83:3 83:8 156:14 **such**(23) 29:8 36:6 39:19 54:24 62:20 77:11 77:14 85:17 91:25 96:24 98:21 101:23 105:5 105:8 116:12 144:3 151:25 168:6 168:9 168:9 172:4 175:7 196:15 | | **team**(6) 54:7 54:11 54:11 90:1 97:2 102:17 **technical**(1) 132:19 **technically**(3) 92:12 99:16 192:4 **technology**(9) 35:20 129:1 137:10 143:16 163:7 169:22 171:10 180:8 184:5 **telephone**(3) 20:3 83:18 156:9 | | |
| **started**(5) 12:13 27:5 39:22 75:19 85:19 **starting**(1) 37:23 **starts**(6) 166:19 176:19 180:13 181:19 185:20 196:10 | | **sufficient**(6) 133:2 139:4 185:24 193:9 194:6 194:11 **suggest**(1) 158:14 **suing**(1) 4:18 **suit**(1) 4:13 **suitable**(1) 37:22 | | **tell**(16) 4:14 4:22 11:22 11:23 29:2 61:16 65:2 78:22 90:3 95:7 102:11 102:15 114:13 143:12 143:15 146:16 **tells**(1) 81:21 **temporary**(2) 34:25 37:19 | | |
| **state**(12) 12:6 14:19 32:15 32:16 86:18 127:3 152:2 167:9 169:7 170:22 174:6 199:8 **stated**(12) 61:5 67:20 67:23 70:23 96:20 98:6 142:2 142:12 158:25 171:22 172:19 191:18 | | **suite**(2) 2:6 2:12 **summarizing**(1) 51:14 **summary**(3) 6:15 6:17 154:2 **summation**(1) 191:7 | | **ten**(13) 8:20 108:11 114:10 114:14 114:16 114:18 114:19 134:14 190:17 192:21 197:14 204:1 204:2 **term**(1) 136:3 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **that**(301) | 4:16 4:24 5:1 5:6 5:10 5:16 5:19 5:23 5:24 5:24 5:25 6:9 6:17 6:20 6:20 7:15 7:17 7:17 7:17 8:16 8:25 9:1 9:10 9:22 9:24 10:3 10:17 10:23 14:9 14:10 14:14 14:18 14:20 14:21 16:8 16:21 17:2 17:2 17:4 17:7 17:8 17:12 17:13 17:18 17:24 18:7 18:7 18:8 18:14 18:14 18:16 18:19 18:20 18:21 19:9 19:21 20:2 20:6 20:7 20:22 21:1 21:2 21:4 21:13 21:21 22:23 23:8 23:8 23:12 23:22 23:23 23:24 24:6 24:8 24:8 24:11 24:16 24:23 25:24 26:3 26:7 26:12 27:1 29:4 29:8 29:10 29:10 30:4 30:20 30:22 30:22 31:1 31:3 31:5 31:7 31:8 31:8 31:21 31:24 32:3 32:3 32:6 32:9 32:13 32:15 32:16 32:25 35:9 35:12 35:21 35:23 35:24 36:7 36:9 36:11 36:13 36:15 36:18 36:23 36:24 37:5 37:11 37:15 37:20 37:24 38:7 38:25 39:3 39:3 39:10 39:13 39:15 39:16 39:18 39:25 40:4 40:7 40:16 41:4 41:13 41:13 41:19 41:23 41:23 41:24 42:1 42:2 42:4 42:8 42:15 42:19 42:22 42:24 43:1 43:16 43:22 44:14 44:17 44:18 44:23 44:23 45:3 45:10 45:14 45:16 45:17 45:23 45:24 46:5 46:8 46:11 46:13 46:24 47:5 47:10 47:12 47:17 47:17 47:19 47:21 47:25 48:10 48:16 48:19 48:22 48:25 49:5 49:7 49:11 49:17 49:14 49:14 49:16 49:16 49:19 50:2 51:3 51:6 51:11 51:16 51:21 51:23 52:7 52:23 53:1 53:7 53:10 53:10 53:13 53:14 53:17 53:25 54:4 54:5 54:8 54:8 54:10 54:10 54:17 55:1 56:1 56:1 56:6 56:12 56:13 56:13 56:16 56:24 57:3 57:14 57:22 58:4 58:5 58:9 58:25 59:1 59:6 59:11 59:16 59:19 59:22 59:23 59:23 59:24 60:1 60:1 60:13 60:18 60:19 60:20 60:25 61:1 61:5 61:10 61:19 61:22 62:11 62:19 62:25 63:24 64:3 64:6 64:9 64:13 64:16 64:20 64:24 65:10 65:12 65:13 65:19 65:20 65:21 66:1 66:2 66:5 66:5 66:6 66:12 66:14 66:16 66:21 66:22 66:22 67:13 67:20 67:21 67:22 67:24 68:2 68:4 68:9 68:10 68:12 68:17 68:22 68:24 69:6 69:8 69:9 69:20 70:3 | **that**(301) | 70:9 70:18 70:21 71:1 71:10 71:12 71:13 71:17 71:18 71:20 72:1 72:2 72:4 72:5 72:7 72:8 72:16 72:21 73:7 73:10 73:13 73:20 73:24 74:2 74:6 74:9 74:21 74:21 75:1 75:3 75:6 75:9 75:9 75:16 75:17 75:19 75:22 76:1 76:10 76:11 77:5 77:8 77:8 77:10 78:4 78:5 78:16 78:21 78:23 79:2 79:13 79:14 79:25 79:25 80:1 80:2 80:5 80:8 80:10 80:10 80:12 80:14 80:19 81:8 81:10 81:14 81:20 81:22 81:23 81:25 82:4 82:5 82:6 82:9 82:13 82:15 82:19 82:20 83:22 84:7 84:10 84:11 84:22 84:24 84:25 85:4 85:7 85:10 86:5 86:17 86:21 87:3 87:9 87:11 87:18 87:20 87:21 87:22 87:22 87:25 88:3 88:12 88:16 88:19 88:21 88:23 88:23 88:24 89:1 89:2 89:12 89:17 89:18 89:19 89:20 89:21 89:23 90:7 90:7 90:8 90:10 90:10 90:12 90:13 90:18 90:18 90:23 90:24 91:3 91:4 91:9 91:11 91:11 91:17 91:20 91:21 91:22 91:22 91:25 91:25 92:8 92:10 92:12 92:17 93:1 93:10 93:13 93:20 94:5 94:8 94:13 94:15 94:17 94:20 94:22 94:24 95:5 95:15 95:20 96:3 96:5 96:7 96:10 96:14 96:15 96:17 96:19 96:20 96:20 96:25 97:2 97:3 97:6 97:8 97:9 97:9 97:20 98:13 98:14 98:18 98:23 99:2 99:3 99:4 99:5 99:9 99:13 99:16 99:20 100:1 100:4 100:5 100:11 100:18 100:19 100:2 101:4 101:6 101:13 101:16 102:2 102:8 102:9 102:15 102:19 102:22 102:25 103:5 103:10 104:7 104:9 104:10 104:12 105:11 105:16 105:17 106:4 106:5 106:12 106:13 106:19 107:1 107:1 107:1 107:3 107:8 107:14 108:4 108:16 108:25 109:2 109:3 109:8 109:15 109:16 109:19 109:21 109:2 110:4 110:7 110:8 110:10 110:10 110:13 110:16 110:17 110:17 111:4 111:6 111:9 111:25 112:2 112:4 112:11 112:14 112:15 112:20 112:24 113:4 113:5 113:6 113:11 113:17 113:23 113:25 114:2 114:4 114:6 114:10 114:14 114:14 114:19 115:11 115:5 115:8 115:9 116:19 117:8 117:21 119:8 120:3 120:7 120:20 120:25 122:1 122:3 122:14 122:16 122:16 122:18 122:2 123:3 123:7 123:9 123:13 123:13 123:17 | **that**(301) | 123:18 123:20 123:24 124:6 124:6 124:8 124:9 124:15 124:23 125:22 125:24 126:2 126:4 127:15 127:22 128:6 128:12 128:19 128:20 128:22 129:6 129:1 129:14 130:5 130:9 130:12 131:1 131:3 131:8 131:9 131:14 131:14 131:21 132:1 132:7 132:10 132:16 132:20 132:21 132:2 133:1 133:2 134:6 134:7 134:8 134:15 134:16 136:17 136:21 136:22 137:4 137:8 137:13 138:2 138:4 138:11 138:13 139:1 139:10 139:14 139:18 140:17 140:24 141:1 141:8 141:13 141:17 141:21 142:16 142:20 142:21 142:24 142:25 143:13 143:20 143:25 144:4 144:8 144:15 146:13 146:15 146:20 146:21 146:23 147:1 147:3 147:7 147:8 147:8 147:9 147:18 147:18 147:23 147:23 148:2 148:5 148:13 148:17 148:25 149:2 149:4 149:5 149:6 149:9 149:11 150:4 150:22 150:24 150:25 151:6 151:9 151:12 151:15 151:17 151:23 152:1 152:2 152:3 152:5 152:8 152:8 152:10 152:11 152:14 152:16 152:23 153:9 153:18 153:19 154:2 154:10 154:11 154:13 154:14 154:14 154:20 154:24 155:12 155:18 155:20 155:24 155:25 157:16 157:16 158:1 158:14 158:15 158:2 158:22 158:25 158:25 158:25 159:8 159:15 159:18 160:2 160:9 160:9 160:10 160:11 161:15 161:17 161:19 161:21 161:22 161:24 162:1 162:12 162:14 162:18 162:21 162:24 162:25 163:1 163:2 163:9 163:21 164:1 164:15 165:7 165:22 165:14 165:17 165:23 165:24 166:3 166:15 166:13 166:16 166:22 167:5 167:7 167:10 167:16 167:17 167:22 167:23 167:25 168:1 168:3 168:10 168:15 168:21 168:22 168:23 168:24 169:2 169:5 169:14 169:16 169:18 169:20 169:21 170:1 170:3 170:3 170:4 170:6 170:10 170:14 170:20 171:11 171:16 172:2 172:4 172:8 172:13 172:15 172:16 172:18 172:21 172:22 172:22 172:25 173:2 173:4 173:7 173:10 173:16 173:17 173:21 173:22 173:23 173:25 174:12 174:3 174:5 174:7 174:12 174:13 174:14 174:19 174:21 175:1 175:2 175:3 175:10 175:11 175:13 175:15 175:15 175:22 176:2 176:6 176:8 176:10 176:11 176:13 176:16 176:19 176:24 177:1 177:19 178:22 179:1 179:2 179:9 179:9 179:24 180:2 180:3 180:8 180:9 180:10 180:10 180:13 | **that**(210) | 180:13 180:18 180:21 181:2 181:2 181:4 181:6 181:9 181:10 181:14 181:16 181:19 181:21 181:25 181:25 182:2 182:3 182:12 182:18 183:1 183:7 183:7 183:9 183:13 183:16 183:17 183:18 183:24 183:25 184:6 184:8 184:10 184:11 184:20 184:22 185:7 185:8 185:10 185:10 185:13 185:14 185:20 185:21 185:25 186:1 186:2 186:7 186:11 186:22 187:1 187:2 187:5 187:9 187:9 187:14 187:15 188:2 188:4 188:10 188:12 188:14 188:15 188:15 189:5 189:5 189:6 189:9 189:11 189:12 189:14 189:16 189:16 190:2 190:4 190:7 190:9 190:20 190:21 190:23 191:4 191:6 191:12 191:16 192:6 192:8 192:9 192:10 192:12 192:17 192:19 192:23 192:24 193:2 193:5 193:7 193:7 193:7 193:11 193:12 193:13 193:14 193:14 193:17 193:19 193:20 193:22 193:22 193:22 193:23 193:23 193:24 193:25 194:1 194:4 194:10 194:10 194:11 194:12 194:19 194:21 194:24 195:1 195:4 195:6 195:14 195:20 195:25 196:5 196:5 196:6 196:10 196:13 196:19 196:21 196:24 197:2 197:3 197:5 197:14 197:20 197:24 198:1 198:2 198:11 198:15 198:16 198:25 199:2 199:9 199:19 199:11 199:12 199:17 199:18 199:19 199:23 200:5 200:6 200:8 200:16 200:17 200:18 200:21 200:22 200:24 200:25 201:1 201:3 201:5 201:8 201:11 201:17 201:19 201:20 202:2 202:12 203:23 204:3 204:5 204:9 204:11 204:22 204:23 205:2 205:6 205:7 205:8 205:9 205:13 205:14 205:15 205:20 205:21 205:24 205:25 206:2 206:9 206:10 206:11 206:14 207:1 207:2 207:3 207:15 207:21 208:3 208:4 208:8 209:5 |
| | | | | | | **that's**(167) | 5:2 5:3 6:5 6:25 7:25 8:9 9:3 10:9 10:22 12:22 15:4 16:20 17:19 19:3 20:8 22:8 23:2 24:5 24:23 25:5 25:16 26:12 32:11 38:3 39:9 41:4 41:10 41:12 41:24 42:21 42:23 43:11 44:11 44:14 46:4 46:6 46:8 47:7 49:24 53:1 55:17 58:4 59:21 60:21 60:22 61:2 61:11 61:14 61:19 66:7 67:2 67:12 67:15 69:1 72:22 73:1 74:3 77:2 79:9 80:13 81:24 82:1 82:3 82:7 82:20 89:3 92:6 94:1 94:6 95:22 96:19 97:9 98:4 98:25 100:1 100:22 101:11 101:17 107:6 107:20 110:23 110:24 111:8 113:21 114:3 115:23 118:4 122:11 122:14 122:22 124:2 124:5 124:5 125:2 125:6 125:9 125:11 125:15 129:14 129:14 130:6 130:7 131:12 131:18 135:10 135:12 139:4 141:9 141:22 143:10 146:17 148:19 148:25 149:24 150:1 150:13 151:2 151:16 152:4 152:9 152:23 153:6 154:11 154:25 156:20 159:3 159:12 162:11 162:24 163:7 165:1 167:21 168:12 168:20 169:24 169:24 170:13 174:13 175:25 176:11 182:7 182:18 183:11 183:22 184:17 184:24 185:15 187:22 189:20 190:3 192:4 193:13 194:14 195:11 196:2 197:12 197:13 201:4 201:15 201:16 201:19 202:3 203:10 203:18 204:7 204:19 205:19 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| the(301) | 1:1 1:2 1:13 1:25 3:3 4:2 4:3 4:6 4:6 4:8 4:10 4:10 4:12 4:13 4:14 4:14 4:18 4:20 4:20 4:22 4:22 4:22 4:24 5:2 5:4 5:6 5:12 5:14 5:18 5:19 5:24 6:1 6:1 6:6 6:9 6:13 6:14 6:14 6:16 6:17 6:18 6:20 6:21 6:22 6:23 6:24 6:25 6:25 7:10 7:10 7:10 7:11 7:12 7:14 7:15 7:15 7:18 7:20 7:25 8:2 8:4 8:5 8:7 8:10 8:12 8:14 8:15 8:18 8:21 8:22 8:25 9:2 9:3 9:6 9:8 9:9 9:10 9:11 9:12 9:14 9:15 9:15 9:21 9:24 10:2 10:2 10:3 10:4 10:5 10:12 10:14 10:16 10:18 10:18 10:19 10:21 10:21 10:24 11:1 11:3 11:4 11:6 11:7 11:8 11:8 11:11 11:12 11:12 11:14 11:16 11:17 11:18 11:19 11:20 11:23 12:11 12:11 12:16 12:18 12:21 12:23 13:1 13:1 13:14 13:16 13:18 13:18 13:20 13:20 13:21 13:21 13:21 13:21 13:24 13:24 13:24 14:2 14:3 14:5 14:7 14:10 14:15 14:16 14:18 14:19 14:19 14:22 14:22 14:23 15:1 15:6 15:8 15:10 15:11 15:12 15:19 15:21 15:25 15:25 16:8 16:13 16:14 16:17 16:17 17:2 17:3 17:4 17:7 17:8 17:10 17:12 17:13 17:16 17:17 17:22 17:24 18:1 18:3 18:5 18:11 18:12 18:13 18:13 18:13 18:15 18:15 18:16 18:16 18:18 18:18 18:20 18:21 19:2 19:2 19:3 19:5 19:8 19:8 19:9 19:9 19:10 19:10 19:13 19:18 19:21 19:23 20:3 20:5 20:9 20:10 20:12 20:21 20:21 20:22 20:23 20:24 20:25 20:25 21:1 21:3 21:3 21:8 21:13 21:15 21:19 21:20 21:21 21:22 21:23 21:24 22:3 22:4 22:7 22:10 22:12 22:12 22:14 22:14 22:14 22:14 22:17 22:17 22:18 22:18 22:19 22:20 22:21 22:23 23:1 23:1 23:5 23:12 23:13 23:19 23:20 23:22 23:25 24:2 24:2 24:2 24:3 24:7 24:11 24:13 24:21 24:21 25:1 25:2 25:4 25:7 25:8 25:10 25:11 25:11 25:13 25:18 25:19 25:21 25:24 25:25 26:4 26:5 26:7 26:7 26:8 26:9 26:9 26:11 26:16 26:18 26:22 26:24 27:1 27:7 27:7 27:11 27:12 27:14 27:16 27:16 27:16 | the(301) | 27:17 27:23 27:24 27:24 28:2 28:6 28:9 28:11 28:12 28:14 28:17 28:18 28:20 28:23 28:23 29:1 29:2 29:4 29:11 29:15 29:16 29:17 29:19 29:20 29:22 29:23 30:1 30:3 30:8 30:10 30:14 30:15 30:15 30:19 31:3 31:7 31:12 31:13 31:15 31:18 31:21 31:24 31:25 31:25 32:7 32:12 32:13 32:15 32:19 33:2 33:3 33:5 33:6 33:7 33:8 33:10 33:10 33:11 33:12 33:12 33:16 33:19 33:21 33:23 34:3 34:5 34:5 34:12 34:14 34:17 34:19 34:23 34:23 35:5 35:4 35:10 35:11 35:11 35:16 35:17 35:22 36:3 36:5 36:8 36:14 36:15 36:16 36:18 36:25 37:3 37:7 37:7 37:8 37:8 37:9 37:11 37:15 37:23 38:5 38:6 38:8 38:8 38:11 38:13 38:15 38:23 38:25 39:3 39:5 39:9 39:20 39:23 40:1 40:1 40:3 40:3 40:4 40:7 40:8 40:16 40:17 40:19 40:22 41:2 41:3 41:3 41:3 41:4 41:5 41:6 41:8 41:16 41:18 41:24 42:1 42:1 42:3 42:4 43:24 44:2 44:4 44:6 44:9 44:9 44:12 44:17 44:18 44:23 45:1 45:2 45:3 45:4 45:5 45:9 45:18 45:19 45:22 45:22 45:24 46:1 46:1 46:1 46:15 46:16 46:17 46:18 46:18 46:20 47:1 47:4 47:6 47:8 47:8 47:11 47:13 47:14 47:20 47:22 47:22 47:24 48:1 48:3 48:6 48:8 48:12 48:13 48:14 48:14 48:16 48:17 48:18 48:21 49:8 49:10 49:10 49:11 49:11 49:14 49:19 49:21 49:22 49:24 50:11 50:11 50:16 50:19 50:21 50:24 50:24 50:24 50:25 50:25 51:1 51:1 51:1 51:2 51:2 51:3 51:3 51:5 51:9 51:15 51:17 51:20 51:23 51:23 52:2 52:4 52:4 52:7 52:9 52:11 52:23 52:24 52:25 53:2 53:5 53:8 53:11 53:12 53:14 53:14 53:21 54:3 54:5 54:5 54:9 54:11 54:11 54:19 54:20 54:20 54:21 55:7 55:7 55:8 55:10 55:10 55:12 55:15 55:21 55:22 55:24 55:25 56:1 56:6 56:9 56:12 56:14 56:16 56:23 56:24 57:1 | the(301) | 57:4 57:6 57:7 57:7 57:13 57:15 57:16 57:18 57:21 57:24 57:25 57:25 58:4 58:6 58:6 58:7 58:9 58:11 58:18 58:22 58:23 58:25 59:2 59:3 59:7 59:13 59:15 59:19 60:2 60:2 60:12 60:12 60:15 60:16 60:16 60:19 60:20 61:2 61:3 61:5 61:7 62:10 61:13 61:16 61:19 62:3 62:12 62:16 62:22 62:25 62:25 63:1 63:3 63:3 63:4 63:4 63:5 63:5 63:17 63:18 63:20 63:20 63:23 63:25 64:1 64:1 64:3 64:10 64:12 64:13 64:22 64:22 65:3 65:8 65:9 65:10 65:14 65:18 65:19 65:21 66:1 66:9 66:13 66:14 66:14 66:15 66:15 66:19 66:20 66:20 66:22 66:24 66:27 67:4 67:10 67:12 67:15 67:21 67:23 67:23 68:1 68:3 68:4 68:9 68:11 68:11 68:24 69:7 69:8 70:1 70:11 70:14 71:12 71:15 71:17 71:18 71:21 71:21 72:8 72:10 72:11 72:13 72:15 72:17 72:18 72:20 72:22 72:25 73:2 73:3 73:6 73:13 73:19 73:21 73:24 74:5 74:10 74:15 74:16 74:16 74:18 75:2 75:5 75:6 75:7 75:7 75:8 75:9 75:13 75:13 75:14 75:17 75:23 75:24 76:3 76:4 76:5 76:5 76:6 76:7 76:7 76:8 76:9 76:10 76:12 76:13 76:14 76:15 76:17 77:1 77:4 77:5 77:19 77:20 