# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Leslie | Date Created: 10/4/2011 |
| Case: 07−11047−CSS | Form ID: ntcBK | Total: 23 |

**Recipients of Notice of Electronic Filing:**
ust　　United States Trustee　　USTPREGION03.WL.ECF@USDOJ.GOV
aty　　Michael S. Neiburg　　bankfilings@ycst.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　American Home Mortgage Holdings, Inc.　　538 Broadhollow Road　　Melville, NY 11747
aty　　Curtis J Crowther　　Young, Conaway, Stargatt &Taylor　　The Brandywine Building　　1000 West Street, 17th Floor　　P.O. Box 391　　Wilmington, DE 19899−0391
aty　　Donald J. Bowman, Jr.　　Young, Conaway, Stargatt &Taylor　　1000 West Street　　17th Floor　　Wilmington, DE 19801
aty　　Edward J. Kosmowski　　Epiq Systems Bankruptcy Solutions　　824 Market Street, Suite 412　　Wilmington, DE 198001
aty　　Edwin J. Harron　　Young, Conaway, Stargatt &Taylor　　The Brandywine Building　　1000 West Street, 17th Floor　　PO Box 391　　Wilmington, DE 19899−0391
aty　　Erin Edwards　　Young, Conaway, Stargatt &Taylor　　The Brandywine Building　　17th Floor　　1000 West Street　　Wilmington, DE 19801
aty　　James L. Patton　　Young, Conaway, Stargatt &Taylor　　The Brandywine Bldg.　　1000 West Street, 17th Floor　　PO Box 391　　Wilmington, DE 19899−0391
aty　　Joel A. Waite　　Young, Conaway, Stargatt &Taylor　　The Brandywine Bldg.　　1000 West Street, 17th Floor　　PO Box 391　　Wilmington, DE 19899−0391
aty　　Kara Hammond Coyle　　Young Conaway Stargatt &Taylor LLP　　1000 West St., 17th Floor　　Brandywine Building　　Wilmington, DE 19801
aty　　Kenneth J. Enos　　Young, Conaway, Stargatt &Taylor　　1000 West Street　　17th Floor　　Wilmington, DE 19801
aty　　Margaret Whiteman Greecher　　Young, Conaway, Stargatt &Taylor　　1000 West Street　　17th Floor　　Wilmington, DE 19801
aty　　Matthew Barry Lunn　　Young, Conaway, Stargatt &Taylor　　The Brandywine Building, 17th Floor　　1000 West Street　　PO Box 391　　Wilmington, DE 19899
aty　　Nathan D. Grow　　Young Conaway Stargatt &Taylor, LLP　　The Brandywine Bldg.　　17th Floor　　Wilmington, DE 19801−0391
aty　　Patrick A. Jackson　　Young Conaway Stargatt &Taylor, LLP　　The Brandywine Bldg 17th Fl,1000 West St　　Wilmington, DE 19801
aty　　Pauline K. Morgan　　Young, Conaway, Stargatt &Taylor　　1000 West Street, 17th Floor　　PO Box 391　　Wilmington, DE 19899−0391
aty　　Quinn Emanuel　　Quinn Emanuel Urquhart Oliver &Hedges
aty　　Robert S. Brady　　Young, Conaway, Stargatt &Taylor　　The Brandywine Bldg.　　1000 West Street, 17th Floor　　PO Box 391　　Wilmington, DE 19899−0391
aty　　Ryan M. Bartley　　Young Conaway Stargatt &Taylor, LLP　　The Brandywine Building　　1000 West Street　　17th Fl.　　Wilmington, DE 19801
aty　　Sean Matthew Beach　　Young, Conaway, Stargatt &Taylor　　The Brandywine Building, 17th Floor　　1000 West Street　　PO Box 391　　Wilmington, DE 19899
aty　　Sharon M Zieg　　Young, Conaway, Stargatt &Taylor　　The Brandywine Bldg., 17th Floor　　1000 West Street　　PO Box 391　　Wilmington, DE 19899
aty　　Travis N. Turner　　Young Conaway Stargatt &Taylor, LLP　　The Brandywine Bldg., 17th Fl.　　1000 West Street　　Wilmington, DE 19801

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 21