IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
     Debtors.                                                    :
                                                                 :   Ref. Docket Nos. 10057 & 10092
                                                                 :
---------------------------------------------------------------- x

### ORDER SUSTAINING THE PLAN TRUST'S EIGHTY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS SOLELY WITH RESPECT TO CLAIM NUMBERS 8854 AND 8855 FILED BY CITIBANK, N.A.

Upon consideration of the eighty-first omnibus (substantive) objection to claims [Docket No. 10057] and the *Certification of Counsel Submitting Consensual Order Regarding the Plan Trust's Eighty-First Omnibus (Substantive) Objection to Claims Solely with Respect to Claim Numbers 8854 and 8855 Filed by Citibank, N.A.* (the "Certification of Counsel");[2] and the Court having entered an order [Docket No. 10092] sustaining the Objection in part and adjourning the Objection with respect to Claims 8854 and 8855 filed by Citibank; and the Parties having agreed that Claims 8854 and 8855 should receive the treatment set forth in the Objection; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Certification of Counsel.

YCST01:11434677.1                                                                     066585.1001

ORDERED that the Objection is sustained as it pertains to Claims 8854 and 8855; and it is further

ORDERED that Claim 8854 shall be allowed against AHM Servicing (Case No. 07-11050) and is hereby modified and/or fixed as a general, unsecured, non-priority claim in the amount of $37,609,372.04 in full satisfaction of that claim; and it is further

ORDERED that Claim 8855 shall be allowed against AHM Investment (Case No. 07-11048) and is hereby modified and/or fixed as a general, unsecured, non-priority claim in the amount of $37,609,372.04 in full satisfaction of that claim; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the Objection and the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
\_\_\_\_10/4\_\_\_\_, 2011

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE