IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
:
In re: : Chapter 11
:
American Home Mortgage Holdings, Inc., *et al.*,[1] : Case No. 07-11047 (CSS)
:
Debtors. : (Jointly Administered)
:
: Ref. Docket No. *10121*
------------------------------------------------------------- x

## ORDER DENYING EMPIRE HEALTHCHOICE ASSURANCE, INC., D/B/A EMPIRE BLUE CROSS BLUE SHIELD'S REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE

Upon consideration of the *Objection of the Plan Trustee to Empire Healthchoice Assurance, Inc., d/b/a Empire Blue Cross Blue Shield's Request for Payment of Administrative Expense* (the "Objection"),[2] and related pleadings, including the Application, and it appearing that the Court has jurisdiction in this matter; and it appearing that notice of the Objection is sufficient, and that no other or further notice need be provided; and after due deliberation; it is hereby

ORDERED that the Objection is SUSTAINED; and it is further

ORDERED that the Application is denied; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2

      ORDERED that claim numbered 10844 is hereby expunged and disallowed in its entirety; and it is further

      ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: ~~September~~ 10/4, 2011
       Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi