# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : Case No. 07-11047 (CSS) |
| a Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : **Ref. Docket No.: 10155** |

------------------------------------------------------------ x

### CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER WITH RESPECT TO PLAN TRUST'S EIGHTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1.    On September 7, 2011, through the undersigned counsel, the Plan Trustee filed the Plan Trust's Eighty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 10155] (the "Objection"). By the Objection, the Plan Trustee sought, *inter alia*, to disallow proof of claim numbers 8455, 8458, 8459, 8460, 10841 and 10842 (collectively, the "Contingent Insurance Claims"), filed on behalf of Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania, National Union Fire Insurance Company of

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Pittsburgh, Pa., and certain other entities related to American International Group, Inc. (collectively, the "Claimant"), on the grounds that the Contingent Insurance Claims were not prima facie valid since the Claimant failed to assert any actual money damages and the Plan Trustee was unable to assess the validity of these claims.

2.    After the Objection was filed, authorized representatives of the Claimant contacted the undersigned counsel to discuss the Objection as it pertained to the Contingent Insurance Claims. Based on subsequent communications, the Plan Trustee has agreed to adjourn the Objection with respect to the Contingent Insurance Claims. A revised proposed form of order (the "Revised Proposed Order") reflecting the adjournment of the Objection with respect to these claims is attached hereto as Exhibit 1.

3.    Responses to the Objection were to be filed and served no later than September 30, 2011 at 4:00 p.m. (ET). The undersigned hereby certifies that, as of the date hereof, no other comment, answer, objection or other responsive pleading to the Objection has been received. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Objection appears thereon.

