IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x

In re:                                                    :   Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :     Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                         :
                                                          :   Jointly Administered
          Debtors.                                        :
                                                          :   **Ref. Docket No.:  10156**

-------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER WITH RESPECT TO PLAN TRUST'S EIGHTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1.      On September 7, 2011, through the undersigned counsel, the Plan Trustee filed the Plan Trust's Eighty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 10156] (the "Objection").  By the Objection, the Plan Trust sought, *inter alia*, to modify and reduce proof of claim numbers 9027 and 9028 (collectively, the "Bear Stearns Claims") filed by Bear, Stearns & Co., Inc. ("Bear Stearns") on the grounds that the claimed amounts were higher than the liabilities reflected on the Debtors' books and records and,

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

moreover, Bear Stearns failed to provide any documentation showing additional amounts are owed in connection with the unliquidated portions of the Bear Stearns Claims.

2.      After the Objection was filed, counsel for JPMorgan Chase Bank, N.A. (as successor in interest to Bear Stearns) ("JPMC") contacted the undersigned counsel and requested an adjournment of the Objection with respect to the Bear Stearns Claims in order to allow additional time for JPMC to investigate whether the proposed treatment of the Bear Stearns Claims as set forth in the Objection was appropriate. The Plan Trustee has agreed to the requested adjournment the Objection with respect to the Bear Stearns Claims. A revised proposed form of order (the "Revised Proposed Order") reflecting the adjournment of the Objection with respect to the Bear Stearns Claims is attached hereto as Exhibit 1.

3.      Given that the Objection is being adjourned with respect to the Bear Stearns Claims and these claims comprise all of the claims that were listed on Exhibit A to the original proposed form of order, rather than re-letter the exhibits, the Revised Proposed Order will contain an Exhibit A marked as "Deleted" so as to avoid any possible confusion caused by re-lettering the exhibits to the Objection.

4.      Responses to the Objection were to be filed and served no later than September 30, 2011 at 4:00 p.m. (ET). The undersigned hereby certifies that, as of the date hereof, no other comment, answer, objection or other responsive pleading to the Objection has been received. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Objection appears thereon.

YCST01: 11487398.1

066585.1001

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that

the Court enter the Revised Proposed Order at its earliest convenience.

Dated: October 5, 2011          YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
      Wilmington, Delaware

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

YCST01: 11487398.1

066585.1001

# EXHIBIT 1

**Revised Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x

In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, <u>et al.</u>,[1]                         :
                                                                 :  Jointly Administered
        Debtors.                                                 :
----------------------------------------------------------------- x  **Ref. Docket No. 10156**

### ORDER SUSTAINING IN PART PLAN TRUST'S EIGHTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, <u>BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1</u>

Upon consideration of the eighty-seventh omnibus (substantive) objection to claims (the "<u>Objection</u>") of Steven D. Sass, as liquidating trustee (the "<u>Plan Trustee</u>") for the AHM Liquidating Trust (the "<u>Plan Trust</u>") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which the Plan Trust respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, disallowing in full or modifying, reclassifying and/or reassigning such Disputed Claims [2] identified on <u>Exhibits B</u>, <u>C</u> and <u>D</u> attached hereto; and it appearing that the Court has jurisdiction

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]     All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the

Objection having been given under the circumstances; and the Court having determined that the

Objection complies with Article 17 of the Plan and the Confirmation Order; and sufficient cause

appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Objection is adjourned with respect to proof of claim

numbers 9027 and 9028 filed by Bear Stearns & Co., Inc. (as predecessor in interest to

JPMorgan Chase Bank, N.A.); and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit B is hereby

modified to the dollar value under the column titled "Modified Amount" in Exhibit B and

reclassified to the priority level indicated in the column titled "Modified Amount" in Exhibit B;

and it is further;

ORDERED that the Disputed Claim identified on the attached Exhibit C is hereby

modified to and/or fixed at the dollar value under the column titled "Modified Amount" in

Exhibit C, reclassified to the priority level indicated in the column titled "Modified Amount" in

Exhibit C, and reassigned to New Case Number as indicated in Exhibit C; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit D are

hereby disallowed in their entirety; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or

supplement this Objection, and to file additional objections to any claims filed in these chapter

11 cases including, without limitation, the claims that are the subject of this Objection; and it is

further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
        _____ \_\_\_, 2011

