IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x    Chapter 11

In re:                                                                          :

                                                                                :    Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :
a Delaware corporation, et al.,[1]                                          :    Jointly Administered

                                                                                :

     Debtors.                                                           :

------------------------------------------------------------------- x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 7, 2011 AT 10:00 A.M. (ET)

## ADJOURNED/RESOLVED MATTERS

1.  Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

    Response Deadline:    June 4, 2008 at 4:00 p.m.

    Related Documents:

        a)    Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

    Responses Filed:    See Exhibit A, attached

    Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned.

2.  Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

    Response Deadline:    June 4, 2008 at 4:00 p.m.

    Related Documents:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

a)      Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:      See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned

3.      Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m., extended to March 2, 2011 for certain parties

Related Documents:

a)      Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

b)      Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5463, 8/18/08]

c)      Re-Notice of Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9768, 2/7/11]

Responses Filed:      See Exhibit C, attached

Status: Orders have been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned.

4.      Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:    September 8, 2008 at 4:00 p.m.

Related Documents:

a)      Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1   [D.I. 6217, 10/10/08]

b)      Supplemental Declaration of Eileen Wanerka in Support of Debtors'
        Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-
        Third Omnibus Objections to Claims Pursuant to Section 502(b) of the
        Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule
        3007-1 [D.I. 7629, 7/22/09]

c)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of
        Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth,
        Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to
        Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
        Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:      Please see Exhibit D, attached

Status: An Order has been entered that partially sustains the Objection. With respect to
the remainder of the relief requested and the remaining responses set forth on
Exhibit D, this matter will be adjourned.

5.    Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of
Administrative Expenses [D.I. 6460, 10/25/08]

Objection Deadline:    December 7, 2009 at 4:00 p.m.

Objections Filed:      None

Status: This matter will be adjourned.

6.    Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to
Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline:    December 3, 2008 at 4:00 p.m.

Related Document:

a)      Order Sustaining Debtors' Twenty-Second Omnibus (Non-Substantive)
        Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,
        Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6703,
        12/10/08]

Responses Filed:      See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection. With respect to
the remainder of the relief requested and the remaining responses set forth on
Exhibit E, this matter will be adjourned.

7.      Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 6826, 1/9/09]

        Response Deadline:    February 10, 2009 at 4:00 p.m.

        Related Document:

                a)      Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive)
                        Objection to Claims [D.I. 7023, 2/17/09]

        Responses Filed:      See Exhibit F, attached

        Status: An Order has been entered that partially sustains the Objection.  With respect to
                the remainder of the relief requested and the remaining responses set forth on
                Exhibit F, this matter will be adjourned.

8.      Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 7084, 3/6/09]

        Response Deadline:    March 30, 2009 at 4:00 p.m.

        Related Documents:

                a)      Supplemental Declaration of  Eileen Wanerka in Support of Debtors'
                        Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-
                        Third Omnibus Objections to Claims Pursuant to Section 502(b) of the
                        Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule
                        3007-1 [D.I. 7629, 7/22/09]

                b)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of
                        Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth,
                        Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to
                        Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                        Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

                c)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of
                        Debtors' Twenty-Fifth and Thirty-First Omnibus Objections to Claims
                        Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules
                        3003 and 3007, and Local Rule 3007-1  [D.I. 9977, 5/6/11]

        Responses Filed:      See Exhibit G, attached.

YCST01: 11465808.1                                                          066585.1001

Status: Orders have been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned.

9.      Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8174, 10/13/09]

Response Deadline:    November 6, 2009 at 4:00 p.m., extended to July 12, 2011 for certain parties

Related Documents:

a)      Order Sustaining Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8299, 11/13/09]

b)      Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 9816, 3/7/11]

c)      Revised Order Sustaining in Part Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 9821, 3/9/11]

d)      Order Sustaining in Part Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 9816, 3/7/11] [D.I. 9861, 3/17/11]

e)      Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 10052, 6/17/11]

Responses Received:  See Exhibit H, attached

Status: Orders have been entered that partially sustain the Objection. This matter is adjourned with respect to the items listed in Exhibit H.

10.     Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8939, 6/18/10]

Response Deadline:    July 12, 2010 at 4:00 p.m., extended to August 9, 2010 for Assured Guaranty Corp.

Related Document:

     a)     Order Sustaining in Part Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 9028, 7/19/10]

Responses Filed:     See Exhibit I

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit I, this matter will be adjourned.

