IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   : Jointly Administered
    Debtors.                                                       :
                                                                   : Ref. D.I. 10182, 10183
                                                                   : Response Deadline: November 11, 2011 at 4:00 p.m. (ET)
------------------------------------------------------------------ x Hearing Date: November 18, 2011 at 11:00 a.m. (ET)

## RE-NOTICE OF HEARING

TO:   MR. HUSSAIN KAREEM AND ALL PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002

PLEASE TAKE NOTICE THE COURT HAS SCHEDULED A HEARING ON THE FOLLOWING PLEADINGS (THE "PLEADINGS") TO BE HELD ON **NOVEMBER 18, 2011 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801:

- Hussain Kareem's Motion for Entry of Administrative Claim with Brief in Support [D.I. 9692, 1/20/11]

- Hussain Kareem's Motion for Judgment as a Matter of Law of Administrative Claim Entered [D.I. 10148, 8/31/11]

- Plan Trust's Omnibus Objection to (I) Motion for Judgment as a Matter of Law of Administrative Claim Entered, (II) Motion for Allowance and Payment of Administrative Claim with Brief in Support; and (III) Claims Numbered 10870, 10875 and 10887 filed by Hussain Kareem (the "Objection") [D.I. 10182]; and

- Plan Trustee's Motion for an Order Pursuant to 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 Granting Authorization to File Exhibits to the Plan Trust's Omnibus Objection to (i) Motion for Judgment as a Matter of Law of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

**Administrative Claim Entered, (ii) Motion for Allowance and Payment of Administrative Claim with Brief in Support; and (iii) claims Numbered 10870, 10875 and 10887 filed by Hussain Kareem Under Seal** (the "Seal Motion") [D.I. 10183].

PLEASE TAKE FURTHER NOTICE that, as part of the Objection, the Plan Trustee seeks to have the Court (i) deny Mr. Kareem's requests for administrative expense claims and (ii) disallow and expunge Mr. Kareem's other claims filed against the Debtors in these cases. The basis for this request is set forth more fully in the Objection.

PLEASE TAKE FURTHER NOTICE that responses to the Seal Motion and the objections to claim numbers 10870, 10875 and 10887 included in the Objection must be filed on or before **November 11, 2011 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, Third Floor, 824 N. Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the undersigned counsel to the Plan Trustee so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that any response to the Objection must contain at a minimum the following:

(a) a caption setting forth the name of the Court, the case number and the title of the Objection to which the response is directed;

(b) the name of the Claimant and description of the basis for the amount of the Claim, if applicable;

(c) a concise statement setting forth the reasons why the Claim should not be disallowed or modified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which the responding party will rely in opposing the Objection;

(d) all documentation or other evidence of the Claim or assessed value, to the extent not included with the Proof of Claim previously filed with the Bankruptcy Court, upon which the responding party will rely in opposing the Objection at the Hearing;

(e) the address(es) to which the Plan Trustee must return any reply to the Response, if different from that presented in the Claim; and

(f) the name, address and telephone number of the person (which may be the Claimant or his/her/its legal representative) possessing ultimate authority to reconcile, settle or otherwise resolve the Claim or response to the Objection on behalf of the responding party.

PLEASE TAKE FURTHER NOTICE that questions about the Objection or Seal Motion should be directed to counsel for the Plan Trustee (Margaret Whiteman Greecher, (302) 571-


6600 or mgreecher@ycst.com).  CLAIMANT SHOULD NOT CONTACT THE CLERK OF THE COURT TO DISCUSS THE MERITS OF THEIR CLAIMS OR RESPONSES TO THE PLEADINGS.

**YOU HAVE THE RIGHT TO APPEAR IN PERSON OR TELEPHONICALLY AT THE HEARING ON THE OBJECTION.  YOU HAVE PREVIOUSLY BEEN PROVIDED A COPY OF THE BANKRUPTCY COURT'S PROCEDURES REGARDING TELEPHONIC APPEARANCES.**

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND OR APPEAR IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION AND THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 6, 2011  
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Margaret Whiteman Greecher*  
Sean M. Beach (No. 4070)  
Margaret Whiteman Greecher (No. 4652)  
The Brandywine Building  
1000 West Street - 17th Floor  
P.O. Box 391  
Wilmington, Delaware  19899  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP  
Mark S. Indelicato  
Edward L. Schnitzer  
488 Madison Avenue  
New York, New York 10022  
Telephone: (212) 478-7200  
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*