IN THE UNITED STATES BANKRUPTCY COURT

FOR TE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| AMERICAN HOME MORTGAGE (CSS) | Case No. 07-11047 |
| HOLDINGS, INC. et al | |
| A Delaware corporation | |
| Debtors | |

**ORDER FOR CONTINUANCE OF HEARING**

1. This matter comes before the Court on Motion by Hussain Kareem, Claimant in the action, This court grants of this matter for Hearing Scheduled for October 7th, 2011 at 10 am. to be Continued in 30 days from the date of entry of this order Granting Continuance.

2. SO ORDERED, the

_____
U.S. States Bankruptcy Judge,
Christopher Sontchi, by Designation

Date: October_____, 2011

cc:
Mr. Hussain Kareem
2197 Carlysle Creek Drive
Lawrenceville, GA 30044

## Certificate of Service

I, Hussain Kareem, do certify that I have mailed by first class U.S. Mail on about October 4, 2011, the foregoing to the following at his/her address below:

Counsel For Debtors:

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Sean M. BEACH

Patrick A. Jackson

1000 West St., 17th Floor

P.O. Box 391

Wilmington, DE 19801

Tel: (302) 571-6600

Counsel for the Plan Trustee:

**HAHN & HAESSEN LLP**

Mark S. Indelicato

Edward L. Schnitzer

488 Madison Avenue

New York, N.Y. 10022

Tel: (212) 478-7200

**The Plan Trustee:**

Steven D. Stass

AHM Liquidating Trust

P.O. Box 10550

Melville, NY 11747

Mathis K. Wright, President

NAACP CHAPTER #5160

P.O. BOX 1296

AMERICUS, GA 31709