# FedEx Express

Exhibit A

**Label 1 (Priority Overnight):**

ORIGIN ID: ZWIA (302) 571-6611
BILLY SULLIVAN
YOUNG CONAWAY STARGATT & TAYLOR
1000 WEST STREET 17TH FLOOR
THE BRANDYWINE BUILDING
WILMINGTON, DE 19801
UNITED STATES US

Ship Date: 30SEP11
ActWgt: 1.8 LB
CAD: 0057722/CAFE2507

TO HUSSAIN KAREEM
2197 CARLYSLE CREEK DR
LAWRENCEVILLE, GA 30044

(302) 571-6611

Trk# 9833 9304 1100

PRIORITY OVERNIGHT

2197 CARLYSLE CREEK DR
(US)

FedEx Express
E

PLACE THIS LABEL ON PACKAGE
NEXT TO THE SHIPPING LABEL

Part # 154250-354 TRIT 06/09

RT 137 1
FZ
1100
10.01

**Label 2 (Saturday Priority Overnight):**

ORIGIN ID: ZWIA (302) 571-6611
BILLY SULLIVAN
YOUNG CONAWAY STARGATT & TAYLOR
1000 WEST STREET 17TH FLOOR
THE BRANDYWINE BUILDING
WILMINGTON, DE 19801
UNITED STATES US

SHIP DATE: 30SEP11
ActWgt: 1.8 LB
CAD: 0057722/CAFE2507

BILL SENDER

TO HUSSAIN KAREEM
2197 CARLYSLE CREEK DR
LAWRENCEVILLE GA 30044
(302) 571-6611
REF: 66858.1001/531

TRK# 9833 9304 1100
0201

XØ MGEA

### SATURDAY ###
PRIORITY OVERNIGHT

30044
GA-US ATL

FedEx Express
E

Part # 154250-354 TRIT 06/09