# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, OCTOBER 07, 2011 10:00 AM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | LESLIE MURIN |

## Matter:

Omnibus

**R / M #:**   0 / 0

## Appearances:

See sign-in sheet

## Proceedings:

Hearing Matters

   Hearing held.

      Agenda Items:

         37. Judge signed order
         38. Judge signed order