# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 10/7/11 AT 10:00 A.M.

| NAME | *telephonic | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|---|
| Alison Ladd | | Hahn & Hessen | Liquidating Trustee |
| Sean Beach | | Young Conaway | " |
| Michael Neiburg | | " | " |
| Matthew McGuire | | Landis Rath | JPMorgan |
| R. Stephen McNeill | | Potter Anderson | Bank of America |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**