# EXHIBIT A

**Late Filed Claim**

**Exhibit A**

**Late Filed Claim**

|  | | | ───── Objectionable Claim ───── | | |
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| CLEVELAND COUNTY TREASURER<br>201 S JONES SUITE 100<br>NORMAN, OK 73069 | 10906 | 7/6/11 | 07-11047 | - (S)<br>- (A)<br>$119.22 (P)<br>- (U)<br>$119.22 (T) | 1/11/2008 |

| **Totals:** | **1 Claim** | | | - (S)<br>- (A)<br>$119.22 (P)<br>- (U)<br>$119.22 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.