# EXHIBIT B

**Wrong Debtor Claims**

## Exhibit B
## Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number |
|---|---|---|---|---|---|
| 84 LUMBER COMPANY 2006CV0468<br>MASON, SCHILLING & MASON, CO, LPA<br>11340 MONTGOMERY ROAD, SUITE 210<br>CINCINATTI, OH 45249 | 7720 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | 07-11049 |
| STINNETT, KEVIN AND/OR JULIE<br>6370 PEACOCK WAY<br>PILOT HILL, CA 95664 | 10012 | 2/29/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$37,869.00 (U)<br>$37,869.00 (T) | 07-11051 |

Totals: 2 Claims

- (S)
- (A)
- (P)
$62,869.00 (U)
$62,869.00 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.