# EXHIBIT C

**Satisfied Claims**

# Exhibit C

## Satisfied Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MATSON, SARA<br>641 FIELD CLIFF DR<br>STONE MTN, GA 30087-4909 | 1267 | 9/25/07 | 07-11047 | $21,588.93 (S)<br>- (A)<br>- (P)<br>- (U)<br>$21,588.93 (T) | Claim relates to unfunded portion of a construction loan. The Plan Trustee has determined that the claimed amount has been previously satisfied. Specifically, the Plan Trustee has discovered that the amounts underlying in the claim, were paid by AHM Trustee of Servicers FHA 203K Mortgagors. The bank has confirmed that the checks cleared on October 3, 2007, October 19, 2007 and December 4, 2007. |
| WIDJAYA, TOMMY<br>1657 SAN DAMIAN RD<br>TALLAHASSEE, FL 32303 | 1863 | 11/1/07 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$700.00 (U)<br>$700.00 (T) | Claim relates to a $700 overpayment that was supposed to be applied to principal. Based on an investigation of the Claim, the Plan Trustee has determined that the Claim has been previously satisfied. Specifically, the Plan Trustee has discovered that the amounts underlying in the Claim were paid by American Home Mortgage Corp to the claimant on November 12, 2008. |
| **Totals:** | **2 Claims** | | | $21,588.93 (S)<br>- (A)<br>- (P)<br>$700.00 (U)<br>$22,288.93 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.