# EXHIBIT D

**Insufficient Documentation Claims**

# Exhibit D

## Insufficient Documentation Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY, ET AL<br>JENNIFER L. HOAGLAND, ESQUIRE<br>BAZELON LESS & FELDMAN, P.C.<br>1515 MARKET ST.<br>PHILADELPHIA, PA 19102 | 8728 | 1/11/08 | 07-11047 | Unspecified* | Claimants filed this placeholder contingent, unliquidated claim in connection with various pre-petition insurance agreements purportedly entered into between the claimants and various debtor entities. The claim was apparently filed to preserve whatever rights these claimants have under the applicable agreements. The claim form and attached addendum, however, fail to assert any actual money damages owed to these claimants and are insufficient to allow the Plan Trustee to assess the validity of the claim. The claim is therefore not prima facie valid and should be disallowed. |
| ACE AMERICAN INSURANCE COMPANY, ET AL<br>JENNIFER L. HOAGLAND, ESQUIRE<br>BAZELON LESS & FELDMAN, P.C.<br>1515 MARKET ST<br>PHILADELPHIA, PA 19102 | 8729 | 1/11/08 | 07-11051 | Unspecified* | Claimants filed this placeholder contingent, unliquidated claim in connection with various pre-petition insurance agreements purportedly entered into between the claimants and various debtor entities. The claim was apparently filed to preserve whatever rights these claimants have under the applicable agreements. The claim form and attached addendum, however, fail to assert any actual money damages owed to these claimants and are insufficient to allow the Plan Trustee to assess the validity of the claim. The claim is therefore not prima facie valid and should be disallowed. |
| JAKE A. PARROTT INSURANCE AGENCY<br>ATTN JAKE PARROTT<br>P O BOX 3545<br>KINSTON, NC 28501 | 4856 | 12/7/07 | NO DEBTOR | Unspecified* | Claimant failed to allege any facts or attach documents sufficient to allow the Plan Trustee to assess the validity of this claim. As such, the claim is not prima facie valid and should be disallowed. |
| ROUTH CRABTREE OLSEN<br>13555 SE 36TH ST STE 300<br>BELLEVUE, WA 98006-1489 | 8642 | 1/11/08 | 07-11050 | Unspecified* | Claimant filed this placeholder, contingent, unliquidated claim to preserve its rights in the event that this claimant is not compensated for post-petition services. Claimant, however, has failed to allege any facts or attach any supporting documentation to allow the Plan Trustee to determine the validity of this claim. As such, the claim is not prima facie valid and should be disallowed. |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| | | | Objectionable Claim | | |
| Totals: | | 4 Claims | | Unspecified* | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.