# EXHIBIT A

**[DELETED]**