# EXHIBIT B

## Modified Amount Reclassified Claim

## Exhibit B

## Modified Amount Reclassified Claims

| Name/Address of Claimant | Objectionable Claim | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| MORGAN STANLEY & CO., INC. ATTN RICHE MCKNIGHT, ESQ. LEGAL & COMPLIANCE DIVISION 1633 BROADWAY, 25TH FLOOR NEW YORK, NY 10019 | 8172 | 1/10/08 | 07-11048 | $178,382.28 (S) - (A) - (P) - (U) $178,382.28 (T) | - (S) - (A) - (P) $178,382.28 (U) $178,382.28 (T) | The claimant asserted this claim against debtor AHM Investment Corp in connection with that certain Master Repurchase Agreement, dated as of November 23, 2003 (the "MRA"). The claim consists of a liquidated portion in the amount of $178,382.28 (the "Liquidated Claim") and a contingent, unliquidated portion (the "Contingent Claim"). The Plan Trustee agrees to allow this claim in the amount of the Liquidated Claim, however, the claimant has not asserted any additional amounts are owed or provided any documentation showing additional amounts are owed to claimant in connection with the MRA. Moreover, there is no basis for this claim to be provided secured status since the claimant has no property of the estates against which to offset AHM Investment Corp's obligations under the MRA. Based on the foregoing, the Plan Trustee requests entry of an order modifying and/or fixing the allowed amount of this claim at $178,382.28 and reclassifying this claim as a general unsecured claim. |
| Totals: | 1 Claim | | | $178,382.28 (S) - (A) - (P) - (U) $178,382.28 (T) | - (S) - (A) - (P) $178,382.28 (U) $178,382.28 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.