# EXHIBIT C

## Modified Amount Reclassified Wrong Debtor Claim

## Exhibit C

### Modified Amount, Reclassified Wrong Debtor Claim

Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| UNITED GUARANTY RESIDENTIAL INS CO ET AL ATTN SARA F MILLARD, AUTHORIZED REP. LAW DEPARTMENT 230 N. ELM, SUITE 27401, P.O. BOX 20597 GREENSBORO, NC 27420 | 8534 | 1/10/08 | 07-11047 | Unspecified* | 07-11051 | - (S) - (A) - (P) $6,360.00 (U) $6,360.00 (T) | Claimants filed this contingent, unliquidated claim in connection with insurance, insurance services and/or contract services that claimants provided to American Home Mortgage Corp. (d/b/a American Brokers Conduit). Although the claimants failed to assert a liquidated claim amount, based on the documentation attached to the claim form, the currently owed $6,360 for such services. With respect to the unliquidated claim, upon information and belief, the Plan Trustee contends no additional amounts are since (i) the Debtors' records reflect no outstanding liabilities other than the $6,360 mentioned above, and (ii) claimants have provided no data or documentation showing that any additional amounts are owed. Moreover, there is no basis for classifying this claim as anything other than a general unsecured claim. Lastly, the claimants improperly asserted this claim against AHM Holdings, Inc. rather than AHM Corp. (d/b/a American Brokers Conduit), which is the debtor entity that entered into the applicable agreements with these claimants. Based on the foregoing, the Plan Trustee requests the entry of an order: (i) modifying and fixing this claim as a general unsecured claim in the amount of $6,360; and (ii) reassigning the claim to AHM Corp. (Case No. 07-11051). |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| Totals: | 1 Claim | | | Unspecified* | | - (S) | |
| | | | | | | - (A) | |
| | | | | | | - (P) | |
| | | | | | | $6,360.00 (U) | |
| | | | | | | $6,360.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.