# EXHIBIT D

**No Liability Claims**

# Exhibit D

## No Liability Claims

| Name/Address of Claimant | Objectionable Claim | | | | Total Amount Claimed | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | | |
| FARMERS INSURANCE COMPANY, INC.<br>ATTN JERRI L. SOLOMON, ESQ.<br>4680 WILSHIRE BLVD.<br>LOS ANGELES, CA 90010 | 8914 | 1/11/08 | 19, 07-11050, 07 | | Unspecified* | This contingent, unliquidated claim relates to a pre-petition state court action filed against debtor AHM Acceptance in the Circuit Court of St. Louis City, Missouri (Case No. 0722CC07997) (the "State Court Action"). The State Court Action is no longer pending and the claims of the plaintiff and the cross claims of Farmers Insurance (the "Claimant") for contribution and/or indemnification against AHM Acceptance were dismissed with prejudice pursuant to a stipulated order entered by the state court. The Claimant did not suffer any losses and made no payment in connection with the State Court Action. As such, the Claimant suffered no losses and, therefore, the Debtors have no liability on account of this claim for contribution and/or indemnification. |
| JENKINS, PATRICIA<br>246 SHEPARD AVE<br>EAST ORANGE, NJ 07018 | 10064 | 3/12/08 | NO DEBTOR | | - (S)<br>- (A)<br>- (P)<br>$289,000.00 (U)<br>$289,000.00 (T) | The Claim appears to be based upon unfunded portions of a construction loan. However, based on an investigation of the Claim, the Plan Trustee has determined that the construction loan was fully funded. Pursuant to the Debtors' records, the loan was transferred to ABN AMRO/CCO in November 2008. The ABN AMRO/CCO has verified that the construction loan was funded and the final draw was issued on April 13, 2009, at which time the loan converted to a permanent loan. Based on the foregoing, the Debtors have no liability and this claim should therefore be disallowed in its entirety. |
| MNL GLOBAL INC.<br>C/O ANNIE VERDRIES<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>650 TOWN CENTER DRIVE, SUITE 1400<br>COSTA MESA, CA 92626 | 9246 | 1/11/08 | NO DEBTOR | | - (S)<br>- (A)<br>- (P)<br>$49,611.50 (U)<br>$49,611.50 (T) | Claimant signed an Agreement and General Release releasing their claim. |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | | 3 Claims | | - (S)<br>- (A)<br>- (P)<br>$338,611.50 (U)<br>$338,611.50 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.