# EXHIBIT II

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | **Ref. Docket No. ___** |

**ORDER SUSTAINING PLAN TRUST'S EIGHTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the eighty-eighth omnibus (non-substantive) objection to claims (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors"), by which the Plan Trustee respectfully requests the entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified on

---

1 The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2 All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

Exhibits A, B and C attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A and B are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit C is hereby reassigned to the New Case Number as indicated on Exhibit C; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
November ___, 2011

____________________________________
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Late Filed Claims**

# Exhibit A

## Late Filed Claim

| Name/Address of Claimant | Objectionable Claim: Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| CITIMORTGAGE, INC<br>ATTN JOHN WILFRED<br>PO BOX 9481<br>GAITHERSBURG, MD 20898 | 10385 | 4/29/08 | 07-11047 | $219,991.64 (S)<br>- (A)<br>- (P)<br>- (U)<br>$219,991.64 (T) | 1/11/2008 |
| KENT COUNTY TREASURER<br>P.O. BOX Y<br>GRAND RAPIDS, MI 49501 | 10923 | 9/9/11 | 07-11047 | $56.61 (S)<br>- (A)<br>- (P)<br>- (U)<br>$56.61 (T) | 1/11/2008 |
| KENT COUNTY TREASURER<br>P.O. BOX Y<br>GRAND RAPIDS, MI 49501 | 10924 | 9/9/11 | 07-11047 | $3,514.60 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,514.60 (T) | 1/11/2008 |
| KENT COUNTY TREASURER<br>P.O. BOX Y<br>GRAND RAPIDS, MI 49501 | 10925 | 9/13/11 | 07-11047 | $9,430.69 (S)<br>- (A)<br>- (P)<br>- (U)<br>$9,430.69 (T) | 1/11/2008 |
| MOODY'S INVESTORS SERVICE, INC.<br>C/O SATTERLEE STEPHENS BURKE & BURKE LLP<br>CHRISTOPHER BELMONTE/ PAMELA BOSSWICK<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | 10047 | 3/7/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$25,653.00 (U)<br>$25,653.00 (T) | 1/11/2008 |
| MOODY'S WALL STREET ANALYTICS, INC.<br>C/O SATTERLEE STEPHENS BURKE & BURKE LLP<br>CHRISTOPHER BELMONTE / PAMELA BOSSWICK<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | 10048 | 3/7/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$48,971.18 (U)<br>$48,971.18 (T) | 1/11/2008 |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| **Totals:** | | 6 Claims | | $232,993.54 (S)<br>- (A)<br>- (P)<br>$74,624.18 (U)<br>$307,617.72 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Insufficient Documentation Claims**

