# EXHIBIT II

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :    Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                           :
                                                             :    Jointly Administered
    Debtors.                                                 :
                                                             :    Ref. Docket No. _____
------------------------------------------------------------ x

## ORDER SUSTAINING PLAN TRUST'S EIGHTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the eighty-ninth omnibus (substantive) objection to claims (the "Objection") of the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which Steven D. Sass, as the Plan Trustee, respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, disallowing in full such Disputed Claims[2] identified on Exhibit A attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

2

§§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit A are hereby disallowed in their entirety; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      November ___, 2011

                                                        CHRISTOPHER S. SONTCHI
                                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## No Liability Claims

# Exhibit A

## No Liability Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| KODIAK FUNDING LP<br>C/O WINSTON & STRAWN LLP<br>ATTN DAVID W WIRT<br>35 WEST WACKER DRIVE<br>CHICAGO, IL 60601 | 7063 | 1/4/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$85,000,000.00 (U)<br>$85,000,000.00 (T) | Claim is on account of debt securities issued by non-debtor trusts (the "Trusts"). Claimant's right to payment is not from the Debtors, but from the Trusts. To the extent the claimant had a valid claim against the Debtors, its claim would be duplicative of claims 8538, 8539 and 7981 filed by the Trustees, Law Debenture Trust Co of New York and Wilmington Trust Company. Accordingly, this claim should be disallowed in its entirety. |
| KODIAK FUNDING, LP<br>ATTN: DAVID W. WIRT<br>35 WEST WACKER DRIVE<br>CHICAGO, IL 60601 | 7107 | 1/4/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$85,000,000.00 (U)<br>$85,000,000.00 (T) | Claim is on account of debt securities issued by non-debtor trusts (the "Trusts"). Claimant's right to payment is not from the Debtors, but from the Trusts. To the extent the claimant had a valid claim against the Debtors, its claim would be duplicative of claims 8538, 8539 and 7981 filed by the Trustees, Law Debenture Trust Co of New York and Wilmington Trust Company. Accordingly, this claim should be disallowed in its entirety. |
| MARATHON SPECIAL OPPORTUNITY MASTER FUND<br>1 BRYANT PARK # 38<br>NEW YORK, NY 100366715 | 7118 | 1/7/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$125,000,000.00 (U)<br>$125,000,000.00 (T) | Claim is on account of debt securities issued by a non-debtor trust (the "Trust"). Claimant's right to payment is not from the Debtor, but from the Trust. To the extent the claimant had a valid claim against the Debtor, such claim would be duplicative of claim 7983 submitted by the Trustee, Wilmington Trust Company. Accordingly, this claim should be disallowed in its entirety. |
| **Totals:** | **3 Claims** | | | - (S)<br>- (A)<br>- (P)<br>**$295,000,000.00 (U)**<br>**$295,000,000.00 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.