IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :   Jointly Administered
        Debtors.                                                    :
------------------------------------------------------------------------x   Ref. Docket Nos. 10211-10212

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 19, 2011, I caused to be served the:

    a. "Notice of Plan Trust's Eighty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated October 19, 2011, to which is attached the "Plan Trust's Eighty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated October 19, 2011 [Docket No. 10211], (the "88th Omnibus Objection"), and

    b. "Notice of Plan Trust's Eighty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated October 19, 2011, to which is attached the "Plan Trust's Eighty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated October 19, 2011 [Docket No. 10212], (the "89th Omnibus Objection"),

      by causing true and correct copies of the:

        i. 88th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

        ii. 89th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          _____
                                          Panagiota Manatakis

Sworn to before me this
24th day of October, 2011

_____
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SVCS CO | INC CORP CARD - C/O BECKET & LEE LLP CYNTHIA L. GROFF, MICHELLE L. MCGOWAN P.O. BOX 3001 MALVERN PA 19355-0701 |
| CITIMORTGAGE, INC | ATTN JOHN WILFRED PO BOX 9481 GAITHERSBURG MD 20898 |
| CITIMORTGAGE, INC. | C/O ANDREW J. PETRIE FEATHERSTONE PETRIE DESISTO LLP 600 17TH STREET, SUITE 2400S DENVER CO 80202 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, | AS COLLATERAL AGENT, INDENTURE TTEE, ECT C/O SEWARD & KISSEL, ATTN: LAURIE BINDER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, | ATTN MR. BRENDAN MEYER 60 WALL STREET MS NYC60-2720 NEW YORK NY 10005-2858 |
| FRIEDMAN & FEIGER, L.L.P., | ATTORNEYS AT LAW 5301 SPRING VALLEY ROAD, SUITE 200 DALLAS TX 75254 |
| KENT COUNTY TREASURER | P.O. BOX Y GRAND RAPIDS MI 49501 |
| MOODY'S INVESTORS SERVICE, INC. | C/O SATTERLEE STEPHENS BURKE & BURKE LLP CHRISTOPHER BELMONTE/ PAMELA BOSSWICK 230 PARK AVENUE NEW YORK NY 10169 |
| MOODY'S WALL STREET ANALYTICS, INC. | C/O SATTERLEE STEPHENS BURKE & BURKE LLP CHRISTOPHER BELMONTE / PAMELA BOSSWICK 230 PARK AVENUE NEW YORK NY 10169 |
| RBS SECURITIES, INC. | FKA GREENWICH CAPITAL MARKETS, INC 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| RBS SECURITIES, INC. | BRIAN E. GOLDBERG, ESQ. 1633 BROADWAY LOWR 2C3 NEW YORK NY 10019-6793 |

**Total Creditor count  11**

**EXHIBIT B**

AMERICAN HOME MORTGAGE
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| KODIAK FUNDING LP | C/O WINSTON & STRAWN LLP ATTN DAVID W WIRT 35 WEST WACKER DRIVE CHICAGO IL 60601 |
| KODIAK FUNDING, LP | ATTN: DAVID W. WIRT 35 WEST WACKER DRIVE CHICAGO IL 60601 |
| MARATHON SPECIAL OPPORTUNITY MASTER FUND | STEVEN WILAMOWSKY, STEPHANIE MAI, ESQS. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022 |
| MARATHON SPECIAL OPPORTUNITY MASTER FUND | 1 BRYANT PARK # 38 NEW YORK NY 100366715 |

**Total Creditor count  4**