## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------- x    Chapter 11
In re:                                                         :
                                                              :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :
a Delaware corporation, et al.,¹                              :    Jointly Administered
                                                              :
                         Debtors.                             :    Objection Deadline: November 11, 2011, at 4:00 p.m. (ET)
                                                              :    Hearing Date: November 18, 2011 at 11:00 a.m. (ET)
                                                              :
-------------------------------------------------------------- x
```

### NOTICE OF MOTION

TO:    (I) THE U.S. TRUSTEE, (II) ALL PARTIES TO THE SETTLEMENT AGREEMENT, (III) THE BENEFICIARY AND/OR ITS COUNSEL, (IV) AHMSI, AND (V) PARTIES REQUESTING NOTICE PURSUANT TO RULE 2002

   **PLEASE TAKE NOTICE** that Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust has filed the attached Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Authorizing and Approving (I) the Stipulation and Settlement Agreement by and among the Plan Trustee, JPMorgan Chase Bank, N.A., and J.P. Morgan Securities Inc., (II) the Releases Contained Therein, and (III) Release of Proceeds from, and Termination of, Escrow Account (the "Motion").

   Responses to the Motion, if any, must be filed on or before **November 11, 2011 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

   At the same time, you must also serve a copy of the response upon the undersigned counsel to the Plan Trustee so that the response is received on or before the Objection Deadline.

   A HEARING ON THE MOTION WILL BE HELD ON **NOVEMBER 18, 2011 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 5th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

---

¹      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.


Dated:    Wilmington, Delaware
          October 28, 2011


                          YOUNG CONAWAY STARGATT & TAYLOR, LLP

                          /s/ Sean M. Beach
                          Sean M. Beach (No. 4070)
                          Margaret Whiteman Greecher (No. 4652)
                          The Brandywine Building
                          1000 West Street, 17th Floor
                          Wilmington, Delaware 19801
                          Telephone: (302) 571-6600
                          Facsimile: (302) 571-1253

                          -and-

                          HAHN & HESSEN LLP
                          Mark S. Indelicato
                          Edward L. Schnitzer
                          488 Madison Avenue
                          New York, New York  10022
                          Telephone:  (212) 478-7200
                          Facsimile: (212) 478-7400

                          *Counsel for the Plan Trustee*