American Home Mortgage Holdings Inc  Court Room 6  5th floor   10-27-11

I'm writing this letter to let the courts no I moved from Green Rock center in Virginia to

Robert Grabfelden
1000 Follies Road # AM8772
Dallas, Pa. 18612

and would like any paper from the Bankruptcy courts to be sent to new address.

Case No.# 07-11047 (CSS)

Dock No.# 7083

stocks account 0000010862

So please send any paper to my new address
  Thank you

New Address

Robert G Gralfelda AM8722
1000 Follies Road
Dallas, Pa. 18612