IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11
In re:                                                           :
                                                                 :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :   Jointly Administered
                                                                 :
   Debtors.                                                      :
                                                                 :   Ref. D.I. 10182
---------------------------------------------------------------- x

## NOTICE OF CORRECTION IN
## PLAN TRUST'S OMNIBUS OBJECTION TO (I) MOTION FOR JUDGMENT AS A MATTER OF LAW OF ADMINISTRATIVE CLAIM ENTERED; (II) MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM WITH BRIEF IN SUPPORT; AND (III) CLAIMS NUMBERED 10870, 10875 AND 10887 FILED BY HUSSAIN KAREEM [D.I. 10182]

**PLEASE TAKE NOTICE THAT**, on September 30, 2011, Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors"), filed the Plan Trust's Omnibus Objection to (I) Motion for Judgment as a Matter of Law of Administrative Claim Entered, (II) Motion for Allowance and Payment of Administrative Claim with Brief in Support; and (III) Claims Numbered 10870, 10875 and 10887 filed by Hussain Kareem (the "Objection") [D.I. 10182]. You were previously served a copy of the Objection.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. f/k/a American Home Mortgage Servicing, Inc. ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp, a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

01: 11587997.1                                              066585.1001

PLEASE TAKE FURTHER NOTICE THAT, subsequent to the filing of the Objection, the Plan Trustee discovered an error in the Objection. Paragraph 16 of the Objection should be changed from "In or about July 2008, Mr. Kareem ceased making payments on the Kareem Loan" to "In or about July 2008, Mr. Kareem ceased making timely payments on the Kareem Loan. Upon information and belief, no payments have been made on the Kareem Loan for the months commencing July 1, 2009 to present."

| | |
|---|---|
| Dated: November 9, 2011<br>Wilmington, Delaware | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP<br><br>/s/ Margaret Whiteman Greecher<br>Sean M. Beach (No. 4070)<br>Margaret Whiteman Greecher (No. 4652)<br>The Brandywine Building<br>1000 West Street - 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>HAHN & HESSEN LLP<br>Mark S. Indelicato<br>Edward L. Schnitzer<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 478-7200<br>Facsimile: (212) 478-7400<br><br>*Co-Counsel to the Plan Trustee* |