**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
In re:                                                         :
                                                               :    Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS,                               :
INC., a Delaware corporation, *et al.*,                        :    Case No. 07-11047-CSS
                                                               :
                                                               :    (Jointly Administered)
                                                               :
                                       Debtors.                :
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE AND
REQUEST FOR REMOVAL FROM SERVICE LISTS**

**PLEASE TAKE NOTICE** that I, Michael R. Dal Lago, withdraw my notice of appearance on behalf of Empire HealthChoice Assurance, Inc., d/b/a Empire Blue Cross Blue Shield, in the above referenced case and respectfully request that the following names, addresses and email addresses be removed from the service lists and from the Court's electronic noticing system in this case:

      Michael R. Dal Lago, Esq.
      **MORRISON COHEN LLP**
      909 Third Avenue
      New York, New York 10022
      Phone (212) 735-8600
      Fax: (212) 735-8708
      Email: bankruptcy@morrisoncohen.com
             mdallago@morrisoncohen.com

      Louis Benza, Esq.
      **BLUE CROSS BLUE SHIELD**
      15 Metro Tech Center, 4th Floor
      Brooklyn, New York 11201

Dated: New York, New York
       November 10, 2011

      **MORRISON COHEN LLP**
      Attorneys for Empire HealthChoice Assurance, Inc.,
      d/b/a Empire Blue Cross Blue Shield

       */s/ Michael R. Dal Lago*
      Joseph T. Moldovan
      Michael R. Dal Lago
      909 Third Avenue
      New York, New York 10022
      (212) 735-8600