# YOUNG CONAWAY STARGATT & TAYLOR, LLP

MARGARET WHITEMAN GREECHER
DIRECT DIAL: 302-571-6753
DIRECT FAX: 302-576-3416
mgreecher@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

November 10, 2011

**BY FEDERAL EXPRESS**

Mr. Hussain Kareem
2197 Carlysle Creek Drive
Lawrenceville, GA 30044

Re:    American Home Mortgage Holdings, Inc., Case No. 07-11047

Dear Mr. Kareem:

As you know, this firm represents Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors"). We have received your email[1] sent November 10, 2011 at 12:50 A.M. which attached certain discovery requests (the "Discovery Requests") purportedly in connection with the trial (the "Trial") regarding your claims against American Home Mortgage Holdings, Inc. ("AHMH"). As you recall, the Trial was originally scheduled to be heard on October 7, 2011, but, at your request on October 4, 2001, it was postponed. As both the Court and we informed you on October 5, 2011, the Trial is now going forward on November 18, 2011 at 11:00 A.M.

Your "Initial Request for Interrogatories Pursuant to FRCP Rule 33" (the "Request for Interrogatories") seeks an email response within 24 hours and mail receipt within five (5) days. Your "Request of American Home Mortgage Holdings, Inc. for Production of Documents Under F.R.C.P. 34" (the "Request for Production") seeks production of documents within five (5) days.

In addition to other objections the Plan Trustee may have, your response deadlines are not in accordance with the Federal Rules of Civil Procedures (the "Federal Rules"). Specifically, Federal Rule 33(b)(2) provides that "[t]he responding party must serve its answers and any objections within 30 days after being served with the interrogatories. A shorter or longer time may be stipulated to under Rule 29 or be ordered by the court." Federal Rule 34(b)(2)(B) similarly provides that "[t]he party to whom the request is directed must respond in

---

[1]    Please note that Local Rule 7026-2 requires that, in cases involving pro se parties, all requests for discovery be filed with the Court.

01: 11595682.1

066585.1001

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Mr. Hussain Kareem
November 10, 2011
Page 2

writing within 30 days after being served. A shorter or longer time may be stipulated to under Rule 29 or be ordered by the court."

In addition, the timeframes do not provide sufficient time for the Plan Trustee to provide full, formal responses and objections to the Discovery Requests prior to the trial scheduled approximately one week away.

The Plan Trustee is, however, enclosing a copy of your loan file and all of the non-publicly available documents[2] that the Plan Trustee intends to present at trial as exhibits. The Plan Trustee reserves the right to supplement the trial exhibits.

Given the upcoming Trial, the Plan Trustee has requested a teleconference with the Court to address the Trial, the Discovery Requests and any obligations the Trust has to respond to them beyond what has been stated and enclosed with this letter. The Court has scheduled this teleconference to be held on Monday, November 13, 2011 at 11:30 A.M. (ET).

The Trustee expressly reserves all rights to respond or object to the Discovery Requests in accordance with applicable Federal Rules.

Very truly yours,

Margaret Whiteman Greecher

Enclosures

---

[2] In addition to these documents, the Plan Trustee may use documents that are publicly available including, but not limited to, complaints and pleadings filed by you in other courts and documents previously filed in this case.

01: 11595682.1

066585.1001