# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, NOVEMBER 14, 2011 12:00 PM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | LESLIE MURIN |

### Matter:

Telephonic Conference

**R / M #:**   0 / 0

### Appearances:

See sign-in sheet

### Proceedings:

Hearing Matters

Telephonic hearing held.
Counsel to submit order.