IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,[1]

      Debtors.
------------------------------------------------------------- x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

**CERTIFICATION OF COUNSEL REGARDING
ORDER REGARDING DISCOVERY REQUESTS
AND PROCEDURAL MOTION OF HUSSAIN KAREEM**

The Court held a telephonic hearing (the "Hearing") on November 14, 2011

regarding certain discovery requests and procedural motion issued by Mr. Kareem.  At the

Hearing, the Court made certain rulings regarding the pretrial matters, which are incorporated

into the attached proposed Order.

Dated: November 14, 2011
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Margaret Whiteman Greecher*
Margaret Whiteman Greecher (No. 4652)
The Brandywine Building
1000 West Street - 17th Floor
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Co-Counsel to the Plan Trustee*

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. f/k/a American Home Mortgage Servicing, Inc. ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp, a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

01: 11603645.1          066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re:                                                          :   Chapter 11
                                                                :
                                                                :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,[1]              :   Jointly Administered
                                                                :
        Debtors.                                                :
                                                                :
------------------------------------------------------------- x

**ORDER REGARDING DISCOVERY REQUESTS AND**
**PROCEDURAL MOTION OF HUSSAIN KAREEM**

Upon consideration of the (i) *Initial Request for Interrogatories Pursuant to*

*FRCP Rule 33* (the "Request for Interrogatories"); (ii) *Request of American Home Mortgage*

*Holdings, Inc. for Production of Documents Under F.R.C.P. 34* (the "Request for Production",

and together with the Request for Interrogatories, the "Discovery Requests"); and (iii) the *Motion*

*to Court for Leave to Proceed by Adversarial Complaint under U.S. Bankruptcy Rule 7001 et*

*seq. Claims Numbered 10870, 10875, and 10887* (the "Procedural Motion" and collectively with

the Discovery Requests, the "Pretrial Matters"); and related pleadings; the Court having held a

telephonic hearing on the Pretrial Matters on November 14, 2011 (the "Hearing"); and the Court

having jurisdiction in this matter; and after due deliberation and for the reasons set forth on the

record at the Hearing; it is hereby

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a
Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM
SV, Inc. f/k/a American Home Mortgage Servicing, Inc. ("AHM SV"), a Maryland corporation (7267); American
Home Mortgage Corp, a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware
limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great
Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747.

ORDERED that the Plan Trustee is not required to respond to the Discovery Requests as the Discovery Requests are untimely; and it is further

ORDERED that the Procedural Motion is denied in its entirety; and it is further

ORDERED that, absent consent among all the parties, the trial (the "Trial") regarding Mr. Kareem's requests for administrative claims [D.I. 9692, 9693 and 10148] and related Plan Trust's objection [D.I. 10182] shall go forward as a full evidentiary trial on Friday, November 18, 2011 at 11:00 A.M.; and it is further

ORDERED that Mr. Kareem is required to attend the Trial in person; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: November ___, 2011
      Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge