# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 11/14/2011
Calendar Time: 12:00 PM ET

*2nd Revision 11/14/2011 08:05 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 4582143 | Margaret Greecher | (302) 571-6753 | Young, Conaway Stargatt & Taylor, | Debtor, American Home Mortgage Holdings, Inc. / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 4582066 | Hussain Kareem | (678) 887-4965 | Hussain Kareem - In Pro Per/Pro Se | In Propria Persona, Hussain Kareem / LIVE |
| | | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 4582147 | Edward Schnitzer | 212-478-7215 | Hahn & Hessen LLP | Trustee, Liquidating Trust / LIVE |