**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | x | Chapter 11 |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[14] | : | Jointly Administered<br>Ref/ Docket No. 10184, 10183 & 10182 |
| Debtors. | : | |
| | x | |

# TABLE OF CONTENT FOR EXHIBITS

I. Exhibit 100 Securitization Chart of AHMA 2006-3

II. Exhibit 100B Bloomberg Screen view of loan no. 001345090 in AHMA 2006-3 Pool of Assets.

III. Exhibit 200 "New Foreclosure Appeals Announced by Feds" news article from Atlanta Journal-Constitution

IV. Exhibit 300 Form 15 Termination Filed with Security & Exchange Commission on January 29, 2007

V. Exhibit 400 APR Disclosure Documentation APR WIN version 6.2.0 Calculation

VI. Exhibit Order 13

VII. Exhibit D- RESPA Investigation Letter Case No. 09-1699)

VIII. Exhibit D2- AHMSI Legal Department Response to RESPA Investigation

IX. Exhibit G- Final Truth-In-Lending Statement,

X. Exhibit G2- Glossary

XI. Exhibit G3- Illustration 1 Important Facts About Interest-only and Payment Option Mortgages

XII. Exhibit G4 Illustration2 Sample Mortgage Comparison

XIII. Exhibit H- Right to Cancel

XIV. Exhibit J-Uniform Residential Loan Application

[14] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Exhibit 100

Mortgagors
originate loans
amount financed
loan payments
American Home Mortgage Investment Corp. (or an affiliate thereof) Originator
American Home Mortgage Servicing, Inc. Servicer
loan payments and monthly reports
purchase loans
loan purchase price
Wells Fargo Bank, N.A. Master Servicer Aggregates collections
American Home Mortgage Corp. Sponsor Purchases loans Forms pool
Swiss Re Financial Products Corporation
Citibank, N.A. Trustee Calculates cashflow Remits to investors Represents investors interests
asset pool
net offering proceeds
net offering proceeds
American Home Mortgage Assets LLC Depositor Creates issuing entity
Deutsche Bank Securities Underwriter Sells certificates to investors
certificates
asset pool
certificates
offering proceeds
American Home Mortgage Assets Trust 2006-3 Issuing entity Holds pool, Issues certificates
Deutsche Bank National Trust Company Custodian Holds mortgage loans
Deutsche Bank AG Swap Provider
Class III-A-1-1 interest rate swap payments
Class III-A-1-1 Interest Rate Swap Payments
Grantor Trustee, on behalf of the Issuing Entity
Investors
certificates



EXHIBIT 100B

Mtge **LFND**

Loan Search

2) Export

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2011 Bloomberg Finance L.P.
SN 529734 CDT GMT-5:00 H264-216-0 05-Nov-2011 12:03:53

* Status Redacted

# New foreclosure appeals announced by feds

By Christopher Quinn
The Atlanta Journal-Constitution

Exhibit 200

11:55 a.m. Tuesday, November 1, 2011

Homeowners in foreclosure in 2009 and 2010 can request independent foreclosure reviews and get restitution if they were financially harmed by errors or misrepresentations by 14 of the nation's largest loan servicers, according to a new program announced Tuesday.

As many as 4.5 million homeowners nationwide who believe 14 loan servicers, including the largest operating in Georgia, unfairly or illegally foreclosed upon them will get a chance to ask for an independent review and could get restitution under a federally prescribed program.

It was unclear how many Georgians' loans were being serviced by the businesses, which include Wells Fargo, SunTrust Banks, Bank of America and JPMorgan Chase & Co. Also unclear is how Georgia's foreclosure process, which doesn't include the courts, will affect the appeal.

John Walsh, the acting U.S. Comptroller of the Currency, announced the program Tuesday morning as part of the ongoing consent order requiring servicers to correct deficiencies discovered by earlier reviews of records.

Information can be found at www.IndependentForeclosureReview.com

Last month Walsh said the impact of the new federal program or amounts of payouts to homeowners will be uncertain until it gets under way.

