IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x  Chapter 11

In re:                                                        :
                                                              :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :
a Delaware corporation, et al.,[13]                           :  Jointly Administered
                                                              :  Ref/ Docket No. 10184, 10183 & 10182
                    Debtors.                                  :
------------------------------------------------------------- :
                                                              x

## Verification By Claimant Authentication of Documents and Claims

I, Hussain Kareem, the Titleholder, Mortgagor and Claimant in the above Cause of Action do certify under the penalty of perjury pursuant to 28 U.S.C. §1946 et. seq that all documents, exhibits and statements entered into the ongoing Bankruptcy Administrative Claim made by the Claimant are true, non-frivolous, accurate and are entered in good faith.

That documents and information have come from original independent governmental and non-governmental sources, whose job is to provide such information upon request.

That my verification is made with personal knowledge and to the best of my beliefs.

That AMERICAN HOME MORTGAGE HOLDINGS, INC ('AHMH) and their subsidiaries have abandoned their claim to my promissory note and have abandoned the collection of any payments due on my contract given over to them on July 7, 2006. AHMH was my original and "Only" Creditor as defined under the Georgia Fair Lending Act O.C.G.A. § 7-6A-2(6).

---

[13] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

16  10239
11/14/2011

That I have obtained knowledge that my note, loan number and property's address zip code were made part of a Securitization Pool of Investment, particularly sold, deposited, or assigned over into Real Estate Mortgage Investment Conduit, also known as AHMA 2006-3 without my prior knowledge.

That the Real Estate Mortgage Investment Conduit, also known as, AHMA 2006-3, is a Mortgage-Backed-Security Trust, but it has no officers or registered agents to proceed in any court, especially in Georgia.

That AHMH has benefitted and received consideration from my transaction. That Lisa Furco, an employee American Business Conduit did endorse the Note which transferred my Obligations over to AHMH. With that action AHMH became the surety for the obligation under the terms of my Note and under Georgia's Commercial Codes.

That the Secretary of State Offices for the States of Delaware and New York, respectively, databases do not find the entity AHMA 2006-3 or American Home Mortgage Asset 2006-3 as an existing statutory trust or business entity in good standings.

That I believe that AHMH has the responsibility to issue me a "Satisfaction of Indebtedness and a Release of Lien Obligation" instrument. This instrument is for me to file or cause to have it filed into the Land Records of Gwinnett County, Georgia where my property resides.

That by AHMH failing to issue to me such an instrument of Satisfaction and Release, perpetuates misrepresentation of facts with respect to their abandonment, "clouds' my property Title, and continues a pattern of harm and falsities.

That AHMH has failed to give over to me such instrument, when it was their duty to do so upon entering into the above proceeding for dissolution.

That their failure to issue such an instrument of Satisfaction and Release has caused false assignments to occur in Gwinnett County, Land Records by the lands of Mortgage Electronic Registration Systems Inc., a Delaware Corporation on or before January 23, 2010.

That I have made a reasonable offer to help AHMH to mitigate their damages with me. That I am entitled to other equitable remedies of set-off and recoupment which may allow me to recover from false billings, pain and suffering by third-parties not germane to our contract.

Set forth by the hands of the Lawful Claimant,
Executed on this Day, 10 of November, 2011.

_H. Kareem_

Hussain Kareem, Pro Se
2197 Carlysle Creek Drive
Lawrenceville, GA 30044
██████████: Phone Line

17