IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x   Chapter 11
In re:                                                       :
                                                             :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                       :
HOLDINGS, INC., a Delaware corporation, et al.,[1]           :   Jointly Administered
                                                             :
      Debtors.                                               :
                                                             :
                                                             :
------------------------------------------------------------ x

**ORDER REGARDING DISCOVERY REQUESTS AND
PROCEDURAL MOTION OF HUSSAIN KAREEM**

Upon consideration of the (i) *Initial Request for Interrogatories Pursuant to FRCP Rule 33* (the "Request for Interrogatories"); (ii) *Request of American Home Mortgage Holdings, Inc. for Production of Documents Under F.R.C.P. 34* (the "Request for Production", and together with the Request for Interrogatories, the "Discovery Requests"); and (iii) the *Motion to Court for Leave to Proceed by Adversarial Complaint under U.S. Bankruptcy Rule 7001 et seq. Claims Numbered 10870, 10875, and 10887* (the "Procedural Motion" and collectively with the Discovery Requests, the "Pretrial Matters"); and related pleadings; the Court having held a telephonic hearing on the Pretrial Matters on November 14, 2011 (the "Hearing"); and the Court having jurisdiction in this matter; and after due deliberation and for the reasons set forth on the record at the Hearing; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. f/k/a American Home Mortgage Servicing, Inc. ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp, a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

ORDERED that the Plan Trustee is not required to respond to the Discovery Requests as the Discovery Requests are untimely; and it is further

ORDERED that the Procedural Motion is denied in its entirety; and it is further

ORDERED that, absent consent among all the parties, the trial (the "Trial") regarding Mr. Kareem's requests for administrative claims [D.I. 9692, 9693 and 10148] and related Plan Trust's objection [D.I. 10182] shall go forward as a full evidentiary trial on Friday, November 18, 2011 at 11:00 A.M.; and it is further

ORDERED that Mr. Kareem is required to attend the Trial in person; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: November 14, 2011
       Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge