IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | :: | |
| ------------------------------------------------------------------ x | | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Plan Trust in the above-captioned case, and that on November 15, 2011, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Order Regarding Discovery Requests and Procedure Motion of Hussain Kareem [D.I. 10240]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 15th day of November 2011.

_____
Notary Public
ANGELA M. COLSON
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Aug. 25, 2013

Hussain Kareem
2197 Carlysle Creek Drive
Lawrenceville, GA 30044
*Federal Express and E-mail*