IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
    Debtors.                                                     :
                                                                 :  Ref. Docket No.: 10211
                                                                 :
---------------------------------------------------------------- x

### CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER WITH RESPECT TO PLAN TRUST'S EIGHTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1.  On October 19, 2011, through the undersigned counsel, the Plan Trustee filed the Plan Trust's Eighty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 10211] (the "Objection"). By the Objection, the Plan Trustee sought, *inter alia*, to disallow proof of claim numbers 10047 and 10048 (collectively, the "Moody's Claims") filed by Moody's Investors Service, Inc. and Moody's Wall Street Analytics, Inc., respectively, on the grounds that these claims were filed after the applicable bar date. The Plan Trustee also sought

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

to disallow proof of claim number 5500 ("Claim 5500") filed by American Express Travel Related Svcs Co. ("AMEX Travel"), on the grounds that Claim 5500 was not prima facie valid since AMEX Travel failed to attach sufficient documents, or allege facts, that would enable the Plan Trustee to assess the validity of this claim.

    2.    After the Objection was filed, it was brought to the Plan Trustee's attention that the Moody's Claims were lease rejection claims that were, in fact, timely filed. Accordingly, the Plan Trustee filed a notice of partial withdrawal [Docket No. 10216] of the Objection as it pertains to the Moody's Claims. In addition, AMEX Travel submitted an informal response to the Objection. Based on subsequent communications, the parties have agreed to an adjournment of the Objection with respect to Claim 5500. A revised proposed form of order (the "Revised Proposed Order") reflecting the withdrawal of the Objection with respect to the Moody's Claims and the adjournment with respect to Claim 5500 is attached hereto as Exhibit 1.

    3.    Responses to the Objection were to be filed and served no later than November 11, 2011 at 4:00 p.m. (ET). The undersigned hereby certifies that, as of the date hereof, no other comment, answer, objection or other responsive pleading to the Objection has been received. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Objection appears thereon.

*[Remainder of page intentionally left blank]*

01: 11608370.1      066585.1001

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

Dated: November 16, 2011  
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

# EXHIBIT 1

**Revised Proposed Order**

01: 11608370.1

066585.1001

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
        Debtors.                                                       :
                                                                       :   **Ref. Docket No. 10211**
---------------------------------------------------------------------- x

## ORDER SUSTAINING IN PART PLAN TRUST'S EIGHTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the eighty-eighth omnibus (non-substantive) objection to claims (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which the Plan Trustee respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B and C attached hereto; and it appearing that the Court has jurisdiction

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Objection is adjourned with respect to proof of claim number 5500 filed by American Express Travel Related Svcs Co.; and it is further

ORDERED that, for the avoidance of doubt, the Objection is deemed withdrawn solely with respect to proof of claim numbers 10047 and 10048 filed by Moody's Investors Service, Inc. and Moody's Wall Street Analytics, Inc., respectively; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A and B are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit C is hereby reassigned to the New Case Number as indicated on Exhibit C; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2011

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Late Filed Claims**

Exhibit A
Late Filed Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| CITIMORTGAGE, INC<br>ATTN JOHN WILFRED<br>PO BOX 9481<br>GAITHERSBURG, MD 20898 | 10385 | 4/29/08 | 07-11047 | $219,991.64 (S)<br>- (A)<br>- (P)<br>- (U)<br>$219,991.64 (T) | 1/11/2008 |
| KENT COUNTY TREASURER<br>P.O. BOX Y<br>GRAND RAPIDS, MI 49501 | 10923 | 9/9/11 | 07-11047 | $56.61 (S)<br>- (A)<br>- (P)<br>- (U)<br>$56.61 (T) | 1/11/2008 |
| KENT COUNTY TREASURER<br>P.O. BOX Y<br>GRAND RAPIDS, MI 49501 | 10924 | 9/9/11 | 07-11047 | $3,514.60 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,514.60 (T) | 1/11/2008 |
| KENT COUNTY TREASURER<br>P.O. BOX Y<br>GRAND RAPIDS, MI 49501 | 10925 | 9/13/11 | 07-11047 | $9,430.69 (S)<br>- (A)<br>- (P)<br>- (U)<br>$9,430.69 (T) | 1/11/2008 |
| Totals: | 4 Claims | | | $232,993.54 (S)<br>- (A)<br>- (P)<br>- (U)<br>$232,993.54 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Insufficient Documentation Claims**

