**N THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

RECEIVED / FILED
NOV 14 2011
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

```
------------------------------------------x   Chapter 11
In re:                                     :
AMERICAN HOME MORTGAGE HOLDINGS,           :   Case No. 07-11047 (CSS)
INC.,                                      :
a Delaware corporation, et al.,¹           :   Jointly Administered
                                           :   Ref/ Docket No. 10184, 10183 & 10182
              Debtors.                     :
                                           :
------------------------------------------:
                                           x
```

**Motion to Court for Leave to Proceed by Adversarial Complaint under U.S. Bankruptcy Rule 7001 et seq. Claims Numbered 10870, 10875, and 10887**

I, Hussain Kareem, the Plaintiff/Claimant/ Titleholder, in the above cause of action, moves the court to resolve all triable issues by Jury in Adversarial Proceeding. Reasons are supported by Claimants in his Opposition to The Plan Trustees Objection, contemporaneously filed.

Executed on November 10, 2011

/s/ _Hilalafl_

Hussain Kareem, Pro Se, A.R.R.
2197 Carlysle Creek Drive
Lawrenceville, GA 30044

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

10249
11/14/2011

## CERTIFICATE OF SERVICE

I, Hussain Kareem, HEREBY CERTIFY that a true and correct copy of the above Motion to Proceed by Adversarial Complaint and the foregoing has been furnished by Electronic delivery or delivered by U.S. Mail to:

Counsel for Debtors:
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Sean M. BEACH
Patrick A. Jackson
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE 19801
Tel: (302) 571-6600
Counsel for the Plan Trustee:
**HAHN & HAESSEN LLP**
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, N.Y. 10022
Tel: (212) 478-7200
**The Plan Trustee:**
Steven D. Stass
AHM Liquidating Trust
P.O. Box 10550
Melville, NY 11747

        Mathis K. Wright, President
        NAACP CHAPTER #5160
        P.O. BOX 1296
        AMERICUS, GA 31709

This 10th day of November, 2011

/s/ _____
Hussain Kareem, Pro Se, A.R.R.
2197 Carlysle Creek Drive
Lawrenceville, GA 30044
Phone: [redacted]