IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED / FILED
NOV 1 4 2011
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

-----------------------------------------------------------x   Chapter 11

In re:

AMERICAN HOME MORTGAGE HOLDINGS, : Case No. 07-11047 (CSS)
INC., :
a Delaware corporation, et al.,[2] : Jointly Administered
:
Debtors. :
:
-----------------------------------------------------------:
x

**Notice to the Court Initial Discovery for Interrogatories and Production of Documents from Debtors under F.R.C.P Rules 33 and 34, respectively**

I, Hussain Kareem, the Plaintiff and Titleholder, in the above cause of action, do submit this notice to the Court that I have initiated discovery as follows:

**<u>INITIAL REQUEST FOR INTERROGATORIES and Production of Documents PURSUANT TO FRCP Rule 33 and 34, respectively</u>**

The above named defendants shall have five (50 Days from the date of receipt to comply with the Federal Rule of Civil Procedures (FRCP) by mail.

/s/ [signature]
Hussain Kareem, Pro Se, A.R.R.
2197 Carlysle Creek Drive
Lawrenceville, GA 30044

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("<u>AHM Holdings</u>"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("<u>AHM SV</u>"), a Maryland corporation (7267); American Home Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC ("<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ("<u>Great Oak</u>"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

10250
11/14/2011

## CERTIFICATE OF SERVICE

I, Hussain Kareem, HEREBY CERTIFY that a true and correct copy of the above Notice to the Court: Initial Interrogatories and Production of Documents from Debtors and the foregoing has been furnished by Electronic delivery and by U.S. Mail to:

Counsel for Debtors:
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Sean M. BEACH
Patrick A. Jackson
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE 19801
Tel: (302) 571-6600
Counsel for the Plan Trustee:
**HAHN & HAESSEN LLP**
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, N.Y. 10022
Tel: (212) 478-7200
**The Plan Trustee:**
Steven D. Stass
AHM Liquidating Trust
P.O. Box 10550
Melville, NY 11747

                            Mathis K. Wright, President
                            NAACP CHAPTER #5160
                            P.O. BOX 1296
                            AMERICUS, GA 31709

This 9th day of November, 2011

                            /s/ _____
                            Hussain Kareem, Pro Se, A.R.R.
                            2197 Carlysle Creek Drive
                            Lawrenceville, GA 30044