```
             IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE DISTRICT OF DELAWARE

IN RE:                      )   Case No. 07-11047(CSS)
                            )   (Jointly Administered)
                            )
AMERICAN HOME MORTGAGE       )   Chapter 11
HOLDINGS, INC., a Delaware   )
corporation, et al.,         )
                            )   Courtroom 6
          Debtors.           )   824 Market Street
                            )   Wilmington, Delaware
                            )
                            )   November 14, 2011
                            )   12:00 p.m.
                            )
```

```
                  TRANSCRIPT OF PROCEEDINGS
      BEFORE THE HONORABLE JUDGE CHRISTOPHER S. SONTCHI
              UNITED STATES BANKRUPTCY JUDGE
```

TELEPHONIC APPEARANCES:

For Plan Trustee:          Young, Conaway, Stargatt &
                           Taylor, LLP
                           BY:  MARGARET GREECHER, ESQ.
                           The Brandywine Building
                           1000 West Street, 17th Floor
                           Wilmington, DE  19801
                           (302) 571-6600


ECRO:                      LESLIE MURIN


Transcription Service:     DIAZ DATA SERVICES
                           331 Schuylkill Street
                           Harrisburg, Pennsylvania 17110
                           (717) 233-6664
                           www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service

```
TELEPHONIC APPEARANCES:
(Continued)

For Trustee, Liquidating        Hahn & Hessen, LLP
Trust:                          BY: EDWARD SCHNITZER, ESQ.
                                (212) 478-7215

For Hussain Kareem:             In Propria Persona
                                BY: HUSSAIN KAREEM
                                (578) 887-4965
```

1

1  WILMINGTON, DELAWARE, MONDAY, NOVEMBER 14, 2011, 12:16 P.M.

2           THE COURT:  Good morning.  This is Judge Sontchi.

3  Please enter your appearances for the record.

4           MS. GREECHER:  Your Honor, Margaret Whiteman

5  Greecher, from Young Conaway on behalf of the Plan Trust.  I

6  believe with me Mr. Edward Schnitzer, from Hahn & Hessen, is

7  also on the phone.

8           MR. SCHNITZER:  Good afternoon, Your Honor.

9           THE COURT:  Good afternoon.

10          THE COURT:  Mr. Kareem are you here?  Mr. Kareem?

11          COURTCALL:  Your Honor, Mr. Kareem disconnected

12  about ten minutes ago and hasn't dialed back yet.

13          THE COURT:  All right.  Ms. Greecher, why don't

14  you proceed?

15          MS. GREECHER:  Your Honor, the purpose of the

16  teleconference is to address some discovery issues by Mr.

17  Kareem on early Thursday morning and to discuss the status

18  of Friday's trial on his claims against the estate.  I

19  provided the Court with a copy of Mr. Kareem's motions and

20  our objection.  I believe his response which hasn't hit the

21  docket yet, as well as, the discovery requests and our

22  letter response to Mr. Kareem.

23          In addition, just this Saturday, he emailed me a

24  motion to proceed by adversary and have the objection heard

25  by a jury.  Despite the discovery request being late, the

1  Plan Trust did provide Mr. Kareem with a copy of his loan

2  file, as well as, any non-public exhibits that we intend to

3  use at trial.  This is actually the second time that the

4  Plan Trust has begun preparing for this trial.  The trial

5  was initially scheduled for October 7 at Mr. Kareem's

6  request.  He actually filed a second administrative motion

7  which said that he demanded an immediate trial and I believe

8  either Your Honor or the clerk's office scheduled that with

9  an objection deadline of September 30 and a Court hearing of

10  October 7.

11          We did proceed, in accordance with the plan and a

12  confirmation order, which was phone calls with Mr. Kareem to

13  discuss and provide a settlement offer with him.  In those

14  discussions, we attempted to move forward with settlement.

15  That did not happen.  And I did seek to have the initial

16  October 7 hearing adjourned in order to further discussions

17  or to seek mediation and Mr. Kareem refused that, both

18  requests for mediation and request to adjourn the trial.

