# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road           **Chapter:** 11
Melville, NY 11747
  **EIN:** 13–4066303

*Case No*.: 07–11047–CSS

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 11/14/11 was filed on 11/17/11 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 12/8/11 .

If a request for redaction is filed, the redacted transcript is due 12/19/11 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 2/15/12 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 11/17/11

(ntc)