# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Leslie | Date Created: 11/17/2011 |
| Case: 07−11047−CSS | Form ID: ntcBK | Total: 23 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV
aty     Michael S. Neiburg     bankfilings@ycst.com

    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     American Home Mortgage Holdings, Inc.     538 Broadhollow Road     Melville, NY 11747
aty     Curtis J Crowther     Young, Conaway, Stargatt &Taylor     The Brandywine Building     1000 West Street, 17th Floor     P.O. Box 391     Wilmington, DE 19899−0391
aty     Donald J. Bowman, Jr.     Young, Conaway, Stargatt &Taylor     1000 West Street     17th Floor     Wilmington, DE 19801
aty     Edward J. Kosmowski     Epiq Systems Bankruptcy Solutions     824 Market Street, Suite 412     Wilmington, DE 198001
aty     Edwin J. Harron     Young, Conaway, Stargatt &Taylor     The Brandywine Building     1000 West Street, 17th Floor     PO Box 391     Wilmington, DE 19899−0391
aty     Erin Edwards     Young, Conaway, Stargatt &Taylor     The Brandywine Building     17th Floor     1000 West Street     Wilmington, DE 19801
aty     James L. Patton     Young, Conaway, Stargatt &Taylor     The Brandywine Bldg.     1000 West Street, 17th Floor     PO Box 391     Wilmington, DE 19899−0391
aty     Joel A. Waite     Young, Conaway, Stargatt &Taylor     The Brandywine Bldg.     1000 West Street, 17th Floor     PO Box 391     Wilmington, DE 19899−0391
aty     Kara Hammond Coyle     Young Conaway Stargatt &Taylor LLP     1000 West St., 17th Floor     Brandywine Building     Wilmington, DE 19801
aty     Kenneth J. Enos     Young, Conaway, Stargatt &Taylor     1000 West Street     17th Floor     Wilmington, DE 19801
aty     Margaret Whiteman Greecher     Young, Conaway, Stargatt &Taylor     1000 West Street     17th Floor     Wilmington, DE 19801
aty     Matthew Barry Lunn     Young, Conaway, Stargatt &Taylor     The Brandywine Building, 17th Floor     1000 West Street     PO Box 391     Wilmington, DE 19899
aty     Nathan D. Grow     Young Conaway Stargatt &Taylor, LLP     The Brandywine Bldg.     17th Floor     Wilmington, DE 19801−0391
aty     Patrick A. Jackson     Young Conaway Stargatt &Taylor, LLP     The Brandywine Bldg 17th Fl,1000 West St     Wilmington, DE 19801
aty     Pauline K. Morgan     Young, Conaway, Stargatt &Taylor     1000 West Street, 17th Floor     PO Box 391     Wilmington, DE 19899−0391
aty     Quinn Emanuel     Quinn Emanuel Urquhart Oliver &Hedges
aty     Robert S. Brady     Young, Conaway, Stargatt &Taylor     The Brandywine Bldg.     1000 West Street, 17th Floor     PO Box 391     Wilmington, DE 19899−0391
aty     Ryan M. Bartley     Young Conaway Stargatt &Taylor, LLP     The Brandywine Building     1000 West Street     17th Fl.     Wilmington, DE 19801
aty     Sean Matthew Beach     Young, Conaway, Stargatt &Taylor     The Brandywine Building, 17th Floor     1000 West Street     PO Box 391     Wilmington, DE 19899
aty     Sharon M Zieg     Young, Conaway, Stargatt &Taylor     The Brandywine Bldg., 17th Floor     1000 West Street     PO Box 391     Wilmington, DE 19899
aty     Travis N. Turner     Young Conaway Stargatt &Taylor, LLP     The Brandywine Bldg., 17th Fl.     1000 West Street     Wilmington, DE 19801

    TOTAL: 21