**SIGN-IN SHEET**

**CASE NAME: American Home Mortgage**
**CASE NO: 07-11047 (CSS)**

**COURTROOM LOCATION: 6**
**DATE: 11/18/11  AT 11:00 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Morris *telephonic | McKool Smith Hennigan | American Home Mortgage |
| Mark Indelicato | Hahn & Hessen | Official Committee of Unsecured Creditors |
| Sarah Gryll | | |
| Lynn Smalley | Lynn Smalley | Lynn Smalley |
| Sean Beach | Young Conaway Stargatt Taylor LLP | Plan Trustee |
| Margaret Greecher | " | " |
| Michael Neiburg | " | " |
| Ed Schnitzer | Hahn + Hessen | Plan Trustee |
| Matthew McGuire | Levlis Rod TUT Cohn | JPMorgan |
| Glenn Wike | Potter Anderson Corrony LP | Bank of America |
| Allah | | Sialt Represented |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |