# EXHIBIT A

**Late Filed Claims**

# Exhibit A

## Late Filed Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| CITIMORTGAGE, INC<br>ATTN JOHN WILFRED<br>PO BOX 9481<br>GAITHERSBURG, MD 20898 | 10385 | 4/29/08 | 07-11047 | $219,991.64 (S)<br>- (A)<br>- (P)<br>- (U)<br>$219,991.64 (T) | 1/11/2008 |
| KENT COUNTY TREASURER<br>P.O. BOX Y<br>GRAND RAPIDS, MI 49501 | 10923 | 9/9/11 | 07-11047 | $56.61 (S)<br>- (A)<br>- (P)<br>- (U)<br>$56.61 (T) | 1/11/2008 |
| KENT COUNTY TREASURER<br>P.O. BOX Y<br>GRAND RAPIDS, MI 49501 | 10924 | 9/9/11 | 07-11047 | $3,514.60 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,514.60 (T) | 1/11/2008 |
| KENT COUNTY TREASURER<br>P.O. BOX Y<br>GRAND RAPIDS, MI 49501 | 10925 | 9/13/11 | 07-11047 | $9,430.69 (S)<br>- (A)<br>- (P)<br>- (U)<br>$9,430.69 (T) | 1/11/2008 |
| Totals: | 4 Claims | | | $232,993.54 (S)<br>- (A)<br>- (P)<br>- (U)<br>$232,993.54 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.