# EXHIBIT B

**Insufficient Documentation Claims**

**Exhibit B**

**Insufficient Documentation Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CITIMORTGAGE, INC. C/O ANDREW J. PETRIE FEATHERSTONE PETRIE DESISTO LLP 600 17TH STREET, SUITE 2400S DENVER, CO 80202 | 8528 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$121,550.00 (U)<br>$121,550.00 (T) | Claimant failed to attach documents, or allege any facts, that are sufficient to permit the Plan Trustee to assess the validity and/or amount of this claim. The claim is therefore not prima facie valid and should be disallowed. |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS COLLATERAL AGENT, INDENTURE TTEE, ECT C/O SEWARD & KISSEL, ATTN: LAURIE BINDER ONE BATTERY PARK PLAZA NEW YORK, NY 10004 | 8769 | 1/11/08 | 07-11048 | Unspecified* | Claimant filed this contingent, unliquidated claim against AHM Investment Corp. in its capacity as collateral agent, indenture trustee and/or custodian pursuant to several agreements identified in the addendum attached to the proof of claim form. Based on an extensive review of the applicable agreements, and the debtors' books and records, the Plan Trustee does not believe that AHM Investment Corp. breached its obligations under these agreements. Moreover, the claimant has not provided any documentation or other evidence concerning any alleged breaches by AHM Investment Corp. of its obligations under these agreements. The Plan Trustee is therefore unable to assess the validity or amount of this contingent, unliquidated claim. Accordingly, the claim is not prima facie valid and should be disallowed in its entirety. |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS COLLATERAL AGENT, INDENTURE TTEE, ECT C/O SEWARD & KISSEL, ATTN: LAURIE BINDER ONE BATTERY PARK PLAZA NEW YORK, NY 10004 | 8770 | 1/11/08 | 07-11050 | Unspecified* | Claimant filed this contingent, unliquidated claim against AHM SV Inc. (f/k/a American Home Mortgage Servicing Inc.) ("AHMSI") in its capacity as collateral agent, indenture trustee and/or custodian pursuant to several agreements identified in the addendum attached to the proof of claim form. Based on an extensive review of the applicable agreements, and the debtors' books and records, the Plan Trustee does not believe that AHMSI breached its obligations under these agreements. Moreover, the claimant has not provided any documentation or other evidence concerning any alleged breaches by AHMSI of its obligations under these agreements. The Plan Trustee is therefore unable to assess the validity or amount of this contingent, unliquidated claim. Accordingly, the claim is not prima facie valid and should be disallowed in its entirety. |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| | | | Objectionable Claim | | |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS COLLATERAL AGENT, INDENTURE TTEE, ECT C/O SEWARD & KISSEL, ATTN: LAURIE BINDER ONE BATTERY PARK PLAZA NEW YORK, NY 10004 | 8838 | 1/11/08 | 07-11051 | Unspecified* | Claimant filed this contingent, unliquidated claim against AHM Corp. in its capacity as collateral agent, indenture trustee and/or custodian pursuant to several agreements identified in the addendum attached to the proof of claim form. Based on an extensive review of the applicable agreements, and the debtors' books and records, the Plan Trustee does not believe that AHM Corp. breached its obligations under these agreements. Moreover, the claimant has not provided any documentation or other evidence concerning any alleged breaches by AHM Corp. of its obligations under these agreements. The Plan Trustee is therefore unable to assess the validity or amount of this contingent, unliquidated claim. Accordingly, the claim is not prima facie valid and should be disallowed in its entirety. |
| RBS SECURITIES INC. (F/K/A GREENWICH CAPITAL MARKETS, INC.) 600 WASHINGTON BOULEVARD STAMFORD, CT 06901 | 8954 | 1/11/08 | 07-11051 | Unspecified* | Claimant failed to attach documents, or allege any facts, that are sufficient to permit the Plan Trustee to assess the validity and/or amount of this claim. The claim is therefore not prima facie valid and should be disallowed. |

Totals: 5 Claims
- (S)
- (A)
- (P) 
- $121,550.00 (U)
- $121,550.00 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.