# EXHIBIT C

Wrong Debtor Claim

**Exhibit C**

**Wrong Debtor Claims**

| Name/Address of Claimant | Objectionable Claims | | | New Case Number |
|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Case Number |
| FRIEDMAN & FEIGER, L.L.P.,<br>ATTORNEYS AT LAW<br>5301 SPRING VALLEY ROAD, SUITE 200<br>DALLAS, TX 75254 | 6218 | 12/24/07 | NO DEBTOR | 07-11051 |
| | | | | - (S)<br>- (A)<br>- (P)<br>$7,791.31 (U)<br>$7,791.31 (T) |

Totals: 1 Claim

- (S)
- (A)
- (P)
$7,791.31 (U)
$7,791.31 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.