# EXHIBIT A

**No Liability Claim**

Exhibit A

No Liability Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MARATHON SPECIAL OPPORTUNITY MASTER FUND<br>1 BRYANT PARK # 38<br>NEW YORK, NY 100366715 | 7118 | 1/7/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$125,000,000.00 (U)<br>$125,000,000.00 (T) | Claim is on account of debt securities issued by a non-debtor trust (the "Trust"). Claimant's right to payment is not from the Debtor, but from the Trust. To the extent the claimant had a valid claim against the Debtor, such claim would be duplicative of claim 7983 submitted by the Trustee, Wilmington Trust Company. Accordingly, this claim should be disallowed in its entirety. |
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$125,000,000.00 (U)<br>$125,000,000.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.