## Certificate of Service

I, the undersigned, certify that I have served the parties in open court or by mail in the cause of action entitled Motion In Limine by First Class, registered or certified mail to the following:

Counsel for Debtors:
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Sean M. BEACH
Patrick A. Jackson
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE 19801
Tel: (302) 571-6600
Counsel for the Plan Trustee:
**HAHN & HAESSEN LLP**
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, N.Y. 10022
Tel: (212) 478-7200
**The Plan Trustee:**
Steven D. Stass
AHM Liquidating Trust
P.O. Box 10550
Melville, NY 11747

Mathis K. Wright, President
NAACP CHAPTER #5160
P.O. BOX 1296
AMERICUS, GA 31709

EXECUTED THIS DAY ON
NOVEMBER 18, 2011

/S/ [signature]

Hussain Kareem, Pro Se
2197 Carlysle Creek Drive
Lawrenceville, GA 30044
[redacted]: Phone Line