Exhibit 100

Prospectus supplement dated July 27, 2006 (to prospectus dated April 21, 2006)

$1,682,386,000
(Approximate)



## American Home Mortgage Assets Trust 2006-3
Issuing Entity

American Home Mortgage Servicing, Inc.
Servicer

American Home Mortgage Corp.
Sponsor

American Home Mortgage Assets LLC
Depositor

American Home Mortgage Assets Trust 2006-3,

Mortgage-Backed Pass-Through Certificates, Series 2006-3

> You should consider carefully the risk factors beginning on page S-16 in this prospectus supplement.

### The Trust

The trust will consist primarily of a pool of adjustable-rate mortgage loans which may be subject to negative amortization, divided into three loan groups. The trust will issue twenty-six classes of certificates, twenty-two of which are offered under this prospectus supplement.

### Credit Enhancement

The offered certificates will have credit enhancement in the form of:

- subordination provided to the group I, group II and group III senior certificates by the Class M Certificates, and provided to the Class M Certificates by each class of Class M Certificates with a lower payment priority; and

- excess interest and overcollateralization.

The LIBOR certificates, other than the Class III-A-1-1 Certificates, will also have the benefit of a cap contract.

LEGAL INVESTMENT

ERISA CONSIDERATIONS
   ERISA Considerations While the Swap Account is in Existence
   ERISA Considerations After Termination of the Swap Account

GLOSSARY

ANNEX I

SCHEDULE A

*Exhibit 100B*

## SUMMARY OF PROSPECTUS SUPPLEMENT

The following summary is a brief description of the important features of the certificates and does not contain all of the information that you should consider in making your investment decision. To understand all of the terms of the offered certificates, read carefully this entire prospectus supplement and the entire accompanying prospectus. A glossary is included at the end of this prospectus supplement. Capitalized terms used but not defined in the glossary at the end of this prospectus supplement have the meanings assigned to them in the glossary at the end of the accompanying prospectus.

| | |
|---|---|
| Issuing Entity | American Home Mortgage Assets Trust 2006-3. |
| Title of Series | Mortgage-Backed Pass-Through Certificates, Series 2006-3. |
| Cut-off Date | July 1, 2006. |
| Closing Date | On or about July 28, 2006. |
| Depositor | American Home Mortgage Assets LLC. |
| Sponsor | American Home Mortgage Corp. |
| Originator | American Home Mortgage Investment Corp., or an affiliate thereof. |
| Master Servicer | Wells Fargo Bank, N.A. |
| Servicer | American Home Mortgage Servicing, Inc. |
| Trustee | Citibank, N.A. |
| Custodian | Deutsche Bank National Trust Company. |
| Swap Provider | Deutsche Bank AG. |
| Cap Counterparty | Swiss Re Financial Products Corporation. |
| LPMI Insurer | Triad Guaranty Insurance Corporation . |
| Distribution Dates | Distributions on the offered certificates will be made on the 25th day of each month, or, if such day is not a business day, on the next succeeding business |

Exhibit 100 C



Exhibit 200

Lender: American Brokers Conduit
225 Town Park Drive, Suite 450
Kennesaw, GA 30144

NOTICE TO FIRST LIEN MORTGAGE LOAN APPLICANTS: THE RIGHT TO COLLECT YOUR MORTGAGE LOAN PAYMENTS MAY BE TRANSFERRED. FEDERAL LAW GIVES YOU CERTAIN RELATED RIGHTS. IF YOUR LOAN IS MADE, SAVE THIS STATEMENT WITH YOUR LOAN DOCUMENTS. SIGN THE ACKNOWLEDGMENT AT THE END OF THIS STATEMENT ONLY IF YOU UNDERSTAND ITS CONTENTS.

Because you are applying for a mortgage loan covered by the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. Section 2601 et seq.) you have certain rights under that Federal law.

This statement tells you about those rights. It also tells you what the chances are that the servicing for this loan may be transferred to a different loan servicer. "Servicing" refers to collecting your principal, interest and escrow account payments, if any. If your loan servicer changes, there are certain procedures that must be followed. This statement generally explains those procedures.

