IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          )   Chapter 11
                                                )
AMERICAN HOME MORTGAGE                          )
HOLDINGS, INC., et al.,                         )   Case No. 07-11047 (CSS)
                                                )
            Debtors.                            )   Jointly Administered
                                                )

### AFFIDAVIT OF JAMIE DAWSON, PARALEGAL

STATE OF DELAWARE      :
                       : SS:
NEW CASTLE COUNTY      :

   I, Jamie Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on November 21, 2011 I caused to be served:

### NOTICE OF WITHDRAWAL OF APPEARANCE

   Service was completed upon parties on the attached list in the manner indicated thereon.

Date: November 21, 2011

_____
Jamie Dawson

   SWORN AND SUBSCRIBED before me this 21st day of November, 2011.

_____
NOTARY
My commission expires: 07/18/13

| | |
|---|---|
| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
| Sean M. Beach, Esq. | Mark S. Indelicato, Esq. |
| Young Conaway Stargatt & Taylor, LLP | Mark T. Power, Esq. |
| 1000 West Street, 17th Floor | Hahn & Hessen LLP |
| Wilmington, DE 19899-0391 | 488 Madison Avenue |
| Facsimile: (302) 571-1253 | New York, NY 10022 |
| [Counsel to the Plan Trustee] | Facsimile: (212) 478-7400 |
| | [Counsel to the Plan Trustee] |

WWW/112908-0002/2315648/1 9/11/2009