# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## REQUEST FOR REMOVAL FROM MAILING LIST

Please remove Carl N. Kunz, III from receiving ECF notifications in the above referenced bankruptcy case.

Dated: November 21, 2011

MORRIS JAMES LLP

Carl N. Kunz, III (DE Bar 3201)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com

3144739/1