IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x
In re:                                                                              :    Chapter 11
                                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,   :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                   :
                                                                                         :    Jointly Administered
    Debtors.                                                     :
------------------------------------------------------------------------x    Ref. Docket Nos. 10251-10252

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                              ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 16, 2011, I caused to be served the:

    a. "Notice of Plan Trust's Ninetieth Omnibus (Non-Substantive) Objection to Claims Pursuant To Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated November 16, 2011, to which was attached the "Plan Trust's Ninetieth Omnibus (Non-Substantive) Objection to Claims Pursuant To Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated November 16, 2011 [Docket No. 10251], (the "90th Omnibus Objection"), and

    b. "Notice of Plan Trust's Ninety-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated November 16, 2011, to which was attached the "Plan Trust's Ninety-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated November 16, 2011 [Docket No. 10252], ], (the "91st Omnibus Objection"),

by causing true and correct copies of the:

   i. 90th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   ii. 91st Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
21st day of November, 2011

_____
Notary Public

SAMUEL DEJESUS GARCIA
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01GA6237514
COMM. EXP. MARCH 21, 2015

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| BEAR STEARNS MORTGAGE CAPITAL CORP. | GEOFFREY T. RAICHT ANDREW W. STERN SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BEAR STEARNS MORTGAGE CAPITAL CORP. | ATTN GERALD J RUSSELLO C/O BEAR STEARNS & CO. INC. 320 PARK AVENUE NEW YORK NY 10022 |
| CANTELI, LISBET | 4637 HENDRIX DR FOREST PARK GA 302973729 |
| DAILEY, DAVID J. | 1707 EAST 122ND STREET LOS ANGELES CA 90059 |
| FEIN, SUCH, KAHN & SHEPARD, PC | VINCENT DIMAIOLO, JR., ESQ. 7 CENTURY DR STE 201 PARSIPPANY NJ 07054 |
| GMAC MORTGAGE LLC | CLAUDIA Z. SPRINGER, ESQUIRE REED SMITH LLP 2500 ONE LIBERTY PLACE – 1650 MARKET ST PHILADELPHIA PA 19103 |
| GMAC MORTGAGE LLC | KIMBERLY E. C. LAWSON, ESQUIRE REED SMITH LLP 1201 NORTH MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| SOCIETE GENERALE (AS ADMIN. AGENT) | ATTN JAMES F AHERN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SOCIETE GENERALE (AS ADMIN. AGENT) | MATTHEW A. CLEMENTE SIDLEY AUSTIN LLP ONE SOUTH DEARBORN CHICAGO IL 60607 |

**Total Creditor count  9**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA SECURITIES LLC | ATTN: JAMIE FRAZER NY1-633-28-01 1633 BROADWAY NEW YORK NY 10019 |
| BANC OF AMERICA SECURITIES LLC | ATTN MARGOT B. SCHONHOLTZ, ESQ. ATTN ANA M. ALFONSO, ESQ. KAYE SCHOLER LLP 425 PARK AVENUE NEW YORK NY 10022-3598 |
| COMMONWEALTH OF PENNSYLVANIA | DEPARTMENT OF REVENUE - JOAN BOHER BANKRUPTCY REVIE SECT - BANKRUPTCY DIVISION - PO BOX 280946 HARRISBURG PA 17128-0946 |
| FALLON, DAVID M | 63 LAKEVIEW DRIVE HAMBURG NJ 07419 |
| HATCHETT VS. AMERICAN HOME MORTGAGE | CASE#06CH15839 COOK CO IL M WEINBERG LEGAL ASSIST FOUNDATION MERTRO CHICAGO 111 W. JACKSON STREET, SUITE 300 CHICAGO IL 60604 |
| LEHMAN BROTHERS INC. | SCOTT C LECHNER & JOANNE CHORMANSKI OFFICE OF THE GENERAL COUNSEL 745 SEVENTH AVENUE 19TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS INC. | LATHAN WATKINS LLP ATT ROBERT J ROSENBERG & MICHAEL J RIELA 885 THIRD AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS SPECIAL FINANCING INC | SCOTT C LECHNER OFFICE OF THE GENERAL COUNSEL 745 SEVENTH AVENUE 19TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS SPECIAL FINANCING INC | LATHAM WATKINS LLP ATT ROBERT J ROSENBERG & MICHAEL J RIELA 885 THIRD AVENUE NEW YORK NY 10022 |
| MARTINEZ, JAIME | 10515 PLEASANT VILLAS LN HOUSTON TX 77075-3059 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | ATTN JAMES M. FOSTER, CHIEF BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG PA 17128-0946 |
| PINER, CONNIE E. | C/O HARTZELL & WHITEMAN, LLP 2626 GLENWOOD AVENUE, SUITE 500 RALEIGH NC 27608 |
| US BANCORP BUSINESS EQUIP. FINANCE GROUP | ATTN: CORPORATE ATTORNEY 1310 MADRID STREET, SUITE 100 MARSHALL MN 56258 |
| US BANCORP MANIFEST FUNDING SERVICES | ATTN CORPORATE ATTORNEY 1450 CHANNEL PARKWAY MARSHALL MN 56258 |

**Total Creditor count  14**