11-28-11

American Home Mortgage.
Chapter 11.
Case No # 07-11047 (CSS)
Docket No # 9591

Honorable Judge.
Christopher S. Sontchi
United States Bankruptcy Judge
Courtroom # 6  5th fl.

I'm writing this to let you no I changed address from Green Rock Center
PO Box 1000  ← old address
Chatham, VA. 24531

NEW ADDRESS↓

Robert G Grabfelder Sr. # AM8772
SCID 1000 Follies Road.
Dallas, PA. 18612

Please send all paper to this address

Thank you
Robert G Grabfelder Sr. AM8772