IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------------- x
In re:                                                                          :   Chapter 11
                                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                                 :
                                                                                :   Jointly Administered
                                   Debtors.                                     :
------------------------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING
## SCHEDULING OF OMNIBUS HEARING DATES

      The undersigned hereby certifies that she has obtained from the Court the omnibus hearing dates set forth on the proposed order attached hereto.

| | |
|---|---|
| Dated: December 2, 2011<br>Wilmington, Delaware | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP<br><br>*/s/ Margaret Whiteman Greecher*<br>Sean M. Beach (No. 4070)<br>Margaret Whiteman Greecher (No. 4652)<br>The Brandywine Building<br>1000 West Street - 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware  19899<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>HAHN & HESSEN LLP<br>Mark S. Indelicato<br>Edward L. Schnitzer<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 478-7200<br>Facsimile: (212) 478-7400<br><br>*Co-Counsel to the Plan Trustee* |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------------- x
In re:                                                                        :   Chapter 11
                                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                        :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                               :
                                                                              :   Jointly Administered
                             Debtors.                                         :
----------------------------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

January 19, 2012 at 1:00 p.m. (ET)

February 17, 2012 at 10:00 a.m. (ET)

March 12, 2012 at 10:00 a.m. (ET)

Dated: December _____, 2011
       Wilmington, Delaware

                                                  _____
                                                  CHRISTOPHER S. SONTCHI
                                                  UNITED STATES BANKRUPTCY JUDGE