IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
        Debtors.                                                 :
                                                                 :   **Ref. Docket Nos. 2138, 6826 & 7023**
---------------------------------------------------------------- x

**ORDER APPROVING STIPULATION BY AND AMONG THE DEBTORS, THE
PLAN TRUSTEE, CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL
LLC, CREDIT SUISSE SECURITIES (USA) LLC AND DLJ MORTGAGE
CAPITAL, INC. RESOLVING CERTAIN PROOFS OF CLAIM**

Upon consideration of the *Stipulation By And Among The Debtors, The Plan Trustee, Credit Suisse First Boston Mortgage Capital LLC, Credit Suisse Securities (USA) LLC and DLJ Mortgage Capital, Inc.* (the "Stipulation");[2] and the Debtors, Plan Trustee and CSFB (collectively, the "Parties") having agreed that the CSFB Claims should receive the treatment set forth in the Stipulation; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Stipulation attached hereto as Exhibit 1 is APPROVED; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Stipulation.

ORDERED that, in accordance with the Stipulation, the Objectionable Claims are disallowed and expunged in their entirety and each of the CSFB Allowed Claims shall be Allowed (as defined in the Plan) as general unsecured claims in the amount of $11,568,088.37; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
 12/7 , 2011

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE