IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
                Debtors.                                         :
                                                                 :   Ref. Docket Nos. 5183, 5356,
                                                                 :   9933 & 10275
---------------------------------------------------------------- x

**ORDER APPROVING STIPULATION BY AND AMONG THE
PLAN TRUSTEE AND DEUTSCHE BANK NATIONAL TRUST CO.
RESOLVING CLAIMS AGAINST THE DEBTORS' ESTATES**

Upon consideration of the *Stipulation by and Among the Plan Trustee and Deutsche Bank National Trust Co. Resolving Claims Against the Debtors' Estates* (the "Stipulation");[2] and the Plan Trustee and DBNTC (collectively, the "Parties") having agreed that the DBNTC Proofs of Claim should receive the treatment set forth in the Stipulation; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Stipulation attached hereto as Exhibit 1 is APPROVED; and it is further

ORDERED that the DBNTC Proofs of Claim shall be treated as set forth in 3-6 of the Stipulation; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Stipulation.

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.

Dated: Wilmington, Delaware  
December 13, 2011

/s/ Christopher S. Sontchi  
CHRISTOPHER S. SONTCHI  
UNITED STATES BANKRUPTCY JUDGE