IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 : Jointly Administered
        Debtors.                                                 :
                                                                 : **Ref. Docket No.: 10251**
---------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL
## REGARDING REVISED PROPOSED ORDER WITH RESPECT TO PLAN
## TRUST'S NINETIETH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1.   On November 16, 2011, through the undersigned counsel, the Plan Trustee filed the Plan Trust's Ninetieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 10251] (the "Objection"). By the Objection, the Plan Trustee sought, *inter alia*, to disallow proof of claim numbers 9020, 9021 and 9022 (collectively, the "Bear Stearns Claims") filed by Bear Stearns Mortgage Capital Corp., on the grounds that these claims are not prima

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

facie valid because Bear Stearns Mortgage Capital Corp. failed to attach sufficient documents, or allege facts, that would enable the Plan Trustee to assess the validity of these claims.

2. After the Objection was filed, counsel for JP Morgan Chase, the successor to the Bear Stearns Claims, contacted counsel for the Plan Trustee and requested an adjournment of the Objection with respect to the Bear Stearns Claims in order to permit it to investigate whether the proposed treatment of its claims as set forth in the Objection is appropriate. Based on these communications, the parties have agreed to an adjournment of the Objection with respect to the Bear Stearns Claims, proofs of claim numbers 9020, 9021 and 9022. A revised proposed form of order (the "Revised Proposed Order") reflecting the adjournment of the Objection with respect to the Bear Stearns Claims is attached hereto as Exhibit 1.

3. Responses to the Objection were to be filed and served no later than December 9, 2011 at 4:00 p.m. (ET). The undersigned hereby certifies that, as of the date hereof, no other comment, answer, objection or other responsive pleading to the Objection has been received. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Objection appears thereon.

*[Remainder of page intentionally left blank]*

01: 11667230.1                                                                                                          066585.1001

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

Dated: December 14, 2011  
       Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ Justin H. Rucki
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
Justin H. Rucki (No. 5304)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

# EXHIBIT 1

**Revised Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       : Jointly Administered
        Debtors.                                                       :
                                                                       : **Ref. Docket No. 10251**
---------------------------------------------------------------------- x

**ORDER SUSTAINING IN PART PLAN TRUST'S NINETIETH
OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the ninetieth omnibus (non-substantive) objection to claims (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which the Plan Trustee respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, reassigning or disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A and B attached hereto; and it appearing that the Court has jurisdiction

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]   All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Objection is adjourned with respect to the proofs of claim numbered 9020, 9021 and 9022 filed by Bear Stearns Mortgage Capital Corp.; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit A are hereby reassigned to the New Case Number as indicated on Exhibit A; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit B are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2011

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Wrong Debtor Claims**

**Exhibit A**

**Wrong Debtor Claims**

| Name/Address of Claimant | Objectionable Claims | | | | New Case Number |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | Case Number |
| CANTELI, LISBET<br>4637 HENDRIX DR<br>FOREST PARK, GA 302973729 | 10267 | 4/24/08 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$508,172.38 (U)<br>$508,172.38 (T) | 07-11049 |
| DAILEY, DAVID J.<br>1707 EAST 122ND STREET<br>LOS ANGELES, CA 90059 | 10213 | 4/14/08 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$340,146.51 (U)<br>$340,146.51 (T) | 07-11051 |
| FEIN, SUCH, KAHN & SHEPARD, PC<br>VINCENT DIMAIOLO, JR., ESQ.<br>7 CENTURY DR<br>STE 201<br>PARSIPPANY, NJ 07054 | 1927 | 11/1/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$2,358.57 (U)<br>$2,358.57 (T) | 07-11051 |
| **Totals:** | **3 Claims** | | | - (S)<br>- (A)<br>- (P)<br>$850,677.46 (U)<br>$850,677.46 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Insufficient Documentation Claims**

