## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------- x
In re:                                          :  Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                :
                                                :  Jointly Administered
      Debtors.                                  :
                                                :  Ref. Docket No.:  10252
----------------------------------------------------------------- x
```

## CERTIFICATION OF COUNSEL
## REGARDING REVISED PROPOSED ORDER WITH RESPECT TO PLAN
## TRUST'S NINETY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1.     On November 16, 2011, through the undersigned counsel, the Plan Trustee filed the Plan Trust's Ninety-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 10252] (the "Objection"). By the Objection, the Plan Trust sought, *inter alia*, to modify and/or disallow the proofs of claim numbered 9034, 9035 and 9036 and (collectively, the "Lehman Claims") filed by Lehman Brothers Inc. and Lehman Brothers Special Financing Inc., respectively (collectively, "Lehman Brothers") on the grounds set forth in the Objection.

---

¹     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2.      After the Objection was filed, counsel for the trustee in the SIPA liquidation of Lehman Brothers contacted counsel to the Plan Trustee and requested an adjournment of the Objection with respect to the Lehman Claims in order to permit them to investigate whether the proposed treatment of the Lehman Claims as set forth in the Objection is appropriate.   The Plan Trustee has agreed to the requested adjournment of the Objection with respect to the Lehman Claims.   A revised proposed form of order (the "Revised Proposed Order") reflecting the adjournment of the Objection with respect to these claims is attached hereto as Exhibit 1.

3.      Responses to the Objection were to be filed and served no later than December 9, 2011 at 4:00 p.m. (ET).   The undersigned hereby certifies that, as of the date hereof, no other comment, answer, objection or other responsive pleading to the Objection has been received.   The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Objection appears thereon.

*[Signature page follows]*

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

Dated: December 14, 2011
       Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Justin H. Rucki*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
Justin H. Rucki (No. 5304)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

01: 11667320.1                                         066585.1001

# EXHIBIT 1

## Revised Proposed Order

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x

In re:                                                            :    Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                  :    Jointly Administered
        Debtors.                                                  :
-------------------------------------------------------------------- x    **Ref. Docket No. 10252**

### ORDER SUSTAINING IN PART PLAN TRUST'S NINETY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the ninety-first omnibus (substantive) objection to claims

(the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM

Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of*

*Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11

cases of the above-captioned debtors, by which the Plan Trust respectfully requests the entry of

an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of

the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy

Practice and Procedure of the United States Bankruptcy Court for the District of Delaware,

disallowing in full or modifying, reclassifying and/or reassigning such Disputed Claims[2]

identified on Exhibits A, B, C, D and E attached hereto; and it appearing that the Court has

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]     All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Objection is adjourned with respect to the Lehman Claims, the proofs of claim numbered 9034, 9035 and 9036 filed by Lehman Brothers Inc. and Lehman Brothers Special Financing Inc., respectively; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit A is hereby modified to the dollar value under the column titled "Modified Amount" in Exhibit A; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit B is hereby modified to and/or fixed at the dollar values under the column titled "Modified Amount" in Exhibit B and reassigned to the corresponding New Case Number as indicated in Exhibit B; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit C are hereby disallowed in their entirety; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit D is hereby reclassified to the priority level indicated in the column titled "Reclassified Amount" in Exhibit D; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit E is hereby reclassified to the priority level indicated in the column titled "Modified Amount" in Exhibit E and reassigned to the New Case Number as indicated in Exhibit E; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter

2

11 cases including, without limitation, the claims that are the subject of this Objection; and it is

further

   ORDERED that this Court shall retain jurisdiction over all affected parties with

respect to any matters, claims, or rights arising from or related to the implementation and

interpretation of this Order.

