# EXHIBIT A

**Wrong Debtor Claims**

**Exhibit A**

**Wrong Debtor Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number |
|---|---|---|---|---|---|
| CANTELI, LISBET<br>4637 HENDRIX DR<br>FOREST PARK, GA 302973729 | 10267 | 4/24/08 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$508,172.38 (U)<br>$508,172.38 (T) | 07-11049 |
| DAILEY, DAVID J.<br>1707 EAST 122ND STREET<br>LOS ANGELES, CA 90059 | 10213 | 4/14/08 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$340,146.51 (U)<br>$340,146.51 (T) | 07-11051 |
| FEIN, SUCH, KAHN & SHEPARD, PC<br>VINCENT DIMAIOLO, JR., ESQ.<br>7 CENTURY DR<br>STE 201<br>PARSIPPANY, NJ 07054 | 1927 | 11/1/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$2,358.57 (U)<br>$2,358.57 (T) | 07-11051 |
| **Totals:** | | | **3 Claims** | - (S)<br>- (A)<br>- (P)<br>$850,677.46 (U)<br>$850,677.46 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

Printed on 12/13/2011 at 12:45:47PM

Page 1 of 1

# EXHIBIT B

## Insufficient Documentation Claims

**Exhibit B**

**Insufficient Documentation Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| GMAC MORTGAGE LLC<br>CLAUDIA Z. SPRINGER, ESQUIRE<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE - 1650 MARKET ST<br>PHILADELPHIA, PA 19103 | 9954 | 2/13/08 | 07-11050 | -<br>-<br>-<br>$116,324.59<br>$116,324.59 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant asserts a contingent, estimated claim in connection with the transfer of servicing rights for HELOC loans to Claimant from Debtor AHM SV Inc. (f/k/a AHM Servicing Inc.). Claimant has failed to allege facts or provide documents that are sufficient to allow the Plan Trustee to determine the validity and/or amount of this claim. The claim is therefore not prima facie valid should be disallowed. |
| GMAC MORTGAGE LLC<br>CLAUDIA Z. SPRINGER, ESQUIRE<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE - 1650 MARKET ST<br>PHILADELPHIA, PA 19103 | 9958 | 2/13/08 | 07-11050 | -<br>-<br>-<br>$120,867.09<br>$120,867.09 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant asserts a contingent, estimated claim in connection with the transfer of servicing rights for HELOC loans to Claimant from Debtor AHM SV Inc. (f/k/a AHM Servicing Inc.). Claimant has failed to allege facts or provide documents that are sufficient to allow the Plan Trustee to determine the validity and/or amount of this claim. The claim is therefore not prima facie valid should be disallowed. |
| GMAC MORTGAGE LLC<br>CLAUDIA Z. SPRINGER, ESQUIRE<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE - 1650 MARKET ST<br>PHILADELPHIA, PA 19103 | 9960 | 2/13/08 | 07-11050 | -<br>-<br>-<br>$214,541.99<br>$214,541.99 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant asserts a contingent, estimated claim in connection with the transfer of servicing rights for HELOC loans to Claimant from Debtor AHM SV Inc. (f/k/a AHM Servicing Inc.). Claimant has failed to allege facts or provide documents that are sufficient to allow the Plan Trustee to determine the validity and/or amount of this claim. The claim is therefore not prima facie valid should be disallowed. |
| GMAC MORTGAGE LLC<br>CLAUDIA Z. SPRINGER, ESQUIRE<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE - 1650 MARKET ST<br>PHILADELPHIA, PA 19103 | 9961 | 2/13/08 | 07-11050 | -<br>-<br>-<br>$71,747.72<br>$71,747.72 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant asserts a contingent, estimated claim in connection with the transfer of servicing rights for HELOC loans to Claimant from Debtor AHM SV Inc. (f/k/a AHM Servicing Inc.). Claimant has failed to allege facts or provide documents that are sufficient to allow the Plan Trustee to determine the validity and/or amount of this claim. The claim is therefore not prima facie valid should be disallowed. |
| GMAC MORTGAGE LLC<br>CLAUDIA Z. SPRINGER, ESQUIRE<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE - 1650 MARKET ST<br>PHILADELPHIA, PA 19103 | 9962 | 2/13/08 | 07-11049 | -<br>-<br>-<br>$76,871.65<br>$76,871.65 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant asserts a contingent, estimated claim in connection with the transfer of servicing rights for HELOC loans to Claimant from Debtor AHM Acceptance Inc. Claimant has failed to allege facts or provide documents that are sufficient to allow the Plan Trustee to determine the validity and/or amount of this claim. The claim is therefore not prima facie valid should be disallowed. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| SOCIETE GENERALE (AS ADMIN. AGENT)<br>ATTN JAMES F AHERN<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | 9017 | 1/11/08 | 07-11048 | -<br>-<br>-<br>$64,300,000.00<br>$64,300,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant failed to allege facts or provide documentation that is sufficient to allow the Plan Trustee to determine the validity and/or amount of this claim. The claim is therefore not prima facie valid and should be disallowed. |
| SOCIETE GENERALE (AS ADMIN. AGENT)<br>ATTN JAMES F AHERN<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | 9018 | 1/11/08 | 07-11051 | -<br>-<br>-<br>$64,300,000.00<br>$64,300,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant failed to allege facts or provide documentation that is sufficient to allow the Plan Trustee to determine the validity and/or amount of this claim. The claim is therefore not prima facie valid and should be disallowed. |
| SOCIETE GENERALE (AS ADMIN. AGENT)<br>ATTN JAMES F AHERN<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | 9019 | 1/11/08 | 07-11047 | -<br>-<br>-<br>$64,300,000.00<br>$64,300,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claimant failed to allege facts or provide documentation that is sufficient to allow the Plan Trustee to determine the validity and/or amount of this claim. The claim is therefore not prima facie valid and should be disallowed. |
| Totals: | 8 Claims | | | -<br>-<br>-<br>$193,500,353.04<br>$193,500,353.04 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.