# EXHIBIT A

**Modified Amount Claim**

**Exhibit A**

**Modified Amount Claim**

――――― Objectionable Claim ―――――

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| PINER, CONNIE E. C/O HARTZELL & WHITEMAN, LLP 2626 GLENWOOD AVENUE, SUITE 500 RALEIGH, NC 27608 | 8471 | 1/10/08 | 07-11051 | Unspecified* | - (S) - (A) - (P) $158,938.00 (U) $158,938.00 (T) | Claim relates to short and long term disability payments allegedly owed to the claimant. The parties have agreed that the claim should be modified and fixed as a general unsecured claim in the amount of $158,938.00. |
| **Totals:** | **1 Claim** | | | **Unspecified*** | **- (S) - (A) - (P) $158,938.00 (U) $158,938.00 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# EXHIBIT B

## Modified Amount Wrong Debtor Claim

## Exhibit B

### Modified Wrong Debtor Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| BANC OF AMERICA SECURITIES LLC<br>ATTN: JAMIE FRAZER<br>NY1-633-28-01<br>1633 BROADWAY<br>NEW YORK, NY 10019 | 8164 | 1/10/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$1,956,516.44 (U)<br>$1,956,516.44 (T) | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$230,930.44 (U)<br>$230,930.44 (T) | (S) Claimant asserts amounts owed in connection with (i) a Master Repurchase Agreement entered into between claimant and Debtor AHM Investment Corp (the "Repo Portion"), and (ii) transactions for the purchase and sale of mortgage pass-through securities for future settlement at an agreed upon date (the "TBA Transactions Portion"). The Plan Trustee agrees with the total amount claimed, however, the TBA Transactions Portion of this claim (Case No. 07-11051) since these transactions were entered into between claimant and AHM Corp. rather than AHM Investment Corp. Accordingly, the Plan Trustee requests entry of an order fixing (and to the extent applicable, reassigning) this claim as follows: (i) a general unsecured claim in the amount of $230,931 against AHM Investment Corp. on account of the Repo Portion; and (ii) a general unsecured claim in the amount of $1,725,586 against AHM Corp. on account of the TBA Transactions Portion. |
|  |  |  |  |  | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,725,586.00 (U)<br>$1,725,586.00 (T) |  |

**Totals:** 1 Claim

| | Total Amount Claimed | Modified Amount |
|---|---|---|
| (S) - Secured | - | - |
| (A) - Administrative | - | - |
| (P) - Priority | - | - |
| (U) - Unsecured | $1,956,516.44 | $1,956,516.44 |
| (T) - Total Claimed | $1,956,516.44 | $1,956,516.44 |

