IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------- x | | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | |
| a Delaware corporation, et al., [1] | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| ------------------------------------------------------------- x | | |

**NOTICE OF AMENDED [2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 16, 2011 AT 10:00 A.M. (ET)**

> **SINCE NO MATTERS ARE GOING FORWARD THE HEARING HAS BEEN
> CANCELLED AT THE DIRECTION OF THE COURT.**

## ADJOURNED/RESOLVED MATTERS

1.    Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

   a)    Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

Responses Filed:    See Exhibit A, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 224 Sherwood Road, Famingdale, NY 11735.

[2]  **Amendments appear in bold.**

2.    Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

    a)    Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:    See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned.

3.    Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m., extended to March 2, 2011 for certain parties

Related Documents:

    a)    Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

    b)    Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5463, 8/18/08]

    c)    Re-Notice of Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9768, 2/7/11]

Responses Filed:    See Exhibit C, attached

Status: Orders have been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned.

4.  Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

    Response Deadline:    September 8, 2008 at 4:00 p.m.

    Related Documents:

    a)  Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1   [D.I. 6217, 10/10/08]

    b)  Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

    c)  (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

    Responses Filed:    Please see Exhibit D, attached

    Status:  An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit D, this matter will be adjourned.

5.  Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

    Objection Deadline:    December 7, 2009 at 4:00 p.m., extended for the Plan Trust

    Objections Filed:

    a)  Plan Trust's Omnibus Objection to Iron Mountain Management, Inc.'s (I) Purchaser Cure Claim and (II) Requests for Allowance and Payment of Administrative Expenses [D.I. 10274, 12/12/11]

    Status: This matter will be adjourned to a date and time to be determined.

3

6.    Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline:    December 3, 2008 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6703, 12/10/08]

Responses Filed:    See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned.

7.    Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

Responses Filed:    See Exhibit F, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned.

8.    Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7084, 3/6/09]

Response Deadline:    March 30, 2009 at 4:00 p.m.

Related Documents:

a)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-

Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

b)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

c)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Twenty-Fifth and Thirty-First Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 9977, 5/6/11]

Responses Filed:    See Exhibit G, attached.

Status: Orders have been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned.

9.    Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8174, 10/13/09]

Response Deadline:    November 6, 2009 at 4:00 p.m., extended to July 12, 2011 for certain parties

Related Documents:

a)    Order Sustaining Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8299, 11/13/09]

b)    Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 9816, 3/7/11]

c)    Revised Order Sustaining in Part Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 9821, 3/9/11]

d)    Order Sustaining in Part Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,

Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 9816, 3/7/11] [D.I. 9861, 3/17/11]

e)     Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 10052, 6/17/11]

Responses Received:  See Exhibit H, attached

Status: Orders have been entered that partially sustain the Objection.  This matter is adjourned with respect to the items listed in Exhibit H.

10.    Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8939, 6/18/10]

Response Deadline:    July 12, 2010 at 4:00 p.m., extended to August 9, 2010 for Assured Guaranty Corp.

Related Document:

a)     Order Sustaining in Part Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 9028, 7/19/10]

Responses Filed:      See Exhibit I

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit I, this matter will be adjourned.

11.    Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9176, 8/24/10]

Response Deadline:    September 16, 2010 at 4:00 p.m.

Related Document:

a)     Order Sustaining in Part Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007 [D.I. 9254, 9/23/10]

Responses Filed:      See Exhibit J

01: 11654006.1

066585.1001

Status: An Order has been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned.

12.  Paul M. Deck's Request for Payment of Administrative Claim Seeking Administrative Claim of Thirty-Four Hundred Dollars ($3400.00) [D.I. 9608, 12/30/10]

Objection Deadline:   April 5, 2011 at 4:00 p.m., extended to April 3, 2012 at 4:00 p.m. (ET)

Objections Filed:     None to date

Status: This matter will be adjourned to a date and time to be determined.

13.  Bernailllo County's Motion for Administrative Claim [D.I. 9618, 1/3/11]

Objection Deadline:   April 5, 2011 at 4:00 p.m., extended to April 3, 2012 at 4:00 p.m. (ET)

Responses Filed:      None to date

Status: This matter will be adjourned to a date and time to be determined.

14.  Banc of America Leasing & Capital, LLC's Request for Allowance and Payment of Administrative Expense Claim [D.I. 9619, 1/4/11]

Objection Deadline:   April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00 p.m. (ET)

Objections Filed:     None to date

Status: This matter will be adjourned to a date and time to be determined.

15.  The United States' Amended Request for Payment of Chapter 11 Administrative Expenses [D.I. 9624, 1/4/11]

Objection Deadline:   April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00 p.m. (ET)

Objections Filed:     None to date

Status: The matter will be adjourned to a date and time to be determined.

