**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x

In re:                                                                      : Chapter 11
                                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                  :
                                                                            : Jointly Administered
         Debtors.                                                     :
                                                                            : **Ref. Docket Nos.: 10212 & 10257**
                                                                            :
---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER
SUSTAINING IN PART PLAN TRUST'S EIGHTY-NINTH OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NOS.
7063 & 7107 FILED BY KODIAK FUNDING LP**

        The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan

Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended*

*Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with

the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

        1.        On October 19, 2011, through the undersigned counsel, the Plan Trustee

filed the Plan Trust's Eighty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to

Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-

1 [Docket No. 10212] (the "Objection").  By the Objection, the Plan Trust sought, *inter alia*, to

disallow proof of claim numbers 7063 and 7107 (collectively, the "Kodiak Claims") filed by

Kodiak Funding LP ("Kodiak") on the grounds that the Debtors had no liability on account of

these claims.

---

[1]        The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a
Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM
SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home
Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited
liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak
Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747.

2.      After the Objection was filed, counsel for Kodiak contacted the undersigned counsel and requested an adjournment of the Objection with respect to the Kodiak Claims in order to permit Kodiak to investigate whether the proposed treatment of its claims as set forth in the Objection was appropriate.  The Plan Trustee agreed to the requested adjournment of the Objection with respect to the Kodiak Claims.  On November 18, 2011, the Court entered an order [Docket No. 10257] sustaining the Objection in part, and adjourning the Objection with respect to the Kodiak Claims.

3.      As a result of further discussions, the parties have agreed that the Objection should be sustained with respect to the Kodiak Claims and that such claims should be disallowed in their entirety.  A proposed form of consensual order (the "Proposed Order") reflecting the agreed upon treatment of these claims is attached hereto as Exhibit 1.

*[Signature page follows]*

01: 11672627.1                                                                                          066585.1001

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: December 15, 2011
       Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

01: 11672627.1                                                                 066585.1001

# EXHIBIT 1

**Proposed Consensual Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x

In re:                                                  :     Chapter 11
                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                  :     Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                      :
                                                        :     Jointly Administered
                                                        :
    Debtors.                                            :     **Ref. Docket Nos.: 10212 &**
                                                        :     **10257**

------------------------------------------------------------------------ x

### CONSENSUAL ORDER SUSTAINING IN PART PLAN TRUST'S EIGHTY-NINTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NOS. 7063 & 7107 FILED BY KODIAK FUNDING LP

Upon consideration of the eighty-ninth omnibus (substantive) objection to claims (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors; and the Court having entered an order [Docket No. 10257] sustaining the Objection in part and the adjourning the Objection with respect to proof of claim numbers 7063 and 7107 (collectively, the "Kodiak Claims") filed by Kodiak Funding LP ("Kodiak"); and the Plan Trustee and Kodiak having agreed that the Kodiak Claims should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

having been given under the circumstances; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained in part as set forth herein; and it is further

ORDERED that the Kodiak Claims (POC Nos. 7063 & 7107) shall be disallowed and expunged in their entirety; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
          _____ ___, 2011

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2