IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*[1], | ) ) ) | Case No. 07-11047 (CSS) (Jointly Administered) |
| | ) | |
| Debtors. | ) ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on December 19, 2011, I did cause to be served true and correct copies of the foregoing **NOTICE OF WITHDRAWAL OF LOIZIDES, P.A. AND CHRISTOPHER D. LOIZIDES AS COUNSEL FOR LAURA BEALL** on the parties on the attached service list as indicated thereon.

DATED: December 19, 2011

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

---

[1] The Debtors are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation; AHM SV, Inc. (f/ka American Home Mortgage Servicing, Inc.), a Maryland corporation; American Home Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability corporation; Homegate Settlement Services, Inc., a New York corporation; and Great Oak Abstract Corp., a New York corporation.

**SERVICE LIST**

**VIA FIRST-CLASS MAIL**

Sean M. Beach, Esquire
Patrick A. Jackson, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19801
*Counsel for Debtors*

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
HAHN & HESSEN LLP
488 Madison Avenue
New York, NY  10022
*Counsel for Plan Trustee*

Steven D. Sass
AHM LIQUIDATING TRUST
P.O. Box 10550
Melville, NY  11747
*Plan Trustee*

Laura Beall
11002 Blue Roan Road
Oakton, VA  22124

Office of the United States Trustee
844 N. King Street, Suite 2207
Wilmington, DE  19801