# EXHIBIT II

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :  Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                            :
                                                              :  Jointly Administered
      Debtors.                                                :
                                                              :  Ref. Docket No. ___
------------------------------------------------------------- x

## ORDER SUSTAINING PLAN TRUST'S NINETY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the ninety-second omnibus (non-substantive) objection to claims (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which the Plan Trustee respectfully requests the entry of an order, pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A, B and C attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

2

§§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A, B and C are hereby disallowed and expunged in their entirety; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      January ____, 2012

                                                        _____
                                                        CHRISTOPHER S. SONTCHI
                                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Amended Claim**

**Exhibit A**

**Amended Claims**

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | Total Amount Claimed |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|---|---|---|---|
| CIFG ASSURANCE NORTH AMERICA, INC.<br>ATTN MICHAEL KNOPF<br>825 THIRD AVENUE<br>6TH FLOOR<br>NEW YORK, NY 10022 | 8707 | 1/11/08 | 07-11051 | Unspecified* | 10926 | 9/26/11 | 07-11047<br>07-11051 | - (S)<br>- (A)<br>- (P)<br>$22,886,446.00 (U)<br>$22,886,446.00 (T) |
| Totals: | 1 Claim | | | Unspecified* | | | | - (S)<br>- (A)<br>- (P)<br>$22,886,446.00 (U)<br>$22,886,446.00 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Late Filed Claim**

**Exhibit B**

**Late Filed Claim**

| Name/Address of Claimant | Objectionable Claim | | | | Bar Date |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| VENTURA COUNTY TAX COLLECTOR<br>ATTN BANKRUPTCY<br>800 SOUTH VICTORIA AVENUE<br>VENTURA, CA 93009-1290 | 10928 | 11/17/11 | 07-11050 | - (S)<br>$8,691.79 (A)<br>- (P)<br>- (U)<br>$8,691.79 (T) | Claimant filed the claim as amending claim 10865 however they added three additional parcels (072-0-240-285, 102-0-086-055 and 200-0-422-245) that were not on the original claim. This claim is therefore late filed and the original admin claim, 10865, will be the surviving claim. |
| Totals: | 1 Claim | | | - (S)<br>$8,691.79 (A)<br>- (P)<br>- (U)<br>$8,691.79 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Insufficient Documentation Claims**

# Exhibit C

## Insufficient Documentation Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CALIFORNIA HOUSING FINANCE AGENCY<br>ATTN: PETER BUCK<br>P.O. BOX 4034<br>SACRAMENTO, CA 95812 | 9903 | 2/4/08 | 07-11051 | Unspecified* | Insufficient documentation to assess the validity of the claim. |
| GMAC MORTGAGE LLC<br>CLAUDIA Z. SPRINGER, ESQUIRE<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE - 1650 MARKET ST<br>PHILADELPHIA, PA 19103 | 9959 | 2/13/08 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$205,390.50 (U)<br>$205,390.50 (T) | Insufficient documentation to assess the validity of the claim. |
| WASHINGTON MUTUAL BANK<br>C/O ROBERT TRODELLA, ESQ.<br>HELLER EHRMAN LLP<br>333 BUSH STREET<br>SAN FRANCISCO, CA 94104 | 10543 | 9/18/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,935,640.37 (U)<br>$1,935,640.37 (T) | Insufficient documentation to assess the validity of the claim. |

**Totals:** 3 Claims

- (S)<br>- (A)<br>- (P)<br>$2,141,030.87 (U)<br>$2,141,030.87 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.