IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                          : Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]              :
                                                : Jointly Administered
       Debtors.                                 :
                                                : **Ref. Docket No.: 10156 & 10208**
---------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING PROPOSED CONSENSUAL ORDER SUSTAINING IN PART THE PLAN TRUST'S EIGHTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NOS. 9027 & 9028

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1.  On September 7, 2011, through the undersigned counsel, the Plan Trustee filed the Plan Trust's Eighty-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 10156] (the "Objection"). By the Objection, the Plan Trust sought, *inter alia*, to modify and reduce proof of claim numbers 9027 and 9028 (collectively, the "Bear Stearns Claims") filed by Bear, Stearns & Co., Inc. ("Bear Stearns") on the grounds that the claimed amounts were higher than the liabilities reflected on the Debtors' books and records and,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2

moreover, Bear Stearns failed to provide any documentation showing additional amounts are owed in connection with the unliquidated portions of the Bear Stearns Claims.

2. After the Objection was filed, counsel for JPMorgan Chase Bank, N.A. (as successor in interest to Bear Stearns) ("JPMC") contacted the undersigned counsel and requested an adjournment of the Objection with respect to the Bear Stearns Claims in order to allow additional time for JPMC to investigate whether the proposed treatment of the Bear Stearns Claims as set forth in the Objection was appropriate and to seek confirmation from the Plan Trustee that the relief requested by the Objection was limited to reducing the claimed amounts. The Plan Trustee agreed to the requested adjournment the Objection with respect to the Bear Stearns Claims. On October 7, 2011, the Court entered an order [Docket No. 10208] sustaining the Objection in part and adjourning the Objection with respect to the Bear Stearns Claims.

3. As a result of further discussions, the parties have agreed that the Objection should be sustained with respect to the Bear Stearns Claims and that such claims should be modified and reduced as set forth in the Objection. A proposed form of consensual order (the "Proposed Order") reflecting the agreed upon treatment of these claims is attached hereto as Exhibit 1.

*[Remainder of page intentionally left blank]*

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: January 3, 2012  
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ *Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*