# EXHIBIT 1

**Proposed Order**

01: 11604273.1                                                                                                       066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br>a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>Ref. Docket No. 10156 & 10208 |

**CONSENSUAL ORDER SUSTAINING IN PART THE PLAN TRUST'S EIGHTY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO PROOF OF CLAIM NOS. 9027 & 9028**

Upon consideration of the eighty-seventh omnibus (substantive) objection to claims (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors; and the Court having entered an order [Docket No. 10208] sustaining the Objection in part and the adjourning the Objection with respect to proof of claim numbers 9027 ("Claim 9027") and 9028 ("Claim 9028" and together with Claim 9027, the "Bear Stearns Claims") filed by Bear Stearns & Co., Inc. ("Bear Stearns") (as predecessor in interest to JPMorgan Chase Bank, N.A.) ("JPMC"); and the Plan Trustee and JPMC having agreed that the Bear Stearns Claims should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

adequate notice of the Objection having been given under the circumstances; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained in part as set forth herein; and it is further

ORDERED that Claim 9027 shall be modified and reduced to a general unsecured claim in the amount of $162,165 against Debtor American Home Mortgage Investment Corp. (Case No. 07-11048) reflecting the application of $393,085 of collateral held by Bear Stearns against the amounts owed to Bear Stearns by Debtor American Home Mortgage Investment Corp.; and it is further

ORDERED that Claim 9028 shall be modified and reduced to a general unsecured claim in the amount of $421,133 against Debtor American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2012

                                        CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE