**LOWENSTEIN SANDLER PC**
Michael S. Etkin, (ME 0570)
65 Livingston Avenue
Roseland, New Jersey  07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Bankruptcy Counsel to the Investors and the Class*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC. | Case No. 07- 11047 (CSS) |
| Debtor. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO
BE REMOVED FROM DISTRIBUTION LIST**

Please take notice that the undesigned attorney hereby withdraws his appearance as counsel to (a) New England Teamsters & Trucking Industry Pension Fund, Iron Workers Local No. 25 Pension Fund, Alaska Laborers Employers Retirement Fund, Iron Workers Tennessee Valley Pension Fund and City of Philadelphia Board of Pensions and Retirement (the "Institutional Investors Group"), movants seeking appointment as Lead Plaintiffs in a shareholder securities class action  related to American Home Mortgage Investment Corp. ("AHMI"), one of the Debtors herein, filed on behalf of a purported class of investors who purchased securities of AHMI (the "Class"), and (b) Elliot Greenberg, Joshua F. Hafron and Larry Massung (collectively with the Institutional

21214/2
01/03/2012 19383532.1

-2-

Investors Group, the "Investors"), and requests that he be removed from the service and notice lists in this case.

| | |
|---|---|
| Dated:  January 2, 2012 | **LOWENSTEIN SANDLER PC** |
| | By: /s/ Michael S. Etkin |
| | Michael S. Etkin, Esq. (ME-0570) |
| | 65 Livingston Avenue |
| | Roseland, New Jersey  07068 |
| | 973.597.2500 (Telephone) |
| | 973.597.2400 (Facsimile) |
| | |
| | *Bankruptcy Counsel to the Investors and the Class* |