IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------------  x
In re:                                                                     :    Chapter 11
                                                                           :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                      :    Case No. 07-11047 (CSS)
a Delaware corporation, et al., ¹                                          :
                                                                           :    Jointly Administered
                                                                           :
      Debtors.                                                             :
                                                                           :    Ref. No. 10288
-------------------------------------------------------------------------  x
```

**NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM REGARDING  PLAN TRUST'S NINETY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1- EXHIBIT C ONLY**

PLEASE TAKE NOTICE that the Plan Trustee has delivered to Chambers copies

of the proofs of claim, along with all of the attachments, that are the subject of the Plan Trust's

Ninety-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of

the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the

"Objection") [Docket No. 10288].

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Dated: January 5, 2012
     Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*