# EXHIBIT B

EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   :   Jointly Administered
         Debtors.                                                  :
                                                                   :   Ref. Docket No.: ──── 10183
------------------------------------------------------------------ x

**ORDER PURSUANT TO SECTION 107(b) OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULE 9018 GRANTING AUTHORIZATION TO FILE EXHIBITS TO
THE PLAN TRUST'S OMNIBUS OBJECTION TO (I) MOTION FOR JUDGMENT AS A
MATTER OF LAW OF ADMINISTRATIVE CLAIM ENTERED, (II) MOTION FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM WITH BRIEF IN
SUPPORT; AND (III) CLAIMS NUMBERED 10870, 10875 AND 10887
<u>FILED BY HUSSAIN KAREEM UNDER SEAL</u>**

Upon consideration of the motion (the "Seal Motion")[2] of the Plan Trustee for entry of an order, pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and Rule 9018 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), authorizing the Plan Trustee to file under seal the Confidential Exhibits to the Objection; and the Court having determined that the relief requested in the Seal Motion is in the best interests of the Debtors, their estates, creditors and other parties-in-interest, including Mr. Kareem; and notice of the Seal Motion having been given that is due and adequate under the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Seal Motion.

2

circumstances; and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

ORDERED that the Seal Motion is GRANTED <u>in part</u>; and it is further

ORDERED that, pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, the <u>portions of the</u> Confidential Exhibits <u>which contain personally identifiable information</u> shall remain under seal, confidential and not made available to anyone, except for the Court, the Office of the United States Trustee, the applicable Claimant, or others upon further Court order; and it is further

<u>ORDERED that the Plan Trustee shall file redacted versions of the Confidential Exhibits; and it is further</u>

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
October ___, 2011

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Document comparison by Workshare Compare on Wednesday, December 07, 2011 11:58:27 AM

| Input: | |
|---|---|
| Document 1 ID | interwovenSite://WORKSITE02/YCST01/11474877/2 |
| Description | #11474877v2<YCST01> - AHM - Motion to File Kareem Objection Exhibits Under Seal |
| Document 2 ID | interwovenSite://WORKSITE02/YCST01/11474877/3 |
| Description | #11474877v3<YCST01> - AHM - Motion to File Kareem Objection Exhibits Under Seal |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 5 |
| Deletions | 1 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 6 |