## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

    Debtors.

-------------------------------------------------------------- x

: Chapter 11

: Case No. 07-11047 (CSS)

: Jointly Administered

: **Ref. Docket Nos.: 10211 & 10256**

### CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER (I) RESOLVING THE PLAN TRUST'S EIGHTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO. 5500, AND (II) PROVIDING FOR AGREED UPON TREATMENT OF CLAIM NO. 5501, BOTH OF WHICH WERE FILED BY AMERICAN EXPRESS TRAVEL RELATED SVCS CO INC CORP CARD

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1.    On or about December 14, 2007, American Express Travel Related Svcs Co Inc Corp Card ("AMEX") filed proof of claim number 5500 ("Claim 5500") asserting a general unsecured claim in the amount of $561,398.89 against Debtor American Home Mortgage Holdings, Inc. (Case No. 07-11047) ("AHM Holdings"). Claim 5500 relates to unpaid balances in connection with credit card accounts that AMEX issued to alleged employees of AHM Holdings prior to August 6, 2007 (the "Petition Date").

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 224 Sherwood Rd, Farmingdale, New York 11735.

2.      On or about December 14, 2007, AMEX filed proof of claim number 5501 ("Claim 5501") asserting a general unsecured claim in the amount of $43,820.95 against AHM Holdings.  Claim 5501 also relates to unpaid balances in connection with credit card accounts that AMEX issued to alleged employees of AHM Holdings prior to the Petition Date.

3.      On October 19, 2011, through the undersigned counsel, the Plan Trustee filed the Plan Trust's Eighty-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 10211] (the "Objection").  By the Objection, the Plan Trust sought, *inter alia*, to disallow Claim 5500 on the grounds that the documentation attached to such claim was insufficient to allow the Plan Trustee to assess the validity and/or amount of the claim.

4.      After the Objection was filed, AMEX informally responded to the Objection and provided the undersigned counsel with additional documentation supporting Claim 5500.  The Plan Trustee and AMEX (collectively, the "Parties") agreed to an adjournment of the Objection as it relates to Claim 5500 to allow for additional time in which the Parties could reach a consensual resolution of the foregoing matters.  On November 18, 2011, the Court entered an order [Docket No. 10256] sustaining the Objection in part, and adjourning the Objection with respect to Claim 5500.

5.      As a result of further discussions, the Parties have agreed to the following: (i) Claim 5500 shall be modified and reduced to an allowed general unsecured claim in the amount of $555,251.85 and reassigned to Debtor American Home Mortgage Corp. (Case No. 07-11051); and (ii) Claim 5501 shall be an allowed general unsecured claim in the amount of $43,820.95 and reassigned to Debtor American Home Mortgage Investment Corp. (Case No. 07-11048).  A proposed form of consensual order (the "Proposed Order") reflecting the agreed upon treatment of these claims is attached hereto as Exhibit 1.

2

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that

the Court enter the Proposed Order at its earliest convenience.

Dated: January 10, 2012          YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
      Wilmington, Delaware


                    */s/ Michael S. Neiburg*
                    Sean M. Beach (No. 4070)
                    Michael S. Neiburg (No. 5275)
                    The Brandywine Building
                    1000 West Street - 17th Floor
                    P.O. Box 391
                    Wilmington, Delaware  19899
                    Telephone: (302) 571-6600
                    Facsimile: (302) 571-1253

                    -and-

                    HAHN & HESSEN LLP
                    Mark S. Indelicato
                    Edward L. Schnitzer
                    488 Madison Avenue
                    New York, New York 10022
                    Telephone: (212) 478-7200
                    Facsimile: (212) 478-7400

                    *Co-Counsel to the Plan Trustee*

                  066585.1001

# EXHIBIT 1

**Proposed Consensual Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x

In re:                                               :   Chapter 11
                                                     :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,               :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                   :
                                                     :   Jointly Administered
                                                     :
    Debtors.                                         :   **Ref. Docket Nos.: 10211 &**
                                                     :   **10256**

---------------------------------------------------------------------- x

### CONSENSUAL ORDER (I) RESOLVING THE PLAN TRUST'S EIGHTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO. 5500, AND (II) PROVIDING FOR AGREED UPON TREATMENT OF CLAIM NO. 5501, BOTH OF WHICH WERE FILED BY AMERICAN EXPRESS TRAVEL RELATED SVCS CO INC CORP CARD

Upon consideration of (i) the *Certification Of Counsel Submitting Consensual Order (I) Resolving The Plan Trust's Eighty-Eighth (Non-Substantive) Objection To Claims With Respect To Claim No. 5500, And (II) Providing For Agreed Upon Treatment Of Claim No. 5501, Both Of Which Were Filed By American Express Travel Related Svcs Co Inc Corp Card*, and (ii) the eighty-eighth omnibus (non-substantive) objection to claims (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors; and the Court having entered an order [Docket No. 10256] sustaining the Objection in part and the adjourning the Objection with respect to proof of claim number 5500 ("Claim 5500") filed by American

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 224 Sherwood Rd, Farmingdale, New York 11735.

Express Travel Related Svcs Co Inc Corp Card ("AMEX"); and the Plan Trustee and AMEX having agreed that Claim 5500 and proof of claim number 5501 ("Claim 5501") filed by AMEX should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that Claim 5500 shall be modified and reduced to an allowed general unsecured claim in the amount of $555,251.85 and reassigned to Debtor American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that Claim 5501 shall be an allowed general unsecured claim in the amount of $43,820.95 and reassigned to Debtor American Home Mortgage Investment Corp. (Case No. 07-11048); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ ___, 2012

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2