IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   : Jointly Administered
    Debtors.                                                       :
                                                                   : Ref. Docket Nos.: 10211 &
------------------------------------------------------------------ x  10256

**CONSENSUAL ORDER (I) RESOLVING THE PLAN TRUST'S EIGHTY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO. 5500, AND (II) PROVIDING FOR AGREED UPON TREATMENT OF CLAIM NO. 5501, BOTH OF WHICH WERE FILED BY AMERICAN EXPRESS TRAVEL RELATED SVCS CO INC CORP CARD**

Upon consideration of (i) the *Certification Of Counsel Submitting Consensual Order (I) Resolving The Plan Trust's Eighty-Eighth (Non-Substantive) Objection To Claims With Respect To Claim No. 5500, And (II) Providing For Agreed Upon Treatment Of Claim No. 5501, Both Of Which Were Filed By American Express Travel Related Svcs Co Inc Corp Card*, and (ii) the eighty-eighth omnibus (non-substantive) objection to claims (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors; and the Court having entered an order [Docket No. 10256] sustaining the Objection in part and the adjourning the Objection with respect to proof of claim number 5500 ("Claim 5500") filed by American

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 224 Sherwood Rd, Farmingdale, New York 11735.

Express Travel Related Svcs Co Inc Corp Card ("AMEX"); and the Plan Trustee and AMEX having agreed that Claim 5500 and proof of claim number 5501 ("Claim 5501") filed by AMEX should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that Claim 5500 shall be modified and reduced to an allowed general unsecured claim in the amount of $555,251.85 and reassigned to Debtor American Home Mortgage Corp. (Case No. 07-11051); and it is further

ORDERED that Claim 5501 shall be an allowed general unsecured claim in the amount of $43,820.95 and reassigned to Debtor American Home Mortgage Investment Corp. (Case No. 07-11048); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____1/11_____, 2012

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE