**EXHIBIT 1**



Ventura County Tax Collector
Mary Barnes, Deputy Tax Collector
Bankruptcy Department
800 South Victoria Avenue
Ventura, CA 93009-1290
(805) 654-3775

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| In re: | ) Case No. **07-11050 (CSS)** |
|---|---|
| | ) Chapter **11** |
| **American Home Mortgage Servicing, Inc.** | ) |
| | ) **PROOF OF ADMINISTRATIVE CLAIM** |
| | ) **FOR CALIFORNIA PROPERTY TAXES** |
| Debtor(s). | ) |
| | ) Date of Petition:    **August 6, 2007** |
| | ) Total Claim:    **$33.88** |

1. The undersigned, whose business address is shown above, is the Tax Collector of the County of Ventura, and is authorized to make this proof of claim on behalf of the County.
2. The claim is for taxes due under the Revenue and Taxation Code of the State of California.
3. The amount of all payments on this claim has been credited and deducted for the purpose of making this claim

<u>Secured Claim pursuant to United States Bankruptcy Code, 11 U.S.C. section 506</u>.
**THESE TAXES ARE POST PETITION AND PENALTIES CONTINUE TO ACCRUE UNTIL PAID**

| Parcel Number - Statement | Tax Year | Total Tax Due |
|---|---|---|
| **111-0-060-235 - 878761** | **2007/2008** | **$33.88** |

4. Make check payable to the **Ventura County Tax Collector** and mail it to:

**Ventura County Tax Collector,**
Attn: Bankruptcy
800 South Victoria Avenue
Ventura, CA  93009-1290

By: *Mary Barnes*
MARY BARNES
Deputy Tax Collector

FILED / RECEIVED
JAN 10 2011
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date:   January 5, 2011

# 2007/2008 COUNTY OF VENTURA - SUPPLEMENTAL UNSECURED TAX BILL

**COUNTY OF VENTURA TAX COLLECTOR**
800 SOUTH VICTORIA AVENUE
VENTURA, CALIFORNIA 93009-1290
(805) 654-3744

PROPERTY IS TAXED AT 1% OF FULL CASH VALUE PLUS VOTER APPROVED BOND INDEBTEDNESS

| TYPE | NEW BASE YEAR VALUE | VALUE ON ROLL | PRIOR SUPPLEMENTAL ASSESSMENTS | NET SUPPLEMENTAL ROLL VALUE |
|---|---|---|---|---|
| LAND | 703,500 | 699,000 | | 4,500 |
| IMPROVEMENTS | 378,500 | 376,000 | | 2,500 |
| TOTAL | 1,082,000 | 1,075,000 | | 7,000 |
| EXEMPTION | | | | |
| NET TAXABLE | 1,082,000 | 1,075,000 | | 7,000 |

AMERICAN HOME MORTGAGE
4600 REGENT BL #200
IRVING TX 75063

DATE OF CHANGE OF OWNERSHIP OR COMPLETION OF NEW CONSTRUCTION: 04/05/07

080008533

| TAX RATE AREA | PARCEL OR I.D. NUMBER | ACCOUNT | STATEMENT NO |
|---|---|---|---|
| 07033 | 111-0-060-235 | 00000 | 8787610 |

TAX RATE GENERAL: 1.042400
TAX RATE L & I: 0.003374

SALE OR DISPOSAL OF THIS PROPERTY DOES NOT RELIEVE THE ASSESSEE OF THIS TAX.

SITUS  839 DIAMOND

DBA

DESCRIPTION OF PROPERTY

| DATE ASSESSMENT NOTICE MAILED | 05/19/08 |
| DATE BILL MAILED | 08/15/08 |

**DELINQUENT CLOSE OF BUSINESS 10/01/08**

IMPORTANT INFORMATION ON REVERSE SIDE

| SERVICE AGENCY *GOVERNED BY BOARD OF SUPERVISORS | RATE PER $100 | AMOUNT |
|---|---|---|
| PROP 13 MAXIMUM 1% TAX | 1.000000 | 70.00 |
| EL SCH BD MESA | 0.023100 | 1.61 |
| HI SCH BOND OXNARD | 0.009800 | .69 |
| VTA COMM COLLEGE BD | 0.005000 | .35 |
| METROPOLITAN WTR | 0.004500 | .31 |
| UNITED WTR CONS IMPORT | 0.003374 | .23 |
| SUB TOTAL | | 73.19 |
| X PRORATION FACTOR | | 1.00 |
| SUB TOTAL | | 73.19 |
| PRORATED PRIOR SUPPLE TAX AMT | | 39.31- |
| NO. DAYS HELD 365  TOTAL TAX DUE | | 33.88 |

THE FOLLOWING PENALTIES AND FEES WILL BE ADDED TO DELINQUENT ACCOUNTS:

