**EXHIBIT 3**

Ventura County Tax Collector
Mary Barnes, Deputy Tax Collector
Bankruptcy Department
800 South Victoria Avenue
Ventura, CA 93009-1290
(805) 654-3775

FILED / RECEIVED
NOV 17 2011
EPIQ BANKRUPTCY SOLUTIONS, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:

**American Home Mortgage Servicing, Inc.**

Debtor(s).

Case No. **07-11050 (CSS)**
Chapter **11**

**SECOND AMENDED**

**PROOF OF ADMINISTRATIVE CLAIM FOR CALIFORNIA PROPERTY TAXES**

Date of Petition:    August 6, 2007

Total Claim:    $8,691.79

1. The undersigned, whose business address is shown above, is the Tax Collector of the County of Ventura, and is authorized to make this proof of claim on behalf of the County.
2. The claim is for taxes due under the Revenue and Taxation Code of the State of California.
3. The amount of all payments on this claim has been credited and deducted for the purpose of making this claim

**THESE TAXES ARE POST PETITION AND PENALTIES CONTINUE TO ACCRUE UNTIL PAID**

| Parcel Number - Statement | Tax Year | Total Tax Due |
|---|---|---|
| 072-0-240-285 - 884371 | 2008/2009 | $ 1,746.14 |
| 102-0-086-055 - 884996 | 2008/2009 | 1,249.02 |
| 111-0-060-235 - 878761 | 2007/2008 | 33.88 |
| 200-0-422-245 - 885552 | 2008/2009 | 1,050.60 |
| 660-0-020-325 - 884130 | 2008/2009 | 72.54 |
| 689-0-320-085 - 879116 | 2006/2007 | 2,384.60 |
| 689-0-320-085 - 879117 | 2007/2008 | 2,155.01 |

4. Make check payable to the **Ventura County Tax Collector** and mail it to:

**Ventura County Tax Collector**
Attn: Bankruptcy
800 South Victoria Avenue
Ventura, CA 93009-1290

By: _Mary Barnes_
MARY BARNES
Deputy Tax Collector

Date:    November 15, 2011

Ventura County Tax Collector
Mary Barnes, Deputy Tax Collector
Bankruptcy Department
800 South Victoria Avenue
Ventura, CA 93009-1290
(805) 654-3775



Filed: USBC - District of Delaware
American Home Mortgage Holdings, Inc., Et Al.
07-11047 (CSS)    0000010865

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:                                      ) Case No. **07-11050 (CSS)**
                                            ) Chapter  **11**
**American Home Mortgage Servicing,**       )
**Inc.**                                    ) **AMENDED**
                                            )
        Debtor(s).                          ) **PROOF OF ADMINISTRATIVE CLAIM**
                                            ) **FOR CALIFORNIA PROPERTY TAXES**
                                            )
                                            ) Date of Petition:    **August 6, 2007**
                                            )
                                            ) Total Claim:         **$4,646.03**

1. The undersigned, whose business address is shown above, is the Tax Collector of the County of Ventura, and is authorized to make this proof of claim on behalf of the County.
2. The claim is for taxes due under the Revenue and Taxation Code of the State of California.
3. The amount of all payments on this claim has been credited and deducted for the purpose of making this claim

<u>Secured Claim pursuant to United States Bankruptcy Code, 11 U.S.C. section 506.</u>
**THESE TAXES ARE POST PETITION AND PENALTIES CONTINUE TO ACCRUE UNTIL PAID**

| Parcel Number - Statement | Tax Year  | Total Tax Due |
|---------------------------|-----------|---------------|
| 111-0-060-235 - 878761    | 2007/2008 | $   33.88     |
| 660-0-020-325 - 884130    | 2008/2009 |      72.54    |
| 689-0-320-085 - 879116    | 2006/2007 |   2,384.60    |
| 689-0-320-085 - 879117    | 2007/2008 |   2,155.01    |

4. Make check payable to the **Ventura County Tax Collector** and mail it to:

**Ventura County Tax Collector**,
Attn: Bankruptcy
800 South Victoria Avenue
Ventura, CA 93009-1290

FILED / RECEIVED
JAN 10 2011
EPIQ BANKRUPTCY SOLUTIONS, LLC

By: _Mary Barnes_
MARY BARNES
Deputy Tax Collector

Date:    January 7, 2011

**2008/2009**   **COUNTY OF VENTURA - SUPPLEMENTAL UNSECURED TAX BILL**

**STEVEN HINTZ**
**TAX COLLECTOR**

800 South Victoria Avenue, Ventura, CA 93009-1290
Office Hours: Monday - Friday 8:00 a.m. - 4:45 p.m.
☎ **(805) 654-3744** www.venturapropertytax.org

PROPERTY IS TAXED AT 1% OF FULL CASH VALUE PLUS VOTER APPROVED BOND INDEBTEDNESS

| TYPE | NEW BASE YEAR VALUE | VALUE ON ROLL | PRIOR SUPPLEMENTAL ASSESSMENTS | NET SUPPLEMENTAL ROLL VALUE |
|---|---|---|---|---|
| LAND | 410,000 | 99,191 | | 310,809 |
| IMPROVEMENTS | 221,000 | 148,791 | | 72,209 |
| TOTAL | 631,000 | 247,982 | | 383,018 |
| EXCEPTION | | | | |
| NET TAXABLE | 631,000 | 247,982 | | 383,018 |

AMERICAN HOME MTG SRVG INC
ATTN FIDELITY NTL FORCLOSURE
1270 NORTHLAND DR
MENDOTA HEIGHTS MN  55120

Lien No.  20110223000295480   Lien Date: 20110223   Lien Amount:  .00

DATE OF CHANGE OF OWNERSHIP OR COMPLETION OF NEW CONSTRUCTION  10/02/08

| TAX RATE AREA | PARCEL OR I.D NUMBER | ACCOUNT | STATEMENT NO. |
|---|---|---|---|
| 05001 | 072-0-240-285 | 00000 | 884371 |

TAX RATE GENERAL   1.065884
TAX RATE L and I

SALE OR DISPOSAL OF THIS PROPERTY DOES NOT RELIEVE THE ASSESSEE OF THIS TAX.

