**EXHIBIT 4**

1  LEROY SMITH, State Bar No. 107702
   County Counsel, County of Ventura
2  JOHN E. POLICH, State Bar No. 179295
   Assistant County Counsel
3  800 South Victoria Avenue, L/C #1830
   Ventura, California 93009-1830
4  Telephone:    (805) 654-2592
   Facsimile:    (805) 654-2185
5  E-mail:       john.polich@ventura.org

6  Attorneys for Creditor Ventura County
   Treasurer-Tax Collector
7

8                IN THE UNITED STATES BANKRUPTCY COURT

9                     FOR THE DISTRICT OF DELAWARE

10  In re:                                )   Chapter 11
                                          )
11  AMERICAN HOME MORTGAGE                 )   Case No.  07-11047 (CSS)
    HOLDINGS, INC., a Delaware             )
12  corporation, et al.,                   )
                                          )   Hearing Date: 1/19/12
13                                         )   Time:         1:00 p.m. ET
              Debtors.                     )   Courtroom:    6
14  _____)

15     DECLARATION OF MARY BARNES IN SUPPORT OF OPPOSITION OF
    CREDITOR VENTURA COUNTY TREASURER-TAX COLLECTOR TO PLAN
16   TRUST'S NINETY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION
                            TO CLAIMS
17

18       I, Mary Barnes, do hereby declare as follows:

19       1. My name is Mary Barnes.  I am over the age of twenty-one and of sound mind.

20  I could and would testify to the following if called to do so in a court of law.

21       2. I am currently employed in the office of the Ventura County Treasurer-Tax

22  Collector ("Tax Collector").  My title is Deputy Tax Collector, and I am responsible for

23  collecting taxes and penalties where taxpayers have declared bankruptcy.

24       3. I filed the claims of the Tax Collector in this proceeding and I have reviewed

25  the files of the Tax Collector in connection with the claims.  Based on that examination,

26  the debtors owe post-petition property taxes to the Tax Collector as follows:  Claim No.

27  10928 (Unsecured Real Property Tax), American Home Mortgage Holdings, Inc., Parcel

28  No. 111-0-060-235, assessed at $1,082,000, Parcel No. 660-0-020-325, assessed at

                                          1

1 | $540,000, Parcel No. 689-0-320-085, assessed at $2,750,000, Parcel No. 072-0-240-285,

2 | assessed at $631,000, Parcel No. 102-0-086-055, assessed at $295,000, and Parcel No.

3 | 200-0-422-245, assessed at $400,000, all located in Ventura County, California. The Plan

4 | Trustee seeks to reduce the claims relating to Parcel Nos. 072-0-240-285, 102-0-086-055

5 | and 200-0-422-245 to zero.

6 |     4. The total due, including penalties and accrued interest under California law, is

7 | $8,691.79, as follows:

8 |     Parcel No. 111-0-060-235, Tax Year 2007/2008, $33.88;

9 |     Parcel No. 660-0-020-325, Tax Year 2008/2009, $72.54;

10 |     Parcel No. 689-0-320-085, Tax Year 2006/2007, $2,384.60, Tax Year 2007/2008,

11 |     $2,155.01;

12 |     Parcel No. 072-0-240-285, Tax Year 2008/2009, $1,746.14;

13 |     Parcel No. 102-0-086-055, Tax Year 2008/2009, $1,249.02;

14 |     Parcel No. 200-0-422-245, Tax Year 2008/2009, $1,050.60.

15 |     5. The debtors owned each parcel for a portion of the applicable tax year. In each

16 | case, the properties were sold before the date on which the Tax Collector issued property

17 | tax bills for the tax years in which debtors owned the properties. Accordingly, the

18 | debtors' pro rata share of the property taxes due on each parcel were added to the County

19 | of Ventura's unsecured property tax roll. (See Rev. & Tax Code, § 75.54, subd. (c).) In

20 | accordance with California law, the tax amount due was prorated based on the portion of

21 | the applicable tax year in which debtors owned the properties.

