IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
    Debtors.                                                     :
                                                                 :   Ref. Docket Nos.: **10288 & 10309**
                                                                 :
---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED
ORDER WITH RESPECT TO PLAN TRUST'S NINETY-SECOND
OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

      1.      On December 20, 2011, through the undersigned counsel to the Plan Trustee, the Plan Trustee filed the Plan Trust's Ninety-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 10288] (the "Objection"). By the Objection, the Plan Trustee sought, *inter alia*, to disallow: (i) proof of claim number 10928 ("Claim 10928") filed by the Ventura County Tax Collector ("Ventura County") on the grounds that this claim

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 224 Sherwood Rd, Farmingdale, New York 11735.

was filed after the applicable bar date; and (ii) proof of claim number 10543 ("Claim 10543") filed by Washington Mutual Bank ("WAMU") on the grounds that WAMU provided insufficient documentation to allow the Plan Trustee to assess the validity of this claim.

2.  After the Objection was filed, Ventura County filed a response [Docket No. 10309] to the Objection asserting that Claim 10928 was not filed late since it amended a previously filed timely proof of claim. Based on follow-up discussions, the Plan Trustee and Ventura County have agreed to an adjournment of the Objection with respect to Claim 10928. Moreover, representatives of WAMU informally contacted the undersigned counsel and the parties have agreed to an adjournment of the Objection with respect to Claim 10543. A revised proposed form of order (the "Revised Proposed Order") reflecting the adjournment of the Objection with respect to these claims is attached hereto as Exhibit 1.

3.  Given that Claim 10928 was the only claim to be included on Exhibit B to the original proposed form of order and is being adjourned, rather than re-letter the exhibits, the Revised Proposed Order contains an Exhibit B marked as "Deleted" so as to avoid any possible confusion caused by re-lettering the exhibits to the Objection.

4.  Responses to the Objection were to be filed and served no later than January 12, 2012 at 4:00 p.m. (ET). The undersigned hereby certifies that, as of the date hereof, no other comment, answer, objection or other responsive pleading to the Objection has been received. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Objection appears thereon.

*[Remainder of page intentionally left blank]*

01: 11731469.1                                          066585.1001

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

Dated: January 17, 2011  
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ *Michael S. Neiburg*  
Sean M. Beach (No. 4070)  
Michael S. Neiburg (No. 5275)  
The Brandywine Building  
1000 West Street - 17th Floor  
P.O. Box 391  
Wilmington, Delaware 19899  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP  
Mark S. Indelicato  
Edward L. Schnitzer  
488 Madison Avenue  
New York, New York 10022  
Telephone: (212) 478-7200  
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

# EXHIBIT 1

**Revised Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
         Debtors.                                                :
                                                                 :  Ref. Docket No. 10288 & 10309
---------------------------------------------------------------- x

### ORDER SUSTAINING IN PART PLAN TRUST'S NINETY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the ninety-second omnibus (non-substantive) objection to claims (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which the Plan Trustee respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, disallowing in full such Disputed Claims[2] identified on Exhibits A and C attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 224 Sherwood Rd, Farmingdale, New York 11735.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

2

adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Objection is adjourned with respect to the following: (i) proof of claim number 10928 filed by the Ventura County Tax Collector; and (ii) proof of claim number 10543 filed by Washington Mutual Bank; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A and C are hereby disallowed in their entirety; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2012

                                                CHRISTOPHER S. SONTCHI
                                                UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Amended Claim**

# Exhibit A

## Amended Claims

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| CIFG ASSURANCE NORTH AMERICA, INC.<br>ATTN MICHAEL KNOPF<br>825 THIRD AVENUE<br>6TH FLOOR<br>NEW YORK, NY 10022 | 8707 | 1/11/08 | 07-11051 | Unspecified* | 10926 | 9/26/11 | 07-11047<br>07-11051 | - (S)<br>- (A)<br>- (P)<br>$22,886,446.00 (U)<br>$22,886,446.00 (T) |
| Totals: | 1 Claim | | | Unspecified* | | | | - (S)<br>- (A)<br>- (P)<br>$22,886,446.00 (U)<br>$22,886,446.00 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

### [DELETED]

# EXHIBIT C

**Insufficient Documentation Claims**

# Exhibit C

## Insufficient Documentation Claims

| Name/Address of Claimant | Objectionable Claim | | | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | |
| CALIFORNIA HOUSING FINANCE AGENCY<br>ATTN: PETER BUCK<br>P.O. BOX 4034<br>SACRAMENTO, CA 95812 | 9903 | 2/4/08 | 07-11051 | Unspecified* | Insufficient documentation to assess the validity of the claim. |
| GMAC MORTGAGE LLC<br>CLAUDIA Z. SPRINGER, ESQUIRE<br>REED SMITH LLP<br>2500 ONE LIBERTY PLACE - 1650 MARKET ST<br>PHILADELPHIA, PA 19103 | 9959 | 2/13/08 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$205,390.50 (U)<br>$205,390.50 (T) | Insufficient documentation to assess the validity of the claim. |
| **Totals:** | 2 Claims | | | - (S)<br>- (A)<br>- (P)<br>$205,390.50 (U)<br>$205,390.50 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.