# EXHIBIT A

No Liability Claim

## Exhibit A
## No Liability Claims

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| HAGAN, JAMES P.<br>P.O. BOX 6170<br>TYLER, TX 75711 | 10927 | 11/1/11 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$45,197.01 (U)<br>$45,197.01 (T) | Duplicative of claim 4795 which was expunged in Docket 4027. |

1 Claim

Totals:  - (S)
          - (A)
          - (P)
          $45,197.01 (U)
          $45,197.01 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.