IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | :: | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Plan Trust in the above-captioned case, and that on January 9, 2012, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Order Granting Authorization to File Exhibits to the Plan Trust's Omnibus Objection to (I)Motion for Judgment as a Matter of Law of Administrative Claims Entered, (II)Motion for Allowance and Payment of Administrative Claim with Brief in Support; and (III)Claims numbered 10870,10875 and 10887 Filed by Hussian Kareem Under Seal. [D.I. 10305]

Scheduling Order Regarding Post-Trial Briefing for (I)Motion for Judgment as a Matter of Law of Administrative Claim entered [D.I.1048]; (II)Motion for Allowance and Payment of Administrative Claim with Brief in Support [D.I.9692];and (III)Claims Numbered 10870,10875, and 10887 Filed by Hussain Kareem [D.I. 10306]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this _12_ day of January 2012.

_____
Notary Public

ANGELA M. COLSON
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Aug. 25, 2013

01: 10221757.1            066585.1001

Hussain Kareem
2197 Carlysle Creek Drive
Lawrenceville, GA 30044
*Federal Express and E-mail*