## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------  x
In re:                                                   :    Chapter 11
                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                   :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                          :
                                                         :    Jointly Administered
                                     Debtors.            ::
------------------------------------------------------------------  x
```

### AFFIDAVIT OF SERVICE

```
STATE OF DELAWARE        )
                         ) SS
NEW CASTLE COUNTY        )
```

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Plan Trust in the above-captioned case, and that on January 6, 2012, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Consensual Order Sustaining in Part the Plan Trust's Eighty Seventh Omnibus (Substantive)Objection to Claims with Respect t Proof of Claim Nos.9027 & 9028 [D.I. 10302]

Certification of Counsel Regarding Order Pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 Granting Authorization to File Exhibits to the Plan Trust's Omnibus Objection to (I) Motion for Judgment as a Matter of Law of Administrative Claim Entered, (II) Motion for Allowance and Payment of Administrative Claim with Brief in Support; and (III) Claims Numbered 10870, 10875 and 10887 filed by Hussain Kareem Under Seal [D.I. 10303

Notice of Filing of Redacted Confidential Exhibits to the Plan Trust's Omnibus Objection to (I) Motion for Judgment as a Matter of Law of Administrative Claim Entered, (II) Motion for Allowance and Payment of Administrative Claim with Brief in Support; and (III) Claims Numbered 10870, 10875 and 10887 filed by Hussain Kareem [D.I. 10304]

                                               _____
                                               Debbie Laskin

SWORN TO AND SUBSCRIBED before me this _17th_ day of January 2012.

                               _____
                               Notary Public

ANGELA M. COLSON
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Aug. 25, 2013

Hussain Kareem
2197 Carlysle Creek Drive
Lawrenceville, GA 30044
*Federal Express and E-mail*