IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 : Jointly Administered
         Debtors.                                                :
                                                                 : **Ref. Docket Nos.: 10122 & 10158**
---------------------------------------------------------------- x

### CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER SUSTAINING IN PART PLAN TRUST'S EIGHTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO. 8575 FILED BY WILMINGTON TRUST COMPANY

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

    1.    On August 10, 2011, through the undersigned counsel, the Plan Trustee filed the Plan Trust's Eighty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 10122] (the "Objection"). By the Objection, the Plan Trust sought, *inter alia*, to disallow proof of claim number 8575 ("Claim 8575") filed by Wilmington Trust Company ("Wilmington Trust") on the grounds that the documentation attached to Claim 8575 was insufficient for the Plan Trustee to assess the validity or amount of this claim.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 224 Sherwood Rd, Farmingdale, New York 11735.

2. After the Objection was filed, counsel for Wilmington Trust contacted the undersigned counsel and requested an adjournment of the Objection with respect to Claim 8575 in order to permit Wilmington Trust to investigate whether the proposed treatment of its claim as set forth in the Objection was appropriate. The Plan Trustee agreed to the requested adjournment of the Objection with respect to Claim 8575. On September 7, 2011, the Court entered an order [Docket No. 10158] sustaining the Objection in part, and adjourning the Objection with respect to Claim 8575.

3. As a result of further discussions, the parties have agreed that the Objection should be sustained with respect to Claim 8575 and that such claim should be disallowed in its entirety. A proposed form of consensual order (the "Proposed Order") reflecting the agreed upon treatment of these claims is attached hereto as Exhibit 1.

*[Signature page follows]*

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: January 23, 2012      YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
       Wilmington, Delaware

/s/ Michael S. Neiburg
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

# EXHIBIT 1

**Proposed Consensual Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         :   Jointly Administered
       Debtors.                                                          :
                                                                         :   **Ref. Docket Nos.: 10122 &**
------------------------------------------------------------------------ x   **10158**

### CONSENSUAL ORDER SUSTAINING IN PART PLAN TRUST'S EIGHTY-FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO. 8575 FILED BY WILMINGTON TRUST COMPANY

Upon consideration of the eighty-fourth omnibus (non-substantive) objection to claims (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors; and the Court having entered an order [Docket No. 10158] sustaining the Objection in part and the adjourning the Objection with respect to proof of claim number 8575 ( "Claim 8575") filed by Wilmington Trust Company ("Wilmington Trust"); and the Plan Trustee and Wilmington Trust having agreed that Claim 8575 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 224 Sherwood Rd, Farmingdale, New York 11735.

2

been given under the circumstances; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained in part as set forth herein; and it is further

ORDERED that Claim 8575 filed by Wilmington Trust shall be disallowed in its entirety; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2012

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE