**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047<br>Jointly Administered |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that **Buchalter Nemer**, A Professional Corporation (the "Firm"), effective January 30, 2012, has moved to:

**55 Second Street, 17th Floor**
**San Francisco, California 94105-3493**

The Firm's phone and fax numbers, and its email addresses, remain unchanged.

BUCHALTER NEMER,
A Professional Corporation

Dated: January 25, 2012

By:  /s/ Shawn M. Christianson
Shawn M. Christianson, Esq.
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone:  (415) 227-0900
Facsimile:   (415) 227-0770

Attorneys for Creditors, Oracle America, Inc. and Oracle Credit Corporation

-1-