**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) (Jointly Administered) |
| | **Hearing Date: February 17, 2012 at 10:00 a.m. (ET)** **Objections Deadline: February 10, 2012 at 4:00 p.m. (ET)** |
| Debtors. | |

## NOTICE OF MOTION

TO:    Counsel to Steven D. Sass as Plan Trustee; Counsel to American Home Mortgage Servicing, Inc. and Office of the United States Trustee

JPMorgan Chase Bank, National Association, by and through the undersigned counsel, has filed the attached **Motion of JPMorgan Chase Bank, National Association for an Order (i) Enforcing the Terms of the Stay Relief Order and (ii) Directing the Trustee to Turnover Funds** (the "Motion").

Objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **February 10, 2012 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on February 10, 2012 .**

A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801 ON **FEBRUARY 17, 2012 AT 10:00 A.M. (ET).**

{519.005-W0004776.}

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
      January 31, 2012

**LANDIS RATH & COBB LLP**

Daniel B. Rath (No. 3022)
Matthew B. McGuire (No. 4366)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

*Counsel for JPMorgan Chase Bank, National Association*

{519.005-W0004776.}