# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation,<br>et al.,<br><br>Debtors. | § Chapter 11<br>§<br>§ Case No. 07-11047 (CSS)<br>§<br>§ (Jointly Administered)<br>§<br>§<br>§ Ref. No. ___<br>§<br>§ |

## ORDER (I) ENFORCING THE TERMS OF THE STAY RELIEF ORDER AND (II) DIRECTING THE PLAN TRUSTEE TO TURNOVER FUNDS

Upon the Motion of JPMorgan Chase Bank, National Association ("JPMC") for an Order (i) enforcing the terms of the Stay Relief Order and (ii) directing the Trustee to turnover funds (the "Motion") [1], and it appearing that the relief requested is in the best interests of JPMC; and the Court having jurisdiction to hear the Motion; and proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and good and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that, within five (5) business days after the entry of this order, the Trustee shall turnover the Additional Funds to JPMC; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: February _____, 2012
Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge