IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for JPMorgan Chase Bank, National Association in the above referenced cases, and on the 31st day of January, 2012, she caused a copy of the following:

**MOTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION FOR AN ORDER (I) ENFORCING THE TERMS OF THE STAY RELIEF ORDER AND (II) DIRECTING THE TRUSTEE TO TURNOVER FUNDS**

to be served upon the parties identified on the attached list in the manner indicated.

 

_____
Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 31st day of January, 2012.

_____
Notary Public   JAMES S. GREEN, JR.
                ATTORNEY AT LAW
                NOTARY PUBLIC, STATE OF DELAWARE
                MY COMMISSION HAS NO EXPIRATION DATE
                29 DEL. C. §4223(a)(3)

**AMERICAN HOME MORTGAGE CORP.,** *et al.*
**JPMORGAN CHASE BANK, N.A.**

## SERVICE LIST/LABELS

*Via* **Hand Delivery**
(Co-Counsel to Steven D. Sass, as Plan Trustee)
Sean M. Beach, Esquire
Margaret Whiteman Greecher, Esquire
Patrick A. Jackson, Esquire
*Young Conaway Stargatt & Taylor, LLP*
1000 North King Street
Wilmington, DE 19801

*Via* **Hand Delivery**
Mark Kenney, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

*Via* **First Class Mail**
(Co-Counsel to Steven D. Sass, as Plan Trustee)
Michael A. Morris, Esquire
Jeanne E. Irving, Esquire
McKool Smith, P.C.
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017

*Via* **Hand Delivery**
(Co-Counsel to American Home Mortgage Servicing, Inc.)
Victoria W. Counihan, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

*Via* **First Class Mail**
(Co-Counsel to Steven D. Sass, as Plan Trustee)
Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

*Via* **First Class Mail**
(Co-Counsel to American Home Mortgage Servicing, Inc.)
Keith C. McDole, Esquire
Daniel P. Winikka, Esquire
Jones Day
2727 North Harwood Street
Dallas, TX 75201-1515