IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME<br>MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE  §
                               §  SS:
NEW CASTLE COUNTY  §

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for American Home Mortgage Servicing, Inc. f/k/a AH Mortgage Acquisition Co., Inc., in the above-captioned action, and that on the 10th day of February 2012, she caused copies of the following to be served upon the parties on the attached Service List as indicated.

- Objection to Iron Mountain Information Management, Inc.'s (I) Purchaser Cure Claim and (II) Administrative Claims [Docket No. 10326]

Dated: February 10, 2012

_____
Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED before me, a
Notary Public for the State and County
aforesaid, on the day and year aforesaid.

_____
Notary Public

VIA HAND DELIVERY:
Mark Kenney, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

VIA HAND DELIVERY:
Sean M. Beach, Esq.
Margaret W. Greecher, Esq.
Patrick A. Jackson, Esq.
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(Counsel to Plan Trustee)

VIA OVERNIGHT MAIL:
Mark Indelicato, Esq.
Edward Schnitzer, Esq.
Joseph Orbach, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York NY 10022
(Counsel to Plan Trustee)

VIA FIRST CLASS MAIL:
Steven D. Sass, Esq.
AHM Liquidation Trust
PO Box 10550
Melville NY 11747

VIA HAND DELIVERY:
Charles J. Brown, III, Esq.
Archer & Greiner, PC
300 Delaware Avenue
Suite 1370
Wilmington DE 19801
(Counsel to Iron Mountain)

VIA OVERNIGHT MAIL:
Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596
(Bank of America)

VIA HAND DELIVERY:
Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
(Bank of America)

VIA OVERNIGHT MAIL:
Frank F. McGinn, Esq.
David Phalen, Esq.
BARTLETT HACKETT FEINBERG P.C.
155 Federal Street, 9th Floor
Boston, MA 02110