IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

In Re:

| | |
|---|---|
| **Chama, Inc.**<br>Debtor(s) | **Chapter 7**<br>**Case No.: 98-2252** |
| **Just For Feet, Inc.**<br>Debtor(s) | **Chapter 7**<br>**Case No.: 99-4110** |
| **USG Corporation**<br>Debtor(s) | **Chapter 11**<br>**Case No.: 01-2094** |
| **L & W Supply Corporation**<br>Debtor(s) | **Chapter 11**<br>**Case No.: 01-2098** |
| **Federal-Mogul Global, Inc.**<br>Debtor(s) | **Chapter 11**<br>**Case No.: 01-10578** |
| **The Flintkote Company**<br>Debtor(s) | **Chapter 11**<br>**Case No.: 04-11300** |
| **American Home Mortgage Holdings, Inc.**<br>Debtor(s) | **Chapter 11**<br>**Case No.: 07-11047** |
| **W.R. Grace & Co.**<br>Debtor(s) | **Chapter 11**<br>**Case No.: 01-1139** |
| **Specialty Products Holdings Corp.**<br>Debtor(s) | **Chapter 11**<br>**Case No.: 10-11780** |

### ORDER RESCHEDULING HEARINGS SET FOR MAY 21, 2012, TO MAY 23, 2012

AND NOW, this **16th** day of **February, 2012**, it is **ORDERED** that the omnibus hearing date in the above cases set for **May 21, 2012**, is **cancelled** and **rescheduled** for **May 23, 2012**.

It is **FURTHER ORDERED** that counsel for Debtor(s) or Trustee(s), as applicable, shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

*/s/ Judith K. Fitzgerald*

The Honorable Judith K. Fitzgerald