IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :   Jointly Administered
                                    Debtors.                             :
------------------------------------------------------------------------ x

## CERTIFICATION OF COUNSEL REGARDING SCHEDULING OF OMNIBUS HEARING DATES

The undersigned hereby certifies that she has obtained from the Court the omnibus hearing dates set forth on the proposed order attached hereto.

Dated: February 21, 2012        YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
       Wilmington, Delaware

                                /s/ Margaret Whiteman Greecher
                                Sean M. Beach (No. 4070)
                                Margaret Whiteman Greecher (No. 4652)
                                The Brandywine Building
                                1000 West Street - 17th Floor
                                P.O. Box 391
                                Wilmington, Delaware 19899
                                Telephone: (302) 571-6600
                                Facsimile: (302) 571-1253

                                -and-

                                HAHN & HESSEN LLP
                                Mark S. Indelicato
                                Edward L. Schnitzer
                                488 Madison Avenue
                                New York, New York 10022
                                Telephone: (212) 478-7200
                                Facsimile: (212) 478-7400

                                *Co-Counsel to the Plan Trustee*

01: 7856483.9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
                              Debtors.                                 :
---------------------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

April 9, 2012 at 10:00 a.m. (ET)

May 8, 2012 at 10:00 a.m. (ET)

Dated: February ____, 2012
       Wilmington, Delaware

                                    _____
                                    CHRISTOPHER S. SONTCHI
                                    UNITED STATES BANKRUPTCY JUDGE

01: 7856483.9