IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x  Chapter 11

In re:                                                                    :

                                                                          :  Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                     :

a Delaware corporation, et al., [1]                                       :  Jointly Administered

                                                                          :

    Debtors.                                                            :

------------------------------------------------------------------------ x

## AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON FEBRUARY 24, 2012 AT 10:00 A.M. (ET)

---

**SINCE NO MATTERS ARE GOING FORWARD THE HEARING HAS BEEN
CANCELLED AT THE DIRECTION OF THE COURT.**

---

## ADJOURNED/RESOLVED MATTERS

1.      Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

      Response Deadline:    June 4, 2008 at 4:00 p.m.

      Related Documents:

            a)      Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

      Responses Filed:     See Exhibit A, attached

      Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 224 Sherwood Road, Famingdale, NY 11735.

2.      Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to
        Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule
        3007-1 [D.I. 4029, 5/12/08]

        Response Deadline:    June 4, 2008 at 4:00 p.m.

        Related Documents:

                a)      Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

        Responses Filed:      See Exhibit B, attached

        Status: An Order has been entered that partially sustains the Objection.  With respect to
                the remainder of the relief requested and the remaining responses set forth on
                Exhibit B, this matter will be adjourned.

3.      Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 5181, 7/18/08]

        Response Deadline:    August 11, 2008 at 4:00 p.m., extended to March 2, 2011 for
                              certain parties

        Related Documents:

                a)      Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

                b)      Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to
                        Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                        Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5463, 8/18/08]

                c)      Re-Notice of Debtors' Thirteenth Omnibus (Substantive) Objection to
                        Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                        Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9768, 2/7/11]

        Responses Filed:      See Exhibit C, attached

        Status: Orders have been entered that partially sustain the Objection.  With respect to the
                remainder of the relief requested and the remaining responses set forth on Exhibit
                C, this matter will be adjourned.

4.      Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 5447, 8/15/08]

        Response Deadline:    September 8, 2008 at 4:00 p.m.

        Related Documents:

                a)      Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive)
                        Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code,
                        Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1   [D.I. 6217,
                        10/10/08]

                b)      Supplemental Declaration of  Eileen Wanerka in Support of Debtors'
                        Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-
                        Third Omnibus Objections to Claims Pursuant to Section 502(b) of the
                        Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule
                        3007-1 [D.I. 7629, 7/22/09]

                c)      (Redacted) Supplemental Declaration of Eileen Wanerka in Support of
                        Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth,
                        Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to
                        Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                        Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

        Responses Filed:      Please see Exhibit D, attached

        Status:  An Order has been entered that partially sustains the Objection.  With respect to
                 the remainder of the relief requested and the remaining responses set forth on
                 Exhibit D, this matter will be adjourned.

5.      Iron Mountain Information Management, Inc.'s Second Motion to Compel Payment of
        Administrative Expenses [D.I. 6460, 10/25/08]

        Objection Deadline:   December 7, 2009 at 4:00 p.m., extended for the Plan Trust

        Objections Filed:

                a)  Plan Trust's Omnibus Objection to Iron Mountain Management, Inc.'s (I)
                    Purchaser Cure Claim and (II) Requests for Allowance and Payment of
                    Administrative Expenses [D.I. 10274, 12/12/11]

        Status: This matter will be adjourned to a date and time to be determined.

6.     Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6554 11/10/08]

Response Deadline:    December 3, 2008 at 4:00 p.m.

Related Document:

    a)     Order Sustaining Debtors' Twenty-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6703, 12/10/08]

Responses Filed:     See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned.

7.     Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

    a)     Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

Responses Filed:     See Exhibit F, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned.

8.     Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7084, 3/6/09]

Response Deadline:    March 30, 2009 at 4:00 p.m.

Related Documents:

    a)     Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-

Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

    b)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

    c)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Twenty-Fifth and Thirty-First Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 9977, 5/6/11]

Responses Filed:    See Exhibit G, attached.

Status: Orders have been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit G, this matter will be adjourned.

