IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                  :
                                                                    :   Jointly Administered
         Debtors.                                                   :
                                                                    :
------------------------------------------------------------------- x

**ORDER APPROVING STIPULATION REGARDING: (I) MORTGAGE LOAN SALE AGREEMENT; (II) FLOW MORTGAGE LOAN INTERIM SERVICING AGREEMENT; AND (III) CLAIM NOS. 8261, 8396 & 8399 FILED BY J.P. MORGAN MORTGAGE ACQUISITION CORP.**

Upon consideration of the *Stipulation Regarding: (I) Mortgage Loan Sale Agreement; (II) Flow Mortgage Loan Interim Servicing Agreement; And (III) Claim Nos. 8261, 8396 & 8399 Filed By J.P. Morgan Mortgage Acquisition Corp.* (the "Stipulation");[2] and the Plan Trustee and JPMMAC having agreed that the JPMMAC Claims should receive the treatment set forth in the Stipulation; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Stipulation attached hereto as **Exhibit 1** is APPROVED; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Stipulation.

01: 11815321.1

2

ORDERED that, in accordance with the terms of the Stipulation, (i) Claim 8261 shall be modified and reduced to an allowed general unsecured claim in the amount of $25,000,000 against AHM Corp.; and (ii) Claims 8396 and 8399 shall be disallowed in their entirety; and it is further

ORDERED that the terms of the Stipulation shall be effective once this Order has become final and non-appealable; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
_____2/24_____, 2012

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE