IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
      Debtors.                                                         :
                                                                       :   Ref. Dkt. Nos. 2226, 2466 & 9628
                                                                       :
---------------------------------------------------------------------- x

**ORDER APPROVING STIPULATION RESOLVING SELLERS' CURE CLAIMS AND ADMINISTRATIVE EXPENSE CLAIM ASSERTED BY CITIMORTGAGE, INC.**

Upon consideration of the *Stipulation Resolving Sellers' Cure Claims and Administrative Expense Claim Asserted by CitiMortgage, Inc.* (the "Stipulation");[1] and the Plan Trustee and CMI having agreed that the Seller Cure Claims and the Administrative Expense Claim should receive the treatment set forth in the Stipulation; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Stipulation attached hereto as **Exhibit 1** is APPROVED; and it is further

ORDERED that the Escrow Agent hereby is authorized and directed to pay $75,000 from the Cure Escrow to CMI within five (5) business days following entry of this Order, pursuant to wire instructions to be provided by CMI; and it is further

ORDERED that this Order shall be effective immediately notwithstanding the 14-day stay imposed by Fed. R. Bankr. P. 6004(h), to the extent applicable; and it is further

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Stipulation.

01: 11817560.1

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       3/2, 2012

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE