IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.[1],                                    :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                              :
                                                                             :   Jointly Administered
          Debtors.                                                           :
                                                                             :   Ref. No. 10229
---------------------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION**

        The undersigned hereby certifies that, as of the date hereof, no answer to the Plan Trust's Motion for an Order Extending the Time to Object to Claims (the "Motion") has been received. The Court's docket which was last updated March 5, 2012, reflects that no responses to the Motion have been filed. Responses to the Motion were to be filed and served no later than November 30, 2011 at 4:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

01: 6604224.19

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
       March 6, 2012

                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

                      /s/ Margaret Whiteman Greecher
                      Sean M. Beach (No. 4070)
                      Margaret Whiteman Greecher (No. 4652)
                      Michael S. Neiburg (No. 5275)
                      The Brandywine Building
                      1000 West Street, 17th Floor
                      Wilmington, Delaware 19801
                      Telephone: (302) 571-6600
                      Facsimile: (302) 571-1253

                      Counsel for Plan Trustee