# EXHIBIT A

**Insufficient Documentation Claims**

# Exhibit A

## Insufficient Documentation Claims

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MCGILL, WAYNE<br>PO BOX 751583<br>LAS VEGAS, NV 89136-1583 | 10706 | 4/27/09 | NO DEBTOR | - (S)<br>- (A)<br>- (P)<br>$77,000.00 (U)<br>$77,000.00 (T) | Insufficient documentation to assess the validity of the claim. Debtors requested additional information from the claimant but did not receive a response. |
| RALPH R. SWOPE, INC.<br>2321 N GLEBE RD<br>ARLINGTON, VA 222073410 | 2909 | 11/21/07 | NO DEBTOR | Unspecified* | Insufficient documentation to assess the validity of the claim. |
| WALLACE, SHEILA<br>686 DEAN ST<br>BROOKLYN, NY 11238-3155 | 10366 | 4/30/08 | NO DEBTOR | Unspecified* | Insufficient documentation to assess the validity of the claim. Debtors requested additional information from the claimant but did not receive a response. |

**Totals:** 3 Claims

- (S) 
- (A) 
- (P) 
- $77,000.00 (U)
- $77,000.00 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.