IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | : | |
| corporation, et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Docket No. 4084, 5275, 5276, 5277 |
| | : | and 5280 |

## CERTIFICATION OF COUNSEL REGARDING RESOLUTION OF DISPUTES OVER CERTAIN ALLEGED PURCHASER'S CURE AMOUNTS

I, Mark Minuti, counsel to American Home Mortgage Servicing, Inc. (the "Purchaser"), hereby certify as follows:

1. Prior to the Petition Date, each of Citibank, N.A. ("Citibank") and Deutsche Bank National Trust Company Bank ("DBNTC"), and the above captioned debtors (the "Debtors") entered into certain agreements in connection with securitizations (the "Citibank Agreements" or the "DBNTC Agreements"), pursuant to which, among other things, the Debtors agreed to service or subservice certain mortgage loans.

2. On October 30, 2007, the Court entered an order (the "Sale Order") approving the sale of the Debtors' mortgage loan servicing business to the Purchaser. The Sale Order, among other things, authorized the Debtors to assume and assign and/or transfer to the Purchaser certain contracts (collectively, the "Assumed Contracts"). The Sale Order also apportioned the cure amounts related to the Assumed Contracts among the Debtors and the Purchaser such that the Debtors are responsible for all cure amounts arising from defaults based on acts or omissions occurring prior to the initial closing of the sale on November 16, 2007 (the "Initial Closing"), and the Purchaser is responsible for funding the Debtors' payment of cure amounts (the

"Purchaser's Cure Amounts") arising from defaults based on acts or omissions occurring during the period from the Initial Closing to the final closing of the sale on April 11, 2008.

3. On May 19, 2008, the Debtors filed the Notice of (I) Debtors' Proposed Purchaser's Cure Amounts and (II) Deadline for Filing Objections to the Proposed Purchaser's Cure Amounts [Docket No. 4084] (the "Purchaser's Cure Amount Notice"), which designates, among other things, certain Citibank Agreements and certain DBNTC Agreements as Assumed Contracts and lists the proposed Purchaser's Cure Amounts associated with such contracts as $0.

4. On July 31, 2008, Citibank filed its Objection of Citibank, N.A. to Proposed Purchaser's Cure Amounts [Docket No. 5280], where, among other things, Citibank objected to the Debtors' proposed Purchaser's Cure Amounts.

5. On July 31, 2008, DBNTC filed its Objection of Deutsche Bank National Trust Company Bank to Proposed Purchaser's Cure Amounts [Docket Nos. 5275, 5276, and 5277], where, among other things, DBNTC objected to the Debtors' proposed Purchaser's Cure Amounts.

6. The Purchaser, the Debtors, the Plan Trustee and each of Citibank and DBNTC have reached agreement, subject to Court approval, to resolve the disputes regarding the Purchase's Cure Amounts related to the assumed and assigned Citibank Agreements and DBNTC Agreements.

7. Attached hereto as **Exhibit A** is a proposed order approving the Stipulation Regarding the Objection of Citibank, N.A. to Proposed Purchaser's Cure Amounts, a copy of which is attached to the proposed order at Exhibit 1.

8. Attached hereto as **Exhibit B** is a proposed order approving the Stipulation Regarding the Objection of Deutsche Bank National Trust Company Bank to Proposed Purchaser's Cure Amounts, a copy of which is attached to the proposed order at Exhibit 1.

9. As detailed in stipulates attached to the proposed orders attached hereto, the parties have agreed on a Purchaser's Cure Amount for each of the Citibank Agreements and DBNTC Agreements to be funded by the Purchaser.

10. We are available to discuss these matters at the Court's convenience.

11. Absent questions or comments from the Court, we would respectfully request that the Court sign the proposed orders and direct that they be docketed.

Respectfully submitted,

SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P. O. Box 1266
Wilmington, DE 19899
(302) 421-6840

Attorneys for Purchaser

Dated: March 15, 2012