IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : : : | Case No. 07-11047 (CSS) Jointly Administered |
| | : | |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

I, Mark Minuti of Saul Ewing LLP hereby certify that on March 15, 2012 service of the attached **Certification of Counsel Regarding Resolution of Disputes Over Certain Alleged Purchaser's Cure Amounts** was made on the parties on the attached service list in the manner indicated.

SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840

Dated: March 15, 2012

612237.1 3/15/12

## AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.
Service List

**Via Hand Delivery:**
James L. Patton, Jr., Esquire
Sean M. Beach, Esquire
Patrick A. Jackson, Esquire
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

David B. Stratton, Esquire
Pepper Hamilton LLP
1313 Market Street
Wilmington, DE 19899

**Via Electronic Mail and U.S. Mail:**
Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Ronald L. Cohen, Esquire
Arlene R. Alves, Esquire
Seward & Kissel, LLP
One Battery Park Plaza
New York, NY 10004

Dennis J. Drebsky, Esquire
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

John Rosenthal, Esquire
Morgan Lewis & Bockius LLP
One Market Spear Street Tower
San Francisco, CA 94105