IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **AMERICAN HOME MORTGAGE** | : | **Case No. 07-11047 (CSS)** |
| **HOLDINGS, INC.,** a Delaware | : | |
| corporation, et al.,[1] | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | Re: Docket Nos. 4084, 5275, 5276, 5277 |

**ORDER APPROVING STIPULATION REGARDING THE OBJECTION
OF DEUTSCHE BANK NATIONAL TRUST COMPANY BANK TO
PROPOSED PURCHASER'S CURE AMOUNTS**

The Court having reviewed and considered the Stipulation Regarding the Objection of Deutsche Bank National Trust Company Bank to Proposed Purchaser's Cure Amounts (the "Stipulation") attached hereto as **Exhibit 1**; the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that there is just cause to approve the Stipulation.

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. The Clerk of this Court is authorized to take all actions necessary or appropriate to give effect to this Order and the Stipulation.

Dated: 3-19, 2012

_____
Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

589619.3 3/14/12