## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **AMERICAN HOME MORTGAGE** | : | **Case No. 07-11047 (CSS)** |
| **HOLDINGS, INC., a Delaware** | : | |
| **corporation, et al.,** | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | **Re: Docket Nos. 10365 and 10368** |

### CERTIFICATE OF SERVICE

I, Mark Minuti of Saul Ewing LLP hereby certify that on March 19, 2012 service of the

following documents was made via First Class Mail on the parties on the attached service list.

1.  **Order Approving Stipulation Regarding the Objection of Citibank, N.A. to Proposed Purchaser's Cure Amounts** [Docket No. 10365] and

2.  **Order Approving Stipulation Regarding the Objection of Deutsche Bank National Trust Company Bank to Proposed Purchaser's Cure Amounts** [Docket No. 10368]

**SAUL EWING LLP**

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840

*Counsel to American Home Mortgage Servicing, Inc.*

Dated: March 19, 2012

## AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.
### Service List

James L. Patton, Jr., Esquire
Sean M. Beach, Esquire
Patrick A. Jackson, Esquire
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

David B. Stratton, Esquire
Pepper Hamilton LLP
1313 Market Street
Wilmington, DE  19899

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

Ronald L. Cohen, Esquire
Arlene R. Alves, Esquire
Seward & Kissel, LLP
One Battery Park Plaza
New York, NY  10004

Dennis J. Drebsky, Esquire
Nixon Peabody LLP
437 Madison Avenue
New York, NY  10022

John Rosenthal, Esquire
Morgan Lewis & Bockius LLP
One Market Spear Street Tower
San Francisco, CA  94105

Joseph M. McMahon, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

William P. Bowden, Esquire
Don Beskrone, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899

Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899

Charles J. Brown, III, Esquire
Harvey Pennington, LTD
913 Market Street, Suite 702
Wilmington, DE  19801

Mark D. Collins, Esquire
John H. Knight, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Victoria Counihan, Esquire
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

Mary F. Caloway, Esquire
Buchanan Ingersoll & Rooney P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

J. Cory Falgowski, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

James E. Huggett, Esquire
Sally E. Sobczyk, Esquire
Meghan M. Kelly, Esquire
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801

Laura Davis Jones, Esquire
Curtis A. Hehn, Esquire
Pachulski, Stang, Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Norman Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market St., Ste. 1401
P.O. Box 1070
Wilmington, DE 19899

Joseph O'Neil, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Gaston P. Loomis, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Todd C. Schiltz, Esquire
Drinker Biddle & Realth LLP
1100 N. Market Street, #1000
Wilmington, DE 19801

Russell C. Silberglied, Esquire
Christopher Samis, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Laurie S. Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Christina Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

Richard A. Barkasy, Esquire
Schnader Harrison Segal & Lewis lLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801

Ricardo Palacio, Esquire
Benjamin W. Keenan, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Eric M. Sutty, Esquire
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1600
Wilmington, DE 19801

Neil B. Glassman, Esquire
Charlene D. Davis, Esquire
Bayard P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

R. Craig Martin, Esquire
DLA Piper LLP (US)
919 N. Market Street, Suite 1500
Wilmington, DE 19801

Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Eric Lopez Schnabel, Esquire
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane Morris LLP
222 Delaware Avenue, 16th Floor
Wilmington, DE 19801

Richard W. Riley, Esquire
Duane Morris LLP
222 Delaware Avenue, 16th Floor
Wilmington, DE 19801

Jason M. Liberi, Esquire
Skadden, Arps, Slate, Meagher
  & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

William F. Taylor, Jr., Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wimington, DE 19801

Shelley A. Kinsella, Esquire
Cooch and Taylor
824 Market Street, Suite 1000
P.O. Box 1680
Wilmington, DE 19899

Wilmington Trust Company
Attn: Patrick Healy
1100 North Market Street
Rodney Square North
Wilmington, DE 19890-00001

William D. Sullivan, Esquire
Elihu E. Allinson, III, Esquire
Sullivan Hazeltine Allison LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

