## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

Debtors.

------------------------------------------------------------------ x

: Chapter 11

:

: Case No. 07-11047 (CSS)

:

: Jointly Administered

:

: **Objection Deadline: April 2, 2012, at 4:00 p.m. (ET)**
: **Hearing Date: April 9, 2012 at 10:00 a.m. (ET)**

:

:

## NOTICE OF MOTION

TO:   (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) PARTIES REQUESTING NOTICE PURSUANT TO RULE 2002

**PLEASE TAKE NOTICE** that Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trustee's Second Motion for an Order Extending the Time to Object to Claims (the "Motion").

Responses to the Motion, if any, must be filed on or before **April 2, 2012 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Plan Trustee so that the response is received on or before the Objection Deadline.

A HEARING ON THE MOTION WILL BE HELD ON **APRIL 9, 2012 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 5th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

01: 11217287.2

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.


Dated:   Wilmington, Delaware
         March 23, 2012

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                              /s/ *Michael S. Neiburg*
                              Sean M. Beach (No. 4070)
                              Margaret Whiteman Greecher (No. 4652)
                              Michael S. Neiburg (No. 5275)
                              Rodney Square
                              1000 North King Street
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              -and-

                              HAHN & HESSEN LLP
                              Mark S. Indelicato
                              Edward L. Schnitzer
                              488 Madison Avenue
                              New York, New York  10022
                              Telephone:  (212) 478-7200
                              Facsimile: (212) 478-7400

                              *Counsel for the Plan Trustee*

2

01: 11217287.2