## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x    Chapter 11
In re:                                                        :
                                                             :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                        :
HOLDINGS, INC., a Delaware corporation, et al.¹,             :    Jointly Administered
                                                             :
            Debtors.                                         :    Ref. Docket No. _____
                                                             :
                                                             :
------------------------------------------------------------- x
```

**ORDER EXTENDING THE TIME FOR THE PLAN TRUSTEE
TO OBJECT TO ADMINISTRATIVE CLAIMS**

Upon the motion (the "Motion")[2] of Steven D. Sass, as liquidating trustee (the

"Plan Trustee") for the Plan Trust established pursuant to the Amended Chapter 11 Plan of

Liquidation of the Debtors Dated as of February 18, 2009 (The "Plan") in connection with the

Chapter 11 cases of the above-captioned debtors (the "Debtors") for entry of an order extending

the Administrative Claims Objection Deadline; and in accordance with the Plan and Bankruptcy

Rule 9006; and it appearing that sufficient notice of the Motion has been given, and it appearing

that the relief requested in the Motion is in the best interest of the Plan Trust, the Plan Trustee,

the Debtors, their estates, and all other parties in interest; and after due deliberation, and good

and sufficient cause appearing therefor,

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a
Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM
SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home
Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited
liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak
Abstract Corp. , a New York corporation (8580).  The mailing address for all of the Debtors is: AHM Liquidating
Trust, P.O. Box 10550, Melville, New York 11747.

[2]     Capitalized terms used but not defined herein shall have the meaning assigned to such terms in the Motion.

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is granted as set forth herein.

2.    The Administrative Claims Objection Deadline is extended through and including September 30, 2012.

3.    This Order is without prejudice to the Plan Trustee's right to seek further extensions of the Administrative Claims Objection Deadline.

4.    This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated:  Wilmington, Delaware
            _____, 2012

                                          _____
                                          CHRISTOPHER S. SONTCHI
                                          UNITED STATES BANKRUPTCY JUDGE