## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.[1],<br><br>               Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Docket Ref. No. 7163** |

## PLAN TRUST'S OBJECTION TO STATE OF MICHIGAN'S
## ADMINISTRATIVE EXPENSE PROOF OF CLAIM

Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors"), through the undersigned counsel, hereby objects (the "Objection"), pursuant to section 502 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), to the *Administrative Expense Proof of Claim* filed by the State of Michigan ("Michigan") on or about March 23, 2009 [D.I. 7163] (the "Admin Request"), a copy of which is attached hereto as Exhibit A. In support of this Objection, the Plan Trustee submits the Declaration of Eileen Wanerka (the "Wanerka Declaration"), attached hereto as Exhibit B. In further support of this Objection, the Plan Trustee states as follows:

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

## JURISDICTION AND STATUTORY AUTHORITY

1.     This Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding within the meaning of 28 U.S.C. 157(b)(2).

2.     The statutory basis for the relief requested herein is section 502 of Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure.

## BACKGROUND

### A.     General Background

3.     On August 6, 2007 (the "Petition Date"), each of the Debtors filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  Between the Petition and the Plan Effective Date (as hereinafter defined), each Debtor operated its business and managed its properties as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Debtors' cases have been consolidated for procedural purposes only and are being jointly administered pursuant to an order of this Court.

4.     On February 23, 2009, the Court entered an order confirming the Plan [D.I. 7042] (the "Confirmation Order").  The Plan became effective on November 30, 2010 (the "Plan Effective Date").

5.     Pursuant to the Plan, as of the Plan Effective Date, a plan trust (the "Plan Trust") was established and all of the Debtors' assets, causes of action, claims, rights and interests, succeeded, transferred and vested in the Plan Trust.  Steven D. Sass is the duly appointed Plan Trustee for the Plan Trust.  The Plan Trustee is vested with the rights, powers, and benefits set forth in the Plan, Confirmation Order, and Plan Trust Agreement.

01: 11682759.4

B.    **The Admin Request and Related Proof of Claim Filed by Michigan**

6.    On March 23, 2009, Michigan filed its Admin Request in which it asserted a claim for withholding tax liability.  The Admin Request included a copy of a tax bill (the "Tax Bill").  According to the Tax Bill, the Debtors allegedly owed $2,199.23 in withholding tax for tax year 2008.

7.    On or about December 14, 2009, Michigan filed proof of claim number 10751 ("Claim 10751") which was intended to amend the Admin Request and assert an administrative expense claim against the Debtors in the amount of $10,481.46 on account of alleged withholding tax liabilities.  A copy of Claim 10751 is attached hereto as Exhibit C.

8.    On August 24, 2010, the Debtors filed the *Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [D.I. 9176] (the "Omnibus Objection) seeking entry of an order to, *inter alia*, disallow Claim 10751 on the grounds that the Debtors had no liability for the claimed taxes since the Debtors submitted the applicable discontinuance form to Michigan.  On September 23, 2010, the Court entered an order [D.I. 9254] that, among other things, provided for the disallowance of Claim 10751 in its entirety.

9.    The amounts claimed by Michigan through the Admin Request are part of the amounts claimed through Claim 10751.  Accordingly, the Plan Trustee submits that the Admin Request has essentially been denied.  Nonetheless, out of an abundance of caution, the Plan Trustee hereby objects to the Admin Request.

**OBJECTION**

10.    The Admin Request should be denied in full since the Debtors had no presence within Michigan's jurisdiction at any point during tax year 2008 that would make them

3

liable for the asserted withholding taxes.  Section 503 of the Bankruptcy Code provides that tax claims may be allowed as administrative expenses in certain circumstances.   11 U.S.C. § 503(b)(1)(B)(i).  However, section 502 provides that upon objection, a court shall disallow a claim that is unenforceable against the debtor and the property of the debtor under applicable law.  11 U.S.C. § 502(b)(1).

11.     The Admin Request asserts what appears to be tax liability relating to the Debtors' alleged withholding tax obligations for tax year 2008.  The Debtors have no liability to Michigan for the claimed taxes since the Debtors had no employees within Michigan after August 31, 2007.  *See* Wanerka Declaration, ¶ 3.  Prior to the Petition Date, the Debtors operated hundreds of leased loan-production offices (collectively, the "Production Offices") at locations in a majority of states, including Michigan.  Shortly before the Petition Date, however, the Debtors discontinued their loan-origination business (the "Loan Origination Business") in their Production Offices.  *Id.* at ¶ 4.  Given that the vast majority of the Debtors' employees were part of the Loan Origination Business, the Debtors implemented a massive reduction in workforce on August 3, 2007, which included the employees that had been employed at the Production Offices located within Michigan.  *Id.*  The Debtors submitted a Notice of Change or Discontinuance to Michigan indicating that the Debtors had no employees in Michigan as of August 2007.  *Id.* at ¶ 5.  Based on the foregoing, the Debtors had no employees within Michigan as of January 1, 2008, and accordingly they have no liability for the asserted withholding taxes for tax year 2008.

