IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AMERICAN HOME MORTGAGE | § | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | § | |
| et al., | § | (Jointly Administered) |
| | § | |
| | § | |
| Debtors. | | |

### NOTICE OF SERVICE OF SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7030 and 9014, JPMorgan Chase Bank, National Association, Inc. (the "JPMC"), by and through the undersigned counsel, caused a subpoena (the "Subpoena") to be served on *American Home Mortgage Servicing, Inc.* ("AHMSI") via process server on March 26, 2012. A copy of the Proof of Service is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b) (6), counsel for JPMC will take the deposition of a designated representative of AHMSI on April 16, 2012 at 10:00 a.m. (ET) at the Offices of Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801.

Dated:  March 29, 2012
        Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *signature*
_____
Daniel B. Rath (No. 3022)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:   (302) 467-4400
Facsimile:    (302) 467-4450

*Counsel for JPMorgan Chase Bank, National Association, Inc.*

{519.005-W0020289.}