IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
     Debtors.                                                    :
                                                                 :   **Ref. Docket Nos.: 10252 & 10281**
                                                                 :
---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER
RESOLVING PLAN TRUST'S NINETY-FIRST OMNIBUS (SUBSTANTIVE)
OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO. 9034
FILED BY LEHMAN BROTHERS INC.**

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1. On November 16, 2011, through the undersigned counsel, the Plan Trustee filed the Plan Trust's Ninety-First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 10252] (the "Objection"). By the Objection, the Plan Trust sought, *inter alia*, to disallow proof of claim number 9034 ("Claim 9034") filed by Lehman Brothers Inc. ("LBI") on the grounds that a reconciliation of the relevant transactions between LBI and debtor American

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01: 11896003.1

Home Mortgage Investment Corp. ("AHM Investment") shows that no amounts are owed to LBI by AHM Investment.

2. After the Objection was filed, counsel to the trustee (the "Trustee")[2] appointed for the liquidation of LBI contacted the undersigned counsel and requested an adjournment of the Objection with respect to Claim 9034 in order to permit the Trustee investigate whether the proposed treatment of its claim as set forth in the Objection was appropriate. The Plan Trustee agreed to the requested adjournment of the Objection with respect to Claim 9034. On December 14, 2011, the Court entered an order [Docket No. 10281] sustaining the Objection in part, and adjourning the Objection with respect to Claim 9034.

3. As a result of further discussions, the parties have agreed that Claim 9034 should be (i) modified and reduced to an allowed claim in the amount of $775,000, and (ii) reclassified to a general unsecured claim. A proposed form of consensual order (the "Proposed Order") reflecting the agreed upon treatment of these claims is attached hereto as Exhibit 1.

*[Signature page follows]*

---

[2]   Claim 9034 was filed by LBI on January 11, 2008. On September 19, 2008, by order of the United States District Court for the Southern District of New York, a proceeding under the Securities Investor Protection of Act of 1970 ("SIPA") for the liquidation of LBI was commenced. *Securities Investor Protection Corp. v. Lehman Brothers Inc.*, Case No. 08-CIV-8119 (GEL) (the "SIPA Proceeding"). The SIPA Proceeding is pending in the United States Bankruptcy Court for the Southern District of New York and is captioned *In re Lehman Brothers Inc.*, Case No. 08-01420 (JMP) SIPA. James W. Giddens was appointed as Trustee for the SIPA liquidation of LBI.

01: 11896003.1

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

| | |
|---|---|
| Dated: April 2, 2012<br>Wilmington, Delaware | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP<br><br>*/s/ Michael S. Neiburg*<br>Sean M. Beach (No. 4070)<br>Michael S. Neiburg (No. 5275)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>HAHN & HESSEN LLP<br>Mark S. Indelicato<br>Edward L. Schnitzer<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 478-7200<br>Facsimile: (212) 478-7400<br><br>*Co-Counsel to the Plan Trustee* |

# EXHIBIT 1

**Proposed Consensual Order**

01: 11896003.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos.: 10252 & 10281** |

### CONSENSUAL ORDER RESOLVING PLAN TRUST'S NINETY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO. 9034 FILED BY LEHMAN BROTHERS INC.

Upon consideration of the ninety-first omnibus (substantive) objection to claims [Docket No. 10252] (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors; and the Court having entered an order [Docket No. 10281] sustaining the Objection in part and the adjourning the Objection with respect to proof of claim number 9034 ("Claim 9034") filed by Lehman Brothers Inc. ("LBI"); and the Plan Trustee and the Trustee[2] appointed for the liquidation of LBI having agreed that Claim 9034 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] Claim 9034 was filed by LBI on January 11, 2008. On September 19, 2008, by order of the United States District Court for the Southern District of New York, a proceeding under the Securities Investor Protection of Act of 1970 ("SIPA") for the liquidation of LBI was commenced. *Securities Investor Protection Corp. v. Lehman Brothers Inc.*, Case No. 08-CIV-8119 (GEL) (the "SIPA Proceeding"). The SIPA Proceeding is pending in the United States Bankruptcy Court for the Southern District of New York and is captioned *In re Lehman Brothers Inc.*, Case No. 08-01420 (JMP) SIPA. James W. Giddens was appointed as Trustee for the SIPA liquidation of LBI.

01:11896003.1

pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that Claim 9034 filed by LBI shall be reclassified as a general unsecured claim and allowed in the total amount of $775,000; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       _____ \_\_\_, 2012

       _____
       CHRISTOPHER S. SONTCHI
       UNITED STATES BANKRUPTCY JUDGE