# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------x  Chapter 11

In re:
AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

Debtors.

Case No. 07-11047 (CSS)

Jointly Administered
Ref/ Docket No. 10184, 10183 & 10182

------x

## Motion to Court for Final Oral Argument and Motion to Strike Certain Documents. Claims Numbered 10870, 10875, and 10887

I, Hussain Kareem, the Claimant/ Titleholder, in the above cause of action, moves the court for a final oral argument before final determination is made in the instant action. Several complex laws have been submitted attesting to the veracity of evidences made in the action.

Equally sought by the Claimant, is for this Honorable Court to strike or remove the following documents submitted by the Plan Trustee's Answer which were entered from the Texas Action, Case No. 3:10-CV-00762-B, as follows :

1. PT 20 Affidavit By Jose Colon,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2. PT 25 Magistrate Judge Findings and;
3. PT 26 District Court Judgment and Order.

It is believed that the above documents should not be allowed under the Claimant's favorable ruling made by this Court on his Motion in Limine. The Motion was determined on Nov. 18, 2011 to restrict the admissible statements and documents by the Plan Trustee. The entry of these documents has the potential of a prejudicial effect.

Additionally, the Higher Court is reviewing the matter in that respective action. Referencing or relying on those opinions may result in an unnecessary conflict and could run contrary to rulings to be made by the Fifth Circuit.

Claimant seeks relief for both Final Oral Argument and the Striking or removal or said documents above.

This motion is contemporaneously filed with Claimant's Post Trial Reply Brief.

Claimant turns to this Honorable Court for common law equity and Judgment as a Matter of Law.

**EXECUTED THIS DAY ON OR ABOUT MARCH 27, 2012**

*/s/ Hussain Kareem*
Hussain Kareem, Pro Se
**404-907-0177 (Phone Line)**

## CERTIFICATE OF SERVICE

I, the undersign, certify that on or about March 27, 2012 I filed the foregoing document with the opposing counsel filed electronically with electronic signature and by certified mail, prepaid first class mail without using the electronic email of the counsel *to the following:*

Counsel for Debtors:
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Margaret Whiteman Greecher
Rodney Square
1000 North King Street
Wilmington, DE 19801
P 302.571.6753
F 302.576.3416
mgreecher@ycst.com Counsel for the Plan Trustee:

**HAHN & HAESSEN LLP**
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, N.Y. 10022
Tel: (212) 478-7200
**The Plan Trustee:**
Steven D. Stass
AHM Liquidating Trust
P.O. Box 10550
Melville, NY 11747

**EXECUTED THIS DAY ON MARCH 27, 2012**

Hussain Kareem, Pro Se
2197 Carlysle Creek Drive
Lawrenceville, GA 30044
404-907-0177: Phone Line