IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
    Debtors.                                                     :
                                                                 :  **Ref. Docket Nos.: 7163 & 10379**
---------------------------------------------------------------- x

### CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER REGARDING STATE OF MICHIGAN'S ADMINISTRATIVE EXPENSE PROOF OF CLAIM

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1. On or about March 23, 2009, the State of Michigan ("Michigan") filed its Administrative Expense Proof of Claim [D.I. 7163] (the "Admin Request") against debtor American Home Mortgage Corp. asserting an administrative expense claim in the amount of $2,199.23 on account of an alleged tax liability for tax year 2008.

2. On March 26, 2012, through the undersigned counsel, the Plan Trustee filed the Plan Trust's Objection to State of Michigan's Administrative Expense Proof of Claim [D.I. 10379] (the "Objection"). By the Objection, the Plan Trust requested that the Court deny

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01: 11910314.1

the Admin Request since the Debtors had no presence within Michigan's jurisdiction at any point during tax year 2008 that would make them liable for the asserted withholding taxes.

        3.    After the Objection was filed, the parties entered into discussions concerning the Admin Request and have agreed that the Objection should be sustained and the Admin Request should be denied. A proposed form of consensual order (the "Proposed Order") reflecting the agreed upon treatment of the Admin Request is attached hereto as Exhibit 1.

        WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

| | |
|---|---|
| Dated: April 4, 2012<br>      Wilmington, Delaware | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP<br><br>*/s/ Michael S. Neiburg*<br>Sean M. Beach (No. 4070)<br>Michael S. Neiburg (No. 5275)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>HAHN & HESSEN LLP<br>Mark S. Indelicato<br>Edward L. Schnitzer<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 478-7200<br>Facsimile: (212) 478-7400<br><br>*Co-Counsel to the Plan Trustee* |

# EXHIBIT 1

# Proposed Order

01: 11910314.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                                                     :   Chapter 11
                                                                           :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                     :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                         :
                                                                           :   Jointly Administered
            Debtors.                                                       :
                                                                           :   **Ref. Docket Nos.: 7163 &
                                                                           :   10379**
------------------------------------------------------------------------- x

## CONSENSUAL ORDER REGARDING STATE OF MICHIGAN'S ADMINISTRATIVE EXPENSE PROOF OF CLAIM

Upon consideration of the Administrative Expense Proof of Claim [D.I. 7163] (the "Admin Request") filed by the State of Michigan ("Michigan") on or about March 23, 2009 and the objection [D.I. 10379] (the "Objection") thereto filed by Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors; and the Plan Trustee and Michigan having agreed that the Objection should be sustained and the Admin Request should be denied; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained; and it is further

ORDERED that the Admin Request is denied with prejudice; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01: 11910314.1

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2012

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2

01: 11910314.1