IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------------- x

In re:                                                          :  Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                              :
                                                                :  Jointly Administered
                                            Debtors.        :

-------------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING
SCHEDULING OF OMNIBUS HEARING DATES**

The undersigned hereby certifies that he has obtained from the Court the omnibus

hearing dates set forth on the proposed order attached hereto.

Dated: April 4, 2012          YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
       Wilmington, Delaware

                              */s/ Michael S. Neiburg*
                              Sean M. Beach (No. 4070)
                              Margaret Whiteman Greecher (No. 4652)
                              Michael S. Neiburg (No. 5275)
                              Rodney Square
                              1000 North King Street
                              Wilmington, Delaware  19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              -and-

                              HAHN & HESSEN LLP
                              Mark S. Indelicato
                              Edward L. Schnitzer
                              488 Madison Avenue
                              New York, New York 10022
                              Telephone: (212) 478-7200
                              Facsimile: (212) 478-7400

                              *Co-Counsel to the Plan Trustee*

01: 7856483.9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------------- x
In re:                                                   :  Chapter 11
                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                   :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                          :
                                                         :  Jointly Administered
                              Debtors.                   :
------------------------------------------------------------------------- x
```

### ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following

omnibus hearing dates in the above-captioned proceeding:

June 5, 2012 at 11:00 a.m. (ET)

July 10, 2012 at 10:00 a.m. (ET)


Dated:  April ____, 2012
         Wilmington, Delaware


_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

01: 7856483.9