IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                                                     :    Chapter 11
                                                                           :
AMERICAN HOME MORTGAGE HOLDINGS, INC.[1],                                   :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                            :
                                                                           :    Jointly Administered
                                                                           :
        Debtors.                                                           :
------------------------------------------------------------------------- x    Ref. No. 10377

## CERTIFICATE OF NO OBJECTION

        The undersigned hereby certifies that, as of the date hereof, no answer to the Plan

Trustee's Third Motion for an Order Extending the Time to Object to Administrative Claims (the

"Motion") has been received.  The Court's docket which was last updated April 4, 2012, reflects

that no responses to the Motion have been filed.  Responses to the Motion were to be filed and

served no later than April 2, 2012 at 4:00 p.m.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747

01: 6604224.19

It is hereby respectfully requested that the Order attached to the Motion be

entered at the earliest convenience of the Court.


Dated: Wilmington, Delaware
      April 4, 2012

                    YOUNG CONAWAY STARGATT & TAYLOR, LLP


                    /s/ Michael S. Neiburg
                    Sean M. Beach (No. 4070)
                    Margaret Whiteman Greecher (No. 4652)
                    Michael S. Neiburg (No. 5275)
                    Rodney Square
                    1000 North King Street
                    Wilmington, Delaware 19801
                    Telephone: (302) 571-6600
                    Facsimile: (302) 571-1253

                    Counsel for Plan Trustee

01: 6604224.19