IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        : Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                            : (Jointly Administered)
                                                              :
                                        Debtors.              : Response Deadline: May 1, 2012 at 4:00 p.m. (ET)
                                                              : Hearing Date: May 8, 2012 at 10:00 a.m. (ET)
------------------------------------------------------------- x

**RE-NOTICE OF EIGHTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO
CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL TO THE PLAN OVERSIGHT COMMITTEE; (III) HOLDER OF THE DISPUTED CLAIM; AND (IV) THOSE PARTIES WHO HAVE REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002, IN ACCORDANCE WITH DEL. BANKR. L.R. 2002-1(b).

PLEASE TAKE NOTICE that, on August 10, 2011, Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") filed the **Plan Trust's Eighty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** [Docket No. 10123] (the "Objection").[2] By the Objection, the Plan Trust sought to, *inter alia*, disallow claims as set forth more fully in the exhibits to the Objection.

PLEASE TAKE FURTHER NOTICE that the Objection was previously adjourned with respect to, *inter alia*, the claim identified on Exhibit A attached hereto. The claim identified on Exhibit A is referred to as the "Disputed Claim".

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2]   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

01: 11923702.1

PLEASE TAKE FURTHER NOTICE that the Plan Trustee intends to move forward with the Objection as it pertains to the Disputed Claim at the next omnibus hearing in these bankruptcy cases, which is currently scheduled for **MAY 8, 2012 AT 10:00 A.M. (ET).**

PLEASE TAKE FURTHER NOTICE that responses to the Objection, if any must be filed on or before **May 1, 2012 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the undersigned counsel to the Plan Trustee so that the response is received on or before the Response Deadline.

PLEASE TAKE FURTHER NOTICE that you were previously served with a copy of the Objection. Questions about the Objection, and/or requests for additional copies of the Objection, should be directed to the undersigned counsel for the Plan Trustee (Michael S. Neiburg, (302) 576-3590 or mneiburg@ycst.com). CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

PLEASE TAKE FURTHER NOTICE THAT, AS NOTED ABOVE, A HEARING ON THE OBJECTION SOLELY WITH RESPECT TO THE DISPUTED CLAIM IDENTIFIED ON THE ATTACHED EXHIBIT A WILL BE HELD ON **MAY 8, 2012 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801. YOU HAVE THE RIGHT TO APPEAR TELEPHONICALLY AT THE HEARING ON THE OBJECTION. A COPY OF THE BANKRUPTCY COURT'S PROCEDURES REGARDING TELEPHONIC APPEARANCES IS ENCLOSED WITH THIS NOTICE.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

*[Signature page follows]*

Dated:   Wilmington, Delaware
           April 5, 2012                YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
Justin H. Rucki (No. 5304)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
Jeffrey Zawadzki
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Plan Trustee*

# EXHIBIT A

## Disputed Claim

## Exhibit A

### No Liability Claims

| | | Objectionable Claim | | | |
|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
| GINNONA, RONALD T. AND TRACI A.<br>AKA COMNET NO02-15135 COURT COMMON PLEAS<br>GREGORY NOONAN ESQ WALFISH & NOONAN, LLC<br>528 DEKALB STREET<br>NORRISTOWN, PA 19401 | 8651 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$221,189.61 (U)<br>$221,189.61 (T) | The claim relates to an underlying state court action for, among other things, breach of contract and conversion in connection with a mortgage foreclosure initiated by Comnet Mortgage Services, Inc. ("Comnet"). Upon information and belief, Comnet is the residential mortgage division of Commonwealth Bank, a subsidiary of Commonwealth Bancorp. Pursuant to the complaint attached to the claim form, the claimants filed this claim against debtor AHM Corp. (07-11051) because AHM Corp. was purportedly a successor-in-interest to formerly known as non-debtor Comnet. Contrary to the claimants' assertions, AHM Corp. is not a successor-in-interest to Comnet and was never known as or otherwise affiliated with Comnet. Rather pursuant to an Asset Purchase Agreement, dated February 8, 2001, by and between AHM Corp. and Commonwealth Bank (the "APA"), AHM Corp. acquired certain discrete assets related to the ComNet mortgage origination business, which such assets were primarily limited to the real property leases of five loan production offices of ComNet located in PA and MD, a mortgage application pipeline, and certain fixed assets. Given the limited nature of the assets and liabilities purchased by AHM Corp. under the APA, AHM Corp. is not a successor-in-interest to Comnet with respect to any liabilities connected to the mortgage foreclosure that is the subject of the claimants' complaint. As such, the Debtors have no liability on account of this claim and it should be disallowed in it's entirety. After the Objection was originally filed, counsel to the claimant was provided with publicly filed documents that show the extent of the assets sold to AHM Corp. The claimant has failed to respond to follow-up inquiries by the plan trustee with respect to reaching an agreement that the claim should be disallowed. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| Totals: | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$221,189.61 (U)<br>$221,189.61 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

