IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :   (Jointly Administered)
                                                                 :
                                                                 :   Response Deadline: May 1, 2012 at 4:00 p.m. (ET)
                    Debtors.                                     :   Hearing Date: May 8, 2012 at 10:00 a.m. (ET)
                                                                 :
---------------------------------------------------------------- x

**RE-NOTICE OF DEBTORS' SIXTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL TO THE PLAN OVERSIGHT COMMITTEE; (III) HOLDER OF THE DISPUTED CLAIM; AND (IV) THOSE PARTIES WHO HAVE REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002, IN ACCORDANCE WITH DEL. BANKR. L.R. 2002-1(b).

PLEASE TAKE NOTICE that, on August 24, 2010, the above-captioned debtors (collectively, the "Debtors") filed the **Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** [Docket No. 9176] (the "Objection").[2] By the Objection, the Debtors sought to, *inter alia*, disallow or modify claims as set forth more fully in the exhibits to the Objection.

PLEASE TAKE FURTHER NOTICE that, on September 23, 2010, the Bankruptcy Court entered an order [Docket No. 9254] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, the claim identified on Exhibit A attached hereto. The claim identified on Exhibit A is referred to as the "Disputed Claim".

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2]   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

01: 11923498.1

PLEASE TAKE FURTHER NOTICE that Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009*, intends to move forward with the Objection as it pertains to the Disputed Claim at the next omnibus hearing in these bankruptcy cases, which is currently scheduled for **MAY 8, 2012 AT 10:00 A.M. (ET).**

PLEASE TAKE FURTHER NOTICE that responses to the Objection, if any must be filed on or before **May 1, 2012 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the undersigned counsel to the Plan Trustee so that the response is received on or before the Response Deadline.

PLEASE TAKE FURTHER NOTICE that you were previously served with a copy of the Objection. Questions about the Objection, and/or requests for additional copies of the Objection, should be directed to the undersigned counsel for the Plan Trustee (Michael S. Neiburg, (302) 576-3590 or mneiburg@ycst.com). CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE COURT TO DISCUSS THE MERITS OF THEIR CLAIMS

PLEASE TAKE FURTHER NOTICE THAT, AS NOTED ABOVE, A HEARING ON THE OBJECTION SOLELY WITH RESPECT TO THE DISPUTED CLAIM IDENTIFIED ON THE ATTACHED EXHIBIT A WILL BE HELD ON **MAY 8, 2012 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801. YOU HAVE THE RIGHT TO APPEAR TELEPHONICALLY AT THE HEARING ON THE OBJECTION. A COPY OF THE BANKRUPTCY COURT'S PROCEDURES REGARDING TELEPHONIC APPEARANCES IS ENCLOSED WITH THIS NOTICE.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

*[Signature page follows]*

Dated:   Wilmington, Delaware
        April 5, 2012               YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                               */s/ Michael S. Neiburg*
                                               Sean M. Beach (No. 4070)
                                               Margaret Whiteman Greecher (No. 4652)
                                               Michael S. Neiburg (No. 5275)
                                               Justin H. Rucki (No. 5304)
                                               Rodney Square
                                               1000 North King Street
                                               Wilmington, Delaware 19801
                                               Telephone: (302) 571-6600
                                               Facsimile: (302) 571-1253

                                               -and-

                                               HAHN & HESSEN LLP
                                               Mark S. Indelicato
                                               Edward L. Schnitzer
                                               Jeffrey Zawadzki
                                               488 Madison Avenue
                                               New York, New York  10022
                                               Telephone:  (212) 478-7200
                                               Facsimile: (212) 478-7400

