# EXHIBIT II

**Proposed Order**

01: 11923278.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
           Debtors.                                                    :
                                                                       :   Ref. Docket No. _____
---------------------------------------------------------------------- x

## ORDER SUSTAINING PLAN TRUST'S NINETY-SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the ninety-seventh omnibus (substantive) objection to claims (the "Objection") of the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which Steven D. Sass, as the Plan Trustee, respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, modifying and reducing such Disputed Claims[2] identified on Exhibit A attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

01: 11923278.1

U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached <u>Exhibit A</u> are hereby modified and reduced to the dollar values under the column titled "Modified Amount"; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      May ___, 2012

                                         CHRISTOPHER S. SONTCHI
                                         UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Modified Amount Claims**

# Exhibit A

## Modified Amount Claim

| Name/Address of Claimant | Objectionable Claim | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| AUMILLER, SHANE<br>707 TRAGO CREEK DRIVE<br>BALLWIN, MO 63021 | 8249 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$615.36 (P)<br>- (U)<br>$615.36 (T) | - (S)<br>- (A)<br>$307.68 (P)<br>- (U)<br>$307.68 (T) | Claim relates to unpaid wages. Per the Debtors' books and records, the claim should be modified and reduced to $307.68 to reflect the amount owed to claimant for transition pay. The claimant has not provided any documentation supporting a claim for a different amount. |
| BHATIA, SAKSHI<br>510 CHARLES LN<br>WANTAGH, NY 11793 | 1051 | 9/20/07 | 07-11051 | - (S)<br>- (A)<br>$2,791.67 (P)<br>- (U)<br>$2,791.67 (T) | - (S)<br>- (A)<br>$2,576.92 (P)<br>- (U)<br>$2,576.92 (T) | Claim relates to payout of unused vacation time. Per the Debtors' books and records, the claim should be modified and reduced to $2,576.92 to reflect the amount owed to claimant for unused vacation time. The claimant has not provided any documentation supporting a claim for a different amount. |
| CONTARINO, ELLEN S<br>478 PHILADELPHIA AVE<br>MASSAPEQUA PARK, NY 11762 | 7530 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$1,732.31 (P)<br>- (U)<br>$1,732.31 (T) | - (S)<br>- (A)<br>$1,538.46 (P)<br>- (U)<br>$1,538.46 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed $1,538.46 for unused vacation pay and the claimant has not provided any documentation supporting a claim for a different amount. As a result, the claim should be modified and reduced to match Debtors' books and records. |
| DORONILA, ALLEN<br>4 MICHIGAN AVE<br>HAZLET, NJ 077302214 | 8033 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$1,440.61 (P)<br>- (U)<br>$1,440.61 (T) | - (S)<br>- (A)<br>$1,184.00 (P)<br>- (U)<br>$1,184.00 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed $1,184.00 for unused vacation pay and the claimant has not provided any documentation supporting a claim for a different amount. As a result, the claim should be modified and reduced to match Debtors' books and records. |
