IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*,[1] | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

**CERTIFICATION OF COUNSEL REQUESTING ENTRY OF ORDER APPROVING STIPULATION OF AMERICAN HOME MORTGAGE SERVICING, INC. AND JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**

The undersigned counsel to American Home Mortgage Servicing, Inc. ("AHMSI") in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies that:

1. On March 26, 2012, JPMorgan Chase Bank, National Association ("JPMC") caused a subpoena to be issued from this Court to AHMSI. That subpoena (the "Subpoena"), commanded AHMSI to produce documents on April 9, 2012 and a witness for a 30(b)(6) deposition on April 16, 2012.

2. AHMSI and JPMC have stipulated to modify the deadlines set forth in the subpoena, as set forth in the executed Stipulation attached hereto as **Exhibit A**.

3. The proposed form of order approving the Stipulation is attached hereto as **Exhibit B**. The parties to the Stipulation respectfully request the Court's entry of the proposed

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); AHM Investment, a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); AHM Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 224 Sherwood Road, Farmingdale, NY 11735.

form of order at the Court's earliest convenience. Counsel is available should the Court have any questions or concerns regarding the foregoing.

Dated: April 5, 2012

/s/ Victoria Counihan
Victoria W. Counihan (BAR #3488)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

and

Craig Simon (TX 00784968)
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
(214) 220-3939

*Counsel for American Home Mortgage Servicing, Inc*

2

DEL 86,400,607v2