# EXHIBIT A

**Amended Claims**

**Exhibit A**

**Amended Claims**

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| MORGAN STANLEY MORT. LOAN TRST 2006-13ARX<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-13ARX"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10782 | 5/20/10 | 07-11051 | Unspecified* | 10907 | 8/16/11 | 07-11051 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2006-16AX<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-16AX"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10776 | 5/20/10 | 07-11051 | Unspecified* | 10916 | 8/16/11 | 07-11051 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2006-16AX<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-16AX"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10780 | 5/20/10 | 07-11050 | Unspecified* | 10917 | 8/16/11 | 07-11050 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2006-2<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-2"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10784 | 5/20/10 | 07-11051 | Unspecified* | 10908 | 8/16/11 | 07-11051 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2006-4SL<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-4SL"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10783 | 5/20/10 | 07-11051 | Unspecified* | 10909 | 8/16/11 | 07-11051 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2006-5AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-5AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10774 | 5/20/10 | 07-11051 | Unspecified* | 10913 | 8/16/11 | 07-11051 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2006-5AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-5AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10775 | 5/20/10 | 07-11050 | Unspecified* | 10920 | 8/16/11 | 07-11050 | Unspecified* |

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| MORGAN STANLEY MORT. LOAN TRST 2006-6AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L DANNER, "MSMLT 2006-6AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10778 | 5/20/10 | 07-11050 | Unspecified* | 10918 | 8/16/11 | 07-11050 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2006-6AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L DANNER, "MSMLT 2006-6AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10779 | 5/20/10 | 07-11051 | Unspecified* | 10914 | 8/16/11 | 07-11051 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2006-8AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L DANNER, "MSMLT 2006-8AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10773 | 5/20/10 | 07-11051 | Unspecified* | 10921 | 8/16/11 | 07-11051 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2006-8AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L DANNER, "MSMLT 2006-8AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10777 | 5/20/10 | 07-11050 | Unspecified* | 10919 | 8/16/11 | 07-11050 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2006-9AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L DANNER, "MSMLT 2006-9AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10771 | 5/20/10 | 07-11051 | Unspecified* | 10915 | 8/16/11 | 07-11051 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2007 4SL<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L DANNER, "MSMLT 2007-4SL"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10770 | 5/20/10 | 07-11051 | Unspecified* | 10910 | 8/16/11 | 07-11051 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2007-5AX<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L DANNER, "MSMLT 2007-5AX"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10772 | 5/20/10 | 07-11051 | Unspecified* | 10911 | 8/16/11 | 07-11051 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2007-9SL<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L DANNER, "MSMLT 2007-9SL"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10781 | 5/20/10 | 07-11051 | Unspecified* | 10912 | 8/16/11 | 07-11051 | Unspecified* |

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| Totals: | 15 Claims | | | Unspecified* | | | | Unspecified* |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.