# EXHIBIT B

**Wrong Debtor Claim**

# Exhibit B

## Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claims | | | New Case Number |
|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | | Case Number |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | New Case Number |
|---|---|---|---|---|---|
| LOY, ROGER D. C/O AARON C. AMORE, ESQUIRE KRATOVIL & AMORE, PLLC 211 W. WASHINGTON STREET CHARLES TOWN, WV 25414 | 5338 | 12/10/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$295,000.00 (U)<br>$295,000.00 (T) | 07-11049 |
| **Totals:** | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$295,000.00 (U)<br>$295,000.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.