IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | ) | |
| corporation, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | Ref. Docket No. 10401 |

## ORDER APPROVING STIPULATION OF AMERICAN HOME MORTGAGE SERVICING, INC. AND JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

Upon the stipulation of JPMorgan Chase Bank, National Association and American Home Mortgage Servicing, Inc., entered into in the above-referenced case and attached here as Exhibit 1 (the "Stipulation"); and the Court having reviewed the Stipulation,

**IT IS HEREBY:**

**ORDERED**, that the Stipulation is hereby approved; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters arising from or related to the Stipulation and this Order.

Dated: April 9, 2012.

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE