IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | ) Case No. 07-11047(CSS) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    §
                                    §  SS:
NEW CASTLE COUNTY §

Tiona Malone-Jackson, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for American Home Mortgage Servicing, Inc. f/k/a AH Mortgage Acquisition Co., Inc., in the above-captioned action, and that on the 9th day of April 2012, she caused copies of the following to be served on the attached Service List in the manner indicated.

- Order Approving Stipulation of American Home Mortgage Servicing, Inc. and JPMorgan Chase Bank, National Association. [Docket No. 10408]

Dated: April 9, 2012

_____
Tiona Malone-Jackson

SWORN TO AND SUBSCRIBED before me, a
Notary Public for the State and County
aforesaid, on the day and year aforesaid.

_____
Notary Public



86,400,870

VIA HAND DELIVERY:
Mark Kenney, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

VIA HAND DELIVERY:
Sean M. Beach, Esq.
Margaret W. Greecher, Esq.
Patrick A. Jackson, Esq.
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(Counsel to Plan Trustee)

VIA FIRST CLASS US MAIL
Mark Indelicato, Esq.
Edward Schnitzer, Esq.
Joseph Orbach, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York NY 10022
(Counsel to Plan Trustee)

VIA FIRST CLASS US MAIL
Steven D. Sass, Esq.
AHM Liquidation Trust
PO Box 10550
Melville NY 11747

VIA FIRST CLASS US MAIL
Matthew B. McGuire
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Counsel for JPMorgan Chase Bank, National Association

VIA FIRST CLASS US MAIL
Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596
(Bank of America)

VIA HAND DELIVERY:
Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
(Bank of America)

VIA FIRST CLASS US MAIL
Frank F. McGinn, Esq.
David Phalen, Esq.
BARTLETT HACKETT FEINBERG P.C.
155 Federal Street, 9th Floor
Boston, MA 02110