**EXHIBIT 2**

**PROPOSED ORDER**

01: 11905477.7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re:                                                            :   Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                   :
                                                                  :   Jointly Administered
           Debtors.                                               :
                                                                  :   **Ref. Docket Nos. 10384, 10385**
                                                                  :   **& _____**
----------------------------------------------------------------- x

## ORDER STRIKING CLAIMANT'S POST TRIAL BRIEF REPLY TO PLAN TRUST'S ANSWER AND PLAN TRUSTEE'S OMNIBUS OBJECTIONS AND TO THE EXHIBITS ATTACHED THERETO

In consideration of the *Plan Trust's Motion to Strike (I) Claimant's Post Trial Brief Reply to Plan Trust's Answer and Plan Trustee's Omnibus Objections, (II) Amended Claimant's Post Trial Brief Reply to Plan Trust's Answer and Plan Trustee's Omnibus Objections, and (III) to the Exhibits Attached Thereto* (the "Motion")[1]; and it appearing that there exists good cause for the relief requested in the Motion as set forth therein;

IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. The Reply Brief, Amended Reply Brief and related exhibits are hereby stricken from the record.

3. The Court shall retain jurisdiction with respect to all matters related to this Order.

Dated: _____, 2012
       Wilmington, Delaware

                                                    _____
                                                    Christopher S. Sontchi
                                                    United States Bankruptcy Judge

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

01: 11905477.7