IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 : Jointly Administered
      Debtors.                                                   :
                                                                 : Ref. Docket Nos. 10356 & 10403
                                                                 :
---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING AMENDED ORDER
GRANTING, IN PART, THE PLAN TRUST'S 95TH OMNIBUS
(NON-SUBSTANTIVE) OBJECTION TO CLAIMS**

The undersigned counsel for the Plan Trustee hereby certifies as follows:

1.  On April 4, 2012, the Court entered an order [D.I. 10403] (the "Original Order") sustaining the Plan Trust's Ninety-Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection").[2] The Objection concerned, among other things, certain claims filed by LaSalle Bank, N.A., ("LaSalle") on behalf of certain securitization trusts (the "Trusts"), which were subsequently amended by claims filed by U.S. Bank National Association ("U.S. Bank") as successor Trustee of the Trusts.

2.  Counsel for U.S. Bank believed that the Plan Trust intended to adjourn the Objection as to the LaSalle claims to preserve the status quo pending settlement discussions between the Plan Trust and U.S. Bank concerning the claims of the Trusts. Accordingly, U.S.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Bank did not respond to the Objection. Counsel for the Plan Trust believed that settlement discussions with U.S. Bank did not encompass the claims previously filed by LaSalle. Accordingly, no responses to the Objection having been filed, counsel for the Plan Trust filed a Certificate of No Objection resulting in the entry of the Original Order.

3. As discussed on the record of the April 9, 2012, omnibus hearing, U.S. Bank has requested that the Original Order be amended so as to restore the status quo vis-à-vis the claims filed by LaSalle. Attached hereto as <u>Exhibit I</u> is an amended form of order (the "<u>Amended Order</u>") acceptable to U.S. Bank and the Plan Trust. For the Court's convenience, a blackline of the Amended Order to the Original Order is attached hereto as Exhibit II.

WHEREFORE, the Plan Trust respectfully requests that the Court enter the Amended Order at its earliest convenience without further notice or hearing.

Dated: April 10, 2012  
       Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Patrick A. Jackson*
Sean M. Beach (No. 4070)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

# EXHIBIT I

**Amended Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                  :   Chapter 11
                                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                  :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                      :
                                                                        :   Jointly Administered
         Debtors.                                                       :
                                                                        :   Ref. Docket Nos. 10356 & 10403
---------------------------------------------------------------------- x

### AMENDED[2] ORDER SUSTAINING PLAN TRUST'S NINETY-FIFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the ninety-fifth omnibus (non-substantive) objection to claims (the "Objection") of the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which Steven D. Sass, as the Plan Trustee, respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, disallowing in full or reassigning the Disputed Claims[3] identified on Exhibits A and B attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] This order shall supersede the previous order dated April 4, 2012, and appearing as docket item 10403.

[3] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

been given under the circumstances; and the Court having determined that the Objection complies with Article 17 of the Plan and the Confirmation Order; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Objection is adjourned, and the Plan Trustee and U.S. Bank National Association reserve all rights, as to the Disputed Claims identified on the attached Exhibit A; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit B is hereby reassigned to the New Case Number as indicated on Exhibit B; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      April ___, 2012

                                        CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Adjourned Claims**

## Exhibit A
### Amended Claims

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| MORGAN STANLEY MORT. LOAN TRST 2006-13ARX<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-13ARX"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10782 | 5/20/10 | 07-11051 | Unspecified* | 10907 | 8/16/11 | 07-11051 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2006-16AX<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-16AX"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10776 | 5/20/10 | 07-11051 | Unspecified* | 10916 | 8/16/11 | 07-11051 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2006-16AX<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-16AX"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10780 | 5/20/10 | 07-11050 | Unspecified* | 10917 | 8/16/11 | 07-11050 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2006-2<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-2"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10784 | 5/20/10 | 07-11051 | Unspecified* | 10908 | 8/16/11 | 07-11051 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2006-4SL<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-4SL"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10783 | 5/20/10 | 07-11051 | Unspecified* | 10909 | 8/16/11 | 07-11051 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2006-5AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-5AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10774 | 5/20/10 | 07-11051 | Unspecified* | 10913 | 8/16/11 | 07-11051 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2006-5AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-5AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10775 | 5/20/10 | 07-11050 | Unspecified* | 10920 | 8/16/11 | 07-11050 | Unspecified* |

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| MORGAN STANLEY MORT. LOAN TRST 2006-6AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-6AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10778 | 5/20/10 | 07-11050 | Unspecified* | 10918 | 8/16/11 | 07-11050 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2006-6AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-6AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10779 | 5/20/10 | 07-11051 | Unspecified* | 10914 | 8/16/11 | 07-11051 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2006-8AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-8AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10773 | 5/20/10 | 07-11051 | Unspecified* | 10921 | 8/16/11 | 07-11051 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2006-8AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-8AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10777 | 5/20/10 | 07-11050 | Unspecified* | 10919 | 8/16/11 | 07-11050 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2006-9AR<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2006-9AR"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10771 | 5/20/10 | 07-11051 | Unspecified* | 10915 | 8/16/11 | 07-11051 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2007 4SL<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2007-4SL"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10770 | 5/20/10 | 07-11051 | Unspecified* | 10910 | 8/16/11 | 07-11051 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2007-5AX<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2007-5AX"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10772 | 5/20/10 | 07-11051 | Unspecified* | 10911 | 8/16/11 | 07-11051 | Unspecified* |
| MORGAN STANLEY MORT. LOAN TRST 2007-9SL<br>BANK OF AMERICA, N.A., MERRILL LYNCH<br>C/O VANESSA L. DANNER, "MSMLT 2007-9SL"<br>135 S LASALLE STREET - MC IL4-135-11<br>CHICAGO, IL 60603 | 10781 | 5/20/10 | 07-11051 | Unspecified* | 10912 | 8/16/11 | 07-11051 | Unspecified* |

| Name/Address of Claimant | Objectionable Claim | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| Totals: | 15 Claims | | | Unspecified* | | | | Unspecified* |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Wrong Debtor Claim**

# Exhibit B
## Wrong Debtor Claims

| Name/Address of Claimant | Objectionable Claims | | | New Case Number |
|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Case Number |
| LOY, ROGER D.<br>C/O AARON C. AMORE, ESQUIRE<br>KRATOVIL & AMORE, PLLC<br>211 W. WASHINGTON STREET<br>CHARLES TOWN, WV 25414 | 5338 | 12/10/07 | 07-11047<br>- (S)<br>- (A)<br>- (P)<br>$295,000.00 (U)<br>$295,000.00 (T) | 07-11049 |
| Totals: | 1 Claim | | - (S)<br>- (A)<br>- (P)<br>$295,000.00 (U)<br>$295,000.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT II

**Redline of Amended Order to Original Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------------ x | |
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | |
| ------------------------------------------------------------------ x | Ref. Docket ~~No~~Nos. ~~~~ 10356 & 10403 |

### AMENDED[2] ORDER SUSTAINING PLAN TRUST'S NINETY-FIFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the ninety-fifth omnibus (non-substantive) objection to claims (the "Objection") of the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which Steven D. Sass, as the Plan Trustee, respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, disallowing in full or reassigning ~~such~~the Disputed Claims[23] identified on Exhibits A and B attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and ~~that~~ due and adequate notice of the Objection having

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] This order shall supersede the previous order dated April 4, 2012, and appearing as docket item 10403.

[~~2~~3] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

01:~~11844271.2~~
951094.2

been given under the circumstances; and the Court having determined that the Objection complies with Article 17 of the Plan and the Confirmation Order; and sufficient cause appearing ~~thereof~~therefor; it is hereby

>ORDERED that the Objection is sustained as set forth herein; and it is further

>ORDERED that the Objection is adjourned, and the Plan Trustee and U.S. Bank National Association reserve all rights, as to the Disputed Claims identified on the attached Exhibit A ~~are hereby disallowed in their entirety~~; and it is further

>ORDERED that the Disputed Claim identified on the attached Exhibit B is hereby reassigned to the New Case Number as indicated on Exhibit B; and it is further

>ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

>ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
   April ___, 2012

                 _____
                 CHRISTOPHER S. SONTCHI
                 UNITED STATES BANKRUPTCY JUDGE

Document comparison by Workshare Compare on Monday, April 09, 2012 12:18:04 PM

| Input: | |
|---|---|
| Document 1 ID | file://\\ycst\dfs\redirect\pjack\Desktop\95th ORD.docx |
| Description | 95th ORD |
| Document 2 ID | interwovenSite://WORKSITE02/YCST01/11951094/2 |
| Description | #11951094v2<YCST01> - AHM - Revised ORD re: 95th Omnibus |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 13 |
| Deletions | 11 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 24 |