IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                                    :    Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                           :
                                                          :    Jointly Administered
    Debtors.                                              :
---------------------------------------------------------------------x    Ref. Docket Nos. 10395-10399

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 5, 2012, I caused to be served the:

    a. "Re-Notice of Ninety-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated April 5, 2012 [Docket No. 10395], (the "92nd Omnibus Re-Notice"),

    b. "Re-Notice of Eighty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated April 5, 2012 [Docket No. 10396], (the "85th Omnibus Re-Notice"),

    c. "Re-Notice of Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated April 5, 2012 [Docket No. 10397], (the "63rd Omnibus Re-Notice"),

    d. "Notice of Plan Trust's Ninety-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant of Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated April 5, 2012, to which was attached the "Plan Trust's Ninety-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant of Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and

Local Rule 3007-1," dated April 5, 2012 [Docket No. 10398], (the "96th Omnibus Notice"), and

e. "Notice of Plan Trust's Ninety-Seventh Omnibus (Substantive) Objection to Claims Pursuant of Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated April 5, 2012, to which was attached the "Plan Trust's Ninety-Seventh Omnibus (Substantive) Objection to Claims Pursuant of Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated April 5, 2012 [Docket No. 10399], (the "97th Omnibus Notice"),

by causing true and correct copies of the:

i. 92nd Omnibus Re-Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii. 85th Omnibus Re-Notice, to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit B,

iii. 63rd Omnibus Re-Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C,

iv. 96th Omnibus Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D, and

v. 97th Omnibus Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit E.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Pete Caris

Sworn to before me this
9th day of April, 2012

_____
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| WASHINGTON MUTUAL BANK | C/O ROBERT TRODELLA, ESQ. HELLER EHRMAN LLP 333 BUSH STREET SAN FRANCISCO CA 94104 |
| WASHINGTON MUTUAL BANK | BERRIE MARTINIS, FIRST VP & SEN. COUNSEL LEGAL DEPARTMENT WASHINGTON MUTUAL BANK 1301 SECOND AVE, WMC 3501 SEATTLE WA 98101 |

**Total Creditor count  2**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| GINNONA, RONALD T. AND TRACI A. | AKA COMNET NO02-15135 COURT COMMON PLEAS GREGORY NOONAN ESQ WALFISH & NOONAN, LLC 528 DEKALB STREET NORRISTOWN PA 19401 |

**Total Creditor count  1**

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| CITY OF NEW YORK DEPARTMENT OF FINANCE | AUDIT DIVISION ATTN: BANKRUPTCY UNIT 345 ADAMS STREET, 5TH FLOOR BROOKLYN NY 11201 |
| CITY OF NEW YORK DEPARTMENT OF FINANCE | RON MEDLEY, OF COUNSEL 345 ADAMS STREET – 3RD FLOOR BROOKLYN NY 11201 |

**Total Creditor count  2**

**EXHIBIT D**

# AMERICAN HOME MORTGAGE
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BYRD, DEBBIE M | 1013 NAGIA CT FENTON MO 63026 |
| TULIAU, MALVINA Q (VINA) | 7636 BOTANY BAY DR. LAS VEGAS NV 89128 |

**Total Creditor count  2**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| AUMILLER, SHANE | 707 TRAGO CREEK DRIVE BALLWIN MO 63021 |
| BHATIA, SAKSHI | 510 CHARLES LN WANTAGH NY 11793 |
| CONTARINO, ELLEN S | 478 PHILADELPHIA AVE MASSAPEQUA PARK NY 11762 |
| DORONILA, ALLEN | 4 MICHIGAN AVE HAZLET NJ 077302214 |
| FERNANDEZ, FANNY L. | 1156 JOSELSON AVE BAY SHORE NY 11706 |
| GILBERT, ANN R | 1428 TRADERS CROSSING FORT WAYNE IN 46845 |
| HAGAN, RAYMOND | 20 SENECA DR HANOVER PA 17331 |
| HUARD, CHARLENE | 38 WALNUT CIRCLE MERRIMACK NH 03054 |
| JOHNSON, LUCILLE M. | 183 FRINGETREE DR WEST CHESTER PA 19380 |
| PEREN, GILBERTO | 25 LINDEN LN SHIRLEY NY 11967-2452 |
| ROBERTS, SUSAN D. | 4334 DOWNS SQ BELCAMP MD 21017 |
| ROSARIO, JACK | 52 RUSSELL PL APT 2B FREEPORT NY 11520 |
| TYLER, MARY | 11425 BROMLEY COVE FORT WAYNE IN 46845 |

**Total Creditor count  13**