```
              IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF DELAWARE

IN RE:                          )    Case No. 07-11047(CSS)
                                )    (Jointly Administered)
                                )
AMERICAN HOME MORTGAGE          )    Chapter 11
HOLDINGS, INC., a Delaware      )
corporation, et al.,            )
                                )
                                )    Courtroom 6
           Debtors.             )    824 Market Street
                                )    Wilmington, Delaware
                                )
                                )    April 9, 2012
                                )    10:00 a.m.
                                )


              TRANSCRIPT OF PROCEEDINGS
    BEFORE THE HONORABLE JUDGE CHRISTOPHER S. SONTCHI
              UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Liquidating          Young Conaway Stargatt & Taylor
Trustee:                 BY: PATRICK JACKSON, ESQUIRE
                         Rodney Square
                         1000 North King Street
                         Wilmington, DE  19801
                         (302) 571-6600

ECRO:                    LESLIE MURIN

Transcription Service:   DIAZ DATA SERVICES
                         331 Schuylkill Street
                         Harrisburg, Pennsylvania 17110
                         (717) 233-6664
                         www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
APPEARANCES:
(Continued)

For AHM Servicing:         Greenberg Traurig, LLP
                           BY: VICTORIA COUNIHAN, ESQ.
                           The Nemours Building
                           1007 North Orange Street
                           Suite 1200
                           Wilmington, DE  19802
                           (302) 661-7000

For Bank of America:       Potter Anderson & Corroon, LLP
                           BY: R. STEPHEN MCNEILL, ESQ.
                           Hercules Plaza
                           1313 North Market Street
                           6th Floor
                           Wilmington, DE  19801
                           (302) 984-6000
```

1

1      WILMINGTON, DELAWARE, MONDAY, APRIL 9, 2012, 10:08 A.M.

2           THE CLERK: All rise.

3           THE COURT: Please be seated. Mr. Jackson, good
4 morning.

5           MR. JACKSON: Good morning, Your Honor. Fairly
6 light agenda this morning, Your Honor, although we do have a
7 couple of off agenda things. Just one from the plant trust,
8 a status report for the Court. And then, I believe, counsel
9 for AHM Servicing, Inc., has a question about a scheduling
10 matter.

11          But turning to the agenda, Your Honor, the first
12 thirty items have been continued as primarily residual claim
13 objections that are still outstanding. Item 30 on admin
14 claim -- or I'm sorry, 31 an admin claim by the State of
15 Michigan, we submitted an order under cert of counsel, I
16 believe on Thursday. I haven't checked the docket to see if
17 Your Honor has entered the order, but --

18          Item 32 was --

19          THE COURT: I expect I have it. I'll look into
20 it.

21          MR. JACKSON: Okay. Item 32, actually, this --
22 there was a CNO submitted. This was a non-substantive claim
23 objection. An issue arose over the weekend that I'd just
24 like to make a statement on the record about. There were
25 some claims in this claim objection that were filed by

1   LaSalle Bank which was formerly a trustee of a number of
2   securitizations.  U.S. Bank has now taken over as trustee
3   for those securitizations and has filed a number of claims
4   on behalf of those trusts that amend and supersede the
5   previous claims that were filed by LaSalle.  So this claim
6   objection was an amended and superseded claim objection
7   having the U.S. Bank proofs of claim be the surviving
8   claims.
9           We're in pretty advanced settlement discussions
10  with U.S. Bank on a global resolution of all of their proofs
11  of claim.  And there was a bit of a miscommunication, I'll
12  admit, as to whether this -- whether the LaSalle claims
13  should go forward to an order or whether U.S. Bank had any
14  concerns about them going to an order.
15          So when we submitted the CNO, we weren't aware
16  that there was an issue.  We were in touch with U.S. Bank
17  over the weekend, so they would prefer for purposes of
18  preserving the status quo for our settlement discussions, if
19  the order on the Ninety-fifth Omnibus is not entered.  So to
20  the extent the Court has not entered it yet, I would ask
21  that it not do so and we'll submit a revised order under
22  cert later today that carves out the LaSalle claims.
23          THE COURT:  All right.
24          MR. JACKSON:  If the order was entered, then
25  we'll just do a -- we would propose to likewise do a cert of

```
 1   counsel with an amended order that would supersede that one
 2   and carve out the LaSalle claims.
 3              THE COURT:  All right.  Let me see what's going
 4   on.  All right, the Michigan order has been entered.
 5              MR. JACKSON:  Okay.
 6              THE COURT:  You're talking about the Ninety-
 7   fifth?
 8              MR. JACKSON:  Yeah, the --
 9              THE COURT:  I did.  I signed that on April 6.
10              MR. JACKSON:  Okay.  But --
11              THE COURT:  So you'd have to -- we could do one
12   of two things.  I could have it vacated or you can send over
13   an amended order under cert.  Either -- whatever's --
14              MR. JACKSON:  Okay.
15              THE COURT:  -- whatever you'd prefer.
16              MR. JACKSON:  We'll do that later today, Your
17   Honor.
18              THE COURT:  All right.  So I won't vacate it,
19   I'll wait for a certification of counsel.
20              MR. JACKSON:  Thank you, Your Honor.
21              THE COURT:  Very good.  You're welcome.
22              MR. JACKSON:  Okay.  And Items 33 and 34, Your
23   Honor, likewise came over under CNO.  These are extensions
24   of the plan trust's objection deadlines for general claims,
25   as well as, admin claims.
```

1            THE COURT:  I have signed those.

2            MR. JACKSON:  Okay.  The only matters going

3   forward on the agenda were just going forward as a status

4   conference.  And I can just provide a very brief overview

5   because you'll probably be seeing us again in the future on

6   this.

7            But in connection with the servicing sale back in

8   '08, close to '08, there were certain -- a certain contract

9   with Iron Mountain that was assumed and assigned to the

10  purchaser.  The debtors had a number of accounts with Iron

11  Mountain that were governed by a number of different

12  contracts.  Iron Mountain and the debtors had mostly

13  resolved issues related to outstanding claims under the

14  various accounts that were not assigned to the purchaser.

15  But there still were some residual claims there and Iron

16  Mountain had filed an admin expense for what it believed to

17  be arrearages on accounts that the trust was -- or that the

18  debtors were responsible for.

19           When the admin bar date passed after the

20  effectiveness of the plan, they filed a renewed

21  administrative expense claim.  And included in the renewed

22  administrative expense claim, making up the largest portion

23  of it, about $450,000, were some charges relating to an

24  account that Iron Mountain and the plan trust believed had

25  been assumed and assigned to the purchaser, the purchaser

1 disagrees.

2 So procedurally, what we had was Iron Mountain
3 and the purchaser had been -- have their own issues between
4 each other with respect to their open accounts, including
5 this account that may be still at the debtors.  So at the
6 same time as Iron Mountain filed an admin claim against the
7 estate, the purchaser, American Home Mortgage Servicing,
8 Inc., filed a protective admin claim against the estate as
9 well essentially saying to the extent AHM Servicing is held
10 liable to Iron Mountain for an account that it doesn't
11 believe that it assumed as part of the sale, that they would
12 seek a right of indemnity against the plan trust.

13 So the plan trust has objected to both Iron
14 Mountain's admin claim, as well as, the protective claim
15 filed by the purchaser.  We've been in settlement
16 discussions for, you know, since the objections were filed,
17 almost a year now.  We're still hopeful that we'll reach a
18 settlement, but in the event that we can't, we think it
19 makes sense to start thinking about discovery and scheduling
20 for a hearing.

21 So we had hoped that we'd have a scheduling order
22 for discovery that we'd be able to submit today.  We don't
23 yet.  I believe counsel for AHM Servicing is on the phone.
24 I don't believe counsel for Iron Mountain has dialed in.
25 But just to give the Court an update where we plan to go

1   with this.  I think we're agreed in concept that we would
2   enter a scheduling order, a stipulated scheduling order
3   governing discovery and then built into the end of the
4   discovery schedule would be a status conference that would
5   then get scheduled for the first omnibus after discovery
6   closes.  And then at that status conference several months
7   down the road, we'd discuss with Your Honor about scheduling
8   a hearing and pre-trial briefing and the like.
9              So I just wanted to put that out there and get it
10  on the Court's radar, but that's where we are on the Items
11  35 through 37 on the agenda.
12             THE COURT:  Okay, thank you.  Does anyone else
13  wish to be heard?
14                  (No audible response.)
15             THE COURT:  All right.  I hear none, thank you.
16             MR. JACKSON:  Okay.  Actually, Your Honor, I did
17  have one kind of off agenda item that I'd like to --
18             THE COURT:  Yeah.
19             MR. JACKSON:  You may recall in November of last
20  year, Mr. Beach had provided you an update on the relocation
21  of the debtors' office and some issues that we ran into
22  regarding servers.  As we highlighted then, pre-petition,
23  the debtors were headquartered in Melville, New York at 538
24  Broad Hollow, the Broad Hollow property.
25             After the bankruptcy, the debtors had remained

1   there and the plan trust had remained there initially under
2   a month-to-month lease with the landlord.  The landlord
3   subsequently sold the building and the plan trust was
4   expected to vacate by the end of last year.  In anticipation
5   of the move, the trust had already been making efforts to
6   relocate files.  In particular, mortgage loan files that
7   we're obligated to preserve under the plan, to a new
8   facility that the trust had rented that's very near the
9   Broad Hollow space.  But in connection with those efforts,
10  there was a set of kind of large somewhat out of date
11  servers about seven years old.  They required a significant
12  amount of infrastructure support and threw off a lot of heat
13  and were very inefficient servers.  During the heat wave
14  last summer, there was an air conditioning malfunction in
15  the building that resulted in some damage to the servers.
16  And I believe that's where Mr. Beach left off in November.
17           We were -- at the time of the server damage, we
18  were already in the process of backing up the files onto
19  smaller, newer, more efficient servers, but the -- that
20  process was interrupted, of course, when the larger servers
21  were damaged.  At that time, we suspended document
22  destruction practices.  We have a series of orders that do
23  allow us to destroy hardcopy documents.  We suspended that
24  until we could assess the extent of the damage of the
25  servers that some of these might have been backed up on.

1   And we engaged actually, the manufacturer of the servers to
2   provide maintenance for us and to see if they could retrieve
3   some of the data.
4           As of the end of this last year, the vendor had
5   attempted to fix some of the damage to the server.  They
6   were mostly successful.  We were able to get most, but not
7   all of the data off of the old servers.  The old servers are
8   now shrink wrapped.  They're located in a warehouse facility
9   in Long Island.  We don't expect that we're going to access
10  them because everything -- it's our understanding that
11  everything that's accessible that's on them is now on our
12  new servers.
13          So as a result of that, we just wanted to, you
14  know, let the Court know that that's where we are.
15  Unfortunately, we did suffer a data loss, but we have as
16  much of the data as we can get off of it.  And in light of
17  that, we were planning on resuming the destruction of
18  hardcopy documents in accordance with the Court's prior
19  orders.  So I just wanted to provide that update for the
20  Court on that.
21          THE COURT:  It sounds like a good plan.
22          MR. JACKSON:  Okay.  Then I'll yield the podium
23  to counsel for AHM Servicing, Inc., on --
24          THE COURT:  Thank you, Mr. Jackson.  Good
25  morning, Ms. Counihan.

1          MS. COUNIHAN:  Good morning, Your Honor.
2  Victoria Couniham on behalf of AHM Servicing, Inc.
3          Your Honor, I was going to call over to chambers
4  today, but since I was here this morning and I'm going to
5  continue here for your next hearing, I thought I would just
6  address with Your Honor.
7          We had sent over, actually, I think we filed it
8  Thursday evening, so we probably didn't send it over until
9  Friday morning, a stipulation with JP Morgan where we had
10 agreed to extend the deadline by which AHM Servicing had to
11 respond to a subpoena.  And I saw a lot of orders come on
12 the docket on Friday, but I didn't see this one.  So I just
13 thought I should mention it and make sure Your Honor had
14 received it and if you had any questions, obviously, we're
15 available.  But it was just, I think a one month extension
16 of the deadline AHM Servicing had to respond to the
17 subpoena, but the deadline is today.
18         THE COURT:  Okay.  I see the cert was on here at
19 10:04:01.
20         MS. COUNIHAN:  Yes, Your Honor.
21         THE COURT:  We'll figure it out.
22         MS. COUNIHAN:  Thank you, Your Honor.  If you'd
23 need additional copies, I can certainly send them over.
24         THE COURT:  No, we'll just print them out.
25         MS. COUNIHAN:  Okay.

1            THE COURT:  And in case disaster strikes, I'll so
2 order an extension at least until tomorrow.
3            MS. COUNIHAN:  Thank you, Your Honor.
4            THE COURT:  You're welcome.  Anything else?
5            MR. JACKSON:  No.
6            THE COURT:  All right, thank you.  Have a
7 pleasant day.
8            MR. JACKSON:  You, too.
9       (Whereupon, at 10:20 a.m., the hearing was adjourned.)
10
11                         CERTIFICATION
12         I certify that the foregoing is a correct
13 transcript from the electronic sound recording of the
14 proceedings in the above-entitled matter.
15
16
17  _____            10 April 2012
18  Traci L. Calaman, Transcriber                  Date

# AMERICAN HOME MORTGAGE 04.09.12.TLC.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **07-11047(css)**(1) 1:4 | | **believed**(2) 6:16 6:24 | | **debtors**(8) 1:11 6:10 6:12 6:18 7:5 8:21 8:23 8:25 | | **governing**(1) 8:3 | |
| **a.m**(3) 1:15 3:1 12:9 | | **between**(1) 7:3 | | | | **greenberg**(1) 2:4 | |
| **able**(2) 7:22 10:6 | | **bit**(1) 4:11 | | | | **had**(20) 4:13 6:10 6:12 6:16 6:24 7:2 7:3 7:21 8:20 8:25 9:1 9:5 9:8 10:4 11:7 11:9 11:10 11:13 11:14 11:16 | |
| **about**(8) 3:9 3:24 4:14 5:6 6:23 7:19 8:7 9:11 | | **both**(1) 7:13 | | **delaware**(4) 1:2 1:8 1:12 3:1 | | | |
| | | **brief**(1) 6:4 | | **destroy**(1) 9:23 | | | |
| | | **briefing**(1) 8:8 | | **destruction**(2) 9:22 10:17 | | | |
| **aboveentitled**(1) 12:14 | | **broad**(3) 8:24 8:24 9:9 | | **dialed**(1) 7:24 | | **hardcopy**(2) 9:23 10:18 | |
| **access**(1) 10:9 | | **building**(3) 2:6 9:3 9:15 | | **diaz**(1) 1:34 | | **harrisburg**(1) 1:36 | |
| **accessible**(1) 10:11 | | **built**(1) 8:3 | | **did**(3) 5:9 8:16 10:15 | | **has**(8) 3:9 3:17 4:2 4:3 4:20 5:4 7:13 7:24 | |
| **accordance**(1) 10:18 | | **but**(16) 3:11 3:17 5:10 6:7 6:15 7:18 7:25 8:10 9:9 9:19 10:6 10:15 11:4 11:12 11:15 11:17 | | **didn't**(2) 11:8 11:12 | | **have**(13) 3:6 3:12 3:19 5:11 5:12 6:1 7:3 7:21 8:17 9:22 9:25 10:15 12:6 | |
| **account**(3) 6:24 7:5 7:10 | | | | **different**(1) 6:11 | | | |
| **accounts**(4) 6:10 6:14 6:17 7:4 | | | | **disagrees**(1) 7:1 | | | |
| **actually**(4) 3:21 8:16 10:1 11:7 | | | | **disaster**(1) 12:1 | | **haven't**(1) 3:16 | |
| **additional**(1) 11:23 | | **call**(1) 11:3 | | **discovery**(5) 7:19 7:22 8:3 8:4 8:5 | | **having**(1) 4:7 | |
| **address**(1) 11:6 | | **came**(1) 5:23 | | **discuss**(1) 8:7 | | **headquartered**(1) 8:23 | |
| **adjourned**(1) 12:9 | | **can**(4) 5:12 6:4 10:16 11:23 | | **discussions**(3) 4:9 4:18 7:16 | | **hear**(1) 8:15 | |
| **admin**(8) 3:13 3:14 5:25 6:16 6:19 7:6 7:8 7:14 | | **can't**(1) 7:18 | | **district**(1) 1:2 | | **heard**(1) 8:13 | |
| | | **carve**(1) 5:2 | | **docket**(2) 3:16 11:12 | | **hearing**(4) 7:20 8:8 11:5 12:9 | |
| | | **carves**(1) 4:22 | | **document**(1) 9:21 | | **heat**(2) 9:12 9:13 | |
| **administered**(1) 1:5 | | **case**(2) 1:4 12:1 | | **documents**(2) 9:23 10:18 | | **held**(1) 7:9 | |
| **administrative**(2) 6:21 6:22 | | **cert**(5) 3:15 4:22 4:25 5:13 11:18 | | **does**(1) 8:12 | | **hercules**(1) 2:14 | |
| **admit**(1) 4:12 | | **certain**(2) 6:8 6:8 | | **doesn't**(1) 7:10 | | **here**(3) 11:4 11:5 11:18 | |
| **advanced**(1) 4:9 | | **certainly**(1) 11:23 | | **don't**(3) 7:22 7:24 10:9 | | **highlighted**(1) 8:22 | |
| **after**(3) 6:19 8:5 8:25 | | **certification**(2) 5:19 12:11 | | **down**(1) 8:7 | | **holdings**(1) 1:8 | |
| **again**(1) 6:5 | | **certify**(1) 12:12 | | **during**(1) 9:13 | | **hollow**(3) 8:24 8:24 9:9 | |
| **against**(3) 7:6 7:8 7:12 | | **chambers**(1) 11:3 | | **each**(1) 7:4 | | **home**(2) 1:7 7:7 | |
| **agenda**(6) 3:6 3:7 3:11 6:3 8:11 8:17 | | **chapter**(1) 1:7 | | **ecro**(1) 1:32 | | **honor**(16) 3:5 3:6 3:11 3:17 5:17 5:20 5:23 8:7 8:16 11:1 11:3 11:6 11:13 11:20 11:22 12:3 | |
| **agreed**(2) 8:1 11:10 | | **charges**(1) 6:23 | | **effectiveness**(1) 6:20 | | | |
| **ahm**(8) 2:4 3:9 7:9 7:23 10:23 11:2 11:10 11:16 | | **checked**(1) 3:16 | | **efficient**(1) 9:19 | | | |
| | | **christopher**(1) 1:20 | | **efforts**(2) 9:5 9:9 | | **honorable**(1) 1:20 | |
| | | **claim**(15) 3:12 3:14 3:14 3:22 3:25 4:5 4:6 4:7 4:11 6:21 6:22 7:6 7:8 7:14 7:14 | | **either**(1) 5:13 | | **hoped**(1) 7:21 | |
| **air**(1) 9:14 | | | | **electronic**(2) 1:40 12:13 | | **hopeful**(1) 7:17 | |
| **all**(9) 3:2 4:10 4:23 5:3 5:4 5:18 8:15 10:7 12:6 | | | | **else**(2) 8:12 12:4 | | **i'd**(2) 3:23 8:17 | |
| | | | | **end**(3) 8:3 9:4 10:4 | | **i'll**(5) 3:19 4:11 5:19 10:22 12:1 | |
| | | **claims**(11) 3:25 4:3 4:5 4:8 4:12 4:22 5:2 5:24 5:25 6:13 6:15 | | **engaged**(1) 10:1 | | **i'm**(2) 3:14 11:4 | |
| **allow**(1) 9:23 | | | | **enter**(1) 8:2 | | **inc**(5) 1:8 3:9 7:8 10:23 11:2 | |
| **almost**(1) 7:17 | | | | **entered**(5) 3:17 4:19 4:20 4:24 5:4 | | **included**(1) 6:21 | |
| **already**(2) 9:5 9:18 | | **clerk**(1) 3:2 | | **esq**(2) 2:5 2:13 | | **including**(1) 7:4 | |
| **although**(1) 3:6 | | **close**(1) 6:8 | | **esquire**(1) 1:26 | | **indemnity**(1) 7:12 | |
| **amend**(1) 4:4 | | **closes**(1) 8:6 | | **essentially**(1) 7:9 | | **inefficient**(1) 9:13 | |
| **amended**(3) 4:6 5:1 5:13 | | **cno**(3) 3:22 4:15 5:23 | | **estate**(2) 7:7 7:8 | | **infrastructure**(1) 9:12 | |
| **america**(1) 2:12 | | **come**(1) 11:11 | | **evening**(1) 11:8 | | **initially**(1) 9:1 | |
| **american**(1) 7:7 | | **conaway**(1) 1:25 | | **event**(1) 7:18 | | **interrupted**(1) 9:20 | |
| **amount**(1) 9:12 | | **concept**(1) 8:1 | | **everything**(2) 10:10 10:11 | | **into**(3) 3:19 8:3 8:21 | |
| **and**(37) 3:8 4:3 4:4 4:6 4:11 4:21 5:2 5:22 5:22 6:4 6:9 6:12 6:15 6:21 6:24 6:25 7:3 7:19 8:3 8:6 8:8 8:8 8:9 8:21 9:1 9:3 9:12 9:13 9:16 10:1 10:2 10:16 11:4 11:11 11:13 11:14 12:1 | | **concerns**(1) 4:14 | | **expect**(2) 3:19 10:9 | | **iron**(10) 6:9 6:10 6:12 6:15 6:24 7:2 7:6 7:10 7:13 7:24 | |
| | | **conditioning**(1) 9:14 | | **expected**(1) 9:4 | | | |
| | | **conference**(3) 6:4 8:4 8:6 | | **expense**(3) 6:16 6:21 6:22 | | | |
| | | **connection**(2) 6:7 9:9 | | **extend**(1) 11:10 | | | |
| | | **continue**(1) 11:5 | | **extension**(2) 11:15 12:2 | | **island**(1) 10:9 | |
| | | **continued**(2) 2:2 3:12 | | **extensions**(1) 5:23 | | **issue**(2) 3:23 4:16 | |
| **anderson**(1) 2:12 | | **contract**(1) 6:8 | | **extent**(3) 4:20 7:9 9:24 | | **issues**(3) 6:13 7:3 8:21 | |
| **anticipation**(1) 9:4 | | **contracts**(1) 6:12 | | **facility**(2) 9:8 10:8 | | **it's**(1) 10:10 | |
| **any**(2) 4:13 11:14 | | **copies**(1) 11:23 | | **fairly**(1) 3:5 | | **item**(4) 3:13 3:18 3:21 8:17 | |
| **anyone**(1) 8:12 | | **corporation**(1) 1:9 | | **fifth**(1) 5:7 | | **items**(3) 3:12 5:22 8:10 | |
| **anything**(1) 12:4 | | **correct**(1) 12:12 | | **figure**(1) 11:21 | | **jackson**(19) 1:26 3:3 3:5 3:21 4:24 5:5 5:8 5:10 5:14 5:16 5:20 5:22 6:2 8:16 8:19 10:22 10:24 12:5 12:8 | |
| **april**(4) 1:14 3:1 5:9 12:17 | | **corroon**(1) 2:12 | | **filed**(10) 3:25 4:3 4:5 6:16 6:20 7:6 7:8 7:15 7:16 11:7 | | | |
| **are**(5) 3:13 5:23 8:10 10:7 10:14 | | **could**(4) 5:11 5:12 9:24 10:2 | | | | | |
| **arose**(1) 3:23 | | **couniham**(1) 11:2 | | | | | |
| **arrearages**(1) 6:17 | | **counihan**(7) 2:5 10:25 11:1 11:20 11:22 11:25 12:3 | | **files**(3) 9:6 9:6 9:18 | | **jointly**(1) 1:5 | |
| **ask**(1) 4:20 | | | | **first**(2) 3:11 8:5 | | **judge**(2) 1:20 1:21 | |
| **assess**(1) 9:24 | | | | **fix**(1) 10:5 | | **just**(13) 3:7 3:23 4:25 6:3 6:4 7:25 8:9 10:13 10:19 11:5 11:12 11:15 11:24 | |
| **assigned**(3) 6:9 6:14 6:25 | | **counsel**(7) 3:8 3:15 5:1 5:19 7:23 7:24 10:23 | | **floor**(1) 2:16 | | | |
| **assumed**(3) 6:9 6:25 7:11 | | | | **for**(24) 1:2 1:25 2:4 2:12 3:8 3:9 4:3 4:17 4:18 5:19 5:24 6:16 6:18 7:10 7:16 7:20 7:22 7:23 7:24 8:5 10:2 10:19 10:23 11:5 | | | |
| **attempted**(1) 10:5 | | | | | | **kind**(2) 8:17 9:10 | |
| **audible**(1) 8:14 | | **couple**(1) 3:7 | | | | **king**(1) 1:28 | |
| **available**(1) 11:15 | | **course**(1) 9:20 | | | | **know**(3) 7:16 10:14 10:14 | |
| **aware**(1) 4:15 | | **court**(28) 1:1 3:3 3:8 3:19 4:20 4:23 5:3 5:6 5:9 5:11 5:15 5:18 5:21 6:1 7:25 8:12 8:15 8:18 10:14 10:20 10:21 10:24 11:18 11:21 11:24 12:1 12:4 12:6 | | **foregoing**(1) 12:12 | | **landlord**(2) 9:2 9:2 | |
| **back**(1) 6:7 | | | | **formerly**(1) 4:1 | | **large**(1) 9:10 | |
| **backed**(1) 9:25 | | | | **forward**(3) 4:13 6:3 6:3 | | **larger**(1) 9:20 | |
| **backing**(1) 9:18 | | | | **friday**(2) 11:9 11:12 | | **largest**(1) 6:22 | |
| **bank**(7) 2:12 4:1 4:2 4:7 4:10 4:13 4:16 | | **court's**(2) 8:10 10:18 | | **from**(2) 3:7 12:13 | | **lasalle**(5) 4:1 4:5 4:12 4:22 5:2 | |
| **bankruptcy**(3) 1:1 1:21 8:25 | | **courtroom**(1) 1:10 | | **future**(1) 6:5 | | **last**(4) 8:19 9:4 9:14 10:4 | |
| **bar**(1) 6:19 | | **damage**(4) 9:15 9:17 9:24 10:5 | | **general**(1) 5:24 | | **later**(2) 4:22 5:16 | |
| **beach**(2) 8:20 9:16 | | **damaged**(1) 9:21 | | **get**(4) 8:5 8:9 10:6 10:16 | | **lease**(1) 9:2 | |
| **because**(2) 6:5 10:10 | | **data**(5) 1:34 10:3 10:7 10:15 10:16 | | **give**(1) 7:25 | | **least**(1) 12:2 | |
| **been**(7) 3:12 5:4 6:25 7:3 7:15 9:5 9:25 | | **date**(2) 6:19 9:10 | | **global**(1) 4:10 | | **left**(1) 9:16 | |
| **before**(1) 1:20 | | **day**(1) 12:7 | | **going**(7) 4:14 5:3 6:2 6:3 10:9 11:3 11:4 | | **leslie**(1) 1:32 | |
| **behalf**(2) 4:4 11:2 | | **deadline**(3) 11:10 11:16 11:17 | | **good**(6) 3:3 3:5 5:21 10:21 10:24 11:1 | | **let**(2) 5:3 10:14 | |
| **believe**(6) 3:8 3:16 7:11 7:23 7:24 9:16 | | **deadlines**(1) 5:24 | | **governed**(1) 6:11 | | **liable**(1) 7:10 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| light(2) | 3:6 10:16 | orange(1) | 2:7 | required(1) | 9:11 | subpoena(2) | 11:11 11:17 |
| like(4) | 3:24 8:8 8:17 10:21 | order(14) | 3:15 3:17 4:13 4:14 4:19 4:21 4:24 5:1 5:4 5:13 7:21 8:2 8:2 12:2 | residual(2) | 3:12 6:15 | subsequently(1) | 9:3 |
| likewise(2) | 4:25 5:23 | | | resolution(1) | 4:10 | successful(1) | 10:6 |
| liquidating(1) | 1:25 | | | resolved(1) | 6:13 | suffer(1) | 10:15 |
| llp(2) | 2:4 2:12 | orders(3) | 9:22 10:19 11:11 | respect(1) | 7:4 | suite(1) | 2:8 |
| loan(1) | 9:6 | other(1) | 7:4 | respond(2) | 11:11 11:16 | summer(1) | 9:14 |
| located(1) | 10:8 | our(3) | 4:18 10:10 10:11 | response(1) | 8:14 | supersede(2) | 4:4 5:1 |
| long(1) | 10:9 | out(6) | 4:22 5:2 8:9 9:10 11:21 11:24 | responsible(1) | 6:18 | superseded(1) | 4:6 |
| look(1) | 3:19 | outstanding(2) | 3:13 6:13 | result(1) | 10:13 | support(1) | 9:12 |
| loss(1) | 10:15 | over(9) | 3:23 4:2 4:17 5:12 5:23 11:3 11:7 11:8 11:23 | resulted(1) | 9:15 | sure(1) | 11:13 |
| lot(2) | 9:12 11:11 | | | resuming(1) | 10:17 | surviving(1) | 4:7 |
| maintenance(1) | 10:2 | | | retrieve(1) | 10:2 | suspended(2) | 9:21 9:23 |
| make(2) | 3:24 11:13 | overview(1) | 6:4 | revised(1) | 4:21 | taken(1) | 4:2 |
| makes(1) | 7:19 | own(1) | 7:3 | right(7) | 4:23 5:3 5:4 5:18 7:12 8:15 12:6 | talking(1) | 5:6 |
| making(2) | 6:22 9:5 | part(1) | 7:11 | rise(1) | 3:2 | taylor(1) | 1:25 |
| malfunction(1) | 9:14 | particular(1) | 9:6 | road(1) | 8:7 | thank(7) | 5:20 8:12 8:15 10:24 11:22 12:3 12:6 |
| manufacturer(1) | 10:1 | passed(1) | 6:19 | rodney(1) | 1:27 | | |
| market(2) | 1:11 2:15 | patrick(1) | 1:26 | sale(2) | 6:7 7:11 | that(48) | 3:13 3:23 3:25 4:4 4:5 4:16 4:21 4:22 5:1 5:1 5:9 5:16 6:9 6:11 6:14 6:17 6:17 6:24 7:5 7:10 7:11 7:11 7:17 7:18 7:21 7:22 8:1 8:4 8:6 8:9 8:17 8:21 9:6 9:8 9:15 9:19 9:21 9:22 9:23 9:25 10:9 10:10 10:13 10:14 10:17 10:19 10:20 12:12 |
| matter(2) | 3:10 12:14 | pennsylvania(1) | 1:36 | same(1) | 7:6 | | |
| matters(1) | 6:2 | phone(1) | 7:23 | saw(1) | 11:11 | | |
| may(2) | 7:5 8:19 | plan(10) | 5:24 6:20 6:24 7:12 7:13 7:25 9:1 9:3 9:7 10:21 | saying(1) | 7:9 | | |
| mcneill(1) | 2:13 | | | schedule(1) | 8:4 | | |
| melville(1) | 8:23 | | | scheduled(1) | 8:5 | | |
| mention(1) | 11:13 | planning(1) | 10:17 | scheduling(6) | 3:9 7:19 7:21 8:2 8:2 8:7 | that's(6) | 8:10 9:8 9:16 10:11 10:11 10:14 |
| merican(1) | 1:7 | plant(1) | 3:7 | schuylkill(1) | 1:35 | the(153) | 1:1 1:2 1:20 2:6 3:2 3:3 3:7 3:8 3:11 3:11 3:14 3:16 3:17 3:19 3:23 3:24 4:4 4:7 4:12 4:15 4:17 4:18 4:19 4:19 4:20 4:20 4:22 4:23 4:24 5:2 5:3 5:4 5:6 5:6 5:8 5:9 5:11 5:15 5:18 5:21 5:24 6:1 6:2 6:3 6:5 6:7 6:9 6:10 6:12 6:13 6:14 6:17 6:17 6:19 6:19 6:20 6:21 6:22 6:24 6:25 6:25 7:3 7:5 7:5 7:6 7:7 7:8 7:9 7:11 7:12 7:13 7:14 7:15 7:16 7:18 7:23 7:25 8:3 8:3 8:5 8:7 8:8 8:10 8:10 8:11 8:12 8:15 8:18 8:20 8:21 8:23 8:24 8:25 8:25 9:1 9:2 9:2 9:3 9:4 9:5 9:5 9:7 9:8 9:8 9:13 9:15 9:15 9:17 9:17 9:18 9:18 9:19 9:20 9:24 9:24 9:24 10:1 10:1 10:3 10:4 10:4 10:5 10:5 10:7 10:7 10:7 10:14 10:16 10:17 10:18 10:19 10:21 10:22 10:24 11:10 11:12 11:16 11:16 11:17 11:18 11:18 11:21 11:24 12:1 12:4 12:6 12:9 12:12 12:13 12:13 12:14 |
| michigan(2) | 3:15 5:4 | plaza(1) | 2:14 | seated(1) | 3:3 | | |
| might(1) | 9:25 | pleasant(1) | 12:7 | securitizations(2) | 4:2 4:3 | | |
| miscommunication(1) | 4:11 | please(1) | 3:3 | see(5) | 3:16 5:3 10:2 11:12 11:18 | | |
| monday(1) | 3:1 | podium(1) | 10:22 | seeing(1) | 6:5 | | |
| month(1) | 11:15 | portion(1) | 6:22 | seek(1) | 7:12 | | |
| month-to-month(1) | 9:2 | potter(1) | 2:12 | send(3) | 5:12 11:8 11:23 | | |
| months(1) | 8:6 | ppearances(2) | 1:23 2:1 | sense(1) | 7:19 | | |
| more(1) | 9:19 | practices(1) | 9:22 | sent(1) | 11:7 | | |
| morgan(1) | 11:9 | pre-petition(1) | 8:22 | series(1) | 9:22 | | |
| morning(7) | 3:4 3:5 3:6 10:25 11:1 11:4 11:9 | pre-trial(1) | 8:8 | server(2) | 9:17 10:5 | | |
| | | prefer(2) | 4:17 5:15 | servers(11) | 8:22 9:11 9:13 9:15 9:19 9:20 9:25 10:1 10:7 10:7 10:12 | | |
| mortgage(3) | 1:7 7:7 9:6 | preserve(1) | 9:7 | | | their(3) | 4:10 7:3 7:4 |
| most(1) | 10:6 | preserving(1) | 4:18 | | | them(5) | 4:14 10:10 10:11 11:23 11:24 |
| mostly(2) | 6:12 10:6 | pretty(1) | 4:9 | service(2) | 1:34 1:41 | then(7) | 3:8 4:24 8:3 8:5 8:6 8:22 10:22 |
| mountain(9) | 6:9 6:11 6:12 6:16 6:24 7:2 7:6 7:10 7:24 | previous(1) | 4:5 | services(1) | 1:34 | there(12) | 3:22 3:24 4:11 4:16 6:8 6:15 6:15 8:9 9:1 9:1 9:10 9:14 |
| | | primarily(1) | 3:12 | servicing(10) | 2:4 3:9 6:7 7:7 7:9 7:23 10:23 11:2 11:10 11:16 | | |
| mountain's(1) | 7:14 | print(1) | 11:24 | | | these(2) | 5:23 9:25 |
| move(1) | 9:5 | prior(1) | 10:18 | set(1) | 9:10 | they(6) | 4:17 6:20 7:11 9:11 10:2 10:5 |
| much(1) | 10:16 | probably(2) | 6:5 11:8 | settlement(4) | 4:9 4:18 7:15 7:18 | they're(1) | 10:8 |
| murin(1) | 1:32 | procedurally(1) | 7:2 | seven(1) | 9:11 | things(2) | 3:7 5:12 |
| near(1) | 9:8 | proceedings(3) | 1:19 1:40 12:14 | several(1) | 8:6 | think(4) | 7:18 8:1 11:7 11:15 |
| need(1) | 11:23 | process(2) | 9:18 9:20 | should(2) | 4:13 11:13 | thinking(1) | 7:19 |
| nemours(1) | 2:6 | produced(1) | 1:41 | shrink(1) | 10:8 | thirty(1) | 3:12 |
| new(3) | 8:23 9:7 10:12 | proofs(2) | 4:7 4:10 | signed(2) | 5:9 6:1 | this(12) | 3:6 3:21 3:22 3:25 4:5 4:12 6:6 7:5 8:1 10:4 11:4 11:12 |
| newer(1) | 9:19 | property(1) | 8:24 | significant(1) | 9:11 | | |
| next(1) | 11:5 | propose(1) | 4:25 | since(2) | 7:16 11:4 | | |
| ninety(1) | 5:6 | protective(2) | 7:8 7:14 | smaller(1) | 9:19 | those(4) | 4:3 4:4 6:1 9:9 |
| ninety-fifth(1) | 4:19 | provide(3) | 6:4 10:2 10:19 | sold(1) | 9:3 | thought(2) | 11:5 11:13 |
| non-substantive(1) | 3:22 | provided(1) | 8:20 | some(8) | 3:25 6:15 6:23 8:21 9:15 9:25 10:3 10:5 | threw(1) | 9:12 |
| none(1) | 8:15 | purchaser(7) | 6:10 6:14 6:25 6:25 7:3 7:7 7:15 | | | through(1) | 8:11 |
| north(3) | 1:28 2:7 2:15 | | | | | thursday(2) | 3:16 11:8 |
| not(5) | 4:19 4:20 4:21 6:14 10:6 | | | somewhat(1) | 9:10 | time(3) | 7:6 9:17 9:21 |
| november(2) | 8:19 9:16 | purposes(1) | 4:17 | sontchi(1) | 1:20 | today(5) | 4:22 5:16 7:22 11:4 11:17 |
| now(4) | 4:2 7:17 10:8 10:11 | put(1) | 8:9 | sorry(1) | 3:14 | tomorrow(1) | 12:2 |
| number(4) | 4:1 4:3 6:10 6:11 | question(1) | 3:9 | sound(2) | 1:40 12:13 | too(1) | 12:8 |
| objected(1) | 7:13 | questions(1) | 11:14 | sounds(1) | 10:21 | touch(1) | 4:16 |
| objection(5) | 3:23 3:25 4:6 4:6 5:24 | quo(1) | 4:18 | space(1) | 9:9 | transcript(3) | 1:19 1:41 12:13 |
| objections(2) | 3:13 7:16 | radar(1) | 8:10 | square(1) | 1:27 | transcription(2) | 1:34 1:41 |
| obligated(1) | 9:7 | ran(1) | 8:21 | stargatt(1) | 1:25 | traurig(1) | 2:4 |
| obviously(1) | 11:14 | reach(1) | 7:17 | start(1) | 7:19 | trust(9) | 3:7 6:17 6:24 7:12 7:13 9:1 9:3 9:5 9:8 |
| off(6) | 3:7 8:17 9:12 9:16 10:7 10:16 | recall(1) | 8:19 | state(1) | 3:14 | | |
| office(1) | 8:21 | received(1) | 11:14 | statement(1) | 3:24 | | |
| okay(11) | 3:21 5:5 5:10 5:14 5:22 6:2 8:12 8:16 10:22 11:18 11:25 | record(1) | 3:24 | states(2) | 1:1 1:21 | trust's(1) | 5:24 |
| | | recorded(1) | 1:40 | status(5) | 3:8 4:18 6:3 8:4 8:6 | trustee(3) | 1:26 4:1 4:2 |
| old(3) | 9:11 10:7 10:7 | recording(2) | 1:40 12:13 | stephen(1) | 2:13 | | |
| omnibus(2) | 4:19 8:5 | regarding(1) | 8:22 | still(4) | 3:13 6:15 7:5 7:17 | | |
| one(6) | 3:7 5:1 5:11 8:17 11:12 11:15 | related(1) | 6:13 | stipulated(1) | 8:2 | | |
| only(1) | 6:2 | relating(1) | 6:23 | stipulation(1) | 11:9 | | |
| onto(1) | 9:18 | relocate(1) | 9:6 | street(5) | 1:11 1:28 1:35 2:7 2:15 | | |
| open(1) | 7:4 | relocation(1) | 8:20 | strikes(1) | 12:1 | | |
| | | remained(2) | 8:25 9:1 | submit(2) | 4:21 7:22 | | |
| | | renewed(2) | 6:20 6:21 | submitted(3) | 3:15 3:22 4:15 | | |
| | | rented(1) | 9:8 | | | | |
| | | report(1) | 3:8 | | | | |

| Word | Page:Line |
|---|---|

**trusts**(1) 4:4
**turning**(1) 3:11
**two**(1) 5:12
**u.s**(5) 4:2  4:7  4:10  4:13  4:16
**under**(7) 3:15  4:21  5:13  5:23  6:13  9:1  9:7
**understanding**(1) 10:10
**unfortunately**(1) 10:15
**united**(2) 1:1  1:21
**until**(3) 9:24  11:8  12:2
**update**(3) 7:25  8:20  10:19
**vacate**(2) 5:18  9:4
**vacated**(1) 5:12
**various**(1) 6:14
**vendor**(1) 10:4
**very**(4) 5:21  6:4  9:8  9:13
**victoria**(2) 2:5  11:2
**wait**(1) 5:19
**wanted**(3) 8:9  10:13  10:19
**warehouse**(1) 10:8
**was**(20) 3:18  3:22  3:22  4:1  4:6  4:11  4:16
 4:24  6:9  6:17  7:2  9:3  9:10  9:14  9:20  11:3
 11:4  11:15  11:18  12:9

**wave**(1) 9:13
**we'd**(3) 7:21  7:22  8:7
**we'll**(6) 4:21  4:25  5:16  7:17  11:21  11:24
**we're**(6) 4:9  7:17  8:1  9:7  10:9  11:14
**we've**(1) 7:15
**weekend**(2) 3:23  4:17
**welcome**(2) 5:21  12:4
**well**(3) 5:25  7:9  7:14
**were**(20) 3:24  3:25  4:5  4:16  6:3  6:8  6:11
 6:14  6:15  6:18  6:23  7:16  8:23  9:13  9:17
 9:18  9:21  10:6  10:6  10:17

**weren't**(1) 4:15
**what**(2) 6:16  7:2
**what's**(1) 5:3
**whatever**(1) 5:15
**whatever's**(1) 5:13
**when**(3) 4:15  6:19  9:20
**where**(5) 7:25  8:10  9:16  10:14  11:9
**whereupon**(1) 12:9
**whether**(3) 4:12  4:12  4:13
**which**(2) 4:1  11:10
**wilmington**(5) 1:12  1:29  2:9  2:17  3:1
**wish**(1) 8:13
**with**(14) 4:10  4:16  5:1  6:7  6:9  6:10  7:4
 8:1  8:7  9:2  9:9  10:18  11:6  11:9

**won't**(1) 5:18
**would**(9) 4:17  4:20  4:25  5:1  7:11  8:1  8:4
 8:4  11:5

**wrapped**(1) 10:8
**www.diazdata.com**(1) 1:38
**yeah**(2) 5:8  8:18
**year**(4) 7:17  8:20  9:4  10:4
**years**(1) 9:11
**yes**(1) 11:20
**yet**(2) 4:20  7:23
**yield**(1) 10:22
**york**(1) 8:23
**you**(14) 5:12  5:20  7:16  8:12  8:15  8:19
 8:20  10:13  10:24  11:14  11:22  12:3  12:6
 12:8
**you'd**(3) 5:11  5:15  11:22
**you'll**(1) 6:5
**you're**(3) 5:6  5:21  12:4
**young**(1) 1:25
**your**(17) 3:5  3:6  3:11  3:17  5:16  5:20  5:22
 8:7  8:16  11:1  11:3  11:5  11:6  11:13  11:20
 11:22  12:3