IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                            : Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                :
                                                                  : Jointly Administered
    Debtors.                                                      :
                                                                  : Ref. Docket Nos.: 9626 & 10374
                                                                  :
---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER
REGARDING PROOF OF CLAIM NO. 9178 AND REQUEST FOR
PAYMENT OF ADMINISTRATIVE EXPENSE FILED BY
THE CITY OF HARTFORD, CONNECTICUT**

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1. On January 11, 2008, the City of Hartford, Connecticut ("Hartford") filed proof of claim number 9178 ("Claim 9178") against debtor American Home Mortgage Corp. ("AHM Corp.") asserting a priority unsecured tax claim in the amount of $613.71.

2. On January 4, 2011, Hartford filed the *Request by City of Hartford, Connecticut for Payment of Administrative Expense* [D.I. 9626] (the "Admin Request") against AHM Corp. asserting an administrative expense claim in the amount of $945.11 for municipal personal property tax liability. The claimed amount included accrued interest.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:12051394.1

3.  On March 22, 2012, through the undersigned counsel, the Plan Trustee filed the *Plan Trust's Objection to Request by City of Hartford, Connecticut for Payment of Administrative Expense* [D.I. 10374] (the "Objection").  By the Objection, the Plan Trust requested that the Court reclassify the Admin Request as a priority unsecured tax claim since the claim was incurred prepetition and was therefore not entitled to administrative priority.

4.  After the Objection was filed, the parties entered into discussions concerning the Admin Request and have agreed that the Admin Request should be reclassified and allowed in a modified amount.  The parties have further agreed to the allowance of Claim 9178 in a modified amount.  A proposed form of consensual order (the "Proposed Order") reflecting the parties' agreement is attached hereto as Exhibit 1.

*[Remainder of page intentionally left blank]*

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: April 26, 2012  
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ *Michael S. Neiburg*  
Sean M. Beach (No. 4070)  
Michael S. Neiburg (No. 5275)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP  
Mark S. Indelicato  
Edward L. Schnitzer  
488 Madison Avenue  
New York, New York 10022  
Telephone: (212) 478-7200  
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

# EXHIBIT 1

**Proposed Order**

01:12051394.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                  :
                                                                    :   Jointly Administered
         Debtors.                                                   :
                                                                    :   **Ref. Docket Nos.: 9626 &**
------------------------------------------------------------------- x   **10374**

## CONSENSUAL ORDER REGARDING PROOF OF CLAIM NO. 9178 AND REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE FILED BY THE CITY OF HARTFORD, CONNECTICUT

Upon consideration of proof of claim number 9178 ("Claim 9178") and the *Request by City of Hartford, Connecticut for Payment of Administrative Expense* [D.I. 9626] (the "Admin Request") filed by the City of Hartford, Connecticut ("Hartford") and the objection to the Admin Request [D.I. 10374] filed by Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors; and the Plan Trustee and Hartford having agreed to the treatment of the Admin Request and Claim 9178 as set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:12051394.1

ORDERED that the Admin Request shall be reclassified to a priority unsecured tax claim pursuant to 11 U.S.C. § 507(a)(8) and allowed against debtor American Home Mortgage Corp. (Case No. 07-11051) ("<u>AHM</u> Corp.") in the total amount of $779.40, inclusive of interest; and it is further

ORDERED that Claim 9178 shall be allowed as a priority unsecured tax claim pursuant to 11 U.S.C. § 507(a)(8) against AHM Corp. in the total amount of $779.40, inclusive of interest; and it is further

ORDERED that upon the entry of this Order, the Plan Trustee shall promptly make a payment to Hartford in the total amount of $1,558.80, which payment shall be deemed to be in full satisfaction of the Admin Request and Claim 9178; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2012

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2

01:12051394.1