IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | Case No. 07-11047 (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------------------x

AMERICAN HOME MORTGAGE HOLDINGS, INC.,

                        Plaintiff,

      v.

DEFENDANT(S)                         ADV. NOS.

| DEFENDANT(S) | ADV. NOS. |
|---|---|
| MOODY'S WALL STREET ANALYTICS, INC. | 09-51572 |
| MOODY'S WALL STREET SERVICE, INC. | 09-51570 |

## **STATUS REPORT**

      Plaintiff hereby submits the attached status report of the above-captioned adversary proceedings as requested by the Court.

Dated: April 27, 2012

                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                        /s/ *Curtis J. Crowther*
                                        Curtis J. Crowther (No. 3238)
                                        Rodney Square
                                        1000 North King Street
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 571-6755
                                        Facsimile: (302) 576-3445

                                        Counsel for Plaintiff

STATUS CHART

| | | |
|---|---|---|
| MOODY'S WALL STREET ANALYTICS, INC. | 09-51572 | Status E – Settled.  It is anticipated that case will be dismissed within 30 days pending documentation of settlement.  The form of settlement agreement is currently being discussed/negotiated and is expected to be finalized shortly.  Once the settlement is effectuated, the case will be dismissed. |
| MOODY'S WALL STREET SERVICE, INC. | 09-51570 | Status E – Settled.  It is anticipated that case will be dismissed within 30 days pending documentation of settlement.  The form of settlement agreement is being discussed/negotiated and is expected to be finalized shortly.  Once the settlement is effectuated, the case will be dismissed. |