IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
       Debtors.                                                  :
                                                                 :  **Ref. Docket Nos.: 9626 &**
---------------------------------------------------------------- x  **10374**

## CONSENSUAL ORDER REGARDING PROOF OF CLAIM NO. 9178 AND REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE FILED BY THE CITY OF HARTFORD, CONNECTICUT

Upon consideration of proof of claim number 9178 ("Claim 9178") and the *Request by City of Hartford, Connecticut for Payment of Administrative Expense* [D.I. 9626] (the "Admin Request") filed by the City of Hartford, Connecticut ("Hartford") and the objection to the Admin Request [D.I. 10374] filed by Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors; and the Plan Trustee and Hartford having agreed to the treatment of the Admin Request and Claim 9178 as set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:12051394.1

ORDERED that the Admin Request shall be reclassified to a priority unsecured tax claim pursuant to 11 U.S.C. § 507(a)(8) and allowed against debtor American Home Mortgage Corp. (Case No. 07-11051) ("AHM Corp.") in the total amount of $779.40, inclusive of interest; and it is further

ORDERED that Claim 9178 shall be allowed as a priority unsecured tax claim pursuant to 11 U.S.C. § 507(a)(8) against AHM Corp. in the total amount of $779.40, inclusive of interest; and it is further

ORDERED that upon the entry of this Order, the Plan Trustee shall promptly make a payment to Hartford in the total amount of $1,558.80, which payment shall be deemed to be in full satisfaction of the Admin Request and Claim 9178; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_4-27_____, 2012

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

01:12051394.1