IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x  Chapter 11

In re:
AMERICAN HOME MORTGAGE HOLDINGS, : Case No. 07-11047 (CSS)
INC., :
a Delaware corporation, et al.,[1] : Jointly Administered
 : Ref/ Docket Nos. 10184, 10183, 10182
Debtors. : 10384, 10385 10410 & 10411
 :
------------------------------------------------------------:
 x

### Motion For Extension of Time for filing Opposition and Reply to Plan Trust's Doc. No. 10410 and 10411 And Motion to File Amended Post Trial Reply and Motion to Strike Out of time

**TO THE UNITED STATES DISTRICT BANKRUPTCY JUDGE:**

COMES NOW, Hussain Kareem (hereinafter "Claimant") moves the court, to extend the time for filing his reply and opposition to the Plan Trust's Motion to Strike Claimant's Post Trial Briefs, Post Trial Reply, Amended Post Trial Reply and Motion to Strike, found in Doc. Nos. 10410 & 10411.

Claimant received from the Plan Trustee on or about April 11, 2012, a notice

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

to file an opposition brief against of their said motions on or before April 30th, 2012 (within 21 days). The Plan Trust is contesting the timeliness of Claimant's final filings. Claimant believes that there can be relief under the "mail box rule" for delays in delivery[2].

Claimant is proceeding as pro se and is researching the full requirements to fully comply with the standards of this honorable court. However, due to unforeseen contingencies, he makes a request for extension of time for up to ten days or to be delivered by May 10, 2012.

Claimant has engaged with the Counsel for the Debtors, Margaret Whiteman Greecher to confer on the request for an extension of time. After conferring with Attorney Greecher, it appears that she opposes the request for an extension of time for filing the reply to objections and motions raised by the Plan Trustee. The issues are paramount to the case and Mr. Kareem wants to address the court.

## Relief Sought

Claimant seeks in the interest of justice, for an extension of time to file his opposition, as stated above until May 10, 2012 or at such time deemed reasonable by this court.

---

[2] *See* Zillyette v. Capital One Fin. Corp., 179 F.3d 1337, 1341-42 (11th Cir. 1999) (stating policy's similarity to Fed. R. Civ. P. 6(e)'s "mailbox rule" and explaining that "[p]roviding a three-day period also provides a clear rule that will enable parties to be aware of when they must act or forfeit their right to sue").

Claimant seeks leniency from this court, for as a pro se, has made every attempt to follow orders and rules.

Claimant has had other cases involving the Independent Foreclosure Review which was set for April 30th, 2010 and prior to the 21 day notice given by this court.

Claimant seeks the court to allow his Doc. No. 10384 and Doc. No. 10385 to be filed out of time to resolve any issues on delay, conflicts or perceived default. Claimant requests the court to look at the merits of pending action and apply equitable tolling at the discretion of the Court.

Executed on this day April 26, 2012

_____
HUSSAIN KAREEM, APPELLANT
All Rights, Immunities and Privileges Reserved
404-907-0177 (Phone Line)