IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x  Chapter 11

In re:

AMERICAN HOME MORTGAGE HOLDINGS,   :   Case No. 07-11047 (CSS)
INC.,                              :
a Delaware corporation, et al.,[3] :   Jointly Administered
                                   :   Ref/ Docket Nos. 10184, 10183, 10182
                 Debtors.          :   10384, 10385 10410 & 10411
                                   :
                                   :
------------------------------------------------------------:
                                   x

### Motion For Extension of Time for filing Opposition and Reply to Plan Trust's Doc. No. 10410 and 10411 And Motion to File Amended Post Trial Reply and Motion to Strike Out of time

### ORDER GRANTING CLAIMANTS MOTION FOR EXTENSION OF TIME FOR FILING OPPOSTION AND REPLY TO PLAN TRUST'S OBJECTIONS AND ORDER ON CLAIMANT'S MOTION FILED OUT OF TIME AS RELIEF

In Consideration of Claimants Motions attached contemporaneously hereunto, the Court Grants relief in the interest of justice as follows:

IT IS HERBY ORDERED:

1. MOTION ON EXTENSION OF TIME IS GRANTED

---

[3] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

2. GRANTED MOTION TO CURE DEFAULT BY FILING OUT OF TIME CLAIMANT'S REPLY ANSWER BRIEF AND MOTION TO STRIKE.
3. The Court shall retain jurisdiction with respect to all other matters related to this order and final determinations.
4.

So ORDERED,

Date: _____, 2012
    Wilmington, Delaware

                                            _____
                                            Christopher S. Sontchi
                                            U.S. Bankruptcy Judge