# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                                                    : Chapter 11

                                                          :

AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)

a Delaware corporation, et al.,[1]                         :

                                                          : Jointly Administered

    Debtors.                                          :

                                                          : **Ref. Docket Nos.:  9176 & 9254**

---------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL SUBMITTING PROPOSED ORDER SUSTAINING IN PART THE DEBTORS' SIXTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1.    On August 24, 2010, the Debtors filed the Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 9176] (the "Objection"). By the Objection, the Plan Trust sought entry of an order, *inter alia*, disallowing proof of claim number 10554 ("Claim 105554") filed by City of New York Department of Finance ("NYC") on the grounds that debtor American Home Mortgage Corp. had filed all applicable tax returns and any amounts due and owing to NYC in connection with such returns had been paid in full.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is:  AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

2.      Following the filing of the Objection, the undersigned counsel received an informal response to the Objection from a NYC representative, pursuant to which NYC requested numerous documents relating to Claim 10554 and the Objection.  The parties agreed to an adjournment of the Objection as it pertains to Claim 10554.  On September 23, 2010, the Court entered an order [Docket No. 9254] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 10554.

3.      The Plan Trustee subsequently provided NYC with all available records responsive to NYC's document requests.  NYC has failed to respond to several inquiries by the Plan Trustee with respect to reaching an agreement that Claim 10554 should be disallowed.

4.      Accordingly, on April 5, 2012, the Plan Trustee filed the Re-Notice of Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 10397] (the "Re-Notice").  Claim 10554 was identified on Exhibit A to the Re-Notice.  By the Re-Notice, the Plan Trustee notified NYC that the Plan Trustee intended to move forward with the Objection as it pertains to Claim 10554 at the May 8, 2012 omnibus hearing in these bankruptcy cases.  The Re-Notice further notified NYC that responses to the Objection, if any, had to be filed on or before May 1, 2012 at 4:00 p.m. (ET).

5.      The undersigned hereby certifies that, as of the date hereof, no answer, informal response, objection or other responsive pleading to the Re-Notice has been received.  Moreover, the Court's docket which was last updated May 3, 2012, reflects that no responses to the Re-Notice have been filed.  A proposed form of order (the "Proposed Order") providing for the disallowance of Claim 10554 as requested by the Objection is attached hereto as Exhibit 1.

01:12070843.1

2

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: May 3, 2012
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ Michael S. Neiburg
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

Co-Counsel to the Plan Trustee

01:12070843.1

# EXHIBIT 1

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------- x
In re:                                            :   Chapter 11
                                                  :
                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,            :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                  :
                                                  :   Jointly Administered
      Debtors.                                    :
                                                  :   Ref. Docket Nos.:  9176 & 9254
                                                  :
----------------------------------------------------------------- x
```

### ORDER SUSTAINING IN PART THE PLAN TRUST'S SIXTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the sixty-third omnibus (substantive) claims objection (the "Objection"), by which the Plan Trustee respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware  disallowing proof of claim number 10554 ("Claim 10554") filed by City of New York Department of Finance ("NYC"); and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and that due and adequate

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is:  AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

notice of the Objection and the Re-Notice [Docket No. 10397] having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained in part as set forth herein; and it is further

ORDERED that Claim 10554 filed by NYC is disallowed in its entirety; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ ____, 2012

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

01:12070843.1

2