## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------------- x
```
In re:                                                : Chapter 11
                                                      :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                    :
                                                      : Jointly Administered
        Debtors.                                      :
                                                      : **Ref. Docket Nos.: 10288 & 10313**
```
--------------------------------------------------------------- x
```

### CERTIFICATION OF COUNSEL SUBMITTING PROPOSED ORDER SUSTAINING IN PART THE PLAN TRUST'S NINETY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1.      On December 20, 2011, the Plan Trustee filed the Plan Trust's Ninety-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 10288] (the "Objection"). By the Objection, the Plan Trust sought entry of an order disallowing, among other claims, proof of claim number 10543 ("Claim 10543") filed by Washington Mutual Bank

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

("WAMU Bank") on the grounds there was insufficient documentation to assess the validity or amount of the claim.

2.      Following the filing of the Objection, the undersigned counsel received an informal response to the Objection from a representative of Chase Bank, N.A. ("Chase"). The Chase representative requested an adjournment of the Objection with respect to Claim 10543 in order to permit Chase to investigate whether it had any interests at stake. Although WAMU Bank did not respond or otherwise contest the Objection, the Plan Trustee nonetheless agreed to the requested adjournment.

3.      On January 17, 2012, the Court entered an order [Docket No. 10313] sustaining the Objection in part and adjourning the Objection with respect to, *inter alia*, Claim 10543.

4.      During subsequent communications, the Chase representative has confirmed that Chase did not have an interest with respect to Claim 10543. On April 5, 2012, the Plan Trustee filed the Re-Notice of Ninety-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 10395] (the "Re-Notice"). Claim 10543 was identified on Exhibit A to the Re-Notice. By the Re-Notice, the Plan Trustee notified WAMU Bank, among others, that the Plan Trustee intended to move forward with the Objection as it pertains to Claim 10543 at the May 8, 2012 omnibus hearing in these bankruptcy cases. The Re-Notice further notified WAMU Bank that responses to the Objection, if any, had to be filed on or before May 1, 2012 at 4:00 p.m. (ET).

5.     The undersigned hereby certifies that, as of the date hereof, no answer, informal response, objection or other responsive pleading to the Re-Notice has been received. Moreover, the Court's docket which was last updated May 3, 2012, reflects that no responses to the Re-Notice have been filed.  A proposed form of order (the "Proposed Order") providing for the disallowance of Claim 10543 as requested by the Objection is attached hereto as Exhibit 1.

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: May 3, 2012                           YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
        Wilmington, Delaware

                                             /s/ Michael S. Neiburg
                                             Sean M. Beach (No. 4070)
                                             Michael S. Neiburg (No. 5275)
                                             Rodney Square
                                             1000 North King Street
                                             Wilmington, Delaware  19801
                                             Telephone: (302) 571-6600
                                             Facsimile: (302) 571-1253

                                             -and-

                                             HAHN & HESSEN LLP
                                             Mark S. Indelicato
                                             Edward L. Schnitzer
                                             488 Madison Avenue
                                             New York, New York 10022
                                             Telephone: (212) 478-7200
                                             Facsimile: (212) 478-7400

                                             Co-Counsel to the Plan Trustee

# EXHIBIT 1

**Proposed Order**

01:12070202.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------------ x
In re:                                          :   Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                :
                                                :   Jointly Administered
     Debtors.                                   :
                                                :   Ref. Docket Nos.:  10288 &
------------------------------------------------------------------------ x   10313
```

### ORDER SUSTAINING IN PART THE PLAN TRUST'S NINETY-SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the ninety-second omnibus (non-substantive) claims objection (the "Objection"), by which the Plan Trustee respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware disallowing proof of claim number 10543 ("Claim 10543") filed by Washington Mutual Bank; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and that due and adequate notice of the

---

¹      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

Objection and the Re-Notice [Docket No. 10395] having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained in part as set forth herein; and it is further

ORDERED that Claim 10543 filed by Washington Mutual Bank is disallowed in its entirety; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
        _____ ___, 2012

                                    _____
                                    CHRISTOPHER S. SONTCHI
                                    UNITED STATES BANKRUPTCY JUDGE