IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------------- x
In re:                                                                      :   Chapter 11
                                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                      :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                             :
                                                                            :   Jointly Administered
     Debtors.                                                               :
                                                                            :   Ref. No. 10398
--------------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Plan Trust's Ninety-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007 3007-1 (the "Objection") has been received. The Court's docket which was last updated May 3, 2012, reflects that no responses to the Objection have been filed. Responses to the Objection were to be filed and served no later than May 1, 2012 at 4:00 p.m.

01: 9916518.9

It is hereby respectfully requested that the Order attached to the Objection be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
       May 3, 2012

          YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

          */s/ Michael S. Neiburg*
          Sean M. Beach (No. 4070)
          Michael S. Neiburg (No. 5275)
          Rodney Square
          1000 North King Street
          Wilmington, Delaware  19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253

          -and-

          HAHN & HESSEN LLP
          Mark S. Indelicato
          Edward L. Schnitzer
          488 Madison Avenue
          New York, New York 10022
          Telephone: (212) 478-7200
          Facsimile: (212) 478-7400

          *Co-Counsel to the Plan Trustee*

01: 9916518.9