IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x    Chapter 11
In re:                                                                      :
                                                                            :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :
a Delaware corporation, et al., [1]                                         :    Jointly Administered
                                                                            :
          Debtors.                                                          :
------------------------------------------------------------------------- x

## AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MAY 8, 2012 AT 10:00 A.M. (ET)

### ADJOURNED/RESOLVED MATTERS

1.    Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to
      Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule
      3007-1 [D.I. 4028, 5/12/08]

      Response Deadline:    June 4, 2008 at 4:00 p.m., extended for U.S. Bank, N.A. to April 2,
                           2012 at 4:00 p.m. (ET)

      Related Documents:

             a)    Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

             b)    Re-Notice of Debtors' Seventh Omnibus (Non-Substantive) Objection to
                   Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                   Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 10357, 3/9/12]

      Responses Filed:     See Exhibit A, attached

      Status: An Order has been entered that partially sustains the Objection. With respect to
             the remainder of the relief requested and the remaining responses set forth on
             Exhibit A, this matter will be adjourned.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland
corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a
Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a
New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company
(1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New
York corporation (8580).  The address for all of the Debtors is 224 Sherwood Road, Famingdale, NY 11735.

2.      Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:    June 4, 2008 at 4:00 p.m.

Related Documents:

      a)      Order Sustaining Debtors' Eighth Omnibus [D.I. 4615, 6/12/08]

Responses Filed:      See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned.

3.      Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m., extended to March 2, 2011 for certain parties

Related Documents:

      a)      Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

      b)      Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5463, 8/18/08]

      c)      Re-Notice of Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9768, 2/7/11]

Responses Filed:      See Exhibit C, attached

Status: Orders have been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned.

4.    Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:    September 8, 2008 at 4:00 p.m.

Related Documents:

a)    Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) pf the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 6217, 10/10/08]

b)    Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

c)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 8001, 9/2/09]

Responses Filed:    Please see Exhibit D, attached

Status:  An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit D, this matter will be adjourned.

5.    Request for Payment of Taxes filed by City of Alexandria [D.I. 6749, 12/18/08]

Objection Deadline:    April 3, 2012 at 4:00 p.m. (ET)

Objections Filed:

a)    Plan Trust's Objection to City of Alexandria's Request for Payment of Taxes [D.I. 10367, 3/16/12]

Status: This matter will be adjourned to May 8, 2012 at 10:00 a.m. (ET).

01:12043312.1

6.    Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

    a)    Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

Responses Filed:    See Exhibit E, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit E, this matter will be adjourned.

7.    Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7084, 3/6/09]

Response Deadline:    March 30, 2009 at 4:00 p.m.

Related Documents:

    a)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 7629, 7/22/09]

    b)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8001, 9/2/09]

    c)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Twenty-Fifth and Thirty-First Omnibus Objections to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9977, 5/6/11]

Responses Filed:    See Exhibit F, attached.

Status: Orders have been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned.

8.    Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8174, 10/13/09]

Response Deadline:    November 6, 2009 at 4:00 p.m., extended to July 12, 2011 for certain parties

Related Documents:

a)    Order Sustaining Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8299, 11/13/09]

b)    Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 9816, 3/7/11]

c)    Revised Order Sustaining in Part Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 9821, 3/9/11]

d)    Order Sustaining in Part Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 9816, 3/7/11] [D.I. 9861, 3/17/11]

e)    Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 10052, 6/17/11]

Responses Received: See Exhibit G, attached

Status: Orders have been entered that partially sustain the Objection. This matter is adjourned with respect to the items listed in Exhibit G.

01:12043312.1

9.  Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8939, 6/18/10]

    Response Deadline:   July 12, 2010 at 4:00 p.m., extended to August 9, 2010 for Assured Guaranty Corp.

    Related Document:

        a)  Order Sustaining in Part Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 9028, 7/19/10]

    Responses Filed:   See Exhibit H

    Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit H, this matter will be adjourned.

10. Paul M. Deck's Request for Payment of Administrative Claim Seeking Administrative Claim of Thirty-Four Hundred Dollars ($3400.00) [D.I. 9608, 12/30/10]

    Objection Deadline:   April 5, 2011 at 4:00 p.m., extended to September 30, 2012 at 4:00 p.m. (ET)

    Objections Filed:   None to date

    Status: This matter will be adjourned to a date and time to be determined.

11. Bernaillo County's Motion for Administrative Claim [D.I. 9618, 1/3/11]

    Objection Deadline:   April 5, 2011 at 4:00 p.m., extended to September 30, 2012 at 4:00 p.m. (ET)

    Responses Filed:   None to date

    Status: This matter will be adjourned to a date and time to be determined.

12. Banc of America Leasing & Capital, LLC's Request for Allowance and Payment of Administrative Expense Claim [D.I. 9619, 1/4/11]

    Objection Deadline:   April 5, 2011 at 4:00 p.m. (ET), extended to September 30, 2012 at 4:00 p.m. (ET)

    Objections Filed:   None to date

    Status: This matter will be adjourned to a date and time to be determined.

13.    The United States' Amended Request for Payment of Chapter 11 Administrative
       Expenses [D.I. 9624, 1/4/11]

       Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to September 30, 2012 at
                              4:00 p.m. (ET)

       Objections Filed:      None to date

       Status: The matter will be adjourned to a date and time to be determined.

14.    Application of Countrywide Bank, N.A. and Countrywide Home Loans, Inc. for
       Allowance of Administrative Expenses [D.I. 9625, 1/5/11]

       Objection Deadline:    April 29, 2011 at 4:00 p.m. (ET), extended to September 30, 2012
                              at 4:00 p.m. (ET)

       Objections Filed:      None to date

       Status: This matter will be adjourned to a date and time to be determined.

15.    Lewisville Independent School District's Request for Payment of Administrative
       Expense [D.I. 9630, 1/4/11]

       Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended September 30, 2012 at
                              4:00 p.m. (ET)

       Objections Filed:      None to date

       Status: This matter will be adjourned to a date and time to be determined.

16.    Iron Mountain Information Management, Inc.'s Request for Allowance and Payment of
       Administrative Expenses (Hardcopy) [D.I. 9636, 1/5/11]

       Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00
                              p.m. (ET)

       Related Documents:

           a)    Notice of Iron Mountain Information Management, Inc.'s Interim Cure
                 Claim [D.I. 4828, 6/25/08]

           b)    Iron Mountain Information Management, Inc's Second Motion to Compel
                 Payment of Administrative Expenses [D.I. 6460, 10/25/08

       Objections Filed:

      c)      Plan Trust's Omnibus Objection to Iron Mountain Management, Inc.'s (I) Purchaser Cure Claim and (II) Requests for Allowance and Payment of Administrative Expenses [D.I. 10274, 12/12/11]

      d)      Objection of American Home Mortgage Servicing, Inc. to Iron Mountain Information Management, Inc.'s (I) Purchaser Cure Claim and (II) Administrative Claims [D.I. 10326, 2/10/12]

Status: The parties are conferring with respect to a stipulated scheduling order to govern discovery, to be submitted under certification of counsel. This matter will be adjourned to June 5, 2012 at 11:00 a.m. (ET).

17.     Iron Mountain Information Management, Inc.'s Request for Allowance and Payment of Administrative Expenses (Data) [D.I. 9637, 1/5/11]

Objection Deadline:   April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00 p.m. (ET)

Related Documents:

      a)      Notice of Iron Mountain Information Management, Inc.'s Interim Cure Claim [D.I. 4828, 6/25/08]

      b)      Iron Mountain Information Management, Inc's Second Motion to Compel Payment of Administrative Expenses [D.I. 6460, 10/25/08]

Objections Filed:

      c)      Plan Trust's Omnibus Objection to Iron Mountain Management, Inc.'s (I) Purchaser Cure Claim and (II) Requests for Allowance and Payment of Administrative Expenses [D.I. 10274, 12/12/11]

      d)      Objection of American Home Mortgage Servicing, Inc. to Iron Mountain Information Management, Inc.'s (I) Purchaser Cure Claim and (II) Administrative Claims [D.I. 10326, 2/10/12]

Status: The parties are conferring with respect to a stipulated scheduling order to govern discovery, to be submitted under certification of counsel. This matter will be adjourned to June 5, 2012 at 11:00 a.m. (ET).

18.     Application of Norman Loftis for Allowance and Payment of Administrative Expense Claim Pursuant to Section 503(b) of the Bankrupty Code [D.I. 9638, 1/5/11]

Objection Deadline:   April 5, 2011 at 4:00 p.m. (ET), extended to September 30, 2012 at 4:00 p.m. (ET)

8

Objections Filed:    None to date

Status: This matter will be adjourned to a date and time to be determined.

19.    Request of American Home Mortgage Servicing, Inc., formerly known as AH Mortgage Acquisition Co., Inc. for Allowance and Payment of an Administrative Expense Claim [D.I. 9640, 1/5/11]

Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00 p.m. (ET)

Related Document:

a)    Notice of Iron Mountain Information Management, Inc.'s Interim Cure Claim [D.I. 4828, 6/25/08

Objections Filed:

b)    Plan Trust's Objection to the Request of American Home Mortgage Servicing, Inc., formerly known as AH Mortgage Acquisition Co., Inc., for Allowance and Payment of an Administrative Expense Claim [D.I. 10273, 12/12/11]

Status: The parties are conferring with respect to a stipulated scheduling order to govern discovery, to be submitted under certification of counsel. This matter will be adjourned to June 5, 2012 at 11:00 a.m. (ET).

20.    Protective Claim of Fred R. Hodoval, Rollover IRA, Pershing LLC, Custodian, Recognized Claim Number 1223571 [D.I. 9662, 1/10/11]

Objection Deadline:    Extended to September 30, 2012 at 4:00 p.m. (ET)

Objections Filed:    None to date

Status: This matter will be adjourned to a date and time to be determined.

21.    Plan Trust's Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9817, 3/7/11]

Response Deadline:    March 30, 2011 at 4:00 p.m. (ET)

Related Document:

a)    Order [D.I. 9913, 4/5/11]

Responses Filed:       See Exhibit J, attached.

Status: An order has been entered which partially sustains the Objection.  This matter is
adjourned with respect to those items listed in Exhibit J.

22.    Plan Trust's Seventy-Fifth Omnibus (Substantive) Objection to Claims Pursuant to
Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
Rule 3007-1 [D.I. 9818, 2/7/11]

Response Deadline:    March 30, 2011 at 4:00 p.m. (ET)

Related Document:

a)       Order  [D.I. 9919, 4/6/11]

Responses Filed:       See Exhibit K, attached.

Status: An order has been entered which partially sustains the Objection.  This matter is
adjourned with respect to those items listed in Exhibit K.

23.    Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to
Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
Rule 3007-1 [D.I. 9818, 2/7/11]

Response Deadline:    May 4, 2011 at 4:00 p.m. (ET), extended to July 12, 2011 at 4:00
p.m. (ET) for certain parties

Related Documents:

a)  Revised Order Sustaining in Part Plan Trust's Seventy-Sixth Omnibus (Non-
Substantive) Objection to Claims Pursuant to Section 502(b) of the
Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1
[D.I. 9994, 5/9/11]

b)  Re-Notice of Debtors' Seventy-Sixth Omnibus (Non-Substantive) Objection
to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10053, 6/17/11]

Responses Filed:       See Exhibit L, attached.

Status: An order has been entered which partially sustains the Objection.  This matter is
adjourned with respect to those items listed in Exhibit L.

24.     Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10015, 5/20/11]

Response Deadline:    June 14, 2011 at 4:00 p.m. (ET)

Related Document:

      a)    Order Sustaining Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims [D.I. 10059, 6/20/11]

Responses Filed:    See Exhibit M, attached

Status: An Order has been entered which partially sustains the Objection. With respect to Exhibit M, this matter will be adjourned.

25.     Plan Trust's Eighty-Seventh (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10156, 9/7/11]

Response Deadline:    September 30, 2011 at 4:00 p.m. (ET)

Related Document:

      a)    Order Sustaining in Part Plan Trust's Eighty-Seventh (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 10208, 10/7/11]

Responses Filed:    See Exhibit O, attached

Status: An order has been entered which partially sustains the Objection. This matter will be adjourned with respect to the objection to the claims of Bear Stearns.

26.     Plan Trust's Ninety-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10252, 11/16/11]

Response Deadline:    December 9, 2011 at 4:00 p.m. (ET)

Related Document:

      a)    Certification of Counsel [D.I. 10278, 12/14/11]

      b)    Order Sustaining in Part Plan Trust's Ninety-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,

01:12043312.1

        Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10281, 12/14/11]

Responses Filed:      See Exhibit P

Status: This matter is adjourned with respect to responses listed on Exhibit P. An order has been entered which partially sustains the objection.

27.    Plan Trust's Ninety-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10289, 12/20/11]

Response Deadline:   January 12, 2012 at 4:00 p.m. (ET)

Related Document:

        a) Order Sustaining in Part Plan Trust's Ninety-Third Omnibus (Substantive) Objection to Claims [D.I. 10314, 1/17/12]

Responses Filed:      See Exhibit R

Status: This matter is adjourned with respect to responses listed on Exhibit R. An order has been entered resolving the remainder of this matter.

28.    Motion of JPMorgan Chase Bank, National Association for an Order (i) Enforcing the Terms of the Stay Relief Order and (ii) Directing the Trustee to Turnover Funds [D.I. 10323, 1/31/12]

Objection Deadline:   February 10, 2012 at 4:00 p.m. (ET), extended for the Debtors

Objections Filed:

        a) Plan Trust's Objection to Motion of JPMorgan Chase Bank, National Association for an Order (I) Enforcing the Terms of the Stay Relief Order and (II) Directing the Trustee to Turnover Funds [D.I. 10330, 2/14/12]

Status: This matter will be adjourned by agreement to June 5, 2012 at 11:00 a.m. (ET).

29.    Steven D. Sass, as Plan Trustee of the American Home Mortgage Plan Trust v. Showcase of Agents, L.L.C., Piero Orsi and Mariapa Orsi, Adv. No. 10-50913

Related Documents:

        a) Amended Complaint [D.I. 49, 1/17/12]

01:12043312.1

b)  Showcase of Agents, L.L.C., Piero Orsi and Mariapa Orsi's Answer and
Affirmative Defenses to Amended Complaint [D.I. 54, 2/14/12]

Status: This matter will be adjourned by agreement to June 5, 2012 at 11:00 a.m. (ET).

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION\CERTIFICATON OF COUNSEL

30.  Debtors' Sixty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section
502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
1 [D.I. 9176, 8/24/10]

Response Deadline:    September 16, 2010 at 4:00 p.m.

Related Document:

a)  Order Sustaining in Part Debtors' Sixty-Third Omnibus (Substantive)
Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code,
Bankruptcy Rules 3003 and 3007, and Local Rule 3007 [D.I. 9254,
9/23/10]

b)  Re-Notice of Debtors' Sixty-Third Omnibus (Substantive) Objection to
Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10397, 4/5/12]

c)  Certification of Counsel [D.I. 10433, 5/3/12]

Responses Filed:    See Exhibit I

Status: An Order has been entered that partially sustain the Objection. With respect to
the remainder of the relief requested and the remaining responses set forth on
Exhibit I, a certification of counsel has been filed resolving the remainder of this
matter. No hearing is required.

31.  Plan Trust's Eighty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section
502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
1 [D.I. 10123, 8/10/11]

Response Deadline:    September 1, 2011 at 4:00 p.m. (ET)

Related Document:

a)  Re-Notice of Eighty-Fifth Omnibus (Substantive) Objection to Claims
Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules
3003 and 3007, and Local Rule 3007-1 [D.I. 10396, 4/5/12]

   b)    Certification of Counsel [D.I. 10435, 5/3/12]

Responses Filed:    See Exhibit N, attached

Status:  A certification of counsel has been filed.  No hearing is required.

32.    Plan Trust's Ninety-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10288, 12/20/11]

Response Deadline:    January 12, 2012 at 4:00 p.m. (ET)

Related Documents:

   a)  Order Sustaining in Part Plan Trust's Ninety-Second Omnibus (Non-Substantive) Objection to Claims  [D.I. 10313, 1/17/12]

   b)  Re-Notice of Ninety-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10395, 4/5/12]

   c)  Certification of Counsel [D.I. 10434, 5/3/12]

Responses Filed:    See Exhibit Q

Status: A certification of counsel has been filed with respect to the claim of Washington Mutual Bank as listed on Exhibit Q.  The remainder of responses on Exhibit Q are adjourned.  No hearing is required.

33.    Plan Trust's Ninety-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007 3007-1 [D.I. 10398, 4/5/12]

Response Deadline:    May 1, 2012 at 4:00 p.m. (ET)

Related Document:

   a)    Certificate of No Objection [D.I. 10436, 5/3/12]

   b)    Proposed Order

Responses Filed:    None

Status: A certificate of no objection has been filed.  No hearing is required.

34.     Plan Trust's Ninety-Seventh Omnibus (Substantive) Objection to Claims Pursuant to
        Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
        Rule 3007-1 [D.I. 10399, 4/5/12]

        Response Deadline:   May 1, 2012 at 4:00 p.m. (ET)

        Related Document:

                a)      Certificate of No Objection [D.I. 10437, 5/3/12]

                b)      Proposed Order

        Responses Filed:      None

        Status: A certificate of no objection has been filed.  No hearing is required.

Dated: May 4, 2012
        Wilmington, Delaware          YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

                                      */s/ Michael S. Neiburg*
                                      Sean M. Beach (No. 4070)
                                      Margaret Whiteman Greecher (No. 4652)
                                      Patrick A. Jackson (No. 4976)
                                      Michael S. Neiburg (No. 5275)
                                      1000 North King Street
                                      Wilmington, Delaware  19899
                                      Telephone: (302) 571-6600
                                      Facsimile: (302) 571-1253

                                      -and-

                                      HAHN & HESSEN LLP
                                      Mark S. Indelicato
                                      Edward L. Schnitzer
                                      488 Madison Avenue
                                      New York, New York 10022
                                      Telephone: (212) 478-7200
                                      Facsimile: (212) 478-7400

                                      *Co-Counsel to the Plan Trustee*

01:12043312.1

## Exhibit A, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Assoc. | 4362, 6/4/08 | Adjourned |

## Exhibit B, Eighth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 4360, 6/4/08 | Adjourned |

## Exhibit C, Thirteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Countrywide | 5337, 8/8/08 | Adjourned |

## Exhibit D, Fifteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Shervonne Powell | 5814, 9/11/08 | Adjourned |
|  | John Johnston | 5818, 9/11/08 | Adjourned |
|  | Grailing Carter | 5947, 9/17/08 | Adjourned |

## Exhibit E, Twenty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Sharaine Hughes |  | Adjourned |

## Exhibit F, Thirty-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Norman Loftis | 7176, 3/30/09 | Adjourned |

## Exhibit G, Forty-Fourth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Association |  | Adjourned |

16

### Exhibit H, Fifty-Ninth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Assured Guaranty Corp. | | Adjourned |

### Exhibit I, Sixty-Third Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | New York City Department of Finance | | Resolved pending entry of order by the Court |

### Exhibit J, Seventy-Forth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Placer County | | Adjourned |

### Exhibit K, Seventy-Fifth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Imperial County | | Adjourned |

### Exhibit L, Seventy-Sixth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | UBS Securities LLC POC No. 10787 | | Adjourned |
| | Countrywide Bank, F.S.B. | | Adjourned |
| | Countrywide Home Loans, Inc. | | Adjourned |
| | Deutsche Bank National Trust | | Adjourned |

### Exhibit M, Seventy-Ninth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Ventura County | 10044, 6/14/11 | Adjourned |

01:12043312.1

## Exhibit N, Eighty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Torrence Caldwell |  | Adjourned |
|  | Ronald T. Ginnona and Traci A. Ginnona | 10152, 9/2/11 | Resolved pending entry of order by the Court |

## Exhibit O, Eighty-Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Bear, Stearns & Co., Inc. |  | Adjourned |

## Exhibit P, Ninety-First Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Lehman Bros. |  | Adjourned |

## Exhibit Q, Ninety-Second Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Ventura County | 10308, 1/11/12 | Adjourned |
|  | Washington Mutual Bank |  | Resolved pending order by the Court |

## Exhibit R, Ninety-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Bank of America |  | Adjourned |

01:12043312.1