# EXHIBIT A

**Duplicate Claims**

01: 11921617.1

# Exhibit A

## Duplicative Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claim — Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BYRD, DEBBIE M<br>1013 NAGIA CT<br>FENTON, MO 63026 | 3098 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>$692.31 (P)<br>- (U)<br>$692.31 (T) | Claimed amount of $692.31 for unused vacation time is duplicative of the amounts claimed by POC No. 561, which has been modified and reduced to $692.31 by an order [D.I. 4289] of the Court. As a result, this claim should be disallowed. |
| TULIAU, MALVINA Q (VINA)<br>7636 BOTANY BAY DR.<br>LAS VEGAS, NV 89128 | 4428 | 12/4/07 | 07-11051 | - (S)<br>- (A)<br>$2,261.58 (P)<br>- (U)<br>$2,261.58 (T) | Claimed amount of $2,261.56 for unused vacation time is duplicative of the amounts claimed by POC No. 1322, which has been modified and reduced to $2,261.56 by an order [D.I. 6765] of the Court. As a result, this claim should be disallowed. |
| Totals: | 2 Claims | | | - (S)<br>- (A)<br>$2,953.89 (P)<br>- (U)<br>$2,953.89 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.