# EXHIBIT A

**Modified Amount Claims**

# Exhibit A

## Modified Amount Claim

| Name/Address of Claimant | Objectionable Claim | | | | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| AUMILLER, SHANE<br>707 TRAGO CREEK DRIVE<br>BALLWIN, MO 63021 | 8249 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$615.36 (P)<br>- (U)<br>$615.36 (T) | - (S)<br>- (A)<br>$307.68 (P)<br>- (U)<br>$307.68 (T) | Claim relates to unpaid wages. Per the Debtors' books and records, the claim should be modified and reduced to $307.68 to reflect the amount owed to claimant for transition pay. The claimant has not provided any documentation supporting a claim for a different amount. |
| BHATIA, SAKSHI<br>510 CHARLES LN<br>WANTAGH, NY 11793 | 1051 | 9/20/07 | 07-11051 | - (S)<br>- (A)<br>$2,791.67 (P)<br>- (U)<br>$2,791.67 (T) | - (S)<br>- (A)<br>$2,576.92 (P)<br>- (U)<br>$2,576.92 (T) | Claim relates to payout of unused vacation time. Per the Debtors' books and records, the claim should be modified and reduced to $2,576.92 to reflect the amount owed to claimant for unused vacation time. The claimant has not provided any documentation supporting a claim for a different amount. |
| CONTARINO, ELLEN S<br>478 PHILADELPHIA AVE<br>MASSAPEQUA PARK, NY 11762 | 7530 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$1,732.31 (P)<br>- (U)<br>$1,732.31 (T) | - (S)<br>- (A)<br>$1,538.46 (P)<br>- (U)<br>$1,538.46 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed $1,538.46 for unused vacation pay and the claimant has not provided any documentation supporting a claim for a different amount. As a result, the claim should be modified and reduced to match Debtors' books and records. |
| DORONILA, ALLEN<br>4 MICHIGAN AVE<br>HAZLET, NJ 077302214 | 8033 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$1,440.61 (P)<br>- (U)<br>$1,440.61 (T) | - (S)<br>- (A)<br>$1,184.00 (P)<br>- (U)<br>$1,184.00 (T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed $1,184.00 for unused vacation pay and the claimant has not provided any documentation supporting a claim for a different amount. As a result, the claim should be modified and reduced to match Debtors' books and records. |
| FERNANDEZ, FANNY L.<br>1156 JOSELSON AVE<br>BAY SHORE, NY 11706 | 9620 | 1/14/08 | 07-11051 | - (S)<br>- (A)<br>$2,250.00 (P)<br>- (U)<br>$2,250.00 (T) | - (S)<br>- (A)<br>$2,076.92 (P)<br>- (U)<br>$2,076.92 (T) | Claim relates to payout of unused vacation time. Per the Debtors' books and records, the claim should be modified and reduced to $2,076.92 to reflect the amount owed to claimant for unused vacation time. The claimant has not provided any documentation supporting a claim for a different amount. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Modified Amount | | Comments |
|---|---|---|---|---|---|---|---|---|
| GILBERT, ANN R<br>1428 TRADERS CROSSING<br>FORT WAYNE, IN 46845 | 6629 | 12/31/07 | 07-11051 | $2,700.03<br>$2,700.03 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | $2,238.49<br>$2,238.49 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claim relates to unpaid wages. The claimant is not entitled to sick / personal pay as per the Debtor's company policy. Per the Debtors' books and records, the claimant is owed $2,238.49 for unused vacation pay and the claimant has not provided any documentation supporting a claim for a different amount. As a result, the claim should be modified and reduced to match Debtors' books and records. |
| HAGAN, RAYMOND<br>20 SENECA DR<br>HANOVER, PA 17331 | 537 | 9/10/07 | 07-11051 | $4,615.36<br>$4,615.36 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | $2,307.69<br>$2,307.69 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $2,307.69, which equals two weeks vacation pay for this claimant. |
| HUARD, CHARLENE<br>38 WALNUT CIRCLE<br>MERRIMACK, NH 03054 | 1326 | 10/1/07 | 07-11051 | $2,304.96<br>$2,304.96 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | $1,646.15<br>$1,646.15 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $1,646.15, which equals two weeks vacation pay for this claimant. |
| JOHNSON, LUCILLE M.<br>183 FRINGETREE DR<br>WEST CHESTER, PA 19380 | 846 | 9/17/07 | 07-11051 | $3,645.15<br>$3,645.15 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | $1,918.27<br>$1,918.27 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $1,918.27, which equals two weeks vacation pay for this claimant. |
| PEREN, GILBERTO<br>25 LINDEN LN<br>SHIRLEY, NY 11967-2452 | 4581 | 12/5/07 | 07-11051 | $411.60<br>$411.60 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | $205.80<br>$205.80 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claim relates to unpaid wages. Per the Debtors' books and records, the claim should be modified and reduced to $205.80 to reflect the amount owed to claimant for transition pay. The claimant has not provided any documentation supporting a claim for a different amount. |
| ROBERTS, SUSAN D.<br>4334 DOWNS SQ<br>BELCAMP, MD 21017 | 974 | 9/18/07 | 07-11051 | $4,523.52<br>$4,523.52 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | $2,826.92<br>$2,826.92 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claim relates to payout of unused vacation time. Per company policy, employees on a three week or greater vacation schedule will receive a maximum payout of two weeks. As a result, the claim should be modified and reduced to $2,826.92, which equals two weeks vacation pay for this claimant. |
| ROSARIO, JACK<br>52 RUSSELL PL<br>APT 2B<br>FREEPORT, NY 11520 | 4357 | 12/3/07 | 07-11051 | $432.00<br>$432.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | $216.00<br>$216.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claim relates to unpaid wages. Per the Debtors' books and records, the claim should be modified and reduced to $216.00 to reflect the amount owed to claimant for transition pay. The claimant has not provided any documentation supporting a claim for a different amount. |

——— Objectionable Claim ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| TYLER, MARY<br>11425 BROMLEY COVE<br>FORT WAYNE, IN 46845 | 9229 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$384.64 (P)<br>- (U)<br>$384.64 (T) | - (S)<br>- (A)<br>$192.32 (P)<br>- (U)<br>$192.32 (T) | Claim relates to unpaid wages. Per the Debtors' books and records, the claim should be modified and reduced to $192.32 to reflect the amount owed to claimant for transition pay. The claimant has not provided any documentation supporting a claim for a different amount. |

**Totals:** 13 Claims

| | | | | $27,847.21 (P)<br>- (U)<br>$27,847.21 (T) | - (S)<br>- (A)<br>$19,236.62 (P)<br>- (U)<br>$19,236.62 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed