**Exhibit A**

**No Liability Claim**

01:12070644.1

**Exhibit A**

**No Liability Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| GINNONA, RONALD T. AND TRACI A. AKA COMNET NO02-15135 COURT COMMON PLEAS GREGORY NOONAN ESQ WALFISH & NOONAN, LLC 528 DEKALB STREET NORRISTOWN, PA 19401 | 8651 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$221,189.61 (U)<br>$221,189.61 (T) | The claim relates to an underlying state court action for, among other things, breach of contract and conversion in connection with a mortgage foreclosure initiated by Comnet Mortgage Services, Inc. ("Comnet"). Upon information and belief, Comnet is the residential mortgage division of Commonwealth Bank, a subsidiary of Commonwealth Bancorp. Pursuant to the complaint attached to the claim form, the claimants filed this claim against debtor AHM Corp. (07-11051) because AHM Corp. was purportedly a successor-in-interest to formerly known as non-debtor Comnet. Contrary to the claimants' assertions, AHM Corp. is not a successor-in-interest to Comnet and was never known as or otherwise affiliated with Comnet. Rather pursuant to an Asset Purchase Agreement, dated February 8, 2001, by and between AHM Corp. and Commonwealth Bank (the "APA"), AHM Corp. acquired certain discrete assets related to the ComNet mortgage origination business, which such assets were primarily limited to the real property leases of five loan production offices of ComNet located in PA and MD, a mortgage application pipeline, and certain fixed assets. Given the limited nature of the assets and liabilities purchased by AHM Corp. under the APA, AHM Corp. is not a successor-in-interest to Comnet with respect to any labilities connected to the mortgage foreclosure that is the subject of the claimants' complaint. As such, the Debtors have no liability on account of this claim and it should be disallowed in it's entirety. After the Objection was originally filed, counsel to the claimant was provided with publicly filed documents that show the extent of the assets sold to AHM Corp. The claimant has failed to respond to follow-up inquiries by the plan trustee with respect to reaching an agreement that the claim should be disallowed. |