IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                  :
                                                    : Jointly Administered
   Debtors.                                         :
                                                    : **Ref. Docket Nos.: 9818 & 9919**
--------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER
SUSTAINING IN PART PLAN TRUST'S SEVENTY-FIFTH OMNIBUS
(SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO
CLAIM NO. 10810 FILED BY THE IMPERIAL COUNTY TAX COLLECTOR**

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1.  On or about November 18, 2010, the Imperial County Tax Collector ("Imperial County") filed proof of claim number 10810 ("Claim 10810") asserting an administrative expense tax claim in the amount of $673.05 against debtor AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV") on account of real property taxes relating to two parcels located within Imperial County.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 224 Sherwood Rd, Farmingdale, New York 11735.

01:12056382.1

2. On March 7, 2011, through the undersigned counsel, the Plan Trustee filed the Plan Trust's Seventy-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 9818] (the "Objection"). By the Objection, the Plan Trust sought, *inter alia*, to disallow Claim 10810 on the grounds that AHM SV had no liability for the claimed amounts since (i) one parcel was sold to a third-party prior to the claimed tax year, and (ii) the taxes applicable to the second parcel had been paid in full.

3. After the Objection was filed, counsel for Imperial County contacted the undersigned counsel to discuss the Objection as it relates to Claim 10810. The parties agreed to adjourn the Objection with respect to Claim 10810. On April 6, 2011, the Court entered an order [Docket No. 9919] sustaining the Objection in part, and adjourning the Objection with respect to Claim 10810.

4. As a result of further discussions, the parties have agreed that the Objection should be sustained with respect to Claim 10810 and that such claim should be disallowed in its entirety since the claimed taxes have been satisfied. A proposed form of consensual order (the "Proposed Order") reflecting the agreed upon treatment of these claims is attached hereto as Exhibit 1.

*[Signature page follows]*

2

01:12056382.1

3

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: May 4, 2012  
       Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ Michael S. Neiburg  
Sean M. Beach (No. 4070)  
Michael S. Neiburg (No. 5275)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP  
Mark S. Indelicato  
Edward L. Schnitzer  
488 Madison Avenue  
New York, New York 10022  
Telephone: (212) 478-7200  
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

# EXHIBIT 1

**Proposed Consensual Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | **Ref. Docket Nos.: 9818 & 9919** |

---

### CONSENSUAL ORDER SUSTAINING IN PART PLAN TRUST'S SEVENTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO. 10810 FILED BY THE IMPERIAL COUNTY TAX COLLECTOR

Upon consideration of the seventy-fifth omnibus (substantive) objection to claims [Docket No. 9818] (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors; and the Court having entered an order [Docket No. 9919] sustaining the Objection in part and the adjourning the Objection with respect to proof of claim number 10810 ( "Claim 10810") filed by the Imperial County Tax Collector ("Imperial County"); and the Plan Trustee and Imperial County having agreed that Claim 10810 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 224 Sherwood Rd, Farmingdale, New York 11735.

01:11741215.1

Objection having been given under the circumstances; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained in part as set forth herein; and it is further

ORDERED that Claim 10810 filed by Imperial County shall be disallowed in its entirety since the claimed taxes have been satisfied; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2012

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE