IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :  Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :  Jointly Administered
       Debtors.                                                        :
                                                                       :  **Ref. Docket Nos.: 9818 & 9919**
---------------------------------------------------------------------- x

## CONSENSUAL ORDER SUSTAINING IN PART PLAN TRUST'S SEVENTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO. 10810 FILED BY THE IMPERIAL COUNTY TAX COLLECTOR

Upon consideration of the seventy-fifth omnibus (substantive) objection to claims [Docket No. 9818] (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors; and the Court having entered an order [Docket No. 9919] sustaining the Objection in part and the adjourning the Objection with respect to proof of claim number 10810 ( "Claim 10810") filed by the Imperial County Tax Collector ("Imperial County"); and the Plan Trustee and Imperial County having agreed that Claim 10810 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 224 Sherwood Rd, Farmingdale, New York 11735.

01:11741215.1

Objection having been given under the circumstances; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained in part as set forth herein; and it is further

ORDERED that Claim 10810 filed by Imperial County shall be disallowed in its entirety since the claimed taxes have been satisfied; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
     5-7     , 2012

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

01:11741215.1