IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   :   Jointly Administered
         Debtors.                                                  :
                                                                   :   **Ref. Docket Nos.: 10252 & 10281**
                                                                   :
------------------------------------------------------------------ x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER
RESOLVING PLAN TRUST'S NINETY-FIRST OMNIBUS (SUBSTANTIVE)
OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NOS. 9035 & 9036
FILED BY LEHMAN BROTHERS SPECIAL FINANCING INC.**

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1. On November 16, 2011, through the undersigned counsel, the Plan Trustee filed the Plan Trust's Ninety-First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 10252] (the "Objection"). By the Objection, the Plan Trust sought, *inter alia*, to: (i) modify and reclassify proof of claim number 9035 ("Claim 9035") filed by Lehman Brothers Special Financing Inc. ("LBSF") on the grounds that a reconciliation of the relevant transactions between LBSF and debtor American Home Mortgage Investment Corp. ("AHM Investment")

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

2

shows that the claimed amount is higher than AHM Investment's actual liabilities to LBSF; and (ii) disallow in full proof of claim number 9036 ("Claim 9036") filed by LBSF since no amounts are owed to LBSF by debtor American Home Mortgage Corp. ("AHM Corp.").

        2.      After the Objection was filed, LBSF requested an adjournment of the Objection with respect to Claims 9035 and 9036 in order to permit LBSF additional time to investigate whether the proposed treatment of its claims as set forth in the Objection was appropriate. The Plan Trustee agreed to the requested adjournment. On December 14, 2011, the Court entered an order [Docket No. 10281] sustaining the Objection in part, and adjourning the Objection with respect to Claims 9035 and 9036.

        3.      As a result of further discussions, the parties have agreed that: (i) Claim 9035 should be modified and reduced to an allowed claim against AHM Investment in the amount of $394,153.00 and reclassified to a general unsecured claim; and (ii) Claim 9036 should be modified and reduced to an allowed claim against AHM Corp. in the amount of $374,528.98 and reclassified to a general unsecured claim. A proposed form of consensual order (the "Proposed Order") reflecting the agreed upon treatment of these claims is attached hereto as Exhibit 1.

*[Signature page follows]*

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: May 11, 2012  
       Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*  
Sean M. Beach (No. 4070)  
Michael S. Neiburg (No. 5275)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP  
Mark S. Indelicato  
Edward L. Schnitzer  
488 Madison Avenue  
New York, New York 10022  
Telephone: (212) 478-7200  
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

# EXHIBIT 1

**Proposed Consensual Order**

01: 11903705.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :    Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :    Jointly Administered
        Debtors.                                                       :
                                                                       :    **Ref. Docket Nos.: 10252 &
---------------------------------------------------------------------- x    10281**

### CONSENSUAL ORDER RESOLVING PLAN TRUST'S NINETY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NOS. 9035 & 9036 FILED BY LEHMAN BROTHERS SPECIAL FINANCING INC.

Upon consideration of the ninety-first omnibus (substantive) objection to claims [Docket No. 10252] (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors; and the Court having entered an order [Docket No. 10281] sustaining the Objection in part and the adjourning the Objection with respect to proofs of claim numbered 9035 ("Claim 9035") and 9036 ("Claim 9036") filed by Lehman Brothers Special Financing Inc. ("LBSF"); and the Plan Trustee and LBSF having agreed that Claims 9035 and 9036 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01: 11903705.1

over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that Claim 9035 filed by LBSF shall be reclassified as a general unsecured claim and allowed against debtor American Home Mortgage Investment Corp. (Case No. 07-11048) in the total amount of $394,153.00; and it is further

ORDERED that Claim 9036 filed by LBSF shall be reclassified as a general unsecured claim and allowed against debtor American Home Mortgage Corp. (Case No. 07-11051) in the total amount of $374,528.98; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      _____ \_\_\_, 2012

                                         _____
                                         CHRISTOPHER S. SONTCHI
                                         UNITED STATES BANKRUPTCY JUDGE

01: 11903705.1