IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                           :
                                                             : Jointly Administered
    Debtors.                                                 :
                                                             : Ref. Docket Nos.: 10252 &
                                                             : 10281
------------------------------------------------------------ x

## CONSENSUAL ORDER RESOLVING PLAN TRUST'S NINETY-FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NOS. 9035 & 9036 FILED BY LEHMAN BROTHERS SPECIAL FINANCING INC.

Upon consideration of the ninety-first omnibus (substantive) objection to claims [Docket No. 10252] (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors; and the Court having entered an order [Docket No. 10281] sustaining the Objection in part and the adjourning the Objection with respect to proofs of claim numbered 9035 ("Claim 9035") and 9036 ("Claim 9036") filed by Lehman Brothers Special Financing Inc. ("LBSF"); and the Plan Trustee and LBSF having agreed that Claims 9035 and 9036 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01: 11903705.1

over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that Claim 9035 filed by LBSF shall be reclassified as a general unsecured claim and allowed against debtor American Home Mortgage Investment Corp. (Case No. 07-11048) in the total amount of $394,153.00; and it is further

ORDERED that Claim 9036 filed by LBSF shall be reclassified as a general unsecured claim and allowed against debtor American Home Mortgage Corp. (Case No. 07-11051) in the total amount of $374,528.98; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
5-11_____, 2012

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2

01: 11903705.1