**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>Hearing Date: June 5, 2012 at 11:00 a.m.] (ET)<br>Objection Deadline: May 29, 2012 at 4:00 p.m. (ET) |

**NOTICE OF MOTION FOR ENTRY OF ORDER, TO THE EXTENT
NECESSARY, AUTHORIZING THE USE OF THE PROCEEDS OF THE
D&O POLICIES TO FUND THE DPM SECURITIES LITIGATION SETTLEMENT**

PLEASE TAKE NOTICE that Michael Strauss, Stephen A. Hozie, Robert Bernstein, John A. Johnston, Michael A. McManus, Jr., C. Cathleen Raffaeli, Nicholas R. Marfino, Kenneth P. Slosser, Irving J. Thau, and Kristian R. Salovaara (the "Director & Officer Defendants") have today filed the attached **Motion for Entry of Order, to the Extent Necessary, Authorizing the Use of the Proceeds of the D&O Policies to Fund the DPM Securities Litigation Settlement** ("Motion") in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Motion must file a response or objection ("Objection") if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **May 29, 2012 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

At the same time, you must serve such Objection on counsel for the Debtors so as to be received by the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **JUNE 5, 2012 AT 11:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801. ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: May 15, 2012<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNEL LLP**<br><br>*/s/ Erin R. Fay*_____<br>Derek C. Abbott (Bar No. 3376)<br>Erin R. Fay (Bar No. 5268)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, D.E. 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@mnat.com<br>           efay@mnat.com<br><br>*Bankruptcy Court Counsel to Director and Officer Defendants* |

5922508.1