**Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | Case No. 07-11047 (CSS) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. _____** |

**ORDER AUTHORIZING, TO THE EXTENT NECESSARY,**
**THE USE OF THE PROCEEDS OF THE D&O POLICIES**
**TO FUND THE DPM SECURITIES LITIGATION SETTLEMENT**

Upon the motion (the "Motion"), dated May 15, 2012, of the Director & Officer Defendants[1] for entry of an order authorizing, to the extent necessary, the use of the proceeds of the D&O Policies to fund the Settlement of the DPM Securities Litigation; and the Court, having held a hearing to consider the relief requested therein, finds and determines the following:

a.      Consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b).

b.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

c.      The Court has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334.

d.      Due and adequate notice of the Motion has been provided, and no further notice is necessary.

e.      The legal and factual bases set forth in the Motion establish just and sufficient cause to grant the relief requested therein.

---

[1]      Capitalized terms shall have the meanings ascribed to them in the *Motion for Entry of Order Authorizing, to the Extent Necessary, the Use of the Proceeds of the D&O Policies to Fund the DPM Securities Litigation Settlement*.

Therefore, it is hereby **ORDERED** that:

1.       The Motion is granted, to the extent necessary, solely to authorize the

Director & Officer Defendants to utilize the proceeds of the D&O Policies to fund the Settlement

of the DPM Securities Litigation in accordance with its terms.

Dated: _____, 2012

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE