**CERTIFICATE OF SERVICE**

      I, Erin R. Fay, certify that I am not less than 18 years of age, and that service of the foregoing **Motion for Entry of Order, to the Extent Necessary. Authorizing the Use of the Proceeds of the D&O Policies to Fund the DPM Securities Litigation Settlement** was caused to be made on May 15, 2012, in the manner indicated upon the parties identified on the attached service list.

Date:  May 15, 2012

                                                */s/ Erin R. Fay*
                                                Erin R. Fay (Bar No. 5268)

5927845.1