# AMERICAN HOME MORTGAGE 2002 SERVICE LIST

**VIA HAND DELIVERY**

Charles J.  Brown, III, Esq.
Archer & Greiner PC
300 Delaware Avenue
Suite 1370
Wilmington, DE  19801

William P.  Bowden, Esq.
Don Beskrone, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor
Wilmington, DE  19801

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE  19801

Teresa K.D. Currier, Esq.
Mary F. Calloway, Esq.
Buchanon Ingersoll & Rooney PC
The Brandywine Building
1000 West St., Ste, 1410
Wilmington, DE  19801

Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 North King St., Ste 300
Wilmington, DE  19801

Karen C.  Bifferato, Esq.
Marc J. Phillips, Esq.
Christina M. Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899

Michael  Busenkell, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Ave., Ste 1360
Wilmington, DE  19801

Victoria  Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Bldg. Ste. 1200
1007 North Orange Street
Wilmington, DE  19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market St. Suite 1800
Wilmington, DE  19801

James E. Huggett, Esq.
Sally E. Sobczyk, Esq.
Meghan M. Kelly, Esq.
Lucian B. Murley, Esq.
Margolis Edelstein
750 S. Madison Street
Suite 102
Wilmington, DE  19801

William F. Taylor, Esq.
McCarter & English, LLP
Rennaisance Center
405 N. King Street, 8th Floor
Wilmington, DE  19801

Joseph M. McMahon, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King St. Ste. 2207
Lockbox #35
Wilmington, DE  19801

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl & Jones LLP
919 No. Market Street
17th Floor
Wilmington, DE  19899

Christopher Ward
Polsinelli Shughart PC
222 Delaware Ave
Wilmington, DE  19801

Laurie S. Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
6th Floor
Wilmington, DE  19801

J. Cory Falgowski, Esquire
Reed Smith LLP
1201 No. Market Street
Suite 1500
Wilmington, DE  19801

Joseph O'Neil, Esquire
Reed Smith LLP
1201 No. Market Street
Suite 1500
Wilmington, DE  19801

Franklin Top, III, Esquire
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL  60603

Mark D.  Collins, Esq.
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

Russell C. Silberglied, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

Norman Monhait
Rosenthal Monhait & Goddess PA
919 N Market St.
Wilmington, DE  19801

Patrick J. Reilley, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE  19801

Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
Eric M. Sutty, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Ellen W. Slights, Esquire
Assistant United States Attorney
U.S. Attorneys Office
1007 Orange Street
Suite 700
Wilmington, DE  19801

Attn: Corporate Trust Department -
Baylis Trust VIII
Wells Fargo Bank, N.A.
919 No. Market Street
Suite 700
Wilmington, DE  19801

William D. Sullivan, Esq.
Elihu E. Allinson, Esq.
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801

Attn: Corporate Capital Markets
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Attn: Corporate Capital Markets - AHM
Capital Trust I
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Patrick Healy
Wilmington Trust Company
1100 North Market Street
Rodney Square North
Wilmington, DE  0

Todd C. Schiltz, Esq.
Wolf Block Schorr & Solis-Cohen LLP
1100 N. Market Street, #1001
Wilmington, DE  19801

Steven K. Kortanek, Esquire
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
Suite 1500
Wilmington, DE  19801

Pauline K. Morgan, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg. 17th Fl
1000 West Street
Wilmington, DE  19899

Joel A. Waite, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg. 17th Fl
1000 West Street
Wilmington, DE  19801

**VIA FIRST CLASS MAIL - INT'L.**

Bear Stearns  Bank plc
Attn: Jerome Schneider/Patrick Phelan
Investment Manager of Liquid Funding,
Ltd.
Block 8, Harcourt Centre
3rd Floor
Charlotte Way, Dublin 2
IRELAND

Attn: Legal Department
Deutsche Bank
Taunusanlage 12
60262 Frankfurt,
GERMANY

Attn: Corporate Secretary
Liquid Funding, Ltd.
Canon's Court
22 Victoria Street
Hamilton HM 12,
BERMUDA

**VIA FIRST CLASS MAIL**

Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  0

Richard A. Sheils, Jr., Esq.
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA  0

Elizabeth Banda, Esq
Perdue, Brandon, Fielder, Collins &
Mott, L.L.P.
P.O. Box 13430
Arlington, TX  0

David E. McAllister, Esq.
Pite Duncan, LLP
525 E. Main Street
P.O. Box 12289
El Cajon, CA  0

Allen Currier, Esq.
Allen Currier LLC
258 Spielman Highway
PO Box 2033
Burlington, CT  6013

Lee J. Mondshein, Esq.
Attorney for Hauppauge Woodlands
Associates
7600 Jericho Turnpike
Woodbury, NY  11797

Attention: Officer, General or Managing
Agent
Bank of America
901 Main Street
66th Fl.
Dallas, TX  75202

Attention: Swap Operations
Bank of America
233 South Wacker Drive
Suite 2800
Chicago, IL  60606

Attn: Elizabeth Kurilecz
Portfolio Management
Bank of America
Mail Code: TXI-492-66-01
01 Main Street
66th Floor
Dallas, TX  75202

Attn: Ronald Jost
Bank of America
1133 Avenue of the Americas
17th Floor
New York, NY  10036

Attention: Anthea Del Bianco
Bank of America
Agency Management
Mail Code: CA5-70I-05-19
1455 Market Street
5th Floor
San Francisco, CA  94103

Attn: Sr. Managing Director
Bear, Stearns & Co. Inc.
Government Operations
1 Metrotech Center North
7th Floor
Brooklyn, NY  11201

Peter Ashcroft
Bernstein Law Firm
Suite 2200 Gulf Tower
Pittsburgh, PA  15219

Jonathan Winnick, Esquire
Bernstein Shur
100 Middle Street
Portland, ME  4104

Jonathan Alter, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT  6103

Hilary B. Bonial, Esq.
Brice Vander Linden & Wernick, PC
9441 LBJ Freeway, Suite 350
Dallas, TX  75243

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional
Corporation
333 Market Street
25th Floor
San Francisco, CA  0

PPTS FX Corp.
c/o Plymouth Park Tax Services LLC
35 Airport Rd. Suite 150
Morristown, NJ  7960

Plymouth Park Tax Services LLC
c/o Plymouth Park Tax Services LLC
35 Airport Rd. Suite 150
Morristown, NJ  7960

PPTS 361, LLC
c/o Plymouth Park Tax Services LLC
35 Airport Rd. Suite 150
Morristown, NJ  7960

Mark Ellenberg, Esquire
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC  20004

Jonathan Winnick, Esquire
Citibank Agency & Trust
388 Greenwich Street
19th Floor
New York, NY  10013

Attn: Peter  Steinmetz
Citigroup Global Markets Realty Corp
390 Greenwich Street
6th Floor
New York, NY  10013

Christopher B. Mosley, Esq.
City of Fort Worth
1000 Throckmorton Street
Ft. Worth, TX  76102

Erica Ryland, Esq.
Corrine Ball, Esq.; I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY  10017

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Mario Alba, Esq.
Coughlin Stoia Geller Rudman & Robbins
LLP
58 South Service Road, Suite 200
Melville, NY  11747

Country Wide Capital
20 N. Amnia Blvd
Lake Havasu City, AZ  86403

Susan Power Johnston, Esq.
Amanda Weiss, Esq.
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018

Attn: Officer, General or Managing Agent
Credit Suisse
Eleven Madison Avenue
New York, NY  10010

John Philip, Esq.
Crislip Philip & Asso.
4515 Poplar Avenue
Suite 322
Memphis, TN  38117

Craig J. Ziady, Esq.
Cummings Properties LLC
200 West Cummings Park
Woburn, MA  1801

Joseph Cioffi, Esq.
Miles Baum, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, NY  10019

Attn: Repo Desk, 3rd Floor
Deutsche Bank
60 Wall Street
New York, NY  10005

Allan Diamond
Diamond McCarthy LLP
909 Fannin St.
Houston, TX  77010

Attn: Officer, General or Managing Agent
EMC
383 Madison Avenue
New York, NY  10018

Peter   McGonigle
Fannie Mae
1835 Market Street
Suite 2300
Philadelphia, PA  19103

Stuart  Finestone, Esq.
Finestone & Morris, LLP
3340 Peachtree Road, NE
Suite 2540, Tower Place
Atlanta, GA  30326

Nicola Suglia
Fleischer, Fleischer & Suglia
Plaza 1000 At Main Street
Ste 208
Voorhees, NJ  8043

Attn: Officer, General or Managing Agent
FNMA
3900 Wisconsin Ave., NW
Washington, DC  20016

George Kielman, Esquire
Freddie Mac
8200 Jones Brance Drive
MS 202
McLean, VA  22102

James L. Hardy
Galaxy Associates, LLC
1220 Ensenada Avenue
Laguna Beach, CA  92651

Samuel B. Garber
Assistant General Counsel
General Growth Management, Inc.
110 N. Wacker
Chicago, IL  60606

Attn: Officer, General or Managing Agent
GMAC
5730 Glenridge Dr. NE
Atlanta, GA  30328

Attn: Officer, General or Managing Agent
GMAC
2849 Pace Ferry Road
Suite 640
Atlanta, GA  0

Attn: Legal
Greenwich Capital Financial Products
600 Steamboat Road
Greenwich, CT  6830

Attn: Mortgage Finance
Greenwich Capital Financial Products
600 Steamboat Road
Greenwich, CT  6830

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Hahn & Hessen, LLP
488 Madison Avenue
15th Floor
New York, NY  10022

Benjamin C.  Ackerly, Esq
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Michael G. Wilson, Esquire
Jason W. Harbour, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

Peter S. Partee, Esquire
Scott H. Bernstein, Esquire
Richard P. Norton, Esq.
Hunton & Williams
200 Park Avenue
53rd Floor
New York, NY  0

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA  0

IKON Office Solutions
Recovery & Bankruptcy Group
3920 Arkwright Rd. Ste 400
Macon, GA  31210

Attn: Client Administration
Impac Funding Corporation
19500 Jamboree Road
Irvine, CA  0

Flora  Garcia
Imperial County Treasurer - Tax
Collector
940 West Main Street
Suite 106
El Centro, CA  92243

IndyMac Bank
3465 East Foothill Boulevard
Pasadena, CA  91107

Insolvency Section
Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD  21202

Mark Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
14th & 15th Floors
New York, NY  10022

Catherine Steeg
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL  60611

Ian  Gershengorn, Esq.
Jenner & Block LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC  20005

Brett  Barragate, Esq.
Jones Day
901 Lakeside Avenue
North Point
Cleveland, OH  44114

Erica Rylan, Esquire
Corinne Ball, Esquire
I. Lewis Grimm, Esquire
Jones Day
222 East 41st Street
New York, NY  10017

Attn: Baylis Trust V and Madassir
Mohamed
JP Morgan Chase
600 Travis Street
50th Floor
Houston, TX  77019

Attn: Institutional Trust Services -
Baylis Trust I
JP Morgan Chase
600 Travis Street
50th Floor
Houston, TX  77019

Attn: Institutional Trust Services -
Baylis Trust II
JP Morgan Chase
600 Travis Street
50th Floor
Houston, TX  77019

Attn: Institutional Trust Services -
Baylis Trust IV
JP Morgan Chase
600 Travis Street
50th Floor
Houston, TX  77019

Attn: Officer, General or Managing Agent
JP Morgan Chase
194 Wood Avenue South
Floor 3
Iselin, NJ  8830

Margot B. Schonholtz, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Richardo I. Kilpatrick, Esq.
Kilpatric & Associates, PC
903 North Opdyke Road
Suite C
Auburn Hills, MI  48326

Richardo I. Kilpatrick, Esq.
Kilpatric & Associates, PC
615 Griswold, Suite 1004
Detroit, MI  0

Lisa G. LauKitis, Esquire
Joshua Sussberg, Esquire
Paul Basta, Esquire
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY  10022

Richard Miller, Esquire
Robert Honeywell, Esquire
Kirkpatrick & Lockhart Preston Gates
Ellis LLP
599 Lexington Avenue
New York, NY  10022

Bruce A.  Wilson, Esquire
Kutak Rock LLP
1650 Farnam Street
Omaha, NE  68102

Mark A.  Broude, Esq.
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue
Suite 1000
New York, NY  10022

Andrew Silverstein, Esquire
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY  10004

John  Ashmead, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY  10004

James D. Heaney, President
Law Debenture Trust Company of New York
400 Madison Avenue, 4th Floor
New York, NY  10017

Andrea Sheehan, Esquire
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX  75205

Steven R. Lefkofsky, Esq.
Lefkofsky & Gorosh, PC
31500 Northwestern Highway
Suite 105
Farmington Hills, MI  48334

Attn: Robert Guglielmo
Senior Vice President
Lehman Brothers
745 Seventh Avenue
28th Floor
New York, NY  10019

David G.  Aelvoet, Esq.
Linebarder Goggan Blair & Sampson, LLP
711 Navarro
Suite 300
San Antonio, TX  78205

Elizabeth Weller, Esquire
Linebarger Goggan Blair Pena & Sampson
LLP
2323 Bryan Street
Suite 1600
Dallas, TX  75201

Enid M. Colson, Esq.
Liner Yankelevitz Sunshine & Regenstreif
LLP
1100 Glendon Avenue
14th Floor
Los Angeles, CA  90024

Thomas H. Grace, Esquire
W. Steven Bryant, Esquire
Locke Liddell & Sapp
3400 JP Morgan Chase Tower
600 Travis St. Ste. 3400
Houston, TX  77002

Attn: Officer, General or Managing Agent
Luminent Mortgage Capital
Suite 1350
101 California Street
San Francisco, CA  94111

Leo T. Crowley, Esq.
Margot Erlich, Esq.
Pillsbury Winthrop LLP
1540 Broadway
New York, NY  10036

A. Michelle Hart, Esq.
McCalla  Raymer LLC
1544 Old Alabama Road
Roswell, GA  0

Michael  Reed, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX  78755

Stephen B. Selbst, Esquire
McDermott, Will & Emery
340 Madison Avenue
New York, NY  0

Richard Stern, Esquire
Michael Luskin, Esq.
Luskin Stern & Eisler LLP
330 Madison Avenue, 34th Floor
New York, NY  10017

Eric K. Moser, Esquire
Wilbur F. Foster, Jr., Esquire
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY  0

Gregory A.  Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street
30th Floor
Los Angeles, CA  90017

Joseph T. Moldovan, Esquire
Moorison Cohen LLP
909 Third Avenue
New York, NY  10022

Rebecca L. Booth, Esq.
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  0

Attn: Chief Legal Officer
Transaction Management Group
Morgan Stanley
1585 Broadway
New York, NY  10036

Michael S. Margolf
Moss Codilis LLP
6560 Greenwood Plaza Blvd.
Suite 100
Englewood, CA  80111

Joseph F. Falcone III, Esq.
Director,, Counsel
Natixis Real Estate Capital Inc.
9 West 57th Street, 35th Floor
New York, NY  10019

Dennis J. Drebsky, Esquire
Nixon Peabody, LLP
437 Madison Avenue
New York, NY  10022

John Rosenthal, Esquire
Nixon Peabody, LLP
One Embarcadero Center
18th Floor
San Francisco, CA  0

Attn:  NCCI Legal
Nomura Credit & Capital, Inc.
2 World Financial Center
Building B, 18th Floor
New York, NY  10281

Attn: Dante LaRocca
Managing Director
Nomura Credit & Capital, Inc.
2 World Financial Center
Building B, 21st Floor
New York, NY  10281

Carol E. Momjian, Esq.
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  0

Brian Salwowski
Office of Attorney General
302 West Washington St.
Indianapolis, IN  46204

Martin Jefferson Davis, Esquire
Office of Thrift Supervision
Harborside Financial Center
Plaza Five
Suite 1600
Jersey City, NJ  7311

Christine A.  Roberts, Esq.
Olson Cannon Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV  89129

Arnold Gulkowitz, Esq
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103

Frederick D. Holden, Jr.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105

Brad R. Godshall, Esq.
Pachulski, Stang, Ziehl & Jones LLP
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA  90067

William P. Weintraub, Esquire
Pachulski, Stang, Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY  10017

Douglas R. Davis, Esq.
Kelley A. Cornish, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY  10019

Robert McCall
Peabody & Arnold LLP
600 Atlantic Ave
Boston, MA  2210

Peter Spindel
Peter Spindel Esq
PO Box 166245
Miami, Fl  33116

Lisa C. McLaughlin, Esq.
Phillips Goldman & Spence PA
1200 North Broom Street
Wilmington, DE  19806

Rick B.  Antonoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY  10036

Scott K. Levine, Esq.
Platzer Swergold Karlin Levine Goldberg
& Jaslow
1065 Avenue of the Americas
18th Floor
New York, NY  10018

Thomas J. Polis, Esq.
Polis & Associates
19900 MacArthur Boulevard
Suite 960
Irvine, CA  92612

Brian W. Bisignani
Post & Schell, PC
17 North 2nd Street
12th Floor
Harrisburg, PA  0

Tina Moss, Esquire
Pryor Cashman LLP
410 Park Avenue
New York, NY  0

Lella Amiss E. Pape, Esq.
Rees Broome, PC
8133 Leesburg Pike, Ninth Floor
Vienna, VA  22182

Guy Moss, Esquire
Riemer & Braunstein
Three Center Plaza
Boston, MA  2108

Martha E. Romero, Esq.
Romero Law Firm
6516 Bright Avenue
Whittier, CA  0

Harold S.  Berzow, Esq.
Ruskin Moscou Faltischek, P.C.
East Tower, 15th Floor
1425 RexCorp Plaza
Uniondale, NY  11556

Kelly W.  Wright, Esq.
Salt Lake City District Attorney's
Office
2001 South State Street
S-3600
Salt Lake City, UT  0

Richard F. Holley, Esq.
Ogonna M. Atamoh, Esq.
Santoro Driggs Walch Kearney Holley &
Thompson
400 South Fourth Street
Third Floor
Las Vegas, NV  89101

Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY  10169

Stuart  Berman, Esq.
Sean Handler, Esq.
Schriffin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087

Alison  Conn, Esq.
Securities and Exchange Commission
3 World Financial Center
Room 400
New York, NY  10281

Doria  Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center
Room 400
New York, NY  10281

Patricia Schrage, Esquire
Securities and Exchange Commission
3 World Financial Center
Room 400
New York, NY  10281

Vincent Sherman, Esquire
Securities and Exchange Commission
3 World Financial Center
Room 400
New York, NY  10281

Ronald L.  Cohen, Esq.
Arlene R. Alves, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY  10004

Larry J. Nyhan, Esquire
Sidley Austin LLP
One South Dearborn St.
Chicago, IL  60603

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL  60603

Paul S. Caruso, Esq.
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

Gerard Luckman, Esquire
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Ste. 300
Jericho, NY  11753

Michael B. Reynolds, Esq.
Joe Coleman, Esq.
Eric S. Pezold, Esq.
Snell & Wilmer LLP
600 Anton Blvd. Ste. 1400
Costa Mesa, CA  92626

Richard Weinblatt
Stamoulis & Weinblatt LLC
6 Denny Rd. Suite 307
Wilmington, DE  19809

Barry Glaser
Steckbauer Weinhart Jaffe LLP
333 S. Hope St.
Los Angeles, CA  90070

Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY  10038

Andrea L. Niedermeyer, Esq.
Stutzman Bromberg Esserman & Plifka
2323 Bryan St. Suite 2200
Dallas, TX  75201

Attn: Tony D. Atkins
SunTrust Asset Funding, LLC
Mail Code 3950
303 Peachtree St. 23rd Fl
Atlanta, GA  30308

Attn: Woodruff A. Polk
SunTrust Asset Funding, LLC
Mail Code 3950
303 Peachtree St. 36th Fl
Atlanta, GA  30308

Linda Boyle
Time Warner Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO  80124

Dan McAllister, Esq.
Treasurer-Tax Collector
1600 Pacific Highway, Room 162
San Diego, CA  92101

Mary DeFalaise, Esquire
U.S. Department of Justice
1100 L St., NW,  Room 10002
Washington, DC  20005

UBS
1285 Avenue of the Americas
New York, NY  10019

UBS
1251 Avenue of The Americas
New York, NY  10019

Shawn B. Rediger
W2007 Seattle Office Bellefield Office
Park Realty, LLC
Williams Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA  98101

Attn: Officer, General or Managing Agent
Washington Mutual Bank
3200 Southwest Freeway
Houston, TX  77027

David H. Zielke, Esquire
VP and Assistant General Counsel
Washington Mutual Bank
1301 Second Avenue, W - MC 3501
Seattle, WA  98101

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esquire
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153

Attn: Officer, General or Managing Agent
Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA  94104

Susan R. Fuertes, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

5925438.1