IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x   Chapter 11

In re:                                                                :
                                                                      :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :
a Delaware corporation, et al.,[1]                                    :   Jointly Administered
                                                                      :
     Debtors.                                                         :
---------------------------------------------------------------------- x

## NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE that post-trial and ancillary briefing regarding (i) Motion for Entry of Administrative Claim with Brief in Support; (ii) Motion for Judgment as a Matter of Law of Administrative Claim Entered; and (iii) Claims Numbered 10870, 10875 and 10887, and objections thereto, are now complete and the matter is ripe for the Court's consideration.

Following the filing of the initial pleadings and objection thereto, the Court held a trial on the matters on November 18, 2011. At the conclusion of the trial, the Court requested post-trial briefing (including identification of evidence sought to be admitted) in lieu of closing argument. Both Mr. Kareem and the Plan Trustee filed motions to strike in connection with the post-trial briefing. Briefing on each matter is now completed.

The following documents will be delivered to chambers in the Notice of Completion of Briefing binder:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 224 Sherwood Road, Famingdale, NY 11735.

### A.     PRE-TRIAL BRIEFING

1. Hussain Kareem's Motion for Entry of Administrative Claim with Brief in Support [Docket No. 9692, 1/20/11]

2. Judicial Notice: Second Attempt to Deliver Proof of Claim [Docket No. 9693, 1/25/11]

3. Hussain Kareem's Motion for Judgment as a Matter of Law of Administrative Claim Entered [Docket No. 10148, 8/31/11]

4. Plan Trust's Omnibus Objection to (I) Motion for Judgment as a Matter of Law of Administrative Claim Entered, (II) Motion for Allowance and Payment of Administrative Claim with Brief in Support; and (III) Claims Numbered 10870, 10875 and 10887 filed by Hussain Kareem (Filed Under Seal) [Docket No. 10182, 9/30/11]

5. Notice of Correction in Plan Trust's Omnibus Objection to (I) Motion for Judgment as a Matter of Law of Administrative Claim Entered, (II) Motion for Allowance and Payment of Administrative Claim with Brief in Support; and (III) Claims Numbered 10870, 10875 and 10887 filed by Hussain Kareem [Docket No. 10227, 11/9/11]

6. Claimant's Opposition to the Plan Trustee's Objections to Administrative Claims Numbered 10870, 10875 and 10887 [Docket No. 10238, 11/14/11]

7. Verification by Claimant Authentication of Documents and Claims [Docket No. 10239, 11/14/11]

8. Order Regarding Discovery Requests and Procedure Motion of Hussain Kareem [Docket No. 10240, 11/15/11]

### B.     POST TRIAL BRIEFING:

1. Claimant's Post Trial Brief Administrative Claims Numbered Including Related Objections 9692, 9693, 10870, 10875, 10887, 10148 and 10182 [Docket No. 10328, 2/13/12]

2. Plan Trust's Post-Trial Answering Brief (A) in Opposition to (I) Motion for Judgment as a Matter of Law of Administrative Claim Entered; (II) Motion for Entry of Administrative Claim with Brief in Support; and (III) Claims Numbered 10870, 10875 and 10887 filed by Mr. Hussain Kareem, and (B) in Further Support of the Plan Trustee's Omnibus Objection Thereto [Docket No. 10360, 3/12/12]

3. Amended: Claimant's Post Trial Brief Reply to Plan Trust's Answer and Plan Trustee's Omnibus Objections [Docket No. 10385, 4/3/12][2]

C. **KAREEM MOTION TO STRIKE**

1. Amended Motion to Court for Final Oral Argument[3] and Motion to Strike Certain Documents, Claims Numbered 10870, 10875, and 10887 [Docket No. 10385, 4/3/12]

2. Plan Trust's Objection to Amended Motion to Court for Final Oral Argument and Motion to Strike Certain Documents, Claims Numbered 10870, 10875 and 10887 [Docket No. 10410, 4/9/12]

3. Kareem's Opposition to Plan Trust's Objection to Amended Motion to Court for Final Argument and Motion to Strike and Opposition to Plan Trust's Post Trial Brief and Post Trial Reply Brief Including Declaration of Margaret Whiteman Greecher [Docket No. 10445, 5/7/12]

D. **PLAN TRUST MOTION TO STRIKE**

1. Plan Trust's Motion to Strike (I) Claimant's Post Trial Brief Reply to Plan Trust's Answer and Plan Trustee's Omnibus Objections, (II) Amended Claimant's Post Trial Brief Reply to Plan Trust's Answer and Plan Trustee's Omnibus Objections, and (III0 to the Exhibits Attached Thereto [Docket No. 10411, 4/9/12]

2. Kareem's Motion for Extension of Time for Filing Opposition and Reply to Plan Trust's Doc. No. 10410 and 10411 and Motion to File Amended Post Trial Reply and Motion to Strike Out of Time [Docket No. 10429, 4/30/12]

3. Plan Trust's Objection to Motion for Extension of Time for Filing Opposition and Reply to Plan Trust's Docket No. 10410 and 10411 and Motion to File Amended Post Trial Reply and Motion to Strike Out of Time [Docket No. 10430, 4/30/12]

4. Kareem's Opposition to Plan Trust's Objection to Amended Motion to Court for Final Argument and Motion to Strike and Opposition to Plan Trust's Post Trial Brief and Post Trial Reply Brief Including Declaration of Margaret Whiteman Greecher [Docket No. 10445, 5/7/12]

---

[2] Mr. Kareem filed his original reply on April 3, 2012 [Docket No. 10384] (with the Amended Reply, the "Reply Briefs"). Mr. Kareem's Reply Briefs and related exhibits are subject to the Plan Trust's Motion to Strike, briefing for which has been completed and is identified below.

[3] By his Opposition, Mr. Kareem provides that "Claimant withdraws his request for final oral argument and leaves it to the Court discretion on post hearings." D.I. 10445, p. 37.

01:11904927.3

066585.1001

5. Plan Trust's Reply to Mr. Kareem's Opposition to Plan Trust's Objection to Amended Motion to Court for Final Argument and Motion to Strike and Opposition to Plan Trusts' Post Trial Brief and Post Trial Reply Brief Including Declaration of Margaret Whiteman Greecher [Docket No. 10452, 5/14/12]

Dated: May 16, 2012

**YOUNG CONAWAY STARGATT & TAYLOR**

/s/ *Margaret Whiteman Greecher*
Sean Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600 - Telephone
(302) 571-1253- Facsimile

- and -

HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
(212) 478-7200 - Telephone
(212) 478-7400 - Facsimile
Attn:   Mark S. Indelicato
        Edward L. Schnitzer

*Co-Counsel for the Plan Trustee*