**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

**ORDER CANCELLING OMNIBUS HEARINGS SEPTEMBER 24, 2012,
BEFORE JUDGE JUDITH K. FITZGERALD**

| | |
|---|---|
| CHAMA, INC.<br>    Debtor | Bankruptcy No. 98-02252-JKF<br>Chapter 7 |
| Just For Feet, Inc., *et al.*<br>    Debtor | Bankruptcy No. 99-04110-JKF<br>Chapter 7 |
| W. R. Grace & Co., *et al.*<br>    Debtor | Bankruptcy No. 01-1139-JKF<br>Chapter 7 |
| L & W Supply Corporation<br>    Debtor | Bankruptcy No. 01-2098-JKF<br>Chapter 11 |
| Federal-Mogul Global, Inc.,*et al.*<br>    Debtor | Bankruptcy No. 01-10578-JKF<br>Chapter 11 |
| Kaiser Aluminum Corporation, *et al.*<br>    Debtor | Bankruptcy No. 02-10429<br>Chapter 11 |
| The Flintkote Company, *et al.*<br>    Debtor | Bankruptcy No. 04-11300<br>Chapter 11 |
| Combustion Engineering, Inc.<br>    Debtor | Bankruptcy No. 04-10395<br>Chapter 11 |
| Broadhollow Funding, LLC, *et al.*<br>v.<br>Bank of America, N.A. *et al.* | Bankruptcy No. 07-11047-CSS<br>Chapter 11<br>Adv. No. 07-51738 |
| National Rural Utilities Cooperative Finance Corp.<br>v.<br>Prosser, *et al.* | Adv. No. 09-52854 |
| Prosser, *et al.*<br>v.<br>National Rural Utilities Cooperative<br>Financial Corp. *et al.* | Adv. No. 10-50744 |
| Specialty Products Holdings Corp., *et al.*<br>    Debtor | Bankruptcy No. 10-11780<br>Chapter 11 |

**AND NOW**, this **18th** day of **May, 2012**, it is **ORDERED** that the Omnibus Hearings scheduled for **September 24, 2012**, in matters assigned to Judge Judith K. Fitzgerald are **canceled**.

*Judith K. Fitzgerald*
Judge Judith K. Fitzgerald
United States Bankruptcy Judge