IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------  x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :   Jointly Administered
                                      Debtors.                      ::
------------------------------------------------------------------  x
```

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                       ) SS
NEW CASTLE COUNTY      )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Plan Trust in the above-captioned case, and that on May 16, 2012, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Notice of Completion of Briefing [D.I. 10454]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 23rd day of May 2012.

_____
Notary Public

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 6, 2013

01: 6163664.17

Hussain Kareem
2197 Carlysle Creek Drive
Lawrenceville, GA 30044
***Federal Express and E-mail***

01: 6163664.17