IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | Ref. Docket Nos. 10440 & 10441 |

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 22, 2012, I caused to be served the:

   a. "Order Sustaining Plan Trust's Ninety-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated May 4, 2012 [Docket No. 10440], (the "96th Omnibus Order"),

   b. "Order Sustaining Plan Trust's Ninety-Seventh Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated May 4, 2012 [Docket No. 10441], (the "97th Omnibus Order"),

   by causing true and correct copies of the following:

   i. 96th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   ii. 97th Omnibus Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Konstantina Haidopoulos

Sworn to before me this
24th day of May, 2010

Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

# EXHIBIT A

| Claim Name | Address Information |
| --- | --- |
| BYRD, DEBBIE M | 1013 NAGIA CT FENTON MO 63026 |
| TULIAU, MALVINA Q (VINA) | 7636 BOTANY BAY DR. LAS VEGAS NV 89128 |

**Total Creditor count 2**

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| AUMILLER, SHANE | 707 TRAGO CREEK DRIVE BALLWIN MO 63021 |
| BHATIA, SAKSHI | 510 CHARLES LN WANTAGH NY 11793 |
| CONTARINO, ELLEN S | 478 PHILADELPHIA AVE MASSAPEQUA PARK NY 11762 |
| DORONILA, ALLEN | 4 MICHIGAN AVE HAZLET NJ 07730-2214 |
| FERNANDEZ, FANNY L. | 1156 JOSELSON AVE BAY SHORE NY 11706 |
| GILBERT, ANN R | 1428 TRADERS CROSSING FORT WAYNE IN 46845 |
| HAGAN, RAYMOND | 20 SENECA DR HANOVER PA 17331 |
| HUARD, CHARLENE | 38 WALNUT CIRCLE MERRIMACK NH 03054 |
| JOHNSON, LUCILLE M. | 1348 TROON LANE WEST CHESTER PA 19380 |
| PEREN, GILBERTO | 25 LINDEN LN SHIRLEY NY 11967-2452 |
| ROBERTS, SUSAN D. | 4334 DOWNS SQ BELCAMP MD 21017 |
| ROSARIO, JACK | 52 RUSSELL PL APT 2B FREEPORT NY 11520 |
| TYLER, MARY | 11425 BROMLEY COVE FORT WAYNE IN 46845 |

**Total Creditor count 13**