# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTAGE HOLDINGS, INC., et al.,<br><br>                    Debtors | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Re: D.I. 10453** |

## CERTIFICATION OF COUNSEL REGARDING MOTION FOR ENTRY OF ORDER, TO THE EXTENT NECESSARY, AUTHORIZING THE USE OF THE PROCEEDS OF THE D&O POLICIES TO FUND THE DPM SECURITIES LITIGATION SETTLEMENT

The undersigned counsel to Michael Strauss, Stephen A. Hozie, Robert Bernstein, John A. Johnston, Michael A. McManus, Jr., C. Cathleen Raffaeli, Nicholas R. Marfino, Kenneth P. Slosser, Irving J. Thau, and Kristian R. Salovaara (the "Director & Officer Defendants") hereby certifies as following regarding the attached proposed order (the "Proposed Order") approving the *Motion for Entry of Order, to the Extent Necessary, Authorizing the Use of the Proceeds of the D&O Policies to Fund the DPM Securities Litigation Settlement* ("Motion") (D.I. 10453):

1. On May 15, 2012, the Director & Officer Defendants filed the Motion. The notice accompanying the Motion indicated that objections or responses to the Motion were required to be filed on or before May 29, 2012 (the "Objection Deadline").

2. As of the Objection Deadline, the only pleading filed in response to the Motion was a reservation of rights (the "Reservation") filed by Steven D. Sass, as liquidating trustee (the "Trustee"). By the Reservation, the Trustee does not oppose the relief requested in the Motion.

3. As of the date of this filing, no other party has filed an objection or response to the Motion.

4.       The Proposed Order is the same form of order submitted with the Motion.

WHEREFORE, the Director & Officer Defendants respectfully request that the Court enter the Proposed Order.

Dated: May 31, 2012  **MORRIS, NICHOLS, ARSHT & TUNNEL LLP**
      Wilmington, Delaware

*/s/ Erin R. Fay*_____
Derek C. Abbott (Bar No. 3376)
Erin R. Fay (Bar No. 5268)
1201 North Market Street
P.O. Box 1347
Wilmington, D.E. 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@mnat.com
      efay@mnat.com

*Bankruptcy Court Counsel to Director and Officer Defendants*

5922508.1