<u>**Exhibit A**</u>

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,

Debtors.[1]

---

: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
: Ref. Docket No. ___
:

**ORDER AUTHORIZING THE ABANDONMENT OF THE IRON MOUNTAIN
DOCUMENTS, TO THE EXTENT THE PLAN TRUST HAS ANY INTEREST THEREIN**

Upon consideration of the *Plan Trust's Motion for an Order Authorizing the Abandonment of the Iron Mountain Documents to the Extent the Plan Trust has Any Interest Therein* (the "Motion")[2] and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012, that this is a core matter under 28 U.S.C. § 157(b), and that entry of a final order by this Court would be consistent with Article III of the United States Constitution; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion will benefit the Plan Trust, beneficiaries of the Plan Trust, and other parties in interest in the above-captioned cases; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. f/k/a American Home Mortgage Servicing, Inc. ("AHM SV"); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

ORDERED that the Plan Trust is authorized to immediately abandon the Iron Mountain Documents without further notice or hearing; and it is further

ORDERED that, from and after the date of entry of this Order, the Plan Trust shall have no liability to any person arising from or relating to the Iron Mountain Documents; and it is further

ORDERED that nothing in this Order is intended, nor shall it be construed, to prejudice the Plan Trust's rights, claims, or defenses with respect to any liability arising from or relating to the Iron Mountain Documents, and all such rights, claims and defenses are hereby reserved in full; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2012
      Wilmington, Delaware

                                                  The Honorable Christopher S. Sontchi
                                                  United States Bankruptcy Judge