**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | Case No. 07-11047 (CSS) |
| Debtors | Jointly Administered |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on June 1, 2012, a copy of the following was served in the manner indicated upon the entities identified on the attached service list.

(i) Order Authorizing, to the Extent Necessary, the Use of the Proceeds of the D&O Policies to Fund the DPM Securities Litigation Settlement (D.I. 10468, Entered 5/31/12)

Dated: June 1, 2012
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNEL LLP**

*/s/ Erin R. Fay*
Derek C. Abbott (Bar No. 3376)
Erin R. Fay (Bar No. 5268)
1201 North Market Street
P.O. Box 1347
Wilmington, D.E. 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@mnat.com
efay@mnat.com

*Bankruptcy Court Counsel to Director and Officer Defendants*