Case 07-11047-CSS   Doc 10473   Filed 06/06/12   Page 1 of 1

# SIGN-IN SHEET

**CASE NAME:** American Home Mortgage
**CASE NO:** 07-11047, Adv. 10-50913 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 6/5/12 AT 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| ~~Richard Hellerman, Mark Gelongia~~ *telephonic | Belongia, Shapiro & Franklin | Showcase of Agents, Piero and Mariapa Orsi |
| E. Stephen McNeill | Potter Anderson & Corroon | Bank of America |
| Mike Neiburg | Young Conaway | Plan Trustee |
| Mike Joyce | Cross & Simon | Showcase / Orsi |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.