IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :
                                                                 :  Chapter 11
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC.,                                                  :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
        Debtors.                                                 :
                                                                 :  Ref. Docket No.: 10425
                                                                 :
---------------------------------------------------------------- x

### ORDER APPROVING THE FOURTH STIPULATION BY AND AMONG THE PLAN TRUST AND CERTAIN CURRENT AND FORMER DIRECTORS AND OFFICERS OF THE DEBTORS FOR AN ORDER GRANTING RELIEF FROM THE PLAN INJUNCTION AND STAY TO ENFORCE INSURANCE POLICY IN FAVOR OF INSURED PARTIES

Upon consideration of the motion (the "Motion")[2] of Steven D. Sass, as liquidating trustee ("the Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors"), for entry of an order approving the fourth stipulation (the "Fourth Stipulation")[3] by and among the Plan Trust and certain present and former directors, officers, and employees of the Debtors, a copy of which is attached hereto as Exhibit 1; and it appearing that the Fourth Stipulation and the relief requested in the Motion is in the best interests of the Plan Trust, the Debtors, their estates and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. f/k/a American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

[3] All terms not otherwise defined herein shall be given the meanings ascribed to them in the Stipulation.

01:11902191.3

creditors; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Fourth Stipulation is approved; and its is further

ORDERED that nothing in this Order or the Fourth Stipulation shall constitute a determination that the proceeds of the Insurance Policies are property of the Debtors' estates or Plan Trust, and the rights of all parties in interest to assert that the proceeds of the Insurance Policies are, or are not, property of the Debtors' estates or Plan Trust are reserved; and it is further

ORDERED that the injunction and stay set forth in Article 12 of the Plan and paragraphs 7 and 8 of the Confirmation Order shall be lifted for the sole and limited purpose of effectuating the Fourth Stipulation; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Date:  Wilmington, Delaware
　　　　　　6/7　　　, 2012

Christopher S. Sontchi
United States Bankruptcy Judge