IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                        :
                                                                         :   Jointly Administered
                                            Debtors.                     :   **Ref. Docket Nos.  5447  and 5818.**
                                                                         :
------------------------------------------------------------------------ x

## CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER SUSTAINING DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

On August 15, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed their Fifteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection") [Docket No. 5447].  Two of the claims included in the Objection were Claim Nos. 7961 and 8772 (collectively, the "Johnston Claims") filed by John A. Johnston ("Johnston"). Johnston filed a response (the "Response") to the Objection [Docket No. 5818] and the hearing on the Objection with respect to the Johnston Claims has been adjourned.  Subsequent to the filing of the Objection and the Response, Johnston entered into two separate stipulations, approved by this Court, pursuant to which Johnston released his claims against the Debtors' estate, including the Johnston Claims (the "Stipulations") [Docket Nos. 7498 and 9168].

Counsel for Steven D. Sass, in his capacity as the liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the Debtors' confirmed chapter 11 plan, has discussed the Johnston Claims and the Stipulations with counsel for Johnston and the parties are in agreement that the Johnston Claims should be expunged.  Therefore, the Plan Trustee files this certification of counsel to submit a form of order (the "Proposed Order") attached hereto as

01:12163463.1

Exhibit A resolving the Objection with respect to the Johnston Claims.  The Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

| | |
|---|---|
| Dated: June 7, 2012<br>Wilmington, Delaware | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP<br><br>*/s/ Michael S. Neiburg*<br>Sean M. Beach (No. 4070)<br>Margaret Whiteman Greecher (No. 4652)<br>Michael S. Neiburg (No. 5275)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware  19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>HAHN & HESSEN LLP<br>Mark S. Indelicato<br>Edward L. Schnitzer<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 478-7200<br>Facsimile: (212) 478-7400<br><br>*Co-Counsel to the Plan Trustee* |

# EXHIBIT A

# PROPOSED ORDER

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                      :
                                                                       :   Jointly Administered
                                           Debtors.                    :   **Ref. Docket Nos. 5447 and 5818.**
---------------------------------------------------------------------- x

**CONSENSUAL ORDER SUSTAINING DEBTORS' FIFTEENTH
OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the fifteenth omnibus objection (substantive) objection (the "Objection") [Docket No. 5447] of the above-captioned debtors (the "Debtors"); and John A. Johnston ("Johnston") having filed a response to the Objection [Docket No. 5818]; and the Court having sustained the Objection in part [Docket No. 6217] on October 10, 2008; and the Objection having been adjourned with respect to proof of claim numbers 7961 and 8772 filed by Johnston ("Claims 7961 and 8772"); and Steven D. Sass, as the liquidating trustee (the "Plan Trustee") for the Plan Trust created pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* and Johnston having agreed that Claim 7961 and 8772 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing therefor; it is hereby

ORDERED that Claims 7961 and 8772 are each disallowed in their entirety and expunged; and it is further

ORDERED that this Order resolves the Objection with respect to Claims 7961 and 8772; and it is further

- 2 -

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: _____ ___, 2012
       Wilmington, Delaware

                                              Christopher S. Sontchi
                                              United States Bankruptcy Judge