IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x
In re:                                               : Chapter 11
                                                     :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,               : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                      :
                                                     : Jointly Administered
                              Debtors.               : Ref. Docket Nos. 5447 and 5818.
------------------------------------------------------------------ x
```

## CONSENSUAL ORDER SUSTAINING DEBTORS' FIFTEENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the fifteenth omnibus objection (substantive) objection (the "Objection") [Docket No. 5447] of the above-captioned debtors (the "Debtors"); and John A. Johnston ("Johnston") having filed a response to the Objection [Docket No. 5818]; and the Court having sustained the Objection in part [Docket No. 6217] on October 10, 2008; and the Objection having been adjourned with respect to proof of claim numbers 7961 and 8772 filed by Johnston ("Claims 7961 and 8772"); and Steven D. Sass, as the liquidating trustee (the "Plan Trustee") for the Plan Trust created pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* and Johnston having agreed that Claim 7961 and 8772 should receive the treatment set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing therefor; it is hereby

ORDERED that Claims 7961 and 8772 are each disallowed in their entirety and expunged; and it is further

ORDERED that this Order resolves the Objection with respect to Claims 7961 and 8772; and it is further

01:12163463.1

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: __6/7__, 2012
Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge

01:12163463.1