# EXHIBIT II

**Proposed Order**

01:12167776.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | Ref. Docket No. ___ |

## ORDER SUSTAINING PLAN TRUST'S NINETY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the ninety-eighth omnibus (non-substantive) objection to claims (the "Objection") of Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors"), by which the Plan Trustee respectfully requests the entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), disallowing and expunging in full each of the Disputed Claims[2] identified on Exhibits A and B

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

01:12167776.1

attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A and B

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       July ___, 2012

                                            _____
                                            CHRISTOPHER S. SONTCHI
                                            UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Late Filed Claims**

01:12167776.1

# Exhibit A

## Late Filed Claim

| Name/Address of Claimant | Objectionable Claim ||||  Bar Date |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| COUNTRYWIDE SECURITIES CORPORATION<br>MICHAEL SCHLOESSMAN<br>4500 PARK GRANADA<br>CALABASAS, CA  91302 | 10922 | 8/22/11 | 07-11048 | Unspecified* | January 11, 2008 |
| KENT COUNTY TREASURER<br>300 MONROE AVE NW<br>GRAND RAPIDS, MI  49503 | 10930 | 4/17/12 | 07-11047 | $0.00 (S)<br>$2,348.91 (A)<br>- (P)<br>- (U)<br>$2,348.91 (T) | January 5, 2011 |
| **Totals:** | 2 Claims | | | $0.00 (S)<br>$2,348.91 (A)<br>- (P)<br>- (U)<br>$2,348.91 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Satisfied Claim**

01:12167776.1

## Exhibit B

### Satisfied Claim

**Objectionable Claim**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| COMMUNITY DEVELOPMENT ADMINISTRATION<br>A DIV OF THE MARYLAND DEPT OF HOUSING &<br>COMMUNITY DEVELOPMENT- C/O DAVID FONTANA<br>ONE SOUTH ST, STE 2200- GEBHARDT & SMITH<br>BALTIMORE, MD 21202 | 8394 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$400,325.24 (U)<br>$400,325.24 (T) | Pursuant to a stipulation (the "Joint Stipulation") entered into between Claimant, AHM Corp. and other parties, the Claimant was provided with the relief it sought with respect to the Estes Loan and Estes Note and the Chandler Loan and the Chandler Note (as such terms are defined in the Joint Stipulation, and waived any and all claims it may have had against AHM Corp relating to, among other things, the Loans, the Notes and the Sale Proceeds (as such terms are defined in Exhibit A to the claim form). On December 19, 2008, the Court entered an order [D.I. 6766] (the "Order") approving the Joint Stipulation in all respects. Accordingly, pursuant to the Order, this claim has been satisfied and/or otherwise released in full by the Claimant and the Debtors have no further liability on account of this claim. |

**Totals:** 1 Claim

- (S)
- (A)
- (P)
$400,325.24 (U)
$400,325.24 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.