```
              IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF DELAWARE

IN RE:                      )   Case No. 07-11047(CSS)
                            )   (Jointly Administered)
                            )
AMERICAN HOME MORTGAGE       )   Chapter 11
HOLDINGS, INC., a Delaware  )
corporation, et al.,        )
                            )   Courtroom 6
            Debtors.        )   824 Market Street
                            )   Wilmington, Delaware
                            )
                            )   November 18, 2011
                            )   11:00 a.m.
                            )


                   TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE JUDGE CHRISTOPHER S. SONTCHI
               UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Plan Trustee:        Young, Conaway, Stargatt &
                         Taylor, LLP
                         BY: MARGARET GREECHER, ESQ.
                         BY: SEAN BEACH, ESQ.
                         BY: MICHAEL NEIBURG, ESQ.
                         The Brandywine Building
                         1000 West Street, 17th Floor
                         Wilmington, DE  19801
                         (302) 571-6600


                         Hahn & Hessen, LLP
                         BY: EDWARD SCHNITZER, ESQ.
                         488 Madison Avenue
                         New York, NY  10022
                         (212) 478-7200


ECRO:                    LESLIE MURIN

Transcription Service:   DIAZ DATA SERVICES
                         331 Schuylkill Street
                         Harrisburg, Pennsylvania 17110
                         (717) 233-6664
                         www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

TELEPHONIC APPEARANCES:
(Continued)

For JP Morgan:                    Landis Rath & Cobb
                                  BY: MATTHEW MCGUIRE, ESQ.
                                  919 Market Street, Suite 1800
                                  Wilmington, DE  19801
                                  (302) 467-4400

For Bank of America:              Potter, Anderson & Corroon LLP
                                  BY: EDNA WOLFE, ESQ.
                                  Hercules Plaza
                                  1313 North Market Street
                                  Wilmington, DE  19801
                                  (302) 984-6000

1

3

```
 1                           INDEX
 2
                                                  Further
 3    WITNESSES FOR THE      Direct Cross Redirect Recross Redirect
 4     PLAINTIFF:
 5    Hussain Kareem          29     68
 6
 7    PLAN TRUSTEE:
 8    Eileen Wanerka          88    131    165     169
 9
10
11                          EXHIBITS
12
13    PLAN TRUSTEE:                    MARKED          ADMITTED
14    A - Declaration                    7                7
15
16
17
```

1   WILMINGTON, DELAWARE, FRIDAY, NOVEMBER 18, 2011, 11:16 A.M.

2              THE CLERK:  All rise.

3              THE COURT:  Please be seated.

4              MR. NEIBURG:  Good morning, Your Honor.  Michael

5   Neiburg from Young, Conaway, Stargatt & Taylor on behalf of

6   the plan trustee.

7              THE COURT:  Go ahead.

8              MR. NEIBURG:  Okay.  Your Honor, Items No. 1

9   through 33 of the agenda have been adjourned so that takes

10  us to Item No. 34 which I believe is the plan trust's

11  eighty-eighth omnibus objection to claims.  It was submitted

12  under certification of counsel.

13             THE COURT:  I have no questions, but I'm not sure

14  I have that in front of me.

15             MR. NEIBURG:  Would you like me to bring up a

16  copy, Your Honor?

17             THE COURT:  Yes.  Do I have it in front of me?

18  No.  I have your claims.  Yeah, please, I'm sorry.  Thank

19  you.  There's no changes, correct?

20             MR. NEIBURG:  Not from what was filed, Your

21  Honor.

22             THE COURT:  All right.  I've signed the order.

23             MR. NEIBURG:  Thank you, Your Honor.  Next is

24  Item No. 35, Your Honor, which is the plan trust's eight-

25  ninth omnibus objection to claims.  That was also submitted

1  under certification of counsel.

2              THE COURT:  All right.  I have no questions.

3  I'll sign the order.

4              MR. NEIBURG:  Thank you.  May I approach, Your

5  Honor?

6              THE COURT:  Yes.  Thank you.  Okay.

7              MR. NEIBURG:  Thank you, Your Honor.  Next, I'd

8  like to cede the podium to Sean Beach for Item No. 36.  And

9  with that, Your Honor, my involvement for today's hearing is

10  over.  May I be excused?

11              THE COURT:  Yes, thank you.

12              MR. NEIBURG:  Thank you, Your Honor.

13              THE COURT:  Mr. Beach?

14              MR. BEACH:  Good morning, Your Honor.  For the

15  record, Sean Beach with Young, Conaway, Stargatt & Taylor on

16  behalf of the plan trustee.

17              Your Honor, that brings us to Item No. 36 on the

18  agenda which is the motion pursuant to 105 and 363 and 9019

19  to approve a relatively significant settlement for the plan

20  trust with JP Morgan Chase.  Your Honor, there have been no

21  objections to the motion.  I do have a declaration of Steven

22  Sass who's in the courtroom today in support of that motion.

23  It has not been filed, but if I may, I can approach for the

24  copy of that declaration, as well as, a copy of the form of

25  order.

1           THE COURT:  Please.  Thank you.

2           MR. BEACH:  Your Honor, just to briefly summarize

3  the settlement, the settlement resolves an adversary

4  proceeding with JP Morgan Chase related to a $200 million

5  credit agreement that JP Morgan provided to the debtors

6  prior to the petition date.  The primary issue in the

7  litigation was whether or not certain of the collateral when

8  it turned from mortgage loans and was foreclosed on and

9  became real property that was owned by the debtors was still

10 properly perfected by JP Morgan Chase.

11          And the claims in connection with whether or not

12 there was a properly perfected security interest on that

13 collateral, some of those claims were related to the

14 preference period where the real property, the REO property

15 was sold during the petition date.  There was approximately

16 9 million of the claims related to that issue.  There was

17 approximately 6.2 million of mortgage loans that turned into

18 REO during the preference period, but were sold after the

19 petition date.  And there was approximately 24 million of

20 mortgage loans that turned from loans to REO property post

21 petition, as well as, a margin call, a margin payment that

22 was a preference claim that the debtors made and some

23 additional costs that the debtors were seeking for

24 maintaining the JP Morgan collateral.

25          All in all, the claims made by the plan trust

1  were approximately $42 million.  And the settlement resolves

2  that adversary proceeding, as well as, a number of the

3  proofs of claim filed by JP Morgan such that the plan trust

4  would get $10.2 million and the release of I think seven or

5  eight claims of JP Morgan which the plan trust at least

6  based on disclosure statement estimates believes that the

7  value is in -- the distribution value is in excess of $1

8  million in connection with the releases of those claims.

9          Your Honor, there are also mutual releases in the

10  settlement agreement and one other issue that's resolved.

11  It also relates to a proof of claim, but there's an LC that

12  was provided by JP Morgan.  The debtors provided $160,000 in

13  collateral.  That LC related to a piece of rental property

14  in New York.  The landlord -- while the landlord did have a

15  claim, the landlord never drew on the LC.  The LC was

16  terminated and JP Morgan made a claim to the collateral

17  supporting that LC in connection with its overall settled

18  claims in connection with the other claims it has against

19  the debtors.  So that issue is also resolved where JP Morgan

20  will keep the $160,000 in collateral.

21          Your Honor, since there's no objections, unless

22  Your Honor has any questions for me or JP Morgan's counsel

23  or Mr. Sass, I'll rest.

24          THE COURT:  Okay, thank you.  Let's get the

25  declaration in evidence.  I've marked it as Exhibit A.  Does

1  anyone have an objection to the admission of the

2  declaration?

3                    (No audible response.)

4            THE COURT:  All right, I hear none.  It's

5  admitted without objection.  Does anyone wish to be heard on

6  the substance of the motion?

7                    (No audible response.)

8            THE COURT:  All right.  Obviously a terrific

9  result to the debtors' estate or the liquidating trust to be

10  more specific and I'll approve it and submit it.

11            MR. BEACH:  Thank you, Your Honor.

12            MR. MCGUIRE:  Your Honor, Matthew McGuire on

13  behalf of JP Morgan.  That concludes my participation in

14  this hearing.  If I may be excused?

15            THE COURT:  Of course.

16            MR. MCGUIRE:  Thank you.

17            MR. BEACH:  Your Honor, if I may before I cede

18  the podium to Ms. Greecher for the final items on the agenda

19  today, I'd like to give a very brief update to Your Honor in

20  terms of the relocation of the debtors' office locations and

21  some issues that the debtors ran into in terms of

22  transferring certain electronic files in connection with

23  those relocation efforts.

24            THE COURT:  All right.

25            MR. BEACH:  As Your Honor knows, the headquarters

1    locations were at 538 Broad Hollow in Long Island.  The

2    debtors still have rental space in that location, but have

3    been notified by the landlord who recently purchased that

4    building after it's been on the market for several years,

5    the plan trust had received notice that the lease agreement

6    which was previously approved by this Court and currently on

7    a month-to-month basis is going to be terminated on December

8    31 of this year and that the plan trust is to vacate the

9    premises by the end of the year.

10          The plan trustee had anticipated that this was

11    going to happen and had made efforts to start relocating

12    mortgage loan files, other files, and information including

13    electronic information that the debtors were maintaining

14    from the 538 Broad Hollow location to a new facility that

15    the debtors have rented approximately ten minutes away, also

16    on Long Island.

17          In connection with -- and those efforts were

18    largely successful.  In connection with those efforts, there

19    was an EMC or a set of EMC servers where the mortgage loan

20    files, as well as, certain other information were contained.

21    Those EMC servers are approximately seven years old and they

22    take a significant amount of infrastructure support in terms

23    of power and utilities.  And there was some estimates at

24    least at some point where the utilities were running

25    approximately $40,000 a month.  Luckily, under our lease

1    agreement, the plan trust wasn't obligated to make those

2    payments, but suffice it to say that there were significant

3    requirements to maintain those servers and the new office

4    location didn't support the power and other infrastructure

5    requirements of those new servers.  In addition, they were

6    very costly to maintain.

7              So the plan trustee had purchased new servers,

8    more modern and more efficient servers to transfer those

9    mortgage loan files from the EMC servers to the new servers.

10   That process has been underway for a large part of the year

11   and the vast majority of the files had been transferred.

12   But in July of this year, in the 538 Broad Hollow building,

13   there was an air conditioning failure, several of the air

14   conditioners failed and the temperatures in the room

15   containing those two servers went up to approximately 150

16   degrees and the EMC server was damaged.

17             THE COURT:  Sure.

18             MR. BEACH:  I think it went up that high not only

19   because it was probably over a 100 degrees or close to that,

20   but also because the servers have lots of heat.

21             THE COURT:  Oh, they produce a tremendous amount

22   of heat, yeah.

23             MR. BEACH:  And so there was damage to the

24   servers and not all the files had been transferred at that

25   point.  Since that time, we didn't know the extent of the

1    damage.  We had been and actually are continuing to figure

2    out what the extent of that damage is.

3              In August, we began to continue to transfer files

4    because while the EMC server was damaged, it was still --

5    the files were -- at least certain of the files were still

6    accessible.  So we continued to transfer those files.  We

7    believe there's approximately 85 percent of the information

8    from the EMC server that's now transferred over to the new

9    server and we're continuing those transfer efforts.  We've

10   hired EMC at approximately $20,000 to come and fix some of

11   the damage to that server so we can retrieve the additional

12   information.  And that process is ongoing.  We think we're

13   going capture a vast majority of the electronic information

14   in the EMC server, but now we are in a bit of a time crunch

15   in terms of getting that information over by the end of the

16   year.

17             We are talking to the landlord about the

18   possibility of renting some space at 538 Broad Hollow for a

19   short period of time into the new year to continue that

20   transfer process.  And we're also assessing whether or not

21   we need to file a motion for certain relief from the Court

22   in connection with decommissioning that EMC server and the

23   information that might still be contained on there.  And the

24   plan trustee is assessing that at this point, but we did

25   want to bring the issue to Your Honor's attention.

1          THE COURT:  All right.  Was there backup, paper

2    backup to what's on the server or I think I already

3    authorized that to be destroyed.

4          MR. BEACH:  Yeah, Your Honor, it was authorized

5    to be destroyed.  We have stopped any destruction since we

6    learned of the extent of the damage to the server.  We

7    stopped any paper file destruction.  And we won't continue

8    that until we figure out whether or not we can get 100

9    percent of the information over.  I don't know standing here

10   today whether -- I know that process, it's a gigantic

11   warehouse with files.  I'm not sure the extent of the files

12   that have been returned or destroyed pursuant to your prior

13   orders.  I know we had been working on that, but I don't

14   know if it's been completed.  If I may, Mr. Sass might know

15   the answer to that.

16         THE COURT:  That's all right, you know, it's an

17   act of God basically, so what are you going to do?

18         MR. BEACH:  Right.

19         THE COURT:  It would be as if you had a fire with

20   paper, nothing you can do and you do the best you can.

21         MR. BEACH:  All right.

22         THE COURT:  So I'm not alarmed.

23         MR. BEACH:  Thank you.

24         THE COURT:  But just keep me posted.

25         MR. BEACH:  Will do.  Your Honor, with that, I'll

1  cede the podium to Ms. Greecher.

2          THE COURT:  All right, thank you.

3          MS. GREECHER:  Good morning, Your Honor.

4  Margaret Whiteman Greecher on behalf of the plan trustee.

5          Your Honor, the next or the remaining matters

6  that we have today are Matters No. 37, 38, and 39.  They are

7  all with respect to motions for administrative claim and

8  claims filed by Mr. Hussain Kareem which is here in the

9  courtroom today.

10          I think, Your Honor, it may make sense to discuss

11  matter No. 39 first which is the plan trustees' motion to

12  file certain of its exhibits under seal.  The motion was

13  filed in anticipation of the October 7 hearing that we had

14  scheduled for this.  And Your Honor had filed a motion -- or

15  I'm sorry, had entered an order shortening time to hear

16  that.

17          Given that we did adjourn the hearing on Mr.

18  Kareem's matters, the order shortening time is essentially

19  moot.  I do believe that Mr. Kareem has concerns with

20  respect to that motion.  I will say that the motion was

21  filed for Mr. Kareem's benefit.  The plan trustee does

22  believe that there are certain pieces of information

23  including Mr. Kareem's loan file which includes his social

24  security number and other financial information that may

25  make him a victim of identity theft.

1         However, since filing the motion, Mr. Kareem has

2    filed his opposition to our objection to his administrative

3    claims and he has attached his loan application to his

4    opposition which I believe is currently available on PACER.

5         So there may be a level of mootness to our

6    motion, however, we do want to continue with that motion and

7    allow Mr. Kareem and Your Honor to decide whether or not we

8    should maintain our exhibits under seal for his benefit.

9         THE COURT:  And these exhibits are basically the

10   loan applications, other items that might have personally

11   identifiable information?

12        MS. GREECHER:  That's correct, Your Honor.

13        THE COURT:  All right.  And Mr. Kareem has them?

14        MS. GREECHER:  Mr. Kareem has a full copy of all

15   of the documents, as well as, Your Honor, you were provided

16   those under seal.  No one else has requested them.  The U.S.

17   Trustee has not requested them, but would be made available

18   to him, if necessary.

19        THE COURT:  And the entirety of those documents

20   have been made public?

21        MS. GREECHER:  On the exhibits?

22        THE COURT:  Yeah.

23        MS. GREECHER:  I think -- if Your Honor will give

24   me one moment.

25        THE COURT:  Um-hum.

1              MS. GREECHER:  There were several exhibits that

2    we marked as being under seal.  The one that comes to mind

3    most frequently is the loan application because it really

4    does provide account numbers, outstanding balances of

5    things, his home address, his social security number, and

6    other items.  But in connection with his documents, there

7    are other exhibits that have that information as well and we

8    did designate certain exhibits as needing to be filed under

9    seal.  However, if the loan application is made available,

10   all of the information on the other exhibits are essentially

11   duplicates of what would have been made available by the

12   loan application.

13              THE COURT:  All right.  Mr. Kareem, if you'd

14   please let me know how you feel on this one --

15              MR. KAREEM:  Yes.  With all due respect to this

16   Court, I do not feel that they -- placing it under seal is

17   appropriate, but I do approve any redactment that would

18   assist for the purposes of privacy.

19              THE COURT:  Well it's your privacy.

20              MR. KAREEM:  Well --

21              THE COURT:  And it's up to you, really.  We --

22   the only thing he -- the only thing that you attached to

23   your response was your loan application.  Correct?  It's

24   subject to this motion?

25              MR. KAREEM:  I believe there was some other

1  attachment --

2            THE COURT:  Right.

3            MR. KAREEM:  -- but as it relates to my personal

4  information, I know that there was the note, portions of the

5  promissory note and the loan application because that's

6  relevant for discussion.

7            THE COURT:  All right.  Well, first of all, just

8  because it's under seal doesn't mean I'm not going to look

9  at it.  I'm going to look at it.  So it's not in any way

10  affecting your case.

11            MR. KAREEM:  Okay.

12            THE COURT:  Let me just check something out,

13  please.  Give me just a moment.  Ms. Greecher, what date was

14  the response filed?

15            MR. KAREEM:  I don't have the docket sheet in

16  front of me.

17            THE COURT:  It's okay, Ms. Greecher should know.

18            MS. GREECHER:  I want to say it's the 16th --

19            THE COURT:  Oh, I see it here, Claimant's

20  opposition, okay.  All right, let's do this.  I'm going to

21  grant the motion in part and what we'll do with that is I'd

22  like Ms. Greecher, you can do it, for you to please go

23  through or have someone in your office go through the things

24  you filed under seal and simply whiteout any personal

25  identifiable information.  And then the excerpt, the

1  redacted copy will be filed publicly and I'll of course

2  consider the entirety of the document in, excuse me, since

3  I'm allowed to see it.  So I'll consider all the exhibits

4  obviously as they are, but I want the public copy to get rid

5  of the personal identifiable information.

6          And in addition, Mr. Kareem, I'm going to go

7  through your response and the objections you filed to redact

8  those.  I'll pull those off the docket and then I'll put a

9  redacted copy on because believe it or not, there are people

10 who troll through the bankruptcy dockets looking for

11 information like what's you filed and, you know, you never

12 would think this was necessary, but they get that

13 information and all of a sudden somebody's out there saying

14 they're you and they're not and --

15          MR. KAREEM:  I can appreciate that.

16          THE COURT:  Yeah, yeah.  It's a sad state of

17 affairs, but -- so I'll -- we'll take care of that for you.

18 And then the entirety of the document except for those

19 little bits will be filed publicly.

20          MR. KAREEM:  All right.  And may I address the

21 Court on another matter?

22          THE COURT:  Sure.

23          MR. KAREEM:  Due to the travel status trying to

24 get here and those things, I do have a motion in limine

25 pending in that there are cases that I'm involved in that I

1  feel that's unrelated to this particular case and so I do

2  want to limit the discussions, this evidentiary hearing to

3  be relevant to the contract at hand with American Home

4  Mortgage and not the extraneous information that deals with

5  other Court cases.

6            THE COURT:  Ms. Greecher?

7            MS. GREECHER:  Your Honor, before I respond to

8  him, I just wanted to follow up on the seal motion.  We will

9  submit a certification of -- or a revised order for you and

10 will have redacted versions on today is Friday, next week is

11 Thanksgiving.

12           THE COURT:  Yeah, of course.

13           MS. GREECHER:  If we can have a few days.  I

14 think it should be without a problem to have it next week,

15 but just to --

16           THE COURT:  That will be fine.

17           MS. GREECHER:  -- ask Your Honor's indulgence on

18 that.

19           THE COURT:  That will be fine.

20           MS. GREECHER:  With respect to the motion in

21 limine, Mr. Kareem is a party to at least two current

22 litigations.  One is pending in the District of Columbia

23 against the FDIC.  It's on appeal to the United States Court

24 of Appeals for the District of Columbia.  And we have

25 included certain documents.  We haven't gotten there yet,

1   but we do have party admissions.  That we do believe that

2   those are available to come in as a party admission by Mr.

3   Kareem.

4           In addition to that litigation which quite

5   frankly is not being addressed much more than the party

6   admissions, I believe there are two or three documents that

7   we have put into or will be putting into evidence as party

8   admissions with respect to that litigation.

9           The second litigation is the litigation in Texas

10  which was discussed in our opposition.  I don't -- I'm

11  sorry, in our objection.  I don't know if Your Honor has had

12  an opportunity to review that, but it is the plan trustees'

13  position that several of Mr. Kareem's allegations and

14  assertions are properly before that Texas action.  He has

15  asserted similar claims against the current servicer of his

16  loan, AHMSI, as well as, Murrs [ph], as well as, the heads

17  of both Murrs and AHMSI.  As a result of that, we do believe

18  that issue preclusion may apply in these situations.  There

19  is a pending appeal with respect to that underlying decision

20  and order.  But we do believe that it is wholly relevant

21  with respect to party admissions, as well as, issues,

22  preclusion, and other things, and would wish to discuss it

23  on that level.

24           THE COURT:  Response?

25           MR. KAREEM:  My objection is based on the fact

1  that the things that are -- AHM was not a party in that

2  action in Texas nor were they a party to the action in the

3  District of Columbia.  And, in fact, the District of

4  Columbia case is a separate property issue all together.

5  There is a common thread that the lender has gone through

6  insolvency, okay, that is a common thread, but other than

7  that, it's totally unrelated to this case.

8          With respect to the case in Texas, those parties

9  and the right to go against them, the remedies for their

10  action I feel is being well addressed and AHM was not a

11  party in that action.  They were removed from that action

12  and any attempts to bring them in, there was an order by the

13  Judge in that particular case that did not permit any other

14  parties to be brought into that action.  Nor do I seek to

15  bring them into the action through this Court by permission.

16          So with respect to relevant documents that relate

17  to the servicing, I would agree to the servicing issues that

18  are relevant, but many of the information in the case is --

19  I would like you to limit those.

20          THE COURT:  Yes?

21          MS. GREECHER:  Your Honor, I think at this point

22  my only comment would be is that we're taking very generic

23  statements regarding these actions and there hasn't been any

24  evidence put forth with respect to how we intend to use

25  them.  It sounds like Mr. Kareem does not oppose using it

1  for certain bases, but does object on other bases.  It may

2  be -- it may make sense to deny the motion in limine at the

3  outset, but handle the objections on a one off basis as they

4  become relevant during trial.

5             THE COURT:  Yeah.

6             MR. KAREEM:  I'm opposed to denying the motion in

7  limine until it's properly presented to this Court and to

8  the parties.

9             THE COURT:  Yeah, I agree.  Let's -- what we'll

10 do is let's take this step by step as we go through.  I

11 suppose you're -- you've raised a relevance objection and I

12 suppose included in that is a prejudice objection.

13            MR. KAREEM:  Yes.

14            THE COURT:  That the documents may prejudice your

15 case or --

16            MR. KAREEM:  That's correct.

17            THE COURT:  Okay.  So we'll take them as they

18 come up.

19            MR. KAREEM:  Okay.

20            THE COURT:  All right.  So I'll have a better

21 idea of some of the surrounding facts --

22            MR. KAREEM:  Okay.

23            THE COURT:  -- when I make my decision.

24            MR. KAREEM:  I thank you.

25            THE COURT:  You're welcome.

1          MR. KAREEM:  There is one other thing I would

2     like for the Court to address on me.  This is my first time

3     in an evidentiary hearing before this Court.  And so if

4     there could be some explanation in terms of the rules in

5     terms of what is admissible or inadmissible, that would help

6     me greatly as we proceed.

7          THE COURT:  All right.  Well, let's do this.  Let

8     me get an opening from Ms. Greecher, opening statement to

9     get some context as to what exactly are the issues they're

10    going to want to put forward today.  And then I'll give you

11    to the extent I can some general information on how I think

12    the evidentiary hearing is going to proceed.

13         MR. KAREEM:  Okay.

14         THE COURT:  I can't give you legal advice, but I

15    can -- I'm comfortable giving some general comments or

16    outline.

17         MR. KAREEM:  I appreciate that.

18         THE COURT:  Okay.  You're welcome.  And in saying

19    all that, were you prepared to give an opening?

20         MS. GREECHER:  A short opening not with respect

21    to somewhat of a road map, but I can and that's not a

22    problem.  I figure before we do start, I have binders that

23    include the plan trustees' exhibits, as well as, a binder of

24    party admission designations.  I have provided those copies

25    to Mr. Kareem already and do have copies for Your Honor and

1    the clerk if you would permit me to approach.

2              THE COURT:  Yes.  I have a meeting at 12:15 so I

3    think what we'll probably end up doing is all the

4    preliminaries and then you'll have an opportunity to have

5    the lunch period to gather your thoughts which might be

6    helpful since you just got off an airplane.

7              MR. KAREEM:  Thank you.

8              THE COURT:  Thank you.  Okay.

9              MS. GREECHER:  Your Honor, set forth in the plan

10   trustee's objection, Mr. Kareem has been litigating the

11   validity of his loan since September of 2009 in the Texas

12   action.  His current litigation is in the Northern District

13   of Texas.  It is on appeal.  And we as set forth in our

14   argument, believe that issue preclusion does -- may apply.

15   To the extent that it doesn't now because the order and

16   opinion findings are not final because it's under appeal, we

17   have recommended that Your Honor may want to adjourn this

18   matter following the evidentiary hearing to await the

19   determination of that appeal, if there are issues that do

20   overlap.  Excuse me.

21              I think to a certain extent that that may be

22   mooted depending on what Mr. Kareem presents today, there

23   have been a lot of issues that have been presented in

24   pleadings by Mr. Kareem.  And at this point, I'm not sure

25   exactly which causes of action he's currently asserting.  To

1    the extent that they do relate to the servicing and other

2    matters as outlined in our opposition, there is a chart, we

3    would argue that issue preclusion on those issues do apply.

4    If he is maintaining solely with respect to the origination

5    of his loan, those particular issues may not apply and the

6    Texas action would not be relevant, but we do need to wait

7    and see how Mr. Kareem intends to proceed against those

8    actions.

9              THE COURT:  Okay.

10             MS. GREECHER:  The main arguments that we do

11    understand Mr. Kareem to be asserting are those of notice

12    issues with respect to the sale of his note and the sale of

13    the servicing of his loan, as well as, the instant

14    bankruptcy case.  We believe that the law as it was enacted

15    at the time of Mr. Kareem's loan did not require notice for

16    a sale of the note.  There have been subsequent amendments

17    in 2009 that do require a notice of the new creditor.

18    Clearly, those would not have applied in 2006 and as a

19    result, there was no notice requirement to any transfer of

20    the loan.  And we do believe that any transfer of the

21    servicing in connection with the servicing sale which

22    occurred pursuant to this Court's order and the final close

23    occurred on April 11, 2008, falls squarely within an

24    exception to the hello and goodbye letters that are

25    generally required under the applicable regulations.

1          As a result, we don't believe that Mr. Kareem has

2    a legitimate cause of action regarding notice.  To the

3    extent that he did, we don't believe that he has provided

4    any evidence of damage or other harm related to any failure

5    to provide such notice.

6          Additionally, in discussions, I don't know that

7    they were set forth in his motions, but in connection with

8    our requirements to discuss with Mr. Kareem his claims and

9    to provide him a reasonable settlement offer, we had a

10   conversation.  And one of the arguments that he made at the

11   time was in connection with an argument that his loan was a

12   high cost loan.  Under state or federal regulations, a high

13   cost loan is a loan that meets particular threshold

14   requirements, a high APR or high fees.  They vary based on

15   state and federal law and generally are not pro se

16   prohibited, but do require additional disclosures or other

17   prohibitions.

18         We will have Ms. Wanerka testify today regarding

19   the origination of his loan.  We will authenticate certain

20   of the documents that we have in our exhibits and move them

21   into admission and go through the origination process for

22   his loan, as well as, the operating procedures that we had

23   in place at the time Mr. Kareem's loan was originated to

24   ensure that the loan product was not a high cost loan under

25   federal or state guidelines.  And we do have evidence that

1  shows that those tests were run through the automated system

2  and that they were completed and Mr. Kareem's was not a high

3  cost loan.

4          Mr. Kareem has asserted various other claims and

5  in terms of a road map, as I mentioned, Ms. Wanerka is going

6  to be testifying today regarding the origination of his loan

7  and we do have certain exhibits that we will be moving

8  forward.  I think at this point, that's probably the best I

9  can do in terms of guidance for Mr. Kareem's evidentiary

10 issues or concerns and questions.

11         THE COURT:  Which -- how do you propose we

12 proceed as to which party goes first?  Obviously, on the

13 administrative expense claim he has the burden of proof.  In

14 connection with the unsecured claims filed 10-870, 10-875

15 and 10-887, it may make sense for you to go first to rebut

16 the prima -- when do I pronounce it like that, rebut?  I

17 don't know, to rebut the prima facie case.

18         MS. GREECHER:  We can do it either way, Your

19 Honor.  However, he does have the ultimate burden on both

20 matters.

21         THE COURT:  Um-hum.

22         MS. GREECHER:  On both the claims and the

23 administration -- administrative motions.  It may make sense

24 to allow him to go forward initially so that we can

25 understand his claims.  I would suggest that since he is pro

1   se to allow him to essentially proffer himself through the

2   podium in narrative form.  We will attempt to reserve as

3   many objections as we can until the end so that he can

4   present his testimony, but we would reserve the right to

5   object at the end.  And, of course, if we believe that he's

6   farther from relevance, we will interject, if necessary.

7            THE COURT:  Okay.

8            MS. GREECHER:  But I would suggest doing that

9   first and then putting Ms. Wanerka on and moving forward

10  with ours.

11           THE COURT:  Okay.  I think that makes sense.  All

12  right.  Anything else?  All right, Mr. Kareem, and you can

13  stay there.  I do think it makes sense to have you tell your

14  story first.  And you can -- we'll swear you in, but you --

15  or affirm you in, but you can present that information just

16  from the podium.  Just tell me your story, okay?  And as --

17  it's really kind of up to you, as you think documents kind

18  of support your story as you're going through, you can

19  present them at that point for admission or you can just

20  wait till the end and we can go through them, okay?

21           As Ms. Greecher said and I appreciate the

22  accommodation, she's going to reserve her objections to the

23  admission of documents, if you prefer until the very end and

24  we can go through them at that point.  And I think that will

25  help because it will help like not break up the flow of

1   what's in front of the Court.  What I would like you to do

2   is sort of really talk about the facts first about your

3   story.  Take your time, tell me what you want to tell me.

4   This is your chance to put it all out there.  And then once

5   we're done sort of talking about the facts, we'll slide more

6   into your legal argument and you'll be able to go forward

7   claim by claim and set forth what you think claim by claim

8   to make your legal argument.  And that will give the other

9   side a context of what exactly they need to talk about when

10  they present their case.

11          When the witness is on the stand -- well let me

12  back up a minute.  Before we go into your legal argument,

13  I'm going to put you on the stand, okay, so that Ms.

14  Greecher can cross examine you.  After she's done cross

15  examining you on the facts, you can get up at the podium

16  again and in effect reply on the facts.  Then we'll probably

17  take a break just to make sure there's a clear split between

18  facts and law.  And you'll come back and you'll make your

19  legal argument just I think to set the table.

20          So just so we're not in any confusion, you'll get

21  up, tell me your story at the podium under an affirmation.

22  We'll put you on the stand.  Ms. Greecher can cross and go

23  back to the podium, rebut or reply on the facts.  Then I'd

24  like -- and then we'll take a short break.  Then you can

25  come back and give me your legal argument about what's wrong

1 or what your claims are.

2          And then we'll turn to Ms. Greecher and she'll

3 put on her facts which will be Ms. Wanerka, Ms. Wanerka.

4 She'll put her on the stand and then you'll have an

5 opportunity to ask her questions from the podium.  And then

6 Ms. Greecher can reply as well.  And at that point, I guess

7 we'll go through your documents to admit them.  And then

8 you'll make legal argument and you'll have an opportunity to

9 respond.  And I'll probably give the other side the final

10 word on their response.  That kind of make sense for you how

11 we're going to go?

12          MR. KAREEM:  Yes.

13          THE COURT:  Okay.  So at this point, I don't want

14 to break up your flow by leaving, you know, having you do

15 twenty minutes and then having to stop and restart since I

16 have this meeting.  So let's break now until 1:00.  You can

17 stay in here, work on what you want to do, get a chance to

18 gather your thoughts, and we'll start at 1:00 and you'll

19 start the show.

20          MR. KAREEM:  Okay.

21          THE COURT:  And you came in from out of town

22 obviously.  When -- are you going home tomorrow or tonight?

23          MR. KAREEM:  That's to be determined.

24          THE COURT:  Oh, okay.  Well what I was going to

25 say is usually I've recently adopted a rule of not going

1  past 5:00 that is pretty doggone solid, but as a pro se

2  litigant and not wanting to keep you here any longer than

3  absolutely necessary, we'll see where we are.  We may go

4  past 5:00 or we may just start again.  We'll go past 5:00

5  because you don't want to stay the weekend.  I assume you'd

6  like to go home.

7            MR. KAREEM:  Yes, I would like to go home.

8            THE COURT:  All right.

9            MR. KAREEM:  We'll do what we --

10           THE COURT:  We'll do what we have to do, exactly.

11  All right.  Everybody understand how we're going to proceed?

12  Okay.  Let's take a break, we'll start at 1:00 and then

13  we'll get 'er done.  All right, we're in recess.

14           (Recess from 11:57 a.m. to 1:17 p.m.)

15           THE CLERK:  All rise.

16           THE COURT:  Please be seated.  I apologize, the

17  meeting ran wrong -- long.  Mr. Kareem?  Oh, yes, I'm sorry.

18  Ms. -- is going to give you an affirmation.

19           MR. KAREEM:  Okay.

20           HUSSAIN KAREEM, PLAINTIFF WITNESS, SWORN

21           THE COURT:  Thank you.  You may proceed.

22                     DIRECT TESTIMONY

23           MR. KAREEM:  With all respects to this Court, I

24  appreciate this opportunity that the Honorable Court has

25  given me to express myself and to bring forth the issues

1  that I think are relevant to this case.

2         For all practical purposes, I would like to

3  summarize the fact that our nation has been besought with a

4  lot of abuses by the lenders and with respect to mortgages

5  that they have given to the mortgagors.  And these abuses

6  have led to financial collapse in the industry.

7         As with respect to me, I'm pursuing my justice

8  from the standpoint that I feel that there's actual contract

9  breaches.  I'm prepared to bring that to this Court.  This

10  is the basis of my argument.  And also that my argument is

11  supported by law, particularly mortgages are defined under

12  the state laws.  So I will be referencing a lot of the state

13  laws of Georgia as it relates to the mortgage contract

14  obligation, fiduciary duties, et cetera.

15         Now the facts of this case is that there was a

16  transaction between one of the subsidiaries, American

17  Business Conduit, American Brokers Conduit that is, I stand

18  corrected, which I guess for all practical purposes was a

19  subsidiary of American Home Mortgage Corporate, well

20  Corporate.  And all those parties are before this Court,

21  under the jurisdiction of this Court in a dissolution

22  proceeding.  That dissolution proceeding means that they've

23  effectively gone out of business and that their affairs, any

24  of their affairs has to go before the trustee and this Court

25  for involvement of any activities outside of this

1  jurisdiction.

2           The relevant part was the transaction happened in

3  July of -- 7th of 2006.  And as all loans go, there are both

4  state and federal requirements for disclosures.  And those

5  disclosures are very, very helpful so as not to confuse the

6  mortgagor of the intent of that loan transaction, as well

7  as, the binding duties on both parties.  That loan was done

8  July the 7th, 2006.  And sometime during the course of in

9  the Year 2007, the entity, American Home Mortgage closed its

10  corporation and its subsidiaries and went into insolvency

11  proceedings.

12           THE COURT:  It was August 7, I believe.

13           MR. KAREEM:  Okay.

14           THE COURT:  Or the 6th.

15           MR. KAREEM:  Okay, thank you.  That's a very

16  important date because that date marks the time in which

17  there were duties that were incumbent upon American Home

18  Mortgage.  And I'm -- for the sake of this Court and this

19  hearing, I will use the simplified term, American Home

20  Mortgage in terms of communication to their borrower, in

21  particular, me.

22           Now at closing, there was a disclosure that was

23  made called the RESPA disclosing, disclosure.  And I want to

24  take the time out just to say that I feel that there's an

25  actual RESPA violation.  The actual covenants under the

1  terms of the note and the security instrument that were

2  violated.

3          Under Georgia Law, it implicitly implies under

4  OCGA 13850 that the General Assembly in Georgia decided to

5  define statutory guidance so that all parties to such

6  agreements may be certain of the validity and enforceability

7  of the provisions and may know their rights and duties

8  according to such provisions.  Now this will relate relevant

9  to contract laws and enforcement of covenants.

10         And then under OCGA 13854, this said the Court

11 shall construe a respective covenant to comport with the

12 reasonable intent and expectations of the parties to the

13 covenant in further providing lender protection to all

14 legitimate business interests established by the person

15 seeking enforcement.

16         So what we're dealing with here is that there's

17 binding law that says that the mortgagor is -- the mortgagee

18 in this particular case, provided me a contract or covenants

19 and that they have duties.

20         Now under OCGA which is the commercial code, 11-

21 1203, obligation of good faith.  In the contract or buried

22 within this title appears as an obligation of good faith in

23 its performance and enforcement.

24         So this is my reason of being before this Court

25 because the facts are that as I will show that there was a

1  lack of good faith when they went into insolvency and at no

2  time did American Mortgage try to correct that even though I

3  sent notices and tried to continue the communication between

4  myself and American Home Mortgage.

5          Now specifically, I want to turn to a similar

6  provision that I feel that should be under advisement to

7  this Court.  Number one, it deals with RESPA.  And I want to

8  get the particular exhibit on RESPA that counsel has

9  provided.  They have copies of it, of the RESPA disclosure

10 so let me go grab it.  Oh, here it is.  Oh, here it is right

11 here.

12          THE COURT:  Is this the RESPA disclosure?

13          MR. KAREEM:  Yes.

14          THE COURT:  All right.

15          MR. KAREEM:  Now this disclosure is dated on

16 07/07/06.  And this is an applicable law under the Federal

17 Law, 12 USC 2605 and 2601 at sequence.  And in this

18 particular disclosure on servicing transfer estimates,

19 American Home Mortgage it said that they may assign, sell,

20 or transfer the servicing of your loan while the loan is

21 outstanding.  And then they disclosed that we are able to

22 service your loan and we haven't decided whether to service

23 your loan are checked, are also marked, or were not --

24          THE COURT:  Right, I see it.

25          MR. KAREEM:  Okay.  And --

1          THE COURT:  They may assign, they're able to

2   serve, but they haven't decided.

3          MR. KAREEM:  Right.

4          THE COURT:  Okay.

5          MR. KAREEM:  Now that purports that there may be

6   some future intent to sell or service.

7          THE COURT:  Um-hum.

8          MR. KAREEM:  And that's fine as long as they do

9   the appropriate transfer of notice, okay?  Now that is

10  relevant because there became an issue in 2009 where I was

11  seeking clarity about who was servicing the note because I

12  had never received notification from American Home Mortgage.

13  And that a new loan servicer had the appearance of now

14  servicing my loan and the loan number had changed.  And so

15  this gave rise for me to start investigating and trying to

16  get to the bottom of it.  One second, please.  Okay.

17         My complaint led all the way to an investigation

18  by the U.S. Department of HUD, Office of RESPA.  And that is

19  in this book it's called Exhibit D in this particular book

20  and I have re-filed it in the case.  And a conclusion was

21  made by that office dated on September the 22nd, 2009.  And

22  this is at such time that American Home Mortgage was

23  thoroughly under bankruptcy proceeding.  And that conclusion

24  was a right to sue letter.  The case number that RESPA

25  opened up was R-091699.  And it was signed by Ivy M.

1 Jackson, the Director of Office of RESPA and Interstate Land

2 Sales.  And what the relevant issue was that they found and

3 concluded with me that there was an appearance or there was

4 not a true loan servicing transfer notice given and they

5 gave me the right to sue individually.

6              THE COURT:  Um-hum.

7              MR. KAREEM:  So that's relevant to the servicing

8 disclosure claim that I have against American Home Mortgage

9 because you know there's a transfer and a transferee.  And

10 as I was stating to this Honorable Court, there's remedies

11 at law in the other cases against other parties, but my

12 concern in this particular case is what American Home

13 Mortgage did.  They did not communicate.

14              Now I want to go back to the terms of the

15 contract because the terms of the contract also has

16 throughout it, provisions for giving notification under

17 RESPA.  So let me get that contract.

18              THE COURT:  All right.

19              MR. KAREEM:  There's two particular places in the

20 contract and for simplicity, I'm calling it the contract,

21 but the contract really is all disclosures, the promissory

22 note known as the adjustable rate note first five year fixed

23 payment, twelve month MTA, as well as, this security deed.

24 So all those documents comprise of the contract, they're all

25 binding.  Under section or Covenant 8 giving the notices --

1          THE COURT:  Can you help me?  I need -- I'm going

2    to want a copy of it.  Is it in this book?

3          MS. GREECHER:  Four.

4          THE COURT:  Four?  Thank you.  Okay.  And we're

5    talking about section -- this is the five year fixed

6    payment?

7          MR. KAREEM:  That's correct.

8          THE COURT:  Okay.  And where --

9          MR. KAREEM:  And this would be on Page 4 of 6.

10         THE COURT:  Thank you.  All right, go ahead.

11         MR. KAREEM:  Okay.  Under the covenant giving the

12   notice, it says unless applicable law requires a different

13   method, any notice that must be given to me under this note

14   will be given by delivering it or mailing it by first class

15   mail to me at the property address or at a different address

16   if I give the noteholder a notice of a different address,

17   okay?

18         THE COURT:  Um-hum.

19         MR. KAREEM:  So it's very plain and simple, okay?

20   All right.  Under the security deed, there is a similar type

21   notice and that's under Covenant 15.  Ms. Greecher, do you -

22   -

23         MS. GREECHER:  The Plan Trustee Exhibit 6.

24         MR. KAREEM:  Okay, it's in the Plan Trustee

25   Exhibit 6.

1              THE COURT:  Okay.

2              MR. KAREEM:  And under 15, the relevant part is

3    that all notices given by the borrower or lender in

4    connection with this account instrument must be in writing.

5              There's another applicable section which is the

6    section that I'm sure that we'll talk about a little bit

7    later on and that's section Covenant No. 20 of the same

8    security instrument.  And I have that beginning on Page 11

9    of 14 of the security instrument.  And it's entitled service

10   note -- change of loan servicer.

11             THE COURT:  Um-hum.

12             MR. KAREEM:  Notice of grievances.

13             THE COURT:  I see it.

14             MR. KAREEM:  Okay.  And it says the noteholder or

15   partial interest in the note together with the security

16   instrument can be sold one or more times without prior

17   notice to the borrower.  I want to comment on this.  This

18   gives a discretional ability to the lender.  It doesn't mean

19   it's mandatory for them to keep things hidden from me, but

20   it gives them the discretion to disclose it as a prior

21   notice.  It doesn't say it would never give notice, it just

22   says in the course of them transacting, they may do a

23   transaction and then give me notice later in terms of my

24   interpretation, okay?  The same might result in a change in

25   the entity known as the loan servicer that collects the

1  periodic payments under the note and the security -- and

2  performs other mortgage loan services obligations.

3          Now what's important here is if the loan servicer

4  is not part of the conglomerate of American Home Mortgage,

5  I'm not contracted with them.  They're a third party to me.

6  So it's very important that I have to establish who it is

7  has the lawful right to collect payments from me.  And I

8  will support that with the Supreme Court Laws with the -- by

9  the State of Georgia on this particular issue.

10         Now it goes on to say that the servicing

11 obligations under the note is a security instrument under

12 the law.  There also may be one or more changes of the loan

13 services unrelated to the sale of the note.  If there is a

14 change of the loan servicer, borrower will be given written

15 notice of the change, okay?

16         So my case that I'm -- with respect to RESPA and

17 the duty and good faith on behalf of American Loan -- Home

18 Mortgage was to give adequate notice about any change.  I

19 don't care what time it happened, but it's very clear that I

20 as the borrower/mortgagor should not be confused or trying

21 to figure out some of the business decisions of American

22 Home Mortgage as it relates to my property, my interest, and

23 to that note.

24         Okay.  So that's one claim that I have and I

25 think it's very significant because that became an issue of

1   fact preceding further actions that I was taking to secure

2   the investigation by HUD, trying to establish clarity who

3   had rights.

4          Another aspect about this to sell and change is

5   that at the time of closing, I signed a contract, okay?

6   There was no signature at the time that was made known to me

7   that American Home Mortgage signed it.  And as a matter of

8   fact, there is a provision under the -- we have to go back

9   to the promissory note on Page 9.  I'm sorry, Covenant 9 on

10  Page 5 of 6.  It says obligations of persons under the note.

11  If one or more persons signs the note, each person is fully

12  and personally obligated to keep all of the promises made in

13  this note, including the promise to pay the full amount.

14  Any person who is a guarantor, surety, or endorser of a note

15  is also obligated to do these things.

16         So when it became known to me during the course

17  of doing business with American Home Mortgage that the note

18  had been endorsed, then they had become the guarantor and

19  surety against my loan.

20         Now I also want to bring in the fact that that

21  endorsement -- there are three types of endorsements under

22  the commercial code.  There's a special endorsement, there

23  is an endorsement in blank, and there's also an endorsement

24  by accommodation.  An endorsement in blank under the law,

25  according to Black's Law Dictionary and everything that I

1  have researched indicate that it is endorsed on the back of

2  the instrument, not on the face or the front of it.  And

3  this becomes a material fact, a special endorsement, meaning

4  that there is a particular entity or person that it's

5  endorsed over to.

6           So as we go to Page 6 of 6 of the promissory

7  note, what has been put into the Court is on the face of

8  that page, the same page where I signed there is an

9  endorsement by Lisa Furco [ph], Assistant Secretary of

10 American Brokers Conduit.  And I am of the opinion that

11 that's prima facie evidence of an endorsement by

12 accommodation.  Now that has huge implication in terms of my

13 dischargeability because it was endorsed, I was not

14 notified, and then American Home Mortgage stepped into

15 another role with respect to that note.

16          Now what that does, Your Honor is that that leads

17 us to the issue of what lenders do call securitization.  And

18 it's a fact that they -- that American Home Mortgage

19 securitized the note.  The issue of controversy is what

20 trust did they put it in or is it multiple trusts?  Well

21 according to the Exhibit D that was -- that we referenced

22 with respect to the HUD investigation and I'm not finding it

23 here in the book, but there was a correspondence and I will

24 now go back to the Court to the language in which American

25 Home Mortgage Servicing, Inc., that -- well I call it the

1   loan servicer actually responded to the notice department of

2   HUD, office of RESPA.  And they indicated that the trust was

3   American Home asset 2006-3.

4          Now I did a motion very recently in which I put

5   in screenshots showing that, in fact, that loan number does

6   come up under that trust.  And let me acquaint the Court

7   with that screenshot.  That was put into the Court record as

8   Exhibit 100B.  And is the screenshot from Bloomberg.  And it

9   shows the loan number, the original loan number 001350490

10  and it's -- the issuer is American Home Mortgage 06-3.  It

11  has the correct loan amount of 159,200.  And it has the

12  correct zip code to my property which is 30044.  Now that

13  becomes another significant issue because now that's in a

14  public forum that my note is out there trading somewhere and

15  it's put into a trust and the issue was American Home

16  Mortgage.

17         Well securitization has its own argument and

18  suffice to say that in securitization that there's evidence

19  to show and am I going to show an exhibit that was filed in

20  the motion in limine.  I did deliver a copy to Ms. Greecher.

21  I do have a copy for the Court.  It's called Exhibit 100.

22  Let me -- if I -- let me find the copy so I can --

23              THE COURT:  Yes, please, yes.

24              MR. KAREEM:  May I approach the bench?

25              THE COURT:  Yes, please.  Thank you, sir.

1           MR. KAREEM:  What the --

2           THE COURT:  Did you say Exhibit 100?

3           MR. KAREEM:  Yes.

4           THE COURT:  All right.

5           MR. KAREEM:  This is a chart and this is I guess,

6    you know, they say a visual is better than a thousand words.

7    And so it will probably cut to the chase of a lot of the

8    things that I'm presenting.  But this chart here shows the

9    relationship and the securitization and how it was handled.

10   And at the top of the chart it shows the mortgagors and how

11   that would be placed or a contract originated through

12   American Home Investment, the originator, a subsidiary of

13   American Home Mortgage Holdings.  And also that now American

14   Home Mortgage Corp., becomes the sponsor that pools the

15   loans and that during the course of this whole

16   securitization that it was placed into that asset trust

17   series 2006.

18           Now this information comes directly off of the

19   security and exchange website, U.S. Securities & Exchange in

20   their database.  So this is -- and in that database, the

21   website polled by Bloomberg and references the anchor

22   database from the Securities Exchange.  So this is on

23   record.  This is a government record.  And it also shows

24   that the note will be given over and that the holder who

25   holds the loans will become Deutsch Bank National Trust

1   Company.  So at that particular point, American Home

2   Mortgage was no longer holding the note.

3          Now I don't know what the current status is with

4   respect to the note, but I know what this particular chart

5   is saying here in very explicit terms.  And they have some

6   other entities that are involved.  They do have a servicer

7   of that note to be American Home Mortgage Servicing which

8   was as we know it American Home Mortgage Servicing SV at the

9   time that this securitization was put together and is

10  contracted to their subsidiary would be the acting as the

11  sub-servicer under the master servicer, Wells Fargo Bank.

12  And that has implication about what happened later on in

13  this -- with respect that some other entities sold over

14  their rights.  But suffice to say that this was an

15  investment scheme that was put together or something that

16  they planned to do.

17         The significance behind this is that as they talk

18  about contract law, my research has showed that a contract

19  has four corners.  And the only things on those four corners

20  that's contained in those pages is what's binding.  Anything

21  that happens outside of that is not a part of the contract.

22  So it was never disclosed to me that American Home Mortgage

23  was intending to securitize that.  As a matter of fact, the

24  dates associated with the securitization happened within

25  according to counsel representing the debtors, happened

1  within 21 days after closing.  So it could be inferred that

2  there was some intent to securitize it after it was sold,

3  after I closed.  So and I want to correct myself.  After I

4  closed it, there was an intent for American Home Mortgage to

5  securitize it and to give over the note into the

6  securitization.  Well that has huge implication as well

7  because again, what it rings back to is who's the holder of

8  the note, who has rights, et cetera.

9         Under Georgia Law, there is a Georgia Fair

10 Lending Act that was enacted in 2005.  And that law is OCGA.

11 It's under banking and finance, 7-6A-2, Subsection 6 which

12 defines a creditor in a mortgage transaction scenario.  And

13 that law essentially defines that the creditor is the one

14 who originated the credit and extended the credit.  Now

15 there's a negative definition in that same subsection.  It

16 says the creditor shall not be an assignee, a purchaser, a

17 transferee, or a quasi-governmental agency.  So under the

18 applicable Georgia Law, that any other parties after they

19 sold it is not my creditor.  The only creditor that has

20 rights to enforcing the debt would have been American Home

21 Mortgage.

22         So that becomes significant in terms of to

23 disclose to me what was happening with my loan, who's

24 enforcing it, who has rights, if my rights have changed, is

25 it eligible for discharge, or what other factors?

1              So my issues, in fact, are related to contractual

2    breaches because now I'm saying that I didn't get notices,

3    they did actions that impacted me, caused other parties to

4    bill me unbeknownst to -- that happened years later.  Now I

5    fulfilled my duty with American Home Mortgage as it related

6    to making my commitments to them and doing my duty to them.

7    When they became insolvent, they were -- they had removed

8    themselves from the picture.  So that's why it's important

9    from -- for this Court to define the set of action that was

10   incumbent upon American Home Mortgage and their duty to me.

11             Now I would like to also relate to another

12   scenario in terms under Georgia Law which is called the

13   Unfair Deceptive Business Practices Act.  And that act is

14   defined under Contract Law 10-1-373, 372, and 370.  What

15   those three laws are saying is that a person or parties who

16   engage into unfair business practices and it defines it as

17   this.  Enjoining deceptive business practices it says --

18   well, let me see here.  One second, please.  Okay.  Suffice

19   -- okay, here it is.  Here it is.  Under 10-1-370, a person

20   is likely to be damaged by a deceptive trade practice by

21   another may be granted an injunction against it under the

22   principles of equity.  And it goes on to define that

23   anything that confuses a person is a cause of action of

24   being unfair and deceptive.  And also under the Georgia

25   Statute, it says that the fraud involved or the proof is not

1  important.  It's not incumbent upon me to prove it, it's to

2  bring the claim.

3       So one of the claims I am claiming is that how

4  American Home Mortgage dealt with me was unfair and

5  deceptive.  And the fact that I reached out to try to send

6  the loan, communicate it in October of 2008, sent it

7  directly to Michael Strauss and he didn't even give me the

8  courtesy to write me back.  That was an opportunity, I felt

9  for him to write back and set the record straight in 2008

10 and say we no longer have your loan, we're in solvent, or

11 whatever his scenario was.

12       And I'll go further to reiterate this being

13 insolvent, that's covered under the contract under the law.

14 Under the sale of notice change in loan services, notice of

15 grievances on Page 12 of 14 in the top paragraph, it says

16 neither the borrower nor lender may commence join or de-join

17 to any judicial action as either an individual litigant or a

18 member of a class that arises from the other party's action

19 pursuant to this security instrument or that alleges that

20 the other party has breached any provision of or any duty

21 owed to -- owed by reason of the security instrument until

22 such borrower or lender has notified the other party.

23       So getting back to the contract issue, they had a

24 duty to notify me even when they went into these proceedings

25 in this Court.  And when I sent them notices and they

1  ignored me, I was doing my part under the notice clause of

2  the contract.  Now under Georgia Law or acquiescence, it

3  also states that within a reasonable period that when

4  someone writes you, you have a duty to respond.

5         If we go further into the breaches, I mean, and

6  so this is -- I'm building a case for lack of good faith.

7  I'm building a case that there was a reasonable expectation

8  on my behalf to expect this lender to get in touch with me

9  and notify me, give me proper notices under applicable

10 federal and state laws and not to suppress the information

11 or send it off to other parties expecting them to

12 communicate with me because I wasn't contracted to them, I

13 was contracted to American Home Mortgage.

14        So the essence of my claims are contractual

15 breach, unfair deceptive business practices, and some of the

16 ancillary claims are dealing with specific notices that are

17 given and ignored and rights within the binding contract.

18 And I feel that my case is very open and shut in terms of

19 violation by American Home Mortgage.  So at this particular

20 time, I'm going to pull myself from the podium and allow

21 other parties to address the issue.

22        THE COURT:  Thank you.  I do have a question.

23 Can you specify any specific damages you suffered as a

24 result of these actions?

25        MR. KAREEM:  The specific damages would be that

1    the debt should have been discharged which means that later

2    on there are entities by the name of Murrs and I'm glad you

3    said that, that crossed or engaged into filing assignments

4    into Georgia land records.  And this is in January 25 of

5    2010.  And when this occurred, that presupposes because

6    American Home Mortgage was the principal that they either

7    had to give Murrs instructions from this Court to act in

8    that behalf or Murrs right to act as a nominee had been cut

9    off by the actions in this Court.

10              THE COURT:  Um-hum.

11              MR. KAREEM:  But yet it went forth.  So I'm

12    saying that's damage to cloud my land title record.  Now the

13    assessment, how much that's worth, I don't know because that

14    hasn't been unclouded yet and that's why I have other

15    litigation --

16              THE COURT:  Um-hum.

17              MR. KAREEM:  -- trying to get to that point.  The

18    other evidence I have is the fact that I have made payments

19    to parties and those parties have never come forth to

20    present any evidence that they had any servicing transfer

21    rights.  They never reported anything of significance even

22    to the Department of HUD  Now I was able to source from one

23    of my accounts some of the payments that I made.  And I did

24    that in another action to prove that I was acting in good

25    faith.  The contract was for 159,200.  Because these parties

1   sought a --

2           THE COURT:  Two separate contracts.

3           MR. KAREEM:  The contract in the scenario with

4   American Home.

5           THE COURT:  Okay.

6           MR. KAREEM:  Because those parties engaged in a

7   false application of enforcing the right of trying to

8   attempt to foreclose as though they were the creditor and

9   there's also an issue of fact where that remains.  And some

10  of the damages associated with the reporting to credit

11  bills, I estimated coming into this Court a claim of 250,000

12  and some other causation for damage and compensatory

13  damages.  But as this thing goes on and on and on, there may

14  be a cause for -- if this goes before a jury, the likelihood

15  that there could be other damages.

16          THE COURT:  Okay.  Thank you very much.

17          MR. KAREEM:  Um-hum.

18          THE COURT:  Ms. Greecher?

19          MR. SCHNITZER:  Your Honor, can we have two

20  minutes?

21          THE COURT:  Yep.  We'll take a short recess.  Let

22  me know when you're ready.

23          MR. SCHNITZER:  Thank you, Your Honor.

24              (Recess from 2:01 p.m. to 2:19 p.m.)

25          THE CLERK:  All rise.

1          THE COURT:  Please be seated.  Ms. Greecher?

2          MS. GREECHER:  Mr. Kareem had a few things to add

3  so we're going to let him complete --

4          THE COURT:  Oh, all right.  Mr. Kareem?  Ms.

5  Greecher's on her best behavior.  I hope you appreciate

6  that.

7                    (Laughter)

8          MR. KAREEM:  I'm very thankful to counsel.  And I

9  just wanted to say a few other notes about what we've

10  already discussed here.  In particular under the Deceptive

11  Trade Practices Act under Georgia Law --

12          THE COURT:  Um-hum.

13          MR. KAREEM:  -- OCGA-10-1-373 it states that

14  proof of monetary damage, loss of profits, or intent to

15  deceive is not required.  Relief granted for the copying of

16  an article shall be limited to the prevention of confusion

17  or misunderstanding as to source.

18          THE COURT:  Okay.

19          MR. KAREEM:  Okay?  Now the other thing is that

20  what I'm seeking, I'm here, I'm seeking relief and I think

21  that American Home Mortgage can mitigate their damages to

22  me.  I think I can -- I'll put something on the table I

23  think is reasonable because I feel that --

24          THE COURT:  If you're making a settlement

25  proposal, you really shouldn't do it on the record, but --

1          MR. KAREEM:  Oh, okay.  Then if that's the case -

2  -

3          THE COURT:  We have to -- I have another call so

4  we have to take a break at 3:00 so maybe that will be a

5  chance to have that discussion.

6          MR. KAREEM:  Okay.  But again, I just wanted to

7  summarize and say that there was also an unlawful use of the

8  promissory note.  Under the Georgia Commercial Code 11-9-

9  102, Subsection 64, it states emphatically that the

10 promissory note is a promise to pay.  It is not a deposit to

11 a bank or any sum certain.  So during the course of the

12 securitization effort by American Home Mortgage, their

13 actions is described as depositing my instrument into the

14 trust.  And I feel that that has a legitimate issue of fact

15 to determine did they convert the instrument into stock

16 certificates unauthorized by me and to their benefit.  So I

17 think that they received -- derived satisfaction and which

18 has left me in a precarious situation.

19         THE COURT:  Okay.

20         MR. KAREEM:  So there's a contractual breach, a

21 breach of fiduciary duty of my claims, deceptive trade

22 practices, and a potential discharge by accommodation.

23 Thank you.

24         THE COURT:  Thank you.  Ms. Greecher?

25         MS. GREECHER:  Your Honor, my colleague, Mr.

1    Schnitzer will be handling the cross, however, we thought it

2    might be best perhaps to shorten if we talk about our party

3    admissions now.  And if some of those party admissions come

4    in, it will shorten the cross examination.  Or we can go

5    ahead and cross.  We may have some overlap, but we can

6    address the part --

7            THE COURT:  Let's talk about the party

8    admissions.

9            MS. GREECHER:  Your Honor, it's the pink binder

10    that you've been provided a copy of.  And one of the reasons

11    that we did want to address them almost line by line is

12    because of Mr. Kareem's motion in limine.  He had had issues

13    --

14            THE COURT:  Um-hum.

15            MS. GREECHER:  -- with respect to the usage of

16    the litigation so I would like to walk through some of them

17    and perhaps they are non-issues or perhaps they are issues,

18    but we can address each one in turn.

19            THE COURT:  All right.

20            MS. GREECHER:  Your Honor, the index provides the

21    actual designations.  And each designation is highlighted in

22    the tab document thereafter.  So with respect to matter or

23    I'm sorry, Tab 1, it's the original complaint that was filed

24    against the FDIC and other parties in the District Court for

25    the District of Columbia.  We have designated Paragraph 1 in

1   its entirety which discusses Mr. Kareem's second home which

2   was located in Stockbridge, Georgia.  And that Mr. Kareem

3   sought an adjustable rate mortgage in connection with that

4   loan as well.

5           THE COURT:  Okay.  And that relevance has what?

6           MS. GREECHER:  Well, Your Honor, I don't think

7   he's raised it, but it had been a point of issue in the

8   motions as to perhaps that he did not know what he was

9   getting in terms of an adjustable rate mortgage versus

10  perhaps a fixed rate mortgage.  And one of the things that

11  we wanted to discuss was that he was actually seeking

12  adjustable rate mortgages and as you will see with -- in

13  connection with the Texas litigation which is with respect

14  to the specific loan, that he did seek an adjustable rate

15  mortgage.

16          THE COURT:  Well just that he sought one doesn't

17  mean he knows what it is.  I'm not saying he doesn't, but --

18  Mr. Kareem, do you have any objection to the admission?

19          MR. KAREEM:  Yes, I do object to that.  I think

20  there are some issues of fact associated --

21          THE COURT:  I'm sorry, you need to have a

22  microphone, thank you.

23          MR. KAREEM:  Yes.  I do object to what's been

24  purported here.  I think there's some issues of fact with

25  respect to there's different flavors of adjustable rate

1    mortgage and how they perform and purported to perform and

2    each one has to be looked at their own merits.

3              THE COURT:  All right.  Yeah, I'm going to deny

4    the party admission as not relevant.  You have one on

5    Paragraph 4.

6              MS. GREECHER:  I do, it's the first sentence of

7    Paragraph 4.  Really the crux of this is that Georgia

8    Closing Associates handled this loan.  You will hear

9    testimony that Georgia Closing Associates handled this

10   particular loan in connection with American Home Mortgage

11   and that Mr. Kareem actually selected this counsel for his -

12   - so this is to show that he also used them again a year

13   later in connection with the refinance of another loan.

14             THE COURT:  Well, but a year later he didn't know

15   about the issues.  That's -- I won't admit that.  That's

16   irrelevant.

17             MS. GREECHER:  Your Honor, we can skip over two,

18   it's an amended complaint and quite frankly it reiterates

19   the two.

20             THE COURT:  Okay.  Okay.

21             MS. GREECHER:  With respect to Tab No. 3, it's

22   the original complaint filed in the Texas action.

23             THE COURT:  Okay.

24             MS. GREECHER:  Again, we sought the admission of

25   the first sentence which is just the location of the home.

1  It's Paragraph 15.

2           THE COURT:  That's the home that's subject to the

3  -- this issue.  Correct?

4           MS. GREECHER:  And --

5           THE COURT:  All right, go ahead.

6           MS. GREECHER:  -- the admission also on Paragraph

7  15 that he sought a favorable adjustable rate note.

8           THE COURT:  All right.

9           MS. GREECHER:  This is the note that he sought

10 and it was sought as an adjustable rate note.

11          MR. KAREEM:  I --

12          THE COURT:  Yes, sir?

13          MR. KAREEM:  I object because it's the -- seeking

14 something for a favorable rate is one thing, the performance

15 of it is another.  I think we've talked about that and

16 that's where there's --

17          THE COURT:  All right.

18          MR. KAREEM:  -- issues of fact.

19          THE COURT:  Yeah, I'll allow the first sentence

20 which just gives the address, but I'll strike the second

21 sentence, it's not relevant.

22          MS. GREECHER:  Can I just interject?  Is Mr.

23 Kareem saying that he is fine with the indication that he

24 sought an adjustable rate note?  I mean, we're just trying

25 to make the -- what I'm trying to make the distinction here

1  is that he wasn't seeking a fixed rate note.  He can, you

2  know, disagree or dispute the issue as to whether or not the

3  adjustable rate note that he received was favorable, but I'm

4  really trying to narrow the issue and perhaps it's

5  irrelevant, but --

6          THE COURT:  Mr. Kareem, can you perhaps flesh out

7  a little bit about your -- really the process by which you

8  got the mortgage from American Home?

9          MR. KAREEM:  The process in which I got it?

10         THE COURT:  Yeah, I mean, did they approach you?

11 Did you approach them?  What --

12         MR. KAREEM:  I believe the broker approached me,

13 one of their brokers approached me.

14         THE COURT:  Sent you something.

15         MR. KAREEM:  And at that particular time, the

16 payments seemed to be attractive and that was part of the

17 inducement.  So there was probably some other promises

18 because it goes back a few years in terms of --

19         THE COURT:  Well what he sent you in the mail or

20 whatever on the phone with the favorable rate was an AR --

21 was an adjustable rate mortgage to begin with.  Correct?  In

22 order for --

23         MR. KAREEM:  It was a --

24         THE COURT:  He sent you something, you know, 1.9

25 percent adjustable rate mortgage, et cetera, et cetera.

1          MR. KAREEM:  That's correct.  And I think as we

2    go -- if you go into this a little bit, the loan application

3    had 1.9 and then later on it was switched to 2.0 or 2

4    something.  So --

5          THE COURT:  All right.

6          MR. KAREEM:  -- whatever promises --

7          THE COURT:  But it was always an adjustable rate

8    mortgage?

9          MR. KAREEM:  Yeah.  I was -- at the time, I was

10   rate sensitive, okay, but there was a lot of things that

11   were confusing about how that --

12         THE COURT:  I understand.  I still don't see how

13   it would be relevant so I'll continue to strike the second

14   sentence.

15         MS. GREECHER:  Thank you, Your Honor.

16         THE COURT:  But I'll allow the first sentence

17   and, as well as, Paragraph 16.

18         MS. GREECHER:  Okay.  That moves us to Paragraph

19   25 which --

20         THE COURT:  Okay.

21         MS. GREECHER:  Paragraph 25 is that Mr. Kareem

22   made three demands for rescission to AHMSI which is actually

23   the new party or the new servicer.  And that AHMSI denied

24   the right on three -- the right of rescission on three

25   various occasions, the first of which is August 26, 2008.

1          THE COURT:  Right.  Mr. Kareem, any objection?

2          MR. KAREEM:  I stated my general objection as to

3  how this 2008 was beyond the scope relevant to -- well the

4  relevance is this.  Number one is that I was trying to seek

5  out and know who are the parties involved in my loan.  And I

6  was sending out notices because I had no contact with

7  American Home Mortgage.  And there was also the appearance

8  that well maybe this is the same entity.  So this -- so

9  there was a lot of confusion there.  So yes, did I send

10  those correspondence?  Yes, absolutely.

11          THE COURT:  All right.  I'll allow that

12  paragraph.

13          MS. GREECHER:  Your Honor, the next is the

14  subsequent paragraph which is an admission that AHMSI which

15  is the purchaser of the servicing presented Mr. Kareem with

16  a copy of his promissory note on or about July 7, 2008.

17          THE COURT:  And what's the relevance?

18          MS. GREECHER:  Your Honor, Mr. Kareem asserts

19  that he didn't have notice and he doesn't know where the

20  note is being held.  This is a direct response from the

21  servicer and its agents providing him a copy with the

22  original note showing that it was, I don't want to say owned

23  by AHMSI, but being serviced by AHMSI and that the note is

24  being held by another party other than American Home

25  Mortgage.

1             THE COURT:  Well, but that doesn't -- that's not

2    what that sentence says.  That sentence simply says that

3    they sent him a copy of the note which I mean, did they send

4    you a copy of the note?

5             MR. KAREEM:  Yes, they sent me a copy of the

6    note, but it did not explain --

7             THE COURT:  I understand.

8             MR. KAREEM:  -- the securitization going on and

9    other --

10            THE COURT:  Yeah.

11            MR. KAREEM:  -- ancillary issues.

12            THE COURT:  I'll allow it simply for the fact

13   that they sent you the note, a copy of the note.  It doesn't

14   say anything about where it came from, et cetera.

15            MS. GREECHER:  Okay.  Your Honor, the next is the

16   admission in Subparagraph 27-3 that the new servicer began

17   referencing a new account number on July 7, 2008.

18            THE COURT:  I'm not quite sure I understand the

19   sentence with -- they changed your loan number on you

20   without any re-contract or notification?  I mean, it looks

21   like --

22            MR. KAREEM:  That's correct.  That's correct.

23   Okay.  And in that particular action, there was a concern

24   about reconcilement of the account having a true and

25   accurate accounting.  Why did the loan numbers change?

1  These were issues that's going forth in that case.

2           THE COURT:  Okay.  I'll allow that.

3           MS. GREECHER:  And, Your Honor, the next is the

4  admission in Paragraph 32 that ABC which in this context is

5  American Brokers Conduit, I believe which is a d/b/a of

6  American Home Mortgage Corp., securitized Mr. Kareem's loan

7  on July 7, 2006.  And then it also has -- actually, I think

8  I've highlighted too much in this spot we were -- the

9  admission is appropriately put in the designation.  It's

10  just the admission in Paragraph 32 that American Brokers

11  Conduit securitized the loan on or about July 27 --

12           THE COURT:  Yeah, but without the benefit or

13  knowledge of mortgagor.  That's the rest of the sentence.  I

14  mean is your argument, is it going to be your argument that

15  at that time he knew that?

16           MS. GREECHER:  No.  Your Honor, we're trying to

17  get some basic facts in on these and the -- one of the

18  arguments that we have is if there is damages with respect

19  to this, that the securitization and the transfer of the

20  sale note happened pre-petition.  So in this context, Mr.

21  Kareem is just admitting that the securitization happened in

22  or about July of 2006.  I don't think that it's a contested

23  fact at this point that we are doing it.  We will have

24  testimony, but the admission is merely a matter of date as

25  to when the securitization happened so that come argument we

1  can all agree that the securitization and the sale of the

2  note occurred pre-petition and that's in context to the fact

3  that Mr. Kareem is asserting an administrative liability

4  claim.

5          THE COURT:  Well but it goes on to say that the

6  new account number I guess happened in '08, right?

7          MS. GREECHER:  That's correct which it was the

8  prior admission that we used.  The reasoning why I had

9  actually highlighted this and took it off is because he's

10  saying that AHMSI securitized and it seems like he believes

11  that there's an additional investment.  That's not something

12  that we're admitting to and that we don't believe that

13  that's an appropriate designation because that's not an

14  accurate statement.

15          THE COURT:  Well, overruled.

16          MS. GREECHER:  Your Honor, I think the next

17  several may go faster because they are amendments, amended

18  complaints.

19          THE COURT:  Okay.

20          MS. GREECHER:  The first sentence of Paragraph 2,

21  I believe that you admitted in the previous complaint, it is

22  the same statement, however, you denied the admission of

23  Paragraph 2 that he sought the adjustable rate note, so B --

24  A would be admitted, but B would be denied.

25          THE COURT:  Well it's duplicative of what I've

1  already done so --

2          MS. GREECHER:  Correct.

3          THE COURT:  -- overruled.  You don't need to add

4  duplicative evidence in.

5          MS. GREECHER:  Okay.  Paragraph 4 is also

6  duplicative of --

7          THE COURT:  Okay.

8          MS. GREECHER:  Paragraph 8 is not a duplication,

9  it's the Subsection 4(D).  It's the admission that the

10 attempts to seize Mr. Kareem's property by foreclosure were

11 done without the involvement of American Home Mortgage

12 Holdings which is the debtors in this case.

13         THE COURT:  Mr. Kareem?

14         MR. KAREEM:  I made a general comment before the

15 Court and motion in limine and I think this is what this is

16 taking it down.  We're taking another Court case and we're

17 trying to take things in context in that case to bring it

18 into this one to try to establish some type of relevance.

19         THE COURT:  Yeah, I'm going to overrule the

20 motion because it's unclear to me what that clause means.

21 And it's a clause in a -- certainly something signed under

22 Rule 11, but still I don't think it's sufficiently detailed

23 enough to constitute a party admission that would be

24 relevant so overruled.

25         MS. GREECHER:  Your Honor, the next admission

1   would be in Paragraph 15.   That AHMSVI which is the debtor

2   servicing entity acted as American Broker Conduit's loan

3   servicer.

4           THE COURT:   Well unless you're going to admit the

5   whole sentence, frankly, I think it's out of context.

6           MS. GREECHER:   Okay.

7           THE COURT:   So what does okay mean?   Either you

8   don't -- you want to or not?

9           MS. GREECHER:   We have that denied.   We'll

10  withdraw the admission.

11          THE COURT:   All right.

12          MS. GREECHER:   And Paragraph 32 is a duplicate.

13  It was admitted in the last complaint, but it is a

14  duplicate.

15          THE COURT:   All right, it's overruled as

16  duplicative.

17          MS. GREECHER:   Your Honor, No. 5 is a second

18  amended complaint.   So I believe that many of these if

19  possible would even go faster.   Let's see.   A would be

20  duplicative of a previously admitted statement that the home

21  is located in Lawrenceville.

22          THE COURT:   Um-hum.

23          MS. GREECHER:   B would be denied previously.   5 I

24  believe is denied previously.

25          THE COURT:   Um-hum.

1        MS. GREECHER:  No, I apologize.  It was --

2        THE COURT:  No, that was admitted.

3        MS. GREECHER:  -- admitted.

4        THE COURT:  Yeah.

5        MS. GREECHER:  D was denied.

6        THE COURT:  I think it was withdrawn.  Oh, no,

7   I'm sorry.  What is D, Paragraph 9?

8        MS. GREECHER:  It is.  It's the concept of

9   without American Home Mortgage.

10        THE COURT:  Oh, all right.

11        MS. GREECHER:  You had denied that and I believe

12   we withdrew --

13        THE COURT:  Yeah.

14        MS. GREECHER:  -- E.

15        THE COURT:  Yeah.

16        MS. GREECHER:  And we will withdraw that as well.

17   And Paragraph 33 is duplicative, but previously admitted.

18        THE COURT:  All right.

19        MS. GREECHER:  Tab 6 is plaintiff's opposition to

20   defendant's motion for summary judgment.

21        MR. KAREEM:  Which is this in 6?

22        MS. GREECHER:  Yes.

23        THE COURT:  I don't see anything highlighted.

24   What are we looking for?

25        MS. GREECHER:  Your Honor, I'll withdraw that.

```
 1              THE COURT:  All right.

 2              MS. GREECHER:  Then we're moving to Subparagraph

 3    78(A).

 4              THE COURT:  Are we on 7 now?

 5              MS. GREECHER:  No, we're still on 6, Your Honor.

 6              THE COURT:  Oh, I thought you withdrew it.

 7              MS. GREECHER:  Oh, I'm sorry, just sub -- just

 8    the admission in 12.

 9              THE COURT:  All right.  So where am I, 78?

10              MS. GREECHER:  Um-hum, although I will withdraw

11    that as well based on earlier conversations.

12              THE COURT:  Okay.

13              MS. GREECHER:  Your Honor, we'll withdraw all of

14    the admissions on 6.

15              THE COURT:  Okay.

16              MS. GREECHER:  On No. 7, there -- the final

17    admission would be the admission in Subparagraph 3(E) that

18    Mr. Kareem's last payment to AHMSI was on August 11, 2009.

19              MR. KAREEM:  Okay.  Again, I object to that

20    because of -- there has been some potential other things

21    that would conflict with that in terms of the securitization

22    that would have to be expanded to talk about other payments

23    made on behalf and other accounts that where payments have

24    been made.  But again, under the generalness of bringing in

25    the other Court actions with respect to --
```

```
1                THE COURT:  Well --

2                MR. KAREEM:  -- these -- the context of talking

3   about another group, also the context of when did American

4   Home Mortgage cease to function and perform their duties and

5   my duties towards them, I think this is irrelevant.

6                THE COURT:  All right.

7                MS. GREECHER:  Your Honor, I understand Mr.

8   Kareem's argument is that the loan is somehow discharged by

9   virtue of a deficient notice or a contractual breach.

10  However, Mr. Kareem specifically said that he had done

11  everything that he was obligated to do in the note in his --

12  essentially in his proffer or his testimony.  This

13  contradicts that in the fact that his last payment was

14  August 11, 2009.  It's the last payment that he's made and

15  he's not paid a subsequent payment.  If he would like to

16  expound upon what his current status of the loan is, I think

17  he has an opportunity to do that.  But this is a party

18  admission that his last payment was made on October or I'm

19  sorry, in August of 2009.

20               MR. KAREEM:  We're dealing with relevance, Your

21  Honor.  The time I made payments to American Home Mortgage

22  was to their benefit.  When they went into insolvency, those

23  payments was not to their benefit or to the benefit of this

24  Court.  And the case that I was making against the other

25  parties is that those parties would have to show that
```

1  they've got expressed permission to carry on a business

2  activity with respect to that contract and they failed to do

3  that.  Also, that those statements were made in conjunction

4  with an investigation that was done by the HUD RESPA --

5            THE COURT:  Yeah.

6            MR. KAREEM:  -- where they failed to come forward

7  with their requirements to show they had causation --

8            THE COURT:  Okay.

9            MR. KAREEM:  -- to go forward.

10            THE COURT:  I'll overrule the request.  And, you

11  know, these are all things you might be able to get into on

12  cross.  This piece might be relevant, but it sounds like

13  there's some flavor to it and it's hard when you pull out a

14  clause in a complaint to, you know, to figure out whether

15  that fact is indeed admitted or is part of an admission

16  perhaps that goes to a different purpose so I'll overrule

17  that.

18            MS. GREECHER:  Understood.  And, Your Honor, you

19  know, I do appreciate taking the time to walk through those

20  now so that we could attempt to narrow and we are able to

21  take the opportunity to examine the issues that were denied

22  on cross examination.

23            THE COURT:  Okay.

24            MS. GREECHER:  Which we will --

25            THE COURT:  Again, as long as they're relevant.

1          MS. GREECHER:  Correct.  And those objections

2   will be able to be brought by Mr. Kareem.

3          THE COURT:  Um-hum.

4          MS. GREECHER:  And if Your Honor's ready, I will

5   have Mr. Schnitzer handle the cross examination.

6          THE COURT:  Okay.  Mr. Kareem, would you please

7   take the stand up there.  Your previous affirmation to tell

8   the truth is still in place.  It looks like they've given

9   you a notebook up there they'll probably ask you to refer

10  to.

11         MR. KAREEM:  Okay.

12         THE COURT:  And that mike's a little -- that

13  mike's a little dicey to try to make sure you're close to

14  it, if you would.

15         MR. KAREEM:  Okay.

16         THE COURT:  Great, thank you.

17         MR. KAREEM:  Okay.

18         THE COURT:  All right.  Mr. Schnitzer, you may

19  proceed.

20         MR. SCHNITZER:  Thank you, Your Honor.  For the

21  record, Edward Schnitzer from Hahn & Hessen on behalf of the

22  plan trustee.

23                    CROSS EXAMINATION

24  BY MR. SCHNITZER:

25  Q.  Good afternoon, Mr. Kareem.

1  A.  Good afternoon.

2  Q.  I just want to go over a few things about the loan so I

3  can make sure we all understand each other.  The type of

4  loan you received from American Home was an adjustable rate

5  mortgage.  Is that correct?

6  A.  That is correct.

7  Q.  And you had wanted an adjustable rate mortgage.  Is that

8  also correct?

9  A.  Well it was offered to me, it was presented that it

10  would be good for me.

11  Q.  And is it correct that the loan closed?

12  A.  That's correct.

13  Q.  And is it correct that part of the proceeds from the

14  loan paid off a prior mortgage that you had with another

15  bank?

16  A.  I can't recall if there's a release of lien obligation

17  with respect to that loan.  So I'm not able to say if it

18  did.

19          THE COURT:  Release of lien obligation in the

20  previous loan?

21          MR. KAREEM:  That's correct.

22          THE COURT:  But the money did go, some money went

23  to that loan?

24          MR. KAREEM:  Purportedly, I was led to believe

25  that that was correct.

1  BY MR. SCHNITZER:

2  Q.   Have you other learned otherwise?

3  A.   I can't remember who the previous lender was.

4  Q.   Okay.  I want to direct your attention to Exhibit 3 in

5  the yellow binder.

6  A.   Yellow binder, Exhibit 3.  What page?

7  Q.   The first.  Do you see it's entitled A, settlement

8  statement?  Do you see that document?

9  A.   Okay, now I'm getting lost.  Where is this -- where are

10 you trying to direct me to, Counsel?

11 Q.   Exhibit 3, the first page.  Are you in Exhibit 3 in the

12 yellow binder?  There are tabs on the left side.

13 A.   Exhibit 3, okay.  This is the HUD settlement statement?

14 Q.   Correct.

15 A.   Okay.

16 Q.   Last page, do you see your signature?

17 A.   I see a signature that looks like mine.

18 Q.   Do you have any reason to believe that's not your

19 signature?

20 A.   No, I said it looks like mine.  It's not an original

21 format, but I said it looks like mine.

22 Q.   Right.  And I want to know do you have any reason to

23 believe it's not actually your signature or a copy of?

24 A.   Well again, I will say that it looks like my signature.

25 Q.   All right.  I direct your attention to the first page of

1  this exhibit.  And if you find the line, the row that starts

2  with 104.  It's between the top two rings of the binder.

3  A.  Okay.  Now this is on -- it says PTT at the bottom?

4  Q.  Correct, yes.

5  A.  Okay, 104.

6  Q.  Do you see the row that says 104 and it says payoff on

7  there?

8  A.  Yes.

9  Q.  Do you recall your prior loan being with Washington

10 Mutual and do you recall the loan from American Home paying

11 off that loan?

12 A.  Well this document says that that's what it -- that it

13 was Washington Mutual.

14 Q.  Do you have any reason to doubt the accuracy of this

15 document?

16 A.  If you're purporting that this truly reflects the actual

17 document itself, the one in blue ink, if it is a certified

18 verified copy, then I have no issues of it.

19 Q.  Looking at this document today, do you have any reason

20 to doubt that $152,325.30 was paid to satisfy your loan from

21 WAMU?

22 A.  I -- sir, I do not know, in fact, if that happened

23 because of the fact that I do not have any instruments to

24 support it unless you're prepared to show me the instrument

25 to support it.  I see what's written here and that's what

1  I'm testifying to.

2  Q.  As far as you know is your loan from WAMU still

3  outstanding?

4           THE COURT:  Let's move on.

5  BY MR. SCHNITZER:

6  Q.  Mr. Kareem, did your monthly payments decrease once you

7  received the loan from American Home?

8  A.  I believe it did.

9  Q.  And it's fair to say that was part of what you were

10 looking for in a new loan, right?

11 A.  That's what I was promised.

12 Q.  And that's what you wanted, right?

13 A.  That's what attracted me to the American Home Mortgage

14 offer.

15 Q.  Do you also recall if you received any cash from the

16 loan?

17 A.  I don't recall, but in terms of the -- all of the

18 nuances about that transaction, but I do see in this

19 document there's a limited amount of cash out.  The specific

20 amount of cash out with that, I don't -- I didn't recall the

21 details.

22 Q.  Is it fair to say that at some point in time, you

23 stopped paying -- making the loan payments on your loan that

24 was originated by American Home?

25 A.  Not to American Home.

1    Q.  By not to does that mean you stopped paying them to

2    American Home?  I'm not sure I understand what your answer

3    means.

4    A.  When American Home Mortgage, the entity that originated

5    the loan and we contracted to do business together during

6    the course of them being insolvent and their entities

7    invoiced me, I paid them.

8    Q.  Has there come a time in which you stopped making

9    payments with respect to the monthly bills that you received

10   with respect to the note that you've testified to?

11   A.  As of recently, I get no bill.  And that's been quite a

12   while.

13   Q.  Is it correct that the last time you made a payment to

14   AHMSI was on August 11, 2009?

15   A.  Now which AHMSI are you referring to?  Are you referring

16   to the one that took over after the American Home Mortgage

17   entity?

18   Q.  I'm referring to either.  Have you made a payment to any

19   entity known as AHMSI after August 11 of 2009?

20   A.  After August 11, 2009?

21   Q.  Correct.

22   A.  I believe I did.

23   Q.  And who did you make that to?

24   A.  Well the entity -- during that period of time, you're

25   talking about August, I believe that there was some payments

1  that was made to them during the course of the HUD

2  investigation.

3  Q.  Let me put it this way.  When is the last payment you

4  made to AHMSI, any AHMSI?

5  A.  Okay.  I think for the clarity of this Court, I would

6  like to clarify one as being the new loan servicer versus

7  the original loan servicer, okay?

8  Q.  All right.

9  A.  Okay.  Now the new loan servicer, they haven't invoiced

10  me for quite a while.

11  Q.  Okay.  Let's -- I will use your term.  When is the last

12  time you made a payment to what you are referring to as the

13  new loan servicer?

14  A.  Okay.  I have some records to show around sometime in

15  September that there were -- or some portion of that time,

16  if my memory recollects.

17  Q.  And by September, you mean September of 2009.  Correct?

18  A.  2009.  But that does not presuppose that there were

19  other payments made on my behalf.

20  Q.  Have you asked -- strike that.  When is the last payment

21  you made to what you refer to as the old loan servicer?

22  A.  I have no idea about that.  I wasn't tracking that.

23  Q.  Do you know if it was later than September of 2009?

24  A.  Wait, wait, wait, wait.  Okay.  The question that you're

25  asking, Counsel, I want to make sure that we are in the same

1   ballpark.  The original loan servicer was defunct in 2009.

2   Now are you saying that payments that I thought that were

3   going to them, but they never took possession of?  Is this

4   the source of your question, for my clarity?

5   Q.  What I'm trying to ask is when was the last payment you

6   made to what you're referring to as the old loan servicer.

7   If you can tell me a date, that's what I'm looking for.  If

8   you can't tell me a date --

9   A.  No, I can't tell you a date.

10  Q.  Can you flip to Exhibit 4 in the yellow binder?  Is this

11  a copy of the adjustable rate note that you testified to

12  when you made your proffer?

13  A.  That seems to be consistent with the other copies that

14  I've been receiving.

15  Q.  Do you have another copy with you that you would prefer

16  to use instead of the one in this binder?

17  A.  Let me examine it.

18  Q.  Please.

19  A.  This seems to be proper.

20          THE COURT:  All right.  I'm going to have to

21  interrupt you.  I have this telephone call, I hope not more

22  than fifteen or twenty minutes and then no more distractions

23  for the rest of the day, I promise.  All right.  So we're in

24  recess.

25          MR. SCHNITZER:  Thank you.

1          MR. KAREEM:  Okay.

2               (Recess from 2:57 p.m. to 3:15 p.m.)

3          THE CLERK:  All rise.

4          THE COURT:  Please be seated.  All right.

5    Continue, thank you for your patience.

6          MR. KAREEM:  Excuse me, may I address the Court?

7          THE COURT:  Yes.

8          MR. KAREEM:  Okay.  I want to make a general

9    objection to this line of questioning as it relates to the

10   account, accounting, et cetera.  I have asked for discovery

11   which has -- we have not had a full discovery as to apprise

12   me of the right to look at authentic documents.  You are

13   presenting copies of documents that have not been certified

14   and you're asking me to ascertain --

15         THE COURT:  All right.

16         MR. KAREEM:  -- the correctness and the

17   truthfulness of it.  As I have stated earlier that I have

18   had received sanitized copies, but that does not make them

19   authentic.  And because there's been a lack of presentment

20   of authenticated records, that I think it would be unfair in

21   this line of questioning.

22         Secondly, there's an issue of fact with having an

23   audited record to go from that and appropriate cross

24   examination of other parties that are witness to the

25   authenticity of these documents.

1          The last thing I would like to say is that

2    because I am involved in other Court actions, I want to

3    limit the scope of this cross examination for reasons of

4    judicial estoppel.

5          MS. GREECHER:  Your --

6          THE COURT:  All right.  Well, yes?

7          MS. GREECHER:  -- Honor, I understand that Mr.

8    Schnitzer is handling the cross examination and perhaps it's

9    a little odd that I stood up, but I chose to stand up mainly

10   because I was involved with the teleconference that we had

11   on Monday in connection with the discovery and I would like

12   to address that just briefly to say that we did receive his

13   discovery.  We advised the Court that we believed that it

14   was late.  This is a matter as I mentioned at the discovery

15   teleconference when Mr. Kareem chose not to participate,

16   that this is a matter that has been outstanding for some

17   time.  He sought an immediate hearing on the matter to have

18   his loan discharged and then filed a second motion for an

19   administrative claim.  We had anticipated going forward on

20   October 7 after Mr. Kareem refused to adjourn that hearing

21   and three days before that trial, Mr. Kareem requested that

22   it be continued and we did consent to that with the

23   understanding that there would be no more continuances.

24         We are here today.  Today is the opportunity for

25   Mr. Kareem to present his claim and as a result, we believe

1  that now is the time all of the evidence should be

2  presented.  To the extent that he is disputing the

3  authenticity of certain documents, we do have Ms. Wanerka

4  who will testify during our presentment.  But Mr. Kareem's

5  argument is based mainly on contractual breaches of a note

6  that he is now contesting is not authentic or not otherwise

7  admissible.  If Your Honor would like to not admit that

8  document --

9           THE COURT:  He's not doing that.  He's saying

10  that he doesn't know whether what's being put in front of

11  him is what he signed.  And that's not to say that the --

12  and I'm not sure that's -- that might be a distinction

13  without a difference, but that's his point.

14           MS. GREECHER:  Well perhaps it is a distinction

15  without a difference.  Mr. Kareem used --

16           THE COURT:  I mean, all authenticity requires is

17  that the document appear to be what it purports to appear

18  and that's all the --

19           MS. GREECHER:  Correct.

20           THE COURT:  -- rule says.

21           MS. GREECHER:  But, Your Honor, Mr. Kareem used

22  the note in his argument.  If he's not going to admit the

23  note that we provide or not going to admit any note into

24  evidence, there's no contract to have been breached.  And

25  Mr. Kareem has the ultimate burden with respect to his

1    arguments.

2              MR. KAREEM:  Your Honor --

3              THE COURT:  If you're talking about questioning,

4    are we talking about questioning or are we talking about

5    admission into evidence.

6              MS. GREECHER:  Well I think he's raised several

7    questions.

8              THE COURT:  You can admit the document without

9    him having anything, you know, whether he agrees with it or

10   not or whether he has problems or not.  I mean, documentary

11   evidence is evidence as well and --

12             MS. GREECHER:  I think the point is with -- at

13   least with respect to cross examination, Mr. Schnitzer and I

14   realize that perhaps this is the time where Mr. Schnitzer

15   should jump in since it's his cross, but that the purpose is

16   to discuss the note that Mr. Kareem is asserting are

17   contractual -- that we have contractually breached.  If he

18   would like to use another note that he believes is the

19   appropriate contract, then he --

20             THE COURT:  We're talking past each other.

21             MS. GREECHER:  Perhaps.

22             THE COURT:  I mean we're really talking past each

23   other.

24             MS. GREECHER:  Okay.

25             THE COURT:  I'm looking at this.  I'm looking at

1    the rules.   To prove the content of a writing, recording, or

2    photograph, the original writing, recording, or photograph

3    is required.   That's 1002.   Then it goes on to say, a

4    duplicate is admissible to the same extent as an original

5    unless there's a genuine question raised as to the

6    authenticity and I -- frankly, I don't think that's been

7    done or in the circumstances, it would be unfair to admit

8    the duplicate in lieu of an original.

9          So as far as I've seen the documents as they --

10   the contractual documents are admissible and I'm not sure

11   you need to go any further.   I mean, you're going to get

12   into a tap dance that's never going to end trying to nail

13   them down on some sort of admission, it's not going to

14   happen.   That doesn't mean the documents aren't admissible.

15         MS. GREECHER:   Okay.   Then perhaps I did

16   misunderstand Mr. Kareem because I believe that he was

17   objecting to the admissibility of these documents --

18         THE COURT:   He was.

19         MS. GREECHER:   -- and usage on authenticity

20   purposes.

21         THE COURT:   He was.

22         MS. GREECHER:   Okay.

23         THE COURT:   Now make a response.   The rule says

24   they're admissible, your right.   Authenticity objection is

25   overruled.

1              MS. GREECHER:  Okay.  Thank you, Your Honor.

2              MR. SCHNITZER:  Your Honor --

3              THE COURT:  You're overcomplicating, frankly.

4              MS. GREECHER:  I have been known to so.

5              THE COURT:  Yeah, well you're a lawyer, that's

6    what we do or it's what we're trained to do.

7              MR. SCHNITZER:  Your Honor, Mr. Kareem made a

8    second objection as well referencing judicial estoppel and I

9    can try to respond to that, if you believe it's necessary.

10             THE COURT:  I'll ask you what you mean by

11   judicial estoppel and --

12             MR. KAREEM:  Well if I make certain statements in

13   this Court, then that can have an implication in other

14   Courts.

15             THE COURT:  Correct.

16             MR. KAREEM:  And so I want to be very careful

17   about what I am self-confessing to.

18             THE COURT:  Very well, as long as you tell the

19   truth, but just the fact that you have other matters going

20   forward in and of itself, you still have to answer the

21   questions --

22             MR. KAREEM:  Yeah.

23             THE COURT:  -- to the best of your ability.  If

24   it were a criminal matter pending someone else, the outcome

25   would be different, but because it's a civil matter, you

1  have to answer.

2         MR. KAREEM:  Yeah.

3         THE COURT:  All right, let's go.

4         MR. SCHNITZER:  You can put that exhibit away for

5  now, Mr. Kareem.  I'll withdraw any outstanding question I

6  had at the time.  Mr. Kareem, in your proffer, you -- I

7  believe you referenced at some point an account number in

8  your mortgage changing.  Is that correct?

9         MR. KAREEM:  Not by American Home Mortgage.

10         THE COURT:  Did the --

11         MR. SCHNITZER:  Well then, by whom?

12         THE COURT:  I mean, did the account number change

13  at some point?

14         MR. KAREEM:  Yes, it did change by third parties.

15         THE COURT:  Okay.

16         MR. SCHNITZER:  Who were those third parties?

17         MR. KAREEM:  Well, I can't think of the name of

18  the company that -- I learned later on that they were --

19  well WL Ross was the investor of the servicing company and

20  they changed their name to be American Home Servicing

21  Mortgage with exponent three at the time which we have

22  identified in this Court to be the new loan servicer.  And

23  that happened sometime around April of 2008.

24         MR. SCHNITZER:  April 2008 when they became the

25  new servicer.  Correct?

1           MR. KAREEM:  According to business records.

2           MR. SCHNITZER:  Okay.  And is it correct that the

3   change in the account number you're referring to happened

4   some time after that April 2008 date?

5           MR. KAREEM:  I'm not sure.

6           MR. SCHNITZER:  Is it correct that in your

7   complaint that you filed in the Southern District, in the

8   Federal Court for the Southern District of Texas, you

9   stated, however, on July 7, presentment of data to the

10  mortgagor they began referencing a new account number

11  0031256902 without any re-contract or notification?

12          THE COURT:  July of when?

13          MR. KAREEM:  Well --

14          THE COURT:  July of when?  Does it say?

15          MR. SCHNITZER:  In the sentence above it says

16  2008, Your Honor.  I was trying to quote it without

17  misstating.

18          THE COURT:  All right.  All right.

19          MR. KAREEM:  That particular statement to which

20  you're referring to, but my research had determined.  That

21  doesn't mean that that's the exact date that they started to

22  changing the account number.

23          MR. SCHNITZER:  Okay.  Is it also correct in that

24  same complaint brought in the Texas Federal District Court,

25  you stated plaintiff made three demands for rescission under

1  15 USC Section 1692 and in each occasion was denied the

2  right of execution by AHMSI on or about August 26, 2008.

3  February 24, 2009, and again on or about September 27, 2009?

4            MR. KAREEM:  I believe that's correct.

5            MR. SCHNITZER:  That's correct that you made that

6  statement in the complaint?

7            MR. KAREEM:  Yes, are you referencing something

8  that was actually filed in the Court and has a Court stamp

9  on it?

10            MR. SCHNITZER:  I am.

11            MR. KAREEM:  Okay.  Then I believe that's

12  correct.  Is there a page in this book that I'm supposed to

13  refer to?

14            MR. SCHNITZER:  Yes.  Take the pink binder.  Your

15  Honor, that's the admission binder.

16            THE COURT:  Yeah.

17            MR. SCHNITZER:  Go to Tab 3.  And go to Paragraph

18  25.  Your Honor, I apologize if this one was admitted my

19  notation is incorrect.

20            THE COURT:  I think it was.  So let's move on.

21            MR. KAREEM:  So that's going to be stricken from

22  the record?

23            THE COURT:  Your response is, yes, but the -- as

24  previously stated, the admission has been introduced into

25  evidence as limited by the Court's rulings.

1            MR. SCHNITZER:  Mr. Kareem, in your proffer, you

2    stated something to the effect of when American Home became

3    insolvent, they removed themselves from the picture.  I'm

4    trying to understand that.  What did they remove themselves

5    from, in your opinion?

6            MR. KAREEM:  Okay.  Now are you referring to a

7    particular page and that's what you're looking at so that I

8    can put it in proper context?

9            MR. SCHNITZER:  Well this was from your

10   testimony.  When you stood up here and gave your story to

11   the Court, you said something to the effect of and I --

12           MR. KAREEM:  Are you're paraphrasing?

13           MR. SCHNITZER:  Correct.  I do remember you say

14   removed themselves from the picture.  The first part of that

15   may have been paraphrased, but you said something to the

16   effect of that when American Home became insolvent or you

17   may have said dissolution, they removed themselves from the

18   picture.  I wanted to understand what you meant by they

19   removed themselves from the picture.

20           MR. KAREEM:  Okay.  Well to the best I'm

21   understanding what you're asking, I'll refer to Georgia Law

22   under OCGA 44-14-181.  It says when a mortgagee is deceased,

23   then the parties who can act on behalf of the mortgagee is

24   the executor or administrator.  Now that is applicable to in

25   my mind what happened with American Home Mortgage.  That

1  they are going to a position of being deceased or dissolved,

2  a corporate death or dissolution.

3          MR. SCHNITZER:  Okay.

4          MR. KAREEM:  And at that point in time, the only

5  party who could act on their behalf would have been the

6  executor or administrator.

7          THE COURT:  So by filing bankruptcy -- what

8  you're saying is by filing bankruptcy, they removed

9  themselves from the picture.

10          MR. KAREEM:  That's correct.

11          MR. SCHNITZER:  Do you believe that by filing

12  bankruptcy --

13          THE COURT:  Wait, that's a legal argument.  Okay.

14  That's what he -- you asked him what he meant, that's what

15  he meant.  It either holds water or it doesn't.

16  BY MR. SCHNITZER:

17  Q.  Mr. Kareem is it correct that your loan was sold in July

18  of 2006 into a securitization?

19  A.  Are you referring me to a particular document?

20  Q.  No.

21  A.  Are you referring me to my research?

22  Q.  I'm referring you to any knowledge you have whether it's

23  from a document or your research or just your general

24  knowledge.

25  A.  Okay.  Well and my general knowledge says that your law

1  office informed me that it was sold into a security.  I

2  believe that was on the date of somewhere around July 28 of

3  2006, thereabout.

4  Q.  Okay.  After that date in July 2006 -- strike that.  I

5  want to just ask you a few brief questions about the HUD

6  letter and the HUD investigation you've referred to.  That

7  was in 2008.  Is that correct?

8  A.  No.

9  Q.  Oh, sorry.  That was in 2009.  Correct?

10  A.  The occurrence was during the year 2009, that is

11  correct.

12  Q.  Okay.  And specifically, your letter to the U.S.

13  Department of Housing and Urban Development was with respect

14  to American Home Mortgage Servicing, Inc.  Correct?

15  A.  The new loan servicer?

16  Q.  Yes.

17  A.  That is correct.

18        MR. SCHNITZER:  Your Honor, if I can just have

19  one minute to consult with co-counsel?  Thank you, Your

20  Honor, I have no further questions.

21        THE COURT:  All right, thank you.  Mr. Kareem,

22  you can step down to the podium now.

23        MR. KAREEM:  Okay.

24        THE COURT:  And yeah, we'll move onto the next

25  witness.

1          MS. GREECHER:  Your Honor, I just want to

2   confirm, I don't know if we've moved any of Mr. Kareem's

3   exhibits, specifically Exhibit D, I know he referenced in

4   his proffer.  I don't know if now is a good time to do that

5   or how you would like to handle that matter.

6          THE COURT:  Say that again, I'm sorry.

7          MS. GREECHER:  I believe at this time we're

8   closing Mr. Kareem's case and moving on to our case.

9          THE COURT:  No, well no, because he would have

10  the right to rebut, excuse me, he would have the right to

11  redirect himself.  He gave testimony, you cross examined

12  him, now he would have the right to redirect, but -- so I'm

13  going to leave that open until you're done with your main

14  case.

15         MS. GREECHER:  Okay.  In that case, the plan

16  trustee will call Ms. Wanerka to the stand.

17         EILEEN WANERKA, PLAN TRUSTEES' WITNESS, SWORN

18                   DIRECT EXAMINATION

19  BY MS. GREECHER:

20  Q.  Okay.  By whom are you employed?

21  A.  American Home Mortgage Liquidating Trust.

22  Q.  And how long have you been employed by the trust?

23  A.  A little over eleven months now.

24  Q.  And what position do you hold there?

25  A.  Director of Claims Administration.

1  Q.  Can you please describe your roles and responsibilities

2  with respect to that position.

3  A.  I oversee the claims process.  I handle getting the

4  claims ready for the omnibus objections, reviewing the

5  omnibus objections, all the exhibits.  I also handle

6  operation questions that come up regarding loans.

7  Q.  And prior to working for the liquidating trust, by whom

8  were you employed?

9  A.  American Home Mortgage.

10 Q.  And how long did you work for American Home Mortgage?

11 A.  Ten and a half years.

12 Q.  What was your last position you held at American Home

13 Mortgage?

14 A.  Assistant Vice President of Wholesale Operations

15 Technology.

16 Q.  And is that the position you held at the time of AHM's

17 bankruptcy filing?

18 A.  Yes.

19 Q.  Did you have any other jobs with American Home Mortgage?

20 A.  Plenty.  Yes.  Before I was an AVP of Wholesale

21 Operations Technology, I was a Senior Operations Analyst, a

22 subject matter expert for unified support, an underwriter,

23 shipping supervisor of final docs.

24 Q.  And can you briefly describe your roles and

25 responsibilities immediately prior to the bankruptcy?

1  A.  I handled collateral review for the post-petition loan

2  sales.  And I handled the operations related claims.

3  Q.  And now you said post-petition.  So I just want to make

4  sure that the question is clear.

5  A.  I'm sorry.

6  Q.  Those are -- those were your roles and responsibilities

7  immediately after the bankruptcy filing?

8  A.  Yes, sorry, yes.

9  Q.  Okay.  And what were your roles and responsibilities

10  immediately before the bankruptcy filing?

11  A.  Oh, I'm sorry.  For my position of Assistant Vice

12  President of Wholesale Operations Technology, I was the

13  liaison between the employees in our wholesale branches,

14  policies and procedures business technology.  I worked

15  directly with the national wholesale operation's team.  I

16  went to branches, training sessions, things like that.

17  Q.  Okay.  In your employment at AHM and now with the trust,

18  are you familiar with the operations of the debtors?

19  A.  Yes.

20  Q.  Are you familiar with the debtors' process of

21  originating loans?

22  A.  Yes.

23  Q.  Are you familiar with the practices regarding the

24  debtors' contact with the borrower during origination of

25  their loan?

1  A.  Yes.

2  Q.  Are you familiar with the motions and claims filed by

3  Mr. Kareem --

4  A.  Yes.

5  Q.  -- in this case.  In your capacity as Director of Claims

6  Administration with the trust, have you determined whether

7  Mr. Kareem was entitled to a claim?

8  A.  Yes, at least from what I can review, he's not entitled

9  to a claim.

10  Q.  And what did you do to investigate making that

11  determination?

12  A.  I reviewed the claims, the motions, the debtors' books

13  and records, discussions with counsel.

14  Q.  Okay.  Let's talk specifically about Mr. Kareem's loan.

15  How was the Kareem loan brought to the debtors?

16  A.  It was brought in through our wholesale division through

17  a broker, Global Mortgage.

18  Q.  And you said the wholesale division.  Can you briefly

19  describe what the wholesale division is in the process?

20  A.  The wholesale division is when we deal with third party

21  originators, also known as the brokers.  They are the ones

22  who deal directly with the borrowers.  They work with them

23  to decide what loan terms that they want and then the broker

24  will submit a full file to the lender of their choice that

25  they want to deal with.  They'll submit the full file for

1  underwriting.

2  Q.  And what type of loan did Mr. Kareem seek?

3  A.  Stated income, full asset, one month MTA ARM with a five

4  year fixed payment.

5  Q.  Do you know if that was a refinance?

6  A.  Yeah, I'm sorry, yes, it was a refinance.

7  Q.  Okay.  And do you know if Mr. Kareem received any cash

8  as a result of that refinance?

9  A.  Yes, it was a cash out.

10 Q.  Okay.  In a broker or wholesale loan, who determines

11 what loan product to use?

12 A.  The broker and the broker discusses it with the

13 borrower.

14 Q.  Okay.  And what contact did the debtors have with

15 respect to selecting a loan product?

16 A.  None.  In wholesale, we have no contact with the

17 borrower.

18 Q.  Okay.  And how do these wholesale brokers get paid?

19 A.  They can get paid through origination fee and/or yield

20 spread premium.

21 Q.  Okay.  Are those fees or premiums different based upon

22 what loan product was ultimately chosen?

23 A.  Yes.

24 Q.  And what loan product -- I think you already said it,

25 but what loan product did Mr. Kareem choose?

1    A.    SIFA one month MTA ARM with a five year fixed payment.

2    Q.    Okay.  We'll get into the details of what that loan

3    product is in a moment, but can you tell me how much Global

4    Mortgage received?

5    A.    They received three-eighths of a point which is about

6    $597 based on the loan amount.

7    Q.    I just want to make a distinction.  Is that the yield

8    spread premium?

9    A.    Yes.

10   Q.    And did they receive any other fees?

11   A.    Their standard fees and then $1,000 broker fee.

12   Q.    Okay.  And now going back to the yield spread premium,

13   you said that was three-eighths of a point and that was

14   $597?

15   A.    Yes.

16   Q.    In your experience is that a large yield spread premium?

17   A.    No.

18   Q.    Do you know what Global Mortgage could have received had

19   Mr. Kareem chosen another loan product?

20   A.    It depends based on the products, but the max any broker

21   could receive was 4 percent.

22   Q.    Okay.  And you mentioned earlier that the debtors don't

23   have any involvement with the selection of the loan product.

24   When do the debtors get involved?

25   A.    When the broker sends the full file to the branch for

1  underwriting.

2  Q.  What's -- can you describe what's part of the full file?

3  A.  The full file would be the application, credit report,

4  and any credit and income documentation, if applicable to

5  the loan type.

6  Q.  And I'm going to ask you to turn to Tab 1 in the yellow

7  binder marked as plan trust exhibits.

8            THE COURT:  Which?

9            MS. GREECHER:  The yellow binder, Tab 1.

10           THE COURT:  Oh.

11           MS. GREECHER:  It's the larger exhibit binder.

12           THE COURT:  Yep, yep, yep.

13           MR. WANERKA:  Okay.

14  BY MS. GREECHER:

15  Q.  Are you familiar with the document I just handed you?

16  A.  Yes.  It's the final loan application.

17  Q.  And what is the source of this document?

18  A.  Paper Vision.

19  Q.  Can you describe what Paper Vision is?

20  A.  Paper Vision is our internal imaging system where we

21  kept copies of all closed loans.

22  Q.  And to your knowledge is that imaging system, does that

23  produce an accurate copy of the original?

24  A.  Yes, when the credit and legal files are received back

25  to corporate, they were scanned into Paper Vision.

1  Q.  And is this a document that's maintained by the -- at

2  the debtors' in the course of its regularly conducted

3  business activity?

4  A.  Yes.

5          MS. GREECHER:  Your Honor, it may make sense

6  while she's still on the stand to see if there are any

7  objections to admission.

8          THE COURT:  I'd rather do the admissions at the

9  end.

10          MS. GREECHER:  Okay.

11  BY MS. GREECHER:

12  Q.  Based on this exhibit, can you tell me what Mr. Kareem's

13  purpose for the refinance was?

14  A.  It was a cash out refinance.

15  Q.  And can you point us to where that's --

16  A.  Where it says that?

17  Q.  Yes, thank you.

18  A.  It actually says it in two spots, underneath the subject

19  property and legal description it says purpose of loan and

20  the choices are purchase, refinance, construction.  It's

21  checked off refinance.  And then if you go two lines down

22  below that, the fourth field in, it says purpose of

23  refinance, and it says cash out.

24  Q.  Okay.  And based on this exhibit, can you tell me how

25  much Mr. Kareem's monthly income was stated as?

1  A.  8,000.

2  Q.  And where is that located on this exhibit?

3  A.  It's on Page 2, Section 5, monthly income.  It's in the

4  left hand column borrower and then also the total.

5  Q.  Was this income verified by the debtors?

6  A.  On a stated -- this loan was a stated income full asset.

7  Stated income means that the income is just stated on the

8  application and not verified.  We just get a verification of

9  employment.

10  Q.  And did the debtors rely on this information when

11  approving Mr. Kareem's loan?

12  A.  Yes, we rely on all the application information.

13  Q.  Can you tell me how much Mr. Kareem's current monthly

14  mortgage was?

15          THE COURT:  Current?  What does that mean?

16  Current when?

17          MS. GREECHER:  The loan that he refinanced, could

18  you tell us what his monthly mortgage payment was in

19  connection with the loan that was refinanced?

20          MR. WANERKA:  The Washington Mutual payment was

21  1,229.

22          MS. GREECHER:  Okay.  And can you show me where

23  it states that?

24          MR. WANERKA:  Sure.  On Page 2, on the right hand

25  side under Section 6, it says assets and liabilities.  The

1  second liability down shows Washington Mutual with the

2  account number and that the payment is 1,229.  And the star

3  next to it means it's going to be paid off.

4            MS. GREECHER:  Okay.  We -- you can close that

5  exhibit.

6            MR. KAREEM:  Your Honor, excuse me.

7            THE COURT:  Yes?

8            MR. KAREEM:  Again, what exhibit number was that?

9            MS. GREECHER:  That was Exhibit 1.

10            MR. KAREEM:  Exhibit 1.

11            THE COURT:  In the yellow binder, sir.

12            MS. GREECHER:  Please describe how Mr. Kareem's

13  loan was underwritten.

14            MR. WANERKA:  Through Fannie Mae Desktop

15  Underwriter.

16            MS. GREECHER:  And was the loan approved?

17            MR. WANERKA:  Yes.

18            MS. GREECHER:  Now you answered previously that

19  the type of loan product that Mr. Kareem selected was and

20  I'm going to try to remember this --

21                      (Laughter)

22            MS. GREECHER:  -- as to how you stated it, but it

23  was a SIFA one month, five year fixed -- maybe you should

24  just tell me what it was.

25            THE COURT:  Slowly.

```
1              MR. WANERKA:  Okay.

2                       (Laughter)

3              MR. WANERKA:  It was a Stated Income Full Asset,

4    one month MTA ARM with a five year fixed payment.

5              THE COURT:  Okay.

6    BY MS. GREECHER:

7    Q.  And can you -- you've already testified that SIFA is the

8    Stated Income Full Asset.  Can you just tell me what the one

9    month means?  We're just going to break it down.

10   A.  Sure.  It means that the payment -- the initial interest

11   rate is for one month.

12   Q.  Okay.  And the MTA ARM relates to?

13   A.  That it's an adjustable rate mortgage.

14   Q.  Okay.  And now you also said that there was a five year

15   fixed payment.  Is that correct?

16   A.  Yes.

17   Q.  Is it possible that that payment does not stay fixed for

18   five years?

19   A.  Yes.

20   Q.  How would that happen?

21   A.  If the loan has negative amortization when it reaches

22   the CAP which on this loan was 110 percent, when it reaches

23   the 110 percent of the original loan amount, the -- it will

24   be -- the payment will recalculate and be based off a fully

25   amortized payment.
```

1  Q.  And is that recasting at the 100 percent -- I'm sorry,

2  110 percent different from what happens if you had hit the

3  five year mark without reaching 110 percent?

4  A.  No, it's the same.

5  Q.  Okay.  Can you tell me what Mr. Kareem's fixed payment

6  was?

7  A.  $580 and change.

8  Q.  Did the $580 payment cover principal and interest?

9  A.  No.

10  Q.  Did he have the option of paying more on the loan?

11  A.  Yes.

12  Q.  Was there a penalty for paying more on the loan?

13  A.  No.

14  Q.  Was there any prepayment penalties?

15  A.  No.

16  Q.  And can you tell me what Mr. Kareem's initial interest

17  rate was?

18  A.  1.9 percent.

19  Q.  And how long did that initial rate last?

20  A.  To the end of the first month.

21  Q.  And after the first month, what was his interest rate?

22  A.  6.832 percent.

23  Q.  And was that fixed throughout the loan?

24  A.  No, it was a variable rate.

25  Q.  And how was his interest rate determined throughout the

1  remaining months?

2  A.   It's 2.4 percent above the current index.

3            THE COURT:  Wait a minute.  He got a fixed rate

4  for one month?

5            MR. WANERKA:  The payment is -- the interest rate

6  is fixed to the first -- to the end of the first month.

7            THE COURT:  Uh-huh.

8            MR. WANERKA:  And then it adjusts to the current

9  rate which was 2.4 plus the index.

10            THE COURT:  And that's good for five years fixed?

11            MR. WANERKA:  It's an adjustable rate mortgage so

12  every month the percentage can change.

13            THE COURT:  How is it a five year fixed loan?

14            MR. WANERKA:  Because this is a power -- it was

15  called like a power option ARM.  So they'll take that

16  initial rate, the 1.9 percent and calculate what -- it's in

17  there.

18            THE COURT:  Explain it as best you can.

19            MS. GREECHER:  Your Honor, if I -- I don't know

20  if it will help if I tried.  The five year is a fixed -- is

21  a five year fixed payment, not a fixed interest rate.

22            MR. WANERKA:  Not a fixed interest rate.

23            MS. GREECHER:  I don't know if we're talking --

24            THE COURT:  And it's -- he was not paying only

25  interest then?

1              MR. WANERKA:  Right.

2              THE COURT:  And how long did the -- till he got

3    to the 110 percent?

4              MR. WANERKA:  It depends on which payment option

5    you choose.  If he were to pay that payment that's not

6    paying all the interest, that $580, then it would recast

7    when it hits 110 percent of the loan amount.

8              THE COURT:  Um-hum.

9              MR. WANERKA:  Of the original loan amount.  It's

10   on the truth-in-lending when that would have recast.  I

11   think it was like 47 months or something like that.

12             THE COURT:  Years.

13             MS. GREECHER:  Approximately four years from

14   2006.

15             THE COURT:  All right.

16             MS. GREECHER:  In your investigation of this

17   claim, did you determine what Mr. Kareem's current interest

18   rate is today is given the fixed -- or I'm sorry, given the

19   variable rate?

20             MR. WANERKA:  It's about 2.6 percent.

21             THE COURT:  Plus the spread?

22             MR. WANERKA:  No, 2.6 percent.

23             THE COURT:  Okay.

24   BY MS. GREECHER:

25   Q.  When did Mr. Kareem's loan close?

1  A.   July 7, 2006.

2  Q.   And who performed the closing?

3  A.   Georgia Closing Associates.

4  Q.   Who selected the Georgia Closing Associates?

5  A.   Mr. Kareem did.

6  Q.   Okay.  I'd like you to look at Tab 2.  It's also the

7  exhibit marked as PT-2 for Plan Trustee 2.  Are you familiar

8  with the document I just handed you?

9  A.   Yes.

10  Q.   Where I pointed you to, really.  What is it?

11  A.   It's the State of Georgia borrower's right to select

12  counsel.

13  Q.   And what is the source of this document?

14  A.   Paper Vision.

15  Q.   Is this a document that is maintained by the debtors in

16  the course of its regularly conducted business?

17  A.   Yes.

18  Q.   And is this a duplicate of the original?

19  A.   Yes.

20  Q.   I'm going to have you move to Tab 3 which is Plan Trust

21  Exhibit 3.  Are you familiar with this document?

22  A.   Yes.

23  Q.   Could you describe what it is?

24  A.   It's the HUD 1 settlement statement from closing.

25  Q.   And what is the source of this document?

1    A.    Paper Vision.

2    Q.    And is this an accurate copy of the original?

3    A.    Yes.

4    Q.    And is this document a document that was maintained by

5    the debtors in the course of its regularly conducted

6    business activity?

7    A.    Yes.

8    Q.    Given this exhibit, can you tell me what the final

9    amount of Mr. Kareem's loan was?

10   A.    His loan amount was $159,200.

11   Q.    And where is that?

12   A.    It's on the left hand side under the summary of

13   borrower's transactions and it's HUD Line No. 202.

14   Q.    Okay.

15   A.    Principal amount of new loans.

16   Q.    And how much of that amount went to pay off his existing

17   mortgage?

18   A.    $152,325.30.

19   Q.    And where are you looking to make that determination?

20   A.    It's in that same column, but it's HUD Line No. 104.  It

21   says payoff of WAMU.

22   Q.    Okay.  And can you tell me how much Mr. Kareem's closing

23   costs were?

24   A.    $4,273.30.

25   Q.    And where is that located on the HUD?

1   A.   Directly above the payoff.   It's HUD Line 103.

2   Q.   Now I'm doing some rough math and the amount of the loan

3   is more than the payment of the existing mortgage and the

4   closing costs.   Can you tell me what happened to the

5   additional money?

6   A.   Sure.   Another debt was paid off of Mr. Kareem's,

7   Beneficial HFC in the amount of $287 and then the remainder

8   was given to Mr. Kareem at closing in the amount of

9   $2,314.40.

10  Q.   Thank you.   Now I'd like you to flip one more tab to Tab

11  4.

12  A.   Okay.

13  Q.   And it's been marked as PT-4.   Are you familiar with

14  this document?

15  A.   Yes.

16  Q.   What is it?

17  A.   It is the adjustable rate note.

18  Q.   And what is the source of this document?

19  A.   Paper Vision.

20  Q.   And is this an accurate copy of the original?

21  A.   Yes.

22  Q.   And is this a document that was maintained by the

23  debtors in the course of its regularly conducted business

24  activity?

25  A.   Yes.

1    Q.   More on this note.  I'd like you to take a look at Page

2    6.  It's the last page.

3    A.   Okay.

4    Q.   At the bottom of the page, it has a stamp that starts

5    pay to the order of and it says without recourse by American

6    Brokers Conduit and it's signed or appears to be signed by a

7    Lisa Furco.

8    A.   Yes.

9    Q.   Do you know who Lisa Furco is?

10   A.   She works in the collateral review department.

11   Q.   And was she authorized to execute assignments such as

12   this?

13   A.   Yes.

14   Q.   Okay.  And now I'd like you to move to Tab 5.  It's

15   marked as PT-5.  Are you familiar with the document I just

16   handed you?

17   A.   Yes.

18   Q.   And could you tell me what it is?

19   A.   It's the adjustable rate rider followed by the legal

20   description and they get attached to the security deed.

21   Q.   And what is the source of this document?

22   A.   Paper Vision.

23   Q.   And is this an accurate copy of the original?

24   A.   Yes.

25   Q.   Is this a document that's maintained by the debtors in

1  the course of its regularly conducted business activity?

2  A.  Yes.

3  Q.  I'd like you to move to Tab 6.  It's marked as plan

4  trustee or I'm sorry, PT-6.  Are you familiar with this

5  document?

6  A.  Yes.

7  Q.  Could you describe what this is?

8  A.  This is a -- this is the recorded security deed.

9  Q.  And what is the source of this document?

10 A.  Paper Vision.

11 Q.  And is this an accurate copy of the original?

12 A.  Yes.

13 Q.  Is this a document that was maintained by the debtors in

14 the course of its regularly conducted business activity?

15 A.  Yes.

16 Q.  Okay.  I'd like you to move to Tab 7.  The exhibit

17 that's been marked as PT-7.  Are you familiar with this

18 document?

19 A.  Yes.

20 Q.  Can you tell me what it is, please?

21 A.  The RESPA servicing disclosure.

22 Q.  What is the source of this document?

23 A.  Paper Vision.

24 Q.  And is this an accurate copy of the original?

25 A.  Yes.

1  Q.   Is this a document that's maintained by the debtors in

2  the course of its regularly conducted business activity?

3  A.   Yes.

4  Q.   Actually, I'd like you to move to -- skip over Tab 8

5  which we have nothing in and move to Tab 9.  It's marked as

6  PT-9.  Are you familiar with this document?

7  A.   Yes.

8  Q.   Could you describe what it is, please?

9  A.   It's the five year fixed payment, twelve month MTA index

10 power ARM disclosure.

11 Q.   And what is the source of this document?

12 A.   Paper Vision.

13 Q.   And this an accurate copy of the original?

14 A.   Yes.

15 Q.   Is this a document that was maintained by the debtors in

16 the course of its regularly conducted business activity?

17 A.   Yes.

18 Q.   Okay.  I'd like you to move to Tab 10.  It's been marked

19 as PT-10.  Are you familiar with this document?

20 A.   Yes.

21 Q.   Could you tell me what it is?

22 A.   It's the interest only mortgage payments and payment

23 option ARM's disclosure.

24 Q.   And what is the source of this document?

25 A.   Paper Vision.  Actually, it's Paper Vision or Unify, I

1  don't recall.

2  Q.  Can you briefly describe what Unify is?

3  A.  Unify is our loan original system.

4  Q.  And so it's your testimony that it is either a Unify or

5  Paper Vision?

6  A.  Yes.  It's a document that's provided at closing, but it

7  doesn't require a signature so I'm not sure if it came from

8  Paper Vision or if I reprinted from Unify.

9  Q.  Is this a document that was included in Mr. Kareem's

10  loan file?

11  A.  Yes.

12  Q.  And how can you tell that?

13  A.  It has his application number at the bottom of the

14  screen and it was included in our three day disclosures that

15  we mailed out.

16  Q.  Okay.  And this is a document that is maintained by the

17  debtors in the course of its regularly conducted business --

18  A.  Yes.

19  Q.  -- either Paper Vision or Unify?

20  A.  Yes.

21  Q.  Okay.  And is this an accurate copy of the original?

22  A.  Yes.

23          MS. GREECHER:  Okay.  Your Honor, I'd like to

24  move to Tab 11.

25          THE COURT:  Okay.

1  BY MS. GREECHER:

2  Q.  Ms. Wanerka -- oh, I'm sorry, if I could back up, I

3  think you answered this question, but with respect to Plan

4  Trustee Exhibit 10, you mentioned that it isn't signed.  Is

5  it included in the closing packet?

6  A.  It's included in two spots.  It's included in our

7  initial three day disclosures that we have to mail out when

8  we receive an application and it's included in the closing

9  package at closing.

10  Q.  Okay, thank you.  Now I'll ask you to move to Tab 11

11  that's marked as PT-11.  Are you familiar with the document?

12  A.  Yes.

13  Q.  Could you tell me what it is?

14  A.  It's the truth-in-lending, the final truth-in-lending.

15  Q.  And what is the source of this document?

16  A.  Paper Vision.

17  Q.  Is this an accurate copy of the original?

18  A.  Yes.

19  Q.  Is this a document that was maintained by the debtors in

20  the course of its regularly conducted business activity?

21  A.  Yes.

22  Q.  Okay.  Could you tell me what the APR is identified as

23  on the truth-in-lending disclosure?

24  A.  It's 7.014 percent.

25  Q.  Do you know what the basis is for that calculation?

1  A.   It's the interest rate of the first month's payment

2  which was the 6.832 percent.

3  Q.   Okay.  So just to be clear, you had testified earlier

4  that there is an initial rate of 1.9 percent?

5  A.   Yes.

6  Q.   But this is relating to a 6.8 percent?

7  A.   Right.  When you close, you don't have a first payment

8  for that first month so the next payment would be due, it

9  was calculated off of that interest rate, the 6.832.

10 Q.   Okay.  And I will ask you to move to Tab 12, PT-12.  Are

11 you familiar with the document?

12 A.   Yes.

13 Q.   Could you -- what is it?

14 A.   It's the notice of right to cancel.

15 Q.   And what's the source of this document?

16 A.   Paper Vision.

17 Q.   And is this an accurate copy of the original?

18 A.   Yes.

19 Q.   Is this a document that was maintained by the debtors in

20 the course of its regularly conducted business activity?

21 A.   Yes.

22 Q.   Did Mr. Kareem rescind his loan by the three day

23 deadline set forth in this document?

24 A.   No, he did not.

25 Q.   Okay.  We just went through a lot of documents and this

1  a lot of information that the borrower has to digest at

2  closing.   How is a borrower expected to understand the type

3  of loan they're getting?

4  A.   Well, specifically, this loan was originated through the

5  wholesale channel.   In wholesale, the broker when they take

6  an application from the borrower, they have to send

7  disclosures which would include product disclosures to the

8  borrower.   When American Brokers Conduit which is the

9  wholesale division of American Home Mortgage would get a

10 full file and put in the application, we would re-disclose

11 to the borrower and we would send all of the product

12 disclosures with the other disclosures required.   And then

13 we also re-disclose at closing.   And then on a refinance,

14 they have that three business day to rescind where they can

15 review, too.

16              THE COURT:  You re-disclose it at closing?

17              MR. WANERKA:  Yeah, we --

18              THE COURT:  But you're not there?

19              MR. WANERKA:  We prepare the closing package.

20              THE COURT:  Uh-huh.

21              MR. WANERKA:  So when we prepare the closing

22 package, the disclosures are sent with the closing package.

23 So with the note, the mortgage, and also disclosures are

24 sent.

25 BY MS. GREECHER:

1    Q.   And are those documents executed at closing?

2    A.   Yes.

3    Q.   And are those the documents that we just reviewed?

4    Those are the --

5    A.   Yes, with the exception of the interest only one.  That

6    doesn't need a signature at closing.

7    Q.   Okay.  And you had mentioned in your testimony that

8    there's a broker provides disclosures of the loan product,

9    but that American Home Mortgage re-discloses within three

10   days.

11   A.   Yes.

12   Q.   Is that -- I don't want to mischaracterize your

13   testimony.

14   A.   Yes.  Within three days of receiving an application, we

15   have to re-disclose to the borrower.

16   Q.   Did American Home Mortgage provide Mr. Kareem with those

17   re-disclosures?

18   A.   Yes.

19   Q.   And how were those three day disclosures transmitted?

20   A.   They were sent out through mail.

21   Q.   And when were they mailed to Mr. Kareem?

22   A.   On June 29, 2006.

23   Q.   And how do you know that these were mailed out to Mr.

24   Kareem and what was mailed?

25   A.   In Unify, which is our loan original system, there's a

1  document print history and it tracks the three day docs,

2  when they were printed with the exact time that they were

3  printed and then the date that they were sent.

4  Q.  I'm going to have you move to Tab 13 in the binder.

5  A.  Okay.

6  Q.  It's been marked as Exhibit PT-13.

7  A.  Okay.

8  Q.  Are you familiar with the documents that are part of PT-

9  13?

10  A.  Yes.

11  Q.  Can you tell me what they are?

12  A.  It is the screenshot of the document print history

13  showing the doc categories, three day docs with the print

14  date, sent date, mail date, loan amount, and the product

15  description.

16  Q.  And what's the source of this document?

17  A.  Unify.

18  Q.  And is this a database that's maintained by the debtors

19  in the course of its regularly conducted business?

20  A.  Yes.

21  Q.  And is this screenshot an accurate depiction of the

22  database screenshot?

23  A.  Yes, except for the bottom is cutoff on my copy.

24  Q.  What's at the bottom that's cutoff?

25  A.  At the bottom, it will say the channel so it will say

1  wholesale.  On this loan it would say the stage of the loan,

2  the loan number, and the borrower's name.

3  Q.  Can I -- if you don't mind, I actually think I have that

4  on my copy sol I'd like to take a moment --

5            THE COURT:  I don't.

6            MS. GREECHER:  You don't?

7            THE COURT:  Uh-uh.

8            MS. GREECHER:  Hum.  It may have been a printing

9  error, if I --

10           THE COURT:  Is that critical?

11           MS. GREECHER:  Well the only thing I would say is

12 ask how she would know that this was Mr. Kareem's loan and

13 that his loan number is what's at the bottom.

14           THE COURT:  All right.  May I see it?

15           MR. WANERKA:  It's in the bottom right hand

16 corner.

17           THE COURT:  Oh, I see, yeah, no, that is

18 important.

19           MS. GREECHER:  I've got a copy, but I'll show it

20 to Mr. Kareem first.

21           THE COURT:  Yeah.  Why don't we -- actually,

22 Leslie, can you make say three copies?

23           MS. GREECHER:  [indiscernible].

24           THE COURT:  I know.  I think we only need that

25 one page, right?

1          MS. GREECHER:  I believe it's the very top.

2          MR. WANERKA:  It's cut off the other pages, too.

3          THE COURT:  Oh, it is?  All right, yeah, all

4    three.  Why don't we move -- skip forward and then we can

5    come back.

6          MS. GREECHER:  Okay.

7          THE COURT:  Because that's a government copier.

8                    (Laughter)

9          THE COURT:  It's going to take a while.

10   BY MS. GREECHER:

11   Q.  Okay.  All right.  I'm going to skip forward.  Are you

12   aware that -- is it your understanding that part of Mr.

13   Kareem's claims had been that he received what's called a

14   high cost loan?

15   A.  Yes.

16   Q.  And do you know what a -- can you describe what a high

17   cost loan is?

18   A.  My understanding of what a high cost loan is is when the

19   interest rate and the APR fees exceed the federal, state, or

20   municipal limits.

21   Q.  And to your knowledge, does that make a loan -- if it

22   exceeds those limits, does it make a loan illegal to

23   originate?

24   A.  Well, I don't know if it makes it illegal.  Our policy

25   was not to do high cost loans.

1   Q.   Okay.   Was there a process to determine whether a loan

2   was a high cost loan in the debtors' business?

3   A.   Yes.   We used a program called Whiz Sentinel where we

4   would run the interest rate and the fees through this and it

5   would verify that they didn't exceed the federal, state, and

6   municipal limits.   And if it did, then we'd have to rework

7   the fees and interest rate.

8   Q.   Okay.   I'm going to ask you to turn to Tab 14.   It's

9   been marked as Exhibit PT-14.   Are you familiar with this

10  document?

11  A.   Yes.

12           MS. GREECHER:   Your Honor, I know you looked at

13  the clock we -- I swear we are not going through all of

14  these exhibits.

15  BY MS. GREECHER:

16  Q.   Can you describe what PT-14 is?

17  A.   This is our predatory lending identification and

18  prevention policy from our operating procedures guide.   And

19  it describes the Whiz Sentinel process when it runs, how it

20  runs, and what we're to do if it passes or fails.

21  Q.   Is this the policy that was in place at the time Mr.

22  Kareem's loan was originated?

23  A.   Yes.

24  Q.   And is this, excuse me, an accurate copy of the

25  original?

1  A.  Yes.

2  Q.  And is this a document that's maintained by the debtors

3  -- thank you, in the course of its regularly conducted

4  business activity?

5  A.  Yes.

6  Q.  Now you mentioned that reports are run in connection

7  with this Whiz Sentinel process.  Was a Whiz Sentinel report

8  completed for Mr. Kareem's loan?

9  A.  Yes, it was run seven times.

10  Q.  And did you say seven?

11  A.  Yes.

12  Q.  Why was it run so many times?

13  A.  It was run when we received the file after the loan

14  information was input.  And then it was automatically run

15  when it was approved and when the closing docs were being

16  prepared, when it was advanced to closed docs, and when it

17  was funded.

18  Q.  And what was the result of the Whiz Sentinel reports?

19  A.  It passed every time.

20  Q.  I'd like you to move to Tab 15.

21  A.  Okay.

22  Q.  It's marked as PT-15.  Are you familiar with the

23  documents I've just handed you?

24  A.  Yes.

25  Q.  And what are they?

1    A.   They're the Whiz Sentinel analysis reports.

2    Q.   And what is the source of these documents?

3    A.   Unify.

4    Q.   And are they accurate copies of the original?

5    A.   Yes.

6    Q.   And are these documents maintained by the debtors in the

7    course of its regularly conducted business activity?

8    A.   Yes.

9    Q.   Let's just take a look at the last Whiz Sentinel report.

10   I believe it begins three pages from the end.

11   A.   Okay.

12   Q.   The analysis states 7/12/06.

13   A.   Yes.

14   Q.   Can you tell me if the loan closed on July 7, why a Whiz

15   Sentinel report would have been run on July 12?

16   A.   Because this was a refinance.  There's -- the borrower

17   has three days to rescind, three business days to rescind.

18   So the -- it would run then on that third business, after

19   the third business day so it funded on July 12 which is when

20   the loan was advanced to disburse status that Whiz Sentinel

21   was run.

22   Q.   Okay.  And looking at the final Whiz Sentinel report,

23   what's the APR that's listed?

24   A.   6.978 percent.

25   Q.   Okay.  And I think we reviewed the final truth-in-

1  lending disclosure statement previously and the APR was

2  listed on that statement as 7.014 percent.

3  A.   Yes.

4  Q.   Can you tell me why these numbers would be different?

5  A.   What each one considers, APR fees can differ.  So what

6  one may consider an APR fee, the other one doesn't so they

7  can vary.

8  Q.   And that is -- and they differ based on policy, state

9  regulation, what?  Can you --

10 A.   I don't know.

11 Q.   Okay.  Could you figure out in your investigation what

12 the difference is between the 6.978 and the 7.014 numbers

13 are?

14 A.   When I compared all the APR fees and the fee amounts on

15 here, the only difference that I saw was the prepaid

16 interest from closing.

17 Q.   And that's not included as part of the Whiz Sentinel

18 APR?

19 A.   I didn't see it to be.

20 Q.   And then I wanted to take a look at the fee total column

21 as well because it does seem to me if I'm looking at the fee

22 total under Section 32, it shows 3,100.  And then if you

23 look at the section of the fee total under state and

24 municipal it shows 3,500.  Can you tell me why those are

25 different?

1  A.  Again, certain fees may be an APR fee for one

2  municipality and not for the state and not for the federal

3  and so on.

4  Q.  And those fees that are listed here are also different

5  from closing costs.  Correct?

6  A.  Yes.

7  Q.  So it's not unusual that a Whiz Sentinel report may have

8  numbers that are different from a final truth-in-lending or

9  the HUD-1 statement.  Is that correct?  Okay.

10  A.  Yes.

11  Q.  And would you take a minute to go back to, I think

12  everyone has a corrected copy of the Plan Trust 13 exhibit.

13          MR. KAREEM:  Which exhibit is this?

14          MS. GREECHER:  PT-13, it's the one -- it's this

15  one right here.  The one that we had photocopied again.

16          MR. KAREEM:  Oh, okay.

17  BY MS. GREECHER:

18  Q.  I think it might just be easier to start over with this.

19  A.  Okay.

20  Q.  Can you tell me what this exhibit is?

21  A.  This is a screenshot from Unify.  It shows the document

22  print history on the left hand side of the box in the middle

23  of the screen it says doc category, three day docs.  That

24  they were printed on June 28, 2006 at 9:04 p.m., and they

25  were mailed out on June 29, 2006.  And that the loan amount

1  was 159,200, and the product, and the product description.

2  Q.  And how do you know that this was Mr. Kareem's loan?

3  A.  At the bottom of each screen when you're in a loan it

4  will say the channel of the loan which this was wholesale,

5  the stage, disbursed, the loan number, and then the

6  borrower's name.

7  Q.  And you said the source of this document was Unify?

8  A.  Yes.

9  Q.  And this is an accurate copy of what the screenshot that

10  you see in that database?

11  A.  Yes.

12  Q.  Okay.  And now there are two other pages that are part

13  of this exhibit.  Can you tell me what these are?

14  A.  These are -- it's the print set like what was sent out

15  in the three day docs.  It's a list of each of the documents

16  that were sent.  It's on two pages because the screenshots

17  if you see there's a little bar on the side and you have to

18  scroll down to get to the next document.  So it's just to

19  get the last document which was the interest only and

20  payment option disclosure.

21  Q.  And what is the source of the screenshot?

22  A.  Unify.

23  Q.  And is this an accurate depiction of the Unify

24  screenshot that you see in your computer?

25  A.  Yes.

1    Q.  And is this database maintained in the course of the

2    debtors' regularly conducted business activity?

3    A.  Yes.

4    Q.  Okay.  I want to focus on the document print selection

5    and just a couple of them.  Specifically, I want you to take

6    a look at the document that is identified as VMP552R.

7              THE COURT:  I'm sorry, what exhibit are we on?

8              MS. GREECHER:  We're still the second page of the

9    --

10             THE COURT:  Oh.

11             MS. GREECHER:  -- Plan Trustee 13.

12             THE COURT:  Okay, I got it.

13             MS. GREECHER:  The screenshots.

14             THE COURT:  Yep.

15             MR. WANERKA:  I'm sorry, which one?

16             THE COURT:  Which one?

17                       (Laughter)

18             MS. GREECHER:  Under the print shot selection

19   there's a list of all the documents that were sent and I

20   want to focus for a minute on the one that begins VMP552R.

21   It's after the occupancy certification about halfway down.

22             MR. WANERKA:  Okay.

23             MS. GREECHER:  Can you tell me what that document

24   is?

25             MR. WANERKA:  It's the RESPA servicing

1  disclosure.

2              MS. GREECHER:  And have you seen that RESPA

3  servicing disclosure before?

4              MR. WANERKA:  Yes.

5              MS. GREECHER:  Can you tell me what exhibit

6  perhaps?

7              MR. WANERKA:  I can go back and check.

8              MS. GREECHER:  Perhaps if I direct the witness to

9  the trust --

10             THE COURT:  It's the one that says RESPA service

11 disclosure on it.

12             MS. GREECHER:  Tab 7.

13             THE COURT:  Exhibit Tab 7.

14             MR. WANERKA:  Okay.

15 BY MS. GREECHER:

16 Q.  And how do you know that this is the document that was

17 sent as part of the three day disclosures?

18 A.  At the bottom of each of our documents that print from

19 Unify, each document had an actual specific doc number to

20 it.  So if you look here, it says Doc No. 64301.  And then

21 in the print set next to the RESPA servicing disclosure it

22 says 064301 and they match.

23 Q.  Okay.  And the document that was sent to him was the

24 same, but it clearly was not signed?

25 A.  Correct.

1    Q.  Okay.

2    A.  This is the one that was re-disclosed at closing.

3    Q.  Okay.  And then I'd like to take a look at just two more

4    of these items.  The first one is the five year fixed pay 12

5    MO MTA Index ARM.

6    A.  Yes.

7    Q.  Have you seen that before?

8    A.  Yes, Exhibit 9.

9    Q.  Okay.  And how can you tell that this is the same

10   exhibit that he would have received as part of this print

11   set?

12   A.  Again, the doc number at the bottom it says 944948.

13   Q.  Is there any difference as to what he would have

14   received in the disclosures from what he would have signed -

15   - what he signed at closing?

16   A.  The one that we send in the disclosures would have been

17   dated June 28, 2006 and this one's dated July 7 because it's

18   on closing.

19   Q.  Okay.  Is there any other differences in that disclosure

20   document?

21   A.  No.

22   Q.  And the final one, I actually think is on the third page

23   is the last document.  It's VMP12 and I'm not sure if that's

24   an IO or a 10.

25   A.  It's IO, interest only.

1   Q.   And have we seen that before?

2   A.   Yes, Exhibit 10.

3   Q.   And how can you tell again that that would be the same

4   disclosure that was sent to him in the three day docs?

5   A.   The doc numbers match.   It's 946642 and Doc 946642.

6              MS. GREECHER:   Okay.   Thank you.   We're done with

7   Exhibit 13, if you want to put these in place.   If you

8   could, that would be great, thank you.

9              THE COURT:   They don't have holes so just stick

10  them in there.

11             MR. WANERKA:   Um-hum.

12  BY MS. GREECHER:

13  Q.   Does the plan trust own Mr. Kareem's loan?

14  A.   No.

15  Q.   What happened to Mr. Kareem's loan

16  A.   It was sold on July 28, 2006.

17  Q.   Okay.   When was it sold?

18  A.   2006-3.

19  Q.   Was there a point in time when you believed that the

20  securitization might have been AHWL060163?

21  A.   Yeah, I looked at the wrong spot.

22  Q.   Okay.   And that has since been corrected?

23  A.   Yes.

24  Q.   Okay.   Following the closing of the loan, who serviced

25  Mr. Kareem's loan?

1   A.   American -- AHMSV.

2   Q.   And AHMSV is the debtor entity?

3   A.   Yes.

4   Q.   But this occurred prior to the petition?

5   A.   Yes.

6          MS. GREECHER:  Your Honor, I'm just trying to

7   make sure that we make a distinction between the debtor

8   entity, American Home Mortgage Servicing, Inc., we'll call

9   it AHMSV versus the Wilbur Ross entity that purchased the

10  debtors' servicing rights in April 2008.  We'll call that

11  AHMSI or AHMSI.

12         THE COURT:  Why don't we call it debtor and Ross?

13         MS. GREECHER:  I can do that as well.

14         THE COURT:  Um-hum.

15         MS. GREECHER:  Okay.

16         THE COURT:  A little easier.

17  BY MS. GREECHER:

18  Q.   So just to backup, following the closing of Mr. Kareem's

19  loan in July of 2006, who serviced Mr. Kareem's loan?

20  A.   The debtor.

21  Q.   Okay.  And did the debtor continue to service the loan

22  after it was securitized also in July 2006?

23  A.   Yes.

24  Q.   Does the debtor service the loan now?

25  A.   No.

1    Q.   When was the servicing transferred?

2    A.   In April of 2008.

3    Q.   In April of 2008, when the service -- well to whom was

4    it transferred?

5    A.   Ross.

6                          (Laughter)

7            MR. WANERKA:   Wilbur Ross.

8    BY MS. GREECHER:

9    Q.   In April of 2008, when it was transferred to Ross, did

10   anything change for borrowers in connection with the

11   servicing of their loan?

12   A.   No.

13   Q.   Did the address to which payments change?

14   A.   The address, the account number, the name all stayed the

15   same.

16   Q.   Okay.  Are you aware that the account numbers changed at

17   a subsequent date?

18   A.   Yes.

19   Q.   Do you know why they changed?

20   A.   Servicing switched the computer systems that they used.

21   They used to use LSAMS and they switched to a program called

22   MSP.

23   Q.   And when you say servicing, who do you mean?

24   A.   Sorry, Ross.

25   Q.   Okay.  And when did they change?

1  A.  It was in July or August of 2008, I'm not exactly sure.

2  Q.  And you're not a Ross employee.  Correct?

3  A.  No.

4  Q.  So how do you know that it changed at that time?

5  A.  My review of other claims and through all the claims

6  process and dealing with servicing.

7  Q.  Okay.  Do you remember when Mr. Kareem first disputed

8  the validity of his loan with the debtors?

9  A.  In October 2008.

10 Q.  And how do you know that nothing happened until that

11 point?

12 A.  The servicing logs from -- the servicing logs from

13 LSAMS.

14 Q.  I'm going to ask you to move to Tab 17.  It's marked as

15 PT-17.  Are you familiar with this document?

16 A.  Yes.

17 Q.  What is it?

18 A.  It's the customer tracking report from LSAMS.

19 Q.  And what is LSAMS?

20 A.  It was the computer system that the debtor servicer

21 used.

22 Q.  And is the information contained in this report the type

23 of information that the debtor records with respect to the

24 loan, each loan it services?

25 A.  Yes.

1    Q.   Serviced.

2    A.   Yes.

3    Q.   In past tense.  And who entered the information that's

4    contained in this document?

5    A.   The employees of the debtor.

6    Q.   And when was the information contained in this document

7    entered?

8    A.   As they took the phone calls or did the action, they

9    would enter it here.

10   Q.   And was this a document that was created and maintained

11   in the course of the debtors' regularly conducted business

12   activity?

13   A.   Yes.

14   Q.   Based on your investigation and this document what, if

15   any, issues did Mr. Kareem have with the debtors regarding

16   the loan prior to the sale of the loan in July of 2006?

17   A.   None.

18   Q.   What, if any, issues did Mr. Kareem have with the

19   debtors regarding the loan prior to the transfer of the

20   servicing business in April of 2008?

21   A.   There was an escrow issue for a delinquent tax notice,

22   but it was resolved and taken off.

23   Q.   Were there any other issues?

24   A.   Just some late payments.

25   Q.   Did Mr. Kareem dispute the validity of his loan at any

1   point --

2   A.   No.

3   Q.   -- prior April of 2008?

4   A.   No.

5   Q.   And now you did mention that he appeared to dispute his

6   loan in October of 2008.  Can you provide some context to

7   that statement?

8   A.   He sent a letter to Michael Strauss.

9   Q.   Okay.  And was Mr. Strauss employed by the debtors that

10  the point in time?

11  A.   I believe he had resigned at that time.

12  Q.   And what did the debtors do with that letter?

13  A.   We forwarded it on to Ross.

14  Q.   And why was it forwarded?

15  A.   Because we didn't own or service the loan anymore.

16  Q.   In October of 2008, when the debtors received the

17  letter, could the debtors have rescinded Mr. Kareem's loan?

18  A.   No.

19  Q.   Why?

20  A.   We didn't own it.

21          MS. GREECHER:  Your Honor, that's all of our

22  questions.

23          THE COURT:  Okay.  Mr. Kareem, would you like to

24  ask questions?

25          MR. KAREEM:  Yes.  Oh, all me, thank you.  Okay.

1                          CROSS EXAMINATION

2    BY MR. KAREEM:

3    Q.   Can I get your proper name, please?

4    A.   It's Eileen Wanerka.

5    Q.   Eileen, okay.  As I stand before you, have you ever met

6    me?

7    A.   No.

8    Q.   Okay.  Have you responded to any of my correspondence?

9    A.   No.

10   Q.   Okay.  You've made several references about these

11   documents, screenshots, your procedural background.

12   A.   Um-hum.

13   Q.   Were these screenshots or verifications of testings were

14   they ever sent to any of your borrowers with respect to that

15   there isn't a high cost loan, everything is kosher or good.

16   A.   It was -- we didn't have to.  It was an internal

17   process.

18   Q.   Okay.  But so specifically what you're saying that there

19   was no communication, it was just something you held

20   internally?

21   A.   Yeah, I'm not -- what -- I'm not sure what you're

22   asking.

23   Q.   As you tested seven times --

24   A.   Yes.

25   Q.   -- there was never a need to assurance -- assure the

1  borrower --

2  A.  If --

3  Q.  -- any of the borrowers that their loan was in

4  compliance.  That's what you call it, right?  It's called in

5  compliance?

6  A.  Yes, the policy that we had in place was that if it did

7  come back, if it failed and it didn't pass the high costs,

8  we would work with in this case because it's a wholesale

9  loan, we couldn't have direct communication with the

10  borrower.  We would work directly with the broker and we

11  would work to lower the interest rate and/or fees to make

12  them pass before we would continue on with the loan.

13  Q.  Okay.

14  A.  And then it would be up to the broker to communicate

15  that with you.

16  Q.  All right.  All right.  The broker, you say it was -- is

17  it Global Mortgage?  Is that right?

18  A.  Global Mortgage.

19  Q.  Okay.  Do you know if they have any Court actions with

20  them being in compliance with their brokering any loans with

21  respect to American Home Mortgage?

22  A.  No, I don't know that.

23  Q.  Do you know of any compliance issues that they've had at

24  all either in --

25  A.  No.

1  Q.   Okay.   I think their principle place of doing business

2  was in Florida.

3  A.   I don't know that.

4  Q.   You don't know that?   Okay.   But it was American Home

5  Mortgage that select their brokers, right?

6  A.   No.   We had -- we work with the brokers and we had

7  broker agreements with them and we made sure that they were

8  licensed and things like that, but we didn't --

9            THE COURT:   In what?

10           MR. WANERKA:   They're not like they're our

11  employees or anything like.

12           THE COURT:   Well, but the question is whether or

13  not to do business with a broker, American Home made a

14  decision to do business --

15           MR. WANERKA:   Yes, there was a process --

16           THE COURT:   -- with that particular broker.

17           MR. WANERKA:   -- in place that they --

18           THE COURT:   And by broker, I mean the brokerage,

19  I guess as opposed to the individual broker or would there

20  be a difference?

21           MR. WANERKA:   The broker company and then they

22  had individual loan officers who worked for them.

23           THE COURT:   Right.   And did -- was American Home

24  involved in the loan officer's issue?

25           MR. WANERKA:   We -- I'm not really sure.   I know

1   the principal ones who were and we would monitor them and if

2   they found that there was issues with an individual loan

3   officer, we would address it with the broker --

4               THE COURT:  All right.

5               MR. WANERKA:  -- and make sure that they took the

6   proper action.

7               THE COURT:  All right.

8               MR. KAREEM:  So were they a principal broker?

9               MR. WANERKA:  I don't know what you mean by

10  principal broker.

11              MR. KAREEM:  Well you just used it.

12              MR. WANERKA:  The -- like the whole -- the owner

13  --

14              THE COURT:  Principal would be the guy in charge.

15              MR. WANERKA:  Right.

16  BY MR. KAREEM:

17  Q.  Okay.  All right.  Were they one of your main brokers?

18  A.  We had thousands of brokers.

19  Q.  Okay.  So there's a lot of activities associated with

20  them and compliances that you really don't have knowledge

21  of.  Is that correct?

22  A.  I don't have knowledge of any compliance issues with the

23  broker.

24  Q.  Okay.  So are you saying in your testimony today that

25  this loan was in compliance?

1   A.  Yes.

2   Q.  Okay.  All right.  And I'm going to turn you back on

3   some things that I highlighted.  I won't try to be as long

4   as the other counsel was.  In Exhibit #1, you said that this

5   was a cash out refinance.  Is that correct?

6   A.  Correct.

7   Q.  Okay.  And it states there in let me see, let me see

8   what box number this is.  Let me see here.  Well, let me see

9   here, I don't know how to -- well, okay.  There's an X mark

10  by over to the right and it says describe improvements and

11  it says exterior or interior upgrades cost 21,000.

12  A.  Yes.

13  Q.  Okay.  What is your explanation of this 21,000?  Was I

14  seeking 21,000?

15  A.  No, if you notice it says that these improvements have

16  been made previously.  It's saying -- it's elevated to that

17  whole line so they're saying the house was acquired in 1999

18  for 145,000 and since you purchased it's had $21,000 worth

19  of home improvements exterior and interior upgrades.

20  Q.  Okay.  All right.  Can you turn to page, I believe

21  that's 3 of 4 on the signature line page.

22  A.  Yes.

23  Q.  Okay.  This says on the last line down at the corner it

24  says this is Global Mortgage.  Is that correct?

25  A.  Yes.

1  Q.  Okay.  There is a person by the name of Rydel Strong

2  [ph].

3  A.  Yes.

4  Q.  Okay.  Under signature, did they sign off on this?

5  A.  It wasn't required, they signed the initial loan

6  application.  This was the final loan application.

7  Q.  It wasn't required under what law?

8  A.  I don't know the law, I just know the process, it

9  wasn't required.

10  Q.  Well you don't know the law so you're saying that it

11  wasn't required, but this is a settlement and closing

12  document --

13  A.  Right.

14  Q.  -- under RESPA.

15  A.  Yes.

16  Q.  And you're saying it wasn't required?

17  A.  My understanding of it when -- and our process, it

18  wasn't required.  It's on the initial loan application, this

19  is the final loan application.

20  Q.  Well may I ask you the question this way then?  Would

21  this document had been signed in closing and sent back to

22  the broker?

23  A.  No.

24  Q.  This document here would not have been sent back to the

25  broker?

1    A.   No.

2    Q.   Okay.  Would the broker be required to keep files after

3    a loan had closed?

4    A.   I don't know broker's requirements.

5    Q.   So you really don't know if there was a requirement to

6    have this document sent back to the broker then.

7    A.   I'm saying we didn't send this loan document back to the

8    broker.

9    Q.   You're saying you didn't sent it.  Okay.  Well, let me

10   ask her another question.  Did you know the requirements in

11   Georgia for when a loan closes who has to maintain records?

12   A.   No.

13   Q.   So are you prepared to say that under Georgia Law that

14   the broker is not required to sign this loan document?

15   A.   No, I'm not going to say that, I don't know.

16   Q.   Okay.  So then you wouldn't know if this is in

17   compliance then?

18   A.   I don't know.

19   Q.   Okay.  Let's move on.  Oh, let's go back to that last

20   line before we move on.  Did you agree that compliance

21   issues are both state and federal is determined?

22   A.   I don't know.

23            MS. GREECHER:  Your Honor, objection.  These are

24   starting to go really into legal questions which she's not

25   qualified and has said that she can't testify to.

1          THE COURT:  Well I think we can go pretty far

2    into that and she's the -- frankly, the expert.  She knows

3    how all the policies worked.  Whether she knows or not the

4    policies violated or were consistent with state law, I think

5    that could be relevant.

6          MR. WANERKA:  I'm not --

7          MS. GREECHER:  Okay.

8          THE COURT:  Ma'am?  No, you were going to say?

9          MR. WANERKA:  I'm not a compliance officer, I

10   don't --

11         THE COURT:  You were not a compliance officer?

12         MR. WANERKA:  No, I was not a compliance officer.

13         MR. KAREEM:  But you made a statement that the

14   documents were in compliance earlier.

15         MS. GREECHER:  Your Honor, I think that

16   mischaracterizes the testimony.  What she said before was

17   that Whiz Sentinel reports were run, she authenticated the

18   Whiz Sentinel reports and said that the Whiz Sentinel

19   reports indicate that the Whiz Sentinel analysis was done

20   and completed and according to those reports, it was in

21   compliance.  She has not testified that she knows what the

22   compliance is, but she has testified to the debtors' records

23   and books with respect to the compliance of which she's now

24   a custodian.

25         MR. KAREEM:  I object, Your Honor, because I

1    asked specifically if these documents were in compliance.

2    The recorder of the state down here, do you have that

3    recorded by her?

4              THE COURT:  Well you did ask that.  I know you

5    did ask that, but earlier in the testimony, you asked -- you

6    said I think in connection with the what is that called, the

7    -- when the loan's too big or too bad?

8              MR. WANERKA:  High cost.

9              THE COURT:  High cost loan.  You said what they

10   call compliance and she said yes.  So I think she was

11   operating under and I was actually operating under the

12   assumption she was talking about the high loan issue when

13   you used the word compliance.

14             MR. KAREEM:  Okay.

15             THE COURT:  So if that's my confusion --

16             MR. KAREEM:  Okay.

17             THE COURT:  -- you might want to back up.

18             MR. KAREEM:  I want to stand corrected here.  I

19   don't believe I used the word high cost at any time.

20             THE COURT:  Well --

21             MR. KAREEM:  But let me --

22             THE COURT:  -- no, I -- the statement was in

23   connection with asking questions about whether it was a high

24   cost loan.  Yeah?

25             MR. KAREEM:  My statement?

1          THE COURT:  Yes, sir.

2          MR. KAREEM:  Okay.  So let me rephrase the

3  question then.

4          THE COURT:  All right.

5          MR. KAREEM:  You just made a statement that you

6  are not a compliance officer.  Okay.  So can you thoroughly

7  tell us where your job drops off when it comes to compliance

8  for the debtor and your role function because you were the

9  expert witness, so I'm thinking they brought a compliance

10 officer up here.  But you're not a compliance officer, so

11 your job is to do what specifically with respect to these

12 documents?

13         MR. WANERKA:  I was an employee for American Home

14 Mortgage specifically for the wholesale division and I'm

15 familiar with the processes and procedures in place.  I'm

16 not an expert on compliance.

17         MR. KAREEM:  Okay.  So with that respect then,

18 we're establishing that you do not know if this loan was in

19 compliance either under RESPA or state regulations.

20         MR. WANERKA:  I'm sorry, repeat the question.

21         MR. KAREEM:  Okay.  Do you know if this loan that

22 was offered through a broker by the permission of American

23 Home Mortgage was thoroughly in compliance under either

24 federal law or state law?

25         MR. WANERKA:  I don't know.

1    MR. KAREEM:  Thank you.  I want to turn to the

2  document under Section No. 2.  It's called PT-2.

3    THE COURT:  Um-hum.

4    MR. KAREEM:  And this is the borrower's right to

5  select counsel.  Okay.  Do you understand this -- what this

6  --

7    THE COURT:  I'm sorry, hold on for a moment.  I

8  didn't think the phone was -- do we have people on the

9  phone?  All right.  Interfering noise -- okay.  Go ahead,

10  sir, I apologize.

11  BY MR. KAREEM:

12  Q.  What do you understand about this document as it relates

13  to Georgia Law and selecting counsel?  And if you don't know

14  anything --

15  A.  I don't know.

16  Q.  -- then say you don't.  okay.

17  A.  I don't know.

18  Q.  Okay.  All right.  Let me ask you this question.  In the

19  familiarization of processes that you know of about loan

20  closes and procedures is the closing attorney an agent for

21  the lender or an agent for the borrower?

22  A.  I don't understand the question.

23  Q.  Okay.  All right.  Let me try to rephrase that.  Who

24  does the closing attorney have responsibility for to the

25  lender at closing or to the borrower?

1  A.  My understanding is both, but I don't have a definitive

2  answer for that.

3  Q.  Okay.  All right.  And you don't know Georgia Law in

4  that question so we'll move on.  Thank you.

5  A.  Okay.

6  Q.  Now is it a policy of American Home Mortgage to send a

7  personal representative, a representative to any closing?

8  A.  I don't know.

9  Q.  On Exhibit #3 and the back page, we'll go to the back

10  page it has a date at the top, but at the signature line

11  there is no signature, I mean, a date corresponding to the

12  signature.  So do you know, in fact, if July 7, 2006 this

13  document was signed on that date?

14  A.  I know the closing took place on 7/7.  There's -- I've

15  never seen a date next to a signature on a HUD ever.

16  Q.  Okay.  Let's go to the Document No. PT-4.  Down at the

17  bottom it says I will make my monthly payments at P.O. Box

18  660029, Dallas, Texas with the zip code.  Is that a true and

19  accurate address to send the payments?

20  A.  I don't know.

21  Q.  Okay.  So you don't know if it changed at some other

22  time?

23  A.  I don't know.

24  Q.  Okay, thank you.  Now you -- let me see here.  Let's go

25  back to the -- let's go to document number or Tab No. 5.

1   And in Tab No. 5, I want you to go to the -- well I guess

2   that's the wrong one.  I'm sorry.  That's not Tab No. 5 that

3   I'm seeking.  Let's go back to Tab No. 1, please on Page 3

4   of 4.  Next to the signature there is a date of 7/07/06.

5   A.  Yes.

6   Q.  Okay.  Did you ever see me put in a date?

7   A.  I wasn't there when the document was signed.

8   Q.  Okay.  So if the borrower says that that's not their

9   handwriting, you would have no way to authenticate that?

10  A.  No.

11  Q.  Okay.  Now you had described that a lot of your

12  testimony with respect to a software system database that

13  holds all this.

14  A.  Yes, Unify.

15  Q.  Unify.  Okay.  Has Unify ever crashed to your knowledge?

16  A.  What do you mean by crashed?

17  Q.  Well computer systems go down and they have to be

18  uploaded, reloaded, and run again.

19  A.  I think there was a blackout those years back, I mean,

20  it went down then, but it came back up.  There's no issues

21  with it.  The data wasn't corrupted from it.

22  Q.  Oh, so how do you know that the data was not -- you had

23  no corrupt data on any of your files?  You know that for a

24  fact?

25  A.  No, I'm not -- no.

1    Q.   Okay, thank you.  So when it comes to that there are

2    purported documents like in Tab 10 that you've testified

3    that is not sent off for signature, but is sent to the

4    borrower and that there's some type of procedure that says

5    that there's a date that it's sent out.

6    A.   Yes.

7    Q.   Is that sent out by first class mail or certified mail,

8    priority mail?  What method did you use?

9    A.   I don't know.

10   Q.   Okay.

11   A.   U.S. Postal mail, I don't know what --

12   Q.   So you don't know if it actually got delivered then?

13   A.   No.

14   Q.   Okay, thank you.  I'm going to go to Tab 11.  This is a

15   truth-in-lending disclosure?

16   A.   Yes.

17   Q.   And it has two line items and it's part of a disclosure.

18   There it has -- starts on 44 and 580 and there's another one

19   that says 315, there's $1,190.08, and then there's a final

20   line item that has one and it has 1,200.87.

21   A.   Yes.

22   Q.   Okay.  Now this MTA product would you say that it's a --

23   it's simpler than a fixed rate product or is it more

24   complex?  Well how would you describe it in terms of level

25   of complexity to the average borrower?

1   A.   I wouldn't.

2            MS. GREECHER:   Your Honor, objection.   I don't

3   know that you can -- I mean, that's really speculation at

4   this point what an average borrower is or what level of

5   complexity something is.   If Mr. Kareem wants to testify as

6   to what he thought the level of complexity is, he's free to

7   do so.

8            THE COURT:   Overruled.   I think, you know, it's

9   she knows the products.   She has common sense.

10           MR. WANERKA:   I mean ARM's are more complicated

11  than fixed rate payments.

12           MR. KAREEM:   Okay.

13           MR. WANERKA:   But it's up to the borrower what

14  product they choose.

15  BY MR. KAREEM:

16  Q.   Okay.   So ARM's are more complicated.

17  A.   They're not as streamlined as a fixed rate product.

18  Q.   All right.

19  A.   Like this is your fixed payment for whole life of the

20  loan.   There are variables.   There's adjustments that could

21  be made to the loan.

22  Q.   Okay.

23  A.   An ARM.

24  Q.   Thank you.   Now you described this product and I'm

25  trying to follow your explanation and you're describing this

1  product as having what three options to it or something?

2  A.  There's three different payment options.

3  Q.  Okay.  And so with the payment option, there's a recast.

4  Is that correct?

5  A.  If you choose to pay the payment that doesn't pay all of

6  the interest, yes, it -- the interest that isn't paid gets

7  added onto the principal balance and will recast when it

8  reaches 110 percent of the original loan amount.  It was all

9  in the disclosure.

10 Q.  Now what does that mean it will recast when it reaches

11 110 percent?

12 A.  It will recalculate to a fully amortizing payment.

13 Q.  It will recalculate to a fully amortized payment?

14 A.  Yes.

15 Q.  Was the borrower penalized by that?

16 A.  No.

17 Q.  Okay.  And so now we know that you're not a compliance

18 specialist of this, but are you familiar with any negative

19 products that have undergone litigation because it's a

20 negative amortization and it was rather complex?

21 A.  I don't know.

22 Q.  You don't know?  Okay.  With respects to this exhibit

23 here, the one we're looking at, there's this --

24 A.  Which exhibit?

25 Q.  Eleven, Tab 11.

1  A.   Okay.

2  Q.   Okay.  Does this accurately portray the recasting and

3  examples of the recasting and how we would perform to the

4  borrower?

5  A.   The payment stream that you referenced is based off of

6  that payment on the note the 580.51 being paid and so when

7  at 44 months here it's not the 60 months because that 44

8  months is when it would -- if you made that payment each

9  month, it would recast.  That's when it would become a fully

10 amortizing payment after the 44th payment.

11 Q.   So you're saying that this document is clear enough to a

12 borrower that they would understand that?

13 A.   I don't know the borrower's knowledge, I can't --

14 Q.   Okay.  Is there some documentation that would go with

15 this that would clearly express that?

16 A.   The interest only payment option is pretty clear in the

17 disclosure.

18 Q.   And about precasting?

19 A.   Yes.

20 Q.   And where is that found?

21 A.   In Exhibit 10.

22 Q.   Well that's the one that you said that you can't certify

23 how it got delivered.  You said that it was sent in the

24 mail, right, but it didn't require a signature.

25 A.   I said it would have been included in the three day

1  docs.  Whether or not they were actually received in the

2  U.S. Mail, I don't know, they were mailed and they were also

3  included in the closing package.

4  Q.  Okay.  And -- okay.  So this is a one, two, three, four

5  --

6  A.  It's an eight page document.

7  Q.  Eight page document.  And so you expect -- now all of

8  these documents were -- how many pages were sent to the

9  borrower to sign?  Do you know?

10  A.  I don't know.

11  Q.  And you -- do you -- can you I guess give me a comment

12  on what you think that an average borrower would -- if they

13  would have any difficulties with this explanation over the

14  eight pages, the course of the eight pages?

15  A.  I don't --

16  Q.  You're saying it's pretty clear to you, right?

17  A.  Well that's a question I can't answer.  I don't know, it

18  depends on the borrower.

19  Q.  Okay.  It does depend on the borrower, I grant you that.

20  But you did also say that it's pretty clear, it's a pretty

21  clear explanation.  Did you not just say that just a few

22  minutes ago?

23  A.  Yes.  To -- I guess to me.

24  Q.  Okay.

25  A.  The examples set forth in it, I -- it spells out how the

1   product works.

2   Q.  Okay.  But you're familiar with the product because you

3   eat, sleep, and drink it at the time, right?

4                    (Laughter)

5            MR. WANERKA:  I had a lot of dealings with it.

6   BY MR. KAREEM:

7   Q.  So if someone seeing it for the first one or two times -

8   - well let me ask you this question.  You were probably

9   trained on this product.  Is that correct?

10  A.  No.

11  Q.  You were not trained on this product?

12  A.  I wasn't trained on any product.  It was -- I'm not a

13  loan officer.

14  Q.  Well then -- well you said that it was easy for you to

15  understand, you've seen this over time.  You know this is a

16  part of document --

17  A.  I know about the products.  I've learned about the

18  products throughout my jobs at AHM.  I've read the

19  disclosures.  I've read through the closing documents so --

20  Q.  Okay.  And so how long did it take you to understand

21  these disclosures and what each one means?  How many

22  products does AHM offer?

23  A.  There were hundreds of products.  I can't -- I don't

24  know how to answer your question.

25  Q.  Okay.  So basically, there's hundreds of products and

1  this one was easy for you to understand?

2  A.  I understand the products.

3  Q.  Okay.  But you're not trying to infer that any borrower

4  would have the same level --

5  A.  I can't speak for any borrower.

6  Q.  Thank you.  I want to go to Tab No. 13.

7          THE COURT:  Can we take a short recess?  Would

8  that be all right?

9          MR. KAREEM:  Yes, sir.

10          THE COURT:  All right.  Let's say five or ten

11  minutes.  Ma'am, during the recess you may not discuss the

12  substance of your testimony with counsel, all right?

13          MR. WANERKA:  Okay.

14            (Recess from 4:52 p.m. to 5:06 p.m.)

15          THE CLERK:  All rise.

16          THE COURT:  Please be seated.  Okay.  Do you have

17  more questions?

18          MR. KAREEM:  Yes.

19          THE COURT:  All right.  Please retake the stand,

20  ma'am.

21  BY MR. KAREEM:

22  Q.  Okay.  Again, we're talking to is it Eileen?

23  A.  Yes.

24  Q.  Okay.  All right.  I'm glad, Miss Eileen, if you don't

25  mind if I call you Miss Eileen?

1  A.  Sure.

2  Q.  That you clarified that you're not a compliance officer.

3  I'm going to try to stay within the scope, but you were

4  assistant vice president.  Is that correct?

5  A.  Wholesale operations technology.

6  Q.  Wholesale --

7           THE COURT:  I can't -- I'm sorry.

8           MR. KAREEM:  Of wholesale operations technology.

9  BY MR. KAREEM:

10  Q.  Okay.  So the technology implies that you are familiar

11  with the computer systems?

12  A.  Yes.

13  Q.  But there are other areas of business dealing with the

14  debtor that you're probably not an expert in those areas.

15  Is that correct?

16  A.  Expert of what?

17  Q.  Well, again, you've already testified that you're not a

18  compliance officer so you wouldn't have -- you wouldn't be

19  testifying as a compliance officer.

20  A.  Correct.

21  Q.  All your testifying to is what data that you have.

22  A.  Yes.

23  Q.  Okay.  And the scope of your testimony is also your

24  belief of what was sent out or when it should have been sent

25  out.  Is that correct?

1   A.   Yes.

2   Q.   Okay.   But again, we get into that there's no proof of

3   delivery.

4   A.   Yes.

5   Q.   Okay.   And you're also testifying that you had hundreds

6   of brokers, but their status with respect to any compliance

7   issues is unknown to you.   Is that correct?

8   A.   Well you asked specifically about Global Mortgage and

9   no, I'm not aware.

10  Q.   Okay, thanks.   All right.   We left off at Section No. 13

11  and I'm going to do my best to try to describe some of the

12  concerns I've had so that you can clarify for this Court.

13  And any time that you're not comfortable with the question

14  I'm asking, just please ask me to restate, okay?

15  A.   Okay.

16  Q.   All right.   I'm looking at a document and counsel, you

17  may have to help me out here, but in the middle of it,

18  almost in the middle of the page, it says affiliated

19  business arrangement disclosure.

20            THE COURT:   Is this PT-13, the screenshot?

21            MR. KAREEM:   Yes, the screenshot.

22            THE COURT:   Okay, thank you.

23  BY MR. KAREEM:

24  Q.   And it says claim number 001, three zeros and a one.

25  That's the page I'm referring to, right?   Are you familiar

1  with the document I'm talk -- I mean, I'm referring to?

2  A.  I didn't hear the document description that you're

3  referring to.

4  Q.  It's called affiliated business arrangement disclosure.

5  A.  Okay.

6  Q.  Are you seeing it?

7  A.  Yes.

8  Q.  Okay.  What is your knowledge of the purpose of that

9  disclosure?

10  A.  I'd have to see the actual disclosure.

11  Q.  Okay.  But you're saying that you know that these

12  documents were sent out.  Is that correct?  That's what

13  you're testifying to?

14  A.  Yes, they were part of the three day doc set that would

15  have been sent.

16  Q.  But specifically, you do not know what that affiliated

17  business arrangement disclosure is?

18  A.  No.

19  Q.  Okay.  In your knowledge then is it -- do you know if

20  there's a requirement for American Home Mortgage to reveal

21  if the broker is affiliated with American Home Mortgage for

22  the purposes of doing a loan?

23  A.  I'd have to see the document in order to answer

24  questions about it.

25  Q.  Okay.  So basically, there's a lot of content here with

1  documents that you're unfamiliar with the totality of what

2  those documents are?

3  A.  I'm sorry, restate?

4  Q.  Okay.  This page, this screenshot is a suggestion to you

5  that these documents were sent out, but you're not

6  testifying to the contents that was contained in those

7  documents.  Is that correct?

8  A.  Correct.

9  Q.  Okay.  So that would leave one to I guess to infer that

10 you don't really know if a partial version of the document

11 went out or the full version went out.

12 A.  I'd have to see the document.

13         MR. KAREEM:  Okay.  Well that was the -- one

14 second.  Counsel, do you have that in your --

15         MS. GREECHER:  I do.

16         THE COURT:  Which document?

17         MS. GREECHER:  I do.  It's part of the loan file

18 that I provided you with last week.  It's not --

19         MR. KAREEM:  Do you know where it is?

20         MS. GREECHER:  I mean, I have it here as part of

21 the documents I have.  It's not an exhibit --

22         THE COURT:  Okay.

23         MS. GREECHER:  -- that we're using.  He's more

24 than welcome to have it, but I have one copy so.

25         THE COURT:  All right, we'll get some copies --

1    let's get three or four copies made.

2              MR. KAREEM:  That would be significant.

3              THE COURT:  All right.  Thank you, Ms. Greecher.

4              MR. KAREEM:  I'll move onto another question and

5    we'll come back to that.  Is that okay?

6              MR. WANERKA:  Sure.

7              MR. KAREEM:  Okay.

8              THE COURT:  Hang on, wait till she's ready for

9    the taking down the testimony.

10             THE CLERK:  Oh, thank you, Your Honor, I'm ready.

11             THE COURT:  All right.  You ready?  Okay.

12   BY MR. KAREEM:

13   Q.  I want to move to Tab No. 15.  It's called Whiz Sentinel

14   analysis report.  Now I think you testified that this was

15   generated or tested and retested several times?

16   A.  Yes.

17   Q.  When would the borrower know to your knowledge that your

18   internal compliance passed or failed?  I mean, well you did

19   state that if it failed that you would contact them but --

20   A.  The broker.  We would contact the broker.

21   Q.  The broker.  You would contact the broker, not the

22   borrower directly.

23   A.  And because this is a wholesale loan, we would contact

24   the broker.

25   Q.  Okay.  So are you distinguishing the fact that at no

1  time you would contact the borrower directly?  You would --

2  A.  Correct.

3  Q.  -- go through the broker?

4  A.  Correct.  In wholesale, we had no direct communication

5  with the borrower.  It was all done through the broker.

6  Q.  So that was your company policy?

7  A.  Yes.

8  Q.  Okay.  I'm going to footnote that notation there because

9  that's --

10            THE COURT:  Are you writing on the exhibit?  I'd

11  really prefer if you didn't write on the exhibit.

12            MR. KAREEM:  Is -- well is this for me or --

13            THE COURT:  Which one is it?  Is it this?

14            MS. GREECHER:  No.

15            THE COURT:  Oh, that's yours, yeah, okay.  I

16  thought you -- Ms. Werkeiser [ph] gave you a couple of

17  pieces of paper because I thought you wanted to show them to

18  witness.

19            MR. KAREEM:  Oh, no, no, no.

20            THE COURT:  I was confused about what you were

21  writing on.

22            MR. KAREEM:  Okay.  One second, one second.

23            THE COURT:  Make the notes, all the notes you

24  want.

25            MR. KAREEM:  Okay, I'm sorry.  I got three copies

1    here, you --

2                MS. GREECHER:  I have a copy.

3                MR. KAREEM:  Okay, then.  Okay.  So may I

4    approach the bench and give one to you?

5                THE COURT:  I have one, just give one to the

6    witness, please.

7                MR. KAREEM:  I'll come back to this in a minute.

8    All right.  Okay.  Let's go back then to Tab 13 which we

9    were referring to this affiliated business arrangement

10   disclosure.  And now you have a copy of it.  I have a copy.

11   Everybody in the courtroom has a copy of it.  And it says

12   the lender is American Brokers Conduit.  It has the loan

13   number on there and there's a signature on this.  Let's see

14   if it's dated.  It's not dated.  Okay.

15               THE COURT:  The date prepared is June 29, 2006.

16               MR. KAREEM:  Okay.

17               THE COURT:  It's in the upper right --

18               MR. KAREEM:  June 29.  All right.  Okay.  Is this

19   the -- this is the only page that was disclosed of this

20   affiliated business relationship, Counsel?

21               THE COURT:  If you know, Ms. Greecher.  You're

22   not on the stand.

23               MS. GREECHER:  I mean, the -- I believe so, but

24   this is a one page document and most of the other documents

25   say page something of something.

1              THE COURT:  All right.

2              MS. GREECHER:  And this does not have one.  And

3    Ms. Wanerka may know, but I think she's testified already

4    that she does not.

5              THE COURT:  All right.  That's sufficient.

6    BY MR. KAREEM:

7    Q.  Okay.  All right.  Well reading this document I'm going

8    to just -- and since you said you don't know, I'll just ask

9    this then.  Well, who's knowledge -- who would have personal

10   knowledge of this document within American Home Corporate

11   that put this type of notice out?  Who would have --

12   responsibility would that have been?

13   A.  There's a department for docs.  I don't have a specific

14   name.

15   Q.  Okay.  So you wouldn't know who was responsible for

16   generating your disclosures?  You just track them.

17   A.  Well disclosures or this disclosure?

18   Q.  This is -- well this is under the disclosure list so --

19   A.  Okay.

20   Q.  -- there would have to be a department that has that

21   mandate.

22   A.  No, I don't.

23   Q.  Okay.  All right.  Well I guess I can't address it to

24   you because I do have concerns, but -- about the nature of

25   that disclosure, but we'll move on.  Okay.  One second.  How

1  familiar are you -- you said you're familiar with the

2  products and the loan and the MTA loan.  And I want to go

3  back for just a minute to talk about that loan.  To your

4  knowledge, did American Home Mortgage would -- did they ever

5  try to accelerate the debt against the borrower in this

6  particular case, Mr. Kareem?

7  A.  I don't know.

8  Q.  So you have no knowledge of that?

9         THE COURT:  That's what she said.

10  BY MR. KAREEM:

11  Q.  Okay.

12  A.  Can you define accelerate the debt?

13  Q.  Yes.  That's a provision under the security instrument,

14  as well as, under the note that if it became in default,

15  that they would accelerate the debt for the purpose of

16  foreclosure.  Well let me ask the question this way.  In

17  your documentation records, would there have been any type

18  of documents in your capacity which would show who American

19  Mortgage was trying to foreclose on?  Would that have been

20  part of the documents that would have been maintained on

21  your records?

22  A.  I'm sorry, can you restate the question?

23  Q.  Okay.  If a borrower went into foreclosure or any

24  properties that were foreclosed on was that part of your

25  department to keep those records?

1  A.  Of my department?

2  Q.  Yes, your documentation.  Is that correct?

3  A.  No.

4  Q.  Okay.  So your -- the technology division that handles

5  the database for many of these documents.  Is that correct?

6  A.  The loan origination database.

7  Q.  Just loan origination.  Okay.  So after loan origination

8  when you get into other aspects of the company, that is not

9  something that you would have been --

10  A.  I don't understand the question.

11  Q.  Okay.  So I'm trying to understand your role in the

12  company, what access to data that you had in the company,

13  and then as it went from loan origination into an actual

14  loan to be serviced where your document -- where your

15  knowledge would have dropped off.  Was your job assignment

16  only confined to the loan origination and gathering the

17  loans -- with the information back?

18  A.  Pre-petition when I was AVP of Wholesale Operations

19  Technology or are you talking post petition?

20  Q.  Now describe post petition.  What is post petition?

21  A.  That's my current title is Director of Claims

22  Administration.

23  Q.  Oh.

24          THE COURT:  We're talking about in the ordinary

25  course of business.

1            MR. WANERKA:  Okay.

2            THE COURT:  When your job was basically all the

3    technology --

4            MR. WANERKA:  Well it was technology based, but I

5    understood the process flow and like the loan process.

6            THE COURT:  The origination.

7            MR. WANERKA:  Yeah, the origination.

8            THE COURT:  Okay.

9            MR. WANERKA:  And the whole process.

10            THE COURT:  All right.  Well then the question is

11    all right, it's in servicing.

12            MR. WANERKA:  Okay.

13            THE COURT:  Are you still involved in that?

14            MR. WANERKA:  It's a different area, but we have

15    access to the documentation.

16            THE COURT:  You have access, but you'd have to

17    look, I guess?

18            MR. WANERKA:  It's like -- yeah, like --

19            THE COURT:  All right.

20            MR. WANERKA:  -- and for a specific document.

21            THE COURT:  And if they put a -- if the servicer

22    gets permission from the owner to put a property in

23    foreclosure, you're not really involved in that --

24            MR. WANERKA:  No, I'm not.

25            THE COURT:  -- I guess is the question.  Okay.

1          MR. KAREEM:  Okay.

2          THE COURT:  Does that help, Mr. Kareem?

3          MR. KAREEM:  That was the question I was seeking.

4    Thank you, Your Honor, for clarifying that.  All right.  I'm

5    trying to zero in on your knowledge about the loan

6    origination.  Did you understand the instruments, the

7    promissory note?  Did you have a good familiarity with

8    promissory notes?  Like the MTA note and the language that's

9    contained in there.  Did you have a --

10          MR. WANERKA:  I have a general knowledge of the

11   note.

12          MR. KAREEM:  Okay.  All right.  So let's go back

13   to the note.  Hold one second.  What exhibit is that?

14          THE COURT:  It's Exhibit --

15          MS. GREECHER:  Four.

16          THE COURT:  -- 4.

17          MR. KAREEM:  Four, okay, let's go to Exhibit 4.

18   Thank you.

19          THE COURT:  Mr. Kareem, do you have any idea how

20   much longer you're going to be with this witness?

21          MR. KAREEM:  I think I'm within ten minutes and

22   I'll be done.

23          THE COURT:  Okay, all right.  Thank you.

24   BY MR. KAREEM:

25   Q.  I want you to turn to Page 2 of 6.

1  A.   Okay.

2  Q.   All right.   Under Section C, it says payment changes.

3  And under this section, it says how the payment will be

4  computed according to Section 4E, F, G, H and I, of this

5  note to reflect changes in the principal balance and

6  interest that I must pay.   The noteholder will determine my

7  new interest and the change amount of my monthly payment in

8  accordance to Section 4 of this note.   Okay?

9  A.   Okay.

10  Q.   Now that was incumbent on the noteholder which would

11  have been at the time that the loan closed would have been

12  American Mortgage.

13  A.   American Brokers Conduit.

14  Q.   Is a subsidiary of American Mortgage, right.   Okay.   Now

15  as we come down to Section F -- J on Page 3 of 6, it says

16  notice of changes.   The noteholder will deliver or mail to

17  me a notice of any changes in the amount of my monthly

18  payment before the effective date of any change.   The notice

19  will include information required by law to be given to me

20  also the title and phone number of the person who will

21  answer any questions I have regarding the notice.   Now my

22  question to you is you just made a statement that you would

23  communicate not directly to the borrower, but you would

24  communicate through the broker.

25  A.   During the credit process, during the underwriting

1  process.

2  Q.  During the underwriting?

3  A.  Yes.

4  Q.  Okay.  So after underwriting then, then there was direct

5  communication?

6  A.  Yes, between the servicer and the borrower.

7  Q.  Between the servicer.  But this doesn't say servicer, it

8  says noteholder.

9  A.  Okay.

10  Q.  Okay.  So it's your understanding that that noteholder

11  represents the servicer --

12            MS. GREECHER:  Your Honor, the company --

13            THE COURT:  Yeah, no, wait a minute.  Go ahead,

14  Ms. Greecher.

15            MS. GREECHER:  The note speaks for itself.  I

16  think this is an issue that we can discuss in legal

17  argument.

18            MR. KAREEM:  Okay.

19            THE COURT:  Yeah, I agree.  The note is what it

20  is.

21            MR. KAREEM:  Okay, fine.  All right.

22            THE COURT:  And really whether -- just a little

23  bit further, whether holder means holder or whether it means

24  holders and servicer or servicer, I think that's a legal

25  argument.

1           MR. KAREEM:  Right.  I am through.

2           THE COURT:  Oh, okay, thank you.  Usually when

3  lawyers tell me ten minutes, I think twenty so.

4                      (Laughter)

5           THE COURT:  I know you want to get out of here,

6  but do you have --

7           MS. GREECHER:  A little bit, okay, sorry.

8           THE COURT:  -- redirect?

9           MS. GREECHER:  If I may.  Your Honor, I actually

10  have another exhibit that I didn't anticipate using.  It

11  will be for rebuttal, but I may have to ask the Court's

12  indulgence for a photocopy again.

13          THE COURT:  All right.  We got a deficit we're

14  working on so --

15                     (Laughter)

16          THE COURT:  -- I think a thousand bucks a page

17  will do it.  Pretend it's an ashtray.

18          MS. GREECHER:  All right.

19          THE COURT:  Well she needs to -- Ms. Greecher?

20          MS. GREECHER:  Good evening, Your Honor.  I only

21  have a couple of follow up questions.

22                   REDIRECT EXAMINATION

23  BY MS. GREECHER:

24  Q.  And but first, I'd like to have Ms. Wanerka take a look

25  at what I've now marked as PT Exhibit 32.  Are you familiar

1  with this document?

2  A.   It's the signature name affidavit.

3  Q.   And what is the source of this document?

4  A.   Paper Vision.

5  Q.   Is this a document that's maintained by the debtors in

6  the course of its regularly conducted business?

7  A.   Yes.

8  Q.   Is this a document that's signed at closing?

9  A.   Yes.

10  Q.   And I wanted to take -- I'm going to ask you to take a

11  look at Tab 19.

12  A.   Okay.

13  Q.   Are you familiar with this document?

14  A.   Yes.

15  Q.   Can you tell me what it is?

16  A.   It's the ARM change history from servicing.

17  Q.   And what is the source of this document?

18  A.   AHMSI, MSP.

19  Q.   Okay.

20  A.   Their system that they use.

21  Q.   And this is a document that's maintained in the regular

22  course of the business?

23  A.   Yes.

24  Q.   And can you explain to me briefly where the interest

25  rates are for Mr. Kareem's loan are located on these

1  documents?

2  A.  Sure.  The payment date is on the left hand column.

3  Then the index is listed and the final interest rate.

4  Q.  And if you turn the page, it looks like the change

5  history somehow changes.  Can you explain how to review the

6  second page?

7  A.  Sure.  Pages 2 and 3 are from LSAMS before they changed

8  systems.  And then the interest rate is -- the payment date

9  is like instead it's listed as 090106 and so on and then the

10  interest rate, it's listed in all the numbers going across,

11  but the last four digits you take the first number then put

12  a period there so it's really like 6.963 and so on.

13  Q.  Okay, thank you.  And then I have one more question.

14  Mr. Kareem had asked you about whether or not you had any

15  knowledge of whether the debtor, AHMSV had commenced a

16  foreclosure action --

17  A.  Okay.

18  Q.  -- against Mr. Kareem.  Do you recall saying no?

19  A.  Yeah, and I don't think I understood the question.

20  Q.  Okay.  I'm to ask you to take a look at Exhibit 17.

21  It's under Tab 17.  We talked earlier that this was the

22  LSAMS customer tracking report --

23  A.  Yes.

24  Q.  -- for servicing.  Would -- to your knowledge, would

25  information regarding a foreclosure commencement be included

1  in this document?

2  A.  I believe so.

3  Q.  And to you knowledge is there any notations regarding a

4  foreclosure action commencing?  You can take a minute to

5  look through it.

6  A.  Yeah, I'd have to look through it again.

7          MR. KAREEM:  Your Honor, I'm going to object to

8  that question.

9          THE COURT:  Why?

10          MR. KAREEM:  On the basis that she's -- she has

11  already stated that that falls into another area and that

12  it's not her primary area.

13          THE COURT:  Well what would be -- you have no

14  independent knowledge.  You're simply going to look at the

15  records and tell me what the records say?

16          MR. WANERKA:  I can -- yes, I can look at the

17  records.

18          THE COURT:  Well --

19          MR. WANERKA:  I've seen two notices of default.

20  I've seen the payment history that he stopped paying in June

21  of 2008 so it would be in foreclosure.

22          THE COURT:  All right.  Well I don't think we

23  need to have her specifically read out something that's on

24  the document.

25          MS. GREECHER:  Okay.  With that, I believe we're

1  through.

2          THE COURT:  All right.  Mr. Kareem, if you --

3  hang on there.  If you wish --

4          MR. KAREEM:  Um-hum.

5          THE COURT:  -- and this is the only area you can

6  ask questions at this point, but she brought up new issues

7  on redirect so you get a chance to challenge it, if you

8  wish.  You can ask questions about the signature name

9  affidavit.  If you don't want to, you don't have to.

10          MR. KAREEM:  One question.

11          THE COURT:  Um-hum.

12                    RECROSS EXAMINATION

13  BY MR. KAREEM:

14  Q.  This is the -- this is with respect to the signature

15  name affidavit.  Is it your knowledge that you can state a

16  certainty, with certainty that this was something that was

17  sent to Mr. Kareem?

18  A.  It would have been provided in the closing package at

19  closing, it wasn't mailed.

20  Q.  And the closing package would have been predicated on

21  other third parties not American Home Mortgage.  Is that

22  correct?

23  A.  I don't understand.

24  Q.  Okay.  Who provides the closing packages, American Home

25  Mortgage?

1   A.   American Home Mortgage.

2   Q.   So this would have been sent from the corporate office?

3   A.   Yes.

4            MR. KAREEM:  Okay, thank you.

5            THE COURT:  Okay.  Now you may step down.

6            MR. WANERKA:  Thank you.

7            THE COURT:  You're welcome.  Any other live

8   witnesses?

9                 (No audible response.)

10           THE COURT:  No?  All right.  So we need to worry

11  about what documents to put in evidence.  Here's what I'd

12  like to do.  We've gone long enough today.  I would like the

13  parties to agree on a briefing schedule.  Mr. Kareem, you'll

14  go first.

15           MR. KAREEM:  Okay.

16           THE COURT:  And that's your chance to tell me

17  based on what happened today what your legal argument is.

18  Okay?  As well as, telling me what documents you would like

19  admitted into evidence.  Okay?  Then Ms. Greecher, you'll

20  file an answering brief and you'll put in what documents you

21  want in evidence and Mr. Kareem will then have a chance to

22  reply.  And in your reply, you can object, if you wish to

23  any of the documents Ms. Greecher has submitted.  And then

24  Ms. Greecher, you get the last bite on the apple in

25  connection with his documents.  Sorry, wait a minute.  Wait,

1  let me think.  No, we don't need -- all we need's the reply

2  and that will get us where we're going.  If you want to do a

3  cert, that's fine.  Okay.  But just if you can work out a

4  schedule.  You'll obviously want the transcript before --

5           MS. GREECHER:  Yes.

6           THE COURT:  -- you sort of start the clock

7  running on these issues.  And frankly, given how much law is

8  involved in this that I will need to look at, I'm not in a

9  position today to make a ruling because it would be

10 reckless, frankly, because I haven't read the law so.  Can

11 you work something out?

12          MS. GREECHER:  Yes, Your Honor.  If I may ask Mr.

13 Kareem if he has a thought in timing?  We will wait for the

14 transcript.  It may take a short of period of time, it may

15 take longer, but once I receive it, I will forward it on to

16 Mr. Kareem.  Would that be a good time to provide a -- to

17 discuss a briefing schedule --

18          THE COURT:  Yeah.

19          MS. GREECHER:  -- after we received it?

20          THE COURT:  That would probably be a --

21          MS. GREECHER:  Because quite frankly, I think

22 we're going to hit the holidays.

23          THE COURT:  And --

24          MS. GREECHER:  And I don't want to jam you and

25 I'm hoping you don't want to jam me at the holiday either.

1                        (Laughter)

2              THE COURT:  No, we'll -- that's fine.  Just work

3  it out amongst yourselves.

4              MS. GREECHER:  Okay.

5              THE COURT:  And if you have a problem, give me a

6  call and we'll do it on the telephone and figure it out, in

7  which you agree, let's do an order.

8              MS. GREECHER:  Okay.

9              THE COURT:  That sets forth the schedule.  And

10  you can submit that under certificate of counsel.

11              MS. GREECHER:  And I will also be submitting

12  under certificate of counsel based on earlier today, an

13  order with respect to the motion for seal and will shortly

14  thereafter be providing a notice of redacted exhibits that

15  will be put on file as well.

16              THE COURT:  Excellent.  All right.  Any final

17  questions?

18                  (No audible response.)

19              THE COURT:  No?  All right.

20              MR. KAREEM:  I just have one comment.

21              THE COURT:  Yes.

22              MR. KAREEM:  Your Honor, the other day when you

23  had the phone call, I was on the line.  For some reason, the

24  line went blank.  So it was not my intent to not be there.

25  The Court people probably told you that I had actually

1    signed in.  So I don't want to be mischaracterized that I

2    elected not to be there, there was some snafu.

3              THE COURT:  All right.

4              MR. KAREEM:  So I just want to clear that on the

5    record.

6              THE COURT:  That's fine.  And they did tell me

7    that.  I appreciate that.  All right, we are adjourned.

8    Have a pleasant evening.

9         (Whereupon, at 5:37 p.m., the hearing was adjourned.)

10

11                        CERTIFICATION

12         I certify that the foregoing is a correct

13    transcript from the electronic sound recording of the

14    proceedings in the above-entitled matter.

15

16

17    _____        1 December 2011
18    Traci L. Calaman, Transcriber                 Date

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **07-11047(css)**(1) 1:4 | | **address**(18) 15:5 17:20 22:2 37:15 37:15 37:16 48:21 53:6 53:11 53:18 56:20 77:6 78:12 128:13 128:14 135:3 143:19 159:23 | | **ahead**(6) 4:7 37:10 53:5 56:5 142:9 165:1 | | **american**(102) 18:3 31:16 31:17 31:19 32:9 32:17 32:19 34:2 34:4 34:19 35:12 35:22 36:8 36:12 39:4 39:17 39:21 40:7 40:17 41:10 41:14 41:18 41:24 42:3 42:10 42:15 43:12 43:13 43:13 44:1 44:7 44:8 44:22 45:4 45:20 46:5 46:10 47:4 48:13 48:19 49:6 50:4 51:21 52:12 55:10 57:8 59:7 59:24 61:5 61:6 61:10 63:11 64:22 65:9 67:3 67:21 70:4 72:10 73:7 73:13 73:24 73:25 74:2 74:4 74:16 83:9 83:20 86:2 86:16 86:25 88:14 89:21 90:9 90:10 90:12 90:19 106:5 112:8 112:9 113:9 113:16 127:1 127:8 133:21 134:4 134:13 134:23 141:13 141:22 143:6 154:20 154:2 158:12 159:10 160:4 160:18 164:12 164:13 164:14 170:21 170:24 171:1 |
| **7-6a-2**(1) 45:11 | | | | **ahm**(5) 20:1 20:10 91:17 150:18 150:22 | | |
| **a.m**(3) 1:15 4:1 30:14 | | | | **ahm's**(1) 90:16 | | |
| **abc**(1) 61:4 | | **addressed**(2) 19:5 20:10 | | **ahmsi**(16) 19:16 19:17 58:22 58:23 59:14 59:23 59:23 62:10 66:18 74:15 74:19 75:4 75:4 85:2 127:11 167:18 | | |
| **ability**(2) 38:18 82:23 | | **adequate**(1) 39:18 | | | | |
| **able**(8) 28:6 34:21 35:1 49:22 68:11 68:20 69:2 70:17 | | **adjourn**(3) 13:17 23:17 78:20 | | **ahmsv**(4) 127:1 127:2 127:9 168:15 | | |
| | | **adjourned**(3) 4:9 174:7 174:9 | | **ahmsvi**(1) 64:1 | | |
| **about**(60) 11:17 28:2 28:2 28:5 28:9 28:25 35:11 37:5 38:6 39:18 40:4 44:12 44:18 51:9 53:2 53:7 55:15 56:15 57:7 58:11 59:16 60:14 60:24 61:11 61:22 66:22 67:3 70:2 73:18 74:25 75:22 80:3 80:4 80:4 82:17 85:2 85:3 88:5 92:14 94:5 102:20 123:21 132:10 140:12 140:23 142:12 142:19 148:18 150:17 150:17 153:1 154:24 157:20 159:24 160:3 161:24 163:5 168:14 170:8 171:11 | | **adjustable**(21) 36:22 54:3 54:9 54:12 54:14 54:25 56:7 56:10 56:24 57:3 57:21 57:25 58:7 62:23 70:4 70:7 76:11 99:13 101:11 105:17 106:19 | | **ahwl060163**(1) 126:20 | | |
| | | | | **air**(2) 10:13 10:13 | | |
| | | **adjustments**(1) 146:20 | | **airplane**(1) 123:6 | | |
| | | **adjusts**(1) 101:8 | | **alarmed**(1) 12:22 | | |
| | | **administered**(1) 1:5 | | **all**(168) 4:2 4:22 5:2 6:25 6:25 8:4 8:8 8:24 10:24 12:1 12:16 12:21 13:2 13:7 14:13 14:14 15:10 15:13 15:15 16:7 16:7 16:20 17:3 17:13 17:20 20:4 21:20 22:7 22:19 23:3 27:11 27:12 28:4 30:8 30:11 30:13 30:15 30:23 31:2 31:18 31:20 32:3 33:5 33:13 34:14 35:17 36:18 36:21 36:24 36:24 37:10 37:20 38:3 40:12 43:4 50:25 51:4 53:19 55:3 56:5 56:8 56:17 58:5 59:11 62:1 64:11 64:15 65:10 65:18 66:1 66:9 66:13 67:6 68:11 69:18 70:3 71:25 73:17 75:8 76:20 76:23 77:3 77:4 77:15 78:6 79:1 79:16 79:18 83:3 84:18 84:18 88:21 90:5 95:21 97:12 102:6 102:15 112:11 115:14 116:3 116:3 116:11 117:13 120:14 123:19 128:14 129:5 131:2 131:21 133:16 133:16 133:24 135:4 135:7 135:7 135:22 136:2 136:20 139:3 141:4 142:9 142:18 142:23 143:3 144:13 146:18 147:5 147:8 149:7 151:18 151:10 151:11 151:12 151:15 151:19 151:24 152:21 153:10 153:16 155:25 156:1 156:11 157:5 157:23 158:8 158:18 159:1 159:5 159:7 159:23 162:2 162:10 162:11 162:19 163:4 163:22 164:2 165:21 166:13 166:18 168:10 169:22 170:2 171:1 172:1 172:16 173:19 174:3 174:7 | | |
| **above**(4) 84:15 101:2 105:11 | | **administrative**(4) 26:23 89:25 92:6 161:22 62:3 78:19 | | | | |
| **aboveentitled** (1) 174:14 | | | | | | |
| **absolutely**(2) 30:3 59:10 | | | | | | |
| **abuses**(2) 31:4 31:5 | | **administrator**(2) 86:24 87:6 | | | | |
| **accelerate**(3) 160:5 160:12 160:15 | | **admissibility**(1) 81:17 | | | | |
| **access**(3) 161:12 162:15 162:16 | | **admissible**(6) 22:5 79:7 81:4 81:10 81:14 81:24 | | | | |
| **accessible**(1) 11:6 | | | | | | |
| **accommodation**(4) 27:22 40:24 41:12 | | **admission**(32) 8:1 19:2 22:24 25:21 27:19 27:23 54:18 55:4 55:24 56:6 59:14 60:16 61:4 61:9 61:10 61:24 62:8 62:22 63:9 63:23 63:25 64:10 66:8 66:17 67:18 68:15 80:5 81:13 85:15 85:24 96:7 | | | | |
| **accordance**(1) 164:8 | | | | **amongst**(1) 173:3 | | |
| **according**(7) 33:8 40:25 41:21 44:25 84:1 139:20 164:4 | | | | **amortization**(2) 99:21 147:20 | | |
| | | | | **amortized**(2) 99:25 147:13 | | |
| | | **admissions**(9) 19:1 19:6 19:8 19:21 53:3 53:3 53:6 64:14 96:8 | | **amortizing**(2) 147:12 148:10 | | |
| **account**(14) 15:4 38:4 60:17 60:24 62:6 77:10 83:7 83:12 84:3 84:10 84:22 98:2 128:14 128:16 | | **admit**(8) 29:7 55:15 64:4 79:7 79:22 79:23 80:8 81:7 | | **amount**(22) 9:22 10:21 40:13 42:11 73:19 73:20 94:6 99:23 102:7 102:9 104:9 104:10 104:15 104:16 105:2 105:7 105:8 114:14 121:25 147:8 164:7 164:17 | | |
| **accounting**(2) 60:25 77:10 | | **admitted**(12) 3:13 8:5 62:21 62:24 64:13 64:20 65:2 65:3 65:17 68:15 85:18 171:16 | | **amounts**(1) 120:14 | | |
| **accounts**(2) 49:23 66:23 | | | | **analysis**(4) 119:1 119:12 139:19 156:14 | | |
| **accuracy**(1) 72:14 | | **admitting**(2) 61:21 62:12 | | **analyst**(1) 90:21 | | |
| **accurate**(18) 60:25 62:14 95:23 104:2 105:20 106:23 107:11 107:24 108:13 109:21 110:17 111:17 114:21 117:24 119: 122:9 122:23 143:19 | | **adopted**(1) 29:25 | | **anchor**(1) 43:21 | | |
| | | **advanced**(2) 118:16 119:20 | | **ancillary**(2) 48:16 60:11 | | |
| | | **adversary**(2) 6:3 7:2 | | **and**(301) 5:8 5:18 5:18 6:8 6:8 6:11 6:19 6:22 7:1 7:4 7:10 7:16 8:10 8:10 8:20 9:6 9:8 9:11 9:12 9:17 9:21 9:23 9:23 10:3 10:4 10:8 10:11 10:14 10:16 10:23 10:24 11:1 11:9 11:10 11:12 11:20 11:22 11:23 12:7 12:20 13:6 13:7 13:14 13:24 14:3 14:6 14:7 14:9 14:13 14:19 15:5 15:7 15:21 16:5 16:21 16:24 16:25 17:1 17:6 17:7 17:8 17:11 17:13 17:14 17:14 17:18 17:20 17:24 18:1 18:4 18:9 18:24 19:13 19:17 19:20 19:22 19:22 20:3 20:9 20:10 20:12 20:23 21:7 21:11 22:3 22:10 22:18 22:21 22:25 22:25 23:4 23:13 23:15 23:24 24:1 24:5 24:7 24:12 24:18 24:20 24:22 24:24 25:8 25:10 25:15 25:15 25:20 25:21 25:25 26:2 26:2 26:4 26:7 26:10 26:15 26:22 27:5 27:9 27:9 27:12 27:14 27:16 27:20 27:21 27:23 27:24 28:4 28:6 28:7 28:8 28:16 28:18 28:18 28:22 28:24 28:25 29:2 29:2 29:4 29:5 29:6 29:7 29:8 29:9 29:15 29:18 29:18 29:21 30:2 30:12 30:25 31:4 31:5 31:10 31:20 31:23 31:24 32:2 32:4 32:4 32:8 32:10 32:10 32:18 32:18 32:23 33:1 33:6 33:7 33:7 33:9 33:10 33:12 33:19 33:23 34:1 34:3 34:4 34:7 34:16 34:17 34:21 34:22 34:25 34:25 35:13 35:14 35:14 35:15 35:18 35:20 35:20 35:21 35:23 35:25 36:1 36:2 36:2 36:4 36:9 36:20 36:20 37:4 37:9 37:19 37:21 38:2 38:7 38:9 38:14 38:23 39:1 39:1 39:7 39:16 39:17 39:22 39:24 40:4 40:7 40:12 40:18 40:23 40:25 41:2 41:10 41:14 41:17 41:22 41:23 42:2 42:6 42:8 42:8 42:10 42:12 42:15 42:17 42:19 43:5 43:7 43:9 43:9 43:10 43:10 43:13 43:15 43:19 43:20 43:21 43:23 43:24 44:5 44:9 44:12 44:19 45:3 45:5 45:10 45:11 45:12 45:14 46:6 46:10 46:13 46:14 46:16 46:22 46:24 46:24 47:4 47:5 47:7 47:9 47:10 47:12 47:25 47:25 48:5 48:9 48:10 48:10 48:15 48:17 48:17 48:18 48:18 48:20 49:2 49:4 49:5 49:14 49:19 49:23 50:8 | | |
| **accurately**(1) 148:2 | | **advice**(1) 22:14 | | | | |
| **acquaint**(1) 42:6 | | **advised**(1) 78:13 | | | | |
| **acquiescence**(1) 48:2 | | **advisement**(1) 34:6 | | | | |
| **acquired**(1) 136:17 | | **affairs**(3) 17:17 31:23 31:24 | | | | |
| **across**(1) 168:10 | | **affecting**(1) 16:10 | | | | |
| **act**(9) 12:17 45:10 46:13 46:13 49:7 49:8 51:11 86:23 87:5 | | **affidavit**(3) 167:2 170:9 170:15 | | | | |
| | | **affiliated**(6) 153:18 154:4 154:16 154:21 158:9 158:20 | | | | |
| **acted**(1) 64:2 | | | | | | |
| **acting**(2) 44:10 49:24 | | **affirm**(1) 27:15 | | | | |
| **action**(23) 19:14 20:2 20:2 20:10 20:11 20:11 20:14 20:15 23:12 23:25 24:6 25:2 46:9 46:23 47:17 47:18 49:24 55:22 60:22 130:8 135:6 168:16 169:4 | | **affirmation**(3) 28:21 30:18 69:7 | | | | |
| | | **after**(25) 6:18 9:4 28:14 45:1 45:2 45:3 45:3 45:18 74:16 74:19 74:20 78:20 84:4 88:4 91:7 100:21 118:13 119:18 123:21 127:22 138:2 148:10 161:7 165:4 172:19 | | | | |
| **actions**(10) 20:23 24:8 40:1 46:3 48:24 49:9 52:13 66:25 78:2 133:19 | | **afternoon**(2) 69:25 70:1 | | | | |
| **activities**(2) 31:25 135:19 | | **again**(23) 28:16 30:4 45:7 52:6 55:12 55:24 66:19 66:24 68:25 71:24 85:3 89:6 89:18 121:1 121:15 125:12 126:3 144:18 151:22 152:17 153:2 166:12 169:6 | | | | |
| **activity**(14) 68:2 96:3 104:6 105:24 107:1 107:14 108:2 108:16 110:20 111:20 118:4 119:7 123:2 130:12 | | **against**(13) 7:18 18:23 19:15 20:9 24:7 36:8 36:11 40:19 46:21 53:24 67:24 160:5 168:18 | | | | |
| | | **agency**(1) 45:17 | | | | |
| **actual**(8) 31:8 32:25 32:25 53:21 72:16 124:19 154:10 161:13 | | **agenda**(3) 4:9 5:18 8:18 | | | | |
| | | **agent**(2) 142:20 142:21 | | | | |
| **actually**(20) 11:1 42:1 54:11 55:11 58:22 61:7 62:9 71:23 85:8 96:18 108:4 108:25 115:3 115:21 125:22 140:11 145:12 149:1 166:9 173:25 | | **agents**(1) 59:21 | | | | |
| | | **ago**(1) 149:22 | | | | |
| **add**(2) 51:2 63:3 | | **agree**(7) 20:17 21:9 62:1 138:20 165:19 171:13 173:7 | | | | |
| **added**(1) 147:7 | | | | | | |
| **addition**(3) 10:5 17:6 19:4 | | | | | | |
| **additional**(5) 6:23 11:11 25:16 62:11 105: | | **agreement**(4) 6:5 7:10 9:5 10:1 | | | | |
| **additionally**(1) 25:6 | | **agreements**(2) 33:6 134:7 | | | | |
| | | **agrees**(1) 80:9 | | | | |

# AMERICAN HOME MORTGAGE 11-18.11.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **and**(301) 50:9 50:12 50:12 50:13 | | **and**(208) 120:17 120:20 120:22 120:23 | | **apple**(1) 171:24 | | **ascertain**(1) 77:14 | |

**and**(301) 50:9 50:12 50:12 50:13 51:8 51:20 52:7 52:14 52:16 52:17 52:22 53:3 53:5 53:10 53:17 53:21 53:24 54:2 54:5 54:10 54:12 55:1 55:1 55:1 55:11 55:18 56:4 56:10 56:15 57:4 57:15 57:16 58:1 58:3 58:17 58:23 59:5 59:5 59:7 59:17 59:19 59:21 59:23 60:8 60:23 60:24 61:3 61:7 61:17 61:19 62:1 62:2 62:9 62:10 62:12 63:15 63:15 63:16 63:21 64:12 65:11 65:16 65:17 66:23 67:4 67:4 67:14 67:24 68:2 68:10 68:13 68:18 68:20 69:1 69:4 69:12 70:7 70:11 70:13 71:22 72:1 72:6 72:10 72:25 73:9 73:12 74:5 74:6 74:11 74:23 75:17 76:22 77:14 77:19 77:23 78:8 78:11 78:18 78:21 78:22 78:25 79:11 79:12 79:18 79:24 80:1 80:13 81:6 81:10 81:19 82:8 82:11 82:16 82:20 83:19 83:22 84:2 85:1 85:3 85:8 85:17 86:7 86:10 86:11 87:4 87:25 88:6 88:12 88:13 88:24 89:8 89:22 89:24 90:1 90:7 90:10 90:11 90:16 90:24 90:24 91:2 91:3 91:6 91:9 91:9 91:14 91:17 92:2 92:10 92:13 92:18 92:23 93:2 93:7 93:12 93:14 93:18 93:24 94:10 94:11 94:12 94:13 94:22 95:4 95:4 95:6 95:17 95:22 95:24 96:1 96:15 96:19 96:19 96:21 96:23 96:24 97:2 97:4 97:8 97:10 97:22 97:25 98:2 98:2 98:16 98:19 99:7 99:12 99:14 99:24 100:1 100:7 100:8 100:16 100:19 100:21 100:23 100:25 101:8 101:10 101:15 101:24 102:2 102:3 102:13 103:18 103:25 104:2 104:4 104:11 104:13 104:16 104:19 104:22 104:25 105:2 105:3 105:7 105:13 105:18 105:20 105:22 106:5 106:6 106:11 106:14 106:18 106:20 106:21 106:23 107:1 107:11 107:24 108:5 108:11 108:13 108:22 108:24 109:4 109:12 109:14 109:16 109:21 110:8 110:15 111:10 111:15 111:17 111:25 112:10 112:11 112:12 112:13 112:23 113:1 113:3 113:7 113:19 113:21 113:23 113:24 114:1 114:3 114:14 114:16 114:18 114:21 115:2 115:12 116:4 116:16 116:19 116:21 117:4 117:4 117:5 117:6 117:7 117:17 117:18 117:20 117:24 118:2 118:10 118:14 118:15 118:16 118:18 118:25 119:2 119:4 119:6 119:22 119:25 120:1 120:8 120:8 120:12 120:14

**and**(208) 120:17 120:20 120:22 120:23 121:2 121:2 121:3 121:4 121:11 121:24 121:25 122:1 122:1 122:2 122:5 122:7 122:9 122:12 122:17 122:19 122:21 122:23 123:1 123:5 123:19 124:2 124:7 124:16 124:20 124:22 124:23 125:3 125:9 125:17 125:22 125:23 126:1 126:3 126:5 126:22 127:2 127:12 127:21 128:21 128:23 128:23 129:2 129:5 129:6 129:10 129:19 129:22 130:3 130:6 130:10 130:10 130:14 130:22 131:5 131:9 131:12 131:14 133:7 133:10 133:14 134:6 134:7 134:8 134:18 134:21 134:23 135:1 135:1 135:5 135:20 136:2 136:7 136:10 136:10 136:18 136:19 137:1 137:16 137:17 137:21 138:21 138:25 139:2 139:18 139:20 139:20 139:23 140:1 140:11 141:8 141:14 141:15 142:4 142:12 142:13 142:20 143:3 143:9 143:18 144:1 144:17 144:18 145:4 145:17 145:17 145:18 145:18 145:20 146:24 146:25 147:3 147:7 147:17 147:20 148:2 148:3 148:6 148:18 148:20 149:2 149:4 149:7 149:11 150:3 150:20 150:21 150:25 152:22 152:23 153:14 153:18 153:16 153:24 153:24 153:24 156:4 156:15 156:23 158:4 158:10 158:11 158:13 158:24 159:2 159:2 159:8 160:2 160:2 160:2 161:13 161:16 162:5 162:9 162:20 162:21 163:8 163:21 164:3 164:4 164:5 164:7 164:20 165:6 165:22 165:24 166:24 167:3 167:10 167:17 167:22 167:25 168:6 168:9 168:12 168:13 168:19 169:3 169:11 169:15 170:5 170:20 171:16 171:20 171:22 171:22 171:23 172:7 172:17 172:23 172:24 173:5 173:6 173:9 173:11 173:13 174:6

**and/or**(2) 93:19 133:11

**anderson**(1) 2:10

**another**(24) 17:21 38:5 40:4 41:15 42:13 46:11 46:21 49:24 52:3 55:13 56:15 59:22 63:16 67:3 70:14 76:15 80:18 94:19 105:2 138:10 145:18 156:4 166:10 169:11

**answer**(9) 12:15 74:2 82:20 83:1 143:2 149:17 150:24 154:23 164:21

**answered**(2) 98:18 110:3

**answering**(1) 171:20

**anticipate**(1) 166:10

**anticipated**(2) 9:10 78:19

**anticipation**(1) 13:13

**any**(87) 7:22 12:5 12:7 15:17 16:9 16:24 20:12 20:13 20:23 24:19 24:20 25:4 25:4 28:20 30:2 31:23 31:25 37:13 39:18 40:14 45:18 47:17 47:20 47:20 48:23 49:20 49:20 52:11 54:18 59:1 60:20 71:18 71:22 72:14 72:19 72:23 73:15 74:18 75:4 79:23 81:11 83:5 84:11 87:22 89:2 90:19 93:7 94:10 94:20 94:23 95:4 96:6 100:14 125:13 125:19 130:15 130:18 130:23 130:25 132:8 132:14 133:3 133:19 133:20 133:23 135:22 140:19 143:7 144:23 147:1 149:13 150:12 151:3 151:5 153:6 153:13 160:17 160:23 163:19 164:17 164:18 164:21 168:14 169:3 171:7 171:23 173:16

**anymore**(1) 131:15

**anyone**(2) 8:1 8:5

**anything**(10) 27:12 44:20 46:23 49:21 60:14 65:23 80:9 128:10 134:11 142:14

**apologize**(4) 30:16 65:1 85:18 142:10

**appeal**(5) 18:23 19:19 23:13 23:16 23:19

**appeals**(1) 18:24

**appear**(2) 79:17 79:17

**appearance**(3) 35:13 36:3 59:7

**appearances**(1) 2:1

**appeared**(1) 131:5

**appears**(2) 33:22 106:6

**apple**(1) 171:24

**applicable**(8) 24:25 34:16 37:12 38:5 45:18 48:9 86:24 95:4

**application**(21) 14:3 15:3 15:9 15:12 15:23 16:5 50:7 58:2 95:3 95:16 97:8 97:12 109:13 110:8 112:6 112:10 113:14 137:6 137:6 137:18 137:19

**applications**(1) 14:10

**applied**(1) 24:18

**apply**(4) 19:18 23:14 24:3 24:5

**appreciate**(7) 17:15 22:17 27:21 30:24 51:5 68:19 174:7

**apprise**(1) 77:11

**approach**(7) 5:4 5:23 23:1 42:24 57:10 57:11 158:4

**approached**(2) 57:12 57:13

**appropriate**(5) 15:17 35:9 62:13 77:23 80:19

**appropriately**(1) 61:9

**approve**(5) 5:19 8:10 15:17

**approved**(3) 9:6 98:16 118:15

**approving**(1) 97:11

**approximately**(11) 6:15 6:17 6:19 7:1 9:15 9:21 9:25 10:15 11:7 11:10 102:13

**apr**(9) 25:14 110:22 116:19 119:23 120:1 120:5 120:6 120:14 121:1

**april**(10) 24:23 83:23 83:24 84:4 127:10 128:2 128:3 128:9 130:20 131:3

**are**(154) 7:9 9:21 11:1 11:14 11:17 12:17 13:6 13:6 13:22 14:9 15:7 15:10 17:4 17:9 17:25 19:2 19:6 19:14 20:1 20:18 22:9 23:16 23:19 24:11 24:24 25:15 29:1 29:22 30:3 31:1 31:11 31:20 32:3 32:5 33:25 34:21 34:23 34:23 40:21 44:6 46:1 46:15 48:14 48:16 49:2 53:17 53:17 54:20 59:5 61:23 62:17 65:24 66:4 68:11 68:20 71:9 71:11 71:12 74:15 74:15 75:1 75:25 76:2 77:12 77:24 78:24 80:4 80:4 80:16 81:10 85:7 86:6 86:12 87:1 87:19 87:21 89:20 91:6 91:18 91:20 91:23 92:2 92:21 93:21 95:15 95:24 96:6 96:20 103:3 103:21 104:19 105:13 106:15 107:4 107:17 108:6 108:19 110:11 111:10 112:22 112:23 113:1 113:3 113:4 114:8 114:8 114:11 116:11 117:9 117:13 118:16 118:22 118:25 119:4 119:6 120:13 120:24 121:4 121:4 121:12 122:12 122:12 122:13 122:14 123:7 128:16 129:15 135:24 138:13 138:18 138:23 141:6 145:1 146:10 146:16 146:20 147:18 152:10 152:13 153:25 154:6 155:2 156:25 157:10 160:1 161:19 162:13 166:2 167:13 167:25 167:25 168:7 174:7

**area**(4) 162:14 169:11 169:12 170:5

**areas**(2) 152:13 152:14

**aren't**(1) 81:14

**argue**(1) 24:3

**argument**(21) 23:14 25:11 28:6 28:8 28:12 28:25 29:8 31:10 31:10 42:17 61:1 61:14 61:25 67:8 79:5 79:22 87:13 165:1 165:25 171:17

**arguments**(4) 24:10 25:10 61:18 80:1

**arises**(1) 17:21

**arm**(9) 93:3 94:1 99:4 99:12 101:15 108:10 125:5 146:23 167:16

**arm's**(3) 108:23 146:10 146:16

**around**(3) 75:14 83:23 88:2

**arrangement**(4) 153:19 154:4 154:17 158:9

**article**(1) 51:16

**ashtray**(1) 166:17

**ask**(28) 18:17 29:5 69:9 76:5 82:10 88:5 95:6 110:10 111:10 115:12 117:8 129:14 131:24 137:20 138:10 140:4 140:5 142:18 150:8 153:14 159:8 160:16 166:11 167:10 168:20 170:6 170:8 172:12

**asked**(7) 75:20 77:10 87:14 140:1 140:5 153:8 168:14

**asking**(6) 75:25 77:14 86:21 132:22 140:23 153:14

**aspect**(1) 40:4

**aspects**(1) 161:8

**assembly**(1) 33:4

**asserted**(2) 19:15 26:4

**asserting**(4) 23:25 24:11 62:3 80:16

**assertions**(1) 19:14

**asserts**(1) 59:18

**assessing**(2) 11:20 11:24

**assessment**(1) 49:13

**asset**(6) 42:3 43:16 93:3 97:6 99:3 99:8

**assets**(1) 97:25

**assign**(2) 34:19 35:1

**assignee**(1) 45:16

**assignment**(1) 161:15

**assignments**(2) 49:3 106:11

**assist**(1) 15:18

**assistant**(4) 41:9 90:14 91:11 152:4

**associated**(4) 44:24 50:10 54:20 135:19

**associates**(4) 55:8 55:9 103:3 103:4

**assume**(1) 30:5

**assumption**(1) 140:12

**assurance**(1) 132:25

**assure**(1) 132:25

**attached**(3) 14:3 15:22 106:20

**attachment**(1) 16:1

**attempt**(3) 27:2 50:8 68:20

**attempts**(2) 20:12 63:10

**attention**(3) 11:25 71:4 71:25

**attorney**(2) 142:20 142:24

**attracted**(1) 73:13

**attractive**(1) 57:16

**audible**(4) 8:3 8:7 171:9 173:18

**audited**(1) 77:23

**august**(12) 13:2 12:12 58:25 66:18 67:14 67:19 74:14 74:19 74:20 74:25 85:2 129:1

**authentic**(3) 77:12 77:19 79:6

**authenticate**(2) 25:19 144:9

**authenticated**(1) 77:20 139:17

**authenticity**(6) 77:25 79:3 79:16 81:6 81:19 81:24

**authorized**(2) 12:3 12:4 106:11

**automated**(1) 26:1

**automatically**(1) 118:14

**available**(5) 14:4 14:17 15:9 15:11 19:2

**avenue**(1) 1:37

**average**(3) 145:25 146:4 149:12

**avp**(2) 90:20 161:18

**await**(1) 23:18

**aware**(3) 116:12 128:16 153:9

**away**(2) 9:15 83:4

**back**(39) 28:12 28:18 28:23 28:25 36:14 40:8 41:1 41:24 45:7 47:8 47:9 47:23 57:18 94:12 95:24 110:2 116:5 121:11 124:7 133:7 136:2 137:21 137:24 138:6 138:7 138:19 140:17 143:9 143:9 143:25 144:3 144:19 144:20 156:5 158:7 158:8 160:3 161:17 163:12

**background**(1) 132:11

**backup**(3) 12:1 12:2 127:18

**bad**(1) 140:7

**balance**(2) 147:7 164:5

**balances**(1) 15:4

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **ballpark**(1) 76:1 | | **beneficial**(1) 105:7 | | **broker**(41) 57:12 64:2 92:17 92:23 93:10 | | **can**(127) 5:23 11:11 12:8 12:20 12:20 |

**ballpark**(1) 76:1
**bank**(5) 2:10 43:25 44:11 52:11 70:15
**banking**(1) 45:11
**bankruptcy**(12) 1:1 1:21 17:10 24:14 35:23 87:7 87:8 87:12 90:17 90:25 91:7 91:10
**bar**(1) 122:17
**based**(17) 7:6 19:25 25:14 66:11 79:5 93:21 94:6 94:20 96:12 96:24 99:24 120:8 130:14 148:5 162:4 171:17 173:12

**bases**(2) 21:1 21:1
**basic**(1) 61:17
**basically**(5) 12:17 14:9 150:25 154:25
**basis**(5) 9:7 21:3 31:10 110:25 169:10
**beach**(16) 1:28 5:8 5:13 5:14 5:15 6:2 8:11 8:17 8:25 10:18 10:23 12:4 12:18 12:21 12:23 12:25

**became**(9) 6:9 35:10 39:25 40:16 46:7 83:24 86:2 86:16 160:14

**because**(64) 10:19 10:20 11:4 15:3 16:5 16:8 17:9 23:15 23:16 27:25 30:5 32:16 33:25 35:10 35:11 36:9 36:15 39:24 41:13 42:13 45:7 46:2 48:12 49:5 49:13 49:25 50:6 51:23 53:12 56:13 57:18 59:6 62:9 62:13 62:17 63:20 66:20 72:23 77:19 78:2 78:10 81:16 82:25 89:9 101:14 116:7 119:16 120:21 122:16 125:17 131:15 133:3 139:25 141:8 147:19 148:7 150:2 156:23 157:8 157:17 159:24 172:9 172:10 172:21

**become**(4) 21:4 40:18 43:25 148:9
**becomes**(4) 41:3 42:13 43:14 45:22
**been**(70) 4:9 5:20 5:23 9:3 9:4 10:10 10:11 10:24 11:1 12:12 12:13 12:14 14:20 15:11 20:23 23:10 23:23 23:23 24:16 31:3 40:18 41:7 45:20 49:1 49:8 49:14 53:10 54:7 54:23 66:20 66:24 74:11 76:14 77:11 77:19 78:16 79:24 81:6 82:4 85:24 86:15 87:5 89:22 105:13 107:17 108:18 114:6 115:8 116:13 117:9 119:15 125:16 126:20 126:22 136:16 137:21 137:24 148:25 152:24 154:15 159:12 160:17 160:19 160:20 161:9 164:11 164:11 170:18 170:2 171:2

**before**(25) 1:20 8:17 18:7 19:14 22:3 22:22 28:12 31:20 31:24 33:24 50:14 63:14 78:21 90:20 91:10 124:3 125:7 126:1 132:5 133:12 138:20 139:16 164:18 168:7 172:4
**began**(3) 11:3 60:16 84:10
**begin**(1) 57:21
**beginning**(1) 38:8
**begins**(2) 119:10 123:20
**behalf**(12) 4:5 5:16 8:13 13:4 39:17 48:8 49:8 66:23 69:21 75:19 86:23 87:5

**behavior**(1) 51:5
**behind**(1) 44:17
**being**(17) 15:2 19:5 20:10 33:24 46:24 47:12 59:20 59:23 59:24 72:9 74:6 75:6 79:10 87:1 118:15 133:20 148:6

**belief**(1) 152:24
**believe**(48) 4:10 11:7 13:19 13:22 14:4 15:25 17:9 19:1 19:6 19:7 19:20 23:14 24:14 24:20 25:1 25:3 27:5 32:12 57:12 61:5 62:12 62:21 64:18 64:24 65:11 70:24 71:18 71:23 73:8 74:22 74:25 78:25 81:10 82:9 83:7 85:4 85:11 87:11 88:2 89:7 116:1 119:10 131:11 136:20 140:19 158:22 169:2 169:25

**believed**(2) 78:13 126:19
**believes**(3) 7:6 62:10 80:18
**below**(1) 96:22
**bench**(4) 42:24 158:4

**beneficial**(1) 105:7
**benefit**(7) 13:21 14:8 52:16 61:12 67:22 67:23 67:23
**besought**(1) 31:3
**best**(8) 12:20 26:8 51:5 53:2 82:23 86:20 101:18 153:11

**better**(2) 21:20 43:6
**between**(9) 28:17 31:16 34:3 72:2 91:13 120:12 127:7 165:6 165:7

**beyond**(1) 59:3
**big**(1) 140:7
**bill**(2) 46:4 74:11
**bills**(2) 50:11 74:9
**binder**(15) 22:23 53:9 71:5 71:6 71:12 72:2 76:10 76:16 85:14 85:15 95:7 95:9 95:11 98:11 114:4

**binders**(1) 22:22
**binding**(5) 32:7 33:17 36:25 44:20 48:17
**bit**(6) 11:14 38:6 57:7 58:2 165:23 166:7
**bite**(1) 171:24
**bits**(1) 17:19
**black's**(1) 40:25
**blackout**(1) 144:19
**blank**(3) 40:23 40:24 173:24
**bloomberg**(2) 42:8 43:21
**blue**(1) 72:17
**book**(5) 35:19 35:19 37:2 41:23 85:12
**books**(2) 92:12 139:23
**borrower**(43) 32:20 38:3 38:17 39:14 47:16 47:22 91:24 93:13 93:17 97:4 112:2 112:6 112:8 112:11 113:15 119:16 133:1 133:10 142:21 142:25 144:8 145:4 145:25 146:4 146:13 147:15 148:3 148:12 149:9 149:12 149:18 149:19 151:3 151:5 156:17 156:22 157:1 157:5 160:5 160:23 164:23 165:6

**borrower's**(6) 103:11 104:13 115:2 122:6 142:4 148:13
**borrower/mortgagor**(1) 39:20
**both**(7) 19:17 26:19 26:22 32:3 32:7 138:21 143:1

**bottom**(13) 35:16 72:3 106:4 109:13 114:23 114:24 114:25 115:13 115:15 122:24 118:25 122:12 143:17
**box**(3) 121:22 136:8 143:17
**branch**(1) 94:25
**branches**(2) 91:13 91:16
**brandywine**(1) 1:30
**breach**(4) 48:15 52:20 52:21 67:9
**breached**(3) 47:20 79:24 80:17
**breaches**(4) 31:9 46:2 48:5 79:5
**break**(8) 27:25 28:17 28:24 29:14 29:16 30:12 52:4 99:9

**brief**(3) 8:19 88:5 171:20
**briefing**(2) 171:13 172:17
**briefly**(6) 6:2 78:12 90:24 92:18 109:2 167:24

**bring**(9) 4:15 11:25 20:12 20:15 30:25 31:9 40:20 47:2 63:17

**bringing**(1) 66:24
**brings**(1) 5:17
**broad**(4) 9:1 9:14 10:12 11:18

**broker**(41) 57:12 64:2 92:17 92:23 93:10 93:12 93:12 94:11 94:20 94:25 112:5 113:8 133:10 133:14 133:16 134:7 134:13 134:16 134:18 134:19 134:21 135:3 135:8 135:10 135:23 137:22 137:25 138:2 138:6 138:8 138:14 141:22 154:21 156:20 156:22 156:21 156:21 156:24 157:3 157:5 164:2

**broker's**(1) 138:4
**brokerage**(1) 134:18
**brokering**(1) 133:20
**brokers**(16) 31:17 41:10 57:13 61:5 61:10 92:21 93:18 106:6 112:8 134:5 134:6 135:17 135:18 153:6 158:12 164:13

**brought**(7) 20:14 69:2 84:24 92:15 92:16 141:9 170:6
**bucks**(1) 166:16
**building**(5) 1:30 9:4 10:12 48:6 48:7
**burden**(3) 26:13 26:19 79:25
**buried**(1) 33:21
**business**(47) 31:17 31:23 33:14 39:21 40:17 46:13 46:16 46:17 48:15 68:1 74:5 84:1 91:14 96:3 103:16 104:6 105:23 107:1 107:14 108:2 108:16 109:17 110:20 111:20 112:14 114:19 117:2 118:4 119:17 119:18 119:19 123:2 130:11 130:2 134:1 134:13 134:14 152:13 153:19 154:4 154:17 158:9 158:20 161:25 167:6 167:22

**but**(152) 4:13 5:23 6:18 7:11 9:2 10:2 10:12 10:20 11:14 11:24 12:13 12:24 14:17 15:6 15:17 16:3 17:4 17:12 17:17 18:15 19:1 19:12 19:20 20:6 20:18 21:1 21:23 22:14 22:21 24:6 25:7 25:16 27:4 27:8 27:14 27:15 30:1 35:2 36:11 36:21 38:19 39:19 41:23 43:8 44:4 44:14 49:15 50:13 51:25 52:6 53:5 53:18 54:7 54:17 55:14 56:20 57:3 57:5 58:7 58:10 58:16 59:23 60:1 60:6 61:12 61:24 62:5 62:24 63:22 64:13 65:17 66:24 67:17 68:12 70:22 71:21 73:17 73:18 75:18 76:3 77:18 78:9 79:4 79:13 79:21 80:11 82:9 82:25 84:20 85:23 86:15 89:12 93:25 94:3 94:20 98:22 104:20 109:6 110:3 111:6 112:18 113:9 115:19 124:24 127:4 130:22 132:18 134:4 134:8 134:12 137:11 139:13 139:22 140:5 140:21 141:10 143:1 143:10 144:20 145:5 146:13 147:18 148:24 149:20 150:2 151:3 152:3 152:13 153:2 153:6 153:17 154:11 154:16 155:5 155:24 156:19 158:2 159:3 159:24 159:25 162:4 162:14 162:16 164:23 165:7 166:6 166:11 166:24 168:11 170:6 172:3 172:15

**calculate**(1) 101:16
**calculated**(1) 111:9
**calculation**(1) 110:25
**call**(14) 6:21 41:17 41:25 52:3 76:21 89:16 127:8 127:10 127:12 133:4 140:10 151:25 173:6 173:23
**called**(13) 32:23 35:19 42:21 46:12 101:15 116:13 117:3 128:21 133:4 140:6 142:2 154:4 156:13
**calling**(1) 36:20
**calls**(1) 130:8
**came**(4) 29:21 60:14 109:7 144:20

**can**(127) 5:23 11:11 12:8 12:20 12:20 16:22 17:15 18:13 22:11 22:15 22:21 26:9 26:18 26:24 27:3 27:3 27:12 27:14 27:15 27:18 27:19 27:20 27:24 28:14 28:15 28:22 28:24 29:6 29:16 37:1 38:16 42:22 48:23 50:19 51:21 51:22 53:4 53:5 53:18 55:17 56:22 57:1 57:6 62:1 70:3 76:7 76:10 80:8 82:9 82:13 83:4 86:8 86:23 88:18 88:22 90:1 90:24 92:8 92:18 93:19 94:3 95:2 95:19 96:12 96:15 96:24 97:13 97:22 98:4 99:7 99:8 100:5 100:16 101:12 101:18 104:8 104:22 105:4 107:20 109:2 109:12 112:14 114:11 115:3 115:22 116:4 116:16 117:16 119:14 120:4 120:5 120:7 120:9 120:24 121:20 122:13 123:23 124:5 124:7 125:9 126:3 127:13 131:6 132:2 136:20 139:1 141:6 146:3 149:11 151:7 153:12 160:12 160:22 165:16 167:15 167:24 168:5 169:4 169:16 169:16 170:5 170:8 170:15 171:22 172:3 172:10 173:10

**can't**(14) 22:14 70:16 71:3 76:8 76:9 83:17 138:25 148:13 148:22 149:17 150:23 151:5 152:7 159:23
**cancel**(1) 111:14
**cap**(1) 99:22
**capacity**(2) 92:5 160:18
**capture**(1) 11:13
**care**(2) 17:17 39:19
**careful**(1) 82:16
**carry**(1) 68:1
**case**(35) 1:14 16:10 18:1 20:4 20:7 20:8 20:13 20:18 21:15 24:14 26:17 28:10 31:1 31:15 33:18 35:20 35:24 36:12 39:16 48:6 48:7 48:18 52:1 61:1 63:12 63:16 63:17 67:24 89:8 89:8 89:14 89:15 92:5 133:8 160:6
**cases**(3) 17:25 18:5 36:11
**cash**(8) 73:15 73:19 73:20 93:7 93:9 96:14 96:23 136:5
**categories**(1) 114:13
**category**(1) 121:23
**causation**(2) 50:12 68:7
**cause**(3) 25:2 46:23 50:14
**caused**(1) 46:3
**causes**(1) 23:25
**cease**(1) 67:4
**cede**(3) 5:8 8:17 13:1
**cert**(1) 172:3
**certain**(18) 6:7 8:22 9:20 11:5 11:21 13:12 13:22 15:8 18:25 21:1 23:21 25:19 26:7 33:6 52:11 79:3 82:12 121:1
**certainly**(1) 63:21
**certainty**(2) 170:16 170:16
**certificate**(2) 173:10 173:12
**certificates**(1) 52:16
**certification**(5) 4:12 5:1 18:9 123:21
**certified**(3) 72:17 77:13 145:7
**certify**(2) 148:22 174:12
**cetera**(6) 31:14 45:8 57:25 57:25 60:14 77:10
**challenge**(1) 170:7
**chance**(6) 28:4 29:17 52:5 170:7 171:16 171:21

**change**(20) 38:10 38:24 39:14 39:15 39:18 40:4 47:14 60:25 83:12 83:14 84:3 100:7 101:12 128:10 128:13 128:25 164:7 164:18 167:16 168:4

**changed**(9) 35:14 45:24 60:19 83:20 128:16 128:19 129:4 143:21 168:7

| Word | Page:Line |
|---|---|
| changes(7) | 4:19 39:12 164:2 164:5 164:16 164:17 168:5 |
| changing(2) | 83:8 84:22 |
| channel(3) | 112:5 114:25 122:4 |
| chapter(1) | 1:7 |
| charge(1) | 135:14 |
| chart(5) | 24:2 43:5 43:8 43:10 44:4 |
| chase(4) | 5:20 6:4 6:10 43:7 |
| check(2) | 16:12 124:7 |
| checked(2) | 34:23 96:21 |
| choice(1) | 92:24 |
| choices(1) | 96:20 |
| choose(4) | 93:25 102:5 146:14 147:5 |
| chose(2) | 78:9 78:15 |
| chosen(2) | 93:22 94:19 |
| christopher(1) | 1:20 |
| circumstances(1) | 81:7 |
| civil(1) | 82:25 |
| claim(22) | 6:22 7:3 7:11 7:15 7:16 13:7 26:13 28:7 28:7 28:7 28:7 36:8 39:24 47:2 50:11 62:4 78:19 78:25 92:7 92:9 102:17 153:24 |
| claimant's(1) | 16:19 |
| claiming(1) | 47:3 |
| claims(35) | 4:11 4:18 4:25 6:11 6:13 6:16 6:25 7:5 7:8 7:18 7:18 13:8 14:3 19:15 25:8 26:4 26:14 26:22 26:25 29:1 47:3 48:14 48:16 52:21 89:25 90:3 90:4 91:2 92:2 92:5 92:12 116:13 129:5 129:5 161:21 |
| clarified(1) | 1:20 |
| clarify(2) | 75:6 153:12 |
| clarifying(1) | 163:4 |
| clarity(4) | 35:11 40:2 75:5 76:4 |
| class(3) | 37:14 47:18 145:7 |
| clause(4) | 48:1 63:20 63:21 68:14 |
| clear(10) | 28:17 39:19 91:4 111:3 148:11 148:16 149:16 149:20 149:21 174:4 |
| clearly(3) | 24:18 124:24 148:15 |
| clerk(7) | 4:2 23:1 30:15 50:25 77:3 151:15 156:10 |
| clock(2) | 117:13 172:6 |
| close(6) | 10:19 24:22 69:13 98:4 102:25 111:7 |
| closed(9) | 32:9 45:3 45:4 70:11 95:21 118:16 119:14 138:3 164:11 |
| closes(2) | 138:11 142:20 |
| closing(47) | 32:22 40:5 45:1 55:8 55:9 89:8 103:2 103:3 103:4 103:24 104:22 105:4 105:8 109:6 110:5 110:8 110:9 112:2 112:13 112:16 112:19 112:21 112:22 113:1 113:6 118:15 120:16 121:5 125:2 125:15 125:18 126:24 127:18 137:11 137:21 142:20 142:24 142:25 143:7 143:11 149:3 150:19 167:8 170:18 170:19 170:20 170:24 |
| cloud(1) | 49:12 |
| co-counsel(1) | 88:19 |
| cobb(1) | 2:4 |
| code(5) | 33:20 40:22 42:12 52:8 143:18 |
| collapse(1) | 31:6 |
| collateral(8) | 6:7 6:13 6:24 7:13 7:16 7:20 91:1 106:10 |
| colleague(1) | 52:25 |
| collect(1) | 39:7 |
| collects(1) | 38:25 |
| columbia(5) | 18:22 18:24 20:3 20:4 53:25 |
| column(4) | 97:4 104:20 120:20 168:2 |
| come(17) | 11:10 19:2 21:18 28:18 28:25 42:6 49:19 53:3 61:25 68:6 74:8 90:6 116:5 133:7 156:5 158:7 164:15 |

| Word | Page:Line |
|---|---|
| comes(4) | 15:2 43:18 141:7 145:1 |
| comfortable(2) | 22:15 153:13 |
| coming(1) | 50:11 |
| commence(1) | 47:16 |
| commenced(1) | 168:15 |
| commencement(1) | 168:25 |
| commencing(1) | 169:4 |
| comment(5) | 20:22 38:17 63:14 149:11 173:20 |
| comments(1) | 22:15 |
| commercial(3) | 33:20 40:22 52:8 |
| commitments(1) | 46:6 |
| common(3) | 20:5 20:6 146:9 |
| communicate(3) | 36:13 47:6 48:12 133:14 164:23 164:24 |
| communication(6) | 32:20 34:3 132:19 133:9 157:4 165:5 |
| company(9) | 44:1 83:18 83:19 134:21 157:6 161:8 161:12 161:12 165:12 |
| compared(1) | 120:14 |
| compensatory(1) | 50:12 |
| complaint(11) | 35:17 53:23 55:18 55:22 62:21 64:13 64:18 68:14 84:7 84:24 85:6 |
| complaints(1) | 135:20 |
| complete(1) | 51:3 |
| completed(6) | 12:14 26:2 118:8 139:20 |
| complex(2) | 145:24 147:20 |
| complexity(3) | 145:25 146:5 146:6 |
| compliance(31) | 133:4 133:5 133:20 133:23 135:22 135:25 138:17 138:20 139:9 139:11 139:12 139:14 139:21 139:22 139:23 140:1 140:10 140:13 141:6 141:7 141:9 141:10 141:16 141:19 141:23 147:1 152:2 152:18 152:19 153:6 156:18 |
| compliances(1) | 135:20 |
| complicated(2) | 146:10 146:16 |
| comport(1) | 33:11 |
| comprise(1) | 36:24 |
| computed(1) | 164:4 |
| computer(5) | 122:24 128:20 129:20 144:17 152:11 |
| conaway(3) | 1:25 4:5 5:15 |
| concept(1) | 65:8 |
| concern(2) | 36:12 60:23 |
| concerns(4) | 13:19 26:10 153:12 159:24 |
| concluded(1) | 36:3 |
| concludes(1) | 8:13 |
| conclusion(2) | 35:20 35:23 |
| conditioners(1) | 10:14 |
| conditioning(1) | 10:13 |
| conducted(17) | 96:2 103:16 104:5 105:23 107:1 107:14 108:2 108:16 109:17 110:20 111:20 114:19 118:3 119:7 123:2 130:11 167:6 |
| conduit(9) | 31:17 31:17 41:10 61:5 61:11 106:6 112:8 158:12 164:13 |
| conduit's(1) | 64:2 |
| confined(1) | 161:16 |
| confirm(1) | 89:2 |
| conflict(1) | 66:21 |
| confuse(1) | 32:5 |
| confused(2) | 39:20 157:20 |
| confuses(1) | 46:23 |
| confusing(1) | 58:11 |
| confusion(4) | 28:20 51:16 59:9 140:15 |
| conglomerate(1) | 39:4 |
| conjunction(1) | 68:3 |

| Word | Page:Line |
|---|---|
| connection(25) | 6:11 7:8 7:17 7:18 8:22 9:17 9:18 11:22 15:6 24:21 25:7 25:11 26:14 38:4 54:3 54:13 55:10 55:13 78:11 97:19 118:6 128:10 140:6 140:23 171:25 |
| consent(1) | 78:22 |
| consider(3) | 17:2 17:3 120:6 |
| considers(1) | 120:5 |
| consistent(2) | 76:13 139:4 |
| constitute(1) | 63:23 |
| construction(1) | 96:20 |
| construe(1) | 33:11 |
| consult(1) | 88:19 |
| contact(9) | 59:6 91:24 93:14 93:16 156:19 156:20 156:21 156:23 157:1 |
| contained(8) | 9:20 11:23 44:20 129:22 130:4 130:6 155:6 163:9 |
| containing(1) | 10:15 |
| content(2) | 81:1 154:25 |
| contents(1) | 155:6 |
| contested(1) | 61:22 |
| contesting(1) | 79:6 |
| context(11) | 22:9 28:9 61:4 61:20 62:2 63:17 64:5 67:2 67:3 86:8 131:6 |
| continuances(1) | 78:23 |
| continue(9) | 11:3 11:19 12:7 14:6 34:3 58:13 77:5 127:21 133:12 |
| continued(3) | 2:2 11:6 78:22 |
| continuing(2) | 11:1 11:9 |
| contract(28) | 18:3 31:8 31:13 33:9 33:18 33:21 36:15 36:15 36:17 36:20 36:20 36:21 36:24 36:24 40:5 43:11 44:18 44:18 44:21 46:14 47:13 47:23 48:2 48:17 49:25 50:3 68:2 79:24 80:19 |
| contracted(5) | 39:5 44:10 48:12 48:13 74:5 |
| contracts(1) | 50:2 |
| contractual(7) | 46:1 48:14 52:20 67:9 79:5 80:17 81:10 |
| contractually(1) | 80:17 |
| contradicts(1) | 67:13 |
| controversy(1) | 41:19 |
| conversation(1) | 25:10 |
| conversations(1) | 66:11 |
| convert(1) | 52:15 |
| copier(1) | 116:7 |
| copies(12) | 22:24 22:25 34:9 76:13 77:13 77:18 95:21 115:22 119:4 155:25 156:1 157:25 |
| copy(43) | 4:16 5:24 5:24 14:14 17:1 17:4 17:9 37:2 42:20 42:21 42:22 53:10 59:16 59:21 60:3 60:4 60:5 60:13 71:23 72:18 76:11 76:15 95:23 104:2 105:20 106:23 107:11 107:24 108:13 109:21 110:17 111:17 114:23 115:4 115:19 117:24 121:12 122:9 155:24 158:2 158:10 158:10 158:11 |
| copying(1) | 51:15 |
| corner(2) | 115:16 136:23 |
| corners(2) | 44:19 44:19 |
| corp(2) | 43:14 61:6 |
| corporate(6) | 31:19 31:20 87:2 95:25 159:10 171:2 |
| corporation(2) | 1:9 32:10 |

| Word | Page:Line |
|---|---|
| correct(73) | 4:19 14:12 15:23 21:16 34:2 37:7 42:11 42:12 45:3 56:3 57:21 58:1 60:22 60:22 62:7 63:2 69:1 70:5 70:6 70:8 70:11 70:12 70:13 70:21 70:25 71:14 72:4 74:13 74:21 75:17 79:19 82:15 83:8 83:25 84:2 84:6 84:23 85:4 85:5 85:12 86:13 87:10 87:17 88:7 88:9 88:11 88:14 88:17 99:15 121:5 121:9 124:25 129:2 135:21 136:5 136:6 136:24 147:4 150:9 152:4 152:15 152:20 152:25 153:7 154:12 155:7 155:8 157:2 157:4 161:2 161:5 170:22 174:12 |
| corrected(4) | 31:18 121:12 126:22 140:18 |
| correctness(1) | 77:16 |
| correspondence(3) | 41:23 59:10 132:8 |
| corresponding(1) | 143:11 |
| corroon(1) | 2:10 |
| corrupt(1) | 144:23 |
| corrupted(1) | 144:21 |
| cost(15) | 25:12 25:13 25:24 26:3 116:14 116:17 116:18 116:25 117:2 132:15 136:11 140:8 140:9 140:19 140:24 |
| costly(1) | 10:6 |
| costs(5) | 6:23 104:23 105:4 121:5 133:7 |
| could(22) | 22:4 45:1 50:15 68:20 87:5 94:18 94:21 97:17 103:23 106:18 107:7 108:8 108:21 110:2 110:13 110:22 111:13 120:11 120:8 131:17 139:5 146:20 |
| couldn't(1) | 133:9 |
| counsel(20) | 4:12 5:1 7:22 34:8 44:25 51:8 55:11 71:10 75:25 92:13 103:12 136:4 142:5 142:13 151:12 153:16 155:14 158:20 173:10 173:12 |
| couple(3) | 123:5 157:16 166:21 |
| course(3) | 8:15 17:1 18:12 27:5 32:8 38:22 40:16 43:15 52:11 74:6 75:1 96:2 103:16 104:5 105:23 107:1 107:14 108:2 108:16 109:17 110:20 111:20 114:19 118:3 119:7 123:1 130:11 149:14 161:25 167:6 167:22 |

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|
| **court**(301) 1:1 4:3 4:7 4:13 4:17 4:22 5:2 5:6 5:11 5:13 6:1 7:24 8:4 8:8 8:15 8:24 9:6 10:17 10:21 11:21 12:1 12:16 12:19 12:22 12:24 13:2 14:9 14:13 14:19 14:22 14:25 15:13 15:16 15:19 15:21 16:2 16:7 16:12 16:17 16:19 17:16 17:21 17:22 18:5 18:6 18:12 18:16 18:19 18:23 19:24 20:15 20:20 21:5 21:7 21:9 21:14 21:17 21:20 21:23 21:25 22:2 22:3 22:7 22:14 22:18 23:2 23:8 24:9 26:11 26:21 27:7 27:11 28:1 29:13 29:21 29:24 30:8 30:10 30:16 30:21 30:23 30:24 31:9 31:20 31:24 32:12 32:14 32:18 33:10 33:24 34:7 34:11 34:14 34:24 35:1 35:4 35:7 36:6 36:10 36:18 37:1 37:4 37:8 37:10 37:18 38:1 38:11 38:13 39:8 41:7 41:24 42:6 42:7 42:21 42:23 42:25 43:4 43:4 46:9 47:25 48:22 49:7 49:9 49:10 49:16 50:2 50:11 50:16 50:18 50:21 51:1 51:4 51:12 51:18 51:24 52:3 52:19 52:24 53:7 53:14 53:19 53:24 54:5 54:16 54:21 55:3 55:14 55:20 55:23 56:2 56:5 56:8 56:12 56:17 56:19 57:6 57:10 57:14 57:19 57:24 58:5 58:7 58:12 58:16 58:20 59:1 59:11 59:17 60:1 60:7 60:10 60:12 60:18 61:2 61:12 62:5 62:15 62:19 62:25 63:3 63:7 63:13 63:15 63:16 63:19 64:4 64:7 64:11 64:15 64:22 64:25 65:2 65:4 65:6 65:10 65:13 65:15 65:18 65:23 66:1 66:4 66:6 66:9 66:12 66:15 66:25 67:1 67:6 67:24 68:5 68:8 68:10 68:23 68:25 69:3 69:6 69:16 69:18 70:19 70:22 73:4 75:5 76:20 77:4 77:6 77:7 77:15 78:2 78:6 78:13 79:9 79:16 79:20 80:3 80:8 80:20 80:22 80:25 81:18 81:21 81:23 82:3 82:5 82:10 82:13 82:15 82:18 82:23 83:3 83:10 83:12 83:15 83:22 84:8 84:12 84:14 84:18 84:24 85:8 85:8 85:16 85:20 85:23 86:11 87:7 87:13 88:21 88:24 89:6 89:9 95:8 95:10 95:12 96:8 97:15 98:7 98:11 98:25 99:5 101:3 101:7 101:10 101:13 101:18 101:24 102:2 102:8 102:12 102:15 102:21 102:23 109:25 112:16 112:18 112:20 115:5 115:7 115:10 | | **debtors**(52) 1:11 6:5 6:9 6:22 6:23 7:12 7:19 8:9 8:20 8:21 9:2 9:13 9:15 44:25 63:12 91:18 91:20 91:24 92:12 92:15 93:14 94:22 94:24 96:2 97:5 97:10 103:5 104:5 105:23 106:25 107:13 108:1 108:15 109:17 110:19 111:19 114:18 117:2 118:2 119:6 123:12 127:10 129:8 130:11 130:15 130:19 131:9 131:12 131:16 131:17 139:2 167:5 | **determined**(5) 29:23 84:20 92:6 100:25 138:21 |
| **court**(116) 115:14 115:17 115:21 115:24 116:3 116:7 116:9 123:7 123:10 123:12 123:14 123:16 124:10 124:13 126:9 127:1 127:14 127:16 131:23 133:19 134:9 134:12 134:16 134:18 134:23 135:4 135:7 135:14 139:1 139:8 139:11 140:4 140:9 140:15 140:17 140:20 140:22 141:1 141:4 142:3 142:7 146:8 151:7 151:10 151:16 151:19 152:7 153:12 153:20 153:22 155:22 155:25 156:3 156:8 156:11 157:10 157:13 157:15 157:20 157:23 158:5 158:11 158:17 158:21 159:1 159:5 160:9 161:24 162:2 162:6 162:8 162:10 162:13 162:16 162:19 162:21 162:25 163:2 163:14 163:18 163:19 163:23 165:13 165:19 165:22 166:2 166:5 166:8 166:13 166:16 166:19 169:9 169:13 169:18 169:22 170:2 170:5 170:11 171:5 171:7 171:10 171:16 172:6 172:18 172:20 172:23 173:2 173:5 173:9 173:16 173:19 173:21 173:25 174:3 174:6 | | | |

| Word | Page:Line |
|---|---|
| **credit**(8) 6:5 45:14 45:14 50:10 95:3 95:4 95:24 164:25 | |
| **creditor**(7) 24:17 45:12 45:13 45:16 45:19 45:19 50:8 | |
| **criminal**(1) 82:24 | **deceased**(2) 86:22 87:1 |
| **critical**(1) 131:1 | **deceive**(1) 51:15 |
| **cross**(18) 3:3 28:14 28:14 28:22 53:1 53:4 53:5 68:12 69:5 69:23 77:23 78:3 78:8 80:13 80:15 89:11 132:1 | **december**(2) 9:7 174:17 |
| **crossed**(1) 49:3 | **deceptive**(8) 46:13 46:17 46:20 46:24 47:5 48:15 51:10 52:21 |
| **crunch**(1) 11:14 | **decide**(2) 14:7 92:23 |
| **crux**(1) 55:7 | **decided**(3) 33:4 34:22 35:2 |
| **current**(12) 18:21 19:15 23:12 44:3 67:16 97:13 97:15 97:16 101:2 101:8 102:17 161:21 | **decision**(3) 19:19 21:23 134:14 |
| **currently**(3) 9:6 14:4 23:25 | **decisions**(1) 39:21 |
| **custodian**(1) 139:24 | **declaration**(5) 3:14 5:21 5:24 7:25 8:2 |
| **customer**(2) 129:18 168:22 | **decommissioning**(1) 11:22 |
| **cut**(3) 43:7 49:8 116:2 | **decrease**(1) 73:6 |
| **cutoff**(2) 114:23 114:24 | **deed**(4) 36:23 37:20 106:20 107:8 |
| **d/b/a**(1) 61:5 | **default**(2) 160:14 169:19 |
| **dallas**(1) 143:18 | **defendant's**(1) 65:20 |
| **damage**(9) 10:23 11:1 11:2 11:11 12:6 25:4 49:12 50:12 51:14 | **deficient**(1) 67:9 |
| | **deficit**(1) 166:13 |
| **damaged**(3) 10:16 11:4 46:20 | **define**(4) 33:5 46:9 46:22 160:12 |
| **damages**(7) 48:23 48:25 50:10 50:13 50:15 51:21 61:18 | **defined**(2) 31:11 46:14 |
| | **defines**(3) 45:12 45:13 46:16 |
| **dance**(1) 81:12 | **definition**(1) 45:15 |
| **data**(7) 1:43 84:9 144:21 144:22 144:23 152:21 161:12 | **definitive**(1) 143:1 |
| | **defunct**(1) 76:1 |
| **database**(10) 43:20 43:20 43:22 114:18 114:22 122:10 123:1 144:12 161:5 161:6 | **degrees**(2) 10:9 10:19 |
| | **delaware**(4) 1:2 1:8 1:12 4:1 |
| **date**(30) 6:6 6:15 6:19 16:13 32:16 32:16 76:4 76:7 76:8 76:9 84:4 84:21 88:2 88:4 114:3 114:14 114:14 114:14 128:17 143:10 143:11 143:13 143:15 144:4 144:6 145:5 158:15 164:18 168:2 168:8 | **delinquent**(1) 130:21 |
| | **deliver**(2) 42:20 164:16 |
| **dated**(6) 34:15 35:21 125:17 125:17 158:14 158:14 | **delivered**(2) 145:12 148:23 |
| **dates**(1) 44:24 | **delivering**(1) 37:14 |
| **day**(16) 76:23 109:14 110:7 111:22 112:2 113:19 114:1 114:13 119:19 121:23 122:15 124:17 126:4 148:25 154:14 173:2 | **delivery**(1) 153:3 |
| | **demands**(2) 58:22 84:25 |
| **days**(7) 18:13 45:1 78:21 113:10 113:14 119:17 119:17 | **denied**(10) 58:23 62:22 62:24 64:9 64:23 64:24 65:5 65:11 68:21 85:1 |
| **de-join**(1) 47:16 | |
| **deadline**(1) 111:23 | **deny**(2) 21:2 55:3 |
| **deal**(3) 92:20 92:22 92:25 | **denying**(1) 21:6 |
| **dealing**(5) 33:16 48:16 67:20 129:6 152:15 | **department**(9) 35:18 42:1 49:22 88:13 160:10 159:13 159:20 160:25 161:1 |
| **dealings**(1) 150:5 | |
| **deals**(2) 18:4 34:7 | **depend**(1) 149:19 |
| **dealt**(1) 47:4 | **depending**(1) 23:22 |
| **death**(1) 87:2 | **depends**(3) 94:20 102:4 149:18 |
| **debt**(6) 45:20 49:1 105:6 160:5 160:12 160:15 | **depiction**(2) 114:21 122:23 |
| | **deposit**(1) 52:10 |
| **debtor**(13) 64:1 127:2 127:7 127:12 127:20 127:21 127:24 129:20 129:23 130:1 141:8 152:14 168:15 | **depositing**(1) 52:13 |

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|
| **court's**(3) 24:22 85:25 166:11 | | **derived**(1) 52:17 | |
| **courtesy**(1) 47:8 | | **describe**(16) 90:1 90:24 92:19 95:2 95:19 98:12 103:23 107:7 108:8 109:2 116:16 117:16 136:10 145:24 153:11 161:20 | |
| **courtroom**(4) 1:10 5:22 13:9 158:11 | | | |
| **courts**(1) 82:14 | | **described**(8) 52:13 144:11 146:24 | |
| **covenant**(7) 33:11 33:13 36:25 37:11 37:21 38:7 40:9 | | **describes**(1) 117:19 | |
| | | **describing**(1) 146:25 | |
| **covenants**(3) 32:25 33:9 33:18 | | **description**(5) 96:19 106:20 114:15 122:1 154:2 | |
| **cover**(1) 100:8 | | | |
| **covered**(1) 47:13 | | **designate**(1) 15:8 | |
| **crashed**(2) 144:15 144:16 | | **designated**(1) 53:25 | |
| **created**(1) 130:10 | | **designation**(3) 53:21 61:9 62:13 | |

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|
| | | **designations**(2) 22:24 53:21 | **discovery**(5) 77:10 77:11 78:11 78:13 |
| | | **desktop**(1) 98:14 | **discretion**(1) 38:20 |
| | | **destroyed**(3) 12:3 12:5 12:12 | **discretional**(1) 38:18 |
| | | **destruction**(2) 12:5 12:7 | **discuss**(8) 13:10 19:22 25:8 54:11 80:16 151:11 165:16 172:17 |
| | | **detailed**(1) 63:22 | |
| | | **details**(2) 73:21 94:2 | **discussed**(2) 19:10 51:10 |
| | | **determination**(3) 23:19 92:11 104:19 | **discusses**(2) 54:1 93:12 |
| | | **determine**(4) 92:15 102:17 117:1 164:6 | **discussion**(2) 16:6 52:5 |
| | | | **discussions**(3) 18:2 25:6 92:13 |
| | | | **dispute**(3) 57:2 130:25 131:5 |

Additional column 4 entries:

**determines**(1) 93:10
**deutsch**(1) 43:25
**development**(1) 88:13
**diaz**(1) 1:43
**dicey**(1) 69:13
**dictionary**(1) 40:25
**did**(89) 7:14 11:24 13:17 15:8 20:13 24:15 43:2 46:3 42:52 52:15 53:11 54:8 54:14 57:10 57:11 59:9 60:3 60:6 60:25 67:3 70:18 70:22 73:6 73:8 74:22 74:23 78:12 78:22 81:15 83:10 83:12 83:14 86:4 90:10 90:19 92:10 93:2 93:14 93:25 94:10 97:10 100:8 100:10 100:19 102:2 102:17 102:25 103:5 111:22 111:24 113:16 117:6 118:10 127:21 128:9 128:13 128:25 130:8 130:15 130:18 130:25 131:5 131:12 133:6 134:23 137:4 138:10 138:20 140:4 140:5 144:6 145:8 149:20 149:21 150:20 156:18 160:4 160:4 163:6 163:7 163:9 174:6

**didn't**(21) 10:4 10:25 46:2 47:7 55:14 59:19 73:20 117:5 120:19 131:15 131:20 132:16 133:7 134:8 138:7 138:9 142:8 148:24 154:2 157:11 160:10

**differ**(2) 120:5 120:8
**difference**(6) 79:13 79:15 120:12 120:15 125:13 134:20
**differences**(1) 125:19
**different**(14) 37:12 37:15 37:16 54:25 68:16 82:25 93:21 100:2 120:4 120:25 121:4 121:8 147:2 162:14
**difficulties**(1) 149:13
**digest**(1) 112:1
**digits**(1) 168:11
**direct**(11) 3:3 30:22 59:20 71:4 71:10 71:25 89:18 124:8 133:9 157:4 165:4
**directly**(9) 43:18 47:7 91:15 92:22 105:1 133:10 156:22 157:1 164:23
**director**(4) 36:1 89:25 92:5 161:21
**disagree**(1) 57:2
**disburse**(1) 119:20
**disbursed**(1) 122:5
**discharge**(2) 45:25 52:22
**dischargeability**(1) 41:13
**discharged**(3) 49:1 67:8 78:18
**disclose**(2) 38:20 45:23
**disclosed**(3) 34:21 44:22 158:19
**disclosing**(1) 32:23
**disclosure**(33) 7:6 32:22 32:23 34:9 34:12 34:15 34:18 36:8 107:21 108:10 108:23 110:23 120:1 122:20 124:1 124:3 124:11 124:21 125:19 126:4 145:15 145:17 147:9 148:17 153:19 154:4 154:9 154:10 154:17 158:10 159:17 159:18 159:25
**disclosures**(21) 25:16 32:4 32:5 36:21 109:14 110:7 112:7 112:7 112:12 112:12 112:22 112:23 113:8 113:19 124:17 125:14 125:16 150:19 150:21 159:16 159:17

| Word | Page:Line |
| --- | --- |
| disputed(1) | 129:7 |
| disputing(1) | 79:2 |
| dissolution(4) | 31:21 31:22 86:17 87:2 |
| dissolved(1) | 87:1 |
| distinction(5) | 56:25 79:12 79:14 94:7 |
| distinguishing(1) | 156:25 |
| distractions(1) | 76:22 |
| distribution(1) | 7:7 |
| district(11) | 1:2 18:22 18:24 20:3 20:3 23:12 53:24 53:25 84:7 84:8 84:24 |
| division(7) | 92:16 92:18 92:19 92:20 112:9 141:14 161:4 |
| doc(8) | 114:13 121:23 124:19 124:20 125:12 126:5 126:5 154:14 |
| docket(2) | 16:15 17:8 |
| dockets(1) | 17:10 |
| docs(10) | 90:23 114:1 114:13 118:15 118:16 121:23 122:15 126:4 149:1 159:13 |
| document(110) | 17:2 17:18 53:22 71:8 72:12 72:15 72:17 72:19 73:19 79:8 79:11 80:8 87:19 87:23 95:15 95:17 96:1 103:8 103:13 103:15 103:21 103:25 104:4 104:4 105:14 105:18 105:22 106:15 106:21 106:25 107:5 107:9 107:13 107:18 107:22 108:1 108:6 108:11 108:18 108:24 109:6 109:9 109:16 110:11 110:15 110:19 111:11 111:15 111:19 111:23 114:1 114:11 114:16 117:10 118:2 121:21 122:7 122:18 122:19 123:4 123:6 123:23 124:16 124:19 124:23 125:20 125:23 129:15 130:4 130:6 130:10 130:14 137:12 137:21 137:24 138:7 138:7 138:14 142:2 142:12 143:13 143:16 143:25 144:7 148:11 149:9 149:7 150:16 153:16 154:1 154:2 154:23 155:10 155:12 155:16 158:24 159:7 159:10 161:14 162:2 167:1 167:3 167:5 167:8 167:13 167:17 167:21 169:1 169:24 |
| documentary(1) | 80:10 |
| documentation(5) | 95:4 148:14 160:17 161:2 162:15 |
| documents(53) | 14:15 14:19 15:6 18:25 19:6 20:16 21:14 25:20 27:17 27:23 29:7 36:24 77:12 77:13 77:25 79:3 81:9 81:10 81:14 81:17 111:25 113:1 113:3 114:8 118:23 119:2 119:6 122:15 123:19 124:18 132:11 139:14 140:1 141:12 145:2 149:8 150:19 154:12 155:1 155:2 155:5 155:5 155:7 155:21 158:24 160:18 160:20 161:5 168:1 171:11 171:18 171:21 171:23 |
| does(31) | 7:25 8:5 13:21 15:4 20:25 21:1 23:14 26:19 41:16 42:5 64:7 74:1 75:18 77:18 84:14 95:22 97:15 99:17 116:21 116:22 120:21 126:13 127:24 142:24 147:10 148:2 149:19 150:22 159:2 159:4 163:2 |
| doesn't(18) | 16:8 23:15 38:18 38:21 54:16 54:17 59:19 60:1 60:13 79:10 81:14 84:2 87:15 109:7 113:6 120:6 147:5 165:7 |
| doggone(1) | 30:1 |
| doing(10) | 23:3 27:8 40:17 46:6 48:1 61:23 79:9 105:2 134:1 154:22 |
| don't(99) | 12:9 12:13 16:15 19:10 19:11 25:1 25:3 25:6 26:17 29:13 30:5 39:19 44:3 49:13 54:6 58:12 59:22 61:22 62:12 63:3 63:22 64:8 65:23 73:17 73:20 81:6 89:2 89:4 94:22 101:19 101:23 109:1 111:7 113:12 115:3 115:5 115:6 115:21 116:4 116:24 120:10 126:9 127:12 133:22 134:3 134:4 135:9 135:20 135:22 136:9 137:8 137:10 138:4 138:5 138:15 138:18 138:22 139:10 140:19 141:25 142:13 142:15 142:16 142:17 142:22 143:1 143:3 143:8 143:20 143:21 143:23 145:9 145:11 145:12 146:2 147:21 147:22 148:13 149:2 149:10 149:15 149:17 150:23 151:24 155:10 159:8 159:13 159:22 160:7 161:10 168:19 169:22 170:9 170:9 170:23 172:1 172:24 172:25 174:1 |
| done(14) | 28:5 28:14 30:13 32:7 63:1 63:11 67:10 68:4 81:7 89:13 126:6 139:19 157:5 163:22 |
| doubt(2) | 72:14 72:20 |
| down(16) | 63:16 81:13 88:22 96:21 98:1 99:9 122:18 123:21 136:23 140:2 143:16 144:17 144:20 156:9 164:15 171:5 |
| drew(1) | 7:15 |
| drink(1) | 150:3 |
| dropped(1) | 161:15 |
| drops(1) | 141:7 |
| due(3) | 15:15 17:23 111:8 |
| duplicate(5) | 64:12 64:14 81:4 81:8 103:18 |
| duplicates(1) | 15:11 |
| duplication(1) | 63:8 |
| duplicative(6) | 62:25 63:4 63:6 64:16 64:20 65:17 |
| during(17) | 6:15 6:18 21:4 32:8 40:16 43:15 52:11 74:5 74:24 75:1 79:4 88:10 91:24 151:11 164:25 164:25 165:2 |
| duties(7) | 31:14 32:7 32:17 33:7 33:19 67:4 67:5 |
| duty(8) | 39:17 46:5 46:6 46:10 47:20 47:24 48:4 52:21 |
| each(16) | 40:11 53:18 53:21 55:2 70:3 80:20 80:22 85:1 120:5 122:3 122:15 124:18 124:19 129:24 148:8 150:21 |
| earlier(2) | 66:11 77:17 94:22 111:3 139:14 |
| easier(2) | 121:18 127:16 |
| easy(2) | 150:14 151:1 |
| eat(1) | 150:3 |
| ecro(1) | 1:41 |
| edna(1) | 2:11 |
| edward(2) | 1:36 69:21 |
| effect(4) | 28:16 86:2 86:11 86:16 |
| effective(1) | 164:18 |
| effectively(1) | 31:23 |
| efficient(1) | 10:8 |
| effort(1) | 52:12 |
| efforts(5) | 8:23 9:11 9:17 9:18 11:9 |
| eight(5) | 4:24 7:5 149:6 149:7 149:14 149:14 |
| eighty-eighth(1) | 4:11 |
| eileen(7) | 3:8 89:17 132:4 132:5 151:22 151:24 151:25 |
| either(2) | 26:18 47:17 49:6 64:7 74:18 87:15 109:4 109:19 133:24 141:19 141:23 172:25 |
| elected(1) | 174:2 |
| electronic(5) | 1:49 8:22 9:13 11:13 174:13 |
| elevated(1) | 136:16 |
| eleven(2) | 89:23 147:25 |
| eligible(1) | 45:25 |
| else(3) | 14:16 27:12 82:24 |
| emc(10) | 9:19 9:19 9:21 10:9 10:16 11:4 11:8 11:10 11:14 11:22 |
| emphatically(1) | 52:9 |
| employed(4) | 89:20 89:22 90:8 131:9 |
| employee(2) | 129:2 141:13 |
| employees(3) | 91:13 130:5 134:11 |
| employment(2) | 91:17 97:9 |
| enacted(2) | 24:14 45:10 |
| end(12) | 9:9 11:15 23:3 27:3 27:5 27:20 27:23 81:12 96:9 100:20 101:6 119:10 |
| endorsed(4) | 40:18 41:1 41:5 41:13 |
| endorsement(8) | 40:21 40:22 40:23 40:23 40:24 41:3 41:9 41:11 |
| endorsements(1) | 40:21 |
| endorser(1) | 40:14 |
| enforceability(1) | 33:6 |
| enforcement(3) | 33:9 33:15 33:23 |
| enforcing(5) | 45:20 45:24 50:7 |
| engage(1) | 46:16 |
| engaged(2) | 49:3 50:6 |
| enjoining(1) | 46:17 |
| enough(3) | 63:23 148:11 171:12 |
| ensure(1) | 25:24 |
| enter(1) | 130:9 |
| entered(3) | 13:15 130:3 130:7 |
| entirety(4) | 14:19 17:2 17:18 54:1 |
| entities(4) | 44:6 44:13 49:2 74:6 |
| entitled(4) | 38:9 71:7 92:7 92:8 |
| entity(12) | 32:9 38:25 41:4 59:8 64:2 74:4 74:17 74:19 74:24 127:2 127:8 127:9 |
| equity(1) | 46:22 |
| error(1) | 115:9 |
| escrow(1) | 130:21 |
| esq(6) | 1:27 1:28 1:29 1:36 2:5 2:11 |
| essence(1) | 48:14 |
| essentially(5) | 13:18 15:10 27:1 45:13 67:1 |
| establish(3) | 39:6 40:2 63:18 |
| established(1) | 33:14 |
| establishing(1) | 141:18 |
| estate(1) | 8:9 |
| estimated(1) | 50:11 |
| estimates(3) | 7:6 9:23 34:18 |
| estoppel(3) | 78:4 82:8 82:11 |
| even(5) | 34:2 47:7 47:24 49:21 64:19 |
| evening(2) | 166:20 174:8 |
| ever(6) | 132:5 132:14 143:15 144:6 144:15 160:4 |
| every(2) | 101:12 118:19 |
| everybody(2) | 30:11 158:11 |
| everyone(1) | 121:12 |
| everything(4) | 10:25 67:11 132:15 |
| evidence(19) | 7:25 19:7 20:24 25:4 25:25 41:11 42:18 49:18 49:20 63:4 79:1 79:24 80:5 80:11 80:11 85:25 171:11 171:19 171:21 |
| evidentiary(5) | 18:2 22:3 22:12 23:18 26:9 |
| exact(1) | 84:21 114:2 |
| exactly(5) | 22:9 23:25 28:9 30:10 129:1 |
| examination(12) | 53:4 68:22 69:5 69:23 77:24 78:3 78:8 80:13 89:18 132:1 166:22 170:12 |
| examine(3) | 28:14 68:21 76:17 |
| examined(1) | 89:11 |
| examining(1) | 28:15 |
| examples(2) | 148:3 149:25 |
| exceeds(2) | 116:19 117:5 |
| exceeds(1) | 116:22 |
| excellent(1) | 173:16 |
| except(2) | 17:18 14:23 |
| exception(2) | 24:24 113:5 |
| excerpt(1) | 16:25 |
| excess(1) | 7:7 |
| exchange(3) | 43:19 43:19 43:22 |
| excuse(6) | 17:2 23:20 77:6 89:10 98:6 117:24 |
| excused(2) | 5:10 8:14 |
| execute(1) | 106:11 |
| executed(1) | 113:1 |
| execution(1) | 85:2 |
| executor(2) | 86:24 87:6 |
| exhibit(59) | 7:25 34:8 35:19 37:23 37:25 41:21 42:8 42:19 42:21 43:2 71:4 71:6 71:11 71:11 71:13 72:1 76:10 83:4 89:3 95:11 96:12 96:24 97:2 98:5 98:8 98:9 98:10 103:7 103:21 104:8 107:16 110:4 114:6 117:9 121:12 121:13 121:20 122:13 123:7 124:5 124:13 125:8 125:10 126:2 126:7 136:4 143:9 147:22 147:24 148:21 155:21 157:10 157:11 163:13 163:14 163:17 166:10 166:25 168:20 |
| exhibits(18) | 3:11 13:12 14:8 14:9 14:21 15:1 15:7 15:8 15:10 17:3 22:23 25:20 26:7 89:3 90:5 95:7 117:14 173:14 |
| existing(2) | 104:16 105:3 |
| expanded(1) | 66:22 |
| expect(2) | 48:8 149:7 |
| expectation(1) | 48:7 |
| expectations(1) | 33:12 |
| expected(1) | 112:2 |
| expecting(1) | 48:1 |
| expense(1) | 26:13 |
| experience(1) | 94:6 |
| expert(6) | 90:22 139:2 141:9 141:16 152:14 152:16 |
| explain(4) | 60:6 101:18 167:24 168:5 |
| explanation(5) | 22:4 136:13 146:25 149:13 149:21 |
| explicit(1) | 44:5 |
| exponent(1) | 83:21 |
| expound(1) | 67:16 |
| express(2) | 30:25 148:15 |
| expressed(1) | 68:1 |
| extended(1) | 45:14 |
| extent(11) | 10:25 11:2 12:6 12:11 22:11 23:15 23:21 24:1 25:3 79:2 81:4 |
| exterior(2) | 136:11 136:19 |
| extraneous(1) | 18:4 |
| face(1) | 41:2 41:7 |
| facie(2) | 26:17 41:11 |
| facility(1) | 91:9 |
| fact(30) | 19:25 20:3 31:3 40:1 40:8 40:20 41:3 41:18 42:5 44:23 46:1 47:5 49:18 50:9 52:14 54:20 54:24 56:18 60:12 61:23 62:2 67:13 68:15 72:22 72:23 77:22 82:19 143:12 144:24 156:25 |
| factors(1) | 45:25 |
| facts(11) | 21:21 28:2 28:5 28:15 28:16 28:18 28:23 29:3 31:15 33:25 61:17 |
| failed(6) | 10:14 68:2 68:6 133:7 156:18 156:19 |
| fails(1) | 117:20 |
| failure(2) | 10:13 25:4 |
| fair(3) | 45:9 73:9 73:22 |
| faith(6) | 33:21 33:22 34:1 39:17 48:6 49:25 |
| falls(2) | 24:23 169:11 |
| false(1) | 50:7 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| familiar(28) | 91:18 91:20 91:23 92:2 95:15 103:7 103:21 105:13 106:15 107:4 107:19 108:6 108:19 110:11 111:11 114:8 117:9 118:22 129:15 141:15 147:18 150:2 152:1 153:25 160:1 160:1 166:25 167:13 | fixed(27) | 36:22 37:5 54:10 57:1 93:4 94:1 98:23 99:4 99:15 99:17 100:5 100:23 101:3 101:6 101:10 101:13 101:20 101:21 101:21 101:22 102:18 108:9 125:4 145:23 146:11 146:17 146:19 | from(76) | 4:5 4:20 6:8 6:20 9:14 10:9 11:8 11:21 20:11 22:8 27:6 27:16 29:5 29:21 30:14 31:8 35:12 38:19 39:7 42:8 43:22 46:8 46:9 47:18 48:20 49:7 49:22 50:24 57:8 59:20 60:14 69:21 70:4 70:13 72:10 72:20 73:2 73:7 73:15 77:2 77:23 85:21 86:3 86:5 86:9 86:14 86:17 86:19 87:9 87:23 92:8 100:2 102:13 103:24 109:7 109:8 112:6 117:18 119:10 120:16 121:5 121:8 121:21 124:18 125:14 129:12 129:1 129:18 144:21 151:14 161:13 162:22 167:16 168:7 171:2 174:13 | going(69) | 9:7 9:11 11:13 12:17 16:8 16:9 16:20 17:6 22:10 22:12 26:5 27:18 27:22 28:13 29:11 29:22 29:24 29:25 30:11 30:18 37:1 42:4 48:20 51:3 55:3 60:8 61:1 61:14 63:19 64:4 76:3 76:20 78:19 79:22 79:23 81:11 81:12 81:13 82:19 85:21 87:1 89:13 94:12 95:6 98:3 98:20 99:9 103:20 114:4 116:9 116:11 117:8 117:13 129:14 136:2 138:15 139:8 145:14 152:3 153:11 157:8 159:7 163:20 167:10 168:10 169:7 169:14 172:2 172:22 |
| familiarity(1) | 163:7 | flavor(1) | 68:13 | front(6) | 4:14 4:17 16:16 28:1 41:2 79:10 | gone(3) | 20:5 31:23 171:12 |
| familiarization(1) | 142:19 | flavors(1) | 54:25 | fulfilled(1) | 46:5 | good(18) | 4:4 5:14 13:3 33:21 33:22 34:1 39:17 48:6 49:24 69:25 70:1 70:10 89:4 101:10 132:15 163:7 166:20 172:16 |
| fannie(1) | 98:14 | flesh(1) | 57:6 | full(14) | 14:14 40:13 77:11 92:24 92:25 93:3 94:25 95:2 95:3 97:6 99:3 99:8 112:10 155:11 | goodbye(1) | 24:24 |
| far(3) | 73:2 81:9 139:1 | flip(2) | 76:10 105:10 | fully(5) | 40:11 99:24 147:12 147:13 148:9 | got(12) | 23:6 57:8 57:9 68:1 101:3 102:2 115:19 123:12 145:12 148:23 157:25 166:13 |
| fargo(1) | 44:11 | floor(1) | 1:31 | function(2) | 67:4 141:8 | gotten(1) | 18:25 |
| farther(1) | 27:6 | florida(1) | 134:2 | funded(2) | 118:17 119:19 | government(2) | 43:23 116:7 |
| faster(2) | 62:17 64:19 | flow(3) | 27:25 29:14 162:5 | furco(3) | 41:9 106:7 106:9 | grab(1) | 34:10 |
| favorable(4) | 56:7 56:14 57:3 57:20 | focus(2) | 123:4 123:20 | further(8) | 3:2 33:13 40:1 47:12 48:5 81:11 88:20 165:23 | grant(2) | 16:21 149:19 |
| fdic(2) | 18:23 53:24 | follow(3) | 18:8 146:25 166:21 | | | granted(2) | 46:21 51:15 |
| february(1) | 85:3 | followed(1) | 106:19 | future(1) | 35:6 | great(2) | 69:16 126:8 |
| federal(13) | 25:12 25:15 25:25 32:4 34:16 48:10 84:8 84:24 116:19 117:5 121:2 138:21 141:24 | following(3) | 23:18 126:24 127:18 | gather(2) | 23:5 29:18 | greatly(1) | 22:6 |
| | | footnote(1) | 157:8 | gathering(1) | 161:16 | greecher(201) | 1:27 8:18 13:1 13:3 13:4 14:12 14:14 14:21 14:23 15:1 16:13 16:17 16:18 16:22 18:6 18:7 18:13 18:17 18:20 20:21 22:8 22:20 23:9 24:10 26:18 26:22 27:8 27:21 28:14 28:22 29:2 29:6 37:3 37:21 37:23 42:20 50:18 51:1 51:2 52:24 52:25 53:9 53:15 53:20 54:6 55:6 55:17 55:21 55:24 56:4 56:6 56:9 56:22 58:15 58:18 58:21 59:13 59:18 60:15 61:3 61:16 62:7 62:16 62:20 63:2 63:5 63:8 63:25 64:6 64:9 64:12 64:17 64:23 65:1 65:3 65:5 65:8 65:11 65:14 65:16 65:19 65:22 65:25 66:2 66:5 66:7 66:10 66:13 66:16 67:7 68:18 68:24 69:1 69:4 78:5 78:7 79:14 79:19 79:21 80:6 80:12 80:21 80:24 81:15 81:19 81:22 82:1 82:4 89:1 89:7 89:15 89:19 95:9 95:11 95:14 96:5 96:10 96:11 97:17 97:22 98:4 98:9 98:12 98:16 98:18 98:22 99:6 101:19 101:23 102:13 102:16 102:24 109:23 110:1 112:25 115:6 115:8 115:11 115:19 115:23 116:1 116:6 116:10 117:12 117:15 121:14 121:17 123:8 123:11 123:13 123:18 123:23 124:2 124:5 124:8 124:12 124:15 126:6 126:12 127:6 127:13 127:15 127:17 128:8 131:21 138:23 139:7 139:15 146:2 155:15 155:17 155:20 155:23 156:3 157:14 158:2 158:21 158:23 159:2 163:15 165:12 165:14 165:15 166:7 166:9 166:18 166:19 166:20 166:23 169:25 171:19 171:23 171:24 172:5 172:12 172:19 172:21 172:24 173:4 173:8 173:11 |
| fee(8) | 93:19 94:11 120:6 120:14 120:20 120:21 120:23 121:1 | for(146) | 1:2 1:25 2:4 2:10 3:3 5:8 5:9 5:14 5:19 5:23 6:23 7:22 8:18 9:4 10:10 11:18 11:21 13:7 13:14 13:21 14:8 15:18 16:6 16:22 17:10 17:17 17:18 18:9 18:24 20:9 21:1 22:2 22:25 24:15 25:21 26:9 26:15 27:19 29:10 31:2 31:18 31:25 32:4 32:18 35:15 36:16 36:20 38:19 42:21 45:4 45:25 46:9 47:9 48:6 49:25 50:12 50:14 51:15 53:24 55:11 56:14 57:22 58:22 60:12 65:25 66:24 69:20 70:10 73:10 75:10 76:4 76:7 76:23 77:5 77:10 78:3 78:16 78:18 78:24 83:4 84:8 84:25 90:4 90:7 90:10 90:22 91:1 91:11 92:25 94:25 96:13 99:11 99:17 100:12 101:4 101:10 103:7 110:25 111:8 114:23 118:8 121:1 121:2 121:2 123:20 128:10 130:21 134:22 136:18 138:11 141:8 141:13 141:14 142:7 142:20 142:21 142:24 143:2 144:23 145:3 146:19 150:7 150:14 151:1 151:5 153:12 154:20 154:21 156:8 157:12 159:13 159:1 160:3 160:15 161:5 162:20 163:4 165:15 166:11 166:12 167:25 168:24 172:13 173:13 173:23 | generally(2) | 24:25 25:15 | | |
| feel(10) | 15:14 15:16 18:1 20:10 31:8 32:24 34:6 48:18 51:23 52:14 | | | generalness(1) | 66:24 | | |
| | | | | generated(1) | 156:15 | | |
| fees(12) | 25:14 93:21 94:10 94:11 116:19 117:4 117:7 120:5 120:14 121:1 121:4 133:11 | | | generating(1) | 159:16 | | |
| | | | | generic(2) | 120:22 | | |
| felt(1) | 47:8 | | | genuine(1) | 81:5 | | |
| few(7) | 18:13 51:2 51:9 57:18 70:2 88:5 149:21 | | | georgia(24) | 31:13 33:3 33:4 39:9 45:9 45:9 45:18 46:12 46:24 48:2 49:4 51:11 52:8 54:2 55:7 59:8 86:21 103:3 103:4 103:11 138:11 138:13 142:13 143:3 | | |
| fiduciary(2) | 31:14 52:21 | foreclose(2) | 50:8 160:19 | | | | |
| field(1) | 96:22 | foreclosed(2) | 6:8 160:24 | | | | |
| fifteen(1) | 76:22 | foreclosure(8) | 63:10 160:16 160:23 162:23 168:16 168:25 169:4 169:21 | get(40) | 7:4 7:24 12:8 17:4 17:12 17:24 22:8 22:9 28:15 28:20 29:17 30:13 34:8 35:16 36:17 46:2 48:8 49:17 61:17 68:11 74:11 81:11 93:18 93:19 94:2 94:24 97:8 106:20 112:9 122:18 122:19 132:3 153:2 155:25 156:1 161:8 166:5 170:7 171:24 172:2 | | |
| figure(7) | 11:1 12:8 22:22 39:21 68:14 120:11 173:6 | | | | | | |
| | | foregoing(1) | 174:12 | gets(2) | 147:6 162:22 | | |
| file(15) | 11:21 12:7 13:12 13:23 92:24 92:25 94:25 95:2 95:3 109:10 112:10 118:13 155:17 171:20 173:15 | form(2) | 5:24 27:2 | getting(6) | 11:15 47:23 54:9 71:9 90:3 149:9 | | |
| | | format(1) | 71:21 | gigantic(1) | 12:10 | | |
| | | forth(12) | 20:24 23:9 23:13 25:7 28:7 30:25 49:11 49:19 61:1 111:23 149:25 173:9 | give(22) | 8:19 14:23 16:13 22:10 22:14 22:19 28:8 28:25 29:9 30:18 37:16 38:21 38:23 39:18 45:5 47:7 48:9 49:7 149:11 158:4 158:5 173:5 | | |
| filed(23) | 4:20 5:23 7:3 13:8 13:13 13:14 13:21 14:2 15:8 16:14 16:24 17:1 17:11 17:19 26:14 42:19 53:23 55:22 78:18 84:7 85:8 92:2 | | | | | | |
| | | forum(1) | 42:14 | | | | |
| | | forward(12) | 22:10 26:8 26:24 27:9 28:6 68:6 68:9 78:19 82:20 116:4 116:11 172:15 | | | | |
| files(16) | 8:22 9:12 9:12 9:20 10:9 10:11 10:24 11:3 11:5 11:5 11:6 12:11 12:11 95:24 138:2 144:23 | | | given(17) | 13:17 30:25 31:5 36:4 37:13 37:14 38:3 39:14 43:24 48:17 69:8 102:18 102:18 104:8 105:8 164:19 172:7 | | |
| | | forwarded(2) | 131:13 131:14 | | | | |
| filing(8) | 14:1 49:3 87:7 87:8 87:11 90:17 91:7 91:10 | found(3) | 36:2 135:2 148:20 | | | | |
| | | four(10) | 37:3 37:4 44:19 44:19 102:13 149:4 156:1 163:15 163:17 168:11 | | | | |
| final(18) | 8:18 23:16 24:22 29:9 66:16 90:23 95:16 104:8 110:14 112:9 119:25 121:8 125:22 137:6 137:19 145:19 168:3 173:16 | | | gives(3) | 38:18 38:20 56:20 | greecher's(1) | 51:5 |
| | | fourth(1) | 96:22 | giving(4) | 22:15 36:16 36:25 37:11 | grievances(2) | 38:12 47:15 |
| finance(1) | 45:11 | frankly(9) | 19:5 55:18 64:5 81:6 82:3 139:2 172:7 172:10 172:21 | glad(2) | 49:2 151:24 | group(1) | 67:3 |
| financial(2) | 13:24 31:6 | | | global(7) | 92:17 94:3 94:18 133:17 133:18 136:24 153:8 | guarantor(2) | 40:14 40:18 |
| find(2) | 42:22 72:1 | | | | | guess(12) | 29:6 31:18 43:5 62:6 134:19 144:1 149:11 149:23 155:9 159:23 162:17 162:25 |
| finding(1) | 41:22 | fraud(1) | 46:25 | | | | |
| findings(1) | 23:16 | free(1) | 146:6 | god(1) | 12:17 | | |
| fine(8) | 18:16 18:19 35:8 56:23 165:21 172:3 173:2 174:6 | frequently(1) | 15:3 | goes(9) | 26:12 39:10 46:22 50:13 50:14 57:18 62:5 68:16 81:3 | guidance(2) | 26:9 33:5 |
| | | friday(2) | 4:1 18:10 | | | guide(1) | 117:18 |
| fire(1) | 12:19 | | | | | guidelines(1) | 25:25 |
| first(35) | 13:11 16:7 22:2 26:12 26:15 27:9 27:14 28:2 36:22 37:14 55:6 55:25 56:19 58:16 58:25 62:20 71:7 71:11 71:25 86:14 100:20 100:21 101:6 101:6 111:1 111:7 111:8 115:20 125:4 129:7 145:7 150:7 166:24 168:17 171:14 | | | | | guy(1) | 135:14 |
| five(16) | 36:22 37:5 93:3 94:1 98:23 99:4 99:14 99:18 100:3 101:10 101:13 101:20 101:23 108:9 125:4 151:10 | | | | | | |
| fix(1) | 11:10 | | | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **had**(73) 9:5  9:10  9:11  10:7  10:11  10:24 11:1  12:13  12:19  13:13  13:14  13:15  19:15 25:9  25:22  35:12  35:13  35:14  40:3  40:18 40:18  46:7  47:23  49:7  49:8  49:20  51:2 53:12  53:12  54:7  58:3  59:6  62:8  65:11 67:10  68:7  70:7  70:14  77:11  77:18  78:10 78:19  83:6  84:20  94:18  100:2  111:3  113:7 116:13  121:15  124:19  131:11  133:6  133:22 134:6  134:6  134:22  135:18  136:18  137:2 138:3  144:11  144:22  150:5  153:5  153:12 157:4  161:12  168:14  168:15  173:24 173:25 | | **have**(245) 4:9  4:13  4:14  4:17  4:18  5:2 5:20  5:21  7:14  8:1  9:2  9:2  9:15  10:20 12:5  12:12  13:6  14:10  14:20  15:7  15:11 16:15  16:23  17:24  18:10  18:13  18:14 18:24  19:1  19:7  21:20  22:22  22:24  22:25 23:2  23:4  23:4  23:17  23:23  23:23  24:16 24:18  25:18  25:20  25:25  26:7  26:19  27:1 29:4  29:8  29:16  30:10  31:5  31:6  33:19 34:9  35:20  36:8  38:8  39:6  39:24  40:8 41:1  42:21  44:5  44:6  45:20  45:24  47:10 48:4  48:22  49:1  49:14  49:18  49:18  49:19 50:19  52:3  52:3  52:4  52:5  53:5  53:25 54:18  54:21  55:4  59:19  61:18  61:23  64:9 66:22  66:23  67:25  69:5  71:2  71:18  71:22 72:14  72:18  72:19  72:23  74:18  75:14 75:20  75:22  76:15  76:20  76:21  77:10 77:11  77:13  77:17  77:17  78:17  79:3  79:24 80:17  82:4  82:13  82:19  82:20  83:1  83:21 86:15  86:17  87:5  87:22  88:18  88:20  89:9 89:10  89:12  89:22  90:19  92:6  93:14  93:16 94:18  94:23  100:10  102:10  103:20  108:5 110:7  111:7  112:6  112:14  113:15  114:4 115:3  115:8  117:6  119:15  121:7  122:17 124:2  125:7  125:10  125:13  125:14  125:16 126:1  126:9  126:20  130:15  130:18  131:17 132:5  132:8  132:16  133:9  133:19  135:20 135:22  136:15  137:24  138:6  140:2  142:8 144:24  143:1  144:9  144:17  147:19  148:25 149:13  151:4  151:16  152:18  152:21  152:2 153:17  154:10  154:15  154:23  155:12 155:14  155:20  155:21  155:24  155:24  158: 158:5  158:10  158:10  159:2  159:9  159:11 159:12  159:13  159:20  159:24  160:8  160:1 160:19  160:20  161:9  161:15  162:14 162:16  162:16  163:7  163:9  163:10  163:19 164:11  164:11  164:21  166:6  166:10  166:1 166:21  166:24  168:13  169:6  169:13 169:23  170:9  170:18  170:20  171:2  171:21 173:5  173:20  174:8 | | **high**(19) 10:18  25:12  25:12  25:14  25:14 25:24  26:2  116:14  116:16  116:18  116:25 117:2  132:15  133:7  140:8  140:9  140:12 140:19  140:23 | | **how**(60) 15:14  20:24  22:11  24:7  26:11 29:10  30:11  43:9  43:10  47:3  49:13  55:1 58:11  58:12  59:3  89:5  89:22  90:10  92:15 93:18  94:3  96:24  97:13  98:12  98:22  99:20 100:19  100:25  101:13  102:2  104:16  104:22 109:12  112:2  113:19  113:23  115:12 117:19  122:2  124:16  125:9  126:3  129:4 129:10  136:9  139:3  144:22  145:24  148:3 148:23  149:8  149:25  150:20  150:21  150:24 159:25  163:19  164:3  168:5  172:7 |
| **hahn**(2) 1:35  69:21 | | | | **highlighted**(5) 53:21  61:8  62:9  65:23  136:7 | | **however**(8) 14:1  14:6  15:9  26:19  53:1 62:22  67:10  84:9 |
| **half**(1) 90:11 | | | | **him**(16) 13:25  14:18  18:8  25:9  26:24  27:1 47:9  51:3  59:21  60:3  79:11  80:9  87:14 89:12  124:23  126:4 | | |
| **halfway**(1) 123:21 | | | | | | **hud**(16) 35:18  40:2  41:22  42:2  49:22  68:4 71:13  75:1  88:5  88:6  103:24  104:13 104:20  104:25  105:1  143:15 |
| **hand**(7) 18:3  97:4  97:24  104:12  115:15 121:22  168:2 | | | | **himself**(2) 27:1  89:11 | | |
| | | | | **hired**(1) 11:10 | | **hud-1**(1) 121:9 |
| **handed**(4) 95:15  103:8  106:16  118:23 | | | | **his**(52) 13:23  14:2  14:2  14:3  14:3  14:8 15:5  15:5  15:6  19:15  23:11  23:12  24:5 24:12  24:13  25:7  25:8  25:11  25:19  25:22 26:6  26:25  27:4  47:11  55:11  59:16  67:11 67:12  67:12  67:13  67:16  67:18  78:12 78:18  78:25  79:13  79:22  79:25  80:15  89:2 97:18  100:21  100:25  104:10  104:16  109:1 111:22  115:13  129:8  130:25  131:5  171:25 | | **huge**(2) 41:12  45:6 |
| **handle**(5) 21:3  69:5  89:5  90:3  90:5 | | | | | | **hum**(1) 115:8 |
| **handled**(5) 43:9  55:8  55:9  91:1  91:2 | | | | | | **hundreds**(3) 150:23  150:25  153:5 |
| **handles**(1) 161:4 | | | | | | **hussain**(3) 3:5  13:8  30:20 |
| **handling**(2) 53:1  78:8 | | | | | | **i'd**(24) 5:7  8:19  16:21  28:23  96:8  103:6 105:10  106:1  106:14  107:3  107:16  108:4 108:18  109:23  115:4  118:20  125:3  154:10 154:23  155:12  157:10  166:24  169:6  171:11 |
| **handwriting**(1) 144:9 | | | | **history**(6) 114:1  114:12  121:22  167:16 168:5  169:20 | | |
| **hang**(2) 156:8  170:3 | | | | | | |
| **happen**(3) 9:11  81:14  99:20 | | | | **hit**(2) 100:2  172:22 | | |
| **happened**(18) 32:2  39:19  44:12  44:24 44:25  46:4  61:20  61:21  61:25  62:6  72:22 83:23  84:3  86:25  105:4  126:15  129:10 171:17 | | | | **hits**(1) 102:7 | | **i'll**(33) 5:3  7:23  8:10  12:25  17:1  17:3 17:8  17:8  17:17  21:20  22:10  29:9  47:12 51:22  56:19  56:20  58:13  58:16  59:11 60:12  61:2  65:25  68:10  68:16  82:10  83:5 86:21  110:10  115:19  156:4  158:7  159:8 163:22 |
| | | | | **hmsi**(2) 74:14  127:11 | | |
| | | | | **hold**(3) 89:24  142:7  163:13 | | |
| **happening**(1) 45:23 | | | | **holder**(4) 43:24  45:7  165:23  165:23 | | |
| **happens**(2) 44:21  100:2 | | | | **holders**(1) 165:24 | | |
| **hard**(1) 68:13 | | | | **holding**(1) 44:2 | | **i'm**(134) 4:13  4:18  12:11  12:22  13:15  16:8 16:9  16:20  17:3  17:6  17:25  19:10  21:6 22:15  23:24  28:13  30:17  31:7  31:9  32:18 36:20  37:1  38:6  39:5  39:16  40:9  41:22 43:8  46:2  48:6  48:7  48:20  49:2  49:11 51:8  51:20  51:20  52:20  53:23  54:17  54:21 55:3  56:25  57:3  60:18  63:19  65:7  66:7 67:18  70:17  71:9  73:1  74:2  74:18  76:5 76:7  76:20  79:22  80:25  80:25  81:10  84:5 85:12  86:3  86:20  87:22  89:6  89:12  91:5 91:11  93:6  95:6  98:20  100:1  102:18 103:20  105:2  107:4  109:7  110:2  114:4 116:11  117:8  120:21  123:7  123:15  125:23 127:6  129:1  129:14  132:21  132:21  134:25 136:2  138:7  138:15  139:6  139:9  141:9 141:14  141:15  141:20  142:7  144:2  144:3 144:25  145:14  146:24  150:12  151:24  152:3 152:7  153:9  153:11  153:14  153:16  153:25 154:1  154:1  155:3  156:10  157:8  157:25 159:7  160:22  161:11  162:24  163:4  163:21 167:10  168:20  169:7  172:8  172:25 |
| **harm**(1) 25:4 | | | | **holdings**(1) 1:8  43:13  63:12 | | |
| **harrisburg**(1) 1:45 | | | | **holds**(3) 43:25  87:15  144:13 | | |
| **has**(7) 5:23  7:18  7:22  10:10  13:19  14:1 14:3  14:13  14:14  14:16  14:17  19:11  19:14 20:5  23:10  25:1  25:3  26:4  26:13  30:24 31:3  31:24  34:8  36:15  39:7  41:7  42:11 42:11  42:11  42:17  44:12  44:18  44:19  45:6 45:8  45:19  45:24  47:20  47:22  52:14  52:18 54:5  55:2  61:7  66:20  67:17  74:8  77:11 78:16  79:25  80:10  85:8  89:24  99:21  106: 109:13  112:1  119:17  121:12  126:22  138: 138:25  139:21  139:22  143:10  144:15 145:17  145:18  145:20  145:20  146:9  158:1 158:12  159:20  169:10  171:23  172:13 | | **haven't**(5) 18:25  34:22  35:2  75:9  172:10 | | **holes**(1) 126:9 | | |
| | | **having**(6) 29:14  29:15  60:24  77:22  80:9 147:1 | | **holiday**(1) 172:25 | | |
| | | | | **holidays**(1) 172:22 | | |
| | | | | **hollow**(4) 9:1  9:14  10:12  11:18 | | **i've**(17) 4:22  7:25  29:25  61:8  62:25  76:14 81:9  115:19  118:23  143:14  150:17  150:18 150:18  150:23  152:12  166:25  169:19  169:20 |
| | | **he's**(13) 23:25  27:5  54:7  62:9  67:14  67:15 79:9  79:9  79:22  80:6  92:8  146:6  155:23 | | **home**(97) 1:7  15:5  18:3  29:22  30:6  30:7 31:19  32:9  32:17  32:19  34:4  34:19  35:12 35:22  36:8  36:12  39:4  39:17  39:22  40:7 40:17  41:14  41:18  41:25  42:3  42:10  42:15 43:12  43:13  43:14  44:1  44:7  44:8  44:22 45:4  45:20  46:5  46:10  47:4  48:13  48:19 49:6  50:4  51:21  52:12  54:1  55:10  55:25 56:2  57:8  59:7  59:24  61:6  63:11  64:20 65:9  67:4  67:21  70:4  72:10  73:7  73:13 73:24  73:25  74:2  74:4  74:16  78:9  83:20 86:2  86:16  86:25  88:14  89:21  90:9  90:10 90:12  90:19  112:9  113:9  113:16  128:9 133:21  134:4  134:13  134:23  136:19  141:1 141:23  143:6  154:20  154:21  159:10  160: 170:21  170:24  171:1 | | **idea**(3) 21:21  75:22  163:19 |
| | | **headquarters**(1) 8:25 | | | | **identifiable**(3) 14:11  16:25  17:5 |
| | | **heads**(1) 19:16 | | | | **identification**(1) 117:17 |
| | | **hear**(4) 8:4  13:15  55:8  154:2 | | | | **identified**(3) 83:22  110:22  123:6 |
| | | **heard**(1) 8:5 | | | | **identity**(1) 133:25 |
| | | **hearing**(12) 5:9  8:14  13:13  13:17  18:2 22:3  22:12  23:18  32:19  78:17  78:20  174: | | | | **ignored**(2) 48:1  48:17 |
| | | | | **honor**(95) 4:4  4:8  4:16  4:21  4:23  4:24  5:5 5:7  5:9  5:12  5:14  5:17  5:20  6:2  7:9  7:21 7:22  8:11  8:12  8:17  8:19  8:25  12:4  12:25 13:3  13:5  13:10  13:14  14:7  14:18  14:23 14:23  18:7  19:11  20:21  22:25  23:9  23:17 26:19  41:16  50:19  50:23  52:25  53:9  53:20 54:6  55:17  58:15  59:13  59:18  60:15  61:3 61:16  62:16  63:25  64:17  65:25  66:5  66:13 67:7  67:21  68:18  69:20  78:7  79:7  79:21 80:2  82:1  82:2  82:7  84:16  85:15  85:18 88:18  88:20  89:1  96:5  98:6  101:19  109:2 117:12  127:6  131:21  138:23  139:15  139:22 146:2  156:10  163:4  165:12  166:9  166:20 169:7  172:12  173:22 | | **illegal**(2) 116:22  116:24 |
| | | **heat**(2) 10:20  10:22 | | | | **imaging**(2) 95:20  95:22 |
| | | **held**(5) 59:20  59:24  90:12  90:16  132:19 | | | | **immediate**(1) 78:17 |
| | | **hello**(1) 24:24 | | | | **immediately**(3) 90:25  91:7  91:10 |
| | | **help**(7) 22:5  27:25  27:25  37:1  101:20 153:17  163:2 | | | | **impacted**(1) 46:3 |
| | | | | | | **implication**(4) 41:12  44:12  45:6  82:13 |
| | | **helpful**(2) 23:6  32:5 | | | | **implicitly**(1) 9:18 |
| | | **her**(9) 27:22  29:3  29:4  29:5  51:5  138:10 140:3  169:12  169:23 | | | | **implies**(2) 33:3  152:10 |
| **hasn't**(2) 20:23  49:14 | | | | | | **important**(6) 32:16  39:3  39:6  46:8  47:1 115:18 |
| | | **hercules**(1) 2:12 | | **honor's**(3) 11:25  18:17  69:4 | | |
| | | **here**(43) 12:9  13:8  16:19  17:24  29:17  30: 33:16  34:10  34:10  34:11  39:3  41:23  43:0 44:5  46:18  46:19  46:19  51:10  51:20  54:24 56:25  72:25  78:24  86:10  120:15  121:4 121:15  124:20  130:9  136:8  136:9  137:24 140:2  140:18  141:10  143:24  147:23  148:7 153:17  154:25  155:20  158:1  166:5 | | **honorable**(1) 1:20  30:24  36:10 | | **improvements**(3) 136:10  136:15  136:19 |
| | | | | **hope**(2) 51:5  76:21 | | **inadmissible**(1) 22:5 |
| | | | | **hoping**(1) 172:25 | | **inc**(4) 1:8  41:25  88:14  127:8 |
| | | **here's**(1) 171:11 | | **house**(1) 136:17 | | |
| | | **hessen**(2) 1:35  69:21 | | **housing**(1) 88:13 | | |
| | | **hfc**(1) 105:7 | | | | |
| | | **hidden**(1) 38:19 | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **include**(3) 22:23 112:7 164:19 | | **into**(46) 6:17 8:21 11:19 19:7 19:7 20:14 20:15 25:21 28:6 28:12 32:10 34:1 41:7 41:14 42:17 42:15 43:16 45:5 46:16 47:24 48:5 49:3 49:4 50:11 52:13 52:15 58:2 63:18 67:22 68:11 79:23 80:5 81:12 85:2 87:18 88:1 94:2 95:25 138:24 139:2 153:2 160:23 161:8 161:13 169:11 171:19 | | **job**(4) 141:7 141:11 161:15 162:2 **jobs**(2) 90:19 150:18 **join**(1) 47:16 **jointly**(1) 1:5 **judge**(3) 1:20 1:21 20:13 **judgment**(1) 65:20 **judicial**(4) 47:17 78:4 82:8 82:11 **july**(25) 10:12 32:3 32:18 59:16 60:17 61:7 61:11 61:22 84:9 84:12 84:14 87:17 88:2 88:4 103:1 119:14 119:15 119:19 125:17 126:16 127:19 127:22 129:1 130:16 143:12 | | **kareem's**(43) 13:18 13:21 13:23 19:13 24:15 25:23 26:2 26:9 53:12 54:1 61:6 63:10 66:18 67:8 79:4 89:2 89:8 92:14 96:12 96:25 97:11 97:13 98:12 100:2 100:16 102:17 102:25 104:9 104:22 105:6 109:9 115:12 116:13 117:22 118:8 122:2 126:13 126:15 126:25 127:18 127:19 131:17 167:25 **keep**(7) 7:20 12:24 30:2 38:19 40:12 138:2 160:25 |
| **includes**(1) 13:23 | | | | | | | |
| **including**(3) 9:12 13:23 40:13 | | | | | | **kept**(1) 95:21 | |
| **income**(10) 93:3 95:4 96:25 97:3 97:5 97:6 97:7 97:7 99:3 99:8 | | **introduced**(1) 85:24 | | | | **kind**(3) 27:17 27:17 29:10 **knew**(1) 61:15 | |
| | | **investigate**(1) 92:10 | | **jump**(1) 80:15 | | **know**(123) 10:25 12:9 12:10 12:13 12:14 | |
| **incorrect**(1) 85:19 | | **investigating**(1) 35:15 | | **june**(7) 113:22 121:24 121:25 125:17 | | 12:14 12:16 15:14 16:4 16:17 17:11 19:11 | |
| **incumbent**(4) 32:17 46:10 47:1 164:10 | | **investigation**(9) 35:17 40:2 41:22 68:4 | | 158:15 158:18 169:20 | | 25:6 26:17 29:14 33:7 36:9 43:6 44:3 | |
| **indeed**(1) 68:15 | | 75:2 88:6 102:16 120:11 130:14 | | | | 44:4 44:8 49:13 50:22 54:8 55:14 57:2 | |
| **independent**(1) 169:14 | | | | | | 57:24 59:5 59:19 68:11 68:14 68:19 71:22 | |
| **index**(7) 3:1 53:20 101:2 101:9 108:9 | | **investment**(3) 43:12 44:15 62:11 | | **jurisdiction**(2) 31:21 32:1 | | 72:22 73:2 75:23 79:10 80:9 89:2 89:3 | |
| 125:5 168:3 | | **investor**(1) 81:3 | | **jury**(1) 50:14 | | 89:4 93:5 93:7 94:18 101:19 101:23 106:9 | |
| | | **invoiced**(2) 74:7 75:9 | | **just**(77) 6:2 12:24 16:7 16:12 16:13 18:8 | | 110:25 113:23 115:12 115:24 116:16 | |
| **indicate**(2) 41:1 139:19 | | **involved**(11) 17:25 44:6 46:25 59:5 78:2 | | 18:15 23:6 27:15 27:16 27:19 28:17 28:19 | | 116:24 117:12 120:10 122:2 124:16 128:19 | |
| **indicated**(1) 42:2 | | 78:10 94:24 134:24 162:13 162:23 172:8 | | 28:20 30:4 32:24 38:21 51:9 52:6 54:16 | | 129:4 129:10 133:19 133:22 133:23 134:3 | |
| **indication**(1) 56:23 | | | | 55:25 56:20 56:22 56:24 61:10 61:21 66:7 | | 134:4 134:25 135:9 136:9 137:8 137:8 | |
| **indiscernible**(1) 115:23 | | **involvement**(4) 5:9 31:25 63:11 94:23 | | 66:7 70:2 78:12 82:19 87:23 88:5 88:18 | | 137:10 138:4 138:5 138:10 138:15 138:16 | |
| **individual**(4) 47:17 134:19 134:22 135:2 | | **irrelevant**(3) 55:16 57:5 67:5 | | 89:1 91:3 94:7 95:15 97:7 97:8 98:24 | | 138:18 138:22 140:4 141:18 141:21 141:25 | |
| **individually**(1) 36:5 | | **island**(2) 9:1 9:16 | | 99:8 99:9 103:8 106:15 111:3 111:25 | | 142:13 142:15 142:17 142:19 143:3 143:8 | |
| **inducement**(1) 57:17 | | **isn't**(3) 110:4 132:15 147:6 | | 113:3 118:23 119:9 121:18 122:18 123:5 | | 143:12 143:14 143:20 143:21 143:23 | |
| **indulgence**(2) 18:17 166:12 | | **issue**(30) 6:6 6:16 7:10 7:19 11:25 19:18 | | 125:3 126:9 127:6 127:18 130:24 132:19 | | 144:22 144:23 145:9 145:11 145:12 146:3 | |
| **industry**(1) 31:6 | | 20:4 23:14 24:3 35:10 36:2 39:9 39:25 | | 135:11 137:8 141:5 149:21 149:21 153:14 | | 146:8 147:17 147:21 147:22 148:13 149:2 | |
| **infer**(2) 151:3 155:9 | | 41:17 41:19 42:13 42:15 47:23 48:21 50:5 | | 158:5 159:8 159:9 159:16 160:3 161:7 | | 149:9 149:10 149:17 150:15 150:17 150:24 | |
| **inferred**(1) 45:1 | | 52:14 54:7 56:3 57:2 57:4 77:22 130:21 | | 164:22 165:22 172:3 173:2 173:20 174:4 | | 154:11 154:16 154:19 155:10 155:19 | |
| **information**(36) 9:12 9:13 9:20 11:7 11:12 | | 134:24 140:12 165:16 | | | | 156:17 158:21 159:3 159:8 159:15 160:7 | |
| 11:13 11:15 11:23 12:9 13:22 13:24 14:1 | | | | **justice**(1) 31:7 | | 166:5 | |
| 15:7 15:10 16:4 16:25 17:5 17:11 17:13 | | **issuer**(1) 42:10 | | | | | |
| 18:4 20:18 22:11 27:15 43:18 48:10 97:10 | | **issues**(33) 8:21 19:21 20:17 22:9 23:19 | | **kareem**(275) 3:5 13:8 13:19 14:1 14:7 | | **knowledge**(25) 61:13 87:22 87:24 87:25 | |
| 97:12 112:1 118:14 129:22 129:23 130:3 | | 23:23 24:3 24:5 24:12 26:10 30:25 46:1 | | 14:13 14:14 15:13 15:15 15:20 15:25 16:3 | | 95:22 116:21 135:20 135:22 144:15 148:13 | |
| 130:6 161:17 164:19 168:25 | | 53:12 53:17 54:20 54:24 55:15 56:18 | | 16:11 16:15 17:6 17:15 17:20 17:23 18:21 | | 154:8 154:19 156:17 159:9 159:10 160:4 | |
| | | 60:11 61:1 68:21 72:18 130:15 130:18 | | 19:3 19:25 20:25 21:6 21:13 21:16 21:19 | | 160:8 161:15 163:5 163:10 168:15 168:24 | |
| **informed**(1) 88:1 | | 130:23 133:23 135:2 135:22 138:21 144:21 | | 21:22 21:24 22:1 22:10 22:17 22:25 23:7 | | 169:3 169:14 170:15 | |
| **infrastructure**(2) 9:22 10:4 | | 153:7 170:6 172:7 | | 23:10 23:22 23:24 24:7 24:11 25:1 25:8 | | | |
| **initial**(8) 99:10 100:16 100:19 101:16 | | | | 26:4 27:12 29:12 29:20 29:23 30:7 30:9 | | **known**(7) 36:22 38:25 40:6 40:16 74:19 | |
| 110:7 111:4 137:5 137:18 | | **it's**(175) 8:4 9:4 12:10 12:14 12:16 15:19 | | 30:17 30:19 30:20 30:23 32:13 32:15 | | 82:4 92:21 | |
| | | 15:21 15:23 16:8 16:9 16:17 16:18 17:16 | | 34:13 34:15 34:25 35:3 35:5 35:8 36:7 | | | |
| **initially**(1) 26:24 | | 18:23 20:7 21:7 23:16 27:17 35:19 37:17 | | 36:19 37:7 37:9 37:11 37:19 37:24 38:2 | | **knows**(6) 8:25 54:17 139:2 139:3 139:21 | |
| **injunction**(1) 46:21 | | 37:24 38:9 38:19 39:6 39:19 39:25 41:4 | | 38:12 38:14 42:24 43:5 43:15 44:5 48:25 | | 146:9 | |
| **ink**(1) 72:17 | | 41:18 42:10 42:15 42:21 45:11 46:8 47:1 | | 49:11 49:17 50:3 50:6 50:17 51:2 51:4 | | | |
| **input**(1) 118:14 | | 47:1 53:9 53:23 55:6 55:18 55:21 56:1 | | 51:8 51:13 51:19 52:1 52:6 52:20 54:2 | | **kosher**(1) 132:15 | |
| **insolvency**(4) 20:6 32:10 34:1 67:22 | | 56:13 56:21 57:4 61:9 61:22 62:25 63:9 | | 54:18 54:19 54:23 55:1 56:11 56:13 | | **lack**(3) 34:1 48:6 77:19 | |
| **insolvent**(5) 46:7 47:13 74:6 86:3 86:16 | | 63:9 63:20 63:21 63:22 64:5 64:15 65:8 | | 56:18 56:23 57:6 57:9 57:12 57:15 57:23 | | **land**(3) 36:1 49:4 49:12 | |
| **instant**(1) 24:13 | | 67:14 68:13 71:7 71:20 71:23 72:2 73:9 | | 58:1 58:6 58:9 58:21 59:1 59:2 59:15 | | **landis**(1) 2:4 | |
| **instead**(2) 76:16 168:9 | | 78:8 80:15 81:13 82:6 82:9 82:25 87:22 | | 59:18 60:5 60:8 60:11 60:22 61:21 62:3 | | **landlord**(5) 7:14 7:14 7:15 9:3 11:17 | |
| **instructions**(1) 49:7 | | 95:11 95:16 96:20 97:3 97:3 98:3 99:3 | | 63:13 63:14 65:21 66:19 67:2 67:10 67:20 | | **language**(2) 41:24 163:8 | |
| **instrument**(13) 33:1 38:4 38:8 38:9 38:16 | | 100:4 101:2 101:11 101:16 101:24 102:9 | | 68:6 68:9 69:2 69:6 69:11 69:15 69:17 | | **large**(2) 10:10 94:16 | |
| 39:11 41:2 47:19 47:21 52:13 52:15 72:24 | | 102:20 103:6 103:11 103:24 104:12 104:14 | | 69:25 70:21 70:24 73:6 77:1 77:6 77:8 | | **largely**(1) 9:18 | |
| 160:13 | | 104:20 104:20 105:1 105:13 106:2 106:6 | | 77:16 78:15 78:20 78:21 78:25 79:15 | | **larger**(1) 95:11 | |
| | | 106:14 106:19 107:3 108:5 108:9 108:18 | | 79:21 79:25 80:2 80:16 81:16 82:7 82:12 | | **last**(23) 64:13 66:18 67:13 67:14 67:18 | |
| **instruments**(2) 72:23 163:6 | | 108:22 108:25 109:4 109:6 110:6 110:6 | | 82:16 82:22 83:2 83:5 83:6 83:9 83:14 | | 71:16 74:13 75:3 75:11 75:20 76:5 78:1 | |
| **intend**(1) 20:24 | | 110:8 110:14 110:24 111:1 111:14 114:6 | | 83:17 84:1 84:5 84:13 84:19 85:4 85:7 | | 90:12 100:19 106:2 119:9 122:19 125:23 | |
| **intending**(1) 44:23 | | 115:15 116:1 116:2 116:9 117:8 118:22 | | 85:11 85:21 86:1 86:6 86:12 86:20 87:4 | | 136:23 138:19 155:18 168:11 171:24 | |
| **intends**(1) 24:7 | | 121:7 121:14 121:14 122:14 122:15 122:18 | | 87:10 87:17 88:21 88:23 92:3 92:7 92:15 | | | |
| **intent**(7) 32:6 33:12 35:6 45:2 45:4 51:14 | | 122:18 123:21 123:25 124:10 125:17 | | 93:2 93:7 93:25 94:19 98:6 98:8 98:10 | | **late**(2) 78:14 130:24 | |
| 173:24 | | 125:23 125:25 126:5 129:14 129:18 132:4 | | 99:13 103:5 105:8 111:22 113:16 113:21 | | **later**(10) 38:7 38:23 44:12 46:4 49:1 | |
| | | 133:4 133:8 136:16 136:16 136:18 137:18 | | 113:24 115:20 121:13 121:16 129:7 130:1 | | 55:13 55:14 58:3 75:23 83:18 | |
| **interest**(34) 6:12 38:15 39:22 99:10 100:8 | | 142:2 145:5 145:17 145:22 145:23 146:8 | | 130:18 130:25 131:23 131:23 132:2 135:8 | | | |
| 100:16 100:21 100:25 101:5 101:21 101:2 | | 146:13 147:19 148:7 149:6 149:16 149:20 | | 135:11 135:16 136:9 138:13 139:25 140:14 | | **laughter**(10) 51:7 98:21 99:2 116:8 123:17 | |
| 101:25 102:6 102:17 108:22 111:1 111:9 | | 149:20 154:4 155:17 155:18 155:21 156:1 | | 140:16 140:18 140:21 140:25 141:2 141:5 | | 128:6 150:4 166:4 166:15 173:1 | |
| 113:5 116:19 117:4 117:7 120:16 122:19 | | 158:14 158:14 158:17 162:11 162:14 | | 141:17 141:21 142:1 142:4 142:11 146:5 | | | |
| 125:25 133:11 147:6 147:6 148:16 164:6 | | 168:9 163:14 165:10 166:17 167:2 167:1 | | 146:12 146:15 150:6 151:9 151:18 151:21 | | **law**(37) 24:14 25:15 28:18 31:11 33:3 | |
| 164:7 167:24 168:3 168:8 168:10 | | 168:9 168:10 168:12 168:21 169:12 | | 152:8 152:9 153:21 153:22 155:13 155:19 | | 33:17 34:16 34:17 36:11 37:12 39:12 | |
| | | | | 156:2 156:4 156:7 156:12 157:12 157:19 | | 40:24 40:25 44:18 45:9 45:10 45:13 45:18 | |
| **interests**(1) 33:14 | | **item**(5) 4:10 4:24 5:8 5:17 145:20 | | 157:22 157:25 158:3 158:7 158:14 158:18 | | 46:12 46:14 47:13 48:2 51:11 86:21 87:25 | |
| **interfering**(1) 142:9 | | **items**(6) 4:8 8:18 14:10 15:6 125:4 145:17 | | 159:6 160:6 160:10 163:1 163:2 163:3 | | 137:7 137:8 137:10 138:13 139:4 141:24 | |
| **interior**(2) 136:11 136:19 | | **its**(23) 7:17 13:12 32:9 32:10 33:23 42:17 | | 163:12 163:17 163:19 163:21 163:24 | | 141:24 142:13 143:3 164:19 172:7 172:10 | |
| **interject**(2) 27:6 56:22 | | 54:1 59:21 96:2 103:16 104:5 105:23 | | 165:18 165:21 166:1 168:14 168:18 169:7 | | | |
| **internal**(3) 95:20 132:16 156:18 | | 107:1 107:14 108:2 108:16 109:17 110:20 | | 169:10 170:2 170:4 170:10 170:13 170:17 | | **lawful**(1) 39:7 | |
| **internally**(1) 132:20 | | 111:20 114:19 118:3 119:7 167:6 | | 171:4 171:13 171:15 171:21 172:13 172:1 | | **lawrenceville**(1) 64:21 | |
| **interpretation**(1) 38:24 | | | | 173:20 173:22 174:4 | | **laws**(6) 31:12 31:13 33:9 39:8 46:15 48:10 | |
| **interrupt**(1) 76:21 | | **itself**(3) 72:17 82:20 165:15 | | | | **lawyer**(1) 82:5 | |
| **interstate**(1) 36:1 | | **ivy**(1) 35:25 | | | | | |
| | | **jackson**(1) 36:1 | | | | | |
| | | **jam**(2) 172:24 172:25 | | | | | |
| | | **january**(1) 49:4 | | | | | |

| Word | Page:Line |
|---|---|

**lawyers**(1) 166:3
**leads**(1) 41:16
**learned**(4) 12:6 71:2 83:18 150:17
**lease**(2) 9:5 9:25
**least**(6) 7:5 9:24 11:5 18:21 80:13 92:8
**leave**(2) 89:13 155:9
**leaving**(1) 29:14
**led**(3) 31:6 35:17 70:24
**left**(7) 52:18 71:12 97:4 104:12 121:22 153:10 168:2

**legal**(15) 22:14 28:6 28:8 28:12 28:19 28:25 29:8 87:13 95:24 96:19 106:19 138:24 165:16 165:24 171:17

**legitimate**(3) 25:2 33:14 52:14
**lender**(12) 20:5 33:13 38:3 38:18 47:16 47:22 48:8 71:3 92:24 142:21 142:25 158:12
**lenders**(2) 31:4 41:17
**lending**(3) 45:10 117:17 120:1
**leslie**(2) 1:41 115:22
**let**(27) 15:14 16:12 22:7 28:11 34:10 36:17 42:6 42:22 42:22 46:18 50:21 51:3 75:3 76:17 136:7 136:7 136:8 136:8 138:8 140:21 141:2 142:18 142:23 143:24 150:8 160:16 172:1

**let's**(28) 7:24 16:20 21:9 21:10 22:7 29:16 30:12 53:7 64:19 73:4 75:11 83:3 85:20 92:14 119:9 138:19 138:19 143:16 143:24 143:25 144:3 151:10 156:1 158:8 158:13 163:12 163:17 173:7

**letter**(6) 35:24 88:6 88:12 131:8 131:12 131:17

**letters**(1) 24:24
**level**(6) 14:5 19:23 145:24 146:4 146:6 151:4

**liabilities**(1) 97:25
**liability**(2) 62:3 98:1
**liaison**(1) 91:13
**licensed**(1) 134:8
**lien**(2) 70:16 70:19
**lieu**(1) 81:8
**life**(1) 146:19
**like**(67) 4:15 5:8 8:19 16:22 17:11 20:19 20:25 22:2 26:16 27:25 28:1 28:24 30:6 30:7 31:2 46:11 53:16 60:21 62:10 67:15 68:12 69:8 71:17 71:20 71:21 71:24 75:6 78:1 78:11 79:7 80:18 89:5 91:16 101:15 102:11 102:11 103:6 105:10 106:14 107:3 107:16 108:4 108:18 109:23 115:4 118:20 122:14 125:3 131:23 134:10 134:11 135:12 145:2 146:19 162:5 162:18 162:18 163:8 166:24 168:4 168:9 168:12 171:12 171:12 171:18

**likelihood**(1) 50:14
**likely**(1) 46:20
**limine**(7) 17:24 18:21 21:2 21:7 42:20 53:12 63:15

**limit**(3) 18:2 20:19 78:3
**limited**(3) 51:16 73:19 85:25
**limits**(3) 116:20 116:22 117:6
**line**(17) 53:11 53:11 72:1 77:9 77:21 104:13 104:20 105:1 136:17 136:21 136:23 138:20 143:10 145:17 145:20 173:23 173:24
**lines**(1) 96:21
**liquidating**(3) 8:9 89:21 90:7
**lisa**(3) 41:9 106:7 106:9
**list**(3) 122:15 123:19 159:18
**listed**(6) 119:23 120:2 121:4 168:3 168:9 168:10

**litigant**(2) 30:2 47:17

**litigating**(1) 23:10
**litigation**(10) 6:7 19:4 19:8 19:9 19:9 23:12 49:15 53:16 54:13 147:19

**litigations**(1) 18:22
**little**(12) 17:19 38:6 57:7 58:2 69:12 69:13 78:9 89:23 122:17 127:16 165:22 166:7
**live**(1) 171:7
**llp**(3) 1:26 1:35 2:10
**loan**(229) 9:12 9:19 10:9 13:23 14:3 14:10 15:3 15:9 15:12 15:23 16:5 19:16 23:11 24:5 24:13 24:15 24:20 25:11 25:12 25:13 25:13 25:19 25:22 25:23 25:24 25:24 26:1 26:6 32:6 32:7 34:20 34:20 34:22 34:23 35:13 35:14 35:14 36:4 38:10 38:25 39:2 39:3 39:12 39:14 39:17 40:19 42:1 42:5 42:9 42:9 42:11 45:23 47:6 47:10 47:14 54:4 54:14 55:8 55:10 55:13 58:2 59:5 60:19 60:25 61:6 61:11 64:2 67:8 67:16 70:2 70:4 70:11 70:14 70:17 70:20 70:23 72:9 72:10 72:11 72:20 73:2 73:7 73:10 73:16 73:23 73:23 74:5 75:6 75:7 75:9 75:13 75:21 76:1 76:6 78:18 83:22 87:17 88:15 91:1 91:25 92:14 92:15 92:23 93:2 93:10 93:11 93:15 93:22 93:24 93:25 94:2 94:6 94:19 94:23 95:5 95:16 96:19 97:6 97:11 97:17 97:19 98:13 98:16 98:19 99:21 99:22 99:23 100:10 100:12 100:23 101:13 102:7 102:9 102:25 104:9 104:10 105:2 109:3 109:10 111:22 112:3 112:4 112:8 113:25 114:14 115:1 115:1 115:2 115:12 115:13 116:14 116:17 116:18 116:21 116:22 117:1 117:2 117:22 118:8 118:13 119:14 119:20 121:25 122:2 122:3 122:4 122:5 126:13 126:15 126:24 126:25 127:19 127:19 127:21 127:24 128:11 129:24 129:24 130:16 130:16 130:19 130:25 131:6 131:15 131:17 132:15 133:3 133:9 133:12 134:22 134:24 135:2 135:25 137:5 137:6 137:18 137:19 138:3 138:7 138:11 138:14 140:9 140:12 140:24 141:1 141:21 142:19 146:20 146:21 147:8 150:13 154:22 155:17 156:23 158:12 160:2 160:3 161:6 161:7 161:7 161:13 161:14 161:16 162:5 163:5 164:11 167:25

**loan's**(1) 140:7
**loans**(14) 6:8 6:17 6:20 6:20 32:3 43:15 43:25 90:6 91:21 95:21 104:15 116:25 133:20 161:17

**located**(5) 54:2 64:21 97:2 104:25 167:25
**location**(4) 9:2 9:14 10:4 55:25
**locations**(2) 8:20 9:1
**logs**(2) 129:12 129:12
**long**(13) 9:1 9:16 30:17 35:8 68:25 82:18 89:22 90:10 100:19 102:2 136:3 150:20 171:12
**longer**(5) 30:2 44:2 47:10 163:20 172:15
**look**(20) 16:8 16:9 77:12 103:6 106:1 119:9 120:20 120:23 123:6 124:20 125:3 162:17 166:24 167:11 168:20 169:5 169:6 169:14 169:16 172:8

**looked**(3) 55:2 117:12 126:21
**looking**(13) 17:10 65:24 72:19 73:10 76:7 80:25 80:25 86:7 104:19 119:22 120:21 147:23 153:16
**looks**(7) 60:20 69:8 71:17 71:20 71:21 71:24 168:4

**loss**(1) 51:14
**lost**(1) 71:9
**lot**(12) 23:23 31:4 31:12 43:7 58:10 59:9 111:25 112:1 135:19 144:11 150:5 154:25

**lots**(1) 10:20

**lower**(1) 133:11
**lsams**(6) 128:21 129:13 129:18 129:19 168:7 168:22

**luckily**(1) 9:25
**lunch**(1) 23:5
**ma'am**(3) 139:8 151:11 151:20
**made**(45) 6:22 6:25 7:16 9:11 14:17 14:20 15:9 15:11 25:10 32:23 35:21 40:6 40:12 49:18 49:23 58:22 63:14 66:23 66:24 67:14 67:18 67:21 68:3 74:13 74:18 75:1 75:4 75:12 75:19 75:21 76:6 76:12 82:7 84:25 85:5 132:10 134:7 134:13 136:16 139:13 141:5 146:21 148:8 156:1 164:22

**madison**(1) 1:37
**mae**(1) 98:14
**mail**(12) 37:15 57:19 110:7 113:20 114:14 145:7 145:7 145:8 145:11 148:24 149:2 164:16
**mailed**(7) 109:15 113:21 113:23 113:24 121:25 149:2 170:19

**mailing**(1) 37:14
**main**(3) 34:10 89:13 135:17
**mainly**(2) 78:9 79:5
**maintain**(4) 10:3 10:6 14:8 138:11
**maintained**(19) 96:1 103:15 104:4 105:22 106:25 107:13 108:1 108:15 109:16 110:13 111:19 114:18 118:2 119:6 123:11 130:10 160:20 167:5 167:21

**maintaining**(3) 6:24 9:13 24:4
**majority**(2) 10:11 11:13
**make**(36) 10:1 13:10 13:25 21:2 21:23 26:15 26:23 28:8 28:17 28:18 29:8 29:10 56:25 56:25 69:13 70:3 74:23 75:25 77:8 77:18 81:23 82:12 91:3 94:7 96:5 104:19 115:22 116:21 116:22 127:7 127:7 133:11 135:5 143:17 157:23 172:9

**makes**(3) 27:11 27:13 116:24
**making**(6) 46:6 51:24 67:24 73:23 74:8 92:10

**mandate**(1) 159:21
**mandatory**(1) 13:20
**many**(7) 20:18 27:3 64:18 118:12 149:8 150:21 161:5

**map**(2) 22:21 26:5
**margaret**(1) 1:27 13:4
**margin**(2) 6:21 6:21
**mark**(2) 100:3 136:9
**marked**(18) 3:13 7:25 15:2 34:23 95:7 103:7 105:13 106:15 107:3 107:17 108:5 110:11 114:6 117:9 118:22 129:14 166:25
**market**(4) 1:11 2:6 2:13 9:4
**marks**(1) 32:16
**master**(1) 44:11
**match**(2) 124:22 126:5
**material**(1) 41:3
**math**(1) 105:2
**matter**(15) 13:11 17:21 23:18 40:7 44:23 53:22 61:24 78:14 78:16 78:17 82:24 82:25 89:5 90:22 174:14

**matters**(6) 13:5 13:6 13:18 24:2 26:20 82:19

**matthew**(2) 2:5 8:12
**max**(1) 94:20

**may**(57) 5:4 5:10 5:23 8:14 8:17 12:14 13:10 13:24 14:5 17:20 19:18 21:1 21:2 21:14 23:14 23:17 23:21 24:5 26:15 26:23 30:3 30:4 30:21 33:6 33:7 34:19 35:1 35:5 38:22 39:12 42:24 46:21 47:16 50:13 53:5 62:17 69:18 77:6 86:15 86:17 96:5 115:8 115:14 120:6 121:1 121:7 137:20 151:11 153:17 158:3 159:3 166:9 166:11 171:5 172:12 172:14 172:14

**maybe**(3) 52:4 59:8 98:23
**mcguire**(4) 2:5 8:12 8:12 8:16
**mean**(34) 16:8 38:18 48:5 54:17 56:24 57:10 60:3 60:20 61:14 64:7 74:1 75:17 79:16 80:10 80:22 81:11 81:14 82:10 83:12 84:21 97:15 128:23 134:18 135:9 143:11 144:16 144:19 146:3 146:10 147:10 154:1 155:20 156:18 158:23

**meaning**(1) 41:2
**means**(11) 32:22 49:1 63:20 74:3 97:7 98:3 99:9 99:10 150:21 165:23 165:23

**meant**(3) 86:18 87:14 87:15
**meeting**(3) 23:2 29:16 30:17
**meets**(1) 25:13
**member**(1) 47:18
**memory**(1) 75:16
**mention**(1) 131:5
**mentioned**(6) 26:5 78:14 94:22 110:4 113:7 118:6

**merely**(1) 61:24
**merican**(1) 1:7
**merits**(1) 55:2
**met**(1) 132:5
**method**(2) 37:13 145:8
**michael**(4) 1:29 4:4 47:7 131:8
**microphone**(1) 54:22
**middle**(3) 121:22 153:17 153:18
**might**(12) 11:23 12:14 14:10 23:5 38:24 53:2 68:11 68:12 79:12 121:18 126:20 140:17
**mike's**(2) 69:12 69:13
**million**(7) 6:4 6:16 6:17 6:19 7:1 7:4 7:8
**mind**(4) 15:2 86:25 115:3 151:25
**mine**(3) 71:17 71:20 71:21
**minute**(10) 28:12 88:19 101:3 121:11 123:20 158:7 160:3 165:13 169:4 171:25

**minutes**(8) 9:15 29:15 50:20 76:22 149:22 151:11 163:21 166:3

**mischaracterize**(1) 113:12
**mischaracterized**(1) 174:1
**mischaracterize**(1) 139:16
**miss**(2) 151:24 151:25
**misstating**(1) 84:17
**misunderstand**(1) 81:16
**misunderstanding**(1) 51:17
**mitigate**(1) 51:21
**modern**(1) 10:8
**moment**(5) 14:24 16:13 94:3 115:4 142:7
**monday**(1) 78:11
**monetary**(1) 51:14
**money**(3) 70:22 70:22 105:5
**monitor**(1) 135:1
**month**(16) 9:25 36:23 93:3 94:1 98:23 94:2 99:9 99:11 100:20 100:21 101:4 101:6 101:12 108:9 111:8 148:9

**month's**(1) 111:1
**month-to-month**(1) 9:7
**monthly**(9) 73:6 74:9 96:25 97:3 97:13 97:18 143:17 164:7 164:17

**months**(6) 89:23 101:1 102:11 148:7 148:7 148:8

Word Page:Line

**moot**(1) 13:19

**mooted**(1) 23:22

**mootness**(1) 14:5

**more**(23) 8:10 10:8 10:8 19:5 28:5 38:16 39:12 40:11 76:21 76:22 78:23 100:10 100:12 105:3 105:10 106:1 125:3 145:23 146:10 146:16 151:17 155:23 168:13

**morgan**(12) 2:4 5:20 6:4 6:5 6:10 6:24 7:3 7:5 7:12 7:16 7:19 8:13

**morgan's**(1) 7:22

**morning**(3) 4:4 5:14 13:3

**mortgage**(114) 1:7 6:8 6:17 6:20 9:12 9:19 10:9 18:4 31:13 31:19 32:9 32:18 32:20 34:2 34:4 34:19 35:12 35:22 36:8 36:13 39:2 39:4 39:18 39:22 40:7 40:17 41:14 41:18 41:25 42:10 42:16 43:13 43:14 44:2 44:7 44:8 44:22 45:4 45:12 45:21 46:5 46:10 47:4 48:13 48:19 49:6 51:21 52:12 54:3 54:9 54:10 54:15 55:1 55:10 57:8 57:21 57:25 58:8 59:7 59:25 61:6 63:11 65:9 67:4 67:21 70:5 70:7 70:14 73:13 74:4 74:16 83:8 83:9 83:21 86:25 88:14 89:21 90:9 90:10 90:13 90:19 92:17 94:4 94:18 97:14 97:18 99:13 101:11 104:17 105:3 108:22 112:9 112:23 113:9 113:16 127:8 133:17 133:18 133:21 134:5 136:24 141:14 141:23 143:6 153:8 154:20 154:21 160:4 160:19 164:12 164:1 170:21 170:25 171:1

**mortgagee**(3) 33:17 86:22 86:23

**mortgages**(3) 31:4 31:11 54:12

**mortgagor**(4) 32:6 33:17 61:13 84:10

**mortgagors**(2) 31:5 43:10

**most**(2) 15:3 158:24

**motion**(28) 5:18 5:21 5:22 8:6 11:21 13:11 13:12 13:14 13:20 13:20 14:1 14:6 14:6 15:24 16:21 17:24 18:8 18:20 21:2 21:6 42:4 42:20 53:12 63:15 63:20 65:20 78:18 173:13

**motions**(6) 13:7 25:7 26:23 54:8 92:2

**move**(24) 25:20 73:4 85:20 88:24 103:20 106:14 107:3 107:16 108:4 108:5 108:18 109:24 110:10 111:10 114:4 116:4 118:20 129:14 138:19 138:20 143:4 156:4 156:13 159:25

**moved**(1) 89:2

**moves**(1) 58:18

**moving**(4) 26:7 27:9 66:2 89:8

**msp**(2) 128:22 167:18

**mta**(10) 36:23 93:3 94:1 99:4 99:12 108:9 125:5 145:22 160:2 163:8

**much**(11) 19:5 49:13 50:16 61:8 94:3 96:25 97:13 104:16 104:22 163:20 172:7

**multiple**(1) 41:20

**municipal**(3) 116:20 117:6 120:24

**municipality**(1) 121:2

**murin**(1) 1:41

**murrs**(5) 19:16 19:17 49:2 49:7 49:8

**must**(3) 37:13 38:4 164:6

**mutual**(5) 7:9 72:10 72:13 97:20 98:1

**myself**(4) 30:25 34:4 45:3 48:20

**nail**(1) 81:12

**name**(12) 49:2 83:17 83:20 115:2 122:6 128:14 132:3 137:1 159:14 167:2 170:8 170:15

**narrative**(1) 27:2

**narrow**(2) 57:4 68:20

**nation**(1) 31:3

**national**(2) 43:25 91:15

**nature**(1) 159:24

**necessary**(5) 14:18 17:12 27:6 30:3 82:9

**need**(14) 11:21 24:6 28:9 37:1 54:21 63:3 81:11 113:6 115:24 132:25 169:23 171:10 172:1 172:8

**need's**(1) 172:1

**needing**(1) 15:8

**needs**(1) 166:19

**negative**(4) 45:15 99:21 147:18 147:20

**neiburg**(10) 1:29 4:4 4:5 4:8 4:15 4:20 4:23 5:4 5:7 5:12

**neither**(1) 47:16

**never**(11) 7:15 17:11 35:12 38:21 44:22 49:19 49:21 76:3 81:12 132:25 143:15

**new**(27) 1:38 7:14 9:14 10:3 10:5 10:7 10:9 11:8 11:19 24:17 35:13 58:23 58:23 60:16 60:17 62:6 73:10 75:6 75:9 75:13 83:22 83:25 84:10 88:15 104:15 164:7 170:6

**next**(17) 4:23 5:7 13:5 18:10 18:14 59:13 60:15 61:3 62:16 63:25 88:24 98:3 111:8 122:18 124:21 143:15 144:4

**ninth**(1) 4:25

**noise**(1) 142:9

**nominee**(1) 49:8

**non-issues**(1) 53:17

**none**(3) 8:4 93:16 130:17

**nor**(3) 20:2 20:14 47:16

**north**(1) 2:13

**northern**(1) 23:12

**not**(178) 4:13 4:20 5:23 6:7 6:11 10:18 10:24 11:20 12:8 12:11 12:22 14:7 14:17 15:16 16:8 16:9 17:9 17:14 18:4 19:5 20:1 20:10 20:13 20:25 22:20 22:21 23:16 23:24 24:5 24:6 24:15 24:18 25:15 25:24 26:2 27:25 28:20 29:25 30:2 32:5 34:23 36:4 36:13 39:4 39:5 39:20 41:2 41:13 41:22 44:21 45:16 45:19 46:25 47:1 48:10 51:15 52:10 54:8 54:17 55:4 56:21 57:2 60:1 60:6 60:18 62:11 62:13 63:8 64:8 67:15 67:23 70:17 71:18 71:20 71:23 72:22 72:23 73:25 74:1 74:2 75:18 76:21 77:11 77:13 77:18 78:15 79:6 79:6 79:7 79:9 79:11 79:12 79:22 79:23 80:10 80:10 81:10 81:13 83:9 84:5 92:8 97:8 99:17 101:21 101:22 101:24 102:5 109:7 111:24 112:18 116:25 117:13 120:17 121:2 121:2 121:7 124:24 125:23 129:1 129:2 132:21 132:21 134:10 134:13 134:25 137:24 138:14 138:15 138:24 139:3 139:6 139:9 139:11 139:12 139:21 141:6 141:10 141:1 141:18 144:2 144:8 144:22 144:25 145:3 146:17 147:17 148:7 149:1 149:21 150:11 150:12 151:3 151:11 152:2 152:14 152:17 153:9 153:13 154:16 155:5 155:18 155:21 156:21 158:14 158:22 159:2 159:4 161:8 162:23 162:24 164:23 168:14 169:12 170:21 172:8 173:24 173:24 174:2

**notation**(2) 85:19 157:8

**notations**(1) 169:3

**note**(73) 16:4 16:5 24:12 24:16 33:1 35:11 36:22 36:22 37:13 38:10 38:15 39:1 39:11 39:13 39:23 40:9 40:10 40:11 40:13 40:1 40:17 41:7 41:15 41:19 42:14 43:24 44:2 44:4 44:7 45:5 45:8 52:8 52:10 56:7 56:9 56:10 56:24 57:1 57:3 59:16 59:20 59:22 59:23 60:3 60:4 60:6 60:13 60:13 61:20 62:2 62:23 67:11 74:10 76:11 79:5 79:22 79:23 79:23 80:16 80:18 105:17 106:1 112:23 148:6 160:14 163:7 163:8 163:11 163:13 164:5 164:8 165:15 165:19

**notebook**(1) 69:9

**noteholder**(7) 37:16 38:14 164:6 164:10 164:16 165:8 165:10

**notes**(4) 51:9 157:23 157:23 163:8

**nothing**(3) 12:20 108:5 129:10

**notice**(35) 9:5 24:11 24:15 24:17 24:19 25:2 25:5 35:9 36:4 37:12 37:13 37:16 37:21 38:12 38:17 38:21 38:21 38:23 39:15 39:18 42:1 47:14 47:14 48:1 59:19 67:9 111:14 130:21 136:15 159:11 164:16 164:17 164:18 164:21 173:14

**notices**(9) 34:3 36:25 38:3 46:2 47:25 48:9 48:16 59:6 169:19

**notification**(4) 35:12 36:16 60:20 84:11

**notified**(3) 9:3 41:14 47:22

**notify**(2) 47:24 48:9

**november**(2) 1:14 4:1

**now**(82) 11:8 11:14 23:15 29:16 31:15 32:22 33:8 33:20 34:5 34:15 35:5 35:9 35:13 36:14 39:3 39:10 40:20 41:12 41:16 41:24 42:4 42:12 42:13 43:13 43:18 44:3 45:14 46:2 46:4 46:11 48:2 49:12 49:22 51:19 53:3 66:4 68:20 71:9 72:3 74:15 75:9 76:2 79:1 79:6 81:23 83:5 86:6 86:24 88:22 89:4 89:12 89:23 91:3 91:17 94:12 98:18 99:14 105:2 105:10 106:14 110:10 118:6 122:12 127:24 131:5 139:23 143:6 143:24 144:11 145:22 146:24 147:1 147:17 149:7 156:14 158:10 161:20 164:10 164:14 164:21 166:25 171:5

**nuances**(1) 73:18

**number**(33) 7:2 13:24 15:5 34:7 35:14 35:24 42:5 42:9 42:9 59:4 60:17 60:19 62:6 83:7 83:12 84:3 84:10 84:22 98:2 98:8 109:13 115:2 115:13 122:5 124:19 125:12 128:14 136:8 143:25 153:24 158:1 164:20 168:11

**numbers**(8) 15:4 60:25 120:4 120:12 121:8 126:5 128:16 168:10

**object**(9) 21:1 27:5 54:19 54:23 56:13 66:19 139:25 169:7 171:22

**objecting**(1) 81:17

**objection**(18) 4:11 4:25 8:1 8:5 14:2 19:11 19:25 21:11 21:12 23:10 54:18 59:1 59:2 77:9 81:24 82:8 138:23 146:2

**objections**(10) 5:21 7:21 17:7 21:3 27:3 27:22 69:1 90:4 90:5 96:7

**obligated**(4) 10:1 40:12 40:15 67:11

**obligation**(5) 31:14 33:21 33:22 70:16

**obligations**(3) 39:2 39:11 40:10

**obviously**(5) 8:8 17:4 26:12 29:22 172:4

**occasion**(1) 85:1

**occasions**(1) 58:25

**occupancy**(1) 123:21

**occurred**(5) 24:22 24:23 49:5 62:2 127:4

**occurrence**(1) 88:10

**ocga**(5) 33:4 33:10 33:20 45:10 86:22

**ocga-10-1-373**(1) 51:13

**october**(7) 13:13 47:6 67:18 78:20 129:9 131:6 131:16

**odd**(1) 78:9

**off**(23) 17:8 21:3 23:6 43:18 48:11 49:9 62:9 70:14 72:11 96:21 98:3 99:24 104:16 105:6 111:9 116:2 130:22 137:4 141:7 145:3 148:5 153:10 161:15

**offer**(3) 25:9 73:14 150:22

**offered**(2) 70:9 141:22

**office**(9) 8:20 10:3 16:23 35:18 35:21 36:1 42:2 88:1 171:2

**officer**(11) 135:3 139:9 139:11 139:12 141:6 141:10 141:10 150:13 152:2 152:18 152:19

**officer's**(1) 134:24

**officers**(1) 134:22

**okay**(301) 4:8 5:6 7:24 16:11 16:17 16:20 20:6 21:17 21:19 21:22 22:13 22:18 23:8 24:9 27:7 27:11 27:16 27:20 28:13 29:13 29:20 29:24 30:12 30:19 32:13 32:15 34:25 35:4 35:9 35:16 37:4 37:8 37:11 37:17 37:19 37:24 38:1 38:14 38:24 39:15 39:24 40:5 46:18 46:19 50:5 50:16 51:18 51:19 52:1 52:6 52:19 54:5 55:20 55:20 55:23 58:10 58:18 58:20 60:15 60:23 61:2 62:19 63:5 63:7 64:6 64:7 66:12 66:15 66:19 68:8 68:23 69:6 69:11 69:15 69:17 71:4 71:9 71:13 71:15 72:3 72:5 75:5 75:7 75:9 75:11 75:14 75:24 77:1 77:8 80:24 81:15 81:22 82:1 83:15 84:2 84:23 85:11 86:6 86:20 87:3 87:13 87:25 88:4 88:12 88:23 89:15 89:20 91:9 91:17 92:14 93:7 93:10 93:14 93:18 93:21 94:2 94:12 94:22 95:13 96:10 96:24 97:22 98:4 99:1 99:5 99:12 99:14 100:5 102:23 103:6 104:14 104:22 105:12 106:3 106:14 107:16 108:18 109:16 109:21 109:23 109:25 110:10 110:22 111:3 111:10 111:25 113:7 114:5 114:7 116:6 116:11 117:1 117:8 118:21 119:11 119:22 119:25 120:11 121:9 121:16 121:19 122:12 123:4 123:12 123:22 124:14 124:23 125:1 125:3 125:9 125:19 126:6 126:17 126:22 126:24 127:15 127:21 128:16 128:25 129:7 131:9 131:23 131:25 132:5 132:8 132:10 132:18 133:13 133:19 134:1 134:4 135:17 135:19 135:24 136:2 136:7 136:9 136:13 136:20 136:23 137:1 137:4 138:2 138:9 138:16 138:19 139:7 140:14 140:16 141:2 141:6 141:17 141:21 142:5 142:9 142:16 142:18 142:23 143:3 143:5 143:16 143:21 143:24 144:6 144:8 144:11 144:15 145:1 145:10 145:14 145:22 146:12 146:16 146:22 147:3 147:17 147:22 148:1 148:2 148:14 149:4 149:4 149:19 149:24 150:2 150:20 150:25 151:3 151:13 151:16 151:22 151:24 152:10 152:23 153:2 153:5 153:10 153:14 153:15 153:22 154:5 154:8 154:11 154:19 154:25 155:4 155:9 155:13 155:22 156:5 156:7 156:11 156:25 157:8 157:15 157:22 157:25 158:3 158:3 158:8 158:14 158:16 158:18 159:7 159:15 159:19 159:23 159:25 160:11 160:23 161:4 161:7 161:11 162:1 162:8 162:12 162:25 163:1 163:12 163:17 163:23

**okay**(26) 164:1 164:8 164:9 164:14 165:4 165:9 165:10 165:18 165:21 166:2 166:7 167:12 167:19 168:13 168:17 168:20 169:25 170:24 171:4 171:5 171:15 171:18 171:19 172:3 173:4 173:8

**old**(3) 9:21 75:21 76:6

**omnibus**(4) 4:11 4:25 90:4 90:5

**once**(3) 28:4 73:6 172:15

**one**(89) 7:10 14:16 14:24 15:2 15:14 18:22 21:3 22:1 25:10 31:16 34:7 35:16 38:16 39:12 39:24 40:11 45:13 46:18 47:3 49:22 53:10 53:18 54:10 54:16 55:2 55:4 56:14 57:13 59:4 61:17 63:18 72:17 74:16 75:6 76:16 85:18 88:19 93:3 94:1 98:23 99:4 99:8 99:11 101:4 105:10 113:5 115:25 120:5 120:6 120:6 121:1 121:14 121:15 121:15 123:15 123:16 123:20 124:10 125:2 125:4 125:16 125:22 135:17 144:2 145:18 145:20 147:23 148:22 149:4 150:7 150:21 151:1 153:24 155:9 155:13 155:24 157:13 157:22 157:22 158:4 158:5 158:5 158:24 159:2 159:25 163:13 168:13 170:10 173:20

**one's**(1) 125:17

**ones**(2) 92:21 135:1

**ongoing**(1) 11:12

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**only**(20) 10:18 15:22 15:22 20:22 44:19 45:19 87:4 101:24 108:22 113:5 115:11 115:24 120:15 122:19 125:25 148:16 158:19 161:16 166:20 170:5

**onto**(3) 88:24 147:7 156:4
**open**(2) 48:18 89:13
**opened**(1) 35:25
**opening**(4) 22:8 22:8 22:19 22:20
**operating**(4) 25:22 117:18 140:11 140:11
**operation**(1) 90:6
**operation's**(1) 91:15
**operations**(9) 90:14 90:21 90:21 91:2 91:12 91:18 152:5 152:8 161:18

**opinion**(3) 23:16 41:10 86:5
**opportunity**(9) 19:12 23:24 29:5 29:8 30:24 47:8 67:17 68:21 78:24

**oppose**(1) 20:25
**opposed**(2) 21:6 134:19
**opposition**(6) 14:2 14:4 16:20 19:10 24:2 65:19

**option**(7) 100:10 101:15 102:4 108:23 122:20 147:3 148:16

**options**(2) 147:1 147:2
**order**(15) 4:22 5:3 5:25 13:15 13:18 18:9 19:20 20:12 23:15 24:22 57:22 106:5 154:23 173:7 173:13

**orders**(1) 12:13
**ordinary**(1) 161:24
**original**(28) 42:9 53:23 55:22 59:22 71:20 75:7 76:1 81:2 81:4 81:8 95:23 99:23 102:9 103:18 104:2 105:20 106:23 107:11 107:24 108:13 109:3 109:21 110:17 111:1 113:25 117:25 119:4 147:8

**originate**(1) 116:23
**originated**(7) 25:23 43:11 45:14 73:24 74:4 112:4 117:22

**originating**(1) 91:21
**origination**(14) 24:4 25:19 25:21 26:6 91:24 93:19 161:6 161:7 161:7 161:13 161:16 162:6 162:7 163:6

**originator**(1) 43:12
**originators**(1) 92:21
**other**(78) 7:10 7:18 9:12 9:20 10:4 13:24 14:10 15:6 15:7 15:10 15:25 18:5 19:22 20:6 20:13 21:1 22:1 24:1 25:4 25:16 26:4 28:8 29:9 36:11 36:11 39:2 44:6 44:13 45:18 45:25 46:3 47:18 47:20 47:22 48:11 48:21 49:14 49:18 50:12 50:15 51:2 51:19 53:24 57:17 59:24 60:9 66:20 66:22 66:23 66:25 67:24 70:3 71:2 75:19 76:5 77:24 78:2 80:20 80:23 82:13 82:19 90:19 94:10 112:12 116:2 120:6 122:12 125:19 129:5 130:23 136:4 143:21 152:13 158:24 161:8 170:21 171:7 173:22

**otherwise**(2) 71:2 79:6
**our**(28) 9:25 14:2 14:5 14:8 19:10 19:11 23:13 24:2 25:8 25:20 31:3 53:2 79:4 89:8 91:13 92:16 95:20 109:3 109:14 110:6 113:25 116:24 117:17 117:18 124:1 131:21 134:10 137:17

**ours**(1) 27:10

**out**(47) 11:2 12:8 16:12 17:13 28:4 29:21 31:23 32:24 39:21 42:14 47:5 57:6 59:5 59:6 64:5 68:13 68:14 73:19 73:20 93:9 96:14 96:23 109:15 110:7 113:20 113:23 120:11 121:25 122:14 136:5 145:5 145:7 149:25 152:24 152:25 153:17 154:12 155:1 155:11 155:11 159:11 166:5 169:23 172:2 172:11 173:3 173:6

**outcome**(1) 82:24
**outline**(1) 22:16
**outlined**(1) 24:2
**outset**(1) 21:3
**outside**(2) 31:25 44:21
**outstanding**(5) 15:4 34:21 73:3 78:16 83:5
**over**(18) 5:10 10:19 11:8 11:12 15:9 41:5 43:24 44:13 45:5 55:17 70:2 74:16 89:23 108:4 121:18 136:10 149:13 150:15

**overall**(1) 7:17
**overcomplicating**(1) 82:3
**overlap**(2) 23:20 53:5
**overrule**(3) 63:19 68:10 68:16
**overruled**(6) 62:15 63:3 63:24 64:15 81:25 146:8

**oversee**(1) 90:3
**owed**(2) 47:21 47:21
**own**(5) 42:17 55:2 126:13 131:15 131:20
**owned**(2) 6:9 59:22
**owner**(2) 135:12 162:22
**p.m**(9) 30:14 50:24 50:24 77:2 77:2 121:24 151:14 151:14 174:9

**p.o**(1) 143:17
**pacer**(1) 14:4
**package**(7) 110:9 112:19 112:22 112:22 149:3 170:18 170:20

**packages**(1) 170:24
**packet**(1) 110:5
**page**(40) 37:9 38:8 40:9 40:10 41:6 41:8 41:8 47:15 71:7 71:11 71:16 71:25 85:12 86:7 97:3 97:24 106:1 106:2 106:4 115:24 123:8 125:22 136:20 136:21 143:9 143:10 144:3 149:6 149:7 153:18 153:25 155:4 158:19 158:24 158:25 163:25 164:15 166:16 168:4 168:6

**pages**(9) 44:20 116:2 119:10 122:12 122:16 122:16 149:14 149:14 168:7

**paid**(10) 67:15 70:14 72:20 74:7 93:18 93:19 98:3 105:6 147:6 148:6

**paper**(23) 12:1 12:7 12:20 95:18 95:19 95:20 95:25 103:14 104:1 105:19 106:22 107:10 107:23 108:12 108:25 109:2 109:8 109:19 110:16 111:16 157:17 167:2

**paragraph**(22) 47:15 53:25 55:5 55:7 56:1 56:6 58:17 58:18 58:21 59:12 59:14 61:4 61:10 62:20 62:23 63:5 63:8 64:1 64:12 65:7 65:17 85:17

**paraphrased**(1) 86:15
**paraphrasing**(1) 86:12
**part**(27) 10:10 16:21 32:2 38:2 39:4 44:21 48:1 53:6 57:16 68:15 70:13 73:9 86:14 95:2 114:8 116:12 120:17 122:12 124:17 125:10 145:17 150:16 154:14 155:17 155:20 160:20 160:24

**partial**(2) 38:15 155:10
**participate**(1) 78:15
**participation**(1) 8:13

**particular**(25) 18:1 20:13 24:5 25:13 32:21 33:18 34:8 34:18 35:19 36:12 36:19 39:9 41:4 44:1 44:4 48:19 51:10 55:10 57:15 60:23 84:19 86:7 87:19 134:16 160:6

**particularly**(1) 31:11
**parties**(27) 20:8 20:14 21:8 31:20 32:7 33:5 33:12 36:11 45:18 46:3 46:15 48:11 48:21 49:19 49:19 49:25 50:6 53:24 59:5 67:25 67:25 77:24 83:14 83:16 86:23 170:21 171:13

**party**(24) 18:21 19:1 19:2 19:5 19:7 19:21 20:1 20:2 20:11 22:24 26:12 39:5 47:20 47:22 53:2 53:3 53:7 55:4 58:23 59:24 63:23 67:17 87:5 92:20

**party's**(1) 47:18
**pass**(2) 133:7 133:12
**passed**(2) 118:19 156:18
**passes**(1) 117:20
**past**(6) 30:1 30:4 30:4 80:20 80:22 130:3
**patience**(1) 77:5
**pay**(9) 40:13 52:10 102:5 104:16 106:5 125:4 147:5 147:5 164:6

**paying**(8) 72:10 73:23 74:1 100:10 100:12 101:24 102:6 169:9

**payment**(57) 6:21 36:23 37:6 66:18 67:13 67:14 67:15 67:18 74:13 74:18 75:3 75:11 75:20 76:5 93:4 94:1 97:18 97:20 98:2 99:4 99:10 99:15 99:17 99:24 99:25 100:5 100:8 101:5 101:21 102:4 102:5 105:3 108:9 108:22 111:1 111:7 111:8 122:20 146:19 147:2 147:3 147:5 147:12 147:13 148:5 148:6 148:8 148:10 148:10 148:16 164:2 164:3 164:7 164:18 168:2 168:8 169:20

**payments**(22) 10:2 39:1 39:7 49:18 49:23 57:16 66:22 66:23 67:21 67:23 73:6 73:23 74:9 74:25 75:19 76:2 108:22 128:13 130:24 143:17 143:19 146:11

**payoff**(3) 72:6 104:21 105:1
**penalized**(1) 147:15
**penalties**(1) 100:14
**penalty**(1) 100:12
**pending**(4) 17:25 18:22 19:19 82:24
**pennsylvania**(1) 1:45
**people**(3) 17:9 142:8 173:25
**percent**(25) 11:7 12:9 57:25 94:21 99:22 99:23 100:1 100:2 100:3 100:18 100:22 101:2 101:16 102:3 102:7 102:20 102:22 110:24 111:2 111:4 111:6 119:24 120:2 147:8 147:11

**percentage**(1) 101:12
**perfected**(2) 6:10 6:12
**perform**(4) 55:1 55:1 67:4 148:3
**performance**(2) 33:23 56:14
**performed**(1) 103:2
**performs**(1) 39:2
**perhaps**(15) 53:2 53:17 53:17 54:8 54:10 57:4 57:6 68:16 78:8 79:14 80:14 80:21 81:15 124:6 124:8

**period**(8) 6:14 6:18 11:19 23:5 48:3 74:24 168:12 172:14

**periodic**(1) 39:1
**permission**(4) 20:15 68:1 141:22 162:22
**permit**(2) 20:13 23:1
**person**(9) 33:14 40:11 40:14 41:4 46:15 46:19 46:23 137:1 164:20

**personal**(5) 16:3 16:24 17:5 143:7 159:9
**personally**(2) 14:10 40:12
**persons**(2) 40:10 40:11

**petition**(8) 6:6 6:15 6:19 6:21 127:4 161:19 161:20 161:20

**phone**(6) 57:20 130:8 142:8 142:9 164:20 173:23

**photocopied**(1) 121:15
**photocopy**(1) 166:12
**photograph**(2) 81:2 81:2
**picture**(6) 46:8 86:3 86:14 86:18 86:19
**piece**(2) 7:13 68:12
**pieces**(2) 13:22 157:17
**pink**(2) 53:9 85:14
**place**(9) 25:23 69:8 117:21 126:7 133:6 134:1 134:17 141:15 143:14

**placed**(2) 43:11 43:16
**places**(1) 36:19
**placing**(1) 15:16
**plain**(1) 37:19
**plaintiff**(3) 3:4 30:20 84:25
**plaintiff's**(1) 65:19
**plan**(36) 1:25 3:7 3:13 4:6 4:10 4:24 5:16 5:19 6:25 7:3 7:5 9:5 9:8 9:10 10:1 10:7 11:24 13:4 13:11 13:21 19:12 22:23 23:3 37:23 37:24 69:22 89:15 89:17 95:7 103:7 103:20 107:3 110:3 121:12 123:11 126:13

**planned**(1) 44:16
**plaza**(1) 2:12
**pleadings**(1) 23:24
**pleasant**(1) 174:8
**please**(25) 4:3 4:18 6:1 15:14 16:13 16:22 30:16 35:16 42:23 42:25 46:18 51:1 69:6 76:18 77:4 90:1 98:12 107:20 108:8 132:3 144:3 151:16 151:19 153:14 158:6

**plenty**(1) 90:20
**plus**(2) 101:9 102:21
**podium**(11) 5:8 8:18 13:1 27:2 27:16 28:15 28:21 28:23 29:5 48:20 88:22

**point**(29) 9:24 10:25 11:24 20:21 23:24 26:8 27:19 27:24 29:6 29:13 44:1 49:17 54:7 61:23 73:22 79:13 80:12 83:7 83:13 87:4 94:5 94:13 96:15 126:19 129:11 131:1 131:10 146:4 170:6

**pointed**(1) 103:10
**policies**(3) 91:14 139:3 139:4
**policy**(7) 116:24 117:18 117:21 120:8 133:6 143:6 157:6

**polled**(1) 43:21
**pools**(1) 43:14
**portion**(1) 75:15
**portions**(1) 16:4
**portray**(1) 148:2
**position**(8) 19:13 87:1 89:24 90:2 90:12 90:16 91:11 172:9

**possession**(1) 76:3
**possibility**(1) 11:18
**possible**(2) 64:19 99:17
**post**(4) 6:20 161:19 161:20 161:20
**post-petition**(2) 91:1 91:3
**postal**(1) 145:11
**posted**(1) 12:24
**potential**(2) 52:22 66:20
**potter**(1) 2:10
**power**(5) 9:23 10:4 101:14 101:15 108:10
**ppearances**(1) 1:23
**practical**(2) 31:2 31:18
**practice**(1) 46:20
**practices**(7) 46:13 46:16 46:17 48:15 51:11 52:22 91:23

**pre-petition**(3) 61:20 62:2 161:18
**precarious**(1) 52:18

| Word | Page:Line |
|---|---|
| precasting(1) | 148:18 |
| preceding(1) | 40:1 |
| preclusion(4) | 19:18 19:22 23:14 24:3 |
| predatory(1) | 117:17 |
| predicated(1) | 170:20 |
| prefer(3) | 27:23 76:15 157:11 |
| preference(3) | 6:14 6:18 6:22 |
| prejudice(2) | 21:12 21:14 |
| preliminaries(1) | 23:4 |
| premises(1) | 9:9 |
| premium(4) | 93:20 94:8 94:12 94:16 |
| premiums(1) | 93:21 |
| prepaid(1) | 120:15 |
| prepare(2) | 112:19 112:21 |
| prepared(6) | 22:19 31:9 72:24 118:16 138:13 158:15 |
| prepayment(1) | 100:14 |
| present(6) | 27:4 27:15 27:19 28:10 49:20 78:25 |
| presented(5) | 21:7 23:23 59:15 70:9 79:2 |
| presenting(2) | 43:8 77:13 |
| presentment(3) | 77:19 79:4 84:9 |
| presents(1) | 23:22 |
| president(3) | 90:14 91:12 154:2 |
| presuppose(1) | 75:18 |
| presupposes(1) | 49:5 |
| pretend(1) | 166:17 |
| pretty(6) | 30:1 139:1 148:16 149:16 149:20 149:20 |
| prevention(2) | 51:16 117:18 |
| previous(4) | 62:21 69:7 70:20 71:3 |
| previously(9) | 9:6 64:20 64:23 64:24 65:17 85:24 98:18 120:11 136:16 |
| prima(3) | 26:16 26:17 41:11 |
| primary(2) | 6:6 169:12 |
| principal(9) | 49:6 100:8 104:15 135:1 135:8 135:10 135:14 147:7 164:5 |
| principle(1) | 134:1 |
| principles(1) | 46:22 |
| print(10) | 114:1 114:12 114:13 121:22 122:14 123:4 123:18 124:18 124:21 125:18 |
| printed(3) | 114:2 114:3 121:24 |
| printing(1) | 115:8 |
| prior(13) | 6:6 12:12 38:16 38:20 62:8 70:14 72:9 90:7 90:25 127:4 130:16 130:19 131:3 |
| priority(1) | 145:8 |
| privacy(2) | 15:18 15:19 |
| pro(3) | 25:15 26:25 30:1 |
| probably(12) | 10:19 23:3 26:8 28:16 29:9 43:7 57:17 69:9 150:8 152:14 172:20 173:25 |
| problem(3) | 18:14 22:22 173:5 |
| problems(1) | 80:10 |
| procedural(1) | 132:11 |
| procedure(1) | 145:4 |
| procedures(5) | 25:22 91:14 117:18 141:15 142:20 |
| proceed(7) | 22:6 22:12 24:7 26:12 30:11 30:21 69:19 |
| proceeding(6) | 6:4 7:2 31:22 31:22 35:23 |
| proceedings(5) | 1:19 1:49 32:11 47:24 174:14 |
| proceeds(1) | 70:13 |
| process(23) | 10:10 11:12 11:20 12:10 25:21 57:7 57:9 90:3 91:20 92:19 117:1 117:19 118:7 129:6 132:17 134:15 137:8 137:17 162:5 162:15 164:25 165:1 165:12 |
| processes(2) | 141:15 142:19 |
| produce(2) | 10:21 95:23 |
| produced(1) | 1:50 |
| product(27) | 25:24 93:11 93:15 93:22 93:24 93:25 94:3 94:19 94:23 98:19 112:11 112:11 113:8 114:14 122:1 122:1 145:22 145:23 146:14 146:17 146:24 147:1 150:1 150:2 150:9 150:11 150:12 |
| products(10) | 94:20 146:9 147:19 150:17 150:18 150:22 150:23 150:25 151:2 160:2 |
| proffer(6) | 27:1 67:12 76:12 83:6 86:1 89- |
| profits(1) | 51:14 |
| program(2) | 117:3 128:21 |
| prohibited(1) | 25:16 |
| prohibitions(1) | 25:17 |
| promise(3) | 40:13 52:10 76:23 |
| promised(1) | 73:11 |
| promises(3) | 40:12 57:17 58:6 |
| promissory(6) | 16:5 36:21 40:9 41:6 52:8 52:10 59:16 163:7 163:8 |
| pronounce(1) | 26:16 |
| proof(5) | 7:11 26:13 46:25 51:14 153:2 |
| proofs(1) | 7:3 |
| proper(5) | 48:9 76:19 86:8 132:3 135:6 |
| properly(4) | 6:10 6:12 19:14 21:7 |
| properties(1) | 160:24 |
| property(12) | 6:9 6:14 6:14 6:20 7:13 20:4 37:15 39:22 42:12 63:10 96:19 162:2 |
| proposal(1) | 51:25 |
| propose(1) | 26:11 |
| protection(1) | 33:13 |
| prove(3) | 47:1 49:24 81:1 |
| provide(5) | 15:4 25:5 25:9 79:23 113:16 131:6 172:16 |
| provided(12) | 6:5 7:12 7:12 14:15 22:24 25:3 33:18 34:9 53:10 109:6 155:18 170:18 |
| provides(3) | 53:20 113:8 170:24 |
| providing(3) | 33:13 59:21 173:14 |
| provision(4) | 34:6 40:8 47:20 160:13 |
| provisions(3) | 33:7 33:8 36:16 |
| pt-10(1) | 108:19 |
| pt-11(1) | 110:11 |
| pt-12(1) | 111:10 |
| pt-13(1) | 114:6 121:14 153:20 |
| pt-14(2) | 117:9 117:16 |
| pt-15(1) | 118:22 |
| pt-17(1) | 129:15 |
| pt-2(3) | 103:7 142:2 |
| pt-4(2) | 105:13 143:16 |
| pt-5(1) | 106:15 |
| pt-6(1) | 107:4 |
| pt-7(1) | 107:17 |
| pt-9(1) | 108:6 |
| ptt(1) | 72:3 |
| public(3) | 14:20 17:4 42:14 |
| publicly(2) | 17:1 17:19 |
| pull(3) | 17:8 48:20 68:13 |
| purchase(1) | 96:20 |
| purchased(4) | 9:3 10:7 127:9 136:18 |
| purchaser(2) | 45:16 59:15 |
| purported(3) | 54:24 55:1 145:2 |
| purportedly(1) | 70:24 |
| purporting(1) | 72:16 |
| purports(2) | 35:5 79:17 |
| purpose(7) | 68:16 80:15 96:13 96:19 96:22 154:8 160:15 |
| purposes(5) | 15:18 31:2 31:18 81:20 154:24 |
| pursuant(4) | 5:18 12:12 24:22 47:19 |
| pursuing(1) | 31:7 |
| put(32) | 17:8 19:7 20:24 22:10 28:4 28:13 28:22 29:3 29:4 41:7 41:20 42:4 42:7 42:15 44:9 44:15 51:22 61:9 75:3 79:10 83:4 86:8 112:10 126:7 144:6 159:11 162:21 162:22 168:11 171:11 171:20 173:15 |
| putting(2) | 19:7 27:9 |
| qualified(1) | 159:25 |
| quasi-governmental(1) | 45:17 |
| question(31) | 48:22 75:24 76:4 81:5 83:5 91:4 110:3 134:12 137:20 138:10 141:3 141:20 142:18 142:22 143:4 149:17 150:8 150:24 153:13 156:4 160:16 160:22 161:16 162:10 162:25 163:3 164:22 168:13 168:19 169:8 170:10 |
| questioning(4) | 77:9 77:21 80:3 80:4 |
| questions(21) | 4:13 5:2 7:22 26:10 29:5 80:7 82:21 88:5 88:20 90:6 131:22 131:24 138:24 140:23 151:17 154:24 164:21 166:21 170:16 170:8 173:17 |
| quite(6) | 19:4 55:18 60:18 74:11 75:10 172:21 |
| quote(1) | 84:16 |
| r-091699(1) | 35:25 |
| raised(2) | 21:11 54:7 80:6 81:5 |
| ran(2) | 82:3 81:1 |
| rate(53) | 36:22 54:3 54:9 54:10 54:12 54:14 54:25 56:7 56:10 56:14 56:16 57:3 57:20 57:21 57:25 58:7 58:10 62:23 70:4 70:7 76:11 99:11 99:13 100:17 100:19 100:21 100:24 100:25 101:3 101:5 101:9 101:11 101:16 101:21 101:22 102:1 102:19 105:17 106:19 111:1 111:4 111:9 116:19 117:4 117:17 133:11 145:23 146:11 146:17 168:3 168:8 168:8 168:10 |
| rates(1) | 167:25 |
| rath(1) | 2:4 |
| rather(2) | 96:8 147:20 |
| re-contract(2) | 60:20 84:11 |
| re-disclose(4) | 112:10 112:13 112:16 113:15 |
| re-disclosed(1) | 125:2 |
| re-discloses(1) | 113:9 |
| re-disclosures(1) | 113:17 |
| re-filed(1) | 35:20 |
| reached(1) | 47:5 |
| reaches(4) | 99:21 99:22 147:8 147:10 |
| reaching(1) | 100:3 |
| read(4) | 150:18 150:19 169:23 172:10 |
| reading(1) | 159:7 |
| ready(6) | 50:22 69:4 90:4 156:8 156:10 156:11 |
| real(2) | 6:9 6:14 |
| realize(1) | 80:14 |
| really(21) | 15:3 15:21 27:17 28:2 36:21 51:25 55:7 57:4 57:7 80:22 103:10 134:25 135:20 138:5 138:24 146:3 155:10 157:11 162:23 165:22 168:12 |
| reason(7) | 33:24 47:21 71:18 71:22 72:14 72:19 173:23 |
| reasonable(5) | 25:9 33:12 48:3 48:7 51:23 |
| reasoning(1) | 62:8 |
| reasons(2) | 53:10 78:3 |
| rebut(5) | 26:15 26:16 26:17 28:23 89:10 |
| rebuttal(1) | 166:11 |
| recalculate(1) | 99:24 147:12 147:13 |
| recall(5) | 70:16 72:9 72:10 73:15 73:17 73:20 109:1 168:18 |
| recast(6) | 102:6 102:10 147:3 147:7 147:10 148:9 |
| recasting(3) | 100:1 148:2 148:3 |
| receive(5) | 78:12 94:10 94:21 110:8 172:15 |
| received(21) | 9:5 35:12 52:17 57:3 70:4 73:7 73:15 74:9 77:18 93:7 94:4 94:5 94:18 95:24 116:13 118:13 125:10 125:14 131:16 149:1 172:19 |
| receiving(2) | 76:14 113:14 |
| recently(4) | 9:3 29:25 42:4 74:11 |
| recess(9) | 30:13 30:14 50:21 50:24 76:24 77:2 151:7 151:11 151:14 |
| reckless(1) | 172:10 |
| recollects(1) | 75:16 |
| recommended(1) | 23:17 |
| reconcilement(1) | 60:24 |
| record(11) | 5:15 42:7 43:23 43:23 47:9 49:12 51:25 69:21 77:23 85:22 174:5 |
| recorded(3) | 1:49 107:8 140:3 |
| recorder(1) | 140:2 |
| recording(4) | 1:49 81:1 81:2 174:13 |
| records(14) | 49:4 75:14 77:20 84:1 92:13 129:23 138:11 139:22 160:17 160:21 160:25 169:15 169:15 169:17 |
| recourse(1) | 106:5 |
| recross(2) | 3:3 170:12 |
| redact(1) | 17:7 |
| redacted(4) | 17:1 17:9 18:10 173:14 |
| redactment(1) | 15:17 |
| redirect(7) | 3:3 3:13 89:11 89:12 166:8 166:22 170:7 |
| refer(4) | 69:9 75:21 85:13 86:21 |
| referenced(4) | 41:21 83:7 89:3 148:5 |
| references(2) | 43:21 132:10 |
| referencing(5) | 31:12 60:17 82:8 84:10 85: |
| referred(1) | 88:6 |
| referring(15) | 74:15 74:15 74:18 75:12 76:6 84:3 84:20 86:6 87:19 87:21 87:22 153:25 154:1 154:3 158:9 |
| refinance(12) | 55:13 93:5 93:6 93:8 96:13 96:14 96:20 96:21 96:23 112:13 119:16 136:5 |
| refinanced(2) | 97:17 97:19 |
| reflect(1) | 164:5 |
| reflects(1) | 72:16 |
| refused(1) | 78:20 |
| regarding(11) | 20:23 25:2 25:18 26:6 90:6 91:23 130:15 130:19 164:21 168:25 169:3 |
| regular(1) | 167:21 |
| regularly(17) | 96:2 103:16 104:5 105:23 107:1 107:14 108:2 108:16 109:17 110:20 111:20 114:19 118:3 119:7 123:2 130:11 167:6 |
| regulation(1) | 120:9 |
| regulations(2) | 24:25 25:12 141:19 |
| reiterate(1) | 47:12 |
| reiterates(1) | 55:18 |
| relate(4) | 20:16 24:1 33:8 46:11 |
| related(8) | 6:4 6:13 6:16 7:13 25:4 46:1 46:5 91:2 |
| relates(7) | 7:11 16:3 31:13 39:22 77:9 99:12 142:12 |
| relating(1) | 111:6 |
| relationship(2) | 43:9 158:20 |
| relatively(1) | 5:19 |
| release(3) | 7:4 70:16 70:19 |
| releases(2) | 7:8 7:9 |
| relevance(7) | 21:11 27:6 54:5 59:4 59:17 63:18 67:20 |
| relevant(22) | 16:6 18:3 19:20 20:16 20:18 21:4 24:6 31:1 32:2 33:8 35:10 36:2 36:7 38:2 55:4 56:21 58:13 59:3 63:24 68:12 68:25 139:5 |

| Word | Page:Line |
|---|---|
| **relief**(3) 11:21 51:15 51:20 | |
| **reloaded**(1) 144:18 | |
| **relocating**(1) 9:11 | |
| **relocation**(2) 8:20 8:23 | |
| **rely**(2) 97:10 97:12 | |
| **remainder**(1) 105:7 | |
| **remaining**(2) 13:5 101:1 | |
| **remains**(1) 50:9 | |
| **remedies**(2) 20:9 36:10 | |
| **remember**(4) 71:3 86:13 98:20 129:7 | |
| **remove**(1) 86:4 | |
| **removed**(7) 20:11 46:7 86:3 86:14 86:17 86:19 87:8 | |
| **rental**(2) 7:13 9:2 | |
| **rented**(1) 9:15 | |
| **renting**(1) 11:18 | |
| **reo**(3) 6:14 6:18 6:20 | |
| **repeat**(1) 141:20 | |
| **rephrase**(2) 141:2 142:23 | |
| **reply**(6) 28:16 28:23 29:6 171:22 171:22 172:1 | |
| **report**(10) 95:3 118:7 119:9 119:15 119:22 121:7 129:18 129:22 156:14 168:2 | |
| **reported**(1) 49:21 | |
| **reporting**(1) 50:10 | |
| **reports**(7) 118:6 118:18 119:1 139:17 139:18 139:19 139:20 | |
| **representative**(2) 143:7 143:7 | |
| **representing**(1) 44:25 | |
| **represents**(1) 165:11 | |
| **reprinted**(1) 109:8 | |
| **request**(1) 68:10 | |
| **requested**(3) 14:16 14:17 78:21 | |
| **require**(5) 24:15 24:17 25:16 109:7 148:24 | |
| **required**(13) 24:25 51:15 81:3 112:12 137:5 137:7 137:9 137:11 137:16 137:18 138:2 138:14 164:19 | |
| **requirement**(3) 24:19 138:5 154:20 | |
| **requirements**(8) 10:3 10:5 25:8 25:14 32:4 68:7 138:4 138:10 | |
| **requires**(2) 37:12 79:16 | |
| **rescind**(4) 111:22 112:14 119:17 119:17 | |
| **rescinded**(1) 131:17 | |
| **rescission**(3) 58:22 58:24 84:25 | |
| **research**(4) 44:18 84:20 87:21 87:23 | |
| **researched**(1) 41:1 | |
| **reserve**(3) 27:2 27:4 27:22 | |
| **resigned**(1) 131:11 | |
| **resolved**(3) 7:10 7:19 130:22 | |
| **resolves**(2) 6:3 7:1 | |
| **respa**(20) 32:23 32:25 34:7 34:8 34:9 34:12 35:18 35:24 36:1 36:17 39:16 42:2 68:4 107:21 123:25 124:2 124:10 124:21 137:14 141:19 | |
| **respect**(47) 13:7 13:20 15:15 18:20 19:8 19:19 19:21 20:8 20:16 20:24 22:20 24:4 24:12 31:4 31:7 39:16 41:15 41:22 44:4 44:13 53:15 53:22 54:13 54:25 55:21 61:18 66:25 68:2 70:17 74:9 74:10 79:25 80:13 88:13 90:2 93:15 110:3 129:23 132:14 133:21 139:23 141:11 141:17 144:12 153:6 170:14 173:13 | |
| **respective**(1) 33:11 | |
| **respects**(2) 30:23 147:22 | |
| **respond**(4) 18:7 29:9 48:4 82:9 | |
| **responded**(2) 42:1 132:8 | |
| **response**(12) 8:3 8:7 15:23 16:14 17:7 19:24 29:10 59:20 81:23 85:23 171:9 173:18 | |
| **responsibilities**(4) 90:1 90:25 91:6 91:9 | |
| **responsibility**(2) 142:24 159:12 | |
| **responsible**(1) 159:15 | |
| **rest**(3) 7:23 61:13 76:23 | |
| **restart**(1) 29:15 | |
| **restate**(3) 153:14 155:3 160:22 | |
| **result**(9) 8:9 19:17 24:19 25:1 38:24 48:24 78:25 93:8 118:18 | |
| **retake**(1) 151:19 | |
| **retested**(1) 156:15 | |
| **retrieve**(1) 11:11 | |
| **returned**(1) 12:12 | |
| **reveal**(1) 154:20 | |
| **review**(7) 19:12 91:1 92:8 106:10 112:15 129:5 168:5 | |
| **reviewed**(3) 92:12 113:3 119:25 | |
| **reviewing**(1) 90:4 | |
| **revised**(1) 18:9 | |
| **rework**(1) 117:6 | |
| **rid**(1) 17:4 | |
| **rider**(1) 106:19 | |
| **right**(151) 4:22 5:2 8:4 8:8 8:24 12:1 12:16 12:18 12:21 13:2 14:13 15:13 16:2 16:7 16:20 17:20 20:9 21:20 22:7 27:4 27:12 27:12 30:8 30:11 30:13 34:10 34:14 34:24 35:3 35:24 36:5 36:18 37:10 37:20 39:7 43:4 49:8 50:7 51:4 53:19 55:3 56:5 56:8 56:17 58:5 58:24 58:24 59:1 59:11 62:6 64:11 64:15 65:10 65:18 66:1 66:9 67:6 69:18 71:22 71:25 73:10 73:12 75:8 76:20 76:23 77:4 77:12 77:15 78:6 81:24 83:3 84:18 84:18 85:2 88:21 89:10 89:10 89:12 97:24 102:1 102:15 103:11 111:7 111:14 115:14 115:15 115:25 116:3 116:1 121:15 133:4 133:16 133:16 133:17 134:5 134:23 135:4 135:7 135:15 135:17 136:2 136:10 136:20 137:13 141:4 142:4 142:9 142:18 142:23 143:3 146:18 148:24 149:1 150:3 151:8 151:10 151:12 151:19 151:24 153:10 153:16 153:25 155:25 156:3 156:1 158:8 158:17 158:18 159:1 159:5 159:7 159:23 162:10 162:11 162:19 163:4 163:1 163:23 164:2 164:14 165:21 166:1 166:13 166:18 169:22 170:2 171:10 173:16 173:1 174:3 174:7 | |
| **rights**(10) 33:7 40:3 44:14 45:8 45:20 45:24 45:24 48:17 49:21 127:10 | |
| **rings**(2) 45:7 72:2 | |
| **rise**(6) 4:2 30:15 35:15 50:25 77:3 151:15 | |
| **road**(2) 22:21 26:5 | |
| **role**(3) 41:15 141:8 161:11 | |
| **roles**(4) 90:1 90:24 91:6 91:9 | |
| **room**(1) 10:14 | |
| **ross**(9) 83:19 127:9 127:12 128:5 128:7 128:9 128:24 129:2 131:13 | |
| **rough**(1) 105:2 | |
| **row**(2) 72:1 72:6 | |
| **rule**(4) 29:25 63:22 79:20 81:23 | |
| **rules**(2) 22:4 81:1 | |
| **ruling**(1) 172:9 | |
| **rulings**(1) 85:25 | |
| **run**(12) 26:1 117:4 118:6 118:9 118:12 118:13 118:14 119:15 119:18 119:21 139:17 144:18 | |
| **running**(2) 9:24 172:7 | |
| **runs**(2) 117:19 117:20 | |
| **rydel**(1) 137:1 | |
| **sad**(1) 17:16 | |
| **said**(30) 27:21 33:10 34:19 49:3 67:10 71:20 71:21 86:11 86:15 86:17 91:3 92:18 93:24 94:13 99:14 122:7 136:4 138:25 139:16 139:18 140:6 140:9 140:10 148:22 148:23 148:25 150:14 159:8 160:1 160:9 | |
| **sake**(1) 32:18 | |
| **sale**(9) 24:12 24:12 24:16 24:21 39:13 47:14 61:20 62:1 130:16 | |
| **sales**(2) 36:2 91:2 | |
| **same**(16) 38:7 38:24 41:8 45:15 59:8 62:22 75:25 81:4 84:24 100:4 104:20 124:24 125:9 126:3 128:15 151:4 | |
| **sanitized**(1) 77:18 | |
| **sass**(3) 5:22 7:23 12:14 | |
| **satisfaction**(1) 52:17 | |
| **satisfy**(1) 72:20 | |
| **saw**(1) 120:15 | |
| **say**(48) 10:2 13:20 16:18 29:25 32:24 38:21 39:10 42:18 43:2 43:6 44:14 47:10 51:9 52:7 59:22 60:14 62:5 70:17 71:24 73:9 73:22 78:1 78:12 79:11 81:3 84:14 86:13 89:6 114:25 114:25 115:1 115:11 115:22 118:10 122:4 128:23 133:16 138:1 138:15 139:8 142:16 145:22 149:20 149:21 151:10 158:25 165:7 169:15 | |
| **saying**(24) 17:13 22:18 44:5 46:2 46:15 49:12 54:17 56:23 62:10 76:2 79:9 87:8 132:18 135:24 136:16 136:17 137:10 137:16 138:7 138:9 148:11 149:16 154:11 168:18 | |
| **says**(49) 33:17 37:12 38:14 38:22 40:10 45:16 46:17 46:25 47:15 60:2 60:2 72:3 72:6 72:6 72:12 79:20 81:23 84:15 86:22 87:25 96:16 96:18 96:19 96:22 96:23 97:25 104:21 106:5 121:23 124:10 124:20 124:22 125:12 136:10 136:11 136:15 136:23 136:24 143:17 144:8 145:4 145:19 153:18 153:24 158:11 164:2 164:3 164:15 165:8 | |
| **scanned**(1) 95:25 | |
| **scenario**(4) 45:12 46:12 47:11 50:3 | |
| **schedule**(4) 171:13 172:4 172:17 173:9 | |
| **scheduled**(1) 13:14 | |
| **scheme**(1) 44:15 | |
| **schnitzer**(36) 1:36 50:19 50:23 53:1 69:5 69:18 69:20 69:21 69:24 71:1 73:5 76:25 78:8 80:13 80:14 82:2 82:7 83:4 83:11 83:16 83:24 84:2 84:6 84:15 84:23 85:5 85:10 85:14 85:17 86:1 86:9 86:13 87:3 87:11 87:16 88:18 | |
| **schuylkill**(1) 1:44 | |
| **scope**(4) 59:3 78:3 152:3 152:23 | |
| **screen**(3) 109:14 121:23 122:3 | |
| **screenshot**(12) 42:7 42:8 114:12 114:21 114:22 121:21 122:9 122:21 122:24 153:2 153:21 155:4 | |
| **screenshots**(5) 42:5 122:16 123:13 132:11 132:13 | |
| **scroll**(1) 122:18 | |
| **seal**(10) 13:12 14:8 14:16 15:2 15:9 15:16 16:8 16:24 18:8 173:13 | |
| **sean**(3) 1:28 5:8 5:15 | |
| **seated**(5) 4:3 30:16 51:1 77:4 151:16 | |
| **second**(17) 19:9 35:16 46:18 54:1 56:20 58:13 64:17 78:18 82:8 98:1 123:8 155:14 157:22 157:22 159:25 163:13 168:6 | |
| **secondly**(1) 77:22 | |
| **secretary**(1) 41:9 | |
| **section**(17) 36:25 37:5 38:5 38:6 38:7 85:1 97:3 97:25 120:22 120:23 142:2 153:10 164:2 164:3 164:4 164:8 164:15 | |
| **secure**(1) 40:1 | |
| **securities**(2) 43:19 43:22 | |
| **securitization**(17) 41:17 42:17 42:18 43:9 43:16 44:9 44:24 45:6 52:12 60:8 61:19 61:21 61:25 62:1 66:21 87:18 126:20 | |
| **securitize**(3) 44:23 45:2 45:5 | |
| **securitized**(5) 41:19 61:6 61:11 62:10 127:22 | |
| **security**(18) 6:12 13:24 15:5 33:1 36:23 37:20 38:8 38:9 38:15 39:1 39:11 43:19 47:19 47:21 88:1 106:20 107:8 160:13 | |
| **see**(35) 16:19 17:3 24:7 30:3 34:24 38:13 46:18 54:12 58:12 64:19 65:23 71:7 71:8 71:16 71:17 72:6 72:25 73:18 96:6 115:14 115:17 120:19 122:10 122:17 122:24 136:7 136:7 136:8 136:8 143:24 144:6 154:10 154:23 155:12 158:13 | |
| **seeing**(2) 150:7 154:6 | |
| **seek**(4) 20:14 54:14 59:4 93:2 | |
| **seeking**(11) 6:23 33:15 35:11 51:20 51:20 54:11 56:13 57:1 136:14 144:3 163:3 | |
| **seem**(1) 120:21 | |
| **seemed**(1) 57:16 | |
| **seems**(3) 62:10 76:13 76:19 | |
| **seen**(8) 81:9 124:2 125:7 126:1 143:15 150:15 169:19 169:20 | |
| **seize**(1) 63:10 | |
| **select**(3) 103:11 134:5 142:5 | |
| **selected**(3) 55:11 98:19 103:4 | |
| **selecting**(2) 93:15 142:13 | |
| **selection**(3) 94:23 123:4 123:18 | |
| **self-confessing**(1) 82:17 | |
| **sell**(3) 34:19 35:6 40:4 | |
| **send**(10) 47:5 48:11 59:9 60:3 112:6 112:11 125:16 138:7 143:6 143:19 | |
| **sending**(1) 59:6 | |
| **sends**(1) 94:25 | |
| **senior**(1) 90:21 | |
| **sense**(9) 13:10 21:2 26:15 26:23 27:11 27:13 29:10 96:5 146:9 | |
| **sensitive**(1) 58:10 | |
| **sent**(39) 34:3 47:6 47:25 57:14 57:19 57:24 60:3 60:5 60:13 112:22 112:24 113:20 114:3 114:14 122:14 122:16 123:19 124:17 124:23 126:4 131:8 132:14 137:21 137:24 138:6 138:9 145:3 145:3 145:5 145:7 148:23 149:8 152:24 152:24 154:12 154:15 155:5 170:17 171:2 | |
| **sentence**(13) 55:6 55:25 56:19 56:21 58:14 58:16 60:2 60:2 60:19 61:13 62:20 64:5 84:15 | |
| **sentinel**(17) 117:3 117:19 118:7 118:7 118:18 119:1 119:9 119:15 119:20 119:22 120:17 121:7 139:17 139:18 139:18 139:19 156:13 | |
| **separate**(2) 20:4 50:2 | |
| **september**(7) 23:11 35:21 75:15 75:17 75:17 75:23 85:3 | |
| **sequence**(1) 34:17 | |
| **series**(1) 43:17 | |
| **serve**(1) 35:2 | |
| **server**(9) 10:16 11:4 11:8 11:9 11:11 11:14 11:22 12:2 12:6 | |
| **servers**(11) 9:19 9:21 10:3 10:5 10:7 10:8 10:9 10:9 10:15 10:20 10:24 | |
| **service**(11) 1:43 1:50 34:22 34:22 35:6 38:9 124:10 127:21 127:24 128:3 131:15 | |
| **serviced**(5) 59:23 126:24 127:19 130:1 161:14 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **servicer**(31) 19:15  35:13  38:10  38:25  39:3  39:14  42:1  44:6  44:11  58:23  59:21  60:16  64:3  75:6  75:7  75:9  75:13  75:21  76:1  76:6  83:22  85:25  88:15  129:20  162:21  165:6  165:7  165:7  165:11  165:24  165:24 | | **signs**(1) 40:11<br>**similar**(3) 19:15  34:5  37:20<br>**simple**(1) 37:19<br>**simpler**(1) 145:23<br>**simplicity**(1) 36:20<br>**simplified**(1) 32:19<br>**simply**(4) 16:24  60:2  60:12  169:14<br>**since**(13) 7:21  10:25  12:5  14:1  17:2  23:6  23:11  26:25  29:15  80:15  126:22  136:18  159:8 | | **specifically**(14) 34:5  67:10  88:12  89:3  92:14  112:4  123:5  132:18  140:1  141:11  141:14  153:8  154:16  169:23<br><br><br>**specify**(1) 48:23<br>**speculation**(1) 146:3<br>**spells**(1) 149:25<br>**split**(1) 28:17<br>**sponsor**(1) 43:14 | | **subject**(4) 15:24  56:2  90:22  96:18<br>**submit**(5) 8:10  18:9  92:24  92:25  173:10<br>**submitted**(3) 4:11  4:25  171:23<br>**submitting**(1) 173:11<br>**subparagraph**(3) 60:16  66:2  66:17<br>**subsection**(4) 45:11  45:15  52:9  63:9<br>**subsequent**(4) 24:16  59:14  67:15  128:17 |
| **services**(5) 1:43  39:2  39:13  47:14  129:24<br>**servicing**(39) 20:17  20:17  24:1  24:13  24:21  24:21  34:18  34:20  35:11  35:14  36:3  36:7  39:10  41:25  44:7  44:8  49:20  59:15  64:2  83:19  83:20  88:14  107:21  123:25  124:3  124:21  127:8  127:10  128:1  128:11  128:20  128:23  129:6  129:12  129:12  130:2  162:11  167:16  168:24 | | **sir**(7) 42:25  56:12  72:22  98:11  141:1  142:10  151:9<br><br>**situation**(1) 52:18<br>**situations**(1) 19:18<br>**skip**(4) 55:17  108:4  116:4  116:11<br>**sleep**(1) 150:3<br>**slide**(1) 28:5<br>**slowly**(1) 98:25 | | **spot**(2) 61:8  126:21<br>**spots**(2) 96:18  110:6<br>**spread**(5) 93:20  94:8  94:12  94:16  102:21<br>**squarely**(1) 24:23<br>**stage**(2) 115:1  122:5<br>**stamp**(2) 85:8  106:4<br>**stand**(13) 28:11  28:13  28:22  29:4  31:17  69:7  78:9  89:16  96:6  132:5  140:18  151:17  158:22 | | **subsidiaries**(2) 31:16  32:10<br>**subsidiary**(4) 31:19  43:12  44:10  164:14<br>**substance**(2) 8:6  151:12<br>**successful**(1) 9:18<br>**such**(7) 7:3  25:5  33:5  33:8  35:22  47:22  106:11<br><br>**sudden**(1) 17:13<br>**sue**(2) 35:24  36:5<br>**suffered**(1) 48:23 |
| **sessions**(1) 91:16<br>**set**(14) 9:19  23:9  23:13  25:7  28:7  28:19  46:9  47:9  111:23  122:14  124:21  125:11  149:25  154:14 | | **snafu**(1) 174:2<br>**social**(2) 13:23  15:5<br>**software**(1) 144:12<br>**sol**(1) 115:4<br>**sold**(10) 6:15  6:18  38:16  44:13  45:2  45:5  87:17  88:1  126:16  126:17 | | **standard**(1) 94:11<br>**standing**(1) 12:9<br>**standpoint**(1) 31:8<br>**star**(1) 98:2<br>**stargatt**(3) 1:25  4:5  5:15<br>**start**(9) 9:11  22:22  29:18  29:19  30:4  30:12  35:15  121:18  172:6 | | **suffice**(4) 10:2  42:18  44:14  46:18<br>**sufficient**(1) 159:5<br>**sufficiently**(1) 63:22<br>**suggest**(2) 26:25  27:8<br>**suggestion**(1) 155:4<br>**suite**(1) 1:20<br>**sum**(1) 52:11 |
| **sets**(1) 173:9<br>**settled**(1) 7:17<br>**settlement**(11) 5:19  6:3  6:3  7:1  7:10  25:9  51:24  71:7  71:13  103:24  137:11 | | **solely**(1) 24:4<br>**solid**(1) 30:1<br>**solvent**(1) 47:18<br>**some**(53) 6:13  6:22  8:21  9:23  9:24  11:10  11:18  15:25  21:21  22:4  22:9  22:11  22:15  35:6  39:21  44:5  44:13  45:2  48:15  49:23  50:9  50:12  53:3  53:5  53:16  54:20  54:24  57:17  61:17  63:18  66:20  68:13  70:22  73:22  74:25  75:14  75:15  78:16  81:13  83:  83:13  84:4  105:2  130:24  131:6  136:3  143:21  145:4  148:14  153:11  155:25  173:2  174:2 | | **started**(1) 84:21<br>**starting**(1) 138:24<br>**starts**(3) 72:1  106:4  145:18<br>**state**(22) 17:16  25:12  25:15  25:25  31:12  31:12  32:4  39:9  48:10  103:11  116:19  117:5  120:8  120:23  121:2  138:21  139:4  140:2  141:19  141:24  156:19  170:15<br>**stated**(16) 59:2  77:17  84:9  84:25  85:24  86:2  93:3  96:25  97:6  97:6  97:7  97:7  98:22  99:3  99:8  169:11 | | **summarize**(3) 6:2  31:3  52:7<br>**summary**(2) 65:20  104:12<br>**supervisor**(1) 90:23<br>**support**(8) 5:22  9:22  10:4  27:18  39:8  72:24  72:25  90:22<br><br>**supported**(1) 31:11<br>**supporting**(1) 7:17<br>**suppose**(2) 21:11  21:12<br>**supposed**(1) 85:12 |
| **seven**(5) 7:4  9:21  118:9  118:10  132:23<br>**several**(8) 9:4  10:13  15:1  19:13  62:17  80:6  132:10  156:15 | | | | | | **suppress**(1) 48:10<br>**supreme**(1) 39:8<br>**sure**(31) 4:13  10:17  12:11  17:22  23:24  28:17  38:6  60:18  69:13  70:3  74:2  75:25  79:12  81:10  84:5  91:4  97:24  99:10  105:6  109:7  125:23  127:7  129:1  132:21  134:7  134:25  135:5  152:1  156:6  168:2  168:7 |
| **shall**(3) 33:11  45:16  51:16<br>**she**(21) 106:10  106:11  115:12  138:25  139:2  139:3  139:16  139:17  139:21  139:22  140:10  140:10  140:12  146:9  146:9  159:4  160:9  166:19  169:10  170:6 | | **somebody's**(1) 17:13<br>**somehow**(2) 67:8  168:5<br>**someone**(4) 16:23  48:4  82:24  150:7<br>**something**(23) 16:12  44:15  51:22  56:14  57:14  57:24  58:4  62:11  63:21  85:7  86:2  86:11  86:15  102:11  132:19  146:5  147:1  158:25  158:25  161:9  169:23  170:16  172:11 | | **stating**(1) 36:10<br>**status**(5) 17:23  44:3  67:16  119:20  153:6<br>**statute**(1) 46:25<br>**statutory**(1) 33:5<br>**stay**(5) 27:13  29:17  30:5  99:17  152:3<br>**stayed**(1) 128:14<br>**step**(4) 21:10  21:10  88:22  171:5<br>**stepped**(1) 41:14<br>**steven**(1) 5:21<br>**stick**(1) 126:9 | | **surety**(2) 40:14  40:19<br>**surrounding**(1) 21:21<br>**swear**(2) 27:14  117:13<br>**switched**(3) 58:3  128:20  128:21<br>**sworn**(2) 30:20  89:17<br>**system**(8) 26:1  95:20  95:22  109:3  113:25  129:20  144:12  167:20<br><br>**systems**(4) 128:20  144:17  152:11  168:8 |
| **she'll**(2) 29:2  29:4<br>**she's**(9) 27:22  28:14  96:6  138:24  139:2  139:23  156:8  159:3  169:10 | | | | **still**(14) 6:9  9:2  11:4  11:5  11:23  58:12  63:22  66:5  69:8  73:2  82:20  96:6  123:8  162:13<br>**stock**(1) 52:15 | | **tab**(38) 53:22  53:23  55:21  65:19  85:17  95:6  95:9  103:6  103:20  105:10  105:10  106:14  107:3  107:16  108:4  108:5  108:18  109:24  110:10  111:10  114:4  117:8  118:20  124:12  124:13  129:14  143:25  144:1  144:2  144:3  145:2  145:14  147:25  151:6  156:13  158:8  167:11  168:21 |
| **sheet**(1) 16:15<br>**shipping**(1) 90:23<br>**short**(6) 11:19  22:20  28:24  50:21  151:7  172:14 | | **sometime**(3) 32:8  75:14  83:23<br>**somewhat**(1) 22:21<br>**somewhere**(2) 42:14  88:2<br>**sontchi**(1) 1:20<br>**sorry**(32) 4:18  13:15  19:11  30:17  40:9  53:23  54:21  65:7  66:7  67:19  88:9  89:6  91:5  91:8  91:11  93:6  100:1  102:18  107:4  110:2  123:7  123:15  128:24  141:20  142:7  144:2  152:7  155:3  157:25  160:22  166:7  171:25 | | **stockbridge**(1) 54:2<br>**stood**(2) 78:9  86:10<br>**stop**(1) 29:15<br>**stopped**(6) 12:5  12:7  73:23  74:1  74:8  169:20 | | **table**(2) 28:19  51:22<br>**tabs**(1) 71:12<br>**take**(35) 9:22  17:17  21:10  21:17  28:3  28:17  28:24  30:12  32:24  50:21  52:4  63:17  68:21  69:7  85:14  101:15  106:1  112:5  115:4  116:9  119:9  120:20  121:11  123:5  125:3  150:20  151:7  166:24  167:10  167:10  168:11  168:20  169:4  172:14  172:15 |
| **shorten**(2) 53:2  53:4<br>**shortening**(2) 13:15  13:18<br>**shortly**(1) 173:13<br>**shot**(1) 123:18<br>**should**(10) 14:8  16:17  18:14  34:6  39:20  49:1  79:1  80:15  98:23  152:24 | | **sort**(4) 28:2  28:5  81:13  172:6<br>**sought**(10) 50:1  54:3  54:16  55:24  56:7  56:9  56:10  56:24  62:23  78:17 | | **story**(6) 27:14  27:16  27:18  28:3  28:21  86:10<br><br>**straight**(1) 47:9<br>**strauss**(3) 47:7  131:8  131:9<br>**stream**(1) 148:5 | | **taken**(1) 130:22<br>**takes**(1) 4:9<br>**taking**(6) 20:22  40:1  63:16  63:16  68:19  156:9 |
| **shouldn't**(1) 51:25<br>**show**(13) 29:19  33:25  42:19  42:19  55:12  67:25  68:7  72:24  75:14  97:22  115:19  157:17  160:18 | | **sound**(2) 1:49  174:13<br>**sounds**(2) 20:25  68:12<br>**source**(20) 49:22  51:17  76:4  95:17  103:13  103:25  105:18  106:21  107:9  107:22  108:1  108:24  110:15  111:15  114:16  119:2  122:7  122:21  167:3  167:17 | | **streamlined**(1) 146:17<br>**street**(5) 1:11  1:31  1:44  2:6  2:13<br>**stricken**(1) 85:21<br>**strike**(4) 56:20  58:13  75:20  88:4<br>**strong**(1) 137:1<br>**sub**(1) 66:7<br>**sub-servicer**(1) 44:11 | | **talk**(10) 28:2  28:9  38:6  44:17  53:2  53:7  66:22  92:14  154:1  160:3<br><br>**talked**(2) 56:15  168:21 |
| **showed**(1) 44:18<br>**showing**(3) 42:5  59:22  114:13<br>**shows**(9) 26:1  42:9  43:8  43:10  43:23  98:1  120:22  120:24  121:21 | | | | | | |
| **shut**(1) 48:18<br>**side**(7) 28:9  29:9  71:12  97:25  104:12  121:22  122:17 | | **southern**(2) 84:7  84:8<br>**space**(2) 9:2  11:18<br>**speak**(1) 151:5<br>**speaks**(1) 165:15<br>**special**(2) 40:22  41:3<br>**specialist**(1) 147:18<br>**specific**(9) 8:10  48:16  48:23  48:25  54:14  73:19  124:19  159:13  162:20 | | | | |
| **sifa**(3) 94:1  98:23  99:7<br>**sign**(4) 5:3  137:4  138:14  149:9<br>**signature**(21) 40:6  71:16  71:17  71:19  71:23  71:24  109:7  113:16  136:21  137:4  143:10  143:11  143:12  143:15  144:4  145:3  148:24  158:13  167:2  170:8  170:14 | | | | | | |
| **signed**(19) 11:24  42:2  35:25  40:5  40:7  41:8  63:21  79:11  106:6  106:6  110:4  124:24  125:14  125:15  137:5  137:21  143:13  144:7  167:8  174:1<br>**significance**(2) 44:17  49:21<br>**significant**(7) 5:19  9:22  10:2  39:25  42:13  45:22  156:2 | | | | | | |

| Word | Page:Line |
|---|---|
| **talking**(15) | 11:17 28:5 37:5 67:2 74:25 80:3 80:4 80:4 80:20 80:22 101:23 140:12 151:22 161:19 161:24 |
| **tap**(1) | 81:12 |
| **tax**(1) | 130:21 |
| **taylor**(3) | 1:26 4:5 5:15 |
| **team**(1) | 91:15 |
| **technology**(11) | 90:15 90:21 91:12 91:14 152:5 152:8 152:10 161:4 161:19 162:3 162:4 |
| **teleconference**(2) | 78:10 78:15 |
| **telephone**(2) | 76:21 173:6 |
| **telephonic**(1) | 2:1 |
| **tell**(44) | 27:13 27:16 28:3 28:3 28:21 69:7 76:7 76:8 76:9 82:18 94:3 96:12 96:24 97:13 97:18 98:24 99:8 100:5 100:16 104:8 104:22 105:4 106:18 107:20 108:21 109:12 110:13 110:22 114:11 119:14 120:24 121:20 122:13 123:23 124:5 125:9 126:3 141:7 166:3 167:15 169:15 171:16 174:6 |
| **telling**(1) | 171:18 |
| **temperatures**(1) | 10:14 |
| **ten**(5) | 9:15 90:11 151:10 163:21 166:3 |
| **tense**(1) | 130:3 |
| **term**(2) | 32:19 75:11 |
| **terminated**(2) | 7:16 9:7 |
| **terms**(24) | 8:20 8:21 9:22 11:15 22:4 22:5 26:5 26:9 32:20 33:1 36:14 36:15 38:23 41:12 44:5 45:22 46:12 48:18 54:9 57:18 66:21 73:17 92:23 145:24 |
| **terrific**(1) | 8:8 |
| **tested**(2) | 132:23 156:15 |
| **testified**(10) | 74:10 76:11 99:7 111:3 139:21 139:22 145:2 152:17 156:14 159:3 |
| **testify**(4) | 25:18 79:4 138:25 146:5 |
| **testifying**(7) | 26:6 73:1 152:19 152:21 153:5 154:13 155:6 |
| **testimony**(17) | 27:4 30:22 55:9 61:24 67:12 86:10 89:11 109:4 113:7 113:13 135:24 139:16 140:5 144:12 151:12 152:23 156:9 |
| **testings**(1) | 132:13 |
| **tests**(1) | 26:1 |
| **texas**(12) | 19:9 19:14 20:2 20:8 23:11 23:13 24:6 54:13 55:22 84:8 84:24 143:18 |
| **than**(11) | 19:5 20:6 30:2 43:6 59:24 75:23 76:22 105:3 145:23 146:11 155:24 |
| **thank**(59) | 4:18 4:23 5:4 5:6 5:7 5:11 5:12 6:1 7:24 8:11 8:16 12:23 13:2 21:24 23:7 23:8 30:21 32:15 37:4 37:10 42:25 48:22 50:16 50:23 52:23 52:24 54:22 58:15 69:16 69:20 76:25 77:5 82:1 88:19 88:21 96:17 105:10 110:10 118:3 126:6 126:8 131:25 142:1 143:4 143:24 145:1 145:14 146:24 151:6 153:22 156:3 156:10 163:4 163:18 163:23 166:2 168:13 171:4 171:6 |
| **thankful**(1) | 51:8 |
| **thanks**(1) | 153:10 |
| **thanksgiving**(1) | 18:11 |

| Word | Page:Line |
|---|---|
| **that**(301) | 4:9 4:14 4:25 5:9 5:17 5:22 5:24 6:5 6:9 6:12 6:16 6:17 6:20 6:21 6:22 6:23 7:2 7:3 7:6 7:11 7:13 7:17 7:25 8:13 8:21 9:2 9:3 9:5 9:8 9:10 9:13 9:14 10:2 10:10 10:18 10:19 10:24 10:25 11:2 11:11 11:12 11:15 11:19 11:22 11:23 11:24 12:3 12:8 12:10 12:12 12:13 12:15 12:25 13:6 13:13 13:16 13:17 13:19 13:20 13:20 13:22 13:24 14:6 14:10 15:1 15:2 15:7 15:7 15:16 15:17 15:22 16:4 16:21 17:12 17:15 17:17 17:25 17:25 17:25 18:16 18:18 18:19 19:1 19:1 19:4 19:6 19:8 19:12 19:13 19:14 19:17 19:18 19:19 19:20 19:23 20:1 20:1 20:1 20:5 20:6 20:7 20:11 20:11 20:13 20:13 20:14 20:16 20:17 20:22 21:12 21:14 22:5 22:17 22:15 22:22 23:14 23:15 23:17 23:19 23:19 23:21 23:21 23:23 24:1 24:3 24:10 24:14 24:17 24:20 24:24 25:1 25:3 25:3 25:6 25:10 25:11 25:13 25:20 25:22 25:24 25:25 26:1 26:2 26:7 26:16 26:24 26:25 27:3 27:5 27:8 27:11 27:15 27:19 27:24 27:24 28:8 28:13 29:6 29:10 30:1 30:24 31:1 31:3 31:5 31:8 31:8 31:9 31:10 31:15 31:17 31:22 31:22 31:23 32:6 32:7 32:16 32:17 32:22 32:24 32:24 33:1 33:4 33:5 33:16 33:17 33:17 33:19 33:25 33:25 34:2 34:6 34:6 34:8 34:19 34:21 35:5 35:5 35:9 35:13 35:18 35:21 35:22 35:23 36:2 36:2 36:3 36:8 36:17 37:13 38:3 38:6 38:6 38:8 38:25 39:6 39:8 39:10 39:16 39:19 39:23 39:24 39:25 40:5 40:6 40:7 40:17 40:20 40:20 40:25 41:1 41:4 41:4 41:8 41:10 41:12 41:15 41:16 41:16 41:16 41:18 41:18 41:21 41:21 41:25 42:2 42:5 42:5 42:6 42:7 42:7 42:12 42:14 42:18 42:18 42:19 43:8 43:13 43:14 43:15 43:16 43:16 43:20 43:24 43:24 44:1 44:6 44:7 44:9 44:12 44:13 44:14 44:15 44:15 44:17 44:18 44:21 44:21 44:22 44:23 45:1 45:6 45:10 45:10 45:13 45:13 45:15 45:18 45:19 45:22 46:2 46:3 46:4 46:9 46:13 46:15 46:22 46:23 46:25 |
| **that**(301) | 47:3 47:5 47:8 47:18 47:19 47:19 48:3 48:3 48:7 48:16 48:18 48:25 49:1 49:3 49:3 49:5 49:6 49:8 49:13 49:17 49:18 49:20 49:20 49:23 49:24 50:9 52:5 52:7 52:9 52:14 52:14 52:17 53:10 53:11 53:23 54:2 54:3 54:5 54:8 54:10 54:11 54:14 54:16 54:19 55:7 55:9 55:11 55:12 55:15 56:7 56:9 56:15 56:23 56:23 57:1 57:3 57:15 57:18 58:11 58:18 58:21 58:23 59:4 59:8 59:11 59:14 59:19 59:22 59:23 60:1 60:2 60:2 60:13 60:16 60:23 61:1 61:2 61:4 61:10 61:14 61:15 61:15 61:18 61:19 61:21 61:22 61:23 61:25 62:1 62:3 62:5 62:8 62:10 62:11 62:12 62:12 62:42 62:14 62:18 63:17 63:20 63:23 64:1 64:9 64:18 64:20 65:2 65:11 65:16 65:25 66:1 66:11 66:19 66:21 66:21 66:22 66:23 67:8 67:10 67:13 67:13 67:14 67:17 67:18 67:24 67:25 67:25 68:2 68:3 68:3 68:4 68:15 67:25 68:17 68:20 68:21 69:12 69:12 70:7 70:6 70:7 70:9 70:11 70:13 70:14 70:17 70:23 70:25 70:25 71:8 71:17 71:24 72:1 72:6 72:11 72:12 72:12 72:16 72:20 72:23 73:9 73:18 73:20 73:22 73:23 74:1 74:4 74:9 74:10 74:13 74:16 74:23 74:24 74:25 75:1 75:15 75:15 75:22 76:3 75:22 75:22 75:24 75:25 76:2 76:2 76:2 76:11 76:13 76:13 76:15 77:13 77:17 77:18 77:20 77:23 77:24 78:1 78:7 78:9 78:10 78:12 78:12 78:13 78:13 78:16 78:16 78:20 78:21 78:21 78:22 78:23 79:2 79:6 79:7 79:9 79:10 79:11 79:12 79:17 79:23 80:14 80:15 80:16 80:17 80:18 81:14 81:16 82:9 82:13 82:19 83:24 83:8 83:18 83:18 83:23 84:2 84:4 84:6 84:7 84:19 84:20 84:21 84:21 84:23 85:5 85:5 85:8 85:12 86:4 86:7 86:14 86:16 86:24 86:25 87:4 87:11 87:17 87:25 88:1 88:2 88:4 88:4 88:6 88:7 88:9 88:10 88:17 89:4 89:5 89:6 89:13 89:15 90:2 90:6 90:16 91:4 91:16 92:10 92:23 92:24 93:5 93:8 94:2 94:7 94:13 94:16 |
| **that**(301) | 94:22 95:22 95:22 96:16 96:22 97:2 97:7 97:15 97:17 97:19 97:23 98:2 98:4 98:8 98:9 98:18 98:19 99:7 99:10 99:13 99:14 99:15 99:17 99:17 99:20 100:1 100:19 100:23 101:15 102:5 102:6 102:10 102:11 103:15 104:4 104:11 104:16 104:19 104:20 104:25 105:22 106:4 107:13 108:15 109:4 109:9 109:12 109:14 109:16 110:4 110:7 110:19 110:25 111:4 111:8 111:9 111:12 112:1 112:14 113:3 113:5 113:7 113:9 113:12 113:23 114:2 114:3 114:8 115:3 115:10 115:12 115:13 115:17 115:24 116:12 116:12 116:13 116:21 117:5 117:21 118:6 119:18 119:20 120:2 120:8 120:15 121:4 121:7 121:8 121:9 121:15 121:23 121:25 122:2 122:9 122:10 122:12 122:16 122:24 123:6 123:19 123:20 123:23 124:2 124:10 124:16 124:16 124:18 124:23 125:2 125:7 125:9 125:10 125:16 125:19 126:1 126:3 126:3 126:4 126:8 126:19 126:22 127:7 127:9 127:10 127:13 128:10 128:20 129:4 129:4 129:10 129:10 129:20 129:23 130:10 131:5 131:7 131:9 131:11 131:12 132:14 132:18 133:3 133:6 133:6 133:15 133:17 133:22 133:23 134:3 134:4 134:5 134:7 134:8 134:16 134:17 135:2 135:5 135:20 135:21 135:24 136:3 136:4 136:5 136:15 136:16 136:24 137:10 138:13 138:13 138:15 138:19 138:20 138:25 139:2 139:5 139:13 139:15 139:17 139:18 139:19 139:21 140:2 140:4 140:5 140:6 141:5 141:7 141:18 141:21 142:19 142:23 143:2 143:4 143:13 143:18 144:2 144:8 144:9 144:11 144:12 144:22 144:23 145:1 145:2 145:3 145:4 145:4 145:5 145:5 145:7 145:19 145:20 145:22 146:3 146:20 147:4 147:5 147:6 147:10 147:15 147:17 147:19 148:5 148:6 148:7 148:8 148:11 148:12 148:12 148:14 148:15 148:15 148:20 148:22 148:22 148:23 149:12 149:19 149:20 149:21 150:9 150:14 151:3 151:8 152:2 152:2 152:4 152:10 152:12 152:15 152:17 152:21 152:25 153:2 153:5 153:7 153:12 153:13 154:2 154:8 154:11 154:11 154:12 154:14 154:16 155:1 155:5 155:7 155:9 155:9 155:13 155:14 155:18 155:23 156:2 156:5 156:5 156:14 156:17 156:19 156:25 157:6 157:8 158:19 159:4 159:11 159:12 159:20 159:20 159:25 160:3 160:8 160:14 160:15 160:19 160:20 160:24 160:24 |
| **that**(46) | 161:2 161:4 161:5 161:8 161:9 161:12 162:13 162:23 163:2 163:3 163:4 163:13 164:6 164:10 164:11 164:22 165:10 165:10 165:16 166:10 167:20 168:21 169:8 169:10 169:11 169:11 169:20 169:25 170:15 170:16 170:16 170:21 172:2 172:8 172:16 172:20 173:9 173:10 173:14 173:25 174:1 174:4 174:7 174:7 174:12 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**that's(117)** 7:10 11:8 12:16 14:12 16:5 18:1 21:16 22:21 26:8 29:23 32:15 35:8 36:7 37:7 37:21 38:7 39:24 41:11 42:13 44:20 46:8 47:13 49:12 49:13 49:14 52:1 55:15 55:15 56:2 56:2 56:16 58:1 60:1 60:22 60:22 61:1 61:13 62:2 62:7 62:11 62:13 62:13 70:12 70:21 71:18 72:12 72:25 73:11 73:12 73:13 74:11 76:7 79:12 79:12 79:13 79:18 81:3 81:6 81:12 82:5 84:21 85:4 85:5 85:11 85:15 85:21 86:7 87:10 87:13 87:14 87:14 96:1 96:15 101:10 102:5 106:25 107:17 108:1 109:6 110:11 114:18 114:24 116:7 118:2 119:23 120:17 125:23 130:3 131:21 133:4 136:21 140:15 144:2 144:2 144:8 146:3 148:9 148:22 149:17 153:25 154:12 157:9 157:12 159:5 160:9 160:13 161:21 163:8 165:24 167:5 167:8 167:21 169:23 171:16 172:3 173:2 174:6

**the(301)** 1:1 1:2 1:20 1:30 3:3 4:2 4:3 4:6 4:7 4:9 4:10 4:13 4:17 4:22 4:22 4:24 5:2 5:3 5:6 5:8 5:11 5:13 5:14 5:16 5:17 5:18 5:19 5:21 5:22 5:23 5:24 6:1 6:3 6:5 6:5 6:6 6:6 6:6 6:7 6:9 6:11 6:13 6:14 6:14 6:15 6:16 6:18 6:18 6:22 6:23 6:24 6:25 6:25 7:1 7:2 7:3 7:4 7:5 7:6 7:7 7:8 7:9 7:12 7:14 7:14 7:15 7:15 7:15 7:16 7:18 7:19 7:20 7:24 7:24 8:1 8:1 8:4 8:6 8:6 8:8 8:9 8:9 8:15 8:18 8:18 8:18 8:20 8:20 8:21 8:24 8:25 9:1 9:3 9:4 9:5 9:5 9:8 9:8 9:9 9:9 9:10 9:13 9:14 9:15 9:19 9:24 10:1 10:3 10:4 10:7 10:9 10:9 10:10 10:11 10:11 10:12 10:13 10:14 10:14 10:16 10:17 10:20 10:21 10:25 11:2 11:4 11:5 11:5 11:7 11:8 11:8 11:11 11:11 11:13 11:14 11:15 11:15 11:17 11:17 11:19 11:21 11:22 11:23 11:25 12:1 12:2 12:6 12:6 12:6 12:9 12:11 12:11 12:15 12:16 12:19 12:20 12:22 12:24 13:1 13:2 13:4 13:5 13:5 13:8 13:11 13:12 13:13 13:17 13:18 13:20 13:21 14:1 14:9 14:9 14:13 14:15 14:16 14:19 14:19 14:21 14:22 14:25 15:2 15:3 15:9 15:10 15:10 15:11 15:13 15:19 15:21 15:22 15:22 16:2 16:4 16:4 16:5 16:7 16:12 16:14 16:15 16:17 16:18 16:19 16:21 16:23 16:25 16:25 17:2 17:2 17:3 17:4 17:5 17:7 17:8 17:10 17:10 17:14 17:18 17:20 17:22 17:23 18:2 18:3 18:4 18:6 18:8 18:12 18:16 18:19 18:20 18:22 18:23 18:23 18:24 19:5 19:9 19:9 19:12 19:15 19:16 19:19 19:22 20:1 20:2 20:2 20:3 20:5 20:8 20:9 20:9 20:12 20:15 20:17 20:17 20:18 20:18 20:20 21:2 21:2 21:3 21:5 21:6 21:8 21:9 21:14 21:14 21:17 21:20 21:21 21:23 21:25 22:2 22:4 22:7 22:9 22:11 22:12 22:14 22:18 22:23 23:1 23:2 23:3 23:5 23:8 23:9 23:10 23:11 23:12 23:15 23:15 23:18 23:18 24:1 24:4

**the(301)** 24:5 24:9 24:10 24:12 24:12 24:13 24:13 24:14 24:15 24:16 24:17 24:20 24:20 24:21 24:22 24:24 24:25 25: 25:10 25:10 25:19 25:20 25:21 25:22 25:23 25:24 26:1 26:6 26:8 26:11 26:12 26:13 26:14 26:16 26:17 26:19 26:21 26:22 26:22 27:1 27:3 27:4 27:5 27:7 27:11 27:16 27:20 27:21 27:22 27:23 27:25 28:1 28:2 28:5 28:8 28:11 28:11 28:15 28:15 28:16 28:19 28:21 28:22 28:23 28:23 29:4 29:5 29:9 29:9 29:13 29:19 29:21 29:24 30:5 30:8 30:10 30:15 30:16 30:16 30:21 30:24 30:25 31:13 31:13 31:15 31:16 31:21 31:24 32:2 32:2 32:5 32:6 32:7 32:8 32:8 32:9 32:12 32:14 32:14 32:16 32:18 32:19 32:23 32:24 32:25 32:25 33:1 33:1 33:4 33:6 33:7 33:10 33:11 33:12 33:12 33:14 33:17 34:2 34:3 34:8 34:9 34:12 34:12 34:14 34:16 34:20 34:20 34:24 35:1 35:4 35:7 35:9 35:11 35:13 35:14 35:16 35:17 35:18 35:20 35:21 35:24 36:1 36:2 36:5 36:6 36:7 36:11 36:14 36:14 36:15 36:16 36:18 36:19 36:20 36:20 36:21 36:22 36:24 37:4 37:4 37:5 37:8 37:10 37:11 37:15 37:17 37:23 37:23 37:24 38:1 38:2 38:3 38:5 38:7 38:9 38:11 38:13 38:14 38:15 38:15 38:17 38:18 38:20 38:22 38:24 38:25 39:3 39:9 39:7 39:8 39:8 39:9 39:10 39:11 39:12 39:12 39:13 39:13 39:14 39:15 39:17 39:20 39:21 40:2 40:5 40:6 40:8 40:9 40:10 40:11 40:12 40:13 40:13 40:17 40:18 40:20 40:20 40:22 40:24 41:1 41:2 41:2 41:6 41:7 41:7 41:8 41:10 41:17 41:19 41:19 41:21 41:22 41:23 41:24 41:24 41:25 42:1 42:2 42:6 42:7 42:8 42:9 42:9 42:10 42:11 42:11 42:15 42:20 42:21 42:22 42:23 42:24 42:25 43:10 43:10 43:12 43:14 43:14 43:15 43:18 43:20 43:21 43:22 43:24 43:24 43:25 44:2 44:3 44:4 44:8 44:10 44:10 44:11

**the(301)** 44:17 44:19 44:21 44:23 44:24 44:25 45:5 45:5 45:7 45:8 45:13 45:13 45:14 45:14 45:16 45:17 45:19 45:20 46:9 46:12 46:21 46:24 46:25 46:25 47:2 47:3 47:5 47:6 47:7 47:9 47:13 47:13 47:14 47:15 47:16 47:18 47:20 47:21 47:22 47:23 48:1 48:2 48:5 48:10 48:14 48:15 48:17 48:20 48:21 48:22 48:25 49:2 49:6 49:9 49:10 49:12 49:16 49:17 49:22 49:23 49:25 50:2 50:3 50:5 50:7 50:8 50:10 50:10 50:14 50:16 50:18 50:21 50:25 51:1 51:4 51:10 51:12 51:15 51:16 51:18 51:19 51:22 51:24 51:25 52:1 52:3 52:7 52:8 52:9 52:11 52:11 52:13 52:15 52:19 52:24 53:1 53:4 53:6 53:7 53:7 53:9 53:10 53:14 53:15 53:16 53:19 53:20 53:20 53:22 53:23 53:24 53:24 53:25 54:5 54:7 54:10 54:13 54:14 54:16 54:18 54:21 55:3 55:4 55:6 55:7 55:13 55:14 55:15 55:19 55:20 55:22 55:22 55:23 55:24 55:25 55:25 55:25 56:1 56:2 56:5 56:6 56:8 56:9 56:12 56:13 56:14 56:17 56:19 56:19 56:20 56:20 56:23 56:25 56:25 57:2 57:2 57:4 57:6 57:7 57:8 57:9 57:10 57:12 57:14 57:15 57:16 57:19 57:19 57:20 57:20 57:24 58:2 58:5 58:7 58:9 58:12 58:13 58:16 58:16 58:20 58:23 58:23 58:24 58:24 58:25 59:1 59:3 59:3 59:5 59:7 59:8 59:11 59:13 59:13 59:15 59:15 59:17 59:17 59:19 59:20 59:21 59:23 60:1 60:3 60:4 60:5 60:7 60:8 60:10 60:12 60:12 60:13 60:13 60:15 60:15 60:16 60:18 60:18 60:24 60:25 61:2 61:3 61:3 61:8 61:9 61:10 61:11 61:12 61:12 61:13 61:13 61:17 61:17 61:19 61:19 61:19 61:21 61:24 61:25 62:1 62:1 62:1 62:2 62:5 62:5 62:7 62:8 62:15 62:16 62:19 62:20 62:21 62:22 62:22 62:23 62:25 63:3 63:7 63:9 63:9 63:9 63:11 63:12 63:13 63:14 63:19 63:19 63:25 64:1 64:4 64:4 64:7 64:10 64:11 64:13 64:15 64:20 64:22 64:25 65:2 65:4 65:6 65:8 65:10 65:13 65:15 65:18 65:23 66:1 66:4 66:6 66:8 66:9 66:12 66:14 66:15

**the(301)** 66:16 66:17 66:21 66:24 66:25 67:1 67:2 67:3 67:6 67:8 67:11 67:13 67:14 67:16 67:21 67:23 67:24 67:24 68:4 68:5 68:8 68:10 68:10 68:19 68:21 68:25 68:23 68:25 69:3 69:5 69:6 69:7 69:8 69:12 69:16 69:18 69:20 69:21 70:2 70:3 70:11 70:13 70:13 70:19 70:19 70:22 70:22 71:3 71:5 71:7 71:11 71:11 71:12 71:13 71:25 72:1 72:1 72:2 72:2 72:3 72:6 72:10 72:14 72:16 72:17 72:23 72:24 73:4 73:7 73:13 73:15 73:17 73:17 73:19 73:20 73:23 74:4 74:5 74:6 74:9 74:10 74:13 74:16 74:16 74:24 75:1 75:1 75:3 75:5 75:6 75:7 75:9 75:11 75:12 75:20 75:21 75:24 75:25 76:1 76:4 76:5 76:6 76:10 76:11 76:16 76:16 76:20 76:23 76:23 77:3 77:4 77:6 77:7 77:9 77:12 77:15 77:16 77:16 77:24 78:1 78:3 78:6 78:8 78:10 78:11 78:13 78:14 78:17 78:22 78:24 79:1 79:1 79:2 79:2 79:9 79:11 79:16 79:17 79:18 79:20 79:22 79:22 79:25 80:3 80:8 80:8 80:12 80:14 80:15 80:16 80:18 80:20 80:22 80:25 81:1 81:1 81:2 81:4 81:5 81:7 81:8 81:9 81:10 81:14 81:17 81:18 81:21 81:23 81:23 82:3 82:5 82:10 82:15 82:18 82:18 82:19 82:20 82:23 82:23 82:24 83:3 83:6 83:10 83:10 83:12 83:12 83:15 83:17 83:18 83:19 83:19 83:21 83:22 83:24 84:2 84:3 84:7 84:7 84:8 84:9 84:12 84:14 84:15 84:18 84:21 84:22 84:24 85:1 85:6 85:8 85:14 85:15 85:16 85:20 85:22 85:23 85:23 85:24 85:25 86:2 86:3 86:11 86:11 86:14 86:14 86:15 86:17 86:19 86:20 86:23 86:23 86:24 87:4 87:5 87:7 87:9 87:13 88:2 88:5 88:6 88:10 88:10 88:12 88:21 88:22 88:24 88:24 89:6 89:9 89:10 89:10 89:12 89:15 89:16 89:22 90:3 90:3 90:4 90:5 90:7 90:16 90:16 90:25 91:1 91:2 91:4 91:7 91:10 91:12 91:13 91:15 91:17 91:18 91:18 91:20 91:23 91:23 91:24 92:2 92:6 92:12 92:12 92:15 92:15 92:16 92:19 92:19 92:20 92:21 92:22 92:23 92:24 92:25 93:12 93:12 93:12 93:14

| Word | Page:Line |
|---|---|

**the(301)** 93:16 94:2 94:6 94:7 94:12 94:20 94:20 94:22 94:23 94:23 94:24 94:25 94:25 94:25 95:2 95:3 95:3 95:5 95:6 95:8 95:9 95:10 95:11 95:12 95:15 95:16 95:17 95:23 95:24 96:1 96:2 96:2 96:6 96:8 96:8 96:8 96:13 96:18 96:20 96:22 97:3 97:4 97:5 97:7 97:7 97:7 97:10 97:12 97:15 97:17 97:19 97:20 97:24 97:25 98:1 98:2 98:2 98:7 98:11 98:11 98:16 98:19 98:25 99:5 99:7 99:8 99:10 99:10 99:12 99:21 99:22 99:23 99:23 99:23 99:24 100:1 100:2 100:4 100:8 100:10 100:10 100:12 100:20 100:20 100:21 100:23 100:25 101:2 101:3 101:5 101:5 101:6 101:6 101:7 101:8 101:9 101:10 101:12 101:13 101:16 101:18 101:20 101:24 102:2 102:2 102:3 102:6 102:7 102:8 102:9 102:10 102:12 102:15 102:18 102:18 102:21 102:23 103:2 103:4 103:6 103:8 103:11 103:13 103:15 103:16 103:18 103:24 103:25 104:2 104:5 104:5 104:8 104:12 104:12 104:25 105:1 105:2 105:2 105:3 105:3 105:3 105:4 105:7 105:7 105:8 105:17 105:18 105:20 105:22 105:23 106:2 106:4 106:4 106:5 106:10 106:15 106:19 106:19 106:20 106:21 106:23 106:25 107:1 107:8 107:9 107:11 107:13 107:14 107:16 107:21 107:22 107:24 108:1 108:2 108:9 108:11 108:13 108:15 108:16 108:22 108:24 109:13 109:13 109:16 109:17 109:21 109:25 110:1 110:8 110:11 110:14 110:14 110:15 110:17 110:19 110:20 110:22 110:23 110:25 111:1 111:1 111:2 111:8 111:9 111:11 111:14 111:15 111:17 111:19 111:20 111:22 112:1 112:2 112:4 112:5 112:6 112:7 112:8 112:10 112:11 112:11 112:12 112:16 112:18 112:19 112:20 112:21 112:22 112:22 112:23 112:23 113:4 113:5 113:5 113:8 113:15 114:1 114:2 114:3 114:4 114:8 114:12 114:13 114:13 114:14 114:16 114:18 114:19 114:21 114:23 114:24 114:25 114:25 115:1 115:1 115:2 115:5 115:7 115:10 115:11 115:13 115:14 115:1... 115:17 115:21 115:24 116:1 116:2 116:3 116:7 116:9 116:18 116:19 116:19 117:2 117:4 117:4 117:5 117:7 117:13 117:19 117:21 117:21 117:24 118:2 118:3 118:13 118:13 118:15 118:18 118:18 118:22 119:... 119:2 119:4 119:6 119:6

**the(301)** 119:9 119:10 119:12 119:14 119:16 119:18 119:19 119:20 119:22 119:23 119:25 120:1 120:6 120:12 120:12 120:12 120:14 120:15 120:15 120:17 120:20 120:21 120:23 120:23 121: 121:2 121:9 121:12 121:14 121:15 121:22 121:22 121:22 121:23 121:25 122: 122:1 122:3 122:4 122:4 122:5 122:5 122:5 122:7 122:9 122:14 122:15 122:15 122:16 122:17 122:18 122:19 122:19 122:21 122:21 122:23 123:1 123:1 123:4 123:6 123:7 123:8 123:8 123:10 123:12 123:13 123:14 123:16 123:18 123:19 123:20 123:21 123:25 124:8 124:9 124:10 124:14 124:13 124:16 124:17 124:18 124:21 124:21 124:23 124:23 125:2 125:4 125:4 125:9 125:12 125:12 125:14 125:16 125:16 125:22 125:22 125:23 126:3 126:4 126:5 126:9 126:13 126:19 126:21 126:24 126:24 127:2 127:4 127:7 127:9 127:9 127:12 127:14 127:16 127:18 127:20 127:21 127:21 127:24 127:24 128:1 128:3 128:10 128:13 128:14 128:14 128:14 128:14 128:16 128:20 128:20 129:5 129:8 129:8 129:12 129:18 129:20 129:20 129:22 129:22 129:23 129:23 130:3 130:3 130:5 130:6 130:8 130:8 130:11 130:11 130:15 130:16 130:16 130:16 130:18 130:19 130:19 130:19 130:25 130:9 131:1 131:12 131:15 131:16 131:16 131:17 131:23 132:25 133:3 133:6 133:7 133:9 133:10 133:11 133:12 133:14 133:16 134: 134:9 134:12 134:12 134:16 134:18 134:18 134:19 134:21 134:24 135: 135:3 135:4 135:5 135:7 135:12 135:12 135:12 135:14 135:14 135:22 136:4 136:1... 136:7 136:21 136:23 136:23 137:1 137:5 137:6 137:8 137:8 137:10 137:18 137:19 137:20 137:22 137:24 138:2 138:6 138:7 138:10 138:14 139:1 139:2 139:2 139:3 139:3 139:8 139:11 139:13 139:16 139:17 139:18 139:19 139:21 139:22 139:23 140: 140:2 140:4 140:5 140:6 140:6 140:7 140:9 140:11 140:12 140:13 140:15 140: 140:19 140:20 140:22 140:22 141:1 141:2 141:4 141:8 141:8 141:14 141:14 141:15 141:20 141:22 142:1 142:3 142:4 142:7 142:8 142:8 142:18 142:20 142:21 142:21 142:24 142:24 142:24 142:25 143:9 143:9 143:10 143:10 143:11 143:14 143:16 143:16 143:18 143:19 143:19 143:20 144:1 144:2 144:4 144:7 144:8 144:21 144:22 145:3 145:25 146:6 146:8 146:9

**the(301)** 146:13 146:19 146:21 147:3 147:5 147:6 147:6 147:7 147:8 147:9 147:15 147:23 148:2 148:3 148:3 148:5 148:6 148:6 148:7 148:10 148:13 148:16 148:16 148:22 148:23 148:25 149:1 149:3 149:8 149:13 149:14 149:14 149:14 149:18 149:25 149:25 150:2 150:3 150:7 150:17 150:17 150:18 150:19 151:2 151:4 151:7 151:10 151:11 151:11 151:15 151:16 151:19 151:19 152:3 152:7 152:10 152:11 152:13 152:23 153:1 153:13 153:17 153:18 153:18 153:20 153:20 153:21 153:22 153:25 154:1 154:2 154:8 154:10 154:14 154:21 154:22 154:23 155:1 155:6 155:10 155:11 155:12 155:13 155:16 155:17 155:21 155:22 155:25 155:6 156:8 156:9 156:9 156:10 156:11 156:17 156:20 156:20 156:21 156:21 156:24 156:25 157:1 157:3 157:5 157:5 157:10 157:10 157:11 157:13 157:15 157:20 157:23 157:23 157:23 158:4 158:5 158:5 158:11 158:12 158:12 158:15 158:15 158:17 158:17 158:19 158:19 158:21 158:22 158:23 158:24 159:1 159:5 159:18 159:24 160:1 160:2 160:2 160:5 160:5 160:9 160:12 160:13 160:14 160:15 160:16 160:20 160:22 161:4 161:5 161:6 161:8 161:10 161:11 161:12 161:16 161:7 161:17 161:24 161:24 162:2 162:2 162:5 162:5 162:6 162:7 162:8 162:9 162:10 162:10 162:13 162:15 162:16 162:19 162:21 162:22 162:25 162:25 163:2 163:3 163:5 163:6 163:6 163:8 163:8 163:10 163:13 163:14 163:15 163:19 163:23 164:3 164:5 164:6 164:7 164:10 164:11 164:11 164:16 164:17 164:18 164:18 164:20 164:20 164:21 164:23 164:24 164:24 164:25 165:2 165:6 165:6 165:7 165:11 165:12 165:13 165:15 165:19 165:19 165:22 166:2 166:5 166:8 166:11 166:13 166:16 166:19 167:2 167:3 167:5 167:6 167:16 167:17 167:21 167:22 167:24 168:2 168:2 168:3 168:3 168:4 168:4 168:5 168:8 168:8 168:9 168:10 169:1 169:10 169:13 169:14 169:15 169:16 169:18 169:20 169:22 169:24 170:2 170:5 170:6 170:8 170:11 170:14 170:14 170:16 170:20 170:24 171:2 171:5 171:7 171:10 171:12 171:16 171:23 171:24 171:24 172: 172:4 172:6 172:6 172:10 172:13 172:18 172:20 172:22 172:23 172:25 173:2 173:5 173:6 173:9 173:9 173:13

**the(16)** 173:16 173:19 173:21 173:22 173:23 173:23 173:23 173:25 174:3 174:4 174:6 174:9 174:12 174:13 174:13 174:14

**theft(1)** 13:25

**their(34)** 20:9 28:10 29:10 31:23 31:24 32:20 33:7 43:20 44:10 44:14 46:10 51:2 52:12 52:16 55:2 57:13 67:4 67:22 67:23 68:7 74:6 83:20 87:5 91:25 94:11 128:11 133:3 133:20 134:1 134:5 144:8 153:6 167:20

**them(46)** 14:13 14:16 14:17 20:9 20:12 20:15 20:25 21:17 25:20 27:19 27:20 27:24 29:7 38:19 38:20 38:22 39:5 46:6 46:6 47:25 48:11 48:12 53:11 53:16 55:1 57:11 67:5 74:1 74:6 74:7 75:1 76:3 77:18 81:13 92:22 123:5 126:10 133:12 133:20 134:22 135:1 135:20 156:19 157:17 159:16

**themselves(7)** 46:8 86:3 86:4 86:14 86:17 86:19 87:9

**then(85)** 16:25 17:8 17:18 22:10 23:4 27:9 28:4 28:16 28:23 28:24 28:24 29:2 29:4 29:5 29:7 29:15 30:12 33:10 34:21 38:23 40:18 41:14 52:1 58:3 61:7 66:2 72:18 76:22 78:18 80:19 81:3 81:15 82:13 83:1 85:11 86:23 92:23 94:11 96:21 97:4 101:8 101:25 102:6 105:7 112:12 112:13 114:3 116:4 117:6 118:14 119:18 120:20 120:22 122:5 124:20 125:3 133:14 134:21 137:20 138:6 138:16 138:17 141:12 141:17 142:16 144:20 145:12 145:19 150:14 154:19 158:3 158:... 158:19 159:2 161:13 162:10 165:4 165:4 168:3 168:8 168:9 168:11 168:13 171:19 171:21 171:21

**there(132)** 5:20 6:12 6:15 6:16 6:19 7:9 9:18 9:23 10:2 10:13 10:23 11:23 12:1 13:22 14:5 15:1 15:6 15:25 16:4 17:9 17:13 17:25 18:25 19:6 19:18 20:5 20:12 20:23 22:1 22:4 23:19 23:22 24:2 24:16 24:19 27:13 28:4 31:15 32:3 32:17 32:22 33:25 35:5 35:10 36:3 36:3 37:20 39:12 39:13 40:6 40:8 40:21 40:22 41:4 41:8 41:23 42:14 45:2 45:4 45:9 48:7 49:2 50:13 50:15 52:7 54:20 57:17 58:10 59:7 59:9 59:9 60:23 61:18 66:16 66:20 69:7 69:9 71:12 72:7 74:8 74:25 75:15 75:18 78:23 85:12 89:24 96:6 99:14 100:12 100:14 100:17 111:4 112:18 117:1 122:12 125:13 125:19 126:10 126:19 130:21 130:23 132:15 132:18 132:25 134:15 134:19 135:2 136:7 137:1 138:5 143:11 144:4 144:7 144:19 145:1 145:18 146:20 148:14 150:23 152:13 157:8 158:13 159:20 160:17 163:9 165:4 168:12 169:3 170:3 173:24 174:2 174:2

**there's(53)** 4:19 7:11 7:21 11:7 28:17 31:8 32:24 33:16 36:9 36:10 36:19 38:5 40:22 40:23 42:18 45:15 50:9 52:20 54:24 54:25 56:16 62:11 68:13 70:16 73:19 77:19 77:22 79:24 81:5 113:8 113:25 119:16 122:17 123:19 135:19 136:9 143:14 144:20 145:4 145:5 145:18 145:19 145:19 146:20 147:2 147:3 147:23 150:25 153:2 154:20 154:25 158:13 159:13

**thereabout(1)** 88:3

**thereafter(2)** 53:22 173:14

**these(38)** 14:9 19:18 20:23 31:5 40:15 47:24 48:24 49:25 61:1 61:17 64:18 67:2 68:11 77:25 81:17 93:18 113:23 117:14 119:2 119:6 120:4 122:13 122:14 125:4 126:7 132:10 132:13 136:15 138:23 140:1 141:11 149:8 150:21 154:11 155:5 161:5 167:25 172:7

**they(143)** 9:21 10:5 10:21 13:6 15:16 17:4 17:12 20:2 20:11 21:3 21:17 24:1 25:7 25:14 26:2 28:9 28:10 31:5 33:19 34:1 34:9 34:19 34:21 35:1 35:2 35:8 36:2 36:4 36:13 38:22 40:18 41:18 41:20 42:2 43:6 44:5 44:6 44:16 44:17 45:18 46:3 46:7 46:7 46:7 47:23 47:24 47:25 49:6 49:20 49:21 50:8 52:15 52:17 53:17 53:17 55:1 57:10 60:3 60:13 60:19 62:17 67:22 68:2 68:6 68:7 75:9 76:3 81:9 83:18 83:20 83:24 84:10 84:21 86:3 86:4 86:17 86:18 87:1 87:8 92:21 92:22 92:23 92:23 93:19 94:5 94:10 95:25 106:20 112:5 112:6 112:14 112:14 113:20 113:21 114:2 114:2 114:11 117:5 118:25 119:4 120:6 120:8 121:24 121:24 124:22 126:9 128:19 128:20 128:21 128:21 128:25 130:8 130:8 132:14 133:19 134:7 134:17 134:17 135:2 135:5 135:8 135:17 137:4 137:5 140:9 141:9 144:17 146:14 148:12 149:1 149:2 149:12 154:14 160:4 160:15 162:21 167:20 168:7 174:6

**they'll(3)** 69:9 92:25 101:15

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**they're**(14) 17:14  17:14  22:9  35:1  36:24 39:5  68:25  81:24  112:3  119:1  134:10 134:10  136:17  146:17

**they've**(4) 31:22  68:1  69:8  133:23

**thing**(8) 15:22  15:22  22:1  50:13  51:19 56:14  78:1  115:11

**things**(19) 15:5  16:23  17:24  19:22  20:1 38:19  40:15  43:8  44:19  51:2  54:8  58:10 63:17  66:20  68:11  70:2  91:16  134:8  136:3

**think**(76) 7:4  10:18  11:12  12:2  13:10 14:23  17:12  18:14  20:21  22:11  23:3  23:2 26:8  27:11  27:13  27:17  27:24  28:7  28:19 31:1  39:25  51:20  51:22  51:23  52:7  54:5 54:19  54:24  56:15  58:1  61:7  61:22  62:16 63:15  63:22  64:5  67:5  67:16  75:5 77:20  80:6  80:12  81:6  83:17  85:20  93:24 102:11  110:3  115:3  115:24  119:25  121:11 121:18  125:22  134:1  139:1  139:4  139:15 140:6  140:10  142:8  144:19  146:8  149:12 156:14  159:3  163:21  165:16  165:24  166:3 166:16  168:19  169:22  172:1  172:21

**thinking**(1) 141:9

**third**(8) 39:5  83:14  83:16  92:20  119:18 119:19  125:22  170:21

**this**(301) 8:14  9:6  9:8  9:10  10:12  11:24 13:14  15:14  15:15  15:24  16:20  17:12  18:1 18:2  20:7  20:15  20:21  21:7  21:10  22:2 22:3  22:7  23:17  23:24  24:22  26:8  28:4 29:13  29:16  30:23  30:24  31:1  31:9  31:9 31:15  31:20  31:21  31:24  31:25  32:18 32:18  33:8  33:10  33:18  33:22  33:24  33:24 34:7  34:12  34:15  34:16  34:17  35:15  35:19 35:19  35:22  36:10  36:12  36:23  37:2  37:5 37:9  37:13  38:4  38:17  38:17  39:9  40:4 40:13  41:3  43:5  43:5  43:8  43:15  43:18 43:20  43:22  43:23  44:4  44:9  44:13  44:14 44:17  46:9  46:17  47:12  47:19  47:25  48:6 48:8  48:19  49:4  49:5  49:7  49:9  50:11 50:13  50:14  55:7  55:8  55:9  55:11  55:12 56:3  56:9  58:2  59:3  59:4  59:8  59:8  59:20 61:4  61:8  61:19  61:20  61:23  62:9  63:12 63:15  63:15  63:18  65:21  67:5  67:12  67:17 67:23  68:12  71:9  71:13  72:1  72:3  72:12 72:14  72:16  72:19  73:18  75:3  75:5  76:3 76:10  76:16  76:19  76:21  77:9  77:21  78:3 78:14  78:16  80:14  80:25  82:13  83:22 85:12  85:18  86:9  89:7  92:5  95:17  96:1 96:12  96:24  97:2  97:5  97:6  97:10  98:20 99:22  101:14  102:16  103:13  103:15  103:11 103:21  103:25  104:2  104:4  104:8  105:14 105:18  105:20  105:22  106:1  106:12  106:12 106:23  106:25  107:4  107:7  107:8  107:8 107:9  107:11  107:13  107:17  107:22  107:22 108:1  108:6  108:11  108:13  108:15  108:19 108:24  109:9  109:16  109:21  110:3  110:15 110:17  110:19  111:6  111:15  111:17  111:1 111:23  111:25  112:4  114:16  114:18 114:21  115:1  115:12  117:4  117:9  117:17 117:21  117:24  118:2  118:7  119:16  121:13 121:14  121:18  121:20  121:21  122:2  122:4 122:7  122:9  122:13  122:23  123:1  124:16 125:2  125:9  125:10  125:17  127:4  129:15 129:22  130:4  130:6  130:10  130:14  133:8 133:25  136:4  136:8  136:13  136:23  136:24 137:4  137:6  137:11  137:18  137:20  137:21 137:24  138:6  138:7  138:14  138:16  141:18 141:21  142:4  142:5  142:5  142:12  142:18 143:12  144:13  145:14  145:22  146:4  146:1 146:24  146:25  147:18  147:22  147:23 148:2  148:11  148:15  149:4  149:13  150:8 150:9  150:11  150:15  150:15  151:1

**this**(47) 153:12  153:20  155:4  155:4  156:14 156:23  157:12  157:13  158:7  158:9  158:1 158:18  158:19  158:19  158:24  159:2  159:7 159:9  159:10  159:11  159:17  159:18  159:1 160:5  160:16  163:20  164:3  164:4  164:8 165:7  165:16  167:1  167:3  167:5  167:8 167:13  167:17  167:21  168:21  169:1  170:5 170:16  170:14  170:14  170:16  171:2  172:8

**thoroughly**(3) 35:23  141:6  141:23

**those**(62) 6:13  7:8  8:23  9:17  9:18  9:21 10:1  10:3  10:5  10:8  10:15  11:6  11:9 14:16  14:19  17:8  17:18  17:24  19:2 20:8  20:19  22:24  24:3  24:5  24:7  24:11 24:18  26:1  31:20  32:4  36:24  44:19  44:20 46:15  49:19  50:6  53:3  59:10  67:22  67:25 68:3  68:19  69:1  83:16  91:6  91:6  93:21 113:1  113:3  113:4  113:16  113:19  116:22 120:24  121:4  139:20  144:19  152:14  155:2 155:6  160:25

**though**(2) 34:2  50:8

**thought**(7) 53:1  66:6  76:2  146:6  157:16 157:17  172:13

**thoughts**(2) 23:5  29:18

**thousand**(2) 43:6  166:16

**thousands**(1) 135:18

**thread**(2) 20:5  20:6

**three**(35) 19:6  40:21  46:15  58:22  58:24 58:24  78:21  83:21  84:25  109:14  110:7 111:22  112:14  113:14  113:19  114:1 114:13  115:22  116:4  119:10  119:17  119:1 121:23  122:15  124:17  126:4  147:1  147:2 148:25  149:4  153:24  154:14  156:1  157:25

**three-eighths**(2) 94:5  94:13

**threshold**(1) 25:13

**through**(37) 4:9  16:23  16:23  17:7  17:10 20:5  20:15  21:10  25:21  26:1  27:1  27:18 27:20  27:24  29:7  43:11  53:16  68:19  92:1 92:16  93:19  98:14  111:25  112:4  113:20 117:4  117:13  129:5  141:22  150:19  157:3 157:5  164:24  166:1  169:5  169:6  170:1

**throughout**(4) 36:16  100:23  100:25  150:18

**till**(3) 27:20  102:2  156:8

**time**(56) 10:25  11:14  11:19  13:15  13:18 14:16  15:11  25:23  28:3  32:16  32:24 34:2  35:22  39:19  40:5  40:6  44:9  48:20 57:15  58:9  61:15  67:21  68:19  73:22  74:8 74:13  74:24  75:12  75:15  78:17  79:1  80:15 83:6  83:21  84:4  87:4  89:4  89:7  90:16 114:2  117:21  118:19  126:19  129:4  131:10 131:11  140:19  143:22  150:3  150:15  153:18 157:1  164:11  172:14  172:16

**times**(6) 38:16  118:9  118:12  132:23  150:7 156:15

**timing**(1) 172:13

**title**(4) 33:22  49:12  161:21  164:20

**today**(19) 5:22  8:19  12:10  13:6  13:9  18:10 22:10  23:22  25:18  26:6  72:19  78:24  78:2 102:18  135:24  171:12  171:17  172:9 173:12

**today's**(1) 5:9

**together**(5) 20:4  38:15  44:9  44:15  74:5

**told**(1) 173:25

**tomorrow**(1) 29:22

**tonight**(1) 9:22

**too**(5) 61:8  112:15  116:2  140:7  140:7

**took**(6) 62:9  74:16  76:3  130:8  135:5

**top**(5) 43:10  47:15  72:2  116:1  143:10

**total**(4) 97:4  120:20  120:22  120:23

**totality**(1) 155:1

**totally**(1) 20:7

**touch**(1) 48:8

**towards**(1) 67:5

**town**(1) 29:21

**track**(1) 159:16

**tracking**(3) 75:22  129:18  168:22

**tracks**(1) 114:1

**trade**(3) 46:20  51:11  52:21

**trading**(1) 42:14

**trained**(4) 82:6  150:9  150:11  150:12

**training**(1) 91:16

**transacting**(1) 38:22

**transaction**(6) 31:16  32:2  32:6  38:23 45:12  73:18

**transactions**(1) 104:13

**transcript**(5) 1:19  1:50  172:4  172:14

**transcription**(2) 1:43  1:50

**transfer**(15) 10:18  11:3  11:6  11:9  11:20 24:19  24:20  34:18  34:20  35:9  36:4  36:9 49:20  61:19  130:19

**transferee**(2) 36:9  45:17

**transferred**(6) 10:11  10:24  11:8  128:1 128:4  128:9

**transferring**(1) 8:22

**transmitted**(1) 113:19

**travel**(1) 17:23

**tremendous**(1) 10:21

**trial**(2) 21:4  78:21

**tried**(2) 34:3  101:20

**troll**(1) 17:10

**truly**(1) 72:16

**trust**(25) 5:20  6:25  7:3  7:5  8:9  9:5  9:8 10:1  41:20  42:2  42:6  42:15  43:16  43:25 52:14  89:21  89:22  90:7  91:17  92:6  95:7 103:20  121:12  124:9  126:13

**trust's**(2) 4:10  4:24

**trustee**(20) 1:25  3:7  3:13  4:6  5:16  9:10 10:7  11:24  13:4  13:21  14:17  31:24  37:23 37:24  69:22  89:16  103:7  107:4  110:4 123:11

**trustee's**(1) 23:10

**trustees**(3) 13:11  19:12  22:23

**trustees'**(1) 89:17

**trusts**(1) 41:20

**truth**(2) 69:8  82:19

**truth-in**(1) 119:25

**truth-in-lending**(6) 102:10  110:14  110:14 110:23  121:8  145:15

**truthfulness**(1) 77:17

**try**(11) 34:2  47:5  63:18  69:13  82:9  98:20 136:3  142:23  152:3  153:11  160:5

**trying**(23) 17:23  35:15  39:20  40:2  49:17 50:7  56:24  56:25  57:4  59:4  61:16  63:17 71:10  76:5  81:12  84:16  86:4  127:6  146:25 151:3  160:19  161:11  163:5

**turn**(10) 29:2  34:5  53:18  95:6  117:8  136:2 136:20  142:1  163:25  168:4

**turned**(3) 6:8  6:17  6:20

**twelve**(2) 36:23  108:9

**twenty**(3) 29:15  76:22  166:3

**two**(19) 10:15  18:21  19:6  36:19  50:2 50:19  55:17  55:19  72:2  96:18  96:21  110:6 122:12  122:16  125:3  145:17  149:14  150:7 169:19

**type**(11) 37:20  63:18  70:3  93:2  95:5  98:19 112:2  129:22  145:4  159:11  160:17

**types**(1) 40:21

**u.s**(6) 14:16  35:18  43:19  88:12  145:11 149:2

**uh-huh**(2) 101:7  112:20

**uh-uh**(1) 115:7

**ultimate**(2) 26:19  79:25

**ultimately**(1) 93:22

**um-hum**(22) 14:25  26:21  35:7  36:6  37:18 38:11  49:10  49:16  50:17  51:12  53:14 64:22  64:25  66:10  69:3  102:8  126:11 127:14  132:12  142:3  170:4  170:11

**unauthorized**(1) 52:16

**unbeknownst**(1) 46:4

**unclear**(1) 63:20

**unclouded**(1) 49:14

**under**(85) 4:12  5:1  9:25  13:12  14:8  14:16 15:2  15:8  15:16  16:8  16:24  23:16  24:25 25:12  25:24  28:21  31:11  31:21  32:25  33:3 33:3  33:10  33:20  34:6  34:16  35:23  36:16 36:25  37:11  37:13  37:20  37:21  38:2  39:1 39:11  39:11  40:8  40:10  40:21  40:24  42:6 44:11  45:9  45:11  45:17  46:12  46:14  46:19 46:21  46:24  47:13  47:13  47:14  48:1  48:2 48:9  51:10  51:11  52:8  63:21  66:24  84:25 86:22  97:25  104:12  120:22  120:23  123:18 137:4  137:7  137:14  138:13  140:1  140:11 141:19  141:23  142:2  159:18  160:13  160:14 164:2  164:3  168:21  173:10  173:12

**undergone**(1) 147:19

**underlying**(1) 19:19

**underneath**(1) 96:18

**understand**(25) 24:11  26:25  30:11  58:12 60:7  60:18  67:7  70:3  74:2  78:7  86:4 86:18  112:2  142:5  142:12  142:22  148:12 150:15  150:20  151:1  151:2  161:10  161:11 163:6  170:23

**understanding**(7) 78:23  86:21  116:12 116:18  137:17  143:1  165:10

**understood**(3) 68:18  162:5  168:19

**underway**(1) 10:10

**underwriter**(2) 90:22  98:15

**underwriting**(5) 93:1  95:1  164:25  165:2 165:4

**underwritten**(1) 98:13

**unfair**(7) 46:13  46:16  46:24  47:4  48:15 77:20  81:7

**unfamiliar**(1) 155:1

**unified**(1) 90:22

**unify**(17) 108:25  109:2  109:3  109:4  109:8 109:19  113:25  114:17  119:3  121:21  122:7 122:22  122:23  124:19  144:14  144:15 144:15

**united**(3) 1:1  1:21  18:23

**unknown**(1) 153:7

**unlawful**(1) 52:7

**unless**(5) 7:21  37:12  64:4  72:24  81:5

**unrelated**(3) 18:1  20:7  39:13

**unsecured**(1) 26:14

**until**(8) 12:8  21:7  27:3  27:23  29:16  47:21 89:13  129:10

**unusual**(1) 121:7

**update**(1) 8:19

**upgrades**(2) 136:11  136:19

**uploaded**(1) 144:18

**upon**(5) 32:17  46:10  47:1  67:16  93:21

**upper**(1) 158:17

**urban**(1) 88:13

**usage**(2) 53:15  81:19

**use**(10) 20:24  32:19  52:7  75:11  76:16 80:18  93:11  128:21  145:8  167:20

**used**(11) 55:12  62:8  79:15  79:21  117:3 128:20  128:21  129:21  135:11  140:13 140:19

**using**(3) 30:25  155:23  166:10

**usually**(2) 29:25  166:2

**utilities**(2) 9:23  9:24

**vacate**(1) 9:8

**validity**(4) 23:11  33:6  129:8  130:25

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **value**(2) 7:7  7:7 | | **was**(301) 4:11  4:20  4:25  6:7  6:8  6:9  6:9 | | **we're**(40) 11:9  11:12  11:20  20:22  28:5 | | **what**(216) 4:20  11:2  12:17  15:11  16:13 | |

*(Full index of words with page:line references — reproduced below in reading order.)*

**value**(2) 7:7  7:7
**variable**(2) 100:24  102:19
**variables**(1) 146:20
**various**(2) 26:4  58:25
**vary**(2) 25:14  120:7
**vast**(2) 10:11  11:13
**verification**(1) 97:8
**verifications**(1) 132:13
**verified**(3) 72:18  97:5  97:8
**verify**(1) 117:5
**version**(2) 155:10  155:11
**versions**(1) 18:10
**versus**(3) 54:9  75:6  127:9
**very**(19) 8:19  10:6  20:22  27:23  32:5  32:5  32:15  37:19  39:6  39:19  39:25  42:4  44:5  48:18  50:16  51:8  82:16  82:18  116:1

**vice**(3) 90:14  91:11  152:4
**victim**(1) 13:25
**violated**(2) 33:2  139:4
**violation**(2) 32:25  48:19
**virtue**(1) 67:9
**vision**(19) 95:18  95:19  95:20  95:25  103:14  104:1  105:19  106:22  107:10  107:23  108:12  108:25  108:25  109:5  109:8  109:19  110:16  111:16  167:4

**visual**(1) 43:6
**vmp12**(1) 125:23
**vmp552r**(2) 123:6  123:20
**wait**(13) 24:6  27:20  75:24  75:24  75:24  75:24  87:13  101:3  156:8  165:13  171:25  171:25  172:13

**walk**(2) 53:16  68:19
**wamu**(3) 72:21  73:2  104:21
**wanerka**(77) 3:18  25:8  26:5  27:9  29:3  29:3  79:3  89:16  89:17  95:13  97:20  97:24  98:14  98:17  99:1  99:3  101:5  101:8  101:11  101:14  101:22  102:1  102:4  102:9  102:20  102:22  110:2  112:17  112:19  112:21  115:1  116:2  123:15  123:22  123:25  124:4  124:7  124:14  126:11  128:7  132:4  134:10  134:15  134:17  134:21  134:25  135:5  135:9  135:12  135:15  139:6  139:9  139:12  140:8  141:13  141:20  141:25  146:10  146:13  150:5  151:13  156:6  159:3  162:1  162:4  162:7  162:9  162:12  162:14  162:18  162:20  162:24  163:10  166:24  169:16  169:19  171:6

**want**(58) 11:25  14:6  16:18  17:4  18:2  22:10  23:17  28:3  29:13  29:17  30:5  32:23  34:5  34:7  36:14  37:2  38:17  40:20  45:3  53:11  59:22  64:8  70:2  71:4  71:22  75:25  77:8  78:2  82:16  88:5  89:1  91:3  92:23  92:25  94:7  113:12  123:4  123:5  123:20  126:7  140:17  140:18  142:1  144:1  151:6  156:13  157:24  160:2  163:25  166:5  170:9  171:21  172:2  172:4  172:24  172:25  174:1  174:4
**wanted**(10) 18:8  51:9  52:6  54:11  70:7  73:12  86:18  120:20  157:17  167:10

**wanting**(1) 30:2
**wants**(1) 146:5
**warehouse**(1) 12:11

**was**(301) 4:11  4:20  4:25  6:7  6:8  6:9  6:9  6:12  6:15  6:15  6:16  6:19  6:22  7:12  7:15  9:6  9:10  9:19  9:23  10:13  10:16  10:19  10:23  11:4  11:4  12:1  12:4  13:12  13:20  15:23  15:25  16:4  16:13  17:12  19:10  20:1  20:10  20:12  24:14  24:19  25:11  25:11  25:23  25:24  26:2  29:24  31:15  31:18  32:2  32:7  32:12  32:22  32:22  33:25  35:10  35:11  35:20  35:22  35:24  35:25  35:25  36:2  36:3  36:3  36:10  39:18  40:1  40:6  40:6  41:13  41:13  41:21  41:23  42:2  42:7  42:15  42:19  43:9  43:16  44:2  44:8  44:9  44:14  44:15  44:22  44:23  45:2  45:2  45:4  45:10  45:23  46:9  47:4  47:8  47:11  48:1  48:7  48:13  49:6  49:22  49:24  49:25  52:7  53:23  54:2  54:8  54:11  54:11  56:10  57:3  57:16  57:17  57:20  57:21  57:23  58:3  58:7  58:9  58:9  58:10  59:3  59:4  59:6  59:7  59:9  59:22  60:23  62:7  64:13  65:1  65:2  65:5  65:6  66:18  67:11  67:13  67:18  67:22  67:23  67:24  68:4  70:4  70:9  70:9  70:24  71:3  71:3  72:13  72:20  73:9  73:11  73:24  74:14  74:25  75:1  75:23  76:1  76:5  78:10  78:14  81:16  81:18  81:21  83:19  84:16  85:1  85:8  85:18  85:20  86:9  87:17  88:1  88:2  88:7  88:9  88:10  88:13  90:12  90:20  90:21  91:12  92:7  92:15  92:16  93:5  93:6  93:9  93:22  94:13  94:13  94:21  96:13  96:14  96:25  97:5  97:6  97:14  97:18  97:19  97:20  98:8  98:9  98:13  98:16  98:19  98:23  98:24  99:3  99:1  99:22  100:6  100:12  100:14  100:17  100:21  100:23  100:24  100:25  101:9  101:14  101:24  102:11  104:4  104:9  104:10  105:6  105:8  105:22  106:11  107:13  108:15  109:9  109:1  110:19  111:2  111:9  111:19  112:4  113:24  115:12  116:25  117:1  117:2  117:21  117:22  118:7  118:9  118:12  118:13  118:14  118:14  118:15  118:16  118:17  118:18  119:16  119:20  119:21  120:1  120:15  122:1  122:4  122:7  122:14  122:19  124:16  124:23  124:23  124:24  125:2  126:4  126:16  126:17  126:19  127:22  128:1  128:3  128:9  129:1  129:20  130:6  130:10  130:10  130:21  130:2  131:9  131:14  132:16  132:16  132:19  132:19  132:25  133:3  133:6  133:16  134:2  134:4  134:15  134:23  135:2

**was**(59) 135:25  136:4  136:5  136:13  136:17  137:6  137:8  138:5  139:12  139:16  139:19  139:20  140:10  140:11  140:12  140:22  140:23  141:13  141:18  141:22  141:23  142:3  143:13  144:7  144:19  144:22  147:8  147:15  147:20  148:23  150:12  150:14  151:1  152:2  155:6  155:13  156:14  157:5  157:6  157:20  158:19  159:15  160:19  160:24  161:15  161:18  162:2  162:4  163:3  163:3  164:10  165:4  168:21  170:16  170:16  173:23  173:24  174:2  174:9
**wasn't**(14) 10:1  48:12  57:1  75:22  137:5  137:7  137:9  137:11  137:16  137:18  144:7  144:21  150:12  170:19

**washington**(4) 72:9  72:13  97:20  98:1
**water**(1) 87:15
**way**(7) 16:9  26:18  35:17  75:3  137:20  144:9  160:16

**we'd**(1) 117:6
**we'll**(34) 16:21  17:17  21:9  21:17  23:3  27:14  28:16  28:22  28:24  29:2  29:7  29:18  30:3  30:4  30:9  30:10  30:12  30:13  38:6  50:21  64:9  66:13  88:24  94:2  127:8  127:10  134:3  143:9  155:25  156:5  159:25  173:2  173:6

**we're**(40) 11:9  11:12  11:20  20:22  28:5  28:20  29:11  30:11  30:13  31:16  37:4  47:10  51:3  56:24  61:16  62:12  63:16  63:16  66:2  66:5  67:20  76:23  80:20  80:22  82:6  89:7  99:9  101:23  117:20  123:8  126:6  141:18  147:23  151:22  155:23  161:24  166:13  169:25  172:2  172:22

**we've**(15) 11:9  51:9  56:15  89:2  171:12
**website**(2) 43:19  43:21
**week**(3) 18:10  18:14  155:18
**weekend**(1) 30:5
**welcome**(4) 21:25  22:18  155:24  171:7
**well**(109) 5:24  6:21  7:2  9:20  14:15  15:7  15:20  16:7  19:16  19:16  19:21  20:21  22:7  22:23  24:13  25:22  28:1  29:6  29:24  31:19  32:6  36:23  41:20  41:25  42:17  45:6  45:6  46:18  54:4  54:6  54:16  55:14  57:19  58:17  59:3  59:8  60:1  62:5  62:15  62:25  64:4  65:16  66:11  67:7  71:24  72:12  74:24  78:6  79:14  80:6  80:11  82:5  82:8  82:12  82:18  83:11  83:17  83:19  84:13  86:7  86:20  87:25  89:9  112:4  115:11  116:24  120:21  127:13  128:3  134:12  135:11  136:8  136:9  137:10  137:20  138:9  139:1  140:4  140:20  144:1  144:17  145:24  148:22  149:1  150:8  150:14  150:14  152:17  153:8  155:15  156:18  157:12  159:9  159:17  159:18  159:23  160:14  160:16  162:4  162:10  166:1  169:13  169:18  169:22  171:18  173:15

**wells**(1) 44:11
**went**(17) 10:15  10:18  32:10  34:1  47:24  49:11  67:22  70:22  91:16  104:16  111:25  144:20  155:11  155:11  160:23  161:13  173:24
**were**(87) 6:13  6:18  6:23  7:1  9:1  9:13  9:17  9:20  9:24  10:2  10:5  11:5  11:5  14:15  15:1  20:2  20:11  22:19  25:7  26:1  26:2  32:17  32:17  33:1  34:23  46:7  50:8  58:11  61:1  61:8  63:10  68:3  68:21  73:9  75:15  75:18  76:2  82:24  83:16  83:18  90:8  91:6  91:9  95:25  102:5  104:23  113:19  113:20  113:21  113:23  114:2  114:12  114:3  118:15  121:24  122:13  123:2  123:19  130:23  132:13  132:13  134:7  135:1  135:8  135:17  139:4  139:8  139:11  139:14  139:17  140:1  141:8  149:1  149:2  149:8  149:8  150:8  150:11  150:23  152:3  154:12  154:14  155:5  157:20  158:9  160:24

**werkeiser**(1) 157:16
**west**(1) 1:31

**what**(216) 4:20  11:2  12:17  15:11  16:13  16:21  21:9  22:5  22:9  23:3  23:22  28:1  28:3  28:7  28:9  29:1  29:17  29:24  30:9  30:10  33:16  36:2  36:12  39:19  41:7  41:16  41:17  41:19  43:1  44:3  44:4  44:12  45:7  45:23  45:25  46:14  51:9  51:20  54:5  54:8  54:17  56:25  57:11  57:19  60:2  62:25  63:15  63:20  64:7  65:7  65:24  67:16  71:6  72:12  72:25  73:9  73:11  73:12  73:13  74:2  75:12  75:21  76:5  76:6  76:7  79:11  79:17  82:6  82:6  82:10  82:17  86:4  86:7  86:18  86:21  86:25  87:7  87:14  87:14  87:14  89:24  90:12  91:9  92:8  92:10  92:19  92:23  93:2  93:11  93:14  93:22  93:24  93:25  94:2  94:18  95:17  95:19  96:12  97:15  97:18  98:8  98:24  99:8  100:2  100:5  100:16  100:21  101:16  102:17  103:10  103:13  103:23  103:25  104:8  105:4  105:16  105:18  106:18  106:21  107:17  107:9  107:20  107:22  108:8  108:11  108:21  108:24  109:2  110:13  110:15  110:22  110:25  111:13  113:24  114:11  116:16  116:16  116:18  117:16  117:20  118:18  118:25  119:2  120:5  120:5  120:9  120:11  121:20  122:9  122:13  122:14  122:21  123:7  123:23  124:5  125:13  125:14  125:15  126:15  129:17  129:19  130:14  130:18  131:12  132:18  132:21  132:21  133:4  134:9  135:9  136:8  136:13  137:7  139:16  139:21  140:4  140:9  141:11  142:5  142:12  144:16  145:8  145:11  146:4  146:6  146:6  146:13  147:1  147:10  149:12  150:21  152:16  152:21  152:24  154:8  154:12  154:16  155:1  157:20  160:9  161:12  161:20  163:13  165:19  166:25  167:3  167:15  167:17  169:13  169:15  171:11  171:11  171:17  171:17  171:17  171:18  171:20

**what's**(18) 12:2  17:11  28:1  28:25  39:3  44:20  54:23  59:17  72:25  79:10  95:2  95:2  111:15  114:16  114:24  115:13  116:13  119:23
**whatever**(3) 47:11  57:20  58:6
**when**(89) 6:7  21:23  26:16  28:9  28:11  29:22  34:1  40:16  46:7  47:24  47:25  48:3  49:5  50:22  61:5  67:3  67:22  68:13  74:4  75:3  75:11  75:20  76:5  76:12  78:15  83:24  84:12  84:14  86:2  86:10  86:16  86:22  92:20  94:24  94:25  95:24  97:10  97:16  99:21  99:22  102:7  102:10  102:25  110:7  111:7  112:5  112:8  112:21  113:21  114:2  116:18  117:19  118:13  118:15  118:15  118:16  118:16  119:19  120:14  122:3  126:17  126:19  128:1  128:3  128:9  128:23  128:25  129:7  130:6  131:16  137:17  138:11  140:7  140:12  141:7  144:7  145:1  147:7  147:10  148:6  148:8  148:9  152:24  156:17  161:8  161:18  162:2  166:2  173:22

**where**(36) 6:14  7:19  9:19  9:24  30:3  35:10  37:8  41:8  50:9  56:9  59:16  64:10  66:9  66:23  68:6  71:9  71:9  80:14  95:20  96:15  96:16  97:2  97:22  103:10  104:11  104:19  104:25  112:14  117:3  141:7  148:20  155:19  161:14  161:14  167:24  172:2

**whereupon**(1) 174:9
**whether**(24) 6:7  6:11  11:20  12:8  12:10  14:7  34:22  57:2  68:14  79:10  80:9  80:10  87:22  92:6  117:1  134:12  139:3  140:23  149:1  165:22  165:23  165:23  168:14  168:15

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**which(81)** 4:10 4:24 5:18 7:5 9:6 13:8 13:11 13:23 14:4 19:4 19:10 23:5 23:25 24:21 26:11 26:12 29:3 31:18 32:16 33:20 38:5 41:24 42:4 42:12 44:7 45:11 46:12 49:1 52:17 54:1 54:1 54:13 55:25 56:20 57:7 57:9 58:19 58:22 58:25 59:14 59:14 60:3 61:4 61:5 62:7 63:12 64:1 65:21 68:24 74:8 74:15 77:11 83:21 84:19 94:5 95:8 99:22 101:9 102:4 103:20 108:5 111:2 112:7 112:8 113:25 119:19 121:13 122:4 122:19 123:15 123:16 128:13 138:2 139:23 147:24 155:16 157:13 158:8 160:18 164:10 173:7

**while(7)** 7:14 11:4 34:20 74:12 75:10 96:7 116:9

**whiteman(1)** 13:4
**whiteout(1)** 16:24
**whiz(17)** 117:3 117:19 118:7 118:7 118:18 119:1 119:9 119:14 119:20 119:22 120:17 121:7 139:17 139:18 139:18 139:19 156:1

**who(37)** 9:3 17:10 35:11 39:6 40:2 40:14 43:24 45:8 45:14 45:24 46:15 59:5 71:3 74:23 79:4 83:16 86:23 87:5 92:22 93:10 103:2 103:4 106:9 126:24 127:19 128:23 130:3 134:22 135:1 138:11 142:23 159:9 159:11 159:15 160:18 164:20 170:24

**who's(4)** 5:22 45:7 45:23 159:9
**whole(6)** 43:15 64:5 135:12 136:17 146:19 162:9

**wholesale(25)** 90:14 90:20 91:12 91:13 91:15 92:16 92:18 92:19 92:20 93:10 93:16 93:18 112:5 112:5 112:9 115:1 122:4 133:8 141:14 152:5 152:6 152:8 156:23 157:4 161:18

**wholly(1)** 19:20
**whom(4)** 83:11 89:20 90:7 128:3
**why(15)** 46:8 49:14 60:25 62:8 115:21 116:4 118:12 119:14 120:4 120:24 127:12 128:19 131:14 131:19 169:9

**wilbur(2)** 127:9 128:7
**will(74)** 7:20 12:25 13:20 14:23 17:1 17:19 18:8 18:10 18:16 18:19 19:7 25:18 25:19 26:7 27:2 27:6 27:24 27:25 28:8 29:3 31:12 32:19 33:8 33:25 37:14 39:8 39:14 41:23 43:7 43:24 43:25 52:4 53:1 53:4 54:12 55:8 61:23 65:16 66:10 68:24 69:2 69:4 71:24 75:11 79:4 89:16 92:24 99:23 99:24 101:20 111:10 114:25 114:25 122:4 143:17 147:7 147:10 147:12 147:13 164:3 164:6 164:16 164:19 164:20 166:11 166:17 171:21 172:2 172:8 172:13 172:15 173:11 173:13 173:15

**wilmington(5)** 1:12 1:32 2:7 2:14 4:1
**wish(5)** 8:5 19:22 170:3 170:8 171:22

**with(227)** 5:9 5:15 5:20 6:4 6:11 7:8 7:17 7:18 8:22 9:17 9:18 11:22 12:11 12:19 12:25 13:7 13:19 14:6 15:6 15:15 16:21 18:3 18:4 18:20 19:8 19:19 19:21 20:8 20:16 20:24 22:20 24:4 24:12 24:21 25:7 25:8 25:11 26:14 27:10 30:23 31:3 31:4 31:7 33:11 33:16 34:7 36:3 38:4 38:15 39:5 39:8 39:8 39:16 40:17 41:15 41:22 42:7 44:3 44:13 44:24 45:23 46:5 47:4 48:8 48:12 48:16 50:3 50:10 53:15 53:22 54:3 54:12 54:13 54:13 54:24 55:10 55:13 55:21 56:23 57:20 57:21 59:6 59:15 59:21 60:19 61:18 66:21 66:25 67:20 68:2 68:4 68:7 70:14 70:17 72:2 72:9 73:20 74:9 74:10 76:13 76:15 77:22 78:10 78:11 78:22 79:25 80:9 80:12 80:13 81:5 91:1 91:18 91:20 91:23 91:24 92:2 92:6 92:13 92:20 92:22 92:22 92:25 93:3 93:12 93:14 94:3 94:23 95:15 97:19 98:1 99:4 103:8 103:21 105:13 106:15 107:4 107:17 108:6 108:19 110:3 110:11 111:11 112:12 112:12 112:23 113:5 113:16 114:2 114:8 114:13 117:9 118:7 118:22 121:18 126:6 128:10 129:6 129:8 129:15 129:23 130:15 130:18 131:12 132:14 133:8 133:9 133:10 133:12 133:15 133:19 133:20 134:6 134:7 134:13 134:16 135:2 135:3 135:19 135:22 139:4 139:23 140:6 140:23 141:11 141:15 141:17 143:18 144:12 144:21 147:25 147:18 147:22 148:14 149:13 150:2 150:5 152:12 152:13 153:6 153:13 154:1 154:21 154:25 155:1 155:18 157:5 160:1 161:17 163:7 163:20 167:1 167:13 169:25 170:14 170:16 171:25 173:13

**withdraw(6)** 64:10 65:16 65:25 66:10 66:13 83:5

**withdrawn(1)** 65:6
**withdrew(2)** 65:12 66:6
**within(11)** 24:23 33:22 44:24 45:1 48:3 48:17 113:9 113:14 152:3 159:10 163:21

**without(14)** 8:5 18:14 38:16 60:20 61:12 63:11 65:9 79:13 79:15 80:8 84:11 84:16 100:3 106:5

**witness(10)** 28:11 30:20 77:24 88:25 89:17 124:8 141:9 157:18 158:6 163:20

**witnesses(2)** 3:3 171:8
**wolfe(1)** 2:11
**won't(3)** 12:7 55:15 136:3
**word(3)** 29:10 140:13 140:19
**words(1)** 43:6
**work(10)** 29:17 90:10 92:22 133:8 133:10 133:11 134:6 172:3 172:11 173:2

**worked(3)** 91:14 134:22 139:3
**working(3)** 12:13 90:7 166:14
**works(2)** 106:10 150:1
**worry(1)** 171:10
**worth(2)** 49:13 136:18

**would(153)** 4:15 7:4 12:19 14:17 15:11 15:17 17:12 19:22 20:17 20:19 20:22 22: 22:5 23:1 24:3 24:6 24:18 26:25 27:4 27:8 28:1 30:7 31:2 37:9 38:21 43:11 44:10 44:45:20 46:11 48:25 53:16 58:13 62:24 62:24 63:23 64:1 64:19 64:19 64:22 66:17 66:21 66:22 67:15 67:25 69:6 69:14 70:10 75:5 76:15 77:20 78:1 78:11 78:23 79:7 80:18 81:7 82:25 87:5 89:5 89:9 89:10 89:12 95:3 99:20 102:6 102:10 111:18 112:7 112:9 112:10 112:11 115:1 115:11 115:12 117:4 117:5 119:15 119:18 120:4 121:11 125:10 125:13 125:14 125:11 126:3 126:8 130:9 131:23 133:8 133:10 133:11 133:12 133:14 134:19 135:1 135:3 135:14 137:20 137:24 138:2 144:9 145:22 145:24 148:3 148:8 148:9 148:9 148:12 148:14 148:15 148:25 149:12 149:13 151:7 154:14 155:9 156:2 156:17 156:19 156:20 156:21 156:23 157:1 157:1 157:9 159:11 159:12 159:20 160:4 160:15 160:1 160:18 160:19 160:20 161:9 161:15 164:10 164:11 164:22 164:23 168:24 168:24 169:13 169:21 170:18 170:20 171 171:12 171:18 172:9 172:16 172:20

**wouldn't(5)** 138:16 146:1 152:18 152:18 159:15

**write(3)** 47:8 47:9 157:11
**writes(1)** 48:4
**writing(5)** 38:4 81:1 81:2 157:10 157:21
**written(2)** 39:14 72:25
**wrong(4)** 28:25 30:17 126:21 144:2
**www.diazdata.com(1)** 1:47
**yeah(41)** 4:18 10:22 12:4 14:22 17:16 17:16 18:12 21:5 21:9 55:3 56:19 57:10 58:9 60:10 61:12 63:19 65:4 65:13 65:15 68:5 82:5 82:22 83:2 85:16 88:24 93:6 112:17 115:17 115:21 116:3 126:21 132:2 140:24 157:15 162:7 162:18 165:13 165:19 168:19 169:6 172:18

**year(23)** 9:8 9:9 10:10 10:12 11:16 11:19 32:9 36:22 37:5 55:12 55:14 88:10 93:4 94:1 98:23 99:4 99:14 100:3 101:13 101:20 101:21 108:9 125:4

**years(10)** 9:4 9:21 46:4 57:18 90:11 99:18 101:10 102:12 102:13 144:19

**yellow(7)** 71:5 71:6 71:12 76:10 95:6 95:9 98:11

**yep(5)** 50:21 95:12 95:12 95:12 123:14

**yes(178)** 4:17 5:6 5:11 15:15 20:20 21:13 23:2 29:12 30:7 30:17 34:13 42:23 42:23 42:25 43:3 54:19 54:23 56:12 59:9 59:10 60:5 65:22 72:4 72:8 77:7 78:6 83:14 85:7 85:14 85:23 88:16 90:18 90:20 91:8 91:8 91:19 91:22 92:1 92:4 92:8 93:6 93:9 93:23 94:9 94:15 95:16 95:24 96:4 96:17 97:12 98:7 98:17 99:16 99:19 100:11 103:9 103:17 103:19 103:22 104:3 104:7 105:15 105:21 105:25 106:8 106:13 106:17 106:24 107:2 107:6 107:12 107:15 107:19 107:25 108:3 108:7 108:14 108:17 108:20 109:6 109:11 109:18 109:20 109:22 110:12 110:18 110:21 111:5 111:12 111:18 111:21 113:2 113:5 113:11 113:14 113:18 114:10 114:20 114:23 116:15 117:3 117:11 117:23 118:1 118:5 118:9 118:11 118:24 119:5 119:8 119:13 120:3 121:6 121:10 122:8 122:11 122:25 123:3 124:4 125:6 125:8 126:2 126:23 127:3 127:5 127:23 128:18 129:16 129:25 130:2 130:18 131:25 132:24 133:16 134:5 136:1 136:12 136:22 136:25 137:3 137:15 140:10 141:1 144:5 144:14 145:6 145:16 145:21 147:6 147:14 148:19 149:23 151:9 151:18 151:25 152:12 152:22 153:1 153:4 153:21 154:7 154:14 156:16 157:7 160:13 161:2 165:3 165:6 167:7 167:9 167:14 167:23 168:23 169:16 171:3 172:5 172:12 173:21

**yet(3)** 18:25 49:11 49:14
**yield(4)** 93:19 94:7 94:12 94:16
**york(2)** 1:38 7:14
**you(301)** 4:15 4:19 4:23 5:4 5:6 5:7 5:11 5:12 6:1 7:24 8:11 8:16 12:16 12:17 12:19 12:20 12:20 12:20 12:23 13:2 14:15 15:14 15:21 15:22 16:22 16:22 16:24 17:7 17:11 17:11 17:11 17:14 17:17 18:9 20:19 21:24 22:10 22:14 22:19 23:1 23:6 23:7 23:8 26:11 26:15 27:12 27:13 27:14 27:14 27:14 27:15 27:15 27:17 27:17 27:18 27:19 27:23 28:1 28:3 28:7 28:13 28:14 28:15 28:15 28:22 28:24 29:10 29:14 29:14 29:16 29:17 29:21 29:22 30:2 30:5 30:18 30:21 30:21 32:15 36:9 37:1 37:4 37:10 37:21 42:25 43:2 43:6 48:4 48:4 48:22 48:23 48:23 49:2 50:16 50:23 51:5 51:25 52:23 52:24 54:12 54:18 54:21 54:22 55:4 55:8 57:1 57:6 57:7 57:10 57:11 57:14 57:19 57:24 57:24 58:2 58:15 60:4 60:13 60:19 62:21 62:22 63:3 64:7 64:8 65:11 66:6 68:10 68:11 68:13 68:14 68:18 69:6 69:9 69:9 69:14 69:16 69:18 69:20 70:4 70:7 70:14 71:2 71:7 71:8 71:10 71:11 71:16 71:18 71:22 72:1 72:6 72:9 72:10 72:14 72:19 73:2 73:6 73:9 73:12 73:15 73:15 73:22 74:1 74:8 74:9 74:13 74:15 74:18 74:23 75:3 75:12 75:17 75:20 75:21 75:21 75:23 76:2 76:5 76:7 76:8 76:9 76:10 76:11 76:12 76:15 76:15 76:15 76:21 76:25 77:5 77:12 80:8 80:9 81:11 82:1 82:9 82:10 82:10 82:18 82:19 82:20 82:25 83:4 83:6 83:7 84:7 84:8 84:25 85:5 85:7 86:1 86:6 86:10 86:11 86:13 86:15 86:16 86:18 87:11 87:14 87:19 87:21 87:22 87:22 88:5 88:19 88:21 88:22 89:5 89:11 89:20 89:22 89:24 90:1 90:8 90:10 90:12 90:16 90:19 90:24 91:3 91:18 91:20 91:23 92:2 92:6 92:10 92:18 92:18 93:3 93:24 94:3 94:13 94:18 94:22 95:2 95:6 95:15 95:15 95:19 96:12 96:15 96:19 96:21 96:24 97:13 97:18 97:22 98:4 98:18 98:22 98:23 99:7 99:9 99:14 100:2 100:5 100:6 101:18 102:5 102:17 103:6 103:7 103:8 103:10 103:20 103:21 103:23 104:8 104:19 104:22 105:4 105:10 105:10 105:13 106:1 106:9 106:14

| Word | Page:Line | Word | Page:Line |
|---|---|---|---|
| **you**(301) | 106:15  106:16  106:18  107:3 | **your**(227) | 4:4  4:8  4:16  4:18  4:20  4:23 |
| | 107:4  107:7  107:16  107:17  107:20  108:4 | | 4:24  5:4  5:7  5:9  5:12  5:14  5:17  5:20  6:2 |
| | 108:6  108:8  108:18  108:19  108:21  109:2 | | 7:9  7:21  7:22  8:11  8:12  8:17  8:19  8:25 |
| | 109:12  110:3  110:4  110:10  110:10  110:11 | | 11:25  12:4  12:12  12:25  13:3  13:5  13:10 |
| | 110:13  110:22  110:25  111:3  111:7  111:7 | | 13:14  14:7  14:12  14:15  14:23  15:19  15:23 |
| | 111:10  111:11  111:13  112:16  113:7  113:25 | | 15:23  16:10  16:23  17:7  18:7  18:17  19:11 |
| | 114:4  114:8  114:11  115:3  115:6  115:22 | | 20:21  21:14  22:25  23:5  23:9  23:17  26:18 |
| | 116:11  116:16  116:16  117:8  117:9  117:12 | | 27:13  27:16  27:18  28:2  28:3  28:4  28:6 |
| | 117:16  118:3  118:6  118:10  118:20  118:22 | | 28:8  28:12  28:18  28:21  28:25  29:1  29:7 |
| | 118:23  119:14  120:4  120:9  120:11  120:22 | | 29:14  29:18  34:20  34:22  34:23  41:16 |
| | 120:24  121:11  121:20  122:2  122:7  122:10 | | 47:10  50:19  50:23  52:25  53:9  53:20  54:6 |
| | 122:13  122:17  122:17  122:24  123:5  123:25 | | 55:17  57:7  58:15  59:13  59:18  60:15  60:19 |
| | 124:2  124:5  124:16  124:20  125:7  125:9 | | 61:3  61:14  61:14  61:16  62:16  63:25  64:17 |
| | 126:3  126:6  126:7  126:7  126:8  126:19 | | 65:25  66:5  66:13  67:7  67:20  68:18  69:4 |
| | 128:16  128:19  128:23  128:23  129:4  129:7 | | 69:7  69:20  71:4  71:16  71:18  71:23  71:25 |
| | 129:10  129:14  129:15  131:5  131:6  131:23 | | 72:9  72:20  73:2  73:6  73:23  74:2  75:11 |
| | 131:25  132:5  132:5  132:8  132:19  132:23 | | 76:4  76:12  77:5  78:5  79:7  79:21  80:2 |
| | 133:4  133:15  133:16  133:19  133:23  134:4 | | 81:24  82:1  82:2  82:7  82:23  83:6  83:8 |
| | 135:9  135:11  135:20  135:24  136:2  136:4 | | 84:6  84:16  85:14  85:18  85:23  86:1  86:5 |
| | 136:15  136:18  136:20  137:10  137:20  138:6 | | 86:9  86:10  87:17  87:23  87:23  87:25  88:12 |
| | 138:9  138:10  138:13  138:16  138:20  139:8 | | 88:18  88:19  89:1  89:13  90:1  90:12  90:24 |
| | 139:11  139:13  140:2  140:4  140:4  140:5 | | 91:6  91:9  91:17  92:5  94:16  95:22  96:5 |
| | 140:5  140:9  140:13  140:17  141:5  141:5 | | 98:6  101:19  102:16  109:4  109:23  113:7 |
| | 141:6  141:8  141:18  141:21  142:1  142:5 | | 113:12  116:12  116:21  117:12  120:11 |
| | 142:12  142:13  142:16  142:18  142:19  143:2 | | 122:24  127:6  130:14  131:21  132:3  132:11 |
| | 143:4  143:12  143:21  143:24  143:24  144:1 | | 132:14  135:17  135:24  136:13  138:23 |
| | 144:6  144:9  144:11  144:16  144:22  144:22 | | 139:15  139:25  141:7  141:8  141:11  144:11 |
| | 144:23  145:1  145:8  145:12  145:14  145:22 | | 144:15  144:22  146:2  146:19  146:25  150:24 |
| | 145:24  146:3  146:8  146:24  146:24  147:5 | | 151:12  152:21  152:23  152:23  154:8 |
| | 147:18  147:22  148:5  148:8  148:22  148:22 | | 154:19  155:14  156:10  156:17  156:17  157:6 |
| | 148:23  149:7  149:9  149:11  149:11  149:11 | | 159:16  160:3  160:17  160:18  160:21 |
| | 149:12  149:16  149:19  149:20  149:21  150:2 | | 160:24  161:2  161:4  161:11  161:14  161:14 |
| | 150:8  150:8  150:11  150:14  150:14  150:15 | | 161:15  162:2  163:4  163:5  165:10  165:12 |
| | 150:20  151:1  151:6  151:11  151:16  151:24 | | 166:9  166:20  168:24  169:7  170:15  171:16 |
| | 151:25  152:2  152:3  152:10  152:18  152:18 | | 171:17  171:22  172:12  173:22 |
| | 152:21  153:5  153:7  153:8  153:12  153:16 | | |
| | 153:22  153:25  154:6  154:11  154:16  154:1 | **yours**(1) | 157:15 |
| | 155:4  155:10  155:14  155:18  155:19  156:2 | **yourselves**(1) | 173:3 |
| | 156:10  156:11  156:14  156:18  156:19 | **zero**(1) | 163:5 |
| | 156:21  156:25  157:1  157:1  157:10  157:11 | **zeros**(1) | 153:24 |
| | 157:16  157:16  157:17  157:20  157:23  158:3 | **zip**(2) | 42:12  143:18 |
| | 158:4  158:10  158:21  159:8  159:8  159:15 | | |
| | 159:16  159:24  160:1  160:1  160:8  160:12 | | |
| | 160:22  161:8  161:9  161:12  161:19  162:13 | | |
| | 162:16  163:4  163:6  163:7  163:9  163:18 | | |
| | 163:19  163:23  163:25  164:22  164:22 | | |
| | 164:22  164:23  166:2  166:5  166:6  166:25 | | |
| | 167:10  167:13  167:15  167:24  168:4  168:5 | | |
| | 168:11  168:13  168:14  168:14  168:18 | | |
| | 168:20  169:3  169:4  169:13  170:2  170:3 | | |
| | 170:5  170:7  170:7  170:8  170:9  170:9 | | |
| **you**(20) | 170:15  171:4  171:5  171:6  171:18 | | |
| | 171:20  171:22  171:22  171:24  172:2  172:3 | | |
| | 172:6  172:11  172:24  172:25  173:5  173:7 | | |
| | 173:10  173:22  173:25 | | |
| **you'd**(3) | 15:13  30:5  162:16 | | |
| **you'll**(13) | 23:4  28:6  28:18  28:18  28:20 | | |
| | 29:4  29:8  29:8  29:18  171:13  171:19 | | |
| | 171:20  172:4 | | |
| **you're**(56) | 21:11  21:25  22:18  27:18  50:22 | | |
| | 51:24  64:4  69:13  72:16  72:24  74:24  75:24 | | |
| | 76:6  77:14  80:3  81:11  82:3  82:5  84:3 | | |
| | 84:20  86:7  86:12  86:21  87:8  89:13  112:18 | | |
| | 122:3  129:2  132:18  132:21  137:10  137:16 | | |
| | 138:9  141:10  146:25  147:17  148:11  149:16 | | |
| | 150:2  151:3  152:2  152:14  152:17  153:5 | | |
| | 153:13  154:2  154:11  154:13  155:1  155:5 | | |
| | 158:21  160:1  162:23  163:20  169:14  171:7 | | |
| **you've**(9) | 21:11  53:10  74:10  88:6  99:7 | | |
| | 132:10  145:2  150:15  152:17 | | |
| **young**(3) | 1:25  4:5  5:15 | | |