# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Leslie | Date Created: 6/13/2012 |
| Case: 07−11047−CSS | Form ID: ntcBK | Total: 23 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Curtis J Crowther | bankfilings@ycst.com |
| aty | Donald J. Bowman, Jr. | bankfilings@ycst.com |
| aty | Edward J. Kosmowski | ekosmowski@epiqsystems.com |
| aty | Edwin J. Harron | bankfilings@ycst.com |
| aty | Erin Edwards | bankfilings@ycst.com |
| aty | James L. Patton | bankfilings@ycst.com |
| aty | Joel A. Waite | bankfilings@ycst.com |
| aty | Kara Hammond Coyle | bankfilings@ycst.com |
| aty | Kenneth J. Enos | bankfilings@ycst.com |
| aty | Margaret Whiteman Greecher | bankfilings@ycst.com |
| aty | Matthew Barry Lunn | bankfilings@ycst.com |
| aty | Michael S. Neiburg | bankfilings@ycst.com |
| aty | Nathan D. Grow | bankfilings@ycst.com |
| aty | Patrick A. Jackson | bankfilings@ycst.com |
| aty | Pauline K. Morgan | bankfilings@ycst.com |
| aty | Robert S. Brady | bankfilings@ycst.com |
| aty | Ryan M. Bartley | bankfilings@ycst.com |
| aty | Sean Matthew Beach | bankfilings@ycst.com |
| aty | Sharon M Zieg | bankfilings@ycst.com |
| aty | Travis N. Turner | bankfilings@ycst.com |

TOTAL: 21

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | American Home Mortgage Holdings, Inc. | 538 Broadhollow Road | Melville, NY 11747 |
| aty | Quinn Emanuel | Quinn Emanuel Urquhart Oliver &Hedges | |

TOTAL: 2