```
         IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF DELAWARE


IN RE:                        )   Case No. 07-11047 (CSS)
                              )   (Jointly Administered)
                              )
American Home Mortgage        )   Chapter 11
Holdings, Inc., a Delaware    )
Corporation, et. al.          )   Courtroom 6
                              )   824 Market Street
        Debtors.              )   Wilmington, Delaware
                              )
                              )   June 5, 2012
                              )   11:00 a.m.


              TRANSCRIPT OF PROCEEDINGS
    BEFORE THE HONORABLE JUDGE CHRISTOPHER S. SONTCHI
           UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:

For Debtors:            Young Conaway Stargatt & Taylor
                        BY: MICHAEL NEIBURG, ESQ.
                        1000 North King Street
                        Wilmington, DE  19899
                        (302) 571-6600



ECRO:                   LESLIE MURIN

Transcription Service:  DIAZ DATA SERVICES, LLC
                        331 Schuylkill Street
                        Harrisburg, Pennsylvania 17110
                        (717) 233-6664

Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
 1  APPEARANCES:
    (Continued)
 2
    For Bank of America:       Potter Anderson & Carroon, LLP
 3                             BY:  R. STEPHEN  MCNEILL, ESQ.
                               Hercules Plaza
 4                             1313 North Market Street, 6th Floor
                               Wilmington, DE  19801
 5                             (302) 984-6000

 6  For Showcase of Agents,    Cross & Simon, LLC
    Piero and Mariapa Orsi:    BY:  MICHAEL J.  JOYCE, ESQ.
 7                             913 North Market Street, 11th Floor
                               PO Box 1380
 8                             Wilmington, DE  19899-1380
                               (302) 777-4200
 9

10  TELEPHONIC APPEARANCES:

11  For Showcase of Agents,    Belongia Shapiro, LLP
    Piero and Mariapa Orsi:    BY:  RICHARD HELLERMAN, ESQ.
12                             (312) 662-1030

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1   WILMINGTON, DELAWARE, TUESDAY, JUNE 5, 2012, 11:00 A.M.

2           THE CLERK:  All rise.

3           THE COURT:  Please be seated.  Good morning.

4           MR. NEIBURG:  Good morning, Your Honor, Michael
5   Neiburg, from Young, Conaway, Stargatt & Taylor, on behalf
6   of the Plan Trustee and the Plaintiffs in the adversary
7   proceeding.

8           Your Honor, the only item on the agenda that's
9   going forward is a status conference in the adversary
10  proceeding with Plan Trustee as Plaintiff and Mr. Piero Orsi
11  and Showcase of Agents as Defendants.  Your Honor, I'd just
12  like to provide a brief update of where we are and what we
13  hope to have happen going forward.  The parties have
14  completed fact discovery, Your Honor.  There will be no
15  expert discovery and no party intends to file any
16  dispositive motion.  So we would ask the Court to schedule
17  this matter for a trial.  I believe one day is all that
18  would be needed.  And, based upon some discussions we've had
19  among Counsel, with work schedules and trials and other
20  matters, we would ask that the Court schedule a one-day
21  hearing at some point after September 12th.

22          THE COURT:  Okay. I'm also going to want the pre-
23  trial information that's set forth on my website.

24          MR. NEIBURG:  Sure.  I think the intent was, once

1  we get the trial date, we'll work back from your general
2  order and probably submit a scheduling order under cert of
3  Counsel.
4              THE COURT:  All right, let's get you a day then.
5  Let's see.  I have to check two or three calendars.  Okay,
6  how about Monday, September 24th?  We'll start at 10:00;
7  we'll end at 5:00, and I'll also book the 25th as a hold just
8  because sometimes things take longer than you think.
9              MR. NEIBURG:  Sure.
10             THE COURT:  So I'll give you all day on the 24th
11 and the 25th.  If, at any time, it looks like that date's not
12 going to work; if there's a settlement, if you need to --
13 please inform Ms. Gadson as soon as possible so we can open
14 up the dates to other hearings, if necessary.
15             MR. NEIBURG:  Of Course, Your Honor.  I do
16 understand that out-of-State Counsel for defendants is on
17 the phone.  I don't know if he has any comment about that
18 date, but it certainly works from my perspective, Your
19 Honor.
20             THE COURT:  Actually, is there anyone on the
21 phone?
22             MR. HELLERMAN:  This is Richard Hellerman.  I am
23 the out-of-State Counsel, along with my partner, Mark
24 Belongia, who -- Mr. Belongia is not on the call but I have

1   his schedule.  It's anticipated that Mr. Belongia and I will
2   both be appearing at the trial and conducting the trial for
3   the defendant.  Those dates are fine, and I'm glad you
4   suggested, Your Honor, giving us the second day because,
5   famous last words, that a lawyer will be done within a
6   couple hours or something.
7               THE COURT:  Yes, it's just the nature of it.  I
8   usually double what people request.  It works pretty well.
9   It's just the way it is.  Okay, would you work on the
10  details of a pre-trial schedule?
11              MR. NEIBURG:  Sure.  Of course, Your Honor.
12              THE COURT:  And the pre-trial order, et cetera,
13  
14  and then why don't we just -- if you can submit that under
15  Certification of Counsel setting forth those dates and the
16  trial date.
17              MR. NEIBURG:  Of course, Your Honor.  Thank you.
18              THE COURT:  All right?  Very good.  Anything
19  else?
20              MR. NEIBURG:  I believe that's all, Your Honor.
21              THE COURT:  All right, very good.  We are
22  adjourned.
23              MR. NEIBURG:  Thank you.  Have a good day.
24              MR. HELLERMAN:  Thank you.
25

1
2  (Whereupon, at 11:07 a.m., the hearing was adjourned.)
3
4                        CERTIFICATION
5      I certify that the foregoing is a correct
6  transcript from the electronic sound recording of the
7  proceedings in the above-entitled matter.
8
9
10 _____        15 June 2012
   Tammy L. Kelly, Transcriber              Date
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# AMERICAN HOME MORTGAGE 6.5.12.TLK.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **a.m**(3) | 1:15 3:1 6:2 | **day**(5) | 3:18 4:4 4:10 5:4 5:22 | **leslie**(1) | 1:32 | **services**(1) | 1:34 |
| **about**(2) | 4:6 4:17 | **debtors**(2) | 1:12 1:25 | **let's**(2) | 4:4 4:5 | **set**(1) | 3:24 |
| **aboveentitled** (1) | 6:7 | **defendant**(1) | 5:3 | **like**(2) | 3:13 4:11 | **setting**(1) | 5:14 |
| **actually**(1) | 4:20 | **defendants**(2) | 3:12 4:16 | **llc**(2) | 1:34 2:11 | **settlement**(1) | 4:12 |
| **adjourned**(2) | 5:21 6:2 | **delaware**(4) | 1:2 1:9 1:12 3:1 | **llp**(2) | 2:4 2:21 | **shapiro**(1) | 2:21 |
| **administered**(1) | 1:6 | **details**(1) | 5:10 | **longer**(1) | 4:8 | **showcase**(3) | 2:11 2:21 3:12 |
| **adversary**(2) | 3:7 3:10 | **diaz**(1) | 1:34 | **looks**(1) | 4:11 | **simon**(1) | 2:11 |
| **after**(1) | 3:22 | **discovery**(2) | 3:15 3:16 | **mariapa**(2) | 2:12 2:22 | **some**(2) | 3:19 3:22 |
| **agenda**(1) | 3:9 | **discussions**(1) | 3:19 | **mark**(1) | 4:23 | **something**(1) | 5:6 |
| **agents**(3) | 2:11 2:21 3:12 | **dispositive**(1) | 3:17 | **market**(3) | 1:11 2:7 2:13 | **sometimes**(1) | 4:8 |
| **all**(7) | 3:3 3:18 4:4 4:10 5:17 5:19 5:20 | **district**(1) | 1:2 | **matter**(2) | 3:18 6:7 | **sontchi**(1) | 1:19 |
| **along**(1) | 4:23 | **done**(1) | 5:5 | **matters**(1) | 3:21 | **soon**(1) | 4:13 |
| **also**(2) | 3:23 4:7 | **don't**(2) | 4:17 5:13 | **mcneill**(1) | 2:5 | **sound**(2) | 1:39 6:6 |
| **america**(1) | 2:4 | **double**(1) | 5:8 | **michael**(3) | 1:26 2:12 3:5 | **stargatt**(2) | 1:25 3:6 |
| **american**(1) | 1:8 | **ecro**(1) | 1:32 | **monday**(1) | 4:6 | **start**(1) | 4:6 |
| **among**(1) | 3:20 | **electronic**(2) | 1:39 6:6 | **morning**(2) | 3:4 3:5 | **states**(2) | 1:1 1:20 |
| **and**(19) | 2:12 2:22 3:7 3:11 3:12 3:13 3:16 3:19 3:20 3:20 4:2 4:7 4:11 5:1 5:2 5:3 5:12 5:13 5:14 | **else**(1) | 5:18 | **mortgage**(1) | 1:8 | **status**(1) | 3:10 |
| | | **end**(1) | 4:7 | **motion**(1) | 3:17 | **stephen**(1) | 2:5 |
| | | **esq**(4) | 1:26 2:5 2:12 2:22 | **murin**(1) | 1:32 | **street**(5) | 1:11 1:27 1:35 2:7 2:13 |
| **anderson**(1) | 2:4 | **expert**(1) | 3:16 | **nature**(1) | 5:7 | **submit**(2) | 4:2 5:13 |
| **anticipated**(1) | 5:1 | **fact**(1) | 3:15 | **necessary**(1) | 4:14 | **suggested**(1) | 5:4 |
| **any**(3) | 3:16 4:11 4:17 | **famous**(1) | 5:5 | **need**(1) | 4:12 | **sure**(3) | 3:25 4:9 5:11 |
| **anyone**(1) | 4:20 | **file**(1) | 3:16 | **needed**(1) | 3:19 | **take**(1) | 4:8 |
| **anything**(1) | 5:17 | **fine**(1) | 5:3 | **neiburg**(10) | 1:26 3:5 3:6 3:25 4:9 4:15 5:11 5:16 5:19 5:22 | **tammy**(1) | 6:11 |
| **appearances**(1) | 2:19 | **floor**(2) | 2:7 2:13 | | | **taylor**(2) | 1:25 3:6 |
| **appearing**(1) | 5:2 | **for**(8) | 1:2 1:25 2:4 2:11 2:21 3:18 4:16 | | | **telephonic**(1) | 2:19 |
| **are**(3) | 3:13 5:3 5:20 | **foregoing**(1) | 6:5 | **north**(3) | 1:27 2:7 2:13 | **than**(1) | 4:8 |
| **ask**(2) | 3:17 3:21 | **forth**(2) | 3:24 5:14 | **not**(2) | 4:11 4:24 | **thank**(3) | 5:16 5:22 5:23 |
| **back**(1) | 4:1 | **forward**(2) | 3:10 3:14 | **okay**(3) | 3:23 4:5 5:9 | **that**(9) | 3:18 3:21 4:11 4:16 4:17 5:1 5:5 5:13 6:5 |
| **bank**(1) | 2:4 | **from**(4) | 3:6 4:1 4:18 6:6 | **once**(1) | 3:25 | | |
| **bankruptcy**(2) | 1:1 1:20 | **gadson**(1) | 4:13 | **one**(1) | 3:18 | | |
| **based**(1) | 3:19 | **general**(1) | 4:1 | **one-day**(1) | 3:21 | **that's**(3) | 3:9 3:24 5:19 |
| **because**(2) | 4:8 5:4 | **get**(2) | 4:1 4:4 | **only**(1) | 3:9 | **the**(47) | 1:1 1:2 1:19 3:3 3:4 3:7 3:7 3:9 3:9 3:10 3:14 3:17 3:21 3:23 3:23 3:25 4:1 4:4 4:7 4:10 4:10 4:11 4:14 4:17 4:20 4:20 4:23 4:24 5:2 5:2 5:3 5:4 5:7 5:7 5:9 5:9 5:12 5:12 5:14 5:17 5:20 6:2 6:5 6:6 6:6 6:7 |
| **before**(1) | 1:19 | **give**(1) | 4:10 | **open**(1) | 4:13 | | |
| **behalf**(1) | 3:6 | **giving**(1) | 5:4 | **order**(3) | 4:2 4:2 5:12 | | |
| **believe**(2) | 3:18 5:19 | **glad**(1) | 5:3 | **orsi**(3) | 2:12 2:22 3:11 | | |
| **belongia**(4) | 2:21 4:24 4:24 5:1 | **going**(4) | 3:10 3:14 3:23 4:12 | **other**(2) | 3:20 4:14 | | |
| **book**(1) | 4:7 | **good**(5) | 3:4 3:5 5:17 5:20 5:22 | **out-of-state**(2) | 4:16 4:23 | | |
| **both**(1) | 5:2 | **had**(1) | 3:19 | **parties**(1) | 3:14 | **then**(2) | 4:4 5:13 |
| **box**(1) | 2:14 | **happen**(1) | 3:14 | **partner**(1) | 4:23 | **there**(2) | 3:15 4:20 |
| **brief**(1) | 3:13 | **harrisburg**(1) | 1:36 | **party**(1) | 3:16 | **there's**(1) | 4:12 |
| **but**(2) | 4:18 4:24 | **has**(1) | 4:17 | **pennsylvania**(1) | 1:36 | **things**(1) | 4:8 |
| **calendars**(1) | 4:5 | **have**(5) | 3:14 3:14 4:5 4:24 5:22 | **people**(1) | 5:8 | **think**(2) | 3:25 4:8 |
| **call**(1) | 4:24 | **hearing**(2) | 3:22 6:2 | **perspective**(1) | 4:18 | **this**(2) | 3:18 4:22 |
| **can**(2) | 4:13 5:13 | **hearings**(1) | 4:14 | **phone**(2) | 4:17 4:21 | **those**(2) | 5:3 5:14 |
| **carroon**(1) | 2:4 | **hellerman**(4) | 2:22 4:22 4:22 5:23 | **piero**(3) | 2:12 2:22 3:11 | **three**(1) | 4:5 |
| **case**(1) | 1:5 | **hercules**(1) | 2:6 | **plaintiff**(1) | 3:11 | **time**(1) | 4:11 |
| **cert**(1) | 4:2 | **his**(1) | 5:1 | **plaintiffs**(1) | 3:7 | **transcriber**(1) | 6:11 |
| **certainly**(1) | 4:18 | **hold**(1) | 4:7 | **plan**(2) | 3:7 3:11 | **transcript**(3) | 1:18 1:40 6:6 |
| **certification**(2) | 5:14 6:4 | **holdings**(1) | 1:9 | **plaza**(1) | 2:6 | **transcription**(2) | 1:34 1:40 |
| **certify**(1) | 6:5 | **home**(1) | 1:8 | **please**(2) | 3:4 4:13 | **trial**(6) | 3:18 3:24 4:1 5:2 5:2 5:15 |
| **cetera**(1) | 5:12 | **honor**(10) | 3:5 3:9 3:12 3:15 4:15 4:19 5:4 5:11 5:16 5:19 | **point**(1) | 3:22 | **trials**(1) | 3:20 |
| **chapter**(1) | 1:8 | | | **possible**(1) | 4:13 | **trustee**(2) | 3:7 3:11 |
| **check**(1) | 4:5 | **honorable**(1) | 1:19 | **potter**(1) | 2:4 | **tuesday**(1) | 3:1 |
| **christopher**(1) | 1:19 | **hope**(1) | 3:14 | **ppearances**(2) | 1:23 2:1 | **two**(1) | 4:5 |
| **clerk**(1) | 3:3 | **hours**(1) | 5:6 | **pre**(1) | 3:23 | **under**(2) | 4:2 5:13 |
| **comment**(1) | 4:17 | **how**(1) | 4:6 | **pre-trial**(2) | 5:10 5:12 | **understand**(1) | 4:16 |
| **completed**(1) | 3:15 | **inc**(1) | 1:9 | **pretty**(1) | 5:8 | **united**(2) | 1:1 1:20 |
| **conaway**(2) | 1:25 3:6 | **inform**(1) | 4:13 | **probably**(1) | 4:2 | **update**(1) | 3:13 |
| **conducting**(1) | 5:2 | **information**(1) | 3:24 | **proceeding**(2) | 3:8 3:11 | **upon**(1) | 3:19 |
| **conference**(1) | 3:10 | **intends**(1) | 3:16 | **proceedings**(3) | 1:18 1:39 6:7 | **usually**(1) | 5:8 |
| **continued**(1) | 2:2 | **intent**(1) | 3:25 | **produced**(1) | 1:40 | **very**(2) | 5:17 5:20 |
| **corporation**(1) | 1:10 | **item**(1) | 3:9 | **provide**(1) | 3:13 | **want**(1) | 3:23 |
| **correct**(1) | 6:5 | **it's**(3) | 5:1 5:7 5:9 | **recorded**(1) | 1:39 | **was**(2) | 3:25 6:2 |
| **counsel**(5) | 3:20 4:3 4:16 4:23 5:14 | **i'd**(1) | 3:12 | **recording**(2) | 1:39 6:6 | **way**(1) | 5:9 |
| **couple**(1) | 5:6 | **i'll**(2) | 4:7 4:10 | **request**(1) | 5:8 | **website**(1) | 3:24 |
| **course**(3) | 4:15 5:11 5:16 | **i'm**(2) | 3:23 5:3 | **richard**(2) | 2:22 4:22 | **well**(1) | 5:8 |
| **court**(12) | 1:1 3:4 3:17 3:21 3:23 4:4 4:10 4:20 5:7 5:12 5:17 5:20 | **jointly**(1) | 1:6 | **right**(3) | 4:4 5:17 5:20 | **we'll**(3) | 4:1 4:6 4:7 |
| | | **joyce**(1) | 2:12 | **rise**(1) | 3:3 | **we've**(1) | 3:19 |
| **courtroom**(1) | 1:10 | **judge**(1) | 1:19 1:20 | **schedule**(4) | 3:17 3:21 5:1 5:10 | **what**(2) | 3:13 5:8 |
| **cross**(1) | 2:11 | **june**(3) | 1:14 3:1 6:10 | **schedules**(1) | 3:20 | **where**(1) | 3:13 |
| **css**(1) | 1:5 | **just**(5) | 3:12 4:7 5:7 5:9 5:13 | **scheduling**(1) | 4:2 | **whereupon**(1) | 6:2 |
| **data**(1) | 1:34 | **kelly**(1) | 6:11 | **schuylkill**(1) | 1:35 | **who**(1) | 4:24 |
| **date**(4) | 4:1 4:18 5:15 6:11 | **king**(1) | 1:27 | **seated**(1) | 3:4 | **why**(1) | 5:13 |
| **dates**(3) | 4:14 5:3 5:14 | **know**(1) | 4:17 | **second**(1) | 5:4 | **will**(3) | 3:15 5:1 5:5 |
| **date's**(1) | 4:11 | **last**(1) | 5:5 | **see**(1) | 4:5 | **wilmington**(5) | 1:12 1:28 2:8 2:15 3:1 |
| | | **lawyer**(1) | 5:5 | **september**(2) | 3:22 4:6 | **with**(3) | 3:11 3:20 4:23 |
| | | | | **service**(2) | 1:34 1:40 | **within**(1) | 5:5 |

AMERICAN HOME MORTGAGE 6.5.12.TLK.DOC

| Word | Page:Line |
|---|---|

**words**(1) 5:5
**work**(4) 3:20  4:1  4:12  5:9
**works**(2) 4:18  5:8
**would**(4) 3:17  3:19  3:21  5:9
**yes**(1) 5:7
**you**(10) 4:4  4:8  4:10  4:12  5:3  5:9  5:13
5:16  5:22  5:23

**young**(2) 1:25  3:6
**your**(11) 3:5  3:9  3:12  3:15  4:1  4:15  4:18
5:4  5:11  5:16  5:19