UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE | : Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | : |
| et al., | : Jointly Administered |
| | : |
| Debtors. | : |

**CERTIFICATE OF SERVICE REGARDING
LIMITED OBJECTION OF TRIAD GUARANTY INSURANCE CORPORATION
TO MOTION FOR AN ORDER AUTHORIZING THE ABANDONMENT OF CERTAIN
DOCUMENTS HELD BY IRON MOUNTAIN**

I, Barry M. Klayman, hereby certify that on this date I caused a true and correct copy of the Limited Objection of Triad Guaranty Insurance Corporation to the Trustee's Motion For An Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain to be served on the following parties in the manner indicated:

| *Via Hand Delivery* | *Via Regular First Class Mail and Via Facsimile* |
|---|---|
| Sean M. Beach, Esquire | Mark S. Indelicato, Esquire |
| Margaret Whiteman Greecher, Esquire | Edward L. Schnitzer, Esquire |
| Young Conaway Stargatt & Taylor, LLP | Hahn & Hessen LLP |
| 1000 North King Street | 488 Madison Avenue |
| Wilmington, DE 19801 | New York, NY 10022 |
| **Counsel to the Plan Trustee** | Fax: 212-478-7400 |
| | **Counsel to the Plan Trustee** |

Dated: June 18, 2012

COZEN O'CONNOR

*/s/ Barry Klayman*
Barry M. Klayman (No. 3676)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000

*Attorneys for Triad Guaranty Insurance Corp.*

WILMINGTON\127978\1 269084.000