**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation,<br>et al.,<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

**CERTIFICATE OF SERVICE**

　　　　I, Robert W. Mallard, Esq., hereby certify that on June 18, 2012, I caused the **Limited Response of U.S. Bank National Association, as Trustee, to the Plan Trust's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain, to the Extent the Plan Trust Has Any Interest Therein,** to be electronically filed through the Court's Case Management/Electronic Case File ("CM/ECF") system and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System and to be served upon the parties on the attached service list in the manner indicated thereon.

　　　　　　　　　　　　　　　　　　　　　DORSEY & WHITNEY (DELAWARE) LLP

　　　　　　　　　　　　　　　　　　　　　 /s/ Robert W. Mallard
　　　　　　　　　　　　　　　　　　　　　Robert W. Mallard (DE No. 4279)
　　　　　　　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 1010
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 425-7171

**Service List**

Sean M. Beach
Margaret Whiteman Greecher
Patrick A. Jackson
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899-0391
sbeach@ycst.com
pjackson@ycst.com
mgreecher@ycst.com
**Via Hand Delivery and E-mail**

Mark S. Indelicato
Edward L. Schnitzer
Joseph Orbach
HAHN & HESSEN LLP
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
mindelicato@hahnhessen.com
eschnitzer@hahnhessen.com
jorbach@hahnhessen.com
**Via Federal Express and E-mail**

Steven D. Sass
AHM Liquidating Trust
P.O. Box 10550
Melville, NY 1 1747
**Via First Class Mail**

Basheer Y. Ghorayeb
Dan B. Prieto
Jones Day, LLP
2727 North Harwood Street
Dallas, Texas  75201-1515
Telephone: 214.969.5069
bghorayeb@jonesday.com
dbprieto@jonesday.com
**Via Federal Express and E-mail**

Mark Minuti
Saul Ewing, LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840
mminuti@saul.com
**Via Hand Delivery and E-mail**

Karen C. Bifferato, Esq
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
kbifferato@cblh.com
mphillips@cblh.com
**Via Hand Delivery and E-mail**

Paul S. Caruso, Esq
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
pcaruso@sidley.com
**Via Federal Express and E-mail**

Todd C. Schiltz, Esquire
Drinker Biddle & Reath
1100 N. Market Street, #I000
Wilmington, DE 19801
Todd.Schiltz@dbr.com
**Via Hand Delivery and E-mail**

Franklin Top, III, Esq.
Chapman and Cutler LLP
11 1 West Monroe St.
Chicago, IL 60603
top@chapman.com
**Via Federal Express and E-mail**

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA 02 1 10
ffm@bostonbusinesslaw.com
**Via Federal Express and E-mail**