# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **AMERICAN HOME MORTGAGE HOLDINGS, INC.**, a Delaware corporation, et al., | : | **Case No. 07-11047 (CSS)** |
| | : | |
| | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | Re: Docket Nos. 4084 and 5286 |

## CERTIFICATION OF COUNSEL REGARDING RESOLUTION OF DISPUTES OVER ALLEGED PURCHASER'S CURE AMOUNTS

I, Mark Minuti, counsel to Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, Inc. (the "Purchaser"), hereby certify as follows:

1. Prior to the Petition Date, Wells Fargo Bank, National Association ("Wells") and the above captioned debtors (the "Debtors") entered into certain agreements in connection with securitizations (the "Wells Agreements"), pursuant to which, among other things, the Debtors agreed to service or subservice certain mortgage loans.

2. On October 30, 2007, the Court entered an order (the "Sale Order") approving the sale of the Debtors' mortgage loan servicing business to the Purchaser. The Sale Order, among other things, authorized the Debtors to assume and assign and/or transfer to the Purchaser certain contracts (collectively, the "Assumed Contracts"). The Sale Order also apportioned the cure amounts related to the Assumed Contracts among the Debtors and the Purchaser such that the Debtors are responsible for all cure amounts arising from defaults based on acts or omissions occurring prior to the initial closing of the sale on November 16, 2007 (the "Initial Closing"), and the Purchaser is responsible for funding the Debtors' payment of cure amounts (the "Purchaser's Cure Amounts") arising from defaults based on acts or omissions occurring during the period from the Initial Closing to the final closing of the sale on April 11, 2008.

612237.2 6/19/12

3. On May 19, 2008, the Debtors filed the Notice of (I) Debtors' Proposed Purchaser's Cure Amounts and (II) Deadline for Filing Objections to the Proposed Purchaser's Cure Amounts [Docket No. 4084], which designates, among other things, certain Wells Agreements as Assumed Contracts and lists the proposed Purchaser's Cure Amounts associated with such contracts as $0.

4. On July 31, 2008, Wells filed its Objection of Wells Fargo Bank, National Association to Proposed Purchaser's Cure Amounts [Docket No. 5286], where, among other things, Wells objected to the Debtors' proposed Purchaser's Cure Amounts.

5. The Purchaser, the Debtors, the Plan Trustee and Wells have reached agreement, subject to Court approval, to resolve the disputes regarding the Purchase's Cure Amounts related to the assumed and assigned Wells Agreements.

6. Attached hereto as **Exhibit A** is a proposed order approving the Stipulation Regarding the Objection of Wells Fargo Bank, National Association to Proposed Purchaser's Cure Amounts, a copy of which is attached to the proposed order at Exhibit 1.

7. As detailed in stipulation attached to the proposed order attached hereto, the parties have agreed on a Purchaser's Cure Amount for the Wells Agreements to be funded by the Purchaser.

8. We are available to discuss these matters at the Court's convenience.

9.  Absent questions or comments from the Court, we would respectfully request that the Court sign the proposed order and direct that it be docketed.

>Respectfully submitted,
>
>SAUL EWING LLP
>
>By: _____
>Mark Minuti (No. 2659)
>222 Delaware Avenue, Suite 1200
>P. O. Box 1266
>Wilmington, DE 19899
>(302) 421-6840
>
>Attorneys for Purchaser

Dated: June 19, 2012