IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | : | |
| corporation, et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

I, Mark Minuti of Saul Ewing LLP hereby certify that on June 19, 2012 service of the attached **Certification of Counsel Regarding Resolution of Disputes Over Certain Alleged Purchaser's Cure Amounts** was made on the parties on the attached service list in the manner indicated.

SAUL EWING LLP

By_____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840

Dated: June 19, 2012

612237.2 6/19/12

## AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.
Service List

**Via Hand Delivery:**
James L. Patton, Jr., Esquire
Sean M. Beach, Esquire
Patrick A. Jackson, Esquire
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Todd C. Schiltz, Esquire
Drinker Biddle & Reath, LLP
1100 N. Market Street
Wilmington, DE 19801

**Via Electronic Mail and First Class Mail:**
Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Franklin H. Top, III, Esquire
Chapman and Cutler LLP
111 West Monroe Street, 18th Floor
Chicago, IL 60603