IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | : | |
| corporation, et al.,[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Docket Nos. 4084 and 5286 |

ORDER APPROVING STIPULATION REGARDING THE OBJECTION
OF WELLS FARGO BANK, NATIONAL ASSOCIATION
TO PROPOSED PURCHASER'S CURE AMOUNTS

The Court having reviewed and considered the Stipulation Regarding the Objection of Wells Fargo Bank, National Association to Proposed Purchaser's Cure Amounts (the "Stipulation") attached hereto as **Exhibit 1**; the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that there is just cause to approve the Stipulation.

IT IS HEREBY ORDERED THAT:

1.      The Stipulation is APPROVED.

2.      The Clerk of this Court is authorized to take all actions necessary or appropriate to give effect to this Order and the Stipulation.

Dated: _____6/20____, 2012

_____
Christopher S. Sontchi
United States Bankruptcy Judge

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

589623.4 6/19/12