# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : | Case No. 07-11047 (CSS) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Docket No. 10487 |

## CERTIFICATE OF SERVICE

I, Mark Minuti of Saul Ewing LLP hereby certify that on June 20, 2012, service of the following document was made on the parties on the attached service list in the manner indicated.

> **Order Approving Stipulation Regarding the Objection of Wells Fargo Bank, National Association to Proposed Purchaser's Cure Amounts** [Docket No. 10487]

SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840

Dated: June 21, 2012

614808.1 6/21/12

## AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.
### Service List

**Via First Class Mail:**
James L. Patton, Jr., Esquire
Sean M. Beach, Esquire
Patrick A. Jackson, Esquire
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Todd C. Schiltz, Esquire
Drinker Biddle & Reath, LLP
1100 N. Market Street
Wilmington, DE 19801

**Via Electronic Mail and First Class Mail:**
Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Franklin H. Top, III, Esquire
Chapman and Cutler LLP
111 West Monroe Street, 18th Floor
Chicago, IL 60603

614808.1 6/21/12