IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

    Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for JPM Lititgation Defendants in the above referenced cases, and on the 22nd day of June, 2012, she caused a copy of the following:

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF THE JPM LITIGATION DEFENDANTS TO THE MOTION OF THE PLAN TRUST FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 1142(a), 554(a), AND RULE 6007(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING THE ABANDONMENT OF CERTAIN DOCUMENTS HELD BY IRON MOUNTAIN, TO THE EXTENT THE PLAN TRUST HAS ANY INTEREST THEREIN**

to be served upon the parties identified on the attached list in the manner indicated.

_/s/ Frances A. Panchak_
Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 22nd day of June, 2012.

_/s/ Erica Lee Myrick_
Notary Public
ERICA LEE MYRICK
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Feb. 2, 2014

{519.005-W0021442.}                       W0021442.DOC

**AMERICAN HOME MORTGAGE CORP.,** *et al.*
**JPMORGAN CHASE BANK, N.A.**

**SERVICE LIST/LABELS**

***Via* Hand Delivery**
(Co-Counsel to Steven D. Sass, as Plan Trustee)
Sean M. Beach, Esquire
Margaret Whiteman Greecher, Esquire
Patrick A. Jackson, Esquire
*Young Conaway Stargatt & Taylor, LLP*
1000 North King Street
Wilmington, DE 19801

***Via* Hand Delivery**
Mark Kenney, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

***Via* First Class Mail**
(Co-Counsel to Steven D. Sass, as Plan Trustee)
Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

19.005-W0003277.}