IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) | Case No. 07-11047(CSS) |
| INC., et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     §
                      § SS:
NEW CASTLE COUNTY     §

Tiona Malone-Jackson, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, Inc., in the above-captioned action, and that on the 22nd day of June 2012, she caused copies of the following to be served on the attached Service List via hand delivery upon Local Counsel and First Class U.S. Mail upon Out of Town Counsel.

- Response of Homeward Residential, Inc., f/k/a American Home Mortgage Servicing, Inc. to Plan Trust's Motion for an Order Authorizing the Abandonment of Certain Documents held by Iron Mountain, to the Extent the Plan Trust has any Interest Therein. [Docket No. 10495]

Dated: June 22, 2012

Tiona Malone-Jackson

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Notary Public

CYNTHIA L. STILES
MY COMMISSION EXPIRES
April 19, 2014
NOTARY PUBLIC
STATE OF DELAWARE

86,400,870

Mark Kenney, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

Sean M. Beach, Esq.
Margaret W. Greecher, Esq.
Patrick A. Jackson, Esq.
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(Counsel to Plan Trustee)

Mark Indelicato, Esq.
Edward Schnitzer, Esq.
Joseph Orbach, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York NY 10022
(Counsel to Plan Trustee)

Steven D. Sass, Esq.
AHM Liquidation Trust
PO Box 10550
Melville NY 11747

Charles J. Brown, III, Esq.
Archer & Greiner, PC
300 Delaware Avenue
Suite 1370
Wilmington DE 19801
(Counsel to Iron Mountain)

Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596
(Bank of America)

Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
(Bank of America)

Frank F. McGinn, Esq.
David Phalen, Esq.
BARTLETT HACKETT FEINBERG P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

5,396,299