## EXHIBIT A

| Trusts that include loans originated by American Home Mortgage |
|---|
| AHM 2004-3 |
| AHM 2004-4 |
| AHM 2005-1 |
| AHMA 2007-3 |
| CMALT 2006-A5 |
| CMALT 2006-A6 |
| CMALT 2007-A5 |
| CMLTI 2005-8 |
| CMLTI 2006-AR6 |
| CMSI 2006-6 |
| CSMC 2006-1 |
| CSMC 2006-6 |
| CWALT 2006-J1 |
| CWALT 2006-J3 |
| CWALT 2006-J5 |
| CWALT 2007-J2 |
| CWHL 2006-HYB1 |
| CWHL 2006-HYB4 |
| DBALT 2006-AR2 |
| DBALT 2006-AR5 |
| HALO 2007-1 |
| JPALT 2006-A3 |
| JPALT 2006-A5 |
| MALT 2006-3 |
| MSM 2006-6AR |
| RALI 2005-QS13 |
| RALI 2005-QS15 |
| SAMI 2007-AR6 |
| SARM 2007-6 |
| WMALT 2006-5 |