IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.,<br><br>              Debtors. | Chapter 11<br><br>Case No. 07-11047-CSS, et seq.<br>(Jointly Administered)<br><br>**Re: Dkt. No. 10467** |

### OBJECTION TO PLAN TRUSTEE'S MOTION TO ABANDON CERTAIN DOCUMENTS HELD BY IRON MOUNTAIN

The Federal Home Loan Bank of Seattle pursuant to Rule 6007(b) of the Federal Rules of Bankruptcy Procedure, hereby respectfully objects to the Plan Trustee's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain. In support of its objection, Seattle Bank states as follows:

1.    The assets of many of these failed banks included residential mortgage backed securities. Certain of the residential mortgage-backed securities that Seattle Bank purchased are backed by mortgage loans originated by American Home Mortgage Corporation or American Home Mortgage Investment Corporation, both debtors in this case.

2.    Seattle Bank has filed suit against the underwriters and issuers of certain of these residential mortgage-backed securities for violations of the Securities Act of Washington, RCW 21.20.005 *et seq.*.

3.    Exhibit A lists the residential mortgage-backed securitization trusts on which Seattle Bank has sued that are backed by loans originated by American Home Mortgage.

4. Seattle Bank's lawsuits allege that the offering documents by which the residential mortgage-backed securities were sold contained untrue or misleading statements of material fact concerning, among other things, the origination practices of the entities that originated the mortgage loans collateralizing the securities, including that the originators pervasively or systematically disregarded their stated underwriting guidelines.

5. To prove its case, Seattle Bank intends to review and re-underwrite certain loan files of the originators (including American Home Mortgage) to determine whether the loans were underwritten according to the applicable underwriting guidelines. To do that, Seattle Bank needs the actual loan files and the applicable underwriting guidelines.

6. On December 21, 2011, Seattle Bank served subpoenas on American Home Mortgage, seeking the production of loan files, among other related documents.

7. Seattle Bank therefore objects to the Plan Trustee's motion to the extent that the Plan Trustee intends to abandon loan files or portions of them, including but not limited to loan applications submitted by borrowers.

8. Seattle Bank also objects to the Plan Trustee's motion to the extent that the Plan Trustee does not know and cannot describe the precise nature and extent of the documents that the Trustee proposes to abandon. *See* Plan Trustee Motion at ¶ 22 ("[T]he Plan Trustee has been unable to identify the nature of the documents from the listing [provided by Iron Mountain]," but, "upon information and belief [the documents] may include human resources documents and loan applications").

9. Based on Seattle Bank's review of the list of boxes referred to in paragraph 22 of the Plan Trustee's motion, the Plan Trustee requests the abandonment of

materials from several American Home Mortgage corporate departments that may have information relevant to Seattle Bank's claims. Examples of these departments include "Quality Control," "Project Review," "Chief Financial Office," "Bankruptcy and Foreclosure," "Office of the Chairman," and "Legal Services."

10. Seattle Bank also objects to the Plan Trustee's motion to abandon "human resource documents" to the extent that such documents concern retaliation by American Home Mortgage against employees who complained about or attempted to correct any improper loan origination practices. Such information, if it exists, is relevant to Seattle Bank's claims in several ways, including because it may be used to refute a defense that the underwriters of the securities were unable, through the exercise or reasonable diligence or due care, to know that the originators were systematically disregarding the applicable underwriting standards.

WHEREFORE, Seattle Bank respectfully requests that the Court deny the Plan Trustee's motion.

Dated: June 25, 2012  
        Wilmington, Delaware

Respectfully submitted,

HILLER & ARBAN, LLC

 /s/ **Brian Arban**  
Adam Hiller (DE No. 4105)  
Brian Arban (DE No. 4511)  
1500 North French Street, 2nd Floor  
Wilmington, Delaware 19801  
(302) 442-7676 telephone  
barban@hillerarban.com

-and-

4

        GRAIS & ELLSWORTH LLP
        David J. Grais, Esq.
        Kathryn E. Matthews, Esq.
        Benjamin W. Thorn, Esq.
        1211 Avenue of the Americas
        New York, New York 10036
        Tel. (212) 755-0100
        Fax (212) 755-0052