# **EXHIBIT A**

| CUSIP | Offering | Filed Complaint |
|---|---|---|
| 02660VAY4 | American Home Mortgage Assets Trust 2005-2 | *FHLB Seattle v. RBS Securities Inc., et al.*<br>No. 09-2-46347-6 SEA (Wash.Super.) |
| 07400HAA1<br>07400HAQ6 | Bear Stearns Mortgage Funding Trust 2006-AR3 | *FHLB Seattle v. Bear Stearns & Co. Inc., et al.*<br>No. 09-2-46298-4 SEA (Wash.Super.) |
| 07401NAA7 | Bear Stearns Mortgage Funding Trust 2006-AR5 | *FHLB Seattle v. Bear Stearns & Co. Inc., et al.*<br>No. 09-2-46298-4 SEA (Wash.Super.) |
| 25151RAB0 | Deutsche Alt-A Securities Mortgage Loan Trust 2007-AR1 | *FHLB Seattle v. Deutsche Bank Securities Inc., et al.*<br>No. 09-2-46351-4 SEA (Wash.Super.) |
| 362631AB9 | GSR Mortgage Loan Trust 2006-OA1 | *FHLB Seattle v. Goldman, Sachs & Co., et al.*<br>No. 09-2-46349-2 SEA (Wash.Super.) |
| 61754HAF9 | Morgan Stanley Mortgage Loan Trust 2007-7AX | *FHLB Seattle v. Morgan Stanley & Co., Inc., et al.*<br>No. 09-2-46348-4 SEA (Wash.Super.) |
| 86362XAP3 | Structured Asset Mortgage Investments II Trust 2007-AR1 | *FHLB Seattle v. Bear Stearns & Co. Inc., et al.*<br>No. 09-2-46298-4 SEA (Wash.Super.) |