IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>              Debtors. | Chapter 11<br><br>Case No. 07-11047-CSS, et seq.<br>(Jointly Administered) |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 25, 2012, I caused copies of the foregoing Objection to Plan Trustee's Motion to Abandon Certain Documents Held by Iron Mountain to be served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.


Dated: June 25, 2012                 /s/ **Brian Arban**
     Wilmington, Delaware        Adam Hiller (DE No. 4105)
                                                Hiller & Arban, LLC
                                                1500 North French Street, 2nd Floor
                                                Wilmington, Delaware 19801
                                                (302) 442-7676 telephone
                                                *barban@hillerarban.com*

Sean M. Beach, Esquire
Margaret Whitman Greecher, Esquire
Patrick A. Jackson, Esquire
Young, Conaway, Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Mark Kenney, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 – Lockbox #35
Wilmington, DE 19801