UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No.: 07-11047 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that the attorneys listed below hereby enter this appearance in the above-captioned chapter 11 cases on behalf of the Federal Home Loan Bank of Chicago, the Federal Home Loan Bank of Indianapolis, and the Federal Home Loan Bank of Boston (the "FHLBs") pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and §1109(b) of Title 11 United States Code (the "Bankruptcy Code"), and hereby demand copies of all notices given or required to be given in these cases and all papers served in these cases (including but not limited to, all papers filed an served in all adversary proceedings, contested matters and other proceedings in these cases, and all notices mailed only to statuary committees or other authorized agents and to creditors and equity security holders who file with the court a request that all notices be mailed to them) be given to and served upon the undersigned.

Carmella P. Keener (ckeener@rmgglaw.com)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19801
Phone: (302) 656-4433
Fax: (302) 658-7567

1

-and-

Lynn Lincoln Sarko (lsarko@kellerrohrback.com)
Derek W. Loeser (dloeser@kellerrohrback.com)
Amy Williams-Derry (awilliams-derry@kellerrohrback.com)
Elizabeth A. Leland (bleland@kellerrohrback.com)
Dean Kawamoto (dkawamoto@kellerrohrback.com)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
(206) 623-1900, Fax (206) 623-3384

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, and delivery, telephone, telecopy, or otherwise, which affects the above-captioned Debtors or the property of the above-captioned Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive any of FHLB's (1) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (2) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (3) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, (4) other rights, claims, actions, defenses, or recoupments to which any FHLB is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: June 25, 2012
Seattle, Washington

ROSENTHAL, MONHAIT & GODDESS, P.A.


By:    /s/ *Carmella P. Keener*
Carmella P. Keener (Del. Bar No. 2810)
919 North Market Street, Suite 1401
PO Box 1070
Wilmington, DE  19899
(302) 656-4433


KELLER ROHRBACK L.L.P

   Lynn Lincoln Sarko
   lsarko@kellerrohrback.com
   Derek W. Loeser
   dloeser@kellerrohrback.com
   Amy Williams-Derry
   awilliams-derry@kellerrohrback.com
   Elizabeth A. Leland
   bleland@kellerrohrback.com
   Dean Kawamoto
   dkawamoto@kellerrohrback.com
   1201 Third Avenue, Suite 3200
   Seattle, Washington 98101
   (206) 623-1900, Fax (206) 623-3384

KELLER ROHRBACK P.L.C.
Gary A. Gotto
ggotto@kellerrohrback.com
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
(602) 248-0088, Fax (602) 248-2822

*Attorneys for Federal Home Loan Bank of Chicago; the Federal Home Loan Bank of Indianapolis and the Federal Home Loan Bank of Boston*

3