UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No.: 07-11047 (CSS) |
| Debtors. | Jointly Administered |

Hearing Date: July 10, 2012 at 10:00 AM (ET)
Objection Deadline: June 25, 2012 at 4:00 PM (ET)
(as extended by stipulation with counsel for the Plan Trustee)

**Ref. Docket No. 10467**

---

### LIMITED OBJECTION TO PLAN TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING THE ABANDONMENT OF CERTAIN DOCUMENTS HELD BY IRON MOUNTAIN, TO THE EXTENT THE PLAN TRUST HAS ANY INTEREST THEREIN

The Federal Home Loan Bank of Chicago, the Federal Home Loan Bank of Indianapolis, and the Federal Home Loan Bank of Boston, (collectively, the "FHLBs") hereby file this limited objection to the Plan Trustee's Motion For An Order Authorizing the Abandonment Of Certain Documents Held by Iron Mountain, to the Extent The Plan Trust Has Any Interest Therein filed on May 31, 2012 (the "Motion"). In support of their limited objection, the FHLBs state as follows:

1.      The FHLBs are federally chartered, privately capitalized, and independently managed banks. They are part of the Federal Home Loan Bank system, created by Congress to support residential mortgage lending and related community development—a goal that the FHLBs support by providing their member financial institutions with access to affordable capital and other programs.

2.      The FHLBs invested in private label mortgage backed securities ("PLMBS"). PLMBS are securities backed or collateralized by residential mortgages. The value of the PLMBS is heavily dependent upon the quality of the mortgage loans backing the PLMBS.

3.      Two of the debtors in this action, American Home Mortgage Corp. and American Home Mortgage Investment Corp. (jointly, the "Debtors") originated some of the mortgages backing certain of the PLMBS purchased by the FHLBs. The FHLBs have initiated litigation over many of the PLMBS in their portfolio. A list of these cases is attached as Exhibit A. The total face value of the PLMBS at issue in these suits that are backed by mortgages originated by the Debtors is approximately $890 million.

4.      By regulation, the FHLBs are only permitted to invest in the most senior, AAA rated PLMBS tranches. The PLMBS purchased by the FHLBs, including those backed by mortgages originated by the Debtors, have performed abysmally. The PLMBS have been downgraded from AAA rated to junk status, and have significantly declined in value. Based on an extensive investigation, the FHLBs believe that originators, including the Debtors, systematically disregarded origination guidelines and sound lending practices, and essentially made loans to many borrowers without regard to their ability to repay these loans.

5.      The FHLBs have filed suit against underwriters, issuers, and others involved in the creation and sale of certain of the PLMBS for violations of federal and state securities laws. Debtors American Home Mortgage Corp. and American Home Mortgage Investment Corp. have not been named in these actions because the securities claims asserted by the FHLBs do not reach mortgage originators. To the degree that the FHLBs have securities claims against the other American Home debtors, they were not named because of the bankruptcy. Although the

Debtors are not defendants, they (or the Plan Trustee, on behalf of the Debtors' estate)

nevertheless possess many of the documents relevant to these cases.

6.      The FHLBs' lawsuits generally allege that the offering documents, pursuant to

which the PLMBS were sold, contained misrepresentations regarding the quality and

characteristics of the mortgages originated by the Debtors, and the processes and procedures

used to originate those mortgages.  For the Court's convenience, a list of the PLMBS that are

being sued on, and that are backed by mortgages originated by the Debtors, is attached as Exhibit

B.

7.      To the extent that the documents held by Iron Mountain include documents

relating to quality of the Debtors' mortgages, and their origination and lending practices, these

documents are relevant to the FHLBs' suits and there is a duty to preserve them.  *Smith v.

American Founders Fin. Corp.*, 365 B.R. 647, 681 (Bankr. S.D. Tex. 2007) ("The obligation to

preserve evidence arises when the party has notice that the evidence is relevant to the litigation

or when a party should have known that the evidence may be relevant to future litigation."); *In re

Wechsler*, 121 F. Supp. 2d 404, 415 (D. Del. 2000) (same, collecting cases).

8.      Discovery is not yet active in any of the FHLBs' suits involving PLMBS backed

by mortgages originated by the Debtors.  After motions to dismiss have been adjudicated in these

cases, the FHLBs will likely seek discovery from various originators, including the Debtors.

9.      The FHLBs respectfully object to the granting of the Plan Trustee's motion at this

time.  The Plan Trustee has failed to provide information regarding the subject matter of the

documents that it seeks to abandon.  The Plan Trustee's motion states that "the Plan Trustee has

been unable to identify the nature of the documents," though it states, on "information and

belief," that they *may include* (but are not necessarily limited to) human resources documents and loan applications.  Mot. at 8-9.

10.      Given the Debtors' role as mortgage originators, and the relevance of their documents to the FHLBs' suits and the suits of the other Objectors, the Court should continue the motion and require the Plan Trustee to provide basic information about the subject and the nature of the documents it is seeking to abandon and destroy.  Absent this information, neither the Objectors, nor any other interested party, can make a meaningful decision about whether to object to the abandonment of the documents.

11.      To the extent that the Plan Trustee seeks to abandon documents relating to the quality of the mortgages it originated, or the processes and procedures by which these mortgages were made, the FHLBs object to the abandonment/destruction of these documents.

12.      Specifically, the FHLBs object to the abandonment of documents relating to the following issues:

A.      Compliance with loan origination guidelines, including the compensation paid to loan originators or loan underwriters, and the identity of the most productive loan originators;

B.      Due diligence performed on the mortgages to confirm that they complied with underwriting guidelines;

C.      Property appraisals for the mortgages, including documents relating to any appraisers that were either black-listed or granted preferential treatment;

D.      Credit ratings of the PLMBS, including documents regarding the information provided to the Rating Agencies regarding the quality of the Debtors' mortgages or the process used to originate mortgages;

E.      Compliance with any state or federal predatory lending laws, including any steps taken to verify compliance; and

F.      Whether the borrower intended to occupy the property as his or her primary residence.

The FHLBs request, in the alternative, that the Court deny the motion, or that the Plan Trustee's motion be continued and an order entered directing the Plan Trustee to undertake a reasonable inquiry and report to the Court whether any of the documents it seeks to abandon fall into within the categories A through F above, and permit the FHLBs and other Objectors a reasonable opportunity to evaluate this information.

## CONCLUSION

For the foregoing reasons, the FHLBs respectfully object to the Plan Trustee's motion, and request that the Court enter an order continuing the motion, and directing the Plan Trustee to undertake a reasonable inquiry and report to the Court whether any of the documents it seeks to abandon fall into within the categories A through F above.

Dated:  June 25, 2012

ROSENTHAL, MONHAIT & GODDESS, P.A.

By:__/s/ Carmella P. Keener_____
Carmella Keener (Del. Bar No. 2810)
919 North Market Street, Suite 1401
PO Box 1070
Wilmington, DE  19899
(302) 656-4433

KELLER ROHRBACK L.L.P

Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Derek W. Loeser
dloeser@kellerrohrback.com
Amy Williams-Derry
awilliams-derry@kellerrohrback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
Dean Kawamoto
dkawamoto@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
(206) 623-1900, Fax (206) 623-3384

KELLER ROHRBACK P.L.C.
Gary A. Gotto
ggotto@kellerrohrback.com
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
(602) 248-0088, Fax (602) 248-2822

*Attorneys for Federal Home Loan Bank of
Chicago; the Federal Home Loan Bank of
Indianapolis and the Federal Home Loan Bank of
Boston*