# EXHIBIT A

1. *Federal Home Loan Bank of Boston v. Ally Financial, Inc. f/k/a GMAC LLC et al.*, No. 10952-GAO (U.S.D.C. Dist. Massachusetts) (filed Apr. 20, 2011)) (pending before Judge George A. O'Toole);

2. *Federal Home Loan Bank of Chicago v. Banc of America Securities LLC, et al.*, No. LC091499 (Superior Court of the State of California, County of Los Angeles, Northwest District (filed Oct. 15, 2010)) (pending before Judge Anthony J. Mohr);

3. *Federal Home Loan Bank of Chicago v. Banc of America Funding Corp., et al.*, No. 10 CH 45033 (In the Circuit Court of Cook County Dept., Chancery Division (filed Oct. 15, 2010)) (pending before Judge Kathleen M. Pantle);

4. *Federal Home Loan Bank of Indianapolis v. Banc of America Mortgage Securities, Inc., et al.*, No. 49D05 10 10 PL 045071 (State of Indiana, Marion County Superior Court (filed Oct. 15, 2010)) (pending before Judge Robyn Moberly); and

5. *Federal Home Loan Bank of Chicago v. Banc of America Securities, LLC, et al.*, No. 10-2-36526-5 SEA (Superior Court of Washington in and for King County (filed Oct. 15, 2010)) (pending before Judge Catherine Shaffer).

# EXHIBIT B
(List of PLMBS backed by mortgages originated by American Home and included in pending lawsuits by the FHLBs)

1. AHMA 2006-6 A1A
2. AHMA 2007-2 A1
3. AHMA 2007-5 A1
4. CWHL 2006-HYB3 2A1A
5. DBALT 2006-AR2 1A1
6. DBALT 2006-AR2 1A2
7. DBALT 2007-AR1 A1
8. GSR 2006-AR1 2A3
9. HVMLT 2006-7 2A1A
10. JPALT 2007-A2 12A1
11. JPALT 2006-A5 1A1
12. LUM 2006-7 2A1
13. MARM 2005-8 1A1
14. MSM 2006-16AX 2A1
15. NAA 2007-3 A1
16. WFMBS 2007-10 1A10