IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>                 Debtors. | Chapter 11<br><br>Case No. 07-11047-CSS, et seq.<br>(Jointly Administered)<br><br>**Re: Dkt. No. 10467** |

### OBJECTION TO PLAN TRUSTEE'S MOTION TO ABANDON CERTAIN DOCUMENTS HELD BY IRON MOUNTAIN

Pursuant to Rule 6007(b) of the Federal Rules of Bankruptcy Procedure, the Federal Home Loan Bank of San Francisco respectfully objects to the Plan Trustee's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain. In support of its objection, the San Francisco Bank states as follows:

    1.    The San Francisco Bank's assets include residential mortgage backed securities. Certain of the RMBS that the San Francisco Bank purchased are backed by mortgage loans originated by American Home Mortgage Corporation, a debtor in this case.

    2.    The San Francisco Bank has filed two lawsuits against underwriters and issuers of certain of these RMBS in the Superior Court of California for violations of the California Corporate Securities Law, § 25000 *et seq*.

    3.    Exhibit A lists the RMBS trusts on which the San Francisco Bank has sued that are backed by loans originated by American Home Mortgage.

    4.    The San Francisco Bank's lawsuits allege that the offering documents by which the RMBS were sold contained untrue or misleading statements of material fact concerning, among other things, the origination practices of the entities that originated the mortgage loans

collateralizing the RMBS, including that the originators pervasively or systematically disregarded their stated underwriting guidelines.

5.	To prove its case, the San Francisco Bank intends to review and re-underwrite certain loan files of the originators (including American Home Mortgage) to determine whether the loans were underwritten according to the applicable underwriting guidelines. To do that, the San Francisco Bank needs the actual loan files and the applicable underwriting guidelines. On December 12, 2011, the San Francisco Bank served a subpoena on American Home Mortgage, seeking the production of loan files, among other related documents.

6.	The San Francisco Bank therefore objects to the Plan Trustee's motion to the extent that the Plan Trustee intends to abandon loan files or portions of them, including but not limited to loan applications submitted by borrowers.

7.	The San Francisco Bank also objects to the Plan Trustee's motion to the extent that the Plan Trustee does not know and cannot describe the precise nature and extent of the documents that the Trustee proposes to abandon. *See* Plan Trustee Motion at ¶ 22 ("[T]he Plan Trustee has been unable to identify the nature of the documents from the listing [provided by Iron Mountain]," but, "upon information and belief [the documents] may include human resources documents and loan applications").

8.	Based on the San Francisco Bank's review of the list of boxes referred to in paragraph 22 of the Plan Trustee's motion, the Plan Trustee requests the abandonment of materials from several American Home Mortgage corporate departments that may have information relevant to the San Francisco Bank's claims. Examples of these departments include "Quality Control," "Project Review," "Chief Financial Office," "Bankruptcy and Foreclosure," "Office of the Chairman," and "Legal Services."

9. The San Francisco Bank also objects to the Plan Trustee's motion to abandon "human resource documents" to the extent that such documents concern retaliation by American Home Mortgage against employees who complained about or attempted to correct any improper loan origination practices. Such information, if it exists, is relevant to the San Francisco Bank's claims in several ways, including because it may be used to refute a defense that the underwriters of the securities were unable, through the exercise or reasonable diligence or due care, to know that the originators were systematically disregarding the applicable underwriting standards.

WHEREFORE, the San Francisco Bank respectfully requests that the Court deny the Plan Trustee's motion.

Dated: June 25, 2012
       Wilmington, Delaware

Respectfully submitted,

HILLER & ARBAN, LLC

 /s/ Brian Arban
Adam Hiller (DE No. 4105)
Brian Arban (DE No. 4511)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 442-7676 telephone
barban@hillerarban.com

-and-

GRAIS & ELLSWORTH LLP
David J. Grais, Esq.
Kathryn C. Ellsworth, Esq.
Owen L. Cyrulnik, Esq.
Leanne M. Wilson, Esq.
1211 Avenue of the Americas
New York, New York 10036
Tel. (212) 755-0100
Fax (212) 755-0052