## EXHIBIT A

**Trusts that include loans originated by American Home Mortgage**

DBALT 2007-AR2
HVMLT 2006-7
HVMLT 2007-5
MALT 2006-2
MARM 2007-1