UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No.:  07-11047 (CSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on June 25, 2012, I caused the following documents:  (1) *Notice of Appearance and Request for Service of Notices and Pleadings* [Docket No. 10499]*;* (2) *Limited Objection to Plan Trustee's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain, to the Extent the Plan Trust Has Any Interest Therein* [Docket No. 10500]; and (3) *Motion and Order for Admission Pro Hac Vice Pursuant to Local District Court Rule 83*.5 *(for Dean Kawamoto)* [Docket No. 10501] , to be served on all parties registered as of that date with the CM/ECF System for the United States Bankruptcy Court for the District of Delaware in this case.

In addition, the *Limited Objection to Plan Trustee's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain, to the Extent the Plan Trust Has Any Interest Therein* [Docket No. 10500] was sent on June 25, 2012 to the following, via Federal Express (for delivery June 26, 2012):

| | |
|---|---|
| Sean M. Beach, Esquire | Mark S. Indelicato, Esquire |
| Young, Conaway, Stargatt & Taylor, LLP | Hahn & Hessen LLP |
| Rodney Square | 488 Madison Avenue |
| 1000 North King Street | New York, NY 10022 |
| Wilmington, DE 19801 | |

ROSENTHAL, MONHAIT & GODDESS, P.A.

By: */s/ Carmella P. Keener*
Carmella Keener (Del. Bar No. 2810)
919 North Market Street, Suite 1401
PO Box 1070
Wilmington, DE  19899
(302) 656-4433
ckeener@rmgglaw.com

KELLER ROHRBACK L.L.P
Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Derek W. Loeser
dloeser@kellerrohrback.com
Amy Williams-Derry
awilliams-derry@kellerrohrback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
Dean Kawamoto
dkawamoto@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
(206) 623-1900, Fax (206) 623-3384

KELLER ROHRBACK P.L.C.
Gary A. Gotto
ggotto@kellerrohrback.com
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
(602) 248-0088, Fax (602) 248-2822

*Attorneys for Federal Home Loan Bank of
Chicago; the Federal Home Loan Bank of
Indianapolis and the Federal Home Loan Bank of
Boston*