**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------- x | | |
| In re: | : | |
| | : | Chapter 11 Case |
| AMERICAN HOME MORTGAGE | : | |
| HOLDINGS, INC., et al.,[1] | : | No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| ------------------------------------------------------- x | | |
| STEVEN D. SASS, AS PLAN TRUSTEE OF | : | |
| THE AMERICAN HOME MORTGAGE | : | |
| PLAN TRUST, | : | Adv. Proc. Nos. |
| | : | [See Attached Exhibit A] |
| Plaintiff, | : | |
| | : | |
| -against – | : | |
| | : | |
| | : | |
| [SEE ATTACHED EXHIBIT A], | : | |
| | : | |
| Defendants. | x | |

## NOTICE OF FILING STATUS REPORT

Plaintiff, Steven D. Sass, as Plan Trustee of the American Home Mortgage Plan Trust, by and through its undersigned counsel, hereby submits the following status report, attached hereto as Exhibit A, pursuant to the Court's Scheduling Orders.

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.); American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

128189.01600/40201747v.1

The undersigned remains available should the Court have any questions concerning the above.

Dated:  Wilmington, Delaware
        June 27, 2012

**BLANK ROME LLP**

_/s/ Victoria Guilfoyle_
Bonnie Glantz Fatell (No. 3809)
Victoria Guilfoyle (No. 5183)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:  (302) 425-6400
Facsimile:  (302) 425-6464

-and-

**HAHN & HESSEN LLP**
Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
488 Madison Avenue
New York, NY  10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel for Steven D. Sass, as Plan Trustee of the American Home Mortgage Plan Trust*

# **<u>EXHIBIT A</u>**

| Adv. Proc No. | Defendant | Responsible Law Firm | Category | Comments |
|---|---|---|---|---|
| 09-51739 | ON GUARD SECURITY SERVICES, INC. | Blank Rome LLP and Hahn & Hessen LLP | E | This matter has been settled but cannot be dismissed until all settlement payments have been made. Expect to dismiss in September 2012. |
| 09-51697 | IRON MOUNTAIN OFF-SITE DATA PROTECTION INC. d/b/a IM- OFF SITE DATA PROTECTION | Blank Rome LLP and Hahn & Hessen LLP | G | A mediator was appointed and mediation has not yet been scheduled. |
| 09-51696 | IRON MOUNTAIN RECORDS MGMT | Blank Rome LLP and Hahn & Hessen LLP | G | A mediator was appointed and mediation has not yet been scheduled. |