# EXHIBIT "D"

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Cust!Id | Cust Box Nbr | SKP Box Nbr | Rcpt!Date | Cub!Ft | Status | Loc Id |
| 2 | M070K | 595270758 | 595270758 | 10/20/2009 | 3.6 | NRM | FJ-11-01-3- N-0035-1-05-02 |
| 3 | M070K | 595270759 | 595270759 | 10/20/2009 | 3.6 | NRM | FJ-11-01-3- N-0035-1-05-05 |
| 4 | M070K | 595270757 | 595270757 | 10/20/2009 | 3.6 | NRM | FJ-11-01-3- N-0035-1-05-06 |
| 5 | M070K | 595270756 | 595270756 | 10/20/2009 | 3.6 | NRM | FJ-11-01-3- N-0035-1-06-01 |
| 6 | M070K | 595270753 | 595270753 | 10/20/2009 | 3.6 | NRM | FJ-11-01-3- N-0035-1-06-02 |
| 7 | M070K | 595270763 | 595270763 | 10/20/2009 | 3.6 | NRM | FJ-11-01-3- N-0035-1-06-03 |
| 8 | M070K | 595270755 | 595270755 | 10/20/2009 | 3.6 | NRM | FJ-11-01-3- N-0035-1-06-04 |
| 9 | M070K | 595270751 | 595270751 | 10/20/2009 | 3.6 | NRM | FJ-11-01-3- N-0035-1-06-05 |
| 10 | M070K | 595270760 | 595270760 | 10/20/2009 | 3.6 | NRM | FJ-11-01-3- N-0035-1-06-06 |
| 11 | M070K | 595270761 | 595270761 | 10/20/2009 | 3.6 | NRM | FJ-11-01-3- N-0035-1-07-01 |
| 12 | M070K | 595270752 | 595270752 | 10/20/2009 | 3.6 | NRM | FJ-11-01-3- N-0035-1-07-02 |
| 13 | M070K | 595270754 | 595270754 | 10/20/2009 | 3.6 | NRM | FJ-11-01-3- N-0035-1-07-03 |
| 14 | M070K | JAX2009-48 | 595270718 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- D-0030-2-04-04 |
| 15 | M070K | JAX2009-44 | 595270722 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- D-0030-2-04-05 |
| 16 | M070K | JAX2009-46 | 595270720 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- D-0030-2-04-06 |
| 17 | M070K | JAX2009-36 | 595270711 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- D-0030-2-05-04 |
| 18 | M070K | JAX2009-33 | 595270708 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- D-0030-2-05-05 |
| 19 | M070K | JAX2009-25 | 595270700 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- D-0030-2-05-06 |
| 20 | M070K | JAX2009-38 | 595270713 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- D-0030-2-06-04 |
| 21 | M070K | JAX2009-42 | 595270724 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- D-0030-2-06-05 |
| 22 | M070K | JAX2009-34 | 595270709 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- D-0030-2-06-06 |
| 23 | M070K | JAX2009-43 | 595270723 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- D-0032-2-01-04 |
| 24 | M070K | JAX2009-26 | 595270701 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- D-0032-2-01-05 |
| 25 | M070K | JAX2009-27 | 595270702 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- D-0032-2-01-06 |
| 26 | M070K | JAX2009-37 | 595270712 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- D-0032-2-02-04 |
| 27 | M070K | JAX2009-49 | 595270717 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- D-0032-2-02-05 |
| 28 | M070K | JAX2009-45 | 595270721 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- D-0032-2-02-06 |
| 29 | M070K | JAX2009-41 | 595270716 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- D-0032-2-03-04 |
| 30 | M070K | JAX2009-24 | 595270750 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- D-0032-2-03-05 |
| 31 | M070K | JAX2009-39 | 595270714 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- D-0032-2-03-06 |
| 32 | M070K | JAX2009-47 | 595270719 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- D-0032-2-04-04 |
| 33 | M070K | JAX2009-15 | 595270765 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- E-0012-1-01-04 |
| 34 | M070K | JAX2009-16 | 595270766 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- E-0012-1-01-05 |
| 35 | M070K | JAX2009-28 | 595270703 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- E-0012-1-01-06 |
| 36 | M070K | JAX2009-20 | 595270771 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- E-0012-1-02-04 |
| 37 | M070K | JAX2009-19 | 595270770 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- E-0012-1-02-05 |
| 38 | M070K | JAX2009-35 | 595270710 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- E-0012-1-03-04 |
| 39 | M070K | JAX2009-29 | 595270704 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- E-0012-1-03-05 |
| 40 | M070K | JAX2009-17 | 595270767 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- E-0012-1-03-06 |
| 41 | M070K | JAX2009-14 | 595270764 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- E-0012-1-04-05 |
| 42 | M070K | JAX2009-13 | 595270762 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- E-0012-1-04-06 |
| 43 | M070K | JAX2009-22 | 595270773 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- E-0012-1-05-02 |
| 44 | M070K | JAX2009-18 | 595270768 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- E-0012-1-05-03 |
| 45 | M070K | JAX2009-32 | 595270707 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- E-0012-1-05-04 |
| 46 | M070K | JAX2009-30 | 595270705 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- E-0012-1-05-05 |

|    | A     | B          | C         | D          | E | F   | G                            |
|----|-------|------------|-----------|------------|---|-----|------------------------------|
| 47 | M070K | JAX2009-31 | 595270706 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- E-0012-1-05-06 |
| 48 | M070K | JAX2009-21 | 595270772 | 10/27/2009 | 3.6 | NRM | FJ-11-01-1- E-0012-1-06-01 |
| 49 | M070K | JAX2009-23 | 595270774 | 10/27/2009 | 3.6 | NRM | FJ-11-01-2- C-0009-2-01-02 |
| 50 | M070K | JAX2009-40 | 595270715 | 10/27/2009 | 3.6 | NRM | FJ-11-01-3- N-0041-2-04-03 |
| 51 | M070K | 596332379  | 596332379 | 6/1/2010   | 2.4 | NRM | FJ-01-02-2- E-0029-2-01-05 |
| 52 | M070K | 596332376  | 596332376 | 6/1/2010   | 2.4 | NRM | FJ-01-02-2- E-0029-2-01-06 |
| 53 | M070K | 596332375  | 596332375 | 6/1/2010   | 2.4 | NRM | FJ-01-02-2- E-0029-2-02-01 |
| 54 | M070K | 596332377  | 596332377 | 6/1/2010   | 2.4 | NRM | FJ-01-03-1- D-0005-2-02-05 |
| 55 | M070K | 596332378  | 596332378 | 6/1/2010   | 2.4 | NRM | FJ-01-03-1- D-0005-2-03-05 |
| 56 | M070K | 596332381  | 596332381 | 8/11/2010  | 2.4 | NRM | FJ-11-01-2- E-0007-2-03-01 |
| 57 | M070K | 596332393  | 596332393 | 5/6/2011   | 2.4 | OUT | FJ-11-01-1- G-0018-2-07-01 |
| 58 | M070K | 647938870  | 647938870 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0003-1-08-02  |
| 59 | M070K | 647938872  | 647938872 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0004-6-05-01  |
| 60 | M070K | 647941796  | 647941796 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0004-7-06-02  |
| 61 | M070K | 647941795  | 647941795 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0004-7-07-01  |
| 62 | M070K | 647938863  | 647938863 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0004-7-07-02  |
| 63 | M070K | 647941787  | 647941787 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0004-7-08-02  |
| 64 | M070K | 647938868  | 647938868 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0005-3-05-01  |
| 65 | M070K | 647938858  | 647938858 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0005-4-05-02  |
| 66 | M070K | 647938853  | 647938853 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0005-6-02-02  |
| 67 | M070K | 647941789  | 647941789 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0005-6-09-01  |
| 68 | M070K | 647941778  | 647941778 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0005-6-09-02  |
| 69 | M070K | 647941792  | 647941792 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0005-7-02-02  |
| 70 | M070K | 647941794  | 647941794 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0005-7-03-02  |
| 71 | M070K | 647938856  | 647938856 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0007-4-07-01  |
| 72 | M070K | 647941782  | 647941782 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0007-4-09-01  |
| 73 | M070K | 647941784  | 647941784 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0007-5-04-01  |
| 74 | M070K | 647941790  | 647941790 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0007-5-04-02  |
| 75 | M070K | 647938852  | 647938852 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0007-5-05-02  |
| 76 | M070K | 647938860  | 647938860 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0007-7-02-02  |
| 77 | M070K | 647938854  | 647938854 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0007-7-03-02  |
| 78 | M070K | 647938859  | 647938859 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0007-7-04-01  |
| 79 | M070K | 647938862  | 647938862 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0008-2-09-02  |
| 80 | M070K | 647941788  | 647941788 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0008-5-01-02  |
| 81 | M070K | 647938851  | 647938851 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0008-7-07-02  |
| 82 | M070K | 647938865  | 647938865 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0010-6-06-02  |
| 83 | M070K | 647938864  | 647938864 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0010-6-09-02  |
| 84 | M070K | 647941779  | 647941779 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0011-6-01-01  |
| 85 | M070K | 647941780  | 647941780 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0011-6-01-02  |
| 86 | M070K | 647938866  | 647938866 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0011-6-03-02  |
| 87 | M070K | 647938857  | 647938857 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0011-6-04-02  |
| 88 | M070K | 647938867  | 647938867 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0015-2-07-02  |
| 89 | M070K | 647941777  | 647941777 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0015-6-02-02  |
| 90 | M070K | 647941797  | 647941797 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0015-6-05-02  |
| 91 | M070K | 647941798  | 647941798 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0015-6-09-01  |
| 92 | M070K | 647941785  | 647941785 | 7/29/2011  | 3.6 | NRM | FJ-07-01-1-04-0015-6-09-02  |

|     | A     | B         | C         | D         | E | F   | G                          |
|-----|-------|-----------|-----------|-----------|---|-----|----------------------------|
| 93  | M070K | 647938869 | 647938869 | 7/29/2011 | 3.6 | NRM | FJ-07-01-1-04-0015-7-05-02 |
| 94  | M070K | 647938871 | 647938871 | 7/29/2011 | 3.6 | NRM | FJ-07-01-1-04-0017-3-01-02 |
| 95  | M070K | 647941793 | 647941793 | 7/29/2011 | 3.6 | NRM | FJ-07-01-1-04-0017-3-02-02 |
| 96  | M070K | 647941800 | 647941800 | 7/29/2011 | 3.6 | NRM | FJ-07-01-1-04-0017-3-03-02 |
| 97  | M070K | 647941781 | 647941781 | 7/29/2011 | 3.6 | NRM | FJ-07-01-1-04-0017-3-09-01 |
| 98  | M070K | 647941783 | 647941783 | 7/29/2011 | 3.6 | NRM | FJ-07-01-1-04-0017-4-01-01 |
| 99  | M070K | 647938855 | 647938855 | 7/29/2011 | 3.6 | NRM | FJ-07-01-1-04-0017-4-01-02 |
| 100 | M070K | 647941776 | 647941776 | 7/29/2011 | 3.6 | NRM | FJ-07-01-1-04-0017-6-03-02 |
| 101 | M070K | 647941799 | 647941799 | 7/29/2011 | 3.6 | NRM | FJ-07-01-1-04-0017-7-08-01 |
| 102 | M070K | 647938861 | 647938861 | 7/29/2011 | 3.6 | NRM | FJ-07-01-1-04-0017-7-08-02 |
| 103 | M070K | 647941786 | 647941786 | 7/29/2011 | 3.6 | NRM | FJ-07-01-1-04-0017-7-09-01 |
| 104 | M070K | 647941791 | 647941791 | 7/29/2011 | 3.6 | NRM | FJ-07-01-1-04-0017-7-09-02 |
| 105 | M070K | 647940483 | 647940483 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-21-0006-1-03-02 |
| 106 | M070K | 647940489 | 647940489 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-21-0009-1-02-03 |
| 107 | M070K | 647941809 | 647941809 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-21-0009-1-06-01 |
| 108 | M070K | 647940501 | 647940501 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-21-0011-1-06-02 |
| 109 | M070K | 647940507 | 647940507 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-27-0001-1-02-01 |
| 110 | M070K | 647940476 | 647940476 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-27-0001-1-07-05 |
| 111 | M070K | 647940497 | 647940497 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-27-0004-1-04-01 |
| 112 | M070K | 647940478 | 647940478 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-27-0004-1-04-03 |
| 113 | M070K | 647941763 | 647941763 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-27-0004-1-04-04 |
| 114 | M070K | 647941759 | 647941759 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-27-0004-1-04-05 |
| 115 | M070K | 647940490 | 647940490 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-27-0004-1-04-06 |
| 116 | M070K | 647940484 | 647940484 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-27-0004-1-06-01 |
| 117 | M070K | 647940504 | 647940504 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-27-0004-1-07-02 |
| 118 | M070K | 647940506 | 647940506 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-27-0004-1-07-06 |
| 119 | M070K | 647940477 | 647940477 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-27-0005-1-01-02 |
| 120 | M070K | 647940491 | 647940491 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-27-0005-1-01-04 |
| 121 | M070K | 647940480 | 647940480 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-27-0005-1-01-05 |
| 122 | M070K | 647940508 | 647940508 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-27-0005-1-01-06 |
| 123 | M070K | 647940482 | 647940482 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-27-0005-1-02-01 |
| 124 | M070K | 647940500 | 647940500 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-27-0005-1-02-02 |
| 125 | M070K | 647940488 | 647940488 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-27-0005-1-02-05 |
| 126 | M070K | 647940493 | 647940493 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-27-0005-1-03-02 |
| 127 | M070K | 647941754 | 647941754 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-27-0005-1-04-01 |
| 128 | M070K | 647941753 | 647941753 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-27-0005-1-04-02 |
| 129 | M070K | 647941752 | 647941752 | 9/1/2011  | 3.6 | NRM | FJ-09-01-1-27-0005-1-06-01 |
| 130 | M070K | 647941810 | 647941810 | 9/1/2011  | 3.6 | NRM | FJ-10-01-1-03-0008-1-04-01 |
| 131 | M070K | 647940502 | 647940502 | 9/1/2011  | 3.6 | NRM | FJ-10-01-1-12-0011-1-01-06 |
| 132 | M070K | 596332445 | 596332445 | 9/1/2011  | 3.6 | NRM | FJ-10-01-1-12-0011-1-02-04 |
| 133 | M070K | 596332440 | 596332440 | 9/1/2011  | 3.6 | NRM | FJ-10-01-1-12-0011-1-03-06 |
| 134 | M070K | 596332436 | 596332436 | 9/1/2011  | 3.6 | NRM | FJ-10-01-1-12-0011-1-04-05 |
| 135 | M070K | 596332435 | 596332435 | 9/1/2011  | 3.6 | NRM | FJ-10-01-1-12-0011-1-05-04 |
| 136 | M070K | 647940485 | 647940485 | 9/1/2011  | 3.6 | NRM | FJ-10-01-1-12-0011-1-05-05 |
| 137 | M070K | 647940481 | 647940481 | 9/1/2011  | 3.6 | NRM | FJ-10-01-1-12-0012-1-02-03 |
| 138 | M070K | 596332442 | 596332442 | 9/1/2011  | 3.6 | NRM | FJ-10-01-1-12-0012-1-03-01 |

|     | A     | B         | C         | D        | E | F     | G                             |
|-----|-------|-----------|-----------|----------|---|-------|-------------------------------|
| 139 | M070K | 596332441 | 596332441 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-12-0012-1-04-03 |
| 140 | M070K | 596332443 | 596332443 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-12-0017-1-02-04 |
| 141 | M070K | 596332438 | 596332438 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-12-0017-1-03-04 |
| 142 | M070K | 647940492 | 647940492 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-12-0017-1-04-01 |
| 143 | M070K | 647940499 | 647940499 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-14-0013-1-06-01 |
| 144 | M070K | 596332444 | 596332444 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-14-0014-1-05-01 |
| 145 | M070K | 596332437 | 596332437 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-16-0008-1-06-02 |
| 146 | M070K | 596332430 | 596332430 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-16-0015-1-07-03 |
| 147 | M070K | 647941806 | 647941806 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-16-0017-1-03-01 |
| 148 | M070K | 647940498 | 647940498 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-16-0017-1-06-02 |
| 149 | M070K | 647940503 | 647940503 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-16-0017-1-06-03 |
| 150 | M070K | 647940494 | 647940494 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-16-0018-1-06-06 |
| 151 | M070K | 647940486 | 647940486 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-20-0012-1-01-03 |
| 152 | M070K | 596332433 | 596332433 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-20-0012-1-02-03 |
| 153 | M070K | 596332439 | 596332439 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-20-0012-1-02-04 |
| 154 | M070K | 596332434 | 596332434 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-20-0012-1-02-05 |
| 155 | M070K | 596332432 | 596332432 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-20-0012-1-03-05 |
| 156 | M070K | 596332428 | 596332428 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-20-0012-1-04-03 |
| 157 | M070K | 647941818 | 647941818 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-20-0012-1-06-06 |
| 158 | M070K | 647941814 | 647941814 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-20-0018-1-01-03 |
| 159 | M070K | 647941813 | 647941813 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-20-0018-1-02-01 |
| 160 | M070K | 647941822 | 647941822 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-20-0018-1-02-02 |
| 161 | M070K | 647941820 | 647941820 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-20-0018-1-02-03 |
| 162 | M070K | 596332426 | 596332426 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-21-0005-1-01-03 |
| 163 | M070K | 596332431 | 596332431 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-21-0005-1-01-05 |
| 164 | M070K | 647940495 | 647940495 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-21-0005-1-01-06 |
| 165 | M070K | 647941819 | 647941819 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-21-0005-1-02-01 |
| 166 | M070K | 647941825 | 647941825 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-21-0005-1-02-02 |
| 167 | M070K | 647941821 | 647941821 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-21-0005-1-02-03 |
| 168 | M070K | 647941811 | 647941811 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-21-0005-1-03-01 |
| 169 | M070K | 647940487 | 647940487 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-21-0005-1-03-02 |
| 170 | M070K | 647941817 | 647941817 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-21-0005-1-03-03 |
| 171 | M070K | 596332429 | 596332429 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-21-0005-1-04-01 |
| 172 | M070K | 647941823 | 647941823 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-21-0005-1-04-02 |
| 173 | M070K | 647941816 | 647941816 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-21-0005-1-04-03 |
| 174 | M070K | 647940496 | 647940496 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-21-0005-1-05-01 |
| 175 | M070K | 647941804 | 647941804 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-21-0005-1-05-02 |
| 176 | M070K | 596332427 | 596332427 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-21-0005-1-05-03 |
| 177 | M070K | 596332425 | 596332425 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-21-0005-1-06-01 |
| 178 | M070K | 647941824 | 647941824 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-21-0005-1-06-02 |
| 179 | M070K | 647941812 | 647941812 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-26-0004-2-02-04 |
| 180 | M070K | 647941815 | 647941815 | 9/1/2011 | 3.6 | NRM | FJ-10-01-1-28-0004-2-01-06 |
| 181 | M070K | 647941802 | 647941802 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- B-0034-1-01-03 |
| 182 | M070K | 647941764 | 647941764 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- B-0034-1-02-05 |
| 183 | M070K | 647941775 | 647941775 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- B-0034-1-02-06 |
| 184 | M070K | 647941757 | 647941757 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- B-0034-1-03-02 |

|     | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 185 | M070K | 647941751 | 647941751 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- B-0034-1-03-03 |
| 186 | M070K | 647940479 | 647940479 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- B-0034-1-03-04 |
| 187 | M070K | 647941801 | 647941801 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- B-0034-1-03-06 |
| 188 | M070K | 647941768 | 647941768 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- B-0034-1-04-03 |
| 189 | M070K | 647941808 | 647941808 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- B-0034-1-04-06 |
| 190 | M070K | 647941756 | 647941756 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- B-0034-1-05-01 |
| 191 | M070K | 647941770 | 647941770 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- B-0034-1-07-05 |
| 192 | M070K | 647941773 | 647941773 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- B-0052-1-02-02 |
| 193 | M070K | 647941803 | 647941803 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- C-0009-1-06-02 |
| 194 | M070K | 647941766 | 647941766 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- C-0010-1-01-01 |
| 195 | M070K | 647941774 | 647941774 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- C-0011-1-04-03 |
| 196 | M070K | 647941760 | 647941760 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- C-0011-1-06-05 |
| 197 | M070K | 647941758 | 647941758 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- C-0012-1-05-01 |
| 198 | M070K | 647941807 | 647941807 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- C-0013-1-03-02 |
| 199 | M070K | 647941771 | 647941771 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- C-0013-1-05-06 |
| 200 | M070K | 647941767 | 647941767 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- C-0013-1-06-01 |
| 201 | M070K | 647941765 | 647941765 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- C-0013-1-06-04 |
| 202 | M070K | 647941762 | 647941762 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- C-0014-1-02-03 |
| 203 | M070K | 647941761 | 647941761 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- C-0014-1-04-02 |
| 204 | M070K | 647941772 | 647941772 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- C-0014-1-06-02 |
| 205 | M070K | 647941769 | 647941769 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- C-0014-1-06-03 |
| 206 | M070K | 647941755 | 647941755 | 9/1/2011 | 3.6 | NRM | FJ-BW-01-1- C-0014-1-06-04 |
| 207 | M070K | 647940514 | 647940514 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- A-0008-1-06-04 |
| 208 | M070K | 647940447 | 647940447 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- A-0008-1-06-05 |
| 209 | M070K | 647940442 | 647940442 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- A-0010-1-02-03 |
| 210 | M070K | 647940431 | 647940431 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- A-0010-1-03-04 |
| 211 | M070K | 647940445 | 647940445 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- A-0010-1-05-02 |
| 212 | M070K | 647940439 | 647940439 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- A-0010-1-05-03 |
| 213 | M070K | 647940440 | 647940440 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- A-0010-1-06-03 |
| 214 | M070K | 647940438 | 647940438 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- A-0010-1-06-04 |
| 215 | M070K | 647940434 | 647940434 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- A-0011-1-02-01 |
| 216 | M070K | 647940433 | 647940433 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- A-0011-1-03-01 |
| 217 | M070K | 647940511 | 647940511 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- A-0016-1-03-03 |
| 218 | M070K | 647940510 | 647940510 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- A-0028-1-04-01 |
| 219 | M070K | 647940446 | 647940446 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- B-0041-1-04-02 |
| 220 | M070K | 647940428 | 647940428 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- B-0043-1-04-01 |
| 221 | M070K | 647940430 | 647940430 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- D-0007-1-02-04 |
| 222 | M070K | 647940436 | 647940436 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- D-0007-1-02-05 |
| 223 | M070K | 647940437 | 647940437 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- D-0007-1-03-01 |
| 224 | M070K | 647940435 | 647940435 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- D-0007-1-03-02 |
| 225 | M070K | 647940432 | 647940432 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- D-0007-1-03-03 |
| 226 | M070K | 647940429 | 647940429 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- D-0007-1-03-04 |
| 227 | M070K | 647940441 | 647940441 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- D-0007-1-03-05 |
| 228 | M070K | 647938874 | 647938874 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- D-0032-1-05-04 |
| 229 | M070K | 647938873 | 647938873 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- D-0032-1-05-06 |
| 230 | M070K | 647940448 | 647940448 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- D-0032-1-06-02 |

|     | A     | B         | C         | D        | E   | F   | G                           |
|-----|-------|-----------|-----------|----------|-----|-----|-----------------------------|
| 231 | M070K | 647940444 | 647940444 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- E-0023-1-02-05  |
| 232 | M070K | 596332398 | 596332398 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- E-0033-1-06-05  |
| 233 | M070K | 723110635 | 723110635 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- E-0037-1-02-02  |
| 234 | M070K | 723110628 | 723110628 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- E-0037-1-02-05  |
| 235 | M070K | 723110632 | 723110632 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- E-0037-1-04-01  |
| 236 | M070K | 647940449 | 647940449 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- E-0037-1-04-04  |
| 237 | M070K | 596332395 | 596332395 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- E-0037-1-05-06  |
| 238 | M070K | 596332397 | 596332397 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- E-0037-1-06-01  |
| 239 | M070K | 647940505 | 647940505 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- E-0037-1-06-02  |
| 240 | M070K | 723110634 | 723110634 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- E-0037-1-07-04  |
| 241 | M070K | 647940450 | 647940450 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- F-0034-1-01-01  |
| 242 | M070K | 647940443 | 647940443 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- F-0034-1-01-02  |
| 243 | M070K | 647940513 | 647940513 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- F-0034-1-01-03  |
| 244 | M070K | 723110626 | 723110626 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- F-0034-1-02-01  |
| 245 | M070K | 723110633 | 723110633 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- F-0034-1-02-02  |
| 246 | M070K | 596332399 | 596332399 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- F-0034-1-03-01  |
| 247 | M070K | 596332396 | 596332396 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- F-0034-1-03-02  |
| 248 | M070K | 596332394 | 596332394 | 2/8/2012 | 3.6 | NRM | FJ-BW-01-2- F-0034-1-03-03  |
| 249 | M070K | 723110638 | 723110638 | 4/4/2012 | 3.6 | NRM | FJ-BW-01-1- D-0039-1-06-02  |
| 250 | M070K | 723110649 | 723110649 | 4/4/2012 | 3.6 | NRM | FJ-BW-01-1- D-0039-1-06-03  |
| 251 | M070K | 723110650 | 723110650 | 4/4/2012 | 3.6 | NRM | FJ-BW-01-1- D-0039-1-07-03  |
| 252 | M070K | 723110648 | 723110648 | 4/4/2012 | 3.6 | NRM | FJ-BW-01-1- D-0039-1-07-04  |
| 253 | M070K | 723110636 | 723110636 | 4/4/2012 | 3.6 | NRM | FJ-BW-01-1- D-0039-1-07-05  |
| 254 | M070K | 723110637 | 723110637 | 4/4/2012 | 3.6 | NRM | FJ-BW-01-1- D-0041-1-01-03  |