# EXHIBIT "F"

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Cust!Id | Cust Box Nbr | SKP Box Nbr | Rcpt!Date | Cub!Ft | Loc Id | |
| 2 | M070K | 1 | 288185094 | 1/28/2004 | 1.2 | J -M2-02-2-68-6801-1-09-01 | |
| 3 | M070K | 4 | 288185097 | 1/28/2004 | 1.2 | J -M2-02-2-68-6801-1-09-02 | |
| 4 | M070K | 3 | 288185096 | 1/28/2004 | 1.2 | J -M2-02-2-68-6801-3-01-05 | |
| 5 | M070K | 182025041 | 182025041 | 9/7/2004 | 1.2 | J -M2-02-2-68-6801-3-02-03 | |
| 6 | M070K | 424576252 | 424576252 | 4/26/2006 | 1.2 | J -M2-02-3-66-6622-1-02-07 | |
| 7 | M070K | 5 | 288185098 | 1/28/2004 | 1.2 | J -M2-02-3-66-6622-1-03-07 | |
| 8 | M070K | 2 | 288185095 | 1/28/2004 | 1.2 | J -M2-02-3-66-6622-2-06-07 | |
| 9 | M070K | 424576251 | 424576251 | 4/26/2006 | 1.2 | J -M2-02-3-66-6622-2-08-07 | |