IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
         Debtors.                                                :
                                                                 :  **Ref. Docket Nos.: 10288, 10309 & 10313**
---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER
RESOLVING PLAN TRUST'S NINETY-SECOND OMNIBUS (NON-
SUBSTANTIVE) OBJECTION TO CLAIMS WITH RESPECT TO CLAIM NO.
10928 FILED BY VENTURA COUNTY TAX COLLECTOR**

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1.      On December 20, 2011, through the undersigned counsel, the Plan Trustee filed the Plan Trust's Ninety-Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10288] (the "Objection"). By the Objection, the Plan Trust sought, *inter alia*, to disallow claim numbered 10928 ("Claim 10928") filed by the Ventura County Tax Collector ("Ventura County") on the grounds that Ventura County filed Claim 10928 as amending claim numbered 10865 ("Claim 10865"), however, Claim 10928 actually included three additional parcels that

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:12248304.1

were not identified in Claim 10865.  As a result, Claim 10928 did not "amend" Claim 10865 since it included additional parcels and, therefore, was objectionable as being filed after the applicable bar date.

2. Ventura County filed a response [D.I. 10309] to the Objection asserting that Claim 10928 was properly considered as amending Claim 10865.  As a result of follow-up discussions, the parties agreed to an adjournment of the Objection with respect to Claim 10928.  On January 17, 2012, the Court entered an order [D.I. 10313] sustaining the Objection in part, and adjourning the Objection with respect to Claim 10928.

3. As a result of further discussions, the parties have agreed that (i) Claim 10928 should be disallowed, and (ii) the parties reserve all rights with respect to Claim 10865.  A proposed form of consensual order (the "Proposed Order") reflecting the agreed upon treatment of these claims is attached hereto as Exhibit 1.

*[Remainder of page intentionally left blank]*

3

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

| | |
|---|---|
| Dated: June 29, 2012<br>Wilmington, Delaware | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP<br><br>*/s/ Michael S. Neiburg*<br>Sean M. Beach (No. 4070)<br>Michael S. Neiburg (No. 5275)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>HAHN & HESSEN LLP<br>Mark S. Indelicato<br>Edward L. Schnitzer<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 478-7200<br>Facsimile: (212) 478-7400<br><br>*Co-Counsel to the Plan Trustee* |