IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
      Debtors.                                                   :
---------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF ALL CLAIMS FILED BY NORMAN LOFTIS

PLEASE TAKE NOTICE that Norman Loftis, by and through his undersigned counsel, hereby withdrawals all of his claims filed against the above-captioned debtors, including, but not limited to, claims numbered 8678, 8679, 8982, 8983, 8984, 9011, 9012, and 9013.

Date:   June 29, 2012
        Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ E.E. Allinson III*
Elihu E. Allinson, III (No. 3476)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

*Attorneys for Norman Loftis*