IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) Chapter 11 <br> ) <br> AMERICAN HOME MORTGAGE HOLDINGS, ) Case No. 07-11047(CSS) <br> INC., *et al.*, ) <br> ) Jointly Administered <br> Debtors. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Basheer Ghorayeb, Esquire from Jones Day, to represent Homeward Residential, Inc., formerly known as American Home Mortgage Servicing Inc., in the above-referenced cases.

Dated: July 2, 2012

GREENBERG TRAURIG, LLP

_____
Victoria W. Counihan (Bar #3488)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

Attorneys for Homeward Residential, Inc.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Basheer Y. Ghorayeb
Jones Day
2727 North Harwood Street
Dallas, Texas 75201-1515
Tel: (214) 969-4515

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: July ___, 2012

_____
Christopher S. Sontchi
United States Bankruptcy Court Judge

DEL 86,407,419v1 6-22-12