## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the Bar of the State of New York. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

   ☐ has been paid to the Clerk of Court

   x will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ Jennifer J. Barrett*
Jennifer J. Barrett, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000 – Telephone
(212) 849-7100 – Facsimile
jenniferbarrett@quinnemanuel.com
*Attorneys for Massachusetts Mutual Life Insurance Company*