## **CERTIFICATE OF SERVICE**

I, R. Karl Hill, Esquire, certify that on July 5, 2012, I caused copies of the foregoing Motion and Order for Admission Pro Hac Vice to be served upon the parties listed below as follows:

**VIA HAND DELIVERY**
Sean M. Beach, Esquire
Margaret Whitman Greecher, Esquire
Patrick A. Jackson, Esquire
Young, Conaway, Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

**VIA HAND DELIVERY**
Mark Kenney, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Mark S. Indelicato, Esquire
Edward L. Schnitzer, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York NY 10022

/s/ R. Karl Hill
_____
R. Karl Hill, Esquire (#2747)

#1180 v1