IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :  Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :  Jointly Administered
         Debtors.                                                        :
------------------------------------------------------------------------ x

## NOTICE OF WITHDRAWAL OF ALL CLAIMS
## FILED BY THOMAS AND SARA CHAVEZ

PLEASE TAKE NOTICE that Thomas and Sara Chavez, by and through their undersigned counsel, hereby withdrawal all of their claims filed against the above-captioned debtors, including, but not limited to, claims numbered 10349, 10350, 10351, 10352, 10353, 10354, 10355, and 10356.

Date:   July 5, 2012
        Wilmington, DE

                                        SULLIVAN · HAZELTINE · ALLINSON LLC

                                        /s/ E.E. Allinson III
                                        _____
                                        Elihu E. Allinson, III (No. 3476)
                                        901 North Market Street, Suite 1300
                                        Wilmington, DE 19801
                                        Tel: (302) 428-8191
                                        Fax: (302) 428-8195

01:12252189.1
YCST01:9916598.1                                                                         066585.1001