# EXHIBIT A

**Late Filed Claims**

01:12167776.1

# Exhibit A

## Late Filed Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| COUNTRYWIDE SECURITIES CORPORATION<br>MICHAEL SCHLOESSMAN<br>4500 PARK GRANADA<br>CALABASAS, CA 91302 | 10922 | 8/22/11 | 07-11048 | Unspecified* | January 11, 2008 |
| KENT COUNTY TREASURER<br>300 MONROE AVE NW<br>GRAND RAPIDS, MI 49503 | 10930 | 4/17/12 | 07-11047 | $0.00 (S)<br>$2,348.91 (A)<br>- (P)<br>- (U)<br>$2,348.91 (T) | January 5, 2011 |
| Totals: | 2 Claims | | | $0.00 (S)<br>$2,348.91 (A)<br>- (P)<br>- (U)<br>$2,348.91 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Satisfied Claim**

01:12167776.1

# Exhibit B

## Satisfied Claim

| Name/Address of Claimant | Objectionable Claim | | | | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| COMMUNITY DEVELOPMENT ADMINISTRATION A DIV OF THE MARYLAND DEPT OF HOUSING & COMMUNITY DEVELOPMENT- C/O DAVID FONTANA ONE SOUTH ST, STE 2200- GEBHARDT & SMITH BALTIMORE, MD 21202 | 8394 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$400,325.24 (U)<br>$400,325.24 (T) | Pursuant to a stipulation (the "Joint Stipulation") entered into between Claimant, AHM Corp. and other parties, the Claimant was provided with the relief it sought with respect to the Estes Loan and Estes Note and the Chandler Loan and the Chandler Note (as such terms are defined in the Joint Stipulation, and waived any and all claims it may have had against AHM Corp relating to, among other things, the Loans, the Notes and the Sale Proceeds (as such terms are defined in Exhibit A to the claim form). On December 19, 2008, the Court entered an order [D.I. 6766] (the "Order") approving the Joint Stipulation in all respects. Accordingly, pursuant to the Order, this claim has been satisfied and/or otherwise released in full by the Claimant and the Debtors have no further liability on account of this claim. |
| **Totals:** | **1 Claim** | | | - (S)<br>- (A)<br>- (P)<br>$400,325.24 (U)<br>$400,325.24 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.