# EXHIBIT III

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                  :
                                                                    :   Jointly Administered
        Debtors.                                                    :
                                                                    :   Ref. Docket No. _____
------------------------------------------------------------------- x

### ORDER SUSTAINING PLAN TRUST'S ONE HUNDREDTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the one hundredth omnibus (non-substantive) objection to claims (the "Objection") of the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which Steven D. Sass, as the Plan Trustee, respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, disallowing in full or reassigning such Disputed Claims[2] identified on Exhibits A and B attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

01:12312183.1

been given under the circumstances; and the Court having determined that the Objection complies with Article 17 of the Plan and the Confirmation Order; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit A are hereby reassigned to the New Case Numbers as indicated on Exhibit A; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit B is hereby disallowed in its entirety; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       August ___, 2012

                                            CHRISTOPHER S. SONTCHI
                                            UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Wrong Debtor Claims**

**Exhibit A**

**Wrong Debtor Claims**

| Name/Address of Claimant | Objectionable Claims | | | | New Case Number |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | Case Number |
| AMERICAN SECURITY INSURANCE COMPANY<br>C/O RAUL CUERVO, ESQ.<br>JORDAN BURT LLP<br>1025 THOMAS JEFFERSON ST., NW- #400 EAST<br>WASHINGTON, DC 20007 | 7966 | 1/9/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$71,932.58 (U)<br>$71,932.58 (T) | 07-11051 |
| WA STATE DEPT. OF LABOR & INDUSTRIES<br>ATTN PAULA ROMINES, REVENUE AGENT<br>BANKRUPTCY UNIT<br>PO BOX 4170<br>OLYMPIA, WA 98504-4170 | 5333 | 12/5/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$4,104.23 (U)<br>$4,104.23 (T) | 07-11051 |
| WELLS FARGO BANK, N.A.-ATTN WILLIAM FAY<br>DEFAULT & RESTRUCTURING ACCOUNT MANAGER<br>CORPORATE TRUST SERVICES<br>9062 OLD ANNAPOLIS RD - MAC N2702-011<br>COLUMBIA, MD 21045 | 8859 | 1/11/08 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$80,000.00 (U)<br>$80,000.00 (T) | 07-11051 |
| XO COMMUNICATIONS, INC.<br>ATTN BRAD LEE<br>105 MOLLOY ST STE 300<br>NASHVILLE, TN 37201 | 28 | 8/20/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$189,904.41 (U)<br>$189,904.41 (T) | 07-11051 |
| **Totals:** | 4 Claims | | | - (S)<br>- (A)<br>- (P)<br>$345,941.22 (U)<br>$345,941.22 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Satisfied Claim**

01:12312183.1

# Exhibit B

## Satisfied Claim

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| WILLIAMS, JUANICA D<br>1509 PLEASANT HOLLOW LN<br>OLD HICKORY, TN 37138 | 10312 | 4/29/08 | NO DEBTOR | $230,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$230,000.00 (T) | The proof of claim form asserts a $230,000.00 secured claim however the supporting documentation indicates that the amount and basis for the claim is $1,848.49 in real estate taxes paid by the claimant due to a servicing error. The claimant was fully refunded for the tax error on January 2, 2008 and no additional money is owed to the claimant. |
| Totals: | 1 Claim | | | $230,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$230,000.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.