IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, ) | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, et al., ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

**ORDER APPROVING STIPULATION CONCERNING ORDER SUSTAINING PLAN TRUST'S NINETY-EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Upon consideration of the Stipulation Concerning Order Sustaining Plan Trust's Ninety-Eighth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Stipulation"), attached as Exhibit 1 to the Certification of Counsel Concerning the Stipulation and incorporated herein, and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED THAT, the Stipulation is APPROVED;

ORDERED THAT, the Disallowance Order[1] is vacated solely to the extent it relates to the Claim;

ORDERED THAT, the Claim shall be disallowed pursuant to Section 502(e)(1)(B) of the Bankruptcy Code, effective as of the date of this Order;

ORDERED THAT, the disallowance of the Claim pursuant to this Order is without prejudice to (i) Countrywide's right to move the Court to reconsider the Claim pursuant to Section 502(j) of the Bankruptcy Code, and (ii) the Trustee's right to oppose any such motion to reconsider the Claim on any grounds including those set forth in the Objection. If and to the

---

[1] Capitalized terms used herein but not defined shall have the meaning ascribed to them in the Stipulation.

extent Countrywide moves the Court to reconsider the Claim, the Parties shall retain all rights, remedies, claims and defenses, as though such motion for reconsideration and other related requests for relief were filed as of the date of this Order;

ORDERED THAT, to the extent of any inconsistency between this Order and the Disallowance Order or the Stipulation, this Order shall control; and it is further

ORDERED THAT, this Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and implementation of this Order.

Dated: 7/25, 2012
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE