IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., | ) | |
| a Delaware corporation, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Eric Winston, Esquire of Quinn Emanuel Urquhart & Sullivan, LLP, 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017, to represent Massachusetts Mutual Life Insurance Company in this matter.

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ R. Karl Hill
R. KARL HILL (DE2747)
khill@svglaw.com
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, Delaware 19899
Telephone (302) 888-0600
Facsimile (302) 888-0606
*Attorneys for Massachusetts Mutual Life Insurance Company*

Dated: July 5, 2012

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motions for admission *pro hac vice* of Eric Winston is GRANTED.

Dated: July 27, 2012

_____
United States Bankruptcy Court Judge

DOCKET NO: 10517
DATED: 7/5/12

#1180 v1