## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the Bar of the State of California. I am also admitted to practice in the Second, Third, Fifth, Ninth and Tenth Circuits of the United States Court of Appeals, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

    ☐    has been paid to the Clerk of Court

    x    will be submitted to the Clerk's Office upon the filing of this motion.

/s/ Eric Winston

Eric Winston, Esquire
Quinn Emanuel Urqhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000 – Telephone
(213) 443-3100 – Facsimile
ericwinston@quinnemanuel.com
*Attorneys for Massachusetts Mutual Life Insurance Company*