PLACER COUNTY COUNSEL
Mark W. Rathe, Deputy County Counsel (SBN 119431)
175 Fulweiler Avenue
Auburn, California 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069

Attorneys for COUNTY OF PLACER

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) **Chapter 11** |
| | ) |
| AMERICAN HOME MORTGAGE | ) **Case No.: 07-11047 (CSS)** |
| HOLDINGS, INC., a Delaware | ) |
| corporation, et al., | ) **SUBSTITUTION OF ATTORNEY AND** |
| | ) **ORDER** |
| Debtors. | ) |
| | ) |

The COUNTY OF PLACER hereby substitutes Mark W. Rathe of the PLACER COUNTY COUNSEL'S office as attorneys of record in the place and stead of Martha Romero of the ROMERO LAW FIRM. The contact information is as follows:

PLACER COUNTY COUNSEL'S OFFICE
Mark W. Rathe, Deputy County Counsel
175 Fulweiler Avenue
Auburn, CA 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069

/ / / / /

/ / / / /

/ / / / /

1

Substitution of Attorney and Order

I consent to the above substitution.

DATED: 7-1-12                                THE ROMERO LAW FIRM

                                             By _____*Martha E/M*_____
                                                    MARTHA ROMERO


I consent to the above substitution.

DATED: 6/29/12                               PLACER COUNTY COUNSEL'S OFFICE

                                             By: _____
                                                    MARK W. RATHE
                                                    Deputy County Counsel
                                                    Attorneys for COUNTY OF PLACER


I consent to the above substitution.

DATED: 7.10.12                               _____
                                             JENINE WINDESHAUSEN
                                             PLACER COUNTY TREASURER-
                                             TAX COLLECTOR


IT IS SO ORDERED.

Dated: _____

                                             By: _____
                                                    CHRISTOPHER S. SONTCHI
                                                    U.S. DISTRICT COURT JUDGE

2

Substitution of Attorney and Order