## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Docket Ref. No. 9618**<br><br>Response Deadline: September 11, 2012 at 4:00 PM (ET)<br>Hearing Date: September 18, 2012 at 2:00 PM (ET) |

### NOTICE OF PLAN TRUST'S OBJECTION TO COUNTY OF BERNALILLO'S REQUEST FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

TO:  (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL FOR THE COUNTY OF BERNALILLO; (III) COUNSEL FOR THE PLAN OVERSIGHT COMMITTEE; AND (IV) THOSE PARTIES WHO HAVE REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002, IN ACCORDANCE WITH DEL. BANKR. L.R. 2002-1(b).

PLEASE TAKE NOTICE that Steven S. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors"), has filed the **Plan Trust's Objection to County of Bernalillo's Request for Allowance of Administrative Expense Claim** (the "Objection") with the United States Bankruptcy Court for the District of Delaware. As set forth in the Objection, the Plan Trust seeks to disallow your administrative expense claim.

PLEASE TAKE FURTHER NOTICE that responses to the Objection, if any, must be filed on or before **September 11, 2012 at 4:00 p.m. (ET)** (the "Response Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Third Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Plan Trustee so that the response is received on or before the Response Deadline.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

PLEASE TAKE FURTHER NOTICE that questions about the Objection should be directed to counsel for the Plan Trustee (Michael S. Neiburg, (302) 576-3590 or mneiburg@ycst.com). YOU SHOULD NOT CONTACT THE CLERK OF THE COURT TO DISCUSS THE MERITS OF YOUR CLAIM.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE OBJECTION WILL BE HELD ON **SEPTEMBER 18, 2012 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801. YOU HAVE THE RIGHT TO APPEAR TELEPHONICALLY AT THE HEARING ON THE OBJECTION BY FOLLOWING THE PROCEDURES ESTABLISHED BY THE COURT AND AVAILABLE ON THE COURT'S WEBSITE: WWW.DEB.USCOURTS.GOV.

YOU MAY ALSO CONTACT THE UNDERSIGNED FOR A COPY OF THE TELEPHONIC APPEARANCE PROCEDURES.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 17, 2012
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Plan Trustee*

01:11682997.3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.[1], | Jointly Administered |
| Debtors. | **Docket Ref. No. 9618** |
| | Response Deadline: September 11, 2012 at 4:00 PM (ET)<br>Hearing Date: September 18, 2012 at 2:00 PM (ET) |

**PLAN TRUST'S OBJECTION TO COUNTY OF BERNALILLO'S**
**REQUEST FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**

Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors"), through the undersigned counsel, hereby objects (the "Objection") pursuant to section 502 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), to the *Request for Allowance of Administrative Expense Claim* [D.I. 9618] (the "Admin Request") filed by the County of Bernalillo (the "County") on January 3, 2011, a copy of which is attached hereto as Exhibit A. In support of this Objection, the Plan Trustee submits the Declaration of Eileen Wanerka (the "Wanerka Declaration") attached hereto as Exhibit B. In further support of this Objection, the Plan Trustee states as follows:

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

## JURISDICTION AND STATUTORY AUTHORITY

1.      This Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated as of February 29, 2012.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding within the meaning of 28 U.S.C. 157(b)(2).

2.      The statutory basis for the relief requested herein is section 502 of Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure.

## BACKGROUND

### A.      The Chapter 11 Cases

3.      On August 6, 2007 (the "Petition Date"), each of the Debtors filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  Each Debtor operated its business and managed its properties as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Debtors' cases have been consolidated for procedural purposes only and are being jointly administered pursuant to an order of this Court.

4.      The Plan was confirmed under section 1129 of the Bankruptcy Code on February 23, 2009 [D.I. 7042].  The Plan became effective on November 30, 2010 (the "Plan Effective Date").

5.      Pursuant to the Plan, as of the Plan Effective Date, a plan trust (the "Plan Trust") was established and all of the Debtors' assets, causes of action, claims, rights and interests, succeeded, transferred and vested in the Plan Trust.  Steven D. Sass is the duly appointed Plan Trustee for the Plan Trust.  The Plan Trustee is vested with the rights, powers, and benefits set forth in the Plan, Confirmation Order, and Plan Trust Agreement.

**B.**    <u>The Admin Request and Identical Proof of Claim Filed by the County</u>

6.    On or about January 3, 2011, the County filed its Admin Request asserting an administrative expense claim against debtor American Home Mortgage Holdings, Inc. (Case No. 07-11047) ("<u>AHM Holdings</u>") for taxes on the Debtors' personal property located within the County's taxing jurisdiction. The Admin Request includes copies of tax bills attached thereto (the "<u>Tax Bills</u>"). According to the Tax Bills, the County asserted that AHM Holdings is liable for a total amount of $674.90 in unpaid personal property taxes, of which $259.49 is for tax year 2007 and $415.41 is for tax year 2008.

7.    On or about January 5, 2011, the County filed proof of claim number 10856 ("<u>Claim 10856</u>") asserting an administrative tax claim against AHM Holdings in the total amount of $674.90 on account of unpaid personal property taxes for tax years 2007 and 2008. A copy of Claim 10856 is attached hereto as <u>Exhibit C</u>. The Admin Request and Claim 10856 are essentially identical documents and it appears that the County filed both documents out of an abundance of caution.

8.    On May 20, 2011, the Plan Trustee filed the *Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [D.I. 10015] (the "<u>Omnibus Objection</u>) seeking entry of an order to, *inter alia*: (i) modify and reduce the amount of Claim 10856 from $674.90 to $259.49; (ii) reclassify $249.49 of the reduced claim amount for Claim 10856 to a priority tax claim and $10.00 to a general unsecured claim; and (iii) reassign Claim 10856 from AHM Holdings to debtor American Home Mortgage Corp. (Case No. 07-11051) ("<u>AHM Corp.</u>"), to match the liability reflected in the Debtors' books and records for the outstanding taxes for the 2007 tax year. With respect to the taxes claimed for the 2008 tax year, the Plan

Trustee asserted that none of the Debtors have any liability for those amounts as the applicable real property lease was sold and assigned to Indymac Bank, F.S.B. ("Indymac") under an Asset Purchase Agreement by and between AHM Holdings, AHM Corp. and Indymac [D.I. 3061] (the "APA")[2] prior to the County's assessment date for tax year 2008.

9.     The County did not file an objection or otherwise respond to the Omnibus Objection. On June 20, 2011, the Court entered an order [D.I. 10059] that, among other things, provided for the requested modification, reclassification and reassignment of Claim 10856 as described above.

10.     The Admin Request and Claim 10856 seek duplicative relief since the claimed amounts, the asserted tax years, and the applicable property are identical. Given that the Court has already entered an order [D.I. 10059] providing for the appropriate amount and classification of the taxes owed by AHM Corp. to the County, the Admin Request is redundant and has essentially been mooted. Nonetheless, out of an abundance of caution, the Plan Trustee hereby objects to the Admin Request.

<strong><u>OBJECTION</u></strong>

11.     Section 503 of the Bankruptcy Code does provide that tax claims may be allowed as administrative expenses in certain circumstances. *See* 11 U.S.C. § 503(b)(1)(B)(i). However, section 502 provides that upon objection, a court shall disallow a claim that is unenforceable against the debtor and the property of the debtor under applicable law. 11 U.S.C. § 502(b)(1).

---

[2]     On February 28, 2008, the Court entered an order [D.I. 3114] that, *inter alia*, approved the final version of the APA.

A.      **The Admin Request Should Be Denied in Full as Duplicative of Claim 10856**

12.     As noted above, the Admin Request and Claim 10856 are duplicative. The Plan Trustee does not believe the County intended to seek a double recovery against the Debtors' estates. Instead, the filing of both the Admin Request and Claim 10856 appears to be a function of the County filing two "claims" out of an abundance of caution. Regardless of the County's reasons for filing both the Admin Request and Claim 10856, the Admin Request should be denied in full since it seeks relief that is duplicative of Claim 10856, which has already been: (i) modified and reclassified to a priority tax claim in the amount of $249.49 and a general unsecured claim in the amount of $10.00; and (ii) reassigned to AHM Corp., by an order [D.I. 10059] of the Court.

B.      **The Court-Approved Treatment of the County's Tax Claim is Appropriate**

13.     The Admin Request and Claim 10856 assert personal property tax liability against the Debtors relating to a real property lease in Albuquerque, New Mexico. Specifically, as set forth in the Wanerka Declaration, the County's tax was assessed on the Debtors' personal property located at 6000 Uptown Blvd., Albuquerque, New Mexico (the "New Mexico Production Office"). *See* Wanerka Declaration, ¶ 2. But the lease applicable to the New Mexico Production Office property was subject to the terms of the APA and was thus purchased by and assigned to Indymac. *See* APA, Schedule 1.1(a) and Wanerka Declaration, ¶ 3. Accordingly, the Debtors did not have any assets in the County's taxing jurisdiction as of the 2008 assessment date and did not have ongoing liability for claimed property taxes ($415.41) for the 2008 tax year. As a result, the order modifying and reducing the claimed amount from $674.90 to $259.49 was appropriate and warranted.

7

14.     The reclassification of Claim 10856 from an alleged administrative tax claim to a priority tax claim was likewise appropriate.  Section 503 of the Bankruptcy Code provides expressly that administrative claims do not include those tax claims specified in section 507(a)(8).  11 U.S.C. § 503(b)(1)(B)(i).  Section 507(a)(8) provides that tax claims are properly considered priority claims when the tax is "a property tax incurred before the commencement of the case and last payable without penalty after one year before the date of the filing of the petition."  11 U.S.C. § 507(a)(8)(B) (emphasis added).  Thus, a property tax claim incurred prepetition is not entitled to administrative priority.

15.     Similarly, a prepetition tax claim is not properly the basis of postpetition tax liability.  *See Hollytex Carpet Mills, Inc. v. Okla. Emp't Sec. Comm'n* (*In re Hollytex Carpet Mills, Inc.*), 73 F.3d 1516 (10th Cir. 1996) (adopting district court's holding that taxing authority could not use debtor's failure to pay pre-petition tax liability, which was due post-petition, to assess higher rates against the reorganized debtor post-confirmation); 4 *Collier on Bankruptcy* ¶ 502.10, at 502-73 (Alan N. Resnick & Henry J. Sommer eds., 16th ed.) ("As a general rule, it seems clear that a tax which accrues or is incurred during a prepetition period is not to be considered a postpetition tax claim even though a return of or payment on such tax claim is not due until after the petition is filed.").

16.     Here, the County's assessment date for the 2007 tax year was prior to the Petition Date.  Accordingly, AHM Corp. incurred its tax liability for that tax year before the commencement of the Debtors' chapter 11 cases and, therefore, the County's claim for 2007 taxes arose prepetition and it is entitled only to priority status on $249.49 of the allowed claim amount rather than administrative expense status.

17.     Lastly, the reassignment of Claim 10856 from AHM Holdings to AHM Corp. was proper given that AHM Corp. was the Debtor entity that employed the personnel working at the New Mexico Production Office and was the Debtors' primary operating entity for its loan production offices such as the one formerly located at 6000 Uptown Blvd., Albuquerque, New Mexico.  Wanerka Declaration, ¶ 4.

18.     Therefore, the Plan Trustee respectfully requests that the Admin Request be disallowed with prejudice as it is duplicative of Claim 10856, which received the appropriate treatment in accordance with the Court's order.

## RESERVATION OF RIGHTS

19.     Nothing contained in this Objection shall be deemed an admission by the Plan Trustee of liability on any claims against the Debtors' estates or the Plan Trust, and the Plan Trustee does not waive any rights against any party.  The Plan Trustee expressly reserves the right to amend, modify or supplement this Objection in response to any information obtained from the County.

*[Remainder of page intentionally left blank]*

9

WHEREFORE, for the foregoing reasons, the Plan Trustee respectfully requests that the Court deny the Admin Request and grant the Plan Trustee such other and further relief as the Court deems just and proper

Dated: August 17, 2012
Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York  10022
Telephone:  (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Plan Trustee*

01:11682997.3

**Exhibit A**

**ADMIN REQUEST**

REQUEST FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM



United States Bankruptcy Court
District of Delaware
824 North Market Street
3RD Floor
Wilmington, DE  19801-3024

*In the Matter of*:  American Home Mortgage Holdings, Inc., Case No. 07-11047 (CSS)

| Bankruptcy Case No. | Chapter | Petition Date | Type of Liability | Creditor Account No. | Amount Due |
|---|---|---|---|---|---|
| 07-11047 (CSS) | Chapter 11 | 08/06/2007 | Taxes owed to governmental units | 703882 | $674.90 |
| | | | | | |

1. The undersigned, whose business address is shown above, is an agent of the Treasurer's office of the County of Bernalillo and is authorized to make this request for payment on behalf of the Treasurer's Office.
2. This debt is for taxes due under the Taxation and Revenue Code of the State of New Mexico.
3. All payments for this debt have been deducted for the purpose of making this request for payment.
4. Request is made for payment of administrative expenses described below.  **(Breakdown of property tax is included as Attachment A, and breakdown of interest and penalties is included as Attachment B for Parcel ID 703882.)**

| Administrative Expense | | | | | |
|---|---|---|---|---|---|
| Taxable Period | Type of Tax | Tax Due | Interest Due | Penalty Due | Balance Due |
| 2007 & 2008 Cycles 1 & 2 | Personal Property Taxes 7-038-82 | $511.08 | $137.52 | $26.30 | $674.90 |

5. Interest accrues at the rate established by the Taxation and Revenue Code of the State of New Mexico.
6. Bernalillo County (The County), is entitled to interest at the rate of 12% per annum by statute (NMSA § 7-38-49 (2009).
7. **Make check payable to the Bernalillo County Treasurer's Office and mail it to the business address show above.**

| AUTHORIZED REPRESENTATIVE/Title/Date | TELEPHONE NUMBER |
|---|---|
| Theresa Baca Sandoval, Assistant County Attorney, Sr. Bernalillo County Legal Department 520 Lomas Blvd. NW, 4th Floor Albuquerque, New Mexico 87102  12/28/2010 | 505-314-0180 |

Respectfully submitted,
BERNALILLO COUNTY LEGAL DEPARTMENT

Jeffrey S. Landers, County Attorney

By: _____
      Theresa Baca Sandoval
      Assistant County Attorney Sr.
      520 Lomas Blvd. NW, 4th Floor
      Albuquerque, NM  87102-2118
      (505) 314-0180

CERTIFICATE OF SERVICE

I hereby certify that a true and correct
copy of the foregoing was provided via
U.S. Mail, First Class, on **December 27, 2010,**
to the following parties of record:

**Counsel for Debtors:**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach
Patrick A. Jackson
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE  19801

**Counsel for the Plan Trustee:**

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, NY 10022

**The Plan Trustee**
Steven D. Sass
AHM Liquidating Trust
P.O. Box 10550
Melville, NY  11747

_____
Theresa Baca Sandoval

**Integrated Assessment System - [Master Index - AA05 (TRPKLENCK 12/28/2010 01:06 pm)  I  4.0-68]**

Cama   Asmt Admin   Tax Admin   Record   Query   Special   Window   Help

GoTo AA 05

| JURISDICT 02 | PARCEL ID: 7-038-82%···· | | SUBDIVISION: | | NBHD: |
|---|---|---|---|---|---|

Spec Flag   ALTERNATE ID:                     BOOK/PAGE:              TAX YEAR: 2010   LUC:

ALT:☐  NAME:                     Own2:                     OWN #:              CLASS:

ALT:☐     LOCATION:

TYPE:

| Index | Owner | Mult Owners | Legal | Values | *Taxes* | Specials | Custom |
|---|---|---|---|---|---|---|---|

Parcel ID: 7-038-82%····

| Rolltype | Effective Year | Authority/ Project | Cycle | SP Flag | Original Charge | Adjustments | Payments | Total |
|---|---|---|---|---|---|---|---|---|
| PP | 2007 | | 1 | | 92.66 | 39.41 | .00 | 132.07 |
| PP | 2007 | | 2 | | 92.66 | 34.76 | .00 | 127.42 |
| PP | 2008 | | 1 | | 162.88 | 48.90 | .00 | 211.78 |
| PP | 2008 | | 2 | | 162.88 | 40.75 | .00 | 203.63 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | 511.08 | 163.82 | .00 | 674.90 |

Record: 1/4                     <OSC> <DBG>

Start   Not Ready - Cisco Agent...   Inbox - Microsoft Outlook   Cisco Supervisor Desktop   Integrated Assessme...

ATTACHMENT A

Integrated Assessment System - [Tax Inquiry by Code - TX05 (TRPKLENCK 12/28/2010 01:08 pm) I 4.0-5]

Cama Asmt Admin Tax Admin Record Query Special Window Help

GoTo TX 11

JURISDICT 02    PARCEL ID: 7-038-82----    TAX YEAR: 2010

ALTERNATE ID:

ROLL TYPE: PP    STUB: 2010275062

| Effective Year | Tax Code | Project No. | Total Tax | Amount Paid | Balance |
|---|---|---|---|---|---|
| 2007 | INT | | 64.17 | .00 | 64.17 |
| 2007 | PEN | | 10.00 | .00 | 10.00 |
| 2007 | TAX | | 185.32 | .00 | 185.32 |
| 2008 | INT | | 73.35 | .00 | 73.35 |
| 2008 | PEN | | 16.30 | .00 | 16.30 |
| 2008 | TAX | | 325.76 | .00 | 325.76 |

ATTACHMENT B

## Exhibit B

### WANERKA DECLARATION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x

In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                           :
                                                                :    Jointly Administered
          Debtors.                                         :
------------------------------------------------------------------- x

### DECLARATION OF EILEEN WANERKA IN SUPPORT OF
### PLAN TRUST'S OBJECTION TO COUNTY OF BERNALILLO'S
### REQUEST FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

I, Eileen Wanerka, pursuant to 28 U.S.C. § 1746, declare:

1.      I am the Director of Claims Administration for the above-captioned

debtors (the "Debtors") and the AHM Liquidating Trust (the "Plan Trust"), which was

established pursuant to the Plan.   In this capacity, I am one of the persons responsible for

overseeing the claims reconciliation and objection process in the Debtors' chapter 11 cases.   I

have read the *Plan Trust's Objection to County of Bernalillo's Request for Allowance of

Administrative Expense Claim* (the "Objection"), and am directly, or by and through my

personnel or agents, familiar with the information contained therein and the exhibits attached

thereto.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a
Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM
SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home
Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited
liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak
Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is:  AHM Liquidating Trust,
P.O. Box 10550, Melville, New York 11747.

2.    Considerable resources and time have been expended in reviewing and reconciling the County's Admin Request and Claim 10856.[2]  The tax claims therein were carefully reviewed and analyzed in good faith utilizing due diligence by the appropriate personnel.  These efforts resulted in the conclusion that the County's tax was assessed on the Debtors' personal property located at 6000 Uptown Blvd., Albuquerque, New Mexico (the "New Mexico Production Office").

3.    Based on my review of Schedule 1.1(a) to the APA, the lease applicable to the New Mexico Production Office was subject to the terms of the APA and was thus purchased by and assigned to Indymac.

4.    AHM Corp. was the Debtor entity that employed the personnel working at the New Mexico Production Office and was the Debtors' primary operating entity for its loan production offices such as the New Mexico Production Office.

*[Signature page follows]*

---

[2]    Capitalized terms used but not defined herein have the meanings ascribed to them in the Objection.

2

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct to the best of my knowledge and belief.

Executed on August ⎤, 2012

Eileen Wanerka
AHM Liquidating Trust
Director of Claims Administration

**Exhibit C**

**CLAIM 10856**

## REQUEST FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

United States Bankruptcy Court
District of Delaware
824 North Market Street
3RD Floor
Wilmington, DE 19801-3024

**FILED / RECEIVED**

JAN 0 5 2011

EPIQ BANKRUPTCY SOLUTIONS, LLC

*In the Matter of:* American Home Mortgage Holdings, Inc., Case No. 07-11047 (CSS)

| Bankruptcy Case No. | Chapter | Petition Date | Type of Liability | Creditor Account No. | Amount Due |
|---|---|---|---|---|---|
| 07-11047 (CSS) | Chapter 11 | 08/06/2007 | Taxes owed to governmental units | 703882 | $674.90 |
| | | | | | |

1. The undersigned, whose business address is shown above, is an agent of the Treasurer's office of the County of Bernalillo and is authorized to make this request for payment on behalf of the Treasurer's Office.
2. This debt is for taxes due under the Taxation and Revenue Code of the State of New Mexico.
3. All payments for this debt have been deducted for the purpose of making this request for payment.
4. Request is made for payment of administrative expenses described below. **(Breakdown of property tax is included as Attachment A, and breakdown of interest and penalties is included as Attachment B for Parcel ID 703882.)**

| Administrative Expense | | | | | |
|---|---|---|---|---|---|
| Taxable Period | Type of Tax | Tax Due | Interest Due | Penalty Due | Balance Due |
| 2007 & 2008 Cycles 1 & 2 | Personal Property Taxes 7-038-82 | $511.08 | $137.52 | $26.30 | $674.90 |

5. Interest accrues at the rate established by the Taxation and Revenue Code of the State of New Mexico.
6. Bernalillo County (The County), is entitled to interest at the rate of 12% per annum by statute (NMSA § 7-38-49 (2009).
7. Make check payable to the Bernalillo County Treasurer's Office and mail it to the business address show above.

| AUTHORIZED REPRESENTATIVE/Title/Date | TELEPHONE NUMBER |
|---|---|
| Theresa Baca Sandoval, Assistant County Attorney, Sr. Bernalillo County Legal Department 520 Lomas Blvd. NW, 4th Floor Albuquerque, New Mexico 87102  12/28/2010 | 505-314-0180 |



Respectfully submitted,
BERNALILLO COUNTY LEGAL DEPARTMENT

Jeffrey S. Landers, County Attorney

By: _____
        Theresa Baca Sandoval
        Assistant County Attorney Sr.
        520 Lomas Blvd. NW, 4th Floor
        Albuquerque, NM  87102-2118
        (505) 314-0180

CERTIFICATE OF SERVICE

I hereby certify that a true and correct
copy of the foregoing was provided via
U.S. Mail, First Class, on **December 27, 2010,**
to the following parties of record:

**Counsel for Debtors:**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach
Patrick A. Jackson
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE  19801

**Counsel for the Plan Trustee:**

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, NY 10022

**The Plan Trustee**
Steven D. Sass
AHM Liquidating Trust
P.O. Box 10550
Melville, NY  11747

_____
Theresa Baca Sandoval

FILED / RECEIVED

JAN 0 5 2011

EPIQ BANKRUPTCY SOLUTIONS, LLC



FILED / RECEIVED

JAN 0 5 2011

EPIQ BANKRUPTCY SOLUTIONS, LLC

**Integrated Assessment System - [Master Index - AA05 (TRPKLENCK 12/28/2010 01:06 pm)] I: 4.0-68]**

Cama   Asmt Admin   Tax Admin   Record   Query   Special   Window   Help

GoTo  AA  05

JURISDICT 02   PARCEL ID: 7-038-82%----   SUBDIVISION:   NBHD:

Spec Flag   ALTERNATE ID:   BOOK/PAGE:   TAX YEAR: 2010   LUC:

ALT:☐   NAME:   Own2:   OWN #:   CLASS:

ALT:☐   LOCATION:

TYPE:

Index   Owner   Mult Owners   Legal   Values   *Taxes*   Specials   Custom

Parcel ID: 7-038-82%----

| Rolltype | Effective Year | Authority/ Project | SP Cycle Flag | Original Charge | Adjustments | Payments | Total |
|---|---|---|---|---|---|---|---|
| PP | 2007 | | 1 | 92.66 | 39.41 | .00 | 132.07 |
| PP | 2007 | | 2 | 92.66 | 34.76 | .00 | 127.42 |
| PP | 2008 | | 1 | 162.88 | 48.90 | .00 | 211.78 |
| PP | 2008 | | 2 | 162.88 | 40.75 | .00 | 203.63 |
| | | | | | | | |
| | | | | 511.08 | 163.82 | .00 | 674.90 |

Record: 1/4   <OSC> <DBG>

Start   Not Ready - Cisco Agent   Inbox - Microsoft Outlook   Cisco Supervisor Desktop   Integrated Assessme...

**ATTACHMENT A**

Integrated Assessment System - [Tax Inquiry by Code - TX05 (TRPKLENCK  12/28/2010 01:08 pm)   4.0-5]

Cama   Asmt Admin   Tax Admin   Record   Query   Special   Window   Help.

GoTo   TX   11

JURISDICT 02      PARCEL ID: 7-038-82....      TAX YEAR: 2010

ALTERNATE ID:

ROLL TYPE: PP      STUB: 2010275062

| Effective Year | Tax Code | Project No. | Total Tax | Amount Paid | Balance |
|---|---|---|---|---|---|
| 2007 | INT | | 64.17 | .00 | 64.17 |
| 2007 | PEN | | 10.00 | .00 | 10.00 |
| 2007 | TAX | | 185.32 | .00 | 185.32 |
| 2008 | INT | | 73.35 | .00 | 73.35 |
| 2008 | PEN | | 16.30 | .00 | 16.30 |
| 2008 | TAX | | 325.76 | .00 | 325.76 |

FILED / RECEIVED    ATTACHMENT B

JAN 0 5 2011

EPIQ BANKRUPTCY S   UONS LLC



County of Bernalillo
COUNTY ATTORNEY'S OFFICE
520 LOMAS NW, 4th Floor
ALBUQUERQUE, NEW MEXICO 87102

FILED / RECEIVED
JAN 0 5 2011
EPIQ BANKRUPTCY SOLUTIONS, LLC

Steven D. Sass
AHM Liquidating Trust
P.O. Box 10550
Melville, NY 11747

FILED / RECEIVED
EPIQ
JAN 0 0 1