# EXHIBIT II

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       : Jointly Administered
         Debtors.                                                      :
                                                                       : Ref. Docket No. _____
---------------------------------------------------------------------- x

### ORDER SUSTAINING PLAN TRUST'S ONE HUNDRED FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the one hundred first omnibus (non-substantive) objection to claims (the "Objection") of the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which Steven D. Sass, as the Plan Trustee, respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, disallowing in full such Disputed Claims[2] identified on Exhibits A and B attached hereto; and it appearing that the Court has jurisdiction over this matter

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2]   All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

01:12379946.1

pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibits A and B are hereby disallowed in their entirety; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       September ___, 2012

                                              CHRISTOPHER S. SONTCHI
                                              UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Late Filed Claim**

# Exhibit A
## Late Filed Claim

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| DUNAGAN, BRIAN<br>2502 RIVERSIDE PARKWAY, # 1422<br>GRAND PRAIRIE, TX 75050 | 10754 | 12/23/09 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$264,050.00 (U)<br>$275,000.00 (T) | 12/23/2009 |

**Totals:** 1 Claim

- (S)
- (A)
$10,950.00 (P)
$264,050.00 (U)
$275,000.00 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Satisfied Claims**

01:12379946.1

## Exhibit B

### Satisfied Claim

| Name/Address of Claimant | Objectionable Claim ||||Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | |
| AUCOURT, ANITA<br>3812 111TH ST SE<br>EVERETT, WA 98208 | 81 | 8/27/07 | 07-11051 | - (S)<br>- (A)<br>$957.60 (P)<br>- (U)<br>$957.60 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| AVENA, JOANNE<br>2238 CAMERON AVE<br>MERRICK, NY 11566 | 357 | 9/6/07 | 07-11051 | - (S)<br>- (A)<br>$2,227.89 (P)<br>- (U)<br>$2,227.89 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| BARRERAS, DESIREE M<br>10912 ARBOR RIDGE DR<br>TAMPA, FL 33624 | 2794 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$1,523.09 (P)<br>- (U)<br>$1,523.09 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| BAUTISTA, REBECCA (BECKY)<br>3555 37TH ST.<br>APT. A<br>SAN DIEGO, CA 92105 | 5802 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>$715.37 (P)<br>- (U)<br>$715.37 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| BETBEZE, DEBORAH B<br>121 WINDOVER RD<br>BUSH, LA 70431-4202 | 5222 | 12/11/07 | 07-11051 | - (S)<br>- (A)<br>$1,384.62 (P)<br>- (U)<br>$1,384.62 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| BUEHRLE, JUDITH M<br>406 S CHURCH ST<br>NUMBER 122<br>ST PETERS, MO 63376 | 5247 | 12/11/07 | 07-11051 | - (S)<br>- (A)<br>$901.44 (P)<br>- (U)<br>$901.44 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| BURKE ROBERTSON, CANDACE<br>PO BOX 160924<br>ALTAMONTE SPG, FL 32716 | 4749 | 12/6/07 | 07-11051 | - (S)<br>- (A)<br>$1,615.39 (P)<br>- (U)<br>$1,615.39 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |

―― Objectionable Claim ――

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| CANALES, SHANNON D<br>3570 ARGYLE AVE.<br>CLOVIS, CA 93612 | 3977 | 11/30/07 | 07-11051 | -<br>-<br>$907.31<br>-<br>$907.31 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| CLOREY, ROXANNE S<br>6214 8TH STREET NW<br>WASHINGTON, DC 20011 | 8549 | 1/11/08 | 07-11051 | -<br>-<br>$3,461.54<br>-<br>$3,461.54 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| CONROY, ELAINE D.<br>PO BOX 25596<br>HONOLULU, HI 96825 | 143 | 8/29/07 | 07-11051 | -<br>-<br>$2,779.81<br>-<br>$2,779.81 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| CUEVAS, SERGIO C.<br>109 CENTENNIAL AVE<br>CRANFORD, NJ 07016 | 220 | 8/31/07 | 07-11051 | -<br>-<br>$908.40<br>-<br>$908.40 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| GAYTAN, LETICIA<br>8656 EVERGREEN AVENUE<br>SOUTH GATE, CA 90280 | 8409 | 1/10/08 | 07-11051 | -<br>-<br>$2,185.09<br>-<br>$2,185.09 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| HACKFORD, JULIE<br>154 EAGLE GLEN DR<br>WOODSTOCK, GA 30189 | 6020 | 12/14/07 | 07-11051 | -<br>-<br>$1,153.85<br>-<br>$1,153.85 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| HENDERSON, JEANNA M<br>13073 TROY CT<br>VICTORVILLE, CA 92395 | 6783 | 1/2/08 | 07-11051 | -<br>-<br>$1,440.00<br>-<br>$1,440.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| IRVINE, JACQLYN<br>16652 ALMADEN DR<br>FONTANA, CA 92336 | 807 | 9/14/07 | 07-11051 | -<br>-<br>$4,846.14<br>-<br>$4,846.14 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| KOERTGE, CAROL A.<br>PO BOX 100<br>CORAM, NY 11727 | 535 | 9/10/07 | 07-11051 | -<br>-<br>$1,559.87<br>-<br>$1,559.87 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |

―― Objectionable Claim ――

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MARAVILLA, ERICKA A<br>16801 MOUNT OLSEN CR<br>FOUNTAIN VALLEY, CA 92708 | 3677 | 11/28/07 | 07-11051 | - (S)<br>- (A)<br>$952.00 (P)<br>- (U)<br>$952.00 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| MCCAULEY, PAULA L<br>12915 LAFAYETTE ST UNIT G<br>THORNTON, CO 80241 | 7663 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$2,278.85 (P)<br>- (U)<br>$2,278.85 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| MCGILLVRAY, KIMBERLY R<br>12450 NE 9TH ST<br>KIRKLAND, WA 980335237 | 6274 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>$1,121.54 (P)<br>- (U)<br>$1,121.54 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| METCALF, ANNETTE<br>12003 W 84TH PL<br>ARVADA, CO 80005 | 552 | 9/11/07 | 07-11051 | - (S)<br>- (A)<br>$761.64 (P)<br>- (U)<br>$761.64 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| MONARES, JOLEEN<br>2099 WINSBURG WAY<br>KENNESAW, GA 30144 | 9042 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$285.63 (P)<br>- (U)<br>$285.63 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| MUNITZ, NICOLE<br>2883 VALMONT LN<br>DELTONA, FL 32738 | 7633 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$1,315.39 (P)<br>- (U)<br>$1,315.39 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| NELSON, TRACY<br>2333 TULIP ST<br>SARASOTA, FL 342396248 | 2530 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$808.48 (P)<br>- (U)<br>$808.48 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| NULL, JANICE K<br>4691 E TWAIN AVE<br>LAS VEGAS, NV 89121 | 1980 | 11/12/07 | 07-11051 | - (S)<br>- (A)<br>$516.92 (P)<br>- (U)<br>$516.92 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |

―――― Objectionable Claim ――――

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| RUDZINSKI, CHRISTINE<br>4121 AVALON DR<br>WEYMOUTH, MA 02188 | 6515 | 12/28/07 | 07-11051 | - (S)<br>- (A)<br>$1,712.55 (P)<br>- (U)<br>$1,712.55 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| SISKEY, DAWN M<br>19406 S WHITEWATER AVE<br>WESTON, FL 33332 | 7487 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$3,600.00 (P)<br>- (U)<br>$3,600.00 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| SLUSSER, KIMBERLY L<br>43 LA RUE AVE<br>RENO, NV 895092820 | 2798 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$1,330.93 (P)<br>- (U)<br>$1,330.93 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| SMITH, AMY R<br>18 SIMPSON RD<br>BULGER, PA 15019 | 7480 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$1,716.35 (P)<br>- (U)<br>$1,716.35 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| SMITH, CAROLYN<br>101 GROVE ST<br>PLAINVILLE, MA 02762 | 2786 | 11/19/07 | 07-11053 | - (S)<br>- (A)<br>$6,230.77 (P)<br>- (U)<br>$6,230.77 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| SPARKS, LAURA M.<br>16958 W COCOPAH ST<br>GOODYEAR, AZ 85338 | 1907 | 11/6/07 | 07-11051 | - (S)<br>- (A)<br>$2,769.23 (P)<br>- (U)<br>$2,769.23 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| SWANNER, MARGARET<br>4245 NIPOMO AVE<br>LAKEWOOD, CA 90713 | 111 | 8/28/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$2,030.00 (U)<br>$12,980.00 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| VALERIUS, LARRY D.<br>1709 OAKWOOD AVE<br>DEKALB, IL 60115 | 494 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$1,200.00 (P)<br>- (U)<br>$1,200.00 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| VELSOR, MIRTHA<br>7120 162ND ST #2<br>FLUSHING, NY 113654237 | 356 | 9/6/07 | 07-11051 | - (S)<br>- (A)<br>$1,179.49 (P)<br>- (U)<br>$1,179.49 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| VELSOR, MIRTHA<br>7120 162ND ST # 2<br>FLUSHING, NY 113654237 | 6029 | 12/14/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,538.46 (U)<br>$1,538.46 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |

**Totals:** 34 Claims

|  |  |
|---|---|
| | - (S) |
| | - (A) |
| | $66,143.33 (P) |
| | $4,722.31 (U) |
| | $70,865.64 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.