# EXHIBIT III

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :  Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                 :
                                                                   :  Jointly Administered
         Debtors.                                                  :
                                                                   :  Ref. Docket No. _____
------------------------------------------------------------------ x

## ORDER SUSTAINING PLAN TRUST'S ONE HUNDRED SECOND OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the one hundred second omnibus (substantive) objection to claims (the "Objection") of the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors, by which Steven D. Sass, as the Plan Trustee, respectfully requests the entry of an order pursuant to section 502(b) of title 11 of the United States Code, Rules 3003 and 3007, of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, disallowing in full, modifying or reclassifying such Disputed Claims[2] identified on Exhibits A, B and C attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

01:12382323.1

Objection having been given under the circumstances; and the Court having determined that the Objection complies with Article 17 of the Plan and the Confirmation Order; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is sustained as set forth herein; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit A are hereby modified to the dollar values under the column titled "Modified Amount" in Exhibit A; and it is further

ORDERED that the Disputed Claim identified on the attached Exhibit B is hereby disallowed in its entirety; and it is further

ORDERED that the Disputed Claims identified on the attached Exhibit C are hereby reclassified to the priority levels indicated in the column titled "Modified Amount" in Exhibit C; and it is further

ORDERED that the Plan Trustee reserves the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, the claims that are the subject of this Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
      September ___, 2012

                                                                       _____
                                                                        CHRISTOPHER S. SONTCHI
                                                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Modified Amount Claims**

01:12382323.1

# Exhibit A

## Modified Amount Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Modified Amount | Comments |
|---|---|---|---|---|---|---|
| GOTO, JAMI L<br>273 S CALLE DA GAMA<br>ANAHEIM HILLS, CA 92807 | 2365 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$5,161.79 (P)<br>- (U)<br>$5,161.79 (T) | - (S)<br>- (A)<br>$246.41 (P)<br>- (U)<br>$246.41 (T) | Claim relates to the payout of unused sick / personal and vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. Per the Debtors' books and records, claimant is owed only $246.41 on account of unused sick/personal time. |
| HUGHEY, CHERYL<br>222 NORTH AVE<br>APTOS, CA 95003 | 268 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$7,471.84 (P)<br>- (U)<br>$7,471.84 (T) | - (S)<br>- (A)<br>$1,561.28 (P)<br>- (U)<br>$1,561.28 (T) | Claim relates to the payout of unused sick / personal and vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. Per the Debtors' books and records, claimant is owed only $1,561.28 on account of unused sick/personal time. |
| Totals: | 2 Claims | | | - (S)<br>- (A)<br>$12,633.63 (P)<br>- (U)<br>$12,633.63 (T) | - (S)<br>- (A)<br>$1,807.69 (P)<br>- (U)<br>$1,807.69 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# EXHIBIT B

**No Liability Claim**

01:12382323.1

## Exhibit B

## No Liability Claims

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CRUZ, TRINIDAD<br>C/O MICHAEL C. BERGKVIST<br>BERGKVIST, BERGKVIST AND CARTER<br>400 OCEANGATE, SUITE 800<br>LONG BEACH, CA 90802 | 6536 | 12/28/07 | 07-11051 | $610,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$610,000.00 (T) | Claim alleges fraud in connection with origination of loan; however, the Debtors did not originate the loan for the claimant. The settlement statement attached to the Proof of Claim indicates the Lender was Bear Stearns Residential Mortgage Corp., which is not affiliated with the Debtors. |
| Totals: | 1 Claim | | | $610,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$610,000.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Reclassified Claims**

# Exhibit C

## Reclassified Claims

| Name/Address of Claimant | Objectionable Claim | | | | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| LOPEZ, SAUL & TORRES, CARLOS<br>C/O MICHAEL C. BERGKVIST<br>BERGKVIST, BERGKVIST AND CARTER<br>400 OCEANGATE, SUITE 800<br>LONG BEACH, CA 90802 | 6537 | 12/28/07 | 07-11051 | $715,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$715,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$715,000.00 (U)<br>$715,000.00 (T) | Assuming liability exists, Claim is not entitled to a secured status as the claimant does not have security interest in any property of the Debtors or Plan Trust. To the extent that Claimant erroneously asserts in a secured interest in their particularly property or mortgage, the Debtors' records indicate that the claimant's loan was sold to the AHMA 2006-4 Trust on or about August 30, 2006. |
| SOLIS, ANTONIO<br>C/O MICHAEL C. BERGKVIST<br>BERGKVIST, BERGKVIST AND CARTER<br>400 OCEANGATE, WUITE 800<br>LONG BEACH, CA 90802 | 6535 | 12/28/07 | 07-11051 | $750,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$750,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$750,000.00 (U)<br>$750,000.00 (T) | Assuming liability exists, Claim is not entitled to a secured status as the claimant does not have security interest in any property of the Debtors or Plan Trust. To the extent that Claimant erroneously asserts in a secured interest in their particularly property or mortgage, the Debtors' records indicate that the claimant's loan was sold to the AHMA 2006-4 Trust on or about August 30, 2006. |
| Totals: | 2 Claims | | | $1,465,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,465,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$1,465,000.00 (U)<br>$1,465,000.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.