# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., *et al.*, | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | Re: Docket No. 2359 |

## AMENDED NOTICE OF ENTRY OF
## APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE THAT Wilmington Trust Company ("Wilmington Trust"), by its counsel, Covington & Burling LLP and Elliott Greenleaf, hereby amends its appearance originally filed on December 12, 2007 (Docket No. 2359) in the above-captioned bankruptcy case in its capacity as Indenture Trustee under Indentures dated as of December 1, 2006 and demand, pursuant to 11 U.S.C. §§ 102(1), 342 and 1109(b) and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in this case, be given to and served upon:

> Martin E. Beeler, Esquire
> Covington & Burling LLP
> 620 Eigth Avenue
> New York, NY 10018
> Telephone: (212) 841-1023
> Facsimile: (646) 441-9023
> Email: mbeeler@cov.com

PLEASE TAKE FURTHER NOTICE this amended request includes, without limitation, all notices (including those required by Bankruptcy Rules 2002 and 4001 or ordered by the Court pursuant to Bankruptcy Rule 9007), applications, motions, petitions,

orders, pleadings, requests, lists, schedules, statements, complaints and demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telecopier, electronic file transfer, telegraph, telex or other.

*Remainder of page intentionally left blank.*

PLEASE TAKE FURTHER NOTICE that neither this Amended Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Wilmington Trust's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Wilmington Trust is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: August 17, 2012
Wilmington, DE

**ELLIOTT GREENLEAF**

*/s/ Shelley A. Kinsella*
Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
1105 N. Market Street, Ste 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

-and-

*/s/ Martin E. Beeler*
Martin E. Beeler, Esquire
Covington & Burling LLP
620 Eigth Avenue
New York, NY 10018
Telephone: (212) 841-1023

Facsimile: (646) 441-9023
Email: mbeeler@cov.com

*Counsel for Wilmington Trust Company, as Indenture Trustee*

3