## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., *et al.*, ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the firm of Cooch and Taylor, 1000 N West St #10 Wilmington, DE 19801, hereby withdraws its appearance as Delaware counsel to the Wilmington Trust Company.

PLEASE TAKE FURTHER NOTICE that the firm of Elliott Greenleaf, 1105 N. Market Street, Suite 1700, Wilmington, DE 19801, hereby enters their appearance as proposed Delaware counsel to the Wilmington Trust Company.

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, Elliott Greenleaf request that copies of all notices and pleadings given or filed in these cases be given and served upon the following person at the mailing address, telephone and facsimile numbers, and email addresses indicated below:

> Rafael X. Zahralddin-Aravena (No. 4166)
> Shelley A. Kinsella (No. 4023)
> ELLIOTT GREENLEAF
> 1105 N. Market Street, Suite 1700
> Wilmington, DE 19801
> Telephone: (302) 384-9400
> Facsimile: (302) 384-9399
> Email: rxza@elliottgreenleaf.com
> sak@elliottgreenleaf.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers

referred to in the Rules specified above, but also includes, without limitation, and notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

Dated: August 17, 2012
Wilmington, DE

**COOCH AND TAYLOR**

*/s/ M. Claire McCudden*

M. Claire McCudden
Cooch and Taylor
1000 N West St # 10
Wilmington, DE 19801
Telecopy: 302-984-3939
Email: cmccudden@coochtaylor.com

**ELLIOTT GREENLEAF**

*/s/ Shelley A. Kinsella*

Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
1105 N. Market Street, Ste 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

-and-

Martin E. Beeler
Covington & Burling LLP
620 Eigth Avenue
New York, NY 10018
Telecopy: 646-441-9023
Email: mbeeler@cov.com

*Counsel for Wilmington Trust Company, as Indenture Trustee*