# EXHIBIT A

**Wrong Debtor Claims**

01:12312183.1

# Exhibit A

## Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | New Case Number |
|---|---|---|---|---|---|
| | | | | | Case Number |
| AMERICAN SECURITY INSURANCE COMPANY<br>C/O RAUL CUERVO, ESQ.<br>JORDAN BURT LLP<br>1025 THOMAS JEFFERSON ST., NW- #400 EAST<br>WASHINGTON, DC 20007 | 7966 | 1/9/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$71,932.58 (U)<br>$71,932.58 (T) | 07-11051 |
| WA STATE DEPT. OF LABOR & INDUSTRIES<br>ATTN PAULA ROMINES, REVENUE AGENT<br>BANKRUPTCY UNIT<br>PO BOX 4170<br>OLYMPIA, WA 98504-4170 | 5333 | 12/5/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$4,104.23 (U)<br>$4,104.23 (T) | 07-11051 |
| WELLS FARGO BANK, N.A.-ATTN WILLIAM FAY<br>DEFAULT & RESTRUCTURING ACCOUNT MANAGER<br>CORPORATE TRUST SERVICES<br>9062 OLD ANNAPOLIS RD - MAC N2702-011<br>COLUMBIA, MD 21045 | 8859 | 1/11/08 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$80,000.00 (U)<br>$80,000.00 (T) | 07-11051 |
| XO COMMUNICATIONS, INC.<br>ATTN BRAD LEE<br>105 MOLLOY ST STE 300<br>NASHVILLE, TN 37201 | 28 | 8/20/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$189,904.41 (U)<br>$189,904.41 (T) | 07-11051 |
| Totals: | 4 Claims | | | - (S)<br>- (A)<br>- (P)<br>$345,941.22 (U)<br>$345,941.22 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.