# EXHIBIT B

**Satisfied Claim**

01:12312183.1

# Exhibit B

## Satisfied Claim

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| WILLIAMS, JUANICA D<br>1509 PLEASANT HOLLOW LN<br>OLD HICKORY, TN 37138 | 10312 | 4/29/08 | NO DEBTOR | $230,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$230,000.00 (T) | The proof of claim form asserts a $230,000.00 secured claim however the supporting documentation indicates that the amount and basis for the claim is $1,848.49 in real estate taxes paid by the claimant due to a servicing error. The claimant was fully refunded for the tax error on January 2, 2008 and no additional money is owed to the claimant. |

Totals: 1 Claim $230,000.00 (S)
- (A)
- (P)
- (U)
$230,000.00 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.