IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | :: | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Plan Trust in the above-captioned case, and that on August 17, 2012, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Plan Trust's Objection to County of Bernalillo's Request for Allowance of Administrative Claim [D.I. 10540]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 21st day of August 2012.

_____
Notary Public

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 6, 2013

01: 6163664.17

## SERVICE LIST

Theresa Baca Sandoval
Asst. County Attorney
Bernalillo County Legal Dept.
520 Lomas Blvd. NW, 4th Fl.
Albuquerque, NM 87102
***First Class Mail***