IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :    Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :    Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                                      :
                                                                       :    Jointly Administered
                                              Debtors.                 ::
---------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

       Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Plan Trust in the above-captioned case, and that on August 17, 2012, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Plan Trust's Objection to Lewisville Independent School District's Request for Payment of Administrative Expense [D.I. 10541]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 21st day of August 2012.

_____
Notary Public

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 6, 2013

01: 6163664.17

## SERVICE LIST

Andrea Sheehan
Law Offices of Robert E. Luna
4411 North Central Expressway
Dallas, TX 75205
***First Class Mail***