IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------------- x | | |
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | :: | |
| ------------------------------------------------------------------- x | | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                       ) SS
NEW CASTLE COUNTY      )

   Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Plan Trust in the above-captioned case, and that on August 17, 2012, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Objection of Plan Trustee to Paul M. Deck's Request for Payment of Administrative Claim [D.I. 10542]

                   _/s/ Debbie Laskin_
                   Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 21st day of August 2012.

                   _/s/ Erica A. Broyles_
                   Notary Public

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 6, 2013

01: 6163664.17

**SERVICE LIST**

Paul M. Deck, BW-0041
SCI-Dallas
1000 Follies Road
Dallas, PA 18612-9515
*First Class Mail*