IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

      Debtors.

-------------------------------------------------------------------- x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

## AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON AUGUST 23, 2012 AT 2:00 P.M. (ET)

> **SINCE NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN
> CANCELLED WITH THE PERMISSION OF THE COURT.**

## ADJOURNED/RESOLVED MATTERS

1.    Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

    Response Deadline:    June 4, 2008 at 4:00 p.m., extended for U.S. Bank, N.A. to April 2, 2012 at 4:00 p.m. (ET)

    Related Documents:

        a)    Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

        b)    Re-Notice of Debtors' Seventh Omnibus (Non-Substantive) Objection to Claims [D.I. 10357, 3/9/12]

    Responses Filed:    See Exhibit A, attached

    Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 224 Sherwood Road, Famingdale, NY 11735.

[2] **Amendments appear in bold.**

2.    Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5181, 7/18/08]

Response Deadline:    August 11, 2008 at 4:00 p.m., extended to March 2, 2011 for certain parties

Related Documents:

     a)    Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

     b)    Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims [D.I. 5463, 8/18/08]

     c)    Re-Notice of Debtors' Thirteenth Omnibus (Substantive) Objection to Claims [D.I. 9768, 2/7/11]

Responses Filed:    See Exhibit B, attached

Status: Orders have been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be adjourned.

3.    Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:    September 8, 2008 at 4:00 p.m.

Related Documents:

     a)    Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims [D.I. 6217, 10/10/08]

     b)    Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims [D.I. 7629, 7/22/09]

     c)    (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims [D.I. 8001, 9/2/09]

     d)    Consensual Order Sustaining Debtors' Fifteenth Omnibus (Substantive) Objection to Claim [D.I. 10476, 6/8/12]

01:12360135.2

Responses Filed:    Please see Exhibit C, attached

Status: Orders has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit C, this matter will be adjourned.

4.    Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 6826, 1/9/09]

Response Deadline:    February 10, 2009 at 4:00 p.m.

Related Document:

a)    Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 7023, 2/17/09]

Responses Filed:    See Exhibit D, attached

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit D, this matter will be adjourned.

5.    Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8174, 10/13/09]

Response Deadline:    November 6, 2009 at 4:00 p.m., extended to July 12, 2011 for certain parties

Related Documents:

a)    Order Sustaining Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims [D.I. 8299, 11/13/09]

b)    Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims [D.I. 9816, 3/7/11]

c)    Revised Order Sustaining in Part Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims [D.I. 9821, 3/9/11]

d)    Order Sustaining in Part Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims [D.I. 9861, 3/17/11]

e)    Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims [D.I. 10052, 6/17/11]

01:12360135.2

Responses Received:  See Exhibit E, attached

Status: Orders have been entered that partially sustain the Objection.  This matter is adjourned with respect to the items listed in Exhibit E.

6.    Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8939, 6/18/10]

Response Deadline:    July 12, 2010 at 4:00 p.m., extended to August 9, 2010 for Assured Guaranty Corp.

Related Document:

a)    Order Sustaining in Part Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 9028, 7/19/10]

Responses Filed:    See Exhibit F

Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned.

7.    Paul M. Deck's Request for Payment of Administrative Claim Seeking Administrative Claim of Thirty-Four Hundred Dollars ($3400.00) [D.I. 9608, 12/30/10]

Objection Deadline:    April 5, 2011 at 4:00 p.m., extended to September 30, 2012 at 4:00 p.m. (ET)

Objections Filed:

a)    Objection of Plan Trustee [D.I. 10542, 8/17/12]

Status: This matter will be adjourned to September 18, 2012 at 2:00 p.m. (ET).

8.    Bernaillo County's Motion for Administrative Claim [D.I. 9618, 1/3/11]

Objection Deadline:    April 5, 2011 at 4:00 p.m., extended to September 30, 2012 at 4:00 p.m. (ET)

Objections Filed:

a)    Plan Trust's Objection [D.I. 10540, 8/17/12]

Status: This matter will be adjourned to September 18, 2012 at 2:00 p.m. (ET).

9.   Banc of America Leasing & Capital, LLC's Request for Allowance and Payment of
     Administrative Expense Claim [D.I. 9619, 1/4/11]

     Objection Deadline:   April 5, 2011 at 4:00 p.m. (ET), extended to September 30, 2012 at
                           4:00 p.m. (ET)

     Objections Filed:     None to date

     Status: This matter will be adjourned to a date and time to be determined.

10.  The United States' Amended Request for Payment of Chapter 11 Administrative
     Expenses [D.I. 9624, 1/4/11]

     Objection Deadline:   April 5, 2011 at 4:00 p.m. (ET), extended to September 30, 2012 at
                           4:00 p.m. (ET)

     Objections Filed:     None to date

     Status: The matter will be adjourned to a date and time to be determined.

11.  Application of Countrywide Bank, N.A. and Countrywide Home Loans, Inc. for
     Allowance of Administrative Expenses [D.I. 9625, 1/5/11]

     Objection Deadline:   April 29, 2011 at 4:00 p.m. (ET), extended to September 30, 2012
                           at 4:00 p.m. (ET)

     Objections Filed:     None to date

     Status: This matter will be adjourned to a date and time to be determined.

12.  Lewisville Independent School District's Request for Payment of Administrative
     Expense [D.I. 9630, 1/4/11]

     Objection Deadline:   April 5, 2011 at 4:00 p.m. (ET), extended September 30, 2012 at
                           4:00 p.m. (ET)

     Objections Filed:

        a)    Plan Trust's Objection [D.I. 10541, 8/17/12]

     Status: This matter will be adjourned to September 18, 2012 at 2:00 p .m. (ET).

01:12360135.2

13.   Iron Mountain Information Management, Inc.'s Request for Allowance and Payment of
      Administrative Expenses (Hardcopy) [D.I. 9636, 1/5/11]

      Objection Deadline:   April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00
                            p.m. (ET)

      Related Documents:

           a)     Notice of Iron Mountain Information Management, Inc.'s Interim Cure
                  Claim [D.I. 4828, 6/25/08]

           b)     Iron Mountain Information Management, Inc's Second Motion to Compel
                  Payment of Administrative Expenses [D.I. 6460, 10/25/08

      Objections Filed:

           c)     Plan Trust's Omnibus Objection to Iron Mountain Management, Inc.'s (I)
                  Purchaser Cure Claim and (II) Requests for Allowance and Payment of
                  Administrative Expenses [D.I. 10274, 12/12/11]

           d)     Objection of American Home Mortgage Servicing, Inc. to Iron Mountain
                  Information Management, Inc.'s (I) Purchaser Cure Claim and (II)
                  Administrative Claims [D.I. 10326, 2/10/12]

      Status: The parties are conferring with respect to a stipulated scheduling order to govern
              discovery, to be submitted under certification of counsel.  This matter will be will
              be adjourned to September 18, 2012 at 2:00 p.m. (ET).

14.   Iron Mountain Information Management, Inc.'s Request for Allowance and Payment of
      Administrative Expenses (Data) [D.I. 9637, 1/5/11]

      Objection Deadline:   April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00
                            p.m. (ET)

      Related Documents:

           a)     Notice of Iron Mountain Information Management, Inc.'s Interim Cure
                  Claim [D.I. 4828, 6/25/08]

           b)     Iron Mountain Information Management, Inc's Second Motion to Compel
                  Payment of Administrative Expenses [D.I. 6460, 10/25/08]

Objections Filed:

    c)    Plan Trust's Omnibus Objection to Iron Mountain Management, Inc.'s (I) Purchaser Cure Claim and (II) Requests for Allowance and Payment of Administrative Expenses [D.I. 10274, 12/12/11]

    d)    Objection of American Home Mortgage Servicing, Inc. to Iron Mountain Information Management, Inc.'s (I) Purchaser Cure Claim and (II) Administrative Claims [D.I. 10326, 2/10/12]

Status: The parties are conferring with respect to a stipulated scheduling order to govern discovery, to be submitted under certification of counsel. This matter will be will be adjourned to September 18, 2012 at 2:00 p.m. (ET).

15.    Request of American Home Mortgage Servicing, Inc., formerly known as AH Mortgage Acquisition Co., Inc. for Allowance and Payment of an Administrative Expense Claim [D.I. 9640, 1/5/11]

Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00 p.m. (ET)

Related Document:

    a)    Notice of Iron Mountain Information Management, Inc.'s Interim Cure Claim [D.I. 4828, 6/25/08

Objections Filed:

    b)    Plan Trust's Objection to the Request of American Home Mortgage Servicing, Inc., formerly known as AH Mortgage Acquisition Co., Inc., for Allowance and Payment of an Administrative Expense Claim [D.I. 10273, 12/12/11]

Status: The parties are conferring with respect to a stipulated scheduling order to govern discovery, to be submitted under certification of counsel. This matter will be will be adjourned to September 18, 2012 at 2:00 p.m. (ET).

16.    Protective Claim of Fred R. Hodoval, Rollover IRA, Pershing LLC, Custodian, Recognized Claim Number 1223571 [D.I. 9662, 1/10/11]

Objection Deadline:    Extended to September 30, 2012 at 4:00 p.m. (ET)

Objections Filed:    None to date

Status: This matter will be adjourned to a date and time to be determined.

01:12360135.2

17.    Plan Trust's Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to
       Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
       Rule 3007-1 [D.I. 9817, 3/7/11]

       Response Deadline:    March 30, 2011 at 4:00 p.m. (ET)

       Related Document:

              a)    Order [D.I. 9913, 4/5/11]

       Responses Filed:    See Exhibit G, attached.

       Status: An order has been entered which partially sustains the Objection.  This matter is
              adjourned with respect to those items listed in Exhibit G.

18.    Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to
       Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
       Rule 3007-1 [D.I. 9818, 2/7/11]

       Response Deadline:    May 4, 2011 at 4:00 p.m. (ET), extended to July 12, 2011 at 4:00
                             p.m. (ET) for certain parties

       Related Documents:

              a)    Revised Order Sustaining in Part Plan Trust's Seventy-Sixth Omnibus (Non-
                    Substantive) Objection to Claims Pursuant to Section 502(b) of the
                    Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1
                    [D.I. 9994, 5/9/11]

              b)    Re-Notice of Debtors' Seventy-Sixth Omnibus (Non-Substantive) Objection
                    to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                    Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10053, 6/17/11]

       Responses Filed:    See Exhibit H, attached.

       Status: An order has been entered which partially sustains the Objection.  This matter is
              adjourned with respect to those items listed in Exhibit H.

19.    Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10015, 5/20/11]

Response Deadline:    June 14, 2011 at 4:00 p.m. (ET)

Related Document:

    a)    Order Sustaining Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims [D.I. 10059, 6/20/11]

Responses Filed:    See Exhibit I, attached

Status: An Order has been entered which partially sustains the Objection. With respect to Exhibit I, this matter will be adjourned.

20.    Plan Trust's Eighty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10123, 8/10/11]

Response Deadline:    September 1, 2011 at 4:00 p.m. (ET)

Related Document:

    a)    Re-Notice of Eighty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10396, 4/5/12]

    b)    Certification of Counsel [D.I. 10435, 5/3/12]

    **c)**    Order Sustaining in Part the Plan Trust's Eighty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 10443, 5/4/12]

Responses Filed:    See Exhibit J, attached

Status: An Order has been entered which partially sustains the Objection. With respect to Exhibit J, this matter will be adjourned.

21.    Plan Trust's Eighty-Seventh (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10156, 9/7/11]

Response Deadline:    September 30, 2011 at 4:00 p.m. (ET)

Related Document:

a) Order Sustaining in Part Plan Trust's Eighty-Seventh (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10208, 10/7/11]

Responses Filed:    See Exhibit K, attached

Status: An order has been entered which partially sustains the Objection. This matter will be adjourned with respect to the objection to the claims of Bear Stearns.

22.    Plan Trust's Ninety-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10289, 12/20/11]

Response Deadline:    January 12, 2012 at 4:00 p.m. (ET)

Related Document:

a) Order Sustaining in Part Plan Trust's Ninety-Third Omnibus (Substantive) Objection to Claims [D.I. 10314, 1/17/12]

Responses Filed:    See Exhibit L

Status: This matter is adjourned with respect to responses listed on Exhibit L. An order has been entered resolving the remainder of this matter.

23.    Motion of JPMorgan Chase Bank, National Association for an Order (i) Enforcing the Terms of the Stay Relief Order and (ii) Directing the Trustee to Turnover Funds [D.I. 10323, 1/31/12]

Objection Deadline:    February 10, 2012 at 4:00 p.m. (ET), extended for the Debtors

Objections Filed:

a) Plan Trust's Objection to Motion of JPMorgan Chase Bank, National Association for an Order (I) Enforcing the Terms of the Stay Relief Order and (II) Directing the Trustee to Turnover Funds [D.I. 10330, 2/14/12]

Status: This matter will be adjourned to September 18, 2012 at 2:00 p.m. (ET).

24.    Plan Trust's Motion for an Order Authorizing the Abandonment of Certain Documents
       Held by Iron Mountain, to the Extent the Plan Trust has any Interest Therein [D.I. 10467,
       5/31/12]

       Objection Deadline:    June 18, 2012 at 4:00 p.m. (ET)

       Objections Filed:

              a)    National Credit Union Administration's Objection to Plan Trustee's
                    Motion to Abandon Certain Documents Held by Iron Mountain [D.I.
                    10482, 6/18/12]

              b)    Limited Objection of Triad Guaranty Insurance Corporation to Trustee's
                    Motion for an Order Authorizing the Abandonment of Certain Documents
                    Held by Iron Mountain [D.I. 10483, 6/18/12]

              c)    Limited Response of U.S. Bank National Association, as Trustee, to Plan
                    Trust's Motion for an Order Authorizing the Abandonment of Certain
                    Documents Held by Iron Mountain, to the Extent the Plan Trust has any
                    Interest Therein [D.I. 10484, 6/18/12]

              d)    Limited Objection and Reservation of Rights of JPM Litigation
                    Defendants to the Motion of the Plan Trust for an Order Pursuant to 11
                    U.S.C. §§ 105(a), 1142(a), 554(a), and Rule 6007(a) of the Federal Rules
                    of Bankruptcy Procedure Authorizing the Abandonment of Certain
                    Documents Held by Iron Mountain, to the Extent the Plan Trust has any
                    Interest Therein [D.I. 10494, 6/22/12]

              e)    Response of Homeward Residential, INc. f/k/a American Home Mortgage
                    Servicing, Inc. to Plan Trust's Motion for an Order Authorizing the
                    Abandonment of Certain Documents Held by Iron Mountain, to the Extent
                    the Plan Trust has any Interest Therein [D.I. 10495, 6/25/12]

              f)    Federal Deposit Insurance Corporation's Objection to Plan Trustee's
                    Motion to Abandon Certain Documents Held by Iron Mountain [D.I.
                    10497, 6/25/12]

              g)    Federal Home Loan Bank of Seattle's Objection to Objection to Plan
                    Trustee's Motion to Abandon Certain Documents Held by Iron Mountain
                    [D.I. 10498, 6/25/12]

              h)    Limited Objection of Federal Home Loan Bank of Chicago, Federal Home
                    Loan Bank of Indianapolis, and the Federal Home Loan Bank of Boston to
                    Plan Trustee's Motion for an Order Authorizing the Abandonment of
                    Certain Documents Held by Iron Mountain, to the Extent the Plan Trust
                    has any  Interest Therein [D.I. 10500, 6/25/12]

01:12360135.2

i)      Federal Home Loan Bank of San Francisco's Objection to Plan Trustee's
        Motion to Abandon Certain Documents Held by Iron Mountain [D.I.
        10502, 6/25/12]

j)      Iron Mountain Information Management, Inc.'s Response to the Plan
        Trust's Motion for an Order Authorizing the Abandonment of Certain
        Documents Held by Iron Mountain, to the Extent the Plan Trust has any
        Interest Therein [D.I. 10506, 6/28/12]

h)      Massmutual's Objection to Motion Authorizing the Abandonment of
        Certain Documents [D.I. 10515, 7/5/12]

i)      Federal Housing Finance Agency's Limited Objection to Plan Trust's
        Motion for an Order Authorizing the Abandonment of Certain Documents
        Held by Iron Mountain, to the Extent the Plan Trust has any Interest [D.I.
        10518, 7/5/12]

Status: This matter will be adjourned to September 18, 2012 at 2:00 p.m. (ET).

12

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

25.    Plan Trust's One Hundredth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10527, 7/24/12]

Response Deadline:    August 16, 2012 at 4:00 p.m. (ET)

Related Document:

a)    Certificate of No Objection [D.I. 10545, 8/21/12]

**b)    Order Sustaining Plan Trust's One Hundredth Omnibus (Non-Substantive) Objection to Claims [D.I. 10549, 8/21/12]**

Responses Filed:    None

Status: **An order has been entered resolving this matter**.

Dated: August 22, 2012
       Wilmington, Delaware              YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

                                         */s/ Michael S. Neiburg*
                                         Sean M. Beach (No. 4070)
                                         Margaret Whiteman Greecher (No. 4652)
                                         Patrick A. Jackson (No. 4976)
                                         Michael S. Neiburg (No. 5275)
                                         1000 North King Street
                                         Wilmington, Delaware  19899
                                         Telephone: (302) 571-6600
                                         Facsimile: (302) 571-1253

                                         -and-

                                         HAHN & HESSEN LLP
                                         Mark S. Indelicato
                                         Edward L. Schnitzer
                                         488 Madison Avenue
                                         New York, New York 10022
                                         Telephone: (212) 478-7200
                                         Facsimile: (212) 478-7400

                                         *Co-Counsel to the Plan Trustee*

01:12360135.2

**Exhibit A, Seventh Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Assoc. | 4362, 6/4/08 | Adjourned |

**Exhibit B, Thirteenth Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Countrywide | 5337, 8/8/08 | Adjourned |

**Exhibit C, Fifteenth Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Shervonne Powell | 5814, 9/11/08 | Adjourned |
|  | Grailing Carter | 5947, 9/17/08 | Adjourned |

**Exhibit D, Twenty-Ninth Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Sharaine Hughes |  | Adjourned |

**Exhibit E, Forty-Fourth Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Association |  | Adjourned |

**Exhibit F, Fifty-Ninth Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Assured Guaranty Corp. |  | Adjourned |

**Exhibit G, Seventy-Forth Omnibus Objection**

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Placer County |  | Adjourned |

01:12360135.2

### Exhibit H, Seventy-Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | UBS Securities LLC POC No. 10787 |  | Adjourned |
|  | Countrywide Bank, F.S.B. |  | Adjourned |
|  | Countrywide Home Loans, Inc. |  | Adjourned |

### Exhibit I, Seventy-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Ventura County | 10044, 6/14/11 | Adjourned |

### Exhibit J, Eighty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Torrence Caldwell |  | Adjourned |

### Exhibit K, Eighty-Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Bear, Stearns & Co., Inc. |  | Adjourned |

### Exhibit L, Ninety-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Bank of America |  | Adjourned |

01:12360135.2