IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
                                                                             :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :
a Delaware corporation, et al.,[1]                                           :   Jointly Administered
                                                                             :
     Debtors.                                                                :
---------------------------------------------------------------------------- x

**NOTICE OF FILING OF**
**WITHDRAWAL OF CLAIM(S) FILED BY GRAILING CARTER**

PLEASE TAKE NOTICE that Steven D. Sass, as liquidating trustee (the "Plan

Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation*

*of the Debtors Dated as of February 18, 2009* (the "Plan") in connection with the Chapter 11

cases of the above-captioned debtors (the "Debtors") has filed the attached **Notice of**

**Withdrawal of Claim(s) Filed by Grailing Carter.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

| | |
|---|---|
| Dated: August 24, 2012<br>Wilmington, Delaware | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP<br><br>*/s/ Margaret Whiteman Greecher*<br>Sean M. Beach (No. 4070)<br>Margaret Whiteman Greecher (No. 4652)<br>Michael S. Neiburg (No. 5275)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware  19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>HAHN & HESSEN LLP<br>Mark S. Indelicato<br>Edward L. Schnitzer<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 478-7200<br>Facsimile: (212) 478-7400<br><br>*Co-Counsel to the Plan Trustee* |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:                                                                : Chapter 11
                                                                      :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                    :
                                                                      : Jointly Administered
Debtors.                                                              :

---

### NOTICE OF WITHDRAWAL OF CLAIM(S) FILED BY GRAILING CARTER

PLEASE TAKE NOTICE that Grailing Carter hereby withdrawals all of his claims, with prejudice, filed against the above-captioned debtors, including, but not limited to, claim number 10305.

Dated: August 24, 2012
       Manassas, Virginia

*/s/ Grailing Carter*
Grailing Carter