## EXHIBIT A

**Proposed Order**

01:12379683.2

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x  Chapter 11
In re:                                                        :
                                                              :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                        :
HOLDINGS, INC., a Delaware corporation, et al.,               :  Jointly Administered
                                                              :
   Debtors.[1]                                                :
                                                              :
------------------------------------------------------------- x

### ORDER ESTIMATING THE CLAIMS OF CIFG ASSURANCE NORTH AMERICA, INC. FOR PURPOSES OF ALLOWANCE AND DISTRIBUTION UNDER THE PLAN

Upon consideration of the *Plan Trust's Motion for an Order Estimating the Claims of CIFG Assurance North America, Inc. for Purposes of Allowance and Distribution under the Plan* (the "Motion")[2]; and it appearing that the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 1334 and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and it appearing further that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing further that venue of these cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been appropriate under the circumstances, and no other or further notice being necessary; and the Court having reviewed the Motion and having heard the statements in support of the relief

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp. ("AHM Investment"); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"); AHM SV, Inc. f/k/a American Home Mortgage Servicing, Inc.; American Home Mortgage Corp. ("AHM Corp."); American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

01:12379683.2

requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing for the Motion to be granted;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. Claim 8706 is hereby estimated at the amount of zero dollars ($0.00), which shall be the maximum amount of Claim 8706 for purposes of allowance and distribution under the Plan.

3. Claim 8708 is hereby estimated at the amount of zero dollars ($0.00), which shall be the maximum amount of Claim 8706 for purposes of allowance and distribution under the Plan.

4. Claim 9963 is hereby estimated at the amount of zero dollars ($0.00), which shall be the maximum amount of Claim 8706 for purposes of allowance and distribution under the Plan.

5. Claim 10926 is hereby estimated at the amount of four million, eighty-nine thousand, four hundred forty-six dollars ($4,089,546), which shall be the maximum amount of Claim 8706 for purposes of allowance and distribution under the Plan.

6. The Plan Trust's rights to file additional objections to the Claims or any other claims (filed or not) which may be asserted against the Debtors are hereby preserved.

7. All time periods set forth in this Order shall be calculated in accordance with Rule 9006(a) of the Federal Rules of Bankruptcy Procedure.

8. The Plan Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9. Notwithstanding the possible applicability of Rules 6004(h), 7062 and 9014 of the Federal Rules of Bankruptcy Procedure or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: _____, 2012
       Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge