## EXHIBIT A

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | CHAPTER 11 |
| : | |
| AMERICAN HOME MORTGAGE : | CASE NO: 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al.[1] : | Jointly Administered |
| : | |
| DEBTORS. : | |
| : | Related to Docket No. ____ |

**ORDER DIRECTING THE PLAN TRUSTEE TO EXECUTE AND DELIVER AN ASSIGNMENT OF MORTGAGE AND, TO THE EXTENT APPLICABLE, GRANTING RELIEF FROM THE AUTOMATIC STAY AND RELIEF FROM ANY INJUNCTION/STAY IMPOSED BY THE CONFIRMED PLAN OF LIQUIDATION**

Upon consideration of *Motion of Homesales, Inc. for an Order Directing the Plan Trustee to Execute and Deliver an Assignment of Mortgage and, to the Extent Applicable, Granting Relief from the Automatic Stay and Relief From Any Injunction/Stay Imposed By the Confirmed Plan of Liquidation* (the "Motion"); and upon consideration of any responses to the Motion and any replies filed with respect thereto; and after due deliberation and consideration; and it appearing that good and sufficient cause exists; it is hereby:

1.    ORDERED that the Motion is GRANTED; and it is further

2.    ORDERED that the Plan Trustee is hereby directed to execute and deliver to Homesales, Inc. an assignment of the Mortgage given by Lydia Elliot to American Brokers Conduit dated May 29, 2007, which has been recorded in the Office of the City Register of the City of New York, on June 14, 2007, under CRFN 2007000309185; and it is further

3.    ORDERED that Homesales, Inc. shall be responsible for preparing and recording

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp. ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp.") a New York Corporation (8580).

the Assignment of Mortgage and shall pay all costs associated with same; and it is further

4. ORDERED that the Office of the City Register of the City of New York, is hereby directed to record the Assignment, with a copy of this Order attached thereto, and to make a notation on the Mortgage as to the recorded Assignment; and it is further

5. ORDERED that to the extent applicable, Homesales, Inc. is granted relief from the automatic stay and relief from any other injunctions/stays imposed by the Plan, in order to establish and enforce its rights, remedies and interests under the Note and Mortgage in New York state court; and it is further

6. ORDERED that the fourteen (14) day waiting period imposed by Fed. R. Bankr. P. 4001(a)(3) is waived; and it is further

7. ORDERED that this Court shall retain jurisdiction to adjudicate any disputes arising under or with respect to any other matters related to the implementation of this Order.

September _____, 2012

By the Court:

_____
Honorable Christopher S. Sontchi,
U.S. Bankruptcy Judge

DM3\2272405.2