## EXHIBIT B

**Proposed Assignment**

## ASSIGNMENT OF MORTGAGE

KNOWN ALL MEN BY THESE PRESENTS,

That **American Home Mortgage Corp. d/b/a American Brokers Conduit**, located at 538 Broadhollow Rd, Melville, NY 11747, hereinafter designated as Assignor, for valuable consideration in an amount of not less than the outstanding principal amount plus accrued and unpaid interest, the receipt whereof is hereby acknowledged, through Steven D. Sass, Esq., Plan Trustee in Bankruptcy, as authorized by an Order entered in the Bankruptcy Court of Delaware, Case No. 07-11047 (CSS) on _____, 2012, a copy of which is attached hereto as Exhibit "A", does by these presents hereby grant, bargain, sell, assign, transfer and set over unto:

**Homesales, Inc.** located at 1111 Polaris Parkway, Columbus, Ohio 43240

hereinafter designated as Assignee, all of its rights, title and interest, as holder thereof, in and to the following described lien in the form of a mortgage or deed of trust, the property therein described and the indebtedness thereby secured:

**Mortgage ("Mortgage"):**

| | |
|---|---|
| Executed by: | Lydia Elliott |
| Payable to: | American Brokers Conduit |
| Bearing date of: | May 29, 2007 |
| Recorded on: | June 14, 2007 |
| Original Principal Amount: | $1,207,500.00 |
| CRFN: | 2007000309185 |

**County of New York, Borough of Manhattan, Block 1917, Lot 27**

**Property Address:    107 West 132nd Street, New York, NY 10027**

Together with the note or obligation described in said mortgage, endorsed to the Assignee this date, and all money due to and become due thereon, with interest. The Assignee is not acting as nominee of the mortgagor and that the mortgage continues to secure a bona fide obligation. This Assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an Assignment within the Secondary Mortgage Market.

TO HAVE AND TO HOLD the same unto Assignee and to the successors, legal representatives and assigns of the Assignee forever, and Assignor hereby constitute and appoints said Assignee its attorney irrevocable to collect and receive said debt, and to foreclose, enforce, and satisfy said lien the same as it might or could have done were these presents not executed, but at the cost and expense of the Assignee, subject however to the right and equity of redemption, if any there be, of the maker(s) of the mortgage or deed of trust hereinabove described.

IN WITNESS WHEREOF, the Assignor herein has duly executed this assignment this _____ day of _____, 20____.

                                American Home Mortgage Corp. d/b/a
                                American Brokers Conduit

                                _____
                                Steven D. Sass, Esq., Plan Trustee

STATE OF _____
COUNTY OF _____

On the _____ day of _____ in the year _____, before me, the undersigned, personally appeared, Steven D. Sass, Esq., personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the City of _____ County of _____, State of _____.

                                _____
                                Notary Public

Address:        107 West 132nd Street, New York, NY
Borough:       Manhattan
Block:          1917
Lot:             27

**Record and Return To:**

    Parker, Ibrahim & Berg LLC
    270 Davidson Ave
    Somerset, NJ 08873

4843-7243-8032, v. 1