**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: : | CHAPTER 11 |
| : | |
| AMERICAN HOME MORTGAGE : | CASE NO: 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et. al.[1] : | Jointly Administered |
| : | |
| DEBTORS. : | Objection Deadline: 9/11/2012 at 4:00 (ET) |
| : | Hearing Date: 9/18/2012 at 2:00 (ET) |
| : | |

**NOTICE OF MOTION FOR AN ORDER DIRECTING THE PLAN TRUSTEE TO EXECUTE AND DELIVER AN ASSIGNMENT OF MORTGAGE AND, TO THE EXTENT APPLICABLE, GRANTING HOMESALES, INC. RELIEF FROM THE AUTOMATIC STAY AND RELIEF FROM ANY OTHER STAYS/INJUNCTIONS IMPOSED BY THE CONFIRMED PLAN OF LIQUIDATION**

**PLEASE TAKE NOTICE** that on that on August 29, 2012, HOMESALES, INC. ("Homesales") filed a **Motion For An Order Directing The Plan Trustee To Execute And Deliver An Assignment Of Mortgage And, To The Extent Applicable, Granting Homesales, Inc. Relief From The Automatic Stay And Relief From Any Other Stays/Injunctions Imposed By the Confirmed Plan Of Liquidation** (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the Motion will be held before the Honorable Christopher S. Sontchi on **September 18, 2012 at 2:00 p.m. (prevailing Eastern Time)** (the "Hearing") at the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), which is located at 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to oppose the relief

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp.") a New York Corporation (8580).

requested in the Motion must file a written response with the Clerk of the Bankruptcy Court, North Market Street, 3rd Floor, Wilmington, Delaware 19801, so that it is received by the Clerk on before **September 11, 2012 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline"). At the same time, you must also serve a copy of your objection or response on counsel to the Homesales at the address set forth below so that it is received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that if no objections to the Motion are timely filed, served and received in accordance with this Notice, the Bankruptcy Court may grant the relief requested in the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued from time to time upon written notice to you or as declared orally at the Hearing.

Dated: August 29, 2012  
    Wilmington, Delaware

Respectfully submitted,

/s/ Sommer L. Ross  
Sommer L. Ross (DE 4598)  
Duane Morris LLP  
222 Delaware Avenue, Suite 1600  
Wilmington, Delaware 19801  
Telephone: (302) 657-4951  
Email: slross@duanemorris.com

and

Sanjay P. Ibrahim, Esq.  
Joseph H. Lemkin, Esq.  
Parker Ibrahim & Berg LLC  
270 Davidson Avenue  
Somerset, NJ 08873  
Telephone: 908.725.9700  
Email: sanjay.ibrahim@piblaw.com  
    joseph.lemkin@piblaw.com

*Counsel to Homesales, Inc.*

DM3\2272405.2