UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al. | CASE NO: 07-11047 (CSS) Jointly Administered |
| DEBTOR | |

## DECLARATION IN SUPPORT MOTION FOR AN ORDER DIRECTING THE PLAN TRUSTEE TO EXECUTE AND DELIVER AN ASSIGNMENT OF MORTGAGE AND TO THE EXTENT APPLICABLE, GRANTING HOMESALES, INC. RELIEF FROM THE AUTOMATIC STAY AND RELIEF FROM ANY OTHER STAYS/INJUNCTIONS IMPOSED BY THE CONFIRMED PLAN OF LIQUIDATION

I, Lisa A. Shepherd, under the penalty of perjury pursuant to 28 U.S.C. § 1762, declare as follows:

1. I am the President of Homesales, Inc. ("Homesales"). In that capacity I am familiar with the facts and circumstances giving rise to Homesales' Motion for an order directing the Plan Trustee to execute and deliver an assignment of mortgage and, to the extent applicable, granting relief from the automatic stay and relief from any other stays/injunctions imposed by the confirmed plan of liquidation (the "Motion"). I have reviewed the Motion and verify that to the best of my knowledge and belief, the contents of the Motion are true and accurate.

2. On May 29, 2007, Lydia Elliott (the "Mortgagor") took title to property more commonly known as 107 West 132nd Street, New York, New York 10027 (the "Property"). The transfer of the Property to the Mortgagor is evidenced by a deed from Raphael Legier and Janie Legier (the "Deed"). The Deed was recorded in the Office of the City Register on June 14, 2007 under CRFN 2007000309184. A true and correct copy of the Deed, including the recording information is attached hereto as **Exhibit "A"**.

3. On May 29, 2007, the Mortgagor also executed and delivered a Note to American Home Mortgage Corp., d/b/a American Brokers Conduit ("ABC") in the amount of $1,207,500.00 (the "Note"). A true and correct copy of the Note is attached hereto as **Exhibit "B"**.

4. The Note is secured by a mortgage which was granted by the Mortgagor to ABC on May 29, 2007 (the "Mortgage"). The Mortgage was recorded in the Office of the City Register of the City of New York, on June 14, 2007, under CRFN 2007000309185. A true and correct copy of the Mortgage is attached hereto as **Exhibit "C"**.

5. Homesales filed an action to foreclose the Mortgage with the Supreme Court of New York on June 25, 2008 (the "Foreclosure Action"). The law firm of Steve Baum, LLC (the "Baum Firm") originally represented Homesales in the Foreclosure Action. However, in late 2011, the Baum Firm began to shut down its mortgage foreclosure practice.

6. The Assignment of Mortgage to Homesales dated June 20, 2008 (the "Original Assignment") was executed by Elpiniki Bechakas, Esq., as Assistant Secretary and Vice President of Mortgage Electronic Registration Systems, Inc. as nominee for American Brokers Conduit. Elpiniki Bechakas was an attorney at the Baum Firm. A true and correct copy of the Original Assignment is attached hereto as **Exhibit "D"**.

7. No previous application has been made by Homesales for the relief requested in the Motion.

Dated: August 27, 2012

Lisa A. Shepherd