# EXHIBIT A

## Deed

# NYC DEPARTMENT OF FINANCE
# OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2007061101448001001E1F06

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 5 |
|---|---|

| Document ID: 2007061101448001 | Document Date: 05-29-2007 | Preparation Date: 06-11-2007 |
|---|---|---|

Document Type: DEED
Document Page Count: 3

| PRESENTER: | RETURN TO: |
|---|---|
| VANGUARD TITLE AGENCY, INC. | LYDIA ELLIOTT |
| (PICK UP) | 247 WEST 139 STREET |
| 164 MADISON AVENUE 2ND FLOOR | APT 4C |
| NEW YORK, NY 10016 | NEW YORK, NY 10030 |
| 212-532-8686 | |
| 07-19272-NY-P | |

## PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1917 | 27 | Entire Lot | 107 WEST 132ND |

Property Type: DWELLING ONLY - 6 FAMILY

## CROSS REFERENCE DATA

CRFN_____  *or*  Document ID_____  *or* _____ Year_____ Reel_____ Page_____  *or* File Number_____

## PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| RAPHAEL LEGIER | LYDIA ELLIOTT |
| 107 WEST 132ND ST | 247 WEST 139TH ST. |
| NEW YORK, NY 10027 | NEW YORK, NY 10030 |

x  Additional Parties Listed on Continuation Page

## FEES AND TAXES

| Mortgage | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 165.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 45,281.25 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 6,900.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | 52.00 | | | |
| Affidavit Fee: | $ | 0.00 | | | |

RECORDED OR FILED IN THE OFFICE
OF THE CITY REGISTER OF THE
CITY OF NEW YORK
Recorded/Filed        06-14-2007 15:46
City Register File No.(CRFN):
**2007000309184**

*Annette M. Hill*

*City Register Official Signature*

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2007061101448001001C1D86

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | PAGE 2 OF 5 |
|---|---|

| **Document ID: 2007061101448001** | Document Date: 05-29-2007 | Preparation Date: 06-11-2007 |
|---|---|---|

Document Type: DEED

**PARTIES**
**GRANTOR/SELLER:**
JANIE LEGIER
107 WEST 132ND ST.
NEW YORK, NY 10027

Form 8002 (3/00) – Bargain and Sale Deed, with Covenants against Grantor's Acts – Individual or Corporation. (Single sheet)

**CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT – THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.**

**THIS INDENTURE,** made the    29th    day of    May    , Two Thousand   and Seven

**BETWEEN**

Raphael Legier and Janie Legier, his wife
107 W 132nd Street
New York, NY 10027

party of the first part, and

Lydia Elliott
247 W 139th Street
New York, NY 10030

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of ten dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

see Schedule A attached hereto

TOGETHER with all right, title and interest, if any, of the party of the first part, in and to any streets and roads abutting the above-described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_Raphael Legier_
Raphael Legier

_Janie Legier_
Janie Legier

## Schedule A Description

Title Number **07-19272-NY-P**                                                      Page    **1**

ALL that certain plot, piece, or parcel of land, with the buildings and improvements thereon erected, situate, Lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of 132nd Street distant 100 feet westerly from the northwesterly corner of 132nd Street and Lenox Avenue formerly known as 6th Avenue;

RUNNING THENCE northerly parallel with Lenox Avenue, 99 feet 11 inches to the center line of the block;

THENCE westerly and along the same, 17 feet 6 inches;

THENCE southerly and again parallel with Lenox Avenue and partly through a party wall, 99 feet 11 inches to the northerly side of 132nd Street; and

THENCE easterly along said northerly side of said 132nd Street, 17 feet 6 inches to the point or place of BEGINNING.

**Acknowledgement taken in New York State**

State of New York, County of _NASSAU_                    , ss:

On the _29_ day of _MAY_ , in the year _2007_ before me, the undersigned, personally appeared _RAPHAEL LEGIER_ personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

JOSEPH GIACALONE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-GI6105913
Qualified in Nassau County
Commission Expires February 23, 2008

**SEAL**

**Acknowledgement by Subscribing Witness taken in New York State**

State of New York, County of                    , ss:

On the       day of       , in the year       , before me, the undersigned, personally appeared

the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who being by me duly sworn, did depose and say, that he/she/they reside(s) in

that he/she/they know(s)

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said
execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto.

---

**Acknowledgement taken in New York State**

State of New York, County of _NASSAU_                    , ss:

On the _29_ day of _MAY_ , in the year _2007_ before me, the undersigned, personally appeared _JANIE LEGIER_ personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

JOSEPH GIACALONE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-GI6105913
Qualified in Nassau County
Commission Expires February 23, 2008

**SEAL**

**Acknowledgement taken outside New York State**

*State of                    , County of,                    ss:
*(or insert District of Columbia, Territory, Possession or Foreign Country)

On the       day of       , in the year       , before me, the undersigned, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the

(add the city or political subdivision and the sate or country or other place the acknowledgement was taken).

---

Title No.: _07-19272-NY-P_

_RAPHAEL AND JANIE LEGIER_    TO  _LYDIA ELLIOTT_

DISTRICT
SECTION _7_
BLOCK _1917_
LOT _27_
COUNTY OR TOWN  _NEW YORK_

**RETURN BY MAIL TO:**

_LYDIA ELLIOTT
247 W. 139 ST APT 4C
NEW YORK N.Y._
Zip No. _10030_

**Distributed by**
**Chicago Title Insurance Company**

RESERVE THIS SPACE FOR USE OF RECORDING OFFICE

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2007061101448001001SD187

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID: 2007061101448001**    Document Date: 05-29-2007    Preparation Date: 06-11-2007
Document Type: DEED

**ASSOCIATED TAX FORM ID: 2007052400492**

**SUPPORTING DOCUMENTS SUBMITTED:**

|  | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 1 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

**REAL PROPERTY TRANSFER REPORT**
**STATE OF NEW YORK**
**STATE BOARD OF REAL PROPERTY SERVICES**

# RP - 5217NYC
(Rev 11/2002)

## FOR CITY USE ONLY

| C1. County Code | | C2. Date Deed Recorded | / / (Month Day Year) |
|---|---|---|---|
| C3. Book OR | | C4. Page | / |
| C5. CRFN | | | |

## PROPERTY INFORMATION

**1. Property Location:** 107 (STREET NUMBER) WEST 132ND (STREET NAME) — MANHATTAN (BOROUGH) — 10027 (ZIP CODE)

**2. Buyer Name:** ELLIOTT (LAST NAME / COMPANY) — LYDIA (FIRST NAME)
(LAST NAME / COMPANY) — (FIRST NAME)

**3. Tax Billing Address:** Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
LAST NAME / COMPANY — FIRST NAME
STREET NUMBER AND STREET NAME — CITY OR TOWN — STATE — ZIP CODE

**4. Indicate the number of Assessment Roll parcels transferred on the deed:** 1 # of Parcels OR ☐ Part of a Parcel

**4A.** Planning Board Approval - N/A for NYC
**4B.** Agricultural District Notice - N/A for NYC

Check the boxes below as they apply:
**6.** Ownership Type is Condominium ☐
**7.** New Construction on Vacant Land ☐

**5. Deed Property Size:** ____ FRONT FEET X ____ DEPTH OR ____ ACRES

**8. Seller Name:** LEGIER (LAST NAME / COMPANY) — RAPHAEL (FIRST NAME)
LEGIER (LAST NAME / COMPANY) — JANIE (FIRST NAME)

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

| A ☐ One Family Residential | C ☐ Residential Vacant Land | E ☐ Commercial | G ☐ Entertainment / Amusement | I ☐ Industrial |
|---|---|---|---|---|
| B ☐ 2 or 3 Family Residential | D ☐ Non-Residential Vacant Land | F ☑ Apartment | H ☐ Community Service | J ☐ Public Service |

## SALE INFORMATION

**10. Sale Contract Date:** 5 / 24 / 2007 (Month Day Year)

**11. Date of Sale / Transfer:** 5 / 29 / 2007 (Month Day Year)

**12. Full Sale Price $** 1,725,000
( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

**13. Indicate the value of personal property included in the sale**

**14. Check one or more of these conditions as applicable to transfer:**

| A | ☐ Sale Between Relatives or Former Relatives |
|---|---|
| B | ☐ Sale Between Related Companies or Partners in Business |
| C | ☐ One of the Buyers is also a Seller |
| D | ☐ Buyer or Seller is Government Agency or Lending Institution |
| E | ☐ Deed Type not Warranty or Bargain and Sale ( Specify Below ) |
| F | ☐ Sale of Fractional or Less than Fee Interest ( Specify Below ) |
| G | ☐ Significant Change in Property Between Taxable Status and Sale Dates |
| H | ☐ Sale of Business is Included in Sale Price |
| I | ☐ Other Unusual Factors Affecting Sale Price ( Specify Below ) |
| J | ☑ None |

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class:** C.5

**16. Total Assessed Value (of all parcels in transfer):**

**17. Borough, Block and Lot / Roll Identifier(s) ( If more than three, attach sheet with additional identifier(s) )**

MANHATTAN 1917 27

## CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**
X *Lydia Elliott* (BUYER SIGNATURE) 5/29/07 (DATE)
107 (STREET NUMBER) W 132ND STREET (STREET NAME (AFTER SALE))
NEW YORK (CITY OR TOWN) N.Y. (STATE) 10027 (ZIP CODE)

**BUYER'S ATTORNEY**
FREEMAN (LAST NAME) ALDRIC (FIRST NAME)
718 (AREA CODE) 855-9141 (TELEPHONE NUMBER)

**SELLER**
X *Raphael Legier* (SELLER SIGNATURE) 5/29/07 (DATE)
X ___

2007052400492201

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |

**BUYER**

BUYER SIGNATURE    DATE 5/29/07

**BUYER'S ATTORNEY**

LAST NAME FreeMAN    FIRST NAME dViC

STREET NUMBER 187    STREET NAME (AFTER SALE) W 132ND STREET    AREA CODE 718    TELEPHONE NUMBER 8559141

**SELLER**

CITY OR TOWN New York    STATE NY    ZIP CODE 10027    SELLER SIGNATURE Raphael Cogers    DATE 5/29/07

| FOR CITY USE ONLY | | REAL PROPERTY TRANSFER REPORT |
|---|---|---|
| **C1. County Code** | **C2. Date Deed Recorded** Month Day Year | **STATE OF NEW YORK** **STATE BOARD OF REAL PROPERTY SERVICES** |
| **C3. Book** OR **C5. CRFN** | **C4. Page** | **RP - 5217NYC** (Rev 11/2002) |

## PROPERTY INFORMATION

**1. Property Location**  107  WEST 132ND  MANHATTAN  10027
STREET NUMBER  STREET NAME  BOROUGH  ZIP CODE

**2. Buyer Name**  ELLIOTT  LYDIA
LAST NAME / COMPANY  FIRST NAME

LAST NAME / COMPANY  FIRST NAME

**3. Tax Billing Address**  Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
LAST NAME / COMPANY  FIRST NAME

STREET NUMBER AND STREET NAME  CITY OR TOWN  STATE  ZIP CODE

**4. Indicate the number of Assessment Roll parcels transferred on the deed**  1  # of Parcels  OR  ☐ Part of a Parcel

**4A.** Planning Board Approval - N/A for NYC
**4B.** Agricultural District Notice - N/A for NYC

Check the boxes below as they apply:
**6.** Ownership Type is Condominium  ☐
**7.** New Construction on Vacant Land  ☐

**5. Deed Property Size**  ___ X ___  OR  ___
FRONT FEET  DEPTH  ACRES

**8. Seller Name**  LEGIER  RAPHAEL
LAST NAME / COMPANY  FIRST NAME

LEGIER  JANIE
LAST NAME / COMPANY  FIRST NAME

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

| A ☐ | One Family Residential | C ☐ | Residential Vacant Land | E ☐ | Commercial | G ☐ | Entertainment / Amusement | I ☐ | Industrial |
|---|---|---|---|---|---|---|---|---|---|
| B ☐ | 2 or 3 Family Residential | D ☐ | Non-Residential Vacant Land | F ☑ | Apartment | H ☐ | Community Service | J ☐ | Public Service |

## SALE INFORMATION

**10. Sale Contract Date**  5 / 24 / 2007
Month Day Year

**11. Date of Sale / Transfer**  5 / 29 / 2007
Month Day Year

**12. Full Sale Price** $  1,725,000.00

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.)  *Please round to the nearest whole dollar amount.*

**13. Indicate the value of personal property included in the sale**

**14. Check one or more of these conditions as applicable to transfer:**

| A | ☐ | Sale Between Relatives or Former Relatives |
|---|---|---|
| B | ☐ | Sale Between Related Companies or Partners in Business |
| C | ☐ | One of the Buyers is also a Seller |
| D | ☐ | Buyer or Seller is Government Agency or Lending Institution |
| E | ☐ | Deed Type **not** Warranty or Bargain and Sale (Specify Below ) |
| F | ☐ | Sale of Fractional or Less than Fee Interest ( Specify Below ) |
| G | ☐ | Significant Change in Property Between Taxable Status and Sale Dates |
| H | ☐ | Sale of Business is Included in Sale Price |
| I | ☐ | Other Unusual Factors Affecting Sale Price ( Specify Below ) |
| J | ☑ | None |

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class**  C, 5    **16. Total Assessed Value (of all parcels in transfer)**

**17. Borough, Block and Lot / Roll Identifier(s) ( If more than three, attach sheet with additional identifier(s) )**

MANHATTAN 1917 27

## CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**  *See attached*

BUYER SIGNATURE  DATE

STREET NUMBER  STREET NAME  (AFTER SALE)

CITY OR TOWN  STATE  ZIP CODE

**BUYER'S ATTORNEY**  *See attached*

LAST NAME  FIRST NAME

AREA CODE  TELEPHONE NUMBER

**SELLER**

SELLER SIGNATURE  DATE

**CERTIFICATION**  I certify that all of the Items of Information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**

| BUYER SIGNATURE | DATE |
| --- | --- |

| STREET NUMBER | STREET NAME (AFTER SALE) |
| --- | --- |

| CITY OR TOWN | STATE | ZIP CODE |
| --- | --- | --- |

**BUYER'S ATTORNEY**

| LAST NAME | FIRST NAME |
| --- | --- |

| AREA CODE | TELEPHONE NUMBER |
| --- | --- |

**SELLER**

| SELLER SIGNATURE | DATE |
| --- | --- |

200705240049220

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York        )
                         ) SS.:
County of ___            )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

107  WEST 132ND
**Street Address**

MANHATTAN            New York,        1917            27            (the "Premises");
**Borough**                           **Block**        **Lot**

Unit/Apt.

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized.)

RAPHAEL LEFIER
**Name of Grantor (Type or Print)**

x/ _Raphael Legier_
**Signature of Grantor**

Sworn to before me
this  29  date of  MAY  2007

LYDIA ELLIOTT
**Name of Grantee (Type or Print)**

x _Lydia Elliott_
**Signature of Grantee**

**SEAL**

Sworn to before me
this  29  date of  MAY  2007

JOSEPH GIACALONE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-GI6105913
Qualified in Nassau County
Commission Expires February 23, 2008

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

1

2007052400492101



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY 11373-5108

**Customer Registration Form for Water and Sewer Billing**

## Property and Owner Information:

(1) Property receiving service is located in the Borough of **MANHATTAN**
Block: **1917**                                        Lot: **27**

(2) Account Number (if applicable):
Meter Number (if available–include the letter):

(3) Street Address of Property Receiving Service:
Street **107 WEST 132ND**            City **NY**            State **NY**  Zip **10027**

(4) Full name, mailing address, home phone and business phone numbers of owner of property receiving service:
(please provide information on owner ONLY; do NOT give information on property manager or tenant):

Owner's Name        Business:
or Individual:   **ELLIOTT**                    **LYDIA**                        (MI)
                 (Last Name)               (First Name)
Street **247 WEST 139TH ST.**            City **NEW YORK**      State **NY**   Zip **10030**
Home Phone(Numbers only):                Business Phone(Numbers only):

## Customer Billing Information:

PLEASE NOTE:

**A.** Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges.

**B.** Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, or the property being placed in a lien sale by the City.

**C.** Original bills for water and/or sewer service will be mailed to the owner, at the owner's address specified on this form. DEP will provide a duplicate copy of bills to one other party (such as a managing agent) if so requested below, provided, however, that any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her/its liability to pay all outstanding water and sewer charges.

(5) If you would like a duplicate copy of bills sent to another party, please check here ☐ and fill out the following information:
Name of Party to Receive Duplicate Copies of Bills:

(6) Mailing Address: Street            City            State            Zip

(7) Relationship to Owner (check one):   Managing Agent ☐            Mortgagee ☐
                                          Tenant ☐      Other (please explain):

## Owner's Approval

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A, B, C under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

(8) E-mail:
(9) Name of Owner:

(10) Signature:  X *Lydia Elliott*
Name and Title of Person Signing for Owner, if applicable:
Date(mm/dd/yyyy):  *12-9 / 2007*

BCS-7CRF Rev. 05/2003

2007052400492101



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY 11373-5108

www.nyc.gov/dep

## Customer Registration Form for Water and Sewer Billing

## Property and Owner Information:

(1) Property receiving service is located in the Borough of **MANHATTAN**
Block: **1917**      Lot: **27**

(2) Account Number (if applicable):
Meter Number (if available–include the letter):

(3) Street Address of Property Receiving Service:
Street **107 WEST 132ND**    City **NY**    State **NY**   Zip **10027**

(4) Full name, mailing address, home phone and business phone numbers of owner of property receiving service: (please provide information on owner ONLY; do NOT give information on property manager or tenant):

Owner's Name    Business:
**or** Individual:   **ELLIOTT**      **LYDIA**
         (Last Name)      (First Name)         (MI)
Street **247 WEST 139TH ST.**    City **NEW YORK**   State **NY**   Zip **10030**
Home Phone(Numbers only):      Business Phone(Numbers only):

## Customer Billing Information:

**PLEASE NOTE:**

**A.** Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges.

**B.** Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, or the property being placed in a lien sale by the City.

**C.** Original bills for water and/or sewer service will be mailed to the owner, at the owner's address specified on this form. DEP will provide a duplicate copy of bills to one other party (such as a managing agent) if so requested below, provided, however, that any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her/its liability to pay all outstanding water and sewer charges.

(5) If you would like a duplicate copy of bills sent to another party, please check here ☐ and fill out the following information:
Name of Party to Receive Duplicate Copies of Bills:

(6) Mailing Address: Street      City      State      Zip

(7) Relationship to Owner (check one):   Managing Agent ☐    Mortgagee ☐
                              Tenant ☐    Other (please explain):

## Owner's Approval

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A, B, C under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

(8) E-mail:

(9) Name of Owner:      *See attached.*

(10) Signature: _____
Name and Title of Person Signing for Owner, if applicable:
Date(mm/dd/yyyy):     /     /

BCS-7CRF Rev. 05/2003

2007052400492101