# **EXHIBIT D**

# **Original Assignment**

| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER**<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2008063000449001001E9FF7 |

**RECORDING AND ENDORSEMENT COVER PAGE**                              **PAGE 1 OF 3**

**Document ID:** 2008063000449001   Document Date: 06-20-2008   Preparation Date: 06-30-2008
**Document Type:** ASSIGNMENT, MORTGAGE
Document Page Count: 1

| PRESENTER: | RETURN TO: |
|---|---|
| HOLD FOR PICK-UP DENISE<br>PRIME TITLE PT 41502<br>410 NEW YORK AVENUE<br>HUNTINGTON, NY  11743<br>631-870-1100<br>thicks@primetitlellc.com | IN CARE OF DENISE<br>PILLAR PROCESSING LLC<br>220 NORTHPOINTE PARKWAY, SUITE G<br>AMHERST, NY  14228<br>716-204-2400 |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1917 | 27 | Entire Lot | 107 WEST 132 STREET |

**Property Type:** DWELLING ONLY - 1 FAMILY

**CROSS REFERENCE DATA**
**CRFN:** 2007000309185

**PARTIES**

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.<br>3300 SW 34TH AVENUE, SUITE 101<br>OCALA, FL  34474<br> x   Additional Parties Listed on Continuation Page | HOMESALES INC<br>3415 VISION DR.<br>COLUMBUS, OH  43219 |

**FEES AND TAXES**

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES:  County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 42.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed        08-27-2008 11:37
City Register File No.(CRFN):
2008000342550

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2008063000449001001C9D77 |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)    PAGE 2 OF 3**

**Document ID:** 2008063000449001    Document Date: 06-20-2008    Preparation Date: 06-30-2008
Document Type: ASSIGNMENT, MORTGAGE

**PARTIES**

| ASSIGNOR/OLD LENDER:<br>AS NOMINEE FOR AMERICAN BROKERS CONDUIT<br>ITS<br>3300 SW 34TH AVENUE, SUITE 101<br>OCALA, FL 34474 | ASSIGNOR/OLD LENDER:<br>SUCCESSORS AND ASSIGNS<br>3300 SW 34TH AVENUE, SUITE 101<br>OCALA, FL 34474 |
|---|---|

Loan # 1927385674

# ASSIGNMENT OF MORTGAGE

County of **NEW YORK**, State of New York

Assignor: **Mortgage Electronic Registration Systems, Inc. as nominee for American Brokers Conduit, its successors and assigns, 3300 SW 34th Ave. Suite 101, Ocala, FL 34474**

Assignee: **Homesales Inc., 3415 Vision Dr., Columbus, OH 43219**

Original Lender: **Mortgage Electronic Registration Systems, Inc. as nominee for American Brokers Conduit, its successors and assigns**

Mortgage made by LYDIA ELLIOTT, dated **the 29th day of May, 2007** in the amount of **One million two hundred and seven thousand five hundred dollars ($1,207,500.00)** and interest, recorded on **the 14th day of June 2007** in the Office of the Clerk of the County of **NEW YORK** at **CRFN 20070003090185**.

This said mortgage has not been otherwise assigned.

Property Address: 107 WEST 132ND STREET, NEW YORK, NY 10027
SBL # Block 1917 Lot 27

Know that All Men By These Present in consideration of the sum of One and No/100th Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee the said Mortgage, Together with all moneys now owing or that may hereafter become due or owing in Respect thereof, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

*TO HAVE AND TO HOLD* the said Mortgage and Note, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage and Note.
*THIS* Assignment is not subject to the requirement of Section 275 of the Real Property Law because it is within the secondary mortgage market.
*IN WITNESS WHEREOF*, the Assignor has caused these presents to be signed by its duly authorized officer this _20_ day of June, 2008.

*IN PRESENCE OF*

Mortgage Electronic Registration Systems, Inc. as nominee for American Brokers Conduit, its successors and assigns

BY: _____
Elpiniki Bechakas
Assistant Secretary and Vice President

State of New York
County of Erie   ss:
On the _20_ day of June in the year 2008 before me, the undersigned, a notary public in and for said state, personally appeared Elpiniki Bechakas, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made such appearance before the undersigned in the _____. *(Insert city or political subdivision and state or other place acknowledgment taken--- if acknowledgment is taken outside of New York State)*

_____
Notary Public

JAMIE CANELLA
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION No. 01CA6121112
QUALIFIED IN ERIE COUNTY
My Commission Expires January 10, 20__

Pillar Processing, LLC
220 Northpointe Pkwy., Suite B
Amherst, NY 14228