UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x   Chapter 11
In re:
                                                                      :   Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE               :
HOLDINGS, INC., a Delaware corporation, et al.,  :   Jointly Administered

        Debtors.[1]                                 :   **Hearing Date: October 16, 2012 at 1:00 p.m. (ET)**
                                                                         :   **Objection Deadline: October 9, 2012 at 4:00 p.m. (ET)**
                                                                          :   **Ref. No. 10558**
---------------------------------------------------------------x

## RENOTICE OF MOTION

TO:    (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) ALL CLAIMANTS WHOSE CLAIMS HAVE NOT BEEN RESOLVED; (III) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT AGREEMENT DATED AUGUST 10, 2006; (IV) THE OFFICES OF THE ATTORNEYS GENERAL OF THE FIFTY STATES AND THE DISTRICT OF COLUMBIA; (V) THE FEDERAL TRADE COMMISSION; (VI) COUNSEL TO AHMSI; (VII) THE SECURITIES AND EXCHANGE COMMISSION; (VIII) COUNSEL TO CIFG; AND (IX) ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(B)

**PLEASE TAKE NOTICE** that on August 28, 2012, Steven D. Sass, as liquidating trustee (the "Plan Trustee") filed the **Plan Trust's Motion for an Order Estimating the Claims of CIFG Assurance North America, Inc. for Purposes of Allowance and Distribution Under the Plan** (the "Motion"). You have been previously served a copy of the Motion.

Responses to the Motion, if any, must be filed on or before **October 9, 2012 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Plan Trustee so that the response is received on or before the Objection Deadline.

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp. ("AHM Investment"); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"); AHM SV, Inc. f/k/a American Home Mortgage Servicing, Inc.; American Home Mortgage Corp. ("AHM Corp."); American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

01:12433103.2

     A HEARING ON THE MOTION WILL BE HELD ON **October 16, 2012 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 5th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

     IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 30, 2012  
       Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ *Patrick A. Jackson*
_____
Sean M. Beach (No. 4070)  
Margaret Whiteman Greecher (No. 4652)  
Patrick A. Jackson (No. 4976)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP  
Mark S. Indelicato  
Edward L. Schnitzer  
Joseph Orbach  
488 Madison Avenue  
New York, New York 10022  
Telephone: (212) 478-7200  
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

2

01:12433103.2