## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x  Chapter 11

In re:

                       :  Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE       :

HOLDINGS, INC., a Delaware corporation, et al.,  :  Jointly Administered

      Debtors.[1]             :  **Hearing Date: September 18, 2012 at 10:00 a.m. (ET)**
                             :  **Objection Deadline: September 11, 2012 at 4:00 p.m. (ET)**

------------------------------------------------------------x

### NOTICE OF MOTION

TO:    (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II)
THE PLAN OVERSIGHT COMMITTEE, (III) ALL PARTIES ENTITLED TO
NOTICE UNDER DEL. BANKR. LR 2002-1(B)

    **PLEASE TAKE NOTICE** that Steven D. Sass, as liquidating trustee (the "Plan Trustee") has filed the attached **Plan Trustee's Motion for an Order Extending (1) the General Claims Objection Deadline and (2) the Administrative Claims Objection Deadline** (the "Motion").

    Responses to the Motion, if any, must be filed on or before **September 11, 2012 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

    At the same time, you must also serve a copy of the response upon the undersigned counsel to the Plan Trustee so that the response is received on or before the Objection Deadline.

---

[1]  The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp. ("AHM Investment"); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"); AHM SV, Inc. f/k/a American Home Mortgage Servicing, Inc.; American Home Mortgage Corp. ("AHM Corp."); American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

A HEARING ON THE MOTION WILL BE HELD ON **SEPTEMBER 18, 2012 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 5th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 30, 2012
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Margaret Whiteman Greecher*

Sean M. Beach (No. 4070)
Margaret Whiteman Greecher (No. 4652)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
Joseph Orbach
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

2