**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et. al*.[1] | : | Case No.: 07-11047 (CSS) Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | **Related to D.I. 10559 and 10561** |

**CERTIFICATE OF SERVICE**

I, Sommer L. Ross, hereby certify that on August 29, 2012, I caused a true and correct copy of the (i) *Motion For An Order Directing The Plan Trustee To Execute And Deliver An Assignment Of Mortgage And, To The Extent Applicable, Granting Homesales, Inc. Relief From The Automatic Stay And Relief From Any Other Stays/Injunctions Imposed By The Confirmed Plan Of Liquidation* (the "Motion") [Docket No. 10559] and (ii) the *Declaration of Lisa A. Shepherd in Support of the Motion* [Docket No. 10561] to be served upon the parties listed on the attached service list as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 31, 2012
Wilmington, Delaware

*/s/ Sommer L. Ross*
Sommer L. Ross (DE 4598)
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: slross@duanemorris.com

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp.") a New York Corporation (8580).

**SERVICE LIST**

***BY HAND DELIVERY***
Curtis J. Crowther, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg. 17th Fl
1000 West Street
Wilmington, DE 19801

***BY FIRST CLASS MAIL***

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Bldg. Ste. 1200
1007 North Orange Street
Wilmington, DE 19801

***BY HAND DELIVERY***
Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg. 17th Fl
1000 West Street
Wilmington, DE 19899

***BY FIRST CLASS MAIL***

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

***BY HAND DELIVERY***
Joel A. Waite, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg. 17th Fl
1000 West Street
Wilmington, DE 19801

***BY FIRST CLASS MAIL***

James E. Huggett, Esq.
Sally E. Sobczyk, Esq.
Meghan M. Kelly, Esq.
Lucian B. Murley, Esq.
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801

***BY HAND DELIVERY***
James L. Patton, Jr., Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg. 17th Fl
1000 West Street
Wilmington, DE 19801

***BY FIRST CLASS MAIL***

William F. Taylor, Esq.
McCarter & English, LLP
Rennaisance Center
405 N. King Street, 8th Floor
Wilmington, DE 19801

***BY HAND DELIVERY***
Sean M. Beach, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg. 17th Fl
1000 West Street
Wilmington, DE 19801

***BY FIRST CLASS MAIL***

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King St., Ste. 2207
Lockbox #35
Wilmington, DE 19801

***BY HAND DELIVERY***

Matthew B. Lunn, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg. 17th Fl
1000 West Street
Wilmington, DE 19801

***BY FIRST CLASS MAIL***

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl & Jones LLP
919 No. Market Street, 17th Floor
Wilmington, DE 19899

***BY HAND DELIVERY***

Kara Hammond Coyle, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg. 17th Fl
1000 West Street
Wilmington, DE 19801

***BY FIRST CLASS MAIL***

Christopher Ward
Polsinelli Shughart PC
222 Delaware Ave
Wilmington, DE 19801

***BY HAND DELIVERY***

Kenneth J. Enos, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg. 17th Fl
1000 West Street
Wilmington, DE 19801

***BY FIRST CLASS MAIL***

Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
Eric M. Sutty, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

***BY HAND DELIVERY***

Mark Kenney, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King St., Ste. 2207
Lockbox #35
Wilmington, DE 19801

***BY FIRST CLASS MAIL***

Ellen W. Slights, Esquire
Assistant United States Attorney
U.S. Attorneys Office
1007 Orange Street, Suite 700
Wilmington, DE 19801

***BY FIRST CLASS MAIL***

William P. Bowden, Esq.
Don Beskrone, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

***BY FIRST CLASS MAIL***

Attn: Corporate Trust Department –
Baylis Trust VIII
Wells Fargo Bank, N.A.
919 No. Market Street, Suite 700
Wilmington, DE 19801

***BY FIRST CLASS MAIL***

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE  19801

***BY FIRST CLASS MAIL***

William D. Sullivan, Esq.
Elihu E. Allinson, Esq.
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801

***BY FIRST CLASS MAIL***

Teresa K.D. Currier, Esq.
Mary F. Calloway, Esq.
Buchanon Ingersoll & Rooney PC
The Brandywine Building
1000 West St., Ste, 1410
Wilmington, DE  19801

***BY FIRST CLASS MAIL***

Attn: Corporate Capital Markets
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

***BY FIRST CLASS MAIL***

Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 North King Street
Suite 300
Wilmington, DE  19801

***BY FIRST CLASS MAIL***

Attn: Corporate Capital Markets – AHM
Capital Trust I
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

***BY FIRST CLASS MAIL***

Karen C. Bifferato, Esq.
Marc J. Phillips, Esq.
Christina M. Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899

***BY FIRST CLASS MAIL***

Franklin Top, III, Esquire
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL  60603

***BY FIRST CLASS MAIL***

Michael Busenkell, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE  19801

***BY FIRST CLASS MAIL***

Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711

***BY FIRST CLASS MAIL***

Laurie S. Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE  19801

***BY FIRST CLASS MAIL***

David E. McAllister, Esq.
Pite Duncan, LLP
525 E. Main Street
P.O. Box 12289
El Cajon, CA  92022

***BY FIRST CLASS MAIL***

J. Cory Falgowski, Esquire
Reed Smith LLP
1201 No. Market Street
Suite 1500
Wilmington, DE  19801

***BY FIRST CLASS MAIL***

Allen Currier, Esq.
Allen Currier LLC
258 Spielman Highway
PO Box 2033
Burlington, CT  06013

***BY FIRST CLASS MAIL***

Joseph O'Neil, Esquire
Reed Smith LLP
1201 No. Market Street
Suite 1500
Wilmington, DE  1980

***BY FIRST CLASS MAIL***

Attn: Elizabeth Kurilecz
Portfolio Management
Bank of America
Mail Code: TXI-492-66-01
01 Main Street, 66th Floor
Dallas, TX  75202

***BY FIRST CLASS MAIL***

Mark D. Collins, Esq.
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

***BY FIRST CLASS MAIL***

Attn: Ronald Jost
Bank of America
1133 Avenue of the Americas, 17th Floor
New York, NY  10036

***BY FIRST CLASS MAIL***

Russell C. Silberglied, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

***BY FIRST CLASS MAIL***

Attention: Anthea Del Bianco
Bank of America - Agency Management
Mail Code: CA5-70I-05-19
1455 Market Street - 5th Floor
San Francisco, CA  94103

***BY FIRST CLASS MAIL***

Norman Monhait
Rosenthal Monhait & Goddess PA
919 N Market St.
Wilmington, DE  19801

***BY FIRST CLASS MAIL***

Attn: Sr. Managing Director
Bear, Stearns & Co. Inc.
Government Operations
1 Metrotech Center North, 7th Floor
Brooklyn, NY  11201

***BY FIRST CLASS MAIL***

Patrick J. Reilley, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE  19801

***BY FIRST CLASS MAIL***

Peter Ashcroft
Bernstein Law Firm
Suite 2200 Gulf Tower
Pittsburgh, PA  15219

***BY FIRST CLASS MAIL***

Patrick Healy
Wilmington Trust Company
1100 North Market Street
Rodney Square North
Wilmington, DE  19890

***BY FIRST CLASS MAIL***

Jonathan Winnick, Esquire
Bernstein Shur
100 Middle Street
Portland, ME  04101

***BY FIRST CLASS MAIL***

Todd C. Schiltz, Esq.
Wolf Block Schorr & Solis-Cohen LLP
1100 N. Market Street, #1001
Wilmington, DE  19801

***BY FIRST CLASS MAIL***

Jonathan Alter, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT  06103

***BY FIRST CLASS MAIL***

Steven K. Kortanek, Esquire
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE  19801

***BY FIRST CLASS MAIL***

Attn: Peter Steinmetz
Citigroup Global Markets Realty Corp
390 Greenwich Street, 6th Floor
New York, NY  10013

***BY FIRST CLASS MAIL***

Richard A. Sheils, Jr., Esq.
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA  01615

***BY FIRST CLASS MAIL***

Christopher B. Mosley, Esq.
City of Fort Worth
1000 Throckmorton Street
Ft. Worth, TX  76102

***BY FIRST CLASS MAIL***

Elizabeth Banda, Esq
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX  76094

***BY FIRST CLASS MAIL***

Erica Ryland, Esq.
Corrine Ball, Esq.
I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY  10017

***BY FIRST CLASS MAIL***

Attention: Officer, General or Managing Agent
Bank of America
901 Main Street, 66th Fl.
Dallas, TX  75202

***BY FIRST CLASS MAIL***

H. Rudman, Esq.
David A. Rosenfeld, Esq.
Mario Alba, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747

***BY FIRST CLASS MAIL***

Attention: Swap Operations
Bank of America
233 South Wacker Drive
Suite 2800
Chicago, IL  60606

***BY FIRST CLASS MAIL***

Susan Power Johnston, Esq.
Amanda Weiss, Esq.
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018

***BY FIRST CLASS MAIL***

Hilary B. Bonial, Esq.
Brice Vander Linden & Wernick, PC
9441 LBJ Freeway, Suite 350
Dallas, TX  75243

***BY FIRST CLASS MAIL***

Attn: Officer, General or Managing Agent
Credit Suisse
Eleven Madison Avenue
New York, NY  10010

***BY FIRST CLASS MAIL***

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, CA  94105

***BY FIRST CLASS MAIL***

John Philip, Esq.
Crislip Philip & Asso.
4515 Poplar Avenue
Suite 322
Memphis, TN  38117

***BY FIRST CLASS MAIL***

PPTS FX Corp.
c/o Plymouth Park Tax Services LLC
35 Airport Rd. Suite 150
Morristown, NJ 07960

***BY FIRST CLASS MAIL***

Nicola Suglia
Fleischer, Fleischer & Suglia
Plaza 1000 At Main Street
Ste 208
Voorhees, NJ 08043

***BY FIRST CLASS MAIL***

Plymouth Park Tax Services LLC
c/o Plymouth Park Tax Services LLC
35 Airport Rd. Suite 150
Morristown, NJ 07960

***BY FIRST CLASS MAIL***

Attn: Officer, General or Managing Agent
FNMA
3900 Wisconsin Ave., NW
Washington, DC 20016

***BY FIRST CLASS MAIL***

PPTS 361, LLC
c/o Plymouth Park Tax Services LLC
35 Airport Rd. Suite 150
Morristown, NJ 07960

***BY FIRST CLASS MAIL***

George Kielman, Esquire
Freddie Mac
8200 Jones Brance Drive
MS 202
McLean, VA 22102

***BY FIRST CLASS MAIL***

Mark Ellenberg, Esquire
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004

***BY FIRST CLASS MAIL***

James L. Hardy
Galaxy Associates, LLC
1220 Ensenada Avenue
Laguna Beach, CA 92651

***BY FIRST CLASS MAIL***

Jonathan Winnick, Esquire
Citibank Agency & Trust
388 Greenwich Street, 19th Floor
New York, NY 10013

***BY FIRST CLASS MAIL***

Samuel B. Garber
Assistant General Counsel
General Growth Management, Inc.
110 N. Wacker
Chicago, IL 60606

***BY FIRST CLASS MAIL***

Craig J. Ziady, Esq.
Cummings Properties LLC
200 West Cummings Park
Woburn, MA 01801

***BY FIRST CLASS MAIL***

Attn: Officer, General or Managing Agent
GMAC
5730 Glenridge Dr. NE
Atlanta, GA 30328

***BY FIRST CLASS MAIL***

Joseph Cioffi, Esq.
Miles Baum, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

***BY FIRST CLASS MAIL***

Attn: Legal
Greenwich Capital Financial Products
600 Steamboat Road
Greenwich, CT 06830

***BY FIRST CLASS MAIL***

Attn: Repo Desk, 3rd Floor
Deutsche Bank
60 Wall Street
New York, NY 10005

***BY FIRST CLASS MAIL***

Attn: Client Administration
Impac Funding Corporation
19500 Jamboree Road
Irvine, CA 92612

***BY FIRST CLASS MAIL***

Allan Diamond
Diamond McCarthy LLP
909 Fannin St.
Houston, TX 77010

***BY FIRST CLASS MAIL***

Flora Garcia
Imperial County Treasurer – Tax Collector
940 West Main Street, Suite 106
El Centro, CA 92243

***BY FIRST CLASS MAIL***

Attn: Officer, General or Managing Agent
EMC
383 Madison Avenue
New York, NY 10018

***BY FIRST CLASS MAIL***

IndyMac Bank
3465 East Foothill Boulevard
Pasadena, CA 91107

***BY FIRST CLASS MAIL***

Peter McGonigle
Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA 19103

***BY FIRST CLASS MAIL***

Insolvency Section
Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD 21202

***BY FIRST CLASS MAIL***

Stuart Finestone, Esq.
Finestone & Morris, LLP
3340 Peachtree Road, NE
Suite 2540, Tower Place
Atlanta, GA 30326

***BY FIRST CLASS MAIL***

Catherine Steeg
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611

***BY FIRST CLASS MAIL***

Attn: Mortgage Finance
Greenwich Capital Financial Products
600 Steamboat Road
Greenwich, CT  06830

***BY FIRST CLASS MAIL***

Ian Gershengorn, Esq.
Jenner & Block LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC  20005

***BY FIRST CLASS MAIL***

Mark S. Indelicato, Esq.
Edward L. Schnitzer, Esq.
Jeffrey Zawadzki, Esq.
Hahn & Hessen, LLP
488 Madison Avenue, 15th Floor
New York, NY  10022

***BY FIRST CLASS MAIL***

Margot B. Schonholtz, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

***BY FIRST CLASS MAIL***

Benjamin C. Ackerly, Esq
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

***BY FIRST CLASS MAIL***

Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

***BY FIRST CLASS MAIL***

Michael G. Wilson, Esquire
Jason W. Harbour, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

***BY FIRST CLASS MAIL***

Richardo I. Kilpatrick, Esq.
Kilpatric & Associates, PC
903 North Opdyke Road, Suite C
Auburn Hills, MI  48326

***BY FIRST CLASS MAIL***

Peter S. Partee, Esquire
Scott H. Bernstein, Esquire
Richard P. Norton, Esq.
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY  10017

***BY FIRST CLASS MAIL***

Richardo I. Kilpatrick, Esq.
Kilpatric & Associates, PC
615 Griswold, Suite 1004
Detroit, MI  48226

***BY FIRST CLASS MAIL***

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31210

***BY FIRST CLASS MAIL***

Lisa G. LauKitis, Esquire
Joshua Sussberg, Esquire
Paul Basta, Esquire
Kirkland & Ellis
Citigroup Center - 153 East 53rd Street
New York, NY 10022

***BY FIRST CLASS MAIL***

IKON Office Solutions
Recovery & Bankruptcy Group
3920 Arkwright Rd. Ste 400
Macon, GA 31210

***BY FIRST CLASS MAIL***

Richard Miller, Esquire
Robert Honeywell, Esquire
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022

***BY FIRST CLASS MAIL***

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue
North Point
Cleveland, OH 44114

***BY FIRST CLASS MAIL***

Bruce A. Wilson, Esquire
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102

***BY FIRST CLASS MAIL***

Erica Rylan, Esquire
Corinne Ball, Esquire
I. Lewis Grimm, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

***BY FIRST CLASS MAIL***

David G. Aelvoet, Esq.
Linebarder Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205

***BY FIRST CLASS MAIL***

Attn: Baylis Trust V and Madassir Mohamed
JP Morgan Chase
600 Travis Street
50th Floor
Houston, TX 77019

***BY FIRST CLASS MAIL***

Elizabeth Weller, Esquire
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

***BY FIRST CLASS MAIL***

Attn: Institutional Trust Services -
Baylis Trust I
JP Morgan Chase
600 Travis Street, 50th Floor
Houston, TX  77019

***BY FIRST CLASS MAIL***

Attn: Institutional Trust Services -
Baylis Trust II
JP Morgan Chase
600 Travis Street, 50th Floor
Houston, TX  77019

***BY FIRST CLASS MAIL***

Attn: Institutional Trust Services -
Baylis Trust IV
JP Morgan Chase
600 Travis Street
50th Floor
Houston, TX  77019

***BY FIRST CLASS MAIL***

Attn: Officer, General or Managing Agent
JP Morgan Chase
194 Wood Avenue South, Floor 3
Iselin, NJ  08830

***BY FIRST CLASS MAIL***

Mark A. Broude, Esq.
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022

***BY FIRST CLASS MAIL***

Enid M. Colson, Esq.
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue,14th Floor
Los Angeles, CA  90024

***BY FIRST CLASS MAIL***

Thomas H. Grace, Esquire
W. Steven Bryant, Esquire
Locke Liddell & Sapp
3400 JP Morgan Chase Tower
600 Travis St., Ste. 3400
Houston, TX  77002

***BY FIRST CLASS MAIL***

Leo T. Crowley, Esq.
Margot Erlich, Esq.
Pillsbury Winthrop LLP
1540 Broadway
New York, NY  10036

***BY FIRST CLASS MAIL***

A. Michelle Hart, Esq.
McCalla Raymer LLC
1544 Old Alabama Road
Roswell, GA  30076

***BY FIRST CLASS MAIL***

Stephen B. Selbst, Esquire
McDermott, Will & Emery
340 Madison Avenue
New York, NY  10010

***BY FIRST CLASS MAIL***

Andrew Silverstein, Esquire
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

***BY FIRST CLASS MAIL***

John Ashmead, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

***BY FIRST CLASS MAIL***

James D. Heaney, President
Law Debenture Trust Company of New York
400 Madison Avenue, 4th Floor
New York, NY 10017

***BY FIRST CLASS MAIL***

Andrea Sheehan, Esquire
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

***BY FIRST CLASS MAIL***

Steven R. Lefkofsky, Esq.
Lefkofsky & Gorosh, PC
31500 Northwestern Highway, Suite 105
Farmington Hills, MI 48334

***BY FIRST CLASS MAIL***

Joseph F. Falcone III, Esq.
Director, Counsel
Natixis Real Estate Capital Inc.
9 West 57th Street, 35th Floor
New York, NY 10019

***BY FIRST CLASS MAIL***

Dennis J. Drebsky, Esquire
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022

***BY FIRST CLASS MAIL***

John Rosenthal, Esquire
Nixon Peabody, LLP
One Embarcadero Center
18th Floor
San Francisco, CA 94111

***BY FIRST CLASS MAIL***

Attn: NCCI Legal
Nomura Credit & Capital, Inc.
2 World Financial Center
Building B, 18th Floor
New York, NY 10281

***BY FIRST CLASS MAIL***

Attn: Dante LaRocca
Managing Director
Nomura Credit & Capital, Inc.
2 World Financial Center
Building B, 21st Floor
New York, NY 10281

***BY FIRST CLASS MAIL***

Attn: Robert Guglielmo
Senior Vice President
Lehman Brothers
745 Seventh Avenue, 28th Floor
New York, NY 10019

***BY FIRST CLASS MAIL***

Carol E. Momjian, Esq.
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107

***BY FIRST CLASS MAIL***

Richard Stern, Esquire
Michael Luskin, Esq.
Luskin Stern & Eisler LLP
330 Madison Avenue, 34th Floor
New York, NY 10017

***BY FIRST CLASS MAIL***

Brian Salwowski
Office of Attorney General
302 West Washington St.
Indianapolis, IN 46204

***BY FIRST CLASS MAIL***

Eric K. Moser, Esquire
Wilbur F. Foster, Jr., Esquire
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

***BY FIRST CLASS MAIL***

Robert McCall
Peabody & Arnold LLP
600 Atlantic Ave
Boston, MA 02210

***BY FIRST CLASS MAIL***

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

***BY FIRST CLASS MAIL***

Peter Spindel
Peter Spindel Esq
PO Box 166245
Miami, FL 33116

***BY FIRST CLASS MAIL***

Joseph T. Moldovan, Esquire
Moorison Cohen LLP
909 Third Avenue
New York, NY 10022

***BY FIRST CLASS MAIL***

Lisa C. McLaughlin, Esq.
Phillips Goldman & Spence PA
1200 North Broom Street
Wilmington, DE 19806

***BY FIRST CLASS MAIL***

Rebecca L. Booth, Esq.
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

***BY FIRST CLASS MAIL***

Rick B. Antonoff, Esq.
Pillsbury Wintrhrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

***BY FIRST CLASS MAIL***

Attn: Chief Legal Officer
Transaction Management Group
Morgan Stanley
1585 Broadway
New York, NY  10036

***BY FIRST CLASS MAIL***

Scott K. Levine, Esq.
Platzer Swergold Karlin Levine Goldberg & Jaslow
1065 Avenue of the Americas, 18th Floor
New York, NY  10018

***BY FIRST CLASS MAIL***

Michael S. Margolf
Moss Codilis LLP
6560 Greenwood Plaza Blvd., Suite 100
Englewood, CA  80111

***BY FIRST CLASS MAIL***

Thomas J. Polis, Esq.
Polis & Associates
19900 MacArthur Boulevard, Suite 960
Irvine, CA  92612

***BY FIRST CLASS MAIL***

Martin Jefferson Davis, Esquire
Office of Thrift Supervision
Harborside Financial Center Plaza Five
Suite 1600
Jersey City, NJ  07311

***BY FIRST CLASS MAIL***

Brian W. Bisignani
Post & Schell, PC
17 North 2nd Street, 12th Floor
Harrisburg, PA  17101

***BY FIRST CLASS MAIL***

Christine A. Roberts, Esq.
Olson Cannon Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV  89129

***BY FIRST CLASS MAIL***

Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY  10169

***BY FIRST CLASS MAIL***

Arnold Gulkowitz, Esq
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103

***BY FIRST CLASS MAIL***

Stuart Berman, Esq.
Sean Handler, Esq.
Schriffin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087

***BY FIRST CLASS MAIL***

Frederick D. Holden, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

***BY FIRST CLASS MAIL***

Alison Conn, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

***BY FIRST CLASS MAIL***

Brad R. Godshall, Esq.
Pachulski, Stang, Ziehl & Jones LLP
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

***BY FIRST CLASS MAIL***

Doria Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

***BY FIRST CLASS MAIL***

William P. Weintraub, Esquire
Pachulski, Stang, Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017

***BY FIRST CLASS MAIL***

Patricia Schrage, Esquire
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

***BY FIRST CLASS MAIL***

Douglas R. Davis, Esq.
Kelley A. Cornish, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

***BY FIRST CLASS MAIL***

Vincent Sherman, Esquire
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

***BY FIRST CLASS MAIL***

Tina Moss, Esquire
Pryor Cashman LLP
410 Park Avenue
New York, NY 10022

***BY FIRST CLASS MAIL***

Ronald L. Cohen, Esq.
Arlene R. Alves, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

***BY FIRST CLASS MAIL***

Lella Amiss E. Pape, Esq.
Rees Broome, PC
8133 Leesburg Pike, Ninth Floor
Vienna, VA 22182

***BY FIRST CLASS MAIL***

Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038

***BY FIRST CLASS MAIL***

Guy Moss, Esquire
Riemer & Braunstein
Three Center Plaza
Boston, MA 02108

***BY FIRST CLASS MAIL***

Andrea L. Niedermeyer, Esq.
Stutzman Bromberg Esserman & Plifka
2323 Bryan Street
Suite 2200
Dallas, TX 75201

***BY FIRST CLASS MAIL***

Martha E. Romero, Esq.
Romero Law Firm
6516 Bright Avenue
Whittier, CA 90601

***BY FIRST CLASS MAIL***

Attn: Tony D. Atkins
SunTrust Asset Funding, LLC
Mail Code 3950
303 Peachtree St. 23rd Fl
Atlanta, GA 30308

***BY FIRST CLASS MAIL***

Harold S. Berzow, Esq.
Ruskin Moscou Faltischek, P.C.
East Tower, 15th Floor
1425 RexCorp Plaza
Uniondale, NY 11556

***BY FIRST CLASS MAIL***

Attn: Woodruff A. Polk
SunTrust Asset Funding, LLC
Mail Code 3950
303 Peachtree St. 36th Fl
Atlanta, GA 30308

***BY FIRST CLASS MAIL***

Kelly W. Wright, Esq.
Salt Lake City District Attorney's Office
2001 South State Street
S-3600
Salt Lake City, UT 84104

***BY FIRST CLASS MAIL***

Linda Boyle
Time Warner Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124


***BY FIRST CLASS MAIL***

Richard F. Holley, Esq.
Ogonna M. Atamoh, Esq.
Santoro Driggs Walch Kearney Holley & Thompson
400 South Fourth Street, Third Floor
Las Vegas, NV 89101

***BY FIRST CLASS MAIL***

Dan McAllister, Esq.
Treasurer-Tax Collector
1600 Pacific Highway
Room 162
San Diego, CA 92101

***BY FIRST CLASS MAIL***

Larry J. Nyhan, Esquire
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

***BY FIRST CLASS MAIL***

Mary DeFalaise, Esquire
U.S. Department of Justice
1100 L St., NW Room 10002
Washington, DC 20005

***BY FIRST CLASS MAIL***

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

***BY FIRST CLASS MAIL***

Susan R. Fuertes, Esquire
14910 Aldine-Westfield Road
Houston, TX 77032

***BY FIRST CLASS MAIL***

Paul S. Caruso, Esq.
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

***BY FIRST CLASS MAIL***
UBS
1285 Avenue of the Americas
New York, NY 10019

***BY FIRST CLASS MAIL***

Gerard Luckman, Esquire
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753

***BY FIRST CLASS MAIL***

Shawn B. Rediger
W2007 Seattle Office Bellefield Office Park Realty, LLC
Williams Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101

***BY FIRST CLASS MAIL***

Michael B. Reynolds, Esq.
Joe Coleman, Esq.
Eric S. Pezold, Esq.
Snell & Wilmer LLP
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626

***BY FIRST CLASS MAIL***

David H. Zielke, Esquire
VP and Assistant General Counsel
Washington Mutual Bank
1301 Second Avenue, W - MC 3501
Seattle, WA 98101

***BY FIRST CLASS MAIL***

Richard Weinblatt
Stamoulis & Weinblatt LLC
6 Denny Rd
Suite 307
Wilmington, DE 19809

***BY FIRST CLASS MAIL***

Attn: Officer, General or Managing Agent
Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA 94104

***BY FIRST CLASS MAIL***

Barry Glaser
Steckbauer Weinhart Jaffe LLP
333 S. Hope St.
Los Angeles, CA 90070

**BY FIRST CLASS MAIL – INT'L.**Attn:
Corporate Secretary
Liquid Funding, Ltd.
Canon's Court
22 Victoria Street
Hamilton HM 12
BERMUDA

***BY FIRST CLASS MAIL***

UBS
1251 Avenue of The Americas
New York, NY 10019

**BY FIRST CLASS MAIL – INT'L.**
Bear Stearns Bank plc
Attn: Jerome Schneider/Patrick Phelan
Investment Manager of Liquid Funding, Ltd.
Block 8, Harcourt Centre - 3rd Floor
Charlotte Way, Dublin 2
IRELAND

***BY FIRST CLASS MAIL***

Attn: Officer, General or Managing Agent
Washington Mutual Bank
3200 Southwest Freeway
Houston, TX 77027

**BY FIRST CLASS MAIL – INT'L.**
Attn: Legal Department
Deutsche Bank Taunusanlage 12
60262 Frankfurt
GERMANY

***BY FIRST CLASS MAIL***

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esquire
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153