IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| American Home Mortgage Holdings, Inc. | : | Chapter 11 |
| A Delaware Corp. et. al | : | Case No. 07-11047 |
| Debtors, | : | Jointly Administered |
| | : | |
| Vs. | : | |
| | : | |
| | : | |
| Paul M. Deck, | : | |
| PRO SE. | | |
| Creditor. | | |

APPLICATION SEEKING RELIEF FROM OBJECTION OF THE PLAN TRUSTEE TO PAUL M. DECK'S REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM- SEEKING ADMINISTRATIVE CLAIM OF THIRTY-FOUR HUNDRED DOLLARS ($3400.00) USC

To the Honorable Judge Christopher S. Sontchi-United States Bankruptcy Judge:

COMES NOW, Paul M. Deck, Creditor in the above-titled action filing his "APPLICATION SEEKING RELIEF FROM OBJECTION OF THR PLAN TRUSTEE TO PAUL M> DECK'S REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM - SEEKING ADMINISTRATIVE CLAIM OF THIRTY-FOUR HUNDRED DOLLARS ($3400.00) USC" and represents the following:

1. Counsel for the Debtors (AHM) are seeking to "muddy the waters" of this claim by first mis-informing this Honorable Court via the present (and latest) Objection in an attempt to deny Creditor, Paul M. Deck his "just due." Counsel for AHM state in paragraph seven (7) of their latest objection that "a quarterly cash dividend of $0.70 per share on AHM Investment's common stock that was to be paid on June 27, 2007 to all shareholders of record as of July 9, 2007. On the same day, AHM Investment also declared a dividend on its Series a preferred stock and Serier B preferred stock to be paid on July 31, 2007 to its shareholders of record as of July 9, 2007."

2. In actuality "The Deck Claim" claiming "fraud" and unscrupulous practices" had nothing to do with a "quarterly cash payment" as Counsel for AHM would have this

Court believe, but with a special dividend payment to investors who owned shares of AHM prior to July 9, 2007. This was announced in the Wall Street Journal prior to AHM running for bankruptcy protection.

3. Secondly, Counsel for AHM are again "muddying the waters" of "The Deck Claim" by stating that Creditor, Paul M. Deck is seeking "duplicative" relief. In Counsel's own petition at paragraph 10, counsel for AHM state "On November 19, 2007, Paul Deck filed a claim for an unspecified amount, which claim was assigned number 2533 by the Claim Agent.

4. Then in paragraph 14, Counsel for AHM states "On December 27, 2010 Deck filed his Application seeking allowance and payment of an administrative claim in the amount of thirty-four hundred dollars ($3400.00) (The Deck Claim). In the Application Deck asserts that he sent a check in the amount of two-thousand-four hundred dollars ($2400.00), to American Home Mortgage Investment Corp. on or about December 15, 2006 as an apparent equity investment."

5. Paragraph 15 in Counsel's Objection states "By the Application Deck seeks reimbursement of his original investment of $2400.00, plus an additional $1000.00 for his costs (i.e. postage, copying and time) as a punitive measure against the Debtors.

6. The Deck Claim in no way can be deemed "duplicative" in that Creditor originally filed an "unspecified" claim. Creditor Paul M. Deck asks this Honorable Court to ORDER the Plan Trust for AHM to pay The Deck Claim of Thirty-Four Hundred Dollars ($3400.00) in FULL. Creditor Paul Deck filed his unspecified claim on November 19, 2007. Now after three (3) years of 'legal jousting' with the Counsel for AH, Creditor Paul Deck decided to not only ask for his original investment of twenty-four hundred dollars ($2400.00) but an additional one-thousand dollars ($1000.00) making The Deck Claim a total of thirty-four hundred dollars ($3400.00) USC because of Counsel and AHM deliberately using every delaying tactic available to win the "war of attrition."

7. The FRAUD, UNSCRUPULOUS BUSINESS PRACTICE practiced by AHM and now the delaying tactics engaged by Counsel for AHM in this instant matter have put Creditor Paul M. Deck in certain HARDSHIPS-Financially, as well as causing undue stresses in Creditor's personal life.

8. Creditor Paul M. Deck asks this Honorable Court to DENY Counsel's "OBJECTION OF THE PLAN TRUSTEE TO PAUL M. DECK'S REQUEST FOR ADMINISTRATIVE CLAIM SEEKING ADMINISTRATIVE CLAIM OF THIRTY-FOUR HUNDRED DOLLARS ($3400.00) USC">

9. WHEREFORE CREDITOR, Paul M. Deck, requests this Honorable Court and the honorable Judge Christopher S. Sontchi to GRANT/AWARD "THE DECK CLAIM" (Claim No. 2533) IN FULL (thirty-four hundred dollars USC) to Creditor Paul M. Deck so Petitioner can get on with his life, for this your petitioner ever prays.

DATED: September 1, 2012

Respectfully submitted,

/s/ P.M. Deck
Paul M. Deck
Petitioner, Pro se.
4203 Sheffield St. (1st Floor)
Philadelphia, PA 19136