IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| American Home Mortgage Holdings, Inc. | : | Chapter 11 |
| A Delaware Corp. et al. | : | Case No. 07-11047 (CSS) |
| Debtor, | : | Jointly Administered |
| | : | |
| VS. | : | |
| | : | |
| PAUL M. DECK, | : | |
| Creditor. | : | |

VERIFICATION

I< PAUL M> DECK, state that the averments made in this foregoing "APPLICATION SEEKING RELIEF FROM OBJECTION OF THE PLAN TRUSTEE TO PAUL M. DECK'S REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM-SEEKING ADMINISTRATIVE CLAIM OF THIRTY-FOUR HUNDRED DOLLARS ($3400.00) USC are true and correct upon my personal knowledge, information and belief. This statement is made subject to the penalties of perjury relating to unsworn falsification to authorities.

DATED: _September 1_, 2012

Respectfully submitted,

_/s/ P.M. Deck_
Paul M. Deck
Petitioner, Pro se
4203 Sheffield St. (1st Floor)
Philadelphia, PA 19136