IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

American Home Mortgage Holdings, Inc.  :     Chapter 11
A Delaware Corp., et al.           :     Case No. 07-11047 (CSS)
               Debtors,   :     Jointly Administered

        Vs.            :
                          :
                          :
Paul M. Deck,            :
              Creditor.   :

CERTIFICATE OF SERVICE

I, PAUL M. DECK, hereby certify that on this _____1st_____ day of September, 2012, I duly served a true and correct copy of "APPLICATION SEEKING RELIEF FROM OBJECTION OF THE PLAN TRUSTEE TO PAUL M. DECK'S REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM-SEEKING ADMINISTRATIVE CLAIM OF THIRTY-FOUR HUNDRED DOLLARS ($3400.00 USC)" upon the person(s) listed below and in the manner indicated.

Service by pre-paid, FIRST CLASS UNITED STATES MAIL and sent to:

Michael S. Neiburg                Mark S. Indelicato
c/o Young, Conaway,Stargatt & Taylor    c/o Hahn & Hessen LLP
1000 North King St.               488 Madison Ave.
Wilmington, DE. 19801           New York, NY 10022

DATED: _September 1_, 2012      Respectfully submitted,

                               Paul M. Deck
                               4203 Sheffield St. (1st Floor)
                               Philadelphia, PA 19136