Case No. 07-11047   Saturday, Sept. 1, 2012

Dear Clerk Of Bankruptcy Court;

Please note that my mailing address is:

Paul M. Deck
4203 Sheffield St. (1st. floor)
Phila. Penna. 19136

- for whatever reason you have it listed as "unknown" in your records.

Please file the enclosed "Application Seeking Relief From Objection (O) The Plan Trustee To Paul M. Deck's Request For Payment (O) Of Administrative Claim -- Seeking Administrative Claim (O) Theft - Four Hundred Dollars ($3400.00) USC" with the Bankruptcy Court and the Honorable Judge Christopher S. Sontchi.

Cordially,

P M Deck

FILED
2012 SEP -4  AM 10: 43
US BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK