IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Connolly Bove Lodge & Hutz LLP ("CBL&H") hereby withdraws its appearance and Connolly Gallagher LLP ("CG") hereby enters its appearance, as counsel to RPAI US Management LLC (f/k/a Inland US Management LLC) ("Client") in the above-captioned bankruptcy case.

PLEASE TAKE FURTHER NOTICE that all pleadings and notices required to be sent to Client should still be sent to Client, but that any pleadings and notices required to be sent to CBL&H as counsel to Client (and not in any other capacity) should now be instead sent to CG at The Brandywine Building, 1000 West Street, 14th Floor, Wilmington, DE 19801.

Dated: September 13, 2012

Jeffrey C. Wisler (#2795)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Email: jwisler@cblh.com

Karen C. Bifferato (#3279)
Christina M. Thompson (#3976)
Kelly M. Conlan (#4786)
CONNOLLY GALLAGHER LLP
The Brandywine Building
1000 West Street, 14th Floor
Wilmington, DE 19801
Telephone: (302) 757-7300
Facsimile: (302) 757-7299
Email: kbifferato@connollygallagher.com
Email: cthompson@connollygallagher.com
Email: kconlan@connollygallagher.com

*Counsel to RPAI US Management LLC (f/k/a Inland US Management, LLC)*

#4975472