**CERTIFICATE OF SERVICE**

I, Karen C. Bifferato, hereby certify that on the 13th day of September 2012, I caused a true and correct copy of the foregoing to be served upon the persons indicated below in the manner indicated below.

*[signature]*
Karen C. Bifferato (#3279)

**BY U. S. MAIL**
Epiq Bankruptcy Solutions LLC
757 Third Avenue
New York, NY  10017

Sean M. Beach, Equire
Michael S. Neiburg, Esquire
Justin H. Rucki, Esquire
Young Conaway Stargatt & Taylor
1000 North King Street
Wilmington, DE  19801

Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022