IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x   Chapter 11

In re:                                                      :

                                                            :   Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       :

a Delaware corporation, et al., [1]                         :   Jointly Administered

                                                            :

        Debtors.                                            :

---------------------------------------------------------------------- x

## AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON SEPTEMBER 18, 2012 AT 2:00 P.M. (ET)

### ADJOURNED/RESOLVED MATTERS

1.      Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

        Response Deadline:    June 4, 2008 at 4:00 p.m., extended for U.S. Bank, N.A. to April 2, 2012 at 4:00 p.m. (ET)

        Related Documents:

                a)      Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

                b)      Re-Notice of Debtors' Seventh Omnibus (Non-Substantive) Objection to Claims [D.I. 10357, 3/9/12]

        Responses Filed:       See Exhibit A, attached

        Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 224 Sherwood Road, Famingdale, NY 11735.

2.      Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 5181, 7/18/08]

        Response Deadline:    August 11, 2008 at 4:00 p.m., extended to March 2, 2011 for
                              certain parties

        Related Documents:

                a)      Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

                b)      Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to
                        Claims [D.I. 5463, 8/18/08]

                c)      Re-Notice of Debtors' Thirteenth Omnibus (Substantive) Objection to
                        Claims [D.I. 9768, 2/7/11]

        Responses Filed:      See Exhibit B, attached

        Status: Orders have been entered that partially sustain the Objection.  With respect to the
                remainder of the relief requested and the remaining responses set forth on Exhibit
                B, this matter will be adjourned.

3.      Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section
        502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
        1 [D.I. 6826, 1/9/09]

        Response Deadline:    February 10, 2009 at 4:00 p.m.

        Related Document:

                a)      Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive)
                        Objection to Claims [D.I. 7023, 2/17/09]

        Responses Filed:      See Exhibit D, attached

        Status: An Order has been entered that partially sustains the Objection.  With respect to
                the remainder of the relief requested and the remaining responses set forth on
                Exhibit D, this matter will be adjourned.

01:12458475.2

4.      Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-1 [D.I. 8174, 10/13/09]

   Response Deadline:    November 6, 2009 at 4:00 p.m., extended to July 12, 2011 for certain parties

   Related Documents:

           a)      Order Sustaining Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims [D.I. 8299, 11/13/09]

           b)      Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims [D.I. 9816, 3/7/11]

           c)      Revised Order Sustaining in Part Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims [D.I. 9821, 3/9/11]

           d)      Order Sustaining in Part Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims [D.I. 9861, 3/17/11]

           e)      Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims [D.I. 10052, 6/17/11]

   Responses Received:  See Exhibit E, attached

   Status: Orders have been entered that partially sustain the Objection.  This matter is adjourned with respect to the items listed in Exhibit E.

5.      Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 8939, 6/18/10]

   Response Deadline:    July 12, 2010 at 4:00 p.m., extended to August 9, 2010 for Assured Guaranty Corp.

   Related Document:

           a)      Order Sustaining in Part Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims [D.I. 9028, 7/19/10]

   Responses Filed:      See Exhibit F

   Status: An Order has been entered that partially sustain the Objection.  With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit F, this matter will be adjourned.

6.    Banc of America Leasing & Capital, LLC's Request for Allowance and Payment of Administrative Expense Claim [D.I. 9619, 1/4/11]

Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to September 30, 2012 at 4:00 p.m. (ET)

Objections Filed:    None to date

Status: This matter will be adjourned to a date and time to be determined.

7.    The United States' Amended Request for Payment of Chapter 11 Administrative Expenses [D.I. 9624, 1/4/11]

Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to September 30, 2012 at 4:00 p.m. (ET)

Objections Filed:    None to date

Status: The matter will be adjourned to a date and time to be determined.

8.    Application of Countrywide Bank, N.A. and Countrywide Home Loans, Inc. for Allowance of Administrative Expenses [D.I. 9625, 1/5/11]

Objection Deadline:    April 29, 2011 at 4:00 p.m. (ET), extended to September 30, 2012 at 4:00 p.m. (ET)

Objections Filed:    None to date

Status: This matter will be adjourned to a date and time to be determined.

9.    Lewisville Independent School District's Request for Payment of Administrative Expense [D.I. 9630, 1/4/11]

Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended September 30, 2012 at 4:00 p.m. (ET)

Objections Filed:

a)    Plan Trust's Objection [D.I. 10541, 8/17/12]

Status: The parties have resolved this matter and anticipate filing a revised proposed order under certification of counsel.  This matter will be adjourned to October 16, 2012 at 1:00 p.m. (ET).

10.    Iron Mountain Information Management, Inc.'s Request for Allowance and Payment of
       Administrative Expenses (Hardcopy) [D.I. 9636, 1/5/11]

       Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00
                              p.m. (ET)

       Related Documents:

              a)      Notice of Iron Mountain Information Management, Inc.'s Interim Cure
                      Claim [D.I. 4828, 6/25/08]

              b)      Iron Mountain Information Management, Inc's Second Motion to Compel
                      Payment of Administrative Expenses [D.I. 6460, 10/25/08

       Objections Filed:

              c)      Plan Trust's Omnibus Objection to Iron Mountain Management, Inc.'s (I)
                      Purchaser Cure Claim and (II) Requests for Allowance and Payment of
                      Administrative Expenses [D.I. 10274, 12/12/11]

              d)      Objection of American Home Mortgage Servicing, Inc. to Iron Mountain
                      Information Management, Inc.'s (I) Purchaser Cure Claim and (II)
                      Administrative Claims [D.I. 10326, 2/10/12]

       Status: The parties are conferring with respect to a stipulated scheduling order to govern
               discovery, to be submitted under certification of counsel.  This matter will be
               adjourned to October 16, 2012 at 1:00 p.m. (ET).

11.    Iron Mountain Information Management, Inc.'s Request for Allowance and Payment of
       Administrative Expenses (Data) [D.I. 9637, 1/5/11]

       Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00
                              p.m. (ET)

       Related Documents:

              a)      Notice of Iron Mountain Information Management, Inc.'s Interim Cure
                      Claim [D.I. 4828, 6/25/08]

              b)      Iron Mountain Information Management, Inc's Second Motion to Compel
                      Payment of Administrative Expenses [D.I. 6460, 10/25/08]

       Objections Filed:

c)  Plan Trust's Omnibus Objection to Iron Mountain Management, Inc.'s (I) Purchaser Cure Claim and (II) Requests for Allowance and Payment of Administrative Expenses [D.I. 10274, 12/12/11]

d)  Objection of American Home Mortgage Servicing, Inc. to Iron Mountain Information Management, Inc.'s (I) Purchaser Cure Claim and (II) Administrative Claims [D.I. 10326, 2/10/12]

Status: The parties are conferring with respect to a stipulated scheduling order to govern discovery, to be submitted under certification of counsel.  This matter will be adjourned to October 16, 2012 at 1:00 p.m. (ET).

12.  Request of American Home Mortgage Servicing, Inc., formerly known as AH Mortgage Acquisition Co., Inc. for Allowance and Payment of an Administrative Expense Claim [D.I. 9640, 1/5/11]

Objection Deadline:   April 5, 2011 at 4:00 p.m. (ET), extended to April 3, 2012 at 4:00 p.m. (ET)

Related Document:

a)  Notice of Iron Mountain Information Management, Inc.'s Interim Cure Claim [D.I. 4828, 6/25/08]

Objections Filed:

b)  Plan Trust's Objection to the Request of American Home Mortgage Servicing, Inc., formerly known as AH Mortgage Acquisition Co., Inc., for Allowance and Payment of an Administrative Expense Claim [D.I. 10273, 12/12/11]

Status: The parties are conferring with respect to a stipulated scheduling order to govern discovery, to be submitted under certification of counsel.  This matter will be adjourned to October 16, 2012 at 1:00 p.m. (ET).

13.  Protective Claim of Fred R. Hodoval, Rollover IRA, Pershing LLC, Custodian, Recognized Claim Number 1223571 [D.I. 9662, 1/10/11]

Objection Deadline:   Extended to September 30, 2012 at 4:00 p.m. (ET)

Objections Filed:       None to date

Status: This matter will be adjourned to a date and time to be determined.

01:12458475.2

14.     Plan Trust's Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9817, 3/7/11]

Response Deadline:    March 30, 2011 at 4:00 p.m. (ET)

Related Document:

     a)     Order [D.I. 9913, 4/5/11]

Responses Filed:    See Exhibit G, attached.

Status: An order has been entered which partially sustains the Objection.  This matter is adjourned with respect to those items listed in Exhibit G.

15.     Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9818, 2/7/11]

Response Deadline:    May 4, 2011 at 4:00 p.m. (ET), extended to July 12, 2011 at 4:00 p.m. (ET) for certain parties

Related Documents:

     a)     Revised Order Sustaining in Part Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 9994, 5/9/11]

     b)     Re-Notice of Debtors' Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10053, 6/17/11]

Responses Filed:    See Exhibit H, attached.

Status: An order has been entered which partially sustains the Objection.  This matter is adjourned with respect to those items listed in Exhibit H.

16.     Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10015, 5/20/11]

Response Deadline:    June 14, 2011 at 4:00 p.m. (ET)

Related Document:

a)      Order Sustaining Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims [D.I. 10059, 6/20/11]

Responses Filed:       See Exhibit I, attached

Status: An Order has been entered which partially sustains the Objection.  With respect to Exhibit I, this matter will be adjourned.

17.    Plan Trust's Eighty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10123, 8/10/11]

Response Deadline:    September 1, 2011 at 4:00 p.m. (ET)

Related Document:

a)      Re-Notice of Eighty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10396, 4/5/12]

b)      Certification of Counsel [D.I. 10435, 5/3/12]

**c)**      Order Sustaining in Part the Plan Trust's Eighty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 10443, 5/4/12]

Responses Filed:       See Exhibit J, attached

Status:  An Order has been entered which partially sustains the Objection.  With respect to Exhibit J, this matter will be adjourned.

18.    Plan Trust's Eighty-Seventh (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10156, 9/7/11]

Response Deadline:    September 30, 2011 at 4:00 p.m. (ET)

Related Document:

a)      Order Sustaining in Part Plan Trust's Eighty-Seventh (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 10208, 10/7/11]

Responses Filed:       See Exhibit K, attached

Status: An order has been entered which partially sustains the Objection.  This matter will be adjourned with respect to the objection to the claims of Bear Stearns.

01:12458475.2

19.     Plan Trust's Ninety-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10289, 12/20/11]

Response Deadline:    January 12, 2012 at 4:00 p.m. (ET)

Related Document:

    a)   Order Sustaining in Part Plan Trust's Ninety-Third Omnibus (Substantive) Objection to Claims [D.I. 10314, 1/17/12]

Responses Filed:        See Exhibit L

Status: This matter is adjourned with respect to responses listed on Exhibit L.  An order has been entered resolving the remainder of this matter.

20.     Motion of JPMorgan Chase Bank, National Association for an Order (i) Enforcing the Terms of the Stay Relief Order and (ii) Directing the Trustee to Turnover Funds [D.I. 10323, 1/31/12]

Objection Deadline:    February 10, 2012 at 4:00 p.m. (ET), extended for the Debtors

Objections Filed:

    a)   Plan Trust's Objection to Motion of JPMorgan Chase Bank, National Association for an Order (I) Enforcing the Terms of the Stay Relief Order and (II) Directing the Trustee to Turnover Funds [D.I. 10330, 2/14/12]

Status: This matter will be adjourned to October 16, 2012 at 1:00 p.m. (ET).

21.     Plan Trust's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain, to the Extent the Plan Trust has any Interest Therein [D.I. 10467, 5/31/12]

Objection Deadline:    June 18, 2012 at 4:00 p.m. (ET)

Objections Filed:

    a)      National Credit Union Administration's Objection to Plan Trustee's Motion to Abandon Certain Documents Held by Iron Mountain [D.I. 10482, 6/18/12]

    b)      Limited Objection of Triad Guaranty Insurance Corporation to Trustee's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain [D.I. 10483, 6/18/12]

01:12458475.2

c)   Limited Response of U.S. Bank National Association, as Trustee, to Plan Trust's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain, to the Extent the Plan Trust has any Interest Therein [D.I. 10484, 6/18/12]

d)   Limited Objection and Reservation of Rights of JPM Litigation Defendants to the Motion of the Plan Trust for an Order Pursuant to 11 U.S.C. §§ 105(a), 1142(a), 554(a), and Rule 6007(a) of the Federal Rules of Bankruptcy Procedure Authorizing the Abandonment of Certain Documents Held by Iron Mountain, to the Extent the Plan Trust has any Interest Therein [D.I. 10494, 6/22/12]

e)   Response of Homeward Residential, INc. f/k/a American Home Mortgage Servicing, Inc. to Plan Trust's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain, to the Extent the Plan Trust has any Interest Therein [D.I. 10495, 6/25/12]

f)   Federal Deposit Insurance Corporation's Objection to Plan Trustee's Motion to Abandon Certain Documents Held by Iron Mountain [D.I. 10497, 6/25/12]

g)   Federal Home Loan Bank of Seattle's Objection to Objection to Plan Trustee's Motion to Abandon Certain Documents Held by Iron Mountain [D.I. 10498, 6/25/12]

h)   Limited Objection of Federal Home Loan Bank of Chicago, Federal Home Loan Bank of Indianapolis, and the Federal Home Loan Bank of Boston to Plan Trustee's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain, to the Extent the Plan Trust has any  Interest Therein [D.I. 10500, 6/25/12]

i)   Federal Home Loan Bank of San Francisco's Objection to Plan Trustee's Motion to Abandon Certain Documents Held by Iron Mountain [D.I. 10502, 6/25/12]

j)   Iron Mountain Information Management, Inc.'s Response to the Plan Trust's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain, to the Extent the Plan Trust has any Interest Therein [D.I. 10506, 6/28/12]

h)   Massmutual's Objection to Motion Authorizing the Abandonment of Certain Documents [D.I. 10515, 7/5/12]

i)   Federal Housing Finance Agency's Limited Objection to Plan Trust's Motion for an Order Authorizing the Abandonment of Certain Documents

Held by Iron Mountain, to the Extent the Plan Trust has any Interest [D.I. 10518, 7/5/12]

Status: This matter will be adjourned to October 16, 2012 at 1:00 p.m. (ET).

22.    Plan Trust's Motion for an Order Estimating the Claims of CIFG Assurance North America, Inc. for Purposes of Allowance and Distribution Under the Plan [D.I. 10558, 8/28/12]

Response Deadline:    September 11, 2012 at 4:00 p.m. (ET)

Responses Filed:

Status: This matter will be will be adjourned to October 16, 2012 at 1:00 p.m. (ET).

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

23.    Plan Trust's One Hundred First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10543, 8/17/12]

Response Deadline:    September 11, 2012 at 4:00 p.m. (ET)

Related Document:

   a)    Certificate of No Objection [10575, 9/13/12]

   b)    Proposed Order

Responses Filed:    None

Status: A certificate of no objection has been filed.  No hearing is required.

24.    Plan Trust's One Hundred Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10544, 8/17/12]

Response Deadline:    September 11, 2012 at 4:00 p.m. (ET)

Related Document:

   a)    Certificate of No Objection [10576, 9/13/12]

   b)    Proposed Order

Responses Filed:        None

Status: A certificate of no objection has been filed.  No hearing is required.

25.     Plan Trustee's Motion for an Order Extending (1) the General Claims Objection Deadline and (2) the Administrative Claims Objection Deadline [D.I. 10563, 8/17/12]

Response Deadline:    September 11, 2012 at 4:00 p.m. (ET)

Related Document:

      a)        Certificate of No Objection [10577, 9/13/12]

      b)        Proposed Order

Responses Filed:        None

Status: A certificate of no objection has been filed.  No hearing is required.

## CONTESTED MATTERS GOING FORWARD

26.     Debtors' Fifteenth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 5447, 8/15/08]

Response Deadline:    September 8, 2008 at 4:00 p.m.

Related Documents:

      a)        Order Sustaining Debtors' Fifteenth Omnibus Objection (Substantive) Objection to Claims [D.I. 6217, 10/10/08]

      b)        Supplemental Declaration of  Eileen Wanerka in Support of Debtors' Fifth, Tenth, Eleventh, Thirteenth, Fifteenth, Thirty-First, and Thirty-Third Omnibus Objections to Claims [D.I. 7629, 7/22/09]

      c)        (Redacted) Supplemental Declaration of Eileen Wanerka in Support of Debtors' Thirteenth, Fifteenth, Nineteenth, Twenty-First, Twenty-Fifth, Thirty-First, Thirty-Fifth, and Thirty-Seventh Omnibus Objections to Claims [D.I. 8001, 9/2/09]

      d)        Consensual Order Sustaining Debtors' Fifteenth Omnibus (Substantive) Objection to Claim [D.I. 10476, 6/8/12]

      e)        Supplemental Declaration of Eileen Wanerka in Support of Debtors' Fifteenth Omnibus Objection to Claims [D.I. 10565, 8/31/12]

Responses Filed:        Please see Exhibit C, attached

Status: Orders has been entered that partially sustains the Objection.  Because Mr.
        Grailing Carter has withdrawn his claim, the Objection with respect to his claim is
        moot.  With respect to the remainder of the relief requested and the remaining
        responses set forth on Exhibit C, this matter will be going forward as an
        evidentiary hearing.

27.    Paul M. Deck's Request for Payment of Administrative Claim Seeking Administrative
       Claim of Thirty-Four Hundred Dollars ($3,400.00) [D.I. 9608, 12/30/10]

Objection Deadline:   April 5, 2011 at 4:00 p.m., extended to September 30, 2012 at 4:00
                      p.m. (ET)

Objections Filed:

       a)      Objection of Plan Trustee [D.I. 10542, 8/17/12]

Related Document:

       b)      Paul Deck's Application Seeking Relief from Objection of the Plan
               Trustee to Paul M. Deck's Request for Payment of Administrative Claim
               Seeking Administrative Claim of Thirty-Four Hundred Dollars ($3400.00)
               [D.I. 10570, 9/5/12]

Status: This matter will be going forward.

28.    Bernalillo County's Motion for Administrative Claim [D.I. 9618, 1/3/11]

Objection Deadline:   April 5, 2011 at 4:00 p.m., extended to September 30, 2012 at 4:00
                      p.m. (ET)

Objections Filed:

       a)      Plan Trust's Objection [D.I. 10540, 8/17/12]

Status: This matter will be going forward.

29.    Motion for an Order Directing the Plan Trustee to Execute and Deliver an Assignment of
       Mortgage and, to the Extent Applicable, Granting Homesales, Inc. Relief from the
       Automatic Stay and Relief from Other Stays/Injunctions Imposed by the Confirmed Plan
       of Liquidation [D.I. 10559, 8/29/12]

Response Deadline:    September 11, 2012 at 4:00 p.m. (ET)

01:12458475.2

Related Document:

    a)    Declaration in Support [D.I. 10561, 8/29/12]

Responses Filed:

    b)    Plan Trustee's Objection [D.I. 10573, 9/11/12]

Status: This matter will be going forward.

Dated: September 14, 2012
     Wilmington, Delaware        YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

                              */s/ Michael S. Neiburg*
                              Sean M. Beach (No. 4070)
                              Margaret Whiteman Greecher (No. 4652)
                              Patrick A. Jackson (No. 4976)
                              Michael S. Neiburg (No. 5275)
                              1000 North King Street
                              Wilmington, Delaware  19899
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              -and-

                              HAHN & HESSEN LLP
                              Mark S. Indelicato
                              Edward L. Schnitzer
                              488 Madison Avenue
                              New York, New York 10022
                              Telephone: (212) 478-7200
                              Facsimile: (212) 478-7400

                              *Co-Counsel to the Plan Trustee*

01:12458475.2

### Exhibit A, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Assoc. | 4362, 6/4/08 | Adjourned |

### Exhibit B, Thirteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Countrywide | 5337, 8/8/08 | Adjourned |

### Exhibit C, Fifteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Shervonne Powell | 5814, 9/11/08 | Going forward |

### Exhibit D, Twenty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Sharaine Hughes |  | Adjourned |

### Exhibit E, Forty-Fourth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Association |  | Adjourned |

### Exhibit F, Fifty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Assured Guaranty Corp. |  | Adjourned |

### Exhibit G, Seventy-Forth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Placer County |  | Adjourned |

01:12458475.2

### Exhibit H, Seventy-Sixth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | UBS Securities LLC POC No. 10787 |  | Adjourned |
|  | Countrywide Bank, F.S.B. |  | Adjourned |
|  | Countrywide Home Loans, Inc. |  | Adjourned |

### Exhibit I, Seventy-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Ventura County | 10044, 6/14/11 | Adjourned |

### Exhibit J, Eighty-Fifth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Torrence Caldwell |  | Adjourned |

### Exhibit K, Eighty-Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Bear, Stearns & Co., Inc. |  | Adjourned |

### Exhibit L, Ninety-Third Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Bank of America |  | Adjourned |

01:12458475.2