# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | : | |
| et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: 09/10/07 at 4:00 p.m. |
| | : | Hearing Date: 09/17/07 at 12:00 p.m. |

**LIMITED OBJECTION OF BANC OF AMERICA LEASING & CAPITAL, LLC TO SECOND MOTION FOR AN ORDER AUTHORIZING DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND TO ABANDON CERTAIN FURNITURE, FIXTURES AND EQUIPMENT (D.I. 510) AND SUPPLEMENT TO MOTION (D.I. 518)**

Banc of America Leasing & Capital, LLC, through its attorneys, Farr, Burke, Gambacorta & Wright, A Professional Corporation, hereby files this Limited Objection to the Second Motion for an Order Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment (the "Motion") (Docket Index No. 510) and Supplement to Exhibit A to Second Motion (Docket Index No. 518) and respectfully says:

### INTRODUCTION

1. On August 6, 2007, (the "Petition Date"), the Debtors filed their voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the District of Delaware.

2. On August 30, 2007 the Debtors filed its Second Motion for an Order Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment (the "Motion") (Docket Index No. 510).

3. On August 31, 2007, the Debtors filed a Notice of Filing of Supplement to Exhibit A to Second Motion to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment (Docket Index No. 518).

### BACKGROUND

4. Banc of America Leasing & Capital, LLC is an equipment lessor and the Debtors have approximately 160 active leases with Banc of America Leasing & Capital, LLC.

5. Attached hereto as Exhibit A is a spreadsheet summarizing the lease accounts with Debtor by location.

6. In its Rejection Motion, the Debtor seeks to reject certain unexpired nonresidential real property leases identified on Exhibit A to the Motion and reject all of the Debtors' unexpired equipment leases, other than those equipment leases relating to the property at locations specifically identified on Exhibit B to the Motion.

### Summary of Objection

7. The Rejection Motion does not describe with particularity the equipment that is subject to the rejection and, in particular, the equipment owned by Banc of America Leasing & Capital, LLC that is subject to the rejection nor does it describe with specificity the equipment being exempted from the rejection.

8. Banc of America Leasing & Capital, LLC's records indicate the last known location of the equipment; however, it is concerned that some of the leased equipment may have been relocated without its knowledge. Debtors' rejection of equipment by location rather than a more specific description does not take into account the possibility that the equipment's actual location may differ from that contained on the leases and Banc of America Leasing & Capital, LLC's records.

9. Banc of America Leasing & Capital, LLC requests that the Debtors provide it with a more detailed description of the leased equipment being rejected and abandoned as well as that being exempted from the rejection.

10. Banc of America Leasing & Capital, LLC reserves the right to amend, supplement and/or withdraw this Objection at or prior to the hearing on the Motion.

WHEREFORE, Banc of America Leasing & Capital, LLC respectfully requests that the Court enter an Order denying the relief requested in the Rejection Motion as to the leased equipment owned by Banc of America Leasing & Capital, LLC. and requiring the Debtors to provide specific information as to the Banc of America Leasing & Capital, LLC lease agreements that it seeks to reject.

Dated: Wilmington, Delaware
       September 10, 2007       /s/ John R. Weaver Jr.

John R. Weaver, Jr. (No. 911)
FARR, BURKE, GAMBACORTA & WRIGHT
A Professional Corporation
831 North Tatnall Street, Suite 200
Wilmington, Delaware 19801
(302) 428-1077
Attorneys for Banc of America Leasing & Capital, LLC

# EXHIBIT A

| CONTRACT NO. | EQUIP ADDRESS | EQUIP ADDRESS | EQUIP CITY | ST | ZIP |
|---|---|---|---|---|---|
| 004-2244070-000 | 1400 W BENSON | SUITE 315 | ANCHORAGE | AK | 99503 |
| 004-2200306-000 | 1929 HOOVER CT | | HOOVER | AL | 35226 |
| 004-2222298-000 | 8767 VIA DE VENTURA STE 120 | | SCOTTSDALE | AZ | 85258 |
| 004-2222300-000 | 8767 VIA DE VENTURA STE 120 | | SCOTTSDALE | AZ | 85258 |
| 004-2190847-000 | 8700 E VISTA BONITA | | SCOTTSDALE | AZ | 85255 |
| 004-2182425-000 | 2390 E ORANGEWOOD AVE | | ANAHEIM | CA | 92806 |
| 004-2186236-000 | 51 E CAMPBELL AVE STE 170 | | CAMPBELL | CA | 95008 |
| 004-2188190-000 | 1777 CENTER COURT DR STE 125 | | CERRITOS | CA | 90703 |
| 004-2190844-000 | 1390 WILLOW PASS RD | STE 530 | CONCORD | CA | 94520 |
| 004-2182428-000 | 1250 CORONIA POINTE | STE 300 | CORONA | CA | 92879 |
| 004-2186931-000 | 111 PACIFICA DR STE 305 | | IRVINE | CA | 92618 |
| 004-2182424-000 | 300 E STATE ST 240 | STE 105 | REDLANDS | CA | 92373 |
| 004-2188189-000 | 2944 HILLTOP RD | | RICHMOND | CA | 94806 |
| 004-2192938-000 | 2 SALINAS ST | | SALINAS | CA | 93915 |
| 004-2182427-000 | 79 N. WASHINGTON STREET | COST CENTER #346 | SONORA | CA | 95370 |
| 004-2222295-000 | 1307 FRANKLIN RD | | YUBA CITY | CA | 95991 |
| 004-2190843-000 | 3033 S. PARKER ROAD | Suite 450 cost center # 3300 | AURORA | CO | 80015 |
| 004-2163498-000 | 5975 GREENWOOD PLAZA BLVD 106 | | GREENWOOD VILLAGE | CO | 80111 |
| 004-2201975-000 | 8177 W GLADES RD | STORE 25 1ST FL | BOCA RATON | FL | 33434 |
| 004-2162830-000 | 27499 RIVERVIEW CENTER BLVD | | BONITA SPRINGS | FL | 34134 |
| 004-2207407-000 | 1201 N UNIVERSITY DR | SUITE 1275 | CORAL SPRINGS | FL | 33071 |
| 404-2152044-000 | 1625 S CONGRESS 2ND FLOOR | | DELRAY BEACH | FL | 33445 |
| 004-2193197-000 | 1625 S CONGRESS | 1ST FLOOR | DELRAY BEACH | FL | 33445 |
| 004-2214534-000 | 1112 NW 76TH BLVD STE 9A | | GAINESVILLE | FL | 32606 |
| 004-2195350-000 | 1209 MAIN ST STE 106 | | JUPITER | FL | 33458 |
| 004-2177981-000 | 24430 STATE RD 54 | | LUTZ | FL | 33559 |
| 004-2171738-000 | 1060 MAITLAND CENTER COMMONS | | MAITLAND | FL | 32751 |
| 004-2189131-000 | 127 51 S DIXIE HWY | STE 230 | MIAMI | FL | 33156 |
| 004-2155227-000 | 7575 DR PHILLIPS BLVD | STE 365 | ORLANDO | FL | 32819 |
| 404-2150708-000 | 330 W 23RD ST STE F | | PANAMA CITY | FL | 32405 |
| 404-2152044-000 | 801 S UNIVERSITY DR | STE A139 | PLANTATION | FL | 33324 |
| 004-2146715-000 | 303 SE 17TH STREET | SUITE 302 | SAINT AUGUSTINE | FL | 32084 |
| 004-2191436-000 | 4150 MARINIER BLVD | | SPRING HILL | FL | 34609 |
| 004-2191110-000 | 1560 SAWGRASS CORP PKWY | 4TH FLOOR | SUNRISE | FL | 33323 |
| 004-2213429-000 | | | | | |

| Account | Address | Suite | City | State | Zip |
|---|---|---|---|---|---|
| 004-2188929-000 | 2805 W BUSCH BLVD | | TAMPA | FL | 33618 |
| 004-2202523-000 | 1701 A1A SUITE 304 | | VERO BEACH | FL | 32963 |
| 004-2228640-000 | 10600 FOREST HILLS BLVD | | WELLINGTON | FL | 33414 |
| 004-2186349-000 | 480 N ORLANDO AVE STE 232 | | WINTER PARK | FL | 32789 |
| 004-2186716-000 | 2100 RIVEREDGE PKWY STE 1200 | STE 102 | ATLANTA | GA | 30328 |
| 004-2185754-000 | 2100 RIVEREDGE PARKWAY STE 120 | | ATLANTA | GA | 30328 |
| 004-2147025-000 | 57 EXECUTIVE PARK SOUTH | STE 160 | ATLANTA | GA | 30329 |
| 004-2194305-000 | 1529 B PIEDMONT AVE | | ATLANTA | GA | 30324 |
| 004-2185753-000 | 285 ELM ST STE 301 | STE 190 | CUMMING | GA | 30040 |
| 004-2185751-000 | 3175 SATELLITE BLVD | BLDG 600 STE 100 | DULUTH | GA | 30096 |
| 004-2195121-000 | 500 COLONIAL CENTER PARKWAY | | ROSWELL | GA | 30076 |
| 004-2200790-000 | 100 CRESCENT CENTRE PARKWAY | | TUCKER | GA | 30084 |
| 004-2144182-000 | 2403 HARNISH DRIVE | | ALGONQUIN | IL | 60102 |
| 004-2192962-000 | 1704 S NEIL STREET | STE 930 | CHAMPAIGN | IL | 61820 |
| 004-2133888-000 | 939 N WORTH AVE | SUITE 105 | CHICAGO | IL | 60610 |
| 404-2161992-000 | 112 S YORK ROAD | | ELMHURST | IL | 60126 |
| 404-2161992-000 | 112 S YORK ROAD | | ELMHURST | IL | 60126 |
| 004-2128328-000 | 915 W 178TH ST STE #3W | | HOMEWOOD | IL | 60430 |
| 004-2128328-000 | 1717 N NAPER BLVD STE 102 | | HOMEWOOD | IL | 60563 |
| 004-2128328-000 | 950 N ELMHURST RD | | HOMEWOOD | IL | 60148 |
| 004-2128328-000 | 246 JANATA STE 220 | | HOMEWOOD | IL | 60148 |
| 004-2222296-000 | 765 ELA ROAD | | LAKE ZURICH | IL | 60047 |
| 004-2218912-000 | 246 E JANATA BLVD SUITE 220 | SUITE 100 | LOMBARD | IL | 60148 |
| 404-2153923-000 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 |
| 004-2196165-000 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 |
| 004-2196386-000 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 |
| 004-2196383-000 | 950 NORTH ELMHURST ROAD | SUITE 305 | MOUNT PROSPECT | IL | 60056 |
| 004-2196166-000 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 |
| 004-2210904-000 | 950 N ELMHURST RD | | MOUNT PROSPECT | IL | 60056 |
| 004-2118224-000 | CONTRACT ADJUSTMENT | | MOUNT PROSPECT | IL | 60056 |
| 004-2118224-000 | 246 JANATA BLVD STE 200 | | MOUNT PROSPECT | IL | 60148 |
| 004-2118224-000 | 915 W 175TH ST STE 300 | | MOUNT PROSPECT | IL | 60430 |
| 004-2196167-000 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 |
| 004-2184747-000 | 950 NORTH ELMHURST ROAD | | MOUNT PROSPECT | IL | 60056 |
| 004-2196385-000 | 1245 E DIEHL ROAD | SUITE 305 | NAPERVILLE | IL | 60563 |
| 004-2186092-000 | 1245 E DIEHL RD STE 305 | | NAPERVILLE | IL | 60563 |
| 004-2196694-000 | 1245 E DIEHL ROAD | SUITE 305 | NAPERVILLE | IL | 60563 |

| Account | Address | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| 004-2201905-000 | 6417 W 127TH STREET | | PALOS HEIGHTS | IL | 60463 |
| 004-2204952-000 | 23003 W LINCOLN HWY | | PLAINFIELD | IL | 60544 |
| 004-2287340-000 | 5215 OLD ORCHARD RD STE 410 | | SKOKIE | IL | 60077 |
| 004-2144181-000 | 11348 METCALF | STE C | OVERLAND PARK | KS | 66213 |
| 004-2175312-000 | 12980 METCALF SUITE 150 | | OVERLAND PARK | KS | 66213 |
| 004-2200802-000 | 800 EAST HIGH ST STE A | | LEXINGTON | KY | 40502 |
| 404-2150705-000 | 4010 DUPONT CIRCLE STE 700 | | LOUISVILLE | KY | 40207 |
| 004-2227002-000 | 810 CM FAGAN DR STE B | | HAMMOND | LA | 70403 |
| 004-2129045-000 | 1409 W CAUSEWAY APPROACH | | MANDEVILLE | LA | 70471 |
| 004-2215299-000 | 1409 W CAUSEWAY APPROACH | | MANDEVILLE | LA | 70471 |
| 004-2181247-000 | 67 Hynt Street, Suite 113 | | AGAWAM | MA | 1001 |
| 404-2150704-000 | 153 LOVELLS LANE | | MARSTONS MILLS | MA | 2648 |
| 004-2164250-000 | 112 TURNPIKE RD SUITE 305 | | WESTBOROUGH | MA | 1581 |
| 004-2164250-000 | 112 TURNPIKE RD SUITE 305 | | WESTBOROUGH | MA | 1581 |
| 004-2207563-000 | 116 DEFENSE HWY | | ANNAPOLIS | MD | 21401 |
| 004-2155226-000 | 3 BETHESDA METRO CENTER | STE 301 | BETHESDA | MD | 20814 |
| 004-2172014-000 | COST CENTR #515 | Cost Center # 2570 | GAITHERSBURG | MD | 20877 |
| 004-2213266-000 | 10451 MILL RUN CIRCLE | | OWINGS MILLS | MD | 21117 |
| 004-2186348-000 | ONE CANAL PLAZA 7TH FL | | PORTLAND | ME | 4101 |
| 004-2207080-000 | 3526 W LIBERTY STE 200 | | ANN ARBOR | MI | 48103 |
| 004-2220543-000 | 33481 W 14 MILE RD | | FARMINGTON HILLS | MI | 48331 |
| 004-2211338-000 | 1600 W 182ND ST | | BLOOMINGTON | MN | 55431 |
| 004-2191812-000 | 107 HAZEL TINE BLVD STE 500 | STE 110 | CHASKA | MN | 55318 |
| 004-2190824-000 | 3001 HENNEPIN AVENUE | | MINNEAPOLIS | MN | 55408 |
| 004-2220781-000 | 4740 WHITE BEAR PKWY STE 103 | | WHITE BEAR LAKE | MN | 55110 |
| 004-2281359-000 | 125 FLOYD SMITH DRIVE STE 190 | | CHARLOTTE | NC | 28262 |
| 004-2235457-000 | 6230 FAIRVIEW RD | SUITE 100 | CHARLOTTE | NC | 28210 |
| 404-2154251-000 | 6230 FAIRVIEW RD STE 400 | | CHARLOTTE | NC | 28210 |
| 004-2177982-000 | 6230 FAIRVIEW RD STE 400 | | CHARLOTTE | NC | 28210 |
| 404-2154485-000 | 4700 HOMEWOOD | | RALEIGH | NC | 27609 |
| 002-2188114-000 | 1 MILL RIDGE LANE | | CHESTER | NJ | 7930 |
| 004-2200621-000 | 2-12 CORBETT WAY | SUITE 203 | EATONTOWN | NJ | 7724 |
| 404-2150707-000 | 2 EXECUTIVE DRIVE | 2ND FLOOR | FORT LEE | NJ | 7024 |
| 004-2196937-000 | TWO GREENTREE CENTER | SUITE 850 | MARLTON | NJ | 8053 |
| 004-2162622-000 | 2900 FIRE RD SUITE 202B | 9000 LINCOLN DR STE 122 | PLEASANTVILLE | NJ | 8234 |
| 004-2188206-000 | LINCOLN PLAZA | 875 RTE 17 SOUTH | RAMSEY | NJ | 7446 |
| 004-2219478-000 | ONE HARMON PLAZA | 6TH FL | SECAUCUS | NJ | 7094 |

| ID | Address | Suite | City | State | Zip |
|---|---|---|---|---|---|
| 004-2143516-000 | 60 BLUE HERON ROAD | 1ST FLOOR | SPARTA | NJ | 7871 |
| 004-2196698-000 | 5250 S VIRGINIA AVE | SUITE 345 | RENO | NV | 89502 |
| 404-2162506-000 | COST CENTER 115 | 65 BROADWAY | KINGSTON | NY | 12401 |
| 004-2147412-000 | 4460 CARVER WOODS DR | | BLUE ASH | OH | 45242 |
| 004-2187662-000 | 300 RIVERWALK TERRACE 260 | | JENKS | OK | 74037 |
| 004-2210127-000 | 300 SW COLUMBIA ST | STE 103 | BEND | OR | 97702 |
| 004-2190228-000 | 314 EXTON COMMONS | | EXTON | PA | 19341 |
| 004-2146938-000 | 415 EAGLEVIEW BLVD | | EXTON | PA | 19341 |
| 404-2150698-000 | 300 WELSH RD BLVD 4 | | HORSHAM | PA | 19044 |
| 004-2204575-000 | 3047 COLUMBIA AVE | SUITE 150 | LANCASTER | PA | 17603 |
| 004-2181280-000 | 4100 WILLIAM PENN HWY | | MONROEVILLE | PA | 15146 |
| 004-2147416-000 | 2 W LAFAYETTE ST | STE 325 | NORRISTOWN | PA | 19401 |
| 004-2211365-000 | 2 W LAFAYETTE ST | STE 325 | NORRISTOWN | PA | 19401 |
| 004-2211364-000 | 6516 STUEBENVILLE | | PITTSBURGH | PA | 15205 |
| 404-2146934-000 | FOSTER PLAZA BLDG 4 | 1ST FL | PITTSBURGH | PA | 15220 |
| 004-2148758-000 | 259 RAPNOR CHESTER RD | | RADNOR | PA | 19087 |
| 004-2139117-000 | PINE TREE SHOPPES | | WEXFORD | PA | 15090 |
| 004-2146937-000 | 121 PHENIX AVE | | CRANSTON | RI | 2920 |
| 004-2213905-000 | 1954 ASHLY RIVER RD STE P | | CHARLESTON | SC | 29407 |
| 004-2141358-000 | 3321 FOREST DR | | COLUMBIA | SC | 29204 |
| 004-2205184-000 | 1293 PROFESSIONAL DR | STE 4 | MYRTLE BEACH | SC | 29577 |
| 404-2153448-000 | 129 E MAIN ST SUITE C | SUITE C | SPARTANBURG | SC | 29306 |
| 004-2185348-000 | 118 MABRY HOOD RD STE 400 | | KNOXVILLE | TN | 37922 |
| 004-2182426-000 | 3418 OLSEN BLVD G | | AMARILLO | TX | 79109 |
| 004-2243477-000 | 4600 REGENT BLVD | STE 100 | IRVING | TX | 75063 |
| 004-2243477-000 | 4650 REGENT BLVD | STE 100 | IRVING | TX | 75063 |
| 004-2216547-000 | 4600 REGENT BLVD STE 200 | | IRVING | TX | 75063 |
| 404-2157447-000 | 4600 REGENT BLVD 2ND FL | | IRVING | TX | 75063 |
| 004-2216546-000 | 4600 REGENT BLVD STE 200 | | IRVING | TX | 75063 |
| 004-2198882-000 | 6220 VIRGINIA PKWY | | MCKINNEY | TX | 75071 |
| 004-2178638-000 | 700 S WASHINGTON ST STE 220 | | ALEXANDRIA | VA | 22314 |
| 004-2177598-000 | 13890 BRADDOCK RD STE 304A | | CENTREVILLE | VA | 20121 |
| 004-2196421-000 | 5160 PARSTONE DR STE 190A | | CHANTILLY | VA | 20151 |
| 004-2148752-000 | 21351 RIDGETOP CIRCLE STE 300 | | DULLES INTERNATIONAL A | VA | 20166 |
| 004-2181013-000 | 17300 RIVER BLVD #201 | | DUMFRIES | VA | 22026 |
| 004-2184248-000 | 55 WESTLAKE RD SPACE 112 | | HARDY | VA | 24101 |
| 004-2172554-000 | 12355 SUNRISE VALLEY DR | SUITE 230 | RESTON | VA | 20191 |

| Account | Address | Suite | City | State | Zip |
|---|---|---|---|---|---|
| 004-2195787-000 | 556 GARRISONVILLE RD STE 110A | | STAFFORD | VA | 22554 |
| 008-1670424-000 | 3101 EMMORTON RD | | ABINGDON | MD | 21009 |
| 008-1705709-000 | 7142 COLUMBIA GATEWAY DR | | COLUMBIA | MD | 21046 |
| 008-1705708-000 | 7142 COLUMBIA GATEWAY DR | | COLUMBIA | MD | 21046 |
| 008-1716613-000 | 7142 COLUMBIA GATEWAY DRIVE | | COLUMBIA | MD | 21046 |
| 008-1670964-000 | 5565 STERRETT PLACE | SUITE 225 | COLUMBIA | MD | 21044 |
| 008-1705707-000 | 1801 MCCORMICK DRIVE | SUITE 126 | LARGO | MD | 20774 |
| 008-1688263-000 | 3825 LEONARDTOWN ROAD | | WALDORF | MD | 20602 |
| 008-1707614-000 | 3825 LEONARDTOWN RD 5 | | WALDORF | MD | 20602 |
| 008-1655272-000 | 3000 ATRIUM WAY #108 | | MOUNT LAUREL | NJ | 8054 |
| 008-1665976-000 | 3000 ATRIUM WAY | | MOUNT LAUREL | NJ | 8054 |
| 008-1671554-000 | 34 S. BROAD STREET | | WOODBURY | NJ | 8096 |
| 008-1671554-001 | 34 SOUTH BROAD ST | | WOODBURY | NJ | 8096 |
| 008-1707610-000 | 1954 ASHLEY RIVER RD SUITE P | | CHARLESTON | SC | 29407 |
| 008-1707612-000 | 109 LAURENS RD | | GREENVILLE | SC | 29607 |
| 008-1651270-000 | 944 GLENWOOD STATION LANE | SUITE 108 | CHARLOTTESVILLE | VA | 22901 |
| 008-1602713-000 | 860 GREENBRIER CIRCLE | SUITE 130 C.C. #2694 | CHESAPEAKE | VA | 23320 |
| 008-1716616-000 | 2303 N AUGUSTA ST SUITE E | | STAUNTON | VA | 24401 |
| 025-0172545-006 | 7910 WOODMONT AVE | STE 1310 | BETHESDA | MD | 20817 |
| 200-5008031-000 | 538 BROAD HOLLOW ROAD | | HUNTINGTON STATION | NY | 11747 |
| 200-5008031-001 | 538 BROAD HOLLOW ROAD | | HUNTINGTON STATION | NY | 11747 |
| 600-9009444-000 | 111 PACIFICA DRIVE #305 | | IRVINE | CA | 92618 |
| 600-9009442-000 | 4275 EXECUTIVE #700 | | LA JOLLA | CA | 92037 |
| 002-1695669-000 | 5401 North Oracle Road | | TUCSON | AZ | 85704 |
| 002-2268403-000 | 900 S CRAYCROFT | | TUCSON | AZ | 85711 |
| 002-2268403-000 | 900 S CRAYCROFT | | TUCSON | AZ | 85711 |
| 002-2282598-000 | 6245 E BROADWAY STE 350 | | TUCSON | AZ | 85711 |
| 002-2204743-000 | 5151 N ORACLE | | TUCSON | AZ | 85704 |