**EXHIBIT B**

## Greecher, Margaret Whiteman

| | |
|---|---|
| **From:** | Whiteman, Margaret |
| **Sent:** | Friday, October 12, 2007 4:34 PM |
| **To:** | 'Joanne Lafferty' |
| **Cc:** | 'William G. Wright' |
| **Subject:** | RE: AHM - BOA Leasing |

For now, we will include the amount of $11,230.44 as the maximum cure amount during this period and reserve the right to contest the amount at a later date. Bill, I don't want you to have to worry about having someone cover for you at the hearing. I'm sorry to hear about your loss.

-----Original Message-----
From: Joanne Lafferty [mailto:jlaffert@farrlawnet.com]
Sent: Friday, October 12, 2007 1:29 PM
To: Whiteman, Margaret
Cc: 'William G. Wright'
Subject: RE: AHM - BOA Leasing

Ms. Whiteman, Our client is requesting a total cure amount on the 3 specified contracts of $11,230.44 ($2,979.02 + $1,464.10 + $6,787.32 = $11,230.44). This amount does not include rents that will come due in the future. Thank you.

---

Joanne Lafferty, Paralegal
Farr, Burke, Gambacorta & Wright, P.C.
1000 Atrium Way, Suite 401
P.O. Box 669
Mt. Laurel, NJ 08054
Voice: (856) 813-2720 ext. 117
Fax: (856) 813-2743
E-mail: jlafferty@farrlawnet.com


-----Original Message-----
From: Whiteman, Margaret [mailto:mwhiteman@ycst.com]
Sent: Friday, October 12, 2007 10:43 AM
To: Joanne Lafferty
Cc: William G. Wright
Subject: RE: AHM - BOA Leasing


To confirm, it appears that you are requesting a total cure amount of
$11,120.44. Is this correct?

-----Original Message-----
From: Joanne Lafferty [mailto:jlaffert@farrlawnet.com]
Sent: Friday, October 12, 2007 10:34 AM
To: Whiteman, Margaret
Cc: 'William G. Wright'
Subject: RE: AHM - BOA Leasing

1

Our client advises that he has spoken with Carlos Gonzalez of American Home Mortgage who provided the following Contract #s for which American Home has requested cure amounts. Below is the pertinent contract information; the cure amount; & the monthly payment going forward. Thank you.

Contract #     Serial #    Make  Model       Address

004-2216546-000 K6965000128 RICOH 2075SP COPIER 4600 REGENT BLVD STE 200 IRVING TX 75063 CCAN 251020
Cure Amount:   $2,979.02   (includes 07/01/07-11/01/07 Monthly Rent & $558.90 Late Charges)
Monthly Rent:  $605.03    (includes $46.11 Tax)

004-2216547-000 K9365001242 RICOH 3035SPF COPIER 4600 REGENT BLVD STE 200 IRVING TX 75063 CCAN 251020
Cure Amount:   $1,464.10   (includes 07/01/07-11/01/07 Monthly Rent & $274.70 Late Charges)
Monthly Rent:  $297.35    (includes $22.67 Tax)


404-2157447-000 K2954901196 RICOH 2045eSP COPIER 4600 REGENT BLVD 2ND FL IRVING TX 75063 CCAN 251020
        K2954901188 RICOH 2045eSP COPIER 4600 Regent Blvd Irving TX 75063
        K2954901192 RICOH 2045eSP COPIER 4600 Regent Blvd Irving TX 75063
        K2954901200 RICOH 2045eSP COPIER 4600 Regent Blvd Irving TX 75063
Cure Amount:   $6,787.32   (includes 07/01/07-11/01/07 Monthly Rent & $1,215.82 Late Charges)
Monthly Rent:  $1,392.80   (includes $106.09 Tax)


-----------------------------------------------------------
Joanne Lafferty, Paralegal
Farr, Burke, Gambacorta & Wright, P.C.
1000 Atrium Way, Suite 401
P.O. Box 669
Mt. Laurel, NJ 08054
Voice: (856) 813-2720 ext. 117
Fax:   (856) 813-2743
E-mail: jlafferty@farrlawnet.com


-----Original Message-----
From: Whiteman, Margaret [mailto:mwhiteman@ycst.com]
Sent: Monday, October 08, 2007 1:39 PM
To: Joanne Lafferty; William G. Wright
Subject: AHM - BOA Leasing


<<Book1.xls>> Attached is the list of copiers located at the Debtors'

2

Irving, TX location. This equipment would be subject to lease assignment under the Debtors' proposed sale of their servicing business. This list should address Banc of America's objection to the sufficiency of the equipment.

Based upon my review of your client's objection, it appears that BOA has objected to the Debtors' proposed cure amount of $0, but does not propose an alternative. Could you please provide me with your proposed cure amount for your equipment, if any?

Please feel free to contact me with any questions. I would like to resolve this prior to the filing of the agenda on Thursday morning.

Best Regards,
Maggie

Margaret B. Whiteman
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Phone: 302-571-6753
Facsimile: 302-576-3416
mwhiteman@ycst.com