**Proposed Order**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------x

In re:

AMERICAN HOME MORTGAGE HOLDINGS,
INC., a Delaware Corporation, *et al.*,

Debtors.

-------------------------------------------------------------------x

Chapter 11

07-11047 (CSS)

(Jointly Administered)

Ref. Docket No. _____

## ORDER GRANTING THE OBJECTION OF THE PLAN TRUSTEE TO REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM AND RELATED CLAIM 10843

Upon consideration of the *Objection of the Plan Trustee to Request for Allowance and Payment of Administrative Expense Claim and Related Claim 10843* dated September 14, 2012 (the "Objection")[1] seeking entry of an order (i) expunging Claim 10843 as duplicative of the Application and (ii) reclassifying the alleged administrative priority portion of the Application as a general unsecured claim; and it appearing that notice of the Objection was proper and sufficient under the particular circumstances and that no other or further notice need be given; and upon the pleadings, the evidence presented in favor of the Objection and the arguments of the parties it is hereby;

ORDERED, that the Objection is sustained in its entirety; it is further

ORDERED, that Claim No. 10843 is hereby expunged and disallowed; and it is further

ORDERED that the alleged administrative priority portion of the Application in the amount of $236,665.32 is hereby reclassified as a general unsecured claim.

---

[1]    Capitalized terms not defined herein shall have the meanings ascribed to them in the Objection.

Dated: October ___, 2012

_____
Hon. Christopher S. Sontchi
United States Bankruptcy Judge