## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------------ x
In re:                                                    :    Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                    :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                           :
                                                          :    Jointly Administered
                              Debtors.                    :
------------------------------------------------------------------------ x
```

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Casey S. Cathcart, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, co-counsel to the Plan Trustee, and that on September 14, 2012, she caused a copy of the **Plan Trust's One Hundred Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10579]** to be served as indicated upon the parties identified in Exhibits A and B.  In addition, on September 14, 2012, she caused a copy of the **Objection of the Plan Trustee to Request for Allowance and Payment of Administrative Expense Claim and Related Claim 10843 [D.I. 10580]** to be served as indicated upon the parties identified in Exhibit A.

_Casey S Cathcart_
Casey S. Cathcart

SWORN TO AND SUBSCRIBED before me this 17th day of September, 2012.

_Debbie Laskin_
Notary Public

DEBBIE ELLEN LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Dec. 21, 2012

## EXHIBIT A

**SERVICE LIST**

A.G. Edwards & Sons, Inc.
Attn:  Jonathan Griffith
2801 Market Street, 9th Fl, F Bldg.
St. Louis, MO 63103
*First Class Mail*

Geoffrey Aaronson
100 SE 2nd St., 27th Fl
Miami, FL 33131
Craven-Shaffer North Bay Village
*First Class Mail*

Derek C. Abbott, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(Merrill Lynch)
*Hand Delivery*

Benjamin C. Ackerly, Esq
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219
(Calyon)
*First Class Mail*

Ms. Karen D. Adams
Attn:  Lorraine Gonzalez, Tax Collector Clerk I
Merced County Tax Collector
2222 "M" Street
Merced, CA 95340
(Merced County Tax Collector)
*First Class Mail*

David G. Aelvoet, Esq.
Linebarder Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
(Bexar County)
*First Class Mail*

Ana Alfonso, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(Bank of America)
*First Class Mail*

Elihu E. Allinson, III, Esq.
Sullivan - Hazeltine - Allinson LLC
901 Market Street, Suite 1300
Wilmington, DE 19801
(Norman Loftis)
*Hand Delivery*

Jonathan Alter, Esq
Bingham McCutchen
One State Street
Hartford, CT 06103
(Travelers)
*First Class Mail*

Gil Quentin Alvarez
542 Mount Argyll Court
Apopka, FL 32712
*First Class Mail*

Rick B. Antonoff, Esq.
Clifford Chance
31 West 52nd Street
New York, NY 10019
(UBS Securities)
*First Class Mail*

Joseph Aronauer, Esq.
Aronauer, Re & Yudell, LLP
444 Madison Avenue, 17th Floor
New York, NY 10022
Park National
*First Class Mail*

John Ashmead, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Deutsche Bank)
*First Class Mail*

Lee S Attanasio, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
(Morgan Stanley)
*First Class Mail*

Andrew Baker
Wiederschall & Baker
22287 Mulholland Highway, Suite 131
Calabasas, CA 91302
(Bag Fund)
*First Class Mail*

William Jeff Barnes
1515 N. Federal Highway, Suite 300
Boca Raton, FL 33432
(Laura Beall)
*First Class Mail*

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH 44114
(WLR Recovery)
*First Class Mail*

Michael J. Barrie
Richard A. Barkasy
Schnader Harrison Segal & Lewis LLP
824 N. Market St., Suite 1001
Wilmington, DE 19801
(Liberty Property)
*Hand Delivery*

Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169
(Moody)
*First Class Mail*

Stuart Berman, Esq.
Schriffin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
(Institutional Investors Group)
*First Class Mail*

Harold Berzow, Esq.
Ruskin Moscou Faltischek
East Tower, 15th Fl
1425 RexCorp Plaza
Uniondale, NY 11556
(Waldner)
*First Class Mail*

Karen C. Bifferato, Esq
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
Wells Fargo, Washington Mutual, Inland US Management, LLC
*Hand Delivery*

Brian W. Bisignani
Post & Schell, PC
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601
(AON Consulting)
*First Class Mail*

J. William Boone, Esq.
Bess Parrish, Esq.
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309
(LaSalle Bank)
*First Class Mail*

Pamela Bosswick, Esq.
Satterlee Stephens Burke & Burke
230 Park Avenue
New York, NY 10169
(7th Rej Motion)
***First Class Mail***

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Don Beskrone, Esq.
Benjamin W. Keenan, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(UBS Securities LLC; Morgan Stanley; CIFG; Lehman)
(DB Structured)
***Hand Delivery***

Ms. Linda Boyle
Time Warner Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124
(Time Warner Telecom Inc.)
***First Class Mail***

James T. Brako
Governmental Center
Tax Collector Palm Beach County
301 North Olive Avenue, 3rd Floor
P.O. Box 3715
West Palm Beach, FL 33402-3715
(Amme Gannon)
***First Class Mail***

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
(ABN AMRO Bank)
***First Class Mail***

Barry E. Bressler
Schnader Harrison Segal & Lewis LLP
1600 Market St., Suite 3600
Philadelphia, PA 19103-7286
(Liberty Property)
***First Class Mail***

Lia Brooks, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
***First Class Mail***

Mark A. Broude, Esq
John W. Weiss, Esq.
David Stewart, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
ORIX Capital Markets, LLC.
***First Class Mail***

Charles J. Brown, III, Esq.
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
(AT&T)
***Hand Delivery***

Stuart Brown, Esq.
Denise Kraft, Esq.
DLA Piper LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
(Countrywide Home Loans)
***Hand Delivery***

Stuart M. Brown, Esq.
Craig Martin
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
(Countrywide Bank)
***Hand Delivery***

Juliet Buck
Nomura Credit & Capital, Inc.
2 World Financial Center, Building B
New York, NY 10281
(Creditor Committee Member)
***First Class Mail***

Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney PC
1105 N. Market St.
Wilmington, DE 19801
(HSBC, HSI Asset)
***Hand Delivery***

John T. Carroll, III, Esq.
Cozen O'Connor
Chase Manhattan Center, Suite 1400
1201 N. Market Street
Wilmington, DE 19801
(Citibank, N.A.)
***Hand Delivery***

Chavez
2831 Riachuelo
San Clemente, CA 92673
***First Class Mail***

Shawn M. Christianson
Buchalter Nemer P.C.
55 Second Street, 17th Floor
San Francisco, CA 94105-2126
(Oracle USA)
***First Class Mail***

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
(Societe Generale)
***First Class Mail***

Dean Brunel, Esq.
75 Central Street, Unit One
Somerville, MA 02143
(McPherson, Inc.)
***First Class Mail***

Michael G. Busenkell
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(Calyon; Park National)
***Hand Delivery***

John Capitano
Kennedy Covington Lobdell & Hickman
214 N. Tryon Street, 47th Fl.
Charlotte, NC 28202
(NNN VF Four Resource Square, LLC)
***First Class Mail***

Paul S. Caruso, Esq
Jessica Knowles, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Wells Fargo
***First Class Mail***

Ling Chow
Andrew Pickering
Robert Heller
Assured Guaranty
31 W. 52nd St., Floor 26
New York, NY 10019
***First Class Mail***

Joseph Cioffi, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
(Alcone Marketing Group)
***First Class Mail***

Ronald L. Cohen, Esq.
Arlene Alves, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Citibank)
***First Class Mail***

Ronald L. Cohen, Esq.
Arlene Alves, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Citibank)
***First Class Mail***

Mark D. Collins, Esq
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(ABN AMBRO Bank N.V.)
***Hand Delivery***

Enid M. Colson, Esq
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
(CSHV Southpark LLC)
***First Class Mail***

Nancy Connery, Esq.
Schoeman, Updike & Kaufman, LLP
60 East 42nd St.
New York, NY 10165
STWB, Inc.
***First Class Mail***

Katherine A. Constantine, Esq.
Dorsey & Whitney, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(U.S. Bank National Association)
***First Class Mail***

Kelley Cornish, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(Lehman; Bracebridge Capital)
***First Class Mail***

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(WLR Recovery)
***Hand Delivery***

Michael A. Cox, AG
Julius O. Curling, Assistant to the Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202
(State of Michigan Department of Treasury)
***First Class Mail***

Leo T. Crowley, Esq.
Margot Erlich, Esq.
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036
(Bank of New York)
***First Class Mail***

Donna Culver, Esq.
Robert J. Dehney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(Financial Guaranty Insurance Co.; Assured Guaranty)
***Hand Delivery***

Julius O. Curling, Esq.
Assistant Attorney General
State of Michigan, Department of Treasury
3030 W. Grand Boulevard, Suite 10-200
Cadillac Place
Detroit, MI 48202
(State of Michigan, Department of Treasury)
***First Class Mail***

Teresa K.D. Currier, Esq.
Mary F. Caloway, Esq.
Buchanan Ingersoll & Rooney P.C.
1105 N. Market, Suite 500
Wilmington, DE 19801
(Societe Generale)
***Hand Delivery***

Adam Currier, Esq.
258 Spielman Highway
PO Box 2033
Burlington, CT 06013
(Trister)
**First Class Mail**

Douglas Davis, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(Lehman; Bracebridge Capital, LLC)
**First Class Mail**

Allan Diamond, Esq.
Christopher Provost, Esq.
Diamond McCarthy LLP
909 Fannin Street, 15th Fl.
Two Houston Center
Houston, TX 77010
(B&M Management)
**First Class Mail**

Rosa Dominy
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708
(IKON Financial Services)
**First Class Mail**

Dennis J. Drebsky, Esq
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022
(Deutsche Bank, Plan Oversight Comm)
**First Class Mail**

J. Cory Falgowski, Esq
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(Federal Home Loan Mortgage Corp)
**Hand Delivery**

Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791
AT&T Corp.
**First Class Mail**

Mary DeFalaise, Esq.
U.S. Department of Justice
1100 L St., NW, Room 10002
Washington, DC 20005
(GNMA)
**First Class Mail**

John Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253
(Harris County, Angelina County)
**First Class Mail**

Kristi J. Doughty, Esq
Whittington & Aulgur
313 N. Dupont Hwy., Suite 110
P.O. Box 617
Odessa, DE 19730
(First Horizon Home Loan)
**First Class Mail**

Alyssa Englund, Esq.
Lorraine McGowan
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
(Nomura, Plan Oversight Comm)
**First Class Mail**

Brett D. Fallon, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899
CitiMortgage, Inc.
**Hand Delivery**

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
***Hand Delivery***

Mark E. Felger, Esq.
Jeffrey R. Waxman, Esq.
Cozen & O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(Special Conflicts Counsel)
***Hand Delivery***

Lori Fife, Esquire
Howard B. Comet, Esq.
Ronit Berkovich, Esq.
Christopher J. Marcus, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(CSFB)
***First Class Mail***

Norman P. Fivel, Esq.
Assistant Attorney General
NYS Dept. of Law
The Capitol
Albany, NY 12224
(NY State Dept. of Taxation)
***First Class Mail***

Ray Fredericks
1600 Pacific Highway, Room 162
San Diego, CA 92101
***First Class Mail***

Samuel B. Garber
Assistant General Counsel
General Growth Management, Inc.,
110 N. Wacker
Chicago, IL 60606
***First Class Mail***

Federal Trade Commission
601 New Jersey Avenue, NW, Suite 2122
Washington, DC 20580
***First Class Mail***

Matthew S. Ferguson, Esq
Terry D. Lawson, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10018
(Bear Stearns Mortgage Capital Corp and EMC Mortgage Corp.)
***First Class Mail***

Stuart Finestone, Esq.
Finestone & Morris
3340 Peachtree Road, NE, Suite 2540 Tower Place
Atlanta, GA 30326
(Tower Place)
***First Class Mail***

J. David Folds, Esq.
McKenna Long & Aldridge LLP
1900 K. Street, NW
Washington, DC 20006
(Kingstowne Office Building K LLC; Boston Properties Limited Partnership)
***First Class Mail***

Susan R. Fuertes, Esq.
14910 Aldine-Westfield Road
Houston, TX 77032
Aldine Independent School District
***First Class Mail***

Flora Garcia
Office the Tax Collector
940 west Main Street, Suite 106
El Centro, CA 92243
(Imperial County)
***First Class Mail***

Nicole Gazzo, Esq.
Steven J. Baum, P.C.
220 Northpointe Parkway, Suite G
Amherst, NY 14228
(First Horizon Home Loan)
**First Class Mail**

Neil M. Glassman, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
(Bracebridge Capital, LLC; Natixis; Lehman)
**Hand Delivery**

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(CSFB)
**First Class Mail**

Thomas H. Grace, Esq
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
(JPMorgan Chase Bank, N.A.)
**First Class Mail**

Stefanie Birbrower Greer, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
(CIFG)
**First Class Mail**

Brian Guiney, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
**First Class Mail**

Barry G. Glaser, Esq.
Steckbauer Weinhart Jaffee, LLP
333 S. Hope St., Suite 3600
Los Angeles, CA 90071
(Los Angeles County Tax Collector & Tax Assessor's Office)
**First Class Mail**

William Goldman, Esq.
Andrew Stern, Esq.
Sidley Austin
787 Seventh Avenue
New York, NY 10019
(Bear Stearns; EMC)
**First Class Mail**

Eric Gorman, Esq
Felicia Perlman, Esq.
Skadden Arps Slate Meagher & Flom LLP
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(Waterfield Shareholders)
**First Class Mail**

Robert E. Greenberg, Esq.
Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC
1101 Seventeenth Street, N.W., Suite 700
Washington, DC 20036-4704
Realty Associates Fund VII, L.P.
**First Class Mail**

Whitney Groff, Esq.
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102
(America's Servicing Company)
**First Class Mail**

Arnold Gulkowitz, Esq.
Brian Goldberg
Dickstein Shapiro
1633 Broadway Lowr 2C2
New York, NY 10019
(Greenwich Capital Markets, Inc.; Royal Bank of Scotland)
**First Class Mail**

Kurt F. Gwynne, Esq
Kathleen Murphy, Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(Palmer House Hilton)
**Hand Delivery**

Lee Harrington, Esq.
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022
(Deutsche Bank)
**First Class Mail**

Lisa R. Hatfield, Esq.
Wittstadt & Wittstadt, P.A.
284 East Main Street
Newark, DE 19711
**First Class Mail**

William A. Hazeltine, Esq.
Sullivan - Hazeltine - Allinson
901 Market Street, Suite 1300
Wilmington, DE 19801
(MERS)
**Hand Delivery**

James D. Heaney, VP
Law Debenture Trust Company of New York
400 Madison Avenue, 4th Fl.
New York, NY 10017
**First Class Mail**

Adam Hiller, Esq
Donna Harris, Esq.
Pinckney, Harris & Weidinger, LLC
1220 North Market Street, Suite 950
Wilmington, DE 19801
**Hand Delivery**

Frederick D. Holden, Jr
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
(Indymac)
**First Class Mail**

James Hardy
Galaxy Associates
1220 Ensenada Avenue
Laguna Beach, CA 92651
**First Class Mail**

A. Michelle Hart, Esq.
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102
(EMC Mortgage; CitiMortgage; America's Servicing Company)
**First Class Mail**

Phyllis A. Hayes
RMS
307 International Circle, Suite 270
Hunt Valley, MD 21030
EMC Corp, IBS
**First Class Mail**

Patrick Healy
Wilmington Trust Co.
1100 North Market Street
Rodney Square North
Wilmington, DE 19801
**Hand Delivery**

Matthew Helland, Esq.
Nichols Kaster & Anderson
80 South 8th Street, SUite 4600
Minneapolis, MN 55402
**First Class Mail**

Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806
(Cutisha Cauthorne)
(Mark Watson & Kelly Watson)
**First Class Mail**

Richard Holley, Esq.
Ogonna Atamoh, Esq.
Santoro Driggs Walch Kearney Holley & Thompson
400 South Fourth Street, 3rd Fl
Las Vegas, NV 89101
(Corporate Center V, LLC)
**First Class Mail**

Nancy Hotchkiss, Esq.
Trainor Robertson
980 Fulton Avenue
Sacramento, CA 95825
(Cowifi Ironpoint)
**First Class Mail**

James E. Huggett, Esq.
Sally E. Sobczyk, Esq.
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, DE 19801
Columbia River Bank
**First Class Mail**

Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
(Citigroup Global Markets Inc)
**Hand Delivery**

Mark Indelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
(Official Committee of Unsecured Creditors)
**First Class Mail**

Internal Revenue Service
Insolvency Section
2970 Market Street
PO Box 7346
Philadelphia, PA 19101-7346
**First Class Mail**

Jeanne Irving, Esq.
Hennigan Dorman
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
**First Class Mail**

Daniel Israeli
Vantium Capital
9 West 57th St., 37th Floor
New York, NY 10019
**First Class Mail**

Susan Power Johnston, Esq.
Amanda Weiss, Esq.
Covington & Burling LLP
The New York Times Build., 620 Eighth Avenue
New York, NY 10018
(Wilmington Trust)
**First Class Mail**

Laura Davis Jones, Esq.
Curtis Hehn, Esq.
Pachulski, Stang, Ziehl, Young & Jones  LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
(IndyMac)
**Hand Delivery**

Lance N. Jurich, Esq.
Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067-4164
(Merrill Lynch)
**First Class Mail**

Michael Katz, Esq.
MBK and Associates
1136 Washington Avenue, Suite 905
St. Louis, Missouri 63101
(Hamid Hamrah)
**First Class Mail**

Steven W. Kelly, Esq.
Silver & DeBoskey
1801 York Street
Denver, CO 80206
Gateway Canyon, Inc.
**First Class Mail**

Mark Kenney, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
**Hand Delivery**

Richardo I. Kilpatrick, Esq.
Attorneys for Orca Steel Processing, LLC
Leonora K. Baughman, Esq.
Kilpatrick & Associates
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
(Wayne County Treasurer)
**First Class Mail**

Shelley A. Kinsella, Esq.
Cooch & Taylor
The Brandywine Building, 1000 West Street, 10th Floor
Wilmington, DE 19801
(Wilmington Trust)
**Hand Delivery**

Hersh Kozlov
WolfBlock LLP
1940 Route 70 70 East, Suite 200
Cherry Hill, NJ 08003
(Bancorp)
**First Class Mail**

David Kuney, Esq.
Sidley Austin
1501 K. St. N.W.
Washington, DC 20005
(EMC)
**First Class Mail**

Adam G. Landis, Esq
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
(JPMorgan Chase Bank, N.A.)
**Hand Delivery**

George Kielman, Esq.
Freddie Mac
8200 Jones Brance Drive - MS 202
McLean, VA 22102
**First Class Mail**

Maureen Peyton King
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
**First Class Mail**

Steven K. Kortanek, Esq.
Kevin J. Mangan, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(CSFB)
**Hand Delivery**

John Krigsman
First American Capital LLC
4817 6th St.
Boulder, CO 80304
**First Class Mail**

Jeff Kurtzman, Esq.
Klehr Harrison Harvey Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
Goldman Sachs
CGIC
**Hand Delivery**

Michael R. Lastowski, Esq.
Christopher M. Winter, Esq.
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
(Bear Stearns; Impac)
**Hand Delivery**

Timothy Law
2500 One Liberty Place
Reed Smith LLP
1650 Market Street
Philadelphia, PA 19103
*First Class Mail*

Barbara LaWall, Esq
Terri A. Roberts, Esq.
German Yusufov, Esq.
Pima County Civil Division
32 North Stone Avenue, Suite 2100
Tucson, AZ 85701
(Pima County)
*First Class Mail*

Kimberly E. Lawson, Esq
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
(GE Capital Information; ZC Real Estate Tax Solutions)
*Hand Delivery*

Elena P. Lazarou, Esq
Reed Smith LLP
599 Lexington Avenue, 27th Floor
New York, NY 10022
(GECC)
*First Class Mail*

Thomas J. Leanse, Esq.
Dustin P. Branch
Katten Muchin Rosenman
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
(RREEF Management Company)
*First Class Mail*

Steven Lefkofsky, Esq.
31500 Northwestern Highway, Suite 105
Farmington Hills, MI 48334
(Creditor Inner Workings)
*First Class Mail*

Raymond H. Lemisch, Esq.
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Avenue, Suite 810
Wilmingtont, DE 19801
(DDR Entities)
*Hand Delivery*

Scott K. Levine, Esq
Platzer Swergold Karlin Levine Goldberg & Jaslow
1065 Avenue of Americas, 18th Fl.
New York, NY 10018
De Lage Financial Services, Inc.
*First Class Mail*

Jason Liberi, Esq.
Robert A. Weber, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(Waterfield Shareholders)
*Hand Delivery*

Frederick Linfesty, Esq.
Iron Mountain Information Management
745 Atlantic Avenue
Boston, MA 02111
*First Class Mail*

Nancy F. Loftus, Esq.
Assistant County Attorney
Deprt of Tax Admin - Fairfax Co.
12000 Governmnet Center Parkway, Suite 549
Fairfax, VA 22035
*First Class Mail*

Gaston P. Loomis, Esq
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(GECC)
*Hand Delivery*

Sherry D. Lowe, Esq.
Lamm Rubenstone Lesavoy Butz & David LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053
(National City Commercial Capital Company, LLC)
***First Class Mail***

Michael Luskin, Esq.
Mitchell P. Hurley, Esq.
Hughes, Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
***First Class Mail***

effrey S. Margolin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
(Trustee to Lehman)
***First Class Mail***

Madison Martin, Esq.
Stites & Harbison PLLC
401 Commerce St., Suite 800
Nashville, TN 37219
(Suntrust Bank)
***First Class Mail***

David McCall, Esq.
Gay McCall Isaacks Gordon & Roberts, P.C.
777 E. 15th Street
Plano, TX 75074
(Frisco ISD)
***First Class Mail***

Laura L. McCloud, Esq.
c/o Tennessee Attorney General's Office, Bankruptcy Division
Tennessee Department of Labor & Workforce Development-
Unemployment Ins.
P.O. Box 20207
Nashville, TN 37202-0207
(Tennessee Department of Labor & Workforce Development-
Unemployment Ins.)
***First Class Mail***

Peter McGonigle
Fannie Mae
1835 Market Street, Suite 2300
Philadelphia, PA 19103
***First Class Mail***

Gerard Luckman, Esq.
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
(American Corporate Record Center)
***First Class Mail***

Sean D. Malloy, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue East, Suite2100
Cleveland, OH 44114
(Certain Participants of Non-Qualified Deferred Comp Plan)
***First Class Mail***

Michael Margoll, Esq.
Moss Codilis LLP
6782 S Potomac St., #175
Centennial, CO 80112
***First Class Mail***

Eloise May, Esq.
Wiles & Wiles
800 Kennesaw Avenue, NW, Suite 400
Marietta, GA 30060
(A- Colonial 300/500 Owner)
***First Class Mail***

Robert A. McCall
Peabody & Arnold, LLP
600 Atlantic Ave.
Boston, MA 02210
(Champion & Asso.)
***First Class Mail***

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
(Iron Mountain Information Management, Inc.)
***First Class Mail***

Lisa C. McLaughlin, Esq.
Stephen W. Spence, Esq.
Phillips, Goldman & Spence, P.A.
1200 N Broom Street
Wilmington, DE 19806
(FRMC Financial)
***First Class Mail***

Dana McRae
County of Santa Cruz
701 Ocean Street, Room 150
Santa Cruz, CA 95060
***First Class Mail***

Rachel B. Mersky, Esq.
Monzack Mersky McLauglin and Browder
400 Commerce Center, 1201 Orange Street
P.O. Box 2031
Wilmington, DE 19899-2031
(A-Colonial 300/500 Owner)
***Hand Delivery***

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(Security Connections)
***Hand Delivery***

Lee Mondshein, Esq.
445 Broad Hollow Road, Suite 334
Melville, NY 11747
(Hauppauge Woodlands Asso.)
***First Class Mail***

Martin A. Mooney
Deily, Mooney & Glastetter, LLP
8 Thurlow Terrace
Albany, NY 12203
(DCFS Trust)
***First Class Mail***

Eric K. Moser, Esq
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
(ABN AMRO Bank)
***First Class Mail***

Sari E. Meador
Tax Collector for Polk County, Florida
Office of Joe G. Tedder, CFC
P.O. Box 2016
Bartow, FL 33831
Pol County
***First Class Mail***

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022
(Barclays Bank PLC and Barclays Capital)
***First Class Mail***

Christopher R. Momjian, Esquire
Senior Deputy Attorney General
Pennsylvania Attorney General's Office
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
***First Class Mail***

Norman Monhait, Esquire
Rosenthal Monhait & Goddess
919 Market St./Ste. 1401 Mellon Bank Ctr
P.O. Box 1070
Wilmington, DE 19899
(Kodiak Funding LP; B&M Management Corp)
***Hand Delivery***

Jeanne Morton
McCalla Raymer
1544 Old Alabama Road
Roswell, GA 30076
(America's Servicing Co.)
***First Class Mail***

Christopher B. Mosley, Esq
City of Fort Worth
1000 Throckmorton Street
Fort Worth, TX 76102
City of Fort Worth
***First Class Mail***

Guy Moss, Esq.
Riemer & Braunstein
Three Center Plaza
Boston, MA 02108
(Sovereign Bank)
***First Class Mail***

Janice D. Newell
 Cecil Ingram
ADA County Treasurer
200 W. Front Street, Room 3191
Boise, ID 83702
***First Class Mail***

Andrea Niedermeyer, Esq.
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201
(Sun Life Assurance)
***First Class Mail***

Stephanie Noble, Esq.
Sally E. Sobczyk, Esq.
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, DE 19801
***First Class Mail***

William Novotny, Esq.
Mariscal, Weeks, McIntyre & Freidlander, P.A.
2901 N. Central Avenue, Suite 200
Phoenix, AZ 85012
(Waterfall Shopping Center, Inc.)
***First Class Mail***

Kathleen O'Connell, Esq.
Suntrust Bank
303 Peachtree Street, 36th Fl.
Mail Code 0662
Atlanta, GA 30308
(Suntrust Bank)
***First Class Mail***

David M. Neumann, Esq
Benesch, Friedlander, Coplan & Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
(DDR Entities)
***First Class Mail***

Jeffrey J. Newton, Esq.
Hollie N. Hawn, Esq.
County Attorney for Broward County
115 South Andrews Ave., Suite 423
Governmental Center
Fort Lauderdale, FL 33301
(Broward County Revenue Collection Division, Bankruptcy & Litigation Section)
***First Class Mail***

Jami B. Nimeroff, Esq.
Brown Stone Nimeroff LLC
901 North Market Street, Suite 1300
Wilmington, DE 19801
(Microsoft)
***Hand Delivery***

North Fork
Attn: Michael Weisbrod
275 Broadhollow Road
Melville, NY 11747
(Bank)
***First Class Mail***

Larry J. Nyhan, Esq.
Matthew Clemente, Esq.
David Hall, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Societe Generale
***First Class Mail***

Joseph O'Neil, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(GMAC)
***Hand Delivery***

Harold Olsen, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038
(Morgan Stanley)
***First Class Mail***

Jr Tally F Parker
Parker & Marks PC
1106 N Irving Heights Dr.
Irving, TX 75061
(City of Irving)
***First Class Mail***

Andrew Petrie, Esq.
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400 S
Denver, CO 80202
(CitiMortgage)
***First Class Mail***

Marc Phillips, Esq
Kelly Conlan
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
(Los Angeles County Treasurer)
***Hand Delivery***

Thomas J. Polis, Esq.
Polis & Associates
19800 MacArthur Boulevard
Suite 1000
Irvine, CA 92612
(Rexco, LLC)
***First Class Mail***

Susan D. Profant, CFCA, CLA, Paralegal
c/o Ken Burton, Jr., Manatee County Tax Collector
819 U.S. 301 Blvd. West
P.O. Box 25300
Bradenton, FL 34206-5300
(Ken Burton, Jr., Manatee County Tax Collector)
***First Class Mail***

Ricardo Palacio, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(United Guaranty Services, Inc.)
***Hand Delivery***

Peter S. Partee, Esq
Scott H. Bernstein, Esq.
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136
(Calyon)
***First Class Mail***

John Philip, Esq.
Crislip, Philip & Asso.
4515 Poplar Avenue, Suite 322
Memphis, TN 38117
***First Class Mail***

Dana S. Plon, Esq.
Sirlin Gallogly & Lesser, P.C.
123 S. Broad St., Suite 2100
Philadelphia, PA 19109
Fidelity Court Associates
***First Class Mail***

Mark Politan, Esq
Court Plaza North
Cole, Schotz, Meisel, Forman & Leonard, P.A.
25 Main Street
Hackensack, NJ 07601
(Drew & Rogers)
***Hand Delivery***

Vincent Quigg
12121 Wilshire Blvd., Suite 1240
Los Angeles, CA 90025
(Bag Fund)
***First Class Mail***

Gary Ravert, Esq.
Lance Rothenberg
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173
(Michael Strauss)
*First Class Mail*

Michael Reed, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680
(County of Denton)
*First Class Mail*

Michael Reynolds, Esq.
Snell & Wilmer LLP
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
(Galaxy Associates)
*First Class Mail*

Christine Roberts, Esq.
Olson Cannon Gormley & Desruisseaux
9950 West Cheyenne avenue
Las Vegas, NV 89129
(Clark County)
*First Class Mail*

Martha E. Romero, Esq.
BMR Professional Building
Romero Law Firm
6516 Bright Avenue
Whittier, CA 90601
(Riverside, Placer and Monterey County)
*First Class Mail*

Robert J. Rosenberg, Esq.
Noreen A. Kelly-Najah, Esq.
George Royle, Esq.
Michael J. Riela, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(Lehman Bros., Aurora Loan Services)
*First Class Mail*

Shawn Rediger, Esq.
Williams Kastner & GIbbs
601 Union Street, Suite 4100
Seattle, WA 98101
(Seattle Office Bellefield)
*First Class Mail*

Patrick J. Reilley, Esq
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1400
Wilmington, DE 19801
*Hand Delivery*

Richard W. Riley, Esq.
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Impac; Bear Stearns
*Hand Delivery*

Erin L. Roberts, Esq.
Womble Carlyle Sandridge & Rice PLLC
8065 Leesburg Pike, Fourth Floor
Tysons Corner, VA 22182
(Triad Guaranty Insurance Corp.)
*First Class Mail*

Robert H. Rosenbaum, Esq.
M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Suite 400
Berkshire Building
Riverdale Park, MD 20737-1385
(Charles County; Prince George County)
*First Class Mail*

Stephen W. Rosenblatt, Esq.
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P.O. Box 22567
Jackson, MI 39225
(FNC, Inc.)
*Facsimile*

John Rosenthal, Esq
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
(Deutsche Bank)
***First Class Mail***

Rene Roupinian, Esq.
Jack A. Raisner, Esq.
Rene S. Roupinian, Esq.
Outten & Golden
3 Park Avenue, 29th Fl.
New York, NY 10016
***First Class Mail***

Samuel Rudman, Esq.
David Rosenfeld, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
(Institutional Investors Group)
***First Class Mail***

Scott Saham
Ivy T. Ngo, Esq.
Robbins Geller Rudman & Dowd
655 West Broadway, Suite 1900
San Diego, CA 92101
***First Class Mail***

Brian D. Salwowski, Esq.
Deputy Attorney General
Indiana Dept. of Revenue
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN 46204-2770
(Indiana Department of Revenue)
***First Class Mail***

Charles Sawyer, Esq.
Dorsey & Whitney
50 South Sixth St., Suite 1500
Minneapolis, MN 55402
(U.S. Bank)
***First Class Mail***

Eric Lopez Schnabel, Esq.
300 Delaware Avenue
Wilmington, DE 19801
(U.S. Bank National Asso.)
***Hand Delivery***

Frederick B. Rosner, Esq
The Rosner Law Group
824 N. Market Street
Wilmington, DE 19801
(De Lage Landen; Bear Stearns)
***Hand Delivery***

Vadim Rubinstein, Esq.
Loeb & Loeb
345 Park Avenue
New York, NY 10154
Merrill Lynch
***First Class Mail***

Rumph
IKON Office Solutions
3920 Arkwright Road, Suite 400
Macon, GA 31210
(IKON Office Solutions, Inc.)
***First Class Mail***

Thomas Salerno, Esq.
Two Renaissance Square
Squire Sanders & Dempsey L.L.P.
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004
***First Class Mail***

Steven D. Sass, Esq.
307 International Circle, Suite 270
Hunt Valley, MD 21030
(Plan Trustee)
***First Class Mail***

Todd C. Schiltz, Esquire
Drinker Biddle & Reath
1100 N. Market Street, #1000
Wilmington, DE 19801
(Wells Fargo)
***Hand Delivery***

Margot B. Schonholtz, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Bank of America
***First Class Mail***

Patricia Schrage, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
***First Class Mail***

Secretary of State
Franchise Tax
Division of Corporations
401 Federal Street
PO Box 898
Dover, DE 19903
***First Class Mail***

Stephen B. Selbst, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173
(WestLB AG)
***First Class Mail***

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, TX 75205
(Lewisfille  ISD)
***First Class Mail***

Russell C. Silberglied, Esq.
Christopher Samis, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Bank of New York)
***Hand Delivery***

Andrew Silverstein, Esq.
Laurie Binder, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004
(Deutsche Bank)
***First Class Mail***

Lisa Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006
(Goldman Sachs)
***First Class Mail***

Barry N. Seidel
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
(CIFG Assurance)
***First Class Mail***

Michael R. Sew Hoy
Civil Division
U.S. Department of Justice
1100 L. Street, N.W., Room 10048
Washington, DC 20005
(Federal Housing Administration)
***First Class Mail***

Joseph E. Shickich, Jr., Esq
Riddell Williams, P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(Microsoft Corporation)
***First Class Mail***

Laurie S. Silverstein, Esq.
Gabriel R. MacConaill, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
Bank of America
***Hand Delivery***

Christopher P. Simon, Esq.
Cross & Simon, LLC
913 North Market Street, 11th Fl.
Wilmington, DE 19801
***Hand Delivery***

Robert P. Simons, Esq.
Reed Smith Centre
Reed Smith LLP
225 5th Ave.
Pittsburgh, PA 15222
(GMAC)
***First Class Mail***

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899
***Hand Delivery***

David Stack
ABN AMRO Bank
101 Park Avenue, 6th Fl
New York, NY 10178
***First Class Mail***

Karen Stapleton
Assistant County Attorney
One Harrison Street, S.E.
5th Floor
Leesburg, VA 20175
(County of Loudoun, VA)
***First Class Mail***

Ms. Catherine Steege
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611
(Fannie Mae)
***First Class Mail***

David Stoelting
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281
***First Class Mail***

Linda Singer
1100 New York Ave., NW
Cohen Milstein
Suite 500, West Tower
Washington, DC 10005
(Borrowers Committee)
***First Class Mail***

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(GMAC)
***First Class Mail***

Stamatios Stamoulis
Two Fox Point Centre
Stamoulis & Weinblatt
6 Denny Road, Suite 307
Wilmington, DE 19809
(Deborah Mills)
***First Class Mail***

State of Maryland
Office Unemployment Ins./Litigation and Prosecution Dept.
1100 North Eutaw St., Room 401
Baltimore, MD 21201
***First Class Mail***

Steve Stennett, Esq.
Jones Day
2727 North Harwood Street
Dallas, TX 75201
***First Class Mail***

Ralph Stone, Esq.
Thomas Ciarlone, Esq.
Shalov Stone & Bonner LLP
260 Madison Ave., Fl 17
New York, NY 10016
(Foster, Anderson, McBride, Hollingsworth, Fitzgerald, Meketa)
***First Class Mail***

Nicola Suglia, Esq.
Fleischer Fleischer & Suglia
Plaza 1000 At Main Street, Suite 208
Voorhees, NJ 08043
*First Class Mail*

William D. Sullivan, Esq.
Elihu E. Allinson, III
William D. Sullivan, LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801
(Norman Loftis)
*Hand Delivery*

Stacey Suncine
Peter Ashcroft, Esq.
Bernstein Law Firm
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(Duquesne Light Co.)
*First Class Mail*

Josh Sussberg, Esq.
Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
(Citigroup Global)
*First Class Mail*

Eric M. Sutty, Esq.
Fox Rothschild
919 North Market Street, Suite 1600
Wilmington, DE 19801
(Natixis Real Estate)
*Hand Delivery*

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
Bank of America
*First Class Mail*

William F. Taylor, Jr
Renaissance Centre
McCarter & English, LLP
405 N. King Street, 8th Fl.
Wilmington, DE 19801
(Verizon Business Global)
*Hand Delivery*

William F. Taylor, Jr
Renaissance Centre
McCarter & English, LLP
405 N. King Street, 8th Fl.
Wilmington, DE 19801
(Verizon Business Global)
*Hand Delivery*

Irving Thau
1139 Amalfi Drive
Pacific Palisades, CA 90272
*First Class Mail*

Christina Thompson, Esq
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
(Inland US Management, LLC)
*Hand Delivery*

Franklin Top, III, Esq.
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603
(Wells Fargo)
*First Class Mail*

Marikae Toye
Deputy Attorney General
New Jersey Attorney General's Office
R.J. Hughes Justice Complex
PO Box 106
Trenton, NJ 08625
*First Class Mail*

S. James Wallace, Esq.
The Gulf Tower, 38th Fl.
Griffith McCague & Wallace
707 Grant Street
Pittsburgh, PA 15219
(Duquesne LIght Company)
*First Class Mail*

Jeffrey Waxman, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899
*Hand Delivery*

Richard Weinblatt
Two Fox Point Centre
Stamoulis & Wieinblatt
6 Denny Road, Suite 307
Wilmington, DE 19809
(Deborah Mills)
*First Class Mail*

Stephen Weisbrod, Esq
W. Hunter Winstead
Gilbert LLP
1100 New York Ave., NW
Suite 700
Washington, DC 20005-3987
(Borrower Committee)
*First Class Mail*

Gilbert B. Weisman, Esq.
(American Express Travel Related Svcs Co Inc Corp Card)
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355
(American Express Travel Related Svcs Co Inc Corp Card)
(American Express Bank)
*First Class Mail*

Elizabeth Weller, Esq.
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201
(Dallas County)
*First Class Mail*

Christopher A. Ward, Esq.
Polsinelli Shalton Flanigan Suelthaus PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(McLain Partners; B. Frimmel)
*Hand Delivery*

John Weaver, Esq.
Capehart & Scatchard
831 North Tatnall St., Suite 200
Wilmington, DE 19801
Banc of America Leasing
*Hand Delivery*

Peter Weinstock
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
(Bancorp)
*First Class Mail*

Gilbert B. Weisman, Esq.
(American Express Travel Related Svcs Co Inc Corp Card)
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355
(American Express Travel Related Svcs Co Inc Corp Card)
(American Express Bank)
*First Class Mail*

David Weiss
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
(Countrywide Bank)
*First Class Mail*

Duane Werb, Esq.
Werb & Sullivan
300 Delaware Avenue, Suite 1300
P.O. Box 25046
Wilmington, DE 19801
(Elvin and Phyllis Valenzuela (Creditors))
(LaSalle Bank)
*Hand Delivery*

Steven Wilamowsky, Esq
Bingham McCutchen
399 Park Avenue
New York, NY 10022-4689
(DB Structured)
***First Class Mail***

Bruce Wilson, Esq.
Thomas T. Roubidoux, Esq.
Kutak Rock LLP
1650 Farnam St.
Omaha, NE 68102
(Financial Guaranty Insurance Corporation)
***First Class Mail***

Jonathan Winnick, Esq.
Bernstein Shur
100 Middle Street
Portland, ME 04104
***First Class Mail***

Karon Wright, Esq.
Travis County Attorney
P.O. Box 1748
Austin, TX 78767
***First Class Mail***

William G. Wright, Esq.
Capehart & Scatchard, P.A.
8000 Midlantic Drive, Ste 300 S
Mount Laurel, NJ 08054
(Banc of America Leasing & Capital)
***First Class Mail***

Craig Ziady
Cummings Properties, LLC
200 West Cummings Park
Woburn, MA 01801
***First Class Mail***

Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219
Calyon, ZC Real Estate Tax Solutions
***First Class Mail***

Amanda M. Winfree
William P. Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(DB Structured; Lehman Bros.)
***Hand Delivery***

Donald A. Workman, Esq.
Jeffrey M. Sullivan, Esq.
Baker & Hostetler, LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
(Fidelity National)
(Mainstay Funds)
***First Class Mail***

William G. Wright, Esq.
John Weaver, Esq.
Capehart & Scatchard
8000 Midlantic Drive, Suite 300S
Mount Laurel, NJ 08054
(Banc of America Leasing)
***First Class Mail***

Kenneth S. Yudell, Esq.
Joseph Aronauer, Esq.
Aronauer, Goldfarb, Silas & Re, LLP
444 Madison Avenue, 17th Fl
New York, NY 10022
(Park National)
***First Class Mail***

Charles Ziegler, Esq.
1030 Lafayette St.
PO Box 53513
Lafayette, LA 70505
Barbara Adams
***First Class Mail***

## **EXHIBIT B**

SPECIAL SERVICE LIST RE:
103rd OMNIBUS OBJECTION TO CLAIMS

FARLAND, CRAIG M.
3634 PLAYERS CLUB DRIVE
SOUTHPORT, NC 28461
(First Class Mail)

GILES, BERNADETTE
52 FLOYD ROAD
DERRY, NH 03038
(First Class Mail)

HEINLEN, KENT MICHAEL
6699 ELK CREEK ROAD
MIDDLETOWN, OH 45044
(First Class Mail)

REAVELY, EMMETT, ELAINE & LARRY THOMAS
ROBERT F. SALVIN, ESQ.
COMMUNITY IMPACT LEGAL SERVICES, INC.
1003 EAST LINCOLN HIGHWAY
COATESVILLE, PA 19320-3539
(First Class Mail)

SAMINI, KEYVAN
22896 HUNTER CREEK
MISSION VIEJO, CA 92692
(First Class Mail)

TRIAD GUARANTY INSURANCE CORP.
ATTN: EARL WALL, ESQUIRE
SENIOR VP, SEC. GENERAL COUNSEL
101 SOUTH STRATFORD ROAD
WINSTON SALEM, NC 27104
(First Class Mail)