# EXHIBIT A

**Modified Amount Claims**

01:12382323.1

## Exhibit A

### Modified Amount Claim

| Name/Address of Claimant | Objectionable Claim ||||| Modified Amount | Comments |
|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | | |
| GOTO, JAMI L<br>273 S CALLE DA GAMA<br>ANAHEIM HILLS, CA 92807 | 2365 | 11/16/07 | 07-11051 | | - (S)<br>- (A)<br>$5,161.79 (P)<br>- (U)<br>$5,161.79 (T) | - (S)<br>- (A)<br>$246.41 (P)<br>- (U)<br>$246.41 (T) | Claim relates to the payout of unused sick / personal and vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. Per the Debtors' books and records, claimant is owed only $246.41 on account of unused sick/personal time. |
| HUGHEY, CHERYL<br>222 NORTH AVE<br>APTOS, CA 95003 | 268 | 9/4/07 | 07-11051 | | - (S)<br>- (A)<br>$7,471.84 (P)<br>- (U)<br>$7,471.84 (T) | - (S)<br>- (A)<br>$1,561.28 (P)<br>- (U)<br>$1,561.28 (T) | Claim relates to the payout of unused sick / personal and vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. Per the Debtors' books and records, claimant is owed only $1,561.28 on account of unused sick/personal time. |
| **Totals:** | 2 Claims | | | | - (S)<br>- (A)<br>$12,633.63 (P)<br>- (U)<br>$12,633.63 (T) | - (S)<br>- (A)<br>$1,807.69 (P)<br>- (U)<br>$1,807.69 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed