# EXHIBIT B

**No Liability Claim**

# Exhibit B

## No Liability Claims

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| CRUZ, TRINIDAD<br>C/O MICHAEL C. BERGKVIST<br>BERGKVIST, BERGKVIST AND CARTER<br>400 OCEANGATE, SUITE 800<br>LONG BEACH, CA 90802 | 6536 | 12/28/07 | 07-11051 | $610,000.00<br>-<br>-<br>-<br>$610,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim alleges fraud in connection with origination of loan; however, the Debtors did not originate the loan for the claimant. The settlement statement attached to the Proof of Claim indicates the Lender was Bear Stearns Residential Mortgage Corp., which is not affiliated with the Debtors. |
| Totals: | 1 Claim | | | $610,000.00<br>-<br>-<br>-<br>$610,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.