# EXHIBIT C

**Reclassified Claims**

01:12382323.1

# Exhibit C

## Reclassified Claims

| Name/Address of Claimant | Objectionable Claim | | | | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | |
| LOPEZ, SAUL & TORRES, CARLOS<br>C/O MICHAEL C. BERGKVIST<br>BERGKVIST, BERGKVIST AND CARTER<br>400 OCEANGATE, SUITE 800<br>LONG BEACH, CA 90802 | 6537 | 12/28/07 | 07-11051 | $715,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$715,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$715,000.00 (U)<br>$715,000.00 (T) | Assuming liability exists, Claim is not entitled to a secured status as the claimant does not have security interest in any property of the Debtors or Plan Trust. To the extent that Claimant erroneously asserts in a secured interest in their particularly property or mortgage, the Debtors' records indicate that the claimant's loan was sold to the AHMA 2006-4 Trust on or about August 30, 2006. |
| SOLIS, ANTONIO<br>C/O MICHAEL C. BERGKVIST<br>BERGKVIST, BERGKVIST AND CARTER<br>400 OCEANGATE, WUITE 800<br>LONG BEACH, CA 90802 | 6535 | 12/28/07 | 07-11051 | $750,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$750,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$750,000.00 (U)<br>$750,000.00 (T) | Assuming liability exists, Claim is not entitled to a secured status as the claimant does not have security interest in any property of the Debtors or Plan Trust. To the extent that Claimant erroneously asserts in a secured interest in their particularly property or mortgage, the Debtors' records indicate that the claimant's loan was sold to the AHMA 2006-4 Trust on or about August 30, 2006. |
| Totals: | 2 Claims | | | $1,465,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$1,465,000.00 (T) | - (S)<br>- (A)<br>- (P)<br>$1,465,000.00 (U)<br>$1,465,000.00 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.