# EXHIBIT A

**Late Filed Claim**

01:12379946.1

# Exhibit A

## Late Filed Claim

### Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Bar Date |
|---|---|---|---|---|---|
| DUNAGAN, BRIAN<br>2502 RIVERSIDE PARKWAY, # 1422<br>GRAND PRAIRIE, TX 75050 | 10754 | 12/23/09 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$264,050.00 (U)<br>$275,000.00 (T) | 12/23/2009 |
| **Totals:** | **1 Claim** | | | **- (S)**<br>**- (A)**<br>**$10,950.00 (P)**<br>**$264,050.00 (U)**<br>**$275,000.00 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.