# EXHIBIT B

**Satisfied Claims**

01:12379946.1

## Exhibit B
### Satisfied Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| AUCOURT, ANITA<br>3812 111TH ST SE<br>EVERETT, WA 98208 | 81 | 8/27/07 | 07-11051 | - <br>- <br>$957.60 <br>- <br>$957.60 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| AVENA, JOANNE<br>2238 CAMERON AVE<br>MERRICK, NY 11566 | 357 | 9/6/07 | 07-11051 | - <br>- <br>$2,227.89 <br>- <br>$2,227.89 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| BARRERAS, DESIREE M<br>10912 ARBOR RIDGE DR<br>TAMPA, FL 33624 | 2794 | 11/19/07 | 07-11051 | - <br>- <br>$1,523.09 <br>- <br>$1,523.09 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| BAUTISTA, REBECCA (BECKY)<br>3555 37TH ST.<br>APT. A<br>SAN DIEGO, CA 92105 | 5802 | 12/18/07 | 07-11051 | - <br>- <br>$715.37 <br>- <br>$715.37 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| BETBEZE, DEBORAH B<br>121 WINDOVER RD<br>BUSH, LA 70431-4202 | 5222 | 12/11/07 | 07-11051 | - <br>- <br>$1,384.62 <br>- <br>$1,384.62 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| BUEHRLE, JUDITH M<br>406 S CHURCH ST<br>NUMBER 122<br>ST PETERS, MO 63376 | 5247 | 12/11/07 | 07-11051 | - <br>- <br>$901.44 <br>- <br>$901.44 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| BURKE ROBERTSON, CANDACE<br>PO BOX 160924<br>ALTAMONTE SPG, FL 32716 | 4749 | 12/6/07 | 07-11051 | - <br>- <br>$1,615.39 <br>- <br>$1,615.39 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CANALES, SHANNON D<br>3570 ARGYLE AVE.<br>CLOVIS, CA 93612 | 3977 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>$907.31 (P)<br>- (U)<br>$907.31 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| CLOREY, ROXANNE S<br>6214 8TH STREET NW<br>WASHINGTON, DC 20011 | 8549 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$3,461.54 (P)<br>- (U)<br>$3,461.54 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| CONROY, ELAINE D.<br>PO BOX 25596<br>HONOLULU, HI 96825 | 143 | 8/29/07 | 07-11051 | - (S)<br>- (A)<br>$2,779.81 (P)<br>- (U)<br>$2,779.81 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| CUEVAS, SERGIO C.<br>109 CENTENNIAL AVE<br>CRANFORD, NJ 07016 | 220 | 8/31/07 | 07-11051 | - (S)<br>- (A)<br>$908.40 (P)<br>- (U)<br>$908.40 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| GAYTAN, LETICIA<br>8656 EVERGREEN AVENUE<br>SOUTH GATE, CA 90280 | 8409 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$2,185.09 (P)<br>- (U)<br>$2,185.09 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| HACKFORD, JULIE<br>154 EAGLE GLEN DR<br>WOODSTOCK, GA 30189 | 6020 | 12/14/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,153.85 (U)<br>$1,153.85 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| HENDERSON, JEANNA M<br>13073 TROY CT<br>VICTORVILLE, CA 92395 | 6783 | 1/2/08 | 07-11051 | - (S)<br>- (A)<br>$1,440.00 (P)<br>- (U)<br>$1,440.00 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| IRVINE, JACQLYN<br>16652 ALMADEN DR<br>FONTANA, CA 92336 | 807 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>$4,846.14 (P)<br>- (U)<br>$4,846.14 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| KOERTGE, CAROL A.<br>PO BOX 100<br>CORAM, NY 11727 | 535 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$1,559.87 (P)<br>- (U)<br>$1,559.87 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MARAVILLA, ERICKA A<br>16801 MOUNT OLSEN CR<br>FOUNTAIN VALLEY, CA 92708 | 3677 | 11/28/07 | 07-11051 | - (S)<br>- (A)<br>$952.00 (P)<br>- (U)<br>$952.00 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| MCCAULEY, PAULA L<br>12915 LAFAYETTE ST UNIT G<br>THORNTON, CO 80241 | 7663 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$2,278.85 (P)<br>- (U)<br>$2,278.85 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| MCGILLVRAY, KIMBERLY R<br>12450 NE 9TH ST<br>KIRKLAND, WA 980335237 | 6274 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>$1,121.54 (P)<br>- (U)<br>$1,121.54 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| METCALF, ANNETTE<br>12003 W 84TH PL<br>ARVADA, CO 80005 | 552 | 9/11/07 | 07-11051 | - (S)<br>- (A)<br>$761.64 (P)<br>- (U)<br>$761.64 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| MONARES, JOLEEN<br>2099 WINSBURG WAY<br>KENNESAW, GA 30144 | 9042 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$285.63 (P)<br>- (U)<br>$285.63 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| MUNITZ, NICOLE<br>2883 VALMONT LN<br>DELTONA, FL 32738 | 7633 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$1,315.39 (P)<br>- (U)<br>$1,315.39 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| NELSON, TRACY<br>2333 TULIP ST<br>SARASOTA, FL 342396248 | 2530 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$808.48 (P)<br>- (U)<br>$808.48 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| NULL, JANICE K<br>4691 E TWAIN AVE<br>LAS VEGAS, NV 89121 | 1980 | 11/12/07 | 07-11051 | - (S)<br>- (A)<br>$516.92 (P)<br>- (U)<br>$516.92 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| RUDZINSKI, CHRISTINE<br>4121 AVALON DR<br>WEYMOUTH, MA 02188 | 6515 | 12/28/07 | 07-11051 | - (S)<br>- (A)<br>$1,712.55 (P)<br>- (U)<br>$1,712.55 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| SISKEY, DAWN M<br>19406 S WHITEWATER AVE<br>WESTON, FL 33332 | 7487 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$3,600.00 (P)<br>- (U)<br>$3,600.00 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| SLUSSER, KIMBERLY L<br>43 LA RUE AVE<br>RENO, NV 895092820 | 2798 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$1,330.93 (P)<br>- (U)<br>$1,330.93 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| SMITH, AMY R<br>18 SIMPSON RD<br>BULGER, PA 15019 | 7480 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$1,716.35 (P)<br>- (U)<br>$1,716.35 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| SMITH, CAROLYN<br>101 GROVE ST<br>PLAINVILLE, MA 02762 | 2786 | 11/19/07 | 07-11053 | - (S)<br>- (A)<br>$6,230.77 (P)<br>- (U)<br>$6,230.77 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| SPARKS, LAURA M.<br>16958 W COCOPAH ST<br>GOODYEAR, AZ 85338 | 1907 | 11/6/07 | 07-11051 | - (S)<br>- (A)<br>$2,769.23 (P)<br>- (U)<br>$2,769.23 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| SWANNER, MARGARET<br>4245 NIPOMO AVE<br>LAKEWOOD, CA 90713 | 111 | 8/28/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$2,030.00 (U)<br>$12,980.00 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| VALERIUS, LARRY D.<br>1709 OAKWOOD AVE<br>DEKALB, IL 60115 | 494 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$1,200.00 (P)<br>- (U)<br>$1,200.00 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |
| VELSOR, MIRTHA<br>7120 162ND ST #2<br>FLUSHING, NY 113654237 | 356 | 9/6/07 | 07-11051 | - (S)<br>- (A)<br>$1,179.49 (P)<br>- (U)<br>$1,179.49 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |

## Objectionable Claim

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| VELSOR, MIRTHA<br>7120 162ND ST # 2<br>FLUSHING, NY 113654237 | 6029 | 12/14/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,538.46 (U)<br>$1,538.46 (T) | Claim relates to payout of unused vacation time. Claimant received payment of unused vacation time in their paycheck dated 9/10/07. |

**Totals:** 34 Claims

- (S)
- (A)
$66,143.33 (P)
$4,722.31 (U)
$70,865.64 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.