UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | Case No. 07-11047 (CSS) Jointly Administered Docket Ref. Nos. 9608, 10542 & 10570 |
| Debtors. | |

**ORDER SUSTAINING OBJECTION OF THE PLAN TRUSTEE TO PAUL M. DECK'S REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM SEEKING ADMINISTRATIVE CLAIM OF THIRTY-FOUR HUNDRED DOLLARS ($3,400) USC**

Upon consideration of the *Objection of the Plan Trustee to Paul M. Deck's Request for Payment of Administrative Claim Seeking Administrative Claim of Thirty-Four Hundred Dollars ($3,400) USC* [D.I. 10542] (the "Objection")[2] and related pleadings; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court finding good and sufficient cause to sustain the Objection, and good and adequate notice of the Objection having been given pursuant to Rules 2002 and 3007 of the Federal Rules of Bankruptcy Procedure and Local Rule 2002-1(b); and the Court having determined that, for the reasons stated in the Objection, it is hereby:

ORDERED that the Objection is SUSTAINED; and it is further

ORDERED that the Application [D.I. 9608] is DENIED; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Objection.

2

ORDERED that the Deck Claim is hereby disallowed, with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this order.

Dated: ___9/18___, 2012
Wilmington, Delaware

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge