# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---:|---|
| **Debtor:** | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| **Case Number:** | 07-11047-CSS  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 18, 2012 02:00 PM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | LESLIE MURIN |

## *Matters:*

**1)** Omnibus
  **R / M #:**   0 / 0

**2)** Claims Objection (with evidence)
  **R / M #:**   0 / 0

## *Appearances:*

See sign-in sheet

## *Proceedings:*

Hearing Matters

　Agenda Items:

　　26. Judge signed order
　　27. Judge signed order