September 18, 2012

Hon. Christopher S. Sontchi
United State Bankruptcy Court
824 Market Street N
Wilmington, DE 19801

RE: 07-11051 American Home Mortgage Corporation
    Claim #1907 Laura M. Sparks

Dear Judge Sontchi,

I am outraged to find that the above referenced claim that I filed against American Home Mortgage Corporation on November 6, 2007 and modified by the Court to match the books of American Home Mortgage Corporation (Docket 6765) is now subject to being dismissed as the Trustee is now saying this was paid on September 10, 2007 (Docket 10543).

How can American Home Mortgage Corporation state the books reflect I am owed $2,769.23 in vacation time then almost 4 years later say I was paid?

I am requesting a copy of the September 10, 2007 payroll records from the Trustee for the vacation pay that I have been told I was paid.

Please change my address to:
Laura M. Sparks
15162 W. Monroe Street
Goodyear, AZ 85338

Respectfully submitted,

*Laura M Sparks*
Laura M. Sparks.