**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

**REQUEST FOR REMOVAL FROM MASTER AND ECF SERVICE LISTS**

**PLEASE TAKE NOTICE** that William E. Chipman, Jr. of Cousins Chipman & Brown, LLP hereby requests to be removed from the master and ECF service lists for the above captioned case. Please remove as follows:

> William E. Chipman, Jr.
> **COUSINS CHIPMAN & BROWN, LLP**
> 1007 North Orange Street, Suite 1110
> Wilmington, Delaware 19801
> Telephone: (302) 295-0191
> Facsimile: (302) 295-0199
> Email: chipman@ccbllp.com
> 　　　　　bankrupcyservice@ccbllp.com

Dated: September 20, 2012
　　　　Wilmington, Delaware

**COUSINS CHIPMAN & BROWN, LLP**

　　*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199
Email: chipman@ccbllp.com

*Counsel for Countrywide Bank, Inc., Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Warehouse Lending and Countrywide Securities Corporation*