# SIGN-IN SHEET

**CASE NAME: American Home Mortgage**
**CASE NO: 07-11047/Adv. 10-50913 (CSS)**

**COURTROOM LOCATION: 6**
**DATE: 9/24/12 AT 10:00 AM**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Scott Martinez *telephonic<br>Steve Sass<br>Lynn Smalley | Zolso Cooper<br>Steve Sass<br>Lynn Smalley | Scott Martinez<br>Steve Sass<br>Lynn Smalley |
| Mike Neiburg | Young Conaway | Plan Trustee |
| Ed Schnitzer | Hahn & Hessen | Plan Trustee |
| Carlo Colagiacomo | AHM Plan Trust | Plan Trustee |
| Mike Joyce | [illegible] Cross & Simon | Piero Orsi, et al. |
| Mark Belongia | Belongia Shapiro | Piero Orsi, et al. |
| Rich Hellerman | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**