

**CHRISTOPHER CHRISTIE**
GOVERNOR

**KIM GUADAGNO**
LT. GOVERNOR

STATE OF NEW JERSEY
DEPARTMENT OF THE TREASURY
DIVISION OF TAXATION
PO BOX 245
TRENTON, N.J. 08695-0245

Fax (609) 292-9614

**ANDREW P. SIDAMON-ERISTOFF**
STATE TREASURER

September 20, 2012

United States Bankruptcy Court
District of Delaware
Clerk's Office
824 Market Street, 3rd Floor
Wilmington, DE 19801

    RE:    American Home Mortgage Holdings, Inc.
             Chapter 11 Proceedings
             Case No.: 07-11047CSS (Lead Case)

## NOTICE OF WITHDRAWAL OF PROOF(S) OF CLAIM

To Whom It May Concern:

The State of New Jersey Division of Taxation hereby withdrawals the following proof of claim:

**Claim Document #7060 ............................Amt: $5,000.00**

The above claim is to be henceforth treated as withdrawn, or having never been filed. Should you have any questions, please direct them as indicated below.

Date: 09-20-12        Signed: _____
                                                Authorized Agent
                                         For the New Jersey Division of Taxation
                                                Valerie Walchy

IN REPLY REFER TO:
       Richard Flatch, Investigator
       New Jersey Division of Taxation
       Bankruptcy Section
       PO Box 245
       Trenton, NJ 08695-0245
       (609) 943-4390