

| | | |
|---|---|---|
| **CHRISTOPHER CHRISTIE**<br>GOVERNOR<br><br>**KIM GUADAGNO**<br>LT. GOVERNOR | **STATE OF NEW JERSEY**<br>DEPARTMENT OF THE TREASURY<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON, N.J. 08695-0245<br><br>Fax (609) 292-9614 | **ANDREW P. SIDAMON-ERISTOFF**<br>STATE TREASURER |

September 20, 2012

United States Bankruptcy Court
District of Delaware
Clerk's Office
824 Market Street, 3rd Floor
Wilmington, DE 19801

      RE:    American Home Mortgage Holdings, Inc.
                Chapter 11 Proceedings
                Case No.: 07-11047CSS (Lead Case)

## NOTICE OF WITHDRAWAL OF PROOF(S) OF CLAIM

To Whom It May Concern:

The State of New Jersey Division of Taxation hereby withdrawals the following proof of claim:

      **Claim Document #7061 ............................Amt: $146.57**

The above claim is to be henceforth treated as withdrawn, or having never been filed. Should you have any questions, please direct them as indicated below.

Date: 09-20-12         Signed: _____
                                                     Authorized Agent
                                         For the New Jersey Division of Taxation
                                                  Valerie Walchy

IN REPLY REFER TO:
      Richard Flatch, Investigator
      New Jersey Division of Taxation
      Bankruptcy Section
      PO Box 245
      Trenton, NJ 08695-0245
      (609) 943-4390