IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                              :
                                                                             :   Jointly Administered
                                Debtors.                                     :
---------------------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING
## SCHEDULING OF OMNIBUS HEARING DATES

The undersigned hereby certifies that he has obtained from the Court the omnibus hearing dates set forth on the proposed order attached hereto.

Dated: October 1, 2012           YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
       Wilmington, Delaware

                                 */s/ Michael S. Neiburg*
                                 Sean M. Beach (No. 4070)
                                 Margaret Whiteman Greecher (No. 4652)
                                 Michael S. Neiburg (No. 5275)
                                 Rodney Square
                                 1000 North King Street
                                 Wilmington, Delaware  19801
                                 Telephone: (302) 571-6600
                                 Facsimile: (302) 571-1253

                                 -and-

                                 HAHN & HESSEN LLP
                                 Mark S. Indelicato
                                 Edward L. Schnitzer
                                 488 Madison Avenue
                                 New York, New York 10022
                                 Telephone: (212) 478-7200
                                 Facsimile: (212) 478-7400

                                 *Co-Counsel to the Plan Trustee*

01: 7856483.9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                              :
                                                                             :   Jointly Administered
                              Debtors.                                       :
---------------------------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

November 13, 2012 at 3:00 p.m. (ET)

December 11, 2012 at 2:00 p.m. (ET)

January 7, 2013 at 10:00 a.m. (ET)

Dated: October ____, 2012
       Wilmington, Delaware

                                            _____
                                            CHRISTOPHER S. SONTCHI
                                            UNITED STATES BANKRUPTCY JUDGE

01: 7856483.9