IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------x
In re:                                                    :    Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                    :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                           :
                                                          :    Jointly Administered
        Debtors.                                          :
------------------------------------------------------------------------x    Ref. Docket No. 10583-10584

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 19, 2012, I caused to be served the following:

   a) "Order Sustaining Plan Trust's One Hundred Second Omnibus (Substantive) Objection to Claims Pursuant to Section S02(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 14, 2012 [Docket No. 10583], (the "102nd Omni Order"), and

   b) "Order Sustaining Plan Trust's One Hundred First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 14, 2012 [Docket No. 10584], (the "101st Omni Order"),

   by causing true and correct copies of the:

   i. 102nd Omni Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   ii. 101st Omni Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Kerry O'Neil

Sworn to before me this
____ day of September, 2012

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\AHM\Affidavits\101st-102nd Omni Orders_DI 10583-10584_AFF_9-19-12.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CRUZ, TRINIDAD | C/O MICHAEL C. BERGKVIST BERGKVIST, BERGKVIST AND CARTER 400 OCEANGATE, SUITE 800 LONG BEACH CA 90802 |
| GOTO, JAMI L | 273 S CALLE DA GAMA ANAHEIM HILLS CA 92807 |
| HUGHEY, CHERYL | 222 NORTH AVE APTOS CA 95003 |
| LOPEZ, SAUL & TORRES, CARLOS | C/O MICHAEL C. BERGKVIST BERGKVIST, BERGKVIST AND CARTER 400 OCEANGATE, SUITE 800 LONG BEACH CA 90802 |
| SOLIS, ANTONIO | C/O MICHAEL C. BERGKVIST BERGKVIST, BERGKVIST AND CARTER 400 OCEANGATE, WUITE 800 LONG BEACH CA 90802 |

**Total Creditor count  5**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AUCOURT, ANITA | 3812 111TH ST SE EVERETT WA 98208 |
| AVENA, JOANNE | 2238 CAMERON AVE MERRICK NY 11566 |
| BARRERAS, DESIREE M | 10912 ARBOR RIDGE DR TAMPA FL 33624 |
| BAUTISTA, REBECCA (BECKY) | 3555 37TH ST. APT. A SAN DIEGO CA 92105 |
| BETBEZE, DEBORAH B | 121 WINDOVER RD BUSH LA 70431-4202 |
| BUEHRLE, JUDITH M | 406 S CHURCH ST NUMBER 122 ST PETERS MO 63376 |
| BURKE ROBERTSON, CANDACE | PO BOX 160924 ALTAMONTE SPG FL 32716 |
| CANALES, SHANNON D | 3570 ARGYLE AVE. CLOVIS CA 93612 |
| CLOREY, ROXANNE S | 6214 8TH STREET NW WASHINGTON DC 20011 |
| CONROY, ELAINE D. | PO BOX 25596 HONOLULU HI 96825 |
| CUEVAS, SERGIO C. | 109 CENTENNIAL AVE CRANFORD NJ 07016 |
| DUNAGAN, BRIAN | 2502 RIVERSIDE PARKWAY, # 1422 GRAND PRAIRIE TX 75050 |
| DUNAGAN, BRIAN | MARK MCADOO 1307-B W ABRAM, SUITE 100 ARLINGTON TX 76013 |
| GAYTAN, LETICIA | 8656 EVERGREEN AVENUE SOUTH GATE CA 90280 |
| HACKFORD, JULIE | 154 EAGLE GLEN DR WOODSTOCK GA 30189 |
| HENDERSON, JEANNA M | 13073 TROY CT VICTORVILLE CA 92395 |
| IRVINE, JACQLYN | 16652 ALMADEN DR FONTANA CA 92336 |
| KOERTGE, CAROL A. | PO BOX 100 CORAM NY 11727 |
| MARAVILLA, ERICKA A | 16801 MOUNT OLSEN CR FOUNTAIN VALLEY CA 92708 |
| MCCAULEY, PAULA L | 12915 LAFAYETTE ST UNIT G THORNTON CO 80241 |
| MCGILLVRAY, KIMBERLY R | 12450 NE 9TH ST KIRKLAND WA 980335237 |
| METCALF, ANNETTE | 12003 W 84TH PL ARVADA CO 80005 |
| MONARES, JOLEEN | 2099 WINSBURG WAY KENNESAW GA 30144 |
| MUNITZ, NICOLE | 2883 VALMONT LN DELTONA FL 32738 |
| NELSON, TRACY | 2333 TULIP ST SARASOTA FL 342396248 |
| NULL, JANICE K | 4691 E TWAIN AVE LAS VEGAS NV 89121 |
| RUDZINSKI, CHRISTINE | 4121 AVALON DR WEYMOUTH MA 02188 |
| SISKEY, DAWN M | 19406 S WHITEWATER AVE WESTON FL 33332 |
| SLUSSER, KIMBERLY L | 43 LA RUE AVE RENO NV 895092820 |
| SMITH, AMY R | 18 SIMPSON RD BULGER PA 15019 |
| SMITH, CAROLYN | 101 GROVE ST PLAINVILLE MA 02762 |
| SPARKS, LAURA M. | 15162 W MONROE STREET GOODYEAR AZ 85338 |
| SWANNER, MARGARET | 4245 NIPOMO AVE LAKEWOOD CA 90713 |
| VALERIUS, LARRY D. | 1709 OAKWOOD AVE DEKALB IL 60115 |
| VELSOR, MIRTHA | 7120 162ND ST #2 FLUSHING NY 113654237 |

**Total Creditor count  35**