IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :  Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                  :
                                                                    :  Jointly Administered
   Debtors.                                                         :
                                                                    :  **Ref. Docket Nos.: 9630 & 10541**
------------------------------------------------------------------- x

### CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER REGARDING PROOF OF CLAIM NO. 10605 AND REQUEST FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM FILED BY THE LEWISVILLE INDEPENDENT SCHOOL DISTRICT

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1. On December 24, 2008, the Lewisville Independent School District (the "Lewisville ISD") filed proof of claim number 10605 ("Claim 10605") asserting a secured tax claim against debtor American Home Mortgage Corp. ("AHM Corp.") in the total amount of $1,103.99 for 2007 and 2008 *ad valorem* taxes on the Debtors' business personal property located within the Lewisville ISD's taxing jurisdiction.

2. On January 5, 2011, the Lewisville ISD filed its *Request for Payment of Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(B)(i)* [D.I. 9630] (the "Admin

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:12581633.1

Request") asserting an administrative expense tax claim in the total amount of $2,428.35 for 2008, 2009 and 2010 *ad valorem* taxes on the Debtors' business personal property located within the Lewisville ISD's taxing jurisdiction.

    3.  On August 17, 2012, the Plan Trustee filed the *Plan Trust's Objection to Lewisville Independent School District's Request for Payment of Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(B)(i)*[D.I. 10541] (the "Objection") seeking entry of an order modifying by reducing and fixing the Admin Request from $2,428.35 to $947.02 to reflect the Debtors' actual tax liabilities to the Lewisville ISD on account of the 2008 tax year.

    4.  After the Objection was filed, the parties entered into discussions concerning the Admin Request and Claim 10605 and have agreed to the following: (i) the Admin Request shall be reduced and allowed in the modified amount of $1,086.28, inclusive of interest; and (ii) Claim 10605 shall be reduced and allowed in the modified amount of $837.94, inclusive of interest, both of which are against AHM Corp. A proposed form of consensual order (the "Proposed Order") reflecting the parties' agreement is attached hereto as Exhibit 1.

*[Remainder of page intentionally left blank]*

2

01:12581633.1

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

| | |
|---|---|
| Dated: October 5, 2012<br>Wilmington, Delaware | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP<br><br>*/s/ Michael S. Neiburg*<br>Sean M. Beach (No. 4070)<br>Michael S. Neiburg (No. 5275)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>HAHN & HESSEN LLP<br>Mark S. Indelicato<br>Edward L. Schnitzer<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 478-7200<br>Facsimile: (212) 478-7400<br><br>*Co-Counsel to the Plan Trustee* |