IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                            : Chapter 11
                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,            : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                :
                                                  : Jointly Administered
       Debtors.                                   :
                                                  : **Ref. Docket Nos.: 9630, 10541**
---------------------------------------------------------------------- x  **& 10604**

## CONSENSUAL ORDER REGARDING PROOF OF CLAIM NO. 10605 AND REQUEST FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM FILED BY THE LEWISVILLE INDEPENDENT SCHOOL DISTRICT

Upon consideration of proof of claim number 10605 ("Claim 10605") and the *Request for Payment of Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(B)(i)* [D.I. 9630] (the "Admin Request") filed by the Lewisville Independent School District (the "Lewisville ISD"), and the objection to the Admin Request [D.I. 10541] filed by Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors; and the Plan Trustee and the Lewisville ISD having agreed to the treatment of the Admin Request and Claim 10605 as set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:12581633.1

ORDERED that the Admin Request shall be reduced and allowed as an administrative expense claim against debtor American Home Mortgage Corp. (Case No. 07-11051) ("AHM Corp.") in the total amount of $1,086.28, inclusive of interest; and it is further

ORDERED that Claim 10605 shall be reduced and allowed as a secured claim against AHM Corp. in the total amount of $837.94, inclusive of interest; and it is further

ORDERED that, within fourteen (14) days of the entry of this Order, the Plan Trustee shall make a payment to the Lewisville ISD in the total amount of $1,924.22, which payment shall be deemed to be in full satisfaction of the Admin Request and Claim 10605; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
\_\_\_\_10/5\_\_\_\_, 2012

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

01:12581633.1