IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------x
In re                                                              Chapter- 11
American Home Mortgage Holdings, Inc. et al.                       Case No. 07-11047 (CSS)

                                              Debtors.
-------------------------------------------------------------------x

## REQUEST FOR REMOVAL FROM ECF NOTIFICATION

## EMAIL LIST

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT; THE DEBTORS AND THEIR COUNSEL OF RECORD; THE OFFICE OF THE UNITED STATES TRUSTEE; AND PARTIES IN INTEREST:

    PLEASE TAKE NOTICE that Lawrence J. Hilton of O'Neil LLP hereby requests that his name and email address (lhilton@oneil-llp.com) be removed from the CM/ECF email service list in this case.

DATED: October 5, 2012                        O'NEIL LLP

                                                       _[signature]_

                                                LAWRENCE J. HILTON
                                                O'NEIL LLP
                                                19900 MacArthur Blvd., Suite 1050
                                                Irvine, CA  92612
                                                Telephone: (949) 798-0500
                                                Facsimile: (949) 798-0511

                                                **ATTORNEY FOR INCO-CHECK, INC.**

10/5/12  13110.2
#121070 v1