# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | : | Case No. 07-11047 (CSS) |
| | : | |
| | : | (Jointly Administered) |
| | : | |
| | : | **Related Docket No. 10580** |
| Debtors. | : | |
| _____ | : | Hearing Date: 10/16/12 at 10:00 a.m. |

## RESPONSE OF BANC OF AMERICA LEASING & CAPITAL, LLC TO OBJECTION OF PLAN TRUSTEE TO REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM AND RELATED CLAIM 10843

Banc of America Leasing & Capital, LLC ("BALC"), by and through its undersigned counsel, hereby responds[1] to *Objection Of Plan Trustee to Request for Allowance and Payment of Administrative Expense Claim and Related Claim 10843* [Docket No. 10580] (the "Objection"), and respectfully submits as follows:

### BACKGROUND

1. On September 14, 2012, Steven D. Sass, as liquidating trustee (the "Plan Trustee") filed the Objection.

2. In the Objection, the Plan Trustee sought the entry of an order (i) expunging Claim 10843 as duplicative of the Application[2] and (ii) reclassifying the alleged administrative priority portion of the Application as a general unsecured claim.

3. BALC does not oppose that part of the Objection seeking the expungement of Claim 10843 as duplicative of the Application so long as the Trustee agrees not to assert any claims

---

[1] BALC acknowledges that October 9 at 4 p.m. was the deadline for responses to the Objection. Counsel for BALC inadvertently failed to note the filing of the Objection and only learned of that oversight this afternoon.

[2] Except as otherwise noted, capitalized terms in the Response have the same meaning as in the Objection.

going to the form or timing of filing of the Application which would have been satisfied by the Claim.

4.    BALC does oppose that part of the Objection seeking the reclassification the administrative priority portion of the Application as a general unsecured claim.

5.    BALC asserts that the Plan Trustee's motion depends on truth of the factual assertions set forth in numbered paragraphs 34-35 of the Objection. The stated basis for those assertions is the "Debtor's records". But those records are not attached nor is there a declaration, affidavit or certification from anyone regarding those records.

### RELIEF REQUESTED

6.    BALC requests that the hearing on the Objection as to that part seeking the reclassification the administrative priority portion of the Application as a general unsecured claim be continued to allow it and its counsel an opportunity to review the Debtor's records referred to in numbered paragraphs 34-35 of the Objection.

7.    BALC reserves the right to amend, supplement and/or withdraw this Response.

WHEREFORE, Banc of America Leasing & Capital, LLC requests that the hearing on the Objection as to that part seeking the reclassification the administrative priority portion of the Application as a general unsecured claim be continued to a date to be determined.

Dated: Wilmington, Delaware
       October 11, 2012          */s/ John R. Weaver Jr.*
                                 _____
                                 John R. Weaver, Jr. (No. 911)
                                 CAPEHART & SCATCHARD, P.A.
                                 831 North Tatnall Street, Suite 200
                                 Wilmington, Delaware 19801
                                 (302) 428-1077

                                 William G. Wright, Esquire
                                 CAPEHART & SCATCHARD, P.A.
                                 8000 Midlantic Drive, Suite 300S
                                 Mount Laurel, NJ  08054
                                 (856) 234-6800
                                 Attorneys for Banc of America Leasing & Capital, LLC