# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : : : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| | : | |
| | : | **Related Docket No. 10609** |
| Debtors. | : | |
| _____ | : | Hearing Date: 11/13/12 at 3:00 p.m. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of October, 2012, she caused a true copy of the Response of Banc of America Leasing & Capital, LLC to the Objection of the Plan Trustee to Request for Allowance and Payment of Administrative Expense Claim and Related Claim 10843 (Docket Index No. 10609) to be mailed to the persons or parties identified below by first class mail:

    Young Conaway Stargatt & Taylor LLP
    Attn:  Margaret Whiteman Greecher, Esquire
           Sean M. Beach, Esquire
           Michael S. Neiburg, Esquire
    Rodney Square
    1000 North King Street
    Wilmington, DE  19801

    Hahn & Hessen LLP
    Attn:  Mark S. Indelicato, Esquire
           Edward l. Schnitzer, Esquire
    488 Madison Avenue
    New York, NY  10022

    Counsel for the Plan Trustee

                                                        */s/ Joanne Lafferty*
Dated:  October 15, 2012                    _____
                                                        JOANNE LAFFERTY