IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*,[1] | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 4828, 6460, 9636, 9637, 9640, 10273, 10274, 10326 & 10467 |

### CERTIFICATION OF COUNSEL REQUESTING ENTRY OF ORDER GRANTING PARTIES' STIPULATED SCHEDULING ORDER

The undersigned counsel to Homeward Residential, Inc. (f/k/a American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.)) ("HRI") in the above-captioned chapter 11 cases, hereby certifies that:

1.  HRI, Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in the chapter 11 cases of the above-captioned debtors, and Iron Mountain Information Management, LLC (f/k/a Iron Mountain Information Management, Inc.) (collectively with its affiliated entities, "Iron Mountain" and, together with the Plan Trustee and HRI, the "Parties") have stipulated and agreed to a discovery schedule in connection with (i) the cure claim filed by Iron Mountain on June 25, 2008 [D.I. 4828] (the "IM Cure Claim"); (ii) the administrative expense requests filed by Iron Mountain on October 24, 2008 [D.I. 6460], and January 5, 2011 [D.I. 9639 & 9637] (collectively, the "IM Admin Claims"), (iii) the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 224 Sherwood Road, Farmingdale, NY 11735.

administrative expense request filed by HRI on January 5, 2011 [D.I. 9640] (the "HRI Admin Claim"), and (iv) the Plan Trustee's motion to abandon certain documents held by Iron Mountain, to the extent the Plan Trust has any interest therein [D.I. 11047] (the "Abandonment Motion" and, together with the IM Cure Claim, the IM Admin Claims, and the HRI Admin Claim, the "Contested Matters"), each of which is a contested matter under Fed. R. Bankr. P. 9014.

2. A copy of the fully executed Stipulated Scheduling Order is attached hereto as **Exhibit A**.

3. A proposed form of order approving the Stipulated Scheduling Order is attached hereto as **Exhibit B**. The Parties respectfully request the Court's entry of the proposed form of order at the Court's earliest convenience. Counsel is available should the Court have any questions or concerns regarding the foregoing.

Dated: October 15, 2012

GREENBERG TRAURIG, LLP

*(signature)*

Victoria W. Counihan (No. 3488)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000

-and-

JONES DAY
Dan B. Prieto (TX 24048744)
Basheer Ghorayeb (TX 24027392)
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: (214) 220-3939

*Counsel for Homeward Residential, Inc.*