**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                  :
                                                                    :   Jointly Administered
         Debtors.                                                   :
                                                                    :   **Ref. Docket Nos.: 9618 & 10540**
                                                                    :
------------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL SUBMITTING CONSENSUAL ORDER
REGARDING PROOF OF CLAIM NO. 10856 AND REQUEST FOR ALLOWANCE OF
ADMINISTRATIVE EXPENSE CLAIM FILED BY THE COUNTY OF BERNALILLO**

The undersigned counsel for Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust (the "Plan Trust") established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors (the "Debtors") hereby certifies as follows:

1.    On or about January 3, 2011, the County of Bernalillo (the "County") filed its *Request for Allowance of Administrative Expense Claim* [D.I. 9618] (the "Admin Request") asserting an administrative expense claim against debtor American Home Mortgage Holdings, Inc. (Case No. 07-11047) ("AHM Holdings") for taxes on the Debtors' personal property located within the County's taxing jurisdiction. As set forth in the Admin Request, the County asserted that AHM Holdings is liable for a total amount of $674.90 in unpaid personal property taxes, of which $259.49 is for tax year 2007 and $415.41 is for tax year 2008.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:12581633.1

2. On or about January 5, 2011, the County filed proof of claim number 10856 ("Claim 10856") asserting an administrative tax claim against AHM Holdings in the total amount of $674.90 on account of unpaid personal property taxes for tax years 2007 and 2008. The Admin Request and Claim 10856 are essentially identical documents and it appears that the County filed both documents out of an abundance of caution.

3. On May 20, 2011, the Plan Trustee filed the *Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [D.I. 10015] (the "Omnibus Objection") seeking entry of an order to, *inter alia*: (i) modify and reduce the amount of Claim 10856 from $674.90 to $259.49; (ii) reclassify $249.49 of the reduced claim amount for Claim 10856 to a priority tax claim and $10.00 to a general unsecured claim; and (iii) reassign Claim 10856 from AHM Holdings to debtor American Home Mortgage Corp. (Case No. 07-11051) ("AHM Corp."), to match the liability reflected in the Debtors' books and records for the outstanding taxes for the 2007 tax year. The Plan Trustee asserted that none of the Debtors have any liability for the taxes claimed for the 2008 tax year.

4. The County did not file an objection or otherwise respond to the Omnibus Objection. On June 20, 2011, the Court entered an order [D.I. 10059] (the "Order") that, among other things, provided for the requested modification, reclassification and reassignment of Claim 10856 as described above.

5. On August 17, 2012, the Plan Trustee filed the *Plan Trust's Objection to County of Bernalillo's Request for Payment of Administrative Expense Claim* [D.I. 10540] (the "Objection") seeking entry of an order disallowing the Admin Request since it sought relief that

2

01:12581633.1

is duplicative of Claim 10856, which claim was already modified, reclassified and reassigned pursuant to the Order.

6. After the Objection was filed, the parties entered into discussions concerning the Admin Request and Claim 10856 and have agreed to the following: (i) the Admin Request shall be denied in its entirety; and (ii) Claim 10856 shall be allowed as a priority tax claim in the modified amount of $438.02, inclusive of interest and penalties, against AHM Corp. A proposed form of consensual order (the "Proposed Order") reflecting the parties' agreement is attached hereto as Exhibit 1.

*[Remainder of page intentionally left blank]*

WHEREFORE, based on the foregoing, the Plan Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: October 15, 2012
       Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

# EXHIBIT 1

# Proposed Order

01:12581633.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                           :
                                                                             :   Jointly Administered
        Debtors.                                                             :
                                                                             :   **Ref. Docket Nos.: 9618 &
                                                                             :   10540**
---------------------------------------------------------------------------- x

**CONSENSUAL ORDER REGARDING PROOF OF CLAIM NO. 10856 AND
REQUEST FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM
FILED BY THE COUNTY OF BERNALILLO**

Upon consideration of proof of claim number 10856 ("Claim 10856") and the *Request for Payment of Administrative Expense Claim* [D.I. 9618] (the "Admin Request") filed by the County of Bernalillo (the "County"), and the objection to the Admin Request [D.I. 10540] filed by Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the AHM Liquidating Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* in connection with the Chapter 11 cases of the above-captioned debtors; and the Plan Trustee and the County having agreed to the treatment of the Admin Request and Claim 10856 as set forth herein; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefor; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:12581633.1

ORDERED that the Admin Request shall denied in its entirety, with prejudice; and it is further

ORDERED that Claim 10856 shall be allowed as a priority tax claim against debtor American Home Mortgage Corp. (Case No. 07-11051) in the total amount of $438.02, inclusive of interest and penalties; and it is further

ORDERED that, within fourteen (14) days of the entry of this Order, the Plan Trustee shall make a payment to the County in the total amount of $438.02, which payment shall be deemed to be in full satisfaction of the Claim 10856; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
        _____ \_\_\_, 2012

        _____
        CHRISTOPHER S. SONTCHI
        UNITED STATES BANKRUPTCY JUDGE