IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE


| | | |
|---|---|---|
| IN RE: | ) | Case No. 07-11047 (CSS) |
| | ) | (Jointly Administered) |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Chapter 11 |
| HOLDINGS, INC., et. al., | | |
| | ) | Courtroom 6 |
| | ) | 824 Market Street |
| Debtors. | ) | Wilmington, Delaware |
| | ) | |
| STEVEN D. SASS, as PLAN | ) | Adversary Proceeding |
| TRUSTEE of the AMERICAN | ) | Case No. 10-50913 (CSS) |
| HOME MORTGAGE PLAN TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SHOWCASE OF AGENTS, L.L.C., | ) | |
| PIERO ORSI, and MARIAPIA ORSI, | ) | |
| | ) | September 24, 2012 |
| Defendants. | ) | 10:00 a.m. |


TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JUDGE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Plan Trustee:          Young Conaway Stargatt & Taylor,
                           LLP
                           BY:  MICHAEL S. NEIBURG, ESQ.
                           1000 North King Street
                           Wilmington, DE  19801
                           (302) 571-6600


ECRO:                      LESLIE MURIN

Transcription Service:     DIAZ DATA SERVICES, LLC
                           331 Schuylkill Street
                           Harrisburg, PA  17110
                           (717) 233-6664
                           www.diazdata.com


Proceedings recorded by electronic sound recording;
transcript produced by transcription service

```
APPEARANCES:
(Continued)

For Plan Trustee:          Hahn & Hessen, LLP
                           BY: EDWARD L. SCHNITZER, ESQ.
                           448 Madison Avenue
                           New York, NY  10022
                           (212) 478-7200


For American Home
Mortgage Plan & Trust:     BY:  CARLO COLAGIACOMO, ESQ.


For Showcase of Agents,    Cross & Simon
L.L.C.:                    BY:  MICHAEL J. JOYCE, ESQ.
                           913 N. Market Street, 11th Fl.
                           PO Box 1380
                           Wilmington, DE  19899-1380
                           (302) 777-4200

                           Belongia Shapiro, LLC
                           BY:  MARK D. BELONGIA, ESQ.
                           BY:  RICHARD K. HELLERMAN, ESQ.
                           20 S. Clark Street, #300
                           Chicago, IL  60603
                           (312) 662-1030


TELEPHONIC APPEARANCES:

For Steven D. Sass, as     Zolfo Cooper
Plan Trustee of the        BY:  SCOTT MARTINEZ, ESQ.
American Home Mortgage     Grace Building
Plan Trust, Plaintiff:     1114 Avenue of the Americas
                           41st Floor
                           New York, NY 10036
                           (212) 561-4180
```

<u>INDEX</u>

DIRECT CROSS REDIRECT  RECROSS

<u>ON BEHALF OF THE PLAINTIFF:</u>
Carlo Colagiacomo            7     43


<u>ON BEHALF OF DEFENDANT:</u>
Piero Orsi                  65    67

<u>EXHIBITS</u>

MARKED     ADMITTED

<u>ON BEHALF OF THE PLAINTIFF</u>

PX-3   Exclusive Services Agreement    81        105
PX-4   Transcript for Mariapia Orsi              106
PX-5   Transcript for Mr. Orsi          86       106
PX-7   Articles of Incorporation for    78       106
       LLC
PX-8   Initial Disclosures
PX-9   Articles of Merger                        108
PX-10  Articles of Amendment                     108
PX-12  Letter from Peter Orsi                    110
PX-13  Articles of Merger for AHM                110
PX-15                                            111
PX-17                                            111
PX-18                                            111
PX-19                                            113
PX-20  Annual Reports                            114
PX-23  Bank Statements                  69
PX-24  Showcase Bank Statements         70       116
PX-25  Copies of Checks                 71       116
PX-26  Showcase 2007 Tax Return         97       117
PX-28                                             118
PX-29-PX-36 Tax Returns for Mortgage     93       119
       First Limited
PX-37  Opinion Letter
PX-38-PX-42  Mortgage First Limited                120
       Illinois State Tax Returns
PX-45-PX-47 Financial Statements of LLC
PX-49  Bank Statements for Mortgage First         121
       Limited
PX-50  Accounting Record                          123
PX-51  August 1, 2007 Letters from Mr. Orsi       124
PX-52  Request for Reimbursement                  125
PX-53-PX-58 Showcase Federal and State            126
       Tax Returns – 2005-2010
PX-59  Document for AHM Merger
PX-60-PX-66 Documents for AHM Merger              128
PX-68                                             128

```
PX-73-PX-76                                    130
PX-77-PX-79                                    130
PX-89                                          130
PX-95 Email from Mr. Orsi to AHM               131
PX-98 Schedules to Merger Agreement            132
      And Plan of Merger
PX-99 Amended Articles of Incorporation        132
```

ON BEHALF OF DEFENDANT:
[None]

ON BEHALF OF BOTH PARTIES:

```
JX-1  Operating Agreement              80      130
```

1  WILMINGTON, DELAWARE, MONDAY, SEPTEMBER 24, 2012, 10:00 A.M.

2          THE CLERK:  All rise.

3          THE COURT:  Please be seated.  You may proceed.

4          MR. NEIBURG:  Good morning, Your Honor.

5          THE COURT:  Did you give me what you already gave

6  me last week?

7          MR. NEIBURG:  Correct.

8          THE COURT:  That I had last week, unless you've

9  changed them.

10          MR. NEIBURG:  I did not.

11          THE COURT:  Go ahead.

12          MR. NEIBURG:  Good morning, Your Honor, Michael

13  Neiburg, from Young Conaway Stargatt & Taylor, on behalf of

14  Plan Trustee as Plaintiff.  On the agenda, we have one item

15  on the agenda.  I think, in connection with the adversary,

16  there's a couple of preliminary matters we should address,

17  the first of which is, Your Honor, prior to the hearing, the

18  parties have kind of agreed, if you look at the Pretrial

19  Memorandum, we have each designated the other party's

20  witness as a witness to be called in our case-in-chief and,

21  with the Court's permission, the parties have agreed that,

22  rather than kind of mix up the scope of Direct and Cross, we

23  would just proceed on Cross-Examination with the other

24  party's witness in one shot, whether or not they actually

25  testify to certain things on Direct.

1            THE COURT:  All right.  I understand.  That's

2    fine.

3            MR. NEIBURG:  Thank you, Your Honor.  And I

4    think, prior to beginning, I understand Defendants filed a

5    Motion in Limine prior to trial.  I don't know if you wanted

6    to hear that now.

7            THE COURT:  The Motion is denied.  I've read the

8    papers.  It's without merit.

9            MR. NEIBURG:  Thank you, Your Honor.  With that,

10   I cede the podium to Mr. Schnitzer.

11           THE COURT:  Hang on.

12           MR. NEIBURG:  Oh, sorry.

13           MR. JOYCE:  Good morning, Your Honor, Mike Joyce,

14   of Cross & Simon.  Your Honor.  Your Honor, I just wanted to

15   introduce my Co-Counsel briefly.  Your Honor, I'm here with

16   Mark Belongia and Rich Hellerman, on behalf of Piero Orsi,

17   Mariapia Orsi, and Showcase of Agents, and Your Honor, I'll

18   cede the podium.

19           THE COURT:  All right.  Very good.  Thank you.

20   Mr. Schnitzer?

21           MR. SCHNITZER:  Good morning, Your Honor, Edward

22   Schnitzer, from Hahn & Hessen, on behalf of the Trust --

23   Plan Trustee.  Your Honor, For our first witness, the Trust

24   calls Carlo Colagiacomo to the stand.

25           THE COURT:  All right.  Please take the stand.

1  He just got up on the stand.  Remain standing for the oath,

2  please.

3          CARLO COLAGIACOMO, PLAINTIFF'S WITNESS, SWORN

4              THE CLERK:  Thank you.

5              THE WITNESS:  Thank you.

6              MR. SCHNITZER:  Your Honor, if I may, I have

7  examination binders for the witness and for the Court.

8              THE COURT:  Okay.

9              MR. SCHNITZER:  May I approach, Your Honor?

10             THE COURT:  Yes.  Do you have a copy for the

11 other side?  All right.  Good.  Thank you.  This is a subset

12 of the trial exhibits for the purposes of examination?

13             MR. SCHNITZER:  Yes, Your Honor, and each --

14 well, the tabs are lettered.  Each number matches the

15 original exhibit binder --

16             THE COURT:  Yes.

17             MR. SCHNITZER:  -- tab so that it's easier for

18 just this witness.

19             THE COURT:  Okay.

20             MR. SCHNITZER:  May I proceed, Your Honor?

21             THE COURT:  Yes.

22                      DIRECT EXAMINATION

23 BY MR. SCHNITZER:

24 Q     Good morning, Mr. Colagiacomo.  How are you?

25 A     Good, thank you.

```
 1  Q      Who do you currently work for?

 2  A      AHM Liquidating Trust.

 3  Q      And what is your current title?

 4  A      I'm in-house Counsel.

 5  Q      And how long have you been employed by the Trust?

 6  A      Since November of 2010, the effective date of the

 7  Plan.

 8  Q      And prior to --

 9          THE COURT:  I'm sorry.  Would you move a little

10  closer to the microphone or move it closer to you?  Thank

11  you.

12          THE WITNESS:  Better?

13          THE COURT:  This air conditioner is loud.  Yes.

14  BY MR. SCHNITZER:

15  Q    Prior to working for the Trust, did you work for

16  American Home?

17  A      Yes.

18  Q      And when did you begin working for American Home?

19  A      In October of 2003.

20  Q      And what was your original title when you began

21  working for American Home in 2003?

22  A      Associate Counsel.

23  Q      Did that title remain through the Petition date?

24  A      Yes.

25  Q      And what were your roles, generally speaking, as
```

1   Associate Counsel?

2   A      Generally speaking, I would assist in the in-house

3   legal matters the company was involved with, such as mergers

4   and acquisitions.  I did corporate filings on behalf of the

5   company and reviewed documents with respect to the entities.

6   I maintained the corporate record books for American Home

7   Mortgage Investment Corp. -- I'm sorry, Investment Trust;

8   and also, the subsidiaries in those corporate record books

9   would be the Articles of Formation or Incorporation of the

10  various entities, including Mortgage Trust Limited; also,

11  the Bylaws or Operating Agreements, and also the Minute

12  books, which would have the Minutes of the meetings of the

13  companies, as well as written consents in lieu thereof.  I

14  also maintained the organizational chart for the company

15  which had all of the subsidiaries of American Home Mortgage

16  listed.  And I also maintained the master subsidiary list

17  for American Home which listed all of the companies in which

18  American Home maintained an interest.  To the extent that

19  American Home was not the only owner of the companies, I

20  also had on that chart American Home's percentage interest

21  in the entity, as well as the other interest-holder in the

22  entity and its percent of ownership.

23  Q      Prior to American Home filing for bankruptcy, were you

24  aware of Mortgage First Limited?

25  A      Yes I was.

1    Q      And was that knowledge based upon your employment as

2    Associate General Counsel?

3    A      Yes, it was based upon my maintenance of the corporate

4    record books of the LLC, the organizational chart for

5    American Home Mortgage, the subsidiary lists of American

6    Home Mortgage, and other documents.

7    Q      Are you aware, generally, of the Complaint in this

8    matter?

9    A      Yes I am.

10   Q      And were you involved with the original investigation

11   that led to the underlying Complaint being filed by the

12   debtors?

13   A      Yes I was.

14   Q      Can you tell us how that arose?

15            THE COURT:  By the debtors, you mean the Trust?

16            MR. SCHNITZER:  Your Honor, the action was

17   actually originally filed by the debtors and then the Trust

18   took it over once the Trust became effective.

19            THE COURT:  Very good.  Thank you.

20            THE WITNESS:  Yes.  In the first quarter of 2009,

21   the Accounting Department of American Home Mortgage was

22   reconciling the financial statements of the LLC and it

23   realized that the Trust -- American Home -- the debtors no

24   longer received bank statements for the bank account of

25   Mortgage First Limited.  So American Home reached out to

1    First Chicago and requested bank statements for the LLC's

2    bank account and they were forwarded to American Home.  We

3    had requested statements from the Petition date through the

4    date of the request, which was early 2009.  However, we only

5    received statements from June 2007 to October 2007 which is

6    the point at which the account had been closed.  Upon

7    reviewing those bank statements, we realized that two

8    withdrawals had been made from the account which,

9    essentially, led to all the money being withdrawn from the

10   account.  A withdrawal was made in July of 2007 for

11   $350,000, and a second withdrawal was made in October of

12   2007 for the remaining balance which was approximately

13   $7,000, and at that time, the account had been closed.

14   BY MR. SCHNITZER:

15   Q    What did you do after you learned of these two money

16   transfers?

17   A    After we learned of the withdrawals, we reviewed the

18   records of American Home Mortgage to try and determine

19   whether -- first, whether the money belonged to American

20   Home Mortgage; and second, if it did, whether or not we

21   authorized a withdrawal, and, if we did, whether the funds

22   were transferred to another American Home Mortgage account.

23   Q    As part of your investigation, did the Trust obtain

24   additional information concerning the transfers?

25   A    Yes.  The bank statements we had received early on in

1    2009 had an account on them to where the money had been

2    transferred.  So we reached out to the bank and tried to get

3    an answer from the bank as to where that money -- where the

4    money had gone, who the holder of that account was because

5    the review of our records had found that it hadn't been an

6    American Home account.  The bank, however, would not give us

7    any information other than the statements they already

8    provided us with, and at that point, we reached out to

9    outside Counsel to have a subpoena issued to the bank for

10   additional bank statements.

11   Q    Can I direct your attention to Tab A in your binder?

12   A    Sure.

13   Q    Which is also known as Exhibit 23.  Are you familiar

14   with this exhibit?

15   A    Yes.

16   Q    And what is this?

17   A    This exhibit is the subpoena that was issued to First

18   Chicago Bank & Trust for statements relating to the account

19   maintained there by Mortgage First Limited.

20             THE COURT:  I'm sorry.  Where are we?

21             MR. SCHNITZER:  It's Tab A of the binder.  It

22   starts with a letter from First Chicago responding to the

23   subpoena which is --

24             THE COURT:  Okay.  I know where it is.  Thank

25   you.

1              MR. SCHNITZER:   -- subset --

2              THE COURT:   Okay.

3              THE WITNESS:   And following the statements is the

4    last withdrawal from the account and the account closure

5    request.

6    BY MR. SCHNITZER:

7    Q     And is this the subpoena and the response you were

8    referring to earlier?

9    A     Yes it is.

10   Q     Based upon the documents that were obtained from First

11   Chicago, were you able to determine where the withdrawals

12   went to?

13   A     Yes.   Through the documents provided and

14   communications between Counsel and the bank, we were able to

15   determine that the money had been transferred to the account

16   of Showcase of Agents.

17   Q     And based upon the documents and communications with

18   First Chicago, were you able to determine who authorized the

19   withdrawal?

20   A     Yes.   We were told that Piero Orsi had come into the

21   bank and made both withdrawals and requested a closure of

22   the account.

23   Q     In addition to the bank statement and bank-related

24   documents we just looked at in Tab A, what other types of

25   hard documents were you able to locate in your

1    investigation?

2    A    I was able to locate the closing binder from the

3    merger.  I was able to locate copies of tax returns for

4    Mortgage First Limited.  I found communications between Mr.

5    Orsi, Showcase of Agents, and American Home Mortgage.  And I

6    also found corporate records for the LLC.

7    Q    Let's break those down one-by-one.  The first set you

8    mentioned was a closing binder.  What was it a closing

9    binder for?

10   A    The closing binder was the binder for the acquisition

11   and merger of First Home Mortgage Corp. into American Home

12   Mortgage Corp.

13   Q    And do you know around when that occurred?

14   A    The Agreement initially was entered into in January

15   2000, but I believe the transaction closed in June 2000.

16   Q    And can you describe, generally, what was in the

17   closing binder that you located?

18   A    Sure.  The binder contained the Merger Agreement

19   between the two parties.  It contained the schedules related

20   to the Merger Agreement.  It contained written consents of

21   the parties to the Agreement, an opinion of Counsel to

22   Mortgage First -- I'm sorry, First Home Mortgage to American

23   Home Mortgage Corp.

24   Q    Can I turn your attention to Tab B in the binder in

25   front of you?

1    A      Yes.

2    Q      If you can go through it, if you see Tab B, it has

3    various documents.  It has Exhibit 13, Exhibit 37, Exhibits

4    59 through 68, and Exhibits 98.  Can you go through those

5    and then let me know when you've had a chance to briefly

6    look at them?

7    A      I'm sorry, up to Tab 68?

8    Q      Up to Tab 98.

9    A      #98?  Okay.

10   Q      Do you believe these exhibits that are behind Tab B

11   comprise the closing binder?

12   A      Yes.

13   Q      And where was this closing binder found?

14   A      The American Home Mortgage's offices.

15   Q      Did American Home prepare this closing binder in the

16   regular course of business?

17   A      Yes.

18   Q      And did American Home keep a copy of this closing

19   binder in its regular course of business?

20   A      Yes.

21   Q      And as part of your investigation into the transfers

22   that you've mentioned, did you review the documents in this

23   closing binder?

24   A      Yes.

25   Q      The second group of documents you mentioned was tax

1  returns, is that correct?

2  A    Correct.

3  Q    Did you locate Federal or State, or both types of

4  returns?

5  A    Both Federal and State returns.

6  Q    And these were returns for Mortgage First Limited?

7  A    Correct.

8  Q    Do you know why American Home had in its possession

9  various tax returns for that entity?

10  A    Because American Home Mortgage, as managing member of

11  the LLC --

12        MR. HELLERMAN:  Objection, Your Honor.

13        THE COURT:  Basis?

14        MR. HELLERMAN:  He's made a legal conclusion that

15  American Home Mortgage was a managing member and there's not

16  been a foundation laid for --

17        THE COURT:  I'm sorry.  We're not picking you up.

18  You really have to have the mic --

19        MR. HELLERNAM:  Excuse me, Your Honor.  This is

20  Richard Hellerman, on behalf of the Defendant.  He has just

21  rendered a conclusion that was, first of all, not asked by

22  Counsel that AHM, American Home Mortgage, was a managing

23  member, and there is no foundation laid for him to express

24  that conclusion, no foundation in terms of the factual

25  predicate for such a conclusion, or that he is capable or

1   otherwise qualified to render such a conclusion.  Indeed,

2   it's our position that that is the legal question before

3   Your Honor, not before this witness.

4           THE COURT:  Okay.  Would you lay a foundation, if

5   you will, but I think that the last point, as far as I'm

6   concerned, when I say, you know, as managing member, I

7   understand that's your position, not a fact.  So I don't

8   want to dance around it too much.  So let's use managing

9   member as your position as to what the situation is and I'll

10  decide at the end, I suppose, whether that's true or not.

11  Okay?

12          MR. SCHNITZER:  Understood, Your Honor.  Thank

13  you.

14          THE COURT:  Okay.  And, for the future, you can

15  remain seated for your objections, just get your mic as

16  close as you can, just that -- you can -- do you need to

17  pull it closer?  I don't know how --

18          MR. HELLERMAN:  Let me close this book.

19          THE COURT:  Yes, that makes it easier for

20  everybody.

21          MR. HELLERMAN:  Rare is the circumstance where

22  I'm asked to speak up in my mind just so Your Honor is

23  aware.

24          THE COURT:  Yes.

25          MR. HELLERMAN:  That's no problem.

1              THE COURT:  Okay, no problem.  All right.  Would

2    you lay a foundation for the last question and then proceed?

3              MR. SCHNITZER:  Sure.

4    BY MR. SCHNITZER:

5    Q    Mr. Colagiacomo, as part of your investigation, did

6    you locate both Federal and State tax returns in American

7    Home's possession for the LLC?

8    A    Yes I did.

9    Q    And do you know approximately what years you located

10   tax returns for?

11   A    Approximately from, I believe 2000, 2001 through 2008.

12   Q    Do you know if American Home prepared or caused these

13   tax returns to be prepared on behalf of the LLC?

14   A    Yes.

15   Q    And do you know if American Home filed or caused these

16   tax returns to be filed on behalf of the LLC?

17   A    Yes.

18   Q    And is it based upon them preparing and filing tax

19   returns that American Home had copies of these in its

20   possession?

21   A    Yes.

22   Q    Thank you.  As part of your investigation, did you

23   also locate a summary of certain information from the tax

24   returns?

25   A    Yes I did.

1   Q     Can you turn to Exhibit -- Tab C in your binder,

2   please, which is Exhibit 50?  Are you familiar with this

3   document?

4   A     Yes.

5   Q     What is this?

6   A     This is the schedule of the capital account balances

7   for each of the interest-holders in Mortgage First Limited,

8   the members.

9          MR. HELLERMAN:  Same objection, Your Honor.

10  There's -- continually, there is a reference to members as

11  though that is established and it is not established and

12  that's one of the reasons we've objected to the exhibit,

13  specifically, as well as to testimony in this regard.

14         THE COURT:  Well, I'm going to allow the

15  testimony with the same limitation as before.

16         MR. HELLERMAN:  Thank you.

17         THE COURT:  Certainly, we understand the parties'

18  specific positions and I'm going to allow him to testify as

19  to what he knows, thinks, and understands, and then we'll

20  figure it out from there.

21         MR. SCHNITZER:  Thank you.

22         THE COURT:  So you can answer the question if you

23  remember what it was.

24         MR. SCHNITZER:  I think the question -- I believe

25  the question was answered so I'll --

1              THE COURT:  Okay.  Move on to the next question.

2    BY MR. SCHNITZER:

3    Q     Do you know who prepared this document?

4    A     Yes, the Accounting Department of American Home

5    Mortgage.

6    Q     And where is the information contained within this

7    summary from?

8    A     From the tax returns of Mortgage First Limited and

9    from the accounting records of American Home Mortgage.

10   Q     Was this summary prepared in the regular course of

11   American Home's business?

12   A     Yes it was.

13   Q     And did American Home keep a copy of this summary in

14   the regular course of its business?

15   A     Yes it did.

16   Q     Can you describe, generally, what this chart -- what

17   this summary contains?

18              MR. HELLERMAN:  Objection.  Foundation?

19              THE COURT:  Overruled.

20              THE WITNESS:  Yes.  This chart contains the

21   capital account balances of each of the -- I'm sorry; can I

22   not say members?

23              MR. SCHNITZER:  My understanding from Your

24   Honor's ruling is you can say members.  It will be

25   understood by the Court that it's our position as to who the

1   members are, as opposed to it being a fact.

2           THE COURT:  Correct.

3           THE WITNESS:  Okay.  Thank you.  Of each of the

4   members in the LLC, Mortgage First Limited, and it reflects

5   changes to the capital account balances based upon income

6   and loss of the LLC; income, of course, increasing the

7   capital account balances and losses from the LLC decreasing

8   that member's proportionate share -- I'm sorry, that

9   member's proportionate share of the losses would serve to

10  decrease that member's capital account balance.  It also

11  reflects distributions that were made to the members, which

12  would also decrease the capital account balances of the

13  member.

14          MR. HELLERMAN:  Your Honor, we would renew our

15  objection on foundation and move to strike that answer on

16  the basis that Mr. Colagiacomo, by himself as Counsel, has

17  no qualification to describe or discuss the accounting

18  methodology that was employed by persons not before this

19  Court, and that Mr. Colagiacomo was, by his own admission,

20  not himself involved in.

21          THE COURT:  All right.  Well, to the extent, I

22  think that, frankly, your objection really goes to what's

23  already been denied, which is the Motion in Limine and, if

24  not, I will overrule it.

25  BY MR. SCHNITZER:

1  Q     Mr. Colagiacomo, on the top of the -- of Exhibit 50,

2  two lines down, it mentions minority interest.  Do you see

3  that?

4  A     Yes.

5  Q     Do you know what entity that's referring to?

6  A     That would be Showcase of Agents.

7  Q     Can you describe what is a capital account?

8  A     A capital account is an accounting entry that

9  represents for each of the members of an LLC, that member's

10 capital contributions into the LLC, that member's share of

11 the profits or losses of the LLCs, and distributions made to

12 that member from the LLC.

13 Q     Looking at Exhibit 50, at the end of 2000, what was

14 the capital account balance for American Home according to

15 American Home's records?

16 A     $145,073.

17 Q     And at the end of 2000, what was the capital account

18 balance for Showcase according to American Home's records?

19 A     $41,031.

20 Q     And just so we're clear on the record, which row

21 member are you looking at in this exhibit?

22 A     Row 14.

23 Q     Thank you.  And can you tell us what's the difference

24 between the balances for each of American Home and Showcase

25 at the end of 2000?

1   A        Approximately $100,000.

2   Q        Can you also tell from this exhibit what were the

3   capital account balances for the respective members at the

4   end of 2007?

5   A        Yes.

6   Q        And what are those balances?

7   A        The balance for Showcase was $9,357.  The balance for

8   American Home was $334,279.

9              THE COURT:  Can you point me to -- I'm sorry.

10  Can you point me to where that information is?

11             THE WITNESS:  On the last page.

12             THE COURT:  What row number are you looking at?

13             THE WITNESS:  Sorry; row number 168.

14             THE COURT:  Just give me a minute.  It's on the

15  fourth page?  Is that right?

16             MR. SCHNITZER:  Correct, Your Honor, the last

17  line.

18             THE COURT:  Okay.  Thank you.

19  BY MR. SCHNITZER:

20  Q        And what was the difference in these two amounts?

21  A        Approximately $325,000.

22  Q        Can you determine from this exhibit why the difference

23  in balances grew by approximately $225,000 from the end of

24  2000 to the end of 2007?

25             MR. HELLERMAN:  For the record, same objection.

1  I appreciate Your Honor's rulings.  I just want to make sure

2  that we're maintaining our objection to these questions so

3  there wouldn't be any claim of waiver.

4          THE COURT:  Very good.  Overruled.

5          THE WITNESS:  Yes.  There were more distributions

6  made to Showcase of Agents than were made to American Home

7  Mortgage.

8  BY MR. SCHNITZER:

9  Q    Can you determine from this exhibit approximately how

10  much, in terms of money, in distributions Showcase received

11  between 2001 and 2007?

12  A    Showcase received approximately $410,000 in

13  distributions.

14  Q    And how much did American Home receive in

15  distributions during this same time period?

16  A    $185,000 approximately.

17  Q    Can you explain briefly how you're able to determine

18  those numbers?  What are you looking at?

19  A    I'm looking at, for each member, their -- if they took

20  a distribution, there will be an entry that says

21  distribution for Showcase; distribution to minority partner,

22  and the amount of the distribution.  And, for American Home,

23  the line would say distribution to AHM and then the amount

24  of the distribution.

25  Q    So, for instance, would row 22 be one of those

1  examples?

2  A     Yes.

3         THE COURT:  And when you answer the question he

4  asked you, basically, prior to trial, you've looked at the

5  exhibit and done the math and that's your conclusion?

6         THE WITNESS:  Yes.

7  BY MR. SCHNITZER:

8  Q    And is it correct to say that the information in this

9  summary with respect to the distributions comes from the

10 records that American Home has in its possession concerning

11 the LLC?

12 A     Yes.  It comes from the tax returns of the LLC and

13 American Homes' accounting records.

14 Q    From Exhibit 50, are you able to determine how these

15 distributions were possible?  What I mean by that is how is

16 the LLC able to make such distributions?

17 A     Because --

18         MR. HELLMERMAN:  Foundation?

19         THE COURT:  Can you repeat the question?  I

20 missed about half of it.

21         MR. SCHNITZER:  I was asking him was he able to

22 determine from this exhibit how the LLC was able to make

23 such distributions.

24         THE COURT:  I don't think -- I don't understand

25 how.  What do you mean by how?

1                MR. SCHNITZER:  How it had the funds to be able

2     to make the distributions that he testified were 410 for

3     Showcase, 185 for American Home.

4                THE COURT:  All right.  The source of the funds,

5     basically?

6                MR. SCHNITZER:  Yes, basically.

7                THE COURT:  Okay.  I'll allow that question.  Can

8     you tell where the funds came from that went in, then

9     eventually went in?

10               THE WITNESS:  Yes.  The distributions came from

11    that member's share of -- that member's interest in the

12    income of the LLC.

13               THE COURT:  And where did the income --

14               THE WITNESS:  Which would be -- I'm sorry?

15               THE COURT:  And the --

16               THE WITNESS:  Which we listed it let's say, for

17    example, on line 96; I just happened to point to, it has

18    minority interest and income and it has $7,080; and then AHM

19    interest and income, $7,080.  That would be each partner's

20    -- I'm sorry, each member's percentage of the income made by

21    the LLC, which would be added to the capital account of the

22    member, and those would be the funds used to fund the

23    distribution.

24    BY MR. SCHNITZER:

25    Q    Are you aware that the LLC was dissolved?

1   A     Yes.

2   Q     At the time of this dissolution, what do you believe

3   the capital account balance due to American Home was?

4   A     The capital account balance due to American Home would

5   have been approximately $335,000.

6   Q     And is that the last number we see at the end of

7   Exhibit 50?

8   A     Yes, it's exactly $334,279.

9   Q     In addition to the outstanding capital accounts

10  balance, do you believe American Home was owed any other

11  funds by the LLC?

12  A     Yes.

13  Q     Approximately how much?

14  A     Approximately $13,000.

15  Q     And do you know what that debt is for?

16  A     Yes.  At the time of dissolution, there was an

17  accounts payable due from the LLC to American Home Mortgage

18  Corp. which represented reimbursement for fees and expenses

19  paid by American Home Mortgage Corp. on behalf of the LLC.

20  Q     If at the time of the dissolution both members were to

21  receive their capital account balances and distributions,

22  what would the total distributions be for the two members

23  for the period of 2001 through 2007?

24  A     Total distributions, including -- I'm sorry; so those

25  taken -- through those times, including a final

1    distribution?

2    Q     Yes.

3    A     Showcase would have received $420,000, and American

4    Home Mortgage would have received $520,000.

5    Q     Do you know why those two amounts wouldn't be the

6    same?

7    A     Yes, because at the start of the period of which we're

8    talking about, American Home's capital account balance was

9    $100,000 more than that of Showcase of Agents.

10   Q     And again, when you're saying $100,000, are you

11   referring to row 14 of this exhibit?

12   A     Correct.

13   Q     Can you tell from this exhibit if any distributions --

14   or if any income was received and if any distributions were

15   made in 2000?

16   A     Yes.

17   Q     And what do you see?

18   A     I see income to each member's capital account of

19   $43,081 and I see a distribution of $90,000 to Showcase of

20   Agents.

21   Q     Did American Home receive any distribution in 2000?

22   A     No.

23   Q     I asked you previously if at the dissolution the

24   account balances were distributed.  If, instead, they were

25   not distributed evenly and the status quo was held as of

1  today, what would the total distribution be for Showcase for

2  2001 through 2007?

3  A    Approximately $770,000.

4  Q    And what would the total distribution be for American

5  Home?

6  A    $185,000.

7  Q    Moving on to the next topic, in addition to the

8  closing binder and tax returns, you said you also located

9  various electronic communications, as well as LLC business

10 records?

11 A    Correct.

12 Q    And as part of your investigation, did you review those

13 documents?

14 A    Yes I did.

15 Q    In your search of hard documents and/or electronic

16 documents, did you find any documents indicating that

17 Showcase did not consider American Home to be a member of

18 the LLC?

19        MR. HELLERMAN:  Objection, Your Honor.  Calls for

20 a conclusion as to Showcase's state of mind.  Calls for

21 speculation; lack of foundation.

22        THE COURT:  Sustained.  You can re-state it.

23 BY MR. SCHNITZER:

24 Q    As part of your investigation, you searched for hard

25 documents, correct?

1    A      Yes.

2    Q      And you also searched for electronic documents,

3    correct?

4    A      Yes.

5    Q      In those searches, did you find any documents, be it

6    of some form or another, from Showcase indicating that it

7    did not believe American Home was a member of the LLC?

8              MR. HELLERMAN:  Objection.  Same objection.  It's

9    now just in the reverse, in the negative.

10             THE COURT:  He's asking what he found in the

11   documents that he looked for.  Overruled.

12             THE WITNESS:  No I did not.

13   BY MR. SCHNITZER:

14   Q      Similarly, did you find any documents indicating that

15   Showcase did not consider American Home to be a managing

16   member of the LLC?

17             MR. HELLERMAN:  Same objection.

18             THE COURT:  Overruled.

19             THE WITNESS:  No I did not.

20   BY MR. SCHNITZER:

21   Q      Similarly, did you find any documents indicating that

22   Showcase objected to American Home being a member of the

23   LLC?

24             MR. HELLERMAN:  Same objection.

25             THE COURT:  Overruled.

1          THE WITNESS:  No.

2    BY MR. SCHNITZER:

3    Q    Did you find any documents indicating that Showcase

4    objected to American Home being a managing member of the

5    LLC?

6          MR. HELLERMAN:  Same objection.

7          THE COURT:  Overruled.

8          THE WITNESS:  No.

9    BY MR. SCHNITZER:

10   Q    Are you familiar with the name Piero Orsi?

11   A    Yes.

12   Q    In your search for documents, did you find any

13   documents or communications from Mr. Orsi in which he

14   objected to American Home being a member of the LLC?

15         MR. HELLERMAN:  Same objection.

16         THE COURT:  Overruled.

17         THE WITNESS:  No I did not.

18   BY MR. SCHNITZER:

19   Q    In your search of documents, did you find any

20   documents indicating that Mr. Orsi objected to American Home

21   being a managing member of the LLC?

22         MR. HELLERMAN:  Same objection.

23         THE COURT:  Overruled.

24         THE WITNESS:  No.

25   BY MR. SCHNITZER:

1    Q     At some point, did you investigation conclude?

2    A     Yes.

3    Q     And after your investigation ended, what was your

4    preliminary conclusion?

5    A     My conclusion was that, at the time of the withdrawal

6    of the funds from the LLC's account, American Home's capital

7    account balance was approximately $335,000.  I concluded

8    that, based upon the accounting records of American Home,

9    there's an accounts payable owing to American Home from the

10   LLC in the amount of approximately $13,000.  I also

11   concluded that the capital account balance of Showcase of

12   Agents was approximately $9,000 which led to a conclusion

13   that, of the $357,000 that was withdrawn from the account,

14   approximately $348,000 would actually belong to American

15   Home Mortgage.  I also did not find any evidence of American

16   Home's knowledge of the withdrawal prior to the withdrawal

17   being made and prior to the receipt of the statements from

18   American Home Mortgage.

19   Q     And was this conclusion based upon your investigation?

20   A     Yes.

21   Q     Was it also based upon your prior knowledge from

22   having worked for American Home pre-Petition?

23   A     Yes.  It would have been based upon the fact that I

24   did maintain the corporate record books for the LLC and all

25   of American Home Mortgage's subsidiaries, and also

1  maintained the organizational chart of American Home and the

2  list of subsidiaries for American Home.

3  Q    Based upon your employment with American Home pre-

4  Petition, as well as your investigation, what activities, if

5  any, did you determine American Home did on behalf of the

6  LLC?

7  A    Well, American Home applied for and maintained

8  licensing that the LLC needed to conduct its mortgage

9  operations.  American Home also obtained surety bonds on

10  behalf of the LLC.  American Home made filings with the

11  Secretary of State for the State of Illinois on behalf of

12  the LLC.  American Home also created financial statements

13  for the LLC and prepared tax returns, both Federal and

14  State, and had them filed with the appropriate parties.

15  American Home also maintained payroll on behalf of LLC and

16  also maintained the corporate records for the LLC.

17  Q    And just so we're clear, since I both used the term

18  LLC and you have, what are you referring to?

19  A    Sorry, Mortgage First Limited.

20       MR. SCHNITZER:  Thank you.  If it's okay with

21  you, Your Honor, I'm going to keep referring to it as LLC if

22  that's fine with everyone.

23       THE COURT:  All right.  Fine with me.  Fine with

24  us.

25  BY MR. SCHNITZER:

1  Q      Mr. Colagiacomo, with respect to the activities you

2  just referred to, was American Home compensated specifically

3  for these services?

4  A      No.   But to the extent that American Home -- well no,

5  it wasn't compensated for the services it performed, but to

6  the extent that it paid for the surety bonds, the licensing,

7  it was reimbursed by the LLC for those -- the costs paid to

8  the State, to the surety bond companies.

9  Q      May I direct your attention to Tab D in your binder,

10  please, and this contains Exhibit 20?  If you can look

11  through this exhibit and let me know when you've had a

12  chance to review.

13  A      Okay.

14  Q      What are the documents in Exhibit 20?

15  A      These are annual reports filed with the Secretary of

16  State for the State of Illinois for Mortgage First Limited.

17  Also, some references are made to Mortgage First Showcase

18  which was the prior name of Mortgage First Limited.

19  Q      And where were the documents contained in Exhibit 20

20  located?

21  A      In American Home's records.

22  Q      Did you play a role in the filing of any of these

23  documents?

24  A      Well, some of these filings were made prior to

25  American Home's acquisition of First Home Mortgage.  The

1  ones -- so the annual reports that would have been filed

2  post-June 2000 were filed by American Home Mortgage Corp.,

3  and then filed as American Home Mortgage Corp. manager.

4  Q      And did American Home prepare and file those reports

5  in the regular course of its business?

6  A      Yes.

7  Q      And did American Home keep copies of those annual

8  reports in the regular course of its business?

9  A      Yes.

10  Q      And were these some of the filings that you were

11  speaking of which American Home did on behalf of the LLC?

12  A      Yes.

13  Q      And flip to the next tab, which is Tab E, which

14  contains Exhibits 29 through 36.  If you can flip through

15  the individual exhibits and let me know when you've had a

16  chance to flip through them.

17  A      I'm sorry, through?

18  Q      Through 36.

19  A      #36?  Okay.  These are the Federal tax returns for

20  Mortgage First Limited.

21  Q      And where were these found?

22  A      In American Home's records.

23  Q      Did American Home cause these to be prepared and filed

24  in the regular course of business?

25  A      Yes.

1  Q     And did American Home keep copies of these tax returns

2  in its regular course of business?

3  A     Yes.

4  Q     I direct your attention to Tab F, and this is Exhibits

5  38 through 42.  Can you leaf through them and, once you're

6  done, let me know?

7  A     Okay.

8  Q     What are these exhibits?

9  A     These are tax returns that were filed with the State

10  of Illinois for Mortgage First Limited.

11  Q     And where were these records found?

12  A     They were found within the records of American Home

13  Mortgage.

14  Q     Did American Home cause these tax returns to be

15  prepared and filed in the regular course of business?

16  A     Yes.

17  Q     And did American Home keep copies of these tax returns

18  in the regular course of its business?

19  A     Yes.

20  Q     If you can turn to Tab G, please, which contains three

21  exhibits, 77, 78, and 79.  Can you leaf through those and

22  let me know when you've had a chance?

23  A     Okay.

24  Q     And what are these exhibits?

25  A     These are notices from the IRS to Mortgage First

1  Limited, c/o American Home Mortgage, and they are in

2  response to requests submitted by American Home for

3  extensions to file the tax returns and the requests have

4  been granted.

5  Q     And where were these records found?

6  A      In American Home's records.

7  Q     Did American Home request extensions to file tax

8  returns for the LLC in the regular course of business?

9  A     Yes.

10 Q     And did American Home keep copies of those requests in

11 its regular course of business?

12 A     Yes.

13 Q     Direct your attention to Tab H, which contains

14 Exhibits 45, 46, and 47.  Can you peruse those and let me

15 know when you've had a chance?

16 A     Okay.

17 Q     What are these documents?

18 A     These are audited financial statements for Mortgage

19 First Limited; the auditors being Deloitte & Touche.

20 Q     And where were these audited financial statements

21 located?

22 A      In American Home's records.

23 Q     And did American Home cause these audited financial

24 statements to be prepared in the regular course of business?

25 A     Yes.

1   Q      And did American Home keep copies of these audited

2   financial statements in its regular course of business?

3   A      Yes.

4   Q      Turn your attention to Tab I, which contains Exhibits

5   15, 16, 18, 19, and 89.

6   A      Okay.

7   Q      Do you know what these documents are?

8   A      Yes.  They are mortgage licenses for the LLC and

9   applications for licensing for the LLC.

10  Q      Where were these records found?

11  A      In American Home's records.

12  Q      And are these the license documents that you referred

13  to earlier when you mentioned one of the things American

14  Home did on behalf of the LLC?

15  A      Yes they are.

16  Q      Did American Home prepare, obtain, and pay for

17  licenses for the LLC in the regular course of business?

18  A      Yes.

19  Q      And did American Home keep copies of those license

20  documents in its regular course of business?

21  A      Yes.

22  Q      Direct your attention to Tab J, which contains

23  Exhibits 17, 71, and 73 through 76.  Can you look through

24  them and let me know when you've had a chance?

25  A      Okay.

1   Q     What are these documents?

2   A     These are residential mortgage license bonds for the

3   LLC.

4   Q     And where were these documents located?

5   A     In American Home's records.

6   Q     Did American Home obtain surety bonds for the LLC in

7   its regular course of business?

8   A     Yes.

9   Q     I'm sorry; let me back up.  Are these surety bonds?  I

10  believe you called it --

11  A     I'm sorry?

12  Q     What did you call it?

13  A     They are residential mortgage license bonds, also

14  called surety bonds.

15  Q     Okay.  Did American Home obtain these bonds in the

16  regular course of business?

17  A     Yes.

18  Q     And did American Home keep copies of these documents

19  related to the bonds in the regular course of its business?

20  A     Yes.

21  Q     If you can flip to Tab K, please, and this is Exhibit

22  44.  What is Exhibit 44?

23  A     They are ADP payroll records for Mortgage First

24  Limited.

25  Q     And where were these records found?

1   A      In the records of American Home Mortgage.

2   Q      Did American Home maintain payroll records for the LLC

3   in its regular course of business?

4   A      Yes it did.

5   Q      And did American Home keep copies of the LLC's payroll

6   records in its regular course of business?

7   A      Yes it did.

8   Q      As part of your investigation, did you locate other

9   payroll records for the LLC?

10  A      Yes.

11  Q      Approximately how many?

12  A      There were approximately -- well, it was a lot of

13  years, probably about half a box, a regular box worth.

14  Q      Is it fair to say Exhibit 44 is just one example?

15  A      Yes.

16  Q      With respect to the members of the LLC, what

17  activities, if any, did American do on behalf of the LLC?

18  A      On behalf of the LLC, American Home prepared K-1s and

19  sent those K-1s to the partner, Showcase of Agents.

20  American Home also arranged for distributions to be made to

21  the partners from the LLC and American Home also received

22  requests for reimbursement of expenses from Mr. Orsi which

23  were incurred in connection with the LLC and paid those

24  expenses.

25  Q      Was American Home compensated for any of these three

1   activities you just referred to?

2   A      No it was not.

3   Q      Direct your attention to Tab L in the binder which

4   contains Exhibit 12 and Exhibit 52.

5   A      Okay.

6   Q      What are Exhibits 12 and 52?

7   A      These are requests for reimbursement of expenses from

8   Piero Orsi.  The first is directed to First Home Mortgage

9   Corp. because it pre-dates the acquisition of First Home

10  Mortgage Corp. by American Home Mortgage Corp.  But the

11  latter request was sent to the same individual but, at that

12  time, she was employed by American Home Mortgage Corp.

13  because it was post-acquisition.

14  Q      And from Exhibit 52, can you determine if American

15  Home reimbursed Showcase for its requests of reimbursement?

16  A      #52?  Yes; I'm sorry.  There's a check here from

17  American Home Mortgage Corp. to Re/Max Showcase.

18  Q      And where were these requests located?

19  A      In the records of American Home Mortgage.

20  Q      And are these two examples of other requests for

21  reimbursements that were received from -- that were received

22  -- requests for reimbursement made by Showcase that were

23  received by American Home or its predecessor?

24  A      Yes.

25  Q      Direct your attention to Tab M, which has Exhibit 28

1   and 95.  Can you tell me what 28 and what 95 are?

2   A     Yes.  These are request from Piero Orsi and from

3   Re/Max Showcase.  They are requests for -- they are requests

4   directed to American Home for copies of the K-1s from

5   Mortgage First Limited.

6   Q     And is it correct that both 28 and 95 are emails?

7   A     Correct.  I'm sorry; they're emails.

8   Q     And were these part of the electronic communications

9   that American Home located in part of its investigation?

10  A     Yes.

11  Q     Do you know why these requests for sent to Jody

12  Ginsburg at American Home?

13  A     Jody --

14        MR. HELLERMAN:  Objection.  Calls for speculation

15  again as to the state of mind purpose.

16        THE COURT:  Sustained.

17        MR. SCHNITZER:  Your Honor, can I have five

18  seconds?  Your Honor, I have no further questions at this

19  time.  I did want to move certain exhibits into evidence.  I

20  didn't know if you wanted me to do that now or later?

21        THE COURT:  Let's wait until after all the

22  testimony is in.

23        MR. SCHNITZER:  Okay.  Thank you, Your Honor.

24        THE COURT:  You're welcome.  Cross/Direct.

25        MR. HELLERMAN:  It's going to seem more like

1    Direct because a lot of what we're going to talk about

2    wasn't addressed in the Cross.

3              THE COURT:  That's fine.

4                        CROSS EXAMINATION

5    BY MR. HELLERMAN:

6    Q      Good morning, Mr. Colagiacomo.

7    A      Good morning.

8    Q      Do you know whether, under the Illinois Limited

9    Liability Company Act, a manager must also be a member of an

10   LLC?

11   A      No, I'm not familiar with the Act.

12   Q      So you don't know one way or the other whether a

13   manager of an LLC can't be a manager unless it's a member

14   also?

15             MR. SCHNITZER:  Objection, Your Honor.  I believe

16   the questions here are calling for legal conclusions as to

17   factual matters.

18             THE COURT:  Again, it's -- I got to tell you that

19   it takes a lot of moxie to start asking legal questions

20   after having spent an hour objecting to them.  I'm going to

21   allow the questions and answers but I think you've adversely

22   affected the objections you've put on the record but

23   that's --

24             MR. HELLERMAN:  I'm simply asking for the

25   witness's knowledge --

1          THE COURT:  No you're not.

2          MR. HELLERMAN:  -- of the Act, Your Honor.

3          THE COURT:  No you're not.  You're asking -- no,

4    you're not.  You're asking him what his understanding is.

5    All right?  He's testified he doesn't know what -- he's not

6    familiar with the law but are you going to delve into this?

7    These are legal questions.

8          MR. HELLERMAN:  After this question is answered,

9    I intend to move on from this subject.

10          THE COURT:  All right.  I'll allow the answer.

11    Do you remember the --

12          THE WITNESS:  I'm sorry; can you repeat it?

13    BY MR. HELLERMAN:

14    Q    So you don't know whether a manager or entity or a

15    person acting as a manager of an LLC in Illinois must

16    necessarily be a member of that LLC to be acting as a

17    manager?

18    A    No.

19    Q    Okay.  You were not involved on a first-hand basis

20    with the creation of what you've termed, for purposes of our

21    discussions today, the LLC, correct?

22    A    Correct.  The LLC was formed prior to the acquisition

23    of First Home by American Home Mortgage.

24    Q    And you were in high school when the LLC was formed,

25    right?

1    A     Yes, most likely.

2    Q     Upon the formation of the LLC, there were two original

3    members, correct?

4    A     Yes.

5    Q     Do you know who those members were?

6    A     According to the Operating Agreement, yes.  They were

7    VJ&J who maintained a 50 percent membership interest in the

8    LLC and Showcase of Agents was the other 50 percent owner.

9    Q     You don't know who the shareholders of VJ&J were do

10   you?

11   A     No.

12   Q     And you don't know who the members of Showcase of

13   Agents were do you at the time of the formation of the LLC?

14   A     No.

15   Q     You are familiar from your various capacities that you

16   have acted with the LLC Operating Agreement, correct?

17   A     Yes, I've read it before.

18   Q     You've familiarized yourself with the provisions of

19   the LLC Agreement, correct?

20   A     Not all of them.  I mean I don't have it memorized,

21   but I have read the Agreement.

22   Q     Among the provisions that you familiarized yourself

23   with were the provisions pertaining to the steps that were

24   required under the Agreement to validly transfer a

25   membership interest from one person or entity to another,

1  correct?

2  A     Prior to this action, no.  But in connection with this

3  action, I have read the provisions relating to transfer of

4  ownership interest.

5  Q     As you sit here today in Court testifying on behalf of

6  AHM or the Plan Trust, if you will, you're aware that there

7  are, indeed, steps that are set forth explicitly in Article

8  10 of the Operating Agreement for the LLC regarding the

9  valid transferability of a membership interest, correct?

10 A     Yes.

11            MR. HELLERMAN:  May I have one moment, Your

12 Honor?

13            THE COURT:  Yes.

14 BY MR. HELLERMAN:

15 Q     If you would, please, Mr. Colagiacomo, behind you, in

16 the -- I believe it's the second book of the two, if you

17 would turn to the Tab 100.  That's the Joint Exhibit 1.

18 That's the Operating Agreement for the LLC.

19            THE COURT:  What number?  I'm sorry.

20            MR. HELLERMAN:  100, Your Honor.

21 BY MR. HELLERMAN:

22 Q     This document behind Tab 100, it's also got a sticky

23 on it called JX-1, the Joint Exhibit 1.  This is the

24 Operating Agreement that we have just been discussing the

25 last few questions, correct?

1   A      Yes.

2   Q      If you would turn to page 16 of the document, the

3   aforementioned Article 10.  Do you have that, sir?

4   A      Yes.

5   Q      Okay.

6              THE COURT:  Which page?  I'm sorry.  Article?

7              MR. HELLERMAN:  It's page 16 of the document.

8              THE COURT:  Thank you.

9              MR. HELLERMAN:  It's Article 10, Your Honor.

10             THE COURT:  Thank you.

11  BY MR. HELLERMAN:

12  Q      If you'd take a look at specifically Section 10.02(a).

13  Do you see that paragraph, sir?

14  A      Yes.

15  Q      You've reviewed that paragraph before, correct?

16  A      Can I read it again real quick?

17  Q      Oh, sure.  Absolutely.

18  A      Okay.

19  Q      Familiarize yourself with it.  Take as much time as

20  you need.

21  A      Okay.

22  Q      Okay.  Before we get into the substance of that

23  paragraph, just so we are clear on the chronology of events,

24  the original Operating Agreement, as you've indicated, was

25  between VJJ and Showcase, correct?

1  A      Correct.

2  Q      Some time thereafter though, VJJ was merged into or

3  had some other sort of transaction by which the surviving

4  entity was First Home Mortgage, correct?

5  A      Yes, VJJ was merged into First Home Mortgage Corp.

6  Q      As you sit here, you have no first-hand knowledge of

7  that transaction, the VJJ First Home Mortgage transaction,

8  correct?

9  A      Have no -- how the transaction occurred?  Do you mean

10  -- I'm sorry.

11  Q      You were not involved --

12  A      I was not involved in that transaction, no.

13  Q      In any way?

14  A      No, American Home had no interest in either company at

15  that time.

16  Q      And again, even before you worked for American Home,

17  wherever life took you in those days, you were uninvolved

18  entirely in the VJJ First Home Mortgage transaction,

19  correct?

20  A      Correct.

21  Q      In fact, you haven't even seen the Merger Agreement

22  between VJJ and First Home, correct?

23  A      I have not.

24  Q      You haven't seen any documents pertaining to the

25  transaction by which VJJ became First Home?

1  A    Well, I've seen filings with the Secretary of State of

2  the State of Illinois.

3  Q    Okay.

4  A    Both for First Home, indicating that VJJ was merging

5  to First Home, and then the filings with the State of

6  Illinois submitted on behalf of the LLC for First Home

7  Mortgage indicates that VJJ was merged into First Home

8  Mortgage and that's First Home -- I'm sorry.  Actually, I

9  think, at the time the -- I think the merger between First

10 Home and VJJ was pretty close in time to the merger between

11 First Home and American Home Mortgage Corp.

12 Q    Okay.

13 A    So I think that the actual Secretary of State filings

14 in Illinois actually show both the transfer of the

15 membership interests from VJJ to First Home Mortgage and the

16 transfer of the managing member interests from VJJ directly

17 to American Home Mortgage Corp.

18 Q    Can you show us what documents you believe the

19 Secretary of State filings show the actual transfer of the

20 membership interest from VJJ to First Home Mortgage?

21 A    Sure.  Can I use --

22 Q    Yes.

23 A    -- the binder?  Sorry.

24 Q    I'm not going anywhere.

25 A    Okay.  In Tab -- in the binder I was looking at

1  before, in Tab D-20, there's a filing --

2             THE COURT:  20?

3             THE WITNESS:  D-20.

4             THE COURT:  Okay. Is there a specific page?

5             THE WITNESS:  I'm sorry, yes.  It is the third

6  page.  On the reverse of it is a filing made with the

7  Secretary of State.  It has a stamp on it paid August 4,

8  2000.

9             THE COURT:  August?

10            THE WITNESS:  4th of 2000.

11            THE COURT:  4th?

12            THE WITNESS:  It's the back side of the third

13 page.

14            THE COURT:  Oh, back side of the third page?

15 BY MR. HELLERMAN:

16 Q    It's got the file stamp of July 31, 2000, is that

17 right?

18 A    Yes.

19            MR. HELLERMAN:  Yes, we're looking at the same

20 document.

21            THE COURT:  I see it.

22 BY MR. HELLERMAN:

23 Q    And Mortgage First Limited, Limited is typewritten and

24 capitalized but everything else is small lowercase letters?

25 A    Yes, Mortgage First is capitalized; the word Limited

1  is in --

2  Q    Just so we're looking at the same page.

3  A    Yes.

4  Q    So if it's your position, sir, that this document

5  reflects that First Home Mortgage became a member of the LLC

6  from VJJ; this document effectuates such a transfer?

7  A    No, I thought you asked me if I ever saw any documents

8  relating to the merger.

9  Q    No.  No, I asked you a specific question I believe.

10  A    If I'd seen the merger?

11  Q    I believe, and I'll re-ask it so we're on the same

12  page.

13  A    Okay.  I'm sorry.

14  Q    Because there's no --

15          THE COURT:  I agree with the witness's

16  understanding of what I thought you asked so you better ask

17  it the way you --

18          MR. HELLERMAN:  Sure.

19  BY MR. HELLERMAN:

20  Q    Let me strike whatever question you thought I asked

21  and ask you, have you seen any documents by which VJJ's

22  membership interests in this LLC was transferred to First

23  Home Mortgage?

24  A    No.

25  Q    Other than the public filings, such as the documents

1   that are behind Exhibit #20, the filings with the Secretary

2   of State, you've seen no documents specifically pertaining

3   to the actual transaction between First Home and VJJ,

4   correct?

5   A      Not that I recall.

6   Q      So that's correct?

7   A      Yes.

8   Q      Okay.  So referring back now to Joint Exhibit 1, the

9   Operating Agreement for the LLC, as you sit here today, you

10  have not seen any offer by First Home Mortgage, in writing,

11  to purchase VJJ's membership interest in the LLC, correct?

12  A      I have not.

13  Q      Likewise, referring to the language of Section

14  10.02(a), you have not, in connection with the VJJ First

15  Home Mortgage transaction that we've been discussing, seen

16  any written document from VJJ directed to Showcase of Agents

17  putting in writing the offer received by VJJ from First Home

18  Mortgage, correct?

19  A      I have not.

20  Q      Likewise, referring to Section 10.02(b), you have seen

21  no document in connection with the VJJ First Home Mortgage

22  transaction, whereby Showcase of Agents, the other member of

23  the LLC, was afforded a right of first refusal to purchase

24  VJJ's interests on the same terms as any written offer VJJ

25  had received by First Home Mortgage for its interests,

1  correct?

2  A      I have not seen any notice of first refusal.

3  Q      And as to either of the three writings that the last

4  several questions have discussed; the written offer by First

5  Home, a written communication of the offer by VJJ to

6  Showcase, or any right of first refusal afforded to

7  Showcase, you've seen no documents contemporaneous to the

8  transaction whereby any of those writings, the giving of

9  those writings, was somehow waived or forgiven by any of the

10  members of the LLC, correct?

11  A      I have seen no such documents.

12  Q      Can you turn to page 17 of the Operating Agreement,

13  sir?

14  A      Yes.

15  Q      I'm not sure if you had a chance to take a look at

16  Section 10.03 when you reviewed Article 10.

17  A      I will take a quick look at it.

18  Q      Feel free.  Take your time.

19  A      Thank you.

20  Q      Have you taken a look?

21  A      Yes.

22  Q      Okay.  As I think you've indicated already, when the

23  LLC was originally formed, the two members, VJJ and Showcase

24  of Agents, they each owned a 50 percent membership interest,

25  correct?

1  A     Correct.

2  Q     As you've just reviewed, Section 10.3 contemplates a

3  two-third majority written consent of a proposed sale of a

4  member interest, correct?

5  A     Yes, 10.03(a) says that if the members do not approve

6  by two-thirds written consent of the proposed sale, that the

7  transferee will not be able to participate in the management

8  of the business affairs and be merely an economic interest

9  owner.

10 Q     And it further goes on to state, doesn't it, that any

11 transfer of any kind, including the transfer of an economic

12 interest in the LLC, shall not even be effective until a

13 two-third written approval or consent by all of the owners

14 is made, correct?

15 A     It says "no transfer of a member's interest in the

16 company, including any transfer of economic interest or any

17 other transfer, which is not approved by a two-thirds

18 majority arrangement consent of the members shall be

19 effective unless and until written notice, including the

20 name and address of the proposed transferee, of the date

21 that such transfer has been provided to the company",

22 meaning the LLC, "and the non-transferring members".

23 Q     Have you, to date, sir, seen a two-third written

24 consent of all the members of the LLC in connection with the

25 VJJ First Home Mortgage transaction?

1   A     I have not.

2   Q     I think you've also indicated that you were not

3   directly, first-hand, yourself, involved in the First Home

4   Mortgage AHM transaction, is that correct?

5   A     That merger occurred prior to me joining American Home

6   Mortgage.

7   Q     So you would not have been involved on any level,

8   first-hand, in that transaction, correct?

9   A     No.

10  Q     That's correct?

11  A     I'm sorry, yes.

12  Q     Okay.  Just so that you know what's coming, I'm going

13  to ask you very similar questions to the questions I've

14  already asked you with respect to the First Home Mortgage

15  AHM transaction, okay?

16  A     Okay.

17  Q     As you sit here today testifying before this Court on

18  behalf of the Plan Trust and the Plan Trustee, you have not

19  seen any written offer by AHM to purchase First Home

20  Mortgage's interest, if any, that First Home Mortgage may

21  have ever had in the LLC, correct?

22  A     I'm sorry.  Any offer by American Home to First Home

23  to --

24  Q     To purchase whatever First Home had, if anything, in

25  the LLC?

1    A      Aside from the Merger Agreement, no.

2    Q      Well, let's talk about that.

3    A      Okay.

4    Q      The Merger Agreement itself, you would agree with me,

5    does not contain a written offer to specifically purchase on

6    specific terms discreetly the interest, if any, that First

7    Home Mortgage had in the LLC does it?

8    A      The Merger Agreement is an agreement by American Home

9    to purchase the assets of First Home Mortgage, and Mortgage

10   First Limited is listed as an asset of First Home Mortgage

11   in the schedules to the Merger Agreement.

12   Q      I appreciate that, but no where in the Merger

13   Agreement is there a specific offer for a specific price

14   directed specifically to whatever value would be offered for

15   the interest, if any, that First Home had in the LLC,

16   correct?

17   A      I do not believe there's any breakdown of

18   consideration by asset.

19   Q      So again, if we exclude the larger merger document

20   which summarizes assets, you've seen no writing by AHM

21   containing the terms or conditions by which, specific to the

22   First Home Mortgage interest, if any, in the LLC, AHM

23   rendered for the purchase of that interest?

24   A      Apart from the Merger Agreement, no.

25   Q      You've seen no writing by First Home Mortgage to

1  Showcase of Agents setting forth, in writing, that First

2  Home Mortgage received any sort of written offer by AHM to

3  purchase First Home Mortgage's interests, if any, in the

4  LLC, correct?

5  A    I have not.

6  Q    You have seen no document purporting to offer Showcase

7  of Agents a right of first refusal to purchase First Home

8  Mortgage's interests, if any, in the LLC on the same terms

9  and conditions offered to it by AHM, correct?

10 A    I have not.

11 Q    You've seen no document contemporaneous with this

12 transaction by which any of these requirements of writings

13 were waived by Showcase of Agents or the LLC, correct?

14 A    I have not seen any waivers by Showcase or the LLC.

15 Q    And you've seen no document referring to what we just

16 discussed about Section 10.03 of Article 10, you've seen no

17 document by which there was a two-third written consent or

18 approval by the members of the LLC for AHM to purchase

19 whatever interests, if any, First Home had in the LLC,

20 correct?

21 A    I have not.

22 Q    And you've seen no other writing by which any other

23 two-third consent pertaining to any aspect of the AHM/First

24 Home Mortgage transaction relative to the LLC was given,

25 correct?

1   A      I have not.

2   Q      Earlier this morning, you were asked by your Counsel

3   to give a definition of capital account.  Do you recall

4   that?

5   A      Correct.

6   Q      On what were you basing your answer that you gave to

7   this Court as to the definition of a capital account?

8   A      My knowledge as to how capital accounts generally

9   operate.

10  Q      Okay.  So that was a general answer about what your

11  understanding of how capital accounts for companies is?

12  A      Correct.

13  Q      Would you agree with me that your answer given to your

14  Counsel earlier this morning was not neither -- was it -- it

15  was neither intended to, nor was, in fact, a definition of

16  capital account gleaned from the Operating Agreement of the

17  LLC in this case?

18  A      Let me just read the definition real quick.  I want to

19  see if --

20  Q      Well, before you read it --

21  A      I'm sorry.

22  Q      We'll talk about it in a second but --

23  A      Okay.

24  Q      -- when you were asked to give your definition, you

25  weren't thinking I have to look at the definition in this

1  Operating Agreement.  You were speaking more generally about

2  what you understand as a lawyer, right?

3  A     Well, I was speaking as to how the capital -- the way

4  I described the capital account is how I envision, how I

5  believe, the capital account of Mortgage First Limited was

6  handled.  I had read the definition of capital account in

7  the past and I don't recall there being any difference

8  between what I had read that defined capital account being

9  -- the definition of capital account being and what I

10 believe a capital account to be.

11 Q     Okay.  Let's take a look.  It's on page four of the

12 Operating Agreement; same exhibit, 100, Joint Exhibit 1.

13 A     Okay.

14 Q     It's in Definitions Section 1.01, I believe (c).

15 A     Should I read it?

16 Q     Yes, please.

17 A     Okay.  "Capital account, as of any given date, shall

18 mean the capital contribution to the company by a member as

19 adjusted up to such date pursuant to Article 8."

20 Q     So based on this definition, you would agree with me

21 that only a member of the LLC could even own a capital

22 account at all, correct?

23         MR. SCHNITZER:  Objection, Your Honor.  We're

24 getting into legal conclusions, as well as just the document

25 speaks for itself, Your Honor.

1    MR. HELLERMAN:  We can -- I can withdraw the

2    question and we'll make the argument to Your Honor.

3    THE COURT:  Yes, do that.

4    MR. HELLERMAN:  The words say what they say

5    though.

6    THE COURT:  Correct.

7    BY MR. HELLERMAN:

8    Q    You were shown numerous, numerous exhibits this

9    morning by your Counsel, and I'm happy to tell you we're not

10   going to go through those exhibits again.  But the question

11   I have for you, and if you can't answer this question

12   globally, please tell me, and we'll try and break it down.

13   But as to, globally, the documents that you saw here today

14   and that you opined that AHM kept and keeps in the normal

15   course of its business, you didn't prepare any of those

16   documents yourself did you?

17   A    I may have filed one of the annual reports.  I mean I

18   prepared one of the annual reports, but the other documents,

19   I don't believe I prepared.

20   Q    Okay.  Let me limit it again in a large subset, but a

21   subset nonetheless, the financial documents.  And I'll help

22   you with that and I'll say the tax returns that you've

23   looked at and that you've referred to here, the financial

24   statements that you've looked at and that you referred to,

25   that one table that purported to list the balance of the

1  capital accounts, do you remember that document as well?

2  A      Yes.

3  Q      You prepared none of those documents, correct?

4  A      They were prepared by the Accounting Department of

5  American Home Mortgage.

6  Q      Not you?

7  A      Or the -- some of the financial statements were

8  prepared by the independent auditors of American Home

9  Mortgage, Deloitte & Touche.

10 Q      Not you though?

11 A      Not me.

12 Q      And you didn't talk to, or otherwise involve yourself,

13 in any way, shape, or form, with the preparation of those

14 documents, correct?

15 A      The preparation, no.

16 Q      And other than generalizing to say that well, an

17 accountant would look at the accounting records and the bank

18 statements, you don't know specifically what any of the

19 people who prepared any of those financial documents looked

20 at with specificity do you?

21 A      In compiling the statements?

22 Q      Correct.

23 A      No, I didn't participate in the preparation of the

24 statements.

25 Q      And I think you mentioned also that, when you were

1  doing your investigation for the Complaint, among the

2  documents that you saw were some letters of -- from

3  attorneys that were opining in connection with the First

4  Home AHM proposed transaction, correct?

5  A     Correct.

6  Q     You don't know what -- strike that.  You weren't

7  involved first-hand in the preparation of the opinion

8  letters by those other lawyers not before the Court today

9  were you?

10 A     No.

11 Q     You don't know what those other lawyers did or looked

12 at other than what might be written in their letter,

13 correct?

14 A     Correct.

15 Q     You have no idea what those lawyers specifically

16 looked at or how they came to whatever conclusions they

17 reached as set forth in their letters, correct?

18 A     Correct.

19        MR. HELLERMAN:  If I could have one moment, Your

20 Honor?

21        THE COURT:  Um-hum.

22        MR. HELLERMAN:  I have no further questions of

23 this witness, Your Honor.

24        THE COURT:  Okay.  Let's take a -- we'll take a

25 short recess, say five or ten minutes, before we -- I assume

1   you have further questions, Mr. Schnitzer?

2            MR. SCHNITZER:  I actually do not, Your Honor.

3            THE COURT:  Oh, you don't?  All right.

4            MR. SCHNITZER:  But I'd ask that he could be,

5   subject to the evidence coming in, he be released.

6            THE COURT:  All right.  Very good.  Sir, you may

7   step down.

8            THE WITNESS:  Thank you.

9            THE COURT:  And that would be -- the next witness

10  would be the Defendant's witness which would be a

11  combination of Direct and Cross, correct?

12           MR. NEIBURG:  That's correct.

13           MR. HELLERMAN:  Correct, Your Honor.

14           THE COURT:  Okay.  Before we do that, let's take

15  a short recess.  You can step down.

16           THE WITNESS:  Awesome.

17           THE COURT:  You're good.  Leave the stuff.

18            (Recess from 11:27 a.m. to 11:45 a.m.)

19           THE COURT:  Call your witness.  You can call your

20  witness.

21           MR. HELLERMAN:  I don't know if the -- if

22  Plaintiff had -- I didn't know whether the Plaintiff was

23  planning to call Mr. Orsi adversely or how he wanted to

24  proceed with that.

25           THE COURT:  Well, I thought we worked that out;

1  that you were going to call Mr. Orsi and that their Cross

2  would also be Direct?

3        MR. HELLERMAN:  I guess that might have been a

4  misunderstanding on our part.  We assumed that, as they go

5  first anyway, they would call him adversely and then we

6  would clean up with Direct because, frankly, in a sense, it

7  depends very much how much they want to speak with Mr. Orsi

8  as to how much we want to speak with Mr. Orsi, we being the

9  Defendants so --

10        MR. NEIBURG:  Your Honor, I don't think that was

11  Plaintiff's understanding.

12        MR. HELLERMAN:  Okay.

13        MR. NEIBURG:  I think our understanding was

14  exactly how you envisioned it.

15        MR. HELLERMAN:  That's fine.  Then we'll call him

16  and we'll go from --

17        THE COURT:  That was the deal.

18        MR. HELLERMAN:  Okay.  That's fine.  We'll call

19  him and we'll do what we need to do.  We would call Mr.

20  Orsi.

21        THE COURT:  Okay.  Please take the stand, sir,

22  and remain standing.

23        PIERO ORSI, DEFENDANT'S WITNESS, SWORN

24        THE CLERK:  Thank you.

25        THE WITNESS:  You're welcome.

1          THE COURT:  If you'd just scoot up, Mr. Orsi,

2    make sure that we can hear you on the microphone that would

3    be helpful.  You can pull it toward --

4          THE WITNESS:  Is that clear?

5          THE COURT:  Oh yes, that's fine.

6          THE WITNESS:  Okay.

7                        DIRECT EXAMINATION

8    BY MR. BELONGIA:

9    Q    Good afternoon, Mr. Orsi.  Mark Belongia, for the

10   record.  Mr. Orsi, at some point in time, did you withdraw

11   money from the LLC bank account?

12   A    Yes I did.

13   Q    On or about when did you do that?

14   A    At sometime around the filing of the bankruptcy by

15   American Home.

16   Q    Why did you withdraw the money?

17   A    I was asked to do it by two individuals; in

18   particular, Jeff Lake and John Manglardi.

19          MR. NEIBURG:  Objection, Your Honor.  Hearsay.

20          THE COURT:  It goes to his understanding of what

21   they said, and if it's adverse, you're stuck with it anyway.

22   Overruled.

23   BY MR. BELONGIA:

24   Q    Who is Jeff Lake?

25   A    Jeff Lake was the individual that I dealt with from

1    way back in the beginning.

2    Q      What do you mean by way back in the beginning?

3    A      Prior to any relationship that I entered into with

4    First Home Mortgage.

5    Q      Was Jeff Lake a principal of VJJ?

6    A      Yes, one of the three.

7    Q      Who is John Manglardi?

8    A      John Manglardi was Jeff Lake's partner.

9    Q      Was he a partner in VJJ?

10   A      Yes.

11   Q      And it's your testimony that, prior to the bankruptcy

12   filing of AHM, Jeff Lake and John Manglardi told you to

13   withdraw the money from the LLC bank account?

14   A      Yes they did.

15          MR. NEIBURG:  Your Honor, I'm sorry.  Objection.

16   Hearsay.  I think what Defendants are attempting to do is

17   get an admission by a party opponent but they have yet to

18   establish --

19          THE COURT:  Hold on there.  Slow up.

20          MR. NEIBURG:  Sorry, Your Honor.

21          MR. BELONGIA:  No further questions.

22          THE COURT:  Very good.  Cross?

23          MR. NEIBURG:  Your Honor, I have prepared Cross

24   Examination binders.  May I approach the bench and the

25   witness to hand those out?

1          THE COURT:  Yes.  Thank you.  Make sure there's

2   nothing else in front of them.  Thank you.  Did you get one,

3   Rachael?

4          MR. NEIBURG:  Oh, sorry.

5          THE COURT:  The decision-maker needs one.

6          MR. NEIBURG:  And just to clarify for the record,

7   Your Honor, these exhibits are also distilled from the main

8   sets of binders.

9          THE COURT:  Okay.

10         MR. NEIBURG:  And for ease of reference, if I

11  reference Tab 14, that is also PX-14 and they correspond

12  exactly.

13         THE COURT:  Very good.

14         MR. NEIBURG:  For the record, Michael Neiburg,

15  from Young Conaway Stargatt & Taylor, on behalf of the Plan

16  Trustee as Plaintiff.

17                  CROSS EXAMINATION

18  BY MR. NEIBURG:

19  Q     Good morning, Mr. Orsi.

20  A     Good morning.

21  Q     Now, just some preliminary matters, if I refer to

22  Showcase, will you understand that I am referring to

23  Showcase of Agents, LLC?

24  A     Okay.

25  Q     That works?  And if I refer to Mortgage First Limited,

1  LLC, formerly known as Mortgage First Showcase, LLC, just

2  simply as the LLC, you'll understand I am referring to

3  Mortgage First Limited?

4  A      Yes.

5  Q      And if I refer to American Home Mortgage simply as

6  AHM, you'll understand I'm referring to American Home

7  Mortgage?

8  A      I do.

9  Q      And the same thing with First Home Mortgage

10  Corporation, if I simply refer to it as First Home, that's

11  understood as First Home Mortgage Corp.?

12  A      Okay.

13  Q      Okay.

14           THE COURT:  I was afraid you were going to keep

15  going.

16           MR. NEIBURG:  No, I -- well, there's a bunch of

17  different entities, Your Honor.

18           THE COURT:  I understand.

19           MR. NEIBURG:  Pretty much, get it out of the way.

20           THE COURT:  I understand.

21  BY MR. NEIBURG:

22  Q      Mr. Orsi, let's take this back in time to 2007.  Both

23  Showcase and the LLC held checking accounts at a banking

24  institution that was then known as First Chicago Bank &

25  Trust, correct?

1    A    Yes.

2    Q    And yourself, Jeff Lake, John Manglardi, that we

3    mentioned, they were -- you were both or all signatories on

4    the LLC's account --

5    A    Yes.

6    Q    -- at First Chicago?

7    A    Yes.

8    Q    And it's your understanding that Lake and both John

9    Manglardi and Vince Manglardi were, at that time, principals

10   of VJJ and -- I'm sorry, formerly principals of VJJ and

11   First Home and, in 2007, you believe they were officers of

12   AHM?

13   A    After the merger with AHM?

14   Q    Correct.

15   A    Yes.

16   Q    So as you stated on your Direct Testimony, on July 31,

17   2007, you transferred $350,000 from the LLC's account at

18   First Chicago to Showcase's account at First Chicago,

19   correct?

20   A    Yes I did.

21   Q    And if we could direct your attention to what is

22   marked as 23, PX-23, and if you could turn to the fifth page

23   of that exhibit?  It has some handwriting on it.

24   A    You mean one, two, three, four, five?

25   Q    Correct.

1    A    Okay.

2    Q    Do you see a page that has some handwriting on it,

3    sir?

4    A    Yes.  At the top right is July 2007.  Is that it?

5    Q    That's correct.

6    A    Okay.

7    Q    And if you look at the bottom date, 07/31, it says

8    transfer debit.  Do you see that, sir?

9    A    Transfer debit, yes, 7/31.

10    Q    In the amount of $350,000, correct?

11    A    Yes.

12    Q    And that's the transfer we're talking about?

13    A    Correct.

14    Q    And that transfer was credited to Showcase's account

15    also at First Chicago?

16    A    Correct.

17    Q    All right.  If you could turn to Exhibit marked PX-24,

18    sir.

19    A    Yes.

20    Q    Take a quick moment to look at it?  It's just --

21    really, just we'll be looking at the first page.  If you see

22    at the bottom of that page, sir, do you see where it says

23    daily balances?

24    A    Yes.

25    Q    Do you see on the date, July 30, where it says the

1   balance was approximately $41,000, is that correct?

2   A       July is it?

3   Q       July 30, 07/30?

4   A       I see 6/29.

5   Q       The column to the right.

6   A       Oh, 41,572?

7   Q       So based upon what has been marked as PX-24,

8   Showcase's account balance the day before the transfer was

9   $41,000, correct?

10  A       Yes.

11  Q       And if you look just right below there, after the

12  $350,000 transfer, your balance increased to approximately

13  390,000, is that correct?

14  A       Yes, that was the following month.

15  Q       It's the following day, correct?

16  A       Again, I am looking at 6 -- oh, 07/31 -- you're

17  correct, the second date, yes.

18  Q       And following that $350,000 transfer, sir, you and/or

19  Showcase wrote a series of checks out of the Showcase

20  account, isn't that correct?

21  A       Yes.

22  Q       And if we could turn to what has been marked as PX-25,

23  and I'm, in particular, starting with the second page of

24  that.

25  A       Okay.

1   Q     Do you see that, sir?

2   A     Yes I do.

3   Q     Okay.  And based upon that, it appears that on August

4   15, 2007, you and Mrs. Orsi endorsed a check in the amount

5   of $200,000 from the Showcase account payable to yourselves,

6   isn't that correct?

7   A     Correct.

8   Q     If we turn to page four of PX-25, which has a check

9   dated 9/3/07 to Forward Management, do you see that, sir?

10  A     The following page.  Okay.

11  Q     And Forward Management is a real estate management

12  company that represented you as landlord of the LLC, isn't

13  that correct, sir?

14  A     Yes it is.

15  Q     So on 9/3/07, you wrote a check to Forward Management

16  for the sum of $21,000, isn't that right?

17  A     Yes I did.

18  Q     And that amount represented rental payments that AHM

19  had not paid to you as landlord?

20  A     Correct.

21  Q     And if you would have not gotten that money, it would

22  have represented a loss of income to you, isn't that

23  correct, sir?

24  A     Yes.

25  Q     If you go to the -- just right -- the next page, check

1    dated 9/13/07.  Do you see that, sir?

2    A     Yes I do.

3    Q     And this check that you wrote to yourself from the

4    Showcase account in the amount of $49,000, that represented

5    a return of your original capital investment in the LLC,

6    isn't that correct, sir?

7    A     Yes.

8    Q     And if we could go back to the first page of PX-25,

9    please.  Now, according to this, on August 9th, 2007, you

10   endorsed a check out of the Showcase account payable to a

11   Jeffrey Lake, isn't that correct?

12   A     Yes.

13   Q     And it was your understanding that this money was to

14   pay commissions for the LLC's loan officers, is that

15   correct?

16   A     It's not.

17   Q     It's not correct?

18   A     No.

19   Q     What was your understanding at the time you wrote this

20   check of what the money was for?

21   A     I was asked to write the check to Jeffrey Lake to --

22   for him to be able to pay his loan officers that were not

23   employed of mine and make them whole since American Home had

24   filed for bankruptcy and they had this money coming to them.

25   Q     So it is your understanding that this money was for

1    commissions of the LLC's loan officers, correct?

2    A    The LLC?  Now clear me up.  Which LLC are we talking

3    about?

4    Q    Mortgage First Limited.

5    A    Mortgage First Limited?  Okay.  Yes.

6    Q    So we're on the same page.  Thank you.  And at some

7    point, you actually later asked Jeff Lake to return that

8    money, isn't that correct?

9    A    Yes I did.

10   Q    And that was after Plaintiff commenced this adversary

11   proceeding, isn't that right?

12   A    Yes.

13   Q    And Mr. Lake actually did return that money to you

14   didn't he?

15   A    After about a year.

16   Q    And you had to bug him for that money?

17   A    Yes.

18   Q    And, at one time, would you consider yourself as a

19   social friend of Jeff Lake?

20   A    Yes.

21   Q    And prior to the bankruptcy, throughout the course of

22   your business relationship, you frequently had breakfast

23   with him didn't you?

24   A    Yes, we would have breakfast on occasion.

25   Q    Whether or not it was when VJJ was involved with the

1   LLC; whether or not First Home, and later AHM, you

2   maintained somewhat of a social relationship with Jeff Lake,

3   isn't that correct?

4   A    Our breakfasts were not really to talk about VJJ or

5   any of that stuff.  They were basically geared to how can we

6   get more loans out of your agents.  That's the question that

7   would be asked all the time to increase the business, to

8   increase the pipeline.

9   Q    That's fine.  But those meetings occurred from

10  approximately 1998 through 2007, isn't that correct?

11  A    Yes.

12  Q    And I believe after the $350,000 transfer to the

13  Showcase account, you also wrote a series of checks in the

14  amount of $1,500 to certain individuals didn't you?

15  A    Yes.

16  Q    And those individuals were members of Showcase?

17  A    They were the members of Showcase who were providing

18  the loans for this whole relationship that we sustained

19  with.

20  Q    And that the $1,500 check to each of those people

21  represented the return of their original investment?

22  A    Correct.

23  Q    Mr. Orsi, at the time that you transferred the

24  $350,000 from the LLC's account, you believed that, pursuant

25  to the Operating Agreement of the LLC, you were entitled to

1   roughly half of that money didn't you?

2   A    Yes.

3   Q    And that's because the Operating Agreement provides

4   for a 50/50 split on profits and losses, isn't that right?

5   A    Yes.

6   Q    And, at some point thereafter, I think on October 1st,

7   2007, you transferred the remaining balance of the LLC's

8   account to the Showcase's account, isn't that right?

9   A    Well, I -- can you tell me what amount it was?

10  Q    Approximately $7,000.

11  A    Oh, yes.

12  Q    So based upon the series of checks that you wrote

13  after or around the time of these two transfers totaling

14  $357,000, you wrote a check to yourself and your wife for

15  $200,000, correct?

16          MR. HELLERMAN:  Objection.  Asked and answered.

17          THE COURT:  We've gone through this.  Move on.

18          MR. NEIBURG:  Okay.  I was just laying a

19  foundation for the next question.

20          THE COURT:  All right.

21          MR. NEIBURG:  Predicting an objection but I'll

22  just go right to it.

23  BY MR. NEIBURG:

24  Q    So, of the approximately $357,000 that you transferred

25  to Showcase, you subsequently wrote checks totally

1  approximately $300,000 to either yourself or other third

2  parties, isn't that right?

3  A     Yes it is.

4  Q     Mr. Orsi, other than the $1,500 checks that you sent

5  to Showcase's members, did they receive any of that

6  $357,000?

7  A     They who?

8  Q     The members of Showcase that you sent $1,500 checks

9  to, individually, that you just testified to, did they

10 receive, other than the $1,500 any amounts from that 357,

11 other than the $1,500 check?

12             MR. HELLERMAN:  Objection.  Relevance?

13             THE COURT:  Relevance?

14             MR. NEIBURG:  It goes to his state of mind as to

15 whose money he thought it was.  Did he think it was his

16 money or Showcase's money?

17             THE COURT:  All right.

18             MR. NEIBURG:  The LLC's money?

19             THE COURT:  Okay.  Overruled.

20             THE WITNESS:  You have already asked me about the

21 $1,500 each.  That was what belonged to them.  The members

22 had received quarterly distributions already from the yearly

23 checks.  So it was not their money.  That money belonged,

24 50/50, to myself and American Home.

25 BY MR. NEIBURG:

1    Q      But Mr. Orsi, wasn't Showcase the member of the LLC,

2    not Piero Orsi?

3    A      Well, Showcase, yes.

4    Q      Okay.  And weren't -- if Showcase itself was entitled

5    to say $50, weren't each of the members of Showcase entitled

6    to their proportionate share of that money?

7              MR. HELLERMAN:  Objection.  Relevance.

8              THE WITNESS:  I'm lost.

9              THE COURT:  Sustained.  Move on.

10   BY MR. NEIBURG:

11   Q      Mr. Orsi, since this action was commenced, you've been

12   using the money to pay for your legal fees for this

13   litigation haven't you?

14             MR. HELLERMAN:  Objection.  Relevance.

15             THE COURT:  Move on.

16   BY MR. NEIBURG:

17   Q      Okay.  Let's switch gears a bit.  If we could switch

18   to what has been marked as PX-7.

19             THE COURT:  7?

20             MR. NEIBURG:  Yes, sorry.

21   BY MR. NEIBURG:

22   Q      What I'd like to talk about, Mr. Orsi, is the

23   formation of the LLC.  Just let me know when you're finished

24   doing a review.

25   A      This is the first one.

1    Q    Okay.  And Mr. Orsi, what has been marked as PX-7,

2    this is the Articles of Organization of the LLC, isn't that

3    correct?

4    A    Yes.

5    Q    And that occurred on May 25, 1995 or, I'm sorry, May

6    22nd --

7    A    Yes.

8    Q    1995?

9    A    Yes.

10   Q    And to your recollection the LLC was formed and did

11   conduct business as a residential mortgage loan originator,

12   isn't that right?

13   A    Yes, correct.

14   Q    And if you look at Item 6 on the first page of PX-7,

15   do you see the name of Ronald Laurenzini, Jr., sir?

16   A    Yes.

17   Q    And he was the registered agent of the LLC?

18   A    Correct.

19   Q    And, to your knowledge, was Mr. Laurenzini also VJJ's

20   attorney in connection with the formation of the LLC?

21   A    Yes he was.

22   Q    Did he have any involvement with the drafting of the

23   LLC's Operating Agreement?

24   A    I believe he did.

25   Q    So if we could turn to what has been marked -- it's

1    Tab 100 but it's JX-1?

2    A      I'm sorry?

3              THE COURT:  Where are you now?

4              MR. NEISBURG:  Sorry.  It's Tab 100, Your Honor.

5              THE COURT:  All right.

6              MR. NEISBURG:  But the actual exhibit is marked

7    JX-1.  It's the only one that doesn't correspond.

8              THE WITNESS:  And which tab do I go to?

9              THE COURT:  All the way to the back.

10             MR. NEISBURG:  100.

11             THE COURT:  The last document, sir.

12             THE WITNESS:  Thank you.  What page?

13   BY MR. NEISBURG:

14   Q      That is the Operating Agreement for the LLC?

15   A      Yes.

16   Q      And it was your understanding that, at the time the

17   LLC was formed, Showcase and VJJ were the initial two

18   members of the LLC, isn't that right?

19   A      Yes.

20   Q      And VJJ was the manager of the LLC?

21   A      Yes.

22   Q      And as manager, VJJ performed duties on behalf of the

23   LLC, isn't that right?

24   A      Yes it did.

25   Q      And those duties included obtaining licenses, handling

1    the necessary paperwork, filing tax returns, isn't that

2    right?

3    A      Yes.

4    Q      And the things that VJJ did, those are the things that

5    you expected them to do as manager, correct?

6    A      Yes.

7    Q      And VJJ also, on behalf of the LLC, gave distributions

8    to Showcase and VJJ on a yearly basis, isn't that right?

9    A      Yes.

10   Q      If we could turn to Tab 3, PX-3.

11   A      Yes.

12   Q      And what has been marked PX-3, that is an Exclusive

13   Services Agreement between the LLC and First Home, isn't

14   that correct?

15   A      Yes.

16   Q      And it --

17   A      I'm just reading the top, correct?

18   Q      Okay.  Yes.

19   A      Yes.

20   Q      And it was your understanding that the LLC enlisted

21   the services of First Home to underwrite, process, and fund

22   mortgage loans, is that correct?

23             MR. HELLERMAN:  Objection.  Relevance.

24             THE COURT:  Relevance?

25             MR. NEISBURG:  It goes to the parties' course of

1  dealing and what we're establishing as we set forth in the

2  Pretrial Memo what VJJ did --

3         THE COURT:  Okay.

4         MR. NEISBURG:  -- VJJ did for the LLC and

5  subsequently --

6         THE COURT:  Sustained -- I mean overruled.

7  BY MR. NEISBURG:

8  Q    And sir, correct me if I'm wrong.  It was your

9  understanding that VJJ and First Home were owned and run by

10 the same people, correct?

11 A    At that time, yes.

12 Q    And that was Jeff Lake, John Manglardi, and Vince

13 Manglardi?

14 A    Correct.

15 Q    And is it your understanding that, at some point, VJJ

16 merged with First Home, isn't that correct?

17 A    Yes.

18 Q    And after that merger, VJJ and First Home, First Home

19 performed the same duties for the LLC that VJJ had performed

20 as manager of the LLC, isn't that correct?

21 A    You're confusing me.  If you would might explain it

22 because VJJ --

23 Q    Sure.

24 A    -- did not merge with First Home.  There was a merger

25 before that.  So which one are you referring to that I'm

1  supposed to answer?

2  Q     Well, I think I had just asked you that it was your

3  understanding that VJJ had merged with First Home and you

4  said correct or you said yes.

5  A     Well, all I'm saying is we went from VJJ I believe to

6  Limited to American Home.  There were two steps there.  So

7  I'm asking your question does it refer to VJJ on the first

8  merger or is it on the last one?

9  Q     I think you testified, and you testified --

10  A     You're confusing me right now so whatever I testified

11  to, I'm asking you a question.

12  Q     I'll try and break it down, sir.

13  A     Thank you very much.

14  Q     Did you ever come to realize that VJJ and First Home

15  Mortgage Corp. had ever merged with First Home Mortgage

16  Corp. surviving as the only entity left?

17  A     I never knew anything about that until the

18  proceedings.  I had no idea that VJJ merged into anything.

19  Q     If I could direct the Court's attention, and the

20  witness's attention, to PX-11, in particular, Interrogatory

21  No. 15?

22  A     I'm sorry?

23  Q     It's page nine of the exhibit.

24  A     Okay.

25  Q     Do you see what is numbered 15, sir?

1    A      State all facts that in any way support --

2    Q      I'm sorry, page nine, No. 15.  It should be

3    Identify --

4    A      At the top of the page?

5    Q      Yes.

6    A      "Identify the date and circumstance at which you first

7    learned, became aware, that VJJ had merged into the FHM."

8    Q      Okay.

9    A      Federal Home -- I mean --

10   Q      So at some point following the actual merger, you

11   learned of the merger, correct?

12   A      Yes.  This is the first merger.  That's what I -- now

13   it's clear to me.  I see it.

14   Q      Sorry if I wasn't making myself clear on the question.

15   A      No problem.

16   Q      And after this merger that we just talked about, First

17   Home performed the same duties for the LLC that VJJ had

18   performed before, correct?

19   A      Correct.

20   Q      So First Home took care of the administrative tasks,

21   correct?

22   A      Yes.

23   Q      They obtained any needed licensing, correct?

24   A      Yes they did.

25   Q      They prepared and filed the tax returns on behalf of

1  the LLC, isn't that right?

2  A    Yes.

3  Q    And First Home also gave Showcase yearly checks in

4  connection with the LLC's operation, isn't that true?

5  A    Yes.

6  Q    If we could fast-forward to 2000.  Prior to First Home

7  merging with AHM, you were aware, at the very least, that

8  First Home was considering possible mergers, isn't that

9  correct?

10 A    Not until just about the merger happened.

11 Q    Before the merger happened, you were aware that First

12 Home was entertaining possible mergers?

13 A    Yes I was, a very short time before it.

14 Q    And Manglardi had told you -- I'm sorry, John

15 Manglardi had told you that a merger was needed because

16 First Home had become too big to be small and too small to

17 be big, isn't that right?

18 A    Those conversations were not leading to any merger at

19 all.  It was a daily struggle that he would share with me

20 that it was painful by the 15th of the month to come up with

21 more money to fund the loans.

22 Q    So First Home, by itself, was not able to meet the

23 funding commitments, the mortgage loans that were being

24 generated by the LLC, isn't that correct?

25          MR. HELLERMAN:  Objection.  Relevance.

1          MR. NEIBURG:  Your Honor, we have asserted

2   various theories of recoveries, one of which is wavier.  I

3   think this established the reason that he knew of the merger

4   before it happened; that there was a business reason for the

5   merger and he benefited from the merger following the

6   merger.

7          THE COURT:  Okay.  Overruled.

8   BY MR. NEIBURG:

9   Q    In fact, you yourself, had approached Jeff Lake

10  because there were several instances in which your realtors

11  complained of funding issues, isn't that correct?

12  A    No, not so.  There were no issues as far as merging.

13  Manglardi complained -- to me, not complaining, but sharing

14  his miseries of how he had to go from bank-to-bank to get

15  new pipeline to fund the loans.  That did not include any

16  kind of talk into the merger with anybody.  It was just him

17  telling me that his job had become one which required him to

18  go from bank-to-bank and pick up three, four million here

19  and three, four million there.  It was just a matter of

20  funding the commitments that we had.  I never had any

21  problems.  My agents never had any problems funding any

22  loans or commitments until the bankruptcy.

23  Q    If I could refer to PX-5, and, I'll be brief as

24  possible, Your Honor; page 52, starting at line four.

25          THE COURT:  Which page 52?

1          MR. NEIBURG:  I'm sorry; of PX-5, which is --

2          THE COURT:  Yes, but I mean are you talking about

3    the mini-script page or the sheet page?

4          MR. NEIBURG:  Yes, I'm sorry; the mini-script

5    page, actual page 52 of the deposition itself.

6          THE WITNESS:  Would that be from the beginning?

7          THE COURT:  Yes, it's on numerical page 14, sir.

8    If you look to the bottom right, it shows you a number and

9    then there will be -- and then it says pages 50-53 or

10   something like that.  You need to look at -- what are we

11   looking at, 56?

12         MR. NEIBURG:  Page -- top of page 52.

13         THE COURT:  52, all right.  So page --

14         THE WITNESS:  That would be the one on the bottom

15   that says 14, pages 50 to 53, between parenthesis?

16         THE COURT:  Yes.

17         MR. NEIBURG:  Correct.

18         THE WITNESS:  Thank you.

19         THE COURT:  The top right.

20         THE WITNESS:  Okay.

21         THE COURT:  Where it says page 52.

22         THE WITNESS:  Page 52.  Got it.

23   BY MR. NEIBURG:

24   Q    And I had asked you about this conversation that

25   you've had with Manglardi where he complained about funding

1  and then, in response, you said that was prior to the

2  merger, and I'll read for NIS, Jeff Lake, following that,

3  because there were more than one instance where there was a

4  commitment that could not be funded and I would hear it from

5  the realtors saying hey, what is going on.

6           MR. HELLERMAN:  Objection.  Your Honor, improper.

7  He's reading deposition testimony.

8           THE COURT:  He's impeaching the witness, or

9  attempting to do so.  Overruled.

10           MR. NEIBURG:  So again, Mr. Orsi --

11           THE COURT:  Ask him now is that what he said?

12  BY MR. NEIBURG:

13  Q     Is that what you said?

14  A     I said that, and I was referring specifically to the

15  immediate time prior to the filing.  The filing I believe

16  was towards the end of August, and American Home was not

17  funding loans for I believe a week to 10 days, possibly two

18  weeks, prior to its filing.  There were -- that is the time

19  when we had trouble.  We could not fund them and we had to

20  move them some place else, not any time before that.

21           MR. NEIBURG:  I'll just let the deposition

22  transcript speak for itself on that one, Your Honor.

23           THE COURT:  Let's move on.

24  BY MR. NEIBURG:

25  Q     Mr. Orsi, at some point following the First Home AHM

1 merger, you approached Jeff Lake about the merger didn't

2 you?

3 A    I'm sorry.  Would you repeat the question, please?

4 Q    After the merger of First Home and AHM --

5 A    Okay.

6 Q    -- you approached Jeff Lake to speak to him about the

7 merger, didn't you?

8 A    Yes.

9 Q    And what spurned that conversation was you were now

10 getting checks from AHM instead of First Home, isn't that

11 correct?

12 A    Correct, yes.

13 Q    And because of that, you realized that First Home had

14 merged with AHM, isn't that right?

15 A    Yes.

16 Q    And following your confirmation that a merger

17 occurred, did you do anything?  Did you write a letter?  Did

18 you seek to obtain Counsel?

19 A    No, I simply asked what happened to our original

20 agreement; where am I at?  And they said you're fine, you're

21 covered; nothing to worry about.

22 Q    Okay.

23 A    I did not seek Counsel.

24 Q    And the next year and the year after that, you

25 continued to get yearly checks from AHM, isn't that correct?

1  A     I had the same individuals from the very beginning

2  that were still going on that were working in whatever

3  fashion for American Home and they were telling me

4  everything is okay; don't worry about it, and that's what

5  stood at that time.

6  Q     I understand that's your testimony, sir, but it's just

7  a simple question.  After the First Home and AHM merger, the

8  LLC's operations continued and you received yearly checks

9  from AHM, isn't that right?

10  A     Yes.

11  Q     And just like VJJ and First Home, after the First Home

12  and AHM merger, AHM performed many tasks for the LLC didn't

13  it?

14  A     The same as before, yes.

15  Q     So it prepared and filed tax returns, correct?

16  A     Yes.

17  Q     Handled all the licensing, correct?

18  A     Yes.

19  Q     Made yearly distributions to you, correct?

20  A     Yes.

21  Q     But it's your position that AHM was not a member of

22  the LLC, isn't that right?

23  A     Yes.

24  Q     AHM wasn't performing those services for free were

25  they?

1   A      They were the rainmakers.  I never knew what they were

2   charging; what they were not charging, other than some of

3   the reimbursement that I was clearly asking for them.  They

4   will be the entity that established the money, how much it

5   came in, how much it goes disbursed, how much it went to the

6   accountants, how much it generated a K-1.  I was probably

7   ignorant of any of that process.

8   Q      Just taking a step back, in connection with this

9   action, if you recall, Plaintiff served some document

10  requests on you that you may have discussed with your

11  attorney, isn't that correct?

12  A      If I know which documents, I'll be able to tell you if

13  I discussed them.

14  Q      Well, you produced, in connection with this action,

15  documents that you were asked for by Plaintiff, correct?

16  A      Yes.

17  Q      And your initial production only had a few pages,

18  isn't that correct, approximately 29 pages?

19  A      I don't recall.

20          THE COURT:  What's the relevance?  What

21  relevance?

22          MR. NEIBURG:  Your Honor --

23          THE COURT:  I don't need a root canal today.

24          MR. NEIBURG:  I'm sorry, Your Honor, but the

25  Defendants' case is essentially predicated on the absence of

1    documents.  I am asking Defendant about his document

2    collection and production.  What -- I was about to get into

3    what business records he had and what was actually produced

4    to Plaintiff showing Showcase's connection to the LLC

5    itself.  I'll move on, Your Honor.  I'm sorry.

6              THE COURT:  Yes, I don't understand the

7    connection.

8    BY MR. NEIBURG:

9    Q    Now, just taking a step back, after the AHM merger,

10   you relied on First -- or during the course of the LLC's

11   business, you relied on First Home, and later AHM to provide

12   you with Schedule K-1s for Showcase to prepare its own tax

13   returns, isn't that correct?

14             MR. BELONGIA:  Asked and answered.

15             THE COURT:  Overruled.  You can answer.

16             THE WITNESS:  I wasn't relying.  That's the

17   process the way they always did it and it continued on.

18   BY MR. NEIBURG:

19   Q    So let's talk about the LLC's tax returns.  To

20   confirm, it was your understanding that AHM was responsible

21   to prepare those returns on behalf of the LLC?

22             THE COURT:  I've got to tell you.  This is like

23   the fifth time you've asked that question.

24             MR. NEIBURG:  Sorry, Your Honor.

25             THE COURT:  Okay?  He knows what's going on.  You

1   know what's going on.

2   BY MR. NEIBURG:

3   Q    And, to your understanding, did Showcase report

4   taxable income from the LLC that was consistent with what

5   the LLC was reporting?

6             MR. BELONGIA:  Objection.   Relevance?

7             THE COURT:  Overruled.

8             THE WITNESS:  Yes.

9   BY MR. NEIBURG:

10  Q    Let's turn to what has been marked as PX-30.  If you

11  could turn to what has been marked the Bates stamp in the

12  lower right-hand corner, 763 and 766.  In fact, we'll just

13  do 763.  I apologize.

14  A    The last three numbers?

15  Q    Yes.  If you look on the lower right corner, sir, if

16  you --

17  A    Okay.  763.

18  Q    763.

19  A    Okay.  At the top, we're looking at Partner's Share of

20  Income?

21  Q    Correct.

22  A    Credit deduction, that page?  Okay.

23  Q    Do you see that it's the Schedule K-1 for Showcase of

24  Agents, LLC?  Do you see that, sir?

25  A    Yes.

1  Q     And it says, in the lower portion, Item D, do you see

2  that, sir, where it talks about profit sharing and --

3  A     Yes.

4  Q     -- loss sharing?

5  A     Yes.

6  Q     Do you see where it says right next to that 50

7  percent, sir?

8  A     Yes.

9  Q     I'm sorry?

10 A     No, no.  I got it.

11 Q     Do you see that?  Okay.  Let's go back to the time --

12 I'm sorry.  Let's go back to the time you transferred the

13 $350,000 from the LLC's account.

14 A     Yes.

15 Q     By the time you had made that transfer, I understand

16 that it's your testimony that Jeff Lake had informed you

17 that AHM was on the verge of bankruptcy, correct?

18 A     Yes.

19 Q     And he wasn't giving you straight answers about AHM's

20 funding issues, isn't that correct?

21 A     Funding the loans?

22 Q     Correct.

23 A     We weren't getting funding --

24 Q     Okay.

25 A     -- past 10 days, the last 10 days prior to the BK

1  filing.

2  Q     And after he told you about AHM's pending bankruptcy

3  or impending bankruptcy, you sent a series of letters to

4  Showcase's members, isn't that correct?

5  A     Yes.

6  Q     And, if we could turn, we'll just look at one example

7  quickly, in what has been marked PX-14.

8              THE COURT:  14?

9              MR. NEIBURG:  Correct, Your Honor.

10             THE COURT:  Okay.

11             MR. NEIBURG:  And, in particular, we'll just take

12  a sample real quick here if we could look at the bottom

13  Bates stamp D-15.

14             THE COURT:  Letter to Deborah Cassidy, is that

15  correct?

16             MR. NEIBURG:  Correct, Your Honor.

17             THE WITNESS:  Where -- I don't have anything down

18  at the bottom of this page that --

19  BY MR. NEIBURG:

20  Q     I think it's underneath your signature on the check.

21  It's kind of tough to see.

22  A     Oh, this one has 19 so I guess 18, 17, 16?  I'm going

23  to 15?

24  Q     Yes.  It's a letter to a Deborah Cassidy.

25  A     Oh, okay.  That I -- oh, yes.

1   Q     So this is one of the letters you sent to Showcase

2   members after you found out about AHM's upcoming bankruptcy,

3   is that correct?

4   A     Yes.

5   Q     And you stated that, based on the fact that American

6   Home Mortgage is under bankruptcy, I have no choice but to

7   dissolve our current LLC, isn't that correct?

8   A     Yes.

9   Q     So at the time of the $350,000 transfer, you believed

10  that AHM was a member of the LLC, isn't that right?

11          MR. BELONGIA:  Objection.  Calls for legal

12  conclusion.

13          MR. NEIBURG:  It goes to what he believes, Your

14  Honor, not whether AHM was a member.  Just did he think that

15  AHM was a member of the LLC?

16          THE COURT:  All right.  Overruled, but not a

17  legal conclusion, sir, based on your understanding.

18          THE WITNESS:  My understanding was that the LLC

19  was being dissolved.  Would you mind re-state the question,

20  please?

21  BY MR. NEIBURG:

22  Q     Yes.  At the time you transferred the money from the

23  LLC's account to the Showcase's account, did you believe or

24  did you think that AHM was a member of the LLC?

25  A     Yes.

1    Q      And because AHM was a member of the LLC in your mind,

2    their bankruptcy caused the dissolution of the LLC, isn't

3    that correct, in your mind?

4    A      In my mind, yes.

5              MR. NEIBURTG:  If we'd take a look at PX-26, Your

6    Honor, I'll wrap up pretty quickly.

7              THE COURT:  Okay.

8              THE WITNESS:  Page 26 you said?

9    BY MR. NEIBURG:

10   Q      I'm sorry.  The exhibit which has been marked PX-26.

11   A      Okay.

12   Q      So behind Tab 26.

13   A      Okay.

14   Q      Are you there, sir?

15   A      Yes I am.

16   Q      Okay.  At the time you took the money in July 2007,

17   you thought roughly half was yours, correct?

18   A      Correct.

19   Q      And that -- and the Federal tax return that was filed

20   on behalf of Showcase is essentially consistent with that

21   belief, isn't that correct?

22   A      Yes.

23   Q      Okay.  And if you would look at Item #8 on the first

24   page where it says Total Income --

25   A      Yes.

1  Q      -- combined lines three through seven, it appears that

2  Showcase reported income of $162,981, isn't that correct?

3              MR. BELONGIA:  Objection.  Relevance.

4              THE COURT:  Overruled.

5              THE WITNESS:  That's what it says.

6  BY MR. NEIBURG:

7  Q     Okay.  And if we could go to the next to the last page

8  of this entire exhibit, so it's marked on the bottom right,

9  D-188.

10 A     Yes.

11 Q     And do you see where it says Schedule L, line 17,

12 Other Current Liabilities?

13 A     Oh, on the bottom?  Yes.

14 Q     And in the section entitled Other Current Liabilities,

15 there's an end-of-tax-year current liability in favor of

16 American Home for the amount of 162,985, isn't that correct?

17 A     Yes.

18 Q     And Showcase's tax returns for tax years 2008 through

19 2010 also reflect that same current liability in favor of

20 AHM, isn't that correct?

21 A     Yes, that was the one-half that was set aside and

22 carried on the books as such, reflecting a liability which

23 was money owed out.  I didn't take all the money.  I took my

24 half, what I believed was my half, and the other half was

25 put on the books for whoever was coming up.

1  Q      But you previously testified that, shortly after

2  transferring the 350, you sent checks out for approximately

3  300,000.  That's not roughly half is it, sir?

4  A      I did not send checks for 350,000.

5  Q      A series of checks totaling 300,000.  I'll just --

6  A      No it's not.  You're incorrect.  Maybe we want to add

7  them up.

8              MR. NEIBURG:  Your Honor, I'll let the record

9  stand on that.

10             THE COURT:  All right.

11             MR. NEIBURG:  I have no further questions at this

12  time.

13             THE COURT:  I have a couple.  Wait a minute.

14             MR. NEIBURG:  Should I --

15             THE COURT:  You can sit down.

16  BY THE COURT:

17  Q      At the time you took out the money, you understood

18  that Showcase had 50 percent of the LLC?

19  A      Yes.

20  Q      And somebody else had the other 50?

21  A      Yes.

22  Q      And you were entitled to half?

23  A      Yes.

24  Q      Who was entitled to the other half?

25  A      Since they filed bankruptcy, I thought somebody will

1  come up for that money.

2  Q    Somebody will come up?  All right.  You thought

3  somebody would come up for that money but you did write

4  checks out of -- at least one $200,000 check to yourself,

5  correct?

6  A    That was the money that we were getting back with

7  original invested in the beginning.  When -- if I can, may I

8  go back to the beginning of this account?

9  Q    Yes, please.  Yes.

10  A    When we started out back in 1995, the three partners

11  and myself were in 50/50. It was decided that, at that time,

12  any additional profits coming in over and beyond the regular

13  quarterly distributions to the members, realtors bringing in

14  the loans, we will leave it in the pot so that if, in the

15  course of the business, going forward, some of those loans

16  would be caused to be bought back for some negligence that

17  was on the lender's part, then we would have the money to

18  pay off those loans.  That's why the money was left back in

19  there.

20  Q    And did that ever happen?

21  A    It didn't happen and this is why I was questioning

22  through these mergers whenever I found out, which I never

23  had prior knowledge or, if I did, I was never even asked to

24  be a participant in the process or, let alone, given first

25  right of refusal.  All along, my understanding was that this

1    money that was set up in a pot from the beginning kept going

2    forward, and not until my deposition when I saw all these

3    documents showing that the capitalization for one side was

4    entirely different than the other.  I never had knowledge of

5    that until less than a year ago when I was deposed.

6    Q    What -- just let me ask this.  What generally did you

7    receive from -- no, that you remember that you were getting

8    in the mail or by email, or what have you?  What were you

9    getting from AHM?

10   A    I was getting the usual check between $50,000 and

11   $70,000 a year, which then I was distributing it all out to

12   the members on a quarterly basis with even splits; not based

13   on how many loans they brought in, but just based on

14   profits, if you would, that were there.  That is why, for

15   me, as an investor into this LLC, it would be -- it would

16   have been totally meaningless for me to be in it if I did

17   not have some return on the investment, on the managing for

18   -- I didn't charge a fee for managing this operation.  The

19   idea was that when you get to the end, you have half of the

20   pot.  Well, this pot got from one to the next merger to the

21   next merger and then, a year ago, I'm confronted with these

22   K-1s, whatever you call them.

23   Q    All right.  So you were getting checks that you then

24   distributed based on your understanding --

25   A    Yes.

1  Q      -- of what you had to do?

2  A      One yearly check.

3  Q      And you were getting the K-1 every year, right?

4  A      Right.

5  Q      Okay.

6  A      But the K-1 only reflected our portion, which then I

7  give it to the accountant who distributed separate K-1s for

8  each member of the LLC based on the money that they had

9  received.

10  Q      Okay.

11  A      I never knew on the K-1 what VJJ or -- meaning the

12  three partners now with American Home, what they took or

13  anything.  I never had any knowledge of that.

14  Q      All right.  I'm just trying to figure out what you

15  got.

16  A      Yes.

17  Q      Okay.  Was there anything else?  The checks?  The K-1?

18  That was pretty much it?

19  A      That was it.  That was it.  My part in this

20  relationship was always to drive the business in, and not

21  the accounting, not necessarily any of that.

22  Q      So the checks you received from AHM, you re-

23  distributed to --

24  A      Yes.

25  Q      Okay.  And didn't keep anything for yourself?

1   A      No, they were distributed to the membership.

2             THE COURT:  All right.  Based on my questions, do

3   you have any further questions, Counsel?

4             MR. NEIBURG:  No, Your Honor.

5             THE COURT:  Okay.  Thank you.  Yes, take your

6   time.

7             MR. BELONGIA:  Nothing further, Your Honor.

8             THE COURT:  Okay.  Thank you, sir.  You may step

9   down.

10            THE WITNESS:  Thank you.

11            THE COURT:  Any further witnesses?

12            MR. NEIBURG:  None, Your Honor.

13            MR. BELONGIA:  No, Your Honor.

14            THE COURT:  Okay.  Let's deal with the documents

15  -- the exhibits I mean.  Start with Plaintiff.

16            MR. SCHNITZER:  Your Honor, Edward Schnitzer.

17  The first exhibit we would -- I apologize that it's out of

18  order but I was going to do it through the binder that I

19  used for Mr. --

20            THE COURT:  All right.  Okay.

21            MR. SCHNITZER:  The first exhibit would be 23.

22            MR. HELLERMAN:  I'm sorry; Your Honor, can I have

23  a couple of minutes?

24            THE COURT:  Yes.  I'll tell you what.  Let's take

25  a break.  Everybody can get organized and then we'll come

1   back and we can deal with the exhibits.  Okay?  Five or ten

2   minutes.

3              (Recess from 12:35 p.m. to 12:50 p.m.)

4              THE CLERK:  All rise.

5              THE COURT:  Sorry.  Just give me a moment.  All

6   right.  Okay.

7              MR. NEIBURG:  We're all set?  For the record,

8   Michael Neiburg, from Young Conaway Stargatt & Taylor, on

9   behalf of the Plan Trustee.  Your Honor, during the break,

10  the parties, or at least the Plaintiff, identified the

11  exhibits that it wishes to move into evidence.  So to make

12  it easier, we'll go down the list of documents in numerical

13  order that we intend to move in and it sounds like each one

14  will be subject to an objection.  The first is PX-3 which is

15  the Exclusive Services Agreement between --

16             THE COURT:  All right.

17             MR. NEIBURG:  Oh, sorry.  Would you -- Your

18  Honor, we do have indexes.  Would that help?

19             THE COURT:  Yes, because my index is in order of

20  examination.

21             MR. HELLERMAN:  I know we had attached to the

22  Pretrial -- to our Pretrial Memorandum, there's a section

23  that has the exhibits and objections in an Excel sheet.

24             MR. NEIBURG:  May I approach, Your Honor?  It's

25  just right here stapled, the same thing.

1          THE COURT:  Oh, okay.  Thank you.  Oh, I see what

2    you did.  Okay.  Very good.  Can you give a copy to Ms.

3    Werkheiser, please, unless you have -- do you have the

4    Pretrial Memo handy?  All right.  That's fine.  Now we're

5    good.  Go ahead.

6          MR. HELLERMAN:  We object, as we've indicated on

7    the Excel sheet, Your Honor, and we also objected during the

8    examination.  Obviously, we weren't going to raise every one

9    of the objections we put on a sheet when they were examining

10   witnesses with the documents because they weren't offering

11   them at that time and we figured we'd rather not interrupt

12   the examination in that way.

13         THE COURT:  That's fine.

14         MR. HELLERMAN:  But, as we said during the

15   examination, the Services Agreement, while it may

16   conceivably be some background, when we're thinking about

17   the claim that's at issue here, it's not relevant.

18         THE COURT:  Response?

19         MR. NEIBURG:  Your Honor, the Exclusive Services

20   Agreement is used just to show exactly what the LLC was

21   doing because, in his deposition, Mr. Orsi, as he said here,

22   there was, you know, money he was or was not getting that

23   should have been to him and I mean the recitals in the

24   Services Agreement kind of dictates what the LLC was going

25   to get compensated for and what First Home was to do for the

1  entity and what ultimately AHM did for the entity.  They

2  funded loans.  I'm not married to the document, Your Honor,

3  but just -- it goes to the underlying course of dealings.

4            THE COURT:  I'll admit it.

5            MR. NEIBURG:  Your Honor, next is PX-4 which

6  we'll submit.  I don't think there's a pending objection.

7            MR. HELLERMAN:  There's no objection to that.

8  It's a transcript of the other party in the case, Mariapia.

9            THE COURT:  Okay.

10            MR. NEIBURG:  And PX-5, Your Honor, was the

11  designated transcript of the Piero Orsi/Showcase 30(b)(6)

12  deposition.

13            MR. HELLERMAN:  And our only objection to that

14  was simply that Mr. Orsi was going to be testifying live and

15  I appreciate that there are several provisions to the

16  Federal Rules about the use of a deposition, but it just

17  didn't seem to be necessary in light of the testimony.

18            THE COURT:  All right.  I'll admit it.

19            MR. NEIBURG:  And, Your Honor, next is PX-7 which

20  will be admitted without objection.

21            MR. HELLERMAN:  That's correct.

22            THE COURT:  Okay.

23            MR. NEIBURG:  Your Honor, next is PX-8 which was

24  Defendant's initial disclosures.

25            MR. HELLERMAN:  And again, as to the pleading

1  itself, as a pleading, we object that it be admitted into

2  evidence.  To the extent that there were documents attached,

3  and by the description in the chart, it appears that only

4  certain documents are really being offered within the larger

5  30(b)(6) -- strike that; the original initial disclosure

6  document, but as a pleading, we don't think it's appropriate

7  to admit that into evidence in the trial.

8           MR. NEIBURG:  Your Honor, given that the Services

9  Agreement and the Operating Agreement will be admitted

10 elsewhere, we can withdraw that.

11          THE COURT:  All right.  It's not offered.

12          MR. NEIBURG:  PX-9 which is the Articles of

13 Merger, First Home and VJJ Corporation, Your Honor.

14          MR. HELLERMAN:  We object to that document.

15 Again, although the only thing we stated in the chart is

16 relevance, I think we have a core foundational issue that we

17 raised essentially in the Motion in Limine as well that we

18 stand on as to many, if not all, of the exhibits they're

19 offering.  Aside from the fact that the merger document, per

20 se, and we're talking now, you know, if there were two

21 mergers in this case, just -- I'll refer to this one, the

22 VJJ First Home as the first merger if that's okay.

23          THE COURT:  Sure.

24          MR. HELLERMAN:  The first merger, the earlier

25 merger in time, itself is not -- the Merger Agreement, the

1  niceties of how that reads, is not relevant.  Apart from

2  that, there's no foundation to it.  We haven't objected to

3  authenticity; obviously, that we stipulated to.  But from

4  Mr. Colagiacomo's own lips, he knows nothing about this

5  underlying merger other than the filed, publically available

6  Secretary of State's stamped documents.  There's no

7  foundation for any other document pertaining to the VJJ

8  First Home merger to be admitted before this Court to play

9  any role in the decision here.

10          THE COURT:  I disagree.  It's admitted.

11          MR. NEIBURG:  Your Honor, PX-10, which is

12  Articles of Amendment where the name of First Mortgage

13  Showcase was changed to Mortgage First Limited.

14          MR. HELLERMAN:  We certainly don't challenge the

15  fact that that occurred.  We don't think it's relevant to

16  the case.

17          THE COURT:  Overruled.  It's admitted.

18          MR. NEIBURG:  PX-11, Your Honor, which was

19  Defendants' Responses to Plaintiff's First Set of Discovery

20  Requests.

21          MR. HELLERMAN:  Likewise, unless used --

22          THE COURT:  What's the point?

23          MR. HELLERMAN:  I'm sorry?

24          THE COURT:  What's the point of putting the

25  document responses in?

1          MR. NEIBURG:  Just some admissions that are in

2     there, Your Honor.

3          THE COURT:  In response to --

4          MR. NEIBURG:  This was --

5          THE COURT:  -- Request for Production of

6     Document?

7          MR. NEIBURG:  Well, they're Interrogatories and

8     Admissions, Your Honor.  It's not just document requests.

9     It was Interrogatories and Request for Admission.

10         MR. HELLERMAN:  If that's the case, Your Honor,

11    we think it would have been incumbent upon the Plaintiff to

12    bring out those things that were -- that they're seeking to

13    have admitted in the case-in-chief or during the trial and

14    that was not done so we object to that document -- to any of

15    those documents.

16         THE COURT:  The admissions are redundant, not to

17    mention in excess of those allowed under the Federal Rules.

18    So it's not admitted.

19         MR. NEIBURG:  That's fine.  Next, Your Honor, is

20    PX-12 which was a letter from Piero Orsi to Jody Ginsburg of

21    First Home.

22         MR. HELLERMAN:  Again, we object to relevance,

23    and I think further to the point of the relevancy objection,

24    Your Honor, is the notion that it's our position, based upon

25    everything we've seen up to the trial, and certainly the way

1  today has proceeded, that we think there's a core confusion

2  on the Plaintiff's part that, simply because an entity or a

3  person is performing the managerial functions that a manager

4  might perform, that they are, therefore, an agent as --

5  strike that; they are, therefore, a member as a result.  And

6  there's been no effort to separate out the notion that, if

7  you're making these financial decisions; giving

8  reimbursements, creating tax returns, all these things --

9           THE COURT:  They're laying a foundation to make

10  that argument.

11          MR. HELLERMAN:  They haven't made the argument

12  though, that's the problem --

13          THE COURT:  Well --

14          MR. HELLERMAN:  -- with any of the evidence.

15          THE COURT:  It's not closing yet.

16          MR. HELLERMAN:  Well --

17          THE COURT:  It's admitted.

18          MR. HELLERMAN:  Okay.

19          MR. NEIBURG:  PX-13, Your Honor, which is the

20  certified copy of Articles of Merger for the AHM/First Home

21  merger, filed with the Illinois Secretary of State.

22          THE COURT:  Same objection?

23          MR. HELLERMAN:  Same objection.

24          THE COURT:  All right.  It's overruled.  It's

25  admitted.

Case 07-11047-CSS   Doc 10619   Filed 10/16/12   Page 111 of 196

111

1          MR. NEIBURG:  PX-15, Your Honor.  It's just --

2          THE COURT:  Hang on.  Give me a second.

3          MR. NEIBURG:  All right.

4          THE COURT:  All right.  Go ahead.  15?

5          MR. NEIBURG:  Oh, I didn't know if Counsel was

6   going to continue.

7          THE COURT:  I was asking we're on 15?

8          MR. NEIBURG:  Yes, I'm sorry, Your Honor.  Yes.

9          MR. HELLERMAN:  Again, it starts to get rather

10  cumulative as well.  The notion that AHM was doing all sorts

11  of things, or that VJJ before it or First Home before it,

12  were doing all sorts of things.  We're not -- we've never

13  disputed any of those things.  Mr. Orsi admitted them.

14  There's a piece of paper that shows the license that was

15  submitted or received.  We just don't think these documents,

16  per se, are relevant.  The point is made.

17         THE COURT:  Well, we have a fundamental

18  disagreement on that so --

19         MR. HELLERMAN:  Apparently.

20         THE COURT:  Okay.  Which I think, you know, was

21  -- I didn't articulate in my reasons for the Motion in

22  Limine.  But, in any event, overruled.  It's admitted.

23         MR. HELLERMAN:  Very well.

24         MR. NEIBURG:  PX-17, Your Honor.

25         MR. HELLERMAN:  Same exact speech.

1          THE COURT:  All right.  Overruled.

2          MR. NEIBURG:  PX-18, Your Honor.

3          MR. HELLERMAN:  Same objection.

4          THE COURT:  Overruled.

5          MR. NEIBURG:  PX-19, Your Honor.

6          MR. HELLERMAN:  19's a little different so my

7  speech will change somewhat.

8          THE COURT:  Okay.

9          MR. HELLERMAN:  But it's a speech you've already

10  heard anyway and disposed of.  But be that as it may, I'll

11  make it briefly again just so we're clear.

12          THE COURT:  Yes, of course.

13          MR. HELLERMAN:  This gets into, not only the same

14  point about the relevancy and the notion that it's another

15  piece of paper that shows that all sorts of things that, by

16  themselves, are not being disputed, so where does the piece

17  of paper get us?  This one's a little different because it

18  makes mention of -- I believe the timing of this one is AHM

19  being a member and -- or at least suggests that AHM might be

20  a member somewhere in there.  And again, we think that that

21  goes to the issue raised in the Motion in Limine that it's

22  hearsay.  This is someone else's document entirely and, even

23  though AHM may have kept it in the ordinary course of its

24  business, it doesn't take -- it's double hearsay if it's

25  someone else's representation.  Here, it's the Illinois

1    Department of Financial & Professional Regulation, and it

2    states within there the contact name, Kristin Stergakos,

3    Senior Counsel of American Home Mortgage Corp., Member.

4    That's double hearsay within this document.  The fact that

5    AHM holds this document in its archives does not take away

6    the hearsay within the document because it's spoken or

7    uttered or written by someone else, someone else not before

8    this Court.  And Mr. Colagiacomo does nothing with his

9    testimony to, in any way, address, much less cure, that

10   deficiency.

11            MR. NEIBURG:  Your Honor, I would say this is

12   a business record at the very least.  If not, these

13   documents --

14            THE COURT:  What's the purpose of admitting the

15   documents?

16            MR. NEIBURG:  Your Honor, I think the fundamental

17   question, like Defendants are saying so what, AHM did X, Y,

18   Z.  These documents show why.  AHM considered themselves and

19   acted as if they were a member and a manager of the LLC and

20   they did everything in accordance with that belief over a

21   period of eight years.

22            THE COURT:  So you're not admitting it for --

23   you're admitting it for purposes of sort of it is what it

24   is, not for the ultimate issue of whether it's a member?

25   It's a piece of the brick that you're --

1          MR. NEIBURG:  Correct, it's a piece of the

2     puzzle, Your Honor.

3          THE COURT:  All right.  It's admitted for that

4     purpose.

5          MR. NEIBURG:  PX-20, Your Honor, which are a

6     series of annual reports.

7          MR. HELLERMAN:  Same objection on relevancy.  I

8     mean they are what they are, but they can't possibly do

9     anything more than be evidence that the names were what they

10    were, and to the extent that there's other parts of it that

11    are purported to be showing AHM or First Home before it as

12    Member, we object to that because it doesn't do that.

13         THE COURT:  It's overruled and admitted for the

14    same reasons.

15         MR. NEIBURG:  Your Honor, PX-23.

16         THE COURT:  And these are the bank statements, is

17    that correct?

18         MR. NEIBURG:  Yes.  It's the bank's response to

19    the Plan as to the subpoena with the relevant bank records

20    showing the transactions, the two transfers.

21         MR. HELLERMAN:  We think the cover letter, you

22    know, to break it down to a couple of pages, the cover

23    letter is not relevant.  The subpoena itself is not

24    relevant.  The rider to the subpoena is not relevant.

25    That's third-party discovery and it's communication between

1   the discovery respondent and Counsel.  It doesn't belong in

2   the case, must less in evidence.  The statements themselves,

3   again, they are what they are, but there's nobody, including

4   the one witness who testified on behalf of the Plaintiff,

5   Mr. Colagiacomo, who can say anything about what's -- what

6   is behind these statements other than what's on the printed

7   page, printed by someone else, the bank.  There's also

8   handwritten notations on many of the pages and there's been

9   no foundation at all laid for the handwritten notations, or

10  they haven't been addressed at all, whose they are, what

11  their purpose is, what their meaning is.  We have a problem

12  with the handwritten notations, on top of the documents

13  themselves.

14          MR. NEIBURG:  Your Honor, I think, in this

15  instance, you know, it just goes -- when Mr. Colagiacomo was

16  on the stand, he testified as to what the Plaintiff's

17  investigation was, how they found the money, what they did

18  to track it down, and, you know, if you just want to admit

19  it for the state of mind because we have the bank records

20  themselves elsewhere, which I'm assuming they're going to

21  acknowledge was business records of the LLC.  So, for the

22  purpose of just showing what the Plan Trustee thought and

23  why they had taken certain actions, because if you recall,

24  Your Honor, Defendants have asserted a laches defense.

25          THE COURT:  All right.  I will -- I think we had

1   testimony on that.  There are too many problems with the

2   document and the hearsay.  It's -- I won't admit it.

3            MR. NEIBURG:  That's fine, Your Honor.

4            THE COURT:  Okay?

5            MR. NEIBURG:  Of course.  Let me just see.  Can

6   you just -- one second, Your Honor?

7            THE COURT:  Um-hum.

8            MR. NEIBURG:  Your Honor, PX-24 --

9            THE COURT:  Um-hum.

10           MR. NEIBURG:  -- which is Showcase's own bank

11  records.

12           MR. HELLERMAN:  I suppose we will -- we can

13  withdraw in light of the testimony that's been given because

14  we don't dispute that the records are what they are.  We had

15  a relevance objection initially but, again, we don't dispute

16  that the numbers are what they are in light of the --

17           THE COURT:  Well --

18           MR. HELLERMAN:  -- withdrawals that were made.

19           THE COURT:  The document is admitted.

20           MR. NEIBURG:  Thank you, Your Honor.  PX-25, Your

21  Honor, which is the copies of checks.

22           MR. HELLERMAN:  We'll withdraw the relevance

23  objection.  There's testimony about it.

24           THE COURT:  I'm sorry?  I missed the number.  25?

25           MR. NEIBURG:  It was PX-25, Your Honor.  It was

1  the series of the copies of checks that Mr. Orsi --

2            THE COURT:  Admitted without objection.

3            MR. NEIBURG:  Okay.  PX-26, which is the Showcase

4  2007 tax return, Federal.

5            MR. HELLERMAN:  We really don't see the relevance

6  of the tax return documents, Your Honor.  How people thought

7  about the money or how they recorded it doesn't change the

8  nature or defense to the claim.

9            THE COURT:  I disagree.  Let's deal with this en

10 masse.  Which tax returns do you want?

11           MR. NEIBURG:  En masse, we would like all of

12 LLC's Federal and State tax returns.

13           MR. HELLERMAN:  Which LLC, because this one was

14 Showcase?

15           MR. NEIBURG: Well, are we just talking about

16 Showcase or are we just talking about tax returns in

17 general, Your Honor?

18           THE COURT:  I got ahead.  Okay.  Showcase, I'm

19 going to admit.  Let's just -- now, what's next?

20           MR. NEIBURG:  So the -- every Showcase return

21 from 2005 to 2010?

22           THE COURT:  Can you give me numbers of exhibits?

23           MR. NEIBURG:  I'm sorry, Your Honor, there's PX-

24 26 and --

25           THE COURT:  We've been ahead of the game.  We can

1  take a --

2          MR. NEIBURG:  Should we just -- okay.  Sorry,

3  Your Honor.  So PX-26 is admitted, Your Honor?

4          THE COURT:  Yes it is.

5          MR. NEIBURG:  Thank you.  Next is PX-28.

6          MR. HELLERMAN:  It's our same position, Your

7  Honor, the fact that Mr. Orsi went to anyone at any of these

8  companies to ask for something would go, if it goes to

9  anything, to whether that company was a member, and that --

10  strike --

11          THE COURT:  Overruled.

12          MR. HELLERMAN:  That company was a manager and

13  that doesn't go to whether they're a member.

14          THE COURT:  Understood, but overruled.

15          MR. HELLERMAN:  Okay.

16          MR. NEIBURG:  And then, Your Honor, is PX-29,

17  which is the Mortgage First Limited 2000 Federal tax return.

18          THE COURT:  And it goes through 2008, correct?

19          MR. NEIBURG:  Correct.

20          THE COURT:  Okay.

21          MR. HELLERMAN:  This gets a little more

22  complicated because it, again, implicates the Motion in

23  Limine that we know has been denied.  But there are

24  representations made in here, and I think it's further

25  highlighted by the fact that, as is very clear from the

1    testimony thus far, AHM was responsible for, and did, create

2    these things.  So it's not surprising that AHM would call

3    itself a member.  Nonetheless, that, by itself is hearsay

4    and we think it's improper.

5              THE COURT:  Okay.  Overruled.  I'll admit all of

6    them.  That's 29 through 36.

7              MR. NEIBURG:  Then we have PX-37, Your Honor.

8              THE COURT:  It's the opinion letter?

9              MR. NEIBURG:  Correct.

10             THE COURT:  I don't find it relevant.  That's --

11             MR. NEIBURG:  May I just say a brief word?

12             THE COURT:  Yes.

13             MR. NEIBURG:  Your Honor, I think the relevance,

14   whether or not it's admitted for the truth, it just goes to

15   show that the First Home AHM merger was not some back-of-

16   the-envelope merger.  They had Counsel involved on both

17   parts.  The principals of VJJ and First Home were part of

18   that merger and they made representations that they had what

19   they had and they -- transferring what they had.

20             THE COURT:  Overruled.

21             MR. HELLERMAN:  The objection is overruled?

22             THE COURT:  I'm sorry.  The objection is

23   sustained.  The document will not be admitted.  Thank you.

24   I apologize.

25             MR. NEIBURG:  That's all right, Your Honor.  And

1    here we have a series of documents, 38 to 42, which are the

2    Mortgage First Limited's Illinois State tax return.

3              MR. HELLERMAN:  And, once again, these documents

4    contain within them hearsay that calls AHM member, which we

5    think shouldn't be in, but obviously, your rulings are what

6    they are.

7              THE COURT:  Yes.  The documents are admitted.

8    That's 38 through 42?

9              MR. NEIBURG:  Yes.  Let me just switch binders

10   here, Your Honor.  I'm sorry.  Your Honor, just with regard

11   to PX-44, we'll just -- I think the Pretrial Memo sets forth

12   that the parties do not dispute that AHM handled the payroll

13   and, given that PX-44 has some confidential information,

14   we're just not going to admit it into evidence and we'll go

15   -- it's set forth in the Pretrial Memo.

16             THE COURT:  Fine.  So we're skipping 43, then?

17             MR. HELLERMAN:  44.

18             MR. NEIBURG:  Yes, we didn't --

19             THE COURT:  We're skipping 43, withdrawing 44?

20             MR. HELLERMAN:  Yes.

21             MR. NEIBURG:  Correct.

22             THE COURT:  Very good.

23             MR. NEIBURG:  And, Your Honor, then we have --

24   probably these three right in a row will be addressed in the

25   same manner; 45, 46, and 47 which are financial statements

1  prepared on behalf of the LLC.

2            MR. HELLERMAN:  We liken these to the lawyer

3  letter, Your Honor.  This is now an entirely --

4            THE COURT:  Yes.

5            MR. HELLERMAN:  -- third party.

6            THE COURT:  I agree.  Hang on.  Let me make my

7  little chart here.

8            MR. NEIBURG:  The report on those, Your Honor?

9            THE COURT:  45, 46, and 47.

10           MR. NEIBURG:  Yes.

11           THE COURT:  All right.  They are not admitted.

12  You know, some of these documents are just too attenuated

13  basically to have much help one way or the other and those

14  are -- that's an example of it, plus it has hearsay

15  problems.

16           MR. NEIBURG:  Okay.  Next, we are skipping PX-48

17  and we're attempting to admit PX-49, which are the Mortgage

18  First Limited's bank statements.

19           MR. HELLERMAN:  And again, we have objected both

20  on relevance grounds and hearsay to the extent that anywhere

21  within these bank statements, if there's any representation

22  made, again, about membership, these are bank statements and

23  they don't go to the issue of membership and, to the extent

24  that there are such statements, we think those are hearsay

25  statements that don't belong here.

1              THE COURT:  Okay.  Overruled.  It's admitted.

2              MR. NEIBURG:  Thank you, Your Honor.  And next is

3    PX-50, Your Honor, which was -- Mr. Colagiacomo testified

4    which was the accounting record, tracking the capital

5    account balances and the distributions and income made from

6    year-to-year of the members.

7              MR. HELLERMAN:  This one has more problems and

8    is, we think, on a substantively different footing than

9    everything else that you've thus far overruled.  Mr.

10   Colagiacomo said he looked at this document.  He admitted he

11   had nothing to do with its preparation, knows nothing about

12   what whoever prepared it looked at, or reviewed.  There is

13   something that I didn't point out because I didn't think I

14   needed to with Mr. Colagiacomo himself, but in my objection,

15   I'll point out that, throughout the document, when

16   references were made to Showcase, it's called the minority

17   interest when, irrespective of who the other 50 percent

18   owner might be, there's never been a question in this case

19   that Showcase always owned 50 percent.  How could they be

20   called minority?  It goes further to the point of what is

21   this document really about other than the self-serving

22   statements that someone has done some calculation based on

23   something not before the Court and these are the numbers

24   that those calculations have resulted in.  We think this

25   document lacks fundamental credibility and foundation.

1          THE COURT:  All right.

2          MR. NEIBURG:  Your Honor, may I have a word?

3          THE COURT:  Yes.

4          MR. NEIBURG:  I think, as Mr. Colagiacomo

5    testified, most of the information came from the LLC's tax

6    returns and accounting records.  The tax returns have

7    already been admitted into evidence.  It was prepared during

8    the course of this party's business relationship, and again,

9    as I stated before, it's what AHM was doing and also why.

10         THE COURT:  Well, I don't know about why but it

11   shows what was happening and I think it's highly relevant

12   and I don't think it really has particular hearsay problems

13   but if it does, it's certainly -- it's significantly

14   important to be admitted anyway.  So I'm going to overrule

15   the objection and admit the document.

16         MR. HELLERMAN:  The only other thing I would add,

17   Your Honor, and I'm certainly not questioning your ruling,

18   is, if you look at the date that the document seems to have

19   been printed, at least, that's a 2010 date.  It's on the

20   right side margin beneath -- on the first page.

21         THE COURT:  I see it.

22         MR. HELLERMAN:  So it's not contemporaneous to

23   anything that was going on at the time so that's a further

24   problem we have with the document and its credibility.

25         MR. NEIBURG:  It just was merely that --

1          THE COURT:  That's all right.  No response

2  necessary.  Overruled.

3          MR. NEIBURG:  Your Honor, PX-51, which is the

4  series of August 1st, 2007 letters that Mr. Orsi sent to

5  Showcase members, you know, with a copy of a check there,

6  saying, you know, because of AHM's bankruptcy, we have no

7  choice but to dissolve the LLC.

8          MR. HELLERMAN:  We don't think that's relevant

9  because we don't think that the fact that he said that he

10  has no choice has any legal significance at all.  That's

11  just his statement.

12          THE COURT:  Overruled.

13          MR. NEIBURG:  PX-52, Your Honor, which is a

14  request for reimbursement from AHM on behalf of Showcase.

15          THE COURT:  You didn't discuss this did you?

16          MR. NEIBURG:  I think, Your Honor, this document

17  may have been specifically referenced in the Pretrial Memo

18  and it was part of the recitation of what AHM admittedly had

19  done.

20          THE COURT:  This goes to Mr. Orsi seeking

21  reimbursement of expenses?

22          MR. NEIBURG:  Yes, and also -- did we do 52?

23          MR. SCHNITZER:  Yes.

24          MR. NEIBURG:  Okay.  I believe it was part of the

25  Direct binder.  Mr. Schnitzer believes that he did discuss

1   this document.

2              THE COURT:  Yes.  Okay.

3              MR. HELLERMAN:  My notes indicate --

4              THE COURT:  Do you have the standard objection?

5              MR. HELLERMAN:  My notes indicate that it was

6   discussed --

7              THE COURT:  Yes.

8              MR. HELLERMAN:  -- as part of Tab L.  Subject to

9   that, though, it's the usual objection.

10             THE COURT:  Okay.  My notes indicate the same.

11  So it is offered and admitted.

12             MR. NEIBURG:  Your Honor, then we have PX-53

13  through and including PX-58, which are Showcase of Agents'

14  Federal and State tax returns 2005 through 2010.

15             THE COURT:  And they're offered for what purpose?

16             MR. NEIBURG:  Depending on the return, Your

17  Honor.  The 2007 through 2010 returns, they obviously -- the

18  2007 does two things.  It reflects, you know, the half of it

19  -- of what we think is the capital account balance of AHM's

20  that was reported as income for Showcase.  The other half,

21  there's a reporting of an end-of-year income -- or sorry,

22  liability to AHM that was not present at the beginning of

23  the year.  That's for 2007, and '08 through '09 through '10,

24  still reflect that same liability.

25             MR. HELLERMAN:  We think these are offered for

1    the truth of what's in there and, again, it's hearsay.  That

2    pertains to AHM being considered, or considering itself, by

3    the nature of the fact that it was involved in the

4    preparation of these tax returns and put whatever it wanted

5    on there, so to speak.  It's self-serving and hearsay about

6    AHM being a member of the LLC.

7           MR. NEIBURG:  Your Honor, these are Showcase's

8    tax returns --

9           MR. HELLERMAN:  I apologize.

10          MR. NEIBURG:  -- that they filed.

11          MR. HELLERMAN:  I apologize.

12          MR. NEIBURG:  These are the definition of an

13   admission.

14          THE COURT:  Yes, they're admitted.

15          MR. NEIBURG:  Your Honor, you can probably deal

16   with these next series of documents at one.  They are PX-59

17   through PX-67, which were documents that were contained

18   within the closing binder pertaining to the AHM/First Home

19   merger.

20          MR. HELLERMAN:  And again, it's our position,

21   Your Honor, that, certainly as to -- well, as to all of the

22   documents, there's relevance and foundational issues.  Mr.

23   Colagiacomo said he only saw these things for the first time

24   when he was doing the investigation.  There's been no

25   testimony of anyone who was involved contemporaneously with

1  the transaction.  The after-the-fact review does not lay the

2  appropriate and requisite foundation.  In addition, in Mr.

3  Manglardi's signed resignation letter, PX-59, there are

4  hearsay statements.  He was not testifying here.  He could

5  have been, and Plaintiffs, for reasons unknown to us, did

6  not call him.

7          THE COURT:  You weren't seeking 59 were you?

8          MR. NEIBURG:  Yes, Your Honor, but --

9          THE COURT:  Oh.

10         MR. NEIBURG:  -- we can take that one off the

11 list.

12         THE COURT:  It's not admitted.

13         MR. NEIBURG:  Okay.

14         THE COURT:  59 is not admitted.  The objection is

15 overruled -- or sustained.  Goodness gracious.  Just so the

16 record is clear, 59 is offered; it's not admitted.  The

17 objection is sustained.  You know, the closing binder sort

18 of is what it is.  I don't find it -- I think it's really

19 borderline relevant.  But I am going to allow it for the

20 limited purpose really of just indicating what occurred,

21 what -- the effect of what occurred is what it is and that's

22 what we'll talk about later.

23         MR. HELLERMAN:  Does this cover 67 as well?  I

24 don't know what Counsel had said.

25         THE COURT:  I thought we got to -- well, let's

1  take it through 66 and then we can talk about 67 if we need

2  to.

3          MR. HELLERMAN:  Okay.  We have a problem with 67,

4  obviously, along the lines of the prior problem.  It's a

5  lawyer letter.

6          THE COURT:  Yes.

7          MR. HELLERMAN:  So we object on the bases

8  previously asserted.

9          THE COURT:  Well, I'll take notice of the fact

10  that it was in the closing binder but the substance of it is

11  not admitted.  So basically, the objection is sustained.

12  And then we go to 68?

13          MR. NEIBURG:  Correct, Your Honor.

14          THE COURT:  69 was still part of the closing

15  binder.

16          MR. NEIBURG: Yes.

17          THE COURT:  All right.  I'll admit those.

18          MR. HELLERMAN:  69 and 70 are not being offered I

19  understood from what I could see.

20          MR. NEIBURG:  No, no.  I thought we said 68.

21          THE COURT:  Oh, I'm sorry.  We're not to 69.

22  Okay.  All right.  We're good through 68.

23          MR. HELLERMAN:  And 68, just a relevance

24  objection.  It's just a one-pager.

25          THE COURT:  Yes.  Overruled.

1          MR. NEIBURG:  And then next, we actually skip to

2     71, Your Honor.

3          THE COURT:  And these --

4          MR. NEIBURG:  And there may be -- no, sorry.  I

5     think 71 and then 73 to 77 are essentially the same types of

6     documents -- 76; I'm sorry, Your Honor.

7          THE COURT:  So basically, evidence of what AHM

8     was doing?

9          MR. HELLERMAN:  Right.  And, again, relevance

10    and, to the extent not otherwise mentioned before, it's now

11    pretty cumulative about --

12         THE COURT:  Yes.

13         MR. HELLERMAN:  -- what's going on here.

14         THE COURT:  We're getting there aren't we?  I'm

15    going to allow it for the limited purpose of back-up for the

16    fact that what Mr. Orsi already admitted which is what they

17    were doing and all those things -- or not admitted, but

18    stated during his examination.  So 71 --

19         MR. NEIBURG:  Probably 77 to 79 are probably in

20    that same category.

21         THE COURT:  I need to -- you just -- we were at

22    71 through 76, is that where we were?

23         MR. HELLERMAN:  Without 72, which is --

24         MR. NEIBURG:  Yes, we did not do 72.

25         THE COURT:  Did not do 72?  All right.  But we

1    did 73, 4, and 5?

2              MR. NEIBURG:  And 6.

3              THE COURT:  And 6.  All right.  Okay.  What's

4    next?

5              MR. NEIBURG:  77 to 79.

6              THE COURT:  I'll admit it on the same basis.

7              MR. HELLERMAN:  And we will object on the same

8    basis.  It's now overruled.

9              THE COURT:  Very good.  I'm sure the Appellate

10   Court, God forbid, will appreciate the clarity of the

11   record.

12             MR. NEIBURG:  Next, we skip to PX-89, Your Honor.

13   It's probably along the same lines.

14             MR. HELLMERMAN:  That is correct, sir.

15             THE COURT:  So we skip 80 --

16             MR. NEIBURG:  Through 88.

17             THE COURT:  -- through 88.

18             MR. HELLERMAN:  We'll take that as a small

19   victory by itself.

20             THE COURT:  Okay.  Yes, these are admitted.  That

21   would be 89?

22             MR. NEIBURG:  Just 89, Your Honor.

23             THE COURT:  Just 89?  Okay.

24             MR. NEIBURG:  And then we skip to 94, which, in

25   light of the testimony and the documents, I think it's

1  cumulative so we can withdraw that.

2              THE COURT:  Okay.

3              MR. HELLERMAN:  94?

4              MR. NEIBURG:  Yes.  And then 95 I believe is

5  similar to an earlier one.  It's an email from Piero Orsi to

6  AHM about the K-1s for Showcase.

7              MR. HELLERMAN:  Yes.  We again object on

8  relevancy on the same basis that have been overruled, but

9  also now, cumulative because already -- one is in there

10 already, as was his testimony.

11             THE COURT:  I'll admit it in any case.  Objection

12 overruled.

13             MR. NEIBURG:  And then we're skipping 96 and 97,

14 Your Honor.  Down the home stretch here.  PX-98, which is

15 the schedules to the Merger Agreement and Plan of Merger.

16 And, Your Honor, I guess let me just say that I think we set

17 it forth in the Objection to the Motion in Limine.  The Plan

18 of Merger itself and the schedules have an entirely

19 different basis for admitting and it's -- you know, the

20 exception, the effect and interest and property.  This Plan

21 of Merger says and represents that First Home had a 50

22 percent interest in First Mortgage Limited and the transfers

23 to buy this.  And what we're attempting to argue through the

24 different documents is the parties' conduct following this

25 document is consistent with what this document says.

1          MR. HELLERMAN:  Our objection, of course, is a

2    fundamental one because, to the extent that we're dealing

3    with the First Home/AHM merger, that assumption in the first

4    instance, of which there is no proof in the underlying

5    documents or testimony in this case, that First Home has a

6    50 percent interest in the LLC.  There's the problem.  That

7    is a hearsay representation in the schedules of which there

8    has been no proof at this trial.

9          THE COURT:  Overruled.

10         MR. NEIBURG:  Two more, Your Honor.  Next is PX-

11   99 which is Amended Articles of Organization for Mortgage

12   First Limited filed with the Illinois Secretary of State.

13         MR. HELLERMAN:  It does not go to membership; it

14   goes to manager, but we can kind of predict where you're

15   going with this one, Your Honor.

16         THE COURT:  It's admitted.  And I think everybody

17   will let 100 in, right?

18         MR. HELLERMAN:  What's that?

19         THE COURT:  You want the Operating Agreement in?

20         MR. NEIBURG:  I object.

21         MR. HELLERMAN:  Why would you think that, Your

22   Honor?  Yes.

23         THE COURT:  All right.  Well, that's admitted.

24         MR. HELLERMAN:  That is a correct statement.  We

25   have no objection.  We would actually offer it gleefully.

1        THE COURT:  It's admitted.

2        MR. NEIBURG:  Thank you, Your Honor.

3        THE COURT:  Is that it for documents?

4        MR. NEIBURG:  That is it.

5        THE COURT:  Okay.  That will close the

6   evidentiary record.  Let's take a break; a) I want to gather

7   my thoughts, go through the documents, et cetera; and then I

8   want to hear closing.  So 2:30?

9        MR. HELLERMAN:  Sure.

10        THE COURT:  For closing?  All right.

11        MR. NEIBURG:  Thank you, Your Honor.

12        MR. HELLERMAN:  Thank you, Your Honor.

13         (Recess from 1:29 p.m. to 2:40 p.m.)

14        THE CLERK:  All rise.

15        THE COURT:  Please be seated.

16        MR. NEIBURG:  Good afternoon, Your Honor.

17        THE COURT:  Good afternoon.

18        MR. NEIBURG:  Michael Neiburg, from Young

19   Conaway, on behalf of the Plan Trustee, as Plaintiff.  Your

20   Honor, you'll be happy to know that several pages of the

21   closing argument have been trimmed based upon the morning's

22   proceedings.  So I'll do my best to make this as succinct as

23   possible.

24        Your Honor, on July 31st, 2007, having knowledge

25   of AHM's imminent bankruptcy filing, Piero Orsi transferred

1    $350,000 from the LLC's account to the Showcase account.

2    Shortly after that transfer, Piero Orsi, and/or Showcase,

3    made a series of transfers for the benefit of themselves or

4    third parties, many of which they were associated with.

5    Particularly, Piero Orsi and Mariapia Orsi wrote themselves

6    a check for $200,000 off the Showcase account.  Piero Orsi

7    wrote himself a check for $49,000 off the Showcase account.

8    Piero Orsi wrote a check to Forward Management, essentially

9    writing a check to himself, because he was the landlord for

10   which that company represented his interests.  Mr. Orsi

11   later withdrew the remaining funds and closed the account.

12   Plaintiff agrees with Mr. Orsi that Showcase and AHM were

13   each entitled to 50 percent of the LLC's net profits.  The

14   problem with the subject withdrawals is, at the time of

15   those transfers, Showcase had already withdrawn much of what

16   was once in its capital account.  So that, as on that date,

17   of the $357,000 that he took, approximately $348,000 of

18   those funds belonged to AHM.

19           The LLC's tax returns which were discussed on

20   Direct reflect that, at the time immediately prior to the

21   $350,000 transfer, since June 2000, Showcase had received

22   distributions totaling approximately $500,000 and AHM had

23   only received distributions totaling approximately $186,000.

24   The tax returns further show that, during the course of

25   those years, Showcase and AHM each received 50 percent of

1   the net income from year-to-year.  Point being, Defendants

2   did receive the 50 percent that they were entitled to.  They

3   simply took more of that money out from year-to-year.

4   Defendants now contend that AHM, and now the Plan Trust, as

5   assignee, is not entitled to those funds primarily on the

6   grounds that AHM was never a member of the LLC.  That belief

7   is predicated mostly upon some purposed deficiencies in

8   transfers; first from VJJ to First Home, and later, First

9   Home to AHM.  Other than alleging those procedural flaws,

10  Defendants have not produced any evidence that shows that

11  they are actually entitled to the funds that they took.  To

12  be clear, and as we were up front in the Pretrial Memo,

13  Plaintiff has not located the exact documents by which

14  Showcase, or anyone on its behalf, received prior written

15  notice of those transfers.  Nevertheless, Plaintiff is

16  entitled to relief.  In the first instance, the weight of

17  the evidence shows that Showcase, or someone on its behalf,

18  received prior written notice of the transfers; first both

19  before VJJ to First Home, and then, later, First Home to

20  AHM.  Even if Showcase did not receive prior written

21  consent, Defendants' own admissions, the course of dealings,

22  and the LLC's business documents show that Showcase

23  subsequently waived strict compliance with those

24  requirements and later consented to the transfers of

25  interests in the LLC to AHM, and First Home before that.

1   Even if somehow the Court were to find that First Home, and

2   then AHM, never required a membership interest in the LLC,

3   or that Defendants did not otherwise waive the requirements,

4   AHM obtained an economic interest in the LLC through such

5   transfers and, therefore, in the capital account.  At a

6   minimum, the facts show that the funds simply belong to AHM,

7   regardless of whether or not AHM had an interest in the LLC

8   itself.  The material facts supporting the finding that

9   First Home, and later AHM, were 50 percent member of the

10  LLC, and that AHM entitled to those funds, were reflected on

11  the record and are as follows:  Defendants admit that, at

12  the time they made the transfer, they believed AHM was a

13  member of the LLC and that AHM's bankruptcy caused the

14  involuntary dissolution of the LLC pursuant to the terms of

15  the Operating Agreement.  Showcase's own tax returns,

16  starting in the year 2007, reflect an end-of-year current

17  tax liability in favor of AHM in the amount of $162,098.01,

18  which is approximately half of the capital account balance

19  that AHM had reflected on the Mortgage First Limited's tax

20  return.  Defendants admit that they received yearly

21  distributions; first from VJJ, then from First Home, and

22  then AHM, without interruption, over the course of

23  approximately ten years.  Defendants admit that VJJ; then

24  First Home, and later AHM, each performed certain managerial

25  and administrative tasks on behalf of the LLC without

1  interruption.  In the face of their own admissions and the

2  parties' course of dealings, Defendants now point to

3  specific provisions in the Operating Agreement and the

4  alleged absence of prior written notice in an attempt to

5  shield themselves from liability.  Plaintiff can also point

6  to the absence of certain documents and Defendants' actions

7  or inactions in support of his theories of recovery.

8  Specifically, although Defendants contend that they became

9  aware of the mergers at some point after each merger, the

10  record is devoid of evidence that Defendants contested the

11  transfers or otherwise made any formal written demands with

12  respect to this transfers.  Moreover, as discussed, after

13  each merger, operations went on as continued, they received

14  checks from each successive entity without complaint.

15       In addition to the above-noted facts and

16  documents, there is other evidence and arguments that

17  support Plaintiff's theories of recovery.  With respect to

18  the waiver issue cited in Defendants' Statement of the Case,

19  the *Weiss* case does not support Defendants' contention that

20  any subsequent waiver of the written consent provisions in

21  the LLC can be effective.  In *Weiss*, there were bankruptcy

22  implications that are simply not present here, and I'll

23  quote briefly, Your Honor.  Specifically, the Court noted if

24  a waiver made on the eve of *Weiss*' bankruptcy filing

25  retroactively validates the Pledge Agreement, RCM and the

1    Marconi Trust are preferred over *Weiss*' other unsecured

2    creditors.  Such a result contravenes the prime bankruptcy

3    policy of the quality of distribution among creditors of the

4    debtor.  The Court, in *Weiss*, made no broad-ranging

5    statements that subsequent waivers are ever effective.  It's

6    just that, here, we're not going to do it because it will

7    disrupt the distribution.  And the cases that were cited by

8    Plaintiff in the Pretrial Memo just stand for the

9    unremarkable proposition that parties to any contract; and

10   the LLC Agreement, that is what it is; it is a contract; are

11   free to waive provisions that are there for their benefit.

12   The waiver can be implied or expressed.  It can be seen from

13   their course of conduct.  And to the extent that the Court

14   needs to decide whether or not waiver is present, based on

15   the evidence, those general legal principles cited in

16   Plaintiff's cases, lead to a finding that Defendants waived

17   strict compliance with the notice provisions.  Plaintiff is

18   also entitled to recover even if the Court were to determine

19   that AHM simply possessed an economic interest in the LLC.

20   Defendants argue that, because AHM was not a member of the

21   LLC, it could not have had an interest in the capital

22   account, pursuant to the expressed terms of the Operating

23   Agreement.  Defendants' narrow reading of the Agreement is

24   incorrect.  As defined in the Agreement, a "capital account"

25   is, on first glance, restricted to members of the LLC.

1  However, the operative provisions concerning capital

2  accounts dictate a different conclusion.  Specifically, and

3  I'll read briefly from the provisions, Your Honor, Section

4  8.03(b) provides:  In the event of a permitted sale or

5  exchange of a membership interest or economic interest in

6  the company, the capital account of the transferor shall

7  become the capital account of the transferee to the extent

8  it relates to the transferred membership interest or

9  economic interest.  Further, and I'll read briefly, Section

10  8.03(d) provides:  Upon liquidation of the company or any

11  member's membership interest or economic interest owner's

12  economic interest, liquidating distributions will be made in

13  accordance; and here's the important language, with the

14  positive capital account balances of the members and

15  economic interest owners.  Therefore, Your Honor, Plaintiff

16  submits that the terms of the Operating Agreement itself

17  thus refute Defendants' contention that First Home and AHM

18  had to have been members to have an interest in the LLC's

19  capital account.  Consequently, even if First Home, and

20  later AHM, were merely economic interest holders in the LLC,

21  they were entitled to the capital accounts of VJJ and First

22  Home, respectively.  In that event, the LLC's tax returns

23  prove that AHM is entitled to the vast majority of the funds

24  that were in the LLC's account.  Even if -- last line, Your

25  Honor.  Plaintiff is still entitled to recover even if it

1    had no interest in the LLC itself.  The LLC's tax returns,

2    which again, were authorized, or otherwise relied upon, by

3    Defendants prior to this dispute during the course of the

4    parties' business relationship spanning over ten years,

5    prove that Showcase had taken capital distributions totaling

6    approximately $500,000 since June 2000 and AHM's

7    distributions during that same period totaled only $186,000.

8    Defendants did not and cannot produce any evidence to the

9    contrary.  Thus, the tax returns prove that approximately

10    $337,000 of the recorded $349,000 aggregate capital accounts

11    belongs to AHM.

12            Defendants raise several other alleged defenses.

13    First, Defendants allege that AHM's former Officers, Jeff

14    Lake and John Manglardi, consented to, or otherwise

15    suggested, that Mr. Orsi transferred the money out of the

16    LLC's account.  Even if, for the sake of argument, those

17    statements were made, that argument actually supports a

18    finding that AHM was a member of the LLC and had an interest

19    in the account.  Otherwise, why would Mr. Orsi have found it

20    necessary to rely on their statements?  Moreover, even if

21    made by Lake and Manglardi, those statements cannot

22    effectuate a waiver or otherwise estop AHM, and now the Plan

23    Trust, from asserting a recovery because those statements

24    made by officers of a publicly traded company certainly

25    would have been outside the scope and course of employment

1   and were unauthorized, much like Mr. Lake telling Orsi --

2   Mr. Orsi that AHM's upcoming bankruptcy was unauthorized and

3   improper.  As such, those statements, if made, cannot be

4   binding on AHM.  Defendants' other defenses are also

5   untenable.  As set forth in the Pretrial Memo, Plaintiff

6   believes it has proven the elements of conversion and unjust

7   enrichment.  If the Court believes Defendants' position that

8   AHM had no interest in the LLC, membership or otherwise, and

9   therefore the terms of the Operating Agreement aren't

10  governing a relationship, then Plaintiff has proven that

11  Defendants were unjustly enriched at AHM's detriment.

12  Plaintiff, likewise, believes the elements of conversion

13  have been met.  Defendants wrongfully gained control of

14  money that simply did not belong to them and they refuse to

15  deliver it back to AHM on demand.  Defendants will say that

16  these funds were comingled and they were an indeterminate

17  amount.  Plaintiff will argue that, under applicable

18  Illinois law, these funds were two discreet and readily

19  identifiable transfers, both in terms of timing and amounts.

20  They went from one specified account to the other.  They are

21  subject to reclamation under a conversion count.

22          Lastly, Your Honor, the laches defense asserted

23  by Defendants is unwarranted given the context of the

24  debtors' massive and exceedingly complex bankruptcy cases

25  and the tasks that, the Court is well aware, that had to be

1   performed by the debtors' limited staff following a Petition

2   date.  Simply stated, the debtors, and later the Plan

3   Trustee, performed a diligent investigation and diligently

4   attempted to recover the money.

5            In sum, Your Honor, regardless of whether AHM was

6   an actual member of the LLC, or had any interest in the LLC,

7   the evidence in the record, which includes Defendants' own

8   admission, parties' course of dealing, and the LLC's

9   contemporaneous business records, requires a finding that

10  AHM, and now the Plan Trust, is entitled to the vast

11  majority of the funds that were taken by Defendants.  Thank

12  you, Your Honor.

13            THE COURT:  Thank you.  Defendants?

14            MR. HELLERMAN:  May it please the Court?  Once

15  again, Richard Hellerman, on behalf of the Defendants.  Your

16  Honor, we submit, as we have throughout the trial, as we

17  have in the Pretrial submissions, and frankly, as Counsel,

18  in his closing, has just conceded, there is no evidence in

19  this case that the Operating Agreement of the LLC was in any

20  way, shape, or form complied with in connection with the

21  merger transactions of VJJ, one of the two original members

22  of the LLC, first to First Home, and then First Home to AHM,

23  which is the reason AHM is here today.  AHM would be

24  standing in the shoes of First Home, which would attempt to

25  stand in the shoes of VJJ.  That would be the case if even

1   one of the multiple steps of the Operating Agreement that

2   VJJ was a party to were complied with.  However, not a

3   single one of them were met.  That failure is made even more

4   glaring by the fact that we're talking about the same

5   people, the same people as Mr. Orsi himself testified I

6   dealt with the same three guys, John and Vince Manglardi and

7   Jeff Lake and their staff.  They were the same people.  So a

8   merger between Company A and Company B, clearly legally

9   distinct entities; so there's no question they're not the

10  same, they were the same guys though.  So for these three

11  men, knowing that they hadn't complied with the very

12  Operating Agreement that they were originally a party to

13  when they were wearing the hat of VJJ, for them to suggest

14  well, it's a -- I think Counsel called it a procedural flaw.

15          THE COURT:  I don't see -- I have to say, I don't

16  see how that argument helps you.  Doesn't the fact that the

17  parties continued to do business together, regardless of who

18  -- what corporation they were affiliated with and whose

19  checking accounts they were dealing with, indicate that it

20  was all just a corporate formality?  They didn't care about

21  Mr. Orsi's relationship with those three individuals.  That

22  relationship followed from VJJ to First Home to AHM.  So it

23  seems to me that that argument really is for the other side

24  because it shows that they didn't care about the

25  formalities.  All they cared about was that they had a

1   business relationship and this was how it was going to go

2   and it was going to continue.  And if you don't care about

3   the formalities, how do you now come back and complain about

4   the formalities?

5           MR. HELLERMAN:  Well, respectfully, Your Honor, I

6   think the people who didn't care about the formalities were

7   three of the four people you just mentioned.  It wasn't Mr.

8   Orsi.

9           THE COURT:  Mr. Orsi -- there is no evidence that

10  Mr. Orsi paid any attention to what corporation he was

11  dealing with at all.  He took the checks.  He cashed the

12  checks.  Okay?  He originated the loans.  He worked with the

13  brokers.  There's nothing in evidence that said Mr. Orsi was

14  paying any attention to the Operating Agreement, except to

15  ask one question, at one of the mergers, what was going on

16  and he was told don't worry about it and he said fine and he

17  went forward because the business continued.

18          MR. HELLERMAN:  Well, Your Honor, we submit,

19  again, there was never -- this Agreement had very specific

20  obligations, very specific requirements, and writing was

21  principal; writing was paramount.  Nothing gets waived

22  contemporaneously without a writing.  Mr. Orsi -- the

23  evidence is, at best, unclear as to whether Mr. Orsi knew

24  about mergers before they happened or after they happened or

25  well after they happened and he has -- as you've indicated,

1  he admits that he was dealing with the same guys.  But

2  dealing with the same individuals is a horse of a different

3  color when we're talking about an Operating Agreement and an

4  LLC that requires that steps to be transferring interests

5  have to be taken seriously and have to be done in writing

6  and none of that was done.

7          THE COURT:  All right.  Let me ask you this.

8  Let's assume that you're right; that the Agreement wasn't

9  honored; that the transfers were not effective; and that VJJ

10 -- is it VJJ?

11         MR. HELLERMAN:  The original one, yes.

12         THE COURT:  VJJ is still the member interest

13 holder, right?  And I mean Mr. Orsi doesn't get everything.

14 He just has to figure out who properly should receive the

15 other half.  So let's write a check to VJJ.  Well, VJJ

16 doesn't exist anymore.  It merged into First Home and First

17 Home doesn't exist no more.  It merged into AHM.  So even if

18 I were to say okay, I'm going to honor the Operating

19 Agreement, the debtor still ends up with the money.

20         MR. HELLERMAN:  That's where we differ, and the

21 reason is --

22         THE COURT:  Well, where does the money go other

23 than to Mr. Orsi?

24         MR. HELLERMAN:  The only reason, Your Honor, that

25 -- the only way, legally, for First Home, FHM, to be

1  entitled to the money that was in VJJ's membership capital

2  account is for First Home Mortgage to be a member.  I mean

3  to suggest that the merger itself, apart from the Operating

4  Agreement --

5           THE COURT:  Who's the other member?  Who's the

6  other member?  Mr. Orsi and whom?

7           MR. HELLERMAN:  That is the question that,

8  frankly, is not Mr. Orsi's, with all due respect, to answer

9  simply because, Your Honor --

10           THE COURT:  No.

11           MR. HELLERMAN:  -- what we have here, in order

12  for the Plaintiff to recover, is that the Plaintiff has the

13  burden of proof of showing that it is the party in interest;

14  that it has the right to recover it in connection with the

15  bankruptcy.

16           THE COURT:  All right.

17           MR. HELLERMAN:  Whether there is someone else out

18  there; whether it's a remnant of VJJ or anything else, it

19  doesn't work to say simply because there were two mergers,

20  let's put aside the entire Operating Agreement; let's put

21  aside a membership; let's put aside a capital account that

22  only under the Operating Agreement accompanies a membership

23  interest.  That's very clear on the face of the Agreement.

24  Only a member of this LLC may have a capital account.  So to

25  suggest that we'll put aside whether they're a member;

1   whether they have a capital account, which is the linchpin

2   to suggesting they're entitled to any money at all.  This

3   came from our capital account.  That's what they're arguing.

4   Well, to put that aside and simply look at it as the

5   mergers; well, one company merged into another so everything

6   that they had, the other one had; and everything the other

7   one had, had -- goes to AHM, that ignores the Operating

8   Agreement entirely.  It's not simply a merger and they get

9   all the assets.  But apart from all of those issues, Your

10  Honor, even if Your Honor were to find that the parties, AHM

11  and before it, First Home, and before it, VJJ, is complete

12  ignorance of any of the -- complying with any of the

13  Operating Agreement's provision.  Even if you put that aside

14  and even if -- and I'll talk about the *Weiss* case in a

15  moment as well, even if you put aside a case that is about

16  as on all-fours as I've seen in the couple of years that

17  I've been practicing where if something requires prior

18  written notice to comply with an Operating Agreement,

19  subsequent waivers don't retroactively work.  You'd have to

20  comply with the letter of the Agreement.  If that were not

21  the case, corporate law; I hate to sound too flowery about

22  this, Your Honor, but corporate law, as we know it, would go

23  out the window because then everyone would say oh,

24  everything needed afterwards.  That's all that matters.

25  Complying with the Agreement that created you in the first

1   instance, that doesn't really matter so much.  We'll just

2   look at the subsequent acts of the parties and figure out

3   what we think is the better result at the end.  There's a

4   reason that these are creatures of statute.  There's a

5   reason that these entities are creatures of the Agreements

6   that give them their life, and that reason is because we

7   will have an orderly transfer of assets, an orderly transfer

8   of membership and ownership interests.  The *Weiss* case

9   stands firmly for that proposition, and I have to,

10  respectfully, disagree with Counsel.  Indeed, what he read

11  to you from the *Weiss* case is true.  There was another

12  reason that the Court gave involving preferential transfers

13  to creditors immediately pre-Petition.  There's no question

14  about that.  However, the Court went on after discussing

15  that to say third, and most important, all of the Operating

16  Agreements expressly prohibit the assignment of any portion

17  or part of the business interest without consent.  Then they

18  go on to define certain terms and they say very clearly, and

19  then this is still in the section that is most important to

20  the *Weiss* Court, a Northern District of Illinois Bankruptcy

21  Court, interpreting the Illinois LLC Act, just as we have

22  here, the *Weiss* Court went on to say a member does not own

23  the underlying assets of the limited liability company and

24  can only transfer his distributional interest.  A transferee

25  of a distributional interest may become a member of a

1   limited liability company if, and to the extent, that the

2   transferor gives the transferee the right; and then the

3   Court's emphasis, in accordance with authority described in

4   the Operating Agreements, or all other members' consent.

5   Consent has to happen contemporaneously.  It can't be

6   gleaned from conduct six years later.  Here, just as in the

7   *Weiss* Court, in the most important rationale for its

8   decision; and in *Weiss*, there was a written consent given

9   three years later, the Court disregarded it, as it should

10  have, in enforcing the Operating Agreement.  Here, we don't

11  have a written consent by Mr. Orsi at all.  The tax returns

12  that were prepared for the LLC were prepared by AHM.  Mr.

13  Orsi testified, contrary to what Counsel said, that he

14  didn't see any tax returns for the LLC before they were

15  filed.  The only thing he ever got were his, Showcase's,

16  K-1.  These tax returns for the LLC were not shown to Mr.

17  Orsi.  He didn't approve of them.  He wasn't given -- as

18  you've pointed out, he was -- these other guys were running

19  the show and Mr. Orsi was simply getting what he got, K-1s

20  and a check every year.  He was not running anything.  In

21  fact, that gets to the distinction between management and

22  members because, under the LLC Act, I asked one -- it was

23  the very first question.  You and I had a little discussion

24  about that too.  I asked Mr. Colagiacomo, do you know what

25  the LLC Act provides about members and managers of Illinois

1    LLCs, and he said no I don't.  And what it provides is very

2    straightforward and very simple.  It provides that a manager

3    need not be a member of an LLC.  So an entity such as AHM

4    could be from an ownership, from a membership, perspective,

5    a complete stranger to an LLC, and yet have access to all of

6    the financials, all the bank statements, send out checks

7    every day, get licenses, get security and surety bonds, do

8    all the things that VJJ, in its role as manager, did for the

9    LLC; that First Home, in its role as manager, did for the

10   LLC; and that AHM did as manager of the LLC.  Those actions,

11   none of them go in any way, shape, or form, and there is not

12   one statutory language; there is not one provision in the

13   LLC Agreement, that provides that, because you exercise

14   managerial functions, that somehow is even relevant to the

15   determination of, much less determinative, of that

16   determination of whether you are or become a member.  Being

17   a manager has nothing to do with being a member and the LLC

18   Act itself so states.  The definition of manager in 805 ILCS

19   180/1-5, "Manager" means a person whether or not a member of

20   a manager-managed company who is vested with authority under

21   Section 13-5.  So clearly here, what all of these documents

22   that we have been objecting to, what they go to is a point

23   that has no bearing on whether AHM validly held or holds any

24   membership interest in the LLC.  Indeed, two of the exhibits

25   that were introduced into evidence, Exhibit 99 and Exhibit

1  20, they were the documents that were filed with the

2  Secretary of State.  One was the amendment -- the Articles

3  of Amendment that were filed July 31st, 2000.  That's Exhibit

4  99.  And, contemporaneously, filed on July 31st, 2000,

5  Exhibit 20, that's the filing, the annual filing.  Both of

6  those documents, this is upon the merger of First Home to

7  AHM.  Okay?  So AHM is now the new "sheriff in town", pardon

8  my colloquialism, and AHM has now, in some capacity yet to

9  be determined by Your Honor, has come into the LLC somehow.

10 If you look at Exhibit 99, the Articles of Amendment, they

11 are telling as to what AHM thought it was doing.  There's a

12 fill-in-the-blank in Section 6 of the Articles of Amendment,

13 and the fill-in-the-blank says the Articles of Amendment are

14 amended as follows, and then it gives you choices A through

15 I of what boxes to check.  The only two boxes that were

16 checked were admission of a new manager and withdrawal of a

17 manager.  Above each of those checked sections are sections

18 left blank, and both of those left blank say admission of a

19 new member or withdrawal of a member.  So on the very day,

20 the very eve, of this AHM/First Home merger, when AHM thinks

21 it's taking its place at the table of the LLC, all it says

22 is we're the new manager and it doesn't say, it specifically

23 doesn't say, we're the new member.  The filing, Exhibit 20,

24 the annual filing, same thing, and for every year

25 thereafter, Section 5 of the annual filing, says names and

1    addresses of the managers, and it says American Home

2    Mortgage by way of merger with First Home Mortgage by way of

3    merger with VJJ.  And on the right side of the page, it says

4    select one; member, manager, and typed in the same typeface,

5    from the same typewriter I submit to you, next to AHM's name

6    it says manager on the 2000 filing and on every subsequent

7    filing.  So in addition to AHM, and before it, First Home's,

8    non-compliance internally with the Operating Agreement that

9    gave the LLC its life.  Forget about internal now.  They

10   didn't do that.  That's clear.  Externally.  Speaking to the

11   world through the Secretary of State in public filings that

12   are required to be made, AHM, upon its very existence,

13   disclosed to the Secretary of State of Illinois for all to

14   see only that it was the new manager and never, never, for

15   any year, the first year or subsequent, that it was the new

16   member.  That's a telling admission by omission.  Even if

17   Your Honor were to disregard the *Weiss* case, which we think

18   is on all-fours and compels the result that the Defendants

19   are seeking, and all of these failures, internally,

20   externally, of AHM and, before it, First Home, and if you

21   were to somehow find through all that that AHM, through

22   conduct of the parties, is a member and owns a membership

23   interest and, therefore, owned a capital account, we submit

24   there are still huge holes in AHM's case put out here today

25   before you that nonetheless compels the Defendants to walk

1  away with a verdict against the Plaintiff; reasons being

2  very simple.  Mr. Colagiacomo is not an accountant.  He

3  testified that he did an investigation as Counsel but that

4  he knows not what any of the people who prepared any of the

5  financial documents, least of all, that one spreadsheet; I

6  believe it was Exhibit 50, that misidentified entirely

7  Showcase as a minority owner.  I think it was called

8  minority interest in income.  Any time there was an income

9  line for Showcase, it was called a minority interest in

10 income.  What does that mean?  Well, I can tell you who

11 can't tell you what it means.  That's Mr. Colagiacomo, the

12 only witness who testified in this case.  He doesn't know

13 because he didn't prepare anything having to do with the

14 financials.  He simply looked at some documents that were

15 prepared by others, none of whom testified here before you.

16 No one can speak to why there is a glaring error in the

17 document.  No one can speak to exactly how this purported

18 capital account that clearly fluctuated, no one will

19 dispute.  In fact, the documents that you've seen, that

20 you've admitted, reflect that these documents, these

21 accounts, these amounts, these values, they fluctuated

22 wildly throughout multiple years.  Well, that goes to two

23 problems with the Plaintiff's case.  One, a threshold

24 foundational problem.  There is no witness to put these docs

25 together to connect them for Your Honor, and it's certainly

1    not your job to pour through bank accounts and pour through

2    incomes and distributions over eight, nine years to say oh,

3    I think I can figure out how much money belongs where and to

4    whom and how.  That's the Plaintiff's burden.  I think I

5    heard Mr. Neiburg say three or four times in his closing

6    that the Defendants have failed to put on any evidence of X,

7    Y, or Z.  Well, the last time I checked, the Defendants have

8    no burden of proof.  We're not making a counter claim

9    against AHM for monies owed.  It's the Plaintiff who has to

10   demonstrate that it has standing, it's the proper party in

11   interest; that goes to the first issue on non-compliance,

12   and that the damages it seeks are not speculative and that

13   the damages that it seeks have been demonstrated with

14   credible evidence before this Court.  We submit to you there

15   is no evidence, besides hearsay documents that Mr.

16   Colagiacomo, the one 30(b)(6) witness before you today, said

17   he knew nothing about other than that he found them in the

18   records that are generally kept in the ordinary course of

19   AHM's business.  That doesn't do it.  It simply doesn't.  We

20   had no opportunity to cross-examine anyone who decided to

21   call Showcase's interests, which has never been disputed to

22   be anything other than 50 percent, a minority interest.  How

23   do we know what that meant?  Why were they wrong?  What did

24   they look at?  What were they thinking?  No evidence before

25   you.  Further, to the point of the conversion claim that's

1  being made, this is not, as Mr. Neiburg suggests to you, two

2  discreet transfers of money that can be traced with

3  specificity so you can say money can be converted when it's

4  earmarked.  This is by no means earmarked money in one or

5  two transfers.  This is as that very exhibit that you've

6  admitted over our object reflects, a fluctuating account

7  over a period of a decade.  That type of account, that type

8  of valuation, even, again, absent the threshold foundation

9  as to how it's been calculated and how it's been made, is

10  exactly the type of fungible fund of fungible money that

11  cannot, as a matter of law under Illinois, be the subject

12  properly of a conversion claim.  Conversion is not for a

13  bank account, certainly not for a bank account that has had

14  money go in and out over a ten-year period and that

15  witnesses that aren't before the Court are going to be

16  somehow asked to show you and to demonstrate to you and

17  you're supposed to accept these non-witnesses' ideas about

18  well, yes, it's mostly AHM's.  That's simply incredible.

19  It's non-credible evidence that should be disregarded as you

20  consider the facts of this case.  Apart from the failure on

21  the accounting side, and on the calculation of the damage

22  side, even if you accept the premise that we think you can't

23  accept as a matter of fact and law, that AHM was a member

24  and, therefore, had a capital account.  Even if you put

25  aside all those things, there's still that problem of the

1  consent that Mr. Lake and Mr. Manglardi gave to Mr. Orsi.

2  Again, Plaintiff, turning the burden of proof on its ear,

3  says well, we've conceded by saying that Mr. Manglardi and

4  Mr. Lake consented to the withdrawals.  We've conceded the

5  point that AHM owned the money.  No, it's not a concession

6  at all.  It's the opposite.  Plaintiff has to prove the

7  case, not us.  Our position is if you find that AHM owned

8  this capital account, if you find.  It's not an admission

9  that it does, to take this position -- it's a legal

10 position.  If you find that AHM owned the money, then AHM's

11 officers authorized the withdrawal.  They told Mr. Orsi to

12 take it.  Mr. Manglardi was an AHM employee.  He was an

13 officer.  Where is he today?  Why isn't he testifying to

14 refute Mr. Orsi's statement?  Where is Mr. Lake?  He was an

15 officer.  Where is he today?  Neither of the two men whose

16 consent has been testified to in an unrebutted fashion have

17 been here to say word one about this.  So to suggest that

18 you just shouldn't believe Mr. Orsi and the Defendants

19 haven't proven their case, no, it doesn't work that way.

20 The Plaintiffs haven't proven their case that this

21 withdrawal, if you assume that they were validly a member,

22 which we dispute, which we think you can't find.  Even if

23 you accept all the failures in the accounting, of which

24 there was no credible testimony, even apart from all those

25 things, the Plaintiff has to demonstrate that this wasn't

1  something to discredit Mr. Orsi's otherwise unrebutted

2  statement.  That has not been done.  So, in summary, whether

3  you find, as a matter of law, at the outset, which we think

4  you must do under the *Weiss* case, which we think is the

5  right result, the result that comports with the orderly

6  doing of business and the orderly creation of limited

7  liability companies through Illinois and any other State, we

8  have the LLC Act that defers to the Operating Agreement.  We

9  have the Operating Agreement that says this is what you have

10 to do.  These are the steps you must do.  These are the

11 hoops you must jump through.  And the *Weiss* case that says

12 where you don't jump through the hoops in the Operating

13 Agreement, you don't transfer interests even if later on

14 somebody says I consent to it anyway.  The window is a small

15 one.  It has to happen before the merger.  It has to happen

16 contemporaneously with the merger.  If it doesn't, the

17 window shuts.  When the window shuts, two years, five years,

18 eight years of conduct doesn't reopen it.  We appreciate the

19 view Your Honor's taking, seemingly, in asking me the

20 question you did that well, they all knew what was going on

21 here.  That may be true but it does not change the law.  It

22 does not change the law.  So even part from the legal

23 argument from the law, there are factual problems that then

24 hurt Plaintiff's ability to prove his case and, in fact, we

25 submit that prevent Plaintiff from proving its case.

1   There's no evidence that's credible of the accounting, none

2   whatsoever.  There's no evidence to refute the consent that

3   has been testified to by Mr. Orsi.  Who was in charge of

4   this money?  The manager, AHM.  If there are problems with

5   the way this money was handled, it's AHM's self-created

6   problem.  It should now not be seeking relief from this

7   Court for the way in which it handled its managerial roles

8   here.  These are not mere procedural flaws.  These are

9   substantive flaws that prevent the law from allowing a

10  transfer to be considered valid.  There's no alleged

11  absence, as Counsel said, of evidence.  There is an absolute

12  absence of evidence.  And the party that is going to have

13  the hard time, absent evidence, is not Mr. Orsi who has no

14  burden of proof.  AHM had to prove all of these things.  AHM

15  proved none of these things through Mr. Colagiacomo.  We

16  submit that a verdict in favor of the Defendant is the only

17  reasonable and fair and equitable result here.  Thank you.

18              THE COURT:  Thank you.

19              MR. NEIBURG:  A few brief words, Your Honor?

20              THE COURT:  Sure.

21              MR. NEIBURG:  I think it's -- Your Honor was

22  touching on it earlier when you started asking questions of

23  Defense Counsel.  Everything that Mr. Hellerman said,

24  eloquent; he spoke a while; he spoke of what the LLC Act of

25  Illinois states about, but what it ignores is you have to

1   follow the money.  Under their version of events, merely

2   because there may have been flaws in the transfer of

3   interests in the LLC, the money that is then existing

4   sitting in an account automatically belongs to Defendants.

5   While Counsel indicates that the tax returns are not

6   credible, simply can't be believed, you know, they've been

7   authenticated.  The parties stipulated to authentication.

8   Those tax returns were the tax returns that were filed on

9   behalf of the LLC.  They were -- it was represented to the

10  IRS this is what happened with this LLC.  It was represented

11  to the Illinois State this is what happened.  That happened

12  over the course of ten years.  The parties did their

13  business, like he said.  He took his check.  They made their

14  money.  The credible business records of this LLC that were

15  created at the time of the ongoing relationship where

16  everyone was making money, no reason to lie at that time.

17  They reported 50 percent income to you, 50 percent income to

18  AHM.  The one return that we know matches that is the LLC's

19  2006 return.  AHM reported $34,602 in ordinary income.

20  Showcase, for that very same year, if you look at their 2006

21  return, reports the same amount.  They relied on that then.

22  Now they're trying to refute in saying AHM's accounting was

23  wrong or not credible.  I think you just have, point being,

24  look at the context in which those returns were prepared,

25  when they were prepared, and you can judge whether or not

1  the information in there is credible.  And Mr. Hellerman

2  indicates that PX-50, which was the chart, was incredible,

3  not to be believed, not supported by any foundationary

4  evidence.  Well, I think Mr. Colagiacomo testified that

5  information was gleaned directly from the tax returns which

6  have been admitted into evidence.  And when it comes -- just

7  skipping around; sorry, Your Honor.  Talks about the

8  conversion claim where there was ups and downs of balances.

9  The only time at which you have to look at is what happened

10  at the time those transfers occurred.  It doesn't matter

11  what the balance was, how it went up and down two months

12  prior to that.  On the date it was transferred, $350,000 was

13  transferred, period.  Now, let's assume that Defendants are

14  right.  The transfers somehow were not effective.  AHM never

15  had an interest in the LLC but there was money sitting in an

16  account.  Really, all that money represented, you know, the

17  original capital contributions of the partners, but the vast

18  majority of that represented undistributed ordinary income.

19  Call it what you will.  There was an account with money in

20  it.  The records reflect most of that belonged to AHM.  And

21  with one last word, Your Honor, during his deposition, Mr.

22  Orsi was walked through the provisions of the Operating

23  Agreement, specifically, with respect to a withdrawal event.

24  Referring to Sections 12.01, Dissolution, and how a

25  withdrawal event is defined in the Operating Agreement, and

1    I'll read briefly.  Withdrawal event shall occur upon the

2    expulsion, bankruptcy, or dissolution of a member, or the

3    occurrence of any event which terminates the continued

4    membership of a member and the company.  So, Your Honor,

5    Defendants want to point that well, AHM was really a

6    manager; it wasn't a member.  They're saying that in the

7    year 2012.  What did Mr. Orsi and Showcase think in 2007?

8    Thank you, Your Honor.

9              THE COURT:  You're welcome.  Any last comment?

10             MR. HELLERMAN:  No, Your Honor.

11             THE COURT:  All right.  Thank you.  Okay.  Well,

12   I think we have to start with the Operating Agreement.  I

13   don't think there's any question about that.  The question

14   maybe is whether we stop with the Operating Agreement.  We

15   certainly start with it, and there are a couple points that

16   I think are important.  First of all, sort of taking the

17   back end first on economic interest, the Plaintiff makes the

18   argument that well, if we didn't have a membership interest,

19   we at least had an economic interest, and economic interest

20   is defined in the Agreement in 1.01(i) as a member's or

21   economic interest holder's share of one or more of the

22   company's net profits, net losses, distributions, and

23   company assets, pursuant to the Operating Agreement in the

24   Act, both shall not, including any right to participate, in

25   management or affairs of the company.  So there is this

1   concept that is in the Operating Agreement that there may

2   be, in certain circumstances, a distinction between an

3   economic interest holder and a member interest holder.  I

4   may jump around here a little as well so please excuse me.

5   Let me jump ahead to 603 where it's a provision about

6   providing a list of members and it states:  Upon the written

7   request of any member, the manager should provide a list

8   showing the names, address, and membership interest, and

9   economic interest of all members; so again, this concept

10  that there perhaps is an economic interest as opposed to a

11  member interest.  Moving onto 8.03 which is capital

12  accounts, and 8.03(b) I think is important.  In the event of

13  a permitted sale or exchange of a membership interest or an

14  economic interest in the company, the capital account of the

15  transferor shall become the capital account of the

16  transferee to the extent it relates to the transferred

17  membership interest or economic interest in accordance with,

18  etc., etc.  So there we have a situation I think where it

19  says, and this is provided there is a proper exchange, but

20  if there is an exchange of or a sale of a membership

21  interest or an economic interest, the capital account goes

22  to the transferee.  So to follow Plaintiff's argument, if

23  what AHM ultimately had was an economic interest, then the

24  capital account would be in the name of AHM.  It then goes

25  on in subsection (d) to say, upon liquidation of the

1   company, which is the LLC, the remaining members' interests

2   or economic interests, liquidating distributions will be

3   made in accordance with the positive capital account

4   balances of the members and the economic interest holders as

5   determined after taking into account all capital account

6   adjustments for the company's taxable year during which the

7   liquidation occurs.  So again, the possibility that, upon

8   liquidation, an economic interest holder would receive

9   funds.  Let me jump up to really the 10.02 which is really

10  the heart of the Defendants' defense and it says, in 10.01

11  -- 10.02(a), if a selling member desires to sell all or any

12  portion of its membership interests or economic interests in

13  the company to a third party purchaser, the selling member

14  shall obtain from such third party purchaser a bona-fide

15  written offer, etc., etc.  The selling member shall give

16  written notification to the remaining members; that's mail,

17  etc., furnishing a copy of the written offer and the name

18  and business of the proposed transferee.  There's nothing in

19  the record that would support a finding that that occurred.

20  I don't think that's questionable.  It then goes on that the

21  remaining members and each of them shall, on a basis pro-

22  rata to their percentage interest of those remaining

23  members, exercising their right of first refusal, have the

24  right to exercise a right of first refusal to purchase all,

25  or less than all, of the interests proposed to be sold by

1  the selling member from the same terms and conditions as

2  stated in the written offer.  And it has it must do so

3  within 45 days after receiving written notice from the

4  selling member.  Failure to exercise the right within that

5  time period results in termination of the right of first

6  refusal and the selling member is entitled to consummate the

7  sale.  And then there's a proviso about when the

8  consummation has to occur.  There -- I think the record is

9  perhaps a little murkier on the notice requirement.

10 Certainly, no formal written notice by certified mail,

11 facsimile, or overnight delivery, with a copy of the offer

12 was sent to Mr. Orsi, or at least there's no evidence to

13 indicate it.  Any notice that he received at, before, after,

14 around the time of the transactions would have been informal

15 notice and oral notice, and I think, for purposes of

16 10.02(b), frankly, that would be too tenuous to meet the

17 precise demands of the statute.  And that's supported -- if

18 you jump ahead to 13.01, it defines what a notice is and

19 that's supporting that comment.  All right.  I'm going to

20 jump up, again, a little out of order, and I'm looking at

21 10.01(a), and it says except as otherwise specifically

22 provided herein, no interest holder shall have the right as

23 to all or any part of its membership interest or economic

24 interest to sell, assign, pledge, hypothecate, transfer,

25 exchange, or otherwise transfer for consideration;

1   collectively, sell.  I don't know if it's here nor there but

2   it doesn't say merger.  And there might be a difference that

3   matters between the selling and assigning to a third party

4   as opposed to merger with another entity which, arguably,

5   means nothing more than expanding the ownership structure or

6   -- you know, keeping whatever is merged into the larger

7   thing intact.  Maybe that's not a sale under the law.  I

8   don't think I need to get there but I raise that point.

9   Okay.  Then we go to 10.03(a), Transferee Not a Member in

10  Absence of a Two-Thirds Majority Consent.  Okay.  If all of

11  the remaining members do not approve by a two-thirds

12  majority written consent of the proposed sale of the selling

13  member's interest or economic interest to a transferee which

14  is not a member immediately prior to the sale, then the

15  proposed transferee shall have no right to participate in

16  the management of the business and affairs of the company or

17  to become a member.  The transferee shall be merely an

18  economic interest owner.  In other words, a failure to

19  comply with the requirements of transfer that are let in the

20  Operating Agreement in connection with membership interest

21  does not defeat whatever transaction occurs.  The

22  transaction occurs even without approval of the interest

23  holders but it's limited to the transfer of an economic

24  interest.  And that, I think, is where I would end up and

25  start actually in connection with the technicalities of the

1   Operating Agreement, which I believe the technicalities of

2   the Operating Agreement are such that -- I always get it

3   wrong, JVV?

4            MR. HELLERMAN:  VJJ, Your Honor.

5            MR. NEIBURG:  VJJ.

6            THE COURT:  VJJ.  I hate acronyms.  VJJ

7   transferred an economic interest, not a membership interest

8   to Fair Housing.  Fair Housing transferred an economic

9   interest, not a membership interest, to AHM.  Also, VJJ

10  transferred the management interests, or the management

11  responsibilities, to Fair Housing which then sent them to

12  AHM.  So at the time of bankruptcy, what we have is a

13  member, which is Mr. -- excuse me, is Showcase, and we have

14  another member just sort of not existing, perhaps just

15  disappeared; we don't really need to get into that, but we

16  have an economic interest holder, and the economic interest

17  holder has the 50 percent economic interest versus the

18  Showcase 50 percent economic and membership interest.  And

19  because the Agreement provides that the transferee of the

20  economic interest gets the economic capital account, under

21  the terms of the contract, I believe that AHM had a 50

22  percent economic interest at the time of the transfers.

23  Now, where does that get us?  We'll get to that in just a

24  second.  Okay.  All that said, I have serious issues and

25  problems with strictly interpreting the provisions of the

1    Operating Agreement because of the conduct and the reality

2    of what occurred here.   Certainly, legal formalism and legal

3    fictions of corporations and LLCs, etc. are important and

4    the Court should take them very, very seriously but

5    formalism has an end point and it's additional contract --

6    or corporate law.   You know, you can pierce the corporate

7    veil, for example, if there's a disregard by the parties of

8    the corporate formalities between the two corporations.   In

9    this instance, to follow formalism in this case I think

10   would really be taking it to an absurd extent.   The business

11   reality here is that Mr. Orsi/Showcase dealt with three

12   persons, which were the people who founded the initial

13   company.   That's who he cared about.   That was the business

14   contact.   Those were the people with which Mr. Orsi, who

15   was, in effect, Showcase, were dealing and that was a

16   successful business.   Mr. Orsi could not continue the

17   business without those three individuals and, in fact, when

18   AHM went into bankruptcy, he had to dissolve the company

19   because the company just couldn't -- excuse me, the LLC

20   couldn't operate its business without the inflow of loans

21   and money, etc. that were coming by and between those three

22   individuals and Showcase.   I firmly believe that, had the

23   formalities of the Operating Agreement been followed, we

24   would be exactly where we are today; that Mr. Orsi/Showcase

25   would not have exercised the right of first refusal and

1    would have consented to the transfers of the membership

2    interests and management interests up the line to AHM.  Why?

3    Because it made really good economic sense.  People were

4    making money, the company was profitable, and the key

5    members were the members that mattered for purposes of the

6    business operating.  I find -- let me check my notes on this

7    one.  And I mean not to put too fine a point on it, but, you

8    know, what Mr. Orsi cared about, which makes a lot of sense

9    to a certain extent, is business.  Was he getting the

10   checks?  Was the business being operated?  Did they have the

11   flow that they needed?  Everything else about who was

12   writing the checks really didn't matter because, on the

13   other side, were the people he had done business with who he

14   needed.  So where are we?  Okay.  We're in a situation now

15   where the Court has said, at the least, an economic interest

16   was transferred to the point where, at the time of the

17   bankruptcy or immediately before it, AHM had the economic

18   interests and the management interests in the LLC.

19   Arguably, it's -- it would be considered a membership

20   interest but we don't need to get there because I find that

21   the economics interest is sufficient.  But if I -- if it

22   came to the point where it was do I interpret the contract

23   differently and say forget about the economic interests;

24   let's deal solely with the membership interest and then

25   consents weren't taken, I would not enforce those elements

1  of the formalities in this case because the parties did not

2  consider them, did not follow them, did not think they were

3  important, all sorts of activity occurred that is consistent

4  with the idea that the transfers continued to go forward.

5  AHM, as manager and economic interest holder, did numerous

6  things consistent with what the others had done, First Home,

7  etc.; filing Federal and State income taxes, quoting and

8  preparation of filing statements for the LLC, maintained the

9  business records of the LLC, arrange and paid for the bonds

10  for the LLC, renewed and paid for LLC's residential mortgage

11  license, prepared K-1s, prepared annual reports with the

12  State of Illinois, maintained the payroll records -- oh,

13  excuse me.  Let me strike that.  I don't think that evidence

14  is in front of me.  All of those things continued to occur

15  and, as such, I think there's strong evidence that where I'm

16  basically in support of not enforcing the Operating

17  Agreement under its strict terms.  So where are we?  Well,

18  immediately prior to the bankruptcy, Mr. Orsi is told, and I

19  believe him, he was told at least by Mr. Lake, I think, that

20  the company was about to file bankruptcy and get the money

21  out as quick as you can.  Well, I understand that's what I

22  heard but (a) I don't believe Mr. Orsi or Showcase can rely

23  on that written instruction.  It was certainly a non-

24  authorized; even though it was by one of the thousands of

25  VPs of American Home Mortgage, an unauthorized and

1  inconsistent instruction with the law and it smacks a little

2  bit of bad faith on the behalf of Mr. Orsi.  [indiscernible]

3  get all our money out as soon as possible.  I think he knew

4  exactly what he was doing which was giving the money out,

5  giving his money out, before the bankruptcy so that, in the

6  end, he wouldn't be in a situation where he didn't get all

7  his money.  That's neither here nor there, but let's talk

8  about the actual balance.  I find Exhibit 50 to be entirely

9  credible.  I believe that it's supported by the evidence,

10  the conduct of the parties, the books and records, etc.,

11  completely consistent with it.  So -- I want to make sure I

12  get the numbers right.  $334,279 were taken out of that

13  capital account that belonged to AHM and AHM is entitled to

14  damages or a return of those funds.  Taking that to the law,

15  we'd start with -- I think there are four counts of that --

16  four causes -- four counts that still exist.  Count I is

17  that turnover of property be stayed under Section 542 which

18  requires an entity, such as Showcase, or its beneficiary,

19  such as Mr. Orsi, in possession of property of the estate,

20  to deliver the property to the Trustee; must allege an

21  undisputed right to recover the plain debt, I think in my

22  Findings of Fact and Law, that AHM has an undisputed right

23  to recover that money and that there is no legitimate

24  dispute over ownership of that property.  So the -- I find

25  in favor of the Plaintiff on Count I.  Count II is

1  conversion under Illinois and required the debtor to

2  establish a right to the property at issue, an absolute and

3  unconditional right to its immediate possession, wrongful

4  unauthorized control over the property, and a demand for

5  possession.  The Plaintiff must show an entitlement to a

6  specific fund account or specific money in coins or bills,

7  not merely a particular amount of money.  I believe the

8  evidence in front of the Court very carefully tracks exactly

9  where the money went and that the other elements of

10  conversion are met so I find in favor of the Plaintiff on

11  Count II.  Let me talk a little bit about Mr. Orsi's

12  liability.  As an officer of Showcase, Mr. Orsi has

13  liability for active participation in the conversion or the

14  turnover in this case.  Again, as I've touched on earlier, I

15  believe Mr. Orsi knew exactly what he was doing.  He went in

16  and wrote a check on someone else's account, if you will,

17  and he wasn't an authorized signatory, is my understanding.

18  But, in any event, he took money out of that account and

19  transferred it to Showcase and then disbursed it to, among

20  other people, himself.  So I think that's active

21  participation and sufficient to find liability on the behalf

22  of Mr. Orsi in the full amount.  Unjust enrichment, I see

23  this as an alternative argument.  You know, I think,

24  frankly, given what I've already found in connection with

25  the actual contracts, allowing us to get where we go to or

1  even maybe perhaps a; I don't want to say loose

2  interpretation, but a waiver of the strict requirements

3  having occurred, I don't necessarily get to -- have to go

4  there, but to the extent I do, it clearly -- there's clearly

5  been a showing that the Defendant retained a benefit to

6  Plaintiff's detriment, and that retention of benefit

7  violates fundamental principles of justice, equity, and good

8  conscience.  So I find in favor of the Plaintiff on Count

9  III.  Count IV is for an accounting.  An accounting of the

10  Plaintiff for equitable relief requires Plaintiff to allege

11  an absence of legal remedy and a breach of fiduciary

12  relationship, a need for discovery or fraud, or the

13  existence of mutual accounts which are of a complex nature.

14  I find in favor of the Defendant on Count IV.  There simply

15  isn't the requirement for an equitable finding here, and I

16  don't find any fiduciary relationship between Showcase and

17  AHM, or between Orsi and AHM.  And I've already previously

18  dismissed Count 5 in the Motion to Dismiss.  So I find in

19  favor of the Defendant -- excuse me, Plaintiff in the amount

20  requested which I believe is $334,279?

21          MR. NEIBURG:  Your Honor, I think, as Mr.

22  Colagiacomo testified, there was some funds in the account

23  that were accounts payable to AHM at that time and I think

24  it was roughly $13,000, in addition to the money that

25  represented capital account balance.

1          THE COURT:  Yes.  I apologize.  Yes.  I find in

2     the Plaintiff's favor on that amount of money as well.  So

3     I'd ask the parties to get together and come up with a form

4     of Order and Judgment and submit it under Certification of

5     Counsel.  All right?  Thank you very much.  We're dismissed.

6          (Whereupon, at 3:51 p.m., the hearing was adjourned.)

7

8                         CERTIFICATION

9          I certify that the foregoing is a correct

10    transcript from the electronic sound recording of the

11    proceedings in the above-entitled matter.

12

13

14    _____          15 October 2012
15    Tammy L. Kelly, Transcriber                  Date
16    Diaz Data Services, LLC

AMERICAN HOME MORTGAGE 07-11047-CSS 9.20.12.TXT.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **30(b)(6)**(3) 106:11 107:5 154:16 | | **actions**(3) 115:23 137:6 150:10 | | **agents**(23) 1:22 2:14 6:17 13:16 14:5 22:6 | | **all**(127) 5:3 6:1 6:19 6:25 7:11 9:15 9:17 | |
| **a.m.**(4) 1:25 5:2 63:18 63:18 | | **active**(2) 171:13 171:20 | | 24:6 28:9 28:20 32:12 40:19 45:8 45:13 | | 11:9 16:21 18:1 21:21 26:4 32:24 33:23 | |
| **ability**(1) 157:24 | | **activities**(4) 33:4 34:1 40:17 41:1 | | 52:16 52:22 53:24 57:1 57:7 57:13 67:23 | | 42:21 44:5 44:10 45:20 54:13 54:24 59:22 | |
| **able**(16) 13:11 13:14 13:18 13:25 14:2 | | **activity**(1) 169:3 | | 75:6 86:21 93:24 | | 63:3 63:6 69:3 70:7 75:7 76:20 77:17 | |
| 14:3 24:17 25:14 25:16 25:21 25:22 26:1 | | **acts**(1) 148:2 | | | | 80:5 80:9 83:5 84:1 85:19 87:13 90:17 | |
| 54:7 73:22 85:22 91:12 | | **actual**(9) 49:13 49:19 52:3 80:6 84:10 | | **agents'**(1) 125:13 | | 96:16 98:23 99:10 100:2 100:25 101:2 | |
| | | 87:5 142:6 170:8 171:25 | | **aggregate**(1) 140:10 | | 101:11 101:23 102:14 103:2 103:20 104:4 | |
| **about**(83) 25:20 28:8 40:13 43:1 56:2 | | | | **ago**(2) 101:5 101:21 | | 104:5 104:7 104:16 105:4 106:18 107:11 | |
| 57:16 58:10 58:22 59:1 65:13 70:12 74:3 | | **actually**(14) 5:25 10:17 32:14 49:8 49:14 | | **agree**(5) 51:15 56:4 58:13 59:20 121:6 | | 107:18 110:8 110:24 111:3 111:4 111:10 | |
| 74:15 75:4 77:20 78:22 83:17 84:16 85:10 | | 63:2 74:7 74:13 92:3 129:1 132:25 135:11 | | **agreed**(2) 5:19 5:22 | | 111:12 112:1 112:15 114:3 115:9 115:10 | |
| 87:2 87:24 87:25 89:1 89:6 89:21 90:4 | | 140:17 165:25 | | **agreement**(89) 3:16 4:5 4:13 14:14 14:18 | | 115:25 117:11 119:5 119:25 121:11 123:1 | |
| 92:1 92:2 92:19 94:2 94:19 95:2 96:2 | | | | 14:20 14:21 45:6 45:16 45:19 45:21 45:24 | | 124:1 124:10 126:21 128:17 128:22 129:17 | |
| 105:16 106:16 108:4 112:14 115:5 116:23 | | **add**(2) 99:6 123:16 | | 46:8 46:18 46:24 47:24 48:21 52:9 53:12 | | 129:25 130:3 132:23 133:10 133:14 | |
| 117:7 117:15 117:16 121:22 122:11 122:21 | | **added**(1) 26:21 | | 56:1 56:4 56:8 56:8 56:11 56:13 56:24 | | 143:20 143:25 144:11 145:7 146:8 146:16 | |
| 123:10 126:5 127:22 128:1 129:11 131:6 | | **addition**(7) 13:23 27:9 39:7 127:2 137:15 | | 58:16 59:1 59:12 75:25 76:3 79:23 80:14 | | 147:2 147:9 147:9 147:24 148:15 149:4 | |
| 143:4 143:20 143:24 143:25 144:2 144:3 | | 152:7 172:24 | | 81:13 89:20 104:15 105:15 105:20 105:24 | | 149:11 150:5 150:6 150:8 150:21 151:21 | |
| 144:6 144:16 144:24 145:3 147:14 147:15 | | | | 107:9 107:9 107:25 131:15 132:19 136:15 | | 152:13 152:19 152:21 153:5 155:25 156:6 | |
| 147:21 148:14 149:24 149:25 152:9 154:17 | | **additional**(4) 11:24 12:10 100:12 167:5 | | 137:3 137:25 138:10 138:23 138:23 138:24 | | 156:23 156:24 157:20 158:14 160:16 | |
| 155:17 156:17 158:25 160:7 161:13 162:5 | | **address**(4) 5:17 54:20 113:9 162:8 | | 139:16 141:9 142:19 143:1 143:12 144:14 | | 161:11 161:16 162:9 163:5 163:11 163:24 | |
| 164:7 167:13 168:8 168:11 168:23 169:20 | | **addressed**(3) 43:2 115:10 120:24 | | 144:19 145:3 145:8 145:19 146:4 146:20 | | 163:25 164:19 164:23 165:10 166:24 169:3 | |
| 170:8 171:11 | | **addresses**(1) 152:1 | | 146:22 146:23 147:8 147:18 147:20 147:25 | | 169:14 170:3 170:6 173:5 | |
| | | **adjourned**(1) 173:6 | | 149:10 150:13 152:8 157:8 157:9 157:13 | | | |
| **above**(1) 151:17 | | **adjusted**(1) 59:19 | | 160:23 160:25 161:12 161:14 161:20 | | **all-fours**(2) 147:16 152:18 | |
| **aboveentitled   (1)** 173:11 | | **adjustments**(1) 163:6 | | 161:23 162:1 165:20 166:1 166:2 166:19 | | **allege**(3) 140:13 170:20 172:10 | |
| **above-noted**(1) 137:15 | | **administered**(1) 1:6 | | 167:1 167:23 169:17 | | **alleged**(3) 137:4 140:12 158:10 | |
| **absence**(7) 91:25 137:4 137:6 158:11 | | **administrative**(2) 84:20 136:25 | | | | **alleging**(1) 135:9 | |
| 158:12 165:10 172:11 | | **admission**(9) 21:19 66:17 109:9 126:13 | | **agreements**(4) 9:11 148:5 148:16 149:4 | | **allow**(7) 19:14 19:18 26:7 43:21 44:10 | |
| **absent**(2) 155:8 158:13 | | 142:8 151:16 151:18 152:16 156:8 | | **agreement's**(1) 147:13 | | 127:19 129:15 | |
| **absolute**(2) 158:11 171:2 | | | | **agrees**(1) 134:12 | | | |
| **absolutely**(1) 47:17 | | **admissions**(5) 109:1 109:8 109:16 135:21 | | **ahead**(7) 15:12 105:5 111:4 117:18 117:25 | | **allowed**(1) 109:17 | |
| **absurd**(1) 167:10 | | 137:1 | | 162:5 164:18 | | **allowing**(2) 158:9 171:25 | |
| **accept**(4) 155:17 155:22 155:23 156:23 | | | | | | **alone**(1) 100:24 | |
| **access**(1) 150:5 | | **admit**(16) 106:4 106:18 107:7 115:18 | | **ahm**(134) 3:25 3:49 3:50 4:4 8:2 16:22 | | **along**(3) 100:25 128:4 130:13 | |
| **accompanies**(1) 146:22 | | 116:2 117:19 119:5 120:14 121:17 121:13 | | 24:23 26:18 55:4 55:19 56:20 56:22 57:2 | | **already**(15) 5:6 12:7 21:23 53:22 55:14 | |
| **accordance**(5) 113:20 139:13 149:3 162:17 | | 128:17 130:16 131:11 136:11 136:20 136:23 | | 57:9 57:18 60:14 62:4 66:12 69:12 72:18 | | 77:20 77:22 112:9 123:7 129:16 131:9 | |
| 163:3 | | | | 75:1 85:7 88:25 89:4 89:10 89:14 89:25 | | 131:10 134:15 171:24 172:17 | |
| | | **admits**(1) 145:1 | | 90:7 90:9 90:12 90:12 90:21 90:24 92:9 | | | |
| **according**(4) 22:14 22:18 45:6 73:9 | | **admitted**(41) 3:12 106:20 107:1 107:9 | | 92:11 92:20 94:17 96:10 96:14 96:24 97:1 | | **also**(49) 9:8 9:10 9:11 9:14 9:16 9:20 | |
| **account**(116) 10:24 11:2 11:6 11:8 11:10 | | 108:8 108:10 108:17 109:13 109:18 110:17 | | 101:9 102:22 106:1 111:10 112:18 112:19 | | 12:13 14:6 18:23 21:10 21:12 23:2 29:8 | |
| 11:13 11:22 12:1 12:4 12:6 12:18 13:4 | | 110:25 111:13 111:22 114:3 114:13 116:19 | | 112:23 113:17 113:18 114:11 119:1 119:2 | | 30:2 32:10 32:15 32:21 32:25 33:9 33:12 | |
| 13:4 13:15 13:22 19:6 20:21 21:5 21:7 | | 117:2 118:3 119:14 119:23 120:7 121:11 | | 119:15 120:4 120:12 123:9 124:14 124:18 | | 33:15 33:16 34:17 39:13 40:20 40:21 43:9 | |
| 21:10 21:12 22:7 22:8 22:14 22:17 23:3 | | 122:1 122:10 123:7 123:14 125:11 126:14 | | 125:22 126:2 129:7 134:12 134:18 134:22 | | 43:14 46:22 55:2 61:25 64:2 67:7 67:11 | |
| 26:21 27:3 27:4 27:21 28:8 28:18 28:24 | | 127:12 127:14 127:16 128:11 129:16 | | 134:25 135:4 135:6 135:9 135:25 136:2 | | 70:15 75:13 79:19 81:7 85:3 98:19 105:7 | |
| 32:6 32:7 32:11 32:13 58:3 58:7 58:16 | | 129:17 130:20 132:16 132:23 133:1 153:20 | | 136:6 136:7 136:9 136:10 136:12 136:17 | | 115:7 123:9 124:22 131:9 137:5 138:18 | |
| 59:4 59:5 59:6 59:8 59:9 59:10 59:17 | | 155:6 160:6 | | 136:19 136:22 136:24 138:19 138:20 | | 141:4 166:9 | |
| 59:22 65:11 66:13 69:4 69:17 69:18 70:14 | | | | 139:17 139:20 139:23 140:11 140:18 | | | |
| 71:8 71:20 72:5 73:4 73:10 75:13 75:24 | | **admittedly**(1) 124:18 | | 140:22 141:4 141:15 142:5 142:22 142:23 | | **alternative**(1) 171:23 | |
| 76:8 76:8 94:13 96:23 96:23 100:8 122:5 | | **admitting**(4) 113:14 113:22 113:23 131:19 | | 142:23 143:22 145:17 147:7 147:10 149:12 | | **although**(2) 107:15 137:8 | |
| 125:19 134:1 134:1 134:6 134:7 134:11 | | **adp**(1) 39:23 | | 150:3 150:10 150:23 151:7 151:8 151:11 | | **always**(4) 92:17 102:20 122:19 166:2 | |
| 134:16 136:5 136:18 138:22 139:6 139:7 | | **adversary**(3) 1:14 5:16 74:10 | | 151:20 152:7 152:12 152:20 152:21 154:9 | | **amended**(3) 4:7 132:11 151:14 | |
| 139:14 139:19 139:24 140:16 140:19 | | **adverse**(1) 65:21 | | 155:23 156:5 156:7 156:10 156:12 158:8 | | **amendment**(7) 3:23 108:12 151:2 151:3 | |
| 141:20 146:2 146:21 146:24 147:1 147:3 | | **adversely**(3) 43:21 63:23 64:5 | | 158:14 158:14 159:19 160:14 160:20 161:5 | | 151:10 151:12 151:13 | |
| 152:23 153:18 155:6 155:7 155:13 155:13 | | **affairs**(3) 54:8 161:25 165:16 | | 162:23 162:24 166:9 166:21 168:2 168:17 | | | |
| 155:24 156:8 159:4 160:16 160:19 162:14 | | **affected**(1) 43:22 | | 170:13 170:13 170:22 172:17 172:23 | | **american**(157) 1:15 2:10 2:33 8:16 8:18 | |
| 162:15 162:21 162:24 163:3 163:5 163:5 | | **affiliated**(1) 143:18 | | | | 8:21 9:6 9:15 9:17 9:18 9:19 9:20 9:23 | |
| 166:20 170:13 171:6 171:16 171:18 172:22 | | **afforded**(2) 52:23 53:6 | | **ahm/first**(4) 57:23 110:20 126:18 151:20 | | 10:5 10:5 10:10 10:23 10:25 11:2 11:18 | |
| 172:25 | | **aforementioned**(1) 47:3 | | **ahm's**(17) 94:19 95:2 96:2 124:6 125:19 | | 11:19 11:22 12:6 14:5 14:11 14:22 15:14 | |
| | | **afraid**(1) 68:14 | | 133:25 136:13 140:6 140:13 141:2 141:11 | | 15:15 15:18 16:8 16:10 16:15 16:22 18:6 | |
| **accountant**(3) 61:17 102:7 153:2 | | **after**(31) 11:15 11:17 32:3 42:21 43:20 | | 152:5 152:24 155:18 156:10 158:5 159:22 | | 18:12 18:15 18:19 20:4 20:9 20:11 20:13 | |
| **accountants**(1) 91:6 | | 44:8 69:13 71:11 74:10 74:15 75:12 76:13 | | | | 22:14 22:15 22:18 22:24 23:8 24:6 24:14 | |
| **accounting**(19) 3:44 10:21 20:4 20:9 21:17 | | 82:18 84:16 89:4 89:24 90:7 90:11 92:9 | | **air**(1) 8:13 | | 24:22 25:10 25:13 26:3 27:3 27:4 27:10 | |
| 22:8 25:13 32:8 61:4 61:17 102:21 122:4 | | 92:5 96:2 99:1 134:21 137:17 137:12 144:24 | | | | 27:17 27:19 28:3 28:8 28:21 29:4 29:17 | |
| 123:6 155:21 156:23 158:1 159:22 172:9 | | 144:25 148:14 163:5 164:3 164:13 | | | | 30:7 30:15 30:22 31:4 31:14 31:20 32:6 | |
| 172:9 | | | | | | 32:8 32:9 32:14 32:15 32:18 32:22 32:25 | |
| | | **after-the-fact**(1) 127:1 | | | | 33:1 33:2 33:3 33:5 33:7 33:9 33:10 | |
| **accounts**(16) 27:9 27:17 32:9 58:8 58:11 | | **afternoon**(3) 65:9 133:16 133:17 | | | | 33:12 33:15 34:2 34:4 34:21 34:25 35:2 | |
| 61:1 68:23 139:2 139:21 140:10 143:19 | | **afterwards**(1) 147:24 | | | | 35:3 35:4 35:7 35:11 35:22 35:23 36:1 | |
| 153:21 154:1 162:12 172:13 172:23 | | **again**(36) 28:10 42:15 43:18 47:16 48:16 | | | | 36:12 36:14 36:17 37:1 37:2 37:6 37:7 | |
| | | 56:19 60:10 60:20 71:16 88:10 106:25 | | | | 37:10 37:22 37:23 38:1 38:11 38:13 38:16 | |
| **account"**(1) 138:24 | | 107:15 109:22 111:9 112:11 112:20 115:3 | | | | 38:19 39:5 39:6 39:15 39:18 40:1 40:2 | |
| **acknowledge**(1) 115:21 | | 116:15 118:22 120:3 121:19 121:22 123:8 | | | | 40:5 40:17 40:18 40:20 40:21 40:25 41:10 | |
| **acquisition**(4) 14:10 34:25 41:9 44:22 | | 126:1 126:20 129:9 131:7 140:2 142:15 | | | | 41:12 41:14 41:17 41:19 41:23 42:4 42:9 | |
| **acquisitions**(1) 9:4 | | 144:19 155:8 156:2 162:9 163:7 164:20 | | | | 42:12 44:23 48:14 48:16 49:11 49:17 55:5 | |
| **acronyms**(1) 166:6 | | 171:14 | | | | 55:22 56:8 61:5 61:8 65:15 68:5 68:6 | |
| **act**(10) 43:9 43:11 44:2 148:21 149:22 | | **against**(2) 153:1 154:9 | | | | 73:23 77:24 83:6 88:16 90:3 96:5 98:16 | |
| 149:25 150:18 157:8 158:24 161:24 | | **agenda**(2) 5:15 5:16 | | | | 102:12 113:3 152:1 169:25 | |
| | | **agent**(2) 79:17 110:4 | | | | | |
| **acted**(2) 45:16 113:19 | | | | | | | |
| **acting**(2) 44:15 44:16 | | | | | | **americas**(1) 2:34 | |
| **action**(6) 10:16 46:2 46:3 78:11 91:9 91:14 | | | | | | **among**(4) 45:22 62:1 138:3 171:19 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **amount**(17) 24:22 24:23 32:10 70:10 72:4 72:18 73:4 75:14 76:9 98:16 136:17 141:17 159:21 171:7 171:22 172:19 173:2 | | **and**(301) 79:10 79:10 79:14 79:17 79:19 80:8 80:16 80:17 80:20 80:22 80:25 81:4 81:7 81:8 81:12 81:13 81:16 81:20 81:21 82:1 82:4 82:8 82:9 82:9 82:12 82:12 82:15 82:18 82:18 83:3 83:9 83:12 83:14 83:19 84:6 84:16 84:25 85:3 85:14 85:16 86:5 86:18 86:19 86:23 87:8 87:9 87:24 88:1 88:2 88:4 88:14 88:16 88:19 89:4 89:9 89:13 89:16 89:20 89:24 89:24 90:3 90:4 90:7 90:8 90:11 90:11 90:12 90:15 91:17 92:2 92:3 92:11 92:14 92:17 93:3 93:12 94:1 94:2 94:19 95:2 95:6 95:11 96:5 97:1 97:19 97:19 97:23 98:7 98:11 98:14 98:18 98:21 98:24 99:20 99:22 100:11 100:12 100:20 100:21 101:2 101:10 101:21 102:3 102:20 102:25 103:25 104:1 104:13 104:23 105:7 105:11 105:23 105:25 106:1 106:10 106:13 106:14 106:19 106:25 107:3 107:9 107:13 107:20 109:7 109:9 109:13 109:23 109:25 110:5 112:10 112:14 112:19 112:20 112:22 113:1 113:8 113:18 113:19 113:19 114:10 114:13 114:16 114:25 115:1 115:8 115:18 115:22 116:2 117:12 117:24 118:9 118:12 118:16 118:18 118:24 119:1 119:4 119:17 119:18 119:19 119:25 120:3 120:14 120:23 120:25 121:9 121:13 121:17 121:19 121:20 121:22 121:23 122:5 122:12 122:7 122:23 122:25 123:6 123:8 123:9 123:11 123:12 123:15 123:17 123:24 124:18 124:22 125:11 125:13 125:14 125:15 125:23 126:1 126:4 126:5 126:20 126:22 127:2 127:5 127:21 128:1 128:12 128:18 128:23 129:1 129:3 129:4 129:5 129:9 129:10 129:17 130:1 130:2 130:3 130:7 130:24 130:25 131:4 131:13 131:13 131:15 131:16 131:18 131:19 131:20 131:20 131:21 131:22 131:23 132:6 132:13 134:5 134:11 134:12 134:22 134:25 135:4 135:8 135:12 135:19 135:22 135:24 135:25 136:1 136:5 136:9 136:10 136:11 136:13 136:21 136:24 136:25 137:1 137:3 137:6 137:15 137:16 137:22 137:25 138:7 138:9 138:13 139:2 139:9 139:13 139:14 139:17 139:19 139:21 140:6 140:8 140:14 140:18 140:21 140:22 140:25 141:1 141:2 141:6 141:8 141:14 141:16 141:18 141:19 141:24 141:25 142:2 142:3 142:8 142:10 142:17 142:22 143:6 143:6 143:7 143:8 143:18 144:1 144:2 | **and**(188) 142:2 143:3 144:16 144:16 144:16 144:20 144:25 145:3 145:5 145:6 145:9 145:13 145:16 145:20 146:6 147:4 147:6 147:8 147:11 147:11 147:14 147:14 148:2 148:6 148:8 148:9 148:15 148:18 148:18 148:23 149:1 149:2 149:8 149:19 149:20 149:21 149:23 149:25 150:1 150:1 150:2 150:5 150:7 150:10 150:11 150:17 150:25 151:4 151:8 151:13 151:14 151:16 151:18 151:22 151:24 151:25 152:1 152:3 152:4 152:6 152:7 152:14 152:18 152:19 152:20 152:20 152:22 152:23 153:25 154:1 154:2 154:3 154:4 154:12 154:12 155:9 155:14 155:14 155:16 155:16 155:21 155:23 155:24 156:1 156:3 156:18 157:6 157:7 157:11 157:24 158:12 158:17 158:17 159:25 160:1 160:6 160:8 160:11 160:20 160:24 160:25 161:4 161:7 161:15 161:19 161:22 162:3 162:6 162:8 162:8 162:12 162:19 163:4 163:10 163:17 163:18 163:21 164:1 164:2 164:6 164:7 164:15 164:15 164:17 164:18 164:20 164:21 165:2 165:3 165:16 165:24 165:24 166:13 166:16 166:18 166:18 166:24 167:1 167:2 167:3 167:3 167:5 167:15 167:17 167:21 167:22 167:25 168:2 168:4 168:7 168:18 168:23 168:24 169:5 169:7 169:9 169:10 169:15 169:18 169:20 169:25 170:1 170:10 170:13 170:22 170:23 171:1 171:2 171:4 171:9 171:16 171:17 171:18 171:19 171:21 172:6 172:7 172:11 172:15 172:16 172:17 172:17 172:23 173:3 173:4 173:4 | **apparently**(1) 111:19 **appearances**(1) 2:29 **appears**(3) 72:3 98:1 107:3 **appellate**(1) 130:9 **applicable**(1) 141:17 **applications**(1) 38:9 **applied**(1) 33:7 **appreciate**(5) 24:1 56:12 106:15 130:10 157:18 **approach**(3) 7:9 66:24 104:24 **approached**(3) 86:9 89:1 89:6 **appropriate**(3) 33:14 107:6 127:2 **approval**(5) 54:13 57:18 165:22 **approve**(3) 54:5 149:17 165:11 **approved**(1) 54:17 **approximately**(34) 11:12 18:9 18:11 23:1 23:21 23:23 24:9 24:12 24:16 27:5 27:13 27:14 29:3 32:7 32:10 32:12 32:14 40:11 40:12 71:1 71:12 75:10 76:10 76:24 77:1 91:18 99:2 134:17 134:22 134:23 136:18 136:23 140:6 140:9 |

| Word | Page:Line |
|------|-----------|

**asked**(27) 16:21 17:22 25:4 28:23 51:7 51:9 51:16 51:20 55:14 58:2 58:24 65:17 73:21 74:7 75:7 76:16 77:20 83:2 87:24 89:19 91:15 92:14 92:23 100:23 149:22 149:24 155:16

**asking**(13) 25:21 30:10 43:19 43:24 44:3 44:4 83:7 83:11 91:3 92:1 111:7 157:19 158:22

**aspect**(1) 57:23

**asserted**(4) 86:1 115:24 128:8 141:22

**asserting**(1) 140:23

**asset**(2) 56:10 56:18

**assets**(6) 56:9 56:20 147:9 148:7 148:23 161:23

**assign**(1) 164:24

**assignee**(1) 135:5

**assigning**(1) 165:3

**assignment**(1) 148:16

**assist**(1) 9:2

**associate**(3) 8:22 9:1 10:2

**associated**(1) 134:4

**assume**(4) 62:25 145:8 156:21 160:13

**assumed**(1) 64:4

**assuming**(1) 115:20

**assumption**(1) 132:3

**attached**(2) 104:21 107:2

**attempt**(2) 137:4 142:24

**attempted**(1) 142:4

**attempting**(4) 66:16 88:9 121:17 131:23

**attention**(14) 12:11 14:24 34:9 36:4 37:13 38:4 38:22 41:3 41:25 69:21 83:19 83:20 144:10 144:14

**attenuated**(1) 121:12

**attorney**(2) 79:20 91:11

**attorneys**(1) 62:3

**audited**(4) 37:18 37:20 37:23 38:1

**auditors**(2) 37:19 61:8

**august**(7) 3:45 50:7 50:9 72:3 73:9 88:16 124:4

**authenticated**(1) 159:7

**authentication**(1) 159:7

**authenticity**(1) 108:3

**authority**(2) 149:3 150:20

**authorized**(6) 11:21 13:18 140:2 156:11 169:24 171:17

**automatically**(1) 159:4

**available**(1) 108:5

**avenue**(2) 2:6 2:34

**aware**(10) 9:24 10:7 17:23 26:25 46:6 84:7 85:7 85:11 137:9 141:25

**away**(2) 113:5 153:1

**awesome**(1) 63:16

**back**(22) 39:9 50:12 50:14 52:8 66:1 66:2 68:22 73:8 80:9 91:8 92:9 94:11 94:12 100:6 100:8 100:10 100:16 100:18 104:1 141:15 144:3 161:17

**back-of**(1) 119:15

**back-up**(1) 129:15

**background**(1) 105:16

**bad**(1) 170:2

**balance**(22) 11:12 21:10 22:14 22:18 23:7 23:7 27:3 27:4 27:10 28:8 32:7 32:11 60:25 71:1 71:8 71:12 76:7 125:19 136:18 160:11 170:8 172:25

**balances**(16) 19:6 20:21 21:5 21:7 21:12 22:24 23:3 23:6 23:23 27:21 28:24 70:23 122:5 139:14 160:8 163:4

**bank**(34) 3:31 3:32 3:42 10:24 10:24 11:1 11:2 11:7 11:25 12:2 12:3 12:6 12:9 12:10 12:18 13:14 13:21 13:23 61:17 65:11 66:13 68:24 114:16 114:19 115:7 115:19 116:10 121:18 121:21 121:22 150:6 154:1 155:13 155:13

**bank-related**(1) 13:23

**bank-to-bank**(2) 86:14 86:18

**banking**(1) 68:23

**bankruptcy**(32) 1:1 1:30 9:23 65:14 66:11 73:24 74:21 86:22 94:17 95:2 95:3 96:2 96:6 97:2 99:25 124:6 133:25 136:13 137:21 137:24 138:2 141:2 141:24 146:15 148:20 161:2 166:12 167:18 168:17 169:18 169:20 170:5

**bank's**(1) 114:18

**based**(26) 10:1 10:3 13:10 13:17 18:18 21:5 32:8 32:19 32:21 32:23 33:3 59:20 71:7 72:3 76:12 96:5 96:17 101:12 101:13 101:24 102:8 103:2 109:24 122:22 133:21 138:14

**bases**(1) 128:7

**basically**(8) 25:4 26:5 26:6 75:5 121:13 128:11 129:7 169:16

**basing**(1) 58:6

**basis**(10) 16:13 21:16 44:19 81:8 101:12 130:6 130:8 131:8 131:19 163:21

**bates**(2) 93:11 95:13

**bearing**(1) 150:23

**became**(5) 10:18 48:25 51:5 84:7 137:8

**because**(54) 12:4 16:10 25:17 28:7 41:9 41:13 43:1 51:14 64:6 76:3 82:22 85:15 86:10 88:3 89:13 97:1 104:19 105:10 105:21 110:2 112:17 113:6 114:12 115:19 115:23 116:13 117:13 118:22 122:13 124:6 124:9 131:9 132:2 134:9 138:6 138:20 140:23 143:24 144:17 146:19 147:23 148:6 149:22 150:13 153:13 159:2 166:19 167:1 167:19 168:3 168:12 168:20 169:1

**become**(7) 85:16 86:17 139:7 148:25 150:16 162:15 165:17

**been**(66) 8:5 11:6 11:8 11:13 12:1 12:5 13:15 16:16 21:23 27:5 32:23 35:1 37:4 46:24 52:15 54:21 55:7 64:3 71:7 71:22 78:11 78:18 79:1 79:25 81:12 93:10 93:11 95:7 97:10 101:16 105:23 109:11 110:6 115:8 115:10 116:13 117:25 118:23 122:18 123:7 123:19 124:17 126:24 127:5 131:8 132:8 133:21 139:18 140:25 141:13 147:17 150:22 154:13 154:21 155:9 155:9 156:16 156:17 157:2 158:3 159:2 159:6 160:6 164:14 167:23 172:5

**before**(49) 1:29 17:2 17:3 19:15 21:18 45:17 47:15 47:22 48:16 50:1 55:17 58:20 62:8 62:25 63:14 71:8 82:25 84:18 85:11 85:13 86:4 88:20 90:14 108:8 111:11 111:11 113:7 114:11 122:23 123:9 129:10 135:19 135:25 144:24 147:11 147:11 149:14 152:7 152:20 152:25 153:15 154:14 154:16 154:24 155:15 157:15 164:13 168:17 170:5

**began**(1) 8:20

**begin**(1) 8:18

**beginning**(9) 6:4 66:1 66:2 87:6 90:1 100:7 100:8 101:1 125:22

**behalf**(42) 3:4 3:7 3:14 4:9 4:12 5:14 6:16 6:22 9:4 16:20 18:13 18:16 27:19 33:5 33:10 33:11 33:15 35:11 38:14 40:17 40:18 46:5 49:6 55:18 67:15 80:22 81:7 84:25 92:21 97:20 104:9 115:4 121:1 124:14 133:19 135:14 135:17 136:25 142:15 159:9 170:2 171:21

**behind**(6) 15:10 46:15 46:22 52:1 97:12 115:6

**being**(28) 10:11 11:9 21:1 30:22 31:4 31:14 31:21 32:17 37:19 59:7 59:8 59:9 64:8 85:23 96:19 107:4 112:16 112:19 122:6 126:6 128:18 135:1 150:16 150:17 153:1 155:1 159:23 168:10

**belief**(3) 97:21 113:20 135:6

**believe**(39) 14:15 15:10 18:11 19:24 27:2 27:10 30:7 39:10 43:15 46:16 49:18 51:9 51:11 56:17 59:5 59:10 59:14 60:19 69:11 75:12 79:24 83:5 88:15 88:17 96:23 112:18 124:24 131:4 153:6 156:18 166:1 166:21 167:22 169:19 169:22 170:9 171:7 171:15 172:20

**believed**(6) 75:24 96:9 98:24 136:12 159:6 160:3

**believes**(5) 96:13 124:25 141:6 141:7

**belong**(5) 32:14 115:1 121:25 136:6 141:14

**belonged**(6) 11:19 77:21 77:23 134:18 160:20 170:13

**belongia**(13) 2:21 2:22 6:16 65:8 65:9 65:23 66:21 92:14 93:6 96:11 98:3 103:7 103:13

**belongs**(3) 140:11 154:3 159:4

**below**(1) 71:11

**bench**(1) 66:24

**beneath**(1) 123:20

**beneficiary**(1) 170:18

**benefit**(4) 134:3 138:11 172:5 172:6

**benefited**(1) 86:5

**besides**(1) 154:15

**best**(2) 133:22 144:23

**better**(3) 8:12 51:16 148:3

**between**(24) 13:14 14:4 14:19 22:24 24:11 47:25 48:22 49:9 49:10 52:3 59:8 81:13 87:15 101:10 104:15 114:25 143:8 149:21 162:2 165:3 167:8 167:21 172:16 172:17

**beyond**(1) 100:12

**big**(2) 85:16 85:17

**bills**(1) 171:6

**binder**(28) 7:15 12:11 12:21 14:2 14:8 14:9 14:10 14:10 14:17 14:18 14:24 15:11 15:13 15:15 15:19 15:23 19:1 29:8 34:9 41:3 49:23 49:25 103:18 124:25 126:18 127:17 128:10 128:15

**binders**(4) 7:7 66:24 67:8 120:9

**binding**(1) 141:4

**bit**(3) 78:17 170:2 171:11

**blank**(2) 151:18 151:18

**bona-fide**(1) 163:14

**bond**(1) 34:8

**bonds**(11) 33:9 34:6 39:2 39:6 39:9 39:13 39:14 39:15 39:19 150:7 169:9

**book**(2) 17:18 46:16

**books**(8) 9:6 9:8 9:12 10:4 32:24 98:22 98:25 170:10

**borderline**(1) 127:19

**both**(21) 4:12 13:21 16:3 16:5 18:6 27:20 33:13 33:17 42:6 49:4 49:14 68:22 69:3 69:8 119:16 121:19 135:18 141:19 151:5 151:18 161:24

**bottom**(8) 70:7 70:22 87:8 87:14 95:12 95:18 98:8 98:13

**bought**(1) 100:16

**box**(3) 2:17 40:13 40:13

**boxes**(2) 151:15 151:15

**breach**(1) 172:11

**break**(7) 14:7 60:12 83:12 103:25 104:9 114:22 133:6

**breakdown**(1) 56:17

**breakfast**(2) 74:22 74:24

**breakfasts**(1) 75:4

**brick**(1) 113:25

**brief**(3) 86:23 119:11 158:19

**briefly**(8) 6:15 15:5 24:17 112:11 137:23 139:3 139:9 161:1

**bring**(1) 109:12

**bringing**(1) 100:13

**broad-ranging**(1) 138:4

**brokers**(1) 144:13

**brought**(1) 101:13

**bug**(1) 74:16

**building**(1) 2:33

**bunch**(1) 68:16

**burden**(5) 146:13 154:4 154:8 156:2

**business**(59) 15:16 15:19 20:11 20:14 29:9 35:5 35:8 35:24 36:2 36:15 36:18 37:8 37:11 37:24 38:2 38:17 38:20 39:7 39:16 39:19 40:3 40:6 54:8 60:15 74:22 75:7 79:11 86:4 92:3 92:11 100:15 102:20 112:24 113:12 115:21 123:8 135:22 140:4 142:9 143:17 144:1 144:17 148:17 154:19 157:6 159:13 159:14 163:18 165:16 167:10 167:13 167:16 167:17 167:20 168:6 168:9 168:10 168:13 169:9

**but**(84) 14:15 17:5 34:4 34:5 41:10 41:11 43:21 43:22 44:6 45:21 46:2 50:24 56:12 58:22 60:10 60:13 60:18 60:20 63:4 66:17 75:9 76:21 78:1 80:1 80:6 86:13 87:2 90:6 90:21 91:24 96:6 96:16 99:1 100:3 101:13 102:6 103:18 105:14 106:3 106:16 107:6 108:3 111:22 112:9 112:10 114:8 115:3 116:15 118:14 118:23 120:5 122:14 123:10 123:13 124:7 127:8 127:19 128:10 129:17 129:25 131:8 132:14 145:1 147:9 147:22 153:3 157:21 158:25 160:15 160:17 162:19 165:1 165:8 165:23 166:15 167:4 168:7 168:20 168:21 169:22 170:7 171:18 172:2 172:4

**buy**(1) 131:23

**bylaws**(1) 9:13

**c/o**(1) 37:1

**calculated**(1) 155:9

**calculation**(2) 122:22 155:21

**calculations**(1) 122:24

**call**(14) 39:12 63:19 63:19 63:23 64:1 64:5 64:15 64:18 64:19 101:22 119:2 127:6 154:21 160:19

**called**(9) 5:21 39:10 39:14 46:23 122:16 122:20 143:14 153:7 153:9

**calling**(1) 43:16

**calls**(6) 6:24 29:19 29:20 42:14 96:11

**came**(7) 26:8 26:10 62:16 91:5 123:5 147:3 168:22

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| can(84) 10:14 12:11 14:16 14:24 15:2 15:4 17:14 17:16 17:16 19:1 19:22 20:16 20:21 20:24 22:7 22:23 23:2 23:9 23:10 23:22 24:9 24:17 25:19 26:7 28:13 29:22 34:10 35:14 36:5 36:20 36:21 37:14 38:23 39:21 41:14 42:17 44:14 44:12 47:16 49:18 49:21 53:12 60:1 60:1 63:15 63:19 65:2 65:3 75:5 76:9 92:15 99:15 100:23 103:25 104:1 105:22 107:10 115:5 116:5 116:12 117:22 117:25 126:15 127:10 128:1 131:1 132:14 137:5 137:21 138:12 138:12 148:24 153:10 153:16 153:17 154:3 155:2 155:3 155:3 159:25 167:6 169:21 169:22 | | charging(2) 91:2 91:2 | | commitments(3) 85:23 86:20 86:22 | | consistent(6) 93:4 97:20 131:25 169:3 169:6 170:11 |
| | | chart(10) 9:14 9:20 10:4 20:16 20:20 33:1 107:3 107:15 121:7 160:2 | | communication(2) 53:5 114:25 | | |
| | | | | communications(6) 13:14 13:17 14:4 29:9 31:13 42:8 | | consummate(1) 164:6 |
| | | check(27) 41:16 72:4 72:8 72:15 72:25 73:3 73:10 73:20 73:21 75:20 76:14 77:11 77:13 78:1 133:4 134:9 145:15 149:20 151:15 159:13 168:6 171:16 | | | | consummation(1) 164:8 |
| | | | | companies(7) 9:13 9:17 9:19 34:8 58:11 118:8 157:7 | | contact(2) 113:2 167:14 |
| | | | | | | contain(2) 56:5 120:4 |
| canal(1) 91:23 | | | | company(32) 9:3 9:5 9:14 43:9 48:14 54:16 59:18 72:12 118:9 118:12 134:10 139:6 139:10 140:24 143:8 143:8 147:5 148:23 149:1 150:20 161:4 161:23 161:25 162:14 163:1 163:13 165:16 167:13 167:18 167:19 168:4 169:20 | | contained(6) 14:18 14:19 14:20 20:6 34:19 126:17 |
| cannot(4) 140:8 140:21 141:3 155:11 | | checked(3) 151:16 151:17 154:7 | | | | |
| can't(8) 43:13 60:11 114:8 149:5 153:11 155:22 156:22 159:6 | | checkd(2) 68:23 143:19 | | | | containing(1) 56:21 |
| | | checks(27) 3:33 71:19 75:13 76:12 76:25 77:4 77:8 77:23 85:3 89:10 89:25 90:8 99:2 99:4 99:5 100:4 101:23 102:17 102:22 116:21 117:1 137:14 144:11 144:12 150:6 168:10 168:12 | | company's(2) 161:22 163:6 | | contains(9) 20:17 20:20 34:10 35:14 36:20 37:13 38:24 41:4 |
| capable(1) 16:25 | | | | company"(1) 54:21 | | |
| capacities(1) 45:15 | | | | compels(2) 152:18 152:25 | | contemplates(1) 54:2 |
| capacity(1) 151:8 | | | | compensated(4) 34:2 34:5 40:25 105:25 | | contemporaneous(4) 53:7 57:11 123:22 142:9 |
| capital(71) 19:6 20:21 21:5 21:7 21:10 21:12 22:7 22:8 22:10 22:14 22:17 23:3 26:21 27:3 27:4 27:9 27:21 28:8 28:18 32:6 32:11 58:3 58:7 58:8 58:11 58:16 59:3 59:4 59:5 59:6 59:8 59:9 59:10 59:18 59:21 61:1 73:5 122:4 125:19 134:16 136:5 136:18 138:21 139:1 139:6 139:7 139:14 139:19 139:21 140:5 140:10 146:1 146:21 146:24 147:1 147:3 152:23 153:18 155:24 156:8 160:17 162:11 162:14 162:15 162:21 162:24 163:3 163:5 166:20 170:13 172:25 | | chicago(11) 2:25 11:1 12:18 12:22 13:11 13:18 68:24 69:6 69:18 69:18 70:15 | | compiling(1) 61:21 | | contemporaneously(5) 126:25 144:22 149:5 151:4 157:16 |
| | | | | complain(1) 144:3 | | |
| | | choice(3) 96:6 124:7 124:10 | | complained(3) 86:11 86:13 87:25 | | contend(2) 135:4 137:8 |
| | | choices(1) 151:14 | | complaining(1) 86:13 | | contention(2) 137:19 139:17 |
| | | christopher(1) 1:29 | | complaint(4) 10:7 10:11 62:1 137:14 | | contested(1) 137:10 |
| | | chronology(1) 47:23 | | complete(2) 147:11 150:5 | | context(2) 141:23 159:24 |
| | | circumstance(2) 17:21 84:6 | | completely(1) 170:11 | | continually(1) 19:10 |
| capitalization(1) 101:3 | | circumstances(1) 162:2 | | complex(2) 141:24 172:13 | | continue(3) 111:6 144:2 167:16 |
| capitalized(2) 50:24 50:25 | | cited(3) 137:18 138:7 138:15 | | complicated(1) 118:22 | | continued(10) 2:2 89:25 90:8 92:17 |
| care(5) 84:20 143:20 143:24 144:2 144:6 | | claim(7) 24:3 105:17 117:8 154:8 154:25 155:12 160:8 | | complied(3) 142:20 143:2 143:11 | | 137:13 143:17 144:17 161:3 169:4 169:14 |
| cared(3) 143:25 167:13 168:8 | | | | comply(3) 147:18 147:20 165:19 | | contract(5) 138:9 138:10 166:21 167:5 |
| carefully(1) 171:8 | | clarify(1) 67:6 | | complying(2) 147:12 147:25 | | 168:22 |
| carlo(4) 2:11 3:5 6:24 7:3 | | clarity(1) 130:10 | | comports(1) 157:5 | | |
| carried(1) 98:22 | | clark(1) 2:24 | | comprise(1) 15:11 | | contracts(1) 171:25 |
| case(36) 1:5 1:15 58:17 91:25 106:8 107:21 108:16 109:10 115:2 122:18 131:11 132:5 137:18 137:19 142:19 142:25 147:14 147:15 147:21 148:8 148:11 152:17 152:24 153:12 153:23 155:20 156:7 156:19 156:20 157:4 157:11 157:24 157:25 167:9 169:1 171:14 | | clean(1) 64:6 | | conaway(5) 1:34 5:14 67:15 104:8 133:19 | | contrary(2) 140:9 149:13 |
| | | clear(13) 22:20 33:17 47:23 65:4 74:2 84:13 84:14 112:11 118:25 127:16 135:12 146:23 152:10 | | conceded(3) 142:18 156:3 156:4 | | contravenes(1) 138:2 |
| | | | | conceivably(1) 105:16 | | contribution(1) 59:18 |
| | | | | concept(2) 162:1 162:9 | | contributions(2) 22:10 160:17 |
| | | | | concerned(1) 17:6 | | control(2) 141:13 171:4 |
| | | clearly(7) 91:3 143:8 148:18 150:21 153:18 172:4 172:4 | | concerning(1) 11:24 25:10 139:13 | | conversation(2) 87:24 89:9 |
| | | | | concession(1) 156:5 | | conversations(1) 85:18 |
| case-in-chief(2) 5:21 109:13 | | clerk(5) 5:3 7:4 64:24 104:4 133:14 | | conclude(1) 32:1 | | conversion(10) 141:6 141:12 141:21 |
| cases(3) 138:7 138:16 141:24 | | close(4) 17:16 17:18 49:10 133:5 | | concluded(2) 32:7 32:11 | | 154:25 155:12 155:12 160:8 171:1 171:10 |
| cashed(1) 144:11 | | closed(4) 11:6 11:13 14:15 134:11 | | conclusion(14) 16:14 16:21 16:24 16:25 | | 171:13 |
| cassidy(2) 95:14 95:24 | | closer(3) 8:10 8:10 17:17 | | 17:1 25:5 29:20 32:4 32:5 32:12 32:19 96:12 96:17 139:2 | | converted(1) 155:3 |
| category(1) 129:20 | | closing(21) 14:2 14:8 14:8 14:10 14:17 15:11 15:13 15:15 15:15 15:23 29:8 10:15 126:18 127:17 128:10 128:14 133:8 133:10 133:21 142:18 154:5 | | | | cooper(1) 2:31 |
| cause(3) 35:23 36:14 37:23 | | | | conclusions(3) 43:16 59:24 62:16 | | copies(14) 3:33 14:3 18:19 35:7 36:1 |
| caused(5) 18:12 18:15 97:2 100:16 136:13 | | | | conditioner(1) 8:13 | | 36:17 37:10 38:1 38:19 39:18 40:5 42:4 116:21 117:1 |
| causes(1) 170:16 | | | | conditions(3) 56:21 57:9 164:1 | | copy(8) 7:10 15:18 20:13 105:2 110:20 |
| cede(2) 6:10 6:18 | | closure(2) 13:4 13:21 | | | | 124:5 163:17 164:11 |
| | | co-counsel(1) 6:15 | | conduct(9) 33:8 79:11 131:24 138:13 | | |
| certain(17) 5:26 18:23 42:19 75:14 107:4 115:23 136:24 137:6 148:18 162:2 168:9 | | coins(1) 171:6 | | 149:6 152:22 157:18 167:1 170:10 | | core(2) 107:16 110:1 |
| | | colagiacomo(27) 2:11 3:5 6:24 7:3 7:24 18:5 21:6 21:19 22:1 34:1 43:6 46:15 113:8 115:5 115:15 122:3 122:10 122:14 123:4 126:23 149:24 153:2 153:11 154:16 158:15 160:4 172:22 | | | | corner(2) 93:12 93:15 |
| | | | | confidential(1) 120:13 | | corp(20) 9:7 14:11 14:12 14:23 27:18 27:19 35:2 35:3 41:9 41:10 41:10 41:12 41:17 48:5 49:11 49:17 68:11 83:15 83:16 113:3 |
| | | | | confirm(1) 92:20 | | |
| | | | | confirmation(1) 89:16 | | |
| certainly(13) 19:17 108:14 109:25 123:13 123:17 126:21 140:24 155:25 155:13 161:15 164:10 167:2 169:23 | | colagiacomo's(1) 108:4 | | confronted(1) 101:21 | | |
| | | collection(1) 92:2 | | confusing(2) 82:21 83:10 | | corporate(13) 9:4 9:6 9:8 10:3 14:6 32:24 33:16 143:20 147:21 147:22 167:6 167:6 167:8 |
| | | collectively(1) 165:1 | | confusion(1) 110:1 | | |
| | | colloquialism(1) 151:8 | | connect(1) 153:25 | | |
| certification(2) 173:4 173:8 | | color(1) 145:3 | | connection(18) 5:16 40:23 46:2 52:14 52:21 54:24 62:3 79:20 85:4 91:8 91:14 92:4 92:7 142:20 146:14 165:20 165:25 171:24 | | corporation(4) 68:10 107:13 143:18 144:10 |
| certified(2) 110:20 164:10 | | column(1) 71:5 | | | | corporations(1) 167:3 167:8 |
| certify(1) 173:9 | | combination(1) 63:11 | | | | |
| cetera(1) 133:7 | | combined(1) 98:1 | | conscience(1) 172:8 | | |
| challenge(1) 108:14 | | come(10) 13:20 83:14 85:20 100:1 100:2 100:3 103:25 144:3 151:9 173:3 | | consent(20) 54:3 54:6 54:13 54:18 54:24 57:17 57:23 135:21 137:20 148:17 149:4 149:5 149:8 149:11 156:1 156:16 157:14 158:2 165:10 165:12 | | |
| chance(7) 15:5 34:12 35:16 36:22 37:15 38:24 53:15 | | | | | | |
| | | comes(3) 25:9 25:12 160:6 | | | | |
| change(4) 112:7 117:7 157:21 157:22 | | coming(6) 55:12 63:5 73:24 98:25 100:12 167:21 | | consented(4) 135:24 140:14 156:4 168:1 | | |
| changed(2) 5:10 108:13 | | | | consents(3) 9:13 14:20 168:25 | | |
| changes(1) 21:5 | | comingled(1) 141:16 | | consequently(1) 139:19 | | |
| chapter(1) 1:8 | | commenced(2) 74:10 78:11 | | consider(5) 29:17 30:15 74:18 155:20 | | |
| charge(2) 101:18 158:3 | | comment(2) 161:9 164:19 | | consideration(2) 56:18 164:25 | | |
| | | commissions(2) 73:14 74:1 | | considered(4) 113:18 126:2 158:10 168:19 | | |
| | | commitment(1) 88:4 | | considering(2) 85:8 126:2 | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **correct**(155) 5:8 16:1 16:2 16:7 21:2 23:16 25:8 28:12 29:11 29:25 30:3 42:6 42:7 44:21 44:22 45:3 45:16 45:19 46:1 46:9 46:25 47:15 47:25 48:1 48:4 48:8 48:19 48:20 48:22 52:4 52:6 52:11 52:18 53:1 53:10 53:25 54:1 54:4 54:14 55:4 55:8 55:10 55:21 56:16 57:4 57:7 57:20 57:25 58:5 58:12 59:22 60:6 61:3 61:14 61:22 62:4 62:5 62:13 62:14 62:17 62:18 63:11 63:12 63:13 68:25 69:14 69:19 69:25 70:5 70:10 70:13 70:16 71:1 71:9 71:13 71:15 71:17 71:20 72:6 72:7 72:13 72:20 72:23 73:6 73:11 73:15 73:17 74:1 74:8 75:3 75:10 75:22 76:15 79:3 79:13 79:18 81:5 81:14 81:17 81:22 82:8 82:10 82:14 82:20 83:4 84:11 84:18 84:19 84:21 84:23 85:9 85:24 86:11 87:17 89:11 89:12 89:25 90:15 90:17 90:19 91:11 91:15 91:18 92:13 93:21 94:17 94:20 94:22 95:4 95:9 95:15 95:16 96:3 96:7 97:3 97:17 97:18 97:21 98:2 98:16 98:20 100:5 106:21 114:1 114:17 118:18 118:19 119:9 120:21 128:13 130:14 132:24 173:9 | | **court**(301) 1:1 5:4 5:6 5:9 5:12 6:1 6:7 6:11 6:19 6:25 7:7 7:8 7:10 7:16 7:19 7:21 8:9 8:13 10:15 10:19 12:20 12:24 13:2 16:13 16:17 17:4 17:14 17:19 17:24 18:1 19:14 19:17 19:22 20:1 20:19 20:25 21:2 21:19 21:21 23:9 23:12 23:14 23:18 24:4 25:3 25:19 25:24 26:4 26:7 26:13 26:15 29:22 30:10 30:18 30:25 31:7 31:16 31:23 33:23 42:16 42:21 42:24 43:3 43:18 44:1 44:3 44:10 46:5 46:13 46:19 47:6 47:8 47:10 50:2 50:4 50:9 50:11 50:14 50:21 51:15 55:17 58:7 60:3 60:6 62:8 62:21 62:24 63:3 63:6 63:9 63:14 63:17 63:19 63:25 64:17 64:21 65:1 65:5 65:20 66:19 66:22 67:1 67:5 67:9 67:13 68:14 68:17 68:20 76:17 76:20 77:13 77:17 77:19 78:9 78:15 78:19 80:3 80:5 80:9 80:11 81:24 82:3 82:6 86:7 86:25 87:2 87:7 87:13 87:16 87:19 87:21 88:8 88:11 88:23 91:20 91:23 92:6 92:15 92:22 92:25 93:7 95:8 95:10 95:14 96:16 97:7 98:4 99:10 99:13 99:15 99:16 100:3 102:3 103:8 103:11 103:14 103:20 103:24 104:5 104:16 104:19 105:1 105:13 105:18 106:4 106:9 106:18 106:22 107:11 107:23 108:8 108:10 108:17 108:22 108:24 109:3 109:5 109:16 110:9 110:13 110:15 110:17 110:22 110:24 111:2 111:4 111:7 111:17 111:20 112:1 112:4 112:8 112:12 113:8 113:14 113:22 114:3 114:13 114:16 115:25 116:4 116:7 116:9 116:17 116:19 116:24 117:2 117:9 117:18 117:22 117:25 118:4 118:11 118:14 118:18 118:20 119:5 119:8 119:10 119:12 119:20 119:22 120:7 120:16 120:19 120:22 121:4 121:6 121:9 121:11 121:21 122:1 122:21 123:1 123:3 123:10 123:21 124:1 124:12 124:15 124:20 125:2 125:4 125:7 125:10 125:15 126:14 127:7 127:9 127:12 127:14 127:25 128:6 128:9 128:14 128:17 128:21 128:25 129:3 129:7 129:12 129:14 129:21 129:25 130:3 130:6 130:9 130:10 130:15 130:17 130:20 130:23 131:2 131:11 132:9 132:16 132:19 132:23 133:1 133:3 133:5 133:10 133:15 133:17 136:1 137:23 138:4 138:13 138:18 141:7 141:25 142:13 142:14 143:15 144:9 145:7 145:12 145:22 146:5 146:10 146:16 148:12 | | **current**(7) 8:3 96:7 98:12 98:14 98:15 98:19 136:16<br><br>**currently**(1) 8:1<br>**d-15**(1) 95:13<br>**d-188**(1) 98:9<br>**d-20**(2) 50:1 50:3<br>**daily**(2) 70:23 85:19<br><br>**damage**(1) 155:21<br>**damages**(3) 154:12 154:13 170:14<br>**dance**(1) 17:8<br>**data**(1) 1:44<br>**date**(18) 8:6 8:23 11:3 11:4 54:20 54:23 59:17 59:19 70:7 70:25 71:17 84:6 123:18 123:19 134:16 142:2 160:12 173:15<br><br>**dated**(2) 72:9 73:1<br>**day**(4) 71:8 71:15 150:7 151:19<br>**days**(5) 48:17 88:17 94:25 94:25 164:3<br>**deal**(6) 64:17 103:14 104:1 117:9 126:15 168:24<br><br>**dealing**(8) 82:1 132:2 142:8 143:19 144:11 145:1 145:2 167:15<br><br>**dealings**(3) 106:3 135:21 137:2<br>**dealt**(3) 65:25 143:6 167:11<br>**debit**(2) 70:8 70:9<br>**deborah**(2) 95:14 95:24<br>**debt**(2) 27:15 170:21<br>**debtor**(3) 138:4 145:19 171:1<br>**debtors**(6) 1:12 10:12 10:15 10:17 10:23 142:2<br><br>**debtors'**(2) 141:24 142:1<br>**decade**(1) 155:7<br>**decide**(2) 17:10 138:14<br>**decided**(2) 100:11 154:20<br>**decision**(2) 108:9 149:8<br>**decision-maker**(1) 67:5<br>**decisions**(1) 110:7<br>**decrease**(2) 21:10 21:12<br>**decreasing**(1) 21:7<br>**deduction**(1) 93:22<br>**defeat**(1) 165:21<br>**defendant**(8) 3:7 4:9 16:20 92:1 158:16 172:5 172:14 172:19<br><br>**defendants**(37) 1:25 6:4 64:9 66:16 113:17 115:24 135:1 135:4 135:10 136:3 136:11 136:20 136:23 137:2 137:8 137:10 138:16 138:20 140:3 140:8 140:12 140:13 141:11 141:13 141:15 141:23 142:11 142:13 142:15 152:18 152:25 154:6 154:7 156:18 159:4 160:13 161:5<br><br>**defendants'**(12) 91:25 108:19 135:21 137:6 137:18 137:19 138:23 139:17 141:4 141:7 142:7 163:10<br><br>**defendant's**(3) 63:10 64:23 106:24<br>**defense**(5) 115:24 117:8 141:22 158:23 163:10<br><br>**defenses**(2) 140:12 141:4<br>**defers**(1) 157:8<br>**deficiencies**(1) 135:7<br>**deficiency**(1) 113:10<br>**define**(1) 148:18<br>**defined**(4) 59:8 138:24 160:25 161:20<br>**defines**(1) 164:18<br>**definition**(11) 58:3 58:7 58:15 58:18 58:24 58:25 59:6 59:9 59:20 126:12 150:18<br><br>**definitions**(1) 59:14<br>**delaware**(5) 1:2 1:12 5:2<br>**deliver**(2) 141:15 170:20<br>**delivery**(1) 164:11<br>**deloitte**(2) 37:19 61:9 | | **delve**(1) 44:6<br>**demand**(2) 141:15 171:4<br>**demands**(2) 137:11 164:17<br>**demonstrate**(3) 154:10 155:16 156:25<br>**demonstrated**(1) 154:13<br>**denied**(3) 6:7 21:23 118:23<br>**department**(4) 10:21 20:4 61:4 113:1<br>**depending**(1) 125:16<br>**depends**(1) 64:7<br>**deposed**(1) 101:5<br>**deposition**(6) 87:5 88:7 88:21 101:2 105:21 106:12 106:16 160:21<br><br>**describe**(4) 14:16 20:16 21:7 22:7<br>**described**(2) 59:4 149:3<br>**description**(1) 107:3<br>**designated**(2) 5:20 106:11<br>**desires**(1) 163:11<br>**determination**(2) 150:15 150:16<br>**determinative**(1) 150:15<br>**determine**(12) 11:8 13:11 13:15 13:18 23:22 24:9 24:17 25:14 25:22 33:5 41:14 138:18<br><br>**determined**(2) 151:9 163:5<br>**detriment**(2) 141:11 172:6<br>**devoid**(1) 137:10<br>**diaz**(1) 1:44<br>**dictate**(1) 139:2<br>**dictates**(1) 105:24<br>**did**(141) 5:6 5:11 8:15 8:18 8:23 9:4 11:15 11:20 11:21 11:23 15:15 15:18 15:22 16:3 18:5 18:8 18:22 18:25 20:13 20:15 24:14 26:13 28:21 29:12 29:14 29:16 29:17 30:5 30:7 30:12 30:14 30:15 30:19 30:21 31:3 31:12 31:17 31:19 32:1 32:15 32:24 33:5 33:5 34:22 35:4 35:7 35:11 35:23 36:1 36:14 36:17 37:7 37:10 37:23 38:1 38:14 38:16 38:19 39:6 39:12 39:15 39:18 40:2 40:4 40:5 40:7 40:8 40:17 42:19 60:16 62:11 65:10 65:12 65:13 65:16 66:14 67:2 69:20 72:17 74:9 74:13 77:5 77:9 77:15 79:10 79:22 79:24 80:24 81:4 82:2 82:4 82:24 83:14 84:24 86:15 89:17 89:17 89:17 89:23 92:17 93:3 96:14 96:23 96:24 99:4 100:3 100:20 100:23 101:6 101:16 105:2 106:1 113:17 113:20 115:17 119:1 124:15 124:22 127:5 129:24 129:25 130:1 135:2 135:20 136:3 140:8 141:14 150:8 150:9 150:10 153:3 154:23 157:20 159:12 161:7 168:18 169:1 169:2 169:2 169:5<br><br>**didn't**(33) 42:20 60:15 61:12 61:23 63:22 74:14 74:23 75:6 76:1 89:1 89:7 90:12 98:23 100:21 101:18 102:25 106:17 111:5 111:21 120:18 122:13 122:13 124:15 143:20 143:24 144:6 149:14 149:17 152:10 153:13 161:18 168:12 170:6<br><br>**differ**(1) 145:20<br>**difference**(5) 22:23 23:20 23:22 59:7 165:2<br>**different**(9) 68:17 101:4 112:6 112:17 122:8 131:19 131:24 139:2 145:2<br><br>**differently**(1) 168:23<br>**diligent**(1) 142:3<br>**diligently**(1) 142:3<br>**direct**(21) 3:2 5:23 5:26 7:22 12:11 34:9 36:4 37:13 38:22 41:3 41:25 43:1 63:11 64:2 64:6 65:7 69:16 69:21 83:19 124:25 134:20<br><br>**directed**(4) 41:8 42:4 52:16 56:14<br>**directly**(3) 49:16 55:3 160:5<br>**disagree**(3) 108:10 117:8 148:10<br>**disagreement**(1) 111:18<br>**disappeared**(1) 166:15<br>**disbursed**(2) 91:5 171:19<br>**disclosed**(1) 152:13<br>**disclosure**(1) 107:5<br>**disclosures**(2) 3:21 106:24 |
| **correspond**(2) 67:11 80:7<br><br>**costs**(1) 34:7<br>**could**(26) 59:21 62:19 63:4 69:21 69:22 70:17 71:22 73:8 78:17 79:25 81:10 83:19 85:6 86:23 88:4 88:19 93:11 95:6 95:12 98:7 122:19 127:4 128:19 138:21 150:4 167:16<br><br>**couldn't**(2) 167:19 167:20<br><br>**counsel**(29) 8:4 8:22 9:1 10:2 12:9 13:14 14:21 16:22 21:16 58:2 58:14 60:9 89:18 89:23 103:3 111:5 113:3 115:1 119:16 127:24 142:17 143:14 148:10 149:13 153:3 158:11 158:23 159:5 173:5<br><br>**count**(9) 141:21 170:16 170:25 170:25 171:11 172:8 172:9 172:14 172:18<br><br>**counter**(1) 154:8<br>**counts**(2) 170:15 170:16<br>**couple**(6) 5:17 99:13 103:23 114:22 147:16 161:15 | | **court**(18) 148:14 148:20 148:21 148:22 149:7 149:9 154:14 155:15 158:7 158:18 158:20 161:9 161:11 166:6 167:4 168:15 171:8 173:1<br><br>**courtroom**(1) 1:10<br>**court's**(3) 5:22 83:19 149:3<br>**cover**(3) 114:21 114:22 127:23<br>**covered**(1) 89:21<br>**create**(1) 119:1<br>**created**(3) 33:12 147:25 159:15<br>**creating**(1) 110:8<br>**creation**(2) 44:20 157:6<br>**creatures**(2) 148:4 148:5<br>**credibility**(2) 122:25 123:24<br>**credible**(8) 154:14 156:24 158:1 159:6 159:14 159:23 160:1 170:9<br><br>**credit**(1) 93:22<br>**credited**(1) 70:14<br>**creditors**(3) 138:2 138:3 148:13<br>**cross**(11) 2:14 3:2 5:23 6:14 43:2 43:4 63:11 64:1 66:22 66:23 67:17<br><br>**cross-examination**(1) 5:24<br>**cross-examine**(1) 154:20<br>**cross/direct**(1) 42:24<br><br>**css**(2) 1:5 1:15<br>**cumulative**(4) 111:10 129:11 131:1 131:9<br>**cure**(1) 113:9 | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **discovery**(4) 108:19 114:25 115:1 172:12 | | **doesn't**(24) 44:5 54:10 80:7 112:24 114:12 115:1 117:7 118:13 143:16 145:13 145:16 145:17 146:19 148:1 151:22 151:23 153:12 154:19 154:19 156:19 157:16 157:18 160:10 165:2 | | **else**(12) 50:24 67:2 88:20 99:20 102:17 113:7 113:7 115:7 122:9 146:17 146:18 168:11 | | **every**(7) 102:3 105:8 117:20 149:20 150:7 151:24 152:6 | |
| **discredit**(1) 157:1 | | | | **elsewhere**(2) 107:10 115:20 | | **everybody**(1) 17:20 103:25 132:16 | |
| **discreet**(2) 141:18 155:2 | | | | **else's**(3) 112:22 112:25 171:16 | | **everyone**(3) 33:22 147:23 159:16 | |
| **discreetly**(1) 56:6 | | | | **email**(3) 4:4 101:8 131:5 | | **everything**(11) 50:24 90:4 109:25 113:20 | |
| **discuss**(3) 21:17 124:15 124:25 | | | | **emails**(2) 42:6 42:7 | | 122:9 145:13 147:5 147:6 147:24 158:23 | |
| **discussed**(7) 53:4 57:16 91:10 91:13 125:6 134:19 137:12 | | **doing**(13) 62:1 78:24 105:21 111:10 111:12 123:9 126:24 129:8 129:17 151:11 157:6 170:4 171:15 | | **emphasis**(1) 149:3 | | 168:11 | |
| | | | | **employed**(4) 8:5 21:18 41:12 73:23 | | **evidence**(41) 32:15 42:19 63:5 104:11 | |
| **discussing**(3) 46:24 52:15 148:14 | | | | **employee**(1) 156:12 | | 107:2 107:7 110:14 114:9 115:2 120:14 | |
| **discussion**(1) 149:23 | | **done**(10) 25:5 36:6 109:14 122:22 124:19 145:5 146:6 157:2 168:13 169:6 | | **employment**(2) 10:1 33:3 140:25 | | 123:7 129:17 135:10 135:17 137:10 137:16 | |
| **discussions**(1) 44:21 | | | | **end**(15) 17:10 22:13 22:17 22:25 23:4 | | 138:15 140:8 142:7 142:18 144:9 144:13 | |
| **dismiss**(1) 172:18 | | | | 23:23 23:24 27:6 88:16 101:19 148:3 | | 144:23 150:25 154:6 154:14 154:15 154:24 | |
| **dismissed**(2) 172:18 173:5 | | | | 161:17 165:24 167:5 170:6 | | 155:19 158:1 158:2 158:11 158:12 158:13 | |
| **disposed**(1) 112:10 | | **don't**(60) 6:5 17:7 17:17 25:24 25:24 | | | | 160:4 160:6 164:12 169:13 169:15 170:9 | |
| **dispute**(7) 116:14 116:15 120:12 140:3 153:19 156:22 170:24 | | 43:12 44:14 44:9 45:12 45:20 59:7 60:19 61:18 62:6 62:11 63:3 63:21 64:10 90:4 91:19 91:23 92:6 95:17 106:6 107:6 108:14 108:15 111:15 116:14 116:15 117:5 119:10 121:23 121:25 123:10 123:12 124:8 124:9 127:18 127:24 143:15 143:15 144:2 144:16 147:19 149:10 150:1 157:12 157:13 161:13 163:20 165:1 165:8 166:15 168:20 169:13 169:22 172:1 172:3 172:16 | | **end-of-tax-year**(1) 98:15 | | 171:8 | |
| **disputed**(3) 111:13 112:16 154:21 | | | | **end-of-year**(2) 125:21 136:16 | | **evidentiary**(1) 133:6 | |
| **disregard**(2) 152:17 167:7 | | | | **ended**(1) 32:3 | | **exact**(2) 111:25 135:13 | |
| **disregarded**(2) 149:9 155:19 | | | | **endorsed**(2) 72:4 73:10 | | **exactly**(10) 27:8 64:14 67:12 150:20 | |
| **disrupt**(1) 138:7 | | | | **ends**(1) 145:19 | | 153:17 155:10 167:24 170:4 171:8 171:15 | |
| **dissolution**(4) 27:2 27:16 27:20 28:23 97:2 136:14 160:24 161:2 | | | | **enforce**(1) 168:25 | | | |
| | | | | **enforcing**(2) 149:10 169:16 | | **examination**(12) 7:7 7:12 7:22 43:4 65:7 | |
| **dissolve**(3) 96:7 124:7 167:18 | | **double**(2) 112:24 113:4 | | **enlisted**(1) 81:20 | | 66:24 67:17 104:20 105:8 105:12 105:15 | |
| **dissolved**(2) 26:25 96:19 | | **down**(14) 14:7 22:2 60:12 63:7 63:15 83:12 95:17 99:15 103:9 104:12 114:22 115:18 131:14 160:11 | | **enriched**(1) 141:11 | | 129:18 | |
| **distilled**(1) 67:7 | | | | **enrichment**(2) 141:7 171:22 | | **examining**(1) 105:19 | |
| **distinct**(1) 143:9 | | | | **entered**(2) 14:14 66:3 | | **example**(5) 26:17 40:14 95:6 121:14 167:7 | |
| **distinction**(2) 149:21 162:2 | | | | **entertaining**(1) 85:12 | | **examples**(2) 25:1 41:20 | |
| **distributed**(6) 28:24 28:25 101:24 102:7 102:23 103:1 | | **downs**(1) 160:8 | | **entire**(2) 98:8 146:20 | | **exceedingly**(1) 141:24 | |
| | | **drafting**(1) 79:22 | | **entirely**(8) 48:18 101:4 112:22 121:3 | | **excel**(2) 104:23 105:7 | |
| **distributing**(1) 101:11 | | **drive**(1) 102:20 | | 131:18 147:8 153:6 170:8 | | **except**(2) 144:14 164:21 | |
| **distribution**(14) 24:20 24:21 24:21 24:22 24:23 24:24 24:24 28:11 28:19 28:21 29:1 29:4 138:3 138:7 | | **due**(4) 27:3 27:4 27:17 146:8 | | | | **exception**(1) 131:20 | |
| | | **during**(13) 24:15 92:10 104:9 105:7 105:14 109:13 123:17 129:18 134:24 140:3 140:7 160:21 163:6 | | **entities**(5) 9:5 9:10 68:17 143:9 148:5 | | **excess**(1) 109:17 | |
| | | | | **entitled**(21) 75:25 78:4 78:5 98:14 99:22 | | **exchange**(5) 139:5 162:13 162:19 162:20 | |
| **distributional**(2) 148:24 148:25 | | | | 99:24 134:13 135:2 135:5 135:11 135:16 | | 164:25 | |
| **distributions**(32) 21:11 22:11 24:5 24:10 24:13 24:15 25:9 25:15 25:16 25:23 26:2 26:10 27:21 27:22 27:24 28:13 28:24 40:20 77:22 81:7 90:19 100:13 122:5 134:22 134:23 136:21 139:12 140:5 140:7 154:2 161:22 163:2 | | **duties**(4) 80:22 80:25 82:19 84:17 | | 136:10 138:18 139:21 139:23 139:25 142:10 146:1 147:2 164:6 170:13 | | | |
| | | **each**(26) 5:20 7:13 7:14 19:7 20:21 21:3 22:9 22:24 24:19 26:19 26:20 28:18 53:24 75:20 77:21 78:5 102:8 104:13 134:13 134:25 136:24 137:9 137:13 137:14 151:17 163:21 | | | | **exclude**(1) 56:19 | |
| | | | | **entitlement**(1) 171:5 | | **exclusive**(4) 3:16 81:12 104:15 105:19 | |
| | | | | **entity**(16) 9:21 9:22 16:9 22:5 44:14 45:25 48:4 83:16 91:4 106:1 106:1 110:2 137:14 150:3 165:4 170:18 | | **excuse**(6) 16:19 162:4 166:13 167:19 169:13 172:19 | |
| | | **ear**(1) 156:2 | | | | | |
| **district**(2) 1:2 148:20 | | **earlier**(8) 13:8 38:13 58:2 58:14 107:24 131:5 158:22 171:14 | | **entry**(2) 22:8 24:20 | | **exercise**(3) 150:13 163:24 164:4 | |
| **docs**(1) 153:24 | | | | **envision**(1) 59:4 | | **exercised**(1) 167:25 | |
| **document**(49) 3:49 19:3 20:3 46:22 47:2 47:7 50:20 51:4 51:6 52:16 52:21 56:19 57:6 57:11 57:15 57:17 59:24 61:1 80:11 91:9 92:1 106:2 107:6 107:14 107:19 108:7 108:25 109:6 109:8 109:14 112:22 113:4 113:5 113:6 116:2 116:19 119:23 122:10 122:15 122:21 122:25 123:15 123:18 123:24 124:16 125:1 131:25 131:25 153:17 | | **early**(1) 11:4 11:25 | | **envisioned**(1) 64:14 | | **exercising**(1) 163:23 | |
| | | **earmarked**(2) 155:4 155:4 | | **equitable**(3) 158:17 172:10 172:15 | | **exhibit**(55) 7:15 12:13 12:14 12:17 15:3 15:3 19:1 19:2 19:12 22:1 22:13 22:21 23:2 23:22 24:9 25:5 25:14 25:22 27:7 28:11 28:13 34:10 34:11 34:14 34:19 39:21 39:22 40:14 41:4 41:4 41:14 41:25 46:17 46:23 52:1 52:8 59:12 59:12 69:23 70:17 80:6 83:23 97:10 98:8 103:17 103:21 150:25 150:25 151:3 151:5 151:10 151:23 153:6 155:5 170:8 | |
| | | **ease**(1) 67:10 | | **equity**(1) 172:7 | | | |
| | | **easier**(3) 7:17 17:19 104:12 | | **error**(1) 153:16 | | | |
| | | **economic**(44) 54:8 54:11 54:16 136:4 138:19 139:5 139:9 139:11 139:12 139:15 139:20 161:17 161:19 161:19 161:21 161:22 162:9 162:10 162:14 162:17 162:21 162:23 163:2 163:4 163:8 163:12 164:23 165:13 165:18 165:23 166:7 166:8 166:16 166:17 166:18 166:20 166:20 166:22 168:3 168:15 168:17 168:23 169:5 | | **esq**(7) 1:36 2:5 2:11 2:15 2:22 2:23 2:32 | | | |
| | | | | **essentially**(6) 11:9 91:25 97:20 107:17 129:5 134:8 | | **exhibits**(26) 3:10 7:12 15:3 15:4 15:10 35:14 35:15 36:4 36:8 36:21 36:24 37:14 38:4 38:23 41:6 42:19 60:8 60:10 67:7 103:15 104:1 104:11 104:23 107:18 117:22 150:24 | |
| **documents**(94) 3:50 9:5 10:6 13:10 13:13 13:17 13:24 13:25 15:3 15:22 15:25 29:13 29:15 29:16 29:16 29:25 30:2 30:5 30:11 30:14 30:21 31:3 31:12 31:13 31:19 31:20 34:14 34:19 34:23 37:17 38:7 38:12 38:20 39:1 39:4 39:18 48:24 49:18 51:7 51:21 51:25 52:3 52:17 53:11 60:13 60:16 60:18 60:21 61:3 61:14 61:19 62:2 91:12 91:15 92:1 101:3 103:14 104:12 105:10 107:2 107:4 108:6 109:15 111:15 113:13 113:15 113:18 115:12 117:6 120:1 120:3 120:7 121:12 126:16 126:17 129:6 130:25 131:24 132:5 133:3 133:7 135:13 135:22 137:6 137:16 150:21 151:1 151:6 153:5 153:14 153:19 153:20 154:15 | | | | **establish**(2) 66:18 171:2 | | | |
| | | | | **established**(4) 19:11 19:11 86:3 91:4 | | **exist**(3) 145:16 145:17 170:16 | |
| | | | | **establishing**(1) 82:1 | | **existence**(2) 152:12 172:13 | |
| | | | | **estate**(2) 72:11 170:19 | | **existing**(2) 159:3 166:14 | |
| | | | | **estop**(1) 140:22 | | **expanding**(1) 165:5 | |
| | | **economics**(1) 168:21 | | **etc**(9) 162:18 162:18 163:15 163:15 163:17 167:3 167:21 169:7 170:10 | | **expected**(1) 81:5 | |
| | | **ecro**(1) 1:42 | | | | **expenses**(5) 27:18 40:22 40:24 41:7 124:21 | |
| | | **edward**(3) 2:5 6:21 103:16 | | **eve**(1) 137:24 151:20 | | **explain**(2) 24:17 82:21 | |
| | | **effect**(2) 127:21 131:20 167:15 | | **even**(34) 48:16 48:21 54:12 59:21 100:23 101:12 122:22 135:20 136:1 138:18 139:19 139:24 139:25 140:16 140:20 142:25 143:3 145:17 147:10 147:13 147:14 147:15 150:14 152:16 155:8 155:22 155:24 156:22 156:24 157:13 157:22 165:22 169:24 172:1 | | **explicitly**(1) 46:7 | |
| | | **effective**(8) 8:6 10:18 54:12 54:19 137:21 138:5 149:9 160:14 | | | | **express**(1) 16:23 | |
| **does**(20) 56:5 56:7 83:7 112:16 113:5 113:8 123:13 125:18 127:1 127:23 132:13 137:19 145:22 148:22 153:10 156:9 157:21 157:22 165:21 166:23 | | **effectuate**(1) 140:22 | | | | **expressed**(2) 138:12 138:22 | |
| | | **effectuates**(1) 51:6 | | | | **expressly**(1) 148:16 | |
| | | **effort**(1) 110:6 | | **evenly**(1) 28:25 | | **expulsion**(1) 161:2 | |
| | | **eight**(3) 113:21 154:2 157:18 | | **event**(9) 111:22 139:4 139:22 160:23 160:25 161:1 161:3 162:12 171:18 | | **extensions**(2) 37:3 37:7 | |
| | | **either**(3) 48:14 53:3 77:1 | | | | **extent**(17) 9:18 21:21 34:4 34:6 107:2 114:10 121:20 121:23 129:10 132:2 138:13 139:7 149:1 162:16 167:10 168:9 172:4 | |
| | | **electronic**(6) 1:51 29:9 29:15 30:2 42:8 173:10 | | **events**(2) 47:23 159:1 | | | |
| | | | | **eventually**(1) 26:9 | | | |
| | | | | **ever**(7) 51:7 55:21 83:14 83:15 100:20 138:5 149:15 | | **externally**(2) 152:10 152:20 | |
| | | **elements**(4) 141:6 141:12 168:25 171:9 | | | | **face**(2) 137:1 146:23 | |
| | | **eloquent**(1) 158:24 | | | | **facsimile**(1) 164:11 | |

| Word | Page:Line |
|---|---|
| **fact**(25) | 17:7 21:1 32:23 48:21 58:15 86:9 93:12 96:5 107:19 108:15 113:4 118:7 118:25 124:9 126:3 128:9 129:16 143:4 143:16 149:21 153:19 155:23 157:24 167:17 170:22 |
| **facts**(5) | 84:1 136:6 136:8 137:15 155:20 |
| **factual**(5) | 16:24 43:17 157:23 |
| **failed**(1) | 154:6 |
| **failure**(4) | 143:3 155:20 164:4 165:18 |
| **failures**(2) | 152:19 156:23 |
| **fair**(5) | 40:14 158:17 166:8 166:8 166:11 |
| **faith**(1) | 170:2 |
| **familiar**(6) | 12:13 19:2 31:10 43:11 44:6 45:15 |
| **familiarize**(1) | 47:19 |
| **familiarized**(2) | 45:18 45:22 |
| **far**(4) | 17:5 86:12 119:1 122:9 |
| **fashion**(2) | 90:3 156:16 |
| **fast-forward**(1) | 85:6 |
| **favor**(10) | 98:15 98:19 136:17 158:16 170:25 171:10 172:8 172:14 172:19 173:2 |
| **federal**(15) | 3:47 16:3 16:5 18:6 33:13 35:19 84:9 97:19 106:16 109:17 117:4 117:12 118:17 125:14 169:7 |
| **fee**(1) | 101:18 |
| **feel**(1) | 53:18 |
| **fees**(2) | 27:18 78:12 |
| **few**(3) | 46:25 91:17 158:19 |
| **fhm**(1) | 145:25 |
| **fhm."**(1) | 84:7 |
| **fictions**(1) | 167:3 |
| **fiduciary**(2) | 172:11 172:16 |
| **fifth**(2) | 69:22 92:23 |
| **figure**(5) | 19:20 102:14 145:14 148:2 154:3 |
| **figured**(1) | 105:11 |
| **file**(5) | 35:4 37:3 37:7 50:16 169:20 |
| **filed**(28) | 6:4 10:11 10:17 18:15 18:16 33:14 34:15 35:1 35:2 35:3 35:23 36:9 36:15 60:17 73:24 84:25 90:15 97:19 99:25 108:5 110:21 126:10 132:12 149:15 151:1 151:3 151:4 159:8 |
| **filing**(23) | 9:23 18:18 34:22 50:1 50:6 65:14 66:12 81:1 88:15 88:15 88:18 95:1 133:25 137:24 151:5 151:5 151:23 151:24 151:25 152:6 152:7 169:7 169:8 |
| **filings**(11) | 9:4 33:10 34:24 35:10 49:1 49:5 49:13 49:19 51:25 52:1 152:11 |
| **fill-in-the-blank**(2) | 151:12 151:13 |
| **final**(1) | 27:25 |
| **financial**(15) | 3:41 10:22 33:12 37:18 37:20 37:23 38:2 60:21 60:23 61:7 61:19 110:7 113:1 120:25 153:5 |
| **financials**(2) | 150:6 153:14 |
| **find**(29) | 26:16 30:5 30:14 30:21 31:3 31:12 31:19 32:15 119:10 127:18 136:1 147:10 152:21 156:7 156:8 156:10 156:22 157:3 168:6 168:20 170:8 170:24 171:10 171:21 172:8 172:16 172:18 173:1 |
| **finding**(6) | 136:8 138:16 140:18 142:9 163:19 172:15 |
| **findings**(1) | 170:22 |
| **fine**(17) | 6:2 33:22 33:23 33:23 43:3 64:15 64:18 65:5 75:9 89:20 105:4 105:13 109:19 116:3 120:16 144:16 168:7 |
| **finished**(1) | 78:23 |
| **firmly**(2) | 148:9 167:22 |

| Word | Page:Line |
|---|---|
| **first**(216) | 3:37 3:39 3:42 5:18 6:23 9:24 10:20 10:25 11:1 11:19 12:17 12:19 12:22 13:10 13:18 14:4 14:7 14:11 14:22 14:22 16:6 16:21 19:7 20:8 21:4 33:19 34:16 34:17 34:18 34:25 35:20 36:10 36:25 37:19 39:23 41:8 41:8 41:9 42:5 44:23 48:4 48:5 48:7 48:18 48:22 48:25 49:4 49:5 49:6 49:7 49:8 49:9 49:11 49:15 49:20 50:23 50:25 51:5 51:22 52:3 52:10 52:14 52:17 52:21 52:23 52:25 53:2 53:4 53:6 54:25 55:3 55:14 55:19 55:20 55:22 55:24 56:6 56:9 56:10 56:10 56:15 56:22 56:25 57:1 57:3 57:7 57:7 57:19 59:5 62:3 64:5 66:4 67:25 68:1 68:3 68:9 68:10 68:11 68:24 69:6 69:11 69:18 69:18 70:15 70:21 73:8 74:4 74:5 75:1 78:25 79:14 81:13 81:21 82:9 82:16 82:18 82:18 82:24 83:3 83:7 83:14 83:15 84:6 84:12 84:16 84:20 85:3 85:6 85:8 85:11 85:16 85:22 88:25 89:4 89:10 89:13 90:7 90:11 90:11 92:10 92:11 97:23 100:24 103:17 103:21 104:14 105:25 107:13 107:22 107:22 107:24 108:8 108:12 108:13 108:19 109:21 111:11 114:11 118:17 119:15 119:17 120:2 121:18 123:20 126:23 131:21 131:22 132:3 132:3 132:5 132:12 135:8 135:8 135:16 135:16 135:19 135:19 135:25 136:1 136:9 136:19 136:21 136:21 136:24 138:25 139:17 139:19 139:21 140:13 142:22 142:22 142:22 142:24 143:22 145:16 145:16 145:25 146:2 147:11 147:25 149:23 150:9 151:6 152:2 152:7 152:15 152:20 154:11 161:16 161:17 163:23 163:24 164:5 167:25 169:6 |
| **first-hand**(5) | 44:19 48:6 55:3 55:8 62:7 |
| **five**(5) | 42:17 62:25 69:24 104:1 157:17 |
| **flaw**(1) | 143:14 |
| **flaws**(4) | 135:9 158:8 158:9 159:2 |
| **flip**(4) | 35:13 35:14 35:16 39:21 |
| **floor**(1) | 2:35 |
| **flow**(1) | 168:11 |
| **flowery**(1) | 147:21 |
| **fluctuated**(2) | 153:18 153:21 |
| **fluctuating**(1) | 155:6 |
| **follow**(4) | 159:1 162:22 167:9 169:2 |
| **followed**(2) | 143:22 167:23 |
| **following**(12) | 13:3 71:14 71:15 71:18 72:10 84:10 86:5 88:2 88:25 89:16 131:24 142:1 |
| **follows**(2) | 136:11 151:14 |
| **footing**(1) | 122:8 |

| Word | Page:Line |
|---|---|
| **for**(268) | 1:2 1:34 2:4 2:10 2:14 2:31 3:17 3:18 3:19 3:25 3:36 3:42 3:46 3:49 3:50 6:23 7:1 7:7 7:7 7:10 7:12 7:17 8:1 8:15 8:15 8:18 8:21 9:6 9:14 9:17 9:23 10:4 10:24 11:1 11:10 11:12 12:9 12:18 14:3 14:6 14:9 14:10 16:6 16:9 16:16 16:23 16:25 17:14 17:15 17:19 18:2 18:7 18:10 19:22 22:9 22:14 22:18 22:24 23:3 23:7 23:7 23:25 24:19 24:21 24:22 24:25 26:2 26:3 26:16 27:15 27:18 27:22 27:23 29:1 29:1 29:4 29:19 29:20 29:24 30:2 30:11 31:12 32:22 32:24 33:2 33:7 33:11 33:13 33:16 34:3 34:5 34:6 34:7 34:16 34:16 35:19 36:10 37:2 37:8 37:18 38:8 38:9 38:16 38:17 39:2 39:6 39:23 40:2 40:9 40:20 40:22 40:25 41:7 41:15 41:20 41:22 42:3 42:4 42:11 42:14 43:16 43:24 42:40 46:8 46:18 48:16 49:4 49:6 52:9 52:25 56:13 56:14 56:23 57:18 58:11 59:25 60:11 62:1 65:9 67:6 67:10 67:14 72:16 73:14 73:20 73:22 73:24 73:25 74:16 75:18 76:4 76:14 76:19 78:12 78:12 80:14 82:4 82:19 84:17 86:4 88:2 88:17 88:22 90:3 90:12 90:24 91:3 91:15 92:12 93:23 96:11 98:16 98:18 98:25 99:2 99:4 100:1 100:3 100:16 101:3 101:14 101:16 101:17 101:18 102:7 102:25 103:19 104:7 105:25 105:25 106:1 108:7 109:5 109:9 110:20 111:21 113:22 113:23 113:24 114:3 114:13 115:9 115:19 115:21 118:8 119:1 119:14 124:14 125:15 125:20 125:23 125:25 126:23 127:5 127:19 129:15 129:15 131:6 131:19 132:11 133:3 133:10 134:3 134:6 134:7 134:9 138:8 138:11 140:16 143:10 143:13 143:23 145:25 146:2 146:12 148:9 149:7 149:12 149:14 149:16 150:8 150:9 151:24 152:13 152:14 153:9 153:25 154:9 155:12 155:13 158:7 159:20 163:6 164:15 164:25 167:7 168:5 169:8 169:9 169:10 169:10 171:4 171:13 172:9 172:10 172:12 172:15 |
| **forbid**(1) | 130:10 |
| **foregoing**(1) | 173:9 |
| **forget**(2) | 152:9 168:23 |
| **forgiven**(1) | 53:9 |
| **form**(5) | 30:6 61:13 142:20 150:11 173:3 |
| **formal**(2) | 137:11 164:10 |
| **formalism**(3) | 167:2 167:5 167:9 |
| **formalities**(7) | 143:25 144:3 144:4 144:6 167:8 167:23 169:1 |
| **formality**(1) | 143:20 |
| **formation**(5) | 9:9 45:2 45:13 78:23 79:20 |
| **formed**(5) | 44:22 44:24 53:23 79:10 80:17 |
| **former**(1) | 140:13 |
| **formerly**(2) | 68:1 69:10 |
| **forth**(8) | 46:7 57:1 62:17 82:1 120:11 120:15 131:17 141:5 |
| **forward**(8) | 72:9 72:11 72:15 100:15 101:2 134:8 144:17 169:4 |
| **forwarded**(1) | 11:2 |
| **found**(17) | 12:5 14:4 14:6 15:13 30:10 35:21 36:11 36:12 37:5 38:10 39:25 96:2 100:22 115:17 140:19 154:17 171:24 |
| **foundation**(17) | 16:16 16:23 16:24 17:4 18:2 20:18 21:15 25:18 29:21 76:19 108:2 108:7 110:9 115:9 122:25 127:2 155:8 |
| **foundational**(3) | 107:16 126:22 153:24 |
| **foundationary**(1) | 160:3 |
| **founded**(1) | 167:12 |
| **four**(11) | 59:11 69:24 72:8 86:18 86:19 86:24 144:7 154:5 170:15 170:16 170:16 |
| **fourth**(1) | 23:15 |

| Word | Page:Line |
|---|---|
| **frankly**(6) | 21:22 64:6 142:17 146:8 164:16 171:24 |
| **fraud**(1) | 172:12 |
| **free**(3) | 53:18 90:24 138:11 |
| **frequently**(1) | 74:22 |
| **friend**(1) | 74:19 |
| **from**(145) | 3:24 3:45 4:4 5:14 6:22 11:3 11:5 11:8 11:9 12:3 12:22 13:4 13:10 14:2 18:11 18:23 19:20 20:7 20:8 20:9 20:23 21:7 22:12 23:2 23:22 23:23 24:9 25:9 25:12 25:14 25:22 26:6 26:10 27:17 28:13 30:6 31:13 32:6 32:9 32:13 32:17 32:21 36:25 40:21 40:22 41:7 41:14 41:16 41:21 42:2 42:2 42:4 44:9 45:15 45:25 49:15 49:16 49:20 51:6 52:16 52:17 56:1 56:24 58:16 62:2 63:18 64:16 65:11 65:25 66:13 67:7 67:15 69:17 72:5 73:3 75:9 75:24 77:10 77:22 83:5 86:14 86:18 87:6 88:4 89:10 89:25 90:1 90:9 93:4 94:13 96:22 101:1 101:7 101:9 101:20 102:22 104:3 104:8 107:19 108:1 108:3 109:20 117:21 118:25 122:5 123:5 124:14 128:19 131:5 133:13 133:18 134:1 135:1 135:3 135:8 136:21 136:21 137:5 137:14 138:12 139:3 140:23 141:20 143:22 146:3 147:3 147:9 148:11 149:6 150:4 152:4 152:5 155:20 156:24 157:22 157:23 157:25 158:6 158:9 160:5 163:14 164:1 164:3 173:10 |
| **front**(5) | 14:25 67:2 135:12 169:14 171:8 |
| **full**(1) | 171:22 |
| **functions**(2) | 110:3 150:14 |
| **fund**(7) | 26:22 81:21 85:21 86:15 88:19 155:10 171:6 |
| **fundamental**(5) | 111:17 113:16 122:25 132:2 172:7 |
| **funded**(2) | 88:4 106:2 |
| **funding**(9) | 85:23 86:11 86:20 86:21 87:25 88:17 94:20 94:21 94:23 |
| **fungible**(2) | 155:10 155:10 |
| **furnishing**(1) | 163:17 |
| **further**(16) | 42:18 54:10 62:22 63:1 66:21 99:11 103:3 103:11 109:23 118:24 122:20 123:23 134:24 139:9 154:25 |
| **future**(1) | 17:14 |
| **gained**(1) | 141:13 |
| **game**(1) | 117:25 |
| **gather**(1) | 133:6 |
| **gave**(7) | 5:6 58:6 81:7 85:3 148:12 152:9 156:1 |
| **geared**(1) | 75:5 |
| **gears**(1) | 78:17 |
| **general**(4) | 10:2 58:10 117:17 138:15 |
| **generalizing**(1) | 61:16 |
| **generally**(9) | 8:25 9:2 10:7 14:16 20:16 58:8 59:1 101:6 154:18 |
| **generated**(2) | 85:24 91:6 |
| **get**(32) | 12:2 17:15 47:22 66:17 67:2 68:19 75:6 86:14 89:25 92:2 101:19 103:25 105:25 111:9 112:17 145:13 147:8 150:7 150:7 165:8 166:2 166:15 166:23 166:23 168:20 169:20 170:3 170:6 170:12 171:25 172:3 173:3 |
| **gets**(5) | 112:13 118:21 144:21 149:21 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**getting**(13) 59:24 89:10 94:23 100:6 101:7 101:9 101:10 101:23 102:3 105:22 129:14 149:19 168:9

**ginsburg**(2) 42:12 109:20
**give**(12) 5:6 12:6 23:14 58:3 58:24 102:7 104:5 105:2 111:2 117:22 148:6 163:15

**given**(11) 57:24 58:13 59:17 100:24 107:8 116:13 120:13 141:23 149:8 149:17 171:24

**gives**(2) 149:2 151:14
**giving**(5) 53:8 94:19 110:7 170:4 170:5
**glance**(1) 138:25
**glaring**(2) 143:4 153:16
**gleaned**(3) 58:16 149:6 160:5
**gleefully**(1) 132:25
**globally**(2) 60:12 60:13
**god**(1) 130:10
**goes**(22) 21:22 54:10 65:20 77:14 81:25 91:5 96:13 106:3 112:21 115:15 118:8 118:18 119:14 122:20 124:20 132:14 147:7 153:22 154:11 162:21 162:24 163:20

**going**(43) 19:14 19:18 33:21 42:25 43:1 43:20 44:6 49:24 55:12 60:10 64:1 68:14 68:15 88:5 90:2 92:25 93:1 95:22 100:15 101:1 103:18 105:8 105:24 106:14 111:6 115:20 117:19 120:14 123:4 123:23 127:19 129:11 129:15 132:15 138:6 144:1 144:2 144:15 145:18 155:15 157:20 158:12 164:19

**gone**(2) 12:4 76:17
**good**(28) 5:5 5:13 6:13 6:19 6:21 7:11 7:24 7:25 10:19 24:4 43:6 43:7 63:6 63:17 65:9 66:22 67:13 67:19 67:20 105:2 105:5 120:22 128:22 130:9 133:16 133:17 168:3 172:7

**goodness**(1) 127:15
**got**(13) 7:1 43:18 46:22 50:16 87:22 92:22 94:10 101:20 102:15 117:18 127:25 149:15 149:19

**gotten**(1) 72:21
**governing**(1) 141:10
**grace**(1) 2:33
**gracious**(1) 127:15
**granted**(1) 37:4
**grew**(1) 23:23
**grounds**(2) 121:20 135:6
**group**(1) 15:25
**guess**(3) 64:3 95:22 131:16
**guys**(4) 143:6 143:10 145:1 149:18
**had**(120) 5:9 9:15 9:20 11:3 11:6 11:8 11:13 11:25 12:1 12:1 12:4 12:5 13:15 13:20 15:5 16:8 18:19 26:1 33:14 34:11 35:15 36:22 37:15 38:24 48:3 48:14 52:25 53:15 55:21 55:24 56:7 56:15 57:19 59:6 59:8 63:22 72:19 73:23 73:24 74:16 74:22 77:22 82:19 83:2 83:3 83:15 83:18 84:7 84:17 85:14 85:15 85:16 86:9 86:14 86:17 86:20 86:21 87:24 87:25 88:19 88:19 89:13 90:1 91:17 92:3 94:15 94:16 99:18 99:20 100:23 101:4 102:1 102:8 102:13 104:21 115:23 115:25 116:14 119:16 119:18 119:19 119:19 122:11 124:18 127:24 131:21 134:15 134:21 134:22 136:7 136:19 138:21 139:18 140:1 140:5 140:18 141:8 141:15 142:6 143:25 144:19 147:6 147:6 147:7 147:7 149:23 154:20 155:13 155:24 158:14 160:15 161:19 162:23 166:21 167:18 167:22 168:13 168:17 169:6

**hadn't**(2) 12:5 143:11
**hahn**(2) 2:4 6:22

**half**(15) 25:20 40:13 76:1 97:17 98:24 98:24 99:3 99:22 99:24 101:19 125:18 125:20 136:18 145:15

**hand**(1) 66:25
**handled**(5) 59:6 90:17 120:12 158:5 158:7
**handling**(1) 80:25
**handwriting**(2) 69:23 70:2
**handwritten**(3) 115:8 115:9 115:12
**handy**(1) 105:4
**hang**(5) 6:11 111:2 121:6
**happen**(5) 100:20 100:21 149:5 157:15 157:15

**happened**(12) 26:17 85:10 85:11 86:4 89:19 144:24 144:24 144:25 159:10 159:11 159:11 160:9

**happening**(1) 123:11
**happy**(2) 60:9 133:20
**hard**(4) 13:25 29:15 29:24 158:13
**harrisburg**(1) 1:46
**has**(68) 15:2 15:3 16:20 21:16 25:10 26:17 26:18 41:25 50:7 54:21 69:23 70:2 71:7 71:22 72:8 78:18 79:1 79:25 81:12 93:10 93:11 95:7 95:22 97:10 104:23 110:1 118:23 120:13 121:14 122:7 122:22 124:10 124:10 132:5 132:8 135:13 141:6 141:10 142:18 144:25 145:14 146:11 146:14 149:5 150:17 150:23 151:8 151:9 154:9 154:10 154:21 155:13 156:6 156:16 156:25 157:2 157:15 157:15 158:3 158:13 164:2 164:8 166:17 167:5 168:15 170:22 171:12

**hat**(1) 143:13
**hate**(2) 147:21 166:6
**have**(162) 5:15 5:19 5:20 5:22 7:6 7:10 8:5 9:12 12:9 16:18 16:18 27:5 28:3 28:4 32:23 33:18 35:1 37:3 42:17 42:18 45:16 45:20 45:21 46:3 46:11 46:24 47:3 48:6 48:9 48:23 51:21 52:10 52:12 52:14 52:19 52:20 53:2 53:4 53:11 53:20 54:23 55:1 55:7 55:18 55:21 57:5 57:6 57:10 57:14 57:21 58:1 58:25 60:1 60:17 62:15 62:19 62:22 63:1 64:3 66:17 66:23 72:21 72:22 74:24 77:20 79:22 86:1 91:10 95:17 96:6 99:11 99:13 100:17 101:8 101:16 101:17 101:19 103:3 103:22 104:24 104:25 105:18 105:23 107:16 109:11 109:13 111:17 112:23 115:11 115:19 115:24 119:7 120:1 120:23 121:13 121:19 122:24 123:2 123:6 123:18 123:24 124:6 124:17 125:4 125:12 127:5 128:3 131:8 131:18 131:18 140:25 140:25 141:13 142:16 142:17 143:15 145:5 145:5 146:11 146:24 147:1 147:19 148:7 148:9 148:21 149:10 149:11 150:5 150:22 154:6 154:7 154:13 156:16 157:8 157:9 157:9 157:20 158:25 159:22 159:23 160:6 161:9 162:11 162:18 162:23 164:14 164:22 165:15 166:12 166:13 166:16 166:24 167:25 168:1 168:10 172:3

**haven't**(8) 48:21 48:24 78:13 108:2 110:11 115:10 156:19 156:20

**having**(5) 32:22 43:20 133:24 153:13 172:3
**hear**(4) 6:6 65:2 88:4 133:8
**heard**(3) 112:10 154:5 169:22
**hearing**(2) 5:18 173:6
**hearsay**(18) 65:19 66:16 112:22 112:24 113:4 113:6 116:2 119:3 120:4 121:14 121:20 121:24 123:12 126:1 126:5 127:4 132:7 154:15

**heart**(1) 163:10
**held**(3) 28:25 68:23 150:23

**hellerman**(147) 2:23 6:16 16:12 16:14 16:20 17:18 17:21 17:25 19:9 19:16 20:18 21:14 23:25 29:19 30:8 30:17 30:24 31:6 31:15 31:22 42:14 42:25 43:5 43:24 44:2 44:8 44:13 46:11 46:14 46:20 46:21 47:7 47:9 47:11 50:15 50:19 50:22 51:18 51:19 60:1 60:4 60:7 62:19 62:22 63:13 63:21 64:3 64:12 64:15 64:18 76:16 77:12 78:7 78:14 81:23 85:25 88:6 103:22 104:21 105:6 105:14 106:7 106:13 106:21 106:25 107:14 107:24 108:14 108:21 108:23 109:10 109:22 110:11 110:14 110:16 110:18 110:23 111:9 111:19 111:23 111:25 112:3 112:6 112:9 112:13 114:7 114:21 116:12 116:18 116:22 117:5 117:13 118:6 118:12 118:15 118:21 119:21 120:3 120:17 120:20 121:2 121:5 121:19 122:7 123:16 123:22 124:8 125:3 125:5 125:8 125:25 126:9 126:11 126:20 127:23 128:3 128:7 128:18 128:23 129:9 129:13 129:23 130:7 130:18 131:3 131:7 132:1 132:13 132:18 132:21 132:24 133:9 133:12 142:14 142:15 144:5 144:18 145:11 145:20 145:24 146:7 146:11 146:17 158:23 160:1 161:10 166:4

**hellernam**(1) 16:19
**hellmerman**(2) 25:18 130:14
**help**(3) 60:21 104:18 121:13
**helpful**(1) 65:3
**helps**(1) 143:16
**here**(44) 6:15 41:16 43:16 46:5 48:6 52:9 55:17 60:13 60:23 86:18 95:12 104:25 105:17 105:21 108:9 112:25 118:24 120:1 120:10 121:7 121:25 127:4 129:13 131:14 137:22 138:6 142:23 146:11 148:22 149:6 149:10 150:21 152:24 153:15 156:17 157:21 158:8 158:17 162:4 165:1 167:2 167:11 170:7 172:15

**herein**(1) 164:22
**here's**(1) 139:13
**hessen**(2) 6:4 6:22
**hey**(1) 88:5
**he's**(6) 16:14 30:10 44:5 44:5 88:7 88:8
**high**(1) 44:24
**highlighted**(1) 118:25
**highly**(1) 123:11
**him**(17) 16:23 19:18 25:21 44:4 64:5 64:15 64:19 73:22 74:16 74:23 86:16 86:17 88:11 89:6 105:23 127:6 169:19

**himself**(7) 21:16 21:20 122:14 134:7 134:9 143:5 171:20

**his**(25) 21:19 44:4 65:20 73:22 77:14 77:15 86:14 86:17 92:1 105:21 113:8 124:11 129:18 131:10 134:0 137:7 142:18 148:24 149:15 154:5 157:24 159:13 160:21 170:7

**hm's**(1) 154:19
**hold**(1) 66:19
**holder**(9) 12:4 145:13 162:3 162:3 163:8 164:22 166:16 166:17 169:5

**holders**(3) 139:20 163:4 165:23
**holder's**(1) 161:21
**holdings**(1) 1:9
**holds**(2) 113:5 150:23
**holes**(1) 152:24

**home**(264) 1:8 1:16 2:10 2:33 8:16 8:18 8:21 9:6 9:15 9:17 9:18 9:19 9:23 10:5 10:6 10:21 10:23 10:25 11:2 11:18 11:20 11:22 12:6 14:5 14:11 14:11 14:22 14:23 15:14 15:15 15:18 16:8 16:10 16:15 16:22 18:12 18:15 18:19 20:4 20:9 20:13 22:14 22:24 23:8 24:6 24:14 24:22 25:10 26:3 27:3 27:4 27:10 27:17 27:19 28:4 28:21 29:5 29:17 30:7 30:15 30:22 31:4 31:14 31:20 32:8 32:9 32:15 32:18 32:22 32:25 33:1 33:2 33:3 33:5 33:7 33:9 33:10 33:12 33:15 34:2 34:4 34:25 35:2 35:3 35:4 35:7 35:11 35:23 36:1 36:12 36:14 36:17 37:1 37:2 37:7 37:10 37:23 38:1 38:14 38:16 38:19 39:6 39:15 39:18 40:1 40:2 40:5 40:18 40:20 40:21 40:25 41:8 41:9 41:10 41:12 41:15 41:17 41:19 41:23 42:4 42:9 42:12 44:23 44:23 48:4 48:5 48:7 48:14 48:16 48:18 48:22 48:25 49:4 49:5 49:6 49:7 49:8 49:10 49:11 49:11 49:15 49:17 49:20 51:5 51:23 52:3 52:10 52:15 52:17 52:21 52:25 53:5 54:25 55:3 55:5 55:14 55:19 55:20 55:22 55:22 55:24 56:7 56:8 56:9 56:10 56:13 56:21 56:22 56:25 57:2 57:3 57:7 57:19 57:24 61:5 61:8 62:4 65:15 66:4 68:5 68:6 68:9 68:10 68:11 69:11 73:23 75:1 77:24 81:13 81:21 82:9 82:16 82:18 82:18 82:24 83:3 83:6 83:14 83:15 84:9 84:17 84:20 85:3 85:6 85:8 85:12 85:16 85:22 88:16 88:25 89:4 89:10 89:13 90:3 90:7 90:11 90:11 92:11 96:6 98:16 102:12 105:25 107:13 107:22 108:8 109:21 110:20 111:11 113:3 114:11 119:15 119:17 126:18 131:14 131:21 132:5 135:8 135:9 135:19 135:19 135:25 136:1 136:9 136:21 136:24 139:17 139:19 139:22 142:22 142:22 142:24 143:22 145:16 145:17 145:25 146:2 147:11 150:9 151:6 151:20 152:1 152:2 152:20 169:6 169:25

**home/ahm**(1) 132:3
**homes'**(1) 25:13
**home's**(16) 9:20 18:7 20:11 22:15 22:18 28:8 32:6 32:16 34:21 34:25 35:22 37:6 37:22 38:11 39:5 52:7

**honor**(179) 5:5 5:13 5:18 6:3 6:9 6:13 6:14 6:14 6:15 6:17 6:21 6:23 7:9 7:13 7:20 10:16 11:2 16:19 17:3 17:12 17:22 19:9 21:14 23:16 29:19 33:21 42:17 42:18 42:23 43:15 44:2 46:12 46:20 47:9 59:23 59:25 60:2 62:20 62:23 63:2 63:13 64:10 65:19 66:15 66:20 66:23 67:7 68:17 80:4 86:1 86:24 88:6 88:22 91:22 92:5 92:24 95:9 95:16 96:14 97:6 99:8 103:4 103:7 103:12 103:13 103:16 103:22 104:9 104:18 104:24 105:7 105:19 106:2 106:5 106:10 106:19 106:23 107:8 107:13 108:11 108:18 109:2 109:8 109:10 109:19 109:24 110:19 111:1 111:8 111:24 112:2 112:5 113:11 113:16 114:2 114:5 114:15 115:14 115:24 116:3 116:6 116:8 116:20 116:21 116:25 117:6 117:17 117:23 118:3 118:3 118:17 118:16 119:17 119:23 119:25 120:10 120:10 120:23 121:3 121:8 122:2 122:3 123:2 123:17 124:3 124:13 124:16 125:12 125:17 126:15 126:21 127:8 128:13 129:2 129:6 130:12 130:22 131:14 131:16 132:10 132:15 132:22 133:2 133:11 133:12 133:16 133:20 133:24 137:23 139:3 139:15 139:25 141:22 142:5 142:12 142:16 144:5 144:18 145:18 146:4 146:9 147:10 147:10 147:22 151:9 152:17 153:25 158:19 158:21 160:7 160:21 161:4 161:8 161:10 166:4 172:21

**honorable**(1) 1:29
**honored**(1) 145:9
**honor's**(3) 20:24 24:1 157:19
**hoops**(2) 157:11 157:12
**horse**(1) 145:2

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**hour**(1) 43:20

**housing**(3) 166:8 166:8 166:11

**how**(49) 7:24 8:5 10:14 17:17 24:9 24:14 24:17 25:14 25:15 25:22 25:25 25:25 26:1 27:13 40:11 48:9 58:8 58:11 59:3 59:4 59:4 62:16 63:23 64:7 64:8 64:14 75:5 86:14 91:4 91:5 91:5 91:6 101:13 108:1 115:17 117:6 117:7 122:19 143:16 144:1 144:3 153:17 154:3 154:4 154:22 155:9 155:9 160:11 160:24

**however**(5) 11:4 12:6 139:1 143:2 148:14

**huge**(1) 152:24

**hurt**(1) 157:24

**hypothecate**(1) 164:24

**idea**(4) 62:15 83:18 101:19 169:4

**ideas**(1) 155:17

**identifiable**(1) 141:19

**identified**(1) 104:10

**identify**(1) 84:3

**ignorance**(1) 147:12

**ignorant**(1) 91:7

**ignores**(2) 147:7 158:25

**iii**(1) 172:9

**ilcs**(1) 150:18

**illinois**(24) 3:40 33:11 34:16 36:10 43:8 44:15 49:2 49:6 49:14 102:11 112:25 120:2 132:12 141:18 148:20 148:21 149:25 152:13 155:11 157:7 158:25 159:11 169:12 171:1

**immediate**(2) 88:15 171:3

**immediately**(5) 134:20 148:13 165:14 168:17 169:18

**imminent**(1) 133:25

**impeaching**(1) 88:8

**impending**(1) 95:3

**implicates**(1) 118:22

**implications**(1) 137:22

**implied**(1) 138:12

**important**(9) 123:14 139:13 148:15 148:19 149:7 161:16 162:12 167:3 169:3

**improper**(3) 88:6 119:4 141:3

**in-house**(2) 8:4 9:2

**inactions**(1) 137:7

**inc**(1) 1:9

**include**(1) 86:15

**included**(1) 80:25

**includes**(1) 142:7

**including**(9) 9:10 27:24 27:25 54:11 54:16 54:19 115:3 125:13 161:24

**income**(26) 21:5 21:6 26:12 26:13 26:18 26:19 26:20 28:14 28:18 72:22 93:4 93:20 97:24 98:2 122:5 125:20 125:21 135:1 153:8 153:8 153:10 159:17 159:17 159:19 160:18 169:7

**incomes**(1) 154:2

**inconsistent**(1) 170:1

**incorporation**(3) 3:19 4:7 9:9

**incorrect**(2) 99:6 138:24

**increase**(2) 75:7 75:8

**increased**(1) 71:12

**increasing**(1) 21:6

**incredible**(2) 155:18 160:2

**incumbent**(1) 109:11

**incurred**(1) 40:23

**indeed**(4) 17:1 46:7 148:10 150:24

**independent**(1) 61:8

**indeterminate**(1) 141:16

**index**(2) 3:1 104:19

**indexes**(1) 104:18

**indicate**(5) 125:3 125:5 125:10 143:19 164:13

**indicated**(5) 47:24 53:22 55:2 105:6

**indicates**(3) 49:7 159:5 160:2

**indicating**(8) 29:16 30:6 30:14 30:21 31:3 31:20 49:4 127:20

**indiscernible**(1) 170:2

**individual**(3) 35:15 41:11 65:25

**individually**(1) 77:9

**individuals**(8) 65:17 75:14 75:16 90:1 143:21 145:2 167:17 167:22

**inflow**(1) 167:20

**informal**(1) 164:14

**information**(10) 11:24 12:7 18:23 20:6 23:10 25:8 120:13 123:5 160:1 160:5

**informed**(1) 94:16

**initial**(6) 3:21 80:17 91:17 106:24 107:5 167:12

**initially**(2) 14:14 116:15

**instance**(7) 24:25 88:3 115:15 132:4 135:16 148:1 167:9

**instances**(1) 86:10

**instead**(2) 28:24 89:10

**institution**(1) 68:24

**instruction**(2) 169:23 170:1

**intact**(1) 165:7

**intend**(2) 44:9 104:13

**intended**(1) 58:15

**interest**(105) 9:18 9:20 22:2 26:11 26:18 26:19 45:5 45:7 45:25 46:4 46:9 48:14 49:20 52:11 53:24 54:4 54:8 54:12 54:15 54:16 55:20 56:6 56:15 56:22 56:23 122:17 131:20 131:22 132:6 136:2 136:4 136:7 138:19 138:21 139:5 139:5 139:8 139:9 139:11 139:11 139:12 139:15 139:18 139:20 140:1 140:18 141:8 142:6 145:12 146:13 146:23 148:17 148:24 148:25 150:24 152:23 153:8 153:9 154:11 154:22 160:15 161:17 161:18 161:19 161:19 161:21 162:3 162:3 162:8 162:9 162:10 162:11 162:13 162:14 162:17 162:17 162:21 162:21 162:23 163:4 163:8 163:22 164:22 164:23 164:24 165:13 165:13 165:18 165:20 165:22 165:24 166:7 166:7 166:9 166:9 166:16 166:16 166:17 166:18 166:20 166:22 168:15 168:20 168:21 168:24 169:5

**interest-holder**(1) 9:21

**interest-holders**(1) 19:7

**interests**(26) 41:5 49:16 51:22 52:24 52:25 57:3 57:8 57:19 134:10 135:25 145:4 148:8 154:21 157:13 159:3 163:1 163:2 163:12 163:12 163:25 166:10 168:2 168:2 168:18 168:18 168:23

**internal**(1) 152:9

**internally**(2) 152:8 152:19

**interpret**(1) 168:22

**interpretation**(1) 172:2

**interpreting**(2) 148:21 166:25

**interrogatories**(2) 109:7 109:9

**interrogatory**(1) 83:20

**interrupt**(1) 105:11

**interruption**(2) 136:22 137:1

**into**(34) 13:20 14:11 14:14 15:21 22:10 42:19 44:6 47:22 48:2 48:5 49:7 59:24 66:3 83:18 84:7 86:16 92:2 101:15 104:11 107:1 107:7 112:13 120:14 123:7 145:16 145:17 147:5 150:25 151:9 160:6 163:5 165:6 166:15 167:18

**introduce**(1) 6:15

**introduced**(1) 150:25

**invested**(1) 100:7

**investigation**(19) 10:10 11:23 14:1 15:21 18:5 18:22 29:12 29:24 32:1 32:3 33:19 33:4 40:8 42:9 62:1 115:17 126:24 142:3 153:3

**investment**(5) 9:7 9:7 73:5 75:21 101:17

**investor**(1) 101:15

**involuntary**(1) 136:14

**involve**(1) 61:12

**involved**(13) 9:3 10:10 21:20 44:19 48:11 48:12 55:3 55:7 62:7 74:25 119:16 126:3 126:25

**involvement**(1) 79:22

**involving**(1) 148:12

**irrespective**(1) 122:17

**irs**(2) 36:25 159:10

**isn't**(48) 71:20 72:6 72:12 72:16 72:22 73:6 73:11 74:8 74:11 75:3 75:10 76:4 76:8 77:2 79:2 79:12 80:18 80:23 81:1 81:8 81:13 82:16 82:20 85:1 85:8 85:8 85:17 85:24 86:11 89:10 89:14 89:25 90:9 90:22 91:11 91:18 92:13 94:20 95:4 96:7 96:10 97:2 97:21 98:2 98:16 98:20 156:13 172:15

**issue**(8) 105:17 107:16 112:21 113:24 121:23 137:18 154:11 171:2

**issued**(2) 12:9 12:17

**issues**(6) 86:11 86:12 94:20 126:22 147:9 166:24

**item**(4) 5:15 79:14 94:1 97:23

**its**(47) 9:22 15:19 16:8 18:19 20:14 25:10 33:8 35:5 35:8 36:2 36:18 37:11 38:2 38:20 39:7 39:10 40:6 41:15 41:23 42:9 52:25 60:15 88:18 92:12 112:23 113:5 122:11 123:24 134:16 135:14 135:17 149:7 150:8 150:9 151:21 152:9 152:12 156:2 157:25 158:7 163:12 164:23 167:20 169:17 170:18 171:3

**itself**(20) 56:4 59:25 78:4 85:22 87:5 88:22 92:5 107:1 107:25 114:23 119:3 119:3 126:2 130:19 131:18 136:8 139:16 140:1 146:3 150:18

**it's**(134) 6:8 7:17 12:21 17:2 20:25 23:14 27:8 30:8 33:20 42:25 43:13 43:18 46:16 46:22 47:7 47:9 50:12 50:16 51:4 59:11 59:14 65:21 66:11 69:8 70:20 71:15 73:16 73:17 79:25 80:1 80:4 80:7 83:23 84:13 87:7 90:6 90:21 93:23 94:16 95:20 95:21 95:24 98:8 99:6 103:17 104:24 105:17 106:8 107:6 107:11 108:10 108:15 108:7 109:8 109:18 109:24 110:15 110:17 110:24 110:24 111:1 111:22 112:9 112:14 112:21 112:24 112:24 112:25 113:6 113:24 113:25 114:1 114:3 114:13 114:18 114:25 116:2 118:6 118:24 119:2 119:4 119:8 119:14 120:15 122:1 122:16 123:9 123:18 123:22 123:13 123:19 123:22 125:9 126:1 126:5 126:20 127:12 127:16 127:18 128:4 128:24 129:10 130:8 130:13 130:25 131:5 131:19 132:16 133:1 138:5 143:14 146:18 147:8 151:21 153:25 154:9 154:10 155:3 155:9 155:15 155:16 155:19 156:4 156:9 158:5 158:21 162:5 165:1 165:23 167:5 168:19 170:20

**i'd**(4) 51:10 63:4 78:22 173:3

**i'll**(35) 6:17 17:9 19:25 26:7 44:10 51:11 60:21 60:22 76:21 83:12 86:23 88:2 88:21 91:12 92:5 97:6 99:5 99:8 103:24 106:4 106:18 107:21 112:10 119:5 122:15 128:9 128:17 130:16 131:11 133:22 139:3 139:9 147:14 161:1

**i'm**(89) 6:15 8:4 8:9 9:7 12:20 14:22 15:7 16:17 17:5 17:22 19:14 19:18 20:21 21:8 23:9 24:19 26:14 26:20 27:24 33:21 35:17 39:9 39:11 41:16 42:7 43:11 43:20 43:24 44:12 46:19 47:6 48:10 49:8 49:24 50:5 51:13 53:15 55:11 55:12 55:22 58:21 60:9 66:15 68:6 69:10 71:23 78:8 79:5 80:2 81:17 82:8 82:25 83:5 83:7 83:11 83:22 84:2 85:14 87:4 89:3 91:24 92:5 94:9 94:12 95:20:2 97:10 101:21 102:14 103:22 106:2 108:23 111:8 115:20 116:24 117:18 117:23 119:22 120:10 123:2 123:17 128:21 129:6 129:14 130:9 145:18 164:19 164:20 169:15

**i've**(10) 6:7 45:17 49:1 55:13 92:22 147:16 147:17 171:14 171:24 172:17

**january**(1) 14:14

**jeff**(18) 65:18 65:24 65:25 66:5 66:8 66:12 69:2 74:7 74:19 75:2 82:12 86:9 88:2 89:1 89:6 94:16 140:13 143:7

**jeffrey**(2) 73:11 73:21

**job**(2) 86:17 154:1

**jody**(3) 42:11 42:13 109:20

**john**(10) 65:18 66:7 66:8 66:12 69:2 69:8 82:12 85:14 140:14 143:6

**joining**(1) 55:5

**joint**(4) 46:17 46:23 52:8 59:12

**jointly**(1) 1:6

**joyce**(3) 2:15 6:13 6:13

**judge**(3) 1:29 1:30 159:25

**judgment**(1) 173:4

**july**(11) 11:10 50:16 69:16 70:4 70:25 71:2 71:3 97:16 133:24 151:3 151:4

**jump**(7) 157:11 157:12 162:4 162:5 163:9 164:18 164:20

**june**(4) 11:5 14:15 134:21 140:6

**just**(110) 5:24 6:14 7:1 7:18 13:24 16:20 17:15 17:16 17:22 22:20 23:14 24:1 26:17 30:9 33:17 34:2 40:14 41:1 46:24 47:23 51:2 54:2 55:12 57:15 58:18 59:24 65:1 67:6 67:21 68:1 70:20 70:21 71:11 72:25 76:18 76:22 77:9 78:23 81:17 83:2 84:16 85:10 86:16 86:19 88:21 90:6 90:11 91:8 92:9 93:12 95:6 95:11 96:14 99:5 101:6 101:13 102:14 104:5 104:25 106:20 106:3 106:16 107:21 109:1 109:8 111:1 111:15 112:11 115:15 115:18 115:22 116:5 116:6 117:15 117:16 117:19 118:2 119:11 119:14 120:9 120:10 120:11 120:14 121:12 123:25 124:11 127:15 127:20 128:23 128:24 129:21 130:22 130:23 131:16 138:6 138:8 142:18 143:20 144:7 145:14 148:1 148:21 149:6 156:18 159:23 160:6 166:14 166:14 166:23 167:19

**justice**(1) 172:7

**jvv**(1) 166:3

**jx-1**(4) 4:13 46:23 80:1 80:7

**k-1**(7) 91:6 93:23 102:3 102:6 102:11 102:17 149:16

**k-1s**(9) 40:18 40:19 42:4 92:12 101:22 102:7 131:6 149:19 169:11

**keep**(13) 15:18 20:13 33:21 35:7 36:1 36:17 37:10 38:1 38:19 39:18 40:5 68:14 102:25

**keeping**(1) 165:6

**keeps**(1) 60:14

**kelly**(1) 173:15

**kept**(4) 60:14 101:1 112:23 154:18

**key**(1) 168:4

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**kind**(7) 5:19 5:23 54:11 86:16 95:21 105:24 132:14

**king**(1) 1:37

**knew**(9) 83:17 86:3 91:1 102:11 144:23 154:17 157:20 170:3 171:15

**know**(69) 6:5 12:24 14:13 15:5 16:8 17:6 17:17 18:9 18:12 18:13 20:3 22:5 27:15 28:5 34:11 35:15 36:6 36:22 37:15 38:7 38:24 42:11 42:20 43:8 43:12 44:5 44:14 45:5 45:9 45:12 55:12 61:18 62:6 62:11 63:21 63:22 78:23 91:12 93:1 104:21 105:22 107:20 111:5 111:20 114:22 115:15 115:18 118:23 121:12 123:10 124:5 124:6 125:18 127:17 127:24 131:19 133:20 147:22 149:24 153:12 154:23 159:6 159:18 160:16 165:1 165:6 167:6 168:8 171:23

**knowing**(1) 143:11

**knowledge**(11) 10:1 32:16 32:21 43:25 48:6 58:8 79:19 100:23 101:4 102:13 133:24

**known**(3) 12:13 68:1 68:24

**knows**(5) 19:19 92:25 108:4 122:11 153:4

**kristin**(1) 113:2

**l.l.c**(2) 1:22 2:15

**laches**(2) 115:24 141:22

**lack**(1) 29:21

**lacks**(1) 122:25

**laid**(3) 16:16 16:23 115:9

**lake**(27) 65:18 65:24 65:25 66:5 66:12 66:19 69:8 73:11 73:21 74:7 74:13 74:19 75:2 82:12 86:9 88:2 89:1 89:6 94:16 140:14 140:21 141:1 143:7 156:1 156:4 156:14 169:19

**lake's**(1) 66:8

**landlord**(3) 72:12 72:19 134:9

**language**(3) 52:13 139:13 150:12

**large**(1) 60:20

**larger**(3) 56:19 107:4 165:6

**last**(19) 5:7 5:9 13:4 17:5 18:2 23:11 23:16 27:6 46:25 53:3 80:11 83:8 93:14 94:25 98:7 139:24 154:7 160:21 161:9

**lastly**(1) 141:22

**later**(16) 42:20 74:7 75:1 92:11 127:22 134:11 135:8 135:19 135:24 136:9 136:24 139:20 142:2 149:6 149:9 157:13

**latter**(1) 41:11

**laurenzini**(2) 79:15 79:19

**law**(16) 44:6 141:18 147:21 147:22 155:11 155:23 157:3 157:21 157:22 157:23 158:9 165:7 167:6 170:1 170:14 170:22

**lawyer**(3) 59:2 121:2 128:5

**lawyers**(3) 62:8 62:11 62:15

**lay**(3) 17:4 18:2 127:1

**laying**(2) 76:18 110:9

**lead**(1) 138:16

**leading**(1) 85:18

**leaf**(2) 36:5 36:21

**learned**(4) 11:15 11:17 84:7 84:11

**least**(11) 85:7 100:4 104:10 112:19 113:12 123:19 153:5 161:19 164:12 168:15 169:19

**leave**(2) 63:17 100:14

**led**(3) 10:11 11:9 32:12

**left**(4) 83:16 100:18 151:18 151:18

**legal**(17) 9:3 16:14 17:2 43:16 43:19 44:7 59:24 78:12 96:11 96:17 124:10 138:15 156:9 157:22 167:2 167:2 172:11

**legally**(2) 143:8 145:25

**legitimate**(1) 170:23

**lender's**(1) 100:17

**leslie**(1) 1:42

**less**(5) 101:5 113:9 115:2 150:15 163:25

**let**(29) 15:5 17:18 34:11 35:15 36:6 36:22 37:14 38:24 39:9 51:20 58:18 60:20 78:23 88:21 99:8 100:24 101:6 116:5 120:9 121:6 131:16 132:17 145:7 162:5 163:9 165:19 168:6 169:13 171:11

**letter**(15) 3:24 3:38 12:22 62:12 89:17 95:14 95:24 109:20 114:21 114:23 119:8 121:3 127:13 128:5 147:20

**lettered**(1) 7:14

**letters**(8) 3:45 50:24 62:2 62:8 62:17 95:3 96:1 124:4

**let's**(29) 14:7 17:8 26:16 42:21 56:2 59:11 62:24 63:14 68:22 78:17 88:23 92:19 93:10 94:11 94:12 103:14 103:24 117:9 117:19 127:25 133:6 145:8 145:15 146:20 146:20 146:21 160:13 168:24 170:7

**level**(1) 55:7

**liabilities**(2) 98:12 98:14

**liability**(14) 43:9 98:15 98:19 98:22 125:22 125:24 136:17 137:5 148:23 149:1 157:7 171:12 171:13 171:21

**license**(6) 38:12 38:19 39:2 39:13 111:14 169:11

**licenses**(4) 38:8 38:17 80:25 150:7

**licensing**(5) 33:8 34:6 38:9 84:23 90:17

**lie**(1) 159:16

**lieu**(1) 9:13

**life**(3) 48:17 148:6 152:9

**light**(4) 106:17 116:13 116:16 130:25

**like**(10) 42:25 78:22 87:10 90:11 92:22 104:13 113:17 117:11 141:1 159:13

**likely**(1) 45:1

**liken**(1) 121:2

**likewise**(4) 52:13 52:20 108:21 141:12

**limine**(7) 6:5 21:23 107:17 111:22 112:21 118:23 131:17

**limit**(1) 60:20

**limitation**(1) 19:15

**limited**(43) 3:37 3:39 3:43 9:10 9:24 10:25 12:19 14:4 16:6 19:7 20:8 21:4 34:14 34:16 34:18 35:20 36:10 37:1 37:19 39:24 42:5 43:8 50:23 50:25 56:10 59:5 67:25 68:3 74:4 74:5 83:6 108:13 118:17 127:20 129:15 131:22 132:12 142:1 148:23 149:1 157:6 165:23

**limited's**(3) 120:2 121:18 136:19

**linchpin**(1) 147:1

**line**(8) 23:17 24:23 26:17 86:24 98:11 139:24 153:9 168:2

**lines**(4) 22:2 98:1 128:4 130:13

**lips**(1) 108:4

**liquidating**(3) 8:2 139:12 163:2

**liquidation**(4) 139:10 162:25 163:7 163:8

**list**(7) 9:16 33:2 62:05 104:12 127:11 162:6 162:7

**listed**(4) 9:16 9:17 26:16 56:10

**lists**(1) 10:5

**litigation**(1) 78:13

**little**(11) 8:9 112:6 112:17 118:21 121:7 149:23 162:4 164:9 164:20 170:1 171:11

**live**(1) 106:14

**llc**(214) 1:44 2:21 3:20 3:41 10:4 10:22 14:6 16:11 18:7 18:13 18:16 21:4 21:6 21:7 22:9 22:10 22:12 25:11 25:12 25:16 25:22 26:12 26:21 26:25 27:11 27:17 27:19 29:9 29:18 30:7 30:16 30:23 31:5 31:14 31:21 32:10 32:24 33:6 33:8 33:10 33:12 33:13 33:15 33:16 33:18 33:21 34:7 35:11 37:8 38:8 38:9 38:14 38:17 39:3 39:6 40:2 40:9 40:16 40:17 40:18 40:21 40:23 43:10 43:13 44:15 44:16 44:21 44:22 44:24 45:2 45:8 45:13 45:16 45:19 46:8 46:18 49:6 51:5 51:22 52:9 52:11 52:23 53:10 53:23 54:12 54:22 54:24 55:21 55:25 56:7 56:15 56:22 57:4 57:8 57:13 57:14 57:18 57:19 57:24 58:17 59:21 65:11 66:13 67:23 68:1 68:1 68:2 68:23 72:12 73:5 74:2 74:2 75:1 75:25 78:1 78:23 79:2 79:10 79:17 79:20 80:14 80:17 80:18 80:20 80:23 81:7 81:13 81:20 82:4 82:19 82:20 84:17 85:1 85:24 90:12 90:22 92:4 92:21 93:4 93:5 93:24 96:7 96:10 96:15 96:18 96:24 97:1 97:2 99:18 101:15 102:8 105:20 105:24 113:19 115:21 117:13 121:1 124:7 126:6 132:6 135:6 135:25 136:4 136:7 136:10 136:13 136:14 136:25 137:21 138:10 138:19 138:21 138:25 139:20 140:1 140:18 141:8 142:6 142:6 142:19 142:22 145:4 146:24 148:21 149:12 149:14 149:16 149:22 149:25 150:3 150:5 150:9 150:10 150:10 150:13 150:17 150:24 159:1 151:21 152:9 157:8 158:24 159:3 159:9 159:10 159:14 160:15 163:1 167:19 168:18 169:8 169:9 169:10

**llcs**(3) 22:11 150:1 167:3

**llc's**(31) 11:1 32:6 40:5 69:4 69:17 73:14 74:1 75:24 76:7 77:18 79:23 85:4 90:8 92:10 92:19 94:13 96:23 117:12 123:5 134:1 134:13 134:19 135:22 139:18 139:22 139:24 140:1 140:16 142:8 159:18 169:10

**llp**(2) 1:35 2:4

**loan**(4) 73:14 73:22 74:1 79:11

**loans**(16) 75:6 75:18 81:22 85:21 85:23 86:15 86:22 88:17 94:21 100:14 100:15 100:18 101:13 106:2 144:12 167:20

**locate**(7) 13:25 14:2 14:3 16:3 18:6 18:23 40:8

**located**(9) 14:17 18:9 29:8 34:20 37:21 39:4 41:18 42:9 135:13

**long**(1) 8:5

**longer**(1) 10:24

**look**(30) 5:19 15:6 34:10 38:23 47:12 53:15 53:17 53:20 58:25 59:11 61:17 70:7 70:20 71:11 79:14 87:8 87:10 93:15 95:6 95:12 97:5 97:23 123:18 147:4 148:2 151:10 154:24 159:20 159:24 160:9

**looked**(11) 13:24 25:4 30:11 60:23 60:24 61:19 62:11 62:16 122:10 122:12 153:14

**looking**(13) 22:13 22:21 23:12 24:18 24:19 49:25 50:19 51:2 70:21 71:16 87:11 93:19 164:20

**loose**(1) 172:1

**loss**(3) 21:6 72:22 94:4

**losses**(5) 21:7 21:9 22:11 76:4 161:22

**lost**(1) 78:8

**lot**(4) 40:12 43:1 43:19 168:8

**loud**(1) 8:13

**lower**(3) 93:12 93:15 94:1

**lowercase**(1) 50:24

**made**(46) 11:8 11:10 11:11 13:21 16:14 21:11 22:11 24:6 24:6 26:20 28:15 32:17 33:10 34:17 34:24 40:20 41:22 50:6 54:14 90:19 94:15 110:11 111:16 116:18 118:24 119:18 121:22 122:5 122:16 134:3 136:12 137:11 137:24 138:4 139:12 140:17 140:21 140:24 141:3 143:3 152:12 155:1 155:9 159:13 163:3 168:3

**madison**(1) 2:6

**mail**(3) 101:8 163:16 164:10

**main**(1) 67:7

**maintain**(2) 32:24 40:2

**maintained**(13) 9:6 9:14 9:16 9:18 12:19 33:1 33:7 33:15 33:16 45:7 75:2 169:8 169:12

**maintaining**(1) 24:2

**maintenance**(1) 10:3

**majority**(7) 54:3 54:18 139:23 142:11 160:18 165:10 165:12

**make**(14) 24:1 25:16 25:22 26:2 60:2 65:2 67:1 73:23 104:11 110:9 112:11 121:6 133:22 170:11

**makes**(4) 17:19 112:18 161:17 168:8

**making**(5) 84:14 110:7 154:8 159:16 168:4

**management**(13) 54:7 72:9 72:11 72:11 72:15 134:8 149:21 161:25 165:16 166:10 166:10 168:2 168:18

**manager**(31) 35:3 43:9 43:13 43:13 44:14 44:15 44:17 80:20 80:22 81:5 82:20 110:3 113:19 118:12 132:14 150:2 150:8 150:9 150:10 150:17 150:18 151:16 151:17 151:22 152:4 152:6 152:14 158:4 161:6 162:7 169:5

**manager-managed**(1) 150:20

**managerial**(4) 110:3 136:24 150:14 158:7

**managers**(2) 149:25 152:1

**managing**(11) 16:10 16:15 16:22 17:6 17:8 30:15 31:4 31:21 49:16 101:17 101:18

**manglardi**(19) 65:18 66:7 66:8 66:12 69:2 69:9 69:9 82:12 82:13 85:14 85:15 86:13 87:25 140:14 140:21 143:6 156:1 156:3 156:12

**manglardi's**(1) 127:3

**manner**(1) 120:25

**many**(7) 40:11 90:12 101:13 107:18 115:8 116:1 134:4

**marconi**(1) 138:1

**margin**(1) 123:20

**mariapia**(5) 1:23 3:17 6:17 106:8 134:5

**mark**(3) 2:22 6:16 6:9

**marked**(15) 3:12 69:22 70:17 71:7 71:22 78:18 79:1 79:25 80:6 81:12 93:10 93:11 95:7 97:10 98:8

**market**(2) 1:11 2:16

**married**(1) 106:2

**martinez**(1) 2:32

**masse**(2) 117:10 117:11

**massive**(1) 141:24

**master**(1) 9:16

**matches**(2) 7:14 159:18

**material**(1) 136:8

**math**(1) 25:5

**matter**(9) 10:8 86:19 148:1 155:11 155:23 157:3 160:10 168:12 173:11

**mattered**(1) 168:5

**matters**(6) 5:17 9:3 43:17 67:21 147:24 165:3

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **may**(30) 5:4 7:6 7:9 7:20 34:9 46:11 55:20 60:17 63:6 66:24 79:5 79:5 91:10 100:7 103:8 104:24 105:15 112:10 112:23 119:11 123:2 124:17 129:4 142:14 146:24 148:25 157:21 159:2 162:1 162:4 | | **merger**(84) 3:22 3:25 3:49 3:50 4:5 4:6 14:3 14:11 14:18 14:20 48:21 49:9 49:10 51:8 51:10 55:5 56:1 56:4 56:8 56:11 56:12 56:19 56:24 69:13 82:18 82:24 83:8 84:10 84:11 84:12 84:16 85:10 85:11 85:15 85:18 86:3 86:5 86:5 86:6 86:16 88:2 89:1 89:1 89:4 89:7 89:16 90:7 90:12 92:9 101:20 101:21 107:13 107:19 107:22 107:24 107:25 107:25 108:5 108:8 110:20 110:21 119:15 119:16 119:18 126:19 131:15 131:15 131:18 131:21 132:3 137:9 137:13 142:21 143:8 146:3 147:8 151:6 151:20 152:2 152:3 157:15 157:16 165:2 165:4 | | **mortgage**(133) 1:8 1:16 2:11 2:33 3:36 3:39 3:42 9:7 9:10 9:15 9:24 10:5 10:6 10:21 10:25 11:18 11:20 11:22 12:19 14:4 14:5 14:11 14:12 14:22 14:22 14:23 16:6 16:10 16:15 16:22 19:7 20:5 20:8 20:9 21:4 24:7 27:17 27:19 28:4 32:15 32:18 33:8 33:19 34:16 34:17 34:18 34:25 35:2 35:3 35:20 36:10 36:13 36:25 37:1 37:18 38:8 39:2 39:13 39:23 40:1 41:8 41:10 41:10 41:12 41:17 41:19 42:5 44:23 48:4 48:5 48:7 48:18 49:7 49:8 49:11 49:15 49:17 49:20 50:23 50:25 51:5 51:23 52:10 52:15 52:18 52:21 52:25 54:25 55:4 55:6 55:14 55:20 56:7 56:9 56:9 61:10 66:2 56:25 57:2 57:24 59:5 61:5 61:9 66:4 66:21 68:3 68:5 68:7 68:9 68:11 74:4 74:5 79:11 81:22 83:15 83:15 85:23 96:6 108:12 108:13 113:3 118:17 120:2 121:17 131:22 132:11 136:19 146:2 152:2 152:2 169:10 169:25 | | **neiburg**(172) 1:36 5:5 5:8 5:11 5:13 5:14 6:3 6:9 6:12 63:12 64:10 64:13 65:19 66:15 66:20 66:23 67:4 67:6 67:10 67:14 67:14 67:18 68:16 68:19 68:21 76:18 76:21 76:23 77:14 77:18 77:25 78:10 78:16 78:20 78:21 86:1 86:8 87:1 87:4 87:12 87:17 87:23 88:10 88:12 88:21 88:24 91:22 91:24 92:8 92:18 92:24 93:2 93:9 95:9 95:11 95:16 95:19 96:13 96:21 97:9 98:6 99:8 99:11 99:14 103:4 103:12 104:7 104:8 104:17 104:24 105:19 106:5 106:10 106:19 106:23 107:8 107:12 108:11 108:18 109:1 109:4 109:7 109:19 110:19 111:1 111:3 111:5 111:8 111:24 112:2 112:5 113:11 113:16 114:1 114:5 114:15 114:18 115:14 116:3 116:5 116:8 116:10 116:20 116:25 117:3 117:11 117:15 117:20 117:23 118:2 118:5 118:16 118:19 119:7 119:9 119:11 119:13 119:25 120:9 120:18 120:21 120:23 121:8 121:10 121:16 122:2 123:2 123:4 123:25 124:3 124:13 124:16 124:22 124:24 125:12 125:16 126:7 126:10 126:12 126:15 127:8 127:10 127:13 128:13 128:16 128:20 129:1 129:4 129:19 129:24 130:2 130:5 130:12 130:16 130:22 130:24 131:4 131:13 132:10 132:20 133:2 133:4 133:11 133:16 133:18 133:18 134:5 155:1 158:19 158:21 166:5 172:21 |
| **maybe**(4) 99:6 161:14 165:7 172:1 | | **mergers**(10) 9:3 85:8 85:12 100:22 107:21 137:9 144:15 144:24 146:19 147:5 | | **mortgage's**(5) 15:14 32:25 55:20 57:3 57:8 60:20 | | |
| **mean**(19) 10:15 25:15 25:15 25:25 45:20 48:9 59:18 60:17 66:2 69:24 82:6 84:9 87:2 103:15 105:23 114:8 145:13 146:2 153:10 168:7 | | **merging**(3) 49:4 85:7 86:12 | | **most**(6) 45:1 123:5 148:15 148:19 149:7 | | |
| **meaning**(2) 54:22 102:11 115:11 | | **merican**(1) 1:2 | | **mostly**(2) 135:7 155:18 | | **neiburtg**(1) 97:5 |
| **meaningless**(1) 101:16 | | **merit**(1) 6:8 | | **motion**(9) 6:5 6:7 21:23 107:17 111:21 112:21 118:22 131:17 172:18 | | **neisburg**(7) 80:4 80:6 80:10 80:13 81:25 82:4 82:7 |
| **means**(4) 150:19 153:11 155:4 165:5 | | **met**(3) 141:13 143:3 171:10 | | | | |
| **meant**(1) 154:23 | | **methodology**(1) 21:18 | | **move**(14) 8:9 8:10 20:1 21:15 42:19 44:9 76:17 78:7 78:15 88:20 88:23 92:5 104:11 104:13 | | **neither**(4) 58:14 58:15 156:15 170:7 |
| **meet**(2) 85:22 164:16 | | **mic**(2) 16:18 17:15 | | | | **net**(4) 134:13 135:1 161:22 161:22 |
| **meetings**(2) 9:12 75:9 | | **michael**(6) 1:36 2:15 5:13 67:14 104:8 133:18 | | **moving**(2) 29:7 162:11 | | **never**(18) 83:17 86:20 86:21 91:1 100:22 100:23 101:4 102:11 102:13 111:12 122:18 135:6 136:2 145:19 152:14 152:14 154:21 160:14 |
| **member**(89) 16:10 16:15 16:23 17:6 17:9 21:13 22:12 22:21 24:19 26:22 29:17 30:7 30:16 30:22 31:4 31:14 31:21 43:9 43:13 44:16 49:16 51:5 52:22 54:4 59:18 59:21 78:1 90:21 96:10 96:14 96:15 96:24 97:1 102:8 110:5 112:19 112:20 113:3 113:19 113:24 114:12 118:9 118:13 119:3 120:4 126:6 135:6 136:9 136:13 138:20 140:18 142:6 145:12 146:2 146:5 146:6 146:24 146:25 148:22 148:25 150:3 150:16 150:17 150:19 151:19 151:19 151:23 152:4 152:16 152:22 155:23 156:21 161:2 161:4 161:6 162:3 162:7 162:11 163:11 163:13 163:15 164:1 164:4 164:6 165:9 165:14 165:17 166:13 166:14 | | **microphone**(2) 8:10 65:2 | | **moxie**(1) 43:19 | | |
| | | **might**(7) 62:12 64:3 82:21 110:4 112:19 122:18 165:2 | | **mrs**(1) 72:4 | | |
| | | | | **much**(23) 17:8 24:10 24:14 27:13 47:19 64:7 64:7 64:8 68:19 83:13 91:4 91:5 91:5 91:6 102:18 113:9 121:13 134:15 141:1 148:1 150:15 154:3 173:5 | | **niceties**(1) 108:1 |
| | | **mike**(1) 6:13 | | | | **nine**(3) 83:23 84:2 154:2 |
| **members**(49) 19:8 19:10 20:22 20:24 21:1 21:4 21:11 22:9 23:3 27:20 27:22 40:16 45:3 45:5 45:12 53:10 53:23 54:5 54:18 54:24 57:18 75:16 75:17 77:5 77:8 77:21 78:5 80:18 95:4 96:2 100:13 101:12 122:6 124:5 138:25 139:14 139:18 142:21 149:22 149:25 162:6 162:9 163:6 163:16 163:21 163:23 165:11 168:5 168:8 | | **million**(2) 86:18 86:19 | | **multiple**(2) 143:1 153:22 | | **nis**(1) 88:2 |
| | | **mind**(9) 17:22 29:20 42:15 77:14 96:19 97:1 97:3 97:4 115:19 | | **murin**(1) 1:42 | | **nobody**(1) 115:3 |
| | | | | **murkier**(1) 164:9 | | **non**(1) 169:23 |
| | | **mine**(1) 73:23 | | **must**(9) 43:9 44:15 115:2 157:4 157:10 157:11 164:2 170:20 171:5 | | **non-compliance**(2) 152:8 154:11 |
| | | **mini-script**(2) 87:3 87:4 | | | | **non-credible**(1) 155:19 |
| | | **minimum**(1) 136:6 | | | | **non-transferring**(1) 54:22 |
| **membership**(39) 45:7 45:25 46:9 49:15 49:20 51:22 52:11 53:24 103:1 121:22 121:23 132:13 136:2 139:5 139:8 139:11 141:8 146:1 146:21 146:22 148:8 150:4 150:24 152:22 161:4 161:18 162:8 162:13 162:17 162:20 163:12 164:23 165:20 166:7 166:9 166:18 168:14 169:18 168:24 | | **minority**(9) 22:2 24:21 26:18 122:16 122:20 153:7 153:8 153:9 154:22 | | **mutual**(1) 172:13 | | **non-witnesses'**(1) 155:17 |
| | | **minute**(3) 9:11 23:14 99:13 | | **myself**(3) 77:24 84:14 100:11 | | **none**(8) 4:10 61:3 103:12 145:6 150:11 153:15 158:1 158:15 |
| | | **minutes**(4) 9:12 62:25 103:23 104:2 | | **name**(9) 31:10 34:18 54:20 79:15 108:12 113:2 152:5 162:24 163:17 | | |
| | | **miseries**(1) 86:14 | | | | |
| | | **misidentified**(1) 153:6 | | | | **nonetheless**(3) 60:21 119:3 152:25 |
| **members'**(2) 149:4 163:1 | | **missed**(2) 25:20 116:24 | | **names**(3) 114:9 151:25 162:8 | | **nor**(3) 58:15 165:1 170:7 |
| **members''**(1) 54:22 | | **misunderstanding**(1) 64:4 | | **narrow**(1) 138:23 | | **normal**(1) 60:14 |
| **member's**(13) 21:8 21:9 21:10 22:9 22:10 26:11 26:11 26:20 28:18 54:15 139:11 161:20 165:13 | | **mix**(1) 5:23 | | **nature**(3) 117:8 126:3 172:13 | | **north**(1) 1:37 |
| | | **moment**(5) 46:11 62:19 70:20 104:5 | | **necessarily**(3) 44:16 102:21 172:3 | | **northern**(1) 148:20 |
| | | **monday**(1) 5:2 | | **necessary**(4) 81:1 106:17 124:2 140:20 | | |
| **memo**(8) 82:2 105:4 120:11 120:15 124:17 135:12 138:8 141:5 | | **money**(84) 11:9 11:15 11:19 12:1 12:3 12:4 13:15 24:10 65:11 65:16 66:13 72:21 73:13 73:20 73:24 73:25 74:8 74:13 74:16 76:1 77:15 77:16 77:16 77:18 77:23 77:23 78:6 78:12 85:21 91:4 96:22 97:16 98:23 98:23 99:17 100:1 100:3 100:6 100:17 100:18 101:1 102:8 105:22 115:17 117:7 135:3 140:15 141:14 142:4 145:19 145:22 146:1 147:2 154:3 155:2 155:3 155:4 155:10 155:14 156:5 156:10 158:4 158:5 159:1 159:3 159:14 159:16 160:15 160:16 160:19 167:21 168:4 169:20 170:3 170:4 170:5 170:7 170:23 171:6 171:7 171:9 171:18 172:24 173:2 | | **need**(12) 17:16 47:20 64:19 87:10 91:23 128:1 129:21 150:3 165:8 166:15 168:20 172:12 | | |
| **memorandum**(2) 5:20 104:22 | | | | **needed**(7) 33:8 84:23 85:15 122:14 147:24 168:11 168:14 | | |
| **memorized**(1) 45:20 | | | | | | |
| **men**(2) 143:11 156:15 | | | | | | |
| **mention**(2) 109:17 112:18 | | | | | | |
| **mentioned**(8) 14:8 15:22 15:25 38:13 61:25 69:3 129:10 144:7 | | | | **needs**(2) 67:5 138:14 | | |
| | | | | **negative**(1) 30:9 | | |
| **mentions**(1) 22:2 | | **monies**(1) 145:9 | | **negligence**(1) 100:16 | | |
| **mere**(1) 158:8 | | **month**(2) 71:14 85:20 | | | | |
| **merely**(6) 54:8 123:25 139:20 159:1 165:17 171:7 | | **months**(1) 160:11 | | | | |
| | | **more**(16) 24:5 28:9 42:25 59:1 75:6 85:21 88:3 114:9 118:21 122:7 132:10 135:3 143:3 145:17 161:21 165:5 | | | | |
| **merge**(1) 82:24 | | **moreover**(2) 137:12 140:20 | | | | |
| **merged**(13) 48:2 48:5 49:7 82:16 83:3 83:15 83:18 84:7 89:14 145:16 145:17 147:5 165:6 | | **morning**(12) 5:5 5:13 6:13 6:21 7:24 43:6 43:7 58:2 58:14 60:9 67:19 67:20 | | | | |
| | | **morning's**(1) 133:21 | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**not**(216) 5:11 5:25 9:19 11:20 12:6 16:15 16:17 16:21 17:3 17:7 17:10 19:10 20:12 21:18 21:20 21:24 28:25 29:17 30:7 30:12 30:15 30:19 31:17 32:15 41:2 43:11 44:1 44:3 44:4 44:5 44:19 45:20 48:11 48:12 48:23 49:24 52:5 52:10 52:12 52:14 52:19 53:2 53:15 54:5 54:7 54:12 54:17 55:1 55:2 55:7 55:18 56:5 56:17 57:5 57:10 57:14 57:21 58:1 58:14 60:9 61:6 61:10 61:11 62:8 63:2 72:19 72:21 73:16 73:17 73:22 74:25 75:1 75:4 77:23 78:2 82:24 85:10 85:18 85:22 86:12 86:13 86:15 88:4 88:16 88:19 88:20 89:23 90:21 91:2 96:14 96:16 99:3 99:4 99:6 101:2 101:12 101:17 102:20 102:21 105:11 105:17 105:22 106:2 107:11 107:18 107:25 108:1 109:8 109:14 109:16 109:18 110:15 111:12 112:13 112:16 113:5 113:7 113:12 113:22 113:24 114:23 114:23 114:24 119:2 119:14 119:15 119:23 120:12 120:14 121:11 122:23 123:17 123:22 125:22 127:1 127:4 127:6 127:12 127:14 127:16 128:11 128:18 128:21 129:10 129:17 129:24 129:25 132:13 135:5 135:10 135:13 135:20 136:3 136:7 137:19 137:22 138:6 138:14 138:20 138:21 140:8 141:14 143:2 143:9 145:9 146:8 147:8 147:20 148:22 149:16 149:20 150:3 150:11 150:12 150:19 153:2 153:4 154:1 154:8 154:12 155:1 155:12 155:13 156:5 156:7 156:8 157:2 157:21 157:22 158:6 158:8 158:13 159:5 159:23 159:25 160:3 160:3 160:14 161:24 165:7 165:9 165:11 165:14 165:21 166:7 166:9 166:14 167:16 167:25 168:7 168:25 169:1 169:2 169:2 169:16 171:7

**notations**(3) 115:8 115:9 115:12
**noted**(1) 137:23
**notes**(4) 125:3 125:5 125:10 168:6
**nothing**(13) 67:2 89:21 103:7 108:4 113:8 122:11 122:11 144:13 144:21 150:17 154:17 163:18 165:5
**notice**(15) 53:2 54:19 128:9 135:15 135:18 137:4 138:17 147:18 164:3 164:9 164:10 164:13 164:15 164:15 164:18
**notices**(1) 36:25
**notification**(1) 163:16
**notion**(4) 109:24 110:6 111:10 112:14
**november**(1) 8:6
**now**(35) 6:6 30:9 42:20 52:8 67:21 73:9 102:12 105:4 107:20 117:19 121:3 129:10 130:8 131:9 135:4 135:4 137:2 140:22 142:10 144:3 151:7 151:8 152:9 158:6 159:22 160:13 166:23 168:14
**number**(7) 7:14 23:12 23:13 27:6 46:19 87:8 116:24
**numbered**(1) 83:25
**numbers**(6) 24:18 93:14 116:16 117:22 122:23 170:12
**numerical**(2) 87:7 104:12
**numerous**(3) 60:8 60:8 169:5
**oath**(1) 7:1
**object**(11) 105:6 107:1 107:14 109:14 109:22 114:12 128:7 130:7 131:7 132:20 155:6
**objected**(8) 19:12 30:22 31:4 31:14 31:20 105:7 108:2 121:19
**objecting**(2) 43:20 150:22

**objection**(58) 16:12 19:9 20:18 21:15 21:22 23:25 24:2 29:19 30:8 30:8 30:17 30:24 31:6 31:15 31:22 42:14 43:15 59:23 78:25 80:7 82:25 83:8 86:2 86:17 87:14 106:6 106:7 106:13 106:20 109:23 110:22 110:23 112:3 114:7 116:15 116:23 117:2 119:21 119:22 122:14 123:15 125:4 125:9 127:14 127:17 128:11 128:24 131:11 131:17 132:1 132:25
**objections**(4) 17:15 43:22 104:23 105:9
**obligations**(1) 144:20
**obtain**(6) 11:23 38:16 39:6 39:15 89:18 163:14
**obtained**(4) 13:10 33:9 84:23 136:4
**obtaining**(1) 80:25
**obviously**(5) 105:8 108:3 120:5 125:17 128:4
**occasion**(1) 74:24
**occur**(3) 161:1 164:8 169:14
**occurred**(14) 14:13 48:9 55:5 75:9 79:5 89:17 108:15 127:20 127:21 160:10 163:19 167:2 169:3 172:3
**occurrence**(1) 161:3
**occurs**(3) 163:7 165:21 165:22
**october**(5) 8:19 11:5 11:11 76:6 173:14
**off**(4) 100:18 127:10 134:6 134:7
**offer**(16) 52:10 52:17 52:24 53:4 53:5 55:19 55:22 56:5 56:13 57:2 57:6 132:25 163:15 163:17 164:2 164:11
**offered**(9) 56:14 57:9 107:4 107:11 125:11 125:15 125:25 127:16 128:18
**offering**(2) 105:10 107:19
**officer**(3) 156:13 156:15 171:12
**officers**(7) 69:11 73:14 73:22 74:1 140:13 140:24 156:11
**offices**(1) 15:14
**okay**(136) 7:8 7:19 12:24 13:2 15:9 17:4 17:11 17:14 18:1 20:1 21:3 23:18 26:7 33:20 34:13 35:19 36:7 36:23 37:6 38:18 38:25 39:15 41:5 42:23 44:19 47:5 47:18 47:21 47:22 49:3 49:12 49:25 50:4 51:13 52:8 53:22 55:12 55:15 55:16 56:3 58:10 58:23 59:11 59:13 59:17 60:20 62:24 63:14 64:12 64:18 64:21 65:6 67:9 67:24 68:12 68:13 70:1 70:6 71:25 72:3 72:10 74:5 76:18 77:19 78:4 78:17 79:1 81:18 82:3 83:24 84:8 86:7 87:20 89:5 89:22 90:4 92:25 93:17 93:19 93:22 94:11 94:24 95:10 95:25 97:7 97:11 97:13 97:16 97:23 98:7 102:5 102:10 102:17 102:25 103:5 103:8 103:14 103:20 104:1 104:6 105:1 105:2 106:9 106:22 107:22 110:18 111:20 112:8 116:4 117:3 117:18 118:2 118:15 118:20 119:5 121:16 122:1 124:24 125:2 125:10 127:13 128:3 128:22 130:3 130:20 130:23 131:2 133:5 144:12 145:18 151:7 161:11 165:9 165:10 166:24 168:14

**omission**(1) 152:16
**once**(5) 10:18 36:5 120:3 134:16 142:14

**one**(78) 5:15 5:25 19:12 24:25 38:13 40:14 43:12 45:25 46:11 60:17 60:18 60:25 62:19 66:6 67:2 67:5 69:24 74:18 78:25 80:7 82:25 83:8 86:2 86:17 87:14 88:3 88:22 95:6 95:22 96:1 100:4 101:3 101:20 102:2 104:13 105:8 107:21 112:18 115:4 116:6 117:13 121:13 122:7 126:16 127:10 131:5 131:9 132:2 132:15 141:20 142:21 143:1 143:3 144:15 144:15 145:11 147:5 147:6 147:7 149:22 150:12 150:12 151:2 152:4 153:5 153:16 153:17 153:18 153:23 154:16 155:4 156:17 157:15 159:18 160:21 161:21 168:7 169:24
**one-by-one**(1) 14:7
**one-half**(1) 98:21
**one-pager**(1) 128:24
**ones**(1) 35:1
**one's**(1) 112:17
**ongoing**(1) 159:15
**only**(26) 9:19 11:4 59:21 80:7 83:16 91:17 102:6 106:13 107:3 107:15 112:13 123:16 126:23 134:23 140:7 145:24 145:25 146:22 146:24 148:24 149:15 151:15 152:14 153:12 158:16 160:9
**onto**(1) 162:11
**operate**(2) 58:9 167:20
**operated**(1) 168:10
**operating**(56) 4:13 9:11 45:6 45:16 46:8 46:18 46:24 47:24 52:9 58:18 59:1 59:12 75:25 76:3 79:23 80:14 107:9 132:19 136:15 137:3 138:22 139:16 141:9 142:19 143:1 143:12 144:14 145:3 145:18 146:3 146:20 146:22 147:7 147:13 147:18 148:15 149:4 149:10 152:8 157:8 157:9 157:12 160:22 160:25 161:12 161:14 161:21 161:23 162:1 165:20 166:1 166:2 167:1 167:23 168:6 169:16
**operation**(2) 85:4 101:18
**operations**(3) 33:9 90:8 137:13
**operative**(1) 139:1
**opined**(1) 60:14
**opining**(1) 62:3
**opinion**(4) 3:38 14:21 62:7 119:8
**opponent**(1) 66:17
**opportunity**(1) 154:20
**opposed**(3) 21:1 162:10 165:4
**opposite**(1) 156:6
**oral**(1) 164:15
**order**(6) 103:18 104:13 104:19 146:11 164:20 173:4
**orderly**(4) 148:7 148:7 157:5 157:6
**ordinary**(4) 112:23 154:18 159:19 160:18
**organization**(2) 79:2 132:11
**organizational**(3) 9:14 10:4 33:1
**organized**(1) 103:25
**original**(13) 7:15 8:20 10:10 45:2 47:24 57:3 75:21 89:19 100:7 107:5 142:21 145:11 160:17
**originally**(3) 10:17 53:23 143:12
**originated**(1) 144:12
**originator**(1) 79:11

**orsi**(94) 1:23 1:23 3:8 3:17 3:18 3:24 3:45 4:4 6:16 6:17 13:20 14:5 31:10 31:13 31:20 40:22 41:8 42:2 63:23 64:1 64:7 64:8 64:20 64:23 65:1 65:9 65:10 67:19 68:22 72:4 75:23 77:4 78:1 78:2 78:11 78:22 79:1 88:10 88:25 105:21 106:14 109:20 111:13 117:1 118:7 124:4 124:20 129:16 131:5 133:25 134:2 134:5 134:5 134:6 134:8 134:10 134:12 140:15 140:19 141:1 141:12 143:5 144:8 144:9 144:10 144:13 144:22 144:23 145:13 145:23 146:6 149:11 149:13 149:17 149:19 156:1 156:11 156:18 158:3 158:13 160:22 161:7 164:12 167:14 167:16 168:8 169:18 169:22 170:2 170:19 171:12 171:15 171:22 172:17
**orsi/showcase**(3) 106:11 167:11 167:24
**orsi's**(5) 143:21 146:8 156:14 157:1 171:11
**other**(66) 5:20 5:24 7:11 9:21 10:6 12:7 13:24 27:10 40:8 41:20 43:12 45:8 48:3 51:25 52:22 54:17 57:22 57:22 60:18 61:16 62:8 62:11 62:12 77:1 77:4 77:10 77:11 91:2 98:12 98:14 98:24 99:20 99:24 101:4 106:8 108:5 108:7 114:10 115:6 121:13 122:17 122:21 123:16 125:20 135:9 137:16 138:1 140:12 141:4 141:20 143:20 145:15 145:22 146:5 146:6 147:8 147:16 149:4 149:18 154:17 154:22 157:7 165:18 168:13 171:9 171:20
**others**(2) 153:15 169:6
**otherwise**(13) 17:1 61:12 129:10 136:3 137:11 140:2 140:14 140:19 140:22 141:8 157:1 164:21 164:25
**our**(24) 5:21 6:23 12:5 17:2 20:25 21:14 24:2 44:20 64:4 64:13 75:4 89:19 96:7 102:6 104:22 106:13 109:24 118:6 126:20 132:1 147:3 155:6 156:7 170:3
**out**(42) 10:25 12:2 12:8 19:20 63:25 66:25 68:19 71:19 73:10 75:6 96:2 98:23 99:2 99:17 100:4 100:10 100:22 101:11 102:14 103:17 109:12 110:6 122:13 122:15 135:3 140:15 145:14 146:17 147:23 148:2 149:18 150:6 152:24 154:3 155:14 164:20 169:21 170:3 170:4 170:5 170:12 171:18
**outset**(1) 157:3
**outside**(2) 12:9 140:25
**outstanding**(1) 27:9
**over**(13) 10:18 100:12 113:20 136:22 138:1 140:4 154:2 155:6 155:7 155:14 159:12 170:24 171:4
**overnight**(1) 164:11
**overrule**(2) 21:24 123:14
**overruled**(38) 20:19 24:4 30:11 30:18 30:25 31:7 31:16 31:23 65:22 77:19 82:6 86:7 88:9 92:15 93:7 96:16 98:4 108:17 110:24 111:22 112:1 112:4 114:13 118:11 118:14 119:5 119:20 119:21 122:1 122:9 124:2 124:12 127:15 128:25 130:8 131:8 131:12 132:9
**owed**(3) 27:10 98:23 154:9
**owing**(1) 32:9
**own**(10) 21:19 59:21 92:12 108:4 116:10 135:21 135:16 137:1 142:7 148:22
**owned**(7) 53:24 82:9 122:19 152:23 156:5 156:7 156:10
**owner**(6) 9:19 45:8 54:9 122:18 153:7 165:18
**owners**(2) 54:13 139:15
**ownership**(6) 9:22 46:4 148:8 150:4 165:5 170:24

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| owner's(1) 139:11 | | period(9) 24:15 27:23 28:7 113:21 140:7 155:7 155:14 160:13 164:5 | | possibly(2) 88:17 114:8 | | profits(6) 22:11 76:4 100:12 101:14 134:13 161:22 | |
| owns(1) 152:22 | | | | post-acquisition(1) 41:13 | | | |
| p.m(5) 104:3 104:3 133:13 133:13 173:6 | | permission(1) 5:22 | | post-june(1) 35:2 | | prohibit(1) 148:16 | |
| page(48) 23:11 23:15 47:2 47:6 47:7 50:4 50:6 50:13 50:14 51:2 51:12 53:12 59:11 69:22 70:2 70:21 70:22 71:23 72:8 72:10 72:25 73:8 74:6 79:14 80:12 83:23 84:2 84:4 86:24 86:25 87:3 87:3 87:5 87:5 87:7 87:12 87:12 87:13 87:21 87:22 93:22 95:18 97:8 97:24 98:7 115:7 123:20 152:3 | | permitted(2) 139:4 162:13 | | pot(4) 100:14 101:1 101:20 101:20 | | proof(6) 132:4 132:8 146:13 154:8 156:2 158:14 | |
| | | person(4) 44:15 45:25 110:3 150:19 | | pour(2) 154:1 154:1 | | | |
| | | persons(2) 21:18 167:12 | | ppearances(2) 1:32 2:1 | | proper(2) 154:10 162:19 | |
| | | perspective(1) 150:4 | | practicing(1) 147:17 | | properly(2) 145:14 155:12 | |
| | | pertaining(6) 45:23 48:24 52:2 57:23 108:7 126:18 | | pre(1) 33:3 | | property(7) 131:20 170:17 170:19 170:20 170:24 171:2 171:4 | |
| | | | | pre-dates(1) 41:9 | | | |
| | | | | pre-petition(2) 32:22 148:13 | | | |
| | | pertains(1) 126:2 | | precise(1) 164:17 | | proportionate(3) 21:8 21:9 78:6 | |
| pages(7) 87:9 87:15 91:17 91:18 114:22 115:8 133:20 | | peruse(1) 37:14 | | predecessor(1) 41:23 | | proposed(8) 54:3 54:6 54:20 62:4 163:18 163:25 165:12 165:15 | |
| | | peter(1) 3:24 | | predicate(1) 16:25 | | | |
| | | petition(4) 8:23 11:3 33:4 142:1 | | predicated(2) 91:25 135:7 | | | |
| paid(9) 27:19 34:6 34:7 40:23 50:7 72:19 144:10 169:9 169:10 | | pick(1) 86:18 | | predict(1) 132:14 | | proposition(2) 138:9 148:9 | |
| | | picking(1) 16:17 | | predicting(1) 76:21 | | prove(6) 139:23 140:5 140:9 156:6 157:24 158:14 | |
| | | piece(5) 111:14 112:15 112:16 113:25 | | preferential(1) 148:12 | | | |
| painful(1) 85:20 | | pierce(1) 167:6 | | preferred(1) 138:1 | | | |
| paper(3) 111:14 112:15 112:17 | | piero(17) 1:23 3:8 6:16 13:20 31:10 41:8 42:2 64:23 78:2 106:11 109:20 131:5 133:25 134:2 134:5 134:6 134:8 | | preliminary(3) 5:17 32:4 67:21 | | proved(1) 158:15 | |
| papers(1) 6:8 | | | | premise(1) 155:22 | | proven(4) 141:6 141:10 156:19 156:20 | |
| paperwork(1) 81:1 | | | | preparation(7) 61:13 61:15 61:23 62:7 122:11 126:4 169:8 | | provide(2) 92:11 162:7 | |
| paragraph(3) 47:13 47:15 47:23 | | | | | | provided(5) 12:8 13:13 54:21 162:19 | |
| paramount(1) 144:21 | | pipeline(2) 75:8 86:15 | | prepare(7) 15:15 35:4 38:16 60:15 92:12 92:21 153:13 | | provides(8) 76:3 139:4 139:10 149:25 150:1 150:2 166:5 166:19 | |
| pardon(1) 151:7 | | place(2) 88:20 151:21 | | | | | |
| parenthesis(1) 87:15 | | plain(1) 170:21 | | prepared(29) 18:12 18:13 20:3 20:10 33:13 35:23 36:15 37:24 40:18 60:18 60:19 61:3 61:4 61:8 61:19 66:23 84:25 90:15 121:1 122:12 123:7 149:12 149:12 153:4 153:15 159:24 159:25 169:11 169:11 | | providing(2) 75:17 162:6 | |
| part(21) 11:23 15:21 18:5 18:22 29:12 29:24 40:8 42:8 42:9 64:4 100:17 102:19 110:2 119:17 124:18 124:24 125:8 128:14 148:17 157:22 164:23 | | plaintiff(45) 1:18 2:34 3:4 3:14 5:15 63:22 63:22 67:16 74:10 91:9 91:15 92:4 103:15 104:10 109:11 115:4 133:19 134:12 135:13 135:15 137:5 138:8 138:17 139:15 139:25 141:5 141:10 141:12 141:17 146:12 146:12 153:1 154:9 156:2 156:6 156:25 157:25 161:17 170:25 171:5 171:10 172:8 172:10 172:10 172:19 | | | | proving(1) 157:25 | |
| | | | | | | provision(3) 147:13 150:12 162:5 | |
| | | | | | | provisions(13) 45:18 45:22 45:23 46:3 106:15 137:3 137:20 138:11 138:17 139:1 139:3 160:22 166:25 | |
| | | | | preparing(1) 18:18 | | | |
| | | | | present(3) 125:22 137:22 138:14 | | | |
| participant(1) 100:24 | | | | pretrial(12) 5:19 82:2 104:22 104:22 105:4 120:11 120:15 124:17 135:12 138:8 141:5 142:17 | | proviso(1) 164:7 | |
| participate(4) 54:7 61:23 161:24 165:15 | | | | | | public(2) 51:25 152:11 | |
| participation(2) 171:13 171:21 | | | | | | publically(1) 108:5 | |
| particular(6) 65:18 71:23 83:20 95:11 123:12 171:7 | | plaintiffs(1) 127:5 156:20 | | | | publicly(1) 140:24 | |
| | | plaintiff's(13) 7:3 64:11 108:19 110:2 115:16 137:17 138:16 153:23 154:4 157:24 162:22 172:6 173:2 | | pretty(5) 49:10 68:19 97:6 102:18 129:11 | | pull(2) 17:17 65:3 | |
| | | | | prevent(2) 157:25 158:9 | | purchase(11) 52:11 52:23 55:19 55:24 56:5 56:9 56:23 57:3 57:7 57:18 163:24 | |
| particularly(1) 134:5 | | | | previously(4) 28:23 99:1 128:8 172:17 | | | |
| parties(21) 4:12 5:19 5:22 14:19 14:21 33:14 77:2 104:10 120:12 134:4 138:9 143:17 147:10 148:2 152:22 159:7 159:12 167:7 169:1 170:10 173:3 | | plan(26) 1:14 1:16 1:34 2:4 2:11 2:32 2:34 4:6 5:15 6:23 8:7 46:6 55:18 55:18 67:15 104:9 114:19 115:22 131:15 131:17 131:20 133:19 135:4 140:22 142:2 142:10 | | price(1) 56:13 | | purchaser(2) 163:13 163:14 | |
| | | | | primarily(1) 135:5 | | purported(3) 60:25 114:11 153:17 | |
| | | | | prime(1) 138:2 | | purporting(1) 5:7 | |
| | | | | principal(2) 66:5 144:21 | | purpose(8) 42:15 113:14 114:4 115:11 115:22 125:15 127:20 129:15 | |
| parties'(6) 19:17 81:25 131:24 137:2 140:4 142:8 | | | | principals(3) 69:9 69:10 119:17 | | | |
| | | | | principles(2) 138:15 172:7 | | | |
| | | planning(1) 63:23 | | printed(3) 115:6 115:7 123:19 | | purposed(1) 135:7 | |
| partner(4) 24:21 40:19 66:8 66:9 | | play(2) 34:22 108:8 | | prior(35) 5:18 6:4 6:5 8:8 8:15 9:23 25:4 32:16 32:17 32:21 34:18 34:24 44:22 46:2 55:5 66:3 66:11 74:21 85:6 88:1 88:15 88:18 94:25 100:23 128:4 134:20 135:14 135:18 135:20 137:4 140:3 147:17 160:12 165:14 169:18 | | purposes(5) 7:12 44:20 113:23 164:15 161:23 | |
| partners(4) 40:21 100:10 102:12 160:17 | | pleading(3) 106:25 107:1 107:6 | | | | | |
| partner's(2) 26:19 93:19 | | please(19) 5:4 6:25 7:2 19:2 34:10 36:20 39:21 46:15 59:16 60:12 64:21 73:9 89:3 96:20 100:9 105:3 133:15 142:14 164:4 | | | | pursuant(5) 59:19 75:24 136:14 138:22 161:23 | |
| parts(2) 114:10 119:17 | | | | | | | |
| party(11) 66:17 106:8 121:5 143:2 143:12 146:13 154:10 158:12 163:13 163:14 165:3 | | | | | | put(16) 43:22 98:25 105:9 126:4 146:20 146:20 146:21 146:25 147:4 147:13 147:15 152:24 153:24 154:6 155:24 168:7 | |
| | | | | pro(1) 163:21 | | | |
| | | pledge(2) 137:25 164:24 | | | | | |
| party's(3) 5:20 5:25 123:8 | | plus(1) 121:14 | | probably(7) 40:13 91:6 120:24 126:15 129:19 129:19 130:13 | | | |
| past(2) 59:7 94:25 | | podium(2) 6:10 6:18 | | | | putting(2) 52:17 108:24 | |
| pay(5) 38:16 73:14 73:22 78:12 100:18 | | point(35) 11:6 12:8 17:5 23:9 23:10 26:17 32:1 65:10 74:7 76:6 82:15 84:10 88:25 108:22 108:24 109:23 111:16 112:14 122:13 122:15 122:20 135:1 137:2 137:5 137:9 150:22 154:25 156:5 159:23 161:5 165:8 167:5 168:7 168:16 168:22 | | | | puzzle(1) 114:2 | |
| payable(5) 27:17 32:9 72:5 73:10 172:23 | | | | problem(13) 17:25 18:1 84:15 110:12 115:11 123:24 128:3 128:8 132:6 134:14 153:24 155:25 158:6 | | px-10(2) 3:23 108:11 | |
| paying(1) 144:14 | | | | | | px-11(2) 83:20 108:18 | |
| payments(1) 72:18 | | | | | | px-12(2) 3:24 109:20 | |
| payroll(7) 33:15 39:23 40:2 40:5 40:9 120:12 169:12 | | | | | | px-13(2) 3:25 110:19 | |
| | | pointed(1) 149:18 | | problems(10) 86:21 86:21 116:1 121:15 122:7 123:12 153:23 157:23 158:4 166:25 | | px-14(2) 67:11 95:7 | |
| | | points(1) 161:15 | | | | px-15(2) 3:26 111:1 | |
| pending(2) 95:2 106:6 | | policy(1) 138:3 | | | | px-17(2) 3:27 111:24 | |
| people(15) 61:19 75:20 82:10 117:6 143:5 143:5 143:7 144:6 144:7 153:4 167:12 167:14 168:3 168:13 171:20 | | portion(4) 94:1 102:6 148:16 163:12 | | | | px-18(2) 3:28 112:2 | |
| | | position(13) 17:2 17:7 17:9 20:25 51:4 90:21 109:24 118:6 126:20 141:7 156:7 156:9 156:10 | | procedural(3) 135:9 143:14 158:8 | | px-19(2) 3:29 112:5 | |
| | | | | proceed(5) 5:4 5:24 7:20 18:2 63:24 | | px-20(2) 3:30 114:5 | |
| | | | | proceeded(1) 110:1 | | px-23(3) 3:31 69:22 114:15 | |
| | | | | proceeding(2) 1:14 74:11 | | px-24(4) 3:32 70:17 71:7 116:8 | |
| per(2) 107:19 111:16 | | positions(1) 19:18 | | proceedings(5) 1:28 1:51 83:18 133:22 173:11 | | px-25(6) 3:33 71:22 72:8 73:8 116:20 116:25 | |
| percent(20) 9:22 45:7 45:8 53:24 94:7 99:18 122:17 122:19 131:22 132:6 134:13 134:25 135:2 136:9 154:22 159:17 159:17 166:17 166:18 166:22 | | positive(2) 139:14 163:3 | | | | | |
| | | possessed(1) 138:19 | | | | | |
| | | possession(7) 16:8 18:7 18:20 25:10 170:19 171:3 171:5 | | process(4) 81:21 91:7 92:17 100:24 | | px-26(5) 3:34 97:5 97:10 117:3 118:3 | |
| | | | | produce(1) 140:8 | | px-28(2) 3:35 118:5 | |
| percentage(3) 9:20 26:20 163:22 | | | | produced(4) 1:52 91:14 92:3 135:10 | | px-29(1) 118:16 | |
| perform(1) 110:4 | | possibility(1) 163:7 | | production(3) 91:17 92:2 109:5 | | px-29-px-36(1) 3:36 | |
| performed(10) 34:5 80:22 82:19 82:19 84:17 84:18 90:12 136:24 142:1 142:3 | | possible(6) 25:15 85:8 85:12 86:24 133:23 170:3 | | professional(1) 113:1 | | px-3(4) 3:16 81:10 81:12 104:14 | |
| performing(2) 90:24 110:3 | | | | profit(1) 94:2 | | | |
| perhaps(4) 162:10 164:9 166:14 172:1 | | | | profitable(1) 168:4 | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| px-30(1) 93:10 | | really(20) 16:18 21:22 70:21 75:4 107:4 117:5 122:21 123:12 127:18 127:20 143:23 148:1 160:16 161:5 163:9 163:9 166:15 167:10 168:3 168:12 | | regular(23) 15:16 15:19 20:10 20:14 35:5 35:8 35:24 36:2 36:15 36:18 37:8 37:11 37:24 38:2 38:17 38:20 39:7 39:16 39:19 40:3 40:6 40:13 100:12 | | resignation(1) 127:3 respect(9) 9:5 25:9 34:1 40:16 55:14 137:12 137:17 146:8 160:23 |
| px-37(2) 3:38 119:7 | | | | | | | |
| px-38-px-42(1) 3:39 | | | | | | respectfully(2) 144:5 148:10 |
| px-4(2) 3:17 106:5 | | | | regulation(1) 113:1 | | respective(1) 23:3 |
| px-44(2) 120:11 120:13 | | realtors(3) 86:10 88:5 100:13 | | reimbursed(2) 34:7 41:15 | | respectively(1) 139:22 |
| px-45-px-47(1) 3:41 | | reason(10) 86:3 86:4 142:23 145:21 145:24 148:4 148:5 148:6 148:12 159:16 | | reimbursement(9) 3:46 27:18 40:22 41:7 41:15 41:22 91:3 124:14 124:21 | | respondent(1) 115:1 |
| px-48(1) 121:16 | | | | | | responding(1) 12:22 |
| px-49(2) 3:42 121:17 | | | | | | response(7) 13:7 37:2 88:1 105:18 109:3 114:18 124:1 |
| px-5(3) 3:18 86:23 87:1 106:10 | | reasonable(1) 158:17 | | reimbursements(2) 41:21 110:8 | | |
| px-50(3) 3:44 122:3 160:2 | | reasons(5) 19:12 111:21 114:14 127:5 | | related(2) 14:19 39:19 | | responses(2) 108:19 108:25 |
| px-51(2) 3:45 124:3 | | recall(6) 52:5 58:3 59:7 91:9 91:19 115:23 | | relates(2) 139:8 162:16 | | responsibilities(1) 166:11 |
| px-52(2) 3:46 124:13 | | receipt(1) 32:17 | | relating(3) 12:18 46:3 51:8 | | responsible(2) 92:20 119:1 |
| px-53(1) 125:12 | | receive(10) 24:14 27:21 28:21 77:5 77:10 101:7 135:2 135:20 145:14 163:8 | | relationship(14) 66:3 74:22 75:2 75:18 102:20 123:8 140:4 141:10 143:21 143:22 144:1 159:15 172:12 172:16 | | restricted(1) 138:25 |
| px-58(1) 125:13 | | | | | | result(7) 110:5 138:2 148:3 152:18 157:5 157:5 158:17 |
| px-59(3) 3:49 126:16 127:3 | | | | | | |
| px-60-px-66(1) 3:50 | | received(28) 10:24 11:5 11:25 24:10 24:12 28:3 28:4 28:14 40:21 41:21 41:23 52:17 52:25 57:2 77:22 90:8 102:9 102:22 111:15 134:21 134:23 134:25 135:14 135:18 136:20 137:13 164:13 | | relative(1) 57:24 | | resulted(1) 122:24 |
| px-67(1) 126:17 | | | | released(1) 63:5 | | results(1) 164:5 |
| px-68(1) 3:51 | | | | relevance(21) 77:12 77:13 78:7 78:14 81:23 81:24 85:25 91:20 91:21 93:6 98:3 107:16 109:22 116:15 116:22 117:5 119:13 121:20 126:22 128:23 129:9 | | retained(1) 172:5 |
| px-7(5) 3:19 78:18 79:1 79:14 106:19 | | | | | | retention(1) 172:6 |
| px-73-px-76(1) 4:1 | | | | | | retroactively(2) 137:25 147:19 |
| px-77-px-79(1) 4:2 | | | | | | return(18) 3:34 73:5 74:7 74:13 75:21 97:19 101:17 117:4 117:6 117:20 118:17 120:2 125:16 136:20 159:18 159:19 159:21 170:14 |
| px-8(2) 3:21 106:23 | | receiving(1) 164:3 | | | | |
| px-89(2) 4:3 130:12 | | recess(5) 62:25 63:15 63:18 104:3 133:13 | | relevancy(4) 109:23 112:14 114:7 131:8 | | |
| px-9(2) 3:22 107:12 | | recitals(1) 105:23 | | relevant(13) 105:17 108:1 108:15 111:16 114:19 114:23 114:24 114:24 119:10 123:11 124:8 127:19 150:14 | | |
| px-95(1) 4:4 | | recitation(1) 124:18 | | | | |
| px-98(2) 4:5 131:14 | | reclamation(1) 141:21 | | | | returns(58) 3:36 3:40 3:48 14:3 16:1 16:4 16:5 16:6 16:9 18:6 18:10 18:13 18:16 18:19 18:24 20:8 25:12 29:8 33:13 35:19 36:1 36:9 36:14 36:17 37:3 37:8 60:22 81:1 84:25 90:15 92:13 92:19 92:21 98:18 110:8 117:10 117:12 117:16 123:6 123:6 125:14 125:17 126:4 126:8 134:19 134:24 136:15 139:22 140:1 140:9 149:11 149:14 149:16 159:5 159:8 159:8 159:24 160:5 |
| px-99(1) 4:7 | | recollection(1) 79:10 | | | | |
| | | reconciling(1) 10:22 | | relied(4) 92:10 92:11 140:2 159:21 | | |
| qualification(1) 21:17 | | record(23) 3:44 9:6 9:8 10:4 22:20 23:25 32:24 43:22 65:10 67:6 67:14 99:8 104:7 113:12 122:4 127:16 130:11 133:6 136:11 137:10 142:7 163:19 164:8 | | relief(3) 135:16 158:6 172:10 | | |
| qualified(1) 17:1 | | | | rely(2) 140:20 169:22 | | |
| quality(1) 138:3 | | | | relying(1) 92:16 | | |
| quarter(1) 10:20 | | | | remain(4) 7:1 8:23 17:15 64:22 | | reverse(2) 30:9 50:6 |
| quarterly(3) 77:22 100:13 101:12 | | | | remaining(8) 11:12 76:7 134:11 163:1 163:16 163:21 163:22 165:11 | | review(6) 12:5 15:22 29:12 34:12 78:24 127:1 |
| question(34) 17:2 18:2 19:22 19:24 19:25 20:1 25:3 25:19 26:7 44:8 51:9 51:20 60:2 60:11 60:11 75:6 76:19 83:7 83:11 84:14 89:3 90:7 92:23 96:19 113:17 122:18 143:9 144:15 146:7 148:13 149:23 157:20 161:13 161:13 | | | | | | |
| | | | | remedy(1) 172:11 | | reviewed(9) 9:5 11:17 47:15 53:16 54:2 122:12 |
| | | recorded(3) 1:51 117:7 140:10 | | remember(4) 19:23 44:11 61:1 101:7 | | |
| | | recording(2) 1:51 173:10 | | remnant(1) 146:18 | | |
| | | records(43) 11:18 12:5 14:6 20:9 22:15 22:18 25:16 25:13 29:10 32:8 33:16 34:21 35:22 36:11 36:12 37:5 37:6 37:22 38:10 38:11 39:5 39:23 39:25 40:1 40:2 40:6 40:9 41:19 61:17 92:3 114:19 115:19 115:21 116:11 116:14 123:6 142:9 154:18 159:14 160:20 169:9 169:12 170:10 | | render(1) 17:1 | | reviewing(1) 11:7 |
| | | | | rendered(2) 16:21 56:23 | | rich(1) 6:16 |
| questionable(1) 163:20 | | | | renew(1) 21:14 | | richard(3) 2:23 16:20 142:15 |
| questioning(2) 100:21 123:17 | | | | renewed(1) 169:10 | | rider(1) 114:24 |
| questions(17) 24:2 42:18 43:16 43:19 43:21 44:7 46:25 53:4 55:13 55:13 62:22 63:1 66:21 99:11 103:2 103:3 158:22 | | | | rental(1) 72:18 | | right(113) 6:1 6:19 6:25 7:11 18:1 21:21 23:15 26:4 33:23 44:5 44:10 44:25 50:17 52:23 53:6 57:7 59:2 63:3 63:6 70:4 70:17 71:5 71:11 72:16 72:25 74:11 76:4 76:8 76:20 76:22 77:2 77:17 79:12 80:5 80:18 80:23 81:2 81:5 84:3 85:1 85:17 87:8 87:13 87:19 89:14 90:9 90:22 93:15 94:6 96:10 96:16 98:8 99:10 100:2 100:25 101:23 102:3 102:4 102:14 103:2 103:20 104:6 104:16 104:25 105:4 106:18 107:11 110:24 111:3 111:4 112:1 114:3 115:25 119:25 120:24 121:11 123:1 123:20 124:1 128:17 128:22 129:9 129:25 130:3 132:17 132:23 133:10 145:7 145:8 145:11 146:14 146:16 149:2 152:3 157:5 160:14 161:11 161:24 163:23 163:24 163:24 164:4 164:5 164:19 164:22 165:15 167:25 170:12 170:21 170:22 171:2 171:3 173:5 |
| | | | | reopen(1) 157:18 | | |
| quick(6) 47:16 53:17 58:18 70:20 95:12 169:21 | | recover(7) 138:18 139:25 142:4 146:12 146:14 170:21 170:23 | | repeat(3) 29:19 44:12 89:3 | | |
| | | | | report(2) 93:3 121:8 | | |
| | | recoveries(1) 86:2 | | reported(4) 98:2 125:20 159:17 159:19 | | |
| | | recovery(3) 137:7 137:17 140:23 | | reporting(2) 93:5 125:21 | | |
| quickly(2) 95:7 97:6 | | recross(1) 3:2 | | reports(10) 3:30 34:15 35:1 35:4 35:8 60:17 60:18 114:6 159:21 169:11 | | |
| quo(1) 28:25 | | redirect(1) 3:2 | | | | right-hand(1) 93:12 |
| quote(1) 137:23 | | redundant(1) 109:16 | | | | rise(3) 5:3 104:4 133:14 |
| quoting(1) 169:7 | | refer(7) 67:21 67:25 68:5 68:10 83:7 86:23 107:21 | | representation(3) 112:25 121:21 132:7 | | role(4) 34:22 108:9 150:8 150:9 |
| rachael(1) 67:3 | | | | representations(2) 118:24 119:18 | | roles(2) 8:25 158:7 |
| rainmakers(1) 91:1 | | | | represented(12) 27:18 72:12 72:18 72:22 73:4 75:21 134:10 159:9 159:10 160:16 160:18 172:25 | | ronald(1) 79:15 |
| raise(3) 105:8 140:12 165:8 | | reference(3) 19:10 67:10 67:11 | | | | root(1) 91:23 |
| raised(2) 107:17 112:21 | | referenced(1) 124:17 | | | | roughly(4) 76:1 97:17 99:3 172:24 |
| rare(1) 17:21 | | references(2) 34:17 122:16 | | represents(2) 22:9 131:21 | | row(7) 22:20 22:22 23:12 23:13 24:25 28:11 120:24 |
| rata(1) 163:22 | | referred(5) 34:2 38:12 41:1 60:23 60:24 | | request(10) 3:46 11:4 13:5 37:7 41:11 42:2 109:5 109:9 124:14 162:7 | | |
| rather(5) 3:23 105:11 111:9 | | referring(15) 13:8 22:5 28:11 33:18 33:21 52:8 52:13 52:20 57:15 67:22 68:2 68:6 82:25 88:14 160:24 | | | | |
| rcm(1) 137:25 | | | | requested(4) 11:1 11:3 13:21 172:20 | | |
| re-ask(1) 51:11 | | | | requests(15) 37:2 37:3 37:10 40:22 41:7 41:15 41:18 41:20 41:22 42:3 42:3 42:11 91:10 108:20 109:8 | | rules(2) 106:16 109:17 |
| re-state(2) 29:22 96:19 | | reflect(6) 98:19 125:24 134:20 136:16 153:20 160:20 | | | | ruling(2) 20:24 123:17 |
| re/max(2) 41:17 42:3 | | | | | | |
| reached(10) 16:25 12:2 12:8 62:17 58:18 58:20 59:6 59:8 59:15 88:2 139:3 139:9 148:10 161:1 | | reflected(3) 102:6 136:10 136:19 | | required(5) 45:24 86:17 136:2 152:12 | | |
| | | reflecting(1) 98:22 | | requirement(2) 164:9 172:15 | | |
| | | reflects(5) 21:4 21:11 51:5 125:18 156:6 | | requirements(6) 57:12 135:24 136:3 144:20 165:19 172:2 | | |
| readily(1) 141:18 | | refusal(9) 52:23 53:2 53:6 57:7 100:25 163:23 163:24 164:6 167:25 | | | | |
| reading(3) 81:17 88:7 138:23 | | | | | | |
| reads(1) 108:1 | | | | requires(5) 142:9 145:4 147:17 170:18 172:10 | | |
| real(4) 47:16 58:18 72:11 95:12 | | refuse(1) 141:14 | | | | |
| reality(2) 167:1 167:11 | | refute(4) 139:17 156:14 158:2 159:22 | | | | |
| realize(1) 83:14 | | regard(2) 19:13 120:10 | | requisite(1) 127:2 | | |
| realized(3) 10:23 11:7 89:13 | | regarding(1) 46:8 | | residential(4) 39:2 39:13 79:11 169:10 | | |
| | | regardless(3) 136:7 142:5 143:17 | | | | |
| | | registered(1) 79:17 | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **rulings**(2) 24:1 120:5 | | **see**(38) 15:2 22:2 27:6 28:17 28:18 28:19 47:13 50:21 68:19 70:2 70:8 70:21 70:22 70:25 71:4 72:1 72:9 73:1 79:15 83:25 84:13 93:23 93:24 94:1 94:6 94:11 95:21 98:11 105:1 116:5 117:5 123:21 128:19 143:15 143:16 149:14 152:14 171:22 | | **showcase**(112) 1:22 2:14 3:32 3:34 3:47 6:17 13:16 14:5 22:6 22:18 22:24 23:7 24:6 24:10 24:12 24:21 26:3 28:3 28:9 28:19 29:1 29:17 30:6 30:15 30:22 31:3 32:11 34:17 40:19 41:15 41:17 41:22 42:3 45:8 45:12 47:25 52:16 52:22 53:6 53:7 53:23 57:1 57:6 57:13 57:14 67:22 67:23 68:1 68:23 71:19 71:19 72:5 73:4 73:10 75:13 75:16 75:17 76:25 77:8 78:1 78:3 78:4 78:5 80:17 81:8 85:3 92:3 92:5 93:23 96:1 97:20 98:2 99:18 108:13 117:3 117:14 117:16 117:18 117:20 122:16 122:19 124:5 124:14 125:13 125:20 131:6 134:1 134:2 134:6 134:7 134:12 134:15 134:21 134:25 135:14 135:17 135:20 135:22 140:5 153:7 153:9 159:20 161:7 166:13 166:18 167:15 167:22 169:22 170:18 171:12 171:19 172:16 | | **somebody**(5) 99:20 99:25 100:2 100:3 157:14 |
| **run**(1) 82:9 | | | | | | | |
| **running**(2) 149:18 149:20 | | | | | | **somehow**(7) 53:9 136:1 150:14 151:9 152:21 155:16 160:14 |
| **said**(27) 29:8 65:21 83:4 83:4 88:1 88:11 88:13 88:14 89:20 97:8 105:14 105:21 122:10 124:9 126:23 127:24 128:20 144:13 144:16 149:13 150:1 154:16 158:11 158:23 159:13 166:24 168:15 | | | | | | **someone**(9) 112:22 112:25 113:7 113:7 115:7 122:22 135:17 146:17 171:16 |
| | | | | | | | |
| | | | | | | **something**(6) 87:10 118:8 122:13 122:23 147:17 157:1 |
| **sake**(1) 140:16 | | **seek**(2) 89:18 89:23 | | | | | |
| **sale**(9) 54:3 54:6 139:4 162:13 162:20 164:7 165:7 165:12 165:14 | | **seeking**(5) 109:12 124:20 127:7 152:19 158:6 | | | | **sometime**(1) 65:14 | |
| | | | | | | **somewhat**(2) 75:2 112:7 | |
| | | | | | | **somewhere**(1) 112:20 | |
| **same**(59) 19:9 19:15 23:25 24:15 28:6 30:8 30:17 30:24 31:6 31:15 31:22 41:11 50:19 51:2 51:11 52:24 57:8 59:12 68:9 74:6 82:10 82:19 84:17 90:1 90:14 98:19 104:25 110:22 110:23 111:23 112:13 114:7 114:14 118:6 120:25 125:10 125:24 129:5 129:20 130:6 130:7 130:13 131:8 140:7 143:4 143:5 143:6 143:7 143:10 143:10 145:1 145:2 151:24 152:4 152:5 159:20 159:21 164:1 | | **seeks**(2) 154:12 154:13 | | | | **sontchi**(1) 1:29 | |
| | | **seem**(2) 42:25 106:17 | | | | **soon**(1) 170:3 | |
| | | **seemingly**(1) 157:19 | | | | **sorry**(67) 6:12 8:9 9:7 12:20 14:22 15:7 16:17 20:21 21:8 23:9 23:13 26:14 26:20 27:24 33:19 35:17 39:9 39:11 41:16 42:7 44:12 46:19 47:6 48:10 49:8 49:23 50:5 51:13 55:11 55:22 58:21 66:15 66:20 67:4 69:10 78:20 79:5 80:2 80:4 83:22 84:2 84:14 85:14 87:1 87:4 89:3 91:24 92:5 92:24 94:9 94:12 97:10 103:22 104:5 104:17 108:23 111:8 116:24 117:23 118:2 119:22 120:10 125:21 128:21 129:4 129:6 160:7 | |
| | | **seems**(2) 123:18 143:23 | | | | | |
| **sample**(1) 95:12 | | **seen**(26) 48:21 48:24 49:1 51:10 51:21 52:2 52:10 52:15 52:20 53:2 53:7 53:11 52:3 55:19 56:20 56:25 57:6 57:11 57:14 57:15 57:16 57:22 109:25 138:12 147:16 153:19 | | **showcase's**(16) 29:20 69:18 70:14 71:8 76:8 77:5 77:16 92:4 95:4 96:23 98:18 116:10 126:7 136:15 149:15 154:21 | | | |
| **sass**(2) 1:14 2:31 | | | | **showing**(8) 92:4 101:3 114:11 114:20 115:22 146:13 162:8 172:5 | | | |
| **saw**(5) 51:7 60:13 62:2 101:2 126:23 | | **select**(1) 152:4 | | | | | |
| **say**(36) 17:6 20:22 20:24 24:23 25:8 26:16 40:14 60:4 60:4 60:22 61:16 62:25 78:5 113:11 115:5 119:11 131:16 141:15 143:15 145:18 146:19 147:23 148:15 148:18 148:22 151:18 152:22 151:23 154:2 154:5 155:3 156:17 162:25 165:2 168:23 172:1 | | **self-created**(1) 158:5 | | | | **sort**(6) 48:3 57:2 113:23 127:17 161:16 166:14 | |
| | | **self-serving**(2) 122:21 126:5 | | **shown**(2) 60:8 149:16 | | | |
| | | **sell**(3) 163:11 164:24 165:1 | | **shows**(7) 87:8 111:14 112:15 123:11 135:10 135:17 143:24 | | | |
| | | **selling**(8) 163:11 163:13 163:15 164:1 164:4 164:6 165:3 165:12 | | | | | |
| | | | | **shuts**(2) 157:17 157:17 | | **sorts**(4) 111:10 111:12 112:15 169:3 | |
| | | **send**(2) 99:4 150:6 | | **side**(10) 7:11 50:12 50:14 101:3 123:20 143:23 152:3 155:21 155:22 168:13 | | **sound**(3) 1:51 147:21 173:10 | |
| | | **senior**(1) 113:3 | | | | **sounds**(1) 104:13 | |
| | | **sense**(3) 64:6 168:3 168:8 | | | | **source**(1) 26:4 | |
| | | **sent**(11) 40:19 41:11 42:11 77:4 77:8 95:3 96:1 99:2 124:4 164:12 166:11 | | **signatories**(1) 69:3 | | **spanning**(1) 140:4 | |
| **saying**(8) 28:10 83:5 88:5 113:17 124:6 156:3 159:22 161:6 | | | | **signatory**(1) 171:17 | | **speak**(8) 17:22 64:7 64:8 88:22 89:6 126:5 153:16 153:17 | |
| | | **separate**(2) 102:7 110:6 | | **signature**(1) 95:20 | | | |
| | | **september**(2) 1:24 5:2 | | **signed**(1) 127:3 | | | |
| **says**(29) 24:20 54:5 54:15 70:7 70:22 70:25 87:9 87:15 87:21 94:1 94:6 97:24 98:5 98:11 131:21 131:25 151:13 151:21 151:25 152:1 152:3 152:6 156:3 157:9 157:11 157:14 160:10 164:21 | | **series**(11) 71:19 75:13 76:12 95:3 99:5 114:6 117:1 120:1 124:4 126:16 134:3 | | **significance**(1) 124:10 | | **speaking**(6) 8:25 9:2 35:11 59:1 59:3 152:10 | |
| | | | | **significantly**(1) 123:13 | | | |
| | | | | **similar**(2) 55:13 131:5 | | | |
| | | **serious**(1) 166:24 | | **similarly**(2) 30:14 30:21 | | **speaks**(1) 59:25 | |
| | | **seriously**(2) 145:5 167:4 | | **simon**(2) 2:14 6:14 | | **specific**(12) 19:18 50:4 51:9 56:6 56:13 56:13 56:21 137:3 144:19 144:20 171:6 171:6 | |
| | | **serve**(1) 21:9 | | **simple**(3) 90:7 150:2 153:2 | | | |
| | | **served**(1) 91:9 | | **simply**(23) 43:24 68:2 68:5 68:10 89:19 106:14 110:2 135:3 136:6 137:22 138:19 141:14 142:2 146:9 146:19 147:4 147:8 149:19 153:14 154:19 155:18 159:6 172:14 | | | |
| | | **service**(2) 1:44 1:52 | | | | **specifically**(16) 19:13 34:2 47:12 52:2 56:5 56:14 61:18 62:15 88:14 124:17 137:8 137:23 139:2 151:22 160:23 164:21 | |
| **schedule**(4) 19:6 92:12 93:23 98:11 | | **services**(12) 1:44 3:16 34:3 34:5 81:13 81:21 90:24 104:15 105:15 105:19 105:24 107:8 | | | | | |
| **schedules**(6) 4:5 14:19 56:11 131:15 131:18 132:7 | | | | | | | |
| | | **set**(11) 14:7 46:7 62:17 82:1 98:21 101:1 104:7 108:19 120:15 131:16 141:5 | | | | **specificity**(2) 61:20 155:3 | |
| | | | | **since**(7) 8:6 33:17 73:23 78:11 99:25 134:21 140:6 | | **specified**(1) 141:20 | |
| **schnitzler**(54) 2:5 6:10 6:20 6:21 6:22 7:6 7:9 7:13 7:17 7:20 7:23 8:14 10:16 11:14 12:21 13:1 13:16 17:12 18:3 18:4 19:21 19:24 20:2 20:23 21:25 23:16 23:19 24:8 25:7 25:21 26:1 26:6 26:24 29:23 30:13 30:20 31:2 31:9 31:18 31:25 33:20 33:25 42:17 42:23 43:15 59:23 63:1 63:2 63:4 103:16 103:16 103:21 124:23 124:25 | | **sets**(2) 67:8 120:11 | | | | **speculation**(2) 29:21 42:14 | |
| | | **setting**(1) 57:1 | | **single**(1) 143:3 | | **speculative**(1) 154:12 | |
| | | **seven**(1) 98:1 | | **sir**(34) 47:3 47:13 51:4 53:13 54:23 63:6 64:21 70:3 70:8 70:18 70:22 71:8 72:1 72:9 72:13 72:23 73:1 73:6 79:15 80:11 82:8 83:12 83:25 87:7 90:6 93:15 93:24 94:2 94:7 96:17 97:14 99:3 103:8 130:14 | | **speech**(3) 111:25 112:7 112:9 | |
| | | **several**(5) 53:4 86:10 106:15 133:20 | | | | **spent**(1) 43:20 | |
| | | **shall**(13) 54:12 54:18 59:17 139:6 161:1 161:24 162:15 163:14 163:15 163:21 164:22 165:15 165:17 | | | | **split**(1) 76:4 | |
| | | | | | | **splits**(1) 101:12 | |
| | | | | | | **spoke**(2) 158:24 158:24 | |
| **school**(1) 44:24 | | **shape**(3) 61:13 142:20 150:11 | | | | **spoken**(1) 113:6 | |
| **schuylkill**(1) 1:45 | | **shapiro**(1) 2:21 | | **sit**(5) 46:5 48:6 52:9 55:17 99:15 | | **spreadsheet**(1) 153:5 | |
| **scoot**(1) 65:1 | | **share**(8) 21:8 21:9 22:10 26:11 78:6 85:19 93:19 161:21 | | **sitting**(2) 159:4 160:15 | | **spurned**(1) 89:9 | |
| **scope**(2) 5:23 140:25 | | | | **situation**(4) 17:9 162:18 168:14 170:6 | | **staff**(2) 142:1 143:7 | |
| **scott**(1) 2:32 | | | | **six**(1) 149:6 | | **stamp**(4) 50:7 50:16 93:11 95:13 | |
| **search**(3) 29:15 31:12 31:19 | | **shareholders**(1) 45:9 | | **skip**(4) 129:1 130:12 130:15 130:24 | | **stamped**(1) 108:6 | |
| **searched**(2) 29:24 30:2 | | **sharing**(3) 86:13 94:2 94:4 | | **skipping**(5) 120:16 120:19 121:16 131:13 160:7 | | **stand**(9) 6:24 6:25 7:1 64:21 99:9 107:18 115:16 138:8 142:25 | |
| **searches**(1) 30:5 | | **she**(1) 41:12 | | | | | |
| **seated**(3) 5:4 17:15 133:15 | | **sheet**(4) 87:3 104:23 105:7 105:9 | | | | | |
| **second**(10) 11:11 11:20 15:25 46:16 58:22 71:17 71:23 111:2 116:6 166:24 | | **shield**(1) 137:5 | | **slow**(1) 66:19 | | | |
| | | **shoes**(2) 142:24 142:25 | | **smacks**(1) 170:1 | | **standard**(1) 125:4 | |
| **seconds**(1) 42:18 | | **short**(2) 62:25 63:15 85:13 | | **small**(5) 50:24 85:16 85:16 130:18 157:14 | | **standing**(4) 7:1 64:22 142:24 154:10 | |
| **secretary**(13) 33:11 34:15 49:1 49:13 49:19 50:7 52:1 108:6 110:21 132:12 151:2 152:11 152:13 | | **shortly**(2) 99:1 134:2 | | **social**(2) 74:19 75:2 | | **stands**(1) 148:9 | |
| | | **shot**(1) 5:25 | | **sold**(1) 163:25 | | **stapled**(1) 104:25 | |
| | | **should**(12) 5:17 59:15 84:2 99:14 105:23 118:2 145:14 149:9 155:19 158:6 162:7 167:4 | | **solely**(1) 164:8 | | **stargatt**(4) 1:34 5:14 67:15 104:8 | |
| **section**(16) 47:12 52:13 52:20 53:16 54:2 57:16 59:14 108:14 104:22 139:3 139:9 148:19 150:21 151:12 151:25 170:17 | | | | **some**(35) 30:6 32:1 34:17 34:24 35:10 48:2 48:3 61:2 62:2 65:10 67:21 69:23 70:2 74:6 76:6 82:15 84:10 88:20 88:25 91:2 91:9 100:15 100:16 101:17 105:16 109:1 119:15 120:13 121:12 122:22 135:7 137:9 151:8 153:14 172:22 | | **start**(7) 28:7 43:19 103:15 161:12 161:15 165:25 170:15 | |
| | | **shouldn't**(2) 120:5 156:18 | | | | | |
| | | **show**(12) 49:14 49:18 49:19 105:20 113:18 119:15 134:24 135:22 136:6 149:19 155:16 171:5 | | | | | |
| **sections**(3) 151:17 151:17 160:24 | | | | | | **started**(2) 100:10 158:22 | |
| **security**(1) 150:7 | | | | | | **starting**(3) 71:23 86:24 136:16 | |
| | | | | | | **starts**(2) 12:22 111:9 | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**state**(37) 3:40 3:47 16:3 16:5 18:6 29:20 33:11 33:11 33:14 34:8 34:16 34:16 36:9 42:15 49:1 49:2 49:5 49:13 49:19 50:7 52:2 54:10 77:14 84:1 110:21 115:19 117:12 120:2 125:14 132:12 151:2 152:11 152:13 157:7 159:11 169:7 169:12

**stated**(7) 69:16 96:5 107:15 123:9 129:18 142:2 164:2

**statement**(6) 13:23 124:11 132:24 137:18 156:14 157:2

**statements**(45) 3:31 3:32 3:41 3:42 10:22 10:24 11:1 11:3 11:5 11:7 11:25 12:7 12:10 12:18 13:3 32:17 33:12 37:18 37:20 37:24 38:2 60:24 61:7 61:18 61:21 61:24 114:16 115:2 115:6 120:25 121:18 121:21 121:22 121:24 121:25 122:22 127:4 138:5 140:17 140:20 140:21 140:23 141:3 150:6 169:8

**states**(6) 1:1 1:30 113:2 150:18 158:25 162:6

**state's**(1) 108:6
**status**(1) 28:25
**statute**(2) 148:4 164:17
**statutory**(1) 150:12
**stayed**(1) 170:17
**step**(5) 63:7 63:15 91:8 92:9 103:8
**steps**(6) 45:23 46:7 83:6 143:1 145:4 157:10

**stergakos**(1) 113:2
**steven**(2) 1:14 2:31
**sticky**(1) 46:22
**still**(10) 90:2 125:24 128:14 139:25 145:12 145:19 148:19 152:24 155:25 170:16

**stipulated**(2) 108:3 159:7
**stood**(1) 90:5
**stop**(1) 161:14
**straight**(1) 94:19
**straightforward**(1) 150:2
**stranger**(1) 150:5
**street**(5) 1:11 1:37 1:45 2:16 2:24
**stretch**(1) 131:14
**strict**(4) 135:23 138:17 169:17 172:2
**strictly**(1) 166:25
**strike**(7) 21:15 51:20 62:6 107:5 110:5 118:10 169:13

**strong**(1) 169:15
**structure**(1) 165:5
**struggle**(1) 85:19
**stuck**(1) 65:21
**stuff**(2) 63:17 75:5
**subject**(7) 44:9 63:5 104:14 125:8 134:14 141:21 155:11

**submissions**(1) 142:17
**submit**(9) 106:6 142:16 144:18 152:5 152:23 154:14 157:25 158:16 173:4

**submits**(1) 139:16
**submitted**(3) 37:2 49:6 111:15
**subpoena**(7) 12:9 12:17 12:23 13:7 114:19 114:23 114:24

**subsection**(1) 162:25
**subsequent**(6) 137:20 138:5 147:19 148:2 152:6 152:15

**subsequently**(3) 76:25 82:5 135:23
**subset**(4) 7:11 13:1 60:20 60:21
**subsidiaries**(4) 9:8 9:15 32:25 33:2
**subsidiary**(2) 9:16 10:5
**substance**(2) 47:22 128:10
**substantive**(1) 158:9
**substantively**(1) 122:8

**successful**(1) 167:16
**successive**(1) 137:14
**succinct**(1) 133:22
**such**(21) 9:3 16:25 17:1 25:16 25:23 51:6 51:25 53:11 54:21 59:19 98:22 121:24 136:4 138:2 141:3 150:3 163:14 166:2 169:15 170:18 170:19

**sufficient**(2) 168:21 171:21
**suggest**(4) 143:13 146:3 146:25 156:17
**suggested**(1) 140:15
**suggesting**(1) 147:2
**suggests**(2) 112:19 155:1
**sum**(2) 72:16 142:5
**summarizes**(1) 56:20
**summary**(7) 18:23 20:7 20:10 20:13 20:17 25:9 157:2

**support**(6) 84:1 137:7 137:17 137:19 163:19 169:16

**supported**(3) 160:3 164:17 170:9
**supporting**(2) 136:8 164:19
**supports**(1) 140:17
**suppose**(2) 17:10 116:12
**supposed**(2) 83:1 155:17
**sure**(16) 12:12 14:18 18:3 24:1 47:17 49:21 51:18 53:15 65:2 67:1 82:23 107:23 130:9 133:9 158:20 170:11

**surety**(7) 33:9 34:6 34:8 39:6 39:9 39:14 150:7

**surprising**(1) 119:2
**surviving**(2) 48:3 83:16
**sustained**(9) 29:22 42:16 75:18 78:9 82:6 119:23 127:15 127:17 128:11

**switch**(3) 78:17 78:17 120:9
**sworn**(2) 7:3 64:23
**tab**(32) 7:17 12:11 12:21 13:24 14:24 15:2 15:7 15:8 15:10 19:1 34:9 35:13 35:13 36:4 36:20 37:13 38:4 38:22 39:21 41:3 41:25 46:17 46:22 49:25 50:1 67:11 80:1 80:4 80:8 81:10 97:12 125:8

**table**(2) 60:25 151:21
**tabs**(1) 7:14
**take**(29) 6:25 47:12 47:19 53:15 53:17 53:18 59:11 62:24 62:24 63:14 64:21 68:22 70:20 95:11 97:5 98:23 103:5 103:24 112:24 113:5 118:1 127:10 128:1 128:9 130:18 133:6 156:9 156:12 167:4

**taken**(8) 27:25 53:20 115:23 140:5 142:11 145:5 168:25 170:12

**takes**(1) 43:19
**taking**(8) 91:8 92:9 151:21 157:19 161:16 163:5 167:10 170:14

**talk**(13) 43:1 56:2 58:22 61:12 75:4 78:22 86:16 92:19 127:22 128:1 147:14 170:7 171:11

**talked**(1) 84:16
**talking**(9) 28:8 70:12 74:2 87:2 107:20 117:15 117:16 143:4 145:3

**talks**(2) 94:2 160:7
**tammy**(1) 173:15
**tasks**(4) 84:20 90:12 136:25 141:25

**tax**(61) 3:34 3:36 3:40 3:48 14:3 15:25 16:9 18:6 18:10 18:13 18:16 18:18 18:23 20:8 25:12 29:8 33:13 35:19 36:1 36:9 36:14 36:17 37:3 37:7 60:22 81:1 84:25 90:15 92:12 92:19 97:19 98:18 98:18 110:8 117:4 117:6 117:10 117:12 117:16 118:17 120:2 123:5 123:6 125:14 126:4 126:8 134:19 134:24 136:15 136:17 136:19 139:22 140:1 140:9 149:11 149:14 149:16 159:5 159:8 159:8 160:5

**taxable**(2) 93:4 163:6
**taxes**(1) 169:7
**taylor**(4) 1:34 5:14 67:15 104:8
**technicalities**(2) 165:25 166:1
**telephonic**(1) 2:29
**tell**(15) 10:14 22:23 23:2 26:8 28:13 42:1 43:18 60:9 60:12 76:9 91:12 92:22 103:24 153:10 153:11

**telling**(5) 86:17 90:3 141:1 151:11 152:16
**ten**(5) 62:25 104:1 136:23 140:4 159:12
**ten-year**(1) 155:14
**tenuous**(1) 164:16
**term**(1) 33:17
**termed**(1) 44:20
**terminates**(1) 161:3
**termination**(1) 164:5
**terms**(15) 16:24 24:10 52:24 56:6 56:21 57:8 136:14 138:22 139:16 141:9 141:19 148:18 164:1 166:24 169:2

**testified**(20) 26:2 44:5 77:9 83:9 83:9 83:10 99:1 115:4 115:16 122:3 123:5 143:5 149:13 153:3 153:12 153:15 156:16 158:3 160:4 172:22

**testify**(2) 5:26 19:18
**testifying**(5) 46:5 55:17 106:14 127:4 156:13

**testimony**(19) 19:13 19:15 42:22 66:11 69:16 88:7 90:6 94:16 106:17 113:9 116:1 116:13 116:23 119:1 126:25 130:25 131:10 132:5 156:24

**than**(25) 5:23 12:7 24:6 28:9 51:25 61:16 62:12 77:4 77:10 77:11 88:3 91:2 101:4 101:5 108:5 114:9 115:6 122:8 122:21 135:9 145:23 154:17 154:22 163:25 165:5

**thank**(48) 6:3 6:9 6:19 7:4 7:5 7:11 7:25 8:10 10:19 12:24 17:12 18:22 19:16 19:21 21:3 22:23 23:18 33:20 42:23 47:8 47:10 53:19 63:8 64:24 67:1 67:2 74:6 80:12 83:13 87:18 103:5 103:8 103:10 105:1 116:20 118:5 119:23 122:2 133:2 133:11 133:12 142:11 142:13 158:17 158:18 161:8 161:11 173:5

**that**(301) 5:9 5:22 6:6 6:9 7:17 8:23 9:18 9:20 10:1 10:11 10:14 10:23 11:7 11:13 12:3 12:4 12:5 12:8 12:17 13:10 13:15 13:20 14:13 14:17 15:10 15:22 16:1 16:9 16:14 16:21 16:22 16:24 16:25 17:2 17:2 17:5 17:16 17:19 18:9 19:11 20:25 21:8 21:8 21:10 21:11 21:15 21:16 21:18 21:19 21:22 22:3 22:6 22:9 22:10 22:12 22:12 23:10 23:15 24:2 24:20 25:8 25:10 25:15 26:2 26:7 26:8 26:11 26:11 26:19 26:25 27:6 27:15 28:9 29:16 30:6 30:11 30:14 30:21 31:3 31:20 32:5 32:8 32:11 32:13 32:13 32:23 33:8 34:4 34:6 35:1 35:10 36:9 38:12 41:11 41:21 41:21 41:22 42:6 42:9 42:20 43:18 44:16 45:15 45:22 45:23 46:6 46:7 46:24 47:3 47:13 47:15 47:22 48:7 48:12 48:15 49:4 49:7 49:13 50:16 51:4 51:5 52:1 52:5 52:15 53:3 54:5 54:6 54:10 54:21 55:2 55:4 55:5 55:8 55:12 55:20 56:2 56:6 56:12 56:15 56:23 57:1 58:4 58:6 58:10 58:13 59:8 59:21 60:3 60:13 60:14 60:14 60:22 60:22 60:23 60:24 60:24 60:25 60:25 61:1 61:16 61:25 62:2 62:3 62:6 63:4 63:9 63:14 63:24 63:25 64:1 64:3 64:4 64:10 64:17 65:2 65:2 65:4 65:13 65:25 66:3 66:11 67:11 67:22 67:25 68:24 69:2 69:8 69:9 69:23 70:2 70:4 70:8 70:14 70:22 71:1 71:13 71:14 71:18 71:20 71:24 72:1 72:3 72:3 72:6 72:9 72:12 72:13 72:16 72:18 72:18 72:21 72:22 73:1 73:3 73:4 73:6 73:11 73:13 73:14 73:22 73:25 74:7 74:8 74:10 74:11 74:13 74:16 75:3 75:5 75:6 75:10 75:18 75:20 75:23 75:24 76:1 76:4 76:8 76:12 76:24 77:2 77:4 77:5 77:8 77:9 77:10 77:21 77:23 78:6 79:2 79:5 79:12 80:7 80:14 80:16 80:18 80:23 81:1 81:4 81:4 81:8 81:12 81:14 81:20 81:22 82:9 82:11 82:12 82:15 82:16 82:18 82:19 82:20 82:25 82:25 83:2 83:3 83:14 83:17 83:18 84:1 84:7 84:16 84:17 85:1 85:4 85:7 85:8 85:11 85:15 85:17 85:19 85:20 85:23 85:24 86:3 86:4 86:11 86:15 86:17

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**that(301)** 86:20 87:6 87:10 87:14 87:15 87:24 88:1 88:2 88:4 88:11 88:13 88:14 88:18 88:20 88:22 89:9 89:10 89:13 89:13 89:14 89:16 89:24 89:25 90:2 90:2 90:5 90:9 90:21 90:22 91:3 91:4 91:7 91:10 91:11 91:15 91:18 92:13 92:20 92:23 93:4 93:22 93:23 93:24 94:2 94:6 94:11 94:15 94:16 94:16 94:17 94:20 95:4 95:14 95:18 95:25 96:3 96:5 96:5 96:7 96:10 96:10 96:14 96:18 96:24 97:3 97:19 97:19 97:20 97:21 98:1 98:2 98:16 98:19 98:20 98:21 98:21 99:1 99:9 99:18 100:1 100:3 100:6 100:6 100:11 100:11 100:14 100:16 100:20 100:25 101:1 101:3 101:5 101:7 101:7 101:14 101:14 101:19 101:23 102:8 102:13 102:18 102:19 102:19 102:21 103:17 103:18 104:11 104:13 104:18 104:23 105:11 105:12 105:22 106:7 106:13 106:14 106:15 107:1 107:2 107:3 107:5 107:7 107:8 107:10 107:14 107:16 107:17 107:19 108:1 108:2 108:3 108:15 108:15 109:1 109:12 109:12 109:14 109:14 109:24 110:1 110:2 110:3 110:4 110:5 110:6 110:10 111:10 111:11 111:14 111:14 111:18 112:10 112:14 112:15 112:15 112:15 112:19 112:20 112:20 112:21 113:4 113:9 113:20 113:25 114:3 114:9 114:10 114:10 114:12 114:12 114:17 116:1 116:14 116:16 116:18 117:1 118:7 118:9 118:9 118:12 118:13 118:23 118:25 119:2 119:3 119:15 119:18 119:18 120:4 120:12 120:12 120:13 121:20 121:24 121:25 122:9 122:13 122:15 122:19 122:22 122:24 123:18 123:23 123:25 124:4 124:9 124:9 124:9 124:25 125:5 125:9 125:20 125:22 125:24 126:1 126:3 126:10 126:17 126:21 127:10 128:10 129:16 129:20 129:22 130:14 130:18 130:20 131:1 131:8 131:16 131:21 132:2 132:3 132:5 132:6 132:18 132:21 132:24 133:3 133:4 133:5 133:20 134:2 134:10 134:12 134:16 134:16 134:17 134:20 134:24 135:2 135:3 135:4 135:6 135:6 135:10 135:10 135:11 135:17 135:22 135:25 136:1 136:6 136:6 136:8 136:10 136:11 136:13 136:19 136:20 136:23 137:8 137:10 137:16 137:19 137:22 138:5 138:6 138:7 138:9 138:10 138:11 138:13 138:16 138:19 138:20 139:16 139:17 139:22 139:23 139:24 140:5 140:7 140:9 140:13 140:15 140:17 140:18 141:2 141:7 141:10

**that(232)** 141:14 141:15 141:17 141:25 141:25 142:9 142:11 142:19 142:25 143:1 143:3 143:4 143:11 143:12 143:16 143:16 143:19 143:21 143:23 143:23 143:24 143:25 144:9 144:13 145:1 145:4 145:4 145:6 145:8 145:8 145:9 145:9 145:24 146:1 146:3 146:7 146:7 146:12 146:13 146:14 146:21 146:25 147:4 147:6 147:7 147:10 147:13 147:15 147:16 147:20 147:24 147:25 148:1 148:4 148:5 148:6 148:6 148:9 148:12 148:14 148:15 148:19 149:1 149:12 149:13 149:21 149:24 150:2 150:8 150:9 150:10 150:13 150:13 150:14 150:15 150:22 150:23 150:25 151:1 151:3 151:15 152:8 152:10 152:11 152:14 152:15 152:18 152:21 152:21 152:25 153:3 153:3 153:5 153:6 153:10 153:14 153:18 153:19 153:19 153:20 153:22 154:6 154:10 154:11 154:12 154:12 154:13 154:15 154:17 154:18 154:19 154:23 155:2 155:5 155:5 155:7 155:7 155:10 155:13 155:14 155:15 155:19 155:22 155:23 155:25 156:1 156:3 156:5 156:7 156:9 156:10 156:17 156:19 156:20 156:21 156:25 157:2 157:5 157:8 157:9 157:11 157:20 157:21 157:23 157:25 158:2 158:9 158:12 158:16 158:23 159:3 159:5 159:8 159:11 159:14 159:16 159:18 159:18 159:20 159:21 160:2 160:4 160:12 160:13 160:16 160:18 160:20 161:5 161:6 161:13 161:15 161:18 162:1 162:1 162:10 163:7 163:19 163:19 163:19 163:20 164:4 164:13 164:16 164:19 165:2 165:8 165:19 165:24 166:2 166:15 166:19 166:21 166:23 166:23 166:24 167:11 167:13 167:15 167:21 167:22 167:24 168:5 168:11 168:20 169:3 169:4 169:13 169:15 169:15 169:19 169:23 170:5 170:9 170:12 170:13 170:14 170:15 170:16 170:17 170:22 170:23 170:23 170:24 171:9 171:18 172:5 172:6 172:23 172:23 172:24 173:2 173:9

**that's(79)** 6:1 17:7 17:10 17:25 19:12 22:5 25:5 33:22 43:3 43:23 46:17 46:18 49:8 52:6 55:10 63:12 64:15 64:18 65:5 68:10 70:5 70:12 75:6 75:9 76:3 84:12 90:4 90:6 92:16 98:5 99:3 100:18 105:4 105:13 105:17 106:21 107:22 109:10 109:19 110:12 113:4 114:25 116:3 116:13 119:6 119:10 119:25 120:8 121:14 123:19 123:23 124:1 124:8 124:10 125:23 127:21 132:23 145:20 146:23 147:3 147:24 151:3 151:5 152:10 152:16 153:11 154:4 154:25 155:18 158:1 163:16 163:20 164:17 164:19 165:7 167:13 169:21 170:7 171:20

**the(301)** 1:1 1:2 1:15 1:29 2:32 2:34 3:4 3:14 5:3 5:4 5:6 5:9 5:12 5:15 5:16 5:16 5:18 5:18 5:18 5:19 5:20 5:22 5:22 5:23 5:24 6:1 6:7 6:7 6:7 6:10 6:11 6:18 6:19 6:22 6:23 6:24 6:25 6:25 7:1 7:1 7:4 7:5 7:7 7:7 7:8 7:10 7:10 7:12 7:12 7:14 7:14 7:16 7:19 7:21 8:5 8:6 8:6 8:9 8:10 8:12 8:13 8:15 8:23 9:2 9:3 9:4 9:5 9:6 9:8 9:9 9:9 9:11 9:11 9:12 9:12 9:12 9:14 9:14 9:15 9:16 9:17 9:18 9:19 9:19 9:21 9:21 9:21 10:3 10:4 10:5 10:7 10:10 10:11 10:11 10:15 10:15 10:15 10:16 10:17 10:17 10:18 10:19 10:20 10:20 10:21 10:22 10:22 10:23 10:23 10:24 11:1 11:3 11:3 11:4 11:6 11:6 11:8 11:9 11:9 11:12 11:13 11:17 11:17 11:19 11:21 11:23 11:24 11:25 12:1 12:2 12:3 12:3 12:4 12:5 12:6 12:7 12:9 12:17 12:18 12:20 12:21 12:22 12:24 13:2 13:3 13:3 13:3 13:4 13:4 13:7 13:7 13:10 13:11 13:13 13:14 13:15 13:15 13:17 13:18 13:20 13:22 13:23 14:2 14:2 14:6 14:7 14:10 14:10 14:10 14:14 14:15 14:16 14:18 14:18 14:19 14:19 14:20 14:21 14:21 14:24 15:11 15:14 15:15 15:21 15:22 15:25 16:11 16:13 16:17 16:18 16:20 16:24 17:2 17:4 17:5 17:9 17:10 17:14 17:14 17:19 17:21 17:24 18:1 18:2 18:7 18:13 18:16 18:23 19:6 19:6 19:7 19:8 19:12 19:12 19:14 19:14 19:15 19:17 19:17 19:22 19:22 19:24 19:25 20:1 20:1 20:4 20:6 20:8 20:9 20:10 20:14 20:19 20:20 20:20 20:21 20:25 20:25 21:2 21:3 21:3 21:4 21:5 21:6 21:6 21:7 21:9 21:11 21:12 21:12 21:16 21:17 21:21 21:21 21:23 22:1 22:1 22:9 22:10 22:11 22:11 22:12 22:13 22:14 22:17 22:17 22:20 22:22 22:24 22:25 23:2 23:3 23:3 23:7 23:7 23:9 23:11 23:11 23:12 23:13 23:14 23:14 23:16 23:18 23:20 23:22 23:23 23:24 23:25 24:4 24:5 24:22 24:22 24:23 24:23 24:24 25:3 25:3 25:4 25:5 25:6

**the(301)** 25:8 25:9 25:9 25:11 25:12 25:12 25:16 25:19 25:19 25:22 25:24 26:1 26:2 26:4 26:4 26:4 26:7 26:8 26:10 26:10 26:11 26:12 26:13 26:13 26:14 26:15 26:15 26:16 26:20 26:21 26:21 26:21 26:22 26:22 26:25 27:2 27:3 27:4 27:6 27:6 27:9 27:11 27:16 27:17 27:19 27:20 27:20 27:22 27:22 27:23 28:5 28:7 28:7 28:23 28:23 28:25 29:1 29:4 29:7 29:7 29:18 29:22 30:7 30:9 30:9 30:10 30:10 30:12 30:16 30:18 30:19 30:22 30:25 31:1 31:4 31:7 31:8 31:10 31:14 31:16 31:17 31:21 31:23 31:24 32:5 32:5 32:6 32:6 32:8 32:9 32:10 32:11 32:13 32:13 32:16 32:16 32:17 32:17 32:23 32:24 32:24 33:1 33:1 33:5 33:8 33:10 33:10 33:11 33:12 33:13 33:16 33:16 33:16 33:17 33:23 34:1 34:4 34:5 34:6 34:6 34:6 34:7 34:7 34:8 34:8 34:14 34:15 34:16 34:18 34:19 34:22 34:25 35:1 35:5 35:9 35:10 35:11 35:13 35:15 35:19 35:24 36:9 36:12 36:15 36:18 36:25 37:3 37:3 37:8 37:8 37:19 37:24 38:8 38:9 38:12 38:13 38:14 38:17 38:17 39:2 39:6 39:15 39:19 39:19 40:1 40:2 40:5 40:9 40:16 40:16 40:17 40:18 40:19 40:21 40:21 40:23 41:3 41:8 41:9 41:10 41:11 41:19 42:4 42:8 42:15 42:16 42:21 42:21 42:24 43:2 43:3 43:8 43:11 43:12 43:16 43:18 43:21 43:22 43:22 43:24 44:1 44:2 44:3 44:6 44:10 44:10 44:11 44:12 44:20 44:21 44:22 44:22 44:24 45:2 45:2 45:6 45:7 45:8 45:9 45:12 45:13 45:13 45:13 45:16 45:18 45:19 45:21 45:22 45:23 45:23 45:24 46:3 46:6 46:8 46:8 46:8 46:13 46:16 46:16 46:16 46:17 46:17 46:18 46:18 46:19 46:23 46:23 46:24 47:2 47:2 47:6 47:7 47:8 47:10 47:22 47:23 47:24 48:3 48:7 48:9 48:18 48:21 48:24 49:1 49:2 49:5 49:5 49:6 49:9 49:9 49:9 49:10 49:13 49:14 49:15 49:15 49:16 49:18 49:19 49:19 49:23 49:25 50:2 50:3 50:4 50:5 50:5 50:6 50:6 50:9 50:10 50:11 50:12 50:12 50:12 50:14 50:14 50:16 50:19 50:21 50:25

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| the(301) | 51:2 51:5 51:8 51:10 51:11 51:15 51:15 51:17 51:25 51:25 52:1 52:1 52:3 52:8 52:9 52:11 52:13 52:14 52:17 52:21 52:22 52:23 52:24 53:3 53:3 53:4 53:5 53:7 53:8 53:9 53:10 53:12 53:22 53:23 54:5 54:6 54:6 54:7 54:8 54:11 54:12 54:13 54:15 54:18 54:19 54:20 54:20 54:21 54:22 54:22 54:24 54:24 54:24 55:3 55:13 55:14 55:18 55:18 55:21 55:25 56:1 56:4 56:6 56:7 56:8 56:9 56:11 56:11 56:12 56:15 56:15 56:19 56:21 56:21 56:22 56:23 56:24 57:3 57:8 57:8 57:13 57:14 57:18 57:18 57:19 57:23 57:24 58:7 58:16 58:16 58:18 58:25 59:3 59:3 59:4 59:5 59:6 59:7 59:9 59:11 59:18 59:18 59:21 59:24 60:1 60:2 60:3 60:4 60:6 60:10 60:13 60:14 60:17 60:18 60:18 60:21 60:22 60:23 60:25 60:25 61:4 61:7 61:7 61:8 61:13 61:15 61:17 61:17 61:18 61:21 61:23 61:23 62:1 62:1 62:3 62:7 62:7 62:8 62:21 62:24 63:3 63:5 63:6 63:8 63:9 63:9 63:10 63:14 63:16 63:17 63:17 63:19 63:21 63:22 63:25 64:8 64:17 64:17 64:21 64:21 64:24 64:25 65:1 65:2 65:4 65:5 65:6 65:9 65:11 65:14 65:14 65:16 65:20 65:25 66:1 66:2 66:6 66:11 66:13 66:13 66:19 66:22 66:24 66:24 67:1 67:5 67:5 67:6 67:7 67:9 67:13 67:14 67:15 68:2 68:9 68:14 68:18 68:19 68:20 68:23 69:4 69:13 69:17 69:22 70:4 70:7 70:10 70:12 70:12 70:22 70:25 70:25 71:5 71:5 71:8 71:8 71:11 71:14 71:15 71:17 71:19 71:23 72:4 72:5 72:10 72:12 72:16 72:25 72:25 73:3 73:4 73:5 73:8 73:10 73:14 73:19 73:20 73:21 74:1 74:2 74:6 74:21 74:21 74:25 75:6 75:7 75:7 75:8 75:12 75:12 75:13 75:17 75:18 75:20 75:21 75:23 75:23 75:24 75:25 75:25 76:3 76:7 76:7 76:8 76:12 76:13 76:17 76:19 76:20 76:24 77:4 77:8 77:10 77:11 77:13 77:17 77:18 77:19 77:20 77:20 77:21 77:22 78:1 78:1 78:5 78:8 78:9 78:12 78:15 78:19 78:22 78:23 78:25 79:2 79:2 79:10 79:14 79:15 79:17 79:17 79:20 | the(301) | 79:20 79:22 79:22 80:3 80:5 80:6 80:7 80:8 80:9 80:9 80:9 80:11 80:11 80:12 80:14 80:14 80:16 80:16 80:17 80:18 80:20 80:20 80:22 81:1 81:4 81:4 81:7 81:13 81:17 81:20 81:21 81:24 81:25 82:1 82:3 82:4 82:6 82:10 82:19 82:19 82:20 83:7 83:8 83:16 83:17 83:19 83:19 83:23 84:4 84:4 84:6 84:7 84:10 84:11 84:12 84:14 84:17 84:17 84:20 84:25 85:1 85:4 85:7 85:10 85:11 85:20 85:20 85:21 85:22 85:23 85:24 86:3 86:3 86:4 86:5 86:5 86:7 86:15 86:16 86:20 86:22 86:25 87:2 87:3 87:3 87:4 87:5 87:6 87:6 87:7 87:8 87:13 87:14 87:14 87:14 87:16 87:18 87:18 87:19 87:19 87:20 87:21 87:22 88:1 88:5 88:8 88:8 88:11 88:14 88:15 88:16 88:18 88:21 88:23 88:25 89:1 89:3 89:4 89:6 89:24 89:24 90:1 90:1 90:7 90:7 90:11 90:12 90:14 90:17 90:22 91:1 91:3 91:4 91:4 91:5 91:20 91:20 91:23 91:24 91:25 92:4 92:6 92:6 92:9 92:10 92:10 92:12 92:16 92:17 92:19 92:21 92:22 92:23 92:25 93:4 93:5 93:7 93:8 93:11 93:11 93:14 93:15 93:19 93:23 94:1 94:11 94:12 94:12 94:13 94:15 94:17 94:21 94:25 94:25 95:8 95:10 95:12 95:14 95:17 95:18 95:20 96:1 96:5 96:9 96:9 96:12 96:15 96:16 96:18 96:19 96:22 96:22 96:23 96:24 97:1 97:2 97:2 97:7 97:8 97:10 97:16 97:16 97:19 97:23 98:4 98:5 98:7 98:7 98:8 98:13 98:21 98:22 98:24 98:25 99:2 99:8 99:10 99:13 99:15 99:16 99:16 99:17 99:19 99:20 99:24 100:6 100:7 100:8 100:10 100:12 100:13 100:14 100:14 100:14 100:15 100:17 100:17 100:18 100:24 101:1 101:3 101:3 101:4 101:8 101:10 101:12 101:17 101:17 101:18 101:19 101:19 101:20 101:20 102:3 102:6 102:7 102:8 102:8 102:11 102:11 102:17 102:17 102:20 102:21 102:22 103:1 103:2 103:5 103:10 103:11 103:14 103:14 103:15 103:17 103:18 103:20 103:21 103:24 104:1 104:4 104:5 104:7 104:9 104:9 104:10 104:10 104:10 104:12 104:14 104:15 104:16 104:19 104:21 104:23 104:25 | the(301) | 105:1 105:3 105:7 105:7 105:9 105:10 105:12 105:13 105:14 105:15 105:17 105:18 105:19 105:20 105:23 105:23 105:24 105:25 106:1 106:2 106:3 106:4 106:8 106:8 106:9 106:10 106:11 106:15 106:16 106:17 106:18 106:22 106:25 107:2 107:3 107:3 107:4 107:5 107:7 107:8 107:9 107:11 107:12 107:15 107:15 107:17 107:18 107:19 107:19 107:21 107:22 107:23 107:24 107:24 107:25 107:25 108:5 108:7 108:9 108:10 108:12 108:14 108:16 108:17 108:22 108:22 108:24 108:24 108:24 109:3 109:5 109:10 109:11 109:13 109:13 109:16 109:16 109:17 109:23 109:23 109:24 109:25 109:25 110:2 110:3 110:6 110:9 110:11 110:12 110:13 110:14 110:15 110:17 110:19 110:20 110:21 110:22 110:24 111:2 111:4 111:7 111:10 111:14 111:16 111:17 111:20 111:21 112:1 112:4 112:8 112:12 112:13 112:14 112:14 112:16 112:18 112:21 112:21 112:23 112:25 113:2 113:4 113:6 113:6 113:12 113:14 113:14 113:14 113:16 113:19 113:22 113:24 113:25 114:1 114:3 114:9 114:10 114:13 114:13 114:16 114:16 114:18 114:19 114:19 114:20 114:20 114:21 114:22 114:23 114:24 114:25 115:2 115:2 115:4 115:4 115:6 115:7 115:8 115:9 115:12 115:12 115:16 115:16 115:17 115:19 115:19 115:21 115:21 115:22 115:25 116:1 116:2 116:4 116:7 116:9 116:13 116:14 116:16 116:16 116:17 116:19 116:19 116:21 116:22 116:24 116:24 117:1 117:1 117:2 117:3 117:5 117:6 117:7 117:7 117:8 117:9 117:10 117:17 117:22 117:25 117:25 118:4 118:7 118:11 118:14 118:17 118:18 118:20 118:22 118:25 118:25 119:5 119:8 119:8 119:10 119:12 119:13 119:14 119:15 119:17 119:20 119:21 119:22 119:22 119:23 120:1 120:7 120:7 120:11 120:12 120:12 120:15 120:16 120:19 120:20 120:24 121:1 121:2 121:4 121:6 121:8 121:9 121:11 121:13 121:17 121:20 121:23 121:23 122:1 122:4 122:4 122:5 122:6 122:15 122:16 122:17 122:20 122:21 122:23 122:23 123:1 123:3 123:6 123:7 123:8 123:10 123:15 123:15 123:16 123:18 123:18 123:19 123:20 123:21 123:23 123:24 124:1 124:3 124:7 124:9 124:12 124:15 124:17 124:18 124:20 124:24 125:2 125:4 125:4 125:7 125:9 125:10 125:10 125:15 125:16 125:17 125:17 125:18 | the(301) | 125:19 125:20 125:22 125:23 126:1 126:3 126:3 126:3 126:6 126:12 126:14 126:18 126:18 126:21 126:23 126:24 127:1 127:1 127:1 127:7 127:9 127:10 127:12 127:14 127:14 127:15 127:16 127:17 127:19 127:21 127:25 128:4 128:4 128:6 128:7 128:9 128:9 128:10 128:10 128:11 128:14 128:14 128:17 128:21 128:25 129:3 129:5 129:7 129:10 129:12 129:14 129:15 129:15 129:17 129:25 130:3 130:6 130:6 130:7 130:9 130:9 130:10 130:10 130:13 130:15 130:17 130:20 130:23 130:25 130:25 131:2 131:6 131:8 131:11 131:14 131:15 131:15 131:17 131:17 131:17 131:18 131:19 131:20 131:22 131:23 131:24 132:2 132:3 132:3 132:4 132:6 132:6 132:7 132:9 132:12 132:16 132:19 132:19 132:23 133:1 133:3 133:5 133:5 133:7 133:10 133:14 133:15 133:17 133:19 133:20 133:21 134:1 134:1 134:3 134:6 134:7 134:9 134:11 134:11 134:13 134:13 134:14 134:14 134:17 134:19 134:20 134:20 134:24 134:24 135:1 135:2 135:4 135:5 135:6 135:11 135:12 135:13 135:16 135:16 135:17 135:18 135:21 135:22 135:24 135:25 136:1 136:2 136:3 136:4 136:5 136:6 136:7 136:8 136:9 136:11 136:12 136:12 136:13 136:14 136:14 136:15 136:16 136:17 136:18 136:19 136:22 136:25 137:1 137:1 137:3 137:3 137:6 137:9 137:9 137:10 137:15 137:18 137:18 137:19 137:20 137:21 137:23 137:24 137:25 137:25 138:2 138:3 138:3 138:4 138:7 138:7 138:8 138:8 138:10 138:12 138:13 138:13 138:15 138:17 138:18 138:19 138:20 138:21 138:22 138:22 138:23 138:24 138:25 139:1 139:3 139:4 139:6 139:6 139:7 139:7 139:8 139:10 139:13 139:13 139:14 139:16 139:16 139:18 139:20 139:21 139:22 139:23 139:23 139:24 140:1 140:1 140:3 140:8 140:9 140:10 140:15 140:15 140:16 140:18 140:19 140:22 140:25 141:5 141:6 141:7 141:8 141:9 141:9 141:12 141:20 141:22 141:23 141:23 141:25 142:1 142:2 142:2 142:4 142:6 142:6 142:7 142:7 142:8 142:10 142:11 142:13 142:14 142:15 142:16 142:17 142:19 142:19 142:20 142:21 142:22 142:23 142:24 142:25 142:25 143:1 143:1 143:4 143:4 143:5 143:6 143:7 143:9 143:10 143:11 143:13 143:15 143:16 143:16 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **the**(301) 143:23 143:24 144:3 144:4 144:6 144:6 144:7 144:9 144:11 144:11 144:12 144:12 144:14 144:15 144:17 144:22 145:1 145:2 145:7 145:8 145:9 145:11 145:12 145:12 145:14 145:18 145:19 145:19 145:20 145:22 145:22 145:24 145:25 146:1 146:3 146:3 146:5 146:5 146:5 146:7 146:10 146:12 146:12 146:12 146:13 146:14 146:14 146:16 146:20 146:22 146:23 146:23 147:1 147:4 147:6 147:6 147:7 147:9 147:10 147:12 147:12 147:14 147:16 147:20 147:20 147:21 147:25 147:25 148:2 148:2 148:3 148:3 148:5 148:8 148:11 148:12 148:14 148:15 148:16 148:17 148:19 148:20 148:21 148:22 148:23 148:23 149:1 149:1 149:2 149:2 149:4 149:6 149:7 149:9 149:10 149:11 149:12 149:14 149:15 149:16 149:19 149:21 149:22 149:23 149:25 150:6 150:6 150:8 150:8 150:9 150:10 150:12 150:14 150:17 150:18 150:24 150:24 151:1 151:1 151:2 151:2 151:5 151:5 151:6 151:7 151:9 151:10 151:12 151:13 151:13 151:15 151:19 151:20 151:21 151:21 151:22 151:23 151:23 151:24 151:25 152:1 152:3 152:3 152:4 152:5 152:6 152:8 152:9 152:10 152:11 152:13 152:14 152:15 152:15 152:17 152:18 152:18 152:22 152:25 153:1 153:4 153:4 153:11 153:13 153:13 153:19 153:23 153:4 154:6 154:7 154:7 154:9 154:10 154:11 154:12 154:13 154:16 154:17 154:18 154:25 154:25 155:8 155:10 155:11 155:15 155:20 155:20 155:21 155:21 155:21 155:22 155:25 156:2 156:4 156:4 156:5 156:6 156:6 156:10 156:11 156:15 156:18 156:20 156:23 156:23 156:25 157:3 157:4 157:4 157:5 157:5 157:6 157:8 157:8 157:9 157:9 157:10 157:11 157:12 157:12 157:14 157:15 157:16 157:16 157:17 157:18 157:19 157:21 157:22 157:22 157:23 158:1 158:2 158:4 158:5 158:7 158:9 158:12 158:13 158:16 158:16 158:18 158:20 158:24 159:1 159:2 159:3 159:3 159:5 159:7 159:8 159:9 159:9 159:11 159:12 159:12 159:14 159:15 159:15 159:18 159:18 159:21 159:24 160:1 160:2 160:5 160:7 160:9 160:10 160:11 160:12 160:14 160:15 160:16 160:17 160:17 160:20 160:22 160:22 160:25 161:1 161:2 161:3 161:4 161:6 161:9 161:11 161:12 161:13 161:14 161:16 161:17 161:17 161:20 161:21 161:23 161:23 161:25 162:1 | **the**(210) 162:6 162:7 162:8 162:12 162:14 162:14 162:14 162:15 162:15 162:16 162:16 162:21 162:22 162:23 162:24 162:25 163:1 163:1 163:3 163:4 163:4 163:6 163:6 163:7 163:9 163:10 163:10 163:13 163:13 163:15 163:16 163:17 163:17 163:18 163:19 163:20 163:23 163:25 164:1 164:1 164:2 164:3 164:4 164:5 164:6 164:6 164:7 164:8 164:9 164:11 164:14 164:14 164:16 164:17 164:22 165:3 165:5 165:6 165:7 165:11 165:12 165:12 165:14 165:14 165:16 165:16 165:16 165:17 165:19 165:19 165:21 165:22 165:23 165:25 165:25 166:1 166:2 166:6 166:10 166:10 166:12 166:16 166:17 166:17 166:19 166:19 166:19 166:20 166:21 166:21 166:22 166:25 166:25 167:1 167:1 167:4 167:6 167:7 167:8 167:8 167:10 167:12 167:12 167:13 167:14 167:16 167:18 167:19 167:19 167:20 167:22 167:23 167:25 168:1 168:1 168:2 168:4 168:4 168:5 168:5 168:9 168:10 168:10 168:12 168:12 168:13 168:15 168:16 168:16 168:16 168:17 168:18 168:18 168:21 168:22 168:23 168:24 169:1 169:1 169:4 169:4 169:6 169:8 169:8 169:9 169:9 169:10 169:11 169:12 169:16 169:18 169:20 169:20 169:24 170:1 170:2 170:4 170:5 170:5 170:8 170:9 170:10 170:10 170:10 170:12 170:14 170:19 170:20 170:21 170:24 170:25 171:1 171:2 171:4 171:5 171:7 171:7 171:8 171:9 171:9 171:10 171:13 171:13 171:21 171:22 171:25 172:2 172:4 172:5 172:8 172:9 172:12 172:14 172:15 172:18 172:19 172:19 172:22 172:24 173:1 173:2 173:3 173:6 173:9 173:10 173:10 173:11 **the-envelope**(1) 119:16 **their**(25) 24:19 27:21 62:12 62:17 64:1 75:21 77:23 78:6 97:2 115:11 115:11 137:1 138:11 138:13 140:20 143:7 148:6 156:19 156:20 159:1 159:12 159:13 159:20 163:22 163:23 **them**(38) 5:10 12:1 15:6 18:18 33:14 35:16 36:5 38:24 43:20 45:20 67:2 73:23 73:24 77:21 81:5 88:19 88:20 91:3 91:13 99:7 101:22 105:11 111:13 119:6 120:4 141:14 143:3 143:13 148:6 149:17 150:11 153:25 154:17 163:21 166:11 167:4 169:2 169:2 **themselves**(8) 112:16 113:18 115:2 115:13 115:20 134:3 134:5 137:5 **then**(59) 10:17 15:5 18:2 19:19 24:23 26:8 26:18 35:3 49:5 64:5 64:15 68:24 87:9 87:9 88:1 100:17 101:11 101:21 101:23 102:6 103:25 118:16 119:7 120:16 120:23 125:12 128:1 128:12 129:1 129:5 130:24 131:4 131:13 133:7 135:19 136:2 136:21 136:22 136:23 141:10 142:22 147:23 148:17 148:19 149:2 151:14 156:10 157:23 159:3 159:21 162:23 162:24 163:20 164:7 165:9 165:14 166:11 168:24 171:19 **theories**(3) 86:2 137:7 137:17 | **there**(97) 12:19 16:23 19:10 19:20 24:3 24:5 24:20 27:16 40:12 45:2 46:6 50:4 56:13 57:17 59:7 66:19 71:11 82:24 83:6 83:6 86:4 86:10 86:12 86:19 87:9 88:3 88:3 88:18 97:14 100:19 101:14 102:17 105:22 106:15 107:2 107:20 109:2 112:20 113:2 116:1 118:23 121:24 122:12 124:5 126:1 126:5 127:3 129:4 129:14 131:9 132:4 132:7 137:16 137:21 138:11 142:18 144:9 144:19 146:17 146:18 146:19 148:11 149:8 150:11 150:12 152:24 153:8 153:16 153:24 154:14 156:24 157:23 158:4 158:11 159:2 160:1 160:8 160:15 160:19 161:15 161:25 162:1 162:10 162:18 162:19 162:20 164:8 165:1 165:2 165:8 168:20 170:7 170:15 170:23 172:4 172:14 172:21 172:22 **thereafter**(2) 48:2 76:6 151:25 **therefore**(7) 110:4 110:5 136:5 139:15 141:9 152:23 155:24 **thereof**(1) 9:13 **there's**(48) 5:17 16:15 19:10 32:9 41:16 50:1 51:14 56:17 67:1 68:16 98:15 104:22 106:6 106:7 108:2 108:6 110:1 110:6 111:14 114:10 115:3 115:7 115:8 116:23 117:23 121:21 122:18 125:21 126:22 126:24 132:6 143:9 144:13 148:3 148:4 148:13 151:11 155:25 158:1 158:2 158:10 161:13 163:18 164:7 164:12 167:7 169:15 172:4 **these**(100) 11:15 15:10 16:6 18:12 18:15 18:19 23:20 24:2 25:14 34:3 34:15 34:22 34:24 35:10 35:19 35:21 35:23 36:1 36:8 36:9 36:11 36:14 36:17 36:24 36:25 37:5 37:17 37:18 37:20 37:23 38:1 38:7 38:10 38:12 39:1 39:2 39:4 39:9 39:15 39:18 39:25 40:25 41:7 41:18 41:20 42:2 42:8 42:11 44:7 57:12 67:7 76:13 100:22 101:2 101:21 110:7 110:8 111:15 113:12 113:18 114:16 116:6 118:7 119:2 120:3 120:24 121:2 121:12 121:21 121:22 122:23 125:25 126:4 126:7 126:12 126:16 126:23 129:3 130:20 141:16 141:18 143:10 148:8 148:25 149:16 149:18 150:21 152:19 153:20 153:20 153:21 153:23 153:24 155:17 157:10 157:10 158:8 158:8 158:11 158:15 **they**(140) 5:25 11:2 12:7 24:19 28:24 36:12 37:1 38:8 38:15 39:13 39:23 42:3 42:3 45:6 53:24 60:4 61:4 62:16 62:16 64:5 64:5 64:7 65:21 66:14 66:17 67:11 69:3 69:11 73:24 75:5 75:17 77:5 77:7 77:9 84:23 84:24 84:25 89:20 90:3 90:25 91:1 91:1 91:2 91:3 92:17 99:25 101:13 102:8 102:12 103:1 105:9 105:10 106:1 110:4 110:5 110:11 113:19 113:20 114:8 114:8 114:8 114:9 115:3 115:3 115:10 115:10 115:17 115:17 115:23 116:14 116:16 117:7 119:16 119:18 119:18 119:19 120:6 121:11 121:23 122:19 125:17 126:10 126:16 129:16 134:4 135:2 135:2 135:11 135:11 136:12 136:12 136:20 137:8 137:13 139:21 141:14 141:16 141:20 141:21 141:21 141:22 142:5 147:1 143:13 143:18 143:19 143:20 143:24 143:25 143:25 144:24 144:24 144:25 147:1 147:6 147:8 148:17 148:18 149:14 150:22 151:1 151:10 152:9 153:21 154:23 154:24 154:24 154:24 156:11 156:21 157:20 159:9 159:13 159:17 159:21 159:25 168:10 168:11 169:2 **they're**(15) 42:7 107:18 109:7 109:12 110:9 115:20 118:13 125:15 126:14 143:9 146:25 147:2 147:3 159:22 161:6 **they've**(1) 159:6 | **thing**(7) 68:9 104:25 107:15 123:16 149:15 151:24 165:7 **things**(21) 5:26 38:13 81:4 81:4 109:12 110:8 111:11 111:12 111:13 112:15 119:2 125:18 126:23 129:17 150:8 155:25 156:25 158:14 158:15 169:6 169:14 **think**(98) 5:16 6:4 17:5 19:24 21:22 25:24 43:21 49:9 49:9 49:13 53:22 55:2 61:25 64:10 64:13 66:16 76:6 77:15 83:2 83:9 86:3 95:20 96:14 96:24 106:6 107:6 107:16 108:15 109:11 109:23 110:1 111:15 111:20 112:20 113:16 114:21 115:14 115:25 118:24 119:4 119:13 120:5 120:11 121:24 122:8 122:13 122:24 123:4 123:11 123:12 124:8 124:9 124:16 125:19 125:25 127:18 129:5 130:25 131:16 132:16 132:21 143:14 144:6 148:3 152:17 153:7 154:3 154:4 155:22 156:22 157:3 157:4 158:21 159:23 160:4 161:7 161:12 161:13 161:16 162:12 162:18 163:20 164:8 164:15 165:8 165:24 167:9 169:2 169:13 169:15 169:19 170:3 170:15 170:21 171:20 171:23 172:21 172:23 **thinking**(3) 58:25 105:16 154:24 **thinks**(2) 19:11 151:20 **third**(10) 50:5 50:12 50:14 77:1 121:5 134:4 148:15 163:13 163:14 165:3 **third-party**(1) 114:25 **this**(176) 7:11 7:18 8:13 10:7 12:14 12:16 12:17 13:7 15:13 15:15 15:18 15:22 16:19 17:3 17:18 19:2 19:5 19:6 19:13 20:3 20:6 20:10 20:13 20:16 20:17 20:20 21:18 22:21 23:2 23:22 24:9 24:15 25:8 25:22 27:2 28:11 28:13 32:19 34:10 34:11 36:4 39:21 42:18 44:6 44:8 44:9 46:2 46:2 46:22 46:23 51:4 51:6 52:2 55:17 57:11 58:2 58:7 58:14 58:17 58:25 59:20 60:8 60:11 62:23 68:22 73:3 73:9 73:13 73:19 73:24 73:25 74:10 75:18 76:17 78:11 78:12 78:25 79:2 84:12 84:16 86:3 87:24 91:8 91:14 92:22 95:18 95:22 96:1 98:8 99:11 100:8 100:21 100:25 101:6 101:15 101:18 101:20 102:19 107:21 107:21 108:4 108:8 109:4 112:13 112:17 112:18 112:22 113:4 113:5 113:8 113:11 115:14 117:9 117:13 118:21 121:3 122:7 122:10 122:18 122:21 122:24 123:8 124:15 124:16 124:20 125:1 127:23 131:20 131:23 131:24 131:25 132:5 132:8 132:15 133:22 137:12 140:3 142:19 144:1 144:19 145:7 146:24 147:2 147:22 148:19 151:6 151:20 153:12 153:17 154:14 155:1 155:4 155:5 155:20 156:8 156:9 156:17 156:20 156:25 157:9 158:4 158:5 158:6 159:10 159:10 159:11 159:14 161:25 162:9 162:19 167:9 167:9 168:6 169:1 171:14 171:23 **those**(86) 9:8 11:7 14:7 15:4 23:6 24:18 24:25 26:22 27:24 27:25 28:5 29:12 30:5 34:7 35:4 35:7 36:21 37:10 37:14 38:19 40:19 40:23 45:5 48:17 53:8 53:9 60:10 60:15 61:3 61:13 61:19 62:8 62:11 62:15 66:25 75:9 75:16 75:20 80:25 81:4 85:18 90:24 92:21 100:15 100:18 109:12 109:15 109:17 111:13 121:8 121:13 121:24 122:24 128:17 129:17 134:15 134:18 134:25 135:5 135:9 135:15 135:23 136:10 138:15 140:16 140:21 140:23 141:3 143:21 147:9 150:10 151:6 151:17 151:18 155:25 156:24 159:8 159:24 160:10 163:22 167:14 167:17 167:21 168:25 169:14 170:14 **though**(9) 19:11 48:2 60:5 61:10 110:12 112:23 125:9 143:10 169:24 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**thought**(13) 51:7 51:16 51:20 63:25 77:15 97:17 99:25 100:2 115:22 117:6 127:25 128:20 151:11

**thoughts**(1) 133:7
**thousands**(1) 169:24
**three**(21) 36:20 40:25 53:3 66:6 69:24 86:18 86:19 93:14 98:1 100:10 102:12 120:24 143:6 143:10 143:21 144:7 149:9 154:5 167:11 167:17 167:21

**threshold**(2) 153:23 155:8
**through**(56) 8:23 11:3 13:13 15:2 15:4 15:4 18:11 27:23 27:25 29:2 34:11 35:14 35:14 35:16 35:17 35:18 36:5 36:5 36:21 38:23 38:23 60:10 75:10 76:17 98:1 98:18 100:22 103:18 118:18 119:6 120:8 125:13 125:14 125:17 125:23 125:23 126:17 128:1 128:22 129:22 130:16 130:17 131:23 133:7 136:4 151:14 152:11 152:21 152:21 154:1 154:1 157:7 157:11 157:12 158:15 160:22

**throughout**(4) 74:21 122:15 142:16 153:22
**thus**(4) 119:1 122:9 139:17 140:9
**time**(61) 11:13 24:15 27:2 27:16 27:20 32:5 41:12 42:19 45:13 47:19 48:2 48:15 49:9 49:10 53:8 61:10 68:22 69:9 73:19 74:18 75:7 75:23 76:13 80:16 82:11 85:13 88:15 88:18 88:20 90:5 92:23 94:11 94:12 94:15 96:9 96:22 97:16 99:12 99:17 100:11 103:6 105:11 107:25 123:23 126:23 134:14 134:20 136:12 153:8 154:7 158:13 159:15 159:16 160:9 160:10 164:5 164:14 166:12 166:22 168:16 172:23

**times**(2) 27:25 154:5
**timing**(2) 112:18 141:19
**title**(3) 8:3 8:20 8:23
**today**(15) 29:1 44:21 46:5 52:9 55:17 60:13 62:8 91:23 110:1 142:23 152:24 154:16 156:13 156:15 167:24

**together**(3) 143:17 153:25 173:3
**told**(9) 13:20 66:12 85:14 85:15 95:2 144:16 156:11 169:18 169:19

**too**(9) 17:8 85:16 85:16 116:1 121:12 147:21 149:24 164:16 168:7

**took**(14) 10:18 24:19 48:17 84:20 97:16 98:23 99:17 102:12 134:17 135:3 135:11 144:11 159:13 171:18

**top**(8) 22:1 70:4 81:17 84:4 87:12 87:19 93:19 115:12

**topic**(1) 29:7
**total**(5) 27:22 27:24 27:24 29:1 29:4 97:24
**totaled**(1) 140:7
**totaling**(5) 76:13 99:5 134:22 134:23 140:5
**totally**(2) 76:25 101:16
**touche**(2) 37:19 61:9
**touched**(1) 171:14
**touching**(1) 158:22
**tough**(1) 95:21
**toward**(1) 65:3
**towards**(1) 88:16
**town"**(1) 151:7
**traced**(1) 155:2
**track**(1) 115:18
**tracking**(1) 122:4
**tracks**(1) 171:8
**traded**(1) 140:24
**transaction**(22) 14:15 14:23 48:7 48:7 48:9 48:12 48:18 48:25 52:3 52:15 52:22 53:8 54:25 55:4 55:8 55:15 57:12 57:24 62:4 121:17 165:21 165:22

**transactions**(3) 114:20 142:21 164:14

**transcriber**(1) 173:15
**transcript**(8) 1:28 1:52 3:17 3:18 88:22 106:8 106:11 173:10

**transcription**(2) 1:44 1:52
**transfer**(35) 45:24 46:3 49:14 49:16 49:19 51:6 54:11 54:11 54:15 54:16 54:17 54:21 70:8 70:9 70:12 70:14 71:12 71:18 75:12 94:15 96:9 134:2 134:21 136:12 148:7 148:7 148:24 157:13 158:10 159:2 164:24 164:25 165:19 165:23

**transferability**(1) 46:9
**transferee**(13) 54:7 54:20 139:7 148:24 149:2 162:16 162:22 163:18 165:9 165:13 165:15 165:17 166:19

**transferor**(3) 139:6 149:2 162:15
**transferred**(21) 11:22 12:2 13:15 51:22 69:17 75:23 76:7 76:24 94:12 96:22 133:25 139:8 140:15 160:12 160:13 162:16 166:7 166:8 166:10 168:16 171:19

**transferring**(3) 99:2 119:19 145:4
**transfers**(25) 11:16 11:24 15:21 76:13 114:20 131:22 134:3 134:15 135:8 135:15 135:18 135:24 136:5 137:11 137:12 141:19 145:9 148:12 155:2 155:5 160:10 160:14 162:16 168:1 169:4

**trial**(8) 6:5 7:12 25:4 107:7 109:13 109:25 132:8 142:16

**tried**(1) 12:2
**trimmed**(1) 133:21
**trouble**(1) 88:19
**true**(4) 17:10 85:4 148:11 157:21
**trust**(23) 1:16 2:11 2:34 6:22 6:23 8:2 8:5 8:15 9:7 9:10 10:15 10:17 10:18 10:23 11:23 12:18 46:6 55:18 68:25 135:4 138:1 140:23 142:10

**trustee**(13) 1:15 1:34 2:4 2:32 5:15 6:23 55:18 67:16 104:9 115:22 133:19 142:3 170:20

**truth**(2) 119:14 126:1
**try**(3) 11:18 60:12 83:12
**trying**(2) 102:14 159:22
**turn**(16) 14:24 19:1 36:20 38:4 46:17 47:2 53:12 69:22 70:17 71:22 72:8 79:25 81:10 93:10 93:11 95:6

**turning**(1) 156:2
**turnover**(2) 170:17 171:14
**two**(33) 11:7 11:15 14:19 22:2 23:20 27:22 28:5 41:20 45:2 46:16 53:23 65:17 69:24 76:13 80:17 83:6 88:17 107:20 114:20 125:18 132:10 141:18 142:21 146:19 150:24 151:15 151:22 155:1 155:5 156:15 157:17 160:11 167:8

**two-third**(5) 54:3 54:13 54:23 57:17 57:23
**two-thirds**(4) 54:6 54:17 165:10 165:11
**type**(3) 155:7 155:7 155:10
**typed**(1) 152:4
**typeface**(1) 152:4
**types**(3) 13:24 16:3 129:5
**typewriter**(1) 152:5
**typewritten**(1) 50:23

**ultimate**(1) 113:24
**ultimately**(2) 106:1 162:23
**um-hum**(3) 62:21 116:7 116:9
**unauthorized**(4) 141:1 141:2 169:25 171:4
**unclear**(1) 144:23
**unconditional**(1) 171:3
**under**(18) 43:8 45:24 96:6 109:17 141:17 141:21 146:22 149:22 150:20 155:11 157:4 159:1 165:7 166:20 169:17 170:17 171:1 173:4

**underlying**(5) 10:11 106:3 108:5 132:4 148:23

**underneath**(1) 95:20
**understand**(15) 6:1 6:4 17:7 19:17 25:24 59:2 67:22 68:2 68:6 68:18 68:20 90:6 92:6 94:15 169:21

**understanding**(23) 20:23 44:4 51:16 58:11 64:11 64:13 65:20 69:8 73:13 73:19 73:25 80:16 81:20 82:9 82:15 83:3 92:20 93:3 96:17 96:18 100:25 101:24 171:17

**understands**(1) 19:19
**understood**(6) 17:12 20:25 68:11 99:17 118:14 128:19

**underwrite**(1) 81:21
**undisputed**(2) 170:21 170:22
**undistributed**(1) 160:18
**uninvolved**(1) 48:17
**united**(2) 1:1 1:30
**unjust**(2) 141:6 171:22
**unjustly**(1) 141:11
**unknown**(1) 127:5
**unless**(5) 5:9 43:13 54:19 105:3 108:21
**unrebutted**(2) 156:16 157:1
**unremarkable**(1) 138:9
**unsecured**(1) 138:1
**untenable**(1) 141:5
**until**(8) 42:21 54:12 54:19 83:17 85:10 86:22 101:2 101:5

**unwarranted**(1) 141:23
**upcoming**(2) 96:2 141:2
**upon**(28) 10:1 10:3 11:6 13:10 13:17 18:18 21:5 32:8 32:19 32:21 32:23 33:3 45:2 71:7 72:3 76:12 109:11 109:24 133:21 135:7 139:10 140:2 151:6 152:12 161:1 162:6 162:25 163:7

**ups**(1) 160:8
**use**(3) 17:8 49:21 106:16
**used**(5) 26:22 33:17 103:19 105:20 108:21
**using**(1) 78:12
**usual**(2) 101:10 125:9
**uttered**(1) 113:7

**valid**(2) 46:9 158:10
**validates**(1) 137:25
**validly**(3) 45:24 150:23 156:21
**valuation**(1) 155:8
**value**(1) 56:14
**values**(1) 153:21
**various**(6) 9:10 15:3 16:9 29:9 45:15 86:2
**vast**(3) 139:23 142:10 160:17
**veil**(1) 167:7
**verdict**(2) 153:1 158:16
**verge**(1) 94:17
**version**(1) 159:1
**versus**(1) 166:17
**very**(36) 6:10 10:19 24:4 55:13 63:6 64:7 66:22 67:13 83:13 85:7 85:13 90:1 105:2 111:23 113:12 118:25 120:22 130:9 143:11 144:19 144:20 146:23 148:18 149:23 150:1 150:2 151:19 151:20 152:12 153:2 155:5 159:20 167:4 167:4 171:8 173:5

**vested**(1) 150:20
**victory**(1) 130:19
**view**(1) 157:19
**vince**(3) 69:9 82:12 143:6
**violates**(1) 172:7
**vjj**  (2) 45:7 45:9

**vjj**(80) 47:25 48:2 48:5 48:7 48:18 48:22 48:25 49:4 49:7 49:10 49:15 49:16 49:20 51:6 52:3 52:14 52:16 52:17 52:21 52:24 53:5 53:23 54:25 66:5 66:9 69:10 69:10 74:25 75:4 80:17 80:20 80:22 81:4 81:7 81:8 82:2 82:4 82:9 82:15 82:18 82:19 82:22 83:3 83:5 83:7 83:14 83:18 84:7 84:17 90:11 102:11 107:13 107:22 108:7 111:11 119:17 135:8 135:19 136:21 136:23 139:21 142:21 142:25 143:2 143:13 143:22 145:9 145:10 145:12 145:15 145:15 146:18 147:11 150:8 152:3 166:4 166:5 166:6 166:6 166:9

**vjj's**(5) 51:21 52:11 52:24 79:19 146:1
**vps**(1) 169:25
**wait**(2) 42:21 99:13
**waive**(2) 136:3 138:11
**waived**(5) 53:9 57:13 135:23 138:16
**waiver**(8) 24:3 137:18 137:22 137:24 138:12 138:14 140:22 172:2

**waivers**(3) 57:14 138:5 147:19
**walk**(1) 152:25
**walked**(1) 160:22
**want**(15) 17:8 24:1 42:19 58:18 64:7 64:8 99:6 115:18 117:10 132:19 133:6 133:8 161:5 170:11 172:1

**wanted**(5) 6:5 6:14 42:20 63:23 126:4
**was**(301) 8:20 9:3 9:19 9:25 10:1 10:3 10:13 10:16 10:21 11:4 11:10 11:11 11:12 12:4 12:17 14:2 14:3 14:8 14:8 14:10 14:14 14:16 15:13 15:25 16:15 16:21 16:22 19:23 19:25 20:10 20:12 21:18 21:19 22:13 22:17 23:7 23:8 23:20 25:21 25:21 25:22 26:25 27:3 27:10 27:16 28:8 28:14 28:25 30:7 32:3 32:5 32:7 32:12 32:13 32:19 32:21 34:2 34:7 34:18 40:12 40:25 41:2 41:11 41:12 41:13 44:22 44:24 45:8 47:24 48:2 48:4 48:5 48:12 49:4 49:7 49:10 49:25 51:22 52:23 53:9 53:23 57:17 57:24 58:10 58:14 58:14 58:15 58:15 59:3 59:5 63:22 64:10 64:13 64:17 65:17 65:25 66:6 66:9 68:14 68:24 70:14 71:1 71:8 71:14 73:13 73:13 73:19 73:20 73:21 73:25 74:10 74:25 74:25 76:18 77:15 77:15 77:21 77:23 78:4 78:11 79:10 79:17 79:19 79:21 80:16 80:17 80:20 81:20 82:8 82:12 82:24 83:2 85:9 85:12 85:13 85:15 85:15 85:19 85:20 85:22 86:4 86:16 86:19 88:1 88:3 88:14 88:16 88:16 89:9 90:21 91:3 91:6 92:2 92:3 92:20 92:20 93:4 93:5 94:17 96:10 96:14 96:15 96:18 96:19 96:24 97:1 97:17 97:19 98:21 98:21 98:23 98:24 98:24 98:25 99:24 100:6 100:11 100:17 100:18 100:21 100:23 100:25 101:1 101:3 101:5 101:10 101:11 101:19 102:17 102:18 102:19 102:19 102:20 103:18 103:20 105:22 105:22 105:22 105:24 105:25 106:10 106:14 106:14 106:23 108:13 108:18 109:4 109:9 109:14 109:20 111:5 111:7 111:10 111:14 111:20 111:15 115:17 115:21 116:25 116:25 117:13 118:9 118:12 119:1 119:15 122:3 122:4 123:7 123:9 123:11 123:23 123:25 124:18 124:24 125:5 125:20 125:22 126:3 126:24 126:25 127:4 128:10 128:14 129:8 131:10 134:9 134:16 135:6 136:12 138:20 140:18 141:2 142:5 142:19 143:2 143:20 143:25 144:1 144:1 144:2 144:10 144:13 144:16 144:19 144:20 144:21 145:1 145:6 146:1 148:11 149:8 149:18 149:19 149:20 149:22 151:2 151:11 152:14 152:15 153:6 153:7 153:8 153:9 155:23 156:12 156:12 156:14 156:24 157:20 158:3 158:5 158:21 159:9 159:14 159:16 159:22 160:2 160:2 160:5

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **was**(29) 160:8 160:11 160:12 160:12 160:15 160:19 160:22 161:5 162:23 164:12 167:13 167:15 167:15 168:4 168:9 168:10 168:11 168:16 168:22 169:19 169:20 169:23 169:24 170:4 170:4 171:15 172:2 172:24 173:6 | | **we'll**(24) 19:19 58:22 60:2 60:12 62:24 64:15 64:16 64:18 64:19 70:21 93:12 95:6 95:11 103:25 104:12 106:6 116:22 120:11 120:14 127:22 130:18 146:25 148:1 166:23 | | **wherever**(1) 48:17 | | **with**(184) 5:16 5:22 5:24 6:9 6:15 9:3 9:5 10:10 12:8 12:14 12:22 13:17 19:2 19:15 25:9 31:10 33:3 33:10 33:14 33:20 33:22 33:23 33:23 34:1 34:15 36:9 40:16 40:23 43:11 44:6 44:20 45:16 45:43 46:2 47:19 49:1 49:5 50:6 51:15 52:1 52:14 52:21 54:24 55:14 56:4 57:11 58:13 59:20 60:22 61:13 61:20 62:3 63:24 64:6 64:7 64:8 65:21 65:25 66:3 68:9 69:13 71:23 74:23 74:25 75:2 75:19 79:20 79:22 82:16 82:24 83:3 83:15 85:4 85:7 85:19 85:20 86:16 87:25 89:14 91:8 91:10 91:14 92:12 93:4 97:20 100:6 101:12 101:21 102:12 103:14 103:15 104:1 105:10 110:14 110:21 113:8 113:20 114:19 115:12 116:1 117:9 120:10 122:11 122:14 123:24 124:5 126:16 126:25 128:3 131:25 132:3 132:12 132:15 134:4 134:12 134:14 135:23 137:11 137:17 138:17 139:13 142:20 142:20 143:2 143:6 143:11 143:18 143:19 143:21 144:11 144:12 145:1 145:2 145:19 146:8 146:14 147:12 147:18 147:20 147:25 148:10 149:3 150:17 150:20 151:1 152:2 152:3 152:8 153:1 153:13 153:23 154:13 155:2 157:5 157:16 158:4 159:10 160:19 160:21 160:23 161:12 161:14 161:15 162:17 163:3 164:11 165:4 165:19 165:20 165:25 166:25 167:11 167:14 168:13 168:24 169:4 169:6 169:11 170:1 170:11 170:15 171:24 173:3 |
| **wasn't**(13) 34:5 43:2 78:1 84:14 90:24 92:16 94:19 144:7 145:8 149:17 156:25 161:6 171:17 | | **we're**(40) 16:17 22:20 24:2 28:7 33:17 43:1 50:19 51:2 51:11 59:23 60:9 70:12 74:6 82:1 93:19 104:7 105:4 105:16 107:20 111:7 111:12 112:11 120:14 120:16 120:19 121:17 128:21 128:22 129:14 131:13 131:23 132:2 138:6 143:4 145:3 151:22 151:23 154:8 168:14 173:5 | | **which**(135) 5:18 9:12 9:15 9:17 9:17 11:4 11:5 11:6 11:8 11:12 12:13 12:23 19:2 21:11 21:23 22:20 26:14 26:16 26:21 27:18 28:7 31:13 32:12 34:18 35:11 35:13 35:13 36:20 37:13 38:4 38:22 40:22 41:3 41:25 47:6 48:3 48:25 51:21 54:17 56:20 56:21 57:12 57:17 57:22 63:10 72:8 74:2 80:8 82:25 84:6 86:2 86:10 86:17 86:25 87:1 91:12 97:10 98:22 100:22 101:11 102:6 104:14 106:5 106:19 106:23 107:12 108:11 108:18 109:20 110:19 111:20 114:5 115:20 116:10 116:21 117:3 117:10 117:13 118:17 120:1 120:4 120:25 121:17 122:3 122:4 124:3 124:13 125:13 126:17 129:16 129:23 130:24 131:14 132:4 132:7 132:11 134:3 134:10 134:19 135:13 136:18 140:2 142:7 142:23 142:24 147:1 152:17 154:21 156:22 156:22 156:23 157:3 157:4 158:7 159:24 160:2 160:5 160:9 161:3 162:11 163:1 163:6 163:9 165:4 165:13 166:1 166:11 166:13 167:12 167:14 168:8 170:4 170:17 172:13 172:20 | | **withdraw**(8) 60:1 65:10 65:16 66:13 107:10 116:13 116:22 131:1 |
| **wavier**(1) 86:2 | | | | | | **withdrawal**(15) 11:10 11:11 11:21 13:4 13:19 32:5 32:16 32:16 151:16 151:19 156:11 156:21 160:23 160:25 161:1 |
| **way**(23) 43:12 48:13 51:17 59:3 61:13 66:1 66:2 68:19 80:9 84:2 92:17 105:12 109:25 113:9 121:13 142:20 145:25 150:11 152:2 152:2 156:19 158:5 158:7 | | **what**(202) 5:6 8:3 8:20 8:25 11:15 12:16 13:24 14:8 14:16 17:9 18:9 19:5 19:19 19:23 20:16 20:16 22:5 22:7 22:13 22:17 23:2 23:6 23:12 23:20 24:18 25:15 25:25 27:2 27:15 27:22 28:17 29:1 29:4 30:10 32:3 33:4 33:18 34:14 36:8 36:24 37:17 38:7 39:1 39:12 39:22 40:16 41:6 42:1 42:1 43:1 44:4 44:5 44:20 46:19 49:18 51:16 57:15 58:6 58:10 59:2 59:8 59:9 60:4 61:18 62:6 62:11 62:12 62:15 64:19 65:20 66:2 66:16 69:21 71:7 71:22 73:19 76:9 77:21 78:18 78:22 79:1 79:25 80:12 81:12 82:1 82:2 83:25 84:12 87:10 88:5 88:11 88:13 89:9 89:19 90:4 91:1 91:2 91:20 92:2 92:3 92:3 93:4 93:10 93:11 95:7 96:13 98:5 98:24 101:6 101:6 101:8 101:8 102:1 102:11 102:12 102:14 103:24 105:1 105:20 105:24 105:25 106:1 113:17 113:23 114:8 114:9 115:3 115:5 115:10 115:11 115:16 115:17 115:22 116:14 116:16 119:18 119:19 120:5 122:12 122:20 123:9 123:11 124:18 125:15 125:19 127:18 127:20 127:21 127:21 127:21 127:22 127:24 128:19 129:7 129:16 129:16 129:13 131:25 134:15 138:10 143:18 144:10 144:15 146:11 147:3 148:3 148:10 149:13 149:19 149:24 150:1 150:21 150:22 151:11 151:15 153:4 153:10 153:11 154:23 154:23 154:24 157:9 157:20 158:24 158:25 159:10 159:11 160:9 160:11 160:19 161:7 162:23 164:18 166:12 167:2 168:8 169:6 169:21 170:4 171:15 171:24 | | **while**(3) 105:15 158:24 159:5 | | |
| | | | | **who**(36) 8:1 12:4 13:18 20:3 20:25 45:5 45:7 45:9 45:12 61:19 65:24 66:7 75:17 77:7 99:24 102:7 115:4 115:5 122:17 126:25 143:17 144:6 145:14 150:20 153:4 153:10 153:12 154:9 154:20 158:3 158:13 167:12 167:13 167:14 168:11 168:13 | | |
| **wearing**(1) 143:13 | | | | | | |
| **week**(3) 5:7 5:9 88:17 | | | | | | |
| **weeks**(1) 88:18 | | | | | | **withdrawals**(7) 11:8 11:17 13:11 13:21 116:18 134:14 156:4 |
| **weight**(1) 135:16 | | | | | | **withdrawing**(1) 120:19 |
| **weiss**(13) 137:19 137:21 138:4 147:14 148:8 148:11 148:20 148:22 149:7 149:8 152:17 157:4 157:11 | | | | **whoever**(2) 98:25 122:12 | | **withdrawn**(3) 11:9 32:13 134:15 |
| | | | | **whole**(2) 73:23 75:18 | | **withdrew**(1) 134:11 |
| **weiss'**(2) 137:24 138:1 | | | | **whom**(3) 146:6 153:15 154:4 | | **within**(11) 20:6 36:12 107:4 113:2 113:4 113:6 120:4 121:21 126:18 164:3 164:4 |
| **welcome**(3) 42:24 64:25 161:9 | | **whatever**(11) 51:20 55:24 56:14 57:19 62:16 83:10 90:2 101:22 126:4 165:6 165:21 | | **whose**(4) 77:15 115:10 143:18 156:15 | | |
| **well**(66) 7:14 9:13 9:21 19:13 19:14 21:21 29:9 33:4 33:7 34:4 34:24 40:12 49:1 56:2 58:20 59:3 59:24 61:1 61:16 63:25 68:16 76:9 78:3 83:2 83:5 91:14 101:20 107:17 109:7 110:13 110:16 111:10 111:7 111:23 116:17 117:15 123:10 126:21 127:23 127:25 128:9 132:23 141:25 143:14 144:5 144:18 144:25 145:15 145:22 147:4 147:5 147:15 153:10 153:22 154:7 155:18 156:3 157:20 160:4 161:5 161:11 161:18 162:4 169:17 169:21 173:2 | | | | **who's**(2) 146:5 146:5 | | **without**(12) 6:8 106:20 117:2 129:23 136:22 136:25 137:14 144:22 148:17 165:22 167:17 167:20 |
| | | | | **why**(18) 16:8 23:22 28:5 42:11 65:16 100:18 100:21 101:14 113:18 115:23 123:9 123:10 132:21 140:19 153:16 154:23 156:13 168:2 | | **witness**(65) 5:21 5:21 5:25 6:23 7:3 7:5 7:7 7:18 8:12 10:20 13:3 17:3 20:20 21:3 23:11 23:13 24:5 25:6 26:10 26:14 26:16 30:12 30:19 31:1 31:8 31:17 31:24 44:12 50:3 50:5 50:10 50:12 62:23 63:8 63:9 63:10 63:16 63:19 63:20 64:23 64:25 65:4 65:6 66:25 77:20 78:8 80:8 80:12 87:6 87:14 87:18 87:20 87:22 88:8 92:16 93:8 95:17 96:18 97:8 98:5 103:10 115:4 153:12 153:24 154:16 |
| **went**(15) 13:12 26:8 26:9 83:5 91:5 118:7 137:13 141:20 144:17 148:14 148:22 160:11 167:18 171:9 171:15 | | **whatsoever**(1) 158:2 | | | | |
| | | **what's**(16) 21:22 22:23 55:12 91:20 92:25 93:1 108:22 108:24 113:14 115:5 115:6 117:19 126:1 129:13 130:3 132:18 | | **wife**(1) 76:14 | | |
| | | | | **wildly**(1) 153:22 | | |
| | | | | **will**(34) 17:5 20:24 21:24 24:20 46:6 53:17 54:7 67:22 87:9 91:4 99:25 100:2 116:12 119:23 120:24 130:7 130:10 132:17 133:5 138:6 139:12 141:15 141:17 148:7 153:18 160:19 163:2 171:16 | | |
| **were**(198) 8:25 9:23 10:10 11:2 11:22 13:7 13:10 13:11 13:14 13:18 15:23 16:6 21:11 23:2 24:5 24:6 25:15 26:2 27:20 28:14 28:24 28:24 34:19 34:24 35:2 35:10 35:10 35:21 36:9 36:11 36:12 37:5 37:20 38:10 39:4 39:25 40:12 40:23 41:18 41:21 41:21 41:22 42:8 44:19 44:24 45:2 45:5 45:6 45:9 45:13 45:23 45:23 48:11 48:17 55:2 57:13 58:2 58:6 58:24 59:1 60:8 61:4 61:7 61:25 62:2 62:3 62:9 64:1 68:14 69:3 69:3 69:9 69:11 73:22 75:4 75:5 75:16 75:17 75:17 75:25 80:17 82:9 83:6 85:7 85:11 85:18 85:23 86:10 86:12 88:3 88:18 89:9 90:2 90:2 90:3 90:24 91:1 91:11 91:12 91:15 99:22 100:6 100:11 101:7 101:8 101:14 101:23 102:3 103:1 105:9 107:2 107:20 109:12 111:12 113:19 114:9 114:10 116:18 119:17 122:16 126:17 126:17 127:7 129:17 129:21 129:22 134:4 134:12 134:19 135:2 135:12 136:1 136:9 136:10 137:21 138:7 138:18 139:20 139:21 139:24 140:2 140:17 141:1 141:1 141:16 141:16 141:18 142:1 143:2 143:3 143:7 143:10 143:12 143:13 143:18 143:19 144:6 145:9 145:18 146:19 147:10 147:20 149:12 149:12 149:14 149:15 149:18 150:5 151:1 151:1 151:3 151:15 151:16 152:17 152:21 153:14 154:23 154:24 156:21 159:8 159:8 159:9 159:14 159:24 159:25 160:14 167:12 167:14 167:15 167:21 168:3 168:5 168:13 169:2 170:12 172:23 | | **when**(43) 8:18 8:20 14:13 15:5 17:6 25:3 34:11 35:15 36:22 37:15 38:13 38:24 44:24 53:16 53:22 58:24 61:25 65:13 74:25 78:23 88:19 100:7 100:10 101:2 101:5 101:19 105:9 105:16 115:15 122:15 122:17 126:24 143:13 145:3 151:20 155:3 157:17 158:22 159:25 160:6 164:7 167:17 | | | | |
| | | **whenever**(1) 100:22 | | | | |
| | | **where**(62) 12:1 12:3 12:3 12:20 12:24 13:11 15:13 17:21 20:6 23:10 26:8 26:13 34:19 35:21 36:11 37:5 37:20 38:10 39:4 39:25 41:18 56:12 70:22 70:25 80:3 87:21 87:25 88:3 89:20 94:2 94:6 95:17 97:24 98:11 108:12 112:16 129:22 132:14 145:20 145:22 147:17 154:3 156:3 156:14 156:15 157:12 159:15 160:8 162:5 162:18 165:24 166:23 167:24 168:14 168:15 168:16 168:22 169:15 169:17 170:6 171:9 171:25 | | **wilmington**(4) 1:12 1:38 2:18 5:2 | | |
| | | | | **window**(4) 147:23 157:14 157:17 157:17 | | |
| | | | | **wishes**(1) 104:11 | | |
| | | | | | | **witnesses**(3) 103:11 105:10 155:15 |
| | | | | | | **witness's**(3) 43:25 51:15 83:20 |
| | | | | | | **won't**(1) 116:2 |
| | | | | | | **word**(5) 50:25 119:11 123:2 156:17 160:21 |
| | | | | | | **words**(3) 60:4 158:19 165:18 |
| | | | | | | **work**(5) 8:1 8:15 146:19 147:19 156:19 |
| | | | | | | **worked**(4) 32:22 48:16 63:25 144:12 |
| | | | | | | **working**(4) 8:15 8:18 8:21 90:2 |
| | | | | | | **works**(1) 67:25 |
| | | | | | | **world**(1) 152:11 |
| **weren't**(9) 58:25 62:6 78:4 78:5 94:23 105:8 105:10 127:7 168:25 | | | | | | **worry**(3) 89:21 90:4 144:16 |
| **werkheiser**(1) 105:3 | | **whereby**(2) 52:22 53:8 | | | | **worth**(1) 40:13 |
| **we'd**(3) 97:5 105:11 170:15 | | **whereupon**(1) 173:6 | | | | |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **would**(95) 5:24 8:9 9:2 9:9 9:12 12:6 17:4 18:1 21:9 21:12 21:14 22:6 24:23 24:25 26:14 26:19 26:21 26:22 27:4 27:22 28:3 28:4 29:1 29:4 32:14 32:23 35:1 46:15 46:17 47:2 55:7 56:4 56:14 58:13 59:20 61:17 63:9 63:10 63:10 64:2 64:5 64:6 64:19 65:2 72:21 72:21 74:18 74:24 75:7 82:21 85:19 87:6 87:14 88:4 89:3 96:19 97:23 100:3 100:16 100:17 101:14 101:15 101:15 103:17 103:21 104:17 104:18 109:11 113:11 117:11 118:8 119:2 123:16 130:21 132:21 132:25 140:19 140:25 142:23 142:24 142:25 147:22 147:23 162:24 163:8 163:19 164:14 164:16 165:24 167:10 167:24 167:25 168:1 168:19 168:25 | | **yes**(256) 7:10 7:13 7:16 7:21 8:13 8:17 8:24 9:25 10:3 10:9 10:13 10:20 11:25 12:15 13:9 13:13 13:20 15:1 15:12 15:17 15:20 15:24 17:19 17:24 18:8 18:14 18:17 18:21 18:25 19:4 20:4 20:12 20:15 20:20 22:4 23:5 24:5 25:2 25:6 25:12 26:6 26:10 27:1 27:8 27:12 27:16 28:2 28:7 28:16 29:14 30:1 30:4 31:11 32:2 32:20 32:23 35:6 35:9 35:12 35:25 36:3 36:16 37:9 37:19 37:12 37:25 38:3 38:8 38:15 38:18 38:21 39:8 39:17 39:20 40:4 40:7 40:10 40:15 41:16 41:24 42:2 42:10 45:1 45:4 45:6 45:17 46:10 46:13 47:1 47:4 47:14 48:5 49:2 50:5 50:18 50:19 50:25 51:3 52:7 53:14 53:21 54:5 55:11 59:16 60:3 61:2 65:5 65:12 66:6 66:16 66:14 67:1 68:4 69:1 69:5 69:7 69:15 69:20 70:4 70:9 70:11 70:19 70:24 71:10 71:14 71:17 71:21 72:2 72:14 72:17 72:24 73:2 73:7 73:12 74:5 74:9 74:12 74:17 74:20 74:24 75:11 75:15 76:2 76:5 76:11 77:3 78:3 78:20 79:4 79:7 79:9 79:13 79:16 79:21 80:15 80:19 80:21 80:24 81:3 81:6 81:9 81:11 81:15 81:18 81:19 82:11 82:17 83:4 84:5 84:12 84:22 84:24 85:2 85:5 85:13 87:2 87:4 87:7 87:16 89:8 89:12 89:15 90:10 90:14 90:16 90:18 90:20 90:23 91:16 92:6 93:8 93:15 93:25 94:3 94:5 94:8 94:14 94:18 95:5 95:24 95:25 96:4 96:8 96:22 96:25 97:4 97:15 97:22 97:25 98:10 98:13 98:17 98:21 99:19 99:21 99:23 100:9 100:9 101:25 102:16 102:24 103:5 103:24 104:19 111:8 111:8 112:12 114:18 118:4 119:12 120:7 120:9 120:18 120:20 121:4 121:10 123:3 124:22 124:23 125:2 125:7 126:14 127:8 128:6 128:16 128:25 129:12 129:24 130:20 131:4 131:7 132:22 145:11 155:18 173:1 173:1 | | **you**(301) 5:4 5:6 5:6 5:19 6:3 6:5 6:9 6:19 7:4 7:5 7:10 7:11 7:24 7:25 8:1 8:5 8:9 8:10 8:11 8:15 8:18 8:20 9:23 10:7 10:10 10:14 10:15 10:19 11:15 11:15 12:13 12:25 13:7 13:11 13:18 13:25 14:7 14:13 14:16 14:17 14:25 15:2 15:2 15:4 15:10 15:22 15:25 16:3 16:8 16:17 16:18 17:4 17:5 17:6 17:6 17:13 17:14 17:16 17:16 17:16 18:2 18:6 18:9 18:9 18:12 18:15 18:22 18:22 19:1 19:2 19:16 19:21 19:22 19:22 20:3 20:16 20:24 21:3 22:2 22:5 22:7 22:21 22:23 22:23 23:2 23:9 23:10 23:12 23:18 23:22 24:9 24:17 24:18 25:3 25:4 25:14 25:19 25:25 26:8 26:25 27:2 27:10 27:15 28:5 28:10 28:13 28:17 28:25 29:8 29:18 29:12 29:16 29:22 30:2 30:5 30:14 30:21 31:3 31:10 31:12 31:19 32:1 33:5 33:18 33:18 33:20 33:21 34:1 34:10 34:22 35:10 35:14 36:5 36:20 36:21 37:14 38:7 38:12 38:13 38:23 39:10 39:12 39:21 40:8 41:1 41:14 42:1 42:11 42:20 42:23 43:8 43:12 43:18 44:6 44:7 44:12 44:14 44:19 44:24 45:5 45:9 45:10 45:12 45:13 45:15 45:15 45:22 46:5 46:6 46:15 46:15 46:16 47:2 47:3 47:8 47:10 47:13 47:20 48:6 48:6 48:9 48:11 48:16 48:17 48:17 48:21 48:24 49:18 49:18 51:7 51:9 51:16 51:16 51:17 51:20 51:21 51:21 52:9 52:9 52:14 52:20 53:12 53:15 53:16 53:19 53:20 54:23 55:7 55:12 55:13 55:14 55:17 55:18 56:4 57:6 58:2 58:3 58:6 58:6 58:13 58:20 58:24 59:1 59:2 59:20 60:8 60:9 60:11 60:11 60:13 60:14 60:15 60:16 60:22 60:24 61:1 61:3 61:6 61:10 61:12 61:18 61:20 61:25 61:25 62:2 62:6 62:6 62:9 62:11 62:15 63:1 63:3 63:6 63:8 63:15 63:19 64:1 64:14 64:24 65:2 65:3 65:10 65:13 65:16 66:2 66:12 67:1 67:2 67:2 67:22 68:14 69:3 69:11 69:16 69:17 69:22 69:24 70:2 70:7 70:8 70:17 70:21 70:22 70:25 71:11 71:18 72:1 72:4 72:9 72:12 72:15 72:19 72:21 72:22 72:25 73:1 73:3 73:9 | | **you**(252) 73:19 74:6 74:7 74:13 74:16 74:18 74:22 74:23 75:1 75:13 75:14 75:23 75:24 75:25 76:1 76:7 76:9 76:12 76:14 76:24 76:25 77:4 77:8 77:9 77:20 78:13 79:14 79:15 80:3 80:12 81:5 82:21 82:25 83:2 83:3 83:4 83:9 83:9 83:11 83:13 83:14 83:25 84:6 84:10 85:7 85:11 85:14 85:15 86:9 87:2 87:8 87:8 87:10 87:18 87:24 88:1 88:13 89:1 89:2 89:3 89:6 89:7 89:9 89:13 89:17 89:17 89:18 89:24 90:8 90:19 91:9 91:10 91:10 91:12 91:14 91:15 92:10 92:11 92:12 92:15 92:22 92:25 93:10 93:15 93:16 93:23 93:24 94:1 94:6 94:11 94:12 94:15 94:16 94:19 95:2 95:3 96:1 96:2 96:5 96:9 96:19 96:22 96:23 96:24 97:8 97:14 97:16 97:17 97:23 98:11 99:1 99:2 99:15 99:17 99:17 99:22 100:2 100:3 101:6 101:7 101:7 101:8 101:8 101:14 101:19 101:19 101:22 101:23 101:23 102:1 102:3 102:14 102:22 102:22 103:3 103:5 103:8 103:8 103:10 103:24 104:17 105:1 105:2 105:2 105:3 105:3 105:22 107:20 111:20 114:21 115:15 115:18 115:18 115:23 116:6 116:20 117:10 117:22 118:5 119:23 121:12 122:2 123:18 124:5 124:6 124:15 124:15 125:4 125:18 126:15 127:7 127:7 127:17 129:21 131:19 132:19 132:21 133:2 133:11 133:12 142:12 142:13 143:16 144:2 144:3 144:7 145:7 147:13 147:15 147:25 148:11 149:23 149:24 150:13 150:16 151:10 151:14 152:5 152:20 152:25 153:10 153:11 153:15 154:14 154:16 154:25 155:1 155:3 155:16 155:16 155:19 155:22 155:22 155:24 156:7 156:8 156:10 156:18 156:21 156:22 156:23 157:3 157:4 157:9 157:10 157:11 157:12 157:13 157:20 158:17 158:18 158:22 158:25 159:6 159:17 159:20 159:23 159:25 160:9 160:16 160:19 161:8 161:11 164:18 165:6 167:6 167:6 168:7 169:21 171:16 171:23 173:5 |
| **wouldn't**(3) 24:3 28:5 170:6 | | | | | | | |
| **wrap**(1) 97:6 | | | | | | | |
| **write**(1) 23:21 89:17 100:3 145:15 | | | | | | | |
| **writing**(12) 52:10 52:17 56:20 56:25 57:1 57:22 134:9 144:20 144:21 144:22 145:5 168:12 | | | | | | | |
| **writings**(4) 53:3 53:8 53:9 57:12 | | | | | | | |
| **written**(35) 9:13 14:20 52:16 52:24 53:4 53:5 54:3 54:6 54:13 54:19 54:23 55:19 56:5 57:2 57:17 62:12 113:7 135:14 135:18 135:20 137:4 137:11 137:20 147:18 149:8 149:11 162:6 163:15 163:16 163:17 164:2 164:3 164:10 165:12 169:23 | | | | | | | |
| **wrong**(4) 82:8 154:23 159:23 166:3 | | | | | | | |
| **wrongful**(1) 171:3 | | | | | | | |
| **wrongfully**(1) 141:13 | | | | | | | |
| **wrote**(12) 71:19 72:15 73:3 73:19 75:13 76:12 76:14 76:25 134:5 134:7 134:8 171:16 | | | | | | | |
| **www.diazdata.com**(1) 1:48 | | | | | | | |
| **year**(16) 74:15 89:24 89:24 101:5 101:11 101:21 102:3 125:23 136:16 149:20 151:24 152:15 152:15 159:20 161:7 163:6 | | **yet**(4) 66:17 110:15 150:5 151:8 | | | | | |
| **year-to-year**(3) 122:6 135:1 135:3 | | **york**(2) 2:7 2:36 | | | | | |
| **yearly**(8) 77:22 81:8 85:3 89:25 90:8 90:19 102:2 136:20 | | | | | | | |
| **years**(16) 18:9 40:13 98:18 113:21 134:25 136:23 140:4 147:16 149:6 149:9 153:22 154:2 157:17 157:17 157:18 159:12 | | | | | | **young**(5) 1:34 5:14 67:15 104:8 133:18 |

| Word | Page:Line |
|---|---|

**your**(272) 5:5 5:13 5:18 6:3 6:9 6:13 6:14
6:14 6:15 6:17 6:21 6:23 7:6 7:9 7:13
7:20 8:3 8:20 8:25 10:1 10:16 11:23 12:11
12:11 13:25 14:24 15:21 16:12 16:19 17:3
17:7 17:9 17:12 17:15 17:15 17:22 18:5
18:22 19:1 19:9 20:23 21:14 21:22 23:16
24:1 25:5 29:12 29:15 29:19 29:24 31:12
31:19 32:3 32:3 32:19 32:21 33:3 33:4
33:21 34:9 34:9 36:4 37:13 38:4 38:22
40:8 41:3 41:25 42:17 42:18 42:23 43:15
44:2 45:15 46:11 46:20 47:9 51:4 53:18
58:2 58:6 58:10 58:13 58:13 58:24 59:23
59:25 60:2 60:9 62:1 62:19 62:23 63:2
63:13 63:19 63:19 64:10 65:19 66:11
66:15 66:20 66:23 67:7 68:17 69:8 69:16
69:21 71:12 73:5 73:13 73:19 73:25 74:22
75:6 76:14 78:12 79:10 79:19 80:4 80:16
81:20 82:8 82:15 83:2 83:7 86:1 86:10
86:24 88:6 88:22 89:16 90:6 90:21 91:10
91:17 91:22 91:24 92:5 92:20 92:24 93:3
94:16 95:9 95:16 95:20 96:13 96:17 97:1
97:3 97:5 99:8 101:24 103:4 103:5 103:7
103:12 103:13 103:16 103:22 104:9 104:17
104:24 105:7 105:19 106:2 106:5 106:10
106:19 106:23 107:8 107:13 108:11 108:18
109:2 109:8 109:10 109:19 109:24 110:19
111:1 111:8 111:24 112:2 112:5 113:11
113:16 114:2 114:5 114:15 115:14 115:24
116:3 116:6 116:8 116:20 116:20 116:25
117:6 117:17 117:23 118:3 118:3 118:6
118:16 119:7 119:13 119:25 120:5 120:10
120:10 120:23 121:3 121:8 122:2 122:3
123:2 123:17 123:17 124:3 124:13 124:16
125:12 125:16 126:7 126:15 126:21 127:8
128:13 129:2 129:6 130:12 130:22 131:14
131:16 132:10 132:15 132:21 133:2 133:11
133:12 133:16 133:19 133:24 137:23
139:3 139:15 139:24 141:22 142:5 142:12
142:15 144:5 144:18 145:24 146:9 147:9
147:10 147:22 151:9 152:17 153:25 154:1
157:19 158:19 158:21 160:7 160:21 161:4
161:8 161:10 166:4 172:21

**yours**(1) 97:17
**yourself**(14) 45:18 45:22 47:19 55:3 60:16
61:12 69:2 73:3 74:18 76:14 77:1 86:9
100:4 102:25

**yourselves**(1) 72:5
**you'd**(3) 47:12 65:1 147:19
**you'll**(3) 68:2 68:6 133:20
**you're**(28) 24:17 28:10 36:5 42:24 44:1
44:3 44:3 44:4 44:4 46:6 63:17 64:25
65:21 71:16 78:23 82:21 83:10 89:20
89:20 99:6 110:7 113:22 113:23 113:25
132:14 145:8 155:17 161:9

**you've**(39) 5:9 15:5 15:22 25:4 34:11
35:15 36:22 37:15 38:24 43:21 43:22
44:20 45:18 47:15 47:24 52:2 53:7 53:22
54:2 55:2 56:20 56:25 57:11 57:15 57:16
57:22 60:22 60:23 60:24 78:11 87:25
92:23 112:9 122:9 144:25 149:18 153:19
153:20 155:5
**zolfo**(1) 2:31
**"and**(1) 54:22
**"capital**(2) 59:17 138:24
**"identify**(1) 84:6
**"manager"**(1) 150:19
**"sheriff**(1) 151:7