

YOUNG CONAWAY
STARGATT & TAYLOR, LLP
*Attorneys at Law*

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

Margaret Whiteman Greecher
P 302.571.6753
F 302.576.3416
mgreecher@ycst.com

October 16, 2012

**BY CM/ECF AND HAND DELIVERY**

The Honorable Christopher S. Sontchi
United States Bankruptcy Court for the
    District of Delaware
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

        Re:    *In re American Home Mortgage Holdings, Inc. et al.*

Dear Judge Sontchi:

        We represent Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009 (the "Plan") in connection with the Chapter 11 cases of the above-referenced debtors (the "Debtors") and, more specifically, in connection with the Plan Trust's opposition and objection to (i) Motion for Entry of Administrative Claim with Brief in Support; (ii) Motion for Judgment as a Matter of Law of Administrative Claim Entered; and (iii) Claims Numbered 10870, 10875 and 10887 filed by Mr. Hussain Kareem. This Court held a trial on these matters on November 18, 2011, after which the Court requested post-trial briefing. The related Notice of Completion of Briefing was submitted on May 16, 2012 [D.I. 10454].

        On or about June 29, 2012, pursuant Rule 7007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, we submitted the opinion and related judgment entered by the United States Court of Appeals for the Fifth Circuit in *Hussain Kareem v. American Home Mortgage Servicing, Inc., et al*, Case No. 11-10701 (the "Opinion"). The Opinion, which was issued on June 26, 2012, affirms the Texas District Court's opinion in Mr. Kareem's Texas Action.

        We write this letter to inform the Court that the deadline to petition the United States Supreme Court for a writ of certiorari to review the Opinion passed on September 24, 2012. A review of the Supreme Court's searchable docket revealed no petition has been filed. Accordingly, the Opinion and related Texas District Court's opinion are now considered final.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Christopher S. Sontchi
October 16, 2012
Page 2

       As addressed in the Plan Trust's initial objection and subsequent post-trial briefing, and countered by Mr. Kareem in his pleadings, the Plan Trust believes that the finality of these orders is pertinent to the matter before this Court.

       As always, counsel for the Plan Trustee is available should the Court have any questions regarding this matter.

       Respectfully submitted,

       /s/ *Margaret Whiteman Greecher*

       Margaret Whiteman Greecher

MW

cc: Mr. Hussain Kareem

01:12621030.1