IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                              :     Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              :     Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                     :
a Delaware corporation, et al.,[1]                  :     Jointly Administered
                                                    :
                    Debtors.                        :
------------------------------------------------------------ x

**CERTIFICATE OF SERVICE**

I, Robert W. Mallard, Esq., hereby certify that on October 19, 2012, I caused a copy of the *Certification of Counsel for U.S. Bank National Association, as Trustee, in Connection with the Plan Trustee's Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a) for an Order (I) Approving the Stipulation By and Among the Plan Trustee, Citibank, N.A., as Trustee, and U.S. Bank National Association, as Trustee, Resolving (A) Cure Claims Asserted in Connection with the Assumption and Assignment of Certain Loan Servicing Agreements to American Home Mortgage Servicing, Inc. (F/K/A AH Mortgage Acquisition Co., Inc.) and (B) Certain Proofs of Claim, and (II) Granting Related Relief, Including Limited Releases and Exculpation* to be electronically filed through the Court's Case Management/Electronic Case File ("CM/ECF") system and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF Systems.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are: AHM Holdings (6303); AHM Investment, a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); AHM Corp., a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The mailing address for all of the Debtors is P.O. Box 10550, Melville, New York, 11747.

-2-

| | |
|---|---|
| Dated: October 23, 2012<br>Wilmington, Delaware | DORSEY & WHITNEY (DELAWARE) LLP<br><br> /s/ Robert W. Mallard              <br>Robert W. Mallard (DE Bar No. 4279)<br>300 Delaware Avenue, Suite 1010<br>Wilmington, DE 19801<br>Telephone: (302) 425-7171<br>Facsimile: (302) 425-7177<br>E-mail: mallard.robert@dorsey.com<br><br>*Counsel for U.S. Bank National Association, as Trustee* |