## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME<br>MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE §
§ SS:
NEW CASTLE COUNTY §

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for American Home Mortgage Servicing, Inc. f/k/a AH Mortgage Acquisition Co., Inc., in the above-captioned action, and that on the 17th day of October 2012, she caused copies of the following to be served upon the parties on the attached Service List via First Class Mail.

- Order Granting Parties' Stipulated Scheduling Order [Docket No. 10622]

Dated: October 17, 2012

_____
Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED before me, a
Notary Public for the State and County
aforesaid, on the day and year aforesaid.

_____
Notary Public

[Notary Seal: TIONA T. MALONE-JACKSON, MY COMMISSION EXPIRES DEC. 8, 2012, NOTARY PUBLIC, STATE OF DELAWARE]

Mark Kenney, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

Sean M. Beach, Esq.
Michael Neiberg, Esq.
Patrick A. Jackson, Esq.
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(Counsel to Plan Trustee)

Mark Indelicato, Esq.
Edward Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York NY 10022
(Counsel to Plan Trustee)

Steven D. Sass, Esq.
AHM Liquidation Trust
PO Box 10550
Melville NY 11747

Charles J. Brown, III, Esq.
Gellert Scali Busenkell & Brown LLC
913 Market Street
10th Floor
Wilmington DE 19801
(Counsel to Iron Mountain)

Margot Schonholtz
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York  10019
(Bank of America)

Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
(Bank of America)

Frank F. McGinn, Esq.
BARTLETT HACKETT FEINBERG P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
(Counsel to Iron Mountain)