## Attestation of Certified Copies of Original Documents

I, JAMES TOWENS am an officer and notary, is licensed in the State of Georgia to administer oaths. Come before me were documents identified as originals. I do affirm and attest that the documents were Certified Copies of the Originals by me and identified as follows:

1. Exhibit – 0080838 Declaration of Acceptance of Land Patent filed in Gwinnett County records on August 8, 2012, Deed Book 51560 Pages 422-425,
2. Exhibit-xx1954 Land Lottery Gwinnett County Register of Grants update filed in Gwinnett County records, Deed Book 51560 Pages 426-427 and;
3. Exhibit-xx1964 Page 245 of 1820 Land Lottery Gwinnett County Register of Plats update filed in Gwinnett County records, Deed Book 51560 Pages 428-429, respectively.

Executed this day of 29th, October, 2012

_____            _____
Notary Signature                                        unofficial witness

Seal



BK 51560 PG 0422

FILED AND RECORDED
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2012 AUG -8 PM 12: 12

RICHARD ALEXANDER, CLERK

After Recording Return to:
Attn: Administrator Carlysle Drive Kareem Family Estate
950 Herrington Rd., C66, Lawrenceville, GA 30044

308415

# DECLARATION OF ACCEPTANCE OF LAND PATENT
## AFFIDAVIT OF ACCEPTANCE

Dated: August 07, 2012

I, Hussain Lateef Kareem ®© do declare that, I am over the age of eighteen (18) years of age, competent, and do affirm, declare, certify by verification, the following facts under the penalty of perjury:

1). Said property resides within the known legal description of the Certified, Land Patent/Grant issued under the authority of the State of Georgia, Secretary Of State, Georgia Division Of Archives and History and assigned over or TRANSFERRED OVER to Hussain Lateef Kareem on the 4th day of April, 2012. The Land Patent/Grant and Plat were originally granted by then Georgia's Governor George M. Troup, grantor, to Joseph Collins, grantee, subsequently endorsed by the authorized signature of Steven Engerrand, in his capacity as, Interim Director. The Land Patent/Grant is a true and correct copy of page 210 of 1820 Land Lottery Gwinnett County Register of Grants (See Document No. XX1954) which shows, acknowledges and certifies that said property lies in Gwinnett County, District 7, Land Lot 37 and a true and correct copy of page 245 of 1820 Land Lottery Gwinnett County Register of Plats Book BBBB (See Document No. XX1964) contains the Kareem Family's parcel of land fully described by appropriate legal description below:

2). I, Hussain Lateef Kareem ®©, am the heir to the Creek and Cherokee Nations, beneficiary, and assignee of Joseph Collins, accepts the grant by the "Original Grantor" Georgia's Governor George M. Troup for my said portion of the Land Grant made through the Land Lottery sale by conveyance, assignment and transferred over with full allodial title. For all intents and purposes, the Government of Georgia granted over the land free and clear. I am, the grantee by being the beneficiary, heir and assignee, affirm my acceptance of the Land Grant, *nunc pro tunc*. The undisputed rights are attested and contained in the relevant parts by Governor Troups' conveyance found below:

## State of Georgia

"By His Excellency *George M. Troup* Governor and Commander In Chief of the Army and Navy of this State and of the Militia thereof.

TO ALL TO WHOM THESE PRESENTS SHALL COMER GREETING:

1

0080838

**KNOW YE,** ... **I HAVE GIVEN AND GRANTED**, and by these presents, in the name of this State, **DO GIVE AND GRANT** unto *Joseph Collins (RS) of Leonard's District of Morgan County, his* heirs and assigns; to her and their proper use and behoof forever in fee simple.......To have and to hold the said Tract or Lot of Land, together with all and singular the rights, members, and appurtenances thereof, whatsoever, unto the said *Joseph Collins his* heirs and assigns; to his and their proper use and behoof forever in fee simple. GIVEN under my hand and the Great Seal of the State, this *twenty sixth* day of January, in the year of our Lord eighteen hundred and *twenty four* and of the forty *eigth* year of American Independence. Signed by His Excellency the Governor, *GM Troup, 26th* day of *January* 1824. Registered the *26th* day of *January* 1824.

3). Wherefore all liens and encumbrances may be null, void and shall be removed as lien or encumbrance against my land patent/grant, accurately described in the Gwinett County Plat map attached hereinto. I have never bargained away the true and accurate land title conveyance by the State of Georgia nor its rights. All other liens have acted under the "color of law" and their descriptions are deficient.

4). This Affidavit contains my sworn declaration of my acceptance, being the assignee, of the Land Patent/Grant described in Exhibits XX1954 & XX1964 and certified through the Georgia Secretary of State. I accept as, the legal and equitable beneficiary, heir, successor-in-interests and assignee of the Land Patent/Grant Granted by the said Governor George M. Troup of Georgia and its full force and legal effect to unencumbered any liens and restore my allodial title affecting my parcel and portion of land, estate and real property described in Land Lot 37 of Henry County 7th District.

5). I declare, accept and affirm that I am the rightful beneficiary, in good standing as the lawful and legal assignee, successor-in-interests of the original grantor, Georgia's Governor George M. Troup, on the date stated upon the Land Patent, 26th day of January 1824, *nunc pro tunc* . The legal description and commonly known address of the portion of this patent accepted herein is as follows:

**Legal Description**

Said Property known as 2197 Carlysle Creek Drive, Lawrenceville, Georgia 30044.

BK51560 PG0424

(See Gwinnett County Records for Legal Full Description).

ALL THAT TRACT or parcel of land lying an being in Land Lot 37 of the 7th District of Gwinnett County, Georgia and being Lot 68, Block A of Carlysle, as per plat recorded in Plat Book 75, Page 97, Gwinnett County, Georgia records, which Plat is incorporated herein and made a part hereof by reference. (**Cross-Reference Legal Description Deed Book 15673, Pages 0216.**)

### Citation of Authority By Federal Supremacy Clause Of the United States Constitution

This notification affirms that the undersigned has held physical possession since 2006 and claims full and complete title to the private property and land, being the, beneficiary, successor-in-interests heir and assignee, and that the Land Patent/Grant is evidence of absolute title as determined in precedent United States Supreme Court Rulings citing on authorities in the following case law in support of my claim and standing :

See *Summa Corp. v California, 466 US 198*, also see *Surplus Trading Company v. Cook, 281 U.S. 647*; also see *Western Union Telegraph Co. v. Chiles, 214 U.S. 274*; also see *Arlington Hotel v. Fant, 278 U.S. 439*; also see *Pacific Coast Dairy v. Department of Agriculture, and see 318 U.S. 285 , U.S. v. Stone 2 US 525*.

[Applicable to the Certified copy of the Land Patent/Grant (See Exhibits XX1954 & XX1964 Attached) and filed into said county records].

Furthermore , I have engaged in the publication of legal notice to be witnessed for all men to be noticed and with an opportunity to contest, controvert, or bring verified proof to deny my Legal Notice of Gwinnett Daily Posts Newspaper/Publication to run from (August/02/2012) to (October/01/2012) with legal force and effect of public notice to all persons. Whereas, after sixty days (60) of continuous notice published and meeting all legal notice requirements, unless or until a party or parties bring a verified protest, contest or controvert my rights, claims and interests in the full allodial title derived from the Land Patent affecting my real property, land and estate, by full corporate or individual affidavit, then their concerns or claim shall forever be invalid and dismissed as void.

The foregoing declaration by Hussain Lateef Kareem is true and correct to the best of my personal knowledge and beliefs . It is not intended to deceive or mislead in anyone. If anyone or any person(s) wish to provide any sworn affidavit to the contrary of said declaration, then, I, Hussain Family of Kareem reserve the right to evaluate the claim, any contrary evidence and make a determination to settle the dispute by Declaratory Judgment in the proper U.S. District Court as the competent court of

jurisdiction embracing the veracity of such claims. Unless contrary evidence is received, within 60 days this declaration by legal notice, then I, Hussain Lateef Family of Kareem, shall not be under any obligation to address or resolve any untimely or unfounded allegation.

Whereas, I stand under the full-force and effect of the Georgia. Land Patent/Grant to hold forever in fee simple my property as expressed hereinto. My declaration is for the forever for the benefit of my heirs, beneficiaries, assignees or successors-in-interests.

Affiant sayeth naught more.
Respectfully Executed by my hand,
ALL RIGHTS RESERVED

_____                          _____
Hussain Lateef Family of Kareem, Affiant            Un~~official~~ witness

## JURAT

STATE OF GEORGIA )
                 ) ss
COUNTY OF WALTON )

SUBCRIBED TO AND SWORN before me this __7__ day of __AUG__, A.D. 2012, a Notary, that Hussain Lateef Kareem ®©, personally appeared, and known to me to be the man whose name is subscribed to in this instrument and acknowledged to be the same.

_____                                          Seal:
Notary Public in and for said State
Address: 950 HELLINGTON RD   My Commission expires: 01-07-2016

4

BK51560 PG0426

# STATE OF GEORGIA



OFFICE OF SECRETARY OF STATE
Georgia Division of Archives and History

*I, Steven W. Engerrand, Interim Director of the Georgia Division of Archives and History, do hereby certify that the document hereto attached and made part of this certificate is a true and correct copy of page 210 of 1820 Land Lottery Gwinnett County Register of Grants, showing Gwinnett County, District 7, Land Lot 37 and I further certify that the described grant book is on file and of official record in the Archives of the State of Georgia.*

*IN TESTIMONY WHEREOF, I have set my hand and affixed the Official Seal of the State of Georgia this 4th day of April, 2012*



*Interim Director, State Archives of Georgia*

XX1954

210

# STATE OF GEORGIA.                                     111954

By His Excellency _____ Governor and Commander in Chief of the Army and Navy of this State, and of the Militia thereof.

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

KNOW YE, That in pursuance of the several acts of the General Assembly of this State, passed the 15th day of December 1818, and the 16th day of December 1819, for making distribution of the land lately acquired of the Creek and Cherokee Nations of Indians, and forming the Counties of Early, Irwin, Appling, Walton, Gwinnett, Hall, Habersham and Rabun, in this State, I HAVE GIVEN AND GRANTED, and by these presents in the name and behalf of this State, DO GIVE AND GRANT unto

Joseph Collins R.S. of Leonards District Morgan County his

heirs and assigns forever, all that tract or lot of land containing *two hundred and fifty* acres, situate, lying and being in the *Seventh* district *Gwinnett* county in the said State, which said tract or lot of land is known and distinguished in the plan of said district by the Number *Thirty Seven* having such shape, form and marks as appear by a plat of the same hereunto annexed; TO HAVE AND TO HOLD the said tract or lot of land, together with all and singular the rights, members and appurtenances thereof, whatsoever, unto the said

Joseph Collins his

heirs and assigns, to *his* and *their* own proper use, benefit and behoof forever in fee simple.

GIVEN under my hand and the Great Seal of the said State, this *twenty sixth* day of *January* in the year eighteen hundred and *twenty four* and of the Independence of the United States of America the *forty eighth*        G. M. Troup

Signed by his Excellency the Governor the  
*27* day of *January* 1824

M. B. Lamar  S. E. D.

Registered the *27* day of *January* 1824

BK51560 PG0428

# STATE OF GEORGIA



OFFICE OF SECRETARY OF STATE
Georgia Division of Archives and History

I, Steven W. Engerrand, Interim Director of the Georgia Division of Archives and History, do hereby certify that the document hereto attached and made part of this certificate is a true and correct copy of page 245 of 1820 Land Lottery Gwinnett County Register of Plats Book MMM, showing Gwinnett County, District 7, Land Lots 37, 38, 39, and 40 and I further certify that the described plat book is on file and of official record in the Archives of the State of Georgia.

IN TESTIMONY WHEREOF, I have set my hand and affixed the Official Seal of the State of Georgia this 4th day of April, 2012



Interim Director, State Archives of Georgia

1 1 9 6 4

## 20 Chains to an Inch

Gwinnett County
Dist N° 7
Surveyed on the 1st July 1819
By John Allen D.S.
Charles A. Dickson ⎱ C C
Josiah Johnston ⎰
Magnetic Variation 5°30' East

```
Stake          1°40          Stake
Post O    ┌─────────────┐   Post O
          │ N 60 E 50   │
          │   N° 37     │
  N 30 W  │  250 Acres  │  S 30 E
   38     │             │   37
          │ Waters of   │
          │ Sweet       │
          │ Water Cr    │
  Pine    └─────────────┘   Pine
Stake        N 60 E 50       Stake
                N° 39
```

---

Scale of 20 Chains per Inch

Gwinnett County
Dist N° 7
Surveyed 1st July 1819
By John Allen D.S.
Charles A. Dickson ⎱ C C
Josiah Johnston ⎰
Mag.t Vara: 5° 30' E.

```
       Pine  Post O  Pine
Stake  ┌──────────────┐  Stake
Post O │    N° 38     │  Post O
       │              │
 N 30  │  250 Acres   │  N° 37
  39   │    Land      │
       │              │
  Pine │              │   Pine
Stake  └──────────────┘  Stake
         N 60 E 50
```

---

Scale of 20 Chains to an Inch

Gwinnett County
Dist N° 7
Surveyed on the 1st July 1819
By John Allen D.S.
Charles A. Dickson ⎱ C C
Josiah Johnston ⎰
Magnetic Vara 5° 30' East

```
Stake          N° 40         Stake
 Pine   ┌──────────────┐   Post O
        │  N 60 E 50   │
        │    N° 39     │
        │  250 Acres   │    N° 38
        │              │
        │  Waters of   │
  Pine  │  Sweet       │    Pine
        │  Water Cr    │
 Stake  └──────────────┘   Stake
             N° 37
```

---

Scale of 20 Chains to an Inch

Gwinnett County
Dist N° 7
Surveyed on the 1st day of July 1819
By John Allen D.S.
Charles A. Dickson ⎱ C C
Josiah Johnston ⎰
Magnetic Variation 5° 30' East.

```
        Hiccory  N° 77   Hiccory
Stake   ┌──────────────┐   Stake
        │  N 60 E 50   │
Hiccory │              │  Hiccory
        │   N°   40    │
  N° 6  │ Sweet Water  │  N° 41
District│   Creek      │
        │  250 Acres   │
 Post O └──────────────┘  Red O
 Stake     N° 39         Stake
```

COPY

Exhibit-XX 1900

## Legal Notice By Publication
## Gwinnett Daily Post Legal Advertisement No# 71453

Maggie,

Per the above legal notice, the electronic version was sent to you by email on Tuesday, August 21, 2012. I have enclosed a hard copy of this notice to you and to Citibank, N.A. Your records show that Citibank, N.A. is acting as the Trustee and assignee of the note sold by American Home Mortgage, a Trustee for American Home Mortgage Asset Trust (AHMA) 2006-3. The trust is not registered in New York or Delaware as required under the Pooling and Servicing agreement.

Attached is your copy of the Legal Notice Advertisement that has been running in the Gwinnett Daily Posts since August 02, 2012. Whereas, the Legal Notice is relevant to the recent updated and perfection of the land title grant acknowledged through the Secretary of State for the State of Georgia. Contemporaneously, the title has been updated and filed into the land records of Gwinnett County, Georgia.

The title updates significantly challenges the American Home Mortgage Security Interests, because the perfection of the legal description affects chain of ownership.

Whereas, AHM or successors in interests to AHM, must respond to change and oppose the veracity of the legal notice affecting the existing security lien, if there is any opposition at all. The title update, for all intents and purposes, establishes that there was a title defect. Potentially, to maintain a lien interests on a defected title, parties must bring action into a court of equity to resolve the controversy of the recently issued title granted by the government of Georgia.

With respect to the above ongoing public legal notice, the opportunity exists to mitigate damages due to the legal requirement for lien holders to respond. I do not foresee that AHM or the Plan Trustee for American Home Mortgage will have any interests in responding. However, the applicable law and the binding Security Deed Section 15 require for notice to be given and for lien holders to respond.

Maggie, if you or any successors-in-interest to American Home Mortgage have any questions or response, then I am open to discussing it with you.

Govern yourselves accordingly,

_[signature]_
Hussain Kareem, Title Holder/Claimant
Mobile: 404-907-0177

Exhibit XX1900

## Certificate of Service

I, Hussain Kareem, do certify that I have mailed by first class U.S. Mail the foregoing Legal Notice to the following at his/her address below:

Counsel for Debtors:

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Margaret Whiteman Greecher
Rodney Square
1000 North King Street
Wilmington, DE 19801
P 302.571.6753
F 302.576.3416
mgreecher@ycst.com Counsel for the Plan Trustee:

**HAHN & HAESSEN LLP**

Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, N.Y. 10022
Tel: (212) 478-7200

**The Plan Trustee:**
Steven D. Stass
AHM Liquidating Trust
P.O. Box 10550
Melville, NY 11747

**Citicorp (USA) Inc. d/b/a Citibank N.A.**
**HOLLINGSWORTH CHERYL J, CEO**
Registered Agent: CT Corporation System
1201 Peachtree St. NE
Atlanta. GA 30361
3999 PARK AVENUE,
NEW YORK, NY 10022
MAILING ADDRESS: 100 CITIBANK DRIVE,
SAN ANTONIO, TX 78245

*(signature)*

Hussain Kareem, Title Holder
2197 Carlysle Creek Drive
Lawrenceville, GA 30044
678-887-4965: Phone

2

Exhibit - XX1920

# Gwinnett Daily Post

## Rockdale/Newton Citizen

**Gwinnett Daily Post**
**P.O. Box 603**
**Lawrenceville, GA 30046**

07/27/12

Phone: (770) 963-9205      Fax: (770) 339-8082

| | |
|---|---|
| Account: 100020 | Date: 07/27/12 |
| | Start Date: 08/02/12 |
| Name: | Class: Public Hearings |
| Company: GWIN. PUBLIC NOTICES - PREPAID | Ad ID: 71453 |
| | P.O. |
| Address: 0000 | Words: 497 |
| 0000, GA 00000 | Lines: 122 |
| | Ad Taker: Tina Partridge |
| | E-mail: tina.partridge@gwinnettdailypost.com |
| Telephone: (770) 999-9928 | Phone: (770) 963-9205 |
| E-mail: | Extension: 1161 |

Gross: $200.00      Paid Amount: $200.00      Amount Due: $0.00

| Package or Publication | Start | Stop | Inserts |
|---|---|---|---|
| Legal Thursdays Gwinnett; Gwinnett Daily Post, Gwinnett internet | 08/02/12 | 08/23/12 | 26 |

*Thank You !*
*You can reach 260,000 readers every Sunday in Gwinnett County!*

---

**PUBLIC NOTICE BY PUBLICATION FOR LEGAL NOTICE**

This Public Notice is hereby given for the DECLARATION OF ASSIGNEE'S UPDATE OF PATENT/GRANT, signed and accepted by Hussain Lateef Kareem ®© against the properties situated at 1921 Carlysle Creek Drive, Lawrenceville, GA [30044] for reasons cited below:

Said property resides within the known legal description of the Certified Land Patent/Grant issued under the authority of the State of Georgia, Secretary Of State, Georgia Division Of Archives and History and assigned over or TRANSFERRED OVER to Hussain Lateef Kareem on the 4th day of April, 2012. The Land Lottery Patent/Grant and Plat (See Documents No. XX1954 & XX1964), were originally granted by Georgia's Governor George M. Troup to Joseph Collins, his heirs, assigns and beneficiaries were subsequently endorsed by the authorized signature of Steven Engerrand, in his capacity as, Interim Director. The Land Lottery Patent/Grant true and correct copy of page 210 of 1820 Land Lottery Gwinnett County Register of Grants and page 245 of 1820 Land Lottery Gwinnett County Register of Plats which shows, acknowledges and certifies that said property lies in Gwinnett County, District 7, Land Lot 37 contains the Kareem Family's parcel of land fully described by appropriate legal description below:

Legal Description
Said Property known as 2197 Carlysle Creek Drive, Lawrenceville, Georgia 30044.
(See County's records for Cross-Reference Legal Description Deed Book 15673, Pages 0216.)
ALL THAT TRACT or parcel of land lying an being in Land Lot 37 of the 7th District of Gwinnett County, Georgia and being Lot 68, Block A of Carlysle, as per plat recorded in Plat Book 75, Page 97, Gwinnett County, Georgia records, which Plat is incorporated herein and made a part hereof by reference.

Legal title to property is contingent upon the patent issuing from the Government. Sabo v. Horvath, 553 p. 2d 1039, 1040 (Aka 1976), case in point. Ruddy v.Rossi, (1918) 248 US 104.

Wherefore, anyone having a right, interest, or claim against the property, has sixty (60) days to dispute the patent/grant and its veracity by conveyance. Thereafter, the patent/grant can only be challenged by a higher patent/grant or right. By submitting a challenge, you agree to be assessed $15,000.00 per day for any party who submits an unverified interest or frivolous challenge related to said land. You agree to any evidentiary discovery of your records by subpoena for claim verification purposes. You must enter a proof of claim and documents to support your contestation of the grant. The eligible proof of claim form must be equivalent or have the same legal effect found under the U.S. Bankruptcy Court or the U.S. Court of Claims websites claim forms. The use of such forms will suffice when signed under the penalty of perjury. Claims

shall be administered in the competent court jurisdiction above. Your legal challenge must be presented in writing to the following by the expiration date of ___/___/2012:
Attn: Administrator Carlysle Creek Drive Kareem Family Estate
950 Herrington Rd., C66,
Lawrenceville, GA 30044
928-71453. 8/2,9,16,23

Exhibit-XX 1920
Page 2 of 2

Exhibit XX 1930

950 Hennington Rd, C66
Lawrenceville, GA 30044

Attn: Massie Greelen

Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, D.E. 19801

7012 1640 0000 4656 2589

Attn: Cheryl J. Hollingsworth
CEO

Citibank N.A.
100 Citibank Drive
San Antonio, TX 78245

7012 1640 0000 4656 2596



CERTIFIED MAIL

U.S. POSTAGE
$3.40
FCM LETTER
30096
Date of sale 09/04/12
06  2S00
08309201
APC
FC00047600205360

U.S. POSTAGE
$3.40
FCM LETTER
30096
Date of sale 09/04/12
06  2S00
08309201
APC
FC00047600105360