## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-11047 (CSS) |
| | § | |
| AMERICAN HOME MORTGAGE | § | CHAPTER 11 |
| HOLDINGS, INC., et al., | § | |
| | § | Jointly Administered |
| DEBTORS | § | |

## WITHDRAWAL OF APPEARANCE AND
## REQUEST TO BE REMOVED FROM CM/ECF SERVICE LIST

**PLEASE TAKE NOTICE** that Thomas H. Grace, now with Vorys Sater, Seymour and Pease LLP, withdraws his appearance herein on behalf of JPMorgan Chase Bank, N.A. and requests to be removed from the CM/ECF Service/Notice List.  Please remove as follows:

>Thomas H. Grace
>Vorys, Sater, Seymour and Pease LLP
>700 Louisiana Street
>Suite 4100
>Houston, Texas  77002
>Telephone: (713) 588-7034
>Facsimile: (713) 588-7074
>E-mail: thgrace@vorys.com

Date: November 6, 2012                    Respectfully submitted,

/s/ Thomas H. Grace
Thomas H. Grace
Texas State Bar No. 00785453
Federal I.D. No. 12618
Vorys, Sater, Seymour and Pease LLP
700 Louisiana Street, Suite 4100
Houston, Texas 77002
Telephone: (713) 588-7034
Facsimile: (713) 588-7074
E-mail: thgrace@vorys.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Withdrawal of Appearance and Request to be Removed from CM/ECF Service List* was electronically transmitted this 6th day of November, 2012 via the Court's CM/ECF.

/s/ Thomas H. Grace
Thomas H. Grace