IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                    :    Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                    :    Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,                         :
                                                          :    Jointly Administered
                                        Debtors.          ::
------------------------------------------------------------------------ x

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to the Plan Trust in the above-captioned case, and that on November 6, 2012, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Order Granting Parties' Stipulated Scheduling Order [D.I. 10622]

_____
Debbie Laskin

      SWORN TO AND SUBSCRIBED before me this 7th day of November 2012.

_____
Notary Public

MELISSA L. ROMANO
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 25, 2014

066585.1001
01:6163664.21

By First Class Mail

Virginia Whitehill Guldi
Zuckerman Spaeder LLP
1800 M. Street, N.W., Suite 1000
Washington, DC 20036

George Zelcs
Stephen Tillery
Korein Tillery LLC
505 North Seventh Street, Suite 3600
St. Louis, Missouri 63101

Davis Grais, Esq.
Kathryn Matthews, Esq.
Grais & Ellsworth LLP
1211 Avenue of the Americas
New York, NY 10036

Gary Gotto
Keller Rohrback LLP
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012

Jennifer Barrett
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue, 22nd Fl
New York, NY 10010

Eric Bruce
Soctt McCulloch
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

Mark Hansen
David Frederick
Kellogg, Huber, Hansen, Todd,
Evans & Figel
Sumner Square
1615 M. Street, N.W., Suite 400
Washington, DC 20036

Michael McKenna
John Ianno
National Credit Union Administration
1775 Duke Street
Alexandria, VA 22314

Lynn Lincoln Sarko
Derek Loeser
Keller Rohrback LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101

R. Karl Hill
Seitz Van Ogtrop & Green
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Eric Winston
865 South Figueroa Street, 10th Fl
Los Angeles, CA 90017