IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x   Chapter 11

In re:                                                                  :

                                                                        :   Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :
a Delaware corporation, et al., [1]                                     :   Jointly Administered

                                                                        :

    Debtors.                                                            :

------------------------------------------------------------------------- x

## AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON NOVEMBER 13, 2012 AT 3:00 P.M. (ET)

### ADJOURNED/RESOLVED MATTERS

1.    Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to
      Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule
      3007-1 [D.I. 4028, 5/12/08]

      Response Deadline:    June 4, 2008 at 4:00 p.m., extended for U.S. Bank, N.A. to April 2,
                            2012 at 4:00 p.m. (ET)

      Related Documents:

            a)    Order Sustaining Debtors' Seventh Omnibus [D.I. 4526, 6/11/08]

            b)    Re-Notice of Debtors' Seventh Omnibus (Non-Substantive) Objection to
                  Claims [D.I. 10357, 3/9/12]

      Responses Filed:    See Exhibit A, attached

      Status: An Order has been entered that partially sustains the Objection. With respect to
            the remainder of the relief requested and the remaining responses set forth on
            Exhibit A, this matter will be adjourned.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland
corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a
Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a
New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company
(1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New
York corporation (8580). The address for all of the Debtors is 224 Sherwood Road, Farmingdale, NY 11735.

[2] **Amendments appear in bold.**

01:12750315.2

2.    Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section
      502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
      1 [D.I. 5181, 7/18/08]

      Response Deadline:    August 11, 2008 at 4:00 p.m., extended to March 2, 2011 for
                            certain parties

      Related Documents:

            a)      Supplemental Declaration of Scott Martinez [D.I. 8630, 3/1/10]

            b)      Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to
                    Claims [D.I. 5463, 8/18/08]

            c)      Re-Notice of Debtors' Thirteenth Omnibus (Substantive) Objection to
                    Claims [D.I. 9768, 2/7/11]

      Responses Filed:      See Exhibit B, attached

      Status: Orders have been entered that partially sustain the Objection. With respect to the
              remainder of the relief requested and the remaining responses set forth on Exhibit
              B, this matter will be adjourned.

3.    Debtors' Twenty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section
      502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
      1 [D.I. 6826, 1/9/09]

      Response Deadline:    February 10, 2009 at 4:00 p.m.

      Related Document:

            a)      Order Sustaining Debtors' Twenty-Ninth Omnibus (Substantive)
                    Objection to Claims [D.I. 7023, 2/17/09]

      Responses Filed:      See Exhibit D, attached

      Status: An Order has been entered that partially sustains the Objection. With respect to
              the remainder of the relief requested and the remaining responses set forth on
              Exhibit D, this matter will be adjourned.

4.  Debtors' Forty-Fourth Omnibus (Substantive) Objection to Claims Pursuant to Section
    502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3997, and Local Rule 3007-
    1 [D.I. 8174, 10/13/09]

    Response Deadline:   November 6, 2009 at 4:00 p.m., extended to July 12, 2011 for
                         certain parties

    Related Documents:

        a)  Order Sustaining Debtors' Forty-Fourth Omnibus (Substantive) Objection
            to Claims [D.I. 8299, 11/13/09]

        b)  Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to
            Claims [D.I. 9816, 3/7/11]

        c)  Revised Order Sustaining in Part Debtors' Forty-Fourth Omnibus
            (Substantive) Objection to Claims [D.I. 9821, 3/9/11]

        d)  Order Sustaining in Part Debtors' Forty-Fourth Omnibus (Substantive)
            Objection to Claims [D.I. 9861, 3/17/11]

        e)  Re-Notice of Debtors' Forty-Fourth Omnibus (Substantive) Objection to
            Claims [D.I. 10052, 6/17/11]

    Responses Received:  See Exhibit E, attached

    Status: Orders have been entered that partially sustain the Objection.  This matter is
            adjourned with respect to the items listed in Exhibit E.

5.  Debtors' Fifty-Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section
    502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
    1 [D.I. 8939, 6/18/10]

    Response Deadline:   July 12, 2010 at 4:00 p.m., extended to August 9, 2010 for Assured
                         Guaranty Corp.

    Related Document:

        a)  Order Sustaining in Part Debtors' Fifty-Ninth Omnibus (Substantive)
            Objection to Claims [D.I. 9028, 7/19/10]

    Responses Filed:     See Exhibit F

    Status: An Order has been entered that partially sustain the Objection.  With respect to
            the remainder of the relief requested and the remaining responses set forth on
            Exhibit F, this matter will be adjourned.

01:12750315.2

6.    The United States' Amended Request for Payment of Chapter 11 Administrative
      Expenses [D.I. 9624, 1/4/11]

      Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to March 29, 2013 at
                            4:00 p.m. (ET)

      Objections Filed:    None to date

      Status: The matter will be adjourned to a date and time to be determined.

7.    Application of Countrywide Bank, N.A. and Countrywide Home Loans, Inc. for
      Allowance of Administrative Expenses [D.I. 9625, 1/5/11]

      Objection Deadline:    April 29, 2011 at 4:00 p.m. (ET), extended to March 29, 2013 at
                            4:00 p.m. (ET)

      Objections Filed:    None to date

      Status: This matter will be adjourned to a date and time to be determined.

8.    Protective Claim of Fred R. Hodoval, Rollover IRA, Pershing LLC, Custodian,
      Recognized Claim Number 1223571 [D.I. 9662, 1/10/11]

      Objection Deadline:    Extended to March 29, 2013 at 4:00 p.m. (ET)

      Objections Filed:    None to date

      Status: This matter will be adjourned to a date and time to be determined.

9.    Plan Trust's Seventy-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to
      Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
      Rule 3007-1 [D.I. 9817, 3/7/11]

      Response Deadline:    March 30, 2011 at 4:00 p.m. (ET)

      Related Document:

          a)      Order [D.I. 9913, 4/5/11]

      Responses Filed:    See Exhibit G, attached.

      Status: An order has been entered which partially sustains the Objection. This matter is
             adjourned with respect to those items listed in Exhibit G.

01:12750315.2

10.   Plan Trust's Seventy-Sixth Omnibus (Non-Substantive) Objection to Claims Pursuant to
      Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
      Rule 3007-1 [D.I. 9818, 2/7/11]

      Response Deadline:   May 4, 2011 at 4:00 p.m. (ET), extended to July 12, 2011 at 4:00
                           p.m. (ET) for certain parties

      Related Documents:

            a)   Revised Order Sustaining in Part Plan Trust's Seventy-Sixth Omnibus (Non-
                 Substantive) Objection to Claims Pursuant to Section 502(b) of the
                 Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1
                 [D.I. 9994, 5/9/11]

            b)   Re-Notice of Debtors' Seventy-Sixth Omnibus (Non-Substantive) Objection
                 to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
                 Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10053, 6/17/11]

      Responses Filed:     See Exhibit H, attached.

      Status: An order has been entered which partially sustains the Objection.  This matter is
              adjourned with respect to those items listed in Exhibit H.

11.   Plan Trust's Seventy-Ninth Omnibus (Substantive) Objection to Claims Pursuant to
      Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local
      Rule 3007-1 [D.I. 10015, 5/20/11]

      Response Deadline:   June 14, 2011 at 4:00 p.m. (ET)

      Related Document:

            a)   Order Sustaining Plan Trust's Seventy-Ninth Omnibus (Substantive)
                 Objection to Claims [D.I. 10059, 6/20/11]

      Responses Filed:     See Exhibit I, attached

      Status: An Order has been entered which partially sustains the Objection.  With respect to
              Exhibit I, this matter will be adjourned.

12.   Plan Trust's Eighty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section
      502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-
      1 [D.I. 10123, 8/10/11]

      Response Deadline:   September 1, 2011 at 4:00 p.m. (ET)

      Related Document:

01:12750315.2

> a)  Re-Notice of Eighty-Fifth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10396, 4/5/12]
>
> b)  Certification of Counsel [D.I. 10435, 5/3/12]
>
> **c)**  Order Sustaining in Part the Plan Trust's Eighty-Fifth Omnibus (Substantive) Objection to Claims [D.I. 10443, 5/4/12]

Responses Filed:    See Exhibit J, attached

Status:  An Order has been entered which partially sustains the Objection.  With respect to Exhibit J, this matter will be adjourned.

13.  Plan Trust's Eighty-Seventh (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10156, 9/7/11]

Response Deadline:    September 30, 2011 at 4:00 p.m. (ET)

Related Document:

> a)  Order Sustaining in Part Plan Trust's Eighty-Seventh (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1  [D.I. 10208, 10/7/11]

Responses Filed:    See Exhibit K, attached

Status: An order has been entered which partially sustains the Objection.  This matter will be adjourned with respect to the objection to the claims of Bear Stearns.

14.  Plan Trust's Ninety-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [D.I. 10289, 12/20/11]

Response Deadline:    January 12, 2012 at 4:00 p.m. (ET)

Related Document:

> a)  Order Sustaining in Part Plan Trust's Ninety-Third Omnibus (Substantive) Objection to Claims [D.I. 10314, 1/17/12]

Responses Filed:    See Exhibit L

01:12750315.2

Status: This matter is adjourned with respect to responses listed on Exhibit L. An order has been entered resolving the remainder of this matter.

15.    Motion of JPMorgan Chase Bank, National Association for an Order (i) Enforcing the Terms of the Stay Relief Order and (ii) Directing the Trustee to Turnover Funds [D.I. 10323, 1/31/12]

Objection Deadline:    February 10, 2012 at 4:00 p.m. (ET), extended for the Debtors

Objections Filed:

      a)    Plan Trust's Objection to Motion of JPMorgan Chase Bank, National Association for an Order (I) Enforcing the Terms of the Stay Relief Order and (II) Directing the Trustee to Turnover Funds [D.I. 10330, 2/14/12]

Status: This matter will be adjourned to December 11, 2012 at 2:00 p.m. (ET).

16.    Plan Trust's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain, to the Extent the Plan Trust has any Interest Therein [D.I. 10467, 5/31/12]

Objection Deadline:    June 18, 2012 at 4:00 p.m. (ET)

Related Document:

      a)    Order Granting Parties Stipulated Scheduling Order [D.I. 10622, 10/17/12]

Objections Filed:

      a)    National Credit Union Administration's Objection to Plan Trustee's Motion to Abandon Certain Documents Held by Iron Mountain [D.I. 10482, 6/18/12]

      b)    Limited Objection of Triad Guaranty Insurance Corporation to Trustee's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain [D.I. 10483, 6/18/12]

      c)    Limited Response of U.S. Bank National Association, as Trustee, to Plan Trust's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain, to the Extent the Plan Trust has any Interest Therein [D.I. 10484, 6/18/12]

      d)    Limited Objection and Reservation of Rights of JPM Litigation Defendants to the Motion of the Plan Trust for an Order Pursuant to 11 U.S.C. §§ 105(a), 1142(a), 554(a), and Rule 6007(a) of the Federal Rules

of Bankruptcy Procedure Authorizing the Abandonment of Certain Documents Held by Iron Mountain, to the Extent the Plan Trust has any Interest Therein [D.I. 10494, 6/22/12]

e)  Response of Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, Inc. to Plan Trust's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain, to the Extent the Plan Trust has any Interest Therein [D.I. 10495, 6/25/12]

f)  Federal Deposit Insurance Corporation's Objection to Plan Trustee's Motion to Abandon Certain Documents Held by Iron Mountain [D.I. 10497, 6/25/12]

g)  Federal Home Loan Bank of Seattle's Objection to Objection to Plan Trustee's Motion to Abandon Certain Documents Held by Iron Mountain [D.I. 10498, 6/25/12]

h)  Limited Objection of Federal Home Loan Bank of Chicago, Federal Home Loan Bank of Indianapolis, and the Federal Home Loan Bank of Boston to Plan Trustee's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain, to the Extent the Plan Trust has any Interest Therein [D.I. 10500, 6/25/12]

i)  Federal Home Loan Bank of San Francisco's Objection to Plan Trustee's Motion to Abandon Certain Documents Held by Iron Mountain [D.I. 10502, 6/25/12]

j)  Iron Mountain Information Management, Inc.'s Response to the Plan Trust's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain, to the Extent the Plan Trust has any Interest Therein [D.I. 10506, 6/28/12]

h)  Massmutual's Objection to Motion Authorizing the Abandonment of Certain Documents [D.I. 10515, 7/5/12]

i)  Federal Housing Finance Agency's Limited Objection to Plan Trust's Motion for an Order Authorizing the Abandonment of Certain Documents Held by Iron Mountain, to the Extent the Plan Trust has any Interest [D.I. 10518, 7/5/12]

Status: In accordance with the scheduling order this matter is adjourned to a date and time to be determined.

01:12750315.2

17.    Homesales, Inc.'s Motion for an Order Directing the Plan Trustee to Execute and Deliver an Assignment of Mortgage and, to the Extent Applicable, Granting Homesales, Inc. Relief from the Automatic Stay and Relief from Other Stays/Injunctions Imposed by the Confirmed Plan of Liquidation [D.I. 10559, 8/29/12]

Response Deadline:    September 11, 2012 at 4:00 p.m. (ET)

Related Document:

a)    Declaration in Support [D.I. 10561, 8/29/12]

Responses Filed:

b)    Plan Trustee's Objection [D.I. 10573, 9/11/12]

Status: This matter will be adjourned by agreement to December 11, 2012 at 2:00 p.m. (ET).

## UNCONTESTED MATTER GOING FORWARD

18.    Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a) for an Order (I) Approving the Stipulation by and Among the Plan Trustee, Citibank, N.A., as Trustee, and U.S. Bank National Association, as Trustee, Resolving (A) Cure Claims Asserted in Connection with the Assumption and Assignment of Certain Loan Servicing Agreements to American Home Mortgage Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.) and (B) Certain Proofs of Claim, and (II) Granting Related Relief, Including Limited Releases and Exculpation [D.I. 10625, 10/19//12]

Response Deadline:    November 6, 2012 at 4:00 p.m. (ET)

Related Documents:

a)    U.S. Bank National Association's Certification of Counsel [D.I. 10626, 10628, 10/19/12]

Responses Filed:    None

Status: This matter will be going forward.

## CONTESTED MATTERS GOING FORWARD

19.    Banc of America Leasing & Capital, LLC's Request for Allowance and Payment of Administrative Expense Claim [D.I. 9619, 1/4/11]

Objection Deadline:    April 5, 2011 at 4:00 p.m. (ET), extended to March 29, 2013 at 4:00 p.m. (ET)

Objections\Responses Filed:

a)   Objection of the Plan Trustee [D.I. 10580, 9/14/12]

b)   Response of Banc of America Leasing & Capital, LLC to Objection of
     Plan Trustee to Request for Allowance and Payment of Administrative
     Claim and Related Claim 10843 [D.I. 10609, 10/11/12]

Status: **This matter will be adjourned by agreement of the parties.**

Dated: November 12, 2012
       Wilmington, Delaware            YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

                                       /s/ Patrick A. Jackson
                                       Sean M. Beach (No. 4070)
                                       Margaret Whiteman Greecher (No. 4652)
                                       Patrick A. Jackson (No. 4976)
                                       Michael S. Neiburg (No. 5275)
                                       1000 North King Street
                                       Wilmington, Delaware 19899
                                       Telephone: (302) 571-6600
                                       Facsimile: (302) 571-1253

                                       -and-

                                       HAHN & HESSEN LLP
                                       Mark S. Indelicato
                                       Edward L. Schnitzer
                                       488 Madison Avenue
                                       New York, New York 10022
                                       Telephone: (212) 478-7200
                                       Facsimile: (212) 478-7400

                                       *Co-Counsel to the Plan Trustee*

01:12750315.2

### Exhibit A, Seventh Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Assoc. | 4362, 6/4/08 | Adjourned |

### Exhibit B, Thirteenth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Countrywide | 5337, 8/8/08 | Adjourned |

### Exhibit D, Twenty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Sharaine Hughes |  | Adjourned |

### Exhibit E, Forty-Fourth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | U.S. Bank National Association |  | Adjourned |

### Exhibit F, Fifty-Ninth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Assured Guaranty Corp. |  | Adjourned |

### Exhibit G, Seventy-Forth Omnibus Objection

|  | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
|  | Placer County |  | Adjourned |

01:12750315.2

## Exhibit H, Seventy-Sixth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | UBS Securities LLC POC No. 10787 | | Adjourned |
| | Countrywide Bank, F.S.B. | | Adjourned |
| | Countrywide Home Loans, Inc. | | Adjourned |

## Exhibit I, Seventy-Ninth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Ventura County | 10044, 6/14/11 | Adjourned |

## Exhibit J, Eighty-Fifth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Torrence Caldwell | | Adjourned |

## Exhibit K, Eighty-Seventh Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Bear, Stearns & Co., Inc. | | Adjourned |

## Exhibit L, Ninety-Third Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| | Bank of America | | Adjourned |

01:12750315.2