IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[2]                                     :
                                                                       :   Jointly Administered
           Debtors.                                                    :
                                                                       :
                                                                       :
---------------------------------------------------------------------- x

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on November 12, 2012, a true and correct copy of *Homeward Residential's Requests for Admissions, Interrogatories, and Requests for the Production of Documents Directed to Iron Mountain* was served upon the parties listed below via Electronic Mail.

| | |
|---|---|
| Charles J. Brown, III, Esq.<br>Gellert Scali Busenkell & Brown LLC<br>913 Market Street, 10th Floor<br>Wilmington DE 19801<br>(Counsel to Iron Mountain) | Frank F. McGinn, Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA 02110<br>(Counsel to Iron Mountain) |

In addition, on November 13, 2012, a true and correct copy of the aforementioned document was served upon the following via Electronic Mail:

| | |
|---|---|
| Sean M. Beach, Esq.<br>Michael Neiberg, Esq.<br>Patrick A. Jackson, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>(Counsel to Plan Trustee) | Mark Indelicato, Esq.<br>Edward Schnitzer, Esq.<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York NY 10022<br>(Counsel to Plan Trustee) |

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

DEL 86422991v1

Dated: November 13, 2012

*/s/ Victoria W. Counihan*
Victoria W. Counihan (No. 3488)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000

And

Dan B. Prieto (TX 24048744)
Basheer Ghorayeb (TX 24027392)
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: (214) 220-3939

*Counsel for Homeward Residential, Inc.*

DEL 86422991v1