**SIGN-IN SHEET**

CASE NAME: American Home Mortgage

CASE NO: 07-11047  (CSS)

COURTROOM LOCATION: 6

DATE: 11/14/12  AT 9:30 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Patrick Jackson | YCST | Plan Trustee |
| Robert Mallard | Dorsey Whitney | U.S. Bank as Indenture Trustee |
| R. Stephen McNeill | Potter Anderson | Bank of America as Agent |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**