**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------ x
In re:                                                              :     Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :     Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                  :
                                                                    :     Jointly Administered
       Debtors.                                                     :
                                                                    :     **Ref. Docket Nos. 4828, 6460, 9636, 9637,**
                                                                    :     **9640, 10273, 10274, 10326, 10467, 10622 & 10653**
------------------------------------------------------------------ x

**CERTIFICATION OF COUNSEL REQUESTING ENTRY OF ORDER VACATING
PARTIES' AMENDED STIPULATED SCHEDULING ORDER**

The undersigned counsel to Steven D. Sass, as liquidating trustee (the "Plan Trustee") for

the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the*

*Debtors Dated as of February 18, 2009* (the "Plan") in the chapter 11 cases of the above-

captioned debtors, hereby certifies that:

1.      The Plan Trustee, Homeward Residential, Inc. (f/k/a American Home Mortgage

Servicing, Inc. (f/k/a AH Mortgage Acquisition Co., Inc.)) ("HRI"), and Iron Mountain

Information Management, LLC (f/k/a Iron Mountain Information Management, Inc.)

(collectively with its affiliated entities, "Iron Mountain" and, together with the Plan Trustee and

HRI, the "Parties") previously stipulated and agreed to a discovery schedule in connection with

with (i) the cure claim filed by Iron Mountain on June 25, 2008 [D.I. 4828] (the "IM Cure

Claim"); (ii) the administrative expense requests filed by Iron Mountain on October 24, 2008

[D.I. 6460], and January 5, 2011 [D.I. 9639 & 9637] (collectively, the "IM Admin Claims"),

---

[1]       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a
Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland
corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland
corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American
Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate
Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great
Oak"), a New York corporation (8580).  The address for all of the Debtors is 224 Sherwood Road, Farmingdale, NY
11735.

(iii) the administrative expense request filed by HRI on January 5, 2011 [D.I. 9640] (the "HRI Admin Claim"), and (iv) the Plan Trustee's motion to abandon certain documents held by Iron Mountain, to the extent the Plan Trust has any interest therein [D.I. 11047] (the "Abandonment Motion" and, together with the IM Cure Claim, the IM Admin Claims, and the HRI Admin Claim, the "Contested Matters"), each of which is a contested matter under Fed. R. Bankr. P. 9014.  This schedule was approved by order of this Court on October 16, 2012 [D.I. 10622], as amended on November 14, 2012 [D.I. 10653] (the "Scheduling Order").

2.       The Parties have reached a settlement principle of the Contested Matters and certain related issues.  Pending documentation of this settlement, the Parties agree that the Scheduling Order should be vacated.


[*Remainder of page intentionally left blank*]

01:12860217.1

3.      A proposed form of order vacating the Scheduling Order is attached hereto as

**Exhibit A**.  The Parties respectfully request the Court's entry of the proposed form of order at its

earliest convenience.  Counsel is available should the Court have any questions or concerns

regarding the foregoing.

Dated: November 20, 2012

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Patrick A. Jackson*
Sean M. Beach (No. 4070)
Michael S. Neiburg (No. 5275)
Patrick A. Jackson (No. 4976)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                                                                           :   Chapter 11
                                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                                 :   Jointly Administered
            Debtors.                                                        :
                                                                                 :   **Ref. Docket Nos. 10622, 10653, & ____**
                                                                                 :
---------------------------------------------------------------- x

## ORDER

Upon consideration of the certification of counsel filed by counsel to Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in the chapter 11 cases of the above-captioned debtors, it is hereby

ORDERED that the scheduling orders appearing as docket items 10622 and 10653 in the above-captioned chapter 11 cases are hereby VACATED; and it is further

ORDERED that the Court shall retain jurisdiction over all matters regarding the interpretation or enforcement of this Order.

Date: Wilmington, Delaware
      November___, 2012

_____
Christopher S. Sontchi
United States Bankruptcy Judge

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 224 Sherwood Road, Farmingdale, NY 11735.