IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re: : Chapter 11
:
AMERICAN HOME MORTGAGE HOLDINGS, : Case No. 07-11047 (CSS)
INC., a Delaware corporation, et al.,[1] :
: Jointly Administered
Debtors. :
:
:
------------------------------------------------------------------------ x

## SCHEDULING ORDER

To promote the efficient and expeditious disposition of the Request for Allowance and Payment of Administrative Expense Claim filed by Banc of America Leasing & Capital, LLC ("BALC") [D.I. 9619] (the "BALC Admin Claim"), the objection of Steven D. Sass, as liquidating trustee (the "Plan Trustee", and with BALC, the "Parties") for the Plan Trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* (the "Plan") in the chapter 11 cases of the above-captioned debtors, to the BALC Admin Claim [D.I. 10580] (the "BALC Admin Claim Objection") and the response of BALC to the BALC Admin Claim Objection [D.I. 10843] (the "BALC Response"), which are contested matters under Fed. R. Bankr. P. 9014, the following schedule shall apply:

1. **Written Fact Discovery**. Written fact discovery may be served commencing on December 3, 2012. By December 12, 2012, each Party shall, without

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM SV"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

01:12874875.1

awaiting a discovery request, provide to the other Party the information required by Fed. R. Civ. P. 26(a)(1)(A)(i)-(iv). Written fact discovery may not be served after December 28, 2012.

5. Written responses to any written fact discovery, including any requested responsive documents, shall be served within thirty (30) days of the date on which the fact discovery was served on the responding Party. All discovery requests and any written responses thereto may be served electronically by email on counsel.

6. **Fact Witness Depositions**. The Parties shall seek to schedule all depositions of any fact witnesses, including any corporate designees pursuant to Fed. R. Civ. P. 30(b)(6) so that all the depositions are scheduled to take place between January 14, 2013 and February 22, 2013.

8. The Parties shall exchange witness lists for fact witnesses to be called either live or by deposition in the Parties' respective cases-in-chief on or before March 1, 2013.

9. The Parties shall exchange exhibit lists on or before March 1, 2013. A status conference on the BALC Admin Claim shall be held at the first regularly scheduled omnibus hearing date that is after March 1, 2013, at which time, the Parties shall seek to schedule an evidentiary hearing on the BALC Admin Claim.

10. Any deadline contained in this Scheduling Order may be extended by the consent of the Parties or by the Court upon written motion and for good cause shown.

Dated: _____11/21_____, 2012
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

01:12874875.1