```
            IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF DELAWARE


IN RE:                          )    Chapter 11
                                )
                                )
AMERICAN HOME MORTGAGE          )    Case No. 07-11047 (CSS)
HOLDINGS, INC., et. al.,        )
                                )    Courtroom 6
                                )    824 Market Street
         Debtors.               )    Wilmington, Delaware
                                )
                                )    November 14, 2012
                                )    9:30 a.m.


                 TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE JUDGE CHRISTOPHER S. SONTCHI
              UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For Plan Trustee:        Young Conaway Stargatt & Taylor,
                         LLP
                         BY:  PATRICK JACKSON, ESQ.
                         1000 North King Street
                         Wilmington, DE  19801
                         (302) 571-6600



ECRO:                    LESLIE MURIN

Transcription Service:   DIAZ DATA SERVICES, LLC
                         331 Schuylkill Street
                         Harrisburg, PA  17110
                         (717) 233-6664
                         www.diazdata.com



Proceedings recorded by electronic sound recording;
transcript produced by transcription service
```

```
APPEARANCES:
(Continued)

For U.S. Bank as          Dorsey & Whitney
Indenture Trustee:        BY: ROBERT MALLARD, ESQ.
                          300 Delaware Avenue, Suite 1010
                          Wilmington, DE  19801
                          (302) 425-7171

For Bank of America
as Agent:                 Potter Anderson Corroon, LLP
                          BY:  R. STEPHEN MCNEILL, ESQ.
                          1313 N. Market Street
                          Wilmington, DE  19801
                          (302) 984-6171
```

1 WILMINGTON, DELAWARE, WEDNESDAY, NOVEMBER 14, 2012, 9:30 A.M.

2       THE CLERK:  All rise.

3       THE COURT:  Please be seated.  Good morning.

4 Counsel, I appreciate your flexibility.  Of course, you

5 didn't have really much to say about it but I appreciate you

6 appearing today.  I had a full matter yesterday that I just

7 couldn't finish in time so thank you very much.

8       MR. JACKSON:  We understand, and I appreciate

9 your appreciating our flexibility, albeit, coerced, or that

10 I had no choice.  For the record, Patrick Jackson, from

11 Young Conaway, on behalf of the Plan Trust.  Your Honor, a

12 very light agenda today, referring to the Second Amended

13 Agenda that was filed yesterday rescheduling.  Items number

14 1 through 17 on the agenda, we're continuing to carry those

15 on to the next Omnibus hearing.  We want to let you know

16 that we are working through them and we do hope that, in the

17 next couple of hearings, we're going to start to see some of

18 that fall off and hopefully shorten these agendas for you.

19 Item number 19 was originally going forward but that also is

20 being continued by agreement of the parties.  The parties

21 are conferring on a form of Scheduling Order regarding that

22 and hope to submit that under Cert of Counsel.  So the only

23 matter going forward then is Item number 18 which is a

24 Settlement Motion.  It's actually a very important one to

25 the Plan Trust.  It's going to resolve 64 Proofs of Claim,

1 filed by U.S. Bank and Citibank, on behalf of Securitization
2 Trusts.  These are EPD and breach claims that have a special
3 protocol under the Plan for damages resulting from the
4 debtors' failure to re-purchase defective loans.  There's
5 also an element to this settlement that resolves an
6 outstanding cure claim against the cure escrow established
7 back when we sold the servicing business.  So getting this
8 approved is going to allow us to release some excess cure
9 escrow to Bank of America, as well as to wrap up that, one
10 of the last remaining cure claims.  The settlement was
11 negotiated with U.S. Bank primarily.  Citibank is a party as
12 well.  They emerged late in the process.  They took over for
13 a couple of U.S. Bank Trusts after the deal in principle had
14 already been struck.  So we wrapped them into the process
15 late and they ratified the settlement so now they're a
16 signatory.  The settlement itself was approved by the Plan
17 Oversight Committee and it is uncontested.  You know, there
18 were no Objections filed by the Objection deadline.  But
19 part of what we are seeking approval of in the Order
20 approving the settlement would be a finding that the Notice
21 that was provided by the Securitization Trustees to their
22 certificate holders was sufficient under the circumstances.
23 So we thought that it would be more appropriate, instead of
24 submitting it under a Certificate of No Objection, it would
25 be more appropriate to have a hearing to allow the

1  Securitization Trusts to make any record they feel is
2  necessary on the service issue and to address any questions
3  that the Court may have about anything.  So with that, I
4  would ask the Court if you have any questions or -- and
5  yield to the -- yield the podium to U.S. Bank's Counsel
6  who's here if they have anything to add.
7            THE CLERK:  Okay.  I have no questions.  I have
8  reviewed the Motion.  I believe notice was, in fact, quite
9  adequate and don't see any issues in connection with that.
10 Does Counsel wish to be heard?
11           MR. MALLARD:  Good morning, Your Honor, Robert
12 Mallard, of Dorsey & Whitney, Counsel for U.S. Bank as a
13 Securitization Trustee.  We just wanted to thank Your Honor
14 for considering the Motion and the settlement and again, to
15 U.S. Bank.  As you noticed, pursuant to our Certification of
16 Counsel, it took great pains to provide notice to all the
17 beneficial holders and it was over a period, quite a lengthy
18 period, and five or six different waves of notices went out
19 just to make sure that everyone in every possible angle was
20 covered.  And so, again, we appreciate Your Honor's
21 consideration of the Motion and the stipulation.
22           THE COURT:  Very good.  Thank you.
23           MR. JACKSON:  Your Honor, I do have a form --
24 clean form of Order that's got the docket number and all the
25 dates and everything, if I can bring that up?

1            THE COURT:  Yes, please.  Thank you.

2            MR. JACKSON:  Your Honor, with that, that

3 concludes our agenda for the day.  So unless the Court has

4 anything further, I think we are good.

5            THE COURT:  Okay.  I signed the Order.

6            MR. JACKSON:  Thank you very much.

7            THE COURT:  Thank you.  We are adjourned.

8

9      (Whereupon, at 9:51 a.m., the hearing was adjourned.)

10

11                         CERTIFICATION

12        I certify that the foregoing is a correct

13 transcript from the electronic sound recording of the

14 proceedings in the above-entitled matter.

15

16

17  _____          20 November 2012
18  Tammy L. Kelly, Transcriber                      Date
19  Diaz Data Services, LLC

# AMERICAN HOME MORTGAGE 11.14.12.DOC

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| **a.m**(3) | 1:15 3:2 6:9 | **consideration**(1) | 5:21 | **hearing**(3) | 3:16 4:25 6:9 | **patrick**(2) | 1:26 3:11 |
| **about**(2) | 3:6 5:3 | **considering**(1) | 5:14 | **hearings**(1) | 3:18 | **period**(2) | 5:17 5:18 |
| **aboveentitled** (1) | 6:14 | **continued**(2) | 2:2 3:21 | **here**(1) | 5:6 | **plan**(5) | 1:24 3:12 3:26 4:3 4:16 |
| **actually**(1) | 3:25 | **continuing**(1) | 3:15 | **holders**(2) | 4:22 5:17 | **please**(2) | 3:4 6:1 |
| **add**(1) | 5:6 | **correct**(1) | 6:12 | **holdings**(1) | 1:9 | **podium**(1) | 5:5 |
| **address**(1) | 5:2 | **corroon**(1) | 2:11 | **home**(1) | 1:8 | **possible**(1) | 5:19 |
| **adequate**(1) | 5:9 | **couldn't**(1) | 3:8 | **honor**(6) | 3:12 5:11 5:13 5:23 6:2 | **potter**(1) | 2:11 |
| **adjourned**(2) | 6:7 6:9 | **counsel**(6) | 3:5 3:23 5:5 5:10 5:12 5:16 | **honorable**(1) | 1:19 | **ppearances**(2) | 1:22 2:1 |
| **after**(1) | 4:13 | **couple**(2) | 3:18 4:13 | **honor's**(1) | 5:20 | **primarily**(1) | 4:11 |
| **again**(2) | 5:14 5:20 | **course**(1) | 3:5 | **hope**(2) | 3:17 3:23 | **principle**(1) | 4:13 |
| **against**(1) | 4:6 | **court**(9) | 1:1 3:4 5:3 5:4 5:22 6:1 6:3 6:5 6:7 | **hopefully**(1) | 3:19 | **proceedings**(3) | 1:18 1:41 6:14 |
| **agenda**(4) | 3:13 3:14 3:15 6:3 | | | **important**(1) | 3:25 | **process**(2) | 4:12 4:14 |
| **agendas**(1) | 3:19 | **courtroom**(1) | 1:10 | **inc**(1) | 1:9 | **produced**(1) | 1:42 |
| **agent**(1) | 2:11 | **covered**(1) | 5:20 | **indenture**(1) | 2:5 | **proofs**(1) | 3:26 |
| **agreement**(1) | 3:21 | **css**(1) | 1:8 | **instead**(1) | 4:23 | **protocol**(1) | 4:3 |
| **albeit**(1) | 3:10 | **cure**(4) | 4:6 4:6 4:8 4:10 | **into**(1) | 4:14 | **provide**(1) | 5:16 |
| **all**(3) | 3:3 5:16 5:24 | **damages**(1) | 4:3 | **issue**(1) | 5:2 | **provided**(1) | 4:21 |
| **allow**(2) | 4:8 4:25 | **data**(1) | 1:34 | **issues**(1) | 5:9 | **pursuant**(1) | 5:15 |
| **already**(1) | 4:14 | **date**(1) | 6:18 | **item**(2) | 3:20 3:24 | **questions**(3) | 5:2 5:4 5:7 |
| **also**(2) | 3:20 4:5 | **dates**(1) | 5:25 | **items**(1) | 3:14 | **quite**(2) | 5:8 5:17 |
| **amended**(1) | 3:13 | **day**(1) | 6:3 | **itself**(1) | 4:16 | **ratified**(1) | 4:15 |
| **america**(2) | 2:10 4:9 | **deadline**(1) | 4:18 | **it's**(2) | 3:25 3:26 | **re-purchase**(1) | 4:4 |
| **and**(19) | 3:9 3:17 3:19 3:23 4:1 4:2 4:15 4:17 5:2 5:4 5:9 5:14 5:14 5:17 5:18 5:20 5:21 5:24 5:25 | **deal**(1) | 4:13 | **jackson**(6) | 1:26 3:9 3:11 5:23 6:2 6:6 | **really**(1) | 3:6 |
| | | **debtors**(1) | 1:12 | **judge**(2) | 1:19 1:20 | **record**(2) | 3:11 5:1 |
| | | **debtors'**(1) | 4:4 | **just**(3) | 3:7 5:13 5:19 | **recorded**(1) | 1:41 |
| **anderson**(1) | 2:11 | **defective**(1) | 4:4 | **kelly**(1) | 6:18 | **recording**(2) | 1:41 6:13 |
| **angle**(1) | 5:19 | **delaware**(4) | 1:2 1:12 2:6 3:2 | **king**(1) | 1:27 | **referring**(1) | 3:13 |
| **any**(4) | 5:1 5:2 5:4 5:9 | **diaz**(1) | 1:34 | **know**(2) | 3:16 4:17 | **regarding**(1) | 3:22 |
| **anything**(3) | 5:3 5:6 6:4 | **didn't**(1) | 3:6 | **last**(1) | 4:10 | **release**(1) | 4:8 |
| **appearing**(1) | 3:7 | **different**(1) | 5:18 | **late**(2) | 4:12 4:15 | **remaining**(1) | 4:10 |
| **appreciate**(4) | 3:5 3:6 3:9 5:20 | **district**(1) | 1:2 | **lengthy**(1) | 5:17 | **rescheduling**(1) | 3:14 |
| **appreciating**(1) | 3:10 | **docket**(1) | 5:24 | **leslie**(1) | 1:32 | **resolve**(1) | 3:26 |
| **appropriate**(2) | 4:23 4:25 | **does**(1) | 5:10 | **let**(1) | 3:16 | **resolves**(1) | 4:5 |
| **approval**(1) | 4:19 | **don't**(1) | 5:9 | **light**(1) | 3:13 | **resulting**(1) | 4:3 |
| **approved**(2) | 4:8 4:16 | **dorsey**(2) | 2:4 5:12 | **llc**(1) | 1:34 | **reviewed**(1) | 5:8 |
| **approving**(1) | 4:20 | **ecro**(1) | 1:32 | **llp**(2) | 1:25 2:11 | **rise**(1) | 3:3 |
| **are**(6) | 3:17 3:22 4:2 4:19 6:4 6:7 | **electronic**(2) | 1:41 6:13 | **loans**(1) | 4:4 | **robert**(2) | 2:5 5:11 |
| **ask**(1) | 5:4 | **element**(1) | 4:5 | **make**(2) | 5:1 5:19 | **say**(1) | 3:6 |
| **avenue**(1) | 2:6 | **emerged**(1) | 4:12 | **mallard**(3) | 2:5 5:11 5:12 | **scheduling**(1) | 3:22 |
| **back**(1) | 4:7 | **epd**(1) | 4:2 | **market**(2) | 1:11 2:13 | **schuylkill**(1) | 1:35 |
| **bank**(8) | 2:4 2:10 4:1 4:9 4:11 4:13 5:12 5:15 | **escrow**(2) | 4:6 4:9 | **matter**(3) | 3:7 3:24 6:14 | **seated**(1) | 3:4 |
| | | **esq**(3) | 1:26 2:5 2:12 | **may**(1) | 5:3 | **second**(1) | 3:13 |
| **bankruptcy**(2) | 1:1 1:20 | **established**(1) | 4:6 | **mcneill**(1) | 2:12 | **securitization**(4) | 4:1 4:21 5:1 5:13 |
| **bank's**(1) | 5:5 | **every**(1) | 5:19 | **more**(2) | 4:23 4:25 | **see**(2) | 3:18 5:9 |
| **been**(1) | 4:14 | **everyone**(1) | 5:19 | **morning**(2) | 3:4 5:11 | **seeking**(1) | 4:19 |
| **before**(1) | 1:19 | **everything**(1) | 5:25 | **mortgage**(1) | 1:8 | **service**(3) | 1:34 1:42 5:2 |
| **behalf**(2) | 3:12 4:1 | **excess**(1) | 4:8 | **motion**(4) | 3:25 5:8 5:14 5:21 | **services**(1) | 1:34 |
| **being**(1) | 3:21 | **fact**(1) | 5:8 | **much**(3) | 3:6 3:8 6:6 | **servicing**(1) | 4:7 |
| **believe**(1) | 5:8 | **failure**(1) | 4:4 | **murin**(1) | 1:32 | **settlement**(7) | 3:25 4:5 4:10 4:15 4:16 4:20 5:14 |
| **beneficial**(1) | 5:17 | **fall**(1) | 3:19 | **necessary**(1) | 5:2 | | |
| **breach**(1) | 4:2 | **feel**(1) | 5:1 | **negotiated**(1) | 4:11 | **shorten**(1) | 3:19 |
| **bring**(1) | 5:25 | **filed**(3) | 3:14 4:1 4:18 | **next**(2) | 3:16 3:18 | **signatory**(1) | 4:16 |
| **business**(1) | 4:7 | **finding**(1) | 4:20 | **north**(1) | 1:27 | **signed**(1) | 6:5 |
| **but**(3) | 3:6 3:20 4:18 | **finish**(1) | 3:8 | **notice**(3) | 4:20 5:8 5:16 | **six**(1) | 5:18 |
| **can**(1) | 5:25 | **five**(1) | 5:18 | **noticed**(1) | 5:15 | **sold**(1) | 4:7 |
| **carry**(1) | 3:15 | **flexibility**(2) | 3:5 3:10 | **notices**(1) | 5:18 | **some**(2) | 3:18 4:8 |
| **case**(1) | 1:8 | **for**(11) | 1:2 1:24 2:4 2:10 3:11 3:19 4:3 4:12 5:12 5:14 6:3 | **november**(3) | 1:14 3:2 6:17 | **sontchi**(1) | 1:19 |
| **cert**(1) | 3:23 | | | **now**(1) | 4:15 | **sound**(2) | 1:41 6:13 |
| **certificate**(2) | 4:22 4:24 | | | **number**(4) | 3:14 3:20 3:24 5:24 | **special**(1) | 4:2 |
| **certification**(2) | 5:15 6:11 | **foregoing**(1) | 6:12 | **objection**(2) | 4:18 4:24 | **stargatt**(1) | 1:24 |
| **certify**(1) | 6:12 | **form**(3) | 3:22 5:23 5:24 | **objections**(1) | 4:18 | **start**(1) | 3:18 |
| **chapter**(1) | 1:5 | **forward**(2) | 3:20 3:24 | **off**(1) | 3:19 | **states**(2) | 1:1 1:20 |
| **choice**(1) | 3:11 | **from**(3) | 3:11 4:3 6:13 | **okay**(2) | 5:7 6:5 | **stephen**(1) | 2:12 |
| **christopher**(1) | 1:19 | **full**(1) | 3:7 | **omnibus**(1) | 3:16 | **stipulation**(1) | 5:21 |
| **circumstances**(1) | 4:22 | **further**(1) | 6:4 | **one**(2) | 3:25 4:9 | **street**(4) | 1:11 1:27 1:35 2:13 |
| **citibank**(2) | 4:1 4:11 | **getting**(1) | 4:7 | **only**(1) | 3:23 | **struck**(1) | 4:14 |
| **claim**(2) | 3:26 4:6 | **going**(5) | 3:18 3:20 3:24 3:26 4:8 | **order**(4) | 3:22 4:19 5:24 6:5 | **submit**(1) | 3:23 |
| **claims**(2) | 4:2 4:10 | **good**(4) | 3:4 5:11 5:22 6:4 | **originally**(1) | 3:20 | **submitting**(1) | 4:24 |
| **clean**(1) | 5:24 | **got**(1) | 5:24 | **our**(3) | 3:10 5:15 6:3 | **sufficient**(1) | 4:22 |
| **clerk**(2) | 3:3 5:7 | **great**(1) | 5:16 | **out**(1) | 5:18 | **suite**(1) | 2:6 |
| **coerced**(1) | 3:10 | **had**(3) | 3:7 3:11 4:13 | **outstanding**(1) | 4:6 | **sure**(1) | 5:19 |
| **committee**(1) | 4:17 | **harrisburg**(1) | 1:36 | **over**(2) | 4:12 5:17 | **tammy**(1) | 6:18 |
| **conaway**(2) | 1:24 3:12 | **has**(1) | 6:3 | **oversight**(1) | 4:17 | **taylor**(1) | 1:24 |
| **concludes**(1) | 6:3 | **have**(9) | 3:6 4:2 4:25 5:3 5:4 5:6 5:7 5:7 5:23 | **pains**(1) | 5:16 | **thank**(6) | 3:8 5:13 5:22 6:1 6:6 6:7 |
| **conferring**(1) | 3:22 | | | **part**(1) | 4:19 | | |
| **connection**(1) | 5:9 | **heard**(1) | 5:10 | **parties**(2) | 3:21 3:21 | | |
| | | | | **party**(1) | 4:11 | | |

| Word | Page:Line |
|---|---|

**that**(23) 3:7  3:10  3:14  3:17  3:17  3:19  3:20  3:22  3:23  4:2  4:5  4:9  4:20  4:21  4:23  5:3  5:3  5:9  5:19  5:25  6:2  6:2  6:12

**that's**(1) 5:24
**the**(60) 1:1  1:2  1:19  3:3  3:4  3:11  3:12  3:13  3:15  3:16  3:17  3:21  3:21  3:23  3:26  4:3  4:3  4:6  4:7  4:10  4:10  4:12  4:13  4:14  4:15  4:16  4:16  4:18  4:19  4:20  4:20  4:21  4:22  4:25  5:2  5:3  5:4  5:5  5:5  5:7  5:8  5:14  5:14  5:16  5:21  5:21  5:22  5:24  5:24  6:1  6:3  6:3  6:5  6:5  6:7  6:9  6:12  6:13  6:13  6:14

**their**(1) 4:21
**them**(2) 3:17  4:14
**then**(1) 3:24
**there**(1) 4:17
**there's**(1) 4:4
**these**(2) 3:19  4:2
**they**(5) 4:12  4:12  4:15  5:1  5:6
**they're**(1) 4:15
**think**(1) 6:4
**this**(2) 4:5  4:7
**those**(1) 3:15
**thought**(1) 4:23
**through**(2) 3:15  3:17
**time**(1) 3:8
**today**(2) 3:7  3:13
**took**(2) 4:12  5:16
**transcriber**(1) 6:18
**transcript**(3) 1:18  1:42  6:13
**transcription**(2) 1:34  1:42
**trust**(2) 3:12  3:26
**trustee**(3) 1:24  2:5  5:13
**trustees**(1) 4:21
**trusts**(3) 4:2  4:13  5:1
**u.s**(7) 2:4  4:1  4:11  4:13  5:5  5:12  5:15
**uncontested**(1) 4:17
**under**(4) 3:23  4:3  4:22  4:24
**understand**(1) 3:9
**united**(2) 1:1  1:20
**unless**(1) 6:3
**very**(5) 3:8  3:13  3:25  5:22  6:6
**want**(1) 3:16
**wanted**(1) 5:13
**was**(10) 3:14  3:20  4:10  4:16  4:21  4:22  5:8  5:17  5:19  6:9

**waves**(1) 5:18
**wednesday**(1) 3:2
**well**(2) 4:9  4:12
**went**(1) 5:18
**were**(1) 4:18
**we're**(2) 3:15  3:18
**what**(1) 4:19
**when**(1) 4:7
**whereupon**(1) 6:9
**which**(1) 3:24
**whitney**(2) 2:4  5:12
**who's**(1) 5:6
**wilmington**(5) 1:12  1:28  2:7  2:14  3:2
**wish**(1) 5:10
**with**(4) 4:11  5:3  5:9  6:2
**working**(1) 3:17
**would**(4) 4:20  4:23  4:24  5:4
**wrap**(1) 4:9
**wrapped**(1) 4:14
**www.diazdata.com**(1) 1:38
**yes**(1) 6:1
**yesterday**(2) 3:7  3:14
**yield**(2) 5:5  5:5
**you**(12) 3:5  3:6  3:8  3:16  3:19  4:17  5:4  5:15  5:22  6:1  6:6  6:7

**young**(2) 1:24  3:12
**your**(8) 3:5  3:10  3:12  5:11  5:13  5:20  5:23  6:2