# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road         **Chapter:** 11
Melville, NY 11747
 **EIN:** 13−4066303

*Case No*.: 07−11047−CSS

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 11/14/12 was filed on 11/28/12 . The following deadlines apply:

The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 12/19/12 .

If a request for redaction is filed, the redacted transcript is due 1/2/13 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 2/26/13 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 11/28/12

(ntc)

United States Bankruptcy Court
District of Delaware

In re:                                                          Case No. 07-11047-CSS
American Home Mortgage Holdings, Inc.                           Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1         User: Leslie           Page 1 of 2           Date Rcvd: Nov 28, 2012
                             Form ID: ntcBK         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2012.
db            #+American Home Mortgage Holdings, Inc.,   538 Broadhollow Road,   Melville, NY 11747-3675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Quinn Emanuel,   Quinn Emanuel Urquhart Oliver & Hedges
                                                                                       TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 30, 2012**              **Signature:**       _Joseph Speetjens_

```
District/off: 0311-1          User: Leslie              Page 2 of 2              Date Rcvd: Nov 28, 2012
                              Form ID: ntcBK            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2012 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0