IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1]

Debtors.

---

: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
: Response Deadline: December 31, 2012 at 4:00 p.m. (ET)
: Hearing Date: January 7, 2013 at 10:00 a.m. (ET)

## NOTICE OF MOTION

TO: (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) ALL CLAIMANTS WHOSE CLAIMS ARE AFFECTED BY THE MOTION OF THE PLAN TRUSTEE FOR AN ORDER AUTHORIZING CLAIMS AGENT TO REFLECT CERTAIN CLAIMS THAT HAVE BEEN SATISFIED AS PAID IN FULL OR IN PART; (III) THE PLAN OVERSIGHT COMMITTEE; AND (IV) ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(B).

**PLEASE TAKE NOTICE** that Steven D. Sass, as liquidating trustee (the "Plan Trustee"), has filed the attached **Motion of the Plan Trustee for an Order Authorizing Claims Agent to Reflect Certain Claims That Have Been Satisfied as Paid in Full or in Part** (the "Motion").

Responses to the Motion, if any, must be filed on or before December 31, 2012 at 4:00 p.m. (EST) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Plan Trustee so the response is received on or before the Objection Deadline.

A HEARING ON THE MOTION WILL BE HELD ON JANUARY 7, 2013 AT 10:00 A.M. (EST) BEFORE THE HONORABLE CHRISTOPHER SONTCHI, UNITED

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

01:12958336.1

STATES BANKRUPTCY COURT, 5th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

   IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
    December 3, 2012

            YOUNG CONAWAY STARGATT & TAYLOR, LLP

            */s/ Justin P. Duda*
            Sean M. Beach (No. 4070)
            Justin P. Duda (No. 5478)
            Rodney Square
            1000 North King Street
            Wilmington, Delaware 19801
            Telephone: (302) 571-6600
            Facsimile: (302) 571-1253

            -and-

            HAHN & HESSEN LLP
            Mark S. Indelicato
            Alison M. Ladd
            488 Madison Avenue
            New York, New York 10022
            Telephone: (212) 478-7200
            Facsimile: (212) 478-7400

            *Co-Counsel for the Plan Trustee*

01:12958336.1