78:3 78:7 78:9 78:10 78:18 78:18 78:21 78:23 78:23 78:25 79:1 79:2 79:6 79:9 79:10 79:14 79:25 80:1 80:6 80:6 80:14 80:18 80:18 80:18 80:19 80:21 81:10 81:10 81:11 81:12 81:14 81:14 81:17 81:17 81:21 81:21 82:2 82:4 82:5 82:19 82:20 82:21 83:1 83:3 83:7 83:8 83:9 83:11 83:13 83:16 83:17 83:21 83:25 83:22 83:23 83:25 84:1 84:11 84:13 84:19 84:21 85:1 85:10 85:12 85:16 85:19 85:22 86:6 86:7 86:7 86:10 86:10 86:11 86:12 86:16 86:18 86:18 87:7 87:8 87:11 87:12 87:13 87:14 87:14 87:15 87:16 87:16 87:23 87:24 88:1 88:13 88:25 88:25 89:4 89:5 89:6 89:10 89:13 89:13 89:14 89:15 89:15 89:24 89:25 89:25 90:3 90:3 90:12 90:14 90:20 90:20 | the(301) | 90:22 90:23 91:3 91:5 91:6 91:6 91:10 91:11 91:13 91:15 91:22 91:23 91:23 91:25 92:1 92:1 92:14 92:14 92:18 92:21 93:1 93:7 93:8 93:8 93:10 93:11 93:11 93:11 93:18 93:20 93:23 93:24 94:7 94:8 94:10 94:13 94:15 95:1 95:5 95:6 95:10 95:11 95:13 95:18 95:18 95:18 95:20 95:22 95:25 96:5 96:6 96:7 96:10 96:11 97:8 97:10 97:10 97:11 97:11 97:17 97:18 97:23 98:3 98:4 98:6 98:6 98:8 98:10 99:6 99:9 99:9 99:14 99:14 99:22 99:23 99:25 100:1 100:4 100:8 100:8 100:9 100:11 100:13 100:25 101:2 101:5 101:8 101:11 101:15 101:17 101:24 102:1 102:1 102:5 102:8 102:11 102:16 102:17 102:17 102:18 102:19 102:20 102:20 102:22 103:1 103:22 103:24 104:1 104:1 104:3 104:6 104:9 104:23 104:23 105:10 105:14 105:15 105:18 106:1 106:4 106:8 106:9 106:15 106:20 107:2 107:9 107:10 107:18 107:20 107:23 107:25 108:1 108:2 108:2 108:3 108:3 108:4 108:5 108:7 108:8 108:9 108:10 108:12 108:14 108:16 108:16 108:21 108:23 108:25 109:1 109:2 109:4 109:5 109:13 109:23 110:2 110:6 110:6 110:12 110:21 110:22 110:22 110:22 110:23 110:24 110:25 111:6 111:7 111:8 111:9 111:17 111:23 112:4 112:9 112:11 112:13 112:13 112:14 112:16 112:16 112:21 112:21 112:23 112:23 113:1 113:2 113:2 113:11 113:12 113:15 113:15 113:28 113:24 114:2 114:2 114:3 114:9 114:12 114:12 114:15 114:22 114:22 115:3 115:4 115:4 115:14 115:20 115:22 115:23 116:6 116:14 117:1 117:3 117:5 117:7 117:8 117:11 117:14 117:16 117:19 118:1 118:1 118:7 118:9 118:12 118:12 118:15 119:2 119:5 119:5 119:16 119:17 119:20 119:23 120:1 120:3 120:4 120:10 120:5 120:5 120:7 120:10 120:15 120:18 120:24 121:3 121:6 121:10 121:11 121:17 121:17 121:18 121:19 121:21 121:23 121:25 122:1 122:3 122:6 122:10 122:12 122:13 122:14 122:18 122:20 122:25 123:2 123:2 123:6 123:10 123:12 123:13 123:14 123:16 123:21 123:23 123:25 124:2 124:3 124:5 124:5 124:7 124:7 124:8 124:12 124:15 124:17 124:19 124:19 124:20 124:20 124:21 124:23 125:1 125:4 125:7 125:9 125:10 125:12 125:13 125:14 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **the**(301) | 125:15 125:15 125:17 125:18 125:20 125:24 126:1 126:1 126:4 126:6 126:8 126:9 126:13 126:16 126:21 126:22 126:23 127:3 127:10 127:11 127:13 128:1 128:14 128:19 129:5 129:6 129:9 129:14 129:20 129:25 130:6 130:7 130:8 130:9 130:13 130:14 130:18 130:21 130:22 131:1 131:11 131:15 131:16 131:18 131:20 131:24 132:4 132:7 132:10 132:10 132:13 132:15 132:15 132:17 132:19 132:21 132:21 132:22 132:23 132:24 133:3 133:1 133:15 133:18 133:20 134:5 134:7 134:9 134:9 134:14 134:14 134:17 134:25 135:5 135:6 135:19 136:1 136:1 136:10 136:12 136:12 136:16 136:18 136:19 136:19 136:21 136:22 136:25 136:25 137:9 137:1 137:14 137:16 137:25 138:1 138:6 138:7 138:10 138:11 138:15 138:16 138:21 138:22 139:1 139:1 139:6 139:8 139:9 139:10 139:11 139:15 139:16 139:16 139:18 139:19 139:21 139:24 140:2 140:4 140:6 140:7 140:8 140:9 140:15 140:18 140:20 140:22 140:25 141:4 141:9 141:12 141:17 141:18 141:20 141:23 142:5 142:5 142:11 142:11 142:13 142:15 142:18 142:20 142:23 142:24 142:25 143:5 143:7 143:8 143:10 143:12 143:15 143:16 143:1 143:22 144:4 144:4 144:6 144:9 144:12 144:14 144:15 144:17 144:18 144:18 144:21 144:22 145:2 145:5 145:6 145:12 145:14 145:16 145:16 145:17 145:18 145:19 145:24 146:2 146:3 146:6 146:8 146:11 146:15 146:16 146:18 146:20 146:23 146:24 147:2 147:2 147:5 147:10 147:11 147:11 147:13 147:14 147:16 147:18 147:20 147:21 148:2 148:5 148:10 148:12 148:14 148:18 148:19 148:21 148:23 148:24 148:24 148:25 149:3 149:7 149:8 149:8 149:9 149:9 149:10 149:13 149:14 149:16 149:16 149:16 149:20 149:21 149:21 149:22 149:22 149:23 149:23 149:25 149:25 150:2 150:2 150:2 150:3 150:3 150:4 150:5 150:5 150:8 150:11 150:13 150:14 150:15 150:15 150:17 150:17 150:17 150:19 150:19 150:21 150:25 151:1 151:2 151:11 151:12 151:13 151:15 151:18 152:1 152:2 152:3 152:3 152:6 152:9 152:11 152:3 153:6 153:7 153:10 153:11 153:14 153:17 153:21 153:22 153:23 154:1 154:6 154:13 154:19 154:22 155:7 155:8 155:8 155:12 155:16 155:16 155:20 155:20 155:23 155:24 155:24 156:1 156:2 156:4 156:4 | **the**(301) | 156:8 156:9 156:11 156:13 156:14 156:16 156:17 156:20 156:24 156:24 157:1 157:2 157:5 157:9 157:9 157:18 157:18 157:19 157:19 157:19 158:5 158:8 158:9 158:12 158:19 158:21 158:25 158:25 159:1 159:1 159:10 159:13 159:14 159:17 160:2 160:5 160:6 160:10 160:13 160:17 160:18 160:23 161:1 161:8 161:12 162:1 162:10 162:23 162:23 162:3 162:25 163:3 163:6 163:7 163:8 163:19 164:5 164:6 164:9 164:10 164:11 164:11 164:12 164:13 164:18 165:24 165:25 166:6 166:8 166:10 166:10 166:14 166:14 166:24 166:24 167:1 167:2 167:2 167:5 167:13 167:14 167:15 167:18 167:22 168:5 168:9 168:10 168:11 168:12 168:14 168:18 168:19 168:20 168:23 169:6 169:1 169:18 169:21 170:3 170:7 170:7 170:8 170:10 170:13 170:14 170:17 170:21 170:23 170:24 170:24 171:1 171:1 171:3 171:3 171:4 171:7 171:9 171:14 171:17 171:21 171:23 172:12 172:16 172:18 172:18 173:2 173:16 173:16 173:1 173:19 174:3 174:10 174:14 174:17 174:20 175:1 175:9 175:9 175:9 175:23 176:1 176:1 176:2 176:11 176:14 176:14 176:18 176:21 176:22 176:23 177:2 177:3 177:3 177:5 177:8 177:10 177:11 177:12 177:12 177:13 178:5 178:5 178:8 178:14 178:18 178:17 178:22 179:6 179:9 179:9 179:21 179:22 179:24 180:1 180:4 180:4 180:7 180:9 180:11 180:13 180:16 180:17 180:18 180:22 180:22 180:23 180:24 180:25 181:2 181:3 181:7 181:7 181:10 181:20 181:21 181:23 181:25 182:11 183:15 183:18 183:19 183:21 183:22 183:25 184:3 184:4 184:4 184:7 184:9 184:10 184:18 184:18 185:7 185:9 185:11 185:16 185:19 185:20 185:23 186:1 186:3 186:6 186:7 186:8 186:8 186:11 186:12 186:13 186:14 186:16 186:16 186:17 187:7 187:9 187:14 187:15 187:17 187:18 187:19 187:24 188:5 188:9 188:15 188:16 188:19 188:19 188:20 188:22 188:25 189:2 189:3 189:6 189:6 189:9 189:10 190:12 190:13 189:14 189:17 189:22 189:22 190:4 190:3 190:24 190:25 191:5 191:16 191:7 191:11 191:12 191:12 191:15 191:18 191:18 191:19 191:21 | **the**(166) | 191:22 192:1 192:15 192:19 192:20 192:21 192:22 192:24 192:25 192:25 193:1 193:2 193:4 193:6 193:8 193:13 193:17 193:17 193:18 194:1 194:2 194:2 194:4 194:5 194:5 194:5 194:7 194:9 194:10 194:11 194:14 194:15 194:1 194:25 195:2 195:2 195:9 195:12 195:18 195:25 196:3 196:8 196:9 196:10 197:1 197:3 197:7 197:9 197:10 197:11 197:13 197:16 197:16 197:19 198:10 198:16 198:19 199:4 199:8 199:8 199:13 199:13 199:15 199:22 200:1 200:5 200:6 200:8 200:9 200:10 200:11 200:12 200:1 200:13 200:14 200:15 200:20 200:20 200:23 200:23 201:2 201:9 201:12 201:14 201:21 201:21 201:24 201:24 201:24 202:5 202:1 202:21 202:24 203:6 203:12 203:13 203:15 203:16 203:18 203:20 203:24 203:24 203:25 203:25 204:1 204:3 204:7 204:8 204:8 204:9 204:10 204:11 204:11 204:15 204:16 204:17 204:21 204:25 205:1 205:5 205:5 205:10 205:10 205:21 205:23 205:25 206:1 206:2 206:5 206:5 206:8 206:8 206:10 206:11 206:11 206:1 206:15 206:19 206:23 206:25 207:5 207:7 207:11 207:20 207:23 207:24 207:24 208:1 208:4 208:6 208:6 208:8 208:11 208:13 208:15 208:16 208:18 208:20 208:22 208:22 209:2 209:5 209:6 209:6 209:7 | **there's**(47) | 9:16 16:3 17:23 42:20 42:22 46:13 46:21 50:7 54:4 54:17 56:4 58:2 59:14 59:18 62:18 64:2 75:8 82:3 87:6 88:23 89:1 89:5 98:20 98:23 101:10 102:24 108:9 130:25 149:24 151:7 151:8 153:19 154:10 158:13 167:23 170:12 170:18 171:17 179:8 184:23 185:12 188:18 193:4 193:5 193:6 202:12 204:4 |
| | | | | | | **thereafter**(1) | 198:24 |
| | | | | | | **therein**(3) | 13:11 50:12 141:13 |
| | | | | | | **thereto**(1) | 139:24 |
| | | | | | | **these**(50) | 14:9 14:21 16:12 16:13 18:20 19:2 24:15 33:2 33:4 43:13 43:14 45:9 52:9 52:20 53:5 55:4 58:13 60:5 63:13 63:16 65:2 65:7 78:15 78:22 79:23 80:2 89:9 95:18 101:19 102:10 103:22 103:24 107:12 109:23 116:5 116:8 116:11 119:14 137:4 150:15 154:10 155:12 155:16 169:17 174:8 178:3 182:7 184:20 193:19 195:17 |
| | | | | | | **they**(131) | 4:16 5:16 5:18 5:20 7:14 7:16 10:3 15:23 17:1 17:15 17:25 18:7 18:18 18:9 18:9 18:11 18:17 19:1 22:3 25:6 25:6 27:5 37:19 37:21 37:22 51:22 53:6 53:17 54:7 54:13 54:14 54:24 57:20 58:3 59:17 60:7 60:7 60:15 60:15 60:16 64:13 64:13 65:3 69:4 72:9 74:5 76:11 76:15 76:16 76:20 78:16 85:11 85:14 85:16 85:17 85:17 85:18 86:15 86:15 87:14 89:1 89:7 89:9 91:24 95:2 95:8 96:20 96:20 100:12 102:6 102:14 102:22 102:22 107:11 110:5 110:5 113:1 115:11 116:2 122:14 128:23 132:20 133:5 140:6 142:1 144:25 151:9 151:22 152:3 152:5 153:25 154:2 154:4 154:5 154:10 154:11 154:21 155:2 155:3 162:2 162:25 163:14 164:18 169:22 172:11 175:1 175:22 178:22 179:15 181:25 182:3 182:6 182:9 182:13 182:15 182:21 182:23 183:1 183:2 183:3 183:7 183:9 183:11 187:1 189:14 191:21 200:3 200:12 202:6 206:13 206:15 |
| | | | | | | **they'd**(1) | 76:17 |
| | | | | | | **they're**(20) | 15:23 21:25 22:4 28:18 59:18 64:13 65:4 70:7 70:12 85:13 125:18 128:21 133:6 138:20 142:3 155:4 162:19 179:16 181:2 196:7 |
| | | | | | | **they've**(7) | 5:25 54:9 75:4 81:24 82:1 153:24 154:1 |
| | | | | | | **thin**(2) | 12:21 12:22 |
| | | | | | | **thing**(6) | 95:22 125:10 160:10 172:8 176:11 181:11 |
| | | | | | | **things**(14) | 107:12 114:22 121:8 124:5 140:22 148:12 159:23 165:12 165:21 167:6 178:8 178:22 181:4 181:16 |
| | | | **their**(31) | 5:16 5:19 5:20 5:24 6:21 10:15 17:20 77:1 91:5 94:25 95:2 95:7 96:18 125:9 128:3 128:4 137:1 137:2 144:11 151:4 153:6 155:3 158:2 164:24 171:2 175:1 175:2 178:13 182:22 182:24 202:5 | **think**(44) | 7:16 8:17 9:25 16:23 17:15 27:4 53:10 55:17 55:17 55:21 56:5 62:22 64:19 64:23 67:10 72:15 72:22 74:14 75:4 82:24 100:19 101:12 110:21 123:21 126:1 138:20 138:22 140:2 140:11 147:25 153:19 154:17 164:20 165:14 165:14 173:6 174:10 179:8 193:4 193:6 201:4 202:14 205:9 207:15 |
| | | | **them**(58) | 5:25 9:13 12:10 15:21 17:9 18:12 18:13 18:21 21:23 47:14 47:15 52:5 53:20 54:10 60:15 65:6 69:9 70:2 70:4 70:6 77:15 78:16 85:15 86:8 87:16 89:6 89:7 95:7 98:21 102:14 102:15 104:17 115:17 115:17 128:4 128:22 128:23 142:3 153:22 153:23 162:11 169:16 172:23 174:1 182:5 182:21 189:1 189:15 189:15 189:1 190:17 192:17 200:12 | **third**(5) | 64:1 179:7 181:15 189:22 195:17 |
| | | | **themselves**(1) | 63:4 | | |
| | | | **then**(76) | 4:12 6:19 7:23 9:9 21:4 22:17 24:17 27:5 32:3 33:3 41:11 46:14 46:23 46:24 47:15 47:16 47:20 47:22 48:13 48:17 53:22 54:5 54:6 54:7 56:20 59:15 59:19 60:19 65:7 71:24 71:24 71:25 72:25 73:13 74:7 78:21 82:14 89:15 89:25 91:2 91:2 91:5 102:16 102:19 103:15 108:3 108:17 110:6 111:2 113:24 119:5 119:22 137:14 153:22 154:6 155:11 161:13 163:4 163:16 164:12 168:4 172:1 172:25 173:6 173:9 173:23 174:6 175:24 177:6 181:4 187:12 192:24 204:10 204:16 204:17 204:18 205:11 208:16 | | |
| | | | **there**(105) | 4:25 6:3 8:8 8:22 8:24 9:16 12:10 12:23 15:19 18:14 21:1 22:11 23:23 27:7 29:4 36:8 41:1 48:5 50:9 53:9 53:9 54:9 54:18 56:17 60:16 63:11 70:14 71:1 72:7 72:25 73:17 74:17 77:9 79:17 87:2 89:3 91:17 93:16 97:18 98:11 101:10 101:14 103:11 105:24 105:25 107:10 107:15 107:16 108:11 111:17 112:17 113:2 114:10 114:13 114:16 114:18 115:15 117:3 120:10 121:9 121:21 124:6 142:14 148:13 150:18 154:24 162:12 162:21 163:19 163:24 164:20 166:3 168:10 168:15 168:17 169:1 169:7 173:20 173:22 174:15 175:15 175:17 176:8 176:9 179:7 179:7 181:4 181:14 181:16 181:18 184:24 187:15 188:6 189:10 192:14 196:5 198:16 202:9 204:9 204:12 204:16 204:17 204:18 205:11 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**this(246)** 10:5 13:5 13:10 15:4 15:15 16:7 16:22 16:24 17:5 17:17 17:19 17:22 19:2 21:5 21:20 23:22 24:14 24:19 24:19 26:3 26:7 26:8 26:22 29:5 29:14 29:17 29:25 30:7 32:4 32:9 34:18 34:18 36:6 36:17 37:3 37:7 37:10 37:16 39:21 39:25 40:17 41:1 41:1 41:20 41:24 41:25 42:9 44:22 46:7 48:19 49:20 50:15 50:19 50:22 51:8 51:24 53:24 55:13 55:21 57:4 57:24 58:3 58:19 61:21 63:17 63:23 63:25 64:16 64:18 64:19 65:5 67:3 70:19 70:23 71:1 71:2 71:22 74:21 79:3 80:7 80:10 80:14 80:17 80:20 82:7 84:19 88:3 88:3 88:6 90:16 91:20 93:3 93:5 93:7 94:6 94:24 94:25 95:1 95:13 95:15 96:22 97:14 97:20 97:23 98:2 98:5 98:5 98:10 99:3 99:6 99:9 99:19 100:1 100:18 100:21 101:1 101:3 101:13 101:19 101:22 102:6 103:12 104:25 105:17 106:17 108:1 109:1 111:2 111:22 112:13 112:25 114:10 116:6 116:20 117:23 118:6 118:17 118:21 119:2 119:11 119:24 121:16 122:21 123:14 123:19 124:18 125:8 126:1 127:19 128:25 130:11 130:19 130:23 131:14 132:11 135:13 135:16 139:10 139:12 139:14 140:1 140:4 140:5 140:6 141:10 143:2 144:11 145:6 145:10 146:9 146:15 146:18 146:21 147:1 148:7 151:20 152:5 152:8 152:23 153:12 153:13 153:24 154:21 154:23 154:24 155:6 157:13 157:18 157:21 158:1 158:6 158:9 158:14 158:14 158:22 159:22 163:23 164:1 164:11 164:16 165:2 165:3 165:8 165:14 165:16 165:20 166:9 166:19 167:9 168:24 169:11 169:17 169:21 172:2 173:14 173:15 173:22 175:12 175:18 177:10 177:20 178:1 179:25 180:5 181:19 181:20 183:9 183:13 183:18 184:9 185:14 186:5 191:1 191:8 192:23 193:16 195:6 199:6 202:5 202:14 203:11 203:24 204:8 204:14 207:10

**those(113)** 4:19 5:2 5:2 7:13 7:14 10:20 15:2 15:6 18:1 24:10 27:17 28:3 29:2 29:23 36:3 37:9 43:17 43:21 50:25 51:16 53:20 54:6 54:7 54:10 56:2 56:4 56:8 56:8 59:15 59:17 60:17 60:20 64:4 69:2 69:7 72:19 72:21 74:1 74:7 76:13 79:19 79:21 80:22 81:1 82:14 82:22 84:16 84:22 85:13 85:14 85:18 85:18 88:15 90:1 90:22 110:14 112:6 114:19 115:7 115:11 115:25 120:20 120:24 132:1 136:22 138:21 139:2 151:4 151:9 151:18 159:5 161:20 161:23 162:9 162:10 163:4 167:11 168:23 170:19 170:20 171:14 171:18 171:19 172:10 173:12 173:15 173:16 175:4 175:10 175:11 178:9 179:3 179:9 179:14 181:2 181:8 181:18 184:2 184:20 184:25 186:13 186:1 186:22 186:24 187:12 188:20 191:12 196:7 196:22 198:17 202:8 204:20 205:4

**though(5)** 9:16 74:25 81:7 189:1 189:8
**thought(4)** 24:19 95:11 131:18 193:8
**thousand(2)** 170:12 170:18
**three(28)** 11:1 13:18 14:23 15:20 31:17 47:16 69:24 87:1 99:17 99:20 103:20 127:6 128:12 129:5 129:11 129:12 129:18 129:24 132:19 132:19 138:13 155:6 173:1 173:12 173:15 176:5 178:25 186:4

**three-month(2)** 37:22 39:22
**through(45)** 43:7 45:10 48:24 48:24 48:25 55:19 65:14 65:22 66:9 71:25 85:23 93:19 98:5 103:11 108:2 108:3 116:9 117:6 129:18 132:4 137:4 141:15 151:4 151:10 151:13 152:11 152:12 153:14 164:20 166:7 167:11 168:21 172:7 172:23 173:2 177:23 178:14 181:22 184:18 189:17 191:11 195:10 203:11 207:2 207:4

**throughout(9)** 11:5 40:1 46:7 49:11 57:7 60:2 128:7 137:12 151:10

**throw(1)** 76:20
**throwing(1)** 124:6
**time(62)** 7:18 8:22 21:24 22:3 27:10 29:5 29:17 35:9 36:25 46:5 46:11 47:25 49:19 56:20 59:7 63:18 63:23 65:9 67:9 68:9 68:11 71:2 75:6 78:18 79:8 81:14 85:12 85:19 95:13 101:16 103:22 104:9 104:23 104:23 105:2 107:10 107:16 110:24 111:9 113:12 116:14 116:21 121:22 128:23 132:21 140:17 154:2 154:4 162:14 170:23 183:17 185:20 185:23 189:5 191:4 193:9 194:4 194:5 197:5 199:12 200:21 207:10

**timeframe(1)** 104:2
**timely(1)** 53:22
**times(7)** 66:17 66:20 87:1 87:5 132:20 151:9 164:22

**timesheet(10)** 39:2 63:17 64:2 65:6 73:4 108:8 108:10 108:12 108:17 109:1

**timesheets(8)** 39:8 39:18 64:13 65:2 71:24 107:18 108:5 108:6

**timing(4)** 197:17 197:19 199:2 199:5
**today(31)** 4:7 5:2 5:3 5:8 6:5 25:7 33:9 35:22 83:17 85:24 104:18 116:3 131:9 131:23 132:5 134:25 136:4 136:7 136:23 141:10 141:12 141:16 154:11 154:24 155:23 156:5 165:24 170:17 175:5 184:23 197:25

**today's(2)** 135:25 199:18
**together(1)** 133:11
**told(7)** 32:9 58:20 59:6 85:17 165:12 165:15 178:12

**ton(1)** 177:24
**too(3)** 76:17 122:9 153:22
**tool(1)** 168:15
**tools(6)** 141:21 141:24 164:24 168:4 168:11 172:1

**top(20)** 13:22 15:10 15:11 17:12 17:22 22:18 22:18 23:5 29:17 75:17 94:10 130:12 162:1 166:15 169:9 179:10 179:21 193:15 200:4 203:20

**tops(1)** 5:25
**total(7)** 66:15 78:13 99:22 130:4 173:20 182:18 193:6

**totaled(1)** 147:25
**totally(1)** 187:17
**towards(8)** 33:8 33:9 78:23 101:9 113:15 115:22 161:8 186:14

**tracey(15)** 3:5 7:4 7:22 8:13 12:1 20:10 54:12 54:18 55:11 55:12 97:7 97:14 97:15 97:20 98:6

**training(2)** 133:18 139:11
**transacted(1)** 180:1
**transaction(9)** 41:4 41:5 41:6 41:17 42:2 42:20 42:22 177:4 206:12

**transactions(8)** 21:3 41:19 47:16 50:23 167:3 185:24 193:9 206:5

**transcript(3)** 1:24 1:46 209:6
**transcription(2)** 1:39 1:46
**transfer(3)** 74:3 147:3 166:12
**transfers(6)** 4:11 150:3 150:5 150:7 150:8 169:18

**treatment(1)** 160:2

**trial(16)** 4:8 5:3 5:8 5:19 6:6 6:9 9:22 10:17 36:16 36:17 83:9 134:7 134:10 154:6 207:11 208:16

**tried(1)** 24:7
**trouble(5)** 33:9 121:10 121:11 121:17 158:17

**true(24)** 13:10 14:10 14:16 14:23 16:7 18:7 20:23 23:8 25:24 29:8 36:17 43:14 43:15 43:21 44:22 70:23 96:17 116:11 137:8 158:16 161:19 161:21 187:14 200:1

**trust(3)** 1:14 4:6 11:17
**trustee(9)** 1:13 1:30 4:6 4:11 4:13 6:2 6:18 7:16 11:11

**trustee's(1)** 11:12
**truth(14)** 7:14 18:13 18:18 19:2 19:10 20:23 23:1 24:2 27:17 33:2 33:10 57:16 95:18 120:5

**try(5)** 5:10 55:22 108:25 121:16 201:4
**tryer(2)** 139:9 139:11
**trying(18)** 23:24 24:11 25:8 55:19 69:25 73:1 79:7 122:22 133:8 143:2 149:15 149:18 149:18 149:18 149:18 178:22 179:2 202:19

**tuesday(2)** 54:1 57:23
**turn(13)** 21:8 21:13 29:1 30:13 31:17 31:17 75:13 80:6 86:16 115:20 117:25 141:8 201:21

**turning(3)** 16:2 156:12 163:18
**twelve(5)** 173:25 184:13 185:9 185:11
**twenty(1)** 190:9
**two(59)** 5:18 6:7 7:23 16:12 16:13 29:17 29:23 34:19 39:2 39:8 48:10 52:20 55:10 55:16 55:17 62:25 63:11 67:24 67:25 70:14 74:16 77:4 78:10 80:17 80:22 81:17 93:16 93:23 103:20 107:20 108:6 108:18 108:20 109:16 128:12 129:12 129:18 129:24 132:21 133:13 134:5 138:13 155:6 164:12 170:23 174:12 174:17 175:10 178:24 179:5 179:7 179:9 179:14 181:4 188:21 190:22 203:20 204:18

**type(19)** 17:14 35:1 36:1 41:6 54:15 82:11 127:24 128:15 129:1 140:6 144:2 162:25 163:16 163:17 172:8 182:9 183:10 196:13 202:12

**types(4)** 24:15 37:15 111:2 111:6
**typical(5)** 132:18 152:1 156:21 186:3 196:10

**typically(7)** 54:17 108:13 151:7 152:1 169:1 172:6 199:7

**typing(1)** 196:15
**typo(3)** 110:20 167:15 167:17
**uh-huh(3)** 75:18 106:25 117:5
**ultimate(1)** 62:22
**um-hum(19)** 5:4 13:4 25:4 69:22 70:20 94:2 101:8 104:8 106:3 109:7 112:5 118:8 118:9 139:21 145:21 145:24 165:11 181:11 202:21

**unbilled(1)** 183:14
**uncommon(1)** 159:3
**under(27)** 6:19 10:14 17:16 18:23 21:1 24:22 26:2 29:13 41:16 63:6 68:20 68:24 85:22 96:15 101:20 103:24 103:24 107:1 112:12 114:2 135:19 136:1 139:19 153:6 153:13 154:6 169:9

**underlying(1)** 139:12
**understand(22)** 10:14 10:24 14:24 18:25 26:14 45:6 49:8 67:13 71:12 72:13 99:13 102:1 107:22 110:21 111:1 112:10 128:4 135:25 137:1 153:18 165:9 178:19

**understanding(8)** 27:1 29:14 30:4 66:5 71:23 79:2 110:24 208:3

**understood(5)** 24:6 24:8 29:19 53:7 73:10
**undiscovered(1)** 154:15
**unisys(1)** 171:9
**united(2)** 1:1 1:26
**university(1)** 127:11
**unless(4)** 67:8 76:12 87:2 87:6
**unpaid(2)** 172:4 174:4
**unsecured(1)** 4:21
**until(2)** 83:2 177:20
**unusual(2)** 152:7 159:21
**unwilling(1)** 5:11
**update(3)** 169:9 184:16 185:8
**upon(28)** 5:8 5:23 5:24 6:17 6:20 10:19 19:1 53:15 58:24 58:25 60:14 115:10 136:23 138:22 146:19 148:10 148:25 149:5 154:10 157:21 158:2 158:9 158:16 159:10 181:21 186:11 205:5 206:4

**use(4)** 9:15 74:10 131:8 169:24
**used(10)** 68:17 68:17 71:18 141:24 141:25 143:24 162:24 164:17 164:24 178:20

**uses(1)** 77:16
**using(3)** 49:1 157:21 180:6
**utility(2)** 74:15 140:3
**utilized(3)** 118:25 143:14 143:23
**vague(1)** 138:14
**value(1)** 202:16
**varies(1)** 130:24
**various(6)** 103:12 141:21 159:25 176:6 176:8 178:8

**vc--007(1)** 36:21
**vc-002(1)** 39:10
**vc-008(2)** 38:1 38:14
**vc-021(2)** 115:23 116:25
**vc-025(1)** 115:23 116:25
**vector(170)** 1:20 4:8 5:2 5:5 5:11 5:11 7:3 7:4 7:5 7:11 9:19 11:5 12:8 12:9 12:13 17:6 18:9 19:9 19:14 20:9 20:12 21:19 24:8 34:14 34:17 34:20 35:2 35:6 35:9 36:9 36:12 36:25 38:18 39:6 39:7 39:16 39:18 40:6 40:17 42:10 43:1 43:16 49:14 52:23 53:9 56:2 56:14 57:9 59:12 59:24 60:7 60:9 60:13 60:25 61:19 61:25 62:4 62:7 63:17 67:21 68:19 69:12 71:9 71:19 71:25 72:1 72:4 72:5 72:8 72:9 72:9 72:19 72:19 72:22 73:19 73:22 73:25 74:10 74:23 74:25 76:2 76:4 76:23 77:3 77:16 78:23 81:8 82:22 84:6 84:14 85:6 85:9 85:11 85:19 86:2 88:11 88:13 88:17 88:21 100:12 101:4 102:7 105:8 107:2 107:5 107:8 109:16 109:19 111:1 113:24 116:9 116:20 124:22 126:11 128:16 128:20 129:6 131:3 131:5 132:12 132:14 132:16 139:17 141:17 146:24 147:9 147:12 147:13 149:1 149:5 152:1 152:11 155:25 156:1 159:1 160:2 160:8 161:22 162:9 162:15 164:16 165:21 167:3 167:13 170:4 171:2 171:14 171:18 175:19 175:21 176:5 177:4 178:13 178:15 178:16 178:21 179:1 179:25 185:25 186:18 193:10 194:21 195:6 196:18 196:20 197:10 200:19 200:22 201:8

**vector's(35)** 10:23 34:22 34:24 35:24 36:5 40:12 47:12 51:6 64:2 69:23 71:25 79:24 85:1 85:8 85:25 85:25 86:22 86:25 87:4 87:11 88:6 104:24 105:3 111:2 111:4 120:18 124:13 146:19 151:23 161:25 185:17 194:24 195:19 204:4 204:17

**vector/trade(1)** 2:4
**vendors(2)** 197:17 199:3
**verbal(1)** 165:4
**verbally(1)** 135:2
**verification(3)** 118:2 174:20 208:5

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **verify**(1) 174:5 | | **was**(27) 196:18 196:20 198:2 198:11 | | **what**(152) 6:5 7:13 9:5 11:22 14:24 19:3 | | **which**(111) 5:18 7:14 10:7 10:8 10:19 | |

verify(1) 174:5
versa(1) 181:18
very(22) 49:8 56:15 56:16 56:19 61:2 68:17 69:17 81:10 95:11 97:7 102:23 120:11 136:13 136:13 139:22 140:21 171:21 177:18 179:16 197:2 197:6 206:13

via(8) 65:6 74:3 86:8 86:8 87:20 102:24 159:23 178:8

vice(2) 36:25 181:18
victoria(1) 2:11
visibility(1) 95:2
voir(6) 3:2 133:20 133:22 136:10 136:12 138:7

voluntary(1) 182:11
wait(9) 45:5 133:8 140:17 143:7 143:7 154:6 194:9 194:9 194:9

waiver(1) 4:20
walk(1) 203:11
want(36) 6:11 6:12 25:6 40:18 40:25 51:15 63:19 67:7 78:6 83:17 86:7 93:18 94:7 95:24 99:1 99:13 105:23 109:8 112:10 113:11 115:22 115:22 117:14 120: 120:4 121:9 121:13 121:14 122:8 122:10 150:13 163:16 167:11 167:15 168:9 208:1

wanted(3) 6:7 6:8 34:3
wants(2) 207:12 207:13
was(301) 4:16 5:11 5:11 5:13 5:16 5:20 5:23 6:2 6:3 16:8 17:12 18:14 21:1 23:12 24:8 24:19 24:19 25:2 26:6 26:7 27:12 27:18 27:22 30:5 30:25 31:4 31:6 31:9 31:13 32:9 35:23 36:2 36:8 36:9 36:11 37:18 37:21 37:24 37:24 38:8 38:21 38:24 38:25 38:25 39:2 39:3 39:3 39:21 39:23 40:4 40:6 40:9 41:23 41:25 45:15 45:17 45:24 46:11 46:25 49:4 49:10 49:11 51:1 51:16 51:23 52:6 52:7 52:11 52:23 52:23 52:25 53:2 55:5 55:7 55:8 55:11 55:12 55:13 55:22 56:3 57:3 57:6 57:8 57:9 57:16 58:3 58:4 58:6 58:9 58:13 58:18 58:20 59:6 59:6 59:6 59:8 59:8 59:13 60:1 60:4 61:16 61:19 63:1 63:24 64:18 64:24 65:10 65:20 66:1 66:14 66:20 66:22 66:23 67:24 68:6 68:6 68:11 68:22 69:12 69:23 70:2 70:4 70:6 71:9 71:18 71:19 71:24 72:2 72:24 72:25 73:5 73:17 73:19 73:25 74:21 74:22 75:3 75:5 78:11 78:19 79:2 80:17 81:21 82:19 85:20 85:20 86:3 86:5 87:20 88:24 90:3 90:3 91:5 91:9 93:3 94:5 94:18 94:24 94:24 94:24 94:25 95:11 96:16 96:17 96:18 96:19 97:9 97:1 97:20 101:6 101:23 102:5 102:11 103:22 104:9 105:11 105:12 105:15 105:16 105:1 105:17 105:20 106:5 106:6 106:12 106:1 107:5 110:8 110:11 110:17 111:9 112:11 112:13 112:14 112:21 113:24 116:14 116:20 120:11 120:7 122:1 122:3 122:7 122:8 122:16 123:3 123:10 123:12 123:18 123:20 123:23 123:25 124:8 124:10 124:1 124:16 124:18 124:21 124:22 124:23 125:7 125:14 125:18 125:21 125:24 126:2 126:4 126:11 129:10 129:11 129:15 132:1 133:2 133:8 135:7 142:12 142:14 142:16 142:24 142:25 143:12 143:22 145:10 146:18 146:20 146:21 146:23 147:7 147:8 147:9 147:11 147:13 147:23 147:23 148:5 148:25 149:4 149:5 149:21 150:16 155:1 155:3 157:6 157:19 157:19 158:15 162:12 162:15 164:16 165:20 167:17 171:1 172:2 173:16 173:17 175:17 178:1 178:2 178:14 178:15 182:17 186:8 186:9 187:15 188:4 189:3 189:7 189:11 189:12 190:20 193:3 194:4 194:5 194:6 194:13 194:14 194:23 194:24 194:25 195:1 196:15

wasn't(6) 6:6 6:8 55:18 135:9 160:13 199:23

waste(1) 79:8
way(25) 6:25 26:9 37:6 51:10 78:10 86:11 95:1 95:5 98:20 101:10 131:1 131:2 152:11 158:22 158:23 158:24 160:19 164:11 166:7 168:20 170:17 183:4 187:4 193:23 204:8

we'd(2) 6:22 168:13
we'll(7) 67:6 67:13 102:25 122:18 140:23 169:5 208:16

we're(36) 14:5 14:6 18:18 22:10 22:12 23:1 23:2 24:2 24:4 24:5 24:23 35:22 40:19 40:20 40:20 44:9 56:17 67:4 72:18 90:14 96:7 107:13 113:23 115:3 117:1 127:21 127:21 134:25 138:3 138:17 145:1 156:13 166:6 171:7 193:12 207:10

we've(9) 20:5 49:16 53:15 58:3 98:4 138:12 176:11 189:1 207:3

website(4) 161:3 161:4 161:6 163:24
week(9) 26:8 39:2 54:1 54:1 57:21 57:24 81:12 108:7 189:11

weekly(5) 84:21 86:9 89:10 90:24 102:17
weeks(5) 39:2 39:8 81:12 106:9 107:21
welcome(2) 160:23 202:24
well(71) 8:11 8:18 9:3 10:2 10:13 12:24 15:4 15:16 19:21 25:10 27:2 27:4 35:4 34:9 64:11 74:19 84:13 99:5 100:19 101:20 103:13 107:12 108:15 112:16 112:23 120:3 123:23 124:17 125:16 126:2 128:14 128:15 129:14 133:13 137:2 139:16 142:4 143:7 144:3 144:10 150:13 151:21 152:16 152:21 153:8 153:18 154:6 154:13 155:8 155:24 156:19 157:4 157:5 165:13 168:14 169:15 170:18 181:14 187:19 191:25 202:13 202:14 204:1 207:3

went(7) 18:14 73:11 110:1 110:2 142:12 142:13 164:20

were(110) 4:23 4:25 5:9 5:17 5:20 12:10 18:9 18:9 18:11 19:21 23:12 24:9 30:15 36:16 36:25 37:11 37:15 38:5 39:5 39:7 43:1 43:16 44:17 44:23 44:24 45:3 51:22 52:10 52:20 53:3 53:6 53:16 53:17 56:4 56:6 56:7 56:22 57:22 58:5 58:6 58:14 58:17 60:5 60:7 60:8 61:21 62:11 62:12 62:20 68:1 68:4 68:9 69:14 72:8 78:23 115:7 115:11 115:11 119:10 120:17 134:9 135:6 136:23 137:11 141:7 141:17 144:25 156:1 156:2 158:22 158:25 159:1 159:14 162:5 162:2 162:9 162:12 169:24 174:15 174:22 175:10 175:10 178:12 177:22 180:5 183:16 183:21 189:3 191:2 193:3 193:18 193:19 194:2 194:11 195:17 197:10 197:14 204:9 204:11 205:8 206:13 206:15

weren't(2) 154:10 154:11
werkheiser(1) 8:8

what(152) 6:5 7:13 9:5 11:22 14:24 19:3 19:18 19:21 24:11 26:14 27:6 32:11 32:25 33:7 34:15 35:1 36:1 36:20 38:11 38:24 38:25 39:20 39:23 43:22 45:1 45:17 46:6 53:25 54:15 55:7 55:18 59:12 59:21 60:15 60:22 63:16 64:13 64:23 64:24 68:13 68:15 68:22 69:23 70:9 72:25 73:1 73:13 76:6 76:8 77:5 77:8 77:20 79:18 80:13 80:16 82:13 86:5 87:12 87:16 88:20 88:25 89:20 90:3 90:15 94:25 95:22 95:23 97:9 98:1 98:4 98:5 98:18 100:22 100:25 102:14 107:20 108:20 110:21 112:3 112:22 114:3 114:7 116:2 116:5 117:3 117:21 119:10 120:17 120:19 121:23 122:3 124:7 125:23 126:8 126:25 127:19 129:11 131:1 135:10 135:18 138:16 138:22 140:6 140:17 140:21 141:23 141:25 143:12 145:9 145:6 146:3 147:5 152:2 154:16 155:20 157:16 158:14 159:13 161:2 162:2 163:5 163:16 163:17 164:9 165:13 165:14 165:1 166:14 167:16 169:9 170:13 170:19 174:13 178:4 178:15 178:17 180:21 183:1 185:10 193:23 194:12 194:14 195:11 196:15 196:15 201:5 201:5 205:8 206:23 207:8 207:12 207:12

what's(13) 5:15 11:16 14:16 43:20 83:9 89:22 94:13 94:15 95:24 108:8 122:6 135:22 138:16

whatever(4) 66:21 86:10 157:3 189:15
whatever's(1) 173:21
when(82) 7:18 11:7 11:20 11:21 12:16 17:11 21:4 23:23 24:14 24:15 26:11 26:18 32:3 45:14 52:20 53:6 53:20 54:20 55:23 57:21 57:23 59:6 59:8 60:14 61:16 65:7 76:1 77:16 80:3 81:6 82:3 82:9 82:19 82:22 89:5 90:6 91:9 92:8 95:6 98:11 103:22 104:1 104:9 104:16 105:11 105:16 105:23 106:5 106:13 107:10 107:18 108:5 108:15 110:3 115:11 122:6 123:12 124:8 125:7 127:5 137:3 138:14 138:15 142:15 142:15 145:10 151:22 153:2 157:13 158:6 159:23 168:18 169:6 177:14 181:10 183:1 183:21 184:3 188:4 192:23 193:12 200:14

whenever(3) 37:5 41:9 81:16
where(57) 6:4 6:5 6:19 9:24 11:23 18:8 32:22 42:17 43:22 55:21 60:1 61:1 64:1 71:8 73:14 74:15 84:16 85:17 97:14 98:16 99:1 99:22 100:11 102:6 107:17 113:15 114:23 118:19 140:6 146:16 152:5 153:20 154:5 159:24 161:8 161:11 161:25 166:17 171:8 175:22 175:25 176:5 179:21 180:10 180:18 181:15 181:16 184:13 192:20 193:16 194:8 194:17 196:22 198:10 198:19 200:4 207:14

whereupon(1) 209:2
whether(28) 7:13 13:17 18:9 18:9 22:13 22:14 22:17 24:4 27:21 42:9 57:6 58:7 59:3 61:25 62:4 62:7 63:1 67:8 73:6 80:3 91:9 100:21 101:22 112:13 130:21 133:1 155:1 199:20

which(111) 5:18 7:14 10:7 10:8 10:19 13:16 16:22 16:23 17:15 17:19 18:23 24:3 25:3 26:6 27:18 28:12 30:6 33:2 33:7 33:9 37:7 40:9 41:5 41:12 48:13 49:3 50:25 51:6 53:16 53:17 57:16 59:14 62:22 64:2 68:19 69:15 71:9 71:19 72:7 73:6 75:14 76:13 78:19 79:18 80:19 85:19 86:13 86:17 89:1 91:10 91:18 92:21 93:8 96:15 99:7 100:14 100:24 101:3 101:10 102:15 106:4 106:8 107:2 107:2 107:10 109:8 115:4 116:15 117:25 118:7 121:23 122:1 124:10 126:2 128:3 135:16 138:19 139:17 141:8 143:22 145:3 146:25 147:3 147:6 150:22 153:7 154:20 154:21 155:3 155:12 158:24 163:18 164:10 164:12 166:7 166:11 171:20 176:18 179:25 180:6 180:12 180:15 181:22 186:11 189:3 189:11 190:18 193:19 199:1 207:11

while(3) 8:25 133:4 138:12
who(33) 9:1 10:6 11:1 11:5 11:6 11:9 16:25 17:5 21:18 23:11 27:8 27:11 40:4 55:7 65:4 83:8 88:13 97:6 108:11 111:6 112:20 122:24 139:3 158:13 164:5 167:15 177:10 178:25 179:3 179:5 187:7 198:22 198:23

who's(5) 11:4 82:4 108:9 111:6 164:24
whoever(1) 54:19
whole(10) 6:1 14:16 14:18 14:22 17:18 71:15 121:23 138:18 168:23 195:20

whom(6) 38:21 39:5 50:16 55:11 55:11 82:4

whoops(3) 122:21 123:2 125:13
whose(1) 10:10
why(16) 16:17 52:9 53:5 55:4 55:7 55:11 121:5 122:5 125:20 55:23 56:7 56:23 58:4 96:19 121:8 122:22 152:21

will(18) 7:17 11:5 11:21 23:22 29:17 64:17 74:5 83:2 88:25 116:24 119:6 139:15 140:9 140:12 147:10 153:21 207:19 208:6

willing(2) 5:17 5:21
wilmington(4) 1:11 2:7 2:13 4:1
wise(1) 47:2
wish(1) 116:3

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**with**(247) 4:8 4:24 5:1 5:6 5:17 5:21 6:6 6:21 7:3 7:5 7:6 7:9 7:11 7:12 7:13 7:19 7:24 9:12 9:17 9:18 10:16 11:5 12:10 13:5 17:10 17:18 18:17 19:24 20:2 20:6 20:10 20:25 23:5 23:14 23:17 23:25 24:5 24:14 24:19 25:7 27:10 28:7 30:22 33:9 35:6 35:24 35:24 36:8 36:13 37:5 37:14 39:8 39:15 39:17 40:3 40:11 40:12 41:7 41:19 42:10 42:25 43:13 43:17 44:12 44:17 45:3 48:4 49:12 49:16 49:16 49:19 50:23 51:5 51:6 53:9 54:2 54:7 54:7 54:13 54:13 54:16 55:4 55:19 56:7 56:12 56:18 56:19 56:20 58:2 59:16 59:24 60:2 60:3 60:10 60:13 60:25 62:5 63:13 64:16 65:9 65:19 66:4 69:18 76:10 76:12 76:17 77:4 77:11 77:14 78:9 82:6 83:4 84:12 85:2 88:1 88:17 89:10 89:13 89:14 89:14 89:24 89:25 90:1 90:24 91:3 95:17 96:18 96:21 96:25 100:1 101:17 102:10 102:12 102:17 103:4 106:21 115:22 119:2 119:13 120:4 121:17 121:18 121:22 125:22 127:9 127:11 128:3 128:22 129:20 130:18 130:2 130:22 131:5 131:9 131:24 132:10 132:16 132:20 134:14 134:25 135:2 135:5 135:10 137:3 137:5 137:15 137:15 137:24 138:10 139:8 139:12 139:14 139:16 139:18 139:22 141:10 141:12 141:20 143:12 144:17 144:18 144:21 145:1 146:1 146:8 147:10 147:21 148:23 149:7 149:19 150:2 150:4 150:5 150:17 150:21 151:15 152:17 157:7 158:2 158:17 160:2 160:4 160:6 160:10 164:23 165:5 165:5 165:10 165:19 165:20 165:21 166:19 167:3 169:12 172:7 172:15 172:23 176:2 176:6 176:19 177:15 177:19 178:9 179:17 179:18 180:13 181:20 185:2 188:25 189:2 196:2 196:10 197:1 197:16 199:1 200:5 200:12 201:17 202:3 203:3 204:7 204:10 205:11 207:1 207:14 207:17 208:8

**withdraw**(3) 157:8 158:19 201:4
**withdrawn**(1) 155:9
**within**(70) 36:5 39:18 44:18 53:14 53:14 53:18 53:22 54:5 56:24 62:12 62:12 63:3 82:20 90:17 114:5 114:6 128:13 132:22 133:3 134:7 134:14 134:17 136:23 137:12 137:25 138:1 138:3 141:18 146:11 150:24 151:23 152:15 152:23 153:1 156:2 165:24 166:1 168:13 171:2 179:8 181:4 183:13 183:19 184:3 186:3 189:3 189:7 189:9 189:14 191:17 192:17 192:21 195:14 195:25 196:3 197:2 197:6 198:5 198:19 200:9 200:11 200:20 200:23 201:9 201:16 201:17 202:4 204:5 206:14 206:15

**without**(4) 29:22 69:7 73:2 110:25
**witness**(49) 5:7 5:22 6:2 6:23 7:21 8:11 8:12 8:25 9:19 11:10 11:11 11:12 11:15 12:1 12:11 14:19 16:25 17:2 17:5 17:7 24:14 24:19 25:11 25:14 30:7 34:3 34:7 52:4 55:20 55:21 55:25 63:6 67:3 101:3 101:18 121:6 126:14 126:15 126:17 139:9 140:4 143:8 149:14 153:21 153:23 155:7 207:16 207:25 208:13

**witnesses**(10) 3:3 6:21 8:24 9:19 10:3 10:4 11:1 67:11 83:8 207:2

**won't**(3) 25:14 92:1 120:10
**word**(1) 164:7
**worded**(1) 44:1
**words**(2) 33:9 178:20
**work**(36) 19:18 38:25 39:3 69:13 71:23 84:10 84:12 107:14 107:19 107:21 108:1 108:2 116:14 116:20 116:21 166:6 167:13 167:18 167:23 172:13 172:15 172:21 175:19 175:20 176:12 176:13 177:24 179:12 179:13 179:13 181:17 194:25 198:17 198:18 198:22 201:9

**worked**(11) 11:18 12:9 12:9 64:3 66:11 109:2 169:3 198:2 198:5 198:7 198:10
**worker**(2) 108:14 108:16
**working**(2) 85:19 202:3
**works**(1) 11:17
**worth**(1) 125:23
**would**(161) 5:7 6:4 6:21 8:25 9:12 12:15 12:21 13:7 14:13 17:24 17:25 18:22 21:2 26:2 26:20 33:3 34:12 39:16 39:18 41:3 41:5 42:9 45:17 46:18 46:23 46:24 47:4 47:17 47:22 47:22 47:24 48:7 48:16 48:17 52:21 52:25 53:10 53:17 53:18 53:25 54:15 54:18 54:18 54:24 54:24 56:12 63:10 64:20 65:5 65:6 65:7 65:8 65:9 65:10 65:19 66:12 66:15 69:6 72:11 73:5 76:11 76:13 76:16 77:10 77:15 78:4 78:15 88:20 85:16 85:17 85:22 86:7 88:3 88:15 88:20 89:7 90:10 90:19 90:24 91:2 91:22 93:7 93:10 99:14 99:20 103:5 103:2 108:8 109:19 114:10 116:21 116:23 116:2 126:20 127:6 128:19 129:18 130:3 130:4 132:15 137:24 138:11 140:2 141:8 143:15 151:18 151:20 152:14 152:21 152:25 154:23 156:10 156:11 156:24 158:22 159:13 159:15 159:19 160:1 162:1 162:23 164:19 170:12 170:16 171:16 171:19 171:20 172:8 177:2 178:23 179:6 181:9 186:5 187:13 188:12 188:16 188:22 188:24 189:13 197:1 199:2 199:4 199:10 202:9 204:22 205:5 205:14 205:16 205:16 205:18 205:21 205:25 206:2 207:2 207:24 208:4

**wouldn't**(4) 69:17 76:20 103:3 154:3
**write**(3) 42:2 42:18 47:13
**writes**(1) 77:16
**written**(12) 74:22 81:7 84:14 84:16 84:18 84:21 85:1 85:5 85:8 85:25 135:11 202:2

**wrong**(8) 187:12 187:13 187:19 187:20 187:21 188:11 188:13 189:1

**wrote**(6) 32:3 42:2 49:4 164:5 164:6 193:5
**www.diazdata.com**(1) 1:43
**yeah**(55) 8:21 15:8 25:1 26:5 26:17 26:20 27:1 40:25 43:11 43:25 48:25 49:2 50:8 51:22 63:5 71:5 76:11 78:12 78:14 83:16 98:8 98:22 100:3 102:22 108:15 111:9 117:24 122:18 125:1 128:18 131:18 133:1 146:25 145:18 145:21 148:3 148:23 150:15 153:17 157:2 157:9 162:19 163:17 165:13 167:20 170:18 179:16 187:22 187:22 191:10 191:20 191:25 206:7 208:1

**year**(1) 130:7
**years**(18) 34:19 34:20 34:22 35:8 67:24 67:25 127:6 127:8 127:17 128:9 130:13 130:17 132:21 134:7 134:9 134:14 134:18 137:1
**yep**(4) 83:17 98:12 103:25 109:11

**yes**(301) 8:23 9:11 11:24 12:13 13:6 13:12 13:20 14:12 14:25 15:4 15:15 15:24 16:4 16:6 16:10 16:15 19:13 19:22 20:1 21:12 21:14 21:17 22:16 22:25 23:7 23:16 25:2 25:23 26:23 28:25 29:7 29:12 30:21 31:10 31:20 32:2 32:8 32:14 37:2 37:21 32:24 33:16 34:25 35:3 35:12 35:15 35:25 36:11 36:19 36:22 37:2 37:5 37:13 37:17 38:2 38:4 38:10 39:11 39:14 39:16 40:2 40:8 40:13 40:15 40:17 41:1 41:21 42:12 43:2 43:12 43:19 44:16 44:19 44:21 44:25 45:7 45:13 46:1 46:13 47:3 48:23 48:24 49:2 49:13 49:25 50:8 50:10 50:13 50:18 50:20 51:8 51:19 51:25 52:8 52:14 52:16 52:18 52:24 53:1 53:4 53:12 54:1 54:23 55:3 56:15 57:5 57:8 57:11 58:15 58:20 59:5 59:13 59:25 60:4 60:14 60:24 61:8 61:12 61:20 62:14 63:12 63:15 63:17 63:21 64:3 65:4 65:14 65:17 65:25 66:3 66:10 66:17 67:1 68:22 69:14 68:21 69:4 69:19 70:17 70:22 70:25 71:7 71:11 71:21 72:3 73:8 73:12 74:12 74:20 74:20 74:24 75:15 75:25 76:4 76:19 76:21 77:7 77:7 77:13 77:21 77:23 77:25 78:2 78:8 79:11 79:13 79:14 79:15 79:19 79:20 79:22 80:9 82:2 82:21 82:23 83:6 83:12 83:24 84:15 86:4 87:10 87:13 88:2 88:7 88:10 89:8 89:11 90:9 90:11 91:16 91:19 92:12 92:15 92:20 92:23 92:25 93:2 93:4 93:9 93:15 93:24 94:6 94:12 94:19 96:9 96:13 97:5 97:13 97:18 97:22 98:15 98:17 99:11 99:18 99:22 99:25 100:7 103:8 103:14 104:8 104:19 104:22 105:13 105:17 105:15 106:10 106:17 106:11 106:14 106:16 106:22 107:4 107:7 107:9 108:19 109:14 109:18 110:9 111:4 111:21 112:3 112:19 113:8 113:8 113:10 113:14 113:18 113:20 113:22 114:1 114:8 114:18 114:21 114:25 115:2 115:6 115:13 115:16 115:19 116:1 116:10 116:13 116:22 117:22 118:5 118:11 118:12 118:14 118:18 118:20 118:23 119:4 119:7 119:9 119:9 119:23 120:16 120:23 123:5 124:24 127:14 129:7 129:22 130:2 130:20 131:7 131:10 131:21 132:3 132:14 132:25 133:21 135:5 135:24 136:2 136:20 136:24 137:18

**yes**(136) 137:22 138:3 139:8 141:11 142:22 142:11 142:19 143:21 144:6 144:12 144:16 144:23 145:25 146:10 146:12 147:22 148:8 148:16 148:22 149:6 150:1 150:23 151:5 151:14 151:24 152:15 154:8 156:3 156:22 157:15 157:23 158:4 159:3 159:6 159:9 160:10 161:7 161:10 161:16 161:18 162:17 163:22 164:2 164:4 164:8 165:14 166:2 166:20 166:21 166:23 167:10 168:5 168:8 169:14 169:23 170:9 171:12 172:3 172:14 172:18 173:1 173:5 173:8 173:11 173:24 174:11 174:16 174:24 175:14 176:4 176:7 176:17 176:25 177:17 177:20 179:23 180:20 181:2 181:12 181:23 181:23 182:10 182:20 182:25 183:22 184:2 184:12 184:15 185:22 186:1 186:3 186:10 186:13 186:23 188:3 188:12 188:24 189:21 189:24 190:1 190:6 190:8 190:10 190:13 190:16 191:11 191:7 191:14 192:5 192:7 192:11 192:13 192:16 193:21 194:20 195:5 195:8 195:13 195:22 195:24 196:12 197:8 197:23 199:15 200:7 201:13 202:1 203:5 203:19 203:22 204:14 205:12 206:2 206:16 207:17

**yet**(5) 12:25 17:1 17:6 90:17 100:21
**york**(1) 1:34

**you**(301) 4:9 4:14 4:21 5:5 5:14 5:25 6:4 6:7 6:8 6:11 6:12 7:1 8:7 8:8 8:21 9:12 10:25 11:9 11:19 11:21 11:21 11:22 11:23 11:23 11:24 12:6 12:6 12:9 12:10 12:15 12:18 12:19 12:20 13:5 13:7 13:11 13:18 14:11 14:14 14:23 15:1 15:2 15:6 15:25 15:25 16:2 16:5 16:8 16:17 17:8 17:11 17:20 18:4 18:12 18:22 18:23 19:5 19:8 19:11 19:13 19:18 19:21 20:15 20:18 21:2 21:4 21:5 21:6 21:9 21:10 21:11 21:13 21:15 21:21 21:23 22:4 22:6 22:13 22:17 24:11 24:21 25:19 26:11 26:14 26:16 26:16 27:3 27:8 27:21 28:1 28:2 28:10 28:14 28:17 28:20 28:23 29:1 29:1 30:2 30:3 30:13 30:20 30:22 30:25 31:4 31:7 31:8 31:8 31:17 31:18 31:21 32:3 32:3 32:25 33:18 33:21 33:22 33:24 33:25 34:1 34:12 34:12 34:15 34:23 35:1 35:1 35:6 35:13 35:20 35:23 35:20 36:8 36:14 36:20 36:25 37:3 37:14 38:1 38:5 38:15 38:24 39:9 39:12 39:13 39:15 39:20 39:23 39:25 40:6 40:6 40:10 40:11 40:11 40:14 40:16 40:18 40:25 41:3 41:9 41:11 41:13 41:22 42:1 42:4 42:9 42:20 42:24 42:25 43:15 44:6 44:7 44:14 44:17 45:6 45:11 45:14 45:22 45:23 46:6 46:10 46:17 47:4 47:8 47:14 47:14 47:15 47:15 47:16 47:17 47:20 47:21 47:21 47:22 48:25 49:1 49:4 49:19 49:24 50:2 50:2 50:9 50:11 51:21 52:9 52:13 52:19 53:5 53:8 53:10 53:25 54:22 55:4 56:12 56:22 57:3 57:6 57:9 57:18 58:6 58:16 58:17 59:4 59:1 59:23 60:5 60:12 60:22 61:5 61:5 61:15 61:21 61:21 61:25 61:25 62:4 62:7 62:10 63:8 63:10 63:13 63:16 63:19 64:9 64:25 67:3 67:7 67:8 67:8 67:15 67:20 67:20 67:23 68:4 68:9 68:13 69:18 69:20 69:23 70:9 70:14 70:15 70:18 71:1 71:1 71:8 71:8 71:10 71:12 72:13 72:16 73:10 74:10 75:2 75:13 75:17 76:18 76:22 76:25

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **you**(301) 77:8 78:13 78:15 78:18 78:19 78:21 78:25 79:10 79:17 79:17 79:19 79:21 79:23 80:2 80:3 80:7 80:7 80:11 80:15 80:25 80:25 81:1 81:6 81:18 81:20 81:20 81:21 82:9 82:9 82:11 82:18 83:1 83:3 83:7 83:13 83:16 83:16 83:19 83:23 84:1 84:3 84:5 84:22 85:7 85:24 86:16 86:19 87:7 87:8 87:18 87:18 87:22 87:24 88:1 88:3 88:8 88:19 88:21 89:7 89:9 89:20 89:22 90:3 90:6 90:15 91:2 91:9 91:10 91:11 91:25 92:7 92:13 92:21 93:1 93:1 93:5 93:23 93:23 94:7 94:10 96:2 96:3 96:15 96:21 96:24 97:3 97:11 97:14 97:23 98:1 98:13 98:14 98:16 98:18 98:20 99:1 99:1 99:6 99:7 100:8 100:11 101:25 102:1 102:2 102:5 102:8 102:10 102:18 102:19 103:3 103:6 103:11 103:22 104:7 104:9 104:9 104:13 104:15 104:15 104:23 104:23 104:24 105:2 105:5 105:8 105:11 105:15 105:23 106:1 106:5 106:8 106:9 106:12 106:19 106:20 106:23 107:10 108:18 108:23 108:25 109:13 109:13 109:22 110:1 110:3 110:3 110:8 110:10 110:12 110:14 111:22 111:25 112:1 112:1 113:6 113:12 113:15 113:17 113:19 113:21 114:7 114:13 114:24 115:25 116:8 116:11 117:12 117:14 117:21 117:21 117:23 118:1 118:6 118:6 118:12 118:15 118:17 118:19 118:21 118:24 119:8 119:1 119:13 119:14 119:25 121:3 121:3 121:4 121:5 121:6 121:9 121:13 122:8 122:22 123:16 123:21 125:15 126:20 127:2 127:4 127:7 127:9 127:13 127:15 127:18 127:19 127:21 128:1 128:6 128:9 128:10 128:10 128:14 128:16 128:16 128:19 128:22 128:23 128:25 129:5 129:5 129:17 129:21 129:23 129:25 130:3 130:6 130:12 130:13 130:18 130:21 130:24 130:25 131:1 131:3 131:8 131:11 131:14 131:23 132:1 132:1 132:7 132:10 132:13 132:15 132:18 133:1 133:15 133:24 134:4 134:6 134:9 134:10 134:13 134:17 134:20 134:22 135:7 135:6 135:8 135:11 135:13 135:13 135:16 135:16 135:17 135:22 135:25 136:3 136:6 136:16 136:22 136:22 136:24 137:3 137:1 137:22 138:3 138:15 138:15 138:15 138:15 138:18 138:18 138:23 138:24 139:7 140:1 140:5 140:6 140:11 141:2 141:4 141:7 141:8 141:9 141:12 141:16 141:16 141:20 | | **you**(301) 141:21 141:23 141:24 142:1 142:2 142:3 142:3 142:5 142:15 142:15 143:12 143:13 143:15 143:17 143:25 143:25 144:7 144:8 144:9 144:12 144:17 144:18 145:2 145:19 145:22 146:1 146:8 146:11 146:16 146:16 147:5 147:21 147:2 148:4 148:10 148:11 148:14 148:15 149:19 149:25 150:4 150:11 150:11 150:1 150:21 150:22 151:3 151:3 151:6 151:7 151:7 151:8 151:10 151:18 151:22 151:25 152:2 152:6 152:15 152:18 152:21 153:2 153:2 154:5 154:6 154:16 154:25 155:1 155:15 155:16 155:19 155:23 155:24 156:1 156:8 156:11 156:11 156:13 156:13 156:16 156:25 157:12 157:13 157:16 158:5 158:5 158:8 158:24 158:25 159:4 159:5 159:8 159:13 159:20 159:22 159:24 160:25 160:4 160:7 160:17 160:18 160:22 161:1 161:5 161:8 161:11 161:11 161:25 162:2 162:8 162:9 162:12 162:15 162:21 163:8 163:8 163:12 163:12 163:14 163:16 163:1 163:17 163:19 163:21 163:21 163:24 163:25 164:1 164:3 164:10 164:15 164:18 164:21 164:22 164:23 164:24 165:3 165:4 165:7 165:10 165:12 165:13 165:14 165:15 165:15 165:17 166:8 166:9 166:13 166:24 167:6 167:6 167:6 167:8 167:12 167:18 167:24 168:1 168:4 168:6 168:10 168:10 168:13 168:15 168:18 169:1 169:12 169:16 170:7 170:10 170:13 170:14 170:17 171:1 171:7 171:11 171:20 171:21 172:1 172:7 172:12 172:4 172:6 172:7 172:12 172:13 172:19 172:20 172:2 172:25 172:25 173:3 173:6 173:7 173:10 173:13 173:19 173:25 174:4 174:6 174:6 174:12 174:14 174:17 174:22 174:25 175:7 175:5 175:13 175:13 175:15 175:15 175:18 176:2 176:6 176:6 176:15 176:19 176:23 177:8 177:10 177:10 177:10 177:1 177:15 177:18 177:21 177:23 177:24 178:1 178:4 178:5 178:7 178:12 178:16 178:17 178:21 178:24 178:24 178:25 179:12 179:17 179:21 180:4 180:10 180:1 180:18 180:21 181:10 181:24 181:25 182:3 182:9 182:11 182:13 182:21 182:23 182:3 183:7 183:12 184:3 184:10 184:11 184:3 184:20 185:1 185:6 185:13 185:14 185:16 185:19 185:20 185:25 186:4 186:3 186:7 186:14 186:17 187:2 187:2 187:3 187:3 187:5 187:10 187:22 187:24 188:18 188:19 188:22 188:25 189:15 190:17 190:24 191:24 192:1 192:6 193:8 193:16 | | **you're**(50) 9:8 11:7 11:20 13:17 13:17 15:16 17:2 24:13 26:18 30:8 33:23 36:18 58:11 61:11 71:14 83:4 83:17 89:4 89:18 90:6 98:11 104:11 105:24 108:20 130:22 131:5 135:10 137:9 137:24 140:24 142:24 144:21 150:7 156:19 160:23 163:5 165:23 166:3 166:24 168:19 168:20 168:24 169:6 175:11 184:4 186:22 190:20 194:10 202:2 207:15 **you've**(22) 6:9 12:9 64:16 67:23 74:21 77:11 104:18 104:20 111:20 120:14 130:13 131:24 132:4 132:7 137:19 138:17 141:13 141:15 152:17 154:24 172:5 196:5 **your**(301) 4:4 4:7 4:7 4:9 5:3 5:5 5:9 5:23 6:6 6:16 6:17 7:1 7:2 7:8 7:20 8:3 8:6 8:12 8:16 9:7 9:17 9:25 10:13 10:14 10:17 10:22 11:1 11:21 12:6 14:9 15:1 16:2 16:11 16:15 16:18 16:23 17:10 17:13 17:23 18:2 18:4 18:18 19:1 19:5 19:11 19:11 19:13 19:24 20:15 20:18 20:20 21:4 21:6 22:6 23:18 23:21 24:6 24:7 24:18 25:1 25:16 25:18 26:2 26:5 26:12 27:15 28:1 28:4 29:13 29:14 30:1 30:4 30:10 30:16 31:11 32:19 33:1 33:9 33:14 33:17 33:20 34:2 34:12 34:16 35:13 36:23 38:12 40:11 40:21 41:19 43:11 43:12 43:18 44:1 44:7 46:1 48:21 49:7 51:16 52:1 52:6 52:19 53:2 53:24 54:24 55:6 55:15 55:25 56:11 56:25 57:12 58:8 58:13 58:16 58:21 62:10 62:11 62:15 62:21 62:24 63:8 64:11 64:17 64:19 64:25 66:4 66:4 66:18 67:2 67:7 67:11 70:13 70:21 71:4 71:6 72:11 72:23 74:7 77:3 77:11 78:6 78:19 79:5 80:15 81:7 81:18 81:20 82:24 83:3 83:7 83:14 83:24 83:25 84:3 84:22 86:12 87:7 87:19 87:24 90:24 90:24 91:2 92:22 93:3 93:8 93:19 95:9 95:17 96:2 96:14 98:3 98:10 98:23 99:19 100:14 100:17 100:20 101:2 101:11 101:14 101:25 102:11 102:11 105:5 105:22 106:17 106:21 109:5 109:22 110:1 110:3 111:18 111:25 112:6 112:7 112:10 112:12 112:17 112:24 113:2 113:5 113:13 116:23 117:10 117:12 118:4 118:14 119:18 119:21 119:24 120:8 120:11 121:2 121:6 121:14 121:14 122:2 122:5 122:6 122:16 123:1 123:4 123:5 123:9 123:17 123:19 124:2 126:3 126:15 126:21 126:25 127:9 127:18 128:1 129:8 129:16 130:5 130:9 131:14 131:24 132:8 133:1 133:4 133:10 133:14 133:16 133:21 133:24 135:1 135:4 136:9 136:15 136:21 136:23 137:3 137:4 137:12 137:15 138:5 138:9 139:7 139:18 140:13 141:2 141:7 141:17 142:21 143:1 143:9 143:13 143:20 144:7 144:17 145:1 145:4 145:13 145:20 146:3 146:13 146:17 147:8 147:8 148:6 148:17 148:17 149:8 149:12 149:15 150:24 151:8 151:25 152:2 152:13 153:18 154:3 154:8 154:11 154:13 154:22 **your**(94) 155:5 155:19 155:25 156:14 156:18 156:20 156:23 157:4 157:14 158:1 158:6 158:10 158:11 158:23 159:15 159:16 160:1 160:12 160:16 160:18 160:19 160:22 161:6 161:19 163:9 164:22 165:9 165:10 165:15 165:17 165:23 166:1 166:6 167:21 168:16 168:24 169:12 170:22 170:22 171:23 173:14 175:4 175:7 175:12 175:22 177:5 177:15 177:25 178:9 178:19 179:17 179:20 179:24 183:12 183:12 185:12 185:16 186:2 186:6 187:20 187:20 191:12 191:22 193:8 193:15 193:23 193:24 194:1 196:15 196:23 197:24 197:25 199:1 199:2 200:25 202:15 202:18 202:19 202:23 202:25 203:13 204:24 204:6 206:10 206:14 206:17 206:21 207:1 207:7 207:17 208:3 208:10 208:19 208:21 | | **yours**(2) 12:23 24:16 **yourself**(9) 23:6 24:13 25:20 28:23 29:5 31:4 31:18 177:11 177:21 **zawardzki**(1) 1:32 **zone**(1) 177:25 **\*importance**(1) 32:22 **\*past**(1) 32:13 **\*the**(1) 32:16 **\*tracey**(1) 32:9 |
| | | **you**(83) 193:20 193:22 194:8 194:8 194:10 194:12 194:17 194:17 194:19 194:21 194:24 195:2 195:4 195:20 195:25 196:9 196:13 196:18 196:20 196:22 196:23 197:1 197:16 197:20 197:23 197:24 198:2 198:7 198:9 198:14 198:14 198:17 198:18 198:2 199:1 199:6 199:7 199:8 199:11 199:18 199:20 200:4 200:6 200:14 200:14 200:17 201:12 201:14 201:24 202:3 202:4 202:7 202:14 202:22 202:23 203:8 203:11 203:12 203:18 203:23 205:2 205:8 205:9 205:9 205:11 206:5 206:18 206:19 206:19 207:13 207:14 207:14 207:15 207:18 207:23 208:8 208:10 208:14 208:19 208:21 208:21 208:22 **you'd**(7) 12:20 19:6 61:6 61:6 67:8 76:20 136:15 **you'll**(5) 11:7 24:14 24:16 33:24 41:14 | | | | | |

10/04/11 10:08:18