*[Remainder of page intentionally left blank]*

YCST01: 11487603.1

066585.1001

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

Dated: October 5, 2011
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

YCST01: 11487603.1

066585.1001

# EXHIBIT 1

**Revised Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------ x
In re:                                           :   Chapter 11
                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                 :
                                                 :   Jointly Administered
                                                 :
     Debtors.                                    :
------------------------------------------------ x   Ref. Docket No. 10155
```

## ORDER SUSTAINING IN PART PLAN TRUST'S EIGHTY-SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the eighty-sixth omnibus (non-substantive) objection to claims (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which the Plan Trustee respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, reassigning or disallowing and expunging in full each of the Disputed Claims² identified on Exhibits A, B, C and D attached hereto; and it appearing that the Court has

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

² All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and the Court having determined that the Objection complies with Article 17 of the Plan and the Confirmation Order; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Objection is adjourned with respect to proof of claim numbers 8455, 8458, 8459, 8460, 10841 and 10842 filed on behalf of Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania, National Union Fire Insurance Company of Pittsburgh, Pa., and certain other entities related to American International Group, Inc.; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A, C and D are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit B are hereby reassigned to the New Case Numbers as indicated on Exhibit B; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

*[Remainder of page intentionally left blank]*

066585.1001

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ ___, 2011

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## Late Filed Claim

# Exhibit A

## Late Filed Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| | | | Objectionable Claim | | |
| CLEVELAND COUNTY TREASURER<br>201 S JONES SUITE 100<br>NORMAN, OK 73069 | 10906 | 7/6/11 | 07-11047 | - (S)<br>- (A)<br>$119.22 (P)<br>- (U)<br>$119.22 (T) | 1/11/2008 |
| **Totals:** | 1 Claim | | | - (S)<br>- (A)<br>$119.22 (P)<br>- (U)<br>$119.22 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Wrong Debtor Claims**

## Exhibit B

### Wrong Debtor Claims

| | | | Objectionable Claims | | New Case Number |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
| 84 LUMBER COMPANY 2006CV0468<br>MASON, SCHILLING & MASON, CO, LPA<br>11340 MONTGOMERY ROAD, SUITE 210<br>CINCINATTI, OH 45249 | 7720 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | 07-11049 |
| STINNETT, KEVIN AND/OR JULIE<br>6370 PEACOCK WAY<br>PILOT HILL, CA 95664 | 10012 | 2/29/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$37,869.00 (U)<br>$37,869.00 (T) | 07-11051 |
| **Totals:** | | 2 Claims | | - (S)<br>- (A)<br>- (P)<br>$62,869.00 (U)<br>$62,869.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Satisfied Claims**

YCST01: 11487603.1

066585.1001

**Exhibit C**

**Satisfied Claim**

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MATSON, SARA<br>641 FIELD CLIFF DR<br>STONE MTN, GA 30087-4909 | 1267 | 9/25/07 | 07-11047 | $21,588.93 (S)<br>- (A)<br>- (P)<br>- (U)<br>$21,588.93 (T) | Claim relates to unfunded portion of a construction loan. The Plan Trustee has determined that the claimed amount has been previously satisfied. Specifically, the Plan Trustee has discovered that the amounts underlying in the claim, were paid by AHM Trustee of Servicers FHA 203K Mortgagors. The bank has confirmed that the checks cleared on October 3, 2007, October 19, 2007 and December 4, 2007. |
| WIDJAJA, TOMMY<br>1657 SAN DAMIAN RD<br>TALLAHASSEE, FL 32303 | 1863 | 11/1/07 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$700.00 (U)<br>$700.00 (T) | Claim relates to a $700 overpayment that was supposed to be applied to principal. Based on an investigation of the Claim, the Plan Trustee has determined that the Claim has been previously satisfied. Specifically, the Plan Trustee has discovered that the amounts underlying in the Claim were paid by American Home Mortgage Corp to the claimant on November 12, 2008. |
| **Totals:** | **2 Claims** | | | **$21,588.93 (S)**<br>**- (A)**<br>**- (P)**<br>**$700.00 (U)**<br>**$22,288.93 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Insufficient Documentation Claims**

**Exhibit D**

**Insufficient Documentation Claims**

| Name/Address of Claimant | Objectionable Claim | | | | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| ACE AMERICAN INSURANCE COMPANY, ET AL JENNIFER L. HOAGLAND, ESQUIRE BAZELON LESS & FELDMAN, P.C. 1515 MARKET ST. PHILADELPHIA, PA 19102 | 8728 | 1/11/08 | 07-11047 | Unspecified* | Claimants filed this placeholder contingent, unliquidated claim in connection with various pre-petition insurance agreements purportedly entered into between the claimants and various debtor entities. The claim was apparently filed to preserve whatever rights these claimants have under the applicable agreements. The claim form and attached addendum, however, fail to assert any actual money damages owed to these claimants and are insufficient to allow the Plan Trustee to assess the validity of the claim. The claim is therefore not prima facie valid and should be disallowed. |
| ACE AMERICAN INSURANCE COMPANY, ET AL JENNIFER L. HOAGLAND, ESQUIRE BAZELON LESS & FELDMAN, P.C. 1515 MARKET ST PHILADELPHIA, PA 19102 | 8729 | 1/11/08 | 07-11051 | Unspecified* | Claimants filed this placeholder contingent, unliquidated claim in connection with various pre-petition insurance agreements purportedly entered into between the claimants and various debtor entities. The claim was apparently filed to preserve whatever rights these claimants have under the applicable agreements. The claim form and attached addendum, however, fail to assert any actual money damages owed to these claimants and are insufficient to allow the Plan Trustee to assess the validity of the claim. The claim is therefore not prima facie valid and should be disallowed. |
| JAKE A. PARROTT INSURANCE AGENCY ATTN JAKE PARROTT P O BOX 3545 KINSTON, NC 28501 | 4856 | 12/7/07 | NO DEBTOR | Unspecified* | Claimant failed to allege any facts or attach documents sufficient to allow the Plan Trustee to assess the validity of this claim. As such, the claim is not prima facie valid and should be disallowed. |
| ROUTH CRABTREE OLSEN 13555 SE 36TH ST STE 300 BELLEVUE, WA 98006-1489 | 8642 | 1/11/08 | 07-11050 | Unspecified* | Claimant filed this placeholder, contingent, unliquidated claim to preserve its rights in the event that this claimant is not compensated for post-petition services. Claimant, however, has failed to allege any facts or attach any supporting documentation to allow the Plan Trustee to determine the validity of this claim. As such, the claim is not prima facie valid and should be disallowed. |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | | 4 Claims | | Unspecified* | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.