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

3

# EXHIBIT A

**[DELETED]**

# EXHIBIT B

## Modified Amount Reclassified Claim

# Exhibit B

## Modified Amount Reclassified Claims

| Name/Address of Claimant | Objectionable Claim | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| MORGAN STANLEY & CO., INC. ATTN RICHE MCKNIGHT, ESQ. LEGAL & COMPLIANCE DIVISION 1633 BROADWAY, 25TH FLOOR NEW YORK, NY 10019 | 8172 | 1/10/08 | 07-11048 | $178,382.28 (S) - (A) - (P) - (U) $178,382.28 (T) | - (S) - (A) - (P) $178,382.28 (U) $178,382.28 (T) | The claimant asserted this claim against debtor AHM Investment Corp in connection with that certain Master Repurchase Agreement, dated as of November 23, 2003 (the "MRA"). The claim consists of a liquidated portion in the amount of $178,382.28 (the "Liquidated Claim") and a contingent, unliquidated portion (the "Contingent Claim"). The Plan Trustee agrees to allow this claim in the amount of the Liquidated Claim, however, the claimant has not asserted any additional amounts are owed or provided any documentation showing additional amounts are owed to claimant in connection with the MRA. Moreover, there is no basis for this claim to be provided secured status since the claimant has no property of the estates against which to offset AHM Investment Corp's obligations under the MRA. Based on the foregoing, the Plan Trustee requests entry of an order modifying and/or fixing the allowed amount of this claim at $178,382.28 and reclassifying this claim as a general unsecured claim. |
| **Totals:** | 1 Claim | | | $178,382.28 (S) - (A) - (P) - (U) $178,382.28 (T) | - (S) - (A) - (P) $178,382.28 (U) $178,382.28 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Modified Amount Reclassified Wrong Debtor Claim**

**Exhibit C**

**Modified Amount, Reclassified Wrong Debtor Claim**

| Name/Address of Claimant | Objectionable Claim | | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | | |
| UNITED GUARANTY RESIDENTIAL INS CO ET AL ATTN SARA F MILLARD, AUTHORIZED REP. LAW DEPARTMENT 230 N. ELM, SUITE 27401, P.O. BOX 20597 GREENSBORO, NC 27420 | 8534 | 1/10/08 | 07-11047 | Unspecified* | 07-11051 | - (S) - (A) - (P) $6,360.00 (U) $6,360.00 (T) | Claimants filed this contingent, unliquidated claim in connection with insurance, insurance services and/or contract services that claimants provided to American Home Mortgage Corp. (d/b/a American Brokers Conduit). Although the claimants failed to assert a liquidated claim amount, based on the documentation attached to the claim form, the Plan Trustee agrees that claimants are currently owed $6,360 for such services. With respect to the unliquidated claim, upon information and belief, the Plan Trustee contends no additional amounts are since (i) the Debtors' records reflect no outstanding liabilities other than the $6,360 mentioned above, and (ii) claimants have provided no data or documentation showing that any additional amounts are owed. Moreover, there is no basis for classifying this claim as anything other than a general unsecured claim. Lastly, the claimants improperly asserted this claim against AHM Holdings, Inc. rather than AHM Corp. (d/b/a American Brokers Conduit), which is the debtor entity that entered into the applicable agreements with these claimants. Based on the foregoing, the Plan Trustee requests the entry of an order: (i) modifying and fixing this claim as a general unsecured claim in the amount of $6,360; and (ii) reassigning the claim to AHM Corp. (Case No. 07-11051). |

—— Objectionable Claim ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| Totals: | 1 Claim | | | Unspecified* | | - (S) | |
| | | | | | | - (A) | |
| | | | | | | - (P) | |
| | | | | | | $6,360.00 (U) | |
| | | | | | | $6,360.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**No Liability Claims**

**Exhibit D**

**No Liability Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| | | | Objectionable Claim | | |
| FARMERS INSURANCE COMPANY, INC.<br>ATTN JERRI L. SOLOMON, ESQ.<br>4680 WILSHIRE BLVD.<br>LOS ANGELES, CA 90010 | 8914 | 1/11/08 | 49, 07-11050, 07 | Unspecified* | This contingent, unliquidated claim relates to a pre-petition state court action filed against debtor AHM Acceptance in the Circuit Court of St. Louis City, Missouri (Case No. 0722CC07997) (the "State Court Action"). The State Court Action is no longer pending and the claims of the plaintiff and the cross claims of Farmers Insurance (the "Claimant") for contribution and/or indemnification against AHM Acceptance were dismissed with prejudice pursuant to a stipulated order entered by the state court. The Claimant did not suffer any losses and made no payment in connection with the State Court Action. As such, the Claimant suffered no losses and, therefore, the Debtors have no liability on account of this claim for contribution and/or indemnification. |
| JENKINS, PATRICIA<br>246 SHEPARD AVE<br>EAST ORANGE, NJ 07018 | 10064 | 3/12/08 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$289,000.00 (U)<br>$289,000.00 (T) | The Claim appears to be based upon unfunded portions of a construction loan. However, based on an investigation of the Claim, the Plan Trustee has determined that the construction loan was fully funded. Pursuant to the Debtors' records, the loan was transferred to ABN AMRO/CCO in November 2008. The ABN AMRO/CCO has verified that the construction loan was funded and the final draw was issued on April 13, 2009, at which time the loan converted to a permanent loan. Based on the foregoing, the Debtors have no liability and this claim should therefore be disallowed in its entirely. |
| MNL GLOBAL INC.<br>C/O ANNIE VERDRIES<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>650 TOWN CENTER DRIVE, SUITE 1400<br>COSTA MESA, CA 92626 | 9246 | 1/11/08 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$49,611.50 (U)<br>$49,611.50 (T) | Claimant signed an Agreement and General Release releasing their claim. |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | | 3 Claims | | - (S) | |
| | | | | - (A) | |
| | | | | - (P) | |
| | | | | $338,611.50 (U) | |
| | | | | $338,611.50 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.