11.     Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9176, 8/24/10]

Response Deadline:     September 16, 2010 at 4:00 p.m.

Related Document:

     a)     Order Sustaining in Part Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007 [D.I. 9254, 9/23/10]

Responses Filed:     See Exhibit J

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned.

12.     Paul M. Deck's Request for Payment of Administrative Claim Seeking Administrative Claim of Thirty-Four Hundred Dollars ($3400.00) [D.I. 9608, 12/30/10]

Objection Deadline:     April 5, 2011 at 4:00 p.m., extended to October 6, 2011 at 4:00 p.m. (ET)

Objections Filed:     None to date

Status: This matter will be adjourned to a date and time to be determined.

13.     Bernaillo County's Motion for Administrative Claim [D.I. 9618, 1/3/11]

Objection Deadline:     April 5, 2011 at 4:00 p.m., October 6, 2011 at 4:00 p.m. (ET)

Responses Filed:     None to date

YCST01: 11465808.1     066585.1001

Status: This matter will be adjourned to a date and time to be determined.

14.   Banc of America Leasing & Capital, LLC's Request for Allowance and Payment of
      Administrative Expense Claim [D.I. 9619, 1/4/11]

      Objection Deadline:   April 5, 2011 at 4:00 p.m. (ET), extended to October 6, 2011 at
                            4:00 p.m. (ET)

      Objections Filed:     None to date

      Status: This matter will be adjourned to a date and time to be determined.

15.   The United States' Amended Request for Payment of Chapter 11 Administrative
      Expenses [D.I. 9624, 1/4/11]

      Objection Deadline:   April 5, 2011 at 4:00 p.m. (ET), extended to October 6, 2011 at
                            4:00 p.m. (ET)

      Objections Filed:     None to date

      Status: The matter will be adjourned to a date and time to be determined.

16.   Application of Countrywide Bank, N.A. and Countrywide Home Loans, Inc. for
      Allowance of Administrative Expenses [D.I. 9625, 1/5/11]

      Objection Deadline:   April 29, 2011 at 4:00 p.m. (ET), extended to October 6, 2011 at
                            4:00 p.m. (ET)

      Objections Filed:     None to date

      Status: This matter will be adjourned to a date and time to be determined.

17.   Request by City of Hartford, Connecticut for Payment of Administrative Expense [D.I.
      9626, 1/4/11]

      Objection Deadline:   April 5, 2011 at 4:00 p.m. (ET), extended to October 6, 2011 at
                            4:00 p.m. (ET)

      Objections Filed:     None to date

      Status: This matter will be adjourned to a date and time to be determined.

18.   Lewisville Independent School District's Request for Payment of Administrative
      Expense [D.I. 9630, 1/4/11]

      Objection Deadline:   April 5, 2011 at 4:00 p.m. (ET), extended to October 6, 2011 at
                            4:00 p.m. (ET)

      Objections Filed:     None to date

      Status: This matter will be adjourned to a date and time to be determined.

19.   Iron Mountain Information Management, Inc.'s Request for Allowance and Payment of
      Administrative Expenses (Hardcopy) [D.I. 9636, 1/5/11]

      Objection Deadline:   April 5, 2011 at 4:00 p.m. (ET), extended to October 6, 2011 at
                            4:00 p.m. (ET)

      Objections Filed:     None to date

      Status: This matter will be adjourned to a date and time to be determined.

20.   Iron Mountain Information Management, Inc.'s Request for Allowance and Payment of
      Administrative Expenses (Data) [D.I. 9637, 1/5/11]

      Objection Deadline:   April 5, 2011 at 4:00 p.m. (ET), extended to October 6, 2011 at
                            4:00 p.m. (ET)

      Objections Filed:     None to date

      Status: This matter will be adjourned to a date and time to be determined.

21.   Application of Normal Loftis for Allowance and Payment of Administrative Expense
      Claim Pursuant to Section 503(b) of the Bankrupty Code [D.I. 9638, 1/5/11]

      Objection Deadline:   April 5, 2011 at 4:00 p.m. (ET), extended to October 6, 2011 at
                            4:00 p.m. (ET)

      Objections Filed:     None to date

      Status: This matter will be adjourned to a date and time to be determined.

22.   Oracle America, Inc.'s Request for Allowance and Payment of Chapter 11
      Administrative Expense [D.I. 9639, 1/5/11]

      Objection Deadline:   February 3, 2011 at 4:00 p.m., extended to March 3, 2011 for the
                            Plan Trust

Related Document:

> a) Notice of Withdrawal of Oracle America, Inc.'s Request for Allowance and Payment of Chapter 11 Administrative Expense [D.I. 10189, 10/3/11]

Objections Filed:    None

Status: This matter has been withdrawn.

23.    Request of American Home Mortgage Servicing, Inc., formerly known as AH Mortgage Acquisition Co., Inc. for Allowance and Payment of an Administrative Expense Claim [D.I. 9640, 1/5/11]

Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to October 6, 2011 at 4:00 p.m. (ET)

Objections Filed:    None to date

Status: This matter will be adjourned to a date and time to be determined.

24.    Debtors' Seventy-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9661, 1/11/11]

Response Deadline: February 3, 2011 at 4:00 p.m. (ET)

Related Document:

> a)    Order (Revised) Sustaining in Part Debtors' Seventy-First Omnibus (Substantive) Objection to Claims [D.I. 9778, 2/9/11]

Responses Filed:    See Exhibit K

Status: This matter will be adjourned with respect to the informal response from the U.S. Department of Labor.  An Order has been entered resolving the remainder of this matter.

25.    Protective Claim of Fred R. Hodoval, Rollover IRA, Pershing LLC, Custodian, Recognized Claim Number 1223571 [D.I. 9662, 1/10/11]

Objection Deadline:    Extended to October 6, 2011 at 4:00 p.m. (ET)

Objections Filed:    None to date

Status: This matter will be adjourned to a date and time to be determined.

YCST01: 11465808.1    066585.1001

26.     Hussain Kareem's Motion for Entry of Administrative Claim with Brief in Support [D.I. 9692, 1/20/11]

    Objection Deadline:   March 2, 2011 at 4:00 p.m. (ET) extended to October 6, 2011 at 4:00 p.m. (ET)

    Objections Filed:

        a)  Plan Trust's Omnibus Objection to (I) Motion for Judgment as a Matter of Law of Administrative Claim Entered, (II) Motion for Allowance and Payment of Administrative Claim with Brief in Support; and (III) Claims Numbered 10870, 10875 and 10887 filed by Hussain Kareem [D.I. 10182, 9/30/11]

    Status: This matter will be adjourned to November 18, 2011 at 11:00 a.m. (ET).

27.     Plan Trust's Seventy-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9771, 2/7/11]

    Response Deadline:   March 2, 2011 at 4:00 p.m. (ET)

    Related Document:

        a)     Order Sustaining in Part Plan Trust's Seventy-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9822, 3/9/11]

    Responses Filed:       See Exhibit L, attached.

    Status: An Order has been entered which partially sustains the objection.  This matter has been adjourned with respect to the respond of J.P. Morgan Mortgage Acquisition Co. as listed on Exhibit L.

28.     Plan Trust's Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9817, 3/7/11]

    Response Deadline:   March 30, 2011 at 4:00 p.m. (ET)

    Related Document:

        a)     Order [D.I. 9913, 4/5/11]

    Responses Filed:       See Exhibit M, attached.

YCST01: 11465808.1                                                      066585.1001

Status: An order has been entered which partially sustains the Objection. This matter is adjourned with respect to those items listed in Exhibit M.

29. Plan Trust's Seventy-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9818, 2/7/11]

Response Deadline:   March 30, 2011 at 4:00 p.m. (ET)

Related Document:

a)   Order [D.I. 9919, 4/6/11]

Responses Filed:   See Exhibit N, attached.

Status: An order has been entered which partially sustains the Objection. This matter is adjourned with respect to those items listed in Exhibit N.

30. Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9818, 2/7/11]

Response Deadline:   May 4, 2011 at 4:00 p.m. (ET), extended to July 12, 2011 at 4:00 p.m. (ET) for certain parties

Related Documents:

a) Revised Order Sustaining in Part Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9994, 5/9/11]

b) Re-Notice of Debtors' Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10053, 6/17/11]

Responses Filed:   See Exhibit O, attached.

Status: An order has been entered which partially sustains the Objection. This matter is adjourned with respect to those items listed in Exhibit O.

11

31.     Plan Trust's Seventy-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to
        Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
        Rule 3007-1 [D.I. 10014, 5/20/11]

        Response Deadline:    June 14, 2011 at 4:00 p.m. (ET)

        Related Documents:

                a)      Notice of Partial Withdrawal [D.I. 10026, 5/31/11]

                b)      Order Sustaining Plan Trust's Seventy-Eighth Omnibus (Non-Substantive)
                        Objection to Claims [D.I. 10060, 6/20/11]

        Responses Filed:      See Exhibit P, attached.

        Status: An Order has been entered which partially sustains the Objection.  With respect to
                Exhibit P, this matter is adjourned regarding the claims of DB Structured Products
                and the Objection is withdrawn regarding the claim of Dawn May.

32.     Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims Pursuant to
        Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
        Rule 3007-1 [D.I. 10015, 5/20/11]

        Response Deadline:    June 14, 2011 at 4:00 p.m. (ET)

        Related Document:

                a)      Order Sustaining Plan Trust's Seventy-Ninth Omnibus (Substantive)
                        Objection to Claims [D.I. 10059, 6/20/11]

        Responses Filed:      See Exhibit Q, attached

        Status: An Order has been entered which partially sustains the Objection.  With respect to
                Exhibit Q, this matter will be adjourned.

33.     Plan Trust's Eighty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to
        Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
        Rule 3007-1 [D.I. 10122, 8/10/11]

        Response Deadline:    September 1, 2011 at 4:00 p.m. (ET), extended for RBS and
                              Wilmington Trust to September 30, 2011 at 4:00 p.m. (ET)

        Related Document:

                a)      Order Sustaining in Part Plan Trust's Eighty-Fourth Omnibus (Non-
                        Substantive) Objection to Claims Pursuant to Section 502(b) of the

066585.1001

Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10158, 8/8/11]

   b)  Consensual Order Sustaining in Part Plan Trust's Eighty-Fourth Omnibus (Non-Substantive) Objection to Claims [D.I. 10187, 10/3/11]

Responses Filed:        See Exhibit R, attached

Status: Orders have been entered that partially sustain this matter.  This matter will be adjourned with respect to the responses on Exhibit R.

34.   Plan Trust's Eighty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10123, 8/10/11]

Response Deadline:      September 1, 2011 at 4:00 p.m. (ET)

Responses Filed:        See Exhibit S, attached

Status: This matter is adjourned.

35.   Hussain Kareem's Motion for Judgment as a Matter of Law of Administrative Claim Entered [D.I. 10148, 8/31/11]

Objection Deadline:     September 30, 2011 at 4:00 p.m. (ET)

Objections Filed:

   a)  Plan Trust's Omnibus Objection to (I) Motion for Judgment as a Matter of Law of Administrative Claim Entered, (II) Motion for Allowance and Payment of Administrative Claim with Brief in Support; and (III) Claims Numbered 10870, 10875 and 10887 filed by Hussain Kareem [D.I. 10182, 9/30/11]

Status: This matter will be adjourned to November 18, 2011 at 11:00 a.m. (ET).

36.   Plan Trustee's Motion for an Order Pursuant to 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 Granting Authorization to File Exhibits to the Plan Trust's Omnibus Objection to (i) Motion for Judgment as a Matter of Law of Administrative Claim Entered, (ii) Motion for Allowance and Payment of Administrative Claim with Brief in Support; and (iii) claims Numbered 10870, 10875 and 10887 filed by Hussain Kareem Under Seal [D.I. 10183, 9/30/11]

Objection Deadline:     October 7, 2011 at 10:00 a.m.

Related Document:

YCST01: 11465808.1                                                 066585.1001

a)  Order Shortening the Time for Notice of the Hearing [D.I. 10188, 10/3/11]

Objections Filed:        None as of the filing of this Agenda

Status: This matter will be adjourned to November 18, 2011 at 11:00 a.m. (ET).

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

37.    Plan Trust's Eighty-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10155, 9/7/11]

Response Deadline:    September 30, 2011 at 4:00 p.m. (ET)

Related Document:

a)  Certification of Counsel [D.I. 10196, 10/5/11]

Responses Filed:        See Exhibit T, attached

Status: This matter will be adjourned with respect to the responses listed on Exhibit T.  A certification of counsel has been filed resolving the remainder of this matter.  No hearing is required.

38.    Plan Trust's Eighty-Seventh (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10156, 9/7/11]

Response Deadline:    September 30, 2011 at 4:00 p.m. (ET)

Related Document:

a)  Certification of Counsel [D.I. 10197, 10/5/11]

Responses Filed:        See Exhibit U, attached

Status: This matter will be adjourned with respect to the objection to the claims of Bear Stearns.  A certification of counsel has been filed resolving the remainder of this matter.  No hearing is required.

YCST01: 11465808.1

066585.1001

**ADVERSARY MATTER**

39.   Status Conference – American Home Mortgage Corp., American Home Mortgage
      Investment Corp. and the Official Committee of Unsecured Creditors of American Home
      Mortgage Holdings, Inc., et al. v. JPMorgan Chase Bank, N.A., Adv. 09-51702

      Status: This matter has been settled in principle, subject to documentation, and the matter
         will go forward as a status conference only.

Dated: October 5, 2011          YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
       Wilmington, Delaware
                                */s/ Margaret Whiteman Greecher*
                                Sean M. Beach (No. 4070)
                                Margaret Whiteman Greecher (No. 4652)
                                Patrick A. Jackson (No. 4976)
                                Michael S. Neiburg (No. 5275)
                                The Brandywine Building
                                1000 West Street - 17th Floor
                                P.O. Box 391
                                Wilmington, Delaware  19899
                                Telephone: (302) 571-6600
                                Facsimile: (302) 571-1253

                                -and-

                                HAHN & HESSEN LLP
                                Mark S. Indelicato
                                Edward L. Schnitzer
                                488 Madison Avenue
                                New York, New York 10022
                                Telephone: (212) 478-7200
                                Facsimile: (212) 478-7400

                                *Co-Counsel to the Plan Trustee*

YCST01: 11465808.1                                              066585.1001

## Exhibit A, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Assoc. | 4362, 6/4/08 | Adjourned |

## Exhibit B, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned |

## Exhibit C, Thirteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Countrywide | 5337, 8/8/08 | Adjourned |
|  | FGIC | 5351, 8/11/08 | Adjourned |
|  | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned |
|  | Deutsche Bank | 5356, 8/11/08 | Adjourned |
|  | AT&T Global Services |  | Adjourned |

## Exhibit D, Fifteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Shervonne Powell | 5814, 9/11/08 | Adjourned |
|  | John Johnston | 5818, 9/11/08 | Adjourned |
|  | Grailing Carter | 5947, 9/17/08 | Adjourned |

## Exhibit E, Twenty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Scott Jossart |  | Adjourned |

YCST01: 11465808.1

066585.1001

### Exhibit F, Twenty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Credit Suisse |  | Adjourned |
|  | Sharaine Hughes |  | Adjourned |

### Exhibit G, Thirty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 7176, 3/30/09 | Adjourned |

### Exhibit H, Forty-Fourth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Association |  | Adjourned |

### Exhibit I, Fifty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Assured Guaranty Corp. |  | Adjourned |

### Exhibit J, Sixty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | New York City Department of Finance |  | Adjourned |

### Exhibit K, Seventy-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Department of Labor |  | Adjourned |

### Exhibit L, Seventy-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | J.P. Morgan Mortgage Acquisition Corp. | Informal | Adjourned |

YCST01: 11465808.1

066585.1001

## Exhibit M, Seventy-Forth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Placer County |  | Adjourned |

## Exhibit N, Seventy-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Imperial County |  | Adjourned |

## Exhibit O, Seventy-Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | UBS Securities LLC POC No. 10787 |  | Adjourned |
|  | Countrywide Bank, F.S.B. |  | Adjourned |
|  | Countrywide Home Loans, Inc. |  | Adjourned |
|  | Deutsche Bank National Trust |  | Adjourned |

## Exhibit P, Seventy-Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DB Structured Claim Nos. 10758 and 10759 |  | Adjourned |

## Exhibit Q, Seventy-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Ventura County | 10044, 6/14/11 | Adjourned |

## Exhibit R, Eighty-Fourth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Wilmington Trust |  | Adjourned |
|  | MBIA |  | Adjourned |
|  | FGIC |  | Adjourned |

YCST01: 11465808.1

066585.1001

### Exhibit S, Eighty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Torrence Caldwell |  | Adjourned |
|  | Ronald T. Ginnona and Traci A. Ginnona | 10152, 9/2/11 | Adjourned |

### Exhibit T, Eighty-Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Illinois National Insurance Co., et al. |  | Adjourned |
|  |  |  |  |

### Exhibit U, Eighty-Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Bear, Stearns & Co., Inc. |  | Adjourned |
|  |  |  |  |

YCST01: 11465808.1

066585.1001