# Exhibit B

## Insufficient Documentation Claims

| Name/Address of Claimant | Objectionable Claim: Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SVCS CO<br>INC CORP CARD - C/O BECKET & LEE LLP<br>CYNTHIA L. GROFF, MICHELLE L. MCGOWAN<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701 | 5500 | 12/14/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$561,398.89 (U)<br>$561,398.89 (T) | Claimant failed to attach documents, or allege any facts, that are sufficient to permit the Plan Trustee to assess the validity and/or amount of this claim. The claim is therefore not prima facie valid and should be disallowed. |
| CITIMORTGAGE, INC.<br>C/O ANDREW J. PETRIE<br>FEATHERSTONE PETRIE DESISTO LLP<br>600 17TH STREET, SUITE 2400S<br>DENVER, CO 80202 | 8528 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$121,550.00 (U)<br>$121,550.00 (T) | Claimant failed to attach documents, or allege any facts, that are sufficient to permit the Plan Trustee to assess the validity and/or amount of this claim. The claim is therefore not prima facie valid and should be disallowed. |
| DEUTSCHE BANK TRUST COMPANY AMERICAS,<br>AS COLLATERAL AGENT, INDENTURE TTEE, ECT<br>C/O SEWARD & KISSEL, ATTN: LAURIE BINDER<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | 8769 | 1/11/08 | 07-11048 | Unspecified* | Claimant filed this contingent, unliquidated claim against AHM Investment Corp. in its capacity as collateral agent, indenture trustee and/or custodian pursuant to several agreements identified in the addendum attached to the proof of claim form. Based on an extensive review of the applicable agreements, and the debtors' books and records, the Plan Trustee does not believe that AHM Investment Corp. breached its obligations under these agreements. Moreover, the claimant has not provided any documentation or other evidence concerning any alleged breaches by AHM Investment Corp. of its obligations under these agreements. The Plan Trustee is therefore unable to assess the validity or amount of this contingent, unliquidated claim. Accordingly, the claim is not prima facie valid and should be disallowed in its entirety. |
| DEUTSCHE BANK TRUST COMPANY AMERICAS,<br>AS COLLATERAL AGENT, INDENTURE TTEE, ECT<br>C/O SEWARD & KISSEL, ATTN: LAURIE BINDER<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | 8770 | 1/11/08 | 07-11050 | Unspecified* | Claimant filed this contingent, unliquidated claim against AHM SV Inc. (f/k/a American Home Mortgage Servicing Inc.) ("AHMSI") in its capacity as collateral agent, indenture trustee and/or custodian pursuant to several agreements identified in the addendum attached to the proof of claim form. Based on an extensive review of the applicable agreements, and the debtors' books and records, the Plan Trustee does not believe that AHMSI breached its obligations under these agreements. Moreover, the claimant has not provided any documentation or other evidence concerning any alleged breaches by AHMSI of its obligations under these agreements. The Plan Trustee is therefore unable to assess the validity or amount of this contingent, unliquidated claim. Accordingly, the claim is not prima facie valid and should be disallowed in its entirety. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS COLLATERAL AGENT, INDENTURE TTEE, ECT<br>C/O SEWARD & KISSEL, ATTN: LAURIE BINDER<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | 8838 | 1/11/08 | 07-11051 | Unspecified* | Claimant filed this contingent, unliquidated claim against AHM Corp. in its capacity as collateral agent, indenture trustee and/or custodian pursuant to several agreements identified in the addendum attached to the proof of claim form. Based on an extensive review of the applicable agreements, and the debtors' books and records, the Plan Trustee does not believe that AHM Corp. breached its obligations under these agreements. Moreover, the claimant has not provided any documentation or other evidence concerning any alleged breaches by AHM Corp. of its obligations under these agreements. The Plan Trustee is therefore unable to assess the validity or amount of this contingent, unliquidated claim. Accordingly, the claim is not prima facie valid and should be disallowed in its entirety. |
| RBS SECURITIES INC. (F/K/A GREENWICH CAPITAL MARKETS, INC.)<br>600 WASHINGTON BOULEVARD<br>STAMFORD, CT 06901 | 8954 | 1/11/08 | 07-11051 | Unspecified* | Claimant failed to attach documents, or allege any facts, that are sufficient to permit the Plan Trustee to assess the validity and/or amount of this claim. The claim is therefore not prima facie valid and should be disallowed. |
| **Totals:** | **6 Claims** | | | **- (S)<br>- (A)<br>- (P)<br>$682,948.89 (U)<br>$682,948.89 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Wrong Debtor Claim**

# Exhibit C

## Wrong Debtor Claims

| | Objectionable Claims | | | | New Case Number |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | Case Number |
| FRIEDMAN & FEIGER, L.L.P.,<br>ATTORNEYS AT LAW<br>5301 SPRING VALLEY ROAD, SUITE 200<br>DALLAS, TX 75254 | 6218 | 12/24/07 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$7,791.31 (U)<br>$7,791.31 (T) | 07-11051 |
| **Totals:** | **1 Claim** | | | **- (S)**<br>**- (A)**<br>**- (P)**<br>**$7,791.31 (U)**<br>**$7,791.31 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.