"The amount of restitution is open-ended and will only be known when the process ends," he said in a speech.

He outlined the appeal process saying homeowners who think they were financially harmed due to servicer errors, deficiencies or misrepresentations during foreclosures that were in process in 2009 and 2010 will be able to contact a single phone number, website or mailing address to get forms and make appeals. Each case will be reviewed by independent consultants hired by banks but who will work at the direction of his office, Walsh said.

John R. Bartholomew IV, an attorney with the Atlanta Legal Aid Society's Home Defense Program, said, the details of the program will determine how much this might impact Georgia homeowners.

"Ultimately, it's going to take a while to see if the results are fair, and if they are compensating borrowers fairly."

Find this article at:
http://www.ajc.com/business/new-foreclosure-appeals-announced-1214065.html

Print this page Close

Exhibit 300

<DOCUMENT>
<TYPE>15-15D
<SEQUENCE>1
<FILENAME>v063519_15-15d.txt
<TEXT>

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM 15

CERTIFICATION AND NOTICE OF TERMINATION OF REGISTRATION UNDER SECTION 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934 OF SUSPENSION OF DUTY TO FILE REPORTS UNDER SECTIONS 13 AND 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934.

Commission File Number 333-131641-03

American Home Mortgage Assets Trust 2006-3
(Exact name of registrant as specified in its charter)

538 Broadhollow Road, Mellville, N. Y. 11747
(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

Class I-A-1, Class I-A-2-1, Class I-A-2-2, Class I-A-3, Class II-A-1-1, Class II-A-1-2, Class II-A-2, Class II-A-3-1, Class II-A-3-2, Class III-A-1-1, Class III-A-1-2, Class III-A-2, Class III-A-3-1, Class III-A-3-2, Class M-1, Class M-2, Class M-3, Class M-4, Class M-5, Class M-6, Class M-7, Class M-8
(Title of each class of securities covered by this Form)

None
(Titles of all other classes of securities for which a duty to file reports under section 13(a) or 15(d) remains)

Please place an X in the box(es) to designate the appropriate rule provision(s) relied upon to terminate or suspend the duty to file reports:

| | | | |
|---|---|---|---|
| Rule 12g-4(a)(1)(i) | [ ] | Rule 12h-3(b)(1)(i) | [X] |
| Rule 12g-4(a)(1)(ii) | [ ] | Rule 12h-3(b)(1)(ii) | [ ] |
| Rule 12g-4(a)(2)(i) | [ ] | Rule 12h-3(b)(2)(i) | [ ] |
| Rule 12g-4(a)(2)(ii) | [ ] | Rule 12h-3(b)(2)(ii) | [ ] |
| | | Rule 15d-6 | [X] |

Approximate number of holders of record as of the certification or notice date: 70

Pursuant to the requirements of the Securities Exchange Act of 1934 American Home Mortgage Assets Trust 2006-3 has caused this certification/notice to be signed on its behalf by the undersigned duly authorized person.

Date: January 29, 2007 By: /s/ Karen Schluter

Karen Schluter
Vice President

Instruction: This form is required by Rules 12g-4, 12h-3 and 15d-6 of the General Rules and Regulations under the Securities Exchange Act of 1934. The registrant shall file with the Commission three copies of Form 15, one of which shall be manually signed. It may be signed by an officer of the registrant, by counsel or by any other duly authorized person. The name and title of the person signing the form shall be typed or printed under the signature.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

</TEXT>
</DOCUMENT>

Sensitive Information

**APRWIN - Version 6.2.0**

Exhibit 400

**APR Disclosure Documentation**

---

| | |
|---|---|
| **Prepared By:** | Cherry Tree Audit Services |
| **Date:** | 11/11/2011 |
| **Borrower's Name:** | Hussain Kareem |
| **Account Number:** | 001350490 |
| **Name of Lender:** | Amercian Business Conduit |
| **Original Creditor:** | Amercian Home Mortgage Corp. |

***Loan Information - Original Input***

| | |
|---|---|
| **Amount Financed:** | $159,200.00 |
| **Disclosed (Estimated) APR:** | 7.0100 % |
| **Disclosed Finance Charge:** | $248,209.24 |
| **Loan Secured by Real Estate or Dwelling:** | No |
| **Loan Date Earlier than 9/30/95:** | No |

**Payment Frequency:** Monthly (Installment Loan)

***Disclosure Information - Output***

| | |
|---|---|
| **Amount Financed:** | $159,200.00 |
| **FINANCE CHARGE:** | $221,153.58 |
| **Total of Payments:** | $380,353.58 |
| **ANNUAL PERCENTAGE RATE:** | 6.3354 % |

** VIOLATION ** APR is overstated by: 0.6746 %

** VIOLATION ** Finance Charge is overstated by: $27,055.66

| Payment Stream | Payment Amount | Number of Payments | Whole Unit Periods | Odd Days |
|---|---|---|---|---|
| 1 | $580.51 | 44 | 1 | 0 |
| 2 | $1,119.02 | 316 | 45 | 0 |
| 3 | $1,200.82 | 1 | 361 | 0 |



U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
WASHINGTON, D.C. 20410-8000

Exhibit D

OFFICE OF HOUSING

September 22, 2009

Hussain Kareem
2197 Carlysle Creek Drive
Lawrenceville, GA 30044

Subject: RESPA Case Number FR-09-1699

Dear Hussain Kareem:

Thank you for your letter concerning certain problems you have experienced in the transfer of servicing of your loan with American Home Mortgage Servicing, Inc.(AHMSI). HUD's Office of RESPA and Interstate Land Sales administers the Real Estate Settlement Procedures Act, more commonly called RESPA. A RESPA fact sheet is enclosed.

You sent a qualified written request to the lender explaining the problem. Please note that lenders do not have an obligation to explain why they have sold the servicing of your loan. You should have received a notice of the transfer of your loan servicing at least 15 days before the effective date of the transfer from your old servicer and no later than 15 days after the effective date of the transfer from your new servicer. HUD's office of RESPA further inquired to AHMSI regarding their alleged failure to provide you with proper notification. AHMSI's response to this inquiry is enclosed. Unfortunately, HUD has no penalty if the lenders fail to give timely notice. If you sustained damages, however, you may be able to recover them in court. Please consult with an attorney for further legal advice.

Under RESPA, the servicer has 60 business days in which to respond to a qualified written request. If your servicer fails to comply with the complaint resolution process set out in Section 6 of RESPA, you could sue for money damages. We are unable to sue for damages on behalf of an individual. This office generally does not get involved in disputes over payments but would become involved if the lender failed to comply with Section 6's provisions. Please let us know if your servicer fails to correct the problem to your satisfaction. We will then be able to better monitor this servicer for future compliance with our regulatory requirements.

We hope your letter brings about the results you desire. Should you have any questions concerning this matter, please contact Kevin L Stevens at (202) 708-0502.

Sincerely,

Ivy M. Jackson

**Ivy M. Jackson**
**Director**
**Office of RESPA and**
**Interstate Land Sales**

August 18, 2009

VIA: FACSIMILE ONLY: (202) 708-4559
Housing of Urban Development- Office of RESPA
*Attn:* Kevin Stevens
451 Seventh Street, Room 915-4
Washington, DC 20410

| Re: AHMSI Loan No(s): | 0031256902 |
|---|---|
| Borrower(s): | Hassain Kareem |
| Secured Property: | 2197 Carlysle Creek<br>Lawrenceville, GA 300 |

Dear Mr. Stevens:

This letter is the response of American Home Mortgage Servicing, Inc. (AHMSI) in connection with the above-referenced mortgage loan.

Please be advised that American Home Mortgage Servicing, Inc. is the current mortgage servicer of the above mentioned mortgage loan effective as of April 2008. You should note that AHMSI is not affiliated or related to the mortgage lender or mortgage broker involved in the origination of the loan. AHMSI plays a limited role in servicing mortgage loans and cannot pass on the validity of these origination related claims. These issues should properly be directed to the original mortgage lender, American Home Mortgage which can be contacted at the following last known address, 538 Broadhollow Road, Melville NY 11747.

The owner is AHMA 2006-3.. The owner can be contacted at the following address.

AHMA 2006-3
c/o American Home Mortgage Servicing, Inc.
1525 S. Beltline Road
Coppell, Texas 75019

Should you have any further questions, please contact the Customer Care Department; toll free at (877) 304-3100 (M-F 7:00am -- 9:00pm CST).

Best regards,

Legal Department
American Home Mortgage Servicing, Inc.

This communication is from a debt collector but does not imply that American Home Mortgage Servicing, Inc. is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended solely for informational purposes and does not constitute a demand for payment.

Exhibit G
FINAL

JUL-07-06 12:58 FROM-ABC 770 580 0874 T-812 P.004/005 F-086

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER OR LENDER'S AGENT: American Brokers Conduit
225 Town Park Drive Suite 450
Kennesaw, GA 30144

☐ Preliminary ☒ Final
DATE: 07/07/06
LOAN NO.:
Type of Loan: Conventional
APP NO.:0001350490

BORROWERS: Hussain Kareem

ADDRESS: 2197 Carlysle Creek Drive
CITY/STATE/ZIP: Lawrenceville, GA 30044
PROPERTY: 2197 Carlysle Creek Drive
Lawrenceville, GA 30044

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.014 % | $ 248,209.24 | $ 155,929.22 | $ 404,138.46 |

PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 44 | $880.51 | September 1, 2006 | 316 | $1,198.08 | May 1, 2010 |
| [illegible] | [illegible] | [illegible] | | | |

DEMAND FEATURE: ☒ This loan does not have a Demand Feature. ☐ This loan has a Demand Feature as follows:

VARIABLE RATE FEATURE:
☒ This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at: 2197 Carlysle Creek Drive Lawrenceville, GA 30044

ASSUMPTION: Someone buying this property ☐ cannot assume the remaining balance due under original mortgage terms
☒ may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

FILING / RECORDING FEES: $

PROPERTY INSURANCE: ☒ Property hazard insurance in the amount of $ 159,200.00 with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any insurance company acceptable to the lender.
Hazard insurance ☐ is ☒ is not available through the lender at an estimated cost of N/A for a year term.

LATE CHARGES: If your payment is more than 15 days late, you will be charged a late charge of 5.000 % of the overdue payment.

PREPAYMENT: If you pay off your loan early, you
☐ may ☒ will not have to pay a penalty.
☐ may ☒ will not be entitled to a refund of part of the finance charge.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.
a means an estimate

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

Hussain Kareem 7/7/06
Hussain Kareem BORROWER / DATE

BORROWER / DATE

BORROWER / DATE

BORROWER / DATE

DOC #:068401 / rev. 06/2005 APPL #:0001350490 LOAN #:0000000000
-79R (0008) VMP MORTGAGE FORMS - (800)521-7291 Page 1 of 2

© 1999 CBF Systems, Inc. The contents of this form is made or in part are protected under the copyright laws of the United States.


Exhibit G2

# Glossary

## Adjustable-rate mortgage (ARM)
A mortgage that does not have a fixed interest rate. The rate changes during the life of the loan in line with movements in an index rate, such as the rate for Treasury securities or the Cost of Funds Index.

## Amortizing loan
Monthly payments are large enough to pay the interest and reduce the principal on your mortgage.

## Cap, interest rate
A limit on the amount your interest rate can increase. Interest caps come in two versions:
- periodic caps, which limit the interest-rate increase from one adjustment period to the next, and
- overall caps, which limit the interest-rate increase over the life of the loan. By law, virtually all ARMs must have an overall cap.

## Cap, payment
A limit on how much the monthly payment may change, either each time the payment changes or during the life of the mortgage. Payment caps do not limit the amount of interest the lender is earning, so they may lead to negative amortization.

## Equity
The difference between the fair market value of the home and the outstanding mortgage balance.

## Good faith estimate
The Real Estate Settlement Procedures Act (RESPA) requires your mortgage lender to give you a good faith estimate of all your closing costs within 3 business days of submitting your application for a loan, whether you are purchasing or refinancing a home. The actual expenses at closing may be somewhat different from the good faith estimate.

## Index
The index is the measure of interest-rate changes that the lender uses to decide how much the interest rate on an ARM will change over time. No one can be sure when an index rate will go up or down. Some index rates tend to be higher than others, and some change more often. You should ask your lender how the index for any ARM you are considering has changed in recent years, and where the index is reported.

## Interest
The price paid for borrowing money, usually given in percentages and as an annual rate.

## Margin
The number of percentage points the lender adds to the index rate to calculate the ARM interest rate at each adjustment.

## Negative amortization
Occurs when the monthly payments do not cover all the interest owed. The interest that is not paid in the monthly payment is added to the loan balance. This means that even after making many payments, you could owe more than you did at the beginning of the loan.



Exhibit G3

## Illustration 1

### Important Facts About Interest-Only and Payment Option Mortgages

Whether you are buying a house or refinancing your mortgage, this information can help you decide if an interest-only mortgage or a payment option mortgage is right for you. These mortgages can be complicated. If you do not understand how they work, you should not sign any loan contracts, and you might want to consider other types of loans.

**Interest-Only Mortgages** allow you to pay only the interest on the money you borrowed for the first few years of the mortgage (the "interest-only period").

**If you pay only the amount due, then at the end of the interest-only period:**

- You will still owe the original amount you borrowed.
- Your monthly payment will increase because you must pay back the principal as well as interest. Your payment could increase even more if you have an adjustable rate mortgage ("ARM") and interest rates increase.

**Payment Option Mortgages** allow you to choose among several payment options each month during the first few years of the loan (the "option period"). The option period will end earlier than scheduled if the amount you owe grows beyond a set limit—for example, 110% or 125% of your original mortgage amount.

**During the option period, the payment options usually include:**

- A payment of principal and interest, which reduces the amount you owe over time.
- An interest-only payment, which does not reduce the amount you owe.
- A minimum payment, which may be less than the interest due that month. *If you choose this option, any unpaid interest will increase the amount you owe.*

**At the end of the option period, depending on what payment options you chose:**

- You could owe substantially more than the original amount you borrowed.
- Your monthly payment could increase significantly because:
  - You may have to start paying back principal, as well as interest.
  - Unpaid interest may have increased the amount you owe.
  - Interest rates may have increased (if you have an ARM).

### Additional Information

▶**Home Equity**—If you make interest-only payments, your payments are not building home equity. And, if you make only the minimum payment on a payment option mortgage, you may be losing home equity. This may make it harder to refinance your mortgage or to obtain funds from selling or refinancing your home.

▶**Prepayment Penalties**—Some mortgages require you to pay a lump-sum prepayment penalty if you sell your home or refinance during the first few years of the loan. You should find out if your mortgage has a prepayment penalty, how it works, and how much it could be.

▶**No Doc/Low Doc Loans**—"Reduced documentation" or "stated income" loans usually have higher interest rates or other costs compared to "full documentation" loans that require you to verify your income and assets.

Exhibit G4

Illustration 2

## SAMPLE MORTGAGE COMPARISON

*(Not actual loans available)*

**Sample Loan Amount $200,000 – 30-Year Term – Interest Rates For Example Purposes Only**

| | Traditional Fixed Rate Mortgage (7%) | 5-Year Interest-Only ARM (initial rate 7%; maximum rate 12%) | Payment Option ARM (rate in 1st month 2%; variable rate after 1st month (starting at 7%); maximum rate 12%) |
|---|---|---|---|
| Years 1-5 | $1,331 | $1,167 | $739–$987 (increasing annually) |
| Year 6 – if rates don't change | $1,331 | $1,414 | $1,565 |
| Year 6 – if rates rise 2% | $1,331 | $1,678 | $1,859 |
| Year 8 – if rates rise 5% | $1,331 | $2,094 | $2,319 |
| After 5 Years, How Much Will You Owe? | $188,263 | $200,000 | $221,486 |
| After 5 Years, How Much Home Equity Have Your Loan Payments Built? | $11,737 | $0 | *NEGATIVE* $21,486 |

**NOTICE TO CUSTOMERS REQUIRED BY FEDERAL LAW FEDERAL RESERVE REGULATION Z**
**NOTICE OF RIGHT TO RESCIND (GENERAL)**

**NOTICE OF RIGHT TO CANCEL**

Conventional ACCOUNT NO. 0001350490
(Identification of Transaction)

**1. Your Right to Cancel**

You are entering into a transaction that will result in a (mortgage/lien/security interest) (on/in) your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

(1) The date of the transaction, which is July 7, 2006 ; or
(2) The date you received your Truth in Lending disclosures; or
(3) The date you received this notice of your right to cancel.

If you cancel the transaction, the (mortgage/lien/security interest) is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the (mortgage/lien/security interest) (on/in) your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**2. How to Cancel**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:
American Home Mortgage
520 Broadhollow Road
Melville, NY 11747 Attn. Mail Stop 800

You may use any written statement that is signed and dated by you and states your intention to cancel, and/or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of July 11, 2006 (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

I WISH TO CANCEL

SIGNATURE DATE

The undersigned each acknowledge receipt of two copies of NOTICE of RIGHT TO CANCEL and one copy of the Federal-Truth-in-Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

Hussain Ka 07/07/2006
BORROWER/OWNER Hussain Kareem DATE

BORROWER/OWNER DATE

BORROWER/OWNER DATE

BORROWER/OWNER DATE

DOC #:542349 APPL #:0001350490
-68 (9713) 12/97
VMP MORTGAGE FORMS

Exhibit H
Right to Cancel

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when [ ] the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or [ ] the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

X [signature] Borrower

Co-Borrower

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | [ ] VA [ ] FHA | [X] Conventional [ ] USDA/Rural Housing Service | [ ] Other (explain): | Agency Case Number | Lender Case Number |
|---|---|---|---|---|---|
| Amount $ 159,200.00 | Interest Rate 1.900 % | No. of Months 360 | Amortization Type: [ ] Fixed Rate [ ] GPM | [ ] Other (explain): [X] ARM (type): (AH) 1 MO.MTA 110%cap | |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state & ZIP): 2197 Carlysle Creek Drive, Lawrenceville, GA 30044 — No. of Units: 1

Legal Description of Subject Property (attach description if necessary): SEE EXHIBIT A AS ATTACHED HERETO AND MADE A PART HEREOF — Year Built: 1998

Purpose of Loan: [ ] Purchase [X] Refinance [ ] Construction [ ] Construction-Permanent [ ] Other (explain):

Property will be: [X] Primary Residence [ ] Secondary Residence [ ] Investment

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements [X] made [ ] to be made |
|---|---|---|---|---|
| 1999 | $ 145,000.00 | $ 152,000.00 | CASH OUT | EXTERIOR & INTERIOR UPGRADES Cost: $ 21,000.00 |

Title will be held in what Name(s): 

Manner in which Title will be held:

Estate will be held in: [X] Fee Simple [ ] Leasehold (show expiration date)

Source of Down Payment, Settlement Charges, and/or Subordinate Financing (explain):

## III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable): Hussain Kareem | Co-Borrower's Name (include Jr. or Sr. if applicable): |
| Social Security Number: [redacted] Home Phone (incl. area code): [redacted] DOB (mm/dd/yyyy): 02/07/1954 Yrs. School: /00 | Social Security Number: Home Phone (incl. area code): DOB (mm/dd/yyyy): Yrs. School: |
| [ ] Married [ ] Unmarried (include single, divorced, widowed) [ ] Separated — Dependents (not listed by Co-Borrower) no. 0 ages | [ ] Married [ ] Unmarried (include single, divorced, widowed) [ ] Separated — Dependents (not listed by Borrower) no. ages |
| Present Address (street, city, state, ZIP) [ ] Own [ ] Rent /00 No. Yrs.: 2197 Carlysle Creek Drive, Lawrenceville, GA 30044 | Present Address (street, city, state, ZIP) [ ] Own [ ] Rent No. Yrs. |
| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |

If residing at present address for less than two years, complete the following:

| Borrower | Co-Borrower |
|---|---|
| Former Address (street, city, state, ZIP) [ ] Own [ ] Rent No. Yrs. | Former Address (street, city, state, ZIP) [ ] Own [ ] Rent No. Yrs. |

## IV. EMPLOYMENT INFORMATION

| Borrower | | Co-Borrower | |
|---|---|---|---|
| Name & Address of Employer [X] Self Employed: END/MERCANT SERVICES | Yrs. on this job 5/00; Yrs. employed in this line of work/profession /00 | Name & Address of Employer [ ] Self Employed | Yrs. on this job; Yrs. employed in this line of work/profession |
| Position/Title/Type of Business | Business Phone (incl. area code) [redacted] | Position/Title/Type of Business | Business Phone (incl. area code) |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Borrower | | Co-Borrower | |
|---|---|---|---|
| Name & Address of Employer [ ] Self Employed | Dates (from - to); Monthly Income $ | Name & Address of Employer [ ] Self Employed | Dates (from - to); Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
| Name & Address of Employer [ ] Self Employed | Dates (from - to); Monthly Income $ | Name & Address of Employer [ ] Self Employed | Dates (from - to); Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

DOC#:333681 APP # 0001350450 07/07/2006 11:18 AM

Freddie Mac Form 65 7/05
Fannie Mae Form 1003 7/05
21N (0507)
Page 1 of 4 Initials: HK

VMP Mortgage Solutions, Inc. (800)521-7291



## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 8,000.00 | $ | $ 8,000.00 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | | $ 580.51 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | | |
| Dividends/Interest | | | 17.00 | Real Estate Taxes | | |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $ 8,000.00 | $ | $ 8,017.00 | Total | $ | $ 580.51 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

| B/C | Describe Other Income — Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan. | Monthly Amount |
|---|---|---|
| | | $ |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also. Completed [ ] Jointly [X] Not Jointly

Liabilities and Pledged Assets. List the creditor's name, address, and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities, which will be satisfied upon sale of real estate owned or upon refinancing of the subject property.

| ASSETS Description | Cash or Market Value |
|---|---|
| Cash deposit toward purchase held by: | $ |
| **List checking and savings accounts below** | |
| Name and address of Bank, S&L, or Credit Union: boa | |
| Acct. no. | $ 4,666.00 |
| Name and address of Bank, S&L, or Credit Union: boa | |
| Acct. no. | $ 5,979.00 |
| Name and address of Bank, S&L, or Credit Union | |
| Acct. no. | $ |
| Name and address of Bank, S&L, or Credit Union | |
| Acct. no. | $ |
| Stocks & Bonds (Company name/number & description) | $ |
| Life insurance net cash value | $ |
| Face amount: $ | |
| Subtotal Liquid Assets | $ 10,645.00 |
| Real estate owned (enter market value from schedule of real estate owned) | $ 390,000.00 |
| Vested interest in retirement fund | $ |
| Net worth of business(es) owned (attach financial statement) | $ |
| Automobiles owned (make and year) | $ |
| Other Assets (itemize) | $ |
| Total Assets a. | $ 400,645.00 |

| LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|
| Name and address of Company: WASHINGTON MUTUAL FA; Acct. no. 1560695368472 | $ Payment/Months (1,132.00)/139 | $ 164,761.00 |
| Name and address of Company: WASHINGTON MUTUAL FA; Acct. no. 1560075472241 | $ Payment/Months 1,229.00/* | $ 151,119.00 |
| Name and address of Company: HMC MORTGAGE; Acct. no. 5898012028924 | $ Payment/Months (366.00)/113 | $ 41,187.00 |
| Name and address of Company: BARCLAYS BANK DELAWA; Acct. no. 4397070000047 | $ Payment/Months 127.00/50 | $ 6,349.00 |
| Name and address of Company: CAPITAL ONE; Acct. no. 5803582604265021 | $ Payment/Months 144.00/15 | $ 2,103.00 |
| Name and address of Company: MEDICAL PAYMENT DATA; Acct. no. 7811039701 | $ Payment/Months 75.00/7 | $ 456.00 |
| Name and address of Company: BENEFICIAL/HFC; Acct. no. 3201170350902 | $ Payment/Months .00/* | $ 287.00 |
| Alimony/Child Support/Separate Maintenance Payments Owed to: A/CS/SM Total pymt. | $ | |
| Job-Related Expense (child care, union dues, etc.) JR Exp Combined Total pymt. | $ | |
| Total Monthly Payments | $ 3,168.00 | |
| Net Worth (a minus b) $ 34,220.00 | Total Liabilities b. | $ 366,425.00 |

APP # 0001350490    07/07/2006 11:18 AM

## VI. ASSETS AND LIABILITIES (cont'd)

Schedule of Real Estate Owned (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|---|
| (N = Not for Sale, Add to No Liab) | | | | | | | | |
| 2197 Carlysle Creek Drive<br>Lawrenceville, GA 30044 | N | | $ 183,000.00 | $ 151,119.00 | $ | $ 1,229.00 | $ | $ |
| 1921 Fisher Dr<br>Stockbridge, GA 30281 | R | | 207,000.00 | 205,948.00 | 2,100.00 | 1,558.00 | | 17.00 |
| | | | | | | | | |
| | | Totals | $ 390,000.00 | $ 357,067.00 | $ 2,100.00 | $ 2,787.00 | $ | $ 17.00 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |
| | | |

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase price | $ |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | 151,406.00 |
| e. Estimated prepaid items | 168.04 |
| f. Estimated closing costs | 2,942.74 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 154,516.78 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 159,200.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 159,200.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) To | - 4,683.22 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|
| a. Are there any outstanding judgments against you? | | X | | |
| b. Have you been declared bankrupt within the past 7 years? | | X | | |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | X | | |
| d. Are you a party to a lawsuit? | | X | | |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name, and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | X | | |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | | X | | |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | | X | | |
| h. Is any part of the down payment borrowed? | | X | | |
| i. Are you a co-maker or endorser on a note? | | X | | |
| j. Are you a U.S. citizen? | X | | | |
| k. Are you a permanent resident alien? | | X | | |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | X | | | |
| m. Have you had an ownership interest in a property in the last three years? | X | | | |
| (1) What type of property did you own - - principal residence (PR), second home (SH), or investment property (IP)? | PR PR PR | | | |
| (2) How did you hold title to the home - - solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S S S | | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

[illegible]

Acknowledgement. Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X Hussain K[illegible] | 7/07/06 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

[illegible]

| BORROWER | | CO-BORROWER | |
|---|---|---|---|
| [ ] I do not wish to furnish this information. | | [ ] I do not wish to furnish this information. | |
| Ethnicity: | [ ] Hispanic or Latino [X] Not Hispanic or Latino | Ethnicity: | [ ] Hispanic or Latino [ ] Not Hispanic or Latino |
| Race: | [ ] American Indian or Alaska Native [ ] Asian [X] Black or African American [ ] Native Hawaiian or Other Pacific Islander [ ] White | Race: | [ ] American Indian or Alaska Native [ ] Asian [ ] Black or African American [ ] Native Hawaiian or Other Pacific Islander [ ] White |
| Sex: | [X] Female [ ] Male | Sex: | [ ] Female [ ] Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: | Lindel Strong | Global Mortgage |
| [ ] Face-to-face interview | Interviewer's Signature / Date | 6005 Wetharburn Way |
| [X] Mail | | Suite F |
| [ ] Telephone | Interviewer's Phone Number (incl. area code) | Norcross, GA 30092 |
| [ ] Internet | [redacted] | |