# Exhibit B

## Insufficient Documentation Claims

| Name/Address of Claimant | Objectionable Claim | | | | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| CITIMORTGAGE, INC.<br>C/O ANDREW J. PETRIE<br>FEATHERSTONE PETRIE DESISTO LLP<br>600 17TH STREET, SUITE 2400S<br>DENVER, CO 80202 | 8528 | 1/10/08 | 07-11047 | -(S)<br>-(A)<br>-(P)<br>$121,550.00 (U)<br>$121,550.00 (T) | Claimant failed to attach documents, or allege any facts, that are sufficient to permit the Plan Trustee to assess the validity and/or amount of this claim. The claim is therefore not prima facie valid and should be disallowed. |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS COLLATERAL AGENT, INDENTURE TTEE, ECT<br>C/O SEWARD & KISSEL, ATTN: LAURIE BINDER<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | 8769 | 1/11/08 | 07-11048 | Unspecified* | Claimant filed this contingent, unliquidated claim against AHM Investment Corp. in its capacity as collateral agent, indenture trustee and/or custodian pursuant to several agreements identified in the addendum attached to the proof of claim form. Based on an extensive review of the applicable agreements, and the debtors' books and records, the Plan Trustee does not believe that AHM Investment Corp. breached its obligations under these agreements. Moreover, the claimant has not provided any documentation or other evidence concerning any alleged breaches by AHM Investment Corp. of its obligations under these agreements. The Plan Trustee is therefore unable to assess the validity or amount of this contingent, unliquidated claim. Accordingly, the claim is not prima facie valid and should be disallowed in its entirety. |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS COLLATERAL AGENT, INDENTURE TTEE, ECT<br>C/O SEWARD & KISSEL, ATTN: LAURIE BINDER<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | 8770 | 1/11/08 | 07-11050 | Unspecified* | Claimant filed this contingent, unliquidated claim against AHM SV Inc. (f/k/a American Home Mortgage Servicing Inc.) ("AHMSI") in its capacity as collateral agent, indenture trustee and/or custodian pursuant to several agreements identified in the addendum attached to the proof of claim form. Based on an extensive review of the applicable agreements, and the debtors' books and records, the Plan Trustee does not believe that AHMSI breached its obligations under these agreements. Moreover, the claimant has not provided any documentation or other evidence concerning any alleged breaches by AHMSI of its obligations under these agreements. The Plan Trustee is therefore unable to assess the validity or amount of this contingent, unliquidated claim. Accordingly, the claim is not prima facie valid and should be disallowed in its entirety. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS COLLATERAL AGENT, INDENTURE TTEE, ECT C/O SEWARD & KISSEL, ATTN: LAURIE BINDER ONE BATTERY PARK PLAZA NEW YORK, NY 10004 | 8838 | 1/11/08 | 07-11051 | Unspecified* | Claimant filed this contingent, unliquidated claim against AHM Corp. in its capacity as collateral agent, indenture trustee and/or custodian pursuant to several agreements identified in the addendum attached to the proof of claim form. Based on an extensive review of the applicable agreements, and the debtors' books and records, the Plan Trustee does not believe that AHM Corp. breached its obligations under these agreements. Moreover, the claimant has not provided any documentation or other evidence concerning any alleged breaches by AHM Corp. of its obligations under these agreements. The Plan Trustee is therefore unable to assess the validity or amount of this contingent, unliquidated claim. Accordingly, the claim is not prima facie valid and should be disallowed in its entirety. |
| RBS SECURITIES INC. (F/K/A GREENWICH CAPITAL MARKETS, INC.) 600 WASHINGTON BOULEVARD STAMFORD, CT 06901 | 8954 | 1/11/08 | 07-11051 | Unspecified* | Claimant failed to attach documents, or allege any facts, that are sufficient to permit the Plan Trustee to assess the validity and/or amount of this claim. The claim is therefore not prima facie valid and should be disallowed. |

**Totals:** 5 Claims

- (S)
- (A)
- (P)
- $121,550.00 (U)
- $121,550.00 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Wrong Debtor Claim**

# Exhibit C

## Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claims | | | | New Case Number |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | Case Number |
| FRIEDMAN & FEIGER, L.L.P., ATTORNEYS AT LAW 5301 SPRING VALLEY ROAD, SUITE 200 DALLAS, TX 75254 | 6218 | 12/24/07 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$7,791.31 (U)<br>$7,791.31 (T) | 07-11051 |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$7,791.31 (U)<br>$7,791.31 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.