19          Three days before trial, Mr. Kareem demanded that

20  the trial be continued because he was not aware of the

21  trial.  He subsequently determined that -- or stated that he

22  was not able to be present at the October 7 hearing and as a

23  result of that and discussions with Ms. Gatson, we agreed --

24  the Plan Trust agreed to adjourn the trial to November 18.

25  The adjournment was simply because Mr. Kareem could not

1  attend that October 7 hearing.  It was not meant for Mr.

2  Kareem to issue discovery or to proceed with any discovery

3  issues.

4          We have not heard from Mr. Kareem until just a

5  few days ago in which we received these discovery requests.

6  And they are untimely.  Mr. Kareem has several litigations

7  ongoing at this point in time, two of which are on appeal to

8  various Courts.  One is against the FDIC in connection with

9  another mortgage refinance.  And the second litigation is

10  actually referenced in our objection.  It's the Northern

11  District of Texas litigation against Amzie and Murrs [ph] in

12  connection with this particular loan transaction.

13          Mr. Kareem is -- although pro se, experienced in

14  the discovery litigation issues.  He's issued discovery

15  before.  He has provided motions to compel, actually three

16  of them and sought a protective order of himself.  So he

17  does understand the discovery process and is -- these are

18  essentially untimely and we're looking to move forward on

19  Friday and work with Your Honor to determine how best to do

20  that.  We would suggest that given the Plan Trust's limited

21  resources and the late discovery, that we should not have to

22  provide Mr. Kareem with any further requests and that we

23  should move forward on Friday.

24          THE COURT:  Okay.  Mr. Schnitzer, anything to

25  add?

1          MR. SCHNITZER:  No, Your Honor, thank you.

2          THE COURT:  All right, thank you.  One more time

3   for the record, Mr. Kareem are you on the line?

4                    (No audible response.)

5          THE COURT:  All right, I hear nothing.  I did

6   review all the papers and thank you for sending them over

7   this morning.  This trial will go forward on November 18,

8   2011 at -- excuse me, let's try that again, November 18,

9   2011 at 11:00 a.m.  Mr. Kareem is expected to appear in

10  person.  The Court will not approve him not appearing in

11  person.  The document and interrogatory request are clearly

12  untimely.  Mr. Kareem was given full notice that this

13  hearing was scheduled to go forward and has extensive

14  experience in pro se litigation.  So the trustee or trust,

15  excuse me, need not respond any further to the document

16  request nor the interrogatories.

17          In addition, I find that Mr. Kareem's motion for

18  leave to proceed by adversary proceeding with a jury trial

19  is out of time, late, and will be denied out of hand.  So

20  basically, all the trust has to do is get ready to present

21  its case on Friday and we will go forward without -- unless

22  there is a mutual agreement to continue the matter which I

23  doubt there will be.  Absent a mutual agreement, this Court

24  will go forward on Friday.  Why don't you send over a form

25  of order, Ms. Greecher?

1          MS. GREECHER:  I will do that, Your Honor.

2          THE COURT:  All right, thank you.  Oh, go ahead.

3          MS. GREECHER:  Should we contact or do you think

4    that -- or will the Court attempt to contact Mr. Kareem to

5    apprise him of that or should we just proceed in terms of

6    the order and sending that to him as well?

7          THE COURT:  Yeah, let's put it in the order.  You

8    need not circulate it.  And when I sign it, send it to him.

9          MS. GREECHER:  I will do so, thank you.

10          THE COURT:  Please put in the order that we're

11    going forward Friday come heck or high water.

12          MS. GREECHER:  Thank you, Your Honor.

13          THE COURT:  You're welcome.  Anything else?

14          MS. GREECHER:  No, I believe that's everything.

15          THE COURT:  All right.

16          MS. GREECHER:  Mr. Schnitzer is there anything I

17    missed?

18          MR. SCHNITZER:  No.

19          THE COURT:  All right, thank you.

20          MS. GREECHER:  Okay, thank you.

21          THE COURT:  Have a nice day.  We are adjourned.

22          MR. SCHNITZER:  Thank you.

23          MS. GREECHER:  Bye.

24      (Whereupon, at 12:23 p.m., the hearing was adjourned.)

25

1                         CERTIFICATION

2        I certify that the foregoing is a correct

3   transcript from the electronic sound recording of the

4   proceedings in the above-entitled matter.

5

6

7   _____      14 November 2011
8   Traci L. Calaman, Transcriber              Date

| Word | Page:Line |
|---|---|
| 07-11047(css) 1:4 | |
| a.m(1) 6:9 | |
| able(1) 4:22 | |
| about(1) 3:12 | |
| aboveentitled (1) 8:4 | |
| absent(1) 6:23 | |
| accordance(1) 4:11 | |
| actually(4) 4:3 4:6 5:10 5:15 | |
| add(1) 5:25 | |
| addition(2) 3:23 6:17 | |
| address(1) 3:16 | |
| adjourn(2) 4:18 4:24 | |
| adjourned(3) 4:16 7:21 7:24 | |
| adjournment(1) 4:25 | |
| administered(1) 1:5 | |
| administrativ(1) 4:6 | |
| adversary(2) 3:24 6:18 | |
| afternoon(2) 3:8 3:9 | |
| again(1) 6:8 | |
| against(3) 3:18 5:8 5:11 | |
| ago(2) 3:12 5:5 | |
| agreed(2) 4:23 4:24 | |
| agreement(2) 6:22 6:23 | |
| ahead(1) 7:2 | |
| all(8) 3:13 6:2 6:5 6:6 6:20 7:2 7:15 7:19 | |
| also(1) 3:7 | |
| although(1) 5:13 | |
| amzie(1) 5:11 | |
| and(30) 3:12 3:17 3:19 3:21 3:24 4:7 4:9 4:11 4:13 4:15 4:17 4:18 4:22 4:23 5:6 5:9 5:11 5:16 5:17 5:18 5:19 5:21 5:22 6:6 6:11 6:13 6:19 6:21 7:6 7:8 | |
| another(1) 5:9 | |
| any(4) 4:2 5:2 5:22 6:15 | |
| anything(3) 5:24 7:13 7:16 | |
| appeal(1) 5:7 | |
| appear(1) 6:9 | |
| appearances(3) 1:23 2:1 3:3 | |
| appearing(1) 6:10 | |
| apprise(1) 7:5 | |
| approve(1) 6:10 | |
| are(7) 3:10 5:6 5:7 5:17 6:3 6:11 7:21 | |
| attempt(1) 7:4 | |
| attempted(1) 4:14 | |
| attend(1) 5:1 | |
| audible(1) 6:4 | |
| aware(1) 4:20 | |
| back(1) 3:12 | |
| bankruptcy(2) 1:1 1:21 | |
| basically(1) 6:20 | |
| because(2) 4:20 4:25 | |
| before(3) 1:20 4:19 5:15 | |
| begun(1) 4:4 | |
| behalf(1) 3:5 | |
| being(1) 3:25 | |
| believe(4) 3:6 3:20 4:7 7:14 | |
| best(1) 5:19 | |
| both(1) 4:17 | |
| brandywine(1) 1:28 | |
| building(1) 1:28 | |
| bye(1) 7:23 | |
| calls(1) 4:12 | |
| case(2) 1:4 6:21 | |
| certification(1) 8:1 | |
| certify(1) 8:2 | |
| chapter(1) 1:7 | |
| christopher(1) 1:20 | |
| circulate(1) 7:8 | |
| claims(1) 3:18 | |
| clearly(1) 6:11 | |
| clerk's(1) 4:8 | |
| come(1) 7:11 | |
| compel(1) 5:15 | |
| conaway(2) 1:25 3:5 | |
| confirmation(1) 4:12 | |
| connection(2) 5:8 5:12 | |
| contact(2) 7:3 7:4 | |
| continue(1) 6:22 | |
| continued(2) 2:2 4:20 | |
| copy(2) 3:19 4:1 | |
| corporation(1) 1:9 | |
| correct(1) 8:2 | |
| could(1) 4:25 | |
| court(20) 1:1 3:2 3:9 3:10 3:13 3:19 4:9 5:24 6:2 6:5 6:10 6:23 7:2 7:4 7:7 7:10 7:13 7:15 7:19 7:21 | |
| courtcall(1) 3:11 | |
| courtroom(1) 1:10 | |
| courts(1) 5:8 | |
| data(1) 1:35 | |
| day(1) 7:11 | |
| days(2) 4:19 5:5 | |
| deadline(1) 4:9 | |
| debtors(1) 1:11 | |
| delaware(4) 1:2 1:8 1:12 3:1 | |
| demanded(2) 4:7 4:19 | |
| denied(1) 6:19 | |
| despite(1) 3:25 | |
| determine(1) 5:19 | |
| determined(1) 4:21 | |
| diaz(1) 1:35 | |
| did(5) 4:1 4:11 4:15 4:15 6:5 | |
| disconnected(1) 3:11 | |
| discovery(10) 3:16 3:21 3:25 5:2 5:2 5:5 5:14 5:14 5:17 5:22 | |
| discuss(2) 3:17 4:13 | |
| discussions(3) 4:14 4:16 4:23 | |
| district(2) 1:2 5:11 | |
| docket(1) 3:21 | |
| document(2) 6:11 6:15 | |
| does(1) 5:17 | |
| don't(2) 3:13 6:24 | |
| doubt(1) 6:23 | |
| early(1) 3:17 | |
| ecro(1) 1:33 | |
| edward(2) 2:5 3:6 | |
| either(1) 4:8 | |
| electronic(2) 1:41 8:3 | |
| else(1) 7:13 | |
| emailed(1) 3:23 | |
| enter(1) 3:3 | |
| esq(2) 1:27 2:5 | |
| essentially(1) 5:18 | |
| estate(1) 3:18 | |
| everything(1) 7:14 | |
| excuse(2) 6:8 6:15 | |
| exhibits(1) 4:2 | |
| expected(1) 6:9 | |
| experience(1) 6:14 | |
| experienced(1) 5:13 | |
| extensive(1) 6:13 | |
| fdic(1) 5:8 | |
| few(1) 5:5 | |
| file(1) 4:2 | |
| filed(1) 4:6 | |
| find(1) 6:17 | |
| floor(1) 1:29 | |
| for(12) 1:2 1:25 2:4 2:8 3:3 4:4 4:5 4:18 5:1 6:3 6:6 6:17 | |
| foregoing(1) 8:2 | |
| form(1) 6:24 | |
| forward(8) 4:14 5:18 5:23 6:7 6:13 6:21 6:24 7:11 | |
| friday(5) 5:19 5:23 6:21 6:24 7:11 | |
| friday's(1) 3:18 | |
| from(4) 3:5 3:6 5:4 8:3 | |
| full(1) 6:12 | |
| further(3) 4:16 5:22 6:15 | |
| gatson(1) 4:23 | |
| get(1) 6:20 | |
| given(2) 5:20 6:12 | |
| going(1) 7:11 | |
| good(3) 3:2 3:8 3:9 | |
| greecher(14) 1:27 3:4 3:5 3:13 3:15 6:25 7:1 7:3 7:9 7:12 7:14 7:16 7:20 7:23 | |
| hahn(2) 2:4 3:6 | |
| hand(1) 6:19 | |
| happen(1) 4:15 | |
| harrisburg(1) 1:37 | |
| has(5) 4:4 5:6 5:15 6:13 6:20 | |
| hasn't(2) 3:12 3:20 | |
| have(5) 3:24 4:15 5:4 5:21 7:21 | |
| he's(1) 5:14 | |
| hear(1) 6:5 | |
| heard(2) 3:24 5:4 | |
| hearing(6) 4:9 4:16 4:22 5:1 6:13 7:24 | |
| heck(1) 7:11 | |
| here(1) 3:10 | |
| hessen(2) 2:4 3:6 | |
| high(1) 7:11 | |
| him(5) 4:13 6:10 7:5 7:6 7:8 | |
| himself(1) 5:16 | |
| his(3) 3:18 3:20 4:1 | |
| hit(1) 3:20 | |
| holdings(1) 1:8 | |
| home(1) 1:7 | |
| honor(9) 3:4 3:8 3:11 3:15 4:8 5:19 6:1 7:1 7:12 | |
| honorable(1) 1:20 | |
| how(1) 5:19 | |
| hussain(2) 2:8 2:9 | |
| immediate(1) 4:7 | |
| inc(1) 1:8 | |
| initial(1) 4:15 | |
| initially(1) 4:5 | |
| intend(1) 4:2 | |
| interrogatories(1) 6:16 | |
| interrogatory(1) 6:11 | |
| issue(1) 5:12 | |
| issued(1) 5:14 | |
| issues(3) 3:16 5:3 5:14 | |
| it's(1) 5:10 | |
| its(1) 6:21 | |
| jointly(1) 1:5 | |
| judge(3) 1:20 1:21 3:2 | |
| jury(2) 3:25 6:18 | |
| just(3) 3:23 5:4 7:5 | |
| kareem(21) 2:8 2:9 3:10 3:10 3:11 3:17 3:22 4:1 4:12 4:17 4:19 4:25 5:2 5:4 5:6 5:13 5:22 6:3 6:9 6:12 7:4 | |
| kareem's(3) 3:19 4:5 6:17 | |
| late(3) 3:25 5:21 6:19 | |
| leave(1) 6:18 | |
| leslie(1) 1:33 | |
| let's(2) 6:8 7:7 | |
| letter(1) 3:22 | |
| limited(1) 5:20 | |
| line(1) 6:3 | |
| liquidating(1) 2:4 | |
| litigation(4) 5:9 5:11 5:14 6:14 | |
| litigations(1) 5:6 | |
| llp(2) 1:26 2:4 | |
| loan(2) 4:1 5:12 | |
| looking(1) 5:18 | |
| margaret(2) 1:27 3:4 | |
| market(1) 1:11 | |
| matter(2) 6:22 8:4 | |
| meant(1) 5:1 | |
| mediation(2) 4:17 4:18 | |
| merican(1) 1:7 | |
| minutes(1) 3:12 | |
| missed(1) 7:17 | |
| monday(1) 5:1 | |
| more(1) 6:2 | |
| morning(3) 3:2 3:17 6:7 | |
| mortgage(2) 1:7 5:9 | |
| motion(3) 3:24 4:6 6:17 | |
| motions(2) 3:19 5:15 | |
| move(3) 4:14 5:18 5:23 | |
| murin(1) 1:33 | |
| murrs(1) 5:11 | |
| mutual(2) 6:22 6:23 | |
| need(2) 6:15 7:8 | |
| nice(1) 7:21 | |
| non-public(1) 4:2 | |
| nor(1) 6:16 | |
| northern(1) 5:10 | |
| not(11) 4:15 4:20 4:22 4:25 5:1 5:4 5:21 6:10 6:10 6:15 7:8 | |
| nothing(1) 6:5 | |
| notice(1) 6:12 | |
| november(6) 1:14 3:1 4:24 6:7 6:8 8:7 | |
| objection(4) 3:20 3:24 4:9 5:10 | |
| october(5) 4:5 4:10 4:16 4:22 5:1 | |
| offer(1) 4:13 | |
| office(1) 4:8 | |
| okay(2) 5:24 7:20 | |
| one(2) 5:8 6:2 | |
| ongoing(1) 5:7 | |
| order(7) 4:12 4:16 5:16 6:25 7:6 7:7 7:10 | |
| our(3) 3:20 3:21 5:10 | |
| out(2) 6:19 6:19 | |
| over(2) 6:6 6:24 | |
| p.m(3) 1:15 3:1 7:24 | |
| papers(1) 6:6 | |
| particular(1) 5:12 | |
| pennsylvania(1) 1:37 | |
| person(2) 6:10 6:11 | |
| persona(1) 2:8 | |
| phone(2) 3:7 4:12 | |
| plan(7) 1:25 3:5 4:1 4:4 4:11 4:24 5:20 | |
| please(2) 3:3 7:10 | |
| point(1) 5:7 | |
| preparing(1) 4:4 | |
| present(2) 4:22 6:20 | |
| pro(2) 5:13 6:14 | |
| proceed(6) 3:14 3:24 4:11 5:2 6:18 7:5 | |
| proceeding(1) 6:18 | |
| proceedings(3) 1:19 1:41 8:4 | |
| process(1) 5:17 | |
| produced(1) 1:42 | |
| propria(1) 2:8 | |
| protective(1) 5:16 | |
| provide(3) 4:1 4:13 5:22 | |
| provided(2) 3:19 5:15 | |
| purpose(1) 3:15 | |
| put(2) 7:7 7:10 | |
| ready(1) 6:20 | |
| received(1) 5:5 | |
| record(2) 3:3 6:3 | |
| recorded(1) 1:41 | |
| recording(2) 1:41 8:3 | |
| referenced(1) 5:10 | |
| refinance(1) 5:9 | |
| refused(1) 4:17 | |
| request(5) 3:25 4:6 4:18 6:11 6:16 | |
| requests(4) 3:21 4:18 5:5 5:22 | |
| resources(1) 5:21 | |
| respond(1) 6:15 | |
| response(3) 3:20 3:22 6:4 | |
| result(1) 4:23 | |
| review(1) 6:6 | |
| right(6) 3:13 6:2 6:5 7:2 7:15 7:19 | |
| said(1) 4:7 | |
| saturday(1) 3:23 | |
| scheduled(3) 4:5 4:8 6:13 | |
| schnitzer(8) 2:5 3:6 3:8 5:24 6:1 7:16 7:18 7:22 | |
| schuylkill(1) 1:36 | |
| second(3) 4:3 4:6 5:9 | |
| seek(2) 4:15 4:17 | |
| send(2) 6:24 7:8 | |
| sending(2) 6:6 7:6 | |

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|
| **september**(1) 4:9 | | **well**(3) 3:21  4:2  7:6 | |
| **service**(2) 1:35  1:42 | | **west**(1) 1:29 | |
| **services**(1) 1:35 | | **when**(1) 7:8 | |
| **settlement**(2) 4:13  4:14 | | **whereupon**(1) 7:24 | |
| **several**(1) 5:6 | | **which**(6) 3:20  4:7  4:12  5:5  5:7  6:22 | |
| **should**(4) 5:21  5:23  7:3  7:5 | | **whiteman**(1) 3:4 | |
| **sign**(1) 7:8 | | **why**(2) 3:13  6:24 | |
| **simply**(1) 4:25 | | **will**(9) 6:7  6:10  6:19  6:21  6:23  6:24  7:1 | |
| **some**(1) 3:16 | | 7:4  7:9 | |
| **sontchi**(2) 1:20  3:2 | | | |
| **sought**(1) 5:16 | | **wilmington**(3) 1:12  1:30  3:1 | |
| **sound**(2) 1:41  8:3 | | **with**(15) 3:6  3:19  4:1  4:8  4:11  4:12  4:13 | |
| **stargatt**(1) 1:25 | | 4:14  4:23  5:2  5:8  5:12  5:19  5:22  6:18 | |
| **stated**(1) 4:21 | | | |
| **states**(2) 1:1  1:21 | | **without**(1) 6:21 | |
| **status**(1) 3:17 | | **work**(1) 5:19 | |
| **street**(3) 1:11  1:29  1:36 | | **would**(1) 5:20 | |
| **subsequently**(1) 4:21 | | **www.diazdata.com**(1) 1:39 | |
| **suggest**(1) 5:20 | | **yeah**(1) 7:7 | |
| **taylor**(1) 1:26 | | **yet**(2) 3:12  3:21 | |
| **teleconference**(1) 3:16 | | **you**(15) 3:10  3:14  6:1  6:2  6:3  6:6  6:24 | |
| **telephonic**(2) 1:23  2:1 | | 7:2  7:3  7:7  7:9  7:12  7:19  7:20  7:22 | |
| **ten**(1) 3:12 | | | |
| **terms**(1) 7:5 | | **you're**(1) 7:13 | |
| **texas**(1) 5:11 | | **young**(2) 1:25  3:5 | |
| **thank**(9) 6:1  6:2  6:6  7:2  7:9  7:12  7:19 | | **your**(10) 3:3  3:4  3:8  3:11  3:15  4:8  5:19 | |
| 7:20  7:22 | | 6:1  7:1  7:12 | |
| | | | |
| **that**(24) 4:2  4:3  4:7  4:8  4:15  4:17  4:19 | | | |
| 4:21  4:21  4:23  5:1  5:20  5:20  5:21  5:22 | | | |
| 6:8  6:12  6:17  7:1  7:4  7:5  7:6  7:10  8:2 | | | |
| | | | |
| **that's**(1) 7:14 | | | |
| **the**(70) 1:1  1:2  1:20  1:28  3:2  3:3  3:5  3:7 | | | |
| 3:9  3:10  3:13  3:15  3:15  3:17  3:18  3:19 | | | |
| 3:20  3:21  3:24  3:25  3:25  4:3  4:3  4:4  4:8 | | | |
| 4:11  4:15  4:18  4:20  4:20  4:22  4:24  4:24 | | | |
| 4:25  5:8  5:9  5:10  5:14  5:17  5:20  5:21 | | | |
| 5:24  6:2  6:3  6:3  6:5  6:6  6:10  6:11  6:14 | | | |
| 6:15  6:16  6:20  6:22  7:2  7:4  7:6  7:7  7:7 | | | |
| 7:10  7:10  7:13  7:15  7:19  7:21  7:24  8:2 | | | |
| 8:3  8:3  8:4 | | | |
| | | | |
| **them**(2) 5:16  6:6 | | | |
| **there**(3) 6:22  6:23  7:16 | | | |
| **these**(2) 5:5  5:17 | | | |
| **they**(1) 5:6 | | | |
| **think**(1) 7:3 | | | |
| **this**(10) 3:2  3:23  4:3  4:4  5:7  5:12  6:7  6:7 | | | |
| 6:12  6:23 | | | |
| | | | |
| **those**(1) 4:13 | | | |
| **three**(2) 4:19  5:15 | | | |
| **thursday**(1) 3:17 | | | |
| **time**(4) 4:3  5:7  6:2  6:19 | | | |
| **transaction**(1) 5:12 | | | |
| **transcript**(3) 1:19  1:42  8:3 | | | |
| **transcription**(2) 1:35  1:42 | | | |
| **trial**(12) 3:18  4:3  4:4  4:4  4:7  4:18  4:19 | | | |
| 4:20  4:21  4:24  6:7  6:18 | | | |
| | | | |
| **trust**(7) 2:5  3:5  4:1  4:4  4:24  6:14  6:20 | | | |
| **trust's**(1) 5:20 | | | |
| **trustee**(3) 1:25  2:4  6:14 | | | |
| **try**(1) 6:8 | | | |
| **two**(1) 5:7 | | | |
| **understand**(1) 5:17 | | | |
| **united**(2) 1:1  1:21 | | | |
| **unless**(1) 6:21 | | | |
| **until**(1) 5:4 | | | |
| **untimely**(3) 5:6  5:18  6:12 | | | |
| **use**(1) 4:3 | | | |
| **various**(1) 5:8 | | | |
| **was**(9) 4:5  4:12  4:20  4:22  4:25  5:1  6:12 | | | |
| 6:13  7:24 | | | |
| | | | |
| **water**(1) 7:11 | | | |
| **we're**(2) 5:18  7:10 | | | |
| **welcome**(1) 7:13 | | | |