**Transfer Practices and Requirements**

If the servicing of your loan is assigned, sold, or transferred to a new servicer, you must be given written notice of that transfer. The present loan servicer must send you notice in writing of the assignment, sale or transfer of the servicing not less than 15 days before the effective date of the transfer. The new loan servicer must also send you notice within 15 days after the effective date of the transfer. The present servicer and the new servicer may combine this information in one notice, so long as the notice is sent to you 15 days before the effective date of transfer. The 15 day period is not applicable if a notice of prospective transfer is provided to you at settlement. The law allows a delay in the time (not more than 30 days after a transfer) for servicers to notify you, upon the occurrence of certain business emergencies.

Notices must contain certain information. They must contain the effective date of the transfer of the servicing of your loan to the new servicer, and the name, address, and toll-free or collect call telephone number of the new servicer, and toll-free or collect call telephone numbers of a person or department for both your present servicer and your new servicer to answer your questions. During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

**Complaint Resolution**

Section 6 of RESPA (12 U.S.C. Section 2605) gives you certain consumer rights, *whether or not your loan servicing is transferred*. If you send a "qualified written request" to your servicer, your servicer must provide you with a written acknowledgment within 20 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and the information regarding your request. Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, or must provide you with a written clarification regarding any dispute. During this 60-Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request.

A Business Day is any day in which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

**Damages and Costs**

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section.

**Servicing Transfer Estimates**

1. The following is the best estimate of what will happen to the _____ servicing of your mortgage loan:

[X] We may assign, sell or transfer the servicing of your loan while the loan is outstanding.   We [X] able to service your loan and we  [ ] will  [ ] will not  [X] haven't decided whether to service your loan.
OR
[ ] We do not service mortgage loans,   [and] we have not serviced mortgage loans in the past three years.   We [ ] presently intend to assign, sell or transfer the servicing of your mortgage loan. You will be informed about your servicer.
[ ] We assign, sell or transfer the servicing of some of our loans while the loan is outstanding depending on the type of loan and other factors. For the program you have applied for, we expect to:
[ ] sell all of the mortgage servicing       [ ] retain all of the mortgage servicing
[ ] assign, sell or transfer       % of the mortgage servicing

2. For all the first lien mortgage loans that we make in the 12-month period after your mortgage loan is funded, we estimate that the percentage of mortgage loans for which we will transfer servicing is:

____ [0 to 25%] or [NONE]       ____ 26 to 50%       __X__ 51 to 75%       ____ [76 to 100%] or [ALL]

This estimate  [ ] does  [X] does not include assignments, sales or transfers to affiliates or subsidiaries. This is only our best estimate and it is not binding. Business conditions or other circumstances may affect our future transferring decisions.

3. [ ] We have previously assigned, sold, or transferred the servicing of federally related mortgage loans.
OR
[X] This is our record of transferring the servicing of the first lien mortgage loans we have made in the past:

| Year | Percentage of Loans Transferred | (Rounded to nearest quartile - 0%, 25%, 50%, 75%, or 100%) |
|---|---|---|
| 2003 | 75%-100% % | |
| 2004 | 50%-75% % | |
| 2005 | 50%-75% % | |

This information  [ ] does  [X] does not include assignments, sales or transfers to affiliates or subsidiaries.

June 28, 2006                                             American Brokers Conduit
Date                                                                       Present Servicer or Lender

**ACKNOWLEDGMENT OF MORTGAGE LOAN APPLICANT**

I/We have read this disclosure form, and understand its contents, as evidenced by my/our signature(s) below. I/We understand that this acknowledgment is a required part of the mortgage loan application.

_Hussain K_____     7/07/06
Applicant   Hussain Kareem                                Date              Applicant                                           Date


Applicant                                                 Date              Applicant                                           Date

UC1 9501.03
Λ~ -552R (9908)   DOC #:64301
                  APPL #:0001350490          VMP MORTGAGE FORMS - (800)521-7291                                                12/94