# Exhibit B
## Insufficient Documentation Claims

| Name/Address of Claimant | Objectionable Claim | | | | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| GMAC MORTGAGE LLC<br>CLAUDIA Z. SPRINGER, ESQUIRE<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE - 1650 MARKET ST<br>PHILADELPHIA, PA 19103 | 9954 | 2/13/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$116,324.59 (U)<br>$116,324.59 (T) | Claimant asserts a contingent, estimated claim in connection with the transfer of servicing rights for HELOC loans to Claimant from Debtor AHM SV Inc. (f/k/a AHM Servicing Inc.). Claimant has failed to allege facts or provide documents that are sufficient to allow the Plan Trustee to determine the validity and/or amount of this claim. The claim is therefore not prima facie valid should be disallowed. |
| GMAC MORTGAGE LLC<br>CLAUDIA Z. SPRINGER, ESQUIRE<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE - 1650 MARKET ST<br>PHILADELPHIA, PA 19103 | 9958 | 2/13/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$120,867.09 (U)<br>$120,867.09 (T) | Claimant asserts a contingent, estimated claim in connection with the transfer of servicing rights for HELOC loans to Claimant from Debtor AHM SV Inc. (f/k/a AHM Servicing Inc.). Claimant has failed to allege facts or provide documents that are sufficient to allow the Plan Trustee to determine the validity and/or amount of this claim. The claim is therefore not prima facie valid should be disallowed. |
| GMAC MORTGAGE LLC<br>CLAUDIA Z. SPRINGER, ESQUIRE<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE - 1650 MARKET ST<br>PHILADELPHIA, PA 19103 | 9960 | 2/13/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$214,541.99 (U)<br>$214,541.99 (T) | Claimant asserts a contingent, estimated claim in connection with the transfer of servicing rights for HELOC loans to Claimant from Debtor AHM SV Inc. (f/k/a AHM Servicing Inc.). Claimant has failed to allege facts or provide documents that are sufficient to allow the Plan Trustee to determine the validity and/or amount of this claim. The claim is therefore not prima facie valid should be disallowed. |
| GMAC MORTGAGE LLC<br>CLAUDIA Z. SPRINGER, ESQUIRE<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE - 1650 MARKET ST<br>PHILADELPHIA, PA 19103 | 9961 | 2/13/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$71,747.72 (U)<br>$71,747.72 (T) | Claimant asserts a contingent, estimated claim in connection with the transfer of servicing rights for HELOC loans to Claimant from Debtor AHM SV Inc. (f/k/a AHM Servicing Inc.). Claimant has failed to allege facts or provide documents that are sufficient to allow the Plan Trustee to determine the validity and/or amount of this claim. The claim is therefore not prima facie valid should be disallowed. |
| GMAC MORTGAGE LLC<br>CLAUDIA Z. SPRINGER, ESQUIRE<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE - 1650 MARKET ST<br>PHILADELPHIA, PA 19103 | 9962 | 2/13/08 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$76,871.65 (U)<br>$76,871.65 (T) | Claimant asserts a contingent, estimated claim in connection with the transfer of servicing rights for HELOC loans to Claimant from Debtor AHM Acceptance Inc. Claimant has failed to allege facts or provide documents that are sufficient to allow the Plan Trustee to determine the validity and/or amount of this claim. The claim is therefore not prima facie valid should be disallowed. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| SOCIETE GENERALE (AS ADMIN. AGENT)<br>ATTN JAMES F AHERN<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | 9017 | 1/11/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$64,300,000.00 (U)<br>$64,300,000.00 (T) | Claimant failed to allege facts or provide documentation that is sufficient to allow the Plan Trustee to determine the validity and/or amount of this claim. The claim is therefore not prima facie valid and should be disallowed. |
| SOCIETE GENERALE (AS ADMIN. AGENT)<br>ATTN JAMES F AHERN<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | 9018 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$64,300,000.00 (U)<br>$64,300,000.00 (T) | Claimant failed to allege facts or provide documentation that is sufficient to allow the Plan Trustee to determine the validity and/or amount of this claim. The claim is therefore not prima facie valid and should be disallowed. |
| SOCIETE GENERALE (AS ADMIN. AGENT)<br>ATTN JAMES F AHERN<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | 9019 | 1/11/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$64,300,000.00 (U)<br>$64,300,000.00 (T) | Claimant failed to allege facts or provide documentation that is sufficient to allow the Plan Trustee to determine the validity and/or amount of this claim. The claim is therefore not prima facie valid and should be disallowed. |

Totals: 8 Claims

- (S)
- (A)
- (P)
$193,500,353.04 (U)
$193,500,353.04 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.