Dated: Wilmington, Delaware
   _____ \_\_\_, 2011

         _____
         CHRISTOPHER S. SONTCHI
         UNITED STATES BANKRUPTCY JUDGE

                 066585.1001

# EXHIBIT A

## Modified Amount Claim

# Exhibit A

## Modified Amount Claim

| Name/Address of Claimant | Objectionable Claim | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| PINER, CONNIE E.<br>C/Q HARTZELL & WHITEMAN, LLP<br>2626 GLENWOOD AVENUE, SUITE 500<br>RALEIGH, NC 27608 | 8471 | 1/10/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$158,938.00 (U)<br>$158,938.00 (T) | Claim relates to short and long term disability payments allegedly owed to the claimant. The parties have agreed that the claim should be modified and fixed as a general unsecured claim in the amount of $158,938.00. |
| Totals: | 1 Claim | | | Unspecified* | - (S)<br>- (A)<br>- (P)<br>$158,938.00 (U)<br>$158,938.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# EXHIBIT B

**Modified Amount Wrong Debtor Claim**

# Exhibit B

## Modified Wrong Debtor Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| BANC OF AMERICA SECURITIES LLC<br>ATTN: JAMIE FRAZER<br>NY1-633-28-01<br>1633 BROADWAY<br>NEW YORK, NY 10019 | 8164 | 1/10/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$1,956,516.44 (U)<br>$1,956,516.44 (T) | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$230,930.44 (U)<br>$230,930.44 (T) | Claimant asserts amounts owed in connection with (i) a Master Repurchase Agreement entered into between claimant and Debtor AHM Investment Corp (the "Repo Portion"), and (ii) transactions for the purchase and sale of mortgage pass-through securities for future settlement at an agreed upon date (the "TBA Transactions Portion"). The Plan Trustee agrees with the total amount claimed, however, the TBA Transactions Portion of this claim should be reassigned to Debtor AHM Corp. (Case No. 07-11051) since these transactions were entered into between claimant and AHM Corp. rather than AHM Investment Corp. Accordingly, the Plan Trustee requests entry of an order fixing (and to the extent applicable, reassigning) this claim as follows: (i) a general unsecured claim in the amount of $230,931 against AHM Investment Corp. on account of the Repo Portion; and (ii) a general unsecured claim in the amount of $1,725,586 against AHM Corp. on account of the TBA Transactions Portion. |
| | | | | | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,725,586.00 (U)<br>$1,725,586.00 (T) | |

| Totals: | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$1,956,516.44 (U)<br>$1,956,516.44 (T) | | - (S)<br>- (A)<br>- (P)<br>$1,956,516.44 (U)<br>$1,956,516.44 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**No Liability Claims**

# Exhibit C

## No Liability Claims

| | | Objectionable Claim | | |
|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE - JOAN BOHER BANKRUPTCY REVIE SECT - BANKRUPTCY DIVISION - PO BOX 280946 HARRISBURG, PA 17128-0946 | 10858 | 1/6/11 | 07-11047 | - (S) $715.55 (A) - (P) - (U) $715.55 (T) | Claim relates to 2007-2010 Corporation Taxes for American Home Mortgage Ventures, LLC. This entity was a pass-through entity that was wholly owned by American Home Mortgage Holdings, Inc., a corporate entity that was never registered with the Claimant and never transacted business within the Commonwealth of Pennsylvania. As such, this debtor has no liability to the claimant and the claim should be disallowed. |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE - JOAN BOHER BANKRUPTCY REVIE SECT - BANKRUPTCY DIVISION - PO BOX 280946 HARRISBURG, PA 17128-0946 | 10859 | 1/6/11 | 07-11047 | - (S) $715.55 (A) - (P) - (U) $715.55 (T) | Claim relates to 2007-2010 Corporation Taxes for Homegate Settlement Services, Inc.. The requisite 2007 Form RCT-101 was filed and marked final and as such there is no further liability for the 2008, 2009 and 2010 tax years. The claim should therefore be disallowed in its entirety. |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE - JOAN BOHER BANKRUPTCY REVIE SECT - BANKRUPTCY DIVISION - PO BOX 280946 HARRISBURG, PA 17128-0946 | 10860 | 1/6/11 | 07-11047 | - (S) $51,083.28 (A) - (P) - (U) $51,083.28 (T) | Claim relates to 2007-2010 Corporation Taxes and 2009-2010 Employer Withholding Taxes for American Home Mortgage Acceptance, Inc.. The requisite 2007 Form RCT-101 was filed and marked final and as such there is no further liability for the 2008, 2009 and 2010 tax years. American Home Mortgage Acceptance, Inc. has not conducted business within Pennsylvania since the bankruptcy petition was filed and the company had no employees. Thus, there is no liability for the 2009 and 2010 employer withholding tax. Based on the foregoing, the claim should be disallowed in its entirety. |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE - JOAN BOHER BANKRUPTCY REVIE SECT - BANKRUPTCY DIVISION - PO BOX 280946 HARRISBURG, PA 17128-0946 | 10861 | 1/6/11 | 07-11047 | - (S) $7,155.06 (A) - (P) - (U) $7,155.06 (T) | Claim relates to 2007-2010 Corporation Taxes and 2008-2010 Employer Withholding Taxes for AHMSV, Inc. (f/k/a American Home Mortgage Servicing, Inc). The 2007, 2008 and 2009 Forms RCT-101 were filed. The 2010 Form RCT-101 was marked final and was submitted along with the required Business Account Cancellation form. There is no liability with respect to the employer withholding taxes because: (i) American Home Mortgage Servicing, Inc. was sold to a non-debtor in April 2008; (ii) all returns have been filed; and (iii) the debtor entity has no employees. Based on the foregoing, the claim should be disallowed in its entirety. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE - JOAN BOHER BANKRUPTCY REVIE SECT - BANKRUPTCY DIVISION - PO BOX 280946 HARRISBURG, PA 17128-0946 | 10862 | 1/6/11 | 07-11047 | (S) - <br> (A) $1,637,836.83 <br> (P) - <br> (U) - <br> (T) $1,637,836.83 | Claim relates to 2007-2010 Corporation Taxes for American Home Mortgage Corp. The last requisite form (2007 Form RCT-101) was filed and marked final and that there is no income tax liability. As such there is no further liability for the 2007 or the 2008, 2009 and 2010 tax years. Based on the foregoing, the claim should be disallowed in its entirety. |
| HATCHETT VS. AMERICAN HOME MORTGAGE CASE#08CH15839 COOK CO IL M WEINBERG LEGAL ASSIST FOUNDATION MERTFRO CHICAGO 111 W. JACKSON STREET, SUITE 300 CHICAGO, IL 60604 | 7608 | 1/7/08 | 07-11051 | (S) $137,750.00 <br> (A) - <br> (P) - <br> (U) - <br> (T) $137,750.00 | The state court action to quiet title, which forms the basis of this claim, has been resolved and dismissed. The claimant's counsel agreed to withdraw the claim, however, no notice of withdrawal has been submitted. Thus, the Plan Trustee requests entry of an order disallowing the claim. |
| PENNSYLVANIA DEPARTMENT OF REVENUE ATTN JAMES M. FOSTER, CHIEF BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 1933 | 11/1/07 | 07-11052 | (S) - <br> (A) - <br> (P) $639.00 <br> (U) $60.00 <br> (T) $699.00 | Claim relates to 2004-2006 Corporation Taxes for American Home Mortgage Ventures, LLC. This entity was a pass-through entity that was wholly owned by American Home Mortgage Holdings, Inc., a corporate entity that was never registered with the Claimant and did not conduct business within Pennsylvania. Accordingly, the claim should be disallowed in its entirety. |
| US BANCORP BUSINESS EQUIP. FINANCE GROUP ATTN. CORPORATE ATTORNEY 1310 MADRID STREET, SUITE 100 MARSHALL, MN 56258 | 10639 | 12/17/08 | 07-11047 | (S) - <br> (A) - <br> (P) - <br> (U) $156,370.72 <br> (T) $156,370.72 | Duplicative of claim 6539 which has already been accepted and reclassified by court order, Docket 7234. |
| US BANCORP MANIFEST FUNDING SERVICES ATTN CORPORATE ATTORNEY 1450 CHANNEL PARKWAY MARSHALL, MN 56258 | 10638 | 12/17/08 | 07-11047 | (S) - <br> (A) - <br> (P) - <br> (U) $71,515.01 <br> (T) $71,515.01 | Duplicative of claim 8782 which was already accepted and reclassified by court order, Docket 7234. |
| Totals: | 9 Claims | | | (S) $137,750.00 <br> (A) $1,697,506.27 <br> (P) $639.00 <br> (U) $227,945.73 <br> (T) $2,063,841.00 | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

## Reclassified Claim

**Exhibit D**

**Reclassified Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| FALLON, DAVID M<br>63 LAKEVIEW DRIVE<br>HAMBURG, NJ 07419 | 10296 | 4/28/08 | 07-11051 | $591.78 (S)<br>- (A)<br>- (P)<br>- (U)<br>$591.78 (T) | - (S)<br>- (A)<br>- (P)<br>$591.78 (U)<br>$591.78 (T) | Claimant seeks the recovery of $591.78 representing a principal & interest payment made on a HELOC loan. The Plan Trustee agrees to allow the claim in the claimed amount, however, the claim should be reclassified to a general unsecured claim since there is no basis for the asserted secured status of this claim. |
| **Totals:** | **1 Claim** | | | $591.78 (S)<br>- (A)<br>- (P)<br>- (U)<br>$591.78 (T) | - (S)<br>- (A)<br>- (P)<br>$591.78 (U)<br>$591.78 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

**Reclassified Wrong Debtor Claim**

Exhibit E

Reclassified Wrong Debtor Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| MARTINEZ, JAIME 10515 PLEASANT VILLAS LN HOUSTON, TX 77075-3059 | 8888 | 1/11/08 | NO DEBTOR | $299,145.87 (S) - (A) - (P) - (U) $299,145.87 (T) | 07-11051 | - (S) - (A) - (P) $299,145.87 (U) $299,145.87 (T) | Claim relates to a construction loan entered into on or about November 7, 2006. The Plan Trustee agrees to allow the claim in the claimed amount, however: (i) the claim should be reclassified to a general unsecured claim since there is no basis for the asserted secured status of this claim; and (ii) the claim should be reassigned to debtor AHM Corp. (Case No. 07-11051). |
| **Totals:** | **1 Claim** | | | **$299,145.87 (S) - (A) - (P) - (U) $299,145.87 (T)** | | **- (S) - (A) - (P) $299,145.87 (U) $299,145.87 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.