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

## No Liability Claims

## Exhibit C

### No Liability Claims

| Name/Address of Claimant | Objectionable Claim | | | | |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE - JOAN BOHER BANKRUPTCY REVIE SECT - BANKRUPTCY DIVISION - PO BOX 280946 HARRISBURG, PA 17128-0946 | 10858 | 1/6/11 | 07-11047 | - (S) $715.55 (A) - (P) - (U) $715.55 (T) | Claim relates to 2007-2010 Corporation Taxes for American Home Mortgage Ventures, L.L.C. This entity was a pass-through entity that was wholly owned by American Home Mortgage Holdings, Inc., a corporate entity that was never registered with the Claimant and never transacted business within the Commonwealth of Pennsylvania. As such, this debtor has no liability to the claimant and the claim should be disallowed. |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE - JOAN BOHER BANKRUPTCY REVIE SECT - BANKRUPTCY DIVISION - PO BOX 280946 HARRISBURG, PA 17128-0946 | 10859 | 1/6/11 | 07-11047 | - (S) $715.55 (A) - (P) - (U) $715.55 (T) | Claim relates to 2007-2010 Corporation Taxes for Homegate Settlement Services, Inc. The requisite 2007 Form RCT-101 was filed and marked final and as such there is no further liability for the 2008, 2009 and 2010 tax years. The claim should therefore be disallowed in its entirety. |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE - JOAN BOHER BANKRUPTCY REVIE SECT - BANKRUPTCY DIVISION - PO BOX 280946 HARRISBURG, PA 17128-0946 | 10860 | 1/6/11 | 07-11047 | - (S) $51,083.28 (A) - (P) - (U) $51,083.28 (T) | Claim relates to 2007-2010 Corporation Taxes and 2009-2010 Employer Withholding Taxes for American Home Mortgage Acceptance, Inc.. The requisite 2007 Form RCT-101 was filed and marked final and as such there is no further liability for the 2008, 2009 and 2010 tax years. American Home Mortgage Acceptance, Inc. has not conducted business within Pennsylvania since the bankruptcy petition was filed and the company had no employees. Thus, there is no liability for the 2009 and 2010 employer withholding tax. Based on the foregoing, the claim should be disallowed in its entirety. |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE - JOAN BOHER BANKRUPTCY REVIE SECT - BANKRUPTCY DIVISION - PO BOX 280946 HARRISBURG, PA 17128-0946 | 10861 | 1/6/11 | 07-11047 | - (S) $7,155.06 (A) - (P) - (U) $7,155.06 (T) | Claim relates to 2007-2010 Corporation Taxes and 2008-2010 Employer Withholding Taxes for AHMSV, Inc. (f/k/a American Home Mortgage Servicing, Inc). The 2007, 2008 and 2009 Forms RCT-101 were filed. The 2010 Form RCT-101 was marked final and was submitted along with the required Business Account Cancellation form. There is no liability with respect to the employer withholding taxes because: (i) American Home Mortgage Servicing, Inc.was sold to a non-debtor in April 2008; (ii) all returns have been filed; and (iii) the debtor entity has no employees. Based on the foregoing, the claim should be disallowed in its entirety. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE - JOAN BOHER BANKRUPTCY REVIE SECT - BANKRUPTCY DIVISION - PO BOX 280946 HARRISBURG, PA 17128-0946 | 10862 | 1/6/11 | 07-11047 | $1,637,836.83 $1,637,836.83 | - (S) (A) - (P) - (U) (T) | Claim relates to 2007-2010 Corporation Taxes for American Home Mortgage Corp. The last requisite form (2007 Form RCT-101) was filed and marked final and that there is no income tax liability.  As such there is no further liability for the 2007 or the 2008, 2009 and 2010 tax years.  Based on the foregoing, the claim should be disallowed in its entirety. |
| HATCHETT VS. AMERICAN HOME MORTGAGE CASE#06CH15839 COOK CO IL M WEINBERG LEGAL ASSIST FOUNDATION MERTRO CHICAGO 11 W. JACKSON STREET, SUITE 300 CHICAGO, IL 60604 | 7608 | 1/7/08 | 07-11051 | $137,750.00 $137,750.00 | (S) - (A) - (P) - (U) (T) | The state court action to quiet title, which forms the basis of this claim, has been resolved and dismissed.  The claimant's counsel agreed to withdraw the claim, however, no notice of withdrawal has been submitted.  Thus, the Plan Trustee requests entry of an order disallowing the claim. |
| PENNSYLVANIA DEPARTMENT OF REVENUE ATTN JAMES M. FOSTER, CHIEF BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA  17128-0946 | 1933 | 11/1/07 | 07-11052 | $639.00 $60.00 $699.00 | - (S) - (A) (P) (U) (T) | Claim relates to 2004-2006 Corporation Taxes for American Home Mortgage Ventures, LLC.  This entity was a pass-through entity that was wholly owned by American Home Mortgage Holdings, Inc., a corporate entity that was never registered with the Claimant and did not conduct business within Pennsylvania.  Accordingly, the claim should be disallowed in its entirety. |
| US BANCORP BUSINESS EQUIP. FINANCE GROUP ATTN: CORPORATE ATTORNEY 1310 MADRID STREET, SUITE 100 MARSHALL, MN 56258 | 10639 | 12/17/08 | 07-11047 | $156,370.72 $156,370.72 | - (S) - (A) - (P) (U) (T) | Duplicative of claim 6539 which has already been accepted and reclassified by court order, Docket 7234. |
| US BANCORP MANIFEST FUNDING SERVICES ATTN CORPORATE ATTORNEY 1450 CHANNEL PARKWAY MARSHALL, MN 56258 | 10638 | 12/17/08 | 07-11047 | $71,515.01 $71,515.01 | - (S) - (A) - (P) (U) (T) | Duplicative of claim 8782 which was already accepted and reclassified by court order, Docket 7234. |
| Totals: | 9 Claims | | | $137,760.00 $1,697,506.27 $639.00 $227,946.73 $2,063,841.00 | (S) (A) (P) (U) (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

**Reclassified Claim**

## Exhibit D

### Reclassified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| FALLON, DAVID M<br>63 LAKEVIEW DRIVE<br>HAMBURG, NJ 07419 | 10296 | 4/28/08 | 07-11051 | $591.78 (S)<br>- (A)<br>- (P)<br>- (U)<br>$591.78 (T) | - (S)<br>- (A)<br>- (P)<br>$591.78 (U)<br>$591.78 (T) | Claimant seeks the recovery of $591.78 representing a principal & interest payment made on a HELOC loan. The Plan Trustee agrees to allow the claim in the claimed amount, however, the claim should be reclassified to a general unsecured claim since there is no basis for the asserted secured status of this claim. |
| **Totals:** | 1 Claim | | | $591.78 (S)<br>- (A)<br>- (P)<br>$591.78 (U)<br>$591.78 (T) | - (S)<br>- (A)<br>- (P)<br>$591.78 (U)<br>$591.78 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

## Reclassified Wrong Debtor Claim

## Exhibit E

## Reclassified Wrong Debtor Claim

| Name/Address of Claimant | Objectionable Claim | | | | New Case Number | Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | | |
| MARTINEZ, JAIME 10515 PLEASANT VILLAS LN HOUSTON, TX 77075-3059 | 8888 | 1/11/08 | NO DEBTOR | $299,145.87 (S) -(A) -(P) -(U) $299,145.87 (T) | 07-11051 | -(S) -(A) -(P) $299,145.87 (U) $299,145.87 (T) | Claim relates to a construction loan entered into on or about November 7, 2006. The Plan Trustee agrees to allow the claim in the claimed amount, however: (i) the claim should be reclassified to a general unsecured claim since there is no basis for the asserted secured status of this claim; and (ii) the claim should be reassigned to debtor AHM Corp. (Case No. 07-11051). |
| **Totals:** | 1 Claim | | | $299,145.87 (S) -(A) -(P) -(U) $299,145.87 (T) | | -(S) -(A) -(P) $299,145.87 (U) $299,145.87 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.