01: 11654006.1                                                     066585.1001

16.    Application of Countrywide Bank, N.A. and Countrywide Home Loans, Inc. for Allowance of Administrative Expenses [D.I. 9625, 1/5/11]

      Objection Deadline:    April 29, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00 p.m. (ET)

      Objections Filed:    None to date

      Status: This matter will be adjourned to a date and time to be determined.

17.    Request by City of Hartford, Connecticut for Payment of Administrative Expense [D.I. 9626, 1/4/11]

      Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00 p.m. (ET)

      Objections Filed:    None to date

      Status: This matter will be adjourned to a date and time to be determined.

18.    CitiMortgage, Inc.'s Motion for an Order Allowing and Directing Payment of its Administrative Expense Claim [D.I. 9628, 1/5/11]

      Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00 p.m. (ET)}

      Objections Filed:

        a)  Plan Trust's Objection to CitiMortgage, Inc.'s Motion for an Order Allowing and Directing Payment of its Administrative Expense Claim [D.I. 10222, 11/4/11]

      Status: This matter will be adjourned to January 19, 2012 at 1:00 p.m. (ET).

19.    Lewisville Independent School District's Request for Payment of Administrative Expense [D.I. 9630, 1/4/11]

      Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended April 3, 2012 at 4:00 p.m. (ET)

      Objections Filed:    None to date

      Status: This matter will be adjourned to a date and time to be determined.

                                                 

20.  Iron Mountain Information Management, Inc.'s Request for Allowance and Payment of Administrative Expenses (Hardcopy) [D.I. 9636, 1/5/11]

     Objection Deadline:  April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00 p.m. (ET)

     Objections Filed:

          a)  Plan Trust's Omnibus Objection to Iron Mountain Management, Inc.'s (I) Purchaser Cure Claim and (II) Requests for Allowance and Payment of Administrative Expenses [D.I. 10274, 12/12/11]

     Status: This matter will be adjourned to a date and time to be determined.

21.  Iron Mountain Information Management, Inc.'s Request for Allowance and Payment of Administrative Expenses (Data) [D.I. 9637, 1/5/11]

     Objection Deadline:  April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00 p.m. (ET)

     Objections Filed:

          a)  Plan Trust's Omnibus Objection to Iron Mountain Management, Inc.'s (I) Purchaser Cure Claim and (II) Requests for Allowance and Payment of Administrative Expenses [D.I. 10274, 12/12/11]
          b)
     Status: This matter will be adjourned to a date and time to be determined.

22.  Application of Normal Loftis for Allowance and Payment of Administrative Expense Claim Pursuant to Section 503(b) of the Bankrupty Code [D.I. 9638, 1/5/11]

     Objection Deadline:  April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00 p.m. (ET)

     Objections Filed:      None to date

     Status: This matter will be adjourned to a date and time to be determined.

23.  Request of American Home Mortgage Servicing, Inc., formerly known as AH Mortgage Acquisition Co., Inc. for Allowance and Payment of an Administrative Expense Claim [D.I. 9640, 1/5/11]

     Objection Deadline:  April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00 p.m. (ET)

     Objections Filed:

a) Plan Trust's Objection to the Request of American Home Mortgage Servicing, Inc., formerly known as AH Mortgage Acquisition Co., Inc., for Allowance and Payment of an Administrative Expense Claim [D.I. 10273, 12/12/11]

Status: This matter will be adjourned to a date and time to be determined.

24.    Protective Claim of Fred R. Hodoval, Rollover IRA, Pershing LLC, Custodian, Recognized Claim Number 1223571 [D.I. 9662, 1/10/11]

Objection Deadline:    Extended to April 3, 2012 at 4:00 p.m. (ET)

Objections Filed:    None to date

Status: This matter will be adjourned to a date and time to be determined.

25.    Plan Trust's Seventy-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9771, 2/7/11]

Response Deadline:    March 2, 2011 at 4:00 p.m. (ET)

Related Document:

a)    Order Sustaining in Part Plan Trust's Seventy-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9822, 3/9/11]

Responses Filed:    See Exhibit K, attached.

Status: An Order has been entered which partially sustains the objection. This matter has been adjourned with respect to the respond of J.P. Morgan Mortgage Acquisition Co. as listed on Exhibit K.

26.    Plan Trust's Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9817, 3/7/11]

Response Deadline:    March 30, 2011 at 4:00 p.m. (ET)

Related Document:

a)    Order [D.I. 9913, 4/5/11]

Responses Filed:    See Exhibit L, attached.

01: 11654006.1

066585.1001

Status: An order has been entered which partially sustains the Objection. This matter is adjourned with respect to those items listed in Exhibit L.

27.    Plan Trust's Seventy-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9818, 2/7/11]

Response Deadline:    March 30, 2011 at 4:00 p.m. (ET)

Related Document:

a)    Order [D.I. 9919, 4/6/11]

Responses Filed:    See Exhibit M, attached.

Status: An order has been entered which partially sustains the Objection. This matter is adjourned with respect to those items listed in Exhibit M.

28.    Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9818, 2/7/11]

Response Deadline:    May 4, 2011 at 4:00 p.m. (ET), extended to July 12, 2011 at 4:00 p.m. (ET) for certain parties

Related Documents:

a)    Revised Order Sustaining in Part Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9994, 5/9/11]

b)    Re-Notice of Debtors' Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10053, 6/17/11]

Responses Filed:    See Exhibit N, attached.

Status: An order has been entered which partially sustains the Objection. This matter is adjourned with respect to those items listed in Exhibit N.

01: 11654006.1                                    066585.1001

29.    Plan Trust's Seventy-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10014, 5/20/11]

Response Deadline:    June 14, 2011 at 4:00 p.m. (ET)

Related Documents:

a)    Notice of Partial Withdrawal [D.I. 10026, 5/31/11]

b)    Order Sustaining Plan Trust's Seventy-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 10060, 6/20/11]

Responses Filed:    See Exhibit O, attached.

Status: An Order has been entered which partially sustains the Objection.  With respect to Exhibit O, this matter is adjourned regarding the claims of DB Structured Products and the Objection is withdrawn regarding the claim of Dawn May.

30.    Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10015, 5/20/11]

Response Deadline:    June 14, 2011 at 4:00 p.m. (ET)

Related Document:

a)    Order Sustaining Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims [D.I. 10059, 6/20/11]

Responses Filed:    See Exhibit P, attached

Status: An Order has been entered which partially sustains the Objection.  With respect to Exhibit P, this matter will be adjourned.

31.    Plan Trust's Eighty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10122, 8/10/11]

Response Deadline:    September 1, 2011 at 4:00 p.m. (ET), extended for RBS and Wilmington Trust to September 30, 2011 at 4:00 p.m. (ET)

Related Document:

a)    Order Sustaining in Part Plan Trust's Eighty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the

Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10158, 8/8/11]

 b) Consensual Order Sustaining in Part Plan Trust's Eighty-Fourth Omnibus (Non-Substantive) Objection to Claims [D.I. 10187, 10/3/11]

Responses Filed: See Exhibit Q, attached

Status: Orders have been entered that partially sustain this matter. This matter will be adjourned with respect to the responses on Exhibit Q.

32. Plan Trust's Eighty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10123, 8/10/11]

Response Deadline: September 1, 2011 at 4:00 p.m. (ET)

Responses Filed: See Exhibit R, attached

Status: This matter is adjourned.

33. Plan Trust's Eighty-Seventh (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10156, 9/7/11]

Response Deadline: September 30, 2011 at 4:00 p.m. (ET)

Related Document:

 a) Order Sustaining in Part Plan Trust's Eighty-Seventh (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10208, 10/7/11]

Responses Filed: See Exhibit S, attached

Status: An order has been entered which partially sustains the Objection. This matter will be adjourned with respect to the objection to the claims of Bear Stearns.

13

34.     Plan Trust's Eighty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10211, 10/19/11]

Response Deadline:    November 11, 2011 at 4:00 p.m. (ET)

Related Document:

   a)  Order Sustaining in Part Plan Trust's Eighty-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 10256]

Responses Filed:    See Exhibit T

Status: An order has been entered which partially sustains the Objection. This matter is adjourned with respect to response on Exhibit T.

35.     Plan Trust's Eighty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10212, 10/19/11]

Response Deadline:    November 11, 2011 at 4:00 p.m. (ET)

Related Document:

   a)  Order Sustaining in Part Plan Trust's Eighty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 10257]

Responses Filed:    See Exhibit U

Status: An order has been entered which partially sustains the Objection. This matter is adjourned with respect to response on Exhibit U.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION\CERTIFICATION OF COUNSEL**

36.     Plan Trust's Ninetieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10251, 11/16/11]

Response Deadline:     December 9, 2011 at 4:00 p.m. (ET)

Related Document:

    a)  Certification of Counsel [D.I. 10277, 12/14/11]

    **b)  Order Sustaining in Part Plan Trust's Ninetieth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10280, 12/14/11]**

Responses Filed:          See Exhibit V

Status: This matter is adjourned with respect to responses listed on Exhibit V.  **An order has been entered partially sustaining the objection.**  No hearing is required.

37.     Plan Trust's Ninety-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10252, 11/169/11]

Response Deadline:     December 9, 2011 at 4:00 p.m. (ET)

Related Document:

    a)  Certification of Counsel [D.I. 10278, 12/14/11]

    **b)  Order Sustaining in Part Plan Trust's Ninety-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10281, 12/14/11]**

Responses Filed:        See Exhibit W

Status: This matter is adjourned with respect to responses listed on Exhibit W. **An order has been entered which partially sustains the objection.** No hearing is required.

Dated: December 15, 2011              YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
       Wilmington, Delaware

                                      */s/ Margaret Whiteman Greecher*
                                      Sean M. Beach (No. 4070)
                                      Margaret Whiteman Greecher (No. 4652)
                                      Patrick A. Jackson (No. 4976)
                                      Michael S. Neiburg (No. 5275)
                                      The Brandywine Building
                                      1000 West Street - 17th Floor
                                      P.O. Box 391
                                      Wilmington, Delaware  19899
                                      Telephone: (302) 571-6600
                                      Facsimile: (302) 571-1253

                                      -and-

                                      HAHN & HESSEN LLP
                                      Mark S. Indelicato
                                      Edward L. Schnitzer
                                      488 Madison Avenue
                                      New York, New York 10022
                                      Telephone: (212) 478-7200
                                      Facsimile: (212) 478-7400

                                      *Co-Counsel to the Plan Trustee*

01: 11654006.1                                                     066585.1001

**Exhibit A, Seventh Omnibus Objection**

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | U.S. Bank National Assoc. | 4362, 6/4/08 | Adjourned |

**Exhibit B, Eighth Omnibus Objection**

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Norman Loftis | 4360, 6/4/08 | Adjourned |

**Exhibit C, Thirteenth Omnibus Objection**

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Countrywide | 5337, 8/8/08 | Adjourned |
| | FGIC | 5351, 8/11/08 | Adjourned |
| | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned |
| | Deutsche Bank | 5356, 8/11/08 | Adjourned |
| | AT&T Global Services | | Adjourned |

**Exhibit D, Fifteenth Omnibus Objection**

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Shervonne Powell | 5814, 9/11/08 | Adjourned |
| | John Johnston | 5818, 9/11/08 | Adjourned |
| | Grailing Carter | 5947, 9/17/08 | Adjourned |

**Exhibit E, Twenty-Second Omnibus Objection**

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Scott Jossart | | Adjourned |

### Exhibit F, Twenty-Ninth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Credit Suisse | | Adjourned |
| | Sharaine Hughes | | Adjourned |

### Exhibit G, Thirty-First Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Norman Loftis | 7176, 3/30/09 | Adjourned |

### Exhibit H, Forty-Fourth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | U.S. Bank National Association | | Adjourned |

### Exhibit I, Fifty-Ninth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Assured Guaranty Corp. | | Adjourned |

### Exhibit J, Sixty-Third Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | New York City Department of Finance | | Adjourned |

### Exhibit K, Seventy-Third Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | J.P. Morgan Mortgage Acquisition Corp. | Informal | Adjourned |

01: 11654006.1

066585.1001

## Exhibit L, Seventy-Forth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Placer County |  | Adjourned |

## Exhibit M, Seventy-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Imperial County |  | Adjourned |

## Exhibit N, Seventy-Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | UBS Securities LLC POC No. 10787 |  | Adjourned |
|  | Countrywide Bank, F.S.B. |  | Adjourned |
|  | Countrywide Home Loans, Inc. |  | Adjourned |
|  | Deutsche Bank National Trust |  | Adjourned |

## Exhibit O, Seventy-Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DB Structured Claim Nos. 10758 and 10759 |  | Adjourned |

## Exhibit P, Seventy-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Ventura County | 10044, 6/14/11 | Adjourned |

## Exhibit Q, Eighty-Fourth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Wilmington Trust |  | Adjourned |
|  | MBIA |  | Adjourned |
|  | FGIC |  | Adjourned |

01: 11654006.1                                      066585.1001

### Exhibit R, Eighty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Torrence Caldwell |  | Adjourned |
|  | Ronald T. Ginnona and Traci A. Ginnona | 10152, 9/2/11 | Adjourned |

### Exhibit S, Eighty-Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Bear, Stearns & Co., Inc. |  | Adjourned |

### Exhibit T, Eighty-Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | American Express |  | Adjourned |

### Exhibit U, Eighty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Kodiak |  | Adjourned |

### Exhibit V, Ninetieth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Bear Stearns Mortgage Capital Corp. |  | Adjourned |

### Exhibit W, Ninety-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Lehman Bros. |  | Adjourned |

01: 11654006.1

066585.1001