AFTER 10/01/08-10% PENALTY          3.38
AFTER 11/30/08-1.5% PEN. PER MO.     .50
AFTER 12/31/08-23% COLL. FEE        7.79

---

RETURN THIS STUB WITH YOUR PAYMENT

**2007/2008 SUPPLEMENTAL UNSECURED TAX STATEMENT - VENTURA COUNTY**  805-654-3744

AMERICAN HOME MORTGAGE
4600 REGENT BL #200
IRVING TX 75063

LINE NO: 080008533

| | PARCEL OR I.D. NUMBER | ACCOUNT | STATEMENT NO |
|---|---|---|---|
| 338 779 | 111-0-060-235 | 00000 | 8787610 |

**PAY THIS AMOUNT**

MAKE CHECK PAYABLE TO:
**VENTURA COUNTY TAX COLLECTOR**
800 SOUTH VICTORIA AVENUE
VENTURA, CALIFORNIA 93009-1290

**BY OCTOBER 01, 2008        33.88**

AFTER OCT 01, 2008 CALL OUR OFFICE FOR THE CURRENT PAYOFF AMOUNT. ADDITIONAL PENALTIES WILL ATTACH TO THE AMOUNT SHOWN. FAILURE TO PAY THE CORRECT AMOUNT MAY RESULT IN THE RECORDING OF A TAX LIEN. (R&T CODE 2191.3)

8878761011001080000000338800000003726111006023500000 5

Recording Requested By:
**VENTURA COUNTY TAX COLLECTOR**

800 South Victoria Avenue
Ventura, California 93009-1290

When recorded, return to Tax Collector

20090224-00025050-0
Pages: 1    Fee: 0
2/24/2009 4:50:00 PM

Ventura County Recorder
James B. Becker, Assistant

---

**VENTURA COUNTY TAX COLLECTOR**
800 South Victoria Avenue
Ventura, California 93009-1290
(805) 654-3744

THIS IS TO NOTIFY YOU THAT A TAX LIEN HAS BEEN
FILED WITH RESPECT TO UNSECURED PROPERTY

**CERTIFICATE OF TAX LIEN**    Lien No. 20090224000250500

I, __LAWRENCE L. MATHENEY__, Tax Collector of Ventura County, State of California, in compliance with the provisions of Section 2191.3 and 2191.4 of the Revenue and Taxation Code, certify that there are on record in my office delinquent personal property taxes as set forth below. These taxes were duly assessed, computed and levied, together with interest and penalties for the year(s) and amounts(s) set forth below and are against the person or persons named herein and those persons are liable to Ventura County for said amount(s). In addition, further penalties will accrue on said taxes at the rate of 1.5% on the 1st day of each month beginning on the second month after delinquency. If the last day of any month falls on Saturday, Sunday or a legal holiday, the additional 1.5% penalty attaches on the next business day.

| ASSESSEE AND ADDRESS | YEAR/PARCEL/ACCOUNT | | AMOUNT |
|---|---|---|---|
| AMERICAN HOME MORTGAGE | 08-09 | | |
| | 111-0-060-235 | 000 | 56.05 |
| 4600 REGENT BL #200 | | | |
| IRVING TX  75063 | 878761 | 07033 | |

From the time of recordation of this certificate, this lien has the force, effect and priority of a judgment lien for a period of ten years or any extension thereof. The amount required to be paid as shown herein together with all accrued interest and penalties thereon will constitute a lien upon all real and personal property owned or hereafter acquired by each of the above named assessee(s).

LAWRENCE L. MATHENEY
*Tax Collector*

By _____ Deputy

Do not pay amount on this lien!
Call for correct pay-off: (805) 654-3744

Incorrect payments will be returned
and lien will remain in force.

TC04

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF VENTURA**

The undersigned declares: I am a resident of or employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action. My business address is Treasurer – Tax Collector, County of Ventura, 800 South Victoria Avenue, Ventura, California 93009-1290.

On **January 5, 2011**, I served the within **Proof of Administrative Claim** on:

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Sean M. Beach<br>Patrick A. Jackson<br>1000 West St., 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19801 | **Counsel for the Debtors** |
| HAHN & HESSEN LLP<br>Mark S. Indelicato<br>Edward L. Schnitzer<br>488 Madison Ave.<br>New York, NY  10022 | **Counsel for the Plan Trustee** |
| Steven D. Sass<br>AHM Liquidating Trust<br>P.O. Box 10550<br>Melville, NY  11747 | **The Plan Trustee** |

[ X ] **by addressing an envelope** to each of the above-named person(s) as indicated above, and placed in each envelope a true copy of each of said documents, and by then sealing and depositing said envelope, with postage thereon fully prepaid, in the United States mail at Ventura, California, where is located the office of the attorney for the persons by and for whom said service was made.

[ X ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **January 5, 2011**, at Ventura, California.

_Mary Barnes_
MARY BARNES