SITUS   880   VALLECITO
DBA
DESCRIPTION OF PROPERTY

DATE ASSESSMENT NOTICE MAILED   04/21/09
DATE BILL MAILED                11/16/09

| SERVICE AGENCY *GOVERNED BY BOARD OF SUPERVISOR | RATE PER $100 | AMOUNT |
|---|---|---|
| PROP 13 MAXIMUM 1% TAX | 1.000000 | 3830.18 |
| UNI SCH BOND VENTURA | .031300 | 119.88 |
| VTA COMM COLLEGE BD | .015200 | 58.22 |
| CASITAS MUN WTR BD | .019384 | 74.24 |
| SUB TOTAL | | 4082.52 |
| X PRORATION FACTOR | | .67 |
| SUB TOTAL | | 2735.28 |
| PRORATED PRIOR SUPPLEMENT TAX AMT | | 989.15- |
| NO. DAYS HELD   271 | TOTAL TAX DUE | 1746.14 |

THE FOLLOWING PENALTIES AND FEES WILL BE ADDED TO DELINQUENT ACCOUNTS:

| AFTER 12/31/09-10% PENALTY | | 174.61 |
|---|---|---|
| AFTER 03/31/10-1.5% PEN. PER MO. | 26.19 | 549.99 |
| AFTER 03/31/10-23% COLL. FEE | | 401.61 |

**DELINQUENT**
**CLOSE OF BUSINESS**
**12/31/09**

SEND THIS STUB WITH YOUR PAYMENT - DETACH ALONG DOTTED LINE

**2008/2009**   **SUPPLEMENTAL UNSECURED TAX STATEMENT - VENTURA COUNTY**

Date printed: 11/15/2011

AMERICAN HOME MTG SRVG INC
ATTN FIDELITY NTL FORCLOSURE
1270 NORTHLAND DR
MENDOTA HEIGHTS MN  55120

LINE NO:   090073731

40161

| PARCEL OR I.D NUMBER | ACCOUNT | STATEMENT NO. |
|---|---|---|
| 072-0-240-285 | 00000 | 884371 |

**PAY THIS AMOUNT**

**BY END OF NOV  2011**  ⇢  **2872.35**



AFTER THE END OF NOV 2011 CALL OUR OFFICE FOR THE CURRENT PAYOFF AMOUNT. ADDITIONAL PENALTIES WILL ATTACH TO THE AMOUNT SHOWN. FAILURE TO PAY THE CORRECT AMOUNT MAY RESULT IN THE RECORDING OF A TAX LIEN(R and T CODE 2191.3)

Make check payable to:
**VC Tax Collector**
Please put Assessor's Parcel# on check

Recording Requested By:
**VENTURA COUNTY TAX COLLECTOR**
800 South Victoria Avenue
Ventura, California 93009-1290

When recorded, return to Tax Collector

20110223000295480
Pages: 1        Fee: 0
2/23/2011 4:50:00 PM

Ventura County Recorder
MARK A. LUNN

---

**VENTURA COUNTY TAX COLLECTOR**
800 South Victoria Avenue
Ventura, California 93009-1290
(805) 654-3744

THIS IS TO NOTIFY YOU THAT A TAX LIEN HAS BEEN
FILED WITH RESPECT TO UNSECURED PROPERTY

**CERTIFICATE OF TAX LIEN**    Lien No. 20110223000295480

I, DON R. HANSEN, Tax Collector of Ventura County, State of California, in compliance with the provisions of Section 2191.3 and 2191.4 of the Revenue and Taxation Code, certify that there are on record in my office delinquent personal property taxes as set forth below. These taxes were duly assessed, computed and levied, together with interest and penalties for the year(s) and amounts(s) set forth below and are against the person or persons named herein and those persons are liable to Ventura County for said amount(s). In addition, further penalties will accrue on said taxes at the rate of 1.5% on the 1st day of each month beginning on the second month after delinquency. If the last day of any month falls on Saturday, Sunday or a legal holiday, the additional 1.5% penalty attaches on the next business day.

| ASSESSEE AND ADDRESS | YEAR/PARCEL/ACCOUNT | | AMOUNT |
|---|---|---|---|
| AMERICAN HOME MTG SRVG INC | 10-11 | | |
| | 072-0-240-285 | 000 | 2333.36 |
| 1270 NORTHLAND DR | | | |
| MENDOTA HEIGHTS MN   55120 | 884371 | 05001 | |

From the time of recordation of this certificate, this lien has the force, effect and priority of a judgment lien for a period of ten years or any extension thereof. The amount required to be paid as shown herein together with all accrued interest and penalties thereon will constitute a lien upon all real and personal property owned or hereafter acquired by each of the above named assessee(s).

DON R. HANSEN
*Tax Collector*

By _____ Deputy

Do not pay amount on this lien!
Call for correct pay-off: (805) 654-3744

Incorrect payments will be returned
and lien will remain in force.

TC04

**2008/2009**    COUNTY OF VENTURA - SUPPLEMENTAL UNSECURED TAX BILL

**STEVEN HINTZ**
**TAX COLLECTOR**

800 South Victoria Avenue, Ventura, CA 93009-1290
Office Hours: Monday - Friday 8:00 a.m. - 4:45 p.m.
☎ **(805) 654-3744** www.venturapropertytax.org

PROPERTY IS TAXED AT 1% OF FULL CASH VALUE PLUS VOTER APPROVED BOND INDEBTEDNESS

| TYPE | NEW BASE YEAR VALUE | VALUE ON ROLL | PRIOR SUPPLEMENTAL ASSESSMENTS | NET SUPPLEMENTAL ROLL VALUE |
|---|---|---|---|---|
| LAND | 192,000 | 13,962 | | 178,038 |
| IMPROVEMENTS | 103,000 | 31,691 | | 71,309 |
| TOTAL | 295,000 | 45,653 | | 249,347 |
| EXCEPTION | | 7,000 | | |
| NET TAXABLE | 295,000 | 38,653 | | 249,347 |

Lien No.  201102230000295470    Lien Date: 20110223    Lien Amount:  .00

AMERICAN HOME MTG SRVG INC
ATTN FIDELITY NATL FORECLOSE
1270 NORTHLAND DR
MENDOTA HEIGHTS MN  55120

DATE OF CHANGE OF OWNERSHIP OR
COMPLETION OF NEW CONSTRUCTION  08/28/08

| TAX RATE AREA | PARCEL OR I.D NUMBER | ACCOUNT | STATEMENT NO. |
|---|---|---|---|
| 04001 | 102-0-086-055 | 00000 | 884996 |

TAX RATE GENERAL    1.074600
TAX RATE L and I

SALE OR DISPOSAL OF THIS PROPERTY
DOES NOT RELIEVE THE ASSESSEE OF THIS TAX.

SITUS    420    CAMERON
DBA

DESCRIPTION
OF PROPERTY

DATE ASSESSMENT NOTICE MAILED    03/23/09
DATE BILL MAILED    12/15/09

| SERVICE AGENCY *GOVERNED BY BOARD OF SUPERVISOR | RATE PER $100 | AMOUNT |
|---|---|---|
| PROP 13 MAXIMUM 1% TAX | 1.000000 | 2493.47 |
| EL SCH BOND SANTA PAULA | .040000 | 99.73 |
| VTA COMM COLLEGE BD | .015200 | 37.90 |
| STA PAULA HI SCH BD | .019400 | 48.38 |
| UNITED WTR CONS IMPORT | .024668 | 61.50 |
| SUB TOTAL | | 2740.98 |
| X PRORATION FACTOR | | .83 |
| SUB TOTAL | | 2275.01 |
| PRORATED PRIOR SUPPLEMENT TAX AMT | | 1026.00- |
| NO. DAYS HELD    306 | TOTAL TAX DUE | 1249.02 |

THE FOLLOWING PENALTIES AND FEES WILL BE ADDED
TO DELINQUENT ACCOUNTS:

| AFTER  02/01/10-10% PENALTY | | 124.90 |
| AFTER  04/30/10-1.5% PEN. PER MO. | 18.73 | 355.87 |
| AFTER  04/30/10-23% COLL. FEE | | 287.27 |

**DELINQUENT**
**CLOSE OF BUSINESS**
**02/01/10**

SEND THIS STUB WITH YOUR PAYMENT - DETACH ALONG DOTTED LINE

**2008/2009**    SUPPLEMENTAL UNSECURED TAX STATEMENT - VENTURA COUNTY

Date printed: 11/15/2011

AMERICAN HOME MTG SRVG INC
ATTN FIDELITY NATL FORECLOSE
1270 NORTHLAND DR
MENDOTA HEIGHTS MN  55120

LINE NO:    090069890

28727

| PARCEL OR I.D NUMBER | ACCOUNT | STATEMENT NO. |
|---|---|---|
| 102-0-086-055 | 00000 | 884996 |

**PAY THIS AMOUNT**

| BY END OF NOV 2011 | ➔ | 2017.06 |

AFTER THE END OF NOV 2011 CALL OUR OFFICE FOR THE CURRENT
PAYOFF AMOUNT. ADDITIONAL PENALTIES WILL ATTACH TO THE
AMOUNT SHOWN. FAILURE TO PAY THE CORRECT AMOUNT MAY
RESULT IN THE RECORDING OF A TAX LIEN(R and T CODE 2191.3)

Make check payable to:
**VC Tax Collector**
Please put Assessor's Parcel# on check



Recording Requested By:
**VENTURA COUNTY TAX COLLECTOR**
800 South Victoria Avenue
Ventura, California 93009-1290

When recorded, return to Tax Collector

20110223000295470
Pages: 1   Fee: 0
2/23/2011 4:50:00 PM

Ventura County Recorder
MARK A. LUNN

---

**VENTURA COUNTY TAX COLLECTOR**
800 South Victoria Avenue
Ventura, California 93009-1290
(805) 654-3744

THIS IS TO NOTIFY YOU THAT A TAX LIEN HAS BEEN
FILED WITH RESPECT TO UNSECURED PROPERTY

**CERTIFICATE OF TAX LIEN**   Lien No. 20110223000295470

I, DON R. HANSEN, Tax Collector of Ventura County, State of California, in compliance with the provisions of Section 2191.3 and 2191.4 of the Revenue and Taxation Code, certify that there are on record in my office delinquent personal property taxes as set forth below. These taxes were duly assessed, computed and levied, together with interest and penalties for the year(s) and amounts(s) set forth below and are against the person or persons named herein and those persons are liable to Ventura County for said amount(s). In addition, further penalties will accrue on said taxes at the rate of 1.5% on the 1st day of each month beginning on the second month after delinquency. If the last day of any month falls on Saturday, Sunday or a legal holiday, the additional 1.5% penalty attaches on the next business day.

| ASSESSEE AND ADDRESS | YEAR/PARCEL/ACCOUNT | | AMOUNT |
|---|---|---|---|
| AMERICAN HOME MTG SRVG INC | 10-11 | | |
| | 102-0-086-055 | 000 | 1672.19 |
| 1270 NORTHLAND DR | | | |
| MENDOTA HEIGHTS MN 55120 | 884996 | 04001 | |

From the time of recordation of this certificate, this lien has the force, effect and priority of a judgment lien for a period of ten years or any extension thereof. The amount required to be paid as shown herein together with all accrued interest and penalties thereon will constitute a lien upon all real and personal property owned or hereafter acquired by each of the above named assessee(s).

DON R. HANSEN
Tax Collector

By _____ Deputy

Do not pay amount on this lien!
Call for correct pay-off: (805) 654-3744

Incorrect payments will be returned
and lien will remain in force.

TC04

**2007/2008**  COUNTY OF VENTURA - SUPPLEMENTAL UNSECURED TAX BILL

**STEVEN HINTZ**
**TAX COLLECTOR**

800 South Victoria Avenue, Ventura, CA 93009-1290
Office Hours: Monday - Friday 8:00 a.m. - 4:45 p.m.
☎ (805) 654-3744   www.venturapropertytax.org

PROPERTY IS TAXED AT 1% OF FULL CASH VALUE PLUS VOTER APPROVED BOND INDEBTEDNESS

| TYPE | NEW BASE YEAR VALUE | VALUE ON ROLL | PRIOR SUPPLEMENTAL ASSESSMENTS | NET SUPPLEMENTAL ROLL VALUE |
|---|---|---|---|---|
| LAND | 703,500 | 699,000 | | 4,500 |
| IMPROVEMENTS | 378,500 | 376,000 | | 2,500 |
| TOTAL | 1,082,000 | 1,075,000 | | 7,000 |
| EXCEPTION | | | | |
| NET TAXABLE | 1,082,000 | 1,075,000 | | 7,000 |

Lien No. 20090224000250500    Lien Date: 20090224    Lien Amount: .00

AMERICAN HOME MORTGAGE

4600 REGENT BL #200
IRVING TX  75063

DATE OF CHANGE OF OWNERSHIP OR COMPLETION OF NEW CONSTRUCTION  04/05/07

| TAX RATE AREA | PARCEL OR I.D NUMBER | ACCOUNT | STATEMENT NO. |
|---|---|---|---|
| 07033 | 111-0-060-235 | 00000 | 878761 |

TAX RATE GENERAL   1.042400
TAX RATE L and I

SALE OR DISPOSAL OF THIS PROPERTY DOES NOT RELIEVE THE ASSESSEE OF THIS TAX.

SITUS   839   DIAMOND
DBA

DESCRIPTION
OF PROPERTY

DATE ASSESSMENT NOTICE MAILED   05/19/08
DATE BILL MAILED   08/15/08

| SERVICE AGENCY *GOVERNED BY BOARD OF SUPERVISOR | RATE PER $100 | AMOUNT |
|---|---|---|
| PROP 13 MAXIMUM 1% TAX | 1.000000 | 70.00 |
| EL SCH BD MESA | .023100 | 1.61 |
| HI SCH BOND OXNARD | .009800 | .69 |
| VTA COMM COLLEGE BD | .005000 | .35 |
| METROPOLITAN WTR | .004500 | .31 |
| UNITED WTR CONS IMPORT | .003374 | .23 |
| SUB TOTAL | | 73.19 |
| X PRORATION FACTOR | | 1.00 |
| SUB TOTAL | | 73.19 |
| PRORATED PRIOR SUPPLEMENT TAX AMT | | 39.31- |
| NO. DAYS HELD  365 | TOTAL TAX DUE | 33.88 |

**DELINQUENT CLOSE OF BUSINESS 10/01/08**

THE FOLLOWING PENALTIES AND FEES WILL BE ADDED TO DELINQUENT ACCOUNTS:

AFTER  10/01/08-10% PENALTY                            3.38
AFTER  11/30/08-1.5% PEN. PER MO.       .50           17.50
AFTER  12/31/08-23% COLL. FEE                          7.79

SEND THIS STUB WITH YOUR PAYMENT - DETACH ALONG DOTTED LINE

**2007/2008**  SUPPLEMENTAL UNSECURED TAX STATEMENT - VENTURA COUNTY

Date printed: 11/15/2011
AMERICAN HOME MORTGAGE

4600 REGENT BL #200
IRVING TX  75063

LINE NO:   080008533

779

| PARCEL OR I.D NUMBER | ACCOUNT | STATEMENT NO. |
|---|---|---|
| 111-0-060-235 | 00000 | 878761 |

**PAY THIS AMOUNT**

| BY END OF NOV  2011 | ---> | 62.55 |



AFTER THE END OF NOV 2011 CALL OUR OFFICE FOR THE CURRENT PAYOFF AMOUNT. ADDITIONAL PENALTIES WILL ATTACH TO THE AMOUNT SHOWN. FAILURE TO PAY THE CORRECT AMOUNT MAY RESULT IN THE RECORDING OF A TAX LIEN(R and T CODE 2191.3)

**Make check payable to:**
**VC Tax Collector**
Please put Assessor's Parcel# on check

Recording Requested By:
**VENTURA COUNTY TAX COLLECTOR**

800 South Victoria Avenue
Ventura, California 93009-1290

When recorded, return to Tax Collector

20090224-00025050-0
Pages: 1     Fee: 0
2/24/2009 4:50:00 PM

Ventura County Recorder
James B. Becker, Assistant

---

VENTURA COUNTY TAX COLLECTOR
800 South Victoria Avenue
Ventura, California 93009-1290
(805) 654-3744

THIS IS TO NOTIFY YOU THAT A TAX LIEN HAS BEEN
FILED WITH RESPECT TO UNSECURED PROPERTY

**CERTIFICATE OF TAX LIEN**     Lien No. 20090224000250500

I, **LAWRENCE L. MATHENEY**, Tax Collector of Ventura County, State of California, in compliance with the provisions of Section 2191.3 and 2191.4 of the Revenue and Taxation Code, certify that there are on record in my office delinquent personal property taxes as set forth below. These taxes were duly assessed, computed and levied, together with interest and penalties for the year(s) and amounts(s) set forth below and are against the person or persons named herein and those persons are liable to Ventura County for said amount(s). In addition, further penalties will accrue on said taxes at the rate of 1.5% on the 1st day of each month beginning on the second month after delinquency. If the last day of any month falls on Saturday, Sunday or a legal holiday, the additional 1.5% penalty attaches on the next business day.

| ASSESSEE AND ADDRESS | YEAR/PARCEL/ACCOUNT | | AMOUNT |
|---|---|---|---|
| AMERICAN HOME MORTGAGE | 08-09 | | |
| | 111-0-060-235 | 000 | 56.05 |
| 4600 REGENT BL #200 | | | |
| IRVING TX  75063 | 878761 | 07033 | |

From the time of recordation of this certificate, this lien has the force, effect and priority of a judgment lien for a period of ten years or any extension thereof. The amount required to be paid as shown herein together with all accrued interest and penalties thereon will constitute a lien upon all real and personal property owned or hereafter acquired by each of the above named assessee(s).



LAWRENCE L. MATHENEY
*Tax Collector*

By _____ Deputy

Do not pay amount on this lien!
Call for correct pay-off: (805) 654-3744

Incorrect payments will be returned
and lien will remain in force.

TC04

**2008/2009**      COUNTY OF VENTURA - SUPPLEMENTAL UNSECURED TAX BILL

**STEVEN HINTZ**
**TAX COLLECTOR**

800 South Victoria Avenue, Ventura, CA 93009-1290
Office Hours: Monday - Friday 8:00 a.m. - 4:45 p.m.
☎ **(805) 654-3744** www.venturapropertytax.org

PROPERTY IS TAXED AT 1% OF FULL CASH VALUE PLUS VOTER APPROVED BOND INDEBTEDNESS

| TYPE | NEW BASE YEAR VALUE | VALUE ON ROLL | PRIOR SUPPLEMENTAL ASSESSMENTS | NET SUPPLEMENTAL ROLL VALUE |
|---|---|---|---|---|
| LAND | 250,000 | 126,470 | | 123,530 |
| IMPROVEMENTS | 150,000 | 101,173 | | 48,827 |
| TOTAL | 400,000 | 227,643 | | 172,357 |
| EXCEPTION | | | | |
| NET TAXABLE | 400,000 | 227,643 | | 172,357 |

Lien No. 20110223000295490   Lien Date:20110223   Lien Amount: .00

AMERICAN HOME SRV INC
ATTN FIDELITY NATIONAL
1270 NORTHLAND DR
MENDOTA HEIGHTS MN 55120

DATE OF CHANGE OF OWNERSHIP OR COMPLETION OF NEW CONSTRUCTION 09/02/08

| TAX RATE AREA | PARCEL OR I.D NUMBER | ACCOUNT | STATEMENT NO. |
|---|---|---|---|
| 03038 | 200-0-422-245 | 00000 | 885552 |

TAX RATE GENERAL    1.193337
TAX RATE L and I

SALE OR DISPOSAL OF THIS PROPERTY DOES NOT RELIEVE THE ASSESSEE OF THIS TAX

SITUS    841    IVYWOOD
DBA
DESCRIPTION
OF PROPERTY

DATE ASSESSMENT NOTICE MAILED    02/23/09
DATE BILL MAILED    01/15/10

**DELINQUENT**
**CLOSE OF BUSINESS**
**03/01/10**

| SERVICE AGENCY *GOVERNED BY BOARD OF SUPERVISOR | RATE PER $100 | AMOUNT |
|---|---|---|
| PROP 13 MAXIMUM 1% TAX | 1.000000 | 1723.57 |
| EL SCH BD OXNARD | .022100 | 38.09 |
| EL SCH BD OXNARD #2 | .036400 | 62.73 |
| EL SCH BD OXNARD #3 | .028700 | 49.47 |
| HI SCH BOND OXNARD | .010000 | 17.24 |
| VTA COMM COLLEGE BD | .015200 | 26.19 |
| METROPOLITAN WTR | .004300 | 7.42 |
| CITY OXNARD DIST #1 | .076637 | 132.08 |
| SUB TOTAL | | 2056.79 |
| X PRORATION FACTOR | | .75 |
| SUB TOTAL | | 1542.59 |
| PRORATED PRIOR SUPPLEMENT TAX AMT | | 491.99- |
| NO. DAYS HELD    301 | TOTAL TAX DUE | 1050.60 |

THE FOLLOWING PENALTIES AND FEES WILL BE ADDED TO DELINQUENT ACCOUNTS:

| AFTER 03/01/10-10% PENALTY | | 105.06 |
|---|---|---|
| AFTER 04/30/10-1.5% PEN. PER MO. | 15.75 | 283.50 |
| AFTER 05/31/10-23% COLL. FEE | | 241.63 |

SEND THIS STUB WITH YOUR PAYMENT - DETACH ALONG DOTTED LINE

**2008/2009**    SUPPLEMENTAL UNSECURED TAX STATEMENT - VENTURA COUNTY

Date printed: 11/15/2011

AMERICAN HOME SRV INC
ATTN FIDELITY NATIONAL
1270 NORTHLAND DR
MENDOTA HEIGHTS MN 55120

LINE NO: 090069573

24163

| PARCEL OR I.D NUMBER | ACCOUNT | STATEMENT NO. |
|---|---|---|
| 200-0-422-245 | 00000 | 885552 |

**PAY THIS AMOUNT**

| BY END OF NOV 2011 | ---> |  1680.79 |

AFTER THE END OF NOV 2011 CALL OUR OFFICE FOR THE CURRENT PAYOFF AMOUNT. ADDITIONAL PENALTIES WILL ATTACH TO THE AMOUNT SHOWN. FAILURE TO PAY THE CORRECT AMOUNT MAY RESULT IN THE RECORDING OF A TAX LIEN(R and T CODE 2191.3)

Make check payable to:
**VC Tax Collector**
Please put Assessor's Parcel# on check

Recording Requested By:
**VENTURA COUNTY TAX COLLECTOR**
800 South Victoria Avenue
Ventura, California 93009-1290

When recorded, return to Tax Collector

20110223000295490
Pages: 1    Fee: 0
2/23/2011 4:50:00 PM

Ventura County Recorder
MARK A. LUNN

---

**VENTURA COUNTY TAX COLLECTOR**
800 South Victoria Avenue
Ventura, California 93009-1290
(805) 654-3744

THIS IS TO NOTIFY YOU THAT A TAX LIEN HAS BEEN
FILED WITH RESPECT TO UNSECURED PROPERTY

**CERTIFICATE OF TAX LIEN**    Lien No. 20110223000295490

I, DON R. HANSEN, Tax Collector of Ventura County, State of California, in compliance with the provisions of Section 2191.3 and 2191.4 of the Revenue and Taxation Code, certify that there are on record in my office delinquent personal property taxes as set forth below. These taxes were duly assessed, computed and levied, together with interest and penalties for the year(s) and amounts(s) set forth below and are against the person or persons named herein and those persons are liable to Ventura County for said amount(s). In addition, further penalties will accrue on said taxes at the rate of 1.5% on the 1st day of each month beginning on the second month after delinquency. If the last day of any month falls on Saturday, Sunday or a legal holiday, the additional 1.5% penalty attaches on the next business day.

| ASSESSEE AND ADDRESS | YEAR/PARCEL/ACCOUNT | | AMOUNT |
|---|---|---|---|
| AMERICAN HOME SRV INC | 10-11 200-0-422-245 | 000 | 1408.29 |
| 1270 NORTHLAND DR MENDOTA HEIGHTS MN 55120 | 885552 | 03038 | |

From the time of recordation of this certificate, this lien has the force, effect and priority of a judgment lien for a period of ten years or any extension thereof. The amount required to be paid as shown herein together with all accrued interest and penalties thereon will constitute a lien upon all real and personal property owned or hereafter acquired by each of the above named assessee(s).

DON R. HANSEN
Tax Collector

By _____ Deputy

Do not pay amount on this lien!
Call for correct pay-off: (805) 654-3744

Incorrect payments will be returned
and lien will remain in force.

TC04

**2008/2009**          COUNTY OF VENTURA - SUPPLEMENTAL UNSECURED TAX BILL

**STEVEN HINTZ**
**TAX COLLECTOR**
800 South Victoria Avenue, Ventura, CA 93009-1290
Office Hours: Monday - Friday 8:00 a.m. - 4:45 p.m.
☎ **(805) 654-3744**  www.venturapropertytax.org

PROPERTY IS TAXED AT 1% OF FULL CASH VALUE PLUS VOTER APPROVED BOND INDEBTEDNESS

| TYPE | NEW BASE YEAR VALUE | VALUE ON ROLL | PRIOR SUPPLEMENTAL ASSESSMENTS | NET SUPPLEMENTAL ROLL VALUE |
|---|---|---|---|---|
| LAND | 351,000 | 198,033 | | 152,967 |
| IMPROVEMENTS | 189,000 | 297,049 | | 108,049- |
| TOTAL | 540,000 | 495,082 | | 44,918 |
| EXCEPTION | | 7,000 | | |
| NET TAXABLE | 540,000 | 488,082 | | 44,918 |

AMERICAN HOME MTG SRVG INC
ATTN FIDELITY NTL FORECLOSE
1270 NORTHLAND DR
MENDOTA HEIGHTS MN  55120

Lien No.   201000224000257700    Lien Date:20100224    Lien Amount:  .00

DATE OF CHANGE OF OWNERSHIP OR
COMPLETION OF NEW CONSTRUCTION  10/13/08

| TAX RATE AREA | PARCEL OR I.D NUMBER | ACCOUNT | STATEMENT NO. |
|---|---|---|---|
| 08486 | 660-0-020-325 | 00000 | 884130 |

TAX RATE GENERAL      1.044500
TAX RATE L and I

SALE OR DISPOSAL OF THIS PROPERTY
DOES NOT RELIEVE THE ASSESSEE OF THIS TAX.

SITUS   1044    LARRY

DBA

DESCRIPTION
OF PROPERTY

DATE ASSESSMENT NOTICE MAILED    05/18/09

DATE BILL MAILED                              08/17/09

| SERVICE AGENCY *GOVERNED BY BOARD OF SUPERVISOR | RATE PER $100 | AMOUNT |
|---|---|---|
| PROP 13 MAXIMUM 1% TAX | 1.000000 | 449.18 |
| UNI SCH BD CONEJO VLY | .025000 | 11.22 |
| VTA COMM COLLEGE BD | .015200 | 6.83 |
| METROPOLITAN WTR | .004300 | 1.93 |
| SUB TOTAL | | 469.16 |
| X PRORATION FACTOR | | .67 |
| SUB TOTAL | | 314.33 |
| PRORATED PRIOR SUPPLEMENT TAX AMT | | 241.80- |
| NO. DAYS HELD    260 | TOTAL TAX DUE | 72.54 |

THE FOLLOWING PENALTIES AND FEES WILL BE ADDED
TO DELINQUENT ACCOUNTS:

| | | |
|---|---|---|
| AFTER  09/30/09-10% PENALTY | | 7.25 |
| AFTER  11/30/09-1.5% PEN. PER MO. | 1.08 | 25.92 |
| AFTER  12/31/09-23% COLL. FEE | | 16.68 |

**DELINQUENT
CLOSE OF BUSINESS
09/30/09**

SEND THIS STUB WITH YOUR PAYMENT - DETACH ALONG DOTTED LINE

**2008/2009**    SUPPLEMENTAL UNSECURED TAX STATEMENT - VENTURA COUNTY

Date printed: 11/15/2011

AMERICAN HOME MTG SRVG INC
ATTN FIDELITY NTL FORECLOSE
1270 NORTHLAND DR
MENDOTA HEIGHTS MN  55120

LINE NO:   090074510

1668

| PARCEL OR I.D NUMBER | ACCOUNT | STATEMENT NO. |
|---|---|---|
| 660-0-020-325 | 00000 | 884130 |

**PAY THIS AMOUNT**

| BY END OF NOV  2011 | ---> | 122.39 |

AFTER THE END OF NOV 2011 CALL OUR OFFICE FOR THE CURRENT
PAYOFF AMOUNT. ADDITIONAL PENALTIES WILL ATTACH TO THE
AMOUNT SHOWN. FAILURE TO PAY THE CORRECT AMOUNT MAY
RESULT IN THE RECORDING OF A TAX LIEN(R and T CODE 2191.3)

**Make check payable to:**
**VC Tax Collector**
Please put Assessor's Parcel# on check



Recording Requested By:
**VENTURA COUNTY TAX COLLECTOR**
800 South Victoria Avenue
Ventura, California 93009-1290

When recorded, return to Tax Collector

20100224-00025770-0
Pages: 1          Fee: 0
2/24/2010 4:50:00 PM

Ventura County Recorder
James B. Becker, Assistant

---

**VENTURA COUNTY TAX COLLECTOR**
800 South Victoria Avenue
Ventura, California 93009-1290
(805) 654-3744

THIS IS TO NOTIFY YOU THAT A TAX LIEN HAS BEEN
FILED WITH RESPECT TO UNSECURED PROPERTY

**CERTIFICATE OF TAX LIEN**   Lien No. 20100224000257700

I, **LAWRENCE L. MATHENEY**, Tax Collector of Ventura County, State of California, in compliance with the provisions of Section 2191.3 and 2191.4 of the Revenue and Taxation Code, certify that there are on record in my office delinquent personal property taxes as set forth below. These taxes were duly assessed, computed and levied, together with interest and penalties for the year(s) and amounts(s) set forth below and are against the person or persons named herein and those persons are liable to Ventura County for said amount(s). In addition, further penalties will accrue on said taxes at the rate of 1.5% on the 1st day of each month beginning on the second month after delinquency. If the last day of any month falls on Saturday, Sunday or a legal holiday, the additional 1.5% penalty attaches on the next business day.

| ASSESSEE AND ADDRESS | YEAR/PARCEL/ACCOUNT | | AMOUNT |
|---|---|---|---|
| AMERICAN HOME MTG SRVG INC | 09-10 | | |
| | 660-0-020-325 | 000 | 107.47 |
| 1270 NORTHLAND DR | | | |
| MENDOTA HEIGHTS MN  55120 | 884130 | 08486 | |

From the time of recordation of this certificate, this lien has the force, effect and priority of a judgment lien for a period of ten years or any extension thereof. The amount required to be paid as shown herein together with all accrued interest and penalties thereon will constitute a lien upon all real and personal property owned or hereafter acquired by each of the above named assessee(s).



LAWRENCE L. MATHENEY
Tax Collector

By _____ Deputy

Do not pay amount on this lien!
Call for correct pay-off: (805) 654-3744

Incorrect payments will be returned
and lien will remain in force.

TC04

**2006/2007**      **COUNTY OF VENTURA - SUPPLEMENTAL UNSECURED TAX BILL**

## STEVEN HINTZ
## TAX COLLECTOR

800 South Victoria Avenue, Ventura, CA 93009-1290
Office Hours: Monday - Friday 8:00 a.m. - 4:45 p.m.
☏ (805) 654-3744  www.venturapropertytax.org

PROPERTY IS TAXED AT 1% OF FULL CASH VALUE PLUS VOTER APPROVED BOND INDEBTEDNESS

| TYPE | NEW BASE YEAR VALUE | VALUE ON ROLL | PRIOR SUPPLEMENTAL ASSESSMENTS | NET SUPPLEMENTAL ROLL VALUE |
|---|---|---|---|---|
| LAND | 1,800,000 | 1,323,167 | | 476,833 |
| IMPROVEMENTS | 950,000 | 882,112 | | 67,888 |
| TOTAL | 2,750,000 | 2,205,279 | | 544,721 |
| EXCEPTION | | | | |
| NET TAXABLE | 2,750,000 | 2,205,279 | | 544,721 |

AMERICAN HOME MORTAGAGE INC

4600 REGENT BL STE 200
IRVING TX 75063

Lien No. 200902240000250490    Lien Date:20090224    Lien Amount: .00

DATE OF CHANGE OF OWNERSHIP OR COMPLETION OF NEW CONSTRUCTION 01/05/07

| TAX RATE AREA | PARCEL OR I.D NUMBER | ACCOUNT | STATEMENT NO. |
|---|---|---|---|
| 08106 | 689-0-320-085 | 00000 | 879116 |

TAX RATE GENERAL    1.042300
TAX RATE L and I

SALE OR DISPOSAL OF THIS PROPERTY DOES NOT RELIEVE THE ASSESSEE OF THIS TAX.

SITUS    5256    ISLAND FOREST

DBA

DESCRIPTION
OF PROPERTY

DATE ASSESSMENT NOTICE MAILED    11/19/07

DATE BILL MAILED    08/15/08

| SERVICE AGENCY *GOVERNED BY BOARD OF SUPERVISOR | RATE PER $100 | AMOUNT |
|---|---|---|
| PROP 13 MAXIMUM 1% TAX | 1.000000 | 5447.21 |
| UNI SCH BD CONEJO VLY | .024900 | 135.63 |
| VTA COMM COLLEGE BD | .012700 | 69.18 |
| METROPOLITAN WTR | .004700 | 25.60 |
| SUB TOTAL | | 5677.62 |
| X PRORATION FACTOR | | .42 |
| SUB TOTAL | | 2384.60 |
| NO. DAYS HELD   176 | TOTAL TAX DUE | 2384.60 |

**DELINQUENT
CLOSE OF BUSINESS
10/01/08**

THE FOLLOWING PENALTIES AND FEES WILL BE ADDED TO DELINQUENT ACCOUNTS:

AFTER  10/01/08-10% PENALTY                                    238.46
AFTER  11/30/08-1.5% PEN. PER MO.         35.76                1251.60
AFTER  12/31/08-23% COLL. FEE                                  548.45

SEND THIS STUB WITH YOUR PAYMENT - DETACH ALONG DOTTED LINE

**2006/2007**    **SUPPLEMENTAL UNSECURED TAX STATEMENT - VENTURA COUNTY**

Date printed: 11/15/2011
AMERICAN HOME MORTAGAGE INC

4600 REGENT BL STE 200
IRVING TX 75063

LINE NO:  080000232

54845

| PARCEL OR I.D NUMBER | ACCOUNT | STATEMENT NO. |
|---|---|---|
| 689-0-320-085 | 00000 | 879116 |

**PAY THIS AMOUNT**

| BY END OF NOV 2011 | → | 4423.11 |

AFTER THE END OF NOV 2011 CALL OUR OFFICE FOR THE CURRENT PAYOFF AMOUNT. ADDITIONAL PENALTIES WILL ATTACH TO THE AMOUNT SHOWN. FAILURE TO PAY THE CORRECT AMOUNT MAY RESULT IN THE RECORDING OF A TAX LIEN(R and T CODE 2191.3)

**Make check payable to:
VC Tax Collector**
Please put Assessor's Parcel# on check

Recording Requested By:
**VENTURA COUNTY TAX COLLECTOR**
800 South Victoria Avenue
Ventura, California 93009-1290

When recorded, return to Tax Collector

20090224-00025049-0
Pages: 1    Fee: 0
2/24/2009 4:50:00 PM

Ventura County Recorder
James B. Becker, Assistant

*UNOFFICIAL*

**VENTURA COUNTY TAX COLLECTOR**
800 South Victoria Avenue
Ventura, California 93009-1290
(805) 654-3744

THIS IS TO NOTIFY YOU THAT A TAX LIEN HAS BEEN
FILED WITH RESPECT TO UNSECURED PROPERTY

**CERTIFICATE OF TAX LIEN**   Lien No. 20090224000250490

I, LAWRENCE L. MATHENEY, Tax Collector of Ventura County, State of California, in compliance with the provisions of Section 2191.3 and 2191.4 of the Revenue and Taxation Code, certify that there are on record in my office delinquent personal property taxes as set forth below. These taxes were duly assessed, computed and levied, together with interest and penalties for the year(s) and amounts(s) set forth below and are against the person or persons named herein and those persons are liable to Ventura County for said amount(s). In addition, further penalties will accrue on said taxes at the rate of 1.5% on the 1st day of each month beginning on the second month after delinquency. If the last day of any month falls on Saturday, Sunday or a legal holiday, the additional 1.5% penalty attaches on the next business day.

| ASSESSEE AND ADDRESS | YEAR/PARCEL/ACCOUNT | | AMOUNT |
|---|---|---|---|
| AMERICAN HOME MORTAGAGE INC | 08-09 | | |
| | 689-0-320-085 | 000 | 3182.51 |
| 4600 REGENT BL STE 200 | | | |
| IRVING TX    75063 | 879116 | 08106 | |

From the time of recordation of this certificate, this lien has the force, effect and priority of a judgment lien for a period of ten years or any extension thereof. The amount required to be paid as shown herein together with all accrued interest and penalties thereon will constitute a lien upon all real and personal property owned or hereafter acquired by each of the above named assessee(s).

LAWRENCE L. MATHENEY
*Tax Collector*

By _____ Deputy

Do not pay amount on this lien!
Call for correct pay-off: (805) 654-3744

Incorrect payments will be returned
and lien will remain in force.

TC04

**2007/2008**  COUNTY OF VENTURA - SUPPLEMENTAL UNSECURED TAX BILL

**STEVEN HINTZ**
**TAX COLLECTOR**

800 South Victoria Avenue, Ventura, CA 93009-1290
Office Hours: Monday - Friday 8:00 a.m. - 4:45 p.m.
☎ (805) 654-3744  www.venturapropertytax.org

PROPERTY IS TAXED AT 1% OF FULL CASH VALUE PLUS VOTER APPROVED BOND INDEBTEDNESS

| TYPE | NEW BASE YEAR VALUE | VALUE ON ROLL | PRIOR SUPPLEMENTAL ASSESSMENTS | NET SUPPLEMENTAL ROLL VALUE |
|---|---|---|---|---|
| LAND | 1,800,000 | 1,349,630 | | 450,370 |
| IMPROVEMENTS | 950,000 | 899,754 | | 50,246 |
| TOTAL | 2,750,000 | 2,249,384 | | 500,616 |
| EXCEPTION | | | | |
| NET TAXABLE | 2,750,000 | 2,249,384 | | 500,616 |

Lien No.  200902240000250480    Lien Date: 20090224    Lien Amount:  .00

AMERICAN HOME MORTAGAGE INC

4600 REGENT BL STE 200
IRVING TX  75063

DATE OF CHANGE OF OWNERSHIP OR
COMPLETION OF NEW CONSTRUCTION  01/05/07

| TAX RATE AREA | PARCEL OR I.D NUMBER | ACCOUNT | STATEMENT NO |
|---|---|---|---|
| 08106 | 689-0-320-085 | 00000 | 879117 |

TAX RATE GENERAL     1.033700
TAX RATE L and I

SALE OR DISPOSAL OF THIS PROPERTY
DOES NOT RELIEVE THE ASSESSEE OF THIS TAX.

SITUS    5256    ISLAND FOREST

DBA

DESCRIPTION
OF PROPERTY

DATE ASSESSMENT NOTICE MAILED    11/19/07
DATE BILL MAILED                           08/15/08

**DELINQUENT**
**CLOSE OF BUSINESS**
**10/01/08**

| SERVICE AGENCY *GOVERNED BY BOARD OF SUPERVISOR | RATE PER $100 | AMOUNT |
|---|---|---|
| PROP 13 MAXIMUM 1% TAX | 1.000000 | 5006.16 |
| UNI SCH BD CONEJO VLY | .024200 | 121.14 |
| VTA COMM COLLEGE BD | .005000 | 25.03 |
| METROPOLITAN WTR | .004500 | 22.53 |
| SUB TOTAL | | 5174.86 |
| X PRORATION FACTOR | | 1.00 |
| SUB TOTAL | | 5174.86 |
| PRORATED PRIOR SUPPLEMENT TAX AMT | | 3019.85- |
| NO. DAYS HELD    365 | TOTAL TAX DUE | 2155.01 |

THE FOLLOWING PENALTIES AND FEES WILL BE ADDED
TO DELINQUENT ACCOUNTS:

| | | |
|---|---|---|
| AFTER  10/01/08-10% PENALTY | | 215.50 |
| AFTER  11/30/08-1.5% PEN. PER MO. | 32.32 | 1131.20 |
| AFTER  12/31/08-23% COLL. FEE | | 495.65 |

SEND THIS STUB WITH YOUR PAYMENT - DETACH ALONG DOTTED LINE

**2007/2008**  SUPPLEMENTAL UNSECURED TAX STATEMENT - VENTURA COUNTY

Date printed: 11/15/2011
AMERICAN HOME MORTAGAGE INC

4600 REGENT BL STE 200
IRVING TX  75063

LINE NO:  080000232

49565

| PARCEL OR I.D NUMBER | ACCOUNT | STATEMENT NO |
|---|---|---|
| 689-0-320-085 | 00000 | 879117 |

**PAY THIS AMOUNT**

| BY END OF NOV  2011 | ➔ | 3997.36 |

AFTER THE END OF NOV 2011 CALL OUR OFFICE FOR THE CURRENT
PAYOFF AMOUNT. ADDITIONAL PENALTIES WILL ATTACH TO THE
AMOUNT SHOWN. FAILURE TO PAY THE CORRECT AMOUNT MAY
RESULT IN THE RECORDING OF A TAX LIEN(R and T CODE 2191.3)

**Make check payable to:**
**VC Tax Collector**
Please put Assessor's Parcel# on check

Recording Requested By:
**VENTURA COUNTY TAX COLLECTOR**
800 South Victoria Avenue
Ventura, California 93009-1290

When recorded, return to Tax Collector

20090224-00025048-0
Pages: 1     Fee: 0
2/24/2009 4:50:00 PM

Ventura County Recorder
James B. Becker, Assistant

---

**VENTURA COUNTY TAX COLLECTOR**
800 South Victoria Avenue
Ventura, California 93009-1290
(805) 654-3744

THIS IS TO NOTIFY YOU THAT A TAX LIEN HAS BEEN
FILED WITH RESPECT TO UNSECURED PROPERTY

**CERTIFICATE OF TAX LIEN**     Lien No. 20090224000250480

I, **LAWRENCE L. MATHENEY**, Tax Collector of Ventura County, State of California, in compliance with the provisions of Section 2191.3 and 2191.4 of the Revenue and Taxation Code, certify that there are on record in my office delinquent personal property taxes as set forth below. These taxes were duly assessed, computed and levied, together with interest and penalties for the year(s) and amounts(s) set forth below and are against the person or persons named herein and those persons are liable to Ventura County for said amount(s). In addition, further penalties will accrue on said taxes at the rate of 1.5% on the 1st day of each month beginning on the second month after delinquency. If the last day of any month falls on Saturday, Sunday or a legal holiday, the additional 1.5% penalty attaches on the next business day.

| ASSESSEE AND ADDRESS | YEAR/PARCEL/ACCOUNT | | AMOUNT |
|---|---|---|---|
| AMERICAN HOME MORTAGAGE INC | 08-09 | | |
|  | 689-0-320-085 | 000 | 2877.16 |
| 4600 REGENT BL STE 200 | 879117 | 08106 | |
| IRVING TX    75063 | | | |

From the time of recordation of this certificate, this lien has the force, effect and priority of a judgment lien for a period of ten years or any extension thereof. The amount required to be paid as shown herein together with all accrued interest and penalties thereon will constitute a lien upon all real and personal property owned or hereafter acquired by each of the above named assessee(s).



LAWRENCE L. MATHENEY
*Tax Collector*

By _____ Deputy

Do not pay amount on this lien!
Call for correct pay-off: (805) 654-3744

Incorrect payments will be returned
and lien will remain in force.

TC04

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Treasurer – Tax Collector, County of Ventura, 800 South Victoria Avenue, Ventura, California 93009-1290.

A true and correct copy of the foregoing document described as **_AMENDED PROOF OF ADMINISTRATIVE CLAIM_** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **_Fill in Date Document is Filed_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **NOVEMBER 15, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Epiq Bankruptcy Solutions LLC<br>American Home Mortgage Claims Processing<br>P.O. Box 5076<br>FDR Station<br>New York, NY 10150-5076 | **Claims Agent – U.S. Mail** |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 West St., 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | **Counsel for the Debtors – U.S. Mail** |
| HAHN & HESSEN LLP<br>488 Madison Ave.<br>New York, NY 10022 | **Counsel for the Plan Trustee – U.S. Mail** |

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_Fill in Date Document is Filed,_** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/15/11 | Derek Fouarge | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                      F 9013-3.1.PROOF.SERVICE