22 |     6. As part of my initial review of this matter in late 2010, I searched the records of

23 | the Tax Collector and the Ventura County Clerk-Recorder for documents concerning the

24 | debtors' ownership of real property in Ventura County. I initially discovered that debtors

25 | owed property tax on one parcel, Parcel No. 111-0-060-235. That parcel was identified

26 | on the original Proof of Administrative Claim For California Property Taxes filed by the

27 | Tax Collector in these proceedings.

28 |     7. Subsequent to my initial search, I discovered records indicating that debtors

DECL. OF MARY BARNES IN SUPPORT OF OPPOSITION OF CREDITOR VENTURA COUNTY

1  owed property tax on two additional parcels, Parcels No. 660-0-020-325 and 689-0-320-

2  085.  Those additional parcels were identified on the Amended Proof of Administrative

3  Claim For California Property Taxes filed by the Tax Collector.

4       8.  In late 2011, the Tax Collector implemented new processes that enabled the

5  staff to search records of tax bills and notices pertaining to parties that were no longer

6  record owners of the relevant properties.  Using these processes, I reviewed my previous

7  search for records pertaining to debtors' ownership of real property in Ventura County.

8  This new search revealed that debtors owed property taxes on three additional parcels,

9  Parcels No. 072-0-240-285, 102-0-086-055, and 200-0-422-245.  These additional parcels

10 were identified on the Second Amended Proof of Administrative Claim For California

11 Property Taxes filed by the Tax Collector on November 17, 2011.

12      9.  The Tax Collector mailed a notice of assessment concerning Parcel No. 072-0-

13 240-285 to debtors on April 21, 2009.  A tax bill relating to the parcel was mailed to

14 debtors on November 16, 2009. Debtors were also mailed notice of a lien for unsecured

15 taxes recorded on the property on February 23, 2011.  Copies of the tax bill and lien are

16 attached hereto as Exhibit A.

17      10.  The Tax Collector mailed a notice of assessment concerning Parcel No. 102-0-

18 086-055 to debtors on March 23, 2009.  A tax bill relating to the parcel was mailed to

19 debtors on December 15, 2009.  Debtors were also mailed notice of a lien for unsecured

20 taxes recorded on the property on February 23, 2011.  Copies of the tax bill and lien are

21 attached hereto as Exhibit B.

22      11.  The Tax Collector mailed a notice of assessment concerning Parcel No. 200-0-

23 422-245 to debtors on March 23, 2009.  A tax bill relating to the parcel was mailed to

24 debtors on January 15, 2010.  Debtors were also mailed notice of a lien for unsecured

25 / / /

26 / / /

27 / / /

28 / / /

3

1  / / /

2  taxes recorded on the property on February 23, 2011.  Copies of the tax bill and lien are

3  attached hereto as Exhibit C.

4          I declare under penalty of perjury under the laws of the United States of America

5  that the foregoing is true and correct.

6          Dated this _____ 11 _____ day of January, 2012 , in the City of Ventura,

7  County of Ventura, State of California.

8

9                                        *Mary Barnes*
10                              MARY BARNES

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**EXHIBIT 4A**

**2008/2009**   **COUNTY OF VENTURA - SUPPLEMENTAL UNSECURED  TAX BILL**

# STEVEN HINTZ
# TAX COLLECTOR

800 South Victoria Avenue, Ventura, CA 93009-1290
Office Hours:  Monday - Friday 8:00 a.m. - 4:45 p.m.
☎ **(805) 654-3744** www.venturapropertytax.org

| TYPE | NEW BASE YEAR VALUE | VALUE ON ROLL | PRIOR SUPPLEMENTAL ASSESSMENTS | NET SUPPLEMENTAL ROLL VALUE |
|---|---|---|---|---|
| LAND | 410,000 | 99,191 | | 310,809 |
| IMPROVEMENTS | 221,000 | 148,791 | | 72,209 |
| TOTAL | 631,000 | 247,982 | | 383,018 |
| EXCEPTION | | | | |
| NET TAXABLE | 631,000 | 247,982 | | 383,018 |

PROPERTY IS TAXED AT 1% OF FULL CASH VALUE PLUS VOTER APPROVED BOND INDEBTEDNESS

Lien No.   20110223000295480        Lien Date:20110223        Lion Amount:    .00

AMERICAN HOME MTG SRVG INC
ATTN FIDELITY NTL FORCLOSURE
1270 NORTHLAND DR
MENDOTA HEIGHTS MN  55120

DATE OF CHANGE OF OWNERSHIP OR
COMPLETION OF NEW CONSTRUCTION 10/02/08

| TAX RATE AREA | PARCEL OR I.D NUMBER | ACCOUNT | STATEMENT NO. |
|---|---|---|---|
| 05001 | 072-0-240-285 | 00000 | 884371 |

TAX RATE GENERAL          1.065884
TAX RATE L and I

SALE OR DISPOSAL OF THIS PROPERTY
DOES NOT RELIEVE THE ASSESSEE OF THIS TAX.

SITUS      880      VALLECITO

DBA

DESCRIPTION
OF PROPERTY

DATE ASSESSMENT NOTICE MAILED    04/21/09

DATE BILL MAILED                        11/16/09

| SERVICE AGENCY *GOVERNED BY BOARD OF SUPERVISOR | RATE PER $100 | AMOUNT |
|---|---|---|
| PROP 13 MAXIMUM 1% TAX | 1.000000 | 3830.18 |
| UNI SCH BOND VENTURA | .031300 | 119.88 |
| VTA COMM COLLEGE BD | .015200 | 58.22 |
| CASITAS MUN WTR BD | .019384 | 74.24 |
| | | |
| SUB TOTAL | | 4082.52 |
| X PRORATION FACTOR | | .67 |
| SUB TOTAL | | 2735.28 |
| PRORATED PRIOR SUPPLEMENT TAX AMT | | 989.15- |
| NO. DAYS HELD      271 | TOTAL TAX DUE | 1746.14 |

## DELINQUENT
## CLOSE OF BUSINESS
## 12/31/09

THE FOLLOWING PENALTIES AND FEES WILL BE ADDED
TO DELINQUENT ACCOUNTS:

AFTER  12/31/09-10% PENALTY                                    174.61
AFTER  03/31/10-1.5% PEN. PER MO.        26.19            549.99
AFTER  03/31/10-23% COLL. FEE                              401.61

SEND THIS STUB WITH YOUR PAYMENT - DETACH ALONG DOTTED LINE

**2008/2009**   **SUPPLEMENTAL UNSECURED TAX STATEMENT - VENTURA COUNTY**

Date printed: 11/15/2011                              LINE NO:   090073731

AMERICAN HOME MTG SRVG INC
ATTN FIDELITY NTL FORCLOSURE                40161
1270 NORTHLAND DR
MENDOTA HEIGHTS MN  55120

| PARCEL OR I.D NUMBER | ACCOUNT | STATEMENT NO. |
|---|---|---|
| 072-0-240-285 | 00000 | 884371 |

## PAY THIS AMOUNT

| BY END OF NOV  2011 | ➡ | 2872.35 |
|---|---|---|

AFTER  THE END OF NOV 2011 CALL OUR OFFICE FOR THE CURRENT
PAYOFF AMOUNT. ADDITIONAL PENALTIES WILL ATTACH TO THE
AMOUNT SHOWN. FAILURE TO PAY THE CORRECT AMOUNT MAY
RESULT IN THE RECORDING OF A TAX LIEN(R and T CODE 2191.3)

Make check payable to:
**VC Tax Collector**
Please put Assessor's Parcel# on check

Recording Requested By:
**VENTURA COUNTY TAX COLLECTOR**

800 South Victoria Avenue
Ventura, California 93009-1290

When recorded, return to Tax Collector

20110223000295480
Pages: 1          Fee: 0
2/23/2011 4:50:00 PM

Ventura County Recorder
MARK A. LUNN

---

**VENTURA COUNTY TAX COLLECTOR**
800 South Victoria Avenue
Ventura, California 93009-1290
(805) 654-3744

THIS IS TO NOTIFY YOU THAT A TAX LIEN HAS BEEN
FILED WITH RESPECT TO UNSECURED PROPERTY

**CERTIFICATE OF TAX LIEN**          Lien No. 20110223000295480

I, **DON R. HANSEN**, Tax Collector of Ventura County, State of California, in compliance with the provisions of Section 2191.3 and 2191.4 of the Revenue and Taxation Code, certify that there are on record in my office delinquent personal property taxes as set forth below. These taxes were duly assessed, computed and levied, together with interest and penalties for the year(s) and amounts(s) set forth below and are against the person or persons named herein and those persons are liable to Ventura County for said amount(s). In addition, further penalties will accrue on said taxes at the rate of 1.5% on the 1st day of each month beginning on the second month after delinquency. If the last day of any month falls on Saturday, Sunday or a legal holiday, the additional 1.5% penalty attaches on the next business day.

| ASSESSEE AND ADDRESS | YEAR/PARCEL/ACCOUNT | | AMOUNT |
|---|---|---|---|
| AMERICAN HOME MTG SRVG INC | 10-11 | | |
| | 072-0-240-285 | 000 | 2333.36 |
| 1270 NORTHLAND DR | | | |
| MENDOTA HEIGHTS MN   55120 | 884371 | 05001 | |

From the time of recordation of this certificate, this lien has the force, effect and priority of a judgment lien for a period of ten years or any extension thereof. The amount required to be paid as shown herein together with all accrued interest and penalties thereon will constitute a lien upon all real and personal property owned or hereafter acquired by each of the above named assessee(s).

DON R. HANSEN
*Tax Collector*

By _____ Deputy

Do not pay amount on this lien!
Call for correct pay-off: (805) 654-3744

Incorrect payments will be returned
and lien will remain in force.

**EXHIBIT 4B**

**2008/2009**   **COUNTY OF VENTURA - SUPPLEMENTAL UNSECURED  TAX BILL**

# STEVEN HINTZ
# TAX COLLECTOR

800 South Victoria Avenue, Ventura, CA  93009-1290
Office Hours:  Monday - Friday 8:00 a.m. - 4:45 p.m.
☎ **(805) 654-3744**  www.venturapropertytax.org

| | PROPERTY IS TAXED AT 1% OF FULL CASH VALUE PLUS VOTER APPROVED BOND INDEBTEDNESS | | | |
|---|---|---|---|---|
| TYPE | NEW BASE YEAR VALUE | VALUE ON ROLL | PRIOR SUPPLEMENTAL ASSESSMENTS | NET SUPPLEMENTAL ROLL VALUE |
| LAND | 192,000 | 13,962 | | 178,038 |
| IMPROVEMENTS | 103,000 | 31,691 | | 71,309 |
| TOTAL | 295,000 | 45,653 | | 249,347 |
| EXCEPTION | | 7,000 | | |
| NET TAXABLE | 295,000 | 38,653 | | 249,347 |

Lien No.   20110223000295470        Lien Date:20110223        Lien Amount:   .00

AMERICAN HOME MTG SRVG INC
ATTN FIDELITY NATL FORECLOSE
1270 NORTHLAND DR
MENDOTA HEIGHTS MN  55120

DATE OF CHANGE OF OWNERSHIP OR
COMPLETION OF NEW CONSTRUCTION 08/28/08

| TAX RATE AREA | PARCEL OR I.D NUMBER | ACCOUNT | STATEMENT NO. |
|---|---|---|---|
| 04001 | 102-0-086-055 | 00000 | 884996 |

TAX RATE GENERAL           1.074600
TAX RATE L and I

SALE OR DISPOSAL OF THIS PROPERTY
DOES NOT RELIEVE THE ASSESSEE OF THIS TAX.

SITUS      420      CAMERON

DBA

DESCRIPTION
OF PROPERTY

DATE ASSESSMENT NOTICE MAILED      03/23/09

DATE BILL MAILED                          12/15/09

| SERVICE AGENCY *GOVERNED BY BOARD OF SUPERVISOR | RATE PER $100 | AMOUNT |
|---|---|---|
| PROP 13 MAXIMUM 1% TAX | 1.000000 | 2493.47 |
| EL SCH BOND SANTA PAULA | .040000 | 99.73 |
| VTA COMM COLLEGE BD | .015200 | 37.90 |
| STA PAULA HI SCH BD | .019400 | 48.38 |
| UNITED WTR CONS IMPORT | .024668 | 61.50 |
| SUB TOTAL | | 2740.98 |
| X PRORATION FACTOR | | .83 |
| SUB TOTAL | | 2275.01 |
| PRORATED PRIOR SUPPLEMENT TAX AMT | | 1026.00- |
| NO. DAYS HELD      306 | TOTAL TAX DUE | 1249.02 |

| **DELINQUENT** **CLOSE OF BUSINESS** **02/01/10** |
|---|

THE FOLLOWING PENALTIES AND FEES WILL BE ADDED
TO DELINQUENT ACCOUNTS:

| | | |
|---|---|---|
| AFTER  02/01/10-10% PENALTY | | 124.90 |
| AFTER  04/30/10-1.5% PEN. PER MO. | 18.73 | 355.87 |
| AFTER  04/30/10-23% COLL. FEE | | 287.27 |

SEND THIS STUB WITH YOUR PAYMENT - DETACH ALONG DOTTED LINE

**2008/2009**   **SUPPLEMENTAL UNSECURED TAX STATEMENT - VENTURA COUNTY**

Date printed: 11/15/2011

AMERICAN HOME MTG SRVG INC
ATTN FIDELITY NATL FORECLOSE
1270 NORTHLAND DR
MENDOTA HEIGHTS MN  55120

LINE NO:   090069890

28727

| PARCEL OR I.D NUMBER | ACCOUNT | STATEMENT NO. |
|---|---|---|
| 102-0-086-055 | 00000 | 884996 |

## PAY THIS AMOUNT

| BY END OF NOV  2011 | ---> | 2017.06 |
|---|---|---|

AFTER  THE END OF NOV  2011 CALL OUR OFFICE FOR THE CURRENT
PAYOFF AMOUNT. ADDITIONAL PENALTIES WILL ATTACH TO THE
AMOUNT SHOWN. FAILURE TO PAY THE CORRECT AMOUNT MAY
RESULT IN THE RECORDING OF A TAX LIEN(R and T CODE 2191.3)

Make check payable to:
**VC Tax Collector**

Please put Assessor's Parcel# on check

Recording Requested By:
VENTURA COUNTY TAX COLLECTOR

800 South Victoria Avenue
Ventura, California 93009-1290

When recorded, return to Tax Collector

20110223000295470
Pages: 1          Fee: 0
2/23/2011 4:50:00 PM

Ventura County Recorder
MARK A. LUNN

## VENTURA COUNTY TAX COLLECTOR
800 South Victoria Avenue
Ventura, California 93009-1290
(805) 654-3744

### THIS IS TO NOTIFY YOU THAT A TAX LIEN HAS BEEN FILED WITH RESPECT TO UNSECURED PROPERTY

### CERTIFICATE OF TAX LIEN

Lien No. 20110223000295470

DON R. HANSEN

I, _____, Tax Collector of Ventura County, State of California, in compliance with the provisions of Section 2191.3 and 2191.4 of the Revenue and Taxation Code, certify that there are on record in my office delinquent personal property taxes as set forth below. These taxes were duly assessed, computed and levied, together with interest and penalties for the year(s) and amounts(s) set forth below and are against the person or persons named herein and those persons are liable to Ventura County for said amount(s). In addition, further penalties will accrue on said taxes at the rate of 1.5% on the 1st day of each month beginning on the second month after delinquency. If the last day of any month falls on Saturday, Sunday or a legal holiday, the additional 1.5% penalty attaches on the next business day.

| ASSESSEE AND ADDRESS | YEAR/PARCEL/ACCOUNT | | AMOUNT |
|---|---|---|---|
| AMERICAN HOME MTG SRVG INC | 10-11 | | |
| | 102-0-086-055 | 000 | 1672.19 |
| 1270 NORTHLAND DR | | | |
| MENDOTA HEIGHTS MN    55120 | 884996 | 04001 | |

From the time of recordation of this certificate, this lien has the force, effect and priority of a judgment lien for a period of ten years or any extension thereof. The amount required to be paid as shown herein together with all accrued interest and penalties thereon will constitute a lien upon all real and personal property owned or hereafter acquired by each of the above named assessee(s).

DON R. HANSEN

_____
Tax Collector

By _____ Deputy

Do not pay amount on this lien!
Call for correct pay-off: (805) 654-3744

Incorrect payments will be returned and lien will remain in force.

TC04

# EXHIBIT 4C

**2008/2009**

# COUNTY OF VENTURA - SUPPLEMENTAL UNSECURED TAX BILL

## STEVEN HINTZ
## TAX COLLECTOR

800 South Victoria Avenue, Ventura, CA 93009-1290
Office Hours:  Monday - Friday 8:00 a.m. - 4:45 p.m.
☎ **(805) 654-3744** www.venturapropertytax.org

PROPERTY IS TAXED AT 1% OF FULL CASH VALUE PLUS VOTER APPROVED BOND INDEBTEDNESS

| TYPE | NEW BASE YEAR VALUE | VALUE ON ROLL | PRIOR SUPPLEMENTAL ASSESSMENTS | NET SUPPLEMENTAL ROLL VALUE |
|---|---|---|---|---|
| LAND | 250,000 | 126,470 | | 123,530 |
| IMPROVEMENTS | 150,000 | 101,173 | | 48,827 |
| TOTAL | 400,000 | 227,643 | | 172,357 |
| EXCEPTION | | | | |
| NET TAXABLE | 400,000 | 227,643 | | 172,357 |

Lien No.   2011022300029540        Lien Date:20110223        Lien Amount:   .00

DATE OF CHANGE OF OWNERSHIP OR
COMPLETION OF NEW CONSTRUCTION 09/02/08

| TAX RATE AREA | PARCEL OR I.D NUMBER | ACCOUNT | STATEMENT NO. |
|---|---|---|---|
| 03038 | 200-0-422-245 | 00000 | 885552 |

AMERICAN HOME SRV INC
ATTN FIDELITY NATIONAL
1270 NORTHLAND DR
MENDOTA HEIGHTS MN  55120

TAX RATE GENERAL          1.193337
TAX RATE L and I

SALE OR DISPOSAL OF THIS PROPERTY
DOES NOT RELIEVE THE ASSESSEE OF THIS TAX.

SITUS     841    IVYWOOD

DBA

DESCRIPTION
OF PROPERTY

DATE ASSESSMENT NOTICE MAILED    02/23/09

DATE BILL MAILED                         01/15/10

| SERVICE AGENCY *GOVERNED BY BOARD OF SUPERVISOR | RATE PER $100 | AMOUNT |
|---|---|---|
| PROP 13 MAXIMUM 1% TAX | 1.000000 | 1723.57 |
| EL SCH BD OXNARD | .022100 | 38.09 |
| EL SCH BD OXNARD #2 | .036400 | 62.73 |
| EL SCH BD OXNARD #3 | .028700 | 49.47 |
| HI SCH BOND OXNARD | .010000 | 17.24 |
| VTA COMM COLLEGE BD | .015200 | 26.19 |
| METROPOLITAN WTR | .004300 | 7.42 |
| CITY OXNARD DIST #1 | .076637 | 132.08 |
| SUB TOTAL | | 2056.79 |
| X PRORATION FACTOR | | .75 |
| SUB TOTAL | | 1542.59 |
| PRORATED PRIOR SUPPLEMENT TAX AMT | | 491.99- |
| NO. DAYS HELD     301 | TOTAL TAX DUE | 1050.60 |

THE FOLLOWING PENALTIES AND FEES WILL BE ADDED
TO DELINQUENT ACCOUNTS:

| | | |
|---|---|---|
| AFTER 03/01/10-10% PENALTY | | 105.06 |
| AFTER 04/30/10-1.5% PEN. PER MO. | 15.75 | 283.50 |
| AFTER 05/31/10-23% COLL. FEE | | 241.63 |

### DELINQUENT
### CLOSE OF BUSINESS
### 03/01/10

---

SEND THIS STUB WITH YOUR PAYMENT - DETACH ALONG DOTTED LINE

**2008/2009**    SUPPLEMENTAL UNSECURED TAX STATEMENT - VENTURA COUNTY

Date printed: 11/15/2011

AMERICAN HOME SRV INC
ATTN FIDELITY NATIONAL
1270 NORTHLAND DR
MENDOTA HEIGHTS MN  55120

LINE NO:   090069573

24163

| PARCEL OR I.D NUMBER | ACCOUNT | STATEMENT NO. |
|---|---|---|
| 200-0-422-245 | 00000 | 885552 |

## PAY THIS AMOUNT

| BY END OF NOV 2011 | ---> | 1680.79 |
|---|---|---|



AFTER THE END OF NOV 2011 CALL OUR OFFICE FOR THE CURRENT
PAYOFF AMOUNT. ADDITIONAL PENALTIES WILL ATTACH TO THE
AMOUNT SHOWN. FAILURE TO PAY THE CORRECT AMOUNT MAY
RESULT IN THE RECORDING OF A TAX LIEN(R and T CODE 2191.3)

**Make check payable to:**
**VC Tax Collector**
Please put Assessor's Parcel# on check

Recording Requested By:
VENTURA COUNTY TAX COLLECTOR

800 South Victoria Avenue
Ventura, California 93009-1290

When recorded, return to Tax Collector

20110223000295490
Pages: 1          Fee: 0
2/23/2011 4:50:00 PM

Ventura County Recorder
MARK A. LUNN

---

### VENTURA COUNTY TAX COLLECTOR
800 South Victoria Avenue
Ventura, California 93009-1290
(805) 654-3744

## THIS IS TO NOTIFY YOU THAT A TAX LIEN HAS BEEN
## FILED WITH RESPECT TO UNSECURED PROPERTY

### CERTIFICATE OF TAX LIEN

Lien No. 20110223000295490

I, _____ DON R. HANSEN _____, Tax Collector of Ventura County, State of California, in compliance with the provisions of Section 2191.3 and 2191.4 of the Revenue and Taxation Code, certify that there are on record in my office delinquent personal property taxes as set forth below. These taxes were duly assessed, computed and levied, together with interest and penalties for the year(s) and amounts(s) set forth below and are against the person or persons named herein and those persons are liable to Ventura County for said amount(s). In addition, further penalties will accrue on said taxes at the rate of 1.5% on the 1st day of each month beginning on the second month after delinquency. If the last day of any month falls on Saturday, Sunday or a legal holiday, the additional 1.5% penalty attaches on the next business day.

| ASSESSEE AND ADDRESS | YEAR/PARCEL/ACCOUNT | | AMOUNT |
|---|---|---|---|
| AMERICAN HOME SRV INC | 10-11 | | |
| | 200-0-422-245 | 000 | 1408.29 |
| 1270 NORTHLAND DR | | | |
| MENDOTA HEIGHTS MN    55120 | 885552 | 03038 | |

From the time of recordation of this certificate, this lien has the force, effect and priority of a judgment lien for a period of ten years or any extension thereof. The amount required to be paid as shown herein together with all accrued interest and penalties thereon will constitute a lien upon all real and personal property owned or hereafter acquired by each of the above named assessee(s).

DON R. HANSEN
_____
Tax Collector

By _____ Deputy

Do not pay amount on this lien!
Call for correct pay-off: (805) 654-3744

Incorrect payments will be returned
and lien will remain in force.

TC04