9.    Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8174, 10/13/09]

Response Deadline:    November 6, 2009 at 4:00 p.m., extended to July 12, 2011 for certain parties

Related Documents:

    a)    Order Sustaining Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8299, 11/13/09]

    b)    Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 9816, 3/7/11]

    c)    Revised Order Sustaining in Part Debtors' Forty-Fourth (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 9821, 3/9/11]

    d)    Order Sustaining in Part Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,

Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 9816, 3/7/11] [D.I. 9861, 3/17/11]

e)    Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 10052, 6/17/11]

Responses Received:  See Exhibit H, attached

Status: Orders have been entered that partially sustain the Objection.  This matter is adjourned with respect to the items listed in Exhibit H.

10.    Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8939, 6/18/10]

Response Deadline:    July 12, 2010 at 4:00 p.m., extended to August 9, 2010 for Assured Guaranty Corp.

Related Document:

a)    Order Sustaining in Part Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 9028, 7/19/10]

Responses Filed:    See Exhibit I

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit I, this matter will be adjourned.

11.    Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9176, 8/24/10]

Response Deadline:    September 16, 2010 at 4:00 p.m.

Related Document:

a)    Order Sustaining in Part Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007 [D.I. 9254, 9/23/10]

Responses Filed:    See Exhibit J

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit J, this matter will be adjourned.

12.   Paul M. Deck's Request for Payment of Administrative Claim Seeking Administrative Claim of Thirty-Four Hundred Dollars ($3400.00) [D.I. 9608, 12/30/10]

Objection Deadline:   April 5, 2011 at 4:00 p.m., extended to April 3, 2012 at 4:00 p.m. (ET)

Objections Filed:   None to date

Status: This matter will be adjourned to a date and time to be determined.

13.   Bernaillo County's Motion for Administrative Claim [D.I. 9618, 1/3/11]

Objection Deadline:   April 5, 2011 at 4:00 p.m., extended to April 3, 2012 at 4:00 p.m. (ET)

Responses Filed:   None to date

Status: This matter will be adjourned to a date and time to be determined.

14.   Banc of America Leasing & Capital, LLC's Request for Allowance and Payment of Administrative Expense Claim [D.I. 9619, 1/4/11]

Objection Deadline:   April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00 p.m. (ET)

Objections Filed:   None to date

Status: This matter will be adjourned to a date and time to be determined.

15.   The United States' Amended Request for Payment of Chapter 11 Administrative Expenses [D.I. 9624, 1/4/11]

Objection Deadline:   April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00 p.m. (ET)

Objections Filed:   None to date

Status: The matter will be adjourned to a date and time to be determined.

01: 11811274.2

16.    Application of Countrywide Bank, N.A. and Countrywide Home Loans, Inc. for Allowance of Administrative Expenses [D.I. 9625, 1/5/11]

      Objection Deadline:    April 29, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00 p.m. (ET)

      Objections Filed:    None to date

      Status: This matter will be adjourned to a date and time to be determined.

17.    Request by City of Hartford, Connecticut for Payment of Administrative Expense [D.I. 9626, 1/4/11]

      Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00 p.m. (ET)

      Objections Filed:    None to date

      Status: This matter will be adjourned to a date and time to be determined.

18.    CitiMortgage, Inc.'s Motion for an Order Allowing and Directing Payment of its Administrative Expense Claim [D.I. 9628, 1/5/11]

      Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00 p.m. (ET)

      Objections Filed:

        a)    Plan Trust's Objection to CitiMortgage, Inc.'s Motion for an Order Allowing and Directing Payment of its Administrative Expense Claim [D.I. 10222, 11/4/11]

      Status: This matter will be adjourned to March 12, 2012 at 10:00 a.m. (ET).

19.    Lewisville Independent School District's Request for Payment of Administrative Expense [D.I. 9630, 1/4/11]

      Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended April 3, 2012 at 4:00 p.m. (ET)

      Objections Filed:    None to date

      Status: This matter will be adjourned to a date and time to be determined.

20.    Iron Mountain Information Management, Inc.'s Request for Allowance and Payment of Administrative Expenses (Hardcopy) [D.I. 9636, 1/5/11]

Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00 p.m. (ET)

Objections Filed:

a) Plan Trust's Omnibus Objection to Iron Mountain Management, Inc.'s (I) Purchaser Cure Claim and (II) Requests for Allowance and Payment of Administrative Expenses [D.I. 10274, 12/12/11]

b) Objection of American Home Mortgage Servicing, Inc. to Iron Mountain Information Management, Inc.'s (I) Purchaser Cure Claim and (II) Administrative Claims [D.I. 10326, 2/10/12]

Status: This matter will be adjourned to March 12, 2012 at 10:00 a.m. (ET).

21.    Iron Mountain Information Management, Inc.'s Request for Allowance and Payment of Administrative Expenses (Data) [D.I. 9637, 1/5/11]

Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00 p.m. (ET)

Objections Filed:

a) Plan Trust's Omnibus Objection to Iron Mountain Management, Inc.'s (I) Purchaser Cure Claim and (II) Requests for Allowance and Payment of Administrative Expenses [D.I. 10274, 12/12/11]

Status: This matter will be adjourned to March 12, 2012 at 10:00 a.m. (ET).

22.    Application of Normal Loftis for Allowance and Payment of Administrative Expense Claim Pursuant to Section 503(b) of the Bankruptcy Code [D.I. 9638, 1/5/11]

Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00 p.m. (ET)

Objections Filed:    None to date

Status: This matter will be adjourned to a date and time to be determined.

23.   Request of American Home Mortgage Servicing, Inc., formerly known as AH Mortgage Acquisition Co., Inc. for Allowance and Payment of an Administrative Expense Claim [D.I. 9640, 1/5/11]

Objection Deadline:   April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00 p.m. (ET)

Objections Filed:

   a)   Plan Trust's Objection to the Request of American Home Mortgage Servicing, Inc., formerly known as AH Mortgage Acquisition Co., Inc., for Allowance and Payment of an Administrative Expense Claim [D.I. 10273, 12/12/11]

Status: This matter will be adjourned to March 12, 2012 at 10:00 a.m. (ET).

24.   Protective Claim of Fred R. Hodoval, Rollover IRA, Pershing LLC, Custodian, Recognized Claim Number 1223571 [D.I. 9662, 1/10/11]

Objection Deadline:   Extended to April 3, 2012 at 4:00 p.m. (ET)

Objections Filed:       None to date

Status: This matter will be adjourned to a date and time to be determined.

25.   Plan Trust's Seventy-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9771, 2/7/11]

Response Deadline:   March 2, 2011 at 4:00 p.m. (ET)

Related Document:

   a)      Order Sustaining in Part Plan Trust's Seventy-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9822, 3/9/11]

Responses Filed:       See Exhibit K, attached.

Status: An Order has been entered which partially sustains the objection.  This matter has been adjourned with respect to the respond of J.P. Morgan Mortgage Acquisition Co. as listed on Exhibit K.

01: 11811274.2

26.    Plan Trust's Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9817, 3/7/11]

Response Deadline:    March 30, 2011 at 4:00 p.m. (ET)

Related Document:

    a)    Order [D.I. 9913, 4/5/11]

Responses Filed:    See Exhibit L, attached.

Status: An order has been entered which partially sustains the Objection.  This matter is adjourned with respect to those items listed in Exhibit L.

27.    Plan Trust's Seventy-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9818, 2/7/11]

Response Deadline:    March 30, 2011 at 4:00 p.m. (ET)

Related Document:

    a)    Order  [D.I. 9919, 4/6/11]

Responses Filed:    See Exhibit M, attached.

Status: An order has been entered which partially sustains the Objection.  This matter is adjourned with respect to those items listed in Exhibit M.

28.    Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9818, 2/7/11]

Response Deadline:    May 4, 2011 at 4:00 p.m. (ET), extended to July 12, 2011 at 4:00 p.m. (ET) for certain parties

Related Documents:

    a)    Revised Order Sustaining in Part Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9994, 5/9/11]

      b)  Re-Notice of Debtors' Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10053, 6/17/11]

Responses Filed:      See Exhibit N, attached.

Status: An order has been entered which partially sustains the Objection.  This matter is adjourned with respect to those items listed in Exhibit N.

29.    Plan Trust's Seventy-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10014, 5/20/11]

Response Deadline:   June 14, 2011 at 4:00 p.m. (ET)

Related Documents:

      a)      Notice of Partial Withdrawal [D.I. 10026, 5/31/11]

      b)      Order Sustaining Plan Trust's Seventy-Eighth Omnibus (Non-Substantive) Objection to Claims [D.I. 10060, 6/20/11]

Responses Filed:      See Exhibit O, attached.

Status: An Order has been entered which partially sustains the Objection.  With respect to Exhibit O, this matter is adjourned regarding the claims of DB Structured Products and the Objection is withdrawn regarding the claim of Dawn May.

30.    Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10015, 5/20/11]

Response Deadline:   June 14, 2011 at 4:00 p.m. (ET)

Related Document:

      a)      Order Sustaining Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims [D.I. 10059, 6/20/11]

Responses Filed:      See Exhibit P, attached

Status: An Order has been entered which partially sustains the Objection.  With respect to Exhibit P, this matter will be adjourned.

31.    Plan Trust's Eighty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to
Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
Rule 3007-1 [D.I. 10122, 8/10/11]

Response Deadline:    September 1, 2011 at 4:00 p.m. (ET), extended for RBS and
Wilmington Trust to September 30, 2011 at 4:00 p.m. (ET)

Related Document:

a)    Order Sustaining in Part Plan Trust's Eighty-Fourth Omnibus (Non-
Substantive) Objection to Claims Pursuant to Section 502(b) of the
Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1
[D.I. 10158, 8/8/11]

b)    Consensual Order Sustaining in Part Plan Trust's Eighty-Fourth Omnibus
(Non-Substantive) Objection to Claims [D.I. 10187, 10/3/11]

Responses Filed:    See Exhibit Q, attached

Status: Orders have been entered that partially sustain this matter.  This matter will be
adjourned with respect to the responses on Exhibit Q.

32.    Plan Trust's Eighty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section
502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
1 [D.I. 10123, 8/10/11]

Response Deadline:    September 1, 2011 at 4:00 p.m. (ET)

Responses Filed:    See Exhibit R, attached

Status: This matter is adjourned.

33.    Plan Trust's Eighty-Seventh (Substantive) Objection to Claims Pursuant to Section
502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
1 [D.I. 10156, 9/7/11]

Response Deadline:    September 30, 2011 at 4:00 p.m. (ET)

Related Document:

a)    Order Sustaining in Part Plan Trust's Eighty-Seventh (Substantive) Objection
to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 10208, 10/7/11]

Responses Filed:    See Exhibit S, attached

Status: An order has been entered which partially sustains the Objection.  This matter will
be adjourned with respect to the objection to the claims of Bear Stearns.

34.     Plan Trust's Ninety-First Omnibus (Substantive) Objection to Claims Pursuant to Section
502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
1 [D.I. 10252, 11/16/11]

Response Deadline:    December 9, 2011 at 4:00 p.m. (ET)

Related Document:

     a)   Certification of Counsel [D.I. 10278, 12/14/11]

     b)   Order Sustaining in Part Plan Trust's Ninety-First Omnibus (Substantive)
Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,
Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10281,
12/14/11]

Responses Filed:       See Exhibit T

Status: This matter is adjourned with respect to responses listed on Exhibit T.  An order
has been entered which partially sustains the objection.

35.     Plan Trust's Ninety-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to
Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
Rule 3007-1 [D.I. 10288, 12/20/11]

Response Deadline:    January 12, 2012 at 4:00 p.m. (ET)

Related Document

     a)   Order Sustaining in Part Plan Trust's Ninety-Second Omnibus (Non-
Substantive) Objection to Claims  [D.I. 10313, 1/17/12]

Responses Filed:       See Exhibit U

Status: This matter is adjourned with respect to the responses listed on Exhibit U.  An
order has been entered resolving the remainder of this matter.

36.    Plan Trust's Ninety-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10289, 12/20/11]

Response Deadline:    January 12, 2012 at 4:00 p.m. (ET)

Related Document:

    a)    Order Sustaining in Part Plan Trust's Ninety-Third Omnibus (Substantive) Objection to Claims [D.I. 10314, 1/17/12]

Responses Filed:        See Exhibit V

Status: This matter is adjourned with respect to responses listed on Exhibit V.  An order has been entered resolving the remainder of this matter.

37.    Motion of JPMorgan Chase Bank, National Association for an Order (i) Enforcing the Terms of the Stay Relief Order and (ii) Directing the Trustee to Turnover Funds [D.I. 10323, 1/31/12]

Objection Deadline:    February 10, 2012 at 4:00 p.m. (ET), extended for the Debtors

Objections Filed:

    a)    Plan Trust's Objection to Motion of JPMorgan Chase Bank, National Association for an Order (I) Enforcing the Terms of the Stay Relief Order and (II) Directing the Trustee to Turnover Funds [D.I. 10330, 2/14/12]

Status: This matter will be adjourned by agreement to March 12, 2012 at 10:00 a.m. (ET).

Dated: February 22, 2012
      Wilmington, Delaware          YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Sean M. Beach*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

01: 11811274.2

## Exhibit A, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Assoc. | 4362, 6/4/08 | Adjourned |

## Exhibit B, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned |

## Exhibit C, Thirteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Countrywide | 5337, 8/8/08 | Adjourned |
|  | FGIC | 5351, 8/11/08 | Adjourned |
|  | MBIA Insurance Corp | 5352, 8/11/08 | Adjourned |
|  | Deutsche Bank | 5356, 8/11/08 | Adjourned |
|  | AT&T Global Services |  | Adjourned |

## Exhibit D, Fifteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Shervonne Powell | 5814, 9/11/08 | Adjourned |
|  | John Johnston | 5818, 9/11/08 | Adjourned |
|  | Grailing Carter | 5947, 9/17/08 | Adjourned |

## Exhibit E, Twenty-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Scott Jossart |  | Adjourned |

01: 11811274.2

### Exhibit F, Twenty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Sharaine Hughes |  | Adjourned |

### Exhibit G, Thirty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 7176, 3/30/09 | Adjourned |

### Exhibit H, Forty-Fourth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Association |  | Adjourned |

### Exhibit I, Fifty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Assured Guaranty Corp. |  | Adjourned |

### Exhibit J, Sixty-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | New York City Department of Finance |  | Adjourned |

### Exhibit K, Seventy-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | J.P. Morgan Mortgage Acquisition Corp. | Informal | Adjourned |

01: 11811274.2

**Exhibit L, Seventy-Forth Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Placer County |  | Adjourned |

**Exhibit M, Seventy-Fifth Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Imperial County |  | Adjourned |

**Exhibit N, Seventy-Sixth Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | UBS Securities LLC POC No. 10787 |  | Adjourned |
|  | Countrywide Bank, F.S.B. |  | Adjourned |
|  | Countrywide Home Loans, Inc. |  | Adjourned |
|  | Deutsche Bank National Trust |  | Adjourned |

**Exhibit O, Seventy-Eighth Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | DB Structured Claim Nos. 10758 and 10759 |  | Adjourned |

**Exhibit P, Seventy-Ninth Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Ventura County | 10044, 6/14/11 | Adjourned |

**Exhibit Q, Eighty-Fourth Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Wilmington Trust |  | Adjourned |
|  | MBIA |  | Adjourned |
|  | FGIC |  | Adjourned |

### Exhibit R, Eighty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Torrence Caldwell |  | Adjourned |
|  | Ronald T. Ginnona and Traci A. Ginnona | 10152, 9/2/11 | Adjourned |

### Exhibit S, Eighty-Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Bear, Stearns & Co., Inc. |  | Adjourned |

### Exhibit T, Ninety-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Lehman Bros. |  | Adjourned |

### Exhibit U, Ninety-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Ventura County | 10308, 1/11/12 | Adjourned |
|  | Washington Mutual Bank |  | Adjourned |

### Exhibit V, Ninety-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Bank of America |  | Adjourned |

01: 11811274.2