Jami B. Nimeroff, Esquire
Brown Stone Nimeroff LLC
4 E. 8th Street, Suite 400
Wilmington, DE 19801

Christopher P. Simon, Esquire
Kevin S. Mann, Esquire
Cross & Simon LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

Patrick J. Reilley, Esquire
Cole, Schotz, Meisel, Forman
  & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Duane D. Werb, Esquire
Matthew P. Austria, Esquire
Werb & Sullivan
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE 19899

Kurt F. Gwynne, Esquire
Kathleen A. Murphy, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Christopher A. Ward, Esquire
Shanti M. Katona, Esquire
Polsinelli Shughart PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Marc J. Phillips, Esquire
Kelly M. Conlan, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

Ellen W. Slights, Esquire
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899

Lisa C. McLaughlin, Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

Alan Horn, Esquire
General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

Benjamin C. Ackerly, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

David G. Aelvoet, Esquire
Linebarder Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205

Rick B. Antonoff, Esquire
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

Lee S Attanasio, Esquire
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Elizabeth Banda, Esquire
Perdue, Brandon, Fielder, Collins
  & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430

Brian W. Bisignani, Esquire
Post & Schell, PC
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601

Gregory A. Bray, Esquire
Fred Neufeld, Esquire
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

Mark A. Broude, Esquire
John W. Weiss, Esquire
David Stewart, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022

Paul S. Caruso, Esquire
Jessica Knowles, Esquire
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Ling Chow
Andrew Pickering
Assured Guaranty
1325 Avenue of the Americas
New York, NY 10019

Matthew A. Clemente, Esquire
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

Enid M. Colson, Esquire
Liner Yankelevitz Sunshine
  & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

Douglas R. Davis, Esquire
Kelley Cornish, Esquire
Paul, Weiss, Rifkind, Wharton
 & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Leo T. Crowley, Esquire
Margot Erlich, Esquire
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036

Vincent A. D'Agostino, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791

Douglas Davis, Esquire
Paul, Weiss, Rifkind, Wharton
 & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Mary DeFalaise, Esquire
U.S. Department of Justice
1100 L St., NW, Room 10002
Washington, DC 20005

John Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253

Mark Ellenberg, Esquire
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esquire
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

J. David Folds, Esquire
DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC 20036

Samuel B. Garber, Esquire
Assistant General Counsel
General Growth Management, Inc.,
110 N. Wacker
Chicago, IL 60606

Ian Gershengorn, Esquire
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005

Arnold Gulkowitz, Esquire
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103

Alyssa D. Englund, Esquire
Orrick Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103

Frederick D. Holden, Jr. Esquire
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

George Kielman, Esquire
Freddie Mac
8200 Jones Brance Drive – MS 202
McLean, VA 22102

Lisa G. Laukitis, Esquire
Joshua Sussberg, Esquire
Paul Basta, Esquire
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022

Scott K. Levine, Esquire
Platzer Swergold Karlin Levine
  Goldberg & Jaslow
1065 Avenue of the Americas
New York, NY  10018

James M. Liston, Esquire
Frank F. McGinn, Esquire
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Fl.
Boston, MA  02110

Gerard Luckman, Esquire
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY  11753

Peter McGonigle
Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA  19103

Richard Miller, Esquire
Robert Honeywell, Esquire
Kirkpatrick & Lockhart Preston Gates
  Ellis LLP
599 Lexington Avenue
New York, NY  10022

Eric K. Moser, Esquire
Wilbur F. Foster, Jr., Esquire
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY  10005-1413

Guy Moss, Esquire
Riemer & Braunstein
Three Center Plaza
Boston, MA  02108

Richard P. Norton, Esquire
Hunton & Williams LLP
200 Park Avenue
New York, NY  10166

Michael G. Wilson, Esquire
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074

Larry J. Nyhan, Esquire
Matthew Clemente, Esquire
David Hall, Esquire
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

Kathleen O'Connell, Esquire
Suntrust Bank
303 Peachtree Street, 36th Fl.
Mail Code 0662
Atlanta, GA  30308

Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY  10038

Peter S. Partee, Esquire
Scott H. Bernstein, Esquire
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY  10166-0136

John Philip, Esquire
Crislip, Philip & Asso.
4515 Poplar Avenue, Suite 322
Memphis, TN  38117

Thomas J. Polis, Esquire
Polis & Associates
19900 MacArthur Boulevard
Suite 960
Irvine, CA  92612

Michael Reed, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX  78755

John Rosenthal, Esquire
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA  94111-3600

Margot B. Schonholtz, Esquire
Ana Alfonso, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099

Patricia Schrage, Esquire
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY  10281

Stephen B. Selbst, Esquire
McDermott, Will & Emery
340 Madison Avenue
New York, NY  10173

Vincent Sherman, Esquire
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY  10281

Catherine Steege, Esquire
Jenner & Block
330 N. Wabash Avenue
Chicago, IL  60611

Richard Stern, Esquire
Michael Luskin, Esquire
Luskin, Stern & Eisler LLP
330 Madison Avenue, 34th Floor
New York, NY  10017

Franklin Top, III, Esquire
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL  60603

Brad R. Godshall, Esquire
Pachulski, Stang, Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY  10017

Elizabeth Weller, Esquire
Linebarger Goggan Blair Pena
  & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201

Bruce Wilson, Esquire
Kutak Rock LLP
1650 Farnam St.
Omaha, NE  68102

Michael G. Wilson, Esquire
Jason W. Harbour, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Jonathan Winnick, Esquire
Citibank Agency & Trust
388 Greenwich Street, 19th Fl.
New York, NY  10013

David H. Zielke, Esquire
Vice President & Assistant General Counsel
Washington Mutual
1301 Second Avenue, W – MC 3501
Seattle, WA  98101

Doria Bachenheimer, Esquire
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY  10281

Alison Conn, Esquire
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY  10281

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD  21202

Susheel Kirpalani, Esquire
James C. Tecce, Esquire
Joseph G. Minias, Esquire
Quinn, Emanuel, Urquhart, Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010

Nancy Connery, Esquire
Schoeman, Updike & Kaufman, LLP
60 East 42nd Street
New York, NY  10165

Barry E. Bressler, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286

Susan D. Profant, CFCA, CLA, Paralegal
Ken Burton, Jr., Manatee County Tax
 Collector
819 U.S. 301 Blvd. West.
P.O. Box 25300
Bradenton, FL  34206-5300

Nancy Hotchkiss, Esquire
Trainor Fairbrook
P.O. Box 255824
Sacramento, CA  95865

Joseph F. Falcone, III
Director, Counsel
Natixis Real Estate Capital, Inc.
9 West 57th Street, 35th Floor
New York, NY  10019

Joseph Cioffi, Esquire
Miles Baum, Esquire
Davis & Gilbert LLP
1740 Broadway
New York, NY  10019

David W. Stack
Senior Vice President
ABN AMRO Bank N.V.
101 Park Avenue, 6th Floor
New York, NY  10178

Richard L. Canel, Jr., Esquire
Spector Gadon & Rosen, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA  19103

Madeleine C. Wanslee, Esquire
Gust Rosenfeld P.L.C.
201 E. Washington Street, Suite 800
Phoenix, AZ  85004-2327

American Express Travel Related Svcs Co.
Inc. Corp. Card
c/o Becket and Lee LLP
POB 3001
Malvern, PA  19355-0701

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA  19355-0701

NNN F Four Resource Square, LLC
c/o John H. Capitano, Esquire
Kennedy Covington Lobdell & Hickman
214 N. Tryon Street, 47th Floor
Charlotte, NC  28202

Arnold Gulkowitz, Esquire
Brian E. Goldberg, Esquire
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY  10022

Nancy F. Loftus, Esquire
Assistant County Attorney
Office of the County Attorney
12000 Government Center Parkway
Suite 549
Fairfax, VA  22035

Stefanie Birbrower Greer, Esquire
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036-4003

Thomas J. Leanse, Esquire
Dustin P. Branch, Esquire
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA  90067-3012

Hollie N. Hawn, Esquire
Broward County Attorney's Office
Government Center
115 South Andrews Avenue
Ft. Lauderdale, FL  33301

Janice D. Newell, Esquire
Deputy Prosecuting Attorney
200 W. Front Street, 1st Floor
Boise, ID  83702

Andrew J. Petrie, Esquire
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400 S
Denver, CO  80202-5424

Katherine A. Constantine, Esquire
Charles F. Sawyer, Esquire
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402

S. James Wallace, Esquire
Griffith, McCague & Wallace, P.C.
The Gulf Tower, 38th Floor
707 Grant Street
Pittsburgh, PA  15219

Bernstein Law Firm, P.C.
Attn:  Stacey Suncine
Suite 2200 Gulf Tower
Pittsburgh, PA  15219

EMC Corporation
c/o Receivable Management Services
P.O. Box 5126
Timonium, MD  21094

William Novotny, Esquire
Mariscal, Weeks, McIntyre &
  Friedlander, P.A.
2901 N. Central Avneue, Suite 200
Phoenix, AZ  85012-2705

Steven W. Kelly, Esquire
Silver & DeBoskey
1801 York Street
Denver, CO  80206

Karen J. Stapleton, Esquire
Assistant County Attorney
County of Loudoun, Virginia
One Harrison Street, S.E., 5th Floor
P.O. Box 7000
Leesburg, VA  20177

Geoffrey S. Aaronson, Esquire
Geoffrey S. Aaronson, P.A.
Bank of America Tower
100 SE 2nd Street, 27th Floor
Miami, FL  33131

R. Frederick Linfesty
Iron Mountain Information Management
745 Atlantia Avenue
Boston, MA  02111

Robert E. Greenberg, Esquire
Friedlander, Misler, Sloan Kletzkin
  & Ochsman, PLLC
1101 Seventeenth Street, N.W.
Suite 700
Washington, D.C.  20036-4704

Robert H. Rosenbaum, Esquire
M. Evam Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD  20737-1385

Philip Carnes, President
Philip Carnes & Associates, Inc.
4939 Lower Roswell Road, Suite 103
Marietta, GA  30068

A. Michelle Hart, Esquire
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA  30076-2102

Jeanne Morton, Esquire
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA  30076-2102

Brian Hulse, Esquire
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045

Hilary B. Bonial, Esquire
Tyler B. Jones, Esquire
Brice, Vander Linder & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, TX  75243

Dana S. Plon, Esquire
Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street, Suite 600
Philadelphia, PA  19102

Lance N. Jurich, Esquire
Loeb & Loeb LLP
10100 Santa Monica Blvd.
Los Angeles, CA  90067

Vadim J. Rubinstein, Esquire
Loeb & Loeb LLP
345 Park Avenue
New York, NY  10154

Shawn G. Rice, Esquire
Rice & Gotzmer s.c.
605 N. 8th Street, Suite 350
Sheboygan, WI  53081

Sean D. Malloy, Esquire
McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH  44114

Eric J. Gorman, Esquire
Felicia G. Perlman, Esquire
Justin L. Heather, Esquire
Skadden, Arps, Slate, Meagher
  & Flom LLP
155 N. Wacker Drive, Suite 2700
Chicago, IL  60606

Sari E. Meador, Paralegal
Delinquency and Enforcement
Office of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, FL  33831-2016

Michael S. Margoli, Esquire
Moss Codilis L.L.P.
6560 Greenwood Plaza Blvd., Suite 100
Englewood, CO  80111

Richardo I. Kilpatrick, Esquire
Kilpatrick & Associates, P.C.
903 N. Opdyke Road, Suite C
Auburn Hills, MI  48326

Jonathan B. Alter, Esquire
Bingham McCutchen LLP
One State Street
Hartford, CT  06103

Lella Amiss E. Pape, Esquire
Rees Broome, PC
8133 Leesburg Pike, Ninth Floor
Vienna, VA  22182

Lee J. Mondshein, Esquire
7600 Jericho Turnpike
Woodbury, NY  11797

Jonathan R. Winnick, Esquire
Bernstein Shur
100 Middle Street
P.O. Box 9729
Portland, ME  04104-5029

Tally F. Parker, Jr., Esquire
Parker & Marks, P.C.
1333 Corporate Drive
Suite 209
Irving, TX 75038

Michael B. Reynolds, Esquire
Joe Coleman, Esquire
Eric S. Pezold, Esquire
Snell & Wilmer L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626

Galaxy Associates, LLC
Attn: James L. Hardy
1220 Ensenada Avenue
Laguna Beach, CA 92651

Flora Garcia, Deputy Treasurer
Imperial County Treasurer
Tax Collector
940 West Main Street, Suite 106
El Centro, CA 92243

Richard F. Holley, Esquire
Ogonna M. Atamoh, Esquire
Santoro, Driggs, Walch, Kearney,
  Holley & Thomspon
400 South Fourth Street, Third Floor
Las Vegas, NV 89101

W2007 Seattle Office Bellefield Office
  Park Realty, LLC
c/o Shawn B. Rediger, Esquire
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101

Ikon Office Solutions
Recovery & Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA 31210

Shawn M. Christianson, Esquire
Buchalter Nemer
55 Second Street, 17th Floor
San Francisco, CA 94105-34936

Rebecca L. Booth, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

PPTS 361, LLC
c/o Plymouth Park Tax Services LLC
35 Airport Road, Suite 150
Morristown, NJ 07960

PPTS FX Corp.
c/o Plymouth Park Tax Services LLC
35 Airport Road, Suite 150
Morristown, NJ 07960

Plymouth Park Tax Services LLC
35 Airport Road, Suite 150
Morristown, NJ 07960

Andrea L. Niedermeyer, Esquire
Stutzman, Bromberg, Esserman
  & Phifka, a Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, TX 75201

Craig J. Ziady, Esquire
Cummings Properties, LLC
200 West Cummings Park
Woburn, MA 01801

Rosa Dominy
Bankruptcy Administrator
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Samuel H. Rudman, Esquire
David A. Rosenfeld, Esquire
Mario Alba, Esquire
Coughlin Stoia Geller Rudman
  & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

Stuart Berman, Esquire
Sean Handler, Esquire
Schriffin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087

Carol E. Momjian, Esquire
Senior Deputy Attorney General
Commonwealth of Pennsylvania
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

Linda Boyle
Time Warner Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO  80124

Martha E. Romero, Esquire
Romero Law Firm
BMR Professional Building
Whittier, CA  90601

Law Debenture Trust Company of
  New York
Attn:  James D. Heaney, Vice President
400 Madison Avenue, 4th Floor
New York, NY  10017

Tina N. Moss, Esquire
Pryor Cashman LLP
7 Times Square
New York, NY  10036-6569

Stuart Finestone, Esquire
Finestone & Morris, LLP
3340 Peachtree Road, NE
Suite 2540 Tower Place
Atlanta, GA  30326

David E. McAllister, Esquire
Pite Duncan, LLP
525 E. Main Street
P.O. Box 12289
El Cajon, CA  92022-2289

Steven R. Lefkofsky, Esquire
Kefkofsky & Gorosh, PC
31500 Northwestern Highway, Suite 105
Farmington Hills, MI  48334

Christopher R. Belmonte, Esquire
Pamela A. Bosswick, Esquire
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY  10169

Susan Power Johnston, Esquire
Amanda Weiss, Esquire
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018

Rene S. Roupinian, Esquire
Outten & Golden, LLP
3 Park Avenue, 29th Floor
New York, NY  10016

Matthew Helland, Esquire
Nichols Kaster & Anderson PLLP
80 South 8th Street, Suite 4600
Minneapolis, MN  55402

Christopher B. Mosley, Esquire
Senior Assistant City Attorney
City of Fort Worth
1000 Throckmorton Street
Fort Worth, TX  76102

Richard A. Sheils, Jr., Esquire
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA  01615-0156

Thomas J. Salerno, Esquire
Jordan A. Kroop, Esquire
Squire, Sanders & Dempsey L.L.P.
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, AZ  85004-4498

Charmen C. Avila
c/o Peter Spindel, Esquire
P.O. Box 166245
Miami, FL 33116-6245

Julius O. Curling, Esquire
Assistant Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202

Merced County Tax Collector
Attn: Lorraine Gonzales
Tax Collector Clerk I
2222 "M" Street
Merced, CA 95340

Karen L. Rowse-Oberle, Esquire
Thomas M. Hensel, Jr., Esquire
Butler, Butler & Rowse-Oberle, P.L.L.C.
24525 Harper Avenue, Suite Two
St. Clair Shores, MI 48080

Elena P. Lazarou, Esquire
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022

Nicole C. Gazzo, Esquire
Steven J. Baum, P.C.
220 Northpointe Parkway, Suite G
Amherst, NY 14228

Sherry D. Lowe, Esquire
Lamm Rubenstone LLC
3600 Horizon Blvd., Suite 200
Trevose, PA 19053

Tennessee Department of Revenue
c/o Tennessee Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

Phyllis A. Hayes
Receivable Management Services
Agent for Creditor, Industrial Building
  Services
307 International Circle, Suite 270
Hunt Valley, MD 21030

Norman P. Fivel, Esquire
Assistant Attorney General
Office of the New York State
  Attorney General
Civil Recoveries Bureau
The Capital
Albany, NY 12224

Bank of America N.A.
475 Crosspoint Parkway
P.O. Box 9000
Getzville, NY 14068

Marikae G. Toye, Esquire
New Jesey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ 08625

Ralph M. Stone, Esquire
Thomas G. Ciarlone, Jr., Esquire
Shalov Stone Bonner & Rocco LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018

Litton Loan Servicing, LP
P.O. Box 829009
Dallas, TX 75382-9009

Nevada County Office of the
Treasurer – Tax Collector
950 Maidu Avenue
P.O. Box 128
Nevada City, CA 95959-0908

Joseph E. Shickich, Jr., Esquire
Ridell Williams P.S.
1001 4th Avenue, Suite 4500
Seattle, WA 98154-1191

Jon Krigsman
Managing Member
First American Capital V LLC
7286 Siena Way
Boulder, CO  80301

David McCall, Esquire
Gay, McCall, Isaacks, Gordon & Roberts
777 East 15th Street
Plano, TX  75074

Erin K. Olson, Esquire
Law Office of Erin Olson, P.C.
2014 NE Broadway Street
Portland, OR  97232-1511

Steven B. Singer, Esquire
Avi Josefson, Esquire
Matthew C. Moehlman, Esquire
Bernstein Litowitz Berger & Grossmann
1285 Avenue of the Americas, 38th Floor
New York, NY  10019

Jeffrey C. Block, Esquire
Kathleen M. Donovan-Maher, Esquire
Autumn Smith, Esquire
Berman DeValerio Pease Tabacco
  Burt & Pucillo
One Liberty Square
Boston, MA  02109

Mark J. Politan, Esquire
Cole, Schotz, Meisel, Forman
  & Leonard, P.A.
Court Plaza North
25 Main Street
Hackensack, NJ  07601

J. William Boone, Esquire
Bess M. Parrish, Esquire
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424

Sarah L. Cave, Esquire
Jeffrey S. Margolin, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004

Allen A. Currier, Esquire
Allen A. Currier, LLC
258 Spielman Highway
P.O. Box 2033
Burlington, CT  06013

Brian M. Fleischer, Esquire
Nicola G. Suglia, Esquire
Fleischer, Fleischer & Suglia
Plaza 1000 at Main Street, Suite 208
Voorhees, NJ  08043

Dan McAllister
Treasurer-Tax Collector
Attn:  Bankruptcy Desk
1600 Pacific Highway, Room 162
San Diego, CA  92101

Robert A. McCall, Esquire
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210-2261

Whitney Groff, Esquire
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA  30076-2102

LeGrand L. Clark, Esquire
Deputy Attorney General
Office of Attorney General
Indiana Government Center South
302 West Washington Street, 5th Floor
Indianapolis, IN  46204-2794