12.     Therefore, the Plan Trustee respectfully requests that the Admin Request, to the extent it asserts a tax claim against the Debtors' estates or the Plan Trust, be denied with prejudice.

4

## RESERVATION OF RIGHTS

13.    The Plan Trustee expressly reserves the right to amend, modify or supplement this Objection in response to information obtained from Michigan.

WHEREFORE, for the foregoing reasons, the Plan Trustee respectfully requests that the Court deny the Admin Request and grant the Plan Trustee such other and further relief as the Court deems just and proper.

Dated: March 26, 2012            YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
      Wilmington, Delaware

                      */s/  Michael S. Neiburg*
                      Sean M. Beach (No. 4070)
                      Margaret Whiteman Greecher (No. 4652)
                      Michael S. Neiburg (No. 5275)
                      Rodney Square
                      1000 North King Street
                      Wilmington, Delaware  19801
                      Telephone: (302) 571-6600
                      Facsimile: (302) 571-1253

                      -and-

                      HAHN & HESSEN LLP
                      Mark S. Indelicato
                      Edward L. Schnitzer
                      488 Madison Avenue
                      New York, New York  10022
                      Telephone:  (212) 478-7200
                      Facsimile: (212) 478-7400

                      *Counsel for the Plan Trustee*

**Exhibit A**

**ADMIN REQUEST**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re::

AMERICAN HOME MORTGAGE CORP.,

        Debtor(s).

        /

Case No. 07-11051-CSS

Chapter 11

Honorable Christopher Sontchi

## ADMINISTRATIVE EXPENSE PROOF OF CLAIM

1.  The undersigned, whose address is Cadillac Place, Ste 10-200, 3030 W. Grand Blvd., Detroit, MI 48202, is an attorney for the State of Michigan, Department of Treasury, and is duly authorized by said department to make this proof of claim on its behalf.

2.  The debtor herein, subsequent to the time of the filing of the petition initiating this case, has become indebted to this claimant, in the sum of **$2,199.23**. The amount claimed is net of all payments, if any, made up to the date of the attached Sworn Summary of Claims. Interest and penalties continue to accrue pursuant to MCL 205.23(2).

3.  The consideration for this debt is as follows:  Withholding Tax liability(ies) due and owing to the State of Michigan, as more fully appears in the Sworn Summary of Claims attached hereto and made a part hereof.

4.  This is a request for payment of administrative expenses entitled to priority under 11 USC 507(a)(1).

MICHAEL A. COX
Attorney General

/s/ Julius O Curling
Julius O Curling (P58248)
Assistant Attorney General
Cadillace Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
Telephone:  (313) 456-0140
E-mail: CurlingJ@michigan.gov

Dated:  March 12, 2009

**Please send payments to:**
**Department of Treasury/Revenue/AG**
**P.O. Box 30456**
**Lansing, MI 48909-7955**

**Payable to:  State of MI-CD**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Mic... ... Department of Treasury<br>4265 (11-04)<br>**Sworn Summary**<br>Issued under federal code, Title XI<br>**Type of Claim:** Administrative | | | | 32175696 | **Case Number:**<br>07-11051 CSS<br><br>**Taxpayer Identification:**<br>1558 | | ***Page 1 of 1***<br>3207222<br><br>**Attorney General:**<br>ATTORNEY DETROIT | |

**AMERICAN HOME MORTGAGE CORP**

JOINTLY ADMIN-AMERICAN HOME MORTGAGE HOLDINGS, INC.

538 BROADHOLLOW ROAD

MELVILLE, NY. 11747

Other Identification:    F1772

| Assessment Number | Debt Code | Assessment Date | Account ID | Tax Period | *If Est | Tax Deficiency | Penalty | Interest |
|---|---|---|---|---|---|---|---|---|
| Q179593 | WTH | 10/01/08 | F1772 | 1/1/2008 - 3/31/2008 | | $0.00 | $57.93 | $13.34 |
| Q469830 | WTH | 10/13/08 | F1772 | 4/1/2008 - 6/30/2008 | | $561.81 | $154.72 | $25.33 |
| Q762942 | WTH | 02/06/09 | F1772 | 10/1/2008 - 12/31/2008 | * | $637.50 | $31.88 | $1.88 |
| Q722094 | WTH | 01/21/09 | F1772 | 7/1/2008 - 9/30/2008 | * | $637.50 | $63.76 | $13.58 |
| | | | | | | $1,836.81 | $308.29 | $54.13 |

**Debt Codes:**

WTH - WITHHOLDING TAX

| | |
|---|---|
| **TOTAL CLAIM** | $2,199.23 |

\* An asterisk in this column indicates that tax liability is estimated based on the best information available since actual returns have not been filed. This claim will be adjusted when actual returns are filed.

SANDRA BRAUN _____ being duly sworn, deposes and says (s)he is authorized to act for the Department of Treasury and, to the best of her/his knowledge and belief, the defendant is indebted to the State of Michigan in this amount.

Date:   02/06/09

Signature

## Exhibit B

## WANERKA DECLARATION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x

In re:                                                  :    Chapter 11
                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                      :
                                                        :    Jointly Administered
        Debtors.                                        :
---------------------------------------------------------------------- x

## DECLARATION OF EILEEN WANERKA IN SUPPORT OF
## PLAN TRUST'S OBJECTION TO STATE OF MICHIGAN'S
## ADMINISTRATIVE EXPENSE PROOF OF CLAIM

I, Eileen Wanerka, pursuant to 28 U.S.C. § 1746, declare:

1.      I am the Director of Claims Administration for the above-captioned debtors (the "Debtors") and the AHM Liquidating Trust (the "Plan Trust"), which was established pursuant to the Plan.  In this capacity, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' chapter 11 cases.  I have read the Plan Trust's Objection to State of Michigan's Administrative Expense Proof of Claim (the "Objection"),[2] and am directly, or by and through my personnel or agents, familiar with the information contained therein.

2.      The information contained in the Objection is true and correct to the best of my knowledge.

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2]      Capitalized terms used but not defined herein have the meanings ascribed to them in the Objection.

01: 11682759.4

3.      Considerable resources and time have been expended in reviewing and reconciling Michigan's Admin Request.  The claim was carefully reviewed and analyzed in good faith utilizing due diligence by the appropriate personnel.   These efforts resulted in the conclusion that the Debtors had no employees within Michigan after August 31, 2007.

4.      Specifically, based on a thorough review of the Debtors' records, the Plan Trustee has determined that: (i) prior to the Petition Date, the Debtors operated hundreds of Production Offices at locations in a majority of states, including Michigan; (ii) the Debtors discontinued their Loan Origination Business in their Production Offices prior to the Petition Date; and (iii) the Debtors implemented a massive reduction in workforce on August 3, 2007, which included the employees that had been employed at the Production Offices located within Michigan.  Accordingly, as of August 31, 2007, the Debtors had no employees within the State of Michigan.

5.      The Debtors submitted a Notice of Change or Discontinuance to Michigan which indicates that they ceased conducting business within Michigan as of August 6, 2007 and that, among other things, withholding taxes should be deleted.

*[Signature page follows]*

2

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March 23, 2012

Eileen Wanerka
AHM Liquidating Trust
Director of Claims Administration

3

01: 11682759.4

## Exhibit C

### CLAIM 10751

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE--WILMINGTON

In Re:                                              Case No. 07-11051-CSS

AMERICAN HOME MORTGAGE CORP.,                       Chapter 11

            Debtor(s).                              Honorable Christopher  Sontchi
_____/

### AMENDED ADMINISTRATIVE EXPENSE PROOF OF CLAIM
**This claim is filed as an Amended Administrative Expense Claim and amends Claim
Number n/a dated on or about March 12, 2009, in the amount of $2,199.23.**

1.  The undersigned, whose address is Cadillac Place, Ste. 10-200, 3030 W. Grand Blvd.,
Detroit, MI  48202, is an attorney for the State of Michigan, Department of Treasury, and is
duly authorized by said department to make this proof of claim on its behalf.

2.  The debtor herein, subsequent to the time of the filing of the petition initiating this case,
has become indebted to this claimant in the sum of **$10,481.46**.  The amount claimed is net of
all payments, if any, made up to the date of the attached Sworn Summary of Claims.  Interest
and penalties continue to accrue pursuant to MCL 205.23(2).

3.  The consideration for this debt is as follows:  Withholding Tax liability(ies) due and
owing to the State of Michigan, as more fully appears in the Sworn Summary of Claims
attached hereto and made a part hereof.

4.  This is a request for payment of administrative expenses entitled to priority under 11
USC 507(a)(1).


MICHAEL A. COX
Attorney General


/s/ Julius O Curling
Julius O Curling (P58248)
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI  48202
Telephone: (313) 456-0140
E-mail: CurlingJ@michigan.gov

**FILED / RECEIVED**

**DEC 1 4 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

Dated:  December 08, 2009

Filed: USBC - District of Delaware
American Home Mortgage Holdings, Inc., Et Al.
07-11047 (CSS)          0000010751



**Please send payments to:**
**Department of Treasury/Revenue/AG**
**P.O. Box 30456**
**Lansing, MI  48909-7955**


**Payable to:  State of MI-CD**

| Michigan Department of Treasury<br>4255 (11-04) 34207345 | Case Number:<br>07-11051 CSS | Page 1 of 1<br>6782883 |
|---|---|---|
| **Sworn Summary**<br>Issued under federal code, Title XI<br><br>**Type of Claim: Administrative**<br>Amended 5 | **Taxpayer Identification:**<br>1558 | **Attorney General:**<br>ATTORNEY DETROIT |

**AMERICAN HOME MORTGAGE CORP**    Other Identification:

JOINTLY ADMIN-AMERICAN HOME MORTGAGE HOLDINGS, INC.   F1772

538 BROADHOLLOW ROAD

MELVILLE, NY. 11747

| Assessment Number | Debt Code | Assessment Date | Account ID | Tax Period | *If Est | Tax Deficiency | Penalty | Interest |
|---|---|---|---|---|---|---|---|---|
| Q469830 | WTH | 10/13/08 | F1772 | 4/1/2008 - 6/30/2008 | | $561.81 | $154.72 | $47.51 |
| Q722094 | WTH | 04/01/09 | F1772 | 7/1/2008 - 9/30/2008 | | $929.87 | $232.46 | $56.73 |
| Q762942 | WTH | 04/17/09 | F1772 | 10/1/2008 - 12/31/2008 | | $1,874.10 | $468.51 | $78.80 |
| R245580 | WTH | 10/15/09 | F1772 | 1/1/2009 - 3/31/2009 | * | $2,103.00 | $525.75 | $57.03 |
| R439171 | WTH | 10/21/09 | F1772 | 4/1/2009 - 6/30/2009 | * | $2,983.50 | $298.36 | $38.04 |
| Q179593 | WTH | 10/01/08 | F1772 | 1/1/2008 - 3/31/2008 | | $0.00 | $57.93 | $13.34 |

| Debt Codes: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| WTH - WITHHOLDING TAX | | | | | | $8,452.28 | $1,737.73 | $291.45 |
| | | | | TOTAL CLAIM | | | | $10,481.46 |

\* An asterisk in this column indicates that tax liability is estimated based on the best information available since actual returns have not been filed. This claim will be adjusted when actual returns are filed.

SANDRA BRAUN _____ being duly sworn, deposes and says (s)he is authorized to act for the Department of Treasury and, to the best of her/his knowledge and belief, the defendant is indebted to the State of Michigan in this amount.

Signature    Date:    10/28/09

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:                                           Case No. 07-11051-CSS

AMERICAN HOME MORTGAGE CORP.,                    Chapter 11

        Debtor(s).                      Honorable Christopher Sontchi

_____/

### AMENDED ADMINISTRATIVE EXPENSE PROOF OF CLAIM
**This claim is filed as an Amended Administrative Expense Claim and amends Claim
Number n/a dated on or about March 12, 2009, in the amount of $2,199.23.**

1. The undersigned, whose address is Cadillac Place, Ste. 10-200, 3030 W. Grand Blvd.,
Detroit, MI 48202, is an attorney for the State of Michigan, Department of Treasury, and is
duly authorized by said department to make this proof of claim on its behalf.

2. The debtor herein, subsequent to the time of the filing of the petition initiating this case,
has become indebted to this claimant in the sum of **$10,481.46**. The amount claimed is net of
all payments, if any, made up to the date of the attached Sworn Summary of Claims. Interest
and penalties continue to accrue pursuant to MCL 205.23(2).

3. The consideration for this debt is as follows: Withholding Tax liability(ies) due and
owing to the State of Michigan, as more fully appears in the Sworn Summary of Claims attached
hereto and made a part hereof.

4. This is a request for payment of administrative expenses entitled to priority under 11
USC 507(a)(1).

                                      MICHAEL A. COX
                                      Attorney General

                                      */s/ Julius O Curling*
                                      Julius O Curling (P58248)
                                      Assistant Attorney General
                                      Cadillac Place, Ste. 10-200
                                      3030 W. Grand Blvd.
                                      Detroit, MI 48202
                                      Telephone: (313) 456-0140
                                      E-mail: CurlingJ@michigan.gov

Dated: December 08, 2009

                                      **Please send payments to:**
                                      **Department of Treasury/Revenue/AG**
                                      **P.O. Box 30456**
                                      **Lansing, MI 48909-7955**

                                      **Payable to: State of MI-CD**

| Michigan Department of Treasury 34207345<br>4265 (11-04)<br>**Sworn Summary**<br>Issued under federal code, Title XI<br>**Type of Claim: Administrative**<br>Amended 5 | Case Number:<br>07-11051 CSS | *Page 1 of 1*<br>6782883 |
|---|---|---|
| | Taxpayer Identification:<br>1558 | **Attorney General:**<br>ATTORNEY DETROIT |

**AMERICAN HOME MORTGAGE CORP**          Other Identification:

JOINTLY ADMIN-AMERICAN HOME MORTGAGE HOLDINGS, INC.   F1772

538 BROADHOLLOW ROAD

MELVILLE, NY. 11747

| Assessment Number | Debt Code | Assessment Date | Account ID | Tax Period | *If Est | Tax Deficiency | Penalty | Interest |
|---|---|---|---|---|---|---|---|---|
| Q469830 | WTH | 10/13/08 | F1772 | 4/1/2008 - 6/30/2008 | | $561.81 | $154.72 | $47.51 |
| Q722094 | WTH | 04/01/09 | F1772 | 7/1/2008 - 9/30/2008 | | $929.87 | $232.46 | $56.73 |
| Q762942 | WTH | 04/17/09 | F1772 | 10/1/2008 - 12/31/2008 | | $1,874.10 | $468.51 | $78.80 |
| R245580 | WTH | 10/15/09 | F1772 | 1/1/2009 - 3/31/2009 | * | $2,103.00 | $525.75 | $57.03 |
| R439171 | WTH | 10/21/09 | F1772 | 4/1/2009 - 6/30/2009 | * | $2,983.50 | $298.36 | $38.04 |
| Q179593 | WTH | 10/01/08 | F1772 | 1/1/2008 - 3/31/2008 | | $0.00 | $57.93 | $13.34 |

**Debt Codes:**

WTH - WITHHOLDING TAX

|  | $8,452.28 | $1,737.73 | $291.45 |
|---|---|---|---|
| TOTAL CLAIM | | $10,481.46 | |

\* An asterisk in this column indicates that tax liability is estimated based on the best information available since actual returns have not been filed. This claim will be adjusted when actual returns are filed.

SANDRA BRAUN _____ being duly sworn, deposes and says (s)he is authorized to act for the Department of Treasury and, to the best of her/his knowledge and belief, the defendant is indebted to the State of Michigan in this amount.

| Signature | Date: | 10/28/09 |
|---|---|---|

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:                                          Case No. 07-11051-CSS

AMERICAN HOME MORTGAGE CORP.,                   Chapter 11

                    Debtor(s).                  Honorable Christopher  Sontchi

_____/

## PROOF OF SERVICE

The undersigned certifies that on December 08, 2009, a copy of the Amended Administrative Expense Proof of Claim, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:


Pauline K Morgan                          ,
1000 West St. 17th Floor                  ,
PO Box 391
Wilmington DE  19899


                                */s/ Starkema T Jackson*
                                Starkema T Jackson
                                Legal Secretary
                                Julius O. Curling (P58248)
                                Cadillac Place, Ste. 10-200
                                3030 W. Grand Blvd.
                                Detroit, MI  48202
                                Telephone:  (313) 456-0140
                                E-mail:  CurlingJ@michigan.gov


Dated:  December 08, 2009



**MIKE COX**
ATTORNEY GENERAL
Cadillac Place
3030 West Grand Boulevard
Detroit, Michigan 48202

Epiq Bankruptcy Solutions, LLC
Claims Agent
Grand Central Station
P.O. Box 4613
New York, NY 10163

101633461∃ B096

RECEIVED

DEC 14 2009

02 1R         $00.44⁰
00042436i4   DEC 10 2009
MAILED FROM ZIPCODE 48083

UNITED STATES POSTAGE