INSTRUCTIONS FOR TELEPHONIC APPEARANCES
EFFECTIVE JANUARY 5, 2005
Revised April 27, 2009

The United States Bankruptcy Court for the District of Delaware has arranged for parties to participate by telephonic appearance in hearings using CourtCall, an independent conference call company.

**Under no circumstances may any participant record or broadcast the proceedings conducted by the Bankruptcy Court.**

I. POLICY GOVERNING TELEPHONIC APPEARANCES
**Local counsel must appear in person in all matters before the court.**

Telephonic appearances are allowed in all matters before Court except the following:

1. Trials and evidentiary hearings - all counsel and all witnesses must appear in person;

2. Chapter 11 status conferences - debtor and debtor's counsel must appear in person, other parties in interest may appear telephonically;

3. Chapter 11 confirmation hearings - debtor, debtor's counsel, and all objecting parties must appear in person;

4. Hearings on reaffirmation agreements - debtor must appear in person;

5. Any matter designated by the court as one requiring a personal appearance.

No telephonic appearance will be allowed unless it is made through CourtCall pursuant to the procedures set forth in section II.

Parties filing a motion, application or other pleading, including, without limitation, an objection or response thereto, may participate by telephonic appearance. Any party not submitting a pleading, but interested in monitoring the court's proceedings, may participate by telephonic appearance in "listen-only" mode.

If an individual schedules a telephonic appearance and then fails to respond to the call of a matter on calendar, the court may pass the matter or may treat the failure to respond as a failure to appear. Individuals making use of the conference call service are cautioned that they do so at their own risk.

To ensure the quality of the record, the use of car phones, cellular phones, speaker phones, public telephone booths or phones in other public places is prohibited. Each time you speak, you must identify yourself for the record. Do not place the call on hold at any time. When the Judge informs the participants that the hearing is completed, you may disconnect.

II. SCHEDULING A TELEPHONIC APPEARANCE

1. Participants must notify CourtCall by phone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. one business days prior to the hearing. Individual Chambers must be contacted regarding any late requests for telephonic appearances.

2. Participants must provide the following information:

   a. Case name and number
   b. Name of Judge
   c. Hearing date and time
   d. Name, address, phone number of participant
   e. Party whom participant represents
   f. Matter on which the participant wishes to be heard or whether the participant intends to monitor the proceeding in "listen-only" mode.

3. Participants intending to be heard by the Bankruptcy Court must send written notification to debtor's counsel and/or opposing counsel providing same information as above.

4. Participants will receive fax confirmation and instructions for telephonic appearance from CourtCall. It is the participant's responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing.

5. Any questions about telephonic appearances should be directed to CourtCall at 866-582-6878.

III. FEES

The fee for the telephonic appearance is fixed by CourtCall depending on the length of time the participant is on the call, regardless of whether the participant is actually heard by the Bankruptcy Court or is in "listen only" mode. Each participant will be charged or billed an initial fee of $50.00 at the time of reservation with CourtCall, with appropriate increments, if any, to be charged or billed based upon the Fee Rate.

The Fee Rate for telephonic appearances is as follows:

| Call Length | Fee |
| --- | --- |
| 0-90 minutes | $ 50.00 |
| 91-180 minutes | $ 80.00 |
| 181-270 minutes | $120.00 |
| 271-360 minutes | $160.00 |
| 361 minutes and above | $ 40.00 per each additional 90 minute increment |

There are no subscription fees and no special equipment is required to use the service.