                                               *Counsel for the Plan Trustee*

# EXHIBIT A

## Disputed Claim

# Exhibit A

## No Liability Claims

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CITY OF NEW YORK DEPARTMENT OF FINANCE<br>AUDIT DIVISION<br>ATTN: BANKRUPTCY UNIT<br>345 ADAMS STREET, 5TH FLOOR<br>BROOKLYN, NY 11201 | 10554 | 9/23/08 | 07-11051 | - (S)<br>- (A)<br>$360,650.00 (P)<br>- (U)<br>$360,650.00 (T) | The claim relates to estimated corporate and commercial taxes for the 2002-2007 taxable years. Based on an extensive review of the Debtors' books and records, the applicable Debtor (AHM Corp. Case No. 07-11051) filed all applicable tax returns and any amounts due an owing on account of such returns have been paid in full. After the Objection was filed, the claimant submitted a request to the Debtors for numerous documents including leases, rent invoices and tax returns. The Debtors provided the claimant with all available records responsive to the document requests. The claimant has failed to respond to follow-up inquiries by the plan trustee with respect to reaching an agreement that the claim should be disallowed. |

**Totals:** 1 Claim

- (S)
- (A)
$360,650.00 (P)
- (U)
$360,650.00 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

INSTRUCTIONS FOR TELEPHONIC APPEARANCES
EFFECTIVE JANUARY 5, 2005
Revised April 27, 2009

The United States Bankruptcy Court for the District of Delaware has arranged for parties to participate by telephonic appearance in hearings using CourtCall, an independent conference call company.

**Under no circumstances may any participant record or broadcast the proceedings conducted by the Bankruptcy Court.**

I.    POLICY GOVERNING TELEPHONIC APPEARANCES
**Local counsel must appear in person in all matters before the court.**

Telephonic appearances are allowed in all matters before Court except the following:

1. Trials and evidentiary hearings — all counsel and all witnesses must appear in person;

2. Chapter 11 status conferences — debtor and debtor's counsel must appear in person, other parties in interest may appear telephonically;

3. Chapter 11 confirmation hearings — debtor, debtor's counsel, and all objecting parties must appear in person;

4. Hearings on reaffirmation agreements — debtor must appear in person;

5. Any matter designated by the court as one requiring a personal appearance.

No telephonic appearance will be allowed unless it is made through CourtCall pursuant to the procedures set forth in section II.

Parties filing a motion, application or other pleading, including, without limitation, an objection or response thereto, may participate by telephonic appearance. Any party not submitting a pleading, but interested in monitoring the court's proceedings, may participate by telephonic appearance in "listen-only" mode.

If an individual schedules a telephonic appearance and then fails to respond to the call of a matter on calendar, the court may pass the matter or may treat the failure to respond as a failure to appear. Individuals making use of the conference call service are cautioned that they do so at their own risk.

To ensure the quality of the record, the use of car phones, cellular phones, speaker phones, public telephone booths or phones in other public places is prohibited. Each time you speak, you must identify yourself for the record. Do not place the call on hold at any time. When the Judge informs the participants that the hearing is completed, you may disconnect.

II.     SCHEDULING A TELEPHONIC APPEARANCE

1. Participants must notify CourtCall by phone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. one business days prior to the hearing. Individual Chambers must be contacted regarding any late requests for telephonic appearances.

2. Participants must provide the following information:

    a. Case name and number
    b. Name of Judge
    c. Hearing date and time
    d. Name, address, phone number of participant
    e. Party whom participant represents
    f. Matter on which the participant wishes to be heard or whether the participant intends to monitor the proceeding in "listen-only" mode.

3. Participants intending to be heard by the Bankruptcy Court must send written notification to debtor's counsel and/or opposing counsel providing same information as above.

4. Participants will receive fax confirmation and instructions for telephonic appearance from CourtCall. It is the participant's responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing.

5. Any questions about telephonic appearances should be directed to CourtCall at 866-582-6878.

III.     FEES

The fee for the telephonic appearance is fixed by CourtCall depending on the length of time the participant is on the call, regardless of whether the participant is actually heard by the Bankruptcy Court or is in "listen only" mode. Each participant will be charged or billed an initial fee of $50.00 at the time of reservation with CourtCall, with appropriate increments, if any, to be charged or billed based upon the Fee Rate.

The Fee Rate for telephonic appearances is as follows:

| Call Length | Fee |
|---|---|
| 0-90 minutes | $ 50.00 |
| 91-180 minutes | $ 80.00 |
| 181-270 minutes | $120.00 |
| 271-360 minutes | $160.00 |
| 361 minutes and above | $ 40.00 per each additional 90 minute increment |

There are no subscription fees and no special equipment is required to use the service.