| FERNANDEZ, FANNY L.<br>1156 JOSELSON AVE<br>BAY SHORE, NY 11706 | 9620 | 1/14/08 | 07-11051 | - (S)<br>- (A)<br>$2,250.00 (P)<br>- (U)<br>$2,250.00 (T) | - (S)<br>- (A)<br>$2,076.92 (P)<br>- (U)<br>$2,076.92 (T) | Claim relates to payout of unused vacation time. Per the Debtors' books and records, the claim should be modified and reduced to $2,076.92 to reflect the amount owed to claimant for unused vacation time. The claimant has not provided any documentation supporting a claim for a different amount. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| GILBERT, ANN R<br>1428 TRADERS CROSSING<br>FORT WAYNE, IN 46845 | 6629 | 12/31/07 | 07-11051 | - (S)<br>- (A)<br>$2,700.03 (P)<br>- (U)<br>$2,700.03 (T) | - (S)<br>- (A)<br>$2,238.49 (P)<br>- (U)<br>$2,238.49 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed $2,238.49 for unused vacation pay and the claimant has not provided any documentation supporting a claim for a different amount. As a result, the claim should be modified and reduced to match Debtors' books and records. |
| HAGAN, RAYMOND<br>20 SENECA DR<br>HANOVER, PA 17331 | 537 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$4,615.36 (P)<br>- (U)<br>$4,615.36 (T) | - (S)<br>- (A)<br>$2,307.69 (P)<br>- (U)<br>$2,307.69 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $2,307.69, which equals two weeks vacation pay for this claimant. |
| HUARD, CHARLENE<br>38 WALNUT CIRCLE<br>MERRIMACK, NH 03054 | 1326 | 10/1/07 | 07-11051 | - (S)<br>- (A)<br>$2,304.96 (P)<br>- (U)<br>$2,304.96 (T) | - (S)<br>- (A)<br>$1,646.15 (P)<br>- (U)<br>$1,646.15 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $1,646.15, which equals two weeks vacation pay for this claimant. |
| JOHNSON, LUCILLE M.<br>183 FRINGETREE DR<br>WEST CHESTER, PA 19380 | 846 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$3,645.15 (P)<br>- (U)<br>$3,645.15 (T) | - (S)<br>- (A)<br>$1,918.27 (P)<br>- (U)<br>$1,918.27 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $1,918.27, which equals two weeks vacation pay for this claimant. |
| PEREN, GILBERTO<br>25 LINDEN LN<br>SHIRLEY, NY 11967-2452 | 4581 | 12/5/07 | 07-11051 | - (S)<br>- (A)<br>$411.60 (P)<br>- (U)<br>$411.60 (T) | - (S)<br>- (A)<br>$205.80 (P)<br>- (U)<br>$205.80 (T) | Claim relates to unpaid wages. Per the Debtors' books and records, the claim should be modified and reduced to $205.80 to reflect the amount owed to claimant for transition pay. The claimant has not provided any documentation supporting a claim for a different amount. |
| ROBERTS, SUSAN D.<br>4334 DOWNS SQ<br>BELCAMP, MD 21017 | 974 | 9/18/07 | 07-11051 | - (S)<br>- (A)<br>$4,523.52 (P)<br>- (U)<br>$4,523.52 (T) | - (S)<br>- (A)<br>$2,826.92 (P)<br>- (U)<br>$2,826.92 (T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $2,826.92, which equals two weeks vacation pay for this claimant. |
| ROSARIO, JACK<br>52 RUSSELL PL<br>APT 2B<br>FREEPORT, NY 11520 | 4357 | 12/3/07 | 07-11051 | - (S)<br>- (A)<br>$432.00 (P)<br>- (U)<br>$432.00 (T) | - (S)<br>- (A)<br>$216.00 (P)<br>- (U)<br>$216.00 (T) | Claim relates to unpaid wages. Per the Debtors' books and records, the claim should be modified and reduced to $216.00 to reflect the amount owed to claimant for transition pay. The claimant has not provided any documentation supporting a claim for a different amount. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| TYLER, MARY<br>11425 BROMLEY COVE<br>FORT WAYNE, IN 46845 | 9229 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$384.64 (P)<br>- (U)<br>$384.64 (T) | - (S)<br>- (A)<br>$192.32 (P)<br>- (U)<br>$192.32 (T) | Claim relates to unpaid wages. Per the Debtors' books and records, the claim should be modified and reduced to $192.32 to reflect the amount owed to claimant for transition pay. The claimant has not provided any documentation supporting a claim for a different amount. |
| **Totals:** | **13 Claims** | | | - (S)<br>- (A)<br>$27,847.21 (P)<br>- (U)<br>$27,847.21 (T) | - (S)<br>- (A)<br>$19,235.62 